IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ECC CENTCOM CONSTRUCTORS, LLC, )
                                 )
                                 )
      Plaintiff,                 )
                                 )
      v.                      )       No. 21-1169
                                 )       (Judge Tapp)
THE UNITED STATES,         )
                                 )
      Defendant.            )

## DEFENDANT'S DESIGNATION OF EXPERT WITNESS

Pursuant to United States Court of Federal Claims Rule 26 and the Court's November 8, 2022, Scheduling Order (ECF No. 43), defendant, the United States, hereby designates Charles Heckman and the Delta Consulting Group (assisted by Smita Yamgar and, if necessary, David Reichard and another analyst) as its expert witness to present evidence under Federal Rule of Evidence 702, 703, or 705 in this matter on the topics of scheduling, construction, and critical path delays.  Mr. Heckman can be contacted through defendant's counsel, but his contact information is below:

Charles Heckman, PE, CFCC[1]
Delta Consulting Group, Inc.
4330 Prince William Parkway, Suite 301,
Woodbridge, VA 22192
Email: checkman@delta-cgi.com
Phone: 321-430-7072

                        Respectfully Submitted,

                        BRIAN M. BOYNTON
                        Principal Deputy Assistant Attorney General

                        PATRICIA M. MCCARTHY
                        Director

---

[1] "PE" stands for Professional Engineer, and "CFCC" stands for "Certified Forensic Claims Consultant."

*/s/ Eric P. Bruskin*
ERIC P. BRUSKIN
Assistant Director

*/s/ Bret R. Vallacher*

OF COUNSEL:                BRET R. VALLACHER
                          Trial Attorney
REBECCA L. BOCKMANN        Commercial Litigation Branch
Assistant Counsel          Civil Division
U.S. Army Corps of Engineers   Department of Justice
Middle East District       P.O. Box 480, Ben Franklin Station
                          Washington, D.C.  20044
                          Telephone: (202) 616-0465
                          Facsimile: (202) 305-2062
                          Email: bret.r.vallacher@usdoj.gov


February 11, 2023          *Attorneys for Defendant*

2