| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912ER-10-R-0089-0007 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 3. DATE ISSUED 16-Jun-2011 | PAGE OF PAGES 1 OF 303 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. W912ER-11-D-0010 | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY    CODE   W912ER | 8. ADDRESS OFFER TO *(If Other Than Item 7)*   CODE |
|---|---|
| US ARMY CORPS OF ENGINEERS-CETAM-CT MIDDLE EAST DISTRICT, CETAM-CT PO BOX 2250 WINCHESTER VA 22604-1450 | **See Item 7** |
| TEL:                          FAX: | TEL:                          FAX: |

| 9. FOR INFORMATION CALL: | A. NAME MICHELLE R PEARMAN | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* (540) 665-3673 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS          *(Title, identifying no., date):*

This is a two-phase solicitation intended to provide for Indefinite Delivery/ Indefinite Quantity (ID/IQ) Multiple Award Task Order Contracts (MATOCs) for design-build and Construction projects in the U.S Central Command's (CENTCOM) Area of Responsibility (AOR) under which firm-fixed price (FFP) task orders may be issued.

The Contractor must furnished any required performance and payment bonds within 15 calendar days upon receipt of a task order award.

11. The Contractor shall begin performance within _____ calendar days and complete it within _____ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See _See Task Order_ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*   ☒ YES   ☐ NO | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ___3___ copies to perform the work required are due at the place specified in Item 8 by __04:00 PM__ *(hour)* local time __25 Jan 2011__ *(date).* If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than ___120___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212                    1442-101                    **STANDARD FORM 1442** (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.236-1(e)

1 of 303 Government Rule 4 File

**A1**

## SOLICITATION, OFFER, AND AWARD (Continued)
### (Construction, Alteration, or Repair)

**OFFER**   *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR   *(Include ZIP Code)* | 15. TELEPHONE NO.   *(Include area code)* |
|---|---|
| ECC CENTCOM CONSTRUCTORS, LLC<br>GLENN SWEATT<br>1240 BAYSHORE HWY, STE 302<br>BURLINGAME CA 84010-1805 | 650-347-1555 |

16. REMITTANCE ADDRESS   *(Include only if different than Item 14)*

**See Item 14**

| CODE<br>65AW8 | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due.   *(Insert any number equal to or greater than the minimum requirements stated in Item 13D.  Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS    SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER   *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|

**AWARD**   *(To be completed by Government)*

21. ITEMS ACCEPTED:

# SEE SCHEDULE

| 22. AMOUNT<br>**$1,520,000,000.00 EST** | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>*(4 copies unless otherwise specified)* | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c)    ☐ 41 U.S.C. 253(c) |
|---|---|---|

| 26. ADMINISTERED BY   CODE<br><br>**See Item 7** | 27. PAYMENT WILL BE MADE BY:   CODE   W916TX<br>U.S. ARMY CORPS OF ENGINEERS FINANCE CEN<br>ATTN: CEFC-FP<br>5722 INTEGRITY DRIVE<br>MILLINGTON TN 38054-5005 |
|---|---|

### CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT   *(Contractor is required to sign this document and return _____ copies to issuing office.)*   Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract.  The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD   *(Contractor is not required to sign this document.)*   Your offer on this solicitation, is hereby accepted as to the items listed. This award con-summates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN   *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER   *(Type or print)*<br>JAMESON B NICHOLS / Contracting Officer |
|---|---|
| 30B. SIGNATURE          30C. DATE | TEL:          EMAIL: jameson.b.nichols@usace.army.mil |
| | 31B. UNITED STATES OF AMERICA   31C. AWARD DATE<br>BY                          16-Jun-2011 |

Section 00 11 00 - Stardard Form (SF) 1442 and CLIN Schedule

<u>EXECUTIVE SUMMARY</u>

NAICS: 236220     Size Standard: $33.5M
Offerors must be registered in CCR to be eligible for award.  SEE FAR 52.204-7.

Blocks 11 and 12: As specified per Task Order

** Block 13B:  See Section 00 21 00, Section 1.14 for Bid Guarantee requirement and Section 00 45 00, Contract Clause 52.228-1.

Reference Contract Clause Federal Acquisition Regulation (FAR) 52.236-1, Performance of Work by the Contractor and 52.219-14, Limitations on Subcontracting.

The total estimated contract capacity is $3,800,000,000.  The performance period for each contract award will be an initial Base Period of two (2) years with up to 3 Option Periods of twelve (12) months each, for a total not to exceed contract period of 60 months.  The minimum guarantee will be $10,000 for the entire contract ordering periods.  In the event that no task orders are awarded under the contract, the minimum guarantee will be paid at the end of the contract period of performance.  The $3.8B contract capacity is intended for the entire contract ordering period of performance; however, the Government reserves the right to use the entire $3.8B capacity earlier than the five year ordering period of performance, if needed.

If it is in the best interest of the Government, the Middle East District may, at any time after initial awards, conduct an open season competition to add additional MATOC holders.  The need for additional MATOC holders could be necessitated by one or more occurrences, such as a lack of adequate task order competition, original awardees exiting the pool, the need to enhance the pool of expertise for new task orders, or other cause as determined by the Contracting Officer.

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001    |                   | 759,995,000  | Dollars, U.S. | $1.00 | $759,995,000.00 EST |
|         | Design Build Projects for 2 Year Base FFP | | | | |
|         | Design Build Projects for 2 Year Base Period FOB: Destination | | | | |

|  | MAX NET AMT | $759,995,000.00 (EST.) |
|--|-------------|------------------------|

**A3**

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0002 | | 759,995,000 | Dollars, U.S. | $1.00 | $759,995,000.00 EST |

Construction Only Projects for 2 Yr Base
FFP
Construction Only Projects for 2 Yr Base Period
FOB: Destination

| | | | | MAX NET AMT | $759,995,000.00 (EST.) |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0003 | | 1 | Lump Sum | $0.00 | $0.00 NC |

Defense Base Act (DBA) Insurance
FFP
DBA Insurance for CLINS 0001 and 0002.  The amount listed by the offeror on these CLINs is the estimated DBA insurance premium (estimated payroll of the offeror and its subcontractors times the applicable rate(s)). The DBA insurance premium amount varies with payroll and the nature of services and will, therefore, be taken into account during price evaluation of offers. The actual amount paid by the government under this CLIN will be based on the amount of the Rutherfoord invoice, stamp "paid" and submitted by the offeror after contract award. In the event of recalculation of the premium by CNA based on actual payroll amounts, the contracting officer will adjust this CLIN by contract modification to reflect the actual premium amounts paid.
FOB: Destination

| | | | | MAX NET AMT | $0.00 |
|---|---|---|---|---|---|

**A4**

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0004 | | 10,000 | Dollars, U.S. | $1.00 | $10,000.00 |

Minimum Guarantee
FFP
The minimum guarantee for the two-year base and three one-year option periods of this IDIQ contract is $10,000 and will be obligated against this contract line item at the time of the basic contract award, unless a Task Order is awarded at the same time as the basic IDIQ contract.
FOB: Destination

| | | | | MAX NET AMT | $10,000.00 |
|--|--|--|--|-------------|------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1001 | | 380,000,000 | Dollars, U.S. | $1.00 | $380,000,000.00 EST |

OPTION    Option Year 1 - Design Build Projects
FFP
Option Year 1 - Design Build Projects for a period of 12 months
FOB: Destination

| | | | | MAX NET AMT | $380,000,000.00 (EST.) |
|--|--|--|--|-------------|------------------------|

**A5**

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1002 | | 380,000,000 | Dollars, U.S. | $1.00 | $380,000,000.00 EST |
| OPTION | Option Year 1 -Construction Only Project FFP<br>Option Year 1 - Construction Only Projects for a period of 12 months<br>FOB: Destination | | | | |

|  |  | MAX NET AMT | $380,000,000.00 (EST.) |
|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1003 | | 1 | Lump Sum | $0.00 | $0.00 NC |
| OPTION | Option Year 1 - DBA Insurance FFP<br>Option Year 1 - DBA Insurance for CLINS 1001 and 1002.  The amount listed by the offeror on these CLINs is the estimated DBA insurance premium (estimated payroll of the offeror and its subcontractors times the applicable rate(s)). The DBA insurance premium amount varies with payroll and the nature of services and will, therefore, be taken into account during price evaluation of offers. The actual amount paid by the government under this CLIN will be based on the amount of the Rutherfoord invoice, stamp "paid" and submitted by the offeror after contract award. In the event of recalculation of the premium by CNA based on actual payroll amounts, the contracting officer will adjust this CLIN by contract modification to reflect the actual premium amounts paid.<br>FOB: Destination | | | | |

|  |  | MAX NET AMT | $0.00 |
|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2001 | | 380,000,000 | Dollars, U.S. | $1.00 | $380,000,000.00 EST |

OPTION    Option Year 2 - Design Build Projects
FFP
Option Year 2 - Design Build Projects for a period of 12 months
FOB: Destination

|  |  |  |  | MAX NET AMT | $380,000,000.00 (EST.) |
|--|--|--|--|--|--|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2002 | | 380,000,000 | Dollars, U.S. | $1.00 | $380,000,000.00 EST |

OPTION    Option Year 2 -Construction Only Project
FFP
Option Year 2 - Construction Only Projects for a period of 12 months
FOB: Destination

|  |  |  |  | MAX NET AMT | $380,000,000.00 (EST.) |
|--|--|--|--|--|--|

**A7**

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2003 | | 1 | Lump Sum | $0.00 | $0.00 NC |
| OPTION | Option Year 2  - DBA Insurance | | | | |

FFP

Option Year 2 - DBA Insurance for CLINS 2001 and 2002.  The amount listed by the offeror on these CLINs is the estimated DBA insurance premium (estimated payroll of the offeror and its subcontractors times the applicable rate(s)). The DBA insurance premium amount varies with payroll and the nature of services and will, therefore, be taken into account during price evaluation of offers. The actual amount paid by the government under this CLIN will be based on the amount of the Rutherfoord invoice, stamp "paid" and submitted by the offeror after contract award. In the event of recalculation of the premium by CNA based on actual payroll amounts, the contracting officer will adjust this CLIN by contract modification to reflect the actual premium amounts paid.
FOB: Destination

|  | | | | MAX NET AMT | $0.00 |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3001 | | 380,000,000 | Dollars, U.S. | $1.00 | $380,000,000.00 EST |
| OPTION | Option Year 3 - Design Build Projects | | | | |

FFP

Option Year 3 - Design Build Projects for a period of 12 months
FOB: Destination

|  | | | | MAX NET AMT | $380,000,000.00 (EST.) |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3002 | | 380,000,000 | Dollars, U.S. | $1.00 | $380,000,000.00 EST |
| OPTION | Option Year 3 -Construction Only Project FFP Option Year 3 - Construction Only Projects for a period of 12 months FOB: Destination | | | | |

| | | MAX NET AMT | | | $380,000,000.00 (EST.) |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3003 | | 1 | Lump Sum | $0.00 | $0.00 NC |
| OPTION | Option Year 3 - DBA Insurance FFP Option Year 3 - DBA Insurance for CLINS 3001 and 3002. The amount listed by the offeror on these CLINs is the estimated DBA insurance premium (estimated payroll of the offeror and its subcontractors times the applicable rate(s)). The DBA insurance premium amount varies with payroll and the nature of services and will, therefore, be taken into account during price evaluation of offers. The actual amount paid by the government under this CLIN will be based on the amount of the Rutherfoord invoice, stamp "paid" and submitted by the offeror after contract award. In the event of recalculation of the premium by CNA based on actual payroll amounts, the contracting officer will adjust this CLIN by contract modification to reflect the actual premium amounts paid. FOB: Destination | | | | |

| | | MAX NET AMT | | | $0.00 |
|---|---|---|---|---|---|

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|------------|-----------|-----------|
| 0001 | N/A | N/A | N/A | Government |
| 0002 | N/A | N/A | N/A | Government |
| 0003 | N/A | N/A | N/A | Government |
| 0004 | N/A | N/A | N/A | Government |
| 1001 | N/A | N/A | N/A | Government |
| 1002 | N/A | N/A | N/A | Government |
| 1003 | N/A | N/A | N/A | Government |
| 2001 | N/A | N/A | N/A | Government |
| 2002 | N/A | N/A | N/A | Government |
| 2003 | N/A | N/A | N/A | Government |
| 3001 | N/A | N/A | N/A | Government |
| 3002 | N/A | N/A | N/A | Government |
| 3003 | N/A | N/A | N/A | Government |

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|--------------|----------|-----------------|-----|
| 0001 | POP 16-JUN-2011 TO 15-JUN-2013 | N/A | US ARMY CORPS OF ENGINEERS-CETAM-CT JOANN G BRAY MIDDLE EAST DISTRICT, CETAM-CT PO BOX 2250 WINCHESTER VA 22604-1450 540-665-3729 FOB: Destination | W912ER |
| 0002 | POP 16-JUN-2011 TO 15-JUN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 0003 | POP 16-JUN-2011 TO 15-JUN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 0004 | POP 16-JUN-2011 TO 15-JUN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 1001 | POP 16-JUN-2013 TO 15-JUN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 1002 | POP 16-JUN-2013 TO 15-JUN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |

| 1003 | POP 16-JUN-2013 TO 15-JUN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 2001 | POP 16-JUN-2013 TO 15-JUN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 2002 | POP 16-JUN-2013 TO 15-JUN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 2003 | POP 16-JUN-2014 TO 15-JUN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 3001 | POP 16-JUN-2015 TO 15-JUN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 3002 | POP 16-JUN-2015 TO 15-JUN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |
| 3003 | POP 16-JUN-2015 TO 15-JUN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W912ER |

BINDING RATES
Per the solicitation, each Offeror was required to propose maximum rates that will be binding for the term of the contract as maximum or ceiling rates – in no event may an Offeror propose higher than these rates at the task order level. These rates are Material Handling Fees, Subcontractor Handling Fees, and Home Office Overhead/G&A.

Maximum Material Handling Markup Rate @ 0.00%
Maximum Subcontractor Handling Markup Rate @ 0.00%
Maximum Office Overhead (HOOH) @ 7.00%

**A11**

Section 00 72 00 - Contract Clauses

CONTRACT CLAUSES
Section 00 72 00 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | SEP 2006 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2007 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | APR 2010 |
| 52.204-2 Alt II | Security Requirements (Aug 1996) - Alternate II | APR 1984 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | APR 2008 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | JUL 2010 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | SEP 2006 |
| 52.209-8 | Updates of Information Regarding Responsibility Matters | APR 2010 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-10 | Commencement, Prosecution, and Completion of Work | APR 1984 |
| 52.211-12 | Liquidated Damages--Construction | SEP 2000 |
| 52.211-13 | Time Extensions | SEP 2000 |
| 52.211-16 | Variation In Quantity | APR 1984 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.215-2 | Audit and Records--Negotiation | MAR 2009 |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-12 | Subcontractor Cost or Pricing Data | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-15 | Pension Adjustments and Asset Reversions | OCT 2004 |
| 52.215-17 | Waiver of Facilities Capital Cost of Money | OCT 1997 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other than Pensions | JUL 2005 |
| 52.215-19 | Notification of Ownership Changes | OCT 1997 |
| 52.215-21 Alt III | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications (Oct 1997) -  Alternate III | OCT 1997 |
| 52.216-18 | Ordering | OCT 1995 |
| 52.216-19 | Order Limitations | OCT 1995 |
| 52.216-22 | Indefinite Quantity | OCT 1995 |
| 52.217-2 | Cancellation Under Multiyear Contracts | OCT 1997 |
| 52.217-6 | Option For Increased Quantity | MAR 1989 |
| 52.217-9 | Option To Extend The Term Of The Contract | MAR 2000 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (Jul 2010) Alternate II | OCT 2001 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |

| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-24 | Preaward On-Site Equal Opportunity Compliance Evaluation | FEB 1999 |
| 52.222-26 | Equal Opportunity | MAR 2007 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-29 | Notification Of Visa Denial | JUN 2003 |
| 52.222-35 Alt I | Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Sep 2006) Alternate I | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.222-50 | Combating Trafficking in Persons | FEB 2009 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | AUG 2003 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUN 2008 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |
| 52.225-19 | Contractor Personnel in a Designated Operational Area or Supporting a Diplomatic or Consular Mission Outside the United States | MAR 2008 |
| 52.227-1 | Authorization and Consent | DEC 2007 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | DEC 2007 |
| 52.227-4 | Patent Indemnity-Construction Contracts | DEC 2007 |
| 52.228-2 | Additional Bond Security | OCT 1997 |
| 52.228-3 | Worker's Compensation Insurance (Defense Base Act) | APR 1984 |
| 52.228-11 | Pledges Of Assets | SEP 2009 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | OCT 1995 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | NOV 2006 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.229-6 | Taxes--Foreign Fixed-Price Contracts | JUN 2003 |
| 52.229-7 | Taxes--Fixed Price Contracts With Foreign Governments | JAN 1991 |
| 52.230-1 | Cost Accounting Standards Notices And Certification | OCT 2008 |
| 52.230-2 | Cost Accounting Standards | OCT 2008 |
| 52.230-3 | Disclosure And Consistency Of Cost Accounting Practices | OCT 2008 |
| 52.230-6 | Administration of Cost Accounting Standards | JUN 2010 |
| 52.231-5000 | Equipment Ownershipo and  Operating Expense Schedule  -EFARS | MAR 1995 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-17 | Interest | OCT 2008 |
| 52.232-18 | Availability Of Funds | APR 1984 |
| 52.232-19 | Availability Of Funds For The Next Fiscal Year | APR 1984 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-25 | Prompt Payment | OCT 2008 |
| 52.232-27 | Prompt Payment for Construction Contracts | OCT 2008 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.236-1 | Performance of Work by the Contractor | APR 1984 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-4 | Physical Data | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |

| | | |
|---|---|---|
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-14 | Availability and Use of Utility Services | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-19 | Organization and Direction of the Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-22 | Design within Funding Limitations | APR 1984 |
| 52.236-25 | Requirements for Registration of Designers | JUN 2003 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.237-2 | Protection Of Government Buildings, Equipment, And Vegetation | APR 1984 |
| 52.237-3 | Continuity Of Services | JAN 1991 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.243-1 Alt III | Changes--Fixed Price (Aug 1987) -  Alternate III | APR 1984 |
| 52.243-4 | Changes | JUN 2007 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.243-7 | Notification Of Changes | APR 1984 |
| 52.244-2 | Subcontracts | JUN 2007 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | JUN 2010 |
| 52.245-1 | Government Property | AUG 2010 |
| 52.245-2 | Government Property Installation Operation Services | AUG 2010 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 52.246-19 Alt II | Warranty Of Systems & Equipment Under Performance Specifications Or Design Criteria (May 2001) - Alternate II | APR 1984 |
| 52.246-21 | Warranty of Construction | MAR 1994 |
| 52.247-63 | Preference For U.S. Flag Air Carriers | JUN 2003 |
| 52.248-1 | Value Engineering | FEB 2000 |
| 52.248-3 | Value Engineering-Construction | SEP 2006 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | MAY 2004 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.249-14 | Excusable Delays | APR 1984 |
| 52.249-5000 | Basis for Settlement of Proposals | |
| 52.252-2 | Clauses Incorporated By Reference | FEB 1998 |
| 52.252-4 | Alterations in Contract | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2008 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | JAN 2009 |
| 252.204-7000 | Disclosure Of Information | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | SEP 2007 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |

| 252.209-7001 | Disclosure of Ownership or Control by the Government of a Terrorist Country | JAN 2009 |
|---|---|---|
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | DEC 2006 |
| 252.215-7000 | Pricing Adjustments | DEC 1991 |
| 252.215-7002 | Cost Estimating System Requirements | DEC 2006 |
| 252.219-7003 | Small Business Subcontracting Plan (DOD Contracts) | APR 2007 |
| 252.222-7002 | Compliance With Local Labor Laws (Overseas) | JUN 1997 |
| 252.223-7001 | Hazard Warning Labels | DEC 1991 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.223-7006 | Prohibition On Storage And Disposal Of Toxic And Hazardous Materials | APR 1993 |
| 252.225-7001 | Buy American Act And Balance Of Payments Program | JAN 2009 |
| 252.225-7005 | Identification Of Expenditures In The United States | JUN 2005 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2010 |
| 252.225-7015 | Restriction on Acquisition of Hand Or Measuring Tools | JUN 2005 |
| 252.225-7019 | Restriction on Acquisition of Anchor and Mooring Chain | DEC 2009 |
| 252.225-7022 | Trade Agreements Certificate--Inclusion of Iraqi End Products | SEP 2008 |
| 252.225-7023 | Preference for Products or Services from Iraq or Afghanistan | APR 2010 |
| 252.225-7024 | Requirement for Products or Services from IRAQ or Afghanistan | APR 2010 |
| 252.225-7025 | Restriction on Acquisition of Forgings | DEC 2009 |
| 252.225-7026 | Acquisition Restricted to Products or Services | APR 2010 |
| 252.225-7027 | Restrictions on Contingent Fees for Foreign Military Sales | APR 2003 |
| 252.225-7028 | Exclusionary Policies And Practices Of Foreign Government | APR 2003 |
| 252.225-7030 | Restriction On Acquisition Of Carbon, Alloy, And Armor Steel Plate | DEC 2006 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 2005 |
| 252.225-7032 | Waiver Of United Kingdom Levies--Evaluation of Offers | APR 2003 |
| 252.225-7033 | Waiver of United Kingdom Levies | APR 2003 |
| 252.225-7036 | Buy American--Free Trade Agreement--Balance of Payments Program | JUL 2009 |
| 252.225-7040 | Contractor Personnel Authorized to Accompany U.S. Armed Forces Deployed Outside the United States | JUL 2009 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | APR 2003 |
| 252.225-7043 | Antiterrorism/Force Protection Policy for Defense Contractors Outside the United States | MAR 2006 |
| 252.225-7044 | Balance of Payments Program--Construction Material | JAN 2009 |
| 252.225-7045 | Balance of Payments Program--Construction Material Under Trade Agreements | NOV 2009 |
| 252.225-7997 (Dev) | Additional Requirements and Responsibilities Relating to Alleged Crimes by or Against Contractor Personnel in Iraq and Afghanistan (Deviation) | DEC 2009 |
| 252.227-7013 | Rights in Technical Data--Noncommercial Items | NOV 1995 |
| 252.227-7014 | Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation | JUN 1995 |
| 252.227-7015 | Technical Data--Commercial Items | NOV 1995 |
| 252.227-7016 | Rights in Bid or Proposal Information | JUN 1995 |
| 252.227-7017 | Identification and Assertion of Use, Release, or Disclosure Restrictions | JUN 1995 |
| 252.227-7019 | Validation of Asserted Restrictions--Computer Software | JUN 1995 |
| 252.227-7022 | Government Rights (Unlimited) | MAR 1979 |
| 252.227-7023 | Drawings and Other Data to become Property of Government | MAR 1979 |
| 252.227-7024 | Notice and Approval of Restricted Designs | APR 1984 |
| 252.227-7025 | Limitations on the Use or Disclosure of Government-Furnished Information Marked with Restrictive Legends | JUN 1995 |
| 252.227-7026 | Deferred Delivery Of Technical Data Or Computer Software | APR 1988 |
| 252.227-7027 | Deferred Ordering Of Technical Data Or Computer Software | APR 1988 |

| 252.227-7028 | Technical Data or Computer Software Previously Delivered to the Government | JUN 1995 |
| 252.227-7030 | Technical Data--Withholding Of Payment | MAR 2000 |
| 252.227-7032 | Rights In Technical Data And Computer Software (Foreign) | JUN 1975 |
| 252.227-7033 | Rights in Shop Drawings | APR 1966 |
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | SEP 1999 |
| 252.228-7003 | Capture and Detention | DEC 1991 |
| 252.229-7000 | Invoices Exclusive of Taxes or Duties | JUN 1997 |
| | | |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | MAR 2008 |
| 252.232-7008 | Assignment of Claims (Overseas) | JUN 1997 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7001 | Contract Drawings, and Specifications | AUG 2000 |
| 252.236-7004 | Payment for Mobilization and Demobilization | DEC 1991 |
| 252.236-7005 | Airfield Safety Precautions | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.246-9999 (Dev) | Safety of Facilities, Infrastructure4, and Equipment for Military Operations (Deviation) | APR 2010 |
| 252.247-7001 | Price Adjustment | JAN 1997 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.202-1   DEFINITIONS  (JUL 2004)

(a) When a solicitation provision or contract clause uses a word or term that is defined in the Federal Acquisition Regulation (FAR), the word or term has the same meaning as the definition in FAR 2.101 in effect at the time the solicitation was issued, unless--

(1) The solicitation, or amended solicitation, provides a different definition;

(2) The contracting parties agree to a different definition;

(3) The part, subpart, or section of the FAR where the provision or clause is prescribed provides a different meaning; or

(4) The word or term is defined in FAR Part 31, for use in the cost principles and procedures.

(b) The FAR Index is a guide to words and terms the FAR defines and shows where each definition is located. The FAR Index is available via the Internet at http://www.acqnet.gov at the end of the FAR, after the FAR Appendix.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.203-3    GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.203-5    COVENANT AGAINST CONTINGENT FEES (APR 1984)

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, in its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent

upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.203-6    RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (SEP 2006)

(a) Except as provided in (b) of this clause, the Contractor shall not enter into any agreement with an actual or prospective subcontractor, nor otherwise act in any manner, which has or may have the effect of restricting sales by such subcontractors directly to the Government of any item or process (including computer software) made or furnished by the subcontractor under this contract or under any follow-on production contract.

(b) The prohibition in (a) of this clause does not preclude the Contractor from asserting rights that are otherwise authorized by law or regulation.

(c) The Contractor agrees to incorporate the substance of this clause, including this paragraph (c), in all subcontracts under this contract which exceed the simplified acquisition threshold.

CLAUSES INCORPORATED BY FULL TEXT

52.203-7    ANTI-KICKBACK PROCEDURES.  (JUL 1995)

(a) Definitions.

"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided, directly or indirectly, to any prime Contractor, prime Contractor employee,  subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor," as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or

subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) The Anti-Kickback Act of 1986 (41 U.S.C. 51-58) (the Act), prohibits any person from -

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Department of Justice.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold, from sums owed a subcontractor under the prime contract, the amount of any kickback. The Contracting Officer may order the monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including this subparagraph (c)(5) but excepting subparagraph (c)(1), in all subcontracts under this contract which exceed $100,000.

CLAUSES INCORPORATED BY FULL TEXT

52.203-8    CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C.

423) (the Act), as amended by section 4304 of the 1996 National Defense Authorization Act for Fiscal Year 1996 (Pub. L. 104-106), the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which--

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27(a) or (b) of the Act for the purpose of either--

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsections 27(e)(1) of the Act.

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.203-10    PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) The Government, at its election, may reduce the price of a fixed-price type contract and the total cost and fee under a cost-type contract by the amount of profit or fee determined as set forth in paragraph (b) of this clause if the head of the contracting activity or designee determines that there was a violation of subsection 27 (a), (b), or (c) of the Office of Federal Procurement Policy Act, as amended (41 U.S.C. 423), as implemented in section 3.104 of the Federal Acquisition Regulation.

(b) The price or fee reduction referred to in paragraph (a) of this clause shall be--

(1) For cost-plus-fixed-fee contracts, the amount of the fee specified in the contract at the time of award;

(2) For cost-plus-incentive-fee contracts, the target fee specified in the contract at the time of award, notwithstanding any minimum fee or "fee floor" specified in the contract;

(3) For cost-plus-award-fee contracts--

(i) The base fee established in the contract at the time of contract award;

(ii) If no base fee is specified in the contract, 30 percent of the amount of each award fee otherwise payable to the Contractor for each award fee evaluation period or at each award fee determination point.

(4) For fixed-price-incentive contracts, the Government may--

(i) Reduce the contract target price and contract target profit both by an amount equal to the initial target profit specified in the contract at the time of contract award; or

(ii) If an immediate adjustment to the contract target price and contract target profit would have a significant adverse impact on the incentive price revision relationship under the contract, or adversely affect the contract financing provisions, the Contracting Officer may defer such adjustment until establishment of the total final price of the contract. The total final price established in accordance with the incentive price revision provisions of the contract shall be reduced by an amount equal to the initial target profit specified in the contract at the time of contract award and such reduced price shall be the total final contract price.

(5) For firm-fixed-price contracts, by 10 percent of the initial contract price or a profit amount determined by the Contracting Officer from records or documents in existence prior to the date of the contract award.

(c) The Government may, at its election, reduce a prime contractor's price or fee in accordance with the procedures of paragraph (b) of this clause for violations of the Act by its subcontractors by an amount not to exceed the amount of profit or fee reflected in the subcontract at the time the subcontract was first definitively priced.

(d) In addition to the remedies in paragraphs (a) and (c) of this clause, the Government may terminate this contract for default. The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.203-12     LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (SEP 2007)

(a) Definitions. As used in this clause--

Agency means executive agency as defined in Federal Acquisition Regulation (FAR) 2.101.

Covered Federal action means any of the following actions:

(1) Awarding any Federal contract.

(2) Making any Federal grant.

(3) Making any Federal loan.

(4) Entering into any cooperative agreement.

(5) Extending, continuing, renewing, amending, or modifying any Federal contract, grant, loan, or cooperative agreement.

Indian tribe and tribal organization have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450b) and include Alaskan Natives.

Influencing or attempting to influence means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.

Local government means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

Officer or employee of an agency includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under Title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), Title 37, United States Code.

(3) A special Government employee, as defined in section 202, Title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, Title 5, United States Code, appendix 2.

Person means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and are permitted by other Federal law.

Reasonable compensation means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government.

Reasonable payment means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

Recipient includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and are permitted by other Federal law.

Regularly employed means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

State means a State of the United States, the District of Columbia, or an outlying area of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) Prohibition. 31 U.S.C. 1352 prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal actions. In accordance with 31 U.S.C. 1352, the Contractor shall not use appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any

agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the award of this contractor the extension, continuation, renewal, amendment, or modification of this contract.

(1) The term appropriated funds does not include profit or fee from a covered Federal action.

(2) To the extent the Contractor can demonstrate that the Contractor has sufficient monies, other than Federal appropriated funds, the Government will assume that these other monies were spent for any influencing activities that would be unallowable if paid for with Federal appropriated funds.

(c) Exceptions. The prohibition in paragraph (b) of this clause does not apply under the following conditions:

(1) Agency and legislative liaison by Contractor employees.

(i) Payment of reasonable compensation made to an officer or employee of the Contractor if the payment is for agency and legislative liaison activities not directly related to this contract. For purposes of this paragraph, providing any information specifically requested by an agency or Congress is permitted at any time.

(ii) Participating with an agency in discussions that are not related to a specific solicitation for any covered Federal action, but that concern--

(A) The qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities; or

(B) The application or adaptation of the person's products or services for an agency's use.

(iii) Providing prior to formal solicitation of any covered Federal action any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action;

(iv) Participating in technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and

(v) Making capability presentations prior to formal solicitation of any covered Federal action by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub.L. 95-507, and subsequent amendments.

(2) Professional and technical services. (i) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action.

(ii) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations.

(iii) As used in paragraph (c)(2) of this clause, ``professional and technical services'' are limited to advice and analysis directly applying any professional or technical discipline (for examples, see FAR 3.803(a)(2)(iii)).

(iv) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents.

(3) Only those communications and services expressly authorized by paragraphs (c)(1) and (2) of this clause are permitted.

(d) Disclosure. (1) If the Contractor did not submit OMB Standard Form LLL, Disclosure of Lobbying Activities, with its offer, but registrants under the Lobbying Disclosure Act of 1995 have subsequently made a lobbying contact on behalf of the Contractor with respect to this contract, the Contractor shall complete and submit OMB Standard Form LLL to provide the name of the lobbying registrants, including the individuals performing the services.

(2) If the Contractor did submit OMB Standard Form LLL disclosure pursuant to paragraph (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions, and a change occurs that affects Block 10 of the OMB Standard Form LLL (name and address of lobbying registrant or individuals performing services), the Contractor shall, at the end of the calendar quarter in which the change occurs, submit to the Contracting Officer within 30 days an updated disclosure using OMB Standard Form LLL.

(e) Penalties. (1) Any person who makes an expenditure prohibited under paragraph (b) of this clause or who fails to file or amend the disclosure to be filed or amended by paragraph (d) of this clause shall be subject to civil penalties as provided for by 31 U.S.C.1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

(2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

(f) Cost allowability. Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

(g) Subcontracts. (1) The Contractor shall obtain a declaration, including the certification and disclosure in paragraphs (c) and (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions, from each person requesting or receiving a subcontract exceeding $100,000 under this contract. The Contractor or subcontractor that awards the subcontract shall retain the declaration.

(2) A copy of each subcontractor disclosure form (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall, at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor, submit to the Contracting Officer within 30 days a copy of all disclosures. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

(3) The Contractor shall include the substance of this clause, including this paragraph (g), in any subcontract exceeding $100,000.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.203-13   CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT (APR 2010)

(a) Definitions. As used in this clause--

Agent means any individual, including a director, an officer, an employee, or an independent Contractor, authorized to act on behalf of the organization.

Full cooperation—

(1) Means disclosure to the Government of the information sufficient for law enforcement to identify the nature and extent of the offense and the individuals responsible for the conduct. It includes providing timely and complete response to Government auditors' and investigators' request for documents and access to employees with information;

(2) Does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not require--

(i) A Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine; or

(ii) Any officer, director, owner, or employee of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; and

(3) Does not restrict a Contractor from--

(i) Conducting an internal investigation; or

(ii) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

Principal means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

Subcontract means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

Subcontractor means any supplier, distributor, vendor, or firm that furnished supplies or services to or for a prime contractor or another subcontractor.

United States means the 50 States, the District of Columbia, and outlying areas.

(b) Code of business ethics and conduct. (1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall--

(i) Have a written code of business ethics and conduct;

(ii) Make a copy of the code available to each employee engaged in performance of the contract.

(2) The Contractor shall--

(i) Exercise due diligence to prevent and detect criminal conduct; and

(ii) Otherwise promote an organizational culture that encourages ethical conduct and a commitment to compliance with the law.

(3)(i) The Contractor shall timely disclose, in writing, to the agency Office of the Inspector General (OIG), with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of this contract or any subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed--

(A) A violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code; or

(B) A violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(ii) The Government, to the extent permitted by law and regulation, will safeguard and treat information obtained pursuant to the Contractor's disclosure as confidential where the information has been marked "confidential" or "proprietary" by the company. To the extent permitted by law and regulation, such information will not be released by the Government to the public pursuant to a Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification to the Contractor. The Government may transfer documents provided by the Contractor to any department or agency within the Executive Branch if the information relates to matters within the organization's jurisdiction.

(iii) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the Contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract.

(c) Business ethics awareness and compliance program and internal control system. This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

(1) An ongoing business ethics awareness and compliance program.

(i) This program shall include reasonable steps to communicate periodically and in a practical manner the Contractor's standards and procedures and other aspects of the Contractor's business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individual's respective roles and responsibilities.

(ii) The training conducted under this program shall be provided to the Contractor's principals and employees, and as appropriate, the Contractor's agents and subcontractors.

(2) An internal control system.

(i) The Contractor's internal control system shall--

(A) Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) At a minimum, the Contractor's internal control system shall provide for the following:

(A) Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

(B) Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct that is in conflict with the Contractor's code of business ethics and conduct.

(C) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractor's code of business ethics and conduct and the special requirements of Government contracting, including--

(1) Monitoring and auditing to detect criminal conduct;

(2) Periodic evaluation of the effectiveness of the business ethics awareness and compliance program and internal control system, especially if criminal conduct has been detected; and

(3) Periodic assessment of the risk of criminal conduct, with appropriate steps to design, implement, or modify the business ethics awareness and compliance program and the internal control system as necessary to reduce the risk of criminal conduct identified through this process.

(D) An internal reporting mechanism, such as a hotline, which allows for anonymity or confidentiality, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

(E) Disciplinary action for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

(F) Timely disclosure, in writing, to the agency OIG, with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of any Government contract performed by the Contractor or a subcontractor thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(1) If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies' contracting officers.

(3) The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4) The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G) Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

(d) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5,000,000 and a performance period of more than 120 days.

(2) In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.204-2    SECURITY REQUIREMENTS (AUG 1996) - ALTERNATE II (APR 1984)

(a) This clause applies to the extent that this contract involves access to information classified "Confidential," "Secret," or "Top Secret."

(b) The Contractor shall comply with (1) the Security Agreement (DD Form 441), including the National Industrial Security Program Operating Manual (DOD 5220.22-M); and (2) any revisions to that manual, notice of which has been furnished to the Contractor.

(c) If, subsequent to the date of this contract, the security classification or security requirements under this contract are changed by the Government and if the changes cause an increase or decrease in security costs or otherwise affect any other term or condition of this contract, the contract shall be subject to an equitable adjustment as if the changes were directed under the Changes clause of this contract.

(d) The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph (d) but excluding any reference to the Changes clause of this contract, in all subcontracts under this contract that involve access to classified information.

(e) The Contractor shall be responsible for furnishing to each employee and for requiring each employee engaged on the work to display such identification as may be approved and directed by the Contracting Officer. All prescribed identification shall immediately be delivered to the Contracting Officer, for cancellation upon the release of any employee. When required by the Contracting Officer, the Contractor shall obtain and submit fingerprints of all persons employed or to be employed on the project.


CLAUSES INCORPORATED BY FULL TEXT


52.204-4    PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000)

(a) Definitions. As used in this clause--

"Postconsumer material" means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material." For paper and paper products, postconsumer material means "postconsumer fiber" defined by the U.S. Environmental Protection Agency (EPA) as--

(1) Paper, paperboard, and fibrous materials from retail stores, office buildings, homes, and so forth, after they have passed through their end-usage as a consumer item, including: used corrugated boxes; old newspapers; old magazines; mixed waste paper; tabulating cards; and used cordage; or

(2) All paper, paperboard, and fibrous materials that enter and are collected from municipal solid waste; but not

(3) Fiber derived from printers' over-runs, converters' scrap, and over-issue publications.

"Printed or copied double-sided" means printing or reproducing a document so that information is on both sides of a sheet of paper.

"Recovered material," for paper and paper products, is defined by EPA in its Comprehensive Procurement Guideline as "recovered fiber" and means the following materials:

(1) Postconsumer fiber; and

(2) Manufacturing wastes such as--

(i) Dry paper and paperboard waste generated after completion of the papermaking process (that is, those manufacturing operations up to and including the cutting and trimming of the paper machine reel into smaller rolls or rough sheets) including: envelope cuttings, bindery trimmings, and other paper and paperboard waste resulting from printing, cutting, forming, and other converting operations; bag, box, and carton manufacturing wastes; and butt rolls, mill wrappers, and rejected unused stock; and

(ii) Repulped finished paper and paperboard from obsolete inventories of paper and paperboard manufacturers, merchants, wholesalers, dealers, printers, converters, or others.

(b) In accordance with Section 101 of Executive Order 13101 of September 14, 1998, Greening the Government through Waste Prevention, Recycling, and Federal Acquisition, the Contractor is encouraged to submit paper documents, such as offers, letters, or reports, that are printed or copied double-sided on recycled paper that meet minimum content standards specified in Section 505 of Executive Order 13101, when not using electronic commerce methods to submit information or data to the Government.

(c) If the Contractor cannot purchase high-speed copier paper, offset paper, forms bond, computer printout paper, carbonless paper, file folders, white wove envelopes, writing and office paper, book paper, cotton fiber paper, and cover stock meeting the 30 percent postconsumer material standard for use in submitting paper documents to the Government, it should use paper containing no less than 20 percent postconsumer material. This lesser standard should be used only when paper meeting the 30 percent postconsumer material standard is not obtainable at a reasonable price or does not meet reasonable performance standards.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.204-7 CENTRAL CONTRACTOR REGISTRATION (APR 2008)

(a) Definitions. As used in this clause--

Central Contractor Registration (CCR) database means the primary Government repository for Contractor information required for the conduct of business with the Government.

Data Universal Numbering System (DUNS) number means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.

Data Universal Numbering System +4 (DUNS+4) number means the DUNS number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see the FAR at Subpart 32.11) for the same parent concern.

Registered in the CCR database means that--

(1) The Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the CCR database; and

(2) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service (IRS), and has marked the record ``Active''. The Contractor will be required to provide consent for TIN validation to the Government as a part of the CCR registration process.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number--

(i) Via the Internet at http://fedgov.dnb.com/webform or if the offeror does not have internet access, it may call Dun and Bradstreet at 1-866-705-5711 if located within the United States; or

(ii) If located outside the United States, by contacting the local Dun and Bradstreet office. The offeror should indicate that it is an offeror for a U.S. Government contract when contacting the local Dun and Bradstreet office.

(2) The offeror should be prepared to provide the following information:

(i) Company legal business.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.

(iii) Company Physical Street Address, City, State, and Zip Code.

(iv) Company Mailing Address, City, State and Zip Code (if separate from physical).

(v) Company Telephone Number.

(vi) Date the company was started.

(vii) Number of employees at your location.

(viii) Chief executive officer/key manager.

(ix) Line of business (industry).

(x) Company Headquarters name and address (reporting relationship within your entity).

(d) If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) The Contractor is responsible for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date

of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(g)(1)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of Subpart 42.12 of the FAR; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (g)(1)(i) of this clause, or fails to perform the agreement at paragraph (g)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see FAR Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(h) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423, or 269-961-5757.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.204-10    REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS (JUL 2010)

(a) Definitions. As used in this clause:

Executive means officers, managing partners, or any other employees in management positions.

First-tier subcontract means a subcontract awarded directly by a Contractor to furnish supplies or services (including construction) for performance of a prime contract, but excludes supplier agreements with vendors, such as long-term arrangements for materials or supplies that would normally be applied to a Contractor's general and administrative expenses or indirect cost.

Total compensation means the cash and noncash dollar value earned by the executive during the Contractor's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

(1) Salary and bonus.

(2) Awards of stock, stock options, and stock appreciation rights. Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

(3) Earnings for services under non-equity incentive plans. This does not include group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of executives, and are available generally to all salaried employees.

(4) Change in pension value. This is the change in present value of defined benefit and actuarial pension plans.

(5) Above-market earnings on deferred compensation which is not tax-qualified.

(6) Other compensation, if the aggregate value of all such other compensation (e.g., severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the executive exceeds $10,000.

(b) Section 2(d)(2) of the Federal Funding Accountability and Transparency Act of 2006 (Pub. L. 109-282), as amended by section 6202 of the Government Funding Transparency Act of 2008 (Pub. L. 110-252), requires the Contractor to report information on subcontract awards. The law requires all reported information be made public, therefore, the Contractor is responsible for notifying its subcontractors that the required information will be made public.

(c)(1) Unless otherwise directed by the contracting officer, by the end of the month following the month of award of a first-tier subcontract with a value of $25,000 or more, (and any modifications to these subcontracts that change previously reported data), the Contractor shall report the following information at http://www.fsrs.gov for each first-tier subcontract. (The Contractor shall follow the instructions at http://www.fsrs.gov to report the data.)

(i) Unique identifier (DUNS Number) for the subcontractor receiving the award and for the subcontractor's parent company, if the subcontractor has a parent company.

(ii) Name of the subcontractor.

(iii) Amount of the subcontract award.

(iv) Date of the subcontract award.

(v) A description of the products or services (including construction) being provided under the subcontract, including the overall purpose and expected outcomes or results of the subcontract.

(vi) Subcontract number (the subcontract number assigned by the Contractor).

(vii) Subcontractor's physical address including street address, city, state, and country. Also include the nine-digit zip code and congressional district.

(viii) Subcontractor's primary performance location including street address, city, state, and country. Also include the nine-digit zip code and congressional district.

(ix) The prime contract number, and order number if applicable.

(x) Awarding agency name and code.

(xi) Funding agency name and code.

(xii) Government contracting office code.

(xiii) Treasury account symbol (TAS) as reported in FPDS.

(xiv) The applicable North American Industry Classification System code (NAICS).

(2) By the end of the month following the month of a contract award, and annually thereafter, the Contractor shall report the names and total compensation of each of the five most highly compensated executives for the Contractor's preceding completed fiscal year at http://www.ccr.gov, if--

(i) In the Contractor's preceding fiscal year, the Contractor received--

(A) 80 percent or more of its annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants) and cooperative agreements; and

(B) $25,000,000 or more in annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants) and cooperative agreements; and

(ii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(3) Unless otherwise directed by the contracting officer, by the end of the month following the month of a first-tier subcontract with a value of $25,000 or more, and annually thereafter, the Contractor shall report the names and total compensation of each of the five most highly compensated executives for each first-tier subcontractor for the subcontractor's preceding completed fiscal year at http://www.fsrs.gov, if--

(i) In the subcontractor's preceding fiscal year, the subcontractor received--

(A) 80 percent or more of its annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants) and cooperative agreements; and

(B) $25,000,000 or more in annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants) and cooperative agreements; and

(ii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(d)(1) If the Contractor in the previous tax year had gross income, from all sources, under $300,000, the Contractor is exempt from the requirement to report subcontractor awards.

(2) If a subcontractor in the previous tax year had gross income from all sources under $300,000, the Contractor does not need to report awards to that subcontractor.

(e) Phase-in of reporting of subcontracts of $25,000 or more.

(1) Until September 30, 2010, any newly awarded subcontract must be reported if the prime contract award amount was $20,000,000 or more.

(2) From October 1, 2010, until February 28, 2011, any newly awarded subcontract must be reported if the prime contract award amount was $550,000 or more.

(3) Starting March 1, 2011, any newly awarded subcontract must be reported if the prime contract award amount was $25,000 or more.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.209-6    PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (SEP 2006)

(a) The Government suspends or debars Contractors to protect the Government's interests.  The Contractor shall not enter into any subcontract in excess of the $30,000 with a Contractor that is debarred, suspended, or proposed for debarment unless there is a  compelling reason to do so.

(b) The Contractor shall require each proposed first-tier subcontractor, whose subcontract will exceed $30,000, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract, the subcontractor, or its principles, is or is not debarred, suspended, or proposed for debarment by the Federal Government.

(c) A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is debarred, suspended, or proposed for debarment (see FAR 9.404 for information on the in the Excluded Parties List System).  The notice must include the following:

(1) The name of the subcontractor.

(2) The Contractor's knowledge of the reasons for the subcontractor being in the Excluded Parties List System.

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding its inclusion in the Excluded Parties List System.

(4) The systems and procedures the Contractor has established to ensure that it is fully protecting the Government's interests when dealing with such subcontractor in view of the specific basis for the party's debarment, suspension, or proposed debarment.

(End of clause)

52.209-8   UPDATES OF INFORMATION REGARDING RESPONSIBILITY MATTERS (APR 2010)

(a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by entering the required information in the Central Contractor Registration database at http://www.ccr.gov (see 52.204-7).

(b)(1) The Contractor will receive notification when the Government posts new information to the Contractor's record.

(2) The Contractor will have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

(3) With the exception of the Contractor, only Government personnel and authorized users performing business on behalf of the Government will be able to view the Contractor's record in the system. Public requests for system information will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

(End of clause)

52.211-5    MATERIAL REQUIREMENTS (AUG 2000)

(a) Definitions.

As used in this clause--

New means composed of previously unused components, whether manufactured from virgin material, recovered material in the form of raw material, or materials and by-products generated from, and reused within, an original manufacturing process; provided that the supplies meet contract requirements, including but not limited to, performance, reliability, and life expectancy.

Reconditioned means restored to the original normal operating condition by readjustments and material replacement.

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

Remanufactured means factory rebuilt to original specifications.

Virgin material means--

(1) Previously unused raw material, including previously unused copper, aluminum, lead, zinc, iron, other metal or metal ore; or

(2) Any undeveloped resource that is, or with new technology will become, a source of raw materials.

(b) Unless this contract otherwise requires virgin material or supplies composed of or manufactured from virgin material, the Contractor shall provide supplies that are new, reconditioned, or remanufactured, as defined in this clause.

(c) A proposal to provide unused former Government surplus property shall include a complete description of the material, the quantity, the name of the Government agency from which acquired, and the date of acquisition.

(d) A proposal to provide used, reconditioned, or remanufactured supplies shall include a detailed description of such supplies and shall be submitted to the Contracting Officer for approval.

(e) Used, reconditioned, or remanufactured supplies, or unused former Government surplus property, may be used in contract performance if the Contractor has proposed the use of such supplies, and the Contracting Officer has authorized their use.

(End of clause)

52.211-10    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 15 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than the date stated in each Task Order.  The time stated for completion shall include final cleanup of the premises.

*The Contracting Officer shall specify either a number of days after the date the contractor receives the notice to proceed, or a calendar date.

(End of clause)

52.211-12    LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount  TO BE DETERMINED AT TASK ORDER LEVEL for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-13    TIME EXTENSIONS (SEP 2000)

Time extensions for contract changes will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements related to the changed work and that the remaining contract completion dates for all other portions of the work will not be altered. The change order also may provide an equitable readjustment of liquidated damages under the new completion schedule.

(End of clause)

52.211-16    VARIATION IN QUANTITY (APR 1984)

(a) A variation in the quantity of any item called for by this contract will not be accepted unless the variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only

to the extent, if any, specified in paragraph (b) below.

(b) The permissible variation shall be limited to:

TO BE DETERMINED AT TASK ORDER

_____Percent increase
_____Percent decrease
This increase or decrease shall apply to \_\_\_\_\_.

(End of clause)

52.211-18    VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

52.215-2    AUDIT AND RECORDS--NEGOTIATION (MAR 2009)

(a) As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

(b) Examination of costs. If this is a cost-reimbursement, incentive, time-and-materials, labor-hour, or price redeterminable contract, or any combination of these, the Contractor shall maintain and the Contracting Officer, or an authorized representative of the Contracting Officer, shall have the right to examine and audit all records and other evidence sufficient to reflect properly all costs claimed to have been incurred or anticipated to be incurred directly or indirectly in performance of this contract. This right of examination shall include inspection at all reasonable times of the Contractor's plants, or parts of them, engaged in performing the contract.

(c) Cost or pricing data. If the Contractor has been required to submit cost or pricing data in connection with any pricing action relating to this contract, the Contracting Officer, or an authorized representative of the Contracting Officer, in order to evaluate the accuracy, completeness, and currency of the cost or pricing data, shall have the right to examine and audit all of the Contractor's records, including computations and projections, related to--

(1) The proposal for the contract, subcontract, or modification;

(2) The discussions conducted on the proposal(s), including those related to negotiating;

(3) Pricing of the contract, subcontract, or modification; or

(4) Performance of the contract, subcontract or modification.

(d) <u>Comptroller General</u>. (1) The Comptroller General of the United States, or an authorized representative, shall have access to and the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract or a subcontract hereunder and to interview any current employee regarding such transactions.

(2) This paragraph may not be construed to require the Contractor or subcontractor to create or maintain any record that the Contractor or subcontractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Reports. If the Contractor is required to furnish cost, funding, or performance reports, the Contracting Officer or an authorized representative of the Contracting Officer shall have the right to examine and audit the supporting records and materials, for the purpose of evaluating (1) the effectiveness of the Contractor's policies and procedures to produce data compatible with the objectives of these reports and (2) the data reported.

(f) Availability. The Contractor shall make available at its office at all reasonable times the records, materials, and other evidence described in paragraphs (a), (b), (c), (d), and (e) of this clause, for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in Subpart 4.7, Contractor Records Retention, of the Federal Acquisition Regulation (FAR), or for any longer period required by statute or by other clauses of this contract. In addition--

(1) If this contract is completely or partially terminated, the Contractor shall make available the records relating to the work terminated until 3 years after any resulting final termination settlement; and

(2) The Contractor shall make available records relating to appeals under the Disputes clause or to litigation or the settlement of claims arising under or relating to this contract until such appeals, litigation, or claims are finally resolved.

(g) The Contractor shall insert a clause containing all the terms of this clause, including this paragraph (g), in all subcontracts under this contract that exceed the simplified acquisition threshold, and--

(1) That are cost-reimbursement, incentive, time-and-materials, labor-hour, or price-redeterminable type or any combination of these;

(2) For which cost or pricing data are required; or

(3) That require the subcontractor to furnish reports as discussed in paragraph (e) of this clause.

The clause may be altered only as necessary to identify properly the contracting parties and the Contracting Officer under the Government prime contract.

(End of clause)

52.215-10    PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (OCT 1997)

(a) If any price, including profit or fee, negotiated in connection with this contract, or any cost reimbursable under this contract, was increased by any significant amount because--

(1) The Contractor or a subcontractor furnished cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data;

(2) A subcontractor or prospective subcontractor furnished the Contractor cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing Data; or

(3) Any of these parties furnished data of any description that were not accurate, the price or cost shall be reduced accordingly and the contract shall be modified to reflect the reduction.

(b) Any reduction in the contract price under paragraph (a) of this clause due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which--

(1) The actual subcontract; or

(2) The actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor; provided, that the actual subcontract price was not itself affected by defective cost or pricing data.

(c)(1) If the Contracting Officer determines under paragraph (a) of this clause that a price or cost reduction should be made, the Contractor agrees not to raise the following matters as a defense:

(i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current cost or pricing data had been submitted.

(ii) The Contracting Officer should have known that the cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer.

(iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract.

(iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2)(i) Except as prohibited by subdivision (c)(2)(ii) of this clause, an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if--

(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and

(B) The Contractor proves that the cost or pricing data were available before the "as of" date specified on its Certificate of Current Cost or Pricing Data, and that the data were not submitted before such date.

(ii) An offset shall not be allowed if--

(A) The understated data were known by the Contractor to be understated before the "as of" date specified on its Certificate of Current Cost or Pricing Data; or

(B) The Government proves that the facts demonstrate that the contract price would not have increased in the amount to be offset even if the available data had been submitted before the "as of" date specified on its Certificate of Current Cost or Pricing Data.

(d) If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid--

(1) Simple interest on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

A penalty equal to the amount of the overpayment, if the Contractor or subcontractor knowingly submitted cost or pricing data that were incomplete, inaccurate, or noncurrent.

(End of clause)

52.215-11    PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS (OCT 1997)

(a) This clause shall become operative only for any modification to this contract involving a pricing adjustment expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, except that this clause does not apply to any modification if an exception under FAR 15.403-1 applies.

(b) If any price, including profit or fee, negotiated in connection with any modification under this clause, or any cost reimbursable under this contract, was increased by any significant amount because (1) the Contractor or a subcontractor furnished cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data, (2) a subcontractor or prospective subcontractor furnished the Contractor cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing Data, or (3) any of these parties furnished data of any description that were not accurate, the price or cost shall be reduced accordingly and the contract shall be modified to reflect the reduction. This right to a price reduction is limited to that resulting from defects in data relating to modifications for which this clause becomes operative under paragraph (a) of this clause.

(c) Any reduction in the contract price under paragraph (b) of this clause due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which--

(1) The actual subcontract; or

(2) The actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor; provided, that the actual subcontract price was not itself affected by defective cost or pricing data.

(d)(1) If the Contracting Officer determines under paragraph (b) of this clause that a price or cost reduction should be made, the Contractor agrees not to raise the following matters as a defense:

(i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current cost or pricing data had been submitted.

(ii) The Contracting Officer should have known that the cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer.

(iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract.

(iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2)(i) Except as prohibited by subdivision (d)(2)(ii) of this clause, an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if--

(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and

(B) The Contractor proves that the cost or pricing data were available before the "as of" date specified on its Certificate of Current Cost or Pricing Data, and that the data were not submitted before such date.

(ii) An offset shall not be allowed if--

(A) The understated data were known by the Contractor to be understated before the "as of" date specified on its Certificate of Current Cost or Pricing Data; or

(B) The Government proves that the facts demonstrate that the contract price would not have increased in the amount to be offset even if the available data had been submitted before the "as of" date specified on its Certificate of Current Cost or Pricing Data.

(e) If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid--

(1) Simple interest on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

A penalty equal to the amount of the overpayment, if the Contractor or subcontractor knowingly submitted cost or pricing data that were incomplete, inaccurate, or noncurrent.

(End of clause)


52.215-12    SUBCONTRACTOR COST OR PRICING DATA (OCT 1997)

(a) Before awarding any subcontract expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, on the date of agreement on price or the date of award, whichever is later; or before pricing any subcontract modification involving a pricing adjustment expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, the Contractor shall require the subcontractor to submit cost or pricing data (actually or by specific identification in writing), unless an exception under FAR 15.403-1 applies.

(b) The Contractor shall require the subcontractor to certify in substantially the form prescribed in FAR 15.406-2 that, to the best of its knowledge and belief, the data submitted under paragraph (a) of this clause were accurate, complete, and current as of the date of agreement on the negotiated price of the subcontract or subcontract modification.

(c) In each subcontract that exceeds the threshold for submission of cost or pricing data at FAR 15.403-4, when entered into, the Contractor shall insert either--

(1) The substance of this clause, including this paragraph (c), if paragraph (a) of this clause requires submission of cost or pricing data for the subcontract; or

(2) The substance of the clause at FAR 52.215-13, Subcontractor Cost or Pricing Data--Modifications.

52.215-13    SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS (OCT 1997)

(a) The requirements of paragraphs (b) and (c) of this clause shall--

(1) Become operative only for any modification to this contract involving a pricing adjustment expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4; and

(2) Be limited to such modifications.

(b) Before awarding any subcontract expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, on the date of agreement on price or the date of award, whichever is later; or before pricing any subcontract modification involving a pricing adjustment expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, the Contractor shall require the subcontractor to submit cost or pricing data (actually or by specific identification in writing), unless an exception under FAR 15.403-1 applies.

(c) The Contractor shall require the subcontractor to certify in substantially the form prescribed in FAR 15.406-2 that, to the best of its knowledge and belief, the data submitted under paragraph (b) of this clause were accurate, complete, and current as of the date of agreement on the negotiated price of the subcontract or subcontract modification.

The Contractor shall insert the substance of this clause, including this paragraph (d), in each subcontract that exceeds the threshold for submission of cost or pricing data at FAR 15.403-4 on the date of agreement on price or the date of award, whichever is later.

(End of clause)

52.215-15    PENSION ADJUSTMENTS AND ASSET REVERSIONS (OCT 2004)

(a) The Contractor shall promptly notify the Contracting Officer in writing when it determines that it will terminate a defined-benefit pension plan or otherwise recapture such pension fund assets.

(b) For segment closings, pension plan terminations, or curtailment of benefits, the amount of the adjustment shall be--

(1) For contracts and subcontracts that are subject to full coverage under the Cost Accounting Standards (CAS) Board rules and regulations (48 CFR Chapter 99), the amount measured, assigned, and allocated in accordance with 48 CFR 9904.413-50(c)(12); and

(2) For contracts and subcontracts that are not subject to full coverage under the CAS, the amount measured, assigned, and allocated in accordance with 48 CFR 9904.413-50(c)(12), except the numerator of the fraction at 48 CFR 9904.413-50(c)(12)(vi) shall be the sum of the pension plan costs allocated to all non-CAS covered contracts and subcontracts that are subject to Federal Acquisition Regulation (FAR) Subpart 31.2 or for which cost or pricing data were submitted.

(c) For all other situations where assets revert to the Contractor, or such assets are constructively received by it for any reason, the Contractor shall, at the Government's option, make a refund or give a credit to the Government for its equitable share of the gross amount withdrawn. The Government's equitable share shall reflect the Government's

participation in pension costs through those contracts for which cost or pricing data were submitted or that are subject to FAR Subpart 31.2.

(d) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(g).

(End of clause)

52.215-17    WAIVER OF FACILITIES CAPITAL COST OF MONEY (OCT 1997)

The Contractor did not include facilities capital cost of money as a proposed cost of this contract. Therefore, it is an unallowable cost under this contract.

(End of clause)

52.215-18    REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS (JUL 2005)

(a) The Contractor shall promptly notify the Contracting Officer in writing when the Contractor determines that it will terminate or reduce the benefits of a PRB plan.

(b) If PRB fund assets revert or inure to the Contractor, or are constructively received by it under a plan termination or otherwise, the Contractor shall make a refund or give a credit to the Government for its equitable share as required by 31.205-6(o)(5) of the Federal Acquisition Regulation (FAR). When determining or agreeing on the method for recovery of the Government's equitable share, the contracting parties should consider the following methods: cost reduction, amortizing the credit over a number of years (with appropriate interest), cash refund, or some other agreed upon method. Should the parties be unable to agree on the method for recovery of the Government's equitable share, through good faith negotiations, the Contracting Officer shall designate the method of recovery.

(c) The Contractor shall insert the substance of this clause in all subcontracts that meet the applicability requirements of FAR 15.408(j).

(End of clause)

52.215-19    NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

(a) The Contractor shall make the following notifications in writing:

(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

(2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b) The Contractor shall--

(1) Maintain current, accurate, and complete inventory records of assets and their costs;

(2) Provide the ACO or designated representative ready access to the records upon request;

(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

(End of clause)

52.215-21    REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS (OCT 1997)--ALTERNATE III (OCT 1997)

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable--

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Information on modifications of contracts or subcontracts for commercial items. (A) If--

(1) The original contract or subcontract was granted an exception from cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item; and

(2) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition of a commercial item to a contract or subcontract for the acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include--

(1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(2) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation , access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the Contractor is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The Contractor shall submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

(c) Submit the cost portion of the proposal via the following electronic media: [Insert media format]

As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

(End of clause)

52.216-7    ALLOWABLE COST AND PAYMENT (DEC 2002) -- ALTERNATE I (FEB 1997)

(a) Invoicing.

(1) The Government will make payments to the Contractor when requested as work progresses, but (except for small business concerns) not more often than once every 2 weeks, in amounts determined to be allowable by the Contracting Officer in accordance with Federal Acquisition Regulation (FAR) Subpart 31.2 in effect on the date of this contract and the terms of this contract. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost for performing this contract.

(2) Contract financing payments are not subject to the interest penalty provisions of the Prompt Payment Act. Interim payments made prior to the final payment under the contract are contract financing payments, except interim payments if this contract contains Alternate I to the clause at 52.232-25. (3) The designated payment office will make interim payments for contract financing on the 30TH day after the designated billing office receives a proper payment request. In the event that the Government requires an audit or other review of a specific payment request to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the specified due date.

(b) Reimbursing costs.

(1) For the purpose of reimbursing allowable costs (except as provided in paragraph (b)(2) of this clause, with respect to pension, deferred profit sharing, and employee stock ownership plan contributions), the term "costs" includes only-

(i) Those recorded costs that, at the time of the request for reimbursement, the Contractor has paid by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(ii) When the Contractor is not delinquent in paying costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(A) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(1) In accordance with the terms and conditions of a subcontract or invoice; and

(2) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(B) Materials issued from the Contractor's inventory and placed in the production process for use on the contract;

(C) Direct labor;

(D) Direct travel;

(E) Other direct in-house costs; and

(F) Properly allocable and allowable indirect costs, as shown in the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(iii) The amount of progress and other payments to the Contractor's subcontractors that either have been paid, or that the Contractor is required to pay pursuant to the clause of this contract entitled "Prompt Payment for Construction Contracts." Payments shall be made by cash, check, or other form of payment to the Contractor's subcontractors under similar cost standards.

(2) Accrued costs of Contractor contributions under employee pension plans shall be excluded until actually paid unless-

(i) The Contractor's practice is to make contributions to the retirement fund quarterly or more frequently; and

(ii) The contribution does not remain unpaid 30 days after the end of the applicable quarter or shorter payment period (any contribution remaining unpaid shall be excluded from the Contractor's indirect costs for payment purposes).

(3) Notwithstanding the audit and adjustment of invoices or vouchers under paragraph (g) of this clause, allowable indirect costs under this contract shall be obtained by applying indirect cost rates established in accordance with paragraph (d) of this clause.

(4) Any statements in specifications or other documents incorporated in this contract by reference designating performance of services or furnishing of materials at the Contractor's expense or at no cost to the Government shall be disregarded for purposes of cost-reimbursement under this clause.

(c) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(d) Final indirect cost rates.

(1) Final annual indirect cost rates and the appropriate bases shall be established in accordance with Subpart 42.7 of the Federal Acquisition Regulation (FAR) in effect for the period covered by the indirect cost rate proposal.

(2)(i) The Contractor shall submit an adequate final indirect cost rate proposal to the Contracting Officer (or cognizant Federal agency official) and auditor within the 6-month period following the expiration of each of its fiscal years. Reasonable extensions, for exceptional circumstances only, may be requested in writing by the Contractor and granted in writing by the Contracting Officer. The Contractor shall support its proposal with adequate supporting data.

(ii) The proposed rates shall be based on the Contractor's actual cost experience for that period. The appropriate Government representative and the Contractor shall establish the final indirect cost rates as promptly as practical after receipt of the Contractor's proposal.

(3) The Contractor and the appropriate Government representative shall execute a written understanding setting forth the final indirect cost rates. The understanding shall specify (i) the agreed-upon final annual indirect cost rates,

(ii) the bases to which the rates apply,

(iii) the periods for which the rates apply,

(iv) any specific indirect cost items treated as direct costs in the settlement, and

(v) the affected contract and/or subcontract, identifying any with advance agreements or special terms and the applicable rates. The understanding shall not change any monetary ceiling, contract obligation, or specific cost allowance or disallowance provided for in this contract. The understanding is incorporated into this contract upon execution.

(4) Failure by the parties to agree on a final annual indirect cost rate shall be a dispute within the meaning of the Disputes clause.

(5) Within 120 days (or longer period if approved in writing by the Contracting Officer) after settlement of the final annual indirect cost rates for all years of a physically complete contract, the Contractor shall submit a completion invoice or voucher to reflect the settled amounts and rates.

(6)(i) If the Contractor fails to submit a completion invoice or voucher within the time specified in paragraph (d)(5) of this clause, the Contracting Officer may-

(A) Determine the amounts due to the Contractor under the contract; and

(B) Record this determination in a unilateral modification to the contract.

(ii) This determination constitutes the final decision of the Contracting Officer in accordance with the Disputes clause.

(e) Billing rates. Until final annual indirect cost rates are established for any period, the Government shall reimburse the Contractor at billing rates established by the Contracting Officer or by an authorized representative (the cognizant auditor), subject to adjustment when the final rates are established. These billing rates-

(1) Shall be the anticipated final rates; and

(2) May be prospectively or retroactively revised by mutual agreement, at either party's request, to prevent substantial overpayment or underpayment.

(f) Quick-closeout procedures. Quick-closeout procedures are applicable when the conditions in FAR 42.708(a) are satisfied.

(g) Audit. At any time or times before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of cost audited. Any payment may be-

(1) Reduced by amounts found by the Contracting Officer not to constitute allowable costs; or

(2) Adjusted for prior overpayments or underpayments.

(h) Final payment.

(1) Upon approval of a completion invoice or voucher submitted by the Contractor in accordance with paragraph (d)(5) of this clause, and upon the Contractor's compliance with all terms of this contract, the Government shall promptly pay any balance of allowable costs and that part of the fee (if any) not previously paid.

(2) The Contractor shall pay to the Government any refunds, rebates, credits, or other amounts (including interest, if any) accruing to or received by the Contractor or any assignee under this contract, to the extent that those amounts are properly allocable to costs for which the Contractor has been reimbursed by the Government. Reasonable expenses incurred by the Contractor for securing refunds, rebates, credits, or other amounts shall be allowable costs if approved by the Contracting Officer. Before final payment under this contract, the Contractor and each assignee whose assignment is in effect at the time of final payment shall execute and deliver-

(i) An assignment to the Government, in form and substance satisfactory to the Contracting Officer, of refunds, rebates, credits, or other amounts (including interest, if any) properly allocable to costs for which the Contractor has been reimbursed by the Government under this contract; and

(ii) A release discharging the Government, its officers, agents, and employees from all liabilities, obligations, and claims arising out of or under this contract, except-

(A) Specified claims stated in exact amounts, or in estimated amounts when the exact amounts are not known;

(B) Claims (including reasonable incidental expenses) based upon liabilities of the Contractor to third parties arising out of the performance of this contract; provided, that the claims are not known to the Contractor on the date of the execution of the release, and that the Contractor gives notice of the claims in writing to the Contracting Officer within 6 years following the release date or notice of final payment date, whichever is earlier; and

(C) Claims for reimbursement of costs, including reasonable incidental expenses, incurred by the Contractor under the patent clauses of this contract, excluding, however, any expenses arising from the Contractor's indemnification of the Government against patent liability.

(End of clause)

52.216-18    ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the beginning of the effective date through the end of the contract.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the

Schedule.

(End of clause)

52.216-19    ORDER LIMITATIONS.  (OCT 1995)

(a) Minimum order.  When the Government requires supplies or services covered by this contract in an amount of less than $10,000  (insert dollar figure or quantity), the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order.  The Contractor is not obligated to honor:

(1) Any order for a single item in excess of $500 Million.

(2) Any order for a combination of items in excess of $1 Billion;  or

(3) A series of orders from the same ordering office within 7 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 7 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22    INDEFINITE QUANTITY.  (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule.  The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause.  The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum".  The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued.  The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.  The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed

during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after contract termination.

(End of clause)

52.217-2   CANCELLATION UNDER MULTIYEAR CONTRACTS (OCT 1997)-

(a) Cancellation, as used in this clause, means that the Government is canceling its requirements for all supplies or services in program years subsequent to that in which notice of cancellation is provided.  Cancellation shall occur by the date or within the time period specified in the Schedule, unless a later date is agreed to, if the Contracting Officer (1) notifies the Contractor that funds are not available for contract performance for any subsequent program year, or (2) fails to notify the Contractor that funds are available for performance of the succeeding program year requirement. -

(b) Except for cancellation under this clause or termination under the Default clause, any reduction by the Contracting Officer in the requirements of this contract shall be considered a termination under the Termination for Convenience of the Government clause.-

(c) If cancellation under this clause occurs, the Contractor will be paid a cancellation charge not over the cancellation ceiling specified in the Schedule as applicable at the time of cancellation.

(d) The cancellation charge will cover only (1) costs (i) incurred by the Contractor and/or subcontractor, (ii) reasonably necessary for performance of the contract, and (iii) that would have been equitably amortized over the entire multiyear contract period but, because of the cancellation, are not so amortized, and (2) a reasonable profit or fee on the costs.

(e) The cancellation charge shall be computed and the claim made for it as if the claim were being made under the Termination for Convenience of the Government clause of this contract. The Contractor shall submit the claim promptly but no later than 1 year from the date (1) of notification of the nonavailability of funds, or (2) specified in the Schedule by which notification of the availability of additional funds for the next succeeding program year is required to be issued, whichever is earlier, unless extensions in writing are granted by the Contracting Officer.-

(f) The Contractor's claim may include--

(1) Reasonable nonrecurring costs (see Subpart 15.4 of the Federal Acquisition Regulation) which are applicable to and normally would have been amortized in all supplies or services which are multiyear requirements;-

(2) Allocable portions of the costs of facilities acquired or established for the conduct of the work, to the extent that it is impracticable for the Contractor to use the facilities in its commercial work, and if the costs are not charged to the contract through overhead or otherwise depreciated;-

(3) Costs incurred for the assembly, training, and transportation to and from the job site of a specialized work force; and-

(4) Costs not amortized solely because the cancellation had precluded anticipated benefits of Contractor or subcontractor learning.-

(g) The claim shall not include--

(1) Labor, material, or other expenses incurred by the Contractor or subcontractors for performance of the canceled work;-

(2) Any cost already paid to the Contractor;-

(3) Anticipated profit or unearned fee on the canceled work; or-

(4) For service contracts, the remaining useful commercial life of facilities. "Useful commercial life" means the commercial utility of the facilities rather than their physical life with due consideration given to such factors as location of facilities, their specialized nature, and obsolescence. -

(h) This contract may include an Option clause with the period for exercising the option limited to the date in the contract for notification that funds are available for the next succeeding program year. If so, the Contractor agrees not to include in option quantities any costs of a startup or nonrecurring nature that have been fully set forth in the contract. The Contractor further agrees that the option quantities will reflect only those recurring costs and a reasonable profit or fee necessary to furnish the additional option quantities.-

(i) Quantities added to the original contract through the Option clause of this contract shall be included in the quantity canceled for the purpose of computing allowable cancellation charges.

(End of clause)

52.217-6    OPTION FOR INCREASED QUANTITY (MAR 1989)

The Government may increase the quantity of supplies called for in the Schedule at the unit price specified.  The Contracting Officer may exercise the option by written notice to the Contractor within 24 months of the base period and each option year thereafter.  Delivery of the added items shall continue at the same rate as the like items called for under the contract, unless the parties otherwise agree.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.217-9    OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 24 months from date of contract award and within 12 months from the date the option is exercised; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days  before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.
(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.219-8    UTILIZATION OF SMALL BUSINESS CONCERNS (MAY 2004)

(a) It is the policy of the United States that small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns shall have the maximum practicable opportunity to participate in performing contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns.

(b) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.

Definitions. As used in this contract--

HUBZone small business concern means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

Small business concern means a small business as defined pursuant to Section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto.

Small disadvantaged business concern means a small business concern that represents, as part of its offer that--

(1) It has received certification as a small disadvantaged business concern consistent with 13 CFR part 124, subpart B;

(2) No material change in disadvantaged ownership and control has occurred since its certification;

(3) Where the concern is owned by one or more individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(4) It is identified, on the date of its representation, as a certified small disadvantaged business in the database maintained by the Small Business Administration (PRO-Net).

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

Women-owned small business concern means a small business concern--

(1) That is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Contractors acting in good faith may rely on written representations by their subcontractors regarding their status as a small business concern, a veteran-owned small business concern, a service-disabled veteran-owned small business concern, a HUBZone small business concern, a small disadvantaged business concern, or a women-owned small business concern.

(End of clause)

52.219-9    SMALL BUSINESS SUBCONTRACTING PLAN (JUL 2010)--ALTERNATE II (OCT 2001).

(a) This clause does not apply to small business concerns.

(b) Definitions. As used in this clause--

"Alaska Native Corporation (ANC)" means any Regional Corporation, Village Corporation, Urban Corporation, or Group Corporation organized under the laws of the State of Alaska in accordance with the Alaska Native Claims Settlement Act, as amended (43 U.S.C. 1601, et seq.) and which is considered a minority and economically disadvantaged concern under the criteria at 43 U.S.C. 1626(e)(1). This definition also includes ANC direct and indirect subsidiary corporations, joint ventures, and partnerships that meet the requirements of 43 U.S.C. 1626(e)(2).

"Commercial item" means a product or service that satisfies the definition of commercial item in section 2.101 of the Federal Acquisition Regulation.

"Commercial plan" means a subcontracting plan (including goals) that covers the offeror's fiscal year and that applies to the entire production of commercial items sold by either the entire company or a portion thereof (e.g., division, plant, or product line).

"Electronic Subcontracting Reporting System (eSRS)" means the Governmentwide, electronic, web-based system for small business subcontracting program reporting. The eSRS is located at http://www.esrs.gov.

"Indian tribe" means any Indian tribe, band, group, pueblo, or community, including native villages and native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as defined in the Alaska Native Claims Settlement Act (43 U.S.C.A. 1601 et seq.), that is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs in accordance with 25 U.S.C. 1452(c). This definition also includes Indian-owned economic enterprises that meet the requirements of 25 U.S.C. 1452(e).

"Individual contract plan" means a subcontracting plan that covers the entire contract period (including option periods), applies to a specific contract, and has goals that are based on the offeror's planned subcontracting in support of the specific contract except that indirect costs incurred for common or joint purposes may be allocated on a prorated basis to the contract.

"Master plan" means a subcontracting plan that contains all the required elements of an individual contract plan, except goals, and may be incorporated into individual contract plans, provided the master plan has been approved.

"Subcontract" means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime Contractor or subcontractor calling for supplies or services required for performance of the contract or subcontract.

(c) Proposals submitted in response to this solicitation shall include a subcontracting plan, that separately addresses subcontracting with small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns. If the offeror is submitting an individual contract plan, the plan must separately address subcontracting with small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns with a separate part for the basic contract and separate parts for each option (if any). The plan shall be included in and made a part of the resultant contract. The subcontracting plan shall be negotiated within the time specified by the Contracting Officer. Failure to submit and negotiate a subcontracting plan shall make the offeror ineligible for award of a contract.

(d) The offeror's subcontracting plan shall include the following:

(1) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns as subcontractors. The offeror shall include all subcontracts that contribute to contract performance, and may include a proportionate share of products and services that are normally allocated as indirect costs. In accordance with 43 U.S.C. 1626:

(i) Subcontracts awarded to an ANC or Indian tribe shall be counted towards the subcontracting goals for small business and small disadvantaged business (SDB) concerns, regardless of the size or Small Business Administration certification status of the ANC or Indian tribe.

(ii) Where one or more subcontractors are in the subcontract tier between the prime contractor and the ANC or Indian tribe, the ANC or Indian tribe shall designate the appropriate contractor(s) to count the subcontract towards its small business and small disadvantaged business subcontracting goals.

(A) In most cases, the appropriate Contractor is the Contractor that awarded the subcontract to the ANC or Indian tribe.

(B) If the ANC or Indian tribe designates more than one Contractor to count the subcontract toward its goals, the ANC or Indian tribe shall designate only a portion of the total subcontract award to each Contractor. The sum of the amounts designated to various Contractors cannot exceed the total value of the subcontract.

(C) The ANC or Indian tribe shall give a copy of the written designation to the Contracting Officer, the prime Contractor, and the subcontractors in between the prime Contractor and the ANC or Indian tribe within 30 days of the date of the subcontract award.

(D) If the Contracting Officer does not receive a copy of the ANC's or the Indian tribe's written designation within 30 days of the subcontract award, the Contractor that awarded the subcontract to the ANC or Indian tribe will be considered the designated Contractor.

(2) A statement of --

(i) Total dollars planned to be subcontracted for an individual contract plan; or the offeror's total projected sales, expressed in dollars, and the total value of projected subcontracts to support the sales for a commercial plan;

(ii) Total dollars planned to be subcontracted to small business concerns (including ANC and Indian tribes);

(iii) Total dollars planned to be subcontracted to veteran-owned small business concerns;

(iv) Total dollars planned to be subcontracted to service-disabled veteran-owned small business;

(v) Total dollars planned to be subcontracted to HUBZone small business concerns;

(vi) Total dollars planned to be subcontracted to small disadvantaged business concerns (including ANCs and Indian tribes); and

(vii) Total dollars planned to be subcontracted to women-owned small business concerns.

(3) A description of the principal types of supplies and services to be subcontracted, and an identification of the types planned for subcontracting to --

(i) Small business concerns,

(ii) Veteran-owned small business concerns;

(iii) Service-disabled veteran-owned small business concerns;

(iv) HUBZone small business concerns;

(v) Small disadvantaged business concerns, and

(vi) Women-owned small business concerns.

(4) A description of the method used to develop the subcontracting goals in paragraph (d)(1) of this clause.

(5) A description of the method used to identify potential sources for solicitation purposes (e.g., existing company source lists, the Central Contractor Registration database (CCR), veterans service organizations, the National Minority Purchasing Council Vendor Information Service, the Research and Information Division of the Minority Business Development Agency in the Department of Commerce, or small, HUBZone, small disadvantaged, and women-owned small business trade associations). A firm may rely on the information contained in CCR as an accurate representation of a concern's size and ownership characteristics for the purposes of maintaining a small, veteran-owned small, service-disabled veteran-owned small, HUBZone small, small disadvantaged, and women-owned small business source list. Use of CCR as its source list does not relieve a firm of its responsibilities (e.g., outreach, assistance, counseling, or publicizing subcontracting opportunities) in this clause.

(6) A statement as to whether or not the offeror included indirect costs in establishing subcontracting goals, and a description of the method used to determine the proportionate share of indirect costs to be incurred with --

(i) Small business concerns (including ANC and Indian tribes);

(ii) Veteran-owned small business concerns;

(iii) Service-disabled veteran-owned small business concerns;

(iv) HUBZone small business concerns;

(v) Small disadvantaged business concerns (including ANC and Indian tribes); and

(vi) Women-owned small business concerns.

(7) The name of the individual employed by the offeror who will administer the offeror's subcontracting program, and a description of the duties of the individual.

(8) A description of the efforts the offeror will make to assure that small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns have an equitable opportunity to compete for subcontracts.

(9) Assurances that the offeror will include the clause of this contract entitled "Utilization of Small Business Concerns" in all subcontracts that offer further subcontracting opportunities, and that the offeror will require all subcontractors (except small business concerns) that receive subcontracts in excess of $550,000 ($1,000,000 for construction of any public facility with further subcontracting possibilities) to adopt a plan similar to the plan that complies with the requirements of this clause.

(10) Assurances that the offeror will --

(i) Cooperate in any studies or surveys as may be required;

(ii) Submit periodic reports so that the Government can determine the extent of compliance by the offeror with the subcontracting plan;

(iii) Submit the Individual Subcontract Report (ISR) and/or the Summary Subcontract Report (SSR), in accordance with paragraph (l) of this clause using the Electronic Subcontracting Reporting System (eSRS) at http://www.esrs.gov. The reports shall provide information on subcontract awards to small business concerns (including ANCs and Indian tribes that are not small businesses), veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns (including ANCs and Indian tribes that have not been certified by the Small Business Administration as small disadvantaged businesses), women-owned small business concerns, and Historically Black Colleges and Universities and Minority Institutions. Reporting shall be in accordance with this clause, or as provided in agency regulations;

(iv) Ensure that its subcontractors with subcontracting plans agree to submit the ISR and/or the SSR using eSRS;

(v) Provide its prime contract number, its DUNS number, and the e-mail address of the offeror's official responsible for acknowledging receipt of or rejecting the ISRs, to all first-tier subcontractors with subcontracting plans so they can enter this information into the eSRS when submitting their ISRs; and

(vi) Require that each subcontractor with a subcontracting plan provide the prime contract number, its own DUNS number, and the e-mail address of the subcontractor's official responsible for acknowledging receipt of or rejecting the ISRs, to its subcontractors with subcontracting plans.

(11) A description of the types of records that will be maintained concerning procedures that have been adopted to comply with the requirements and goals in the plan, including establishing source lists; and a description of the offeror's efforts to locate small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns and award subcontracts to them. The records shall include at least the following (on a plant-wide or company-wide basis, unless otherwise indicated):

(i) Source lists (e.g., CCR), guides, and other data that identify small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns.

(ii) Organizations contacted in an attempt to locate sources that are small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, or women-owned small business concerns.

(iii) Records on each subcontract solicitation resulting in an award of more than $100,000, indicating --

(A) Whether small business concerns were solicited and if not, why not;

(B) Whether veteran-owned small business concerns were solicited and, if not, why not;

(C) Whether service-disabled veteran-owned small business concerns were solicited and, if not, why not;

(D) Whether HUBZone small business concerns were solicited and, if not, why not;

(E) Whether small disadvantaged business concerns were solicited and if not, why not;

(F) Whether women-owned small business concerns were solicited and if not, why not; and

(G) If applicable, the reason award was not made to a small business concern.

(iv) Records of any outreach efforts to contact --

(A) Trade associations;

(B) Business development organizations;

(C) Conferences and trade fairs to locate small, HUBZone small, small disadvantaged, and women-owned small business sources; and

(D) Veterans service organizaions.

(v) Records of internal guidance and encouragement provided to buyers through --

(A) Workshops, seminars, training, etc., and

(B) Monitoring performance to evaluate compliance with the program's requirements.

(vi) On a contract-by-contract basis, records to support award data submitted by the offeror to the Government, including the name, address, and business size of each subcontractor. Contractors having commercial plans need not comply with this requirement.

(e) In order to effectively implement this plan to the extent consistent with efficient contract performance, the Contractor shall perform the following functions:

(1) Assist small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns by arranging solicitations, time for the preparation of bids, quantities, specifications, and delivery schedules so as to facilitate the participation by such concerns. Where the Contractor's lists of potential small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business subcontractors are excessively long, reasonable effort shall be made to give all such small business concerns an opportunity to compete over a period of time.

(2) Provide adequate and timely consideration of the potentialities of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns in all "make-or-buy" decisions.

(3) Counsel and discuss subcontracting opportunities with representatives of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business firms.

(4) Confirm that a subcontractor representing itself as a HUBZone small business concern is identified as a certified HUBZone small business concern by accessing the Central Contractor Registration (CCR) database or by contacting SBA.

(5) Provide notice to subcontractors concerning penalties and remedies for misrepresentations of business status as small, veteran-owned small business, HUBZone small, small disadvantaged or women-owned small business for the purpose of obtaining a subcontract that is to be included as part or all of a goal contained in the Contractor's subcontracting plan.

(f) A master plan on a plant or division-wide basis that contains all the elements required by paragraph (d) of this clause, except goals, may be incorporated by reference as a part of the subcontracting plan required of the offeror by this clause; provided --

(1) The master plan has been approved;

(2) The offeror ensures that the master plan is updated as necessary and provides copies of the approved master plan, including evidence of its approval, to the Contracting Officer; and

(3) Goals and any deviations from the master plan deemed necessary by the Contracting Officer to satisfy the requirements of this contract are set forth in the individual subcontracting plan.

(g) A commercial plan is the preferred type of subcontracting plan for contractors furnishing commercial items. The commercial plan shall relate to the offeror's planned subcontracting generally, for both commercial and Government business, rather than solely to the Government contract. Once the Contractor's commercial plan has been approved, the Government will not require another subcontracting plan from the same Contractor while the plan remains in effect, as long as the product or service being provided by the Contractor continues to meet the definition of a commercial item. A Contractor with a commercial plan shall comply with the reporting requirements stated in paragraph (d)(10) of this clause by submitting one SSR in eSRS for all contracts covered by its commercial plan. This report shall be acknowledged or rejected in eSRS by the Contracting Officer who approved the plan. This report shall be submitted within 30 days after the end of the Government's fiscal year.

(h) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.

(i) A contract may have no more than one plan. When a modification meets the criteria in 19.702 for a plan, or an option is exercised, the goals associated with the modification or option shall be added to those in the existing subcontract plan.

(j) Subcontracting plans are not required from subcontractors when the prime contract contains the clause at 52.212-5, Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items, or when the subcontractor provides a commercial item subject to the clause at 52.244-6, Subcontracts for Commercial Items, under a prime contract.

(k) The failure of the Contractor or subcontractor to comply in good faith with --

(1) The clause of this contract entitled "Utilization Of Small Business Concerns;" or

(2) An approved plan required by this clause, shall be a material breach of the contract.

(l) The Contractor shall submit ISRs and SSRs using the web-based eSRS at http://www.esrs.gov. Purchases from a corporation, company, or subdivision that is an affiliate of the prime Contractor or subcontractor are not included in these reports. Subcontract award data reported by prime Contractors and subcontractors shall be limited to awards made to their immediate next-tier subcontractors. Credit cannot be taken for awards made to lower tier subcontractors, unless the Contractor or subcontractor has been designated to receive a small business or small disadvantaged business credit from an ANC or Indian tribe. subcontracts involving performance in the United States or its outlying areas should be included in these reports with the exception of subcontracts under a contract awarded by the State Department or any other agency that has statutory or regulatory authority to require subcontracting plans for subcontracts performed outside the United States and its outlying areas.

(1) ISR. This report is not required for commercial plans. The report is required for each contract containing an individual subcontract plan.

(i) The report shall be submitted semi-annually during contract performance for the periods ending March 31 and September 30. A report is also required for each contract within 30 days of contract completion. Reports are due 30 days after the close of each reporting period, unless otherwise directed by the Contracting Officer. Reports are required when due, regardless of whether there has been any subcontracting activity since the inception of the contract or the previous reporting period.

(ii) When a subcontracting plan contains separate goals for the basic contract and each option, as prescribed by FAR 19.704(c), the dollar goal inserted on this report shall be the sum of the base period through the current option; for example, for a report submitted after the second option is exercised, the dollar goal would be the sum of the goals for the basic contract, the first option, and the second option.

(iii) The authority to acknowledge receipt or reject the ISR resides--

(A) In the case of the prime Contractor, with the Contracting Officer; and

(B) In the case of a subcontract with a subcontracting plan, with the entity that awarded the subcontract.

(2) SSR.

(i) Reports submitted under individual contract plans--

(A) This report encompasses all subcontracting under prime contracts and subcontracts with the awarding agency, regardless of the dollar value of the subcontracts.

(B) The report may be submitted on a corporate, company or subdivision (e.g. plant or division operating as a separate profit center) basis, unless otherwise directed by the agency.

(C) If a prime Contractor and/or subcontractor is performing work for more than one executive agency, a separate report shall be submitted to each executive agency covering only that agency's contracts, provided at least one of that agency's contracts is over $550,000 (over $1,000,000 for construction of a public facility) and contains a subcontracting plan. For DoD, a consolidated report shall be submitted for all contracts awarded by military departments/agencies and/or subcontracts awarded by DoD prime Contractors. However, for construction and related maintenance and repair, a separate report shall be submitted for each DoD component.

(D) For DoD and NASA, the report shall be submitted semi-annually for the six months ending March 31 and the twelve months ending September 30. For civilian agencies, except NASA, it shall be submitted annually for the twelve month period ending September 30. Reports are due 30 days after the close of each reporting period.

(E) Subcontract awards that are related to work for more than one executive agency shall be appropriately allocated.

(F) The authority to acknowledge or reject SSRs in eSRS, including SSRs submitted by subcontractors with subcontracting plans, resides with the Government agency awarding the prime contracts unless stated otherwise in the contract.

(ii) Reports submitted under a commercial plan--

(A) The report shall include all subcontract awards under the commercial plan in effect during the Government's fiscal year.

(B) The report shall be submitted annually, within thirty days after the end of the Government's fiscal year.

(C) If a Contractor has a commercial plan and is performing work for more than one executive agency, the Contractor shall specify the percentage of dollars attributable to each agency from which contracts for commercial items were received.

(D) The authority to acknowledge or reject SSRs for commercial plans resides with the Contracting Officer who approved the commercial plan.

(iii) All reports submitted at the close of each fiscal year (both individual and commercial plans) shall include a Year-End Supplementary Report for Small Disadvantaged Businesses. The report shall include subcontract awards, in whole dollars, to small disadvantaged business concerns by North American Industry Classification System (NAICS) Industry Subsector. If the data are not available when the year-end SSR is submitted, the prime Contractor and/or subcontractor shall submit the Year-End Supplementary Report for Small Disadvantaged Businesses within 90 days of submitting the year-end SSR. For a commercial plan, the Contractor may obtain from each of its subcontractors a predominant NAICS Industry Subsector and report all awards to that subcontractor under its predominant NAICS Industry Subsector.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.219-16    LIQUIDATED DAMAGES-SUBCONTRACTING PLAN (JAN 1999)

(a) Failure to make a good faith effort to comply with the subcontracting plan, as used in this clause, means a willful or intentional failure to perform in accordance with the requirements of the subcontracting plan approved under the clause in this contract entitled "Small Business Subcontracting Plan," or willful or intentional action to frustrate the plan.

(b) Performance shall be measured by applying the percentage goals to the total actual subcontracting dollars or, if a commercial plan is involved, to the pro rata share of actual subcontracting dollars attributable to Government contracts covered by the commercial plan. If, at contract completion or, in the case of a commercial plan, at the close of the fiscal year for which the plan is applicable, the Contractor has failed to meet its subcontracting goals and the Contracting Officer decides in accordance with paragraph (c) of this clause that the Contractor failed to make a good faith effort to comply with its subcontracting plan, established in accordance with the clause in this contract entitled "Small Business Subcontracting Plan," the Contractor shall pay the Government liquidated damages in an amount stated. The amount of probable damages attributable to the Contractor's failure to comply shall be an amount equal to the actual dollar amount by which the Contractor failed to achieve each subcontract goal.

(c) Before the Contracting Officer makes a final decision that the Contractor has failed to make such good faith effort, the Contracting Officer shall give the Contractor written notice specifying the failure and permitting the

Contractor to demonstrate what good faith efforts have been made and to discuss the matter. Failure to respond to the notice may be taken as an admission that no valid explanation exists. If, after consideration of all the pertinent data, the Contracting Officer finds that the Contractor failed to make a good faith effort to comply with the subcontracting plan, the Contracting Officer shall issue a final decision to that effect and require that the Contractor pay the Government liquidated damages as provided in paragraph (b) of this clause.

(d) With respect to commercial plans, the Contracting Officer who approved the plan will perform the functions of the Contracting Officer under this clause on behalf of all agencies with contracts covered by the commercial plan.

(e) The Contractor shall have the right of appeal, under the clause in this contract entitled Disputes, from any final decision of the Contracting Officer.

(f) Liquidated damages shall be in addition to any other remedies that the Government may have.

(End of clause)

52.222-1    NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)

If the Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately give notice, including all relevant information, to the Contracting Officer.

(End of clause)

52.222-21    PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

(a) Segregated facilities, as used in this clause, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex, or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms or necessary dressing or sleeping areas provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract and purchase order that is subject to the Equal Opportunity clause of this contract.

(End of clause)

52.222-26    EQUAL OPPORTUNITY (MAR 2007)

(a) Definition. United States, as used in this clause, means the 50 States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, and Wake Island.

(b)(1) If, during any 12-month period (including the 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contracts and/or subcontracts that have an aggregate value in excess of $10,000, the Contractor shall comply with this clause, except for work performed outside the United States by employees who were not recruited within the United States. Upon request, the Contractor shall provide information necessary to determine the applicability of this clause.

(2) If the Contractor is a religious corporation, association, educational institution, or society, the requirements of this clause do not apply with respect to the employment of individuals of a particular religion to perform work connected with the carrying on of the Contractor's activities (41 CFR 60-1.5).

(c) (1) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. However, it shall not be a violation of this clause for the Contractor to extend a publicly announced preference in employment to Indians living on or near an Indian reservation, in connection with employment opportunities on or near an Indian reservation, as permitted by 41 CFR 60-1.5.

(2) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. This shall include, but not be limited to, (i) employment, (ii) upgrading, (iii) demotion, (iv) transfer, (v) recruitment or recruitment advertising, (vi) layoff or termination, (vii) rates of pay or other forms of compensation, and (viii) selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explain this clause.

(4) The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.

(5) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(7) The Contractor shall furnish to the contracting agency all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. The Contractor shall also file Standard Form 100 (EEO-1), or any successor form, as prescribed in 41 CFR part 60-1. Unless the Contractor has filed within the 12 months preceding the date of contract award, the Contractor shall, within 30 days after contract award, apply to either the regional Office of Federal Contract Compliance Programs (OFCCP) or the local office of the Equal Employment Opportunity Commission for the necessary forms.

(8) The Contractor shall permit access to its premises, during normal business hours, by the contracting agency or the OFCCP for the purpose of conducting on-site compliance evaluations and complaint investigations. The Contractor shall permit the Government to inspect and copy any books, accounts, records (including computerized records), and other material that may be relevant to the matter under investigation and pertinent to compliance with Executive Order 11246, as amended, and rules and regulations that implement the Executive Order.

(9) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the

Contractor as provided in Executive Order 11246, as amended; in the rules, regulations, and orders of the Secretary of Labor; or as otherwise provided by law.

(10) The Contractor shall include the terms and conditions of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(11) The Contractor shall take such action with respect to any subcontract or purchase order as the contracting officer may direct as a means of enforcing these terms and conditions, including sanctions for noncompliance; provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of any direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(c) Notwithstanding any other clause in this contract, disputes relative to this clause will be governed by the procedures in 41 CFR 60-1.1.

(End of clause)

52.222-27    AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (FEB 1999)

(a) Definitions.  "Covered area," as used in this clause, means the geographical area described in the solicitation for this contract.

"Deputy Assistant Secretary," as used in this clause, means Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, or a designee.

"Employer's identification number," as used in this clause, means the Federal Social Security number used on the employer's quarterly federal tax return, U.S. Treasury Department Form 941.

"Minority," as used in this clause, means--

(1) American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

(2) Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands);

(3) Black (all persons having origins in any of the black African racial groups not of Hispanic origin); and

(4) Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race).

(b) If the Contractor, or a subcontractor at any tier, subcontracts a portion of the work involving any construction trade, each such subcontract in excess of $10,000 shall include this clause and the Notice containing the goals for minority and female participation stated in the solicitation for this contract.

(c) If the Contractor is participating in a Hometown Plan (41 CFR 60-4) approved by the U.S. Department of Labor in a covered area, either individually or through an association, its affirmative action obligations on all work in the plan area (including goals) shall comply with the plan for those trades that have unions participating in the plan. Contractors must be able to demonstrate participation in, and compliance with, the provisions of the plan. Each Contractor or subcontractor participating in an approved plan is also required to comply with its obligations under

the Equal Opportunity clause, and to make a good faith effort to achieve each goal under the plan in each trade in which it has employees. The overall good-faith performance by other Contractors or subcontractors toward a goal in an approved plan does not excuse any Contractor's or subcontractor's failure to make good-faith efforts to achieve the plan's goals.

(d) The Contractor shall implement the affirmative action procedures in subparagraphs (g)(1) through (16) of this clause. The goals stated in the solicitation for this contract are expressed as percentages of the total hours of employment and training of minority and female utilization that the Contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for the geographical area where that work is actually performed. The Contractor is expected to make substantially uniform progress toward its goals in each craft.

(e) Neither the terms and conditions of any collective bargaining agreement, nor the failure by a union with which the Contractor has a collective bargaining agreement, to refer minorities or women shall excuse the Contractor's obligations under this clause, Executive Order 11246, as amended, or the regulations thereunder.

(f) In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, apprentices and trainees must be employed by the Contractor during the training period, and the Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

(g) The Contractor shall take affirmative action to ensure equal employment opportunity. The evaluation of the Contractor's compliance with this clause shall be based upon its effort to achieve maximum results from its actions. The Contractor shall document these efforts fully and implement affirmative action steps at least as extensive as the following:

(1) Ensure a working environment free of harassment, intimidation, and coercion at all sites and in all facilities where the Contractor's employees are assigned to work. The Contractor, if possible, will assign two or more women to each construction project. The Contractor shall ensure that foremen, superintendents, and other onsite supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at these sites or facilities.

(2) Establish and maintain a current list of sources for minority and female recruitment. Provide written notification to minority and female recruitment sources and community organizations when the Contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

(3) Establish and maintain a current file of the names, addresses, and telephone numbers of each minority and female off-the-street applicant, referrals of minorities or females from unions, recruitment sources, or community organizations, and the action taken with respect to each individual. If an individual was sent to the union hiring hall for referral and not referred back to the Contractor by the union or, if referred back, not employed by the Contractor, this shall be documented in the file, along with whatever additional actions the Contractor may have taken.

(4) Immediately notify the Deputy Assistant Secretary when the union or unions with which the Contractor has a collective bargaining agreement has not referred back to the Contractor a minority or woman sent by the Contractor, or when the Contractor has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

(5) Develop on-the-job training opportunities and/or participate in training programs for the area that expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the Department of Labor. The Contractor shall provide notice of these programs to the sources compiled under subparagraph (g)(2) of this clause.

(6) Disseminate the Contractor's equal employment policy by--

(i) Providing notice of the policy to unions and to training, recruitment, and outreach programs, and requesting their cooperation in assisting the Contractor in meeting its contract obligations;

(ii) Including the policy in any policy manual and in collective bargaining agreements;

(iii) Publicizing the policy in the company newspaper, annual report, etc.;

(iv) Reviewing the policy with all management personnel and with all minority and female employees at least once a year; and

(v) Posting the policy on bulletin boards accessible to employees at each location where construction work is performed.

(7) Review, at least annually, the Contractor's equal employment policy and affirmative action obligations with all employees having responsibility for hiring, assignment, layoff, termination, or other employment decisions. Conduct review of this policy with all on-site supervisory personnel before initiating construction work at a job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

(8) Disseminate the Contractor's equal employment policy externally by including it in any advertising in the news media, specifically including minority and female news media. Provide written notification to, and discuss this policy with, other Contractors and subcontractors with which the Contractor does or anticipates doing business.

(9) Direct recruitment efforts, both oral and written, to minority, female, and community organizations, to schools with minority and female students, and to minority and female recruitment and training organizations serving the Contractor's recruitment area and employment needs. Not later than 1 month before the date for acceptance of applications for apprenticeship or training by any recruitment source, send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

(10) Encourage present minority and female employees to recruit minority persons and women. Where reasonable, provide after-school, summer, and vacation employment to minority and female youth both on the site and in other areas of the Contractor's workforce.

(11) Validate all tests and other selection requirements where required under 41 CFR 60-3.

(12) Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities. Encourage these employees to seek or to prepare for, through appropriate training, etc., opportunities for promotion.

(13) Ensure that seniority practices, job classifications, work assignments, and other personnel practices do not have a discriminatory effect by continually monitoring all personnel and employment-related activities to ensure that the Contractor's obligations under this contract are being carried out.

(14) Ensure that all facilities and company activities are nonsegregated except that separate or single-user rest rooms and necessary dressing or sleeping areas shall be provided to assure privacy between the sexes.

(15) Maintain a record of solicitations for subcontracts for minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

(16) Conduct a review, at least annually, of all supervisors' adherence to and performance under the Contractor's

equal employment policy and affirmative action obligations.

(h) The Contractor is encouraged to participate in voluntary associations that may assist in fulfilling one or more of the affirmative action obligations contained in subparagraphs (g)(1) through (16) of this clause. The efforts of a contractor association, joint contractor-union, contractor-community, or similar group of which the contractor is a member and participant may be asserted as fulfilling one or more of its obligations under subparagraphs (g)(1) through (16) of this clause, provided the Contractor--

(1) Actively participates in the group;

(2) Makes every effort to ensure that the group has a positive impact on the employment of minorities and women in the industry;

(3) Ensures that concrete benefits of the program are reflected in the Contractor's minority and female workforce participation;

(4) Makes a good-faith effort to meet its individual goals and timetables; and

(5) Can provide access to documentation that demonstrates the effectiveness of actions taken on behalf of the Contractor. The obligation to comply is the Contractor's, and failure of such a group to fulfill an obligation shall not be a defense for the Contractor's noncompliance.

(i) A single goal for minorities and a separate single goal for women shall be established. The Contractor is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and nonminority. Consequently, the Contractor may be in violation of Executive Order 11246, as amended, if a particular group is employed in a substantially disparate manner.

(j) The Contractor shall not use goals or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

(k) The Contractor shall not enter into any subcontract with any person or firm debarred from Government contracts under Executive Order 11246, as amended.

(l) The Contractor shall carry out such sanctions and penalties for violation of this clause and of the Equal Opportunity clause, including suspension, termination, and cancellation of existing subcontracts, as may be imposed or ordered under Executive Order 11246, as amended, and its implementing regulations, by the OFCCP. Any failure to carry out these sanctions and penalties as ordered shall be a violation of this clause and Executive Order 11246, as amended.

(m) The Contractor in fulfilling its obligations under this clause shall implement affirmative action procedures at least as extensive as those prescribed in paragraph (g) of this clause, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Contractor fails to comply with the requirements of Executive Order 11246, as amended, the implementing regulations, or this clause, the Deputy Assistant Secretary shall take action as prescribed in 41 CFR 60-4.8.

(n) The Contractor shall designate a responsible official to--

(1) Monitor all employment-related activity to ensure that the Contractor's equal employment policy is being carried out;

(2) Submit reports as may be required by the Government; and

(3) Keep records that shall at least include for each employee the name, address, telephone number, construction trade, union affiliation (if any), employee identification number, social security number, race, sex, status (e.g.,

mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, separate records are not required to be maintained.

Nothing contained herein shall be construed as a limitation upon the application of other laws that establish different standards of compliance or upon the requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

(End of clause)

52.222-29    NOTIFICATION OF VISA DENIAL (JUN 2003)

It is a violation of Executive Order 11246 for a Contractor to refuse to employ any applicant or not to assign any person hired in the United States, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, or Wake Island, on the basis that the individual's race, color, religion, sex, or national origin is not compatible with the policies of the country where or for whom the work will be performed (41 CFR 60-1.10). The Contractor shall notify the U.S. Department of State, Assistant Secretary, Bureau of Political-Military Affairs (PM), 2201 C Street NW., Room 6212, Washington, DC 20520, and the U.S. Department of Labor, Deputy Assistant Secretary for Federal Contract Compliance, when it has knowledge of any employee or potential employee being denied an entry visa to a country where this contract will be performed, and it believes the denial is attributable to the race, color, religion, sex, or national origin of the employee or potential employee.

(End of clause)

52.222-35    EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS  OF THE VIETNAM ERA AND OTHER ELIGIBLE VETERANS (SEP 2006) ALTERNATE I (DEC 2001)

Notice: The following term(s) of this clause are waived for this contract: NONE

(a) Definitions. As used in this clause--

All employment openings means all positions except executive and top management, those positions that will be filled from within the Contractor's organization, and positions lasting 3 days or less. This term includes full-time employment, temporary employment of more than 3 days duration, and part-time employment.

Executive and top management means any employee--

(1) Whose primary duty consists of the management of the enterprise in which the individual is employed or of a customarily recognized department or subdivision thereof;

(2) Who customarily and regularly directs the work of two or more other employees;

(3) Who has the authority to hire or fire other employees or whose suggestions and recommendations as to the hiring or firing and as to the advancement and promotion or any other change of status of other employees will be given particular weight;

(4) Who customarily and regularly exercises discretionary powers; and

(5) Who does not devote more than 20 percent or, in the case of an employee of a retail or service establishment, who does not devote more than 40 percent of total hours of work in the work week to activities that are not directly and closely related to the performance of the work described in paragraphs (1) through (4) of this definition. This paragraph (5) does not apply in the case of an employee who is in sole charge of an establishment or a physically separated branch establishment, or who owns at least a 20 percent interest in the enterprise in which the individual is employed.

Other eligible veteran means any other veteran who served on active duty during a war or in a campaign or expedition for which a campaign badge has been authorized.

Positions that will be filled from within the Contractor's organization means employment openings for which the Contractor will give no consideration to persons outside the Contractor's organization (including any affiliates, subsidiaries, and parent companies) and includes any openings the Contractor proposes to fill from regularly established "recall" lists. The exception does not apply to a particular opening once an employer decides to consider applicants outside of its organization.

Qualified special disabled veteran means a special disabled veteran who satisfies the requisite skill, experience, education, and other job-related requirements of the employment position such veteran holds or desires, and who, with or without reasonable accommodation, can perform the essential functions of such position.

Special disabled veteran means--

(1) A veteran who is entitled to compensation (or who but for the receipt of military retired pay would be entitled to compensation) under laws administered by the Department of Veterans Affairs for a disability--

(i) Rated at 30 percent or more; or

(ii) Rated at 10 or 20 percent in the case of a veteran who has been determined under 38 U.S.C. 3106 to have a serious employment handicap (i.e., a significant impairment of the veteran's ability to prepare for, obtain, or retain employment consistent with the veteran's abilities, aptitudes, and interests); or

(2) A person who was discharged or released from active duty because of a service-connected disability.

Veteran of the Vietnam era means a person who--

(1) Served on active duty for a period of more than 180 days and was discharged or released from active duty with other than a dishonorable discharge, if any part of such active duty occurred--

(i) In the Republic of Vietnam between February 28, 1961, and May 7, 1975; or

(ii) Between August 5, 1964, and May 7, 1975, in all other cases; or

(2) Was discharged or released from active duty for a service-connected disability if any part of the active duty was performed--

(i) In the Republic of Vietnam between February 28, 1961, and May 7, 1975; or

(ii) Between August 5, 1964, and May 7, 1975, in all other cases.
(b) General. (1) The Contractor shall not discriminate against the individual because the individual is a special disabled veteran, a veteran of the Vietnam era, or other eligible veteran, regarding any position for which the employee or applicant for employment is qualified. The Contractor shall take affirmative action to employ, advance in employment, and otherwise treat qualified special disabled veterans, veterans of the Vietnam era, and other

eligible veterans without discrimination based upon their disability or veterans' status in all employment practices such as--

(i) Recruitment, advertising, and job application procedures;

(ii) Hiring, upgrading, promotion, award of tenure, demotion, transfer, layoff, termination, right of return from layoff and rehiring;

(iii) Rate of pay or any other form of compensation and changes in compensation;

(iv) Job assignments, job classifications, organizational structures, position descriptions, lines of progression, and seniority lists;

(v) Leaves of absence, sick leave, or any other leave;

(vi) Fringe benefits available by virtue of employment, whether or not administered by the Contractor;

(vii) Selection and financial support for training, including apprenticeship, and on-the-job training under 38 U.S.C. 3687, professional meetings, conferences, and other related activities, and selection for leaves of absence to pursue training;

(viii) Activities sponsored by the Contractor including social or recreational programs; and

(ix) Any other term, condition, or privilege of employment.

(2) The Contractor shall comply with the rules, regulations, and relevant orders of the Secretary of Labor issued under the Vietnam Era Veterans' Readjustment Assistance Act of 1972 (the Act), as amended (38 U.S.C. 4211 and 4212).

(c) Listing openings. (1) The Contractor shall immediately list all employment openings that exist at the time of the execution of this contract and those which occur during the performance of this contract, including those not generated by this contract, and including those occurring at an establishment of the Contractor other than the one where the contract is being performed, but excluding those of independently operated corporate affiliates, at an appropriate local public employment service office of the State wherein the opening occurs. Listing employment openings with the U.S. Department of Labor's America's Job Bank shall satisfy the requirement to list jobs with the local employment service office.

(2) The Contractor shall make the listing of employment openings with the local employment service office at least concurrently with using any other recruitment source or effort and shall involve the normal obligations of placing a bona fide job order, including accepting referrals of veterans and nonveterans. This listing of employment openings does not require hiring any particular job applicant or hiring from any particular group of job applicants and is not intended to relieve the Contractor from any requirements of Executive orders or regulations concerning nondiscrimination in employment.

(3) Whenever the Contractor becomes contractually bound to the listing terms of this clause, it shall advise the State public employment agency in each State where it has establishments of the name and location of each hiring location in the State. As long as the Contractor is contractually bound to these terms and has so advised the State agency, it need not advise the State agency of subsequent contracts. The Contractor may advise the State agency when it is no longer bound by this contract clause.

(d) Applicability. This clause does not apply to the listing of employment openings that occur and are filled outside the 50 States, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, the Virgin Islands of the United States, and Wake Island.

(e) Postings. (1) The Contractor shall post employment notices in conspicuous places that are available to employees and applicants for employment.

(2) The employment notices shall--

(i) State the rights of applicants and employees as well as the Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified employees and applicants who are special disabled veterans, veterans of the Vietnam era, and other eligible veterans; and

(ii) Be in a form prescribed by the Deputy Assistant Secretary for Federal Contract Compliance Programs, Department of Labor (Deputy Assistant Secretary of Labor), and provided by or through the Contracting Officer.

(3) The Contractor shall ensure that applicants or employees who are special disabled veterans are informed of the contents of the notice (e.g., the Contractor may have the notice read to a visually disabled veteran, or may lower the posted notice so that it can be read by a person in a wheelchair).

(4) The Contractor shall notify each labor union or representative of workers with which it has a collective bargaining agreement, or other contract understanding, that the Contractor is bound by the terms of the Act and is committed to take affirmative action to employ, and advance in employment, qualified special disabled veterans, veterans of the Vietnam era, and other eligible veterans.

(f) Noncompliance. If the Contractor does not comply with the requirements of this clause, the Government may take appropriate actions under the rules, regulations, and relevant orders of the Secretary of Labor issued pursuant to the Act.

(g) Subcontracts. The Contractor shall insert the terms of this clause in all subcontracts or purchase orders of $100,000 or more unless exempted by rules, regulations, or orders of the Secretary of Labor. The Contractor shall act as specified by the Deputy Assistant Secretary of Labor to enforce the terms, including action for noncompliance.

(End of clause)

52.222-36    AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)

(a) General. (1) Regarding any position for which the employee or applicant for employment is qualified, the Contractor shall not discriminate against any employee or applicant because of physical or mental disability. The Contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified individuals with disabilities without discrimination based upon their physical or mental disability in all employment practices such as--

(i) Recruitment, advertising, and job application procedures;

(ii) Hiring, upgrading, promotion, award of tenure, demotion, transfer, layoff, termination, right of return from layoff, and rehiring;

(iii) Rates of pay or any other form of compensation and changes in compensation;

(iv) Job assignments, job classifications, organizational structures, position descriptions, lines of progression, and seniority lists;

(v) Leaves of absence, sick leave, or any other leave;

(vi) Fringe benefits available by virtue of employment, whether or not administered by the Contractor;

(vii) Selection and financial support for training, including apprenticeships, professional meetings, conferences, and other related activities, and selection for leaves of absence to pursue training;

(viii) Activities sponsored by the Contractor, including social or recreational programs; and

(ix) Any other term, condition, or privilege of employment.

(2) The Contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor (Secretary) issued under the Rehabilitation Act of 1973 (29 U.S.C. 793) (the Act), as amended.

(b) Postings. (1) The Contractor agrees to post employment notices stating--

(i) The Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified individuals with disabilities; and

(ii) The rights of applicants and employees.

(2) These notices shall be posted in conspicuous places that are available to employees and applicants for employment. The Contractor shall ensure that applicants and employees with disabilities are informed of the contents of the notice (e.g., the Contractor may have the notice read to a visually disabled individual, or may lower the posted notice so that it might be read by a person in a wheelchair). The notices shall be in a form prescribed by the Deputy Assistant Secretary for Federal Contract Compliance of the U.S. Department of Labor (Deputy Assistant Secretary) and shall be provided by or through the Contracting Officer.

(3) The Contractor shall notify each labor union or representative of workers with which it has a collective bargaining agreement or other contract understanding, that the Contractor is bound by the terms of Section 503 of the Act and is committed to take affirmative action to employ, and advance in employment, qualified individuals with physical or mental disabilities.

(c) Noncompliance. If the Contractor does not comply with the requirements of this clause, appropriate actions may be taken under the rules, regulations, and relevant orders of the Secretary issued pursuant to the Act.

(d) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of $10,000 unless exempted by rules, regulations, or orders of the Secretary. The Contractor shall act as specified by the Deputy Assistant Secretary to enforce the terms, including action for noncompliance.

(End of clause)


52.222-37    EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (SEP 2006)

(a) Unless the Contractor is a State or local government agency, the Contractor shall report at least annually, as required by the Secretary of Labor, on--

(1) The number of disabled veterans and the number of veterans of the Vietnam era in the workforce of the contractor by job category and hiring location; and

(2) The total number of new employees hired during the period covered by the report, and of that total, the number of disabled veterans, and the number of veterans of the Vietnam era.

(b) The above items shall be reported by completing the form entitled "Federal Contractor Veterans' Employment Report VETS-100."

(c) Reports shall be submitted no later than September 30 of each year beginning September 30, 1988.

(d) The employment activity report required by paragraph (a)(2) of this clause shall reflect total hires during the most recent 12-month period as of the ending date selected for the employment profile report required by paragraph (a)(1) of this clause. Contractors may select an ending date: (1) As of the end of any pay period during the period January through March 1st of the year the report is due, or (2) as of December 31, if the contractor has previous written approval from the Equal Employment Opportunity Commission to do so for purposes of submitting the Employer Information Report EEO-1 (Standard Form 100).

(e) The count of veterans reported according to paragraph (a) of this clause shall be based on voluntary disclosure. Each Contractor subject to the reporting requirements at 38 U.S.C. 4212 shall invite all disabled veterans and veterans of the Vietnam era who wish to benefit under the affirmative action program at 38 U.S.C. 4212 to identify themselves to the Contractor. The invitation shall state that the information is voluntarily provided; that the information will be kept confidential; that disclosure or refusal to provide the information will not subject the applicant or employee to any adverse treatment; and that the information will be used only in accordance with the regulations promulgated under 38 U.S.C. 4212.

(f) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order of $100,000 or more unless exempted by rules, regulations, or orders of the Secretary.

(End of clause)

52.222-50   COMBATING TRAFFICKING IN PERSONS (FEB 2009)

(a) Definitions. As used in this clause--

Coercion means--

(1) Threats of serious harm to or physical restraint against any person;

(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or

(3) The abuse or threatened abuse of the legal process.

Commercial sex act means any sex act on account of which anything of value is given to or received by any person.

Debt bondage means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.

Employee means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.

Forced Labor means knowingly providing or obtaining the labor or services of a person--

(1) By threats of serious harm to, or physical restraint against, that person or another person;

(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or

(3) By means of the abuse or threatened abuse of law or the legal process.

Involuntary servitude includes a condition of servitude induced by means of--

(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or

(2) The abuse or threatened abuse of the legal process.

Severe forms of trafficking in persons means--

(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or

(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

Sex trafficking means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.

(b) Policy. The United States Government has adopted a zero tolerance policy regarding trafficking in persons. Contractors and contractor employees shall not--

(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;

(2) Procure commercial sex acts during the period of performance of the contract; or

(3) Use forced labor in the performance of the contract.

(c) Contractor requirements. The Contractor shall--

(1) Notify its employees of--

(i) The United States Government's zero tolerance policy described in paragraph (b) of this clause; and

(ii) The actions that will be taken against employees for violations of this policy. Such actions may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and

(2) Take appropriate action, up to and including termination, against employees or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification. The Contractor shall inform the Contracting Officer immediately of--

(1) Any information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, or subcontractor employee has engaged in conduct that violates this policy; and

(2) Any actions taken against Contractor employees, subcontractors, or subcontractor employees pursuant to this clause.

(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), or (f) of this clause may result in --

(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;

(2) Requiring the Contractor to terminate a subcontract;

(3) Suspension of contract payments;

(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;

(5) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or

(6) Suspension or debarment.

(f) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (f), in all subcontracts.

(g) Mitigating Factor. The Contracting Officer may consider whether the Contractor had a Trafficking in Persons awareness program at the time of the violation as a mitigating factor when determining remedies. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/g/tip.

(End of clause)

52.223-3   HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)

(a) "Hazardous material", as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

Material                     Identification No.
(If none,
insert "None")


_____ _____


_____ _____


_____ _____


(c) This list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety

Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal, State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

(1) To use, duplicate and disclose any data to which this clause is applicable. The purposes of this right are to--

(i) Apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials;

(ii) Obtain medical treatment for those affected by the material; and

(iii) Have others use, duplicate, and disclose the data for the Government for these purposes.

(2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this contract providing for rights in data.

(3) The Government is not precluded from using similar or identical data acquired from other sources.

(End of clause)

52.223-5    POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (AUG 2003)

(a) Definitions. As used in this clause--

Priority chemical means a chemical identified by the Interagency Environmental Leadership Workgroup or, alternatively, by an agency pursuant to section 503 of Executive Order 13148 of April 21, 2000, Greening the Government through Leadership in Environmental Management.

"Toxic chemical means a chemical or chemical category listed in 40 CFR 372.65."

(b) Executive Order 13148 requires Federal facilities to comply with the provisions of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11001-11050) and the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13101-13109).

(c) The Contractor shall provide all information needed by the Federal facility to comply with the following:

(1) The emergency planning reporting requirements of section 302 of EPCRA.

(2) The emergency notice requirements of section 304 of EPCRA.

(3) The list of Material Safety Data Sheets, required by section 311 of EPCRA.

(4) The emergency and hazardous chemical inventory forms of section 312 of EPCRA.

(5) The toxic chemical release inventory of section 313 of EPCRA, which includes the reduction and recycling information required by section 6607 of PPA.

(6) The toxic chemical, priority chemical, and hazardous substance release and use reduction goals of sections 502 and 503 of Executive Order 13148.

(End of clause)

52.223-14    TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

(a) Unless otherwise exempt, the Contractor, as owner or operator of a facility used in the performance of this contract, shall file by July 1 for the prior calendar year an annual Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023(a) and (g)), and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106). The Contractor shall file, for each facility subject to the Form R filing and reporting requirements, the annual Form R throughout the life of the contract.

(b) A Contractor-owned or -operated facility used in the performance of this contract is exempt from the requirement to file an annual Form R if--

(1) The facility does not manufacture, process, or otherwise use any toxic chemicals listed in 40 CFR 372.65;

(2) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

(3) The facility does not meet the reporting thresholds of toxic chemicals established under  of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

(4) The facility does not fall within the following Standard Industrial Classification (SIC) codes or their corresponding North American Industry Classification System sectors:

(i) Major group code 10 (except 1011, 1081, and 1094.

(ii) Major group code 12 (except 1241).

(iii) Major group codes 20 through 39.

(iv) Industry code 4911, 4931, or 4939 (limited to facilities that combust coal and/or oil for the purpose of generating power for distribution in commerce).

(v) Industry code 4953 (limited to facilities regulated under the Resource Conservation and Recovery Act, Subtitle C (42 U.S.C. 6921, et seq.)), 5169, 5171, or 7389 (limited to facilities primarily engaged in solvent recovery services on a contract or fee basis); or

(5) The facility is not located in the United States or its outlying areas.

(c) If the Contractor has certified to an exemption in accordance with one or more of the criteria in paragraph (b) of this clause, and after award of the contract circumstances change so that any of its owned or operated facilities used in the performance of this contract is no longer exempt--

(1) The Contractor shall notify the Contracting Officer; and

(2) The Contractor, as owner or operator of a facility used in the performance of this contract that is no longer exempt, shall (i) submit a Toxic Chemical Release Inventory Form (Form R) on or before July 1 for the prior calendar year during which the facility becomes eligible; and (ii) continue to file the annual Form R for the life of the contract for such facility.

(d) The Contracting Officer may terminate this contract or take other action as appropriate, if the Contractor fails to comply accurately and fully with the EPCRA and PPA toxic chemical release filing and reporting requirements.

(e) Except for acquisitions of commercial items, as defined in FAR Part 2, the Contractor shall--

(1) For competitive subcontracts expected to exceed $100,000 (including all options), include a solicitation provision substantially the same as the provision at FAR 52.223-13, Certification of Toxic Chemical Release Reporting; and

(2) Include in any resultant subcontract exceeding $100,000 (including all options), the substance of this clause, except this paragraph (e).

(End of clause)

52.225-13    RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (JUN 2008)

(a) Except as authorized by the Office of Foreign Assets Control (OFAC) in the Department of the Treasury, the Contractor shall not acquire, for use in the performance of this contract, any supplies or services if any proclamation, Executive order, or statute administered by OFAC, or if OFAC's implementing regulations at 31 CFR chapter V, would prohibit such a transaction by a person subject to the jurisdiction of the United States.

(b) Except as authorized by OFAC, most transactions involving Cuba, Iran, and Sudan are prohibited, as are most imports from Burma or North Korea, into the United States or its outlying areas. Lists of entities and individuals subject to economic sanctions are included in OFAC's List of Specially Designated Nationals and Blocked Persons at TerList1.html. More information about these restrictions, as well as updates, is available in the OFAC's regulations at 31 CFR chapter V and/or on OFAC's Web site at http://www.treas.gov/offices/enforcement/ofac/.

(c) The Contractor shall insert this clause, including this paragraph (c), in all subcontracts.

(End of clause)

52.225-14    INCONSISTENCY BETWEEN ENGLISH VERSION AND TRANSLATION OF CONTRACT (FEB 2000)

In the event of inconsistency between any terms of this contract and any translation into another language, the English language meaning shall control.

(End of clause)

52.225-19    CONTRACTOR PERSONNEL IN A DESIGNATED OPERATIONAL AREA OR SUPPORTING A DIPLOMATIC OR CONSULAR MISSION OUTSIDE THE UNITED STATES (MAR 2008)

(a) Definitions. As used in this clause--

Chief of mission means the principal officer in charge of a diplomatic mission of the United States or of a United States office abroad which is designated by the Secretary of State as diplomatic in nature, including any individual assigned under section 502(c) of the Foreign Service Act of 1980 (Pub. L. 96-465) to be temporarily in charge of such a mission or office.

Combatant commander means the commander of a unified or specified combatant command established in accordance with 10 U.S.C. 161.

Designated operational area means a geographic area designated by the combatant commander or subordinate joint force commander for the conduct or support of specified military operations.

Supporting a diplomatic or consular mission means performing outside the United States under a contract administered by Federal agency personnel who are subject to the direction of a chief of mission.

(b) General. (1) This clause applies when Contractor personnel are required to perform outside the United States--

(i) In a designated operational area during--

(A) Contingency operations;

(B) Humanitarian or peacekeeping operations; or

(C) Other military operations; or military exercises, when designated by the Combatant Commander; or

(ii) When supporting a diplomatic or consular mission--

(A) That has been designated by the Department of State as a danger pay post (see http://aoprals.state.gov/Web920/danger--pay--all.asp); or

(B) That the Contracting Officer has indicated is subject to this clause.

(2) Contract performance may require work in dangerous or austere conditions. Except as otherwise provided in the contract, the Contractor accepts the risks associated with required contract performance in such operations.

(3) Contractor personnel are civilians.

(i) Except as provided in paragraph (b)(3)(ii) of this clause, and in accordance with paragraph (i)(3) of this clause, Contractor personnel are only authorized to use deadly force in self-defense.

(ii) Contractor personnel performing security functions are also authorized to use deadly force when use of such force reasonably appears necessary to execute their security mission to protect assets/persons, consistent with the terms and conditions contained in the contract or with their job description and terms of employment.

(4) Service performed by Contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106 note.

(c) Support. Unless specified elsewhere in the contract, the Contractor is responsible for all logistical and security support required for Contractor personnel engaged in this contract.

(d) Compliance with laws and regulations. The Contractor shall comply with, and shall ensure that its personnel in the designated operational area or supporting the diplomatic or consular mission are familiar with and comply with, all applicable--

(1) United States, host country, and third country national laws;

(2) Treaties and international agreements;

(3) United States regulations, directives, instructions, policies, and procedures; and

(4) Force protection, security, health, or safety orders, directives, and instructions issued by the Chief of Mission or the Combatant Commander; however, only the Contracting Officer is authorized to modify the terms and conditions of the contract.

(e) Preliminary personnel requirements. (1) Specific requirements for paragraphs (e)(2)(i) through (e)(2)(vi) of this clause will be set forth in the statement of work, or elsewhere in the contract.

(2) Before Contractor personnel depart from the United States or a third country, and before Contractor personnel residing in the host country begin contract performance in the designated operational area or supporting the diplomatic or consular mission, the Contractor shall ensure the following:

(i) All required security and background checks are complete and acceptable.

(ii) All personnel are medically and physically fit and have received all required vaccinations.

(iii) All personnel have all necessary passports, visas, entry permits, and other documents required for Contractor personnel to enter and exit the foreign country, including those required for in-transit countries.

(iv) All personnel have received--

(A) A country clearance or special area clearance, if required by the chief of mission; and

(B) Theater clearance, if required by the Combatant Commander.

(v) All personnel have received personal security training. The training must at a minimum--

(A) Cover safety and security issues facing employees overseas;

(B) Identify safety and security contingency planning activities; and

(C) Identify ways to utilize safety and security personnel and other resources appropriately.

(vi) All personnel have received isolated personnel training, if specified in the contract. Isolated personnel are military or civilian personnel separated from their unit or organization in an environment requiring them to survive, evade, or escape while awaiting rescue or recovery.

(vii) All personnel who are U.S. citizens are registered with the U.S. Embassy or Consulate with jurisdiction over the area of operations on-line at http://www.travel.state.gov.

(3) The Contractor shall notify all personnel who are not a host country national or ordinarily resident in the host country that--

(i) If this contract is with the Department of Defense, or the contract relates to supporting the mission of the Department of Defense outside the United States, such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States (see the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3261 et seq.);

(ii) Pursuant to the War Crimes Act, 18 U.S.C. 2441, Federal criminal jurisdiction also extends to conduct that is determined to constitute a war crime when committed by a civilian national of the United States; and

(iii) Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of United States diplomatic, consular, military or other United States Government missions outside the United States (18 U.S.C. 7(9)).

(f) Processing and departure points. The Contractor shall require its personnel who are arriving from outside the area of performance to perform in the designated operational area or supporting the diplomatic or consular mission to--

(1) Process through the departure center designated in the contract or complete another process as directed by the Contracting Officer;

(2) Use a specific point of departure and transportation mode as directed by the Contracting Officer; and

(3) Process through a reception center as designated by the Contracting Officer upon arrival at the place of performance.

(g) Personnel data. (1) Unless personnel data requirements are otherwise specified in the contract, the Contractor shall establish and maintain with the designated Government official a current list of all Contractor personnel in the areas of performance. The Contracting Officer will inform the Contractor of the Government official designated to receive this data and the appropriate system to use for this effort.

(2) The Contractor shall ensure that all employees on this list have a current record of emergency data, for notification of next of kin, on file with both the Contractor and the designated Government official.

(h) Contractor personnel. The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any Contractor personnel who fail to comply with or violate applicable requirements of this contract. Such action may be taken at the Government's discretion without prejudice to its rights under any other provision of this contract, including termination for default or cause.

(i) Weapons. (1) If the Contracting Officer, subject to the approval of the Combatant Commander or the Chief of Mission, authorizes the carrying of weapons--

(i) The Contracting Officer may authorize an approved Contractor to issue Contractor-owned weapons and ammunition to specified employees; or

(ii) The NOT APPLICABLE TO THIS CONTRACT may issue Government-furnished weapons and ammunition to the Contractor for issuance to specified Contractor employees.

(2) The Contractor shall provide to the Contracting Officer a specific list of personnel for whom authorization to carry a weapon is requested.

(3) The Contractor shall ensure that its personnel who are authorized to carry weapons--

(i) Are adequately trained to carry and use them--

(A) Safely;

(B) With full understanding of, and adherence to, the rules of the use of force issued by the Combatant Commander or the Chief of Mission; and

(C) In compliance with applicable agency policies, agreements, rules, regulations, and other applicable law;

(ii) Are not barred from possession of a firearm by 18 U.S.C. 922; and

(iii) Adhere to all guidance and orders issued by the Combatant Commander or the Chief of Mission regarding possession, use, safety, and accountability of weapons and ammunition.

(4) Upon revocation by the Contracting Officer of the Contractor's authorization to possess weapons, the Contractor shall ensure that all Government-furnished weapons and unexpended ammunition are returned as directed by the Contracting Officer.

(5) Whether or not weapons are Government-furnished, all liability for the use of any weapon by Contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

(j) Vehicle or equipment licenses. Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contract in the area of performance.

(k) Military clothing and protective equipment. (1) Contractor personnel are prohibited from wearing military clothing unless specifically authorized by the Combatant Commander. If authorized to wear military clothing, Contractor personnel must wear distinctive patches, armbands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures.

(2) Contractor personnel may wear specific items required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.

(l) Evacuation. (1) If the Chief of Mission or Combatant Commander orders a mandatory evacuation of some or all personnel, the Government will provide to United States and third country national Contractor personnel the level of assistance provided to private United States citizens.

(2) In the event of a non-mandatory evacuation order, the Contractor shall maintain personnel on location sufficient to meet contractual obligations unless instructed to evacuate by the Contracting Officer.

(m) Personnel recovery.

(1) In the case of isolated, missing, detained, captured or abducted Contractor personnel, the Government will assist in personnel recovery actions.

(2) Personnel recovery may occur through military action, action by non-governmental organizations, other Government-approved action, diplomatic initiatives, or through any combination of these options.

(3) The Department of Defense has primary responsibility for recovering DoD contract service employees and, when requested, will provide personnel recovery support to other agencies in accordance with DoD Directive 2310.2, Personnel Recovery.

(n) Notification and return of personal effects.

(1) The Contractor shall be responsible for notification of the employee-designated next of kin, and notification as soon as possible to the U.S. Consul responsible for the area in which the event occurred, if the employee--

(i) Dies;

(ii) Requires evacuation due to an injury; or

(iii) Is isolated, missing, detained, captured, or abducted.

(2) The Contractor shall also be responsible for the return of all personal effects of deceased or missing Contractor personnel, if appropriate, to next of kin.

(o) Mortuary affairs. Mortuary affairs for Contractor personnel who die in the area of performance will be handled as follows:

(1) If this contract was awarded by DoD, the remains of Contractor personnel will be handled in accordance with DoD Directive 1300.22, Mortuary Affairs Policy.

(2)(i) If this contract was awarded by an agency other than DoD, the Contractor is responsible for the return of the remains of Contractor personnel from the point of identification of the remains to the location specified by the employee or next of kin, as applicable, except as provided in paragraph (o)(2)(ii) of this clause.

(ii) In accordance with 10 U.S.C. 1486, the Department of Defense may provide, on a reimbursable basis, mortuary support for the disposition of remains and personal effects of all U.S. citizens upon the request of the Department of State.

(p) Changes. In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in place of performance or Government-furnished facilities, equipment, material, services, or site. Any change order issued in accordance with this paragraph shall be subject to the provisions of the Changes clause of this contract.

(q) Subcontracts. The Contractor shall incorporate the substance of this clause, including this paragraph (q), in all subcontracts that require subcontractor personnel to perform outside the United States--

(1) In a designated operational area during--

(i) Contingency operations;

(ii) Humanitarian or peacekeeping operations; or

(iii) Other military operations; or military exercises, when designated by the Combatant Commander; or

(2) When supporting a diplomatic or consular mission--

(i) That has been designated by the Department of State as a danger pay post (see http://aoprals.state.gov/Web920/danger--pay--all.asp); or

(ii) That the Contracting Officer has indicated is subject to this clause.

(End of clause)

52.227-1    AUTHORIZATION AND CONSENT  (DEC 2007)

(a) The Government authorizes and consents to all use and manufacture, in performing this contract or any subcontract at any tier, of any invention described in and covered by a United States patent--

(1) Embodied in the structure or composition of any article the delivery of which is accepted by the Government under this contract; or

(2) Used in machinery, tools, or methods whose use necessarily results from compliance by the Contractor or a subcontractor with (i) specifications or written provisions forming a part of this contract or (ii) specific written instructions given by the Contracting Officer directing the manner of performance. The entire liability to the Government for infringement of a United States patent shall be determined solely by the provisions of the indemnity clause, if any, included in this contract or any subcontract hereunder (including any lower-tier subcontract), and the Government assumes liability for all other infringement to the extent of the authorization and consent hereinabove granted.

(b) The Contractor shall include the substance of this clause, including this paragraph (b), in allsubcontracts that are expected to exceed the simplified acquisition threshold. However, omission of this clause from any subcontract, including those at or below the simplified acquisition threshold, does not affect this athorization and consent.

 (End of clause)

52.227-2    NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (DEC 2007)

(a) The Contractor shall report to the Contracting Officer, promptly and in reasonable written detail, each notice or claim of patent or copyright infringement based on the performance of this contract of which the Contractor has knowledge.

(b) In the event of any claim or suit against the Government on account of any alleged patent or copyright infringement arising out of the performance of this contract or out of the use of any supplies furnished or work or services performed under this contract, the Contractor shall furnish to the Government, when requested by the Contracting Officer, all evidence and information in the Contractor's possession pertaining to such claim or suit. Such evidence and information shall be furnished at the expense of the Government except where the Contractor has agreed to indemnify the Government.

(c) The Contractor shall include the substance of this clause, including this paragraph (c), in all subcontracts that are expected to exceed the simplified acquisition threshold.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.227-4    PATENT INDEMNITY--CONSTRUCTION CONTRACTS (DEC 2007)

Except as otherwise provided, the Contractor shall indemnify the Government and its officers, agents, and employees against liability, including costs and expenses, for infringement of any United States patent (except a patent issued upon an application that is now or may hereafter be withheld from issue pursuant to a Secrecy Order under 35 U.S.C. 181) arising out of performing this contract or out of the use or disposal by or for the account of the Government of supplies furnished or work performed under this contract.

(End of clause)

52.228-2    ADDITIONAL BOND SECURITY (OCT 1997)

The Contractor shall promptly furnish additional security required to protect the Government and persons supplying labor or materials under this contract if--

(a) Any surety upon any bond, or issuing financial institution for other security, furnished with this contract becomes unacceptable to the Government.

(b) Any surety fails to furnish reports on its financial condition as required by the Government;

(c) The contract price is increased so that the penal sum of any bond becomes inadequate in the opinion of the Contracting Officer; or

(d) An irrevocable letter of credit (ILC) used as security will expire before the end of the period of required security. If the Contractor does not furnish an acceptable extension or replacement ILC, or other acceptable substitute, at least 30 days before an ILC's scheduled expiration, the Contracting officer has the right to immediately draw on the ILC.

(End of clause)

52.228-3    WORKERS' COMPENSATION INSURANCE (DEFENSE BASE ACT) (APR 1984)

The Contractor shall (a) provide, before commencing performance under this contract, such workers' compensation insurance or security as the Defense Base Act (42 U.S.C. 1651, et seq.) requires and (b) continue to maintain it until performance is completed.  The Contractor shall insert, in all subcontracts under this contract to which the Defense Base Act applies, a clause similar to this clause (including this sentence) imposing upon those subcontractors this requirement to comply with the Defense Base Act.

(End of clause)

52.228-11    PLEDGES OF ASSETS (SEP 2009)

(a) Offerors shall obtain from each person acting as an individual surety on a bid guarantee, a performance bond, or a

payment bond--

(1) Pledge of assets; and

(2) Standard Form 28, Affidavit of Individual Surety.

(b) Pledges of assets from each person acting as an individual surety shall be in the form of--

(1) Evidence of an escrow account containing cash, certificates of deposit, commercial or Government securities, or other assets described in FAR 28.203-2 (except see 28.203-2(b)(2) with respect to Government securities held in book entry form); and/or

(2) A recorded lien on real estate. The offeror will be required to provide--

(i) A mortgagee title insurance policy, in an insurance amount equal to the amount of the lien, or other evidence of title that is consistent with the requirements of Section 2 of the United States Department of Justice Title Standards at http://www.usdoj.gov/enrd/2001_Title_Standards.htm. This title evidence must show fee simple title vested in the surety along with any concurrent owners; whether any real estate taxes are due and payable; and any recorded encumbrances against the property, including the lien filed in favor of the Government as required by FAR 28.203-3(d);

(ii) Evidence of the amount due under any encumbrance shown in the evidence of title;

(iii) A copy of the current real estate tax assessment of the property or a current appraisal dated no earlier than 6 months prior to the date of the bond, prepared by a professional appraiser who certifies that the appraisal has been conducted in accordance with the generally accepted appraisal standards as reflected in the Uniform Standards of Professional Appraisal Practice, as promulgated by the Appraisal Foundation.

(End of clause)

52.228-12    PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS.  (OCT 1995)

In accordance with Section 806(a)(3) of Pub. L. 102-190, as amended by Sections 2091 and 8105 of Pub. L. 103-355, upon the request of a prospective subcontractor or supplier offering to furnish labor or material for the performance of this contract for which a payment bond has been furnished to the Government pursuant to the Miller Act, the Contractor shall promptly provide a copy of such payment bond to the requester.

(End of clause)

52.228-14    IRREVOCABLE LETTER OF CREDIT (DEC 1999)

(a) "Irrevocable letter of credit" (ILC), as used in this clause, means a written commitment by a federally insured financial institution to pay all or part of a stated amount of money, until the expiration date of the letter, upon presentation by the Government (the beneficiary) of a written demand therefor. Neither the financial institution nor the offeror/Contractor can revoke or condition the letter of credit.

(b) If the offeror intends to use an ILC in lieu of a bid bond, or to secure other types of bonds such as performance and payment bonds, the letter of credit and letter of confirmation formats in paragraphs (e) and (f) of this clause shall

be used.

(c) The letter of credit shall be irrevocable, shall require presentation of no document other than a written demand and the ILC (including confirming letter, if any), shall be issued/confirmed by an acceptable federally insured financial institution as provided in paragraph (d) of this clause, and--

(1) If used as a bid guarantee, the ILC shall expire no earlier than 60 days after the close of the bid acceptance period;

(2) If used as an alternative to corporate or individual sureties as security for a performance or payment bond, the offeror/Contractor may submit an ILC with an initial expiration date estimated to cover the entire period for which financial security is required or may submit an ILC with an initial expiration date that is a minimum period of one year from the date of issuance. The ILC shall provide that, unless the issuer provides the beneficiary written notice of non-renewal at least 60 days in advance of the current expiration date, the ILC is automatically extended without amendment for one year from the expiration date, or any future expiration date, until the period of required coverage is completed and the Contracting Officer provides the financial institution with a written statement waiving the right to payment. The period of required coverage shall be:

(i) For contracts subject to the Miller Act, the later of--

(A) One year following the expected date of final payment;

(B) For performance bonds only, until completion of any warranty period; or

(C) For payment bonds only, until resolution of all claims filed against the payment bond during the one-year period following final payment.

(ii) For contracts not subject to the Miller Act, the later of--

(A) 90 days following final payment; or

(B) For performance bonds only, until completion of any warranty period.

(d) Only federally insured financial institutions rated investment grade or higher shall issue or confirm the ILC. The offeror/Contractor shall provide the Contracting Officer a credit rating that indicates the financial institution has the required rating(s) as of the date of issuance of the ILC. Unless the financial institution issuing the ILC had letter of credit business of less than $25 million in the past year, ILCs over $5 million must be confirmed by another acceptable financial institution that had letter of credit business of less than $25 million in the past year.

(e) The following format shall be used by the issuing financial institution to create an ILC:

_____

[Issuing Financial Institution's Letterhead or Name and Address]

Issue Date _____

IRREVOCABLE LETTER OF CREDIT NO. _____

Account party's name _____

Account party's address _____

For Solicitation No. _____(for reference only)

TO: [U.S. Government agency]

[U.S. Government agency's address]

1. We hereby establish this irrevocable and transferable Letter of Credit in your favor for one or more drawings up to United States $_____. This Letter of Credit is payable at [issuing financial institution's and, if any, confirming financial institution's] office at [issuing financial institution's address and, if any, confirming financial institution's address] and expires with our close of business on _____, or any automatically extended expiration date.

2. We hereby undertake to honor your or the transferee's sight draft(s) drawn on the issuing or, if any, the confirming financial institution, for all or any part of this credit if presented with this Letter of Credit and confirmation, if any, at the office specified in paragraph 1 of this Letter of Credit on or before the expiration date or any automatically extended expiration date.

3. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this Letter of Credit that it is deemed to be automatically extended without amendment for one year from the expiration date hereof, or any future expiration date, unless at least 60 days prior to any expiration date, we notify you or the transferee by registered mail, or other receipted means of delivery, that we elect not to consider this Letter of Credit renewed for any such additional period. At the time we notify you, we also agree to notify the account party (and confirming financial institution, if any) by the same means of delivery.

4. This Letter of Credit is transferable. Transfers and assignments of proceeds are to be effected without charge to either the beneficiary or the transferee/assignee of proceeds. Such transfer or assignment shall be only at the written direction of the Government (the beneficiary) in a form satisfactory to the issuing financial institution and the confirming financial institution, if any.

5. This Letter of Credit is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of _____ [state of confirming financial institution, if any, otherwise state of issuing financial institution].

6. If this credit expires during an interruption of business of this financial institution as described in Article 17 of the UCP, the financial institution specifically agrees to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_____

[Issuing financial institution]

(f) The following format shall be used by the financial institution to confirm an ILC:

_____
[Confirming Financial Institution's Letterhead or Name and Address]

(Date) _____

Our Letter of Credit Advice Number _____

Beneficiary: _____ [U.S. Government agency]

Issuing Financial Institution: _____

Issuing Financial Institution's LC No.: _____

Gentlemen:

1. We hereby confirm the above indicated Letter of Credit, the original of which is attached, issued by _____ [name of issuing financial institution] for drawings of up to United States dollars _____ /U.S. $_____ and expiring with our close of business on _____ [the expiration date], or any automatically extended expiration date.

2. Draft(s) drawn under the Letter of Credit and this Confirmation are payable at our office located at _____.

3. We hereby undertake to honor sight draft(s) drawn under and presented with the Letter of Credit and this Confirmation at our offices as specified herein.

4. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this confirmation that it be deemed automatically extended without amendment for one year from the expiration date hereof, or any automatically extended expiration date, unless:

(a) At least 60 days prior to any such expiration date, we shall notify the Contracting Officer, or the transferee and the issuing financial institution, by registered mail or other receipted means of delivery, that we elect not to consider this confirmation extended for any such additional period; or

(b) The issuing financial institution shall have exercised its right to notify you or the transferee, the account party, and ourselves, of its election not to extend the expiration date of the Letter of Credit.

5. This confirmation is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of _____ [state of confirming financial institution].

6. If this confirmation expires during an interruption of business of this financial institution as described in Article 17 of the UCP, we specifically agree to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_____

[Confirming financial institution]

(g) The following format shall be used by the Contracting Officer for a sight draft to draw on the Letter of Credit:

SIGHT DRAFT

_____

[City, State]

(Date) _____

[Name and address of financial institution]

Pay to the order of _____ [Beneficiary Agency] _____ the sum of United States $_____.

This draft is drawn under Irrevocable Letter of Credit No. _____.

_____

[Beneficiary Agency]

By: _____

(End of clause)

52.229-3   FEDERAL, STATE, AND LOCAL TAXES (APR 2003)

(a) As used in this clause--

"Contract date" means the date set for bid opening or, if this is a negotiated contract or a modification, the effective date of this contract or modification.

"All applicable Federal, State, and local taxes and duties" means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions or property covered by this contract.

"After-imposed Federal tax" means any new or increased Federal excise tax or duty, or tax that was exempted or excluded on the contract date but whose exemption was later revoked or reduced during the contract period, on the transactions or property covered by this contract that the Contractor is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date. It does not include social security tax or other employment taxes.

"After-relieved Federal tax" means any amount of Federal excise tax or duty, except social security or other employment taxes, that would otherwise have been payable on the transactions or property covered by this contract, but which the Contractor is not required to pay or bear, or for which the Contractor obtains a refund or drawback, as the result of legislative, judicial, or administrative action taking effect after the contract date.

Local taxes includes taxes imposed by a possession or territory of the United States, Puerto Rico, or the Northern Mariana Islands, if the contract is performed wholly or partly in any of those areas.

(b) The contract price includes all applicable Federal, State, and local taxes and duties.

(c) The contract price shall be increased by the amount of any after-imposed Federal tax, provided the Contractor warrants in writing that no amount for such newly imposed Federal excise tax or duty or rate increase was included in the contract price, as a contingency reserve or otherwise.

(d) The contract price shall be decreased by the amount of any after-relieved Federal tax.

(e) The contract price shall be decreased by the amount of any Federal excise tax or duty, except social security or other employment taxes, that the Contractor is required to pay or bear, or does not obtain a refund of, through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(f) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(g) The Contractor shall promptly notify the Contracting Officer of all matters relating to any Federal excise tax or duty that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs.

(h) The Government shall, without liability, furnish evidence appropriate to establish exemption from any Federal, State, or local tax when the Contractor requests such evidence and a reasonable basis exists to sustain the exemption.

(End of clause)

52.229-6    TAXES--FOREIGN FIXED-PRICE CONTRACTS (JUN 2003)

(a) To the extent that this contract provides for furnishing supplies or performing services outside the United States and its outlying areas, this clause applies in lieu of any Federal, State, and local taxes clause of the contract.

(b) Definitions. As used in this clause--

"Contract date," means the date set for bid opening or, if this is a negotiated contract or a modification, the effective date of this contract or modification.

Country concerned means any country, other than the United States and its outlying areas, in which expenditures under this contract are made.

"Tax" and "taxes," include fees and charges for doing business that are levied by the government of the country concerned or by its political subdivisions.

"All applicable taxes and duties," means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions or property covered by this contract, pursuant to written ruling or regulation in effect on the contract date.

"After-imposed tax," means any new or increased tax or duty, or tax that was exempted or excluded on the contract date but whose exemption was later revoked or reduced during the contract period, other than excepted tax, on the transactions or property covered by this contract that the Contractor is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date.

"After-relieved tax," means any amount of tax or duty, other than an excepted tax, that would otherwise have been payable on the transactions or property covered by this contract, but which the Contractor is not required to pay or bear, or for which the Contractor obtains a refund, as the result of legislative, judicial, or administrative action taking effect after the contract date.

"Excepted tax," means social security or other employment taxes, net income and franchise taxes, excess profits taxes, capital stock taxes, transportation taxes, unemployment compensation taxes, and property taxes. "Excepted tax" does not include gross income taxes levied on or measured by sales or receipts from sales, property taxes assessed on completed supplies covered by this contract, or any tax assessed on the Contractor's possession of, interest in, or use of property, title to which is in the U.S. Government.

(c) Unless otherwise provided in this contract, the contract price includes all applicable taxes and duties, except taxes and duties that the Government of the United States and the government of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(d) The contract price shall be increased by the amount of any after-imposed tax or of any tax or duty specifically excluded from the contract price by a provision of this contract that the Contractor is required to pay or bear, including any interest or penalty, if the Contractor states in writing that the contract price does not include any contingency for such tax and if liability for such tax, interest, or penalty was not incurred through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer or to comply with the provisions of

paragraph (i) below.

(e) The contract price shall be decreased by the amount of any after-relieved tax, including any interest or penalty. The Government of the United States shall be entitled to interest received by the Contractor incident to a refund of taxes to the extent that such interest was earned after the Contractor was paid by the Government of the United States for such taxes. The Government of the United States shall be entitled to repayment of any penalty refunded to the Contractor to the extent that the penalty was paid by the Government.

(f) The contract price shall be decreased by the amount of any tax or duty, other than an excepted tax, that was included in the contract and that the Contractor is required to pay or bear, or does not obtain a refund of, through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer or to comply with the provisions of paragraph (i) below.

(g) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(h) If the Contractor obtains a reduction in tax liability under the United States Internal Revenue Code (Title 26, U.S. Code) because of the payment of any tax or duty that either was included in the contract price or was the basis of an increase in the contract price, the amount of the reduction shall be paid or credited to the Government of the United States as the Contracting Officer directs.

(i) The Contractor shall take all reasonable action to obtain exemption from or refund of any taxes or duties, including interest or penalty, from which the United States Government, the Contractor, any subcontractor, or the transactions or property covered by this contract are exempt under the laws of the country concerned or its political subdivisions or which the governments of the United States and of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(j) The Contractor shall promptly notify the Contracting Officer of all matters relating to taxes or duties that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs. The contract price shall be equitably adjusted to cover the costs of action taken by the Contractor at the direction of the Contracting Officer, including any interest, penalty, and reasonable attorneys' fees.

(End of clause)

52.229-7    TAXES--FIXED-PRICE CONTRACTS WITH FOREIGN GOVERNMENTS (JAN 1991)

(a) "Contract date," as used in this clause, means the date set for bid opening or, if this is a negotiated contract or a modification, the effective date of this contract or modification.

(b) The contract price, including the prices in any subcontracts under this contract, does not include any tax or duty that the Government of the United States and the Government of _____ have agreed shall not apply to expenditures made by the United States in _____ or any tax or duty not applicable to this contract or any subcontracts under this contract, pursuant to the laws of _____. If any such tax or duty has been included in the contract price, through error or otherwise, the contract price shall be correspondingly reduced.

(c) If, after the contract date, the Government of the United States and the Government of _____ agree that any tax or duty included in the contract price shall not apply to expenditures by the United States in _____, the contract price shall be reduced accordingly.

(d) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds

$250.

TO BE DETERMINED AT TASK ORDER.

(End of clause)

52.230-2    COST ACCOUNTING STANDARDS (OCT 2008)

(a) Unless the contract is exempt under 48 CFR 9903.201-1 and 9903.201-2, the provisions of 48 CFR Part 9903 are incorporated herein by reference and the Contractor, in connection with this contract, shall--

(1) (CAS-covered Contracts Only) By submission of a Disclosure Statement, disclose in writing the Contractor's cost accounting practices as required by 48 CFR 9903.202-1 through 9903.202-5, including methods of distinguishing direct costs from indirect costs and the basis used for allocating indirect costs. The practices disclosed for this contract shall be the same as the practices currently disclosed and applied on all other contracts and subcontracts being performed by the Contractor and which contain a Cost Accounting Standards (CAS) clause. If the Contractor has notified the Contracting Officer that the Disclosure Statement contains trade secrets and commercial or financial information which is privileged and confidential, the Disclosure Statement shall be protected and shall not be released outside of the Government.

(2) Follow consistently the Contractor's cost accounting practices in accumulating and reporting contract performance cost data concerning this contract. If any change in cost accounting practices is made for the purposes of any contract or subcontract subject to CAS requirements, the change must be applied prospectively to this contract and the Disclosure Statement must be amended accordingly. If the contract price or cost allowance of this contract is affected by such changes, adjustment shall be made in accordance with subparagraph (a)(4) or (a)(5) of this clause, as appropriate.

(3) Comply with all CAS, including any modifications and interpretations indicated thereto contained in 48 CFR Part 9904, in effect on the date of award of this contract or, if the Contractor has submitted cost or pricing data, on the date of final agreement on price as shown on the Contractor's signed certificate of current cost or pricing data. The Contractor shall also comply with any CAS (or modifications to CAS) which hereafter become applicable to a contract or subcontract of the Contractor. Such compliance shall be required prospectively from the date of applicability to such contract or subcontract.

(4)(i) Agree to an equitable adjustment as provided in the Changes clause of this contract if the contract cost is affected by a change which, pursuant to subparagraph (a)(3) of this clause, the Contractor is required to make to the Contractor's established cost accounting practices.

(ii) Negotiate with the Contracting Officer to determine the terms and conditions under which a change may be made to a cost accounting practice, other than a change made under other provisions of subparagraph (a)(4) of this clause; provided that no agreement may be made under this provision that will increase costs paid by the United States.

(iii) When the parties agree to a change to a cost accounting practice, other than a change under subdivision (a)(4)(i) of this clause, negotiate an equitable adjustment as provided in the Changes clause of this contract.

(5) Agree to an adjustment of the contract price or cost allowance, as appropriate, if the Contractor or a subcontractor fails to comply with an applicable Cost Accounting Standard, or to follow any cost accounting practice consistently and such failure results in any increased costs paid by the United States. Such adjustment shall provide for recovery of the increased costs to the United States, together with interest thereon computed at the annual rate established under section 6621(a)(2) of the Internal Revenue Code of 1986 (26 U.S.C. 6621(a)(2)) for such period,

from the time the payment by the United States was made to the time the adjustment is effected. In no case shall the Government recover costs greater than the increased cost to the Government, in the aggregate, on the relevant contracts subject to the price adjustment, unless the Contractor made a change in its cost accounting practices of which it was aware or should have been aware at the time of price negotiations and which it failed to disclose to the Government.

(b) If the parties fail to agree whether the Contractor or a subcontractor has complied with an applicable CAS in 48 CFR 9904 or a CAS rule or regulation in 48 CFR 9903 and as to any cost adjustment demanded by the United States, such failure to agree will constitute a dispute under the Contract Disputes Act (41 U.S.C. 601).

(c) The Contractor shall permit any authorized representatives of the Government to examine and make copies of any documents, papers, or records relating to compliance with the requirements of this clause.

(d) The Contractor shall include in all negotiated subcontracts which the Contractor enters into, the substance of this clause, except paragraph (b), and shall require such inclusion in all other subcontracts, of any tier, including the obligation to comply with all CAS in effect on the subcontractor's award date or if the subcontractor has submitted cost or pricing data, on the date of final agreement on price as shown on the subcontractor's signed Certificate of Current Cost or Pricing Data. If the subcontract is awarded to a business unit which pursuant to 48 CFR 9903.201-2 is subject to other types of CAS coverage, the substance of the applicable clause set forth in subsection 30.201-4 of the Federal Acquisition Regulation shall be inserted. This requirement shall apply only to negotiated subcontracts in excess of $650,000, except that the requirement shall not apply to negotiated subcontracts otherwise exempt from the requirement to include a CAS clause as specified in 48 CFR 9903.201-1.

(End of clause)

52.230-3    DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (OCT 2008)

(a) The Contractor, in connection with this contract, shall--

(1) Comply with the requirements of 48 CFR 9904.401, Consistency in Estimating, Accumulating, and Reporting Costs; 48 CFR 9904.402, Consistency in Allocating Costs Incurred for the Same Purpose; 48 CFR 9904.405, Accounting for Unallowable Costs; and 48 CFR 9904.406, Cost Accounting Standard--Cost Accounting Period, in effect on the date of award of this contract as indicated in 48 CFR Part 9904.

(2) (CAS-covered Contracts Only) If it is a business unit of a company required to submit a Disclosure Statement, disclose in writing its cost accounting practices as required by 48 CFR 9903.202-1 through 9903.202-5. If the Contractor has notified the Contracting Officer that the Disclosure Statement contains trade secrets and commercial or financial information which is privileged and confidential, the Disclosure Statement shall be protected and shall not be released outside of the Government.

(3)(i) Follow consistently the Contractor's cost accounting practices. A change to such practices may be proposed, however, by either the Government or the Contractor, and the Contractor agrees to negotiate with the Contracting Officer the terms and conditions under which a change may be made. After the terms and conditions under which the change is to be made have been agreed to, the change must be applied prospectively to this contract, and the Disclosure Statement, if affected, must be amended accordingly.

(ii) The Contractor shall, when the parties agree to a change to a cost accounting practice and the Contracting Officer has made the finding required in 48 CFR 9903.201-6(c), that the change is desirable and not detrimental to the interests of the Government, negotiate an equitable adjustment as provided in the Changes clause of this contract. In the absence of the required finding, no agreement may be made under this contract clause that will increase costs paid by the United States.

(4) Agree to an adjustment of the contract price or cost allowance, as appropriate, if the Contractor or a subcontractor fails to comply with the applicable CAS or to follow any cost accounting practice, and such failure results in any increased costs paid by the United States. Such adjustment shall provide for recovery of the increased costs to the United States together with interest thereon computed at the annual rate established under section 6621(a)(2) of the Internal Revenue Code of 1986 (26 U.S.C. 6621(a)(2)), from the time the payment by the United States was made to the time the adjustment is effected.

(b) If the parties fail to agree whether the Contractor has complied with an applicable CAS, rule, or regulation as specified in 48 CFR 9903 and 9904 and as to any cost adjustment demanded by the United States, such failure to agree will constitute a dispute under the Contract Disputes Act (41 U.S.C. 601).

(c) The Contractor shall permit any authorized representatives of the Government to examine and make copies of any documents, papers, and records relating to compliance with the requirements of this clause.

(d) The Contractor shall include in all negotiated subcontracts, which the Contractor enters into, the substance of this clause, except paragraph (b), and shall require such inclusion in all other subcontracts of any tier, except that--

(1) If the subcontract is awarded to a business unit which pursuant to 48 CFR 9903.201-2 is subject to other types of CAS coverage, the substance of the applicable clause set forth in subsection 30.201-4 of the Federal Acquisition Regulation shall be inserted.

(2) This requirement shall apply only to negotiated subcontracts in excess of $650,000.

(3) The requirement shall not apply to negotiated subcontracts otherwise exempt from the requirement to include a CAS clause as specified in 48 CFR 9903.201-1.

(End of clause)

52.230-6    ADMINISTRATION OF COST ACCOUNTING STANDARDS (MAR 2008)

For the purpose of administering the Cost Accounting Standards (CAS) requirements under this contract, the Contractor shall take the steps outlined in paragraphs (b) through (i) and (k) through (n) of this clause:

(a) Definitions. As used in this clause--

Affected CAS-covered contract or subcontract means a contract or subcontract subject to CAS rules and regulations for which a Contractor or subcontractor--

(1) Used one cost accounting practice to estimate costs and a changed cost accounting practice to accumulate and report costs under the contract or subcontract; or

(2) Used a noncompliant practice for purposes of estimating or accumulating and reporting costs under the contract or subcontract.

Cognizant Federal agency official (CFAO) means the Contracting Officer assigned by the cognizant Federal agency to administer the CAS.

Desirable change means a compliant change to a Contractor's established or disclosed cost accounting practices that the CFAO finds is desirable and not detrimental to the Government and is, therefore, not subject to the no increased cost prohibition provisions of CAS-covered contracts and subcontracts affected by the change.

Fixed-price contracts and subcontracts means--

(1) Fixed-price contracts and subcontracts described at FAR 16.202, 16.203, (except when price adjustments are based on actual costs of labor or material, described at 16.203-1(a)(2)), and 16.207;

(2) Fixed-price incentive contracts and subcontracts where the price is not adjusted based on actual costs incurred (FAR Subpart 16.4);

(3) Orders issued under indefinite-delivery contracts and subcontracts where final payment is not based on actual costs incurred (FAR Subpart 16.5); and

(4) The fixed-hourly rate portion of time-and-materials and labor-hours contracts and subcontracts (FAR Subpart 16.6).

Flexibly-priced contracts and subcontracts means--

(1) Fixed-price contracts and subcontracts described at FAR 16.203-1(a)(2)16.204, 16.205, and 16.206;

(2) Cost-reimbursement contracts and subcontracts (FAR Subpart 16.3);

(3) Incentive contracts and subcontracts where the price may be adjusted based on actual costs incurred (FAR Subpart 16.4);

(4) Orders issued under indefinite-delivery contracts and subcontracts where final payment is based on actual costs incurred (FAR Subpart 16.5); and

(5) The materials portion of time-and-materials contracts and subcontracts (FAR Subpart 16.6).

Noncompliance means a failure in estimating, accumulating, or reporting costs to--

(1) Comply with applicable CAS; or

(2) Consistently follow disclosed or established cost accounting practices.

Required change means--

(1) A change in cost accounting practice that a Contractor is required to make in order to comply with applicable Standards, modifications or interpretations thereto, that subsequently become applicable to existing CAS-covered contracts or subcontracts due to the receipt of another CAS-covered contract or subcontract; or

(2) A prospective change to a disclosed or established cost accounting practice when the CFAO determines that the former practice was in compliance with applicable CAS and the change is necessary for the Contractor to remain in compliance.

Unilateral change means a change in cost accounting practice from one compliant practice to another compliant practice that a Contractor with a CAS-covered contract(s) or subcontract(s) elects to make that has not been deemed a desirable change by the CFAO and for which the Government will pay no aggregate increased costs.

(b) Submit to the CFAO a description of any cost accounting practice change as outlined in paragraphs (b)(1) through (3) of this clause (including revisions to the Disclosure Statement, if applicable), and any written statement that the cost impact of the change is immaterial. If a change in cost accounting practice is implemented without submitting the notice required by this paragraph, the CFAO may determine the change to be a failure to follow paragraph (a)(2) of the clause at FAR 52.230-2, Cost Accounting Standards; paragraph (a)(4) of the clause at FAR

52.230-3, Disclosure and Consistency of Cost Accounting Practices; or paragraph (a)(2) of the clause at FAR 52.230-5, Cost Accounting Standards--Educational Institution.

(1) When a description has been submitted for a change in cost accounting practice that is dependent on a contact award and that contract is subsequently awarded, notify the CFAO within 15 days after such award.

(2) For any change in cost accounting practice not covered by (b)(1) of this clause that is required in accordance with paragraphs (a)(3) and (a)(4)(i) of the clause at FAR 52.230-2; or paragraphs (a)(3), (a)(4)(i), or (a)(4)(iv) of the clause at FAR 52.230-5; submit a description of the change to the CFAO not less than 60 days (or such other date as may be mutually agreed to by the CFAO and the Contractor) before implementation of the change.

(3) For any change in cost accounting practices proposed in accordance with paragraph (a)(4)(ii) or (iii) of the clauses at FAR 52.230-2 and FAR 52.230-5; or with paragraph (a)(3) of the clause at FAR 52.230-3, submit a description of the change not less than 60 days (or such other date as may be mutually agreed to by the CFAO and the Contractor) before implementation of the change. If the change includes a proposed retroactive date submit supporting rationale.

(4) Submit a description of the change necessary to correct a failure to comply with an applicable CAS or to follow a disclosed practice (as contemplated by paragraph (a)(5) of the clause at FAR 52.230-2 and FAR 52.230-5; or by paragraph (a)(4) of the clause at FAR 52.230-3)--

(i) Within 60 days (or such other date as may be mutually agreed to by the CFAO and the Contractor) after the date of agreement with the CFAO that there is a noncompliance; or

(ii) In the event of Contractor disagreement, within 60 days after the CFAO notifies the Contractor of the determination of noncompliance.

(c) When requested by the CFAO, submit on or before a date specified by the CFAO--

(1) A general dollar magnitude (GDM) proposal in accordance with paragraph (d) or (g) of this clause. The Contractor may submit a detailed cost-impact (DCI) proposal in lieu of the requested GDM proposal provided the DCI proposal is in accordance with paragraph (e) or (h) of this clause;

(2) A detailed cost-impact (DCI) proposal in accordance with paragraph (e) or (h) of this clause;

(3) For any request for a desirable change that is based on the criteria in FAR 30.603-2(b)(3)(ii), the data necessary to demonstrate the required cost savings; and

(4) For any request for a desirable change that is based on criteria other than that in FAR 30.603-2(b)(3)(ii), a GDM proposal and any other data necessary for the CFAO to determine if the change is a desirable change.

(d) For any change in cost accounting practice subject to paragraph (b)(1), (b)(2), or (b)(3) of this clause, the GDM proposal shall--

(1) Calculate the cost impact in accordance with paragraph (f) of this clause;

(2) Use one or more of the following methods to determine the increase or decrease in cost accumulations:

(i) A representative sample of affected CAS-covered contracts and subcontracts.

(ii) The change in indirect rates multiplied by the total estimated base computed for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts.

(iii) Any other method that provides a reasonable approximation of the total increase or decrease in cost accumulations for all affected fixed-price and flexibly-priced contracts and subcontracts;

(3) Use a format acceptable to the CFAO but, as a minimum, include the following data:

(i) The estimated increase or decrease in cost accumulations by Executive agency, including any impact the change may have on contract and subcontract incentives, fees, and profits, for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts.

(ii) For unilateral changes, the increased or decreased costs to the Government for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts; and

(4) When requested by the CFAO, identify all affected CAS-covered contracts and subcontracts.

(e) For any change in cost accounting practice subject to paragraph (b)(1), (b)(2), or (b)(3) of this clause, the DCI proposal shall--

(1) Show the calculation of the cost impact in accordance with paragraph (f) of this clause;

(2) Show the estimated increase or decrease in cost accumulations for each affected CAS-covered contract and subcontract unless the CFAO and Contractor agree to include--

(i) Only those affected CAS-covered contracts and subcontracts having an estimate to complete exceeding a specified amount; and

(ii) An estimate of the total increase or decrease in cost accumulations for all affected CAS-covered contracts and subcontracts, using the results in paragraph (e)(2)(i) of this clause;

(3) Use a format acceptable to the CFAO but, as a minimum, include the information in paragraph (d)(3) of this clause; and

(4) When requested by the CFAO, identify all affected CAS-covered contracts and subcontracts.

(f) For GDM and DCI proposals that are subject to the requirements of paragraph (d) or (e) of this clause, calculate the cost impact as follows:

(1) The cost impact calculation shall include all affected CAS-covered contracts and subcontracts regardless of their status (i.e., open or closed) or the fiscal year in which the costs were incurred (i.e., whether or not the final indirect rates have been established).

(2) For unilateral changes--

(i) Determine the increased or decreased cost to the Government for flexibly-priced contracts and subcontracts as follows:

(A) When the estimated cost to complete using the changed practice exceeds the estimated cost to complete using the current practice, the difference is increased cost to the Government.

(B) When the estimated cost to complete using the changed practice is less than the estimated cost to complete using the current practice, the difference is decreased cost to the Government;

(ii) Determine the increased or decreased cost to the Government for fixed-priced contracts and subcontracts as follows:

(A) When the estimated cost to complete using the changed practice is less than the estimated cost to complete using the current practice, the difference is increased cost to the Government.

(B) When the estimated cost to complete using the changed practice exceeds the estimated cost to complete using the current practice, the difference is decreased cost to the Government;

(iii) Calculate the total increase or decrease in contract and subcontract incentives, fees, and profits associated with the increased or decreased costs to the Government in accordance with 48 CFR 9903.306(c). The associated increase or decrease is based on the difference between the negotiated incentives, fees, and profits and the amounts that would have been negotiated had the cost impact been known at the time the contracts and subcontracts were negotiated; and

(iv) Calculate the increased cost to the Government in the aggregate.

(3) For equitable adjustments for required or desirable changes--

(i) Estimated increased cost accumulations are the basis for increasing contract prices, target prices and cost ceilings; and

(ii) Estimated decreased cost accumulations are the basis for decreasing contract prices, target prices and cost ceilings.

(g) For any noncompliant cost accounting practice subject to paragraph (b)(4) of this clause, prepare the GDM proposal as follows:

(1) Calculate the cost impact in accordance with paragraph (i) of this clause.

(2) Use one or more of the following methods to determine the increase or decrease in contract and subcontract prices or cost accumulations, as applicable:

(i) A representative sample of affected CAS-covered contracts and subcontracts.

(ii) When the noncompliance involves cost accumulation the change in indirect rates multiplied by the applicable base for only flexibly-priced contracts and subcontracts.

(iii) Any other method that provides a reasonable approximation of the total increase or decrease.

(3) Use a format acceptable to the CFAO but, as a minimum, include the following data:

(i) The total increase or decrease in contract and subcontract price and cost accumulations, as applicable, by Executive agency, including any impact the noncompliance may have on contract and subcontract incentives, fees, and profits, for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts.

(ii) The increased or decreased cost to the Government for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts.

(iii) The total overpayments and underpayments made by the Government during the period of noncompliance.

(4) When requested by the CFAO, identify all CAS-covered contracts and subcontracts.

(h) For any noncompliant practice subject to paragraph (b)(4) of this clause, prepare the DCI proposal as follows:

(1) Calculate the cost impact in accordance with paragraph (i) of this clause.

(2) Show the increase or decrease in price and cost accumulations for each affected CAS-covered contract and subcontract unless the CFAO and Contractor agree to--

(i) Include only those affected CAS-covered contracts and subcontracts having--

(A) Contract and subcontract values exceeding a specified amount when the noncompliance involves estimating costs; and

(B) Incurred costs exceeding a specified amount when the noncompliance involves accumulating costs; and

(ii) Estimate the total increase or decrease in price and cost accumulations for all affected CAS-covered contracts and subcontracts using the results in paragraph (h)(2)(i) of this clause.

(3) Use a format acceptable to the CFAO that, as a minimum, include the information in paragraph (g)(3) of this clause.

(4) When requested by the CFAO, identify all CAS-covered contracts and subcontracts.

(i) For GDM and DCI proposals that are subject to the requirements of paragraph (g) or (h) of this clause, calculate the cost impact as follows:

(1) The cost impact calculation shall include all affected CAS-covered contracts and subcontracts regardless of their status (i.e., open or closed) or the fiscal year in which the costs are incurred (i.e., whether or not the final indirect rates have been established).

(2) For noncompliances that involve estimating costs, determine the increased or decreased cost to the Government for fixed-price contracts and subcontracts as follows:

(i) When the negotiated contract or subcontract price exceeds what the negotiated price would have been had the Contractor used a compliant practice, the difference is increased cost to the Government.

(ii) When the negotiated contract or subcontract price is less than what the negotiated price would have been had the Contractor used a compliant practice, the difference is decreased cost to the Government.

(3) For noncompliances that involve accumulating costs, determine the increased or decreased cost to the Government for flexibly-priced contracts and subcontracts as follows:

(i) When the costs that were accumulated under the noncompliant practice exceed the costs that would have been accumulated using a compliant practice (from the time the noncompliant practice was first implemented until the

date the noncompliant practice was replaced with a compliant practice), the difference is increased cost to the Government.

(ii) When the costs that were accumulated under the noncompliant practice are less than the costs that would have been accumulated using a compliant practice (from the time the noncompliant practice was first implemented until the date the noncompliant practice was replaced with a compliant practice), the difference is decreased cost to the Government.

(4) Calculate the total increase or decrease in contract and subcontracts incentives, fees, and profits associated with the increased or decreased cost to the Government in accordance with 48 CFR 9903.306(c). The associated increase or decrease is based on the difference between the negotiated incentives, fees, and profits and the amounts that would have been negotiated had the Contractor used a compliant practice.

(5) Calculate the increased cost to the Government in the aggregate.

(j) If the Contractor does not submit the information required by paragraph (b) or (c) of this clause within the specified time, or any extension granted by the CFAO, the CFAO may take one or both of the following actions:

(1) Withhold an amount not to exceed 10 percent of each subsequent amount payment to the Contractor's affected CAS-covered contracts, (up to the estimated general dollar magnitude of the cost impact), until such time as the Contractor provides the required information to the CFAO.

(2) Issue a final decision in accordance with FAR 33.211 and unilaterally adjust the contract(s) by the estimated amount of the cost impact.

(k) Agree to--

(1) Contract modifications to reflect adjustments required in accordance with paragraph (a)(4)(ii) or (a)(5) of the clauses at FAR 52.230-2 and 52.230-5; or with paragraph (a)(3)(i) or (a)(4) of the clause at FAR 52.230-3; and

(2) Repay the Government for any aggregate increased cost paid to the Contractor.

(l) For all subcontracts subject to the clauses at FAR 52.230-2, 52.230-3, or 52.230-5--

(1) So state in the body of the subcontract, in the letter of award, or in both (do not use self-deleting clauses);

(2) Include the substance of this clause in all negotiated subcontracts; and

(3) Within 30 days after award of the subcontract, submit the following information to the Contractor's CFAO:

(i) Subcontractor's name and subcontract number.

(ii) Dollar amount and date of award.

(iii) Name of Contractor making the award.

(m) Notify the CFAO in writing of any adjustments required to subcontracts under this contract and agree to an adjustment to this contract price or estimated cost and fee. The Contractor shall--

(1) Provide this notice within 30 days after the Contractor receives the proposed subcontract adjustments; and

(2) Include a proposal for adjusting the higher-tier subcontract or the contract appropriately.

(n) For subcontracts containing the clause or substance of the clause at FAR 52.230-2, FAR 52.230-3, or FAR 52.230-5, require the subcontractor to comply with all Standards in effect on the date of award or of final agreement on price, as shown on the subcontractor's signed Certificate of Current Cost or Pricing Data, whichever is earlier.

(End of clause)

52.231-5000 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE
MAR 1995)--EFARS

52.232-5   PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (SEP 2002)

(a) Payment of price. The Government shall pay the Contractor the contract price as provided in this contract.

(b) Progress payments. The Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer, on estimates of work accomplished which meets the standards of quality established under the contract, as approved by the Contracting Officer.

(1) The Contractor's request for progress payments shall include the following substantiation:

(i) An itemization of the amounts requested, related to the various elements of work required by the contract covered by the payment requested.

(ii) A listing of the amount included for work performed by each subcontractor under the contract.

(iii) A listing of the total amount of each subcontract under the contract.

(iv) A listing of the amounts previously paid to each such subcontractor under the contract.

(v) Additional supporting data in a form and detail required by the Contracting Officer.

(2) In the preparation of estimates, the Contracting Officer may authorize material delivered on the site and preparatory work done to be taken into consideration. Material delivered to the Contractor at locations other than the site also may be taken into consideration if--

(i) Consideration is specifically authorized by this contract; and

(ii) The Contractor furnishes satisfactory evidence that it has acquired title to such material and that the material will be used to perform this contract.

(c) Contractor certification. Along with each request for progress payments, the Contractor shall furnish the following certification, or payment shall not be made: (However, if the Contractor elects to delete paragraph (c)(4) from the certification, the certification is still acceptable.)

I hereby certify, to the best of my knowledge and belief, that--

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of

the contract;

(2) All payments due to subcontractors and suppliers from previous payments received under the contract have been made, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

_____

(Name)

_____

(Title)

_____

(Date)

(d) Refund of unearned amounts. If the Contractor, after making a certified request for progress payments, discovers that a portion or all of such request constitutes a payment for performance by the Contractor that fails to conform to the specifications, terms, and conditions of this contract (hereinafter referred to as the "unearned amount"), the Contractor shall--

(1) Notify the Contracting Officer of such performance deficiency; and

(2) Be obligated to pay the Government an amount (computed by the Contracting Officer in the manner provided in paragraph (j) of this clause) equal to interest on the unearned amount from the 8th day after the date of receipt of the unearned amount until--

(i) The date the Contractor notifies the Contracting Officer that the performance deficiency has been corrected; or

(ii) The date the Contractor reduces the amount of any subsequent certified request for progress payments by an amount equal to the unearned amount.

(e) Retainage. If the Contracting Officer finds that satisfactory progress was achieved during any period for which a progress payment is to be made, the Contracting Officer shall authorize payment to be made in full. However, if satisfactory progress has not been made, the Contracting Officer may retain a maximum of 10 percent of the amount of the payment until satisfactory progress is achieved. When the work is substantially complete, the Contracting Officer may retain from previously withheld funds and future progress payments that amount the Contracting Officer considers adequate for protection of the Government and shall release to the Contractor all the remaining withheld funds. Also, on completion and acceptance of each separate building, public work, or other division of the contract, for which the price is stated separately in the contract, payment shall be made for the completed work without retention of a percentage.

(f) Title, liability, and reservation of rights. All material and work covered by progress payments made shall, at the time of payment, become the sole property of the Government, but this shall not be construed as--

(1) Relieving the Contractor from the sole responsibility for all material and work upon which payments have been made or the restoration of any damaged work; or

(2) Waiving the right of the Government to require the fulfillment of all of the terms of the contract.

(g) Reimbursement for bond premiums. In making these progress payments, the Government shall, upon request, reimburse the Contractor for the amount of premiums paid for performance and payment bonds (including coinsurance and reinsurance agreements, when applicable) after the Contractor has furnished evidence of full payment to the surety. The retainage provisions in paragraph (e) of this clause shall not apply to that portion of progress payments attributable to bond premiums.

(h) Final payment. The Government shall pay the amount due the Contractor under this contract after--

(1) Completion and acceptance of all work;

(2) Presentation of a properly executed voucher; and

(3) Presentation of release of all claims against
the Government arising by virtue of this contract, other than claims, in stated amounts, that the Contractor has specifically excepted from the operation of the release. A release may also be required of the assignee if the Contractor's claim to amounts payable under this contract has been assigned under the Assignment of Claims Act of 1940 (31 U.S.C. 3727 and 41 U.S.C. 15).

(i) Limitation because of undefinitized work. Notwithstanding any provision of this contract, progress payments shall not exceed 80 percent on work accomplished on undefinitized contract actions. A "contract action" is any action resulting in a contract, as defined in FAR Subpart 2.1, including contract modifications for additional supplies or services, but not including contract modifications that are within the scope and under the terms of the contract, such as contract modifications issued pursuant to the Changes clause, or funding and other administrative changes.

(j) Interest computation on unearned amounts. In accordance with 31 U.S.C. 3903(c)(1), the amount payable under subparagraph (d)(2) of this clause shall be--

(1) Computed at the rate of average bond equivalent rates of 91-day Treasury bills auctioned at the most recent auction of such bills prior to the date the Contractor receives the unearned amount; and

(2) Deducted from the next available payment to the Contractor.

(End of clause)

52.232-17   INTEREST (OCT 2008)

(a) Except as otherwise provided in this contract under a Price Reduction for Defective Cost or Pricing Data clause or a Cost Accounting Standards clause, all amounts that become payable by the Contractor to the Government under this contract shall bear simple interest from the date due until paid unless paid within 30 days of becoming due. The interest rate shall be the interest rate established by the Secretary of the Treasury as provided in Section 611 of the Contract Disputes Act of 1978 (Public Law 95-563), which is applicable to the period in which the amount becomes due, as provided in paragraph (e) of this clause, and then at the rate applicable for each six-month period as fixed by the Secretary until the amount is paid.

(b) The Government may issue a demand for payment to the Contractor upon finding a debt is due under the contract.

(c) Final Decisions. The Contracting Officer will issue a final decision as required by 33.211 if--

(1) The Contracting Officer and the Contractor are unable to reach agreement on the existence or amount of a debt in a timely manner;

(2) The Contractor fails to liquidate a debt previously demanded by the Contracting Officer within the timeline specified in the demand for payment unless the amounts were not repaid because the Contractor has requested an installment payment agreement; or

(3) The Contractor requests a deferment of collection on a debt previously demanded by the Contracting Officer (see 32.607-2).

(d) If a demand for payment was previously issued for the debt, the demand for payment included in the final decision shall identify the same due date as the original demand for payment.

(e) Amounts shall be due at the earliest of the following dates:

(1) The date fixed under this contract.

(2) The date of the first written demand for payment, including any demand for payment resulting from a default termination.

(f) The interest charge shall be computed for the actual number of calendar days involved beginning on the due date and ending on--

(1) The date on which the designated office receives payment from the Contractor;

(2) The date of issuance of a Government check to the Contractor from which an amount otherwise payable has been withheld as a credit against the contract debt; or

(3) The date on which an amount withheld and applied to the contract debt would otherwise have become payable to the Contractor.

(g) The interest charge made under this clause may be reduced under the procedures prescribed in 32.608-2 of the Federal Acquisition Regulation in effect on the date of this contract.

(End of clause)

52.232-18    AVAILABILITY OF FUNDS (APR 1984)

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

(End of clause)

52.232-19    AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)

Funds are not presently available for performance under this contract beyond SEPTEMBER 30, 2011 . The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond SEPTEMBER 30, 2011, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

(End of clause)

52.232-23    ASSIGNMENT OF CLAIMS (JAN 1986)

(a) The Contractor, under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 15 (hereafter referred to as "the Act"), may assign its rights to be paid amounts due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency. The assignee under such an assignment may thereafter further assign or reassign its right under the original assignment to any type of financing institution described in the preceding sentence.

(b) Any assignment or reassignment authorized under the Act and this clause shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party, except that an assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in the financing of this contract.

(c) The Contractor shall not furnish or disclose to any assignee under this contract any classified document (including this contract) or information related to work under this contract until the Contracting Officer authorizes such action in writing.

(End of clause)

52.232-25    PROMPT PAYMENT (OCT 2008)

Notwithstanding any other payment clause in this contract, the Government will make invoice payments under the terms and conditions specified in this clause. The Government considers payment as being made on the day a check is dated or the date of an electronic funds transfer (EFT). Definitions of pertinent terms are set forth in sections 2.101, 32.001, and 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see paragraph (a)(4) of this clause concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments--(1) Due date. (i) Except as indicated in paragraphs (a)(2) and (c) of this clause, the due date for making invoice payments by the designated payment office is the later of the following two events:

(A) The 30th day after the designated billing office receives a proper invoice from the Contractor (except as provided in paragraph (a)(1)(ii) of this clause).

(B) The 30th day after Government acceptance of supplies delivered or services performed. For a final invoice, when the payment amount is subject to contract settlement actions, acceptance is deemed to occur on the effective date of the contract settlement.

(ii) If the designated billing office fails to annotate the invoice with the actual date of receipt at the time of receipt, the invoice payment due date is the 30th day after the date of the Contractor's invoice, provided the designated billing office receives a proper invoice and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(2) Certain food products and other payments. (i) Due dates on Contractor invoices for meat, meat food products, or fish; perishable agricultural commodities; and dairy products, edible fats or oils, and food products prepared from edible fats or oils are--

(A) For meat or meat food products, as defined in section 2(a)(3) of the Packers and Stockyard Act of 1921 (7 U.S.C. 182(3)), and as further defined in Pub. L. 98-181, including any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product, as close as possible to, but not later than, the 7th day after product delivery.

(B) For fresh or frozen fish, as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986 (16 U.S.C. 4003(3)), as close as possible to, but not later than, the 7th day after product delivery.

(C) For perishable agricultural commodities, as defined in section 1(4) of the Perishable Agricultural Commodities Act of 1930 (7 U.S.C. 499a(4)), as close as possible to, but not later than, the 10th day after product delivery, unless another date is specified in the contract.

(D) For dairy products, as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), edible fats or oils, and food products prepared from edible fats or oils, as close as possible to, but not later than, the 10th day after the date on which a proper invoice has been received. Liquid milk, cheese, certain processed cheese products, butter, yogurt, ice cream, mayonnaise, salad dressings, and other similar products, fall within this classification. Nothing in the Act limits this classification to refrigerated products. When questions arise regarding the proper classification of a specific product, prevailing industry practices will be followed in specifying a contract payment due date. The burden of proof that a classification of a specific product is, in fact, prevailing industry practice is upon the Contractor making the representation.

(ii) If the contract does not require submission of an invoice for payment (e.g., periodic lease payments), the due date will be as specified in the contract.

(3) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(3)(i) through (a)(3)(x) of this clause. If the invoice does not comply with these requirements, the designated billing office will return it within 7 days after receipt (3 days for meat, meat food products, or fish; 5 days for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils), with the reasons why it is not a proper invoice. The Government will take into account untimely notification when computing any interest penalty owed the Contractor.

(i) Name and address of the Contractor.

(ii) Invoice date and invoice number. (The Contractor should date invoices as close as possible to the date of the mailing or transmission.)

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.

(v) Shipping and payment terms (e.g., shipment number and date of shipment, discount for prompt payment terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.

(viii) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(ix) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision (e.g., 52.232-38, Submission of Electronic Funds Transfer Information with Offer), contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(x) Any other information or documentation required by the contract (e.g., evidence of shipment).

(4) Interest penalty. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(4)(i) through (a)(4)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday, the designated payment office may make payment on the following working day without incurring a late payment interest penalty.

(i) The designated billing office received a proper invoice.

(ii) The Government processed a receiving report or other Government documentation authorizing payment, and there was no disagreement over quantity, quality, or Contractor compliance with any contract term or condition.

(iii) In the case of a final invoice for any balance of funds due the Contractor for supplies delivered or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(5) Computing penalty amount. The Government will compute the interest penalty in accordance with the Office of Management and Budget prompt payment regulations at 5 CFR part 1315.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance is deemed to occur constructively on the 7th day (unless otherwise specified in this contract) after the Contractor delivers the supplies or performs the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. If actual acceptance occurs within the constructive acceptance period, the Government will base the determination of an interest penalty on the actual date of acceptance. The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The prompt payment regulations at 5 CFR 1315.10(c) do not require the Government to pay interest penalties if payment delays are due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the

terms of the contract. The Government and the Contractor shall resolve claims involving disputes and any interest that may be payable in accordance with the clause at FAR 52.233-1, Disputes.

(6) Discounts for prompt payment. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if the Government takes a discount for prompt payment improperly. The Government will calculate the interest penalty in accordance with the prompt payment regulations at 5 CFR part 1315.

(7) Additional interest penalty. (i) The designated payment office will pay a penalty amount, calculated in accordance with the prompt payment regulations at 5 CFR part 1315 in addition to the interest penalty amount only if--

(A) The Government owes an interest penalty of $1 or more;

(B) The designated payment office does not pay the interest penalty within 10 days after the date the invoice amount is paid; and

(C) The Contractor makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(7)(ii) of this clause, postmarked not later than 40 days after the invoice amount is paid.

(ii)(A) The Contractor shall support written demands for additional penalty payments with the following data. The Government will not request any additional data. The Contractor shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest is due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) If there is no postmark or the postmark is illegible--

(1) The designated payment office that receives the demand will annotate it with the date of receipt, provided the demand is received on or before the 40th day after payment was made; or

(2) If the designated payment office fails to make the required annotation, the Government will determine the demand's validity based on the date the Contractor has placed on the demand, provided such date is no later than the 40th day after payment was made.

(iii) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulation).

(b) Contract financing payment. If this contract provides for contract financing, the Government will make contract financing payments in accordance with the applicable contract financing clause.

(c) Fast payment procedure due dates. If this contract contains the clause at 52.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

(d) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall--

(1) Remit the overpayment amount to the payment office cited in the contract along with a description of the overpayment including the--

(i) Circumstances of the overpayment (e.g., duplicate payment, erroneous payment, liquidation errors, date(s) of overpayment);

(ii) Affected contract number and delivery order number if applicable;

(iii) Affected contract line item or subline item, if applicable; and

(iv) Contractor point of contact.

(2) Provide a copy of the remittance and supporting documentation to the Contracting Officer.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.232-27    PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (OCT 2008)

Notwithstanding any other payment terms in this contract, the Government will make invoice payments under the terms and conditions specified in this clause. The Government considers payment as being made on the day a check is dated or the date of an electronic funds transfer. Definitions of pertinent terms are set forth in sections 2.101, 32.001, and 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see paragraph (a)(3) concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments--(1) Types of invoice payments. For purposes of this clause, there are several types of invoice payments that may occur under this contract, as follows:

(i) Progress payments, if provided for elsewhere in this contract, based on Contracting Officer approval of the estimated amount and value of work or services performed, including payments for reaching milestones in any project.

(A) The due date for making such payments is 14 days after the designated billing office receives a proper payment request. If the designated billing office fails to annotate the payment request with the actual date of receipt at the time of receipt, the payment due date is the 14th day after the date of the Contractor's payment request, provided the designated billing office receives a proper payment request and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(B) The due date for payment of any amounts retained by the Contracting Officer in accordance with the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, is as specified in the contract or, if not specified, 30 days after approval by the Contracting Officer for release to the Contractor.

(ii) Final payments based on completion and acceptance of all work and presentation of release of all claims against the Government arising by virtue of the contract, and payments for partial deliveries that have been accepted by the Government (e.g., each separate building, public work, or other division of the contract for which the price is stated separately in the contract).

(A) The due date for making such payments is the later of the following two events:

(1) The 30th day after the designated billing office receives a proper invoice from the Contractor.

(2) The 30th day after Government acceptance of the work or services completed by the Contractor. For a final invoice when the payment amount is subject to contract settlement actions (e.g., release of claims), acceptance is deemed to occur on the effective date of the contract settlement.

(B) If the designated billing office fails to annotate the invoice with the date of actual receipt at the time of receipt, the invoice payment due date is the 30th day after the date of the Contractor's invoice, provided the designated billing office receives a proper invoice and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(2) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(2)(i) through (a)(2)(xi) of this clause. If the invoice does not comply with these requirements, the designated billing office must return it within 7 days after receipt, with the reasons why it is not a proper invoice. When computing any interest penalty owed the Contractor, the Government will take into account if the Government notifies the Contractor of an improper invoice in an untimely manner.

(i) Name and address of the Contractor.

(ii) Invoice date and invoice number. (The Contractor should date invoices as close as possible to the date of mailing or transmission.)

(iii) Contract number or other authorization for work or services performed (including order number and contract line item number).

(iv) Description of work or services performed.

(v) Delivery and payment terms (e.g., discount for prompt payment terms).

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.

(viii) For payments described in paragraph (a)(1)(i) of this clause, substantiation of the amounts requested and certification in accordance with the requirements of the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts.

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision (e.g., 52.232-38, Submission of Electronic Funds Transfer Information with Offer), contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(xi) Any other information or documentation required by the contract.

(3) Interest penalty. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(3)(i) through (a)(3)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday, the designated payment office may make payment on the following working day without incurring a late payment interest penalty.

(i) The designated billing office received a proper invoice.

(ii) The Government processed a receiving report or other Government documentation authorizing payment and there was no disagreement over quantity, quality, Contractor compliance with any contract term or condition, or requested progress payment amount.

(iii) In the case of a final invoice for any balance of funds due the Contractor for work or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(4) Computing penalty amount. The Government will compute the interest penalty in accordance with the Office of Management and Budget prompt payment regulations at 5 CFR part 1315.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor for payments described in paragraph (a)(1)(ii) of this clause, Government acceptance or approval is deemed to occur constructively on the 7th day after the Contractor has completed the work or services in accordance with the terms and conditions of the contract. If actual acceptance or approval occurs within the constructive acceptance or approval period, the Government will base the determination of an interest penalty on the actual date of acceptance or approval. Constructive acceptance or constructive approval requirements do not apply if there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. These requirements also do not compel Government officials to accept work or services, approve Contractor estimates, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The prompt payment regulations at 5 CFR 1315.10(c) do not require the Government to pay interest penalties if payment delays are due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. The Government and the Contractor shall resolve claims involving disputes, and any interest that may be payable in accordance with the clause at FAR 52.233-1, Disputes.

(5) Discounts for prompt payment. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if the Government takes a discount for prompt payment improperly. The Government will calculate the interest penalty in accordance with the prompt payment regulations at 5 CFR part 1315.

(6) Additional interest penalty. (i) The designated payment office will pay a penalty amount, calculated in accordance with the prompt payment regulations at 5 CFR part 1315 in addition to the interest penalty amount only if--

(A) The Government owes an interest penalty of $1 or more;

(B) The designated payment office does not pay the interest penalty within 10 days after the date the invoice amount is paid; and

(C) The Contractor makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(6)(ii) of this clause, postmarked not later than 40 days after the date the invoice amount is paid.

(ii)(A) The Contractor shall support written demands for additional penalty payments with the following data. The Government will not request any additional data. The Contractor shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest was due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) If there is no postmark or the postmark is illegible--

(1) The designated payment office that receives the demand will annotate it with the date of receipt provided the demand is received on or before the 40th day after payment was made; or

(2) If the designated payment office fails to make the required annotation, the Government will determine the demand's validity based on the date the Contractor has placed on the demand, provided such date is no later than the 40th day after payment was made.

(b) Contract financing payments. If this contract provides for contract financing, the Government will make contract financing payments in accordance with the applicable contract financing clause.

(c) Subcontract clause requirements. The Contractor shall include in each subcontract for property or services (including a material supplier) for the purpose of performing this contract the following:

(1) Prompt payment for subcontractors. A payment clause that obligates the Contractor to pay the subcontractor for satisfactory performance under its subcontract not later than 7 days from receipt of payment out of such amounts as are paid to the Contractor under this contract.

(2) Interest for subcontractors. An interest penalty clause that obligates the Contractor to pay to the subcontractor an interest penalty for each payment not made in accordance with the payment clause--

(i) For the period beginning on the day after the required payment date and ending on the date on which payment of the amount due is made; and

(ii) Computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(3) Subcontractor clause flowdown. A clause requiring each subcontractor to use:

(i) Include a payment clause and an interest penalty clause conforming to the standards set forth in paragraphs (c)(1) and (c)(2) of this clause in each of its subcontracts; and

(ii) Require each of its subcontractors to include such clauses in their subcontracts with each lower-tier subcontractor or supplier.

(d) Subcontract clause interpretation. The clauses required by paragraph (c) of this clause shall not be construed to impair the right of the Contractor or a subcontractor at any tier to negotiate, and to include in their subcontract, provisions that--

(1) Retainage permitted. Permit the Contractor or a subcontractor to retain (without cause) a specified percentage of each progress payment otherwise due to a subcontractor for satisfactory performance under the subcontract without incurring any obligation to pay a late payment interest penalty, in accordance with terms and conditions agreed to by the parties to the subcontract, giving such recognition as the parties deem appropriate to the ability of a subcontractor to furnish a performance bond and a payment bond;

(2) Withholding permitted. Permit the Contractor or subcontractor to make a determination that part or all of the subcontractor's request for payment may be withheld in accordance with the subcontract agreement; and

(3) Withholding requirements. Permit such withholding without incurring any obligation to pay a late payment penalty if--

(i) A notice conforming to the standards of paragraph (g) of this clause previously has been furnished to the subcontractor; and

(ii) The Contractor furnishes to the Contracting Officer a copy of any notice issued by a Contractor pursuant to paragraph (d)(3)(i) of this clause.

(e) Subcontractor withholding procedures. If a Contractor, after making a request for payment to the Government but before making a payment to a subcontractor for the subcontractor's performance covered by the payment request, discovers that all or a portion of the payment otherwise due such subcontractor is subject to withholding from the subcontractor in accordance with the subcontract agreement, then the Contractor shall--

(1) Subcontractor notice. Furnish to the subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon ascertaining the cause giving rise to a withholding, but prior to the due date for subcontractor payment;

(2) Contracting Officer notice. Furnish to the Contracting Officer, as soon as practicable, a copy of the notice furnished to the subcontractor pursuant to paragraph (e)(1) of this clause;

(3) Subcontractor progress payment reduction. Reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under paragraph (e)(1) of this clause;

(4) Subsequent subcontractor payment. Pay the subcontractor as soon as practicable after the correction of the identified subcontract performance deficiency, and--

(i) Make such payment within--

(A) Seven days after correction of the identified subcontract performance deficiency (unless the funds therefor must be recovered from the Government because of a reduction under paragraph
(e)(5)(i)) of this clause; or

(B) Seven days after the Contractor recovers such funds from the Government; or

(ii) Incur an obligation to pay a late payment interest penalty computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty;

(5) Notice to Contracting Officer. Notify the Contracting Officer upon--

(i) Reduction of the amount of any subsequent certified application for payment; or

(ii) Payment to the subcontractor of any withheld amounts of a progress payment, specifying--

(A) The amounts withheld under paragraph (e)(1) of this clause; and

(B) The dates that such withholding began and ended; and

(6) Interest to Government. Be obligated to pay to the Government an amount equal to interest on the withheld payments (computed in the manner provided in 31 U.S.C. 3903(c)(1)), from the 8th day after receipt of the withheld amounts from the Government until--

(i) The day the identified subcontractor performance deficiency is corrected; or

(ii) The date that any subsequent payment is reduced under paragraph (e)(5)(i) of this clause.

(f) Third-party deficiency reports—

(1) Withholding from subcontractor. If a Contractor, after making payment to a first-tier subcontractor, receives from a supplier or subcontractor of the first-tier subcontractor (hereafter referred to as a "second-tier subcontractor") a written notice in accordance with the Miller Act (40 U.S.C. 3133), asserting a deficiency in such first-tier subcontractor's performance under the contract for which the Contractor may be ultimately liable, and the Contractor determines that all or a portion of future payments otherwise due such first-tier subcontractor is subject to withholding in accordance with the subcontract agreement, the Contractor may, without incurring an obligation to pay an interest penalty under paragraph (e)(6) of this clause--

(i) Furnish to the first-tier subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon making such determination; and

(ii) Withhold from the first-tier subcontractor's next available progress payment or payments an amount not to exceed the amount specified in the notice of withholding furnished under paragraph (f)(1)(i) of this clause.

(2) Subsequent payment or interest charge. As soon as practicable, but not later than 7 days after receipt of satisfactory written notification that the identified subcontract performance deficiency has been corrected, the Contractor shall--

(i) Pay the amount withheld under paragraph (f)(1)(ii) of this clause to such first-tier subcontractor; or

(ii) Incur an obligation to pay a late payment interest penalty to such first-tier subcontractor computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contracts DisputesAct of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(g) Written notice of subcontractor withholding. The Contractor shall issue a written notice of any withholding to a subcontractor (with a copy furnished to the Contracting Officer), specifying--

(1) The amount to be withheld;

(2) The specific causes for the withholding under the terms of the subcontract; and

(3) The remedial actions to be taken by the subcontractor in order to receive payment of the amounts withheld.

(h) Subcontractor payment entitlement. The Contractor may not request payment from the Government of any amount withheld or retained in accordance with paragraph (d) of this clause until such time as the Contractor has determined and certified to the Contracting Officer that the subcontractor is entitled to the payment of such amount.

(i) Prime-subcontractor disputes. A dispute between the Contractor and subcontractor relating to the amount or entitlement of a subcontractor to a payment or a late payment interest penalty under a clause included in the subcontract pursuant to paragraph (c) of this clause does not constitute a dispute to which the Government is a party. The Government may not be interpleaded in any judicial or administrative proceeding involving such a dispute.

(j) Preservation of prime-subcontractor rights. Except as provided in paragraph (i) of this clause, this clause shall not limit or impair any contractual, administrative, or judicial remedies otherwise available to the Contractor or a subcontractor in the event of a dispute involving late payment or nonpayment by the Contractor or deficient subcontract performance or nonperformance by a subcontractor.

(k) Non-recourse for prime contractor interest penalty. The Contractor's obligation to pay an interest penalty to a subcontractor pursuant to the clauses included in a subcontract under paragraph (c) of this clause shall not be construed to be an obligation of the Government for such interest penalty. A cost-reimbursement claim may not include any amount for reimbursement of such interest penalty.

(l) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall--

(1) Remit the overpayment amount to the payment office cited in the contract along with a description of the overpayment including the--

(i) Circumstances of the overpayment (e.g., duplicate payment, erroneous payment, liquidation errors, date(s) of overpayment);

(ii) Affected contract number and delivery order number if applicable;

(iii) Affected contract line item or subline item, if applicable; and

(iv) Contractor point of contact.

(2) Provide a copy of the remittance and supporting documentation to the Contracting Officer.

(End of clause)

52.232-33    PAYMENT BY ELECTRONIC FUNDS TRANSFER—CENTRAL CONTRACTOR REGISTRATION (OCT 2003)

(a) Method of payment. (1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT), except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either--

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend the payment due date until such time as the Government can make payment by EFT (but see paragraph (d) of this clause).

(b) Contractor's EFT information. The Government shall make payment to the Contractor using the EFT information contained in the Central Contractor Registration (CCR) database. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the CCR database.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the

Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment. If the Contractor's EFT information in the CCR database is incorrect, then the Government need not make payment to the Contractor under this contract until correct EFT information is entered into the CCR database; and any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(e) Liability for uncompleted or erroneous transfers. (1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for--

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and--

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment, and the provisions of paragraph (d) of this clause shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall register separately in the CCR database and shall be paid by EFT in accordance with the terms of this clause. Notwithstanding any other requirement of this contract, payment to an ultimate recipient other than the Contractor, or a financial institution properly recognized under an assignment of claims pursuant to subpart 32.8, is not permitted. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information made by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address contained in the CCR database.

W912ER-11-D-0010

Page 117 of 303

(End of Clause)

52.233-1    DISPUTES.  (JUL 2002)

(a) This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613).

(b) Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved under this clause.

(c) Claim, as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $100,000 is not a claim under the Act until certified. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d)(1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

(2)(i) The contractors shall provide the certification specified in subparagraph (d)(2)(iii) of this clause when submitting any claim exceeding $100,000.

(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.

(iii) The certification shall state as follows:  "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

(3) The certification may be executed by any person duly authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request.  For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in the Act.

(g) If the claim by the Contractor is submitted to the  Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use alternative disput resolution (ADR). If the Contractor refuses an offer for ADR, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the request.

(h) The Government shall pay interest on the amount found due and unpaid from (1) the date the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment.  With regard to claims having defective certifications, as defined in (FAR) 48 CFR 33.201,

117 of 303
Government Rule 4 File

**A117**

interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the Contracting Officer.

(End of clause)

52.233-3     PROTEST AFTER AWARD (AUG. 1996)

(a) Upon receipt of a notice of protest (as defined in FAR 33.101) or a determination that a protest is likely (see FAR 33.102(d)), the Contracting Officer may, by written order to the Contractor, direct the Contractor to stop performance of the work called for by this contract. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Upon receipt of the final decision in the protest, the Contracting Officer shall either--

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled either before or after a final decision in the protest, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to an adjustment within 30 days after the end of the period of work stoppage; provided, that if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon a proposal at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

(e) The Government's rights to terminate this contract at any time are not affected by action taken under this clause.

(f) If, as the result of the Contractor's intentional or negligent misstatement, misrepresentation, or miscertification, a protest related to this contract is sustained, and the Government pays costs, as provided in FAR 33.102(b)(2) or 33.104(h)(1), the Government may require the Contractor to reimburse the Government the amount of such costs. In addition to any other remedy available, and pursuant to the requirements of Subpart 32.6, the Government may collect this debt by offsetting the amount against any payment due the Contractor under any contract between the Contractor and the Government.

(End of clause)

52.233-4    APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM (OCT 2004)

United States law will apply to resolve any claim of breach of this contract.

(End of clause)

52.236-1    PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least Twenty (20) percent of the total amount of work to be performed under the contract.  This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

52.236-2    DIFFERING SITE CONDITIONS (APR 1984)

(a) The Contractor shall promptly, and before the conditions are disturbed, give a written notice to the Contracting Officer of

(1) subsurface or latent physical conditions at the site which differ materially from those indicated in this contract, or

(2) unknown physical conditions at the site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided for in the contract.

(b) The Contracting Officer shall investigate the site conditions promptly after receiving the notice. If the conditions do materially so differ and cause an increase or decrease in the Contractor's cost of, or the time required for, performing any part of the work under this contract, whether or not changed as a result of the conditions, an equitable adjustment shall be made under this clause and the contract modified in writing accordingly.

(c) No request by the Contractor for an equitable adjustment to the contract under this clause shall be allowed, unless the Contractor has given the written notice required; provided, that the time prescribed in (a) above for giving written notice may be extended by the Contracting Officer.

(d) No request by the Contractor for an equitable adjustment to the contract for differing site conditions shall be allowed if made after final payment under this contract.

(End of clause)

52.236-3    SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984)

(a) The Contractor acknowledges that it has taken steps reasonably necessary to ascertain the nature and location of the work, and that it has investigated and satisfied itself as to the general and local conditions which can affect the work or its cost, including but not limited to

(1) conditions bearing upon transportation, disposal, handling, and storage of materials;

(2) the availability of labor, water, electric power, and roads;

(3) uncertainties of weather, river stages, tides, or similar physical conditions at the site;

(4) the conformation and conditions of the ground; and (5) the character of equipment and facilities needed preliminary to and during work performance. The Contractor also acknowledges that it has satisfied itself as to the character, quality, and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information is reasonably ascertainable from an inspection of the site, including all exploratory work done by the Government, as well as from the drawings and specifications made a part of this contract. Any failure of the Contractor to take the actions described and acknowledged in this paragraph will not relieve the Contractor from responsibility for estimating properly the difficulty and cost of successfully performing the work, or for proceeding to successfully perform the work without additional expense to the Government.

(b) The Government assumes no responsibility for any conclusions or interpretations made by the Contractor based on the information made available by the Government. Nor does the Government assume responsibility for any understanding reached or representation made concerning conditions which can affect the work by any of its officers or agents before the execution of this contract, unless that understanding or representation is expressly stated in this contract.

(End of clause)

52.236-4   PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by . . . . . . . . . [insert a description of investigational methods used, such as surveys, auger borings, core borings, test pits, probings, test tunnels].

(b) Weather conditions . . . . . . . . . (insert a summary of weather records and warnings).

(c) Transportation facilities . . . . . . . . . (insert a summary of transportation facilities providing access from the site, including information about their availability and limitations.

(d) . . . . . . . . . (insert other pertinent information).

(End of clause)

52.236-5   MATERIAL AND WORKMANSHIP (APR 1984)

(a) All equipment, material, and articles incorporated into the work covered by this contract shall be new and of the most suitable grade for the purpose intended, unless otherwise specifically provided in this contract. References in the specifications to equipment, material, articles, or patented processes by trade name, make, or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may, at its option, use any equipment, material, article, or process that, in the judgment of the Contracting Officer, is equal to that named in the specifications, unless otherwise specifically provided in this contract.

(b) The Contractor shall obtain the Contracting Officer's approval of the machinery and mechanical and other equipment to be incorporated into the work. When requesting approval, the Contractor shall furnish to the Contracting Officer the name of the manufacturer, the model number, and other information concerning the performance, capacity, nature, and rating of the machinery and mechanical and other equipment. When required by this contract or by the Contracting Officer, the Contractor shall also obtain the Contracting Officer's approval of the material or articles which the Contractor contemplates incorporating into the work. When requesting approval, the Contractor shall provide full information concerning the material or articles. When directed to do so, the Contractor shall submit samples for approval at the Contractor's expense, with all shipping charges prepaid. Machinery, equipment, material, and articles that do not have the required approval shall be installed or used at the risk of subsequent rejection.

(c) All work under this contract shall be performed in a skillful and workmanlike manner. The Contracting Officer may require, in writing, that the Contractor remove from the work any employee the Contracting Officer deems incompetent, careless, or otherwise objectionable.

(End of clause)

52.236-6   SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)

At all times during performance of this contract and until the work is completed and accepted, the Contractor shall directly superintend the work or assign and have on the worksite a competent superintendent who is satisfactory to the Contracting Officer and has authority to act for the Contractor.

(End of clause)

52.236-7   PERMITS AND RESPONSIBILITIES (NOV 1991)

The Contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work.  The Contractor shall also be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence.  The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

(End of clause)

52.236-8   OTHER CONTRACTS (APR 1984)

The Government may undertake or award other contracts for additional work at or near the site of the work under

this contract. The Contractor shall fully cooperate with the other contractors and with Government employees and shall carefully adapt scheduling and performing the work under this contract to accommodate the additional work, heeding any direction that may be provided by the Contracting Officer. The Contractor shall not commit or permit any act that will interfere with the performance of work by any other contractor or by Government employees.

(End of clause)

52.236-9    PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)

(a) The Contractor shall preserve and protect all structures, equipment, and vegetation (such as trees, shrubs, and grass) on or adjacent to the work site, which are not to be removed and which do not unreasonably interfere with the work required under this contract. The Contractor shall only remove trees when specifically authorized to do so, and shall avoid damaging vegetation that will remain in place. If any limbs or branches of trees are broken during contract performance, or by the careless operation of equipment, or by workmen, the Contractor shall trim those limbs or branches with a clean cut and paint the cut with a tree-pruning compound as directed by the Contracting Officer.

(b) The Contractor shall protect from damage all existing improvements and utilities

(1) at or near the work site, and

(2) on adjacent property of a third party, the locations of which are made known to or should be known by the Contractor. The Contractor shall repair any damage to those facilities, including those that are the property of a third party, resulting from failure to comply with the requirements of this contract or failure to exercise reasonable care in performing the work. If the Contractor fails or refuses to repair the damage promptly, the Contracting Officer may have the necessary work performed and charge the cost to the Contractor.

(End of clause)

52.236-10    OPERATIONS AND STORAGE AREAS (APR 1984)

(a) The Contractor shall confine all operations (including storage of materials) on Government premises to areas authorized or approved by the Contracting Officer. The Contractor shall hold and save the Government, its officers and agents, free and harmless from liability of any nature occasioned by the Contractor's performance.

(b) Temporary buildings (e.g., storage sheds, shops, offices) and utilities may be erected by the Contractor only with the approval of the Contracting Officer and shall be built with labor and materials furnished by the Contractor without expense to the Government. The temporary buildings and utilities shall remain the property of the Contractor and shall be removed by the Contractor at its expense upon completion of the work. With the written consent of the Contracting Officer, the buildings and utilities may be abandoned and need not be removed.

(c) The Contractor shall, under regulations prescribed by the Contracting Officer, use only established roadways, or use temporary roadways constructed by the Contractor when and as authorized by the Contracting Officer. When materials are transported in prosecuting the work, vehicles shall not be loaded beyond the loading capacity recommended by the manufacturer of the vehicle or prescribed by any Federal, State, or local law or regulation. When it is necessary to cross curbs or sidewalks, the Contractor shall protect them from damage. The Contractor shall repair or pay for the repair of any damaged curbs, sidewalks, or roads.

(End of clause)

52.236-11     USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)

(a) The Government shall have the right to take possession of or use any completed or partially completed part of the work. Before taking possession of or using any work, the Contracting Officer shall furnish the Contractor a list of items of work remaining to be performed or corrected on those portions of the work that the Government intends to take possession of or use.  However, failure of the Contracting Officer to list any item of work shall not relieve the Contractor of responsibility for complying with the terms of the contract. The Government's possession or use shall not be deemed an acceptance of any work under the contract.

(b) While the Government has such possession or use, the Contractor shall be relieved of the responsibility for the loss of or damage to the work resulting from the Government's possession or use, notwithstanding the terms of the clause in this contract entitled "Permits and Responsibilities."  If prior possession or use by the Government delays the progress of the work or causes additional expense to the Contractor, an equitable adjustment shall be made in the contract price or the time of completion, and the contract shall be modified in writing accordingly.

(End of clause)

52.236-12     CLEANING UP (APR 1984)

The Contractor shall at all times keep the work area, including storage areas, free from accumulations of waste materials.  Before completing the work, the Contractor shall remove from the work and premises any rubbish, tools, scaffolding, equipment, and materials that are not the property of the Government.  Upon completing the work, the Contractor shall leave the work area in a clean, neat, and orderly condition satisfactory to the Contracting Officer.

(End of clause)

52.236-13     ACCIDENT PREVENTION (NOV 1991)

(a)  The Contractor shall provide and maintain work environments and procedures which will

(1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) avoid interruptions of Government operations and delays in project completion dates; and

(3) control costs in the performance of this contract.

(b)  For these purposes on contracts for construction or dismantling, demolition, or removal of improvements, the Contractor shall-

(1)  Provide appropriate safety barricades, signs, and signal lights;

(2)  Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3)  Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purposes are taken.

(c)  If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

(d)  Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action.  This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required.  After receiving the notice, the Contractor shall immediately take corrective action.  If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken.  The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e)  The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

(End of clause)

52.236-14    AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984)

(a) The Government shall make all reasonably required amounts of utilities available to the Contractor from existing outlets and supplies, as specified in the contract.  Unless otherwise provided in the contract, the amount of each utility service consumed shall be charged to or paid for by the Contractor at prevailing rates charged to the Government or, where the utility is produced by the Government, at reasonable rates determined by the Contracting Officer.  The Contractor shall carefully conserve any utilities furnished without charge.

(b) The Contractor, at its expense and in a workmanlike manner satisfactory to the Contracting Officer, shall install and maintain all necessary temporary connections and distribution lines, and all meters required to measure the amount of each utility used for the purpose of determining charges.  Before final acceptance of the work by the Government, the Contractor shall remove all the temporary connections, distribution lines, meters, and associated paraphernalia.

(End of clause)

52.236-15    SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)

(a) The Contractor shall, within five days after the work commences on the contract or another period of time determined by the Contracting Officer, prepare and submit to the Contracting Officer for approval three copies of a practicable schedule showing the order in which the Contractor proposes to perform the work, and the dates on which the Contractor contemplates starting and completing the several salient features of the work (including acquiring materials, plant, and equipment).  The schedule shall be in the form of a progress chart of suitable scale to indicate appropriately the percentage of work scheduled for completion by any given date during the period.  If the

Contractor fails to submit a schedule within the time prescribed, the Contracting Officer may withhold approval of progress payments until the Contractor submits the required schedule.

(b) The Contractor shall enter the actual progress on the chart as directed by the Contracting Officer, and upon doing so shall immediately deliver three copies of the annotated schedule to the Contracting Officer. If, in the opinion of the Contracting Officer, the Contractor falls behind the approved schedule, the Contractor shall take steps necessary to improve its progress, including those that may be required by the Contracting Officer, without additional cost to the Government. In this circumstance, the Contracting Officer may require the Contractor to increase the number of shifts, overtime operations, days of work, and/or the amount of construction plant, and to submit for approval any supplementary schedule or schedules in chart form as the Contracting Officer deems necessary to demonstrate how the approved rate of progress will be regained.

(c) Failure of the Contractor to comply with the requirements of the Contracting Officer under this clause shall be grounds for a determination by the Contracting Officer that the Contractor is not prosecuting the work with sufficient diligence to ensure completion within the time specified in the contract. Upon making this determination, the Contracting Officer may terminate the Contractor's right to proceed with the work, or any separable part of it, in accordance with the default terms of this contract.

(End of clause)

52.236-17    LAYOUT OF WORK (APR 1984)

The Contractor shall lay out its work from Government established base lines and bench marks indicated on the drawings, and shall be responsible for all measurements in connection with the layout. The Contractor shall furnish, at its own expense, all stakes, templates, platforms, equipment, tools, materials, and labor required to lay out any part of the work. The Contractor shall be responsible for executing the work to the lines and grades that may be established or indicated by the Contracting Officer. The Contractor shall also be responsible for maintaining and preserving all stakes and other marks established by the Contracting Officer until authorized to remove them. If such marks are destroyed by the Contractor or through its negligence before their removal is authorized, the Contracting Officer may replace them and deduct the expense of the replacement from any amounts due or to become due to the Contractor.

(End of clause)

52.236-19    ORGANIZATION AND DIRECTION OF THE WORK (APR 1984)

(a) When this contract is executed, the Contractor shall submit to the Contracting Officer a chart showing the general executive and administrative organization, the personnel to be employed in connection with the work under this contract, and their respective duties. The Contractor shall keep the data furnished current by supplementing it as additional information becomes available.

(b) Work performance under this contract shall be under the full-time resident direction of (1) the Contractor, if the Contractor is an individual; (2) one or more principal partners, if the Contractor is a partnership; or (3) one or more senior officers, if Contractor is a corporation, association, or similar legal entity. However, if the Contracting Officer approves, the Contractor may be represented in the direction of the work by a specific person or persons holding positions other than those identified in this paragraph.

(End of clause)

52.236-21    SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997)

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.

(b) Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated", "prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by," or "acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.

(c) Where "as shown," as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place," that is "furnished and installed".

(d) Shop drawings means drawings, submitted to the Government by the Contractor, subcontractor, or any lower tier subcontractor pursuant to a construction contract, showing in detail (1) the proposed fabrication and assembly of structural elements, and (2) the installation (i.e., fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.

(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Contracting Officer approves any such variation, the Contracting Officer shall issue an appropriate contract modification, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.

(g) The Contractor shall submit to the Contracting Officer for approval four copies (unless otherwise indicated) of all shop drawings as called for under the various headings of these specifications. Three sets (unless otherwise indicated) of all shop drawings, will be retained by the Contracting Officer and one set will be returned to the Contractor.

(End of clause)

52.236-22    DESIGN WITHIN FUNDING LIMITATIONS (APR 1984)

(a) The Contractor shall accomplish the design services required under this contract so as to permit the award of a contract, using standard Federal Acquisition Regulation procedures for the construction of the facilities designed at a price that does not exceed the estimated construction contract price as set forth in paragraph (c) below. When bids or proposals for the construction contract are received that exceed the estimated price, the contractor shall perform such redesign and other services as are necessary to permit contract award within the funding limitation. These additional services shall be performed at no increase in the price of this contract. However, the Contractor shall not be required to perform such additional services at no cost to the Government if the unfavorable bids or proposals are the result of conditions beyond its reasonable control.

(b) The Contractor will promptly advise the Contracting Officer if it finds that the project being designed will exceed or is likely to exceed the funding limitations and it is unable to design a usable facility within these limitations. Upon receipt of such information, the Contracting Officer will review the Contractor's revised estimate of construction cost. The Government may, if it determines that the estimated construction contract price set forth in this contract is so low that award of a construction contract not in excess of such estimate is improbable, authorize a change in scope or materials as required to reduce the estimated construction cost to an amount within the estimated construction contract price set forth in paragraph (c) below, or the Government may adjust such estimated construction contract price. When bids or proposals are not solicited or are unreasonably delayed, the Government shall prepare an estimate of constructing the design submitted and such estimate shall be used in lieu of bids or proposals to determine compliance with the funding limitation.

(c) The estimated construction contract price for the project described in this contract is $

TO BE DETERMINED AT TASK ORDER

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.236-25    REQUIREMENTS FOR REGISTRATION OF DESIGNERS (JUN 2003)

Architects or engineers registered to practice in the particular professional field involved in a State, the District of Columbia, or an outlying area of the United States shall prepare or review and approve the design of architectural, structural, mechanical, electrical, civil, or other engineering features of the work.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.236-26    PRECONSTRUCTION CONFERENCE (FEB 1995)

If the Contracting Officer decides to conduct a preconstruction conference, the successful offeror will be notified and will be required to attend. The Contracting Officer's notification will include specific details regarding the date, time,

and location of the conference, any need for attendance by subcontractors, and information regarding the items to be discussed.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.237-2    PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (APR 1984)

The Contractor shall use reasonable care to avoid damaging existing buildings, equipment, and vegetation on the Government installation. If the Contractor's failure to use reasonable care causes damage to any of this property, the Contractor shall replace or repair the damage at no expense to the Government as the Contracting Officer directs. If the Contractor fails or refuses to make such repair or replacement, the Contractor shall be liable for the cost, which may be deducted from the contract price.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.237-7    INDEMNIFICATION AND MEDICAL LIABILITY INSURANCE (JAN 1997)

(a) It is expressly agreed and understood that this is a nonpersonal services contract, as defined in Federal Acquisition Regulation (FAR) 37.101, under which the professional services rendered by the Contractor are rendered in its capacity as an independent contractor. The Government may evaluate the quality of professional and administrative services provided, but retains no control over professional aspects of the services rendered, including by example, the Contractor's professional medical judgment, diagnosis, or specific medical treatments. The Contractor shall be solely liable for and expressly agrees to indemnify the Government with respect to any liability producing acts or omissions by it or by its employees or agents. The Contractor shall maintain during the term of this contract liability insurance issued by a responsible insurance carrier of not less than the following amount(s) per specialty per occurrence:* _____ .

(b) An apparently successful offeror, upon request by the Contracting Officer, shall furnish prior to contract award evidence of its insurability concerning the medical liability insurance required by paragraph (a) of this clause.

(c) Liability insurance may be on either an occurrences basis or on a claims-made basis. If the policy is on a claims-made basis, an extended reporting endorsement (tail) for a period of not less than 3 years after the end of the contract term must also be provided.

(d) Evidence of insurance documenting the required coverage for each health care provider who will perform under this contract shall be provided to the Contracting Officer prior to the commencement of services under this contract. If the insurance is on a claims-made basis and evidence of an extended reporting endorsement is not provided prior to the commencement of services, evidence of such endorsement shall be provided to the Contracting Officer prior to the expiration of this contract. Final payment under this contract shall be withheld until evidence of the extended reporting endorsement is provided to the Contracting Officer.

(e) The policies evidencing required insurance shall also contain an endorsement to the effect that any cancellation or material change adversely affecting the Government's interest shall not be effective until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer. If, during the performance period of the contract the

Contractor changes insurance providers, the Contractor must provide evidence that the Government will be indemnified to the limits specified in paragraph (a) of this clause, for the entire period of the contract, either under the new policy, or a combination of old and new policies.

(f) The Contractor shall insert the substance of this clause, including this paragraph (f), in all subcontracts under this contract for health care services and shall require such subcontractors to provide evidence of and maintain insurance in accordance with paragraph (a) of this clause. At least 5 days before the commencement of work by any subcontractor, the Contractor shall furnish to the Contracting Officer evidence of such insurance.

Contracting Officer insert the dollar value(s) of standard coverage(s) prevailing within the local community as to the specific medical specialty, or specialties, concerned, or such higher amount as the Contracting Officer deems necessary to protect the Government's interests.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.242-13   BANKRUPTCY (JUL 1995)

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail or electronic commerce method authorized by the contract, written notification of the bankruptcy to the Contracting Officer responsible for administering the contract.  This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing.  This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made.  This obligation remains in effect until final payment under this contract.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.242-14   SUSPENSION OF WORK (APR 1984)

(a) The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the Government.

(b) If the performance of all or any part of the work is, for an unreasonable period of time, suspended, delayed, or interrupted (1) by an act of the Contracting Officer in the administration of this contract, or (2) by the Contracting Officer's failure to act within the time specified in this contract (or within a reasonable time if not specified), an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) necessarily caused by the unreasonable suspension, delay, or interruption, and the contract modified in writing accordingly. However, no adjustment shall be made under this clause for any suspension, delay, or interruption to the extent that performance would have been so suspended, delayed, or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an equitable adjustment is provided for or excluded under any other term

or condition of this contract. (c) A claim under this clause shall not be allowed (1) for any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved (but this requirement shall not apply as to a claim resulting from a suspension order), and (2) unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the suspension, delay, or interruption, but not later than the date of final payment under the contract.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.242-15    STOP-WORK ORDER (AUG 1989)

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either--

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.242-17    GOVERNMENT DELAY OF WORK (APR 1984)

(a) If the performance of all or any part of the work of this contract is delayed or interrupted (1) by an act of the Contracting Officer in the administration of this contract that is not expressly or impliedly authorized by this contract, or (2) by a failure of the Contracting Officer to act within the time specified in this contract, or within a reasonable time if not specified, an adjustment (excluding profit) shall be made for any increase in the cost of performance of this contract caused by the delay or interruption and the contract shall be modified in writing accordingly. Adjustment shall also be made in the delivery or performance dates and any other contractual term or condition affected by the delay or interruption. However, no adjustment shall be made under this clause for any delay or interruption to the extent that performance would have been delayed or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an adjustment is provided or excluded under any other term or condition of this contract.

(b) A claim under this clause shall not be allowed (1) for any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved, and (2) unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the delay or interruption, but not later than the day of final payment under the contract.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.243-1    CHANGES--FIXED-PRICE (AUG 1987) - ALTERNATE III (APR 1984)

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in the services to be performed.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Contractor must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) If the Contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

(f) No services for which an additional cost or fee will be charged by the Contractor shall be furnished without the prior written authorization of the Contracting Officer.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.243-4    CHANGES (JUN 2007)

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes--

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished property or services; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating

(1) the date, circumstances, and source of the order and

(2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after

(1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of the proposal, unless this period is extended by the Government. The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.243-5   CHANGES AND CHANGED CONDITIONS (APR 1984)

(a) The Contracting Officer may, in writing, order changes in the drawings and specifications within the general scope of the contract.

(b) The Contractor shall promptly notify the Contracting Officer, in writing, of subsurface or latent physical conditions differing materially from those indicated in this contract or unknown unusual physical conditions at the site before proceeding with the work.

(c) If changes under paragraph (a) or conditions under paragraph (b) increase or decrease the cost of, or time required for performing the work, the Contracting Officer shall make an equitable adjustment (see paragraph (d)) upon submittal of a "proposal for adjustment" (hereafter referred to as proposal) by the Contractor before final payment under the contract.

(d) The Contracting Officer shall not make an equitable adjustment under paragraph (b) unless--

(1) The Contractor has submitted and the Contracting Officer has received the required written notice; or

(2) The Contracting Officer waives the requirement for the written notice.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.243-7    NOTIFICATION OF CHANGES (APR 1984)

(a) Definitions.

"Contracting Officer," as used in this clause, does not include any representative of the Contracting Officer.

"Specifically authorized representative (SAR),"  as used in this clause, means any person the Contracting Officer has so designated by written notice (a copy of which shall be provided to the Contractor) which shall refer to this subparagraph and shall be issued to the designated representative before the SAR exercises such authority.

(b) Notice. The primary purpose of this clause is to obtain prompt reporting of Government conduct that the Contractor considers to constitute a change to this contract.  Except for changes identified as such in writing and signed by the Contracting Officer, the Contractor shall notify the Administrative Contracting Officer in writing, within 7 calendar days from the date that the Contractor identifies any Government conduct (including actions, inactions, and written or oral communications) that the Contractor regards as a change to the contract terms and conditions. On the basis of the most accurate information available to the Contractor, the notice shall state--

(1) The date, nature, and circumstances of the conduct regarded as a change;

(2) The name, function, and activity of each Government individual and Contractor official or employee involved in or knowledgeable about such conduct;

(3) The identification of any documents and the substance of any oral communication involved in such conduct;

(4) In the instance of alleged acceleration of scheduled performance or delivery, the basis upon which it arose;

(5) The particular elements of contract performance for which the Contractor may seek an equitable adjustment under this clause, including--

(i) What contract line items have been or may be affected by the alleged change;

(ii) What labor or materials or both have been or may be added, deleted, or wasted by the alleged change;

(iii) To the extent practicable, what delay and disruption in the manner and sequence of performance and effect on continued performance have been or may be caused by the alleged change;

(iv) What adjustments to contract price, delivery schedule, and other provisions affected by the alleged change are estimated; and

(6) The Contractor's estimate of the time by which the Government must respond to the Contractor's notice to minimize cost, delay or disruption of performance.

(c) Continued performance.  Following submission of the notice required by (b) above, the Contractor shall diligently continue performance of this contract to the maximum extent possible in accordance with its terms and conditions as construed by the Contractor, unless the notice reports a direction of the Contracting Officer or a communication from a SAR of the Contracting Officer, in either of which events the Contractor shall continue performance; provided, however, that if the Contractor regards the direction or communication as a change as described in (b) above, notice shall be given in the manner provided.  All directions, communications, interpretations, orders and similar actions of the SAR shall be reduced to writing and copies furnished to the Contractor and to the Contracting Officer.  The Contracting Officer shall countermand any action which exceeds the authority of the SAR.

(d) Government response.  The Contracting Officer shall promptly, within 10 calendar days after receipt of notice, respond to the notice in writing.  In responding, the Contracting Officer shall either--

(1) Confirm that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance;

(2) Countermand any communication regarded as a change;

(3) Deny that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance; or

(4) In the event the Contractor's notice information is inadequate to make a decision under (1), (2), or (3) above, advise the Contractor what additional information is required, and establish the date by which it should be furnished and the date thereafter by which the Government will respond.

(e) Equitable adjustments.

(1) If the Contracting Officer confirms that Government conduct effected a change as alleged by the Contractor, and the conduct causes an increase or decrease in the Contractor's cost of, or the time required for, performance of any part of the work under this contract, whether changed or not changed by such conduct, an equitable adjustment shall be made--

(i) In the contract price or delivery schedule or both; and

(ii) In such other provisions of the contract as may be affected.

(2) The contract shall be modified in writing accordingly.  In the case of drawings, designs or specifications which are defective and for which the Government is responsible, the equitable adjustment shall include the cost and time extension for delay reasonably incurred by the Contractor in attempting to comply with the defective drawings, designs or specifications before the Contractor identified, or reasonably should have identified, such defect.  When the cost of property made obsolete or excess as a result of a change confirmed by the Contracting Officer under this clause is included in the equitable adjustment, the Contracting Officer shall have the right to prescribe the manner of

disposition of the property. The equitable adjustment shall not include increased costs or time extensions for delay resulting from the Contractor's failure to provide notice or to continue performance as provided, respectively, in (b) and (c) above.

Note: The phrases "contract price" and "cost" wherever they appear in the clause, may be appropriately modified to apply to cost-reimbursement or incentive contracts, or to combinations thereof.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.244-2    SUBCONTRACTS (JUN 2007)

(a) Definitions. As used in this clause--

Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.
purchase orders.

(b) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (c) or (d) of this clause.

(c) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that—

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds—

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(d) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:

**ANY SUBCONTRACT OVER $650,000.00**

(e)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (b), (c), or (d) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting—

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination—

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(h) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(i) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(j) Paragraphs (c) and (e) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

_____

_____

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.244-5    COMPETITION IN SUBCONTRACTING (DEC 1996)

(a) The Contractor shall select subcontractors (including suppliers) on a competitive basis to the maximum practical extent consistent with the objectives and requirements of the contract.

(b) If the Contractor is an approved mentor under the Department of Defense Pilot Mentor-Protege Program (Pub. L. 101–510, section 831 as amended), the Contractor may award subcontracts under this contract on a noncompetitive basis to its proteges.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.244-6    SUBCONTRACTS FOR COMMERCIAL ITEMS (DEC 2009)

(a) Definitions.

"Commercial item", has the meaning contained in Federal Acquisition Regulation 2.101, Definitions.

"Subcontract", includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c) (1) The Contractor shall insert the following clauses in subcontracts for commercial items:

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Dec 2008) (Pub. L. 110-252, Title VI, Chapter 1 (41 U.S.C. 251 note)), if the subcontract exceeds $5,000,000 and has a performance period of ore

than 120 days. In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(ii) .203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (Section 1553 of Pub. L. 111-5), if the subcontract is funded under the Recovery Act.

(iii) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), if the subcontract offers further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $550,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iv) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

(v) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans  (SEP 2006) (38 U.S.C. 4212(a)).

(vi) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

(vii) Reserved..

(viii) 52.222-50, Combating Trafficking in Persons (FEB 2009) (22 U.S.C. 7104(g)).

(ix) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. App. 1241 and 10 U.S.C. 2631), if flow down is required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

(End of clause)

52.245-1   GOVERNMENT PROPERTY (JUN 2007)

(a) Definitions. As used in this clause--

Acquisition cost means the cost to acquire a tangible capital asset including the purchase price of the asset and costs necessary to prepare the asset for use. Costs necessary to prepare the asset for use include the cost of placing the asset in location and bringing the asset to a condition necessary for normal or expected use.

Cannibalize means to remove serviceable parts from one item of equipment in order to install them on another item of equipment.

Contractor-acquired property means property acquired, fabricated, or otherwise provided by the Contractor for performing a contract, and to which the Government has title.

Contractor inventory means--

(1) Any property acquired by and in the possession of a Contractor or subcontractor under a contract for which title is vested in the Government and which exceeds the amounts needed to complete full performance under the entire contract;

(2) Any property that the Government is obligated or has the option to take over under any type of contract, e.g., as a result either of any changes in the specifications or plans thereunder or of the termination of the contract (or subcontract thereunder), before completion of the work, for the convenience or at the option of the Government; and

(3) Government-furnished property that exceeds the amounts needed to complete full performance under the entire contract.

Contractor's managerial personnel means the Contractor's directors, officers, managers, superintendents, or equivalent representatives who have supervision or direction of—

(1) All or substantially all of the Contractor's business;

(2) All or substantially all of the Contractor's operation at any one plant or separate location; or

(3) A separate and complete major industrial operation.

Demilitarization means rendering a product unusable for, and not restorable to, the purpose for which it was designed or is customarily used.

Discrepancies incident to shipment means any differences (e.g., count or condition) between the items documented to have been shipped and items actually received.

Equipment means a tangible asset that is functionally complete for its intended purpose, durable, nonexpendable, and needed for the performance of a contract. Equipment is not intended for sale, and does not ordinarily lose its identity or become a component part of another article when put into use.

Government-furnished property means property in the possession of, or directly acquired by, the Government and subsequently furnished to the Contractor for performance of a contract.

Government property means all property owned or leased by the Government. Government property includes both Government-furnished and Contractor-acquired property.

Material means property that may be consumed or expended during the performance of a contract, component parts of a higher assembly, or items that lose their individual identity through incorporation into an end-item. Material does not include equipment, special tooling and special test equipment.

Nonseverable means property that cannot be removed after construction or installation without substantial loss of value or damage to the installed property or to the premises where installed.

Plant equipment as used in this part, means personal property of a capital nature (including equipment, machine tools, test equipment, furniture, vehicles, and accessory and auxiliary items) for use in manufacturing supplies, in performing services, or for any administrative or general plant purpose. It does not include special tooling or special test equipment.

Precious metals means silver, gold, platinum, palladium, iridium, osmium, rhodium, and ruthenium.

Property means all tangible property, both real and personal.

Property Administrator means an authorized representative of the Contracting Officer appointed in accordance with agency procedures, responsible for administering the contract requirements and obligations relating to Government property in the possession of a Contractor.

Provide means to furnish, as in Government-furnished property, or to acquire, as in contractor-acquired property.

Real property means land and rights in land, ground improvements, utility distribution systems, and buildings and other structures. It does not include foundations and other work necessary for installing special tooling, special test equipment, or plant equipment.

Sensitive property means property potentially dangerous to the public safety or security if stolen, lost, or misplaced, or that shall be subject to exceptional physical security, protection, control, and accountability. Examples include weapons, ammunition, explosives, controlled substances, radioactive materials, hazardous materials or wastes, or precious metals.

Surplus property means excess personal property not required by any Federal agency as determined by the Administrator of the General Services Administration (GSA).

(b) Property management. (1) The Contractor shall have a system to manage (control, use, preserve, protect, repair and maintain) Government property in its possession. The system shall be adequate to satisfy the requirements of this clause. In doing so, the Contractor shall initiate and maintain the processes, systems, procedures, records, and methodologies necessary for effective control of Government property, consistent with voluntary consensus standards and/or industry-leading practices and standards for Government property management except where inconsistent with law or regulation. During the period of performance, the Contractor shall disclose any significant changes to their property management system to the Property Administrator prior to implementation.

(2) The Contractor's responsibility extends from the initial acquisition and receipt of property, through stewardship, custody, and use until formally relieved of responsibility by authorized means, including delivery, consumption, expending, disposition, or via a completed investigation, evaluation, and final determination for lost, damaged, destroyed, or stolen property. This requirement applies to all Government property under the Contractor's accountability, stewardship, possession or control, including its vendors or subcontractors (see paragraph (f)(1)(v) of this cluase).

(3) The Contractor shall include the requirements of this clause in all subcontracts under which Government property is acquired or furnished for subcontract performance.

(c) Use of Government property. The Contractor shall use Government property, either furnished or acquired under this contract, only for performing this contract, unless otherwise provided for in this contract or approved by the Contracting Officer. The Contractor shall not modify, cannibalize, or make alterations to Government property unless this contract specifically identifies the modifications, alterations or improvements as work to be performed.

(d) Government-furnished property. (1) The Government shall deliver to the Contractor the Government-furnished property described in this contract. The Government shall furnish related data and information needed for the intended use of the property. The warranties of suitability of use and timely delivery of Government-furnished property do not apply to property acquired or fabricated by the Contractor as contractor-acquired property and subsequently transferred to another contract with this Contractor.

(2) The delivery and/or performance dates specified in this contract are based upon the expectation that the Government-furnished property will be suitable for contract performance and will be delivered to the Contractor by the dates stated in the contract.

(i) If the property is not delivered to the Contractor by the dates stated in the contract, the Contracting Officer shall, upon the Contractor's timely written request, consider an equitable adjustment to the contract.

(ii) In the event property is received by the Contractor, or for Government-furnished property after receipt and installation, in a condition not suitable for its intended use, the Contracting Officer shall, upon the Contractor's timely written request, advise the Contractor on a course of action to remedy the problem. Such action may include

repairing, replacing, modifying, returning, or otherwise disposing of the property at the Government's expense. Upon completion of the required action(s), the Contracting Officer shall consider an equitable adjustment to the contract (see also paragraph (f)(1)(ii)(A) of this clause).

(iii) The Government may, at its option, furnish property in an ``as-is'' condition. The Contractor will be given the opportunity to inspect such property prior to the property being provided. In such cases, the Government makes no warranty with respect to the serviceability and/or suitability of the property for contract performance. Any repairs, replacement, and/or refurbishment shall be at the Contractor's expense.

(3)(i) The Contracting Officer may by written notice, at any time--

(A) Increase or decrease the amount of Government-furnished property under this contract;

(B) Substitute other Government-furnished property for the property previously furnished, to be furnished, or to be acquired by the Contractor for the Government under this contract; or

(C) Withdraw authority to use property.

(ii) Upon completion of any action(s) under aragraph (d)(3)(i) of this clause, and the Contractor's timely written request, the Contracting Officer shall consider an equitable adjustment to the contract.

(e) Title to Government property. (1) The Government shall retain title to all Government-furnished property. Title to Government property shall not be affected by its incorporation into or attachment to any property not owned by the Government, nor shall Government property become a fixture or lose its identity as personal property by being attached to any real property.

(2) Fixed-price contracts. (i) All Government-furnished property and all property acquired by the Contractor, title to which vests in the Government under this paragraph (collectively referred to as ``Government property)'', are subject to the provisions of this clause.

(ii) Title to each item of equipment, special test equipment and special tooling acquired by the Contractor for the Government under this contract shall pass to and vest in the Government when its use in performing this contract commences or when the Government has paid for it, whichever is earlier, whether or not title previously vested in the Government.

(iii) If this contract contains a provision directing the Contractor to purchase material for which the Government will reimburse the Contractor as a direct item of cost under this contract--

(A) Title to material purchased from a vendor shall pass to and vest in the Government upon the vendor's delivery of such material; and

(B) Title to all other material shall pass to and vest in the Government upon--

(1) Issuance of the material for use in contract performance;

(2) Commencement of processing of the material or its use in contract performance; or

(3) Reimbursement of the cost of the material by the Government, whichever occurs first.

(3) Title under Cost-Reimbursement or Time-and-Material Contracts or Cost-Reimbursable contract line items under Fixed-Price contracts. (i) Title to all property purchased by the Contractor for which the Contractor is entitled to be reimbursed as a direct item of cost under this contract shall pass to and vest in the Government upon the vendor's delivery of such property.

(ii) Title to all other property, the cost of which is reimbursable to the Contractor, shall pass to and vest in the Government upon--

(A) Issuance of the property for use in contract performance;

(B) Commencement of processing of the property for use in contract performance; or

(C) Reimbursement of the cost of the property by the Government, whichever occurs first.

(iii) All Government-furnished property and all property acquired by the Contractor, title to which vests in the Government under this paragraph (e)(3)(iii) (collectively referred to as ``Government property)'', are subject to the provisions of this clause.

(f) Contractor plans and systems. (1) Contractors shall establish and implement property management plans, systems, and procedures at the contract, program, site or entity level to enable the following outcomes:

(i) Acquisition of Property. The Contractor shall document that all property was acquired consistent with its engineering, production planning, and material control operations.

(ii) Receipt of Government Property. The Contractor shall receive Government property (document the receipt), record the information necessary to meet the record requirements of paragraph (f)(1)(iii)(A)(1) through (5) of this clause, identify as Government owned in a manner appropriate to the type of property (e.g., stamp, tag, mark, or other identification), and manage any discrepancies incident to shipment.

(A) Government-furnished property. The Contractor shall furnish a written statement to the Property Administrator containing all relevant facts, such as cause or condition and a recommended course(s) of action, if overages, shortages, or damages and/or other discrepancies are discovered upon receipt of Government-furnished property.

(B) Contractor-acquired property. The Contractor shall take all actions necessary to adjust for overages, shortages, damage and/or other discrepancies discovered upon receipt, in shipment of Contractor-acquired property from a vendor or supplier, so as to ensure the proper allocability and allowability of associated costs.

(iii) Records of Government property. The Contractor shall create and maintain records of all Government property accountable to the contract, including Government-furnished and Contractor-acquired property.

(A) Property records shall enable a complete, current, auditable record of all transactions and shall, unless otherwise approved by the Property Administrator, contain the following:

(1) The name, part number and description, manufacturer, model number, and National Stock Number (if needed for additional item identification tracking and/or disposition).

(2) Quantity received (or fabricated), issued, and balance-on-hand.

(3) Unit acquisition cost.

(4) Unique-item identifier or equivalent (if available and necessary for individual item tracking).

(5) Unit of measure.

(6) Accountable contract number or equivalent code designation.

(7) Location.

(8) Disposition.

(9) Posting reference and date of transaction.

(10) Date placed in service.

(B) Use of a Receipt and Issue System for Government Material. When approved by the Property Administrator, the Contractor may maintain, in lieu of formal property records, a file of appropriately cross-referenced documents evidencing receipt, issue, and use of material that is issued for immediate consumption.

(iv) Physical inventory. The Contractor shall periodically perform, record, and disclose physical inventory results. A final physical inventory shall be performed upon contract completion or termination. The Property Administrator may waive this final inventory requirement, depending on the circumstances (e.g., overall reliability of the Contractor's system or the property is to be transferred to a follow-on contract).

(v) Subcontractor control. (A) The Contractor shall award subcontracts that clearly identify assets to be provided and shall ensure appropriate flow down of contract terms and conditions (e.g., extent of liability for loss, damage, destruction or theft of Government property).

(B) The Contractor shall assure its subcontracts are properly administered and reviews are periodically performed to determine the adequacy of the subcontractor's property management system.

(vi) Reports. The Contractor shall have a process to create and provide reports of discrepancies; loss, damage, destruction, or theft; physical inventory results; audits and self-assessments; corrective actions; and other property related reports as directed by the Contracting Officer.

(A) Loss, damage, destruction, or theft. Unless otherwise directed by the Property Administrator, the Contractor shall investigate and promptly furnish a written narrative of all incidents of loss, damage, destruction, or theft to the property administrator as soon as the facts become known or when requested by the Government.

(B) Such reports shall, at a minimum, contain the following information:

(1) Date of incident (if known).

(2) The name, commercial description, manufacturer, model number, and National Stock Number (if applicable).

(3) Quantity.

(4) Unique Item Identifier (if available).

(5) Accountable Contract number.

(6) A statement indicating current or future need.

(7) Acquisition cost, or if applicable, estimated scrap proceeds, estimated repair or replacement costs.

(8) All known interests in commingled property of which the Government property is a part.

(9) Cause and corrective action taken or to be taken to prevent recurrence.

(10) A statement that the Government will receive any reimbursement covering the loss, damage, destruction, or theft, in the event the Contractor was or will be reimbursed or compensated.

(11) Copies of all supporting documentation.

(12) Last known location.

(13) A statement that the property did or did not contain sensitive or hazardous material, and if so, that the appropriate
agencies were notified.

(vii) Relief of stewardship responsibility. Unless the contract provides otherwise, the Contractor shall be relieved of stewardship responsibility for Government property when such property is--

(A) Consumed or expended, reasonably and properly, or otherwise accounted for, in the performance of the contract, including reasonable inventory adjustments of material as determined by the Property Administrator; or a Property Administrator granted relief of responsibility for loss, damage, destruction or theft of Government property;

(B) Delivered or shipped from the Contractor's plant, under Government instructions, except when shipment is to a subcontractor or other location of the Contractor; or

(C) Disposed of in accordance with paragraphs (j) and (k) of this clause.

(viii) Utilizing Government property. (A) The Contractor shall utilize, consume, move, and store Government Property only as authorized under this contract. The Contractor shall promptly disclose and report Government property in its possession that is excess to contract performance.

(B) Unless otherwise authorized in this contract or by the Property Administrator the Contractor shall not commingle Government property with property not owned by the Government.

(ix) Maintenance. The Contractor shall properly maintain Government property. The Contractor's maintenance program shall enable the identification, disclosure, and performance of normal and routine preventative maintenance and repair. The Contractor shall disclose and report to the Property Administrator the need for replacement and/or capital rehabilitation.

(x) Property closeout. The Contractor shall promptly perform and report to the Property Administrator contract property closeout, to include reporting, investigating and securing closure of all loss, damage, destruction, or theft cases; physically inventorying all property upon termination or completion of this contract; and disposing of items at the time they are determined to be excess to contractual needs.

(2) The Contractor shall establish and maintain Government accounting source data, as may be required by this contract, particularly in the areas of recognition of acquisitions and dispositions of material and equipment.

(3) The Contractor shall establish and maintain procedures necessary to assess its property management system effectiveness, and shall perform periodic internal reviews and audits. Significant findings and/or results of such reviews and audits pertaining to Government property shall be made available to the Property Administrator.

(g) Systems analysis. (1) The Government shall have access to the contractor's premises and all Government property, at reasonable times, for the purposes of reviewing, inspecting and evaluating the Contractor's property management plan, systems, procedures, records, and supporting documentation that pertains to Government property.

(2) Records of Government property shall be readily available to authorized Government personnel and shall be safeguarded from tampering or destruction.

(3) Should it be determined by the Government that the Contractor's property management practices are inadequate or not acceptable for the effective management and/or control of Government property under this contract, and/or present an undue risk to the Government, the Contractor shall immediately take all necessary corrective actions as directed by the Property Administrator.

(4) The Contractor shall ensure Government access to subcontractor premises, and all Government property located at subcontractor premises, for the purposes of reviewing, inspecting and evaluating the subcontractor's property management plan, systems, procedures, records, and supporting documentation that pertains to Government property.

(h) Contractor Liability for Government Property. (1) Unless otherwise provided for in the contract, the Contractor shall not be liable for loss, damage, destruction, or theft to the Government property furnished or acquired under this contract, except when any one of the following applies--

(i) The risk is covered by insurance or the Contractor is otherwise reimbursed (to the extent of such insurance or reimbursement). The allowability of insurance costs shall be determined in accordance with 31.205-19.

(ii) The loss, damage, destruction, or theft is the result of willful misconduct or lack of good faith on the part of the Contractor's managerial personnel. Contractor's managerial personnel, in this clause, means the Contractor's directors, officers, managers, superintendents, or equivalent representatives who have supervision or direction of all or substantially all of the Contractor's business; all or substantially all of the Contractor's operation at any one plant or separate location; or a separate and complete major industrial operation.

(iii) The Contracting Officer has, in writing, revoked the Government's assumption of risk for loss, damage, destruction, or theft, due to a determination under paragraph (g) of this clause that the Contractor's property management practices are inadequate, and/or present an undue risk to the Government, and the Contractor failed to take timely corrective action. If the Contractor can establish by clear and convincing evidence that the loss, damage, destruction, or theft of Government property occurred while the Contractor had adequate property management practices or the loss, damage, destruction, or theft of Government property did not result from the Contractor's failure to maintain adequate property management practices, the Contractor shall not be held liable.    (2) The Contractor shall take all reasonable actions necessary to protect the Government property from further loss, damage, destruction, or theft. The Contractor shall separate the damaged and undamaged Government property, place all the affected Government property in the best possible order, and take such other action as the Property Administrator directs.

(3) The Contractor shall do nothing to prejudice the Government's rights to recover against third parties for any loss, damage, destruction, or theft of Government property.

(4) Upon the request of the Contracting Officer, the Contractor shall, at the Government's expense, furnish to the Government all reasonable assistance and cooperation, including the prosecution of suit and the execution of instruments of assignment in favor of the Government in obtaining recovery.

(i) Equitable adjustment. Equitable adjustments under this clause shall be made in accordance with the procedures of the Changes clause. The right to an equitable adjustment shall be the Contractor's exclusive remedy and the Government shall not be liable to suit for breach of contract for the following:

(1) Any delay in delivery of Government-furnished property.

(2) Delivery of Government-furnished property in a condition not suitable for its intended use.

(3) An increase, decrease, or substitution of Government-furnished property.

(4) Failure to repair or replace Government property for which the Government is responsible.

(j) Contractor inventory disposal. Except as otherwise provided for in this contract, the Contractor shall not dispose of Contractor inventory until authorized to do so by the Plant Clearance Officer.

(1) Scrap to which the Government has obtained title under paragraph (e) of this clause. (i) Contractor with an approved scrap procedure. (A) The Contractor may dispose of scrap resulting from production or testing under this contract without Government approval. However, if the scrap requires demilitarization or is sensitive property, the Contractor shall submit the scrap on an inventory disposal schedule.

(B) For scrap from other than production or testing the Contractor may prepare scrap lists in lieu of inventory disposal schedules (provided such lists are consistent with the approved scrap procedures), except that inventory disposal schedules shall be submitted for scrap aircraft or aircraft parts and scrap that--

(1) Requires demilitarization;

2) Is a classified item;

(3) Is generated from classified items;

(4) Contains hazardous materials or hazardous wastes;

(5) Contains precious metals; or

(6) Is dangerous to the public health, safety, or welfare.

(ii) Contractor without an approved scrap procedure. The Contractor shall submit an inventory disposal schedule for all scrap. The Contractor may not dispose of scrap resulting from production or testing under this contract without Government approval.

(2) Predisposal requirements. (i) Once the Contractor determines that Contractor-acquired property is no longer needed for contract performance, the Contractor in the following order of priority—

(A) May contact the Contracting Officer if use of the property in the performance of other Government contracts is practical;

(B) May purchase the property at the acquisition cost; or

(C) Shall make reasonable efforts to return unused property to the appropriate supplier at fair market value (less, if applicable, a reasonable restocking fee that is consistent with the supplier's customary practices).

(ii) The Contractor shall list, on Standard Form 1428, Inventory Disposal Schedule, property that was not used in the performance of other Government contracts under paragraph (j)(2)(i)(A) of this clause, property that was not purchased under paragraph (j)(2)(i)(B) of this clause, and property that could not be returned to a supplier under paragraph (j)(2)(i)(C) of this clause.

(3) Inventory disposal schedules. (i) The Contractor shall use Standard Form 1428, Inventory Disposal Schedule, to identify--

(A) Government-furnished property that is no longer required for performance of this contract, provided the terms of another Government contract do not require the Government to furnish that property for performance of this contract;

(B) Contractor-acquired property, to which the Government has obtained title under paragraph (e) of this clause, which is no longer required for performance of that contract; and

(C) Termination inventory.

(ii) The Contractor may annotate inventory disposal schedules to identify property the Contractor wishes to purchase from the Government.

(iii) Unless the Plant Clearance Officer has agreed otherwise, or the contract requires electronic submission of inventory disposal schedules, the Contractor shall prepare separate inventory disposal schedules for--

(A) Special test equipment with commercial components;

(B) Special test equipment without commercial components;

(C) Printing equipment;

(D) Information technology (e.g., computers, computer components, peripheral equipment, and related equipment);

(E) Precious metals;

(F) Nonnuclear hazardous materials or hazardous wastes; or

(G) Nuclear materials or nuclear wastes.

(iv) The Contractor shall describe the property in sufficient detail to permit an understanding of its intended use. Property with the same description, condition code, and reporting location may be grouped in a single line item.

(4) Submission requirements. The Contractor shall submit inventory disposal schedules to the Plant Clearance Officer no later than--

(i) 30-days following the Contractor's determination that a Government property item is no longer required for performance of this contract;

(ii) 60 days, or such longer period as may be approved by the Plant Clearance Officer, following completion of contract deliveries or performance; or

(iii) 120 days, or such longer period as may be approved by the Termination Contracting Officer following contract termination in whole or in part.

(5) Corrections. The Plant Clearance Officer may--

(i) Reject a schedule for cause (e.g., contains errors, determined to be inaccurate); and

(ii) Require the Contractor to correct an inventory disposal schedule.

(6) Postsubmission adjustments. The Contractor shall notify the Plant Clearance Officer at least 10 working days in advance of its intent to remove an item from an approved inventory disposal schedule. Upon approval of the Plant Clearance Officer, or upon expiration of the notice period, the Contractor may make the necessary adjustments to the inventory schedule.

(7) Storage. (i) The Contractor shall store the property identified on an inventory disposal schedule pending receipt of disposal instructions. The Government's failure to furnish disposal instructions within 120 days following acceptance of an inventory disposal schedule may entitle the Contractor to an equitable adjustment for costs incurred to store such property on or after the 121\st\ day.

(ii) The Contractor shall obtain the Plant Clearance Officer's approval to remove Government property from the premises where the property is currently located prior to receipt of final disposition instructions. If approval is granted, any costs incurred by the Contractor to transport or store the property shall not increase the price or fee of

any Government contract. The storage facility shall be appropriate for assuring the property's physical safety and suitability for use. Approval does not relieve the Contractor of any liability for such property under this contract.

(8) Disposition instructions. (i) If the Government does not furnish disposition instructions to the Contractor within 45 days following acceptance of a scrap list, the Contractor may dispose of the listed scrap in accordance with the Contractor's approved scrap procedures.

(ii) The Contractor shall prepare for shipment, deliver f.o.b. origin, or dispose of Contractor inventory as directed by the Plant Clearance Officer. If not returned to the Government, the Contractor shall remove and destroy any markings identifying the property as U.S. Government-owned property prior to its disposal.

(iii) The Contracting Officer may require the Contractor to demilitarize the property prior to shipment or disposal. In such cases, the Contractor may be entitled to an equitable adjustment under paragraph (i) of this clause.

(9) Disposal proceeds. As directed by the Contracting Officer, the Contractor shall credit the net proceeds from the disposal of Contractor inventory to the contract, or to the Treasury of the United States as miscellaneous receipts.

(10) Subcontractor inventory disposal schedules. The Contractor shall require its Subcontractors to submit inventory disposal schedules to the Contractor in accordance with the requirements of paragraph (j)(4) of this clause.

(k) Abandonment of Government property. (1) The Government shall not abandon sensitive Government property or termination inventory without the Contractor's written consent.

(2) The Government, upon notice to the Contractor, may abandon any nonsensitive Government property in place, at which time all obligations of the Government regarding such property shall cease.

(3) The Government has no obligation to restore or rehabilitate the Contractor's premises under any circumstances; however, if Government--furnished property is withdrawn or is unsuitable for the intended use, or if other Government property is substituted, then the equitable adjustment under paragraph (i) of this clause may properly include restoration or rehabilitation costs.

(l) Communication. All communications under this clause shall be in writing.

(m) Contracts outside the United States. If this contract is to be performed outside of the United States and its outlying areas, the words ``Government'' and ``Government-furnished'' (wherever they appear in this clause) shall be construed as ``United States Government'' and ``United States Government-furnished,'' respectively.

(End of Clause)


CLAUSES INCORPORATED BY FULL TEXT


52.245-2    GOVERNMENT PROPERTY INSTALLATION OPERATION SERVICES (JUNE 2007)

(a) This Government Property listed in paragraph (e) of this clause is furnished to the Contractor in an ``as-is, where is'' condition. The Government makes no warranty regarding the suitability for use of the Government property specified in this contract. The Contractor shall be afforded the opportunity to inspect the Government property as specified in the solicitation.

(b) The Government bears no responsibility for repair or replacement of any lost, damaged or destroyed Government property. If any or all of the Government property is lost, damaged or destroyed or becomes no longer usable, the

Contractor shall be responsible for replacement of the property at Contractor expense. The Contractor shall have title to all replacement property and shall continue to be responsible for contract performance.

(c) Unless the Contracting Officer determines otherwise, the Government abandons all rights and title to unserviceable and scrap property resulting from contract performance. Upon notification to the Contracting Officer, the Contractor shall remove such property from the Government premises and dispose of it at Contractor expense.

(d) Except as provided in this clause, Government property furnished under this contract shall be governed by the Government Property clause of this contract.

(e) Government property provided under this clause:

TO BE ENTERED AT TASK ORDER

(End of clause)

52.246-12    INSPECTION OF CONSTRUCTION (AUG 1996)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not--

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) of this section.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, at no increase in contract price, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i)  Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

(End of clause)

52.246-16    RESPONSIBILITY FOR SUPPLIES (APR 1984)

(a) Title to supplies furnished under this contract shall pass to the Government upon formal acceptance, regardless of when or where the Government takes physical possession, unless the contract specifically provides for earlier passage of title.

(b) Unless the contract specifically provides otherwise, risk of loss of or damage to supplies shall remain with the Contractor until, and shall pass to the Government upon--

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Acceptance by the Government or delivery of the supplies to the Government at the destination specified in the contract, whichever is later, if transportation is f.o.b. destination.

(c) Paragraph (b) of this section shall not apply to supplies that so fail to conform to contract requirements as to give a right of rejection. The risk of loss of or damage to such nonconforming supplies remains with the Contractor until cure or acceptance. After cure or acceptance, paragraph (b) of this section shall apply.

(d) Under paragraph (b) of this section, the Contractor shall not be liable for loss of or damage to supplies caused by the negligence of officers, agents, or employees of the Government acting within the scope of their employment.

(End of clause)

52.246-19    WARRANTY OF SYSTEMS AND EQUIPMENT UNDER PERFORMANCE SPECIFICATIONS OR DESIGN CRITERIA (MAY 2001) - ALTERNATE II (APR 1984)

(a)   Definitions.  As used in this clause--

Acceptance, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services rendered, as partial or complete performance of the contract.

Defect, means any condition or characteristic in any supplies or services furnished by the Contractor under the contract that is not in compliance with the requirements of the contract.

Supplies, means the end items furnished by the Contractor and related services required under this contract. Except when this contract includes the clause entitled Warranty of Data, supplies also means "data."

(b) Contractor's obligations. (1) The Contractor's warranties under this clause shall apply only to those defects discovered by either the Government or the Contractor   [Contracting Officer shall state the warranty period; e.g., "at the time of delivery;" "within 45 days after delivery," or the specified event whose occurrence will terminate the warranty period; e.g., the number of miles or hours of use, or combination of any applicable events or periods of time.]

(2) If the Contractor becomes aware at any time before acceptance by the Government (whether before or after tender to the Government) that a defect exists in any supplies or services, the Contractor shall (i) promptly correct the defect, or (ii) promptly notify the Contracting Officer, in writing, of the defect, using the same procedures prescribed in paragraph (b)(3) of this clause.

(3) If the Contracting Officer determines that a defect exists in any of the supplies or services accepted by the Government under this contract, the Contracting Officer shall promptly notify the Contractor of the defect, in writing, within   [Contracting Officer shall insert the specific period of time in which notice shall be given to the Contractor; e.g., "30 days after delivery of the nonconforming supplies;" "90 days of the last delivery under this contract;" or "90 days after discovery of the defect."]       Upon timely notification of the existence of a defect, or if the Contractor independently discovers a defect in accepted supplies or services, the Contractor shall submit to the Contracting Officer, in writing, within   [Contracting Officer shall insert period of time]       a recommendation for corrective actions, together with supporting information in sufficient detail for the Contracting Officer to determine what corrective action, if any, shall be undertaken.

(4) The Contractor shall promptly comply with any timely written direction from the Contracting Officer to correct or partially correct a defect, at no increase in the contract price.

(5) The Contractor shall also prepare and furnish to the Contracting Officer data and reports applicable to any correction required under this clause (including revision and updating of all other affected data called for under this contract) at no increase in the contract price.

(6) In the event of timely notice of a decision not to correct or only to partially correct, the Contractor shall submit a technical and cost proposal within   [Contracting Officer shall insert period of time]       to amend the contract to permit acceptance of the affected supplies or services in accordance with the revised requirement, and an equitable reduction in the contract price shall promptly be negotiated by the parties and be reflected in a supplemental agreement to this contract.

(7) Any supplies or parts thereof corrected or furnished in replacement and any services reperformed shall also be subject to the conditions of this clause to the same extent as supplies or services initially accepted. The warranty, with respect to these supplies, parts, or services, shall be equal in duration to that set forth in paragraph (b)(1) of this clause, and shall run from the date of delivery of the corrected or replaced supplies.

(8) The Contractor shall not be responsible under this clause for the correction of defects in Government-furnished property, except for defects in installation, unless the Contractor performs, or is obligated to perform, any modifications or other work on such property. In that event, the Contractor shall be responsible for correction of defects that result from the modifications or other work.

(9) If the Government returns supplies to the Contractor for correction or replacement under this clause, the Contractor shall be liable for transportation charges up to an amount equal to the cost of transportation by the usual commercial method of shipment from the place of delivery specified in this contract (irrespective of the f.o.b. point or the point of acceptance) to the Contractor's plant and return to the place of delivery specified in this contract. The Contractor shall also bear the responsibility for the supplies while in transit.

(10) All implied warranties of merchantability and "fitness for a particular purpose" are excluded from any obligation under this contract.

(c) Remedies available to the Government. (1) The rights and remedies of the Government provided in this clause--

(i) Shall not be affected in any way by any terms or conditions of this contract concerning the conclusiveness of inspection and acceptance; and

(ii) Are in addition to, and do not limit, any rights afforded to the Government by any other clause of this contract.

(2) Within   [Contracting Officer shall insert period of time]      after receipt of the Contractor's recommendations for corrective action and adequate supporting information, the Contracting Officer, using sole discretion, shall give the Contractor written notice not to correct any defect, or to correct or partially correct any defect within a reasonable time at   [Contracting Officer shall insert locations where corrections may be performed].

(3) In no event shall the Government be responsible for any extension or delays in the scheduled deliveries or periods of performance under this contract as a result of the Contractor's obligations to correct defects, nor shall there be any adjustment of the delivery schedule or period of performance as a result of the correction of defects unless provided by a supplemental agreement with adequate consideration.

(4) This clause shall not be construed as obligating the Government to increase the contract price.

(5)(i) The Contracting Officer shall give the Contractor a written notice specifying any failure or refusal of the Contractor to--

(A) Present a detailed recommendation for corrective action as required by paragraph (b)(3) of this clause;

(B) Correct defects as directed under paragraph (b)(4) of this clause; or

(C) Prepare and furnish data and reports as required by paragraph (b)(5) of this clause.

(ii) The notice shall specify a period of time following receipt of the notice by the Contractor in which the Contractor must remedy the failure or refusal specified in the notice.

(6) If the Contractor does not comply with the Contracting Officer's written notice in paragraph (c)(5)(i) of this clause, the Contracting Officer may by contract or otherwise--

(i) Obtain detailed recommendations for corrective action and either--

(A) Correct the supplies or services; or

(B) Replace the supplies or services, and if the Contractor fails to furnish timely disposition instructions, the Contracting Officer may dispose of the nonconforming supplies for the Contractor's account in a reasonable manner,

in which case the Government is entitled to reimbursement from the Contractor, or from the proceeds, for the reasonable expenses of care and disposition, as well as for excess costs incurred or to be incurred;

(ii) Obtain applicable data and reports; and

(iii) Charge the Contractor for the costs incurred by the Government.

(7) All costs incurred or estimated to be incurred by the Contractor in complying with this clause shall be considered when negotiating the total final price under the Incentive Price Revision clause of this contract. After establishment of the total final price, Contractor compliance with this clause shall be at no increase in the total final price. Any equitable adjustments made under paragraph (b)(6) of this clause shall be governed by the paragraph entitled "Equitable Adjustments Under Other Clauses" in the Incentive Price Revision clause of this contract.

(End of clause)

52.246-21    WARRANTY OF CONSTRUCTION (MAR 1994)

(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (i) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor or any subcontractor or supplier at any tier.

(b) This warranty shall continue for a period of 1 year from the date of final acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of 1 year from the date the Government takes possession.

(c) The Contractor shall remedy at the Contractor's expense any failure to conform, or any defect. In addition, the Contractor shall remedy at the Contractor's expense any damage to Government-owned or controlled real or personal property, when that damage is the result of--

(1) The Contractor's failure to conform to contract requirements; or

(2) Any defect of equipment, material, workmanship, or design furnished.

(d) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for 1 year from the date of repair or replacement.

(e) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect, or damage.

(f) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the Government shall have the right to replace, repair, or otherwise remedy the failure, defect, or damage at the Contractor's expense.

(g) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall--

(1) Obtain all warranties that would be given in normal commercial practice;

(2) Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the Contracting Officer; and

(3) Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.

(h) In the event the Contractor's warranty under paragraph (b) of this clause has expired, the Government may bring suit at its expense to enforce a subcontractor's, manufacturer's, or supplier's warranty.

(i) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defects of material or design furnished by the Government nor for the repair of any damage that results from any defect in Government-furnished material or design.

(j) This warranty shall not limit the Government's rights under the Inspection and Acceptance clause of this contract with respect to latent defects, gross mistakes, or fraud.

(End of clause)

52.247-63    PREFERENCE FOR U.S.-FLAG AIR CARRIERS (JUN 2003)

(a) Definitions. As used in this clause--

International air transportation means transportation by air between a place in the United States and a place outside the United States or between two places both of which are outside the United States.

United States means the 50 States, the District of Columbia, and outlying areas.

U.S.-flag air carrier means an air carrier holding a certificate under 49 U.S.C. Chapter 411.

(b) Section 5 of the International Air Transportation Fair Competitive Practices Act of 1974 (49 U.S.C. 40118) (Fly America Act) requires that all Federal agencies and Government contractors and subcontractors use U.S.-flag air carriers for U.S. Government-financed international air transportation of personnel (and their personal effects) or property, to the extent that service by those carriers is available. It requires the Comptroller General of the United States, in the absence of satisfactory proof of the necessity for foreign-flag air transportation, to disallow expenditures from funds, appropriated or otherwise established for the account of the United States, for international air transportation secured aboard a foreign-flag air carrier if a U.S.-flag air carrier is available to provide such services.

(c) If available, the Contractor, in performing work under this contract, shall use U.S.-flag carriers for international air transportation of personnel (and their personal effects) or property.

(d) In the event that the Contractor selects a carrier other than a U.S.-flag air carrier for international air transportation, the Contractor shall include a statement on vouchers involving such transportation essentially as follows:

STATEMENT OF UNAVAILABILITY OF U.S.-FLAG AIR CARRIERS

International air transportation of persons (and their personal effects) or property by U.S.-flag air carrier was not available or it was necessary to use foreign-flag air carrier service for the following reasons (see section 47.403 of the Federal Acquisition Regulation): [State reasons]: _____

(End of statement)

(e) The Contractor shall include the substance of this clause, including this paragraph (e), in each subcontract or purchase under this contract that may involve international air transportation.

(End of clause)

52.248-1    VALUE ENGINEERING (FEB 2000)

(a) General. The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily. The Contractor shall share in any net acquisition savings realized from accepted VECP's, in accordance with the incentive sharing rates in paragraph (f) below.

(b) Definitions. "Acquisition savings," as used in this clause, means savings resulting from the application of a VECP to contracts awarded by the same contracting office or its successor for essentially the same unit. Acquisition savings include--

(1) Instant contract savings, which are the net cost reductions on this, the instant contract, and which are equal to the instant unit cost reduction multiplied by the number of instant contract units affected by the VECP, less the Contractor's allowable development and implementation costs;

(2) Concurrent contract savings, which are net reductions in the prices of other contracts that are definitized and ongoing at the time the VECP is accepted; and

(3) Future contract savings, which are the product of the future unit cost reduction multiplied by the number of future contract units in the sharing base. On an instant contract, future contract savings include savings on increases in quantities after VECP acceptance that are due to contract modifications, exercise of options, additional orders, and funding of subsequent year requirements on a multiyear contract.

"Collateral costs," as used in this clause, means agency cost of operation, maintenance, logistic support, or Government-furnished property.

"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.

"Contracting office" includes any contracting office that the acquisition is transferred to, such as another branch of the agency or another agency's office that is performing a joint acquisition action.

"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.

"Future unit cost reduction," as used in this clause, means the instant unit cost reduction adjusted as the Contracting Officer considers necessary for projected learning or changes in quantity during the sharing period. It is calculated at the time the VECP is accepted and applies either (1) throughout the sharing period, unless the Contracting Officer decides that recalculation is necessary because conditions are significantly different from those previously anticipated or (2) to the calculation of a lump-sum payment, which cannot later be revised.

"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistics support. The term does not include the normal administrative costs of processing the VECP or any increase in this contract's cost or price resulting from negative instant contract savings.

"Instant contract," as used in this clause, means this contract, under which the VECP is submitted. It does not include increases in quantities after acceptance of the VECP that are due to contract modifications, exercise of options, or additional orders. If this is a multiyear contract, the term does not include quantities funded after VECP acceptance. If this contract is a fixed-price contract with prospective price redetermination, the term refers to the period for which firm prices have been established.

"Instant unit cost reduction" means the amount of the decrease in unit cost of performance (without deducting any Contractor's development or implementation costs) resulting from using the VECP on this, the instant contract. If this is a service contract, the instant unit cost reduction is normally equal to the number of hours per line-item task saved by using the VECP on this contract, multiplied by the appropriate contract labor rate.

"Negative instant contract savings" means the increase in the cost or price of this contract when the acceptance of a VECP results in an excess of the Contractor's allowable development and implementation costs over the product of the instant unit cost reduction multiplied by the number of instant contract units affected.

"Net acquisition savings" means total acquisition savings, including instant, concurrent, and future contract savings, less Government costs.

"Sharing base," as used in this clause, means the number of affected end items on contracts of the contracting office accepting the VECP.

Sharing period, as used in this clause, means the period beginning with acceptance of the first unit incorporating the VECP and ending at a calendar date or event determined by the contracting officer for each VECP.

"Unit," as used in this clause, means the item or task to which the Contracting Officer and the Contractor agree the VECP applies.

"Value engineering change proposal (VECP)" means a proposal that--

(1) Requires a change to this, the instant contract, to implement; and

(2) Results in reducing the overall projected cost to the agency without impairing essential functions or characteristics; provided, that it does not involve a change--

(i) In deliverable end item quantities only;

(ii) In research and development (R&D) end items or R&D test quantities that is due solely to results of previous testing under this contract; or

(iii) To the contract type only.

(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in subparagraphs (1) through (8) below. If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation. The VECP shall include the following:

(1) A description of the difference between the existing contract requirement and the proposed requirement, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, the effect of the change on the end item's performance, and any pertinent objective test data.

(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.

(3) Identification of the unit to which the VECP applies.

(4) A separate, detailed cost estimate for (i) the affected portions of the existing contract requirement and (ii) the VECP. The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under the Subcontracts paragraph of this clause, below.

(5) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.

(6) A prediction of any effects the proposed change would have on collateral costs to the agency.

(7) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.

(8) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.

(d) Submission. The Contractor shall submit VECP's to the Contracting Officer, unless this contract states otherwise. If this contract is administered by other than the contracting office, the Contractor shall submit a copy of the VECP simultaneously to the Contracting Officer and to the Administrative Contracting Officer.

(e) Government action. (1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it shall not be liable for any delay in acting upon a VECP.

(2) If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.

(3) Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause and made either before or within a reasonable time after contract performance is completed. Until such a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.

(f) Sharing rates. If a VECP is accepted, the Contractor shall share in net acquisition savings according to the percentages shown in the table below. The percentage paid the Contractor depends upon (1) this contract's type (fixed-price, incentive, or cost-reimbursement), (2) the sharing arrangement specified in paragraph (a) above (incentive, program requirement, or a combination as delineated in the Schedule), and (3) the source of the savings (the instant contract, or concurrent and future contracts), as follows:

### CONTRACTOR'S SHARE OF NET ACQUISITION SAVINGS
(Figures in percent)

| Contract Type | Incentive (Voluntary) | | Program Requirement (Mandatory) | |
|---|---|---|---|---|
| | Instant Contract Rate | Concurrent and Future Contract Rate | Instant Contract Rate | Concurrent and Future Contract Rate |

| Fixed-price (includes fixed-price-award-fee; excludes other fixed-price incentive contracts) | (1) 50 | (1) 50 | (1) 25 | 25 |
|---|---|---|---|---|
| Incentive (fixed-price or cost) (other than award fee) | (2) | (1) 50 | (2) | 25 |
| Cost-reimbursement (includes cost-plus-award-fee; excludes other cost-type incentive Contracts) | (3) 25 | (3) 25 | 15 | 15 |

(1) The Contracting Officer may increase the Contractor's sharing rate to as high as 75 percent for each VECP.

(2) Same sharing arrangement as the contract's profit or fee adjustment formula.

(3) The Contracting Officer may increase the Contractor's sharing rate to as high as 50 percent for each VECP.

(g) Calculating net acquisition savings.

(1) Acquisition savings are realized when (i) the cost or price is reduced on the instant contract, (ii) reductions are negotiated in concurrent contracts, (iii) future contracts are awarded, or (iv) agreement is reached on a lump-sum payment for future contract savings (see subparagraph (i)(4) below). Net acquisition savings are first realized, and the Contractor shall be paid a share, when Government costs and any negative instant contract savings have been fully offset against acquisition savings.

(2) Except in incentive contracts, Government costs and any price or cost increases resulting from negative instant contract savings shall be offset against acquisition savings each time such savings are realized until they are fully offset. Then, the Contractor's share is calculated by multiplying net acquisition savings by the appropriate Contractor's percentage sharing rate (see paragraph (f) above). Additional Contractor shares of net acquisition savings shall be paid to the Contractor at the time realized.

(3) If this is an incentive contract, recovery of Government costs on the instant contract shall be deferred and offset against concurrent and future contract savings. The Contractor shall share through the contract incentive structure in savings on the instant contract items affected. Any negative instant contract savings shall be added to the target cost or to the target price and ceiling price, and the amount shall be offset against concurrent and future contract savings.

(4) If the Government does not receive and accept all items on which it paid the Contractor's share, the Contractor shall reimburse the Government for the proportionate share of these payments.

(h) Contract adjustment. The modification accepting the VECP (or a subsequent modification issued as soon as possible after any negotiations are completed) shall--

(1) Reduce the contract price or estimated cost by the amount of instant contract savings, unless this is an incentive contract;

(2) When the amount of instant contract savings is negative, increase the contract price, target price and ceiling price, target cost, or estimated cost by that amount;

(3) Specify the Contractor's dollar share per unit on future contracts, or provide the lump-sum payment;

(4) Specify the amount of any Government costs or negative instant contract savings to be offset in determining net acquisition savings realized from concurrent or future contract savings; and

(5) Provide the Contractor's share of any net acquisition savings under the instant contract in accordance with the following:

(i) Fixed-price contracts--add to contract price.

(ii) Cost-reimbursement contracts--add to contract fee.

(i) Concurrent and future contract savings.

(1) Payments of the Contractor's share of concurrent and future contract savings shall be made by a modification to the instant contract in accordance with subparagraph (h)(5) above. For incentive contracts, shares shall be added as a separate firm-fixed-price line item on the instant contract. The Contractor shall maintain records adequate to identify the first delivered unit for 3 years after final payment under this contract.

(2) The Contracting Officer shall calculate the Contractor's share of concurrent contract savings by (i) subtracting from the reduction in price negotiated on the concurrent contract any Government costs or negative instant contract savings not yet offset and (ii) multiplying the result by the Contractor's sharing rate.

(3) The Contracting Officer shall calculate the Contractor's share of future contract savings by (i) multiplying the future unit cost reduction by the number of future contract units scheduled for delivery during the sharing period, (ii) subtracting any Government costs or negative instant contract savings not yet offset, and (iii) multiplying the result by the Contractor's sharing rate.

(4) When the Government wishes and the Contractor agrees, the Contractor's share of future contract savings may be paid in a single lump sum rather than in a series of payments over time as future contracts are awarded. Under this alternate procedure, the future contract savings may be calculated when the VECP is accepted, on the basis of the Contracting Officer's forecast of the number of units that will be delivered during the sharing period. The Contractor's share shall be included in a modification to this contract (see subparagraph (h)(3) above) and shall not be subject to subsequent adjustment.

(5) Alternate no-cost settlement method. When, in accordance with subsection 48.104-4 of the Federal Acquisition Regulation, the Government and the Contractor mutually agree to use the no-cost settlement method, the following applies:

(i) The Contractor will keep all the savings on the instant contract and on its concurrent contracts only.

(ii) The Government will keep all the savings resulting from concurrent contracts placed on other sources, savings from all future contracts, and all collateral savings.

(j) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount, as specified in paragraph (h)(5) of this clause, by a rate from 20 to 100 percent, as determined by the Contracting Officer, of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the contract's firm-fixed-price, target price, target cost, or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer will be the sole determiner of the amount of collateral savings.

(k) Relationship to other incentives. Only those benefits of an accepted VECP not rewardable under performance, design-to-cost (production unit cost, operating and support costs, reliability and maintainability), or similar

incentives shall be rewarded under this clause. However, the targets of such incentives affected by the VECP shall not be adjusted because of VECP acceptance. If this contract specifies targets but provides no incentive to surpass them, the value engineering sharing shall apply only to the amount of achievement better than target.

(l) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract of $100,000 or more and may include one in subcontracts of lesser value. In calculating any adjustment in this contract's price for instant contract savings (or negative instant contract savings), the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs, and any value engineering incentive payments to a subcontractor, clearly resulting from a VECP accepted by the Government under this contract. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that the payments shall not reduce the Government's share of concurrent or future contract savings or collateral savings.

(m) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

"These data, furnished under the Value Engineering clause of contract . . . . . . . . . . , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations."

If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of clause)

52.248-3    VALUE ENGINEERING--CONSTRUCTION (SEP 2006)

(a) General.  The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily.  The Contractor shall share in any instant contract savings realized from accepted VECP's, in accordance with paragraph (f) below.

(b) Definitions. "Collateral costs," as used in this clause, means agency costs of operation, maintenance, logistic support, or Government-furnished property.

"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.

"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.

"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistic support.  The term does not include the normal administrative costs of processing the VECP.

"Instant contract savings," as used in this clause, means the estimated reduction in Contractor cost of performance resulting from acceptance of the VECP, minus allowable Contractor's development and implementation costs, including subcontractors' development and implementation costs (see paragraph (h) below).

"Value engineering change proposal (VECP)" means a proposal that--

(1) Requires a change to this, the instant contract, to implement; and

(2) Results in reducing the contract price or estimated cost without impairing essential functions or characteristics; provided, that it does not involve a change--

(i) In deliverable end item quantities only; or

(ii) To the contract type only.

(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in subparagraphs(c) (1) through (7) below.  If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation.  The VECP shall include the following:

(1) A description of the difference between the existing contract requirement and that proposed, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, and the effect of the change on the end item's performance.

(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.

(3) A separate, detailed cost estimate for

(i) the affected portions of the existing contract requirement and

(ii) the VECP.  The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under paragraph (h) below.

(4) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.

(5) A prediction of any effects the proposed change would have on collateral costs to the agency.

(6) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.

(7) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.

(d) Submission. The Contractor shall submit VECP's to the Resident Engineer at the worksite, with a copy to the Contracting Officer.

(e) Government action.

(1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within

the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it shall not be liable for any delay in acting upon a VECP.

If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.

Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause. The Contracting Officer may accept the VECP, even though an agreement on price reduction has not been reached, by issuing the Contractor a notice to proceed with the change. Until a notice to proceed is issued or a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.

(f) Sharing.

(1) Rates. The Government's share of savings is determined by subtracting Government costs from instant contract savings and multiplying the result by

(i) 45 percent for fixed-price contracts or

(ii) 75 percent for cost-reimbursement contracts.

(2) Payment. Payment of any share due the Contractor for use of a VECP on this contract shall be authorized by a modification to this contract to--

(i) Accept the VECP;

(ii) Reduce the contract price or estimated cost by the amount of instant contract savings; and

(iii) Provide the Contractor's share of savings by adding the amount calculated to the contract price or fee.

(g) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount by 20 percent of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the contract's firm-fixed-price or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer is the sole determiner of the amount of collateral savings.

(h) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract of $55,000 or more and may include one in subcontracts of lesser value. In computing any adjustment in this contract's price under paragraph (f) above, the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs clearly resulting from a VECP accepted by the Government under this contract, but shall exclude any value engineering incentive payments to a subcontractor. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that these payments shall not reduce the Government's share of the savings resulting from the VECP.

(i) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

"These data, furnished under the Value Engineering-- Construction clause of contract . . . . . . . . . . , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from

the Contractor or from another source without limitations." If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of clause)

52.249-2    TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (MAY 2004)

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part if the Contracting Officer determines that a termination is in the Government's interest. The Contracting Officer shall terminate by delivering to the Contractor a Notice of Termination specifying the extent of termination and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause) for materials, services, or facilities, except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(8) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; provided, however, that the Contractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(c) The Contractor shall submit complete termination inventory schedules no later than 120 days from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 120-day period.

(d) After expiration of the plant clearance period as defined in Subpart 49.001 of the Federal Acquisition Regulation, the Contractor may submit to the Contracting Officer a list, certified as to quantity and quality, of termination inventory not previously disposed of, excluding items authorized for disposition by the Contracting Officer. The Contractor may request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the Government will accept title to those items and remove them or enter into a storage agreement. The Contracting Officer may verify the list upon removal of the items, or if stored, within 45 days from submission of the list, and shall correct the list, as necessary, before final settlement.

(e) After termination, the Contractor shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Contractor shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and shall pay the amount determined.

(f) Subject to paragraph (e) of this clause, the Contractor and the Contracting Officer may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount may include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (g) or paragraph (g) of this clause, exclusive of costs shown in subparagraph (g)(3) of this clause, may not exceed the total contract price as reduced by (1) the amount of payments previously made and (2) the contract price of work not terminated. The contract shall be modified, and the Contractor paid the agreed amount. Paragraph (g) of this clause shall not limit, restrict, or affect the amount that may be agreed upon to be paid under this paragraph.

(g) If the Contractor and the Contracting Officer fail to agree on the whole amount to be paid because of the termination of work, the Contracting Officer shall pay the Contractor the amounts determined by the Contracting Officer as follows, but without duplication of any amounts agreed on under paragraph (f) of this clause:

(1) The contract price for completed supplies or services accepted by the Government (or sold or acquired under subparagraph (b)(9) of this clause) not previously paid for, adjusted for any saving of freight and other charges.

(2) The total of--

(i) The costs incurred in the performance of the work terminated, including initial costs and preparatory expense allocable thereto, but excluding any costs attributable to supplies or services paid or to be paid under subparagraph (f)(1) of this clause;

(ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (g)(2)(i) of this clause; and

(iii) A sum, as profit on subdivision (g)(2)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the Contracting Officer shall allow no profit under this subdivision (iii) and shall reduce the settlement to reflect the indicated rate of loss.

(3) The reasonable costs of settlement of the work terminated, including--

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory.

(h) Except for normal spoilage, and except to the extent that the Government expressly assumed the risk of loss, the Contracting Officer shall exclude from the amounts payable to the Contractor under paragraph (g) of this clause, the fair value, as determined by the Contracting Officer, of property that is destroyed, lost, stolen, or damaged so as to become undeliverable to the Government or to a buyer.

(i) The cost principles and procedures of Part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (e), (g), or (l) of this clause, except that if the Contractor failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (e) or (l), respectively, and failed to request a time extension, there is no right of appeal.

(k) In arriving at the amount due the Contractor under this clause, there shall be deducted--

(1) All unliquidated advance or other payments to the Contractor under the terminated portion of this contract;

(2) Any claim which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of, materials, supplies, or other things acquired by the Contractor or sold under the provisions of this clause and not recovered by or credited to the Government.

(l) If the termination is partial, the Contractor may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract. The Contracting Officer shall make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(m)(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

(End of clause)


52.249-10    DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if--

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include

(i) acts of God or of the public enemy,

(ii) acts of the Government in either its sovereign or contractual capacity,

(iii) acts of another Contractor in the performance of a contract with the Government,

(iv) fires,

(v) floods,

(vi) epidemics,

(vii) quarantine restrictions,

(viii) strikes,

(ix) freight embargoes,

(x) unusually severe weather, or delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The Contracting Officer shall ascertain the facts and the extent of delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended. The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.249-14    EXCUSABLE DELAYS (APR 1984)

(a) Except for defaults of subcontractors at any tier, the Contractor shall not be in default because of any failure to perform this contract under its terms if the failure arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of these causes are (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather. In each instance, the failure to perform must be beyond the control and without the fault or negligence of the Contractor. "Default" includes failure to make progress in the work so as to endanger performance.

(b) If the failure to perform is caused by the failure of a subcontractor at any tier to perform or make progress, and if the cause of the failure was beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor shall not be deemed to be in default, unless--

(1) The subcontracted supplies or services were obtainable from other sources;

(2) The Contracting Officer ordered the Contractor in writing to purchase these supplies or services from the other source; and

(3) The Contractor failed to comply reasonably with this order.

(c) Upon request of the Contractor, the Contracting Officer shall ascertain the facts and extent of the failure. If the Contracting Officer determines that any failure to perform results from one or more of the causes above, the delivery schedule shall be revised, subject to the rights of the Government under the termination clause of this contract.

(End of clause)

52.249-5000 BASIS FOR SETTLEMENT OF PROPOSALS
    Actual costs will be used to determine equipment costs for a settlement proposal submitted on the total cost basis under FAR 49.206-2(b).  In evaluating a terminations settlement proposal using the total cost basis, the following principles will be applied to determine allowable equipment costs:
  (b)  Actual costs for each piece of equipment, or groups of similar serial or series
equipment, need not be available in the contractor's accounting records to determine total actual equipment costs.
  (c)  If equipment costs have been allocated to a contract using predetermined rates , those charges will be adjusted to actual costs.
  (3) Recorded job costs adjusted for unallowable expenses will be used to determine equipment operating expenses.
  (4) Ownership costs (depreciation) will be determined using the contractor's depreciation schedule (subject to the provisions of FAR 31.205-11).
  (5) License, taxes, storage and insurance costs are normally recovered as an indirect expense and unless the contractor charges these costs directly to contracts, they will be recovered through the indirect expense rate.
                              (End of Clause)

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

FAR at http://www.arnet.gov/far/index.html
DFARS at http://farsite.hill.af.mil/VFDFARA.HTM
EFARS AT http://www.usace.army.mil/CECT/Pages/EFARS.aspx


(End of clause)



52.252-4    ALTERATIONS IN CONTRACT (APR 1984)

Portions of this contract are altered as follows:

NONE

(End of clause)



52.253-1    COMPUTER GENERATED FORMS (JAN 1991)

(a)  Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

(b)  Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

(d)  If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

(End of clause)



252.201-7000    CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

252.203-7001    PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (DEC 2008)

(a)  Definitions. As used in this clause—

(1)  "Arising out of a contract with the DoD" means any act in connection with—

(i)  Attempting to obtain;

(ii)  Obtaining, or

(iii)  Performing a contract or first-tier subcontract of any agency, department, or component of the Department of Defense (DoD).

(2)  "Conviction of fraud or any other felony" means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of nolo contendere, for which sentence has been imposed.

(3)  "Date of conviction" means the date judgment was entered against the individual.

(b) Any individual who is convicted after September 29, 1988, of fraud or any other felony arising out of a contract with the DoD is prohibited from serving--

(1) In a management or supervisory capacity on this contract;

(2) On the board of directors of the Contractor;

(3) As a consultant, agent, or representative for the Contractor; or

(4) In any other capacity with the authority to influence, advise, or control the decisions of the Contractor with regard to this contract.

(c) Unless waived, the prohibition in paragraph (b) of this clause applies for not less than 5 years from the date of conviction.

(d)  10 U.S.C. 2408 provides that the Contractor shall be subject to a criminal penalty of not more than $500,000 if convicted of knowingly--

(1)  Employing a person under a prohibition specified in paragraph (b) of this clause; or

(2)  Allowing such a person to serve on the board of directors of the contractor or first-tier subcontractor.

(e)  In addition to the criminal penalties contained in 10 U.S.C. 2408, the Government may consider other available remedies, such as—

(1)  Suspension or debarment;

(2)  Cancellation of the contract at no cost to the Government; or

(3)  Termination of the contract for default.

(f)  The Contractor may submit written requests for waiver of the prohibition in paragraph (b) of this clause to the Contracting Officer.  Requests shall clearly identify—

(1)  The person involved;

(2)  The nature of the conviction and resultant sentence or punishment imposed;

(3)  The reasons for the requested waiver; and

(4)  An explanation of why a waiver is in the interest of national security.

(g)  The Contractor agrees to include the substance of this clause, appropriately modified to reflect the identity and relationship of the parties, in all first-tier subcontracts exceeding the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation, except those for commercial items or components.

(h)  Pursuant to 10 U.S.C. 2408(c), defense contractors and subcontractors may obtain information as to whether a particular person has been convicted of fraud or any other felony arising out of a contract with the DoD by contacting The Office of Justice Programs, The Denial of Federal Benefits Office, U.S. Department of Justice, telephone 301-937-1542; www.ojp.usdoj.gov/BJA/grant/DPFC.html".

(End of clause)


252.203-7002   REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS (JAN 2009)

The Contractor shall inform its employees in writing of employee whistleblower rights and protections under 10 U.S.C. 2409, as described in Subpart 203.9 of the Defense Federal Acquisition Regulation Supplement.

(End of clause)


252.204-7000   DISCLOSURE OF INFORMATION (DEC 1991)

(a) The Contractor shall not release to anyone outside the Contractor's organization any unclassified information, regardless of medium (e.g., film, tape, document), pertaining to any part of this contract or any program related to this contract, unless--

(1) The Contracting Officer has given prior written approval; or

(2) The information is otherwise in the public domain before the date of release.

(b) Requests for approval shall identify the specific information to be released, the medium to be used, and the purpose for the release. The Contractor shall submit its request to the Contracting Officer at least 45 days before the proposed date for release.

(c) The Contractor agrees to include a similar requirement in each subcontract under this contract. Subcontractors shall submit requests for authorization to release through the prime contractor to the Contracting Officer.

(End of clause)

252.204-7003    CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)

The Contractor's procedures for protecting against unauthorized disclosure of information shall not require Department of Defense employees or members of the Armed Forces to relinquish control of their work products, whether classified or not, to the contractor.

(End of clause)

252.204-7004    CENTRAL CONTRACTOR REGISTRATION (52.204-7) ALTERNATE A (SEP 2007)

(a) Definitions. As used in this clause--

"Central Contractor Registration (CCR) database" means the primary Government repository for contractor information required for the conduct of business with the Government.

"Commercial and Government Entity (CAGE) code" means--

(1) A code assigned by the Defense Logistics Information Service (DLIS) to identify a commercial or Government entity; or

(2) A code assigned by a member of the North Atlantic Treaty Organization that DLIS records and maintains in the CAGE master file. This type of code is known as an "NCAGE code."

"Data Universal Numbering System (DUNS) number" means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.

"Data Universal Numbering System +4 (DUNS+4) number" means the DUNS number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see Subpart 32.11 of the Federal Acquisition Regulation) for the same parent concern.

"Registered in the CCR database" means that--

(1) The Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the CCR database;

(2) The Contractor's CAGE code is in the CCR database; and

(3) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service, and has marked the records ``Active.'' The Contractor will be required to provide consent for TIN validation to the Government as part of the CCR registration process.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number-

(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at http://www.dnb.com; or

(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.

(2) The offeror should be prepared to provide the following information:

(i) Company legal business.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.

(iii) Company Physical Street Address, City, State, and Zip Code.

(iv) Company Mailing Address, City, State and Zip Code (if separate from physical).

(v) Company Telephone Number.

(vi) Date the company was started.

(vii) Number of employees at your location.

(viii) Chief executive officer/key manager.

(ix) Line of business (industry).

(x) Company Headquarters name and address (reporting relationship within your entity).

(d) If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) The Contractor is responsible for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(g)

(1)

(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of Subpart 42.12 of the FAR; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (g)(1)(i) of this clause, or fails to perform the agreement at paragraph (g)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see FAR Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(h) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423, or 269-961-5757.

(End of clause)

252.205-7000    PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)

(a) Definition.

"Cooperative agreement holder" means a State or local government; a private, nonprofit organization; a tribal organization (as defined in section 4(c) of the Indian Self-Determination and Education Assistance Act (Pub. L. 93-268; 25 U.S.C. 450 (c))); or an economic enterprise (as defined in section 3(e) of the Indian Financing Act of 1974 (Pub. L. 93-362; 25 U.S.C. 1452(e))) whether such economic enterprise is organized for profit or nonprofit purposes; which has an agreement with the Defense Logistics Agency to furnish procurement technical assistance to business entities.

(b) The Contractor shall provide cooperative agreement holders, upon their request, with a list of those appropriate employees or offices responsible for entering into subcontracts under defense contracts. The list shall include the business address, telephone number, and area of responsibility of each employee or office.

(c) The Contractor need not provide the listing to a particular cooperative agreement holder more frequently than once a year.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

252.209-7004    SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY (DEC 2006)

(a)  Unless the Government determines that there is a compelling reason to do so, the Contractor shall not enter into any subcontract in excess of $30,000 with a firm, or a subsidiary of a firm, that is identified in the Excluded Parties List System as being ineligible for the award of Defense contracts or subcontracts because it is owned or controlled by the government of a terrorist country.

(b)  A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is identified, on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs, as being ineligible for the award of Defense contracts or subcontracts because it is owned or controlled by the government of a terrorist country.  The notice must include the name of the proposed subcontractor notwithstanding its inclusion on the List of Parties Excluded From Federal Procurement and Nonprocurement Programs.

(End of clause)

252.215-7000    PRICING ADJUSTMENTS (DEC 1991)

The term "pricing adjustment," as used in paragraph (a) of the clauses entitled "Price Reduction for Defective Cost or Pricing Data - Modifications," "Subcontractor Cost or Pricing Data," and "Subcontractor Cost or Pricing Data - Modifications," means the aggregate increases and/or decreases in cost plus applicable profits.

(End of clause)

252.215-7002    COST ESTIMATING SYSTEM REQUIREMENTS (DEC 2006)

(a)  Definitions.

Acceptable estimating system means an estimating system that--

(1) Is maintained, reliable, and consistently applied;

(2) Produces verifiable, supportable, and documented cost estimates that are an acceptable basis for negotiation of fair and reasonable prices;

(3) Is consistent with and integrated with the Contractor's related management systems; and

(4) Is subject to applicable financial control systems.

"Estimating system" means the Contractor's policies, procedures, and practices for generating estimates of costs and other data included in proposals submitted to customers in the expectation of receiving contract awards. Estimating system includes the Contractor's --

(1) Organizational structure;

(2) Established lines of authority, duties, and responsibilities;

(3) Internal controls and managerial reviews;

(4) Flow of work, coordination, and communication; and

(5) Estimating methods, techniques, accumulation of historical costs, and other analyses used to generate cost estimates.1997

(b) General. The Contractor shall establish, maintain, and comply with an acceptable estimating system.

(c) "Applicability". Paragraphs (d) and (e) of this clause apply if the Contractor is a large business and either --

(1) In its fiscal year preceding award of this contract, received Department of Defense (DoD) prime contracts or subcontracts, totaling $50 million or more for which certified cost or pricing data were required; or

(2) In its fiscal year preceding award of this contract --

(i) Received DoD prime contracts or subcontracts totaling $10 million or more (but less than $50 million) for which certified cost or pricing data were required; and

(ii) Was notified in writing by the Contracting Officer that paragraphs (d) and (e) of this clause apply.

(d) "System requirements."

(1) The Contractor shall disclose its estimating system to the Administrative Contracting Officer (ACO) in writing. If the Contractor wishes the Government to protect the information as privileged or confidential, the Contractor must mark the documents with the appropriate legends before submission.

(2) An estimating system disclosure is adequate when the Contractor has provided the ACO with documentation that--

(i) Accurately describes those policies, procedures, and practices that the Contractor currently uses in preparing cost proposals; and

(ii) Provides sufficient detail for the Government to reasonably make an informed judgment regarding the acceptability of the Contractor's estimating practices.

(3) The Contractor shall --

(i) Comply with its disclosed estimating system; and

(ii) Disclose significant changes to the cost estimating system to the ACO on a timely basis.

(e) "Estimating system deficiencies."

(1) The Contractor shall respond to a written report from the Government that identifies deficiencies in the Contractor's estimating system as follows:

(i) If the Contractor agrees with the report findings and recommendations, the Contractor shall --

(A) Within 30 days, state its agreement in writing; and

(B) Within 60 days, correct the deficiencies or submit a corrective action plan showing proposed milestones and actions leading to elimination of the deficiencies.

(ii) If the Contractor disagrees with the report, the Contractor shall, within 30 days, state its rationale for disagreeing.

(2) The ACO will evaluate the Contractor's response and notify the Contractor of the determination concerning remaining deficiencies and/or the adequacy of any proposed or completed corrective action.

(End of clause)

252.219-7003    SMALL BUSINESS SUBCONTRACTING PLAN (DOD CONTRACTS) (APR. 2007)

This clause supplements the Federal Acquisition Regulation 52.219-9, Small Business Subcontracting Plan, clause of this contract.

(a) *Definitions. Historically black colleges and universities,* as used in this clause, means institutions determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. The term also means any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

*Minority institutions,* as used in this clause, means institutions meeting the requirements of section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3)). The term also includes Hispanic-serving institutions as defined in section 316(b)(1) of such Act (20 U.S.C. 1059c(b)(1)).

(b) Except for company or division-wide commercial items subcontracting plans, the term *small disadvantaged business,* when used in the FAR 52.219-9 clause, includes historically black colleges and universities and minority institutions, in addition to small disadvantaged business concerns.

(c) Work under the contract or its subcontracts shall be credited toward meeting the small disadvantaged business concern goal required by paragraph (d) of the FAR 52.219-9 clause when:

(1) It is performed on Indian lands or in joint venture with an Indian tribe or a tribally-owned corporation, and

(2) It meets the requirements of 10 U.S.C. 2323a.

(d) Subcontracts awarded to workshops approved by the Committee for Purchase from People Who are Blind or Severely Disabled (41 U.S.C. 46-48), may be counted toward the Contractor's small business subcontracting goal.

(e) A mentor firm, under the Pilot Mentor-Protege Program established under Section 831 of Pub. L. 101-510, as amended, may count toward its small disadvantaged business goal, subcontracts awarded--

(f) The master plan approval referred to in paragraph (f) of the FAR 52.219-9 clause is approval by the Contractor's cognizant contract administration activity.

(g) In those subcontracting plans which specifically identify small businesses, the Contractor shall notify the Administrative Contracting Officer of any substitutions of firms that are not small business firms, for the small business firms specifically identified in the subcontracting plan. Notifications shall be in writing and shall occur within a reasonable period of time after award of the subcontract. Contractor-specified formats shall be acceptable.

(End of clause)

252.222-7002    COMPLIANCE WITH LOCAL LABOR LAWS (OVERSEAS) (JUN 1997)

(a) The Contractor shall comply with all—

(1) Local laws, regulations, and labor union agreements governing work hours; and

(2) Labor regulations including collective bargaining agreements, workers' compensation, working conditions, fringe benefits, and labor standards or labor contract matters.

(b) The Contractor indemnifies and holds harmless the United States Government from all claims arising out of the requirements of this clause. This indemnity includes the Contractor's obligation to handle and settle, without cost to the United States Government, any claims or litigation concerning allegations that the Contractor or the United States Government, or both, have not fully complied with local labor laws or regulations relating to the performance of work required by this contract.

(c) Notwithstanding paragraph (b) of this clause, consistent with paragraphs 31.205-15(a) and 31.205-47(d) of the Federal Acquisition Regulation, the Contractor will be reimbursed for the costs of all fines, penalties, and reasonable litigation expenses incurred as a result of compliance with specific contract terms and conditions or written instructions from the Contracting officer.

(End of clause)

252.223-7001    HAZARD WARNING LABELS (DEC 1991)

(a) "Hazardous material," as used in this clause, is defined in the Hazardous Material Identification and Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq). The Standard requires that the hazard warning label conform to the requirements of the standard unless the material is otherwise subject to the labeling requirements of one of the following statutes:

(1) Federal Insecticide, Fungicide and Rodenticide Act;

(2) Federal Food, Drug and Cosmetics Act;

(3) Consumer Product Safety Act;

(4) Federal Hazardous Substances Act; or

(5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

MATERIAL (If None, Insert "None.")                    ACT

_____          _____

_____          _____

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all hazardous materials not listed in paragraph (c) of this clause.  The Offeror shall submit the label with the Material Safety Data Sheet being furnished under the Hazardous Material Identification and Material Safety Data clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions adopted during the term of this contract).

(End of clause)

252.223-7004    DRUG-FREE WORK FORCE (SEP 1988)

(a) Definitions.

(1) "Employee in a sensitive position," as used in this clause, means an employee who has been granted access to classified information; or employees in other positions that the Contractor determines involve national security; health or safety, or functions other than the foregoing requiring a high degree of trust and confidence.

(2) "Illegal drugs," as used in this clause, means controlled substances included in Schedules I and II, as defined by section 802(6) of title 21 of the United States Code, the possession of which is unlawful under chapter 13 of that Title.  The term "illegal drugs" does not mean the use of a controlled substance pursuant to a valid prescription or other uses authorized by law.

(b) The Contractor agrees to institute and maintain a program for achieving the objective of a drug-free work force. While this clause defines criteria for such a program, contractors are encouraged to implement alternative approaches comparable to the criteria in paragraph (c) that are designed to achieve the objectives of this clause.

(c) Contractor programs shall include the following, or appropriate alternatives:

(1) Employee assistance programs emphasizing high level direction, education, counseling, rehabilitation, and coordination with available community resources;

(2) Supervisory training to assist in identifying and addressing illegal drug use by Contractor employees;

(3) Provision for self-referrals as well as supervisory referrals to treatment with maximum respect for individual confidentiality consistent with safety and security issues;

(4) Provision for identifying illegal drug users, including testing on a controlled and carefully monitored basis. Employee drug testing programs shall be established taking account of the following:

(i) The Contractor shall establish a program that provides for testing for the use of illegal drugs by employees in sensitive positions. The extent of and criteria for such testing shall be determined by the Contractor based on considerations that include the nature of the work being performed under the contract, the employee's duties, and efficient use of Contractor resources, and the risks to health, safety, or national security that could result from the failure of an employee adequately to discharge his or her position.

(ii) In addition, the Contractor may establish a program for employee drug testing--

(A) When there is a reasonable suspicion that an employee uses illegal drugs; or

(B) When an employees has been involved in an accident or unsafe practice;

(C) As part of or as a follow-up to counseling or rehabilitation for illegal drug use;

(D) As part of a voluntary employee drug testing program.

(iii) The Contractor may establish a program to test applicants for employment for illegal drug use.

(iv) For the purpose of administering this clause, testing for illegal drugs may be limited to those substances for which testing is prescribed by section 2..1 of subpart B of the "Mandatory Guidelines for Federal Workplace Drug Testing Programs" (53 FR 11980 (April 11, 1988), issued by the Department of Health and Human Services.

(d) Contractors shall adopt appropriate personnel procedures to deal with employees who are found to be using drugs illegally. Contractors shall not allow any employee to remain on duty or perform in a sensitive position who is found to use illegal drugs until such times as the Contractor, in accordance with procedures established by the Contractor, determines that the employee may perform in such a position.

(e) The provisions of this clause pertaining to drug testing program shall not apply to the extent that are inconsistent with state or local law, or with an existing collective bargaining agreement; provided that with respect to the latter, the Contractor agrees those issues that are in conflict will be a subject of negotiation at the next collective bargaining session.

(End of clause)


252.223-7006    PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS  (APR 1993)

(a) "Definitions".

As used in this clause --

(1) "Storage" means a non-transitory, semi-permanent or permanent holding, placement, or leaving of material. It does not include a temporary accumulation of a limited quantity of a material used in or a waste generated or resulting from authorized activities, such as servicing, maintenance, or repair of Department of Defense (DoD) items, equipment, or facilities.

(2) "Toxic or hazardous materials" means:

(i) Materials referred to in section 101(14) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980 (42 U.S.C. 9601(14)) and materials designated under section 102 of CERCLA (42 U.S.C. 9602) (40 CFR part 302);

(ii) Materials that are of an explosive, flammable, or pyrotechnic nature; or

(iii) Materials otherwise identified by the Secretary of Defense as specified in DoD regulations.

(b) In accordance with 10 U.S.C. 2692, the Contractor is prohibited from storing or disposing of non-DoD-owned toxic or hazardous materials on a DoD installation, except to the extent authorized by a statutory exception to 10 U.S.C. 2692 or as authorized by the Secretary of Defense or his designee.

(End of clause)

252.225-7001    BUY AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM (JAN 2009)

(a) Definitions. As used in this clause--

(1) Commercially available off-the-shelf (COTS) item--

(i) Means any item of supply (including construction material) that is--

(A) A commercial item (as defined in paragraph (1) of the definition of ``commercial item'' in section 2.101 of the Federal Acquisition Regulation);

(B) Sold in substantial quantities in the commercial marketplace; and

(C) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(ii) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. 40102), such as agricultural products and petroleum products.

(2) Component means an article, material, or supply incorporated directly into an end product.

(3) Domestic end product means--

(i) An unmanufactured end product that has been mined or produced in the United States; or

(ii) An end product manufactured in the United States if—

(A) The cost of its qualifying country components and its components that are mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. The cost of components includes transportation costs to the place of incorporation into the end product and U.S. duty (whether or not a duty-free entry certificate is issued). Scrap generated, collected, and prepared for processing in the United States is considered domestic. A component is considered to have been mined, produced, or manufactured in the United States (regardless of its source in fact) if the end product in which it is incorporated is manufactured in the United States and the component is of a class or kind for which the Government has determined that--

(1) Sufficient and reasonably available commercial quantities of a satisfactory quality are not mined, produced, or manufactured in the United States; or

(2) It is inconsistent with the public interest to apply the restrictions of the Buy American Act; or

(B) The end product is a COTS item.

(4) End product means those articles, materials, and supplies to be acquired under this contract for public use.

(5) Foreign end product means an end product other than a domestic end product.

(6) Qualifying country means any country set forth in subsection 225.872-1 of the Defense Federal Acquisition Regulation Supplement.

(7) Qualifying country component means a component mined, produced, or manufactured in a qualifying country.

(8) Qualifying country end product means--

(i) An unmanufactured end product mined or produced in a qualifying country; or

(ii) An end product manufactured in a qualifying country if the cost of the following types of components exceeds 50 percent of the cost of all its components:

(A) Components mined, produced, or manufactured in a qualifying country.

(B) Components mined, produced, or manufactured in the United States.

(C) Components of foreign origin of a class or kind for which the Government has determined that sufficient and reasonably available commercial quantities of a satisfactory quality are not mined, produced, or manufactured in the United States.

(8) United States means the 50 States, the District of Columbia, and outlying areas.

(b) This clause implements the Buy American Act (41 U.S.C. Section 10a-d). In accordance with 41 U.S.C. 431, the component test of the Buy American Act is waived for an end product that is a COTS item (see section 12.505(a)(1) of the Federal Acquisition Regulation). Unless otherwise specified, this clause applies to all line items in the contract.

(c) The Contractor shall deliver only domestic end products unless, in its offer, it specified delivery of other end products in the Buy American Act--Balance of Payments Program Certificate provision of the solicitation. If the Contractor certified in its offer that it will deliver a qualifying country end product, the Contractor shall deliver a qualifying country end product or, at the Contractor's option, a domestic end product.

(d) The contract price does not include duty for end products or components for which the Contractor will claim duty-free entry.

(End of clause)

252.225-7005    IDENTIFICATION OF EXPENDITURES IN THE UNITED STATES (JUN 2005)

(a) Definition. United States, as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) This clause applies only if the Contractor is--

(1) A concern incorporated in the United States (including a subsidiary that is incorporated in the United States, even if the parent corporation is not incorporated in the United States); or

(2) An unincorporated concern having its principal place of business in the United States.

(c) On each invoice, voucher, or other request for payment under this contract, the Contractor shall identify that part of the requested payment that represents estimated expenditures in the United States. The identification--

(1) May be expressed either as dollar amounts or as percentages of the total amount of the request for payment;

(2) Should be based on reasonable estimates; and

(3) Shall state the full amount of the payment requested, subdivided into the following categories:

(i) U.S. products--expenditures for material and equipment manufactured or produced in the United States, including end products, components, or construction material, but excluding transportation;

(ii) U.S. services--expenditures for services performed in the United States, including all charges for overhead, other indirect costs, and profit under construction or service contracts;

(iii) Transportation on U.S. carriers--expenditures for transportation furnished by U.S. flag, ocean, surface, and air carriers; and

(iv) Expenditures not identified under paragraphs (c)(3)(i) through (iii) of this clause.

(d) Nothing in this clause requires the establishment or maintenance of detailed accounting records or gives the U.S. Government any right to audit the Contractor's books or records.

(End of clause)

252.225-7012    PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (DEC 2008)

(a) Definitions. As used in this clause--

(1) Component means any item supplied to the Government as part of an end product or of another component.

(2) End product means supplies delivered under a line item of this contract.

(3) Qualifying country means a country with a memorandum of understanding or international agreement with the United States. The following are qualifying countries:

Australia
Austria
Belgium
Canada
Denmark
Egypt
Finland
France
Germany
Greece
Israel
Italy

Luxembourg
Netherlands
Norway
Portugal
Spain
Sweden
Switzerland
Turkey
United Kingdom of Great Britain and Northern Ireland.

(4) United States means the 50 States, the District of Columbia, and outlying areas.

(5) U.S.-flag vessel means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall deliver under this contract only such of the following items, either as end products or components, that have been grown, reprocessed, reused, or produced in the United States:

(1) Food.

(2) Clothing and the materials and components thereof, other than sensors, electronics, or other items added to, and not normally associated with, clothing and the materials and components thereof. Clothing includes items such as outerwear, headwear, underwear, nightwear, footwear, hosiery, handwear, belts, badges, and insignia.

(3) Tents, tarpaulins, or covers.

(4) Cotton and other natural fiber products.

(5) Woven silk or woven silk blends.

(6) Spun silk yarn for cartridge cloth.

(7) Synthetic fabric, and coated synthetic fabric, including all textile fibers and yarns that are for use in such fabrics.

(8) Canvas products.

(9) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles).

(10) Any item of individual equipment (Federal Supply Class 8465) manufactured from or containing fibers, yarns, fabrics, or materials listed in this paragraph (b).

(c) This clause does not apply--

(1) To items listed in section 25.104(a) of the Federal Acquisition Regulation (FAR), or other items for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;

(2) To incidental amounts of cotton, other natural fibers, or wool incoporated in an end product, for which the estimated value of the cotton, other natural fibers, or wool--

(i) Is not more than 10 percent of the total price of the end product; and    (ii) Does not exceed the simplified acquisition threshold in FAR part 2;

(3) To waste and byproducts of cotton or wool fiber for use in the production of propellants and explosives;

(4) To foods, other than fish, shellfish, or seafood, that have been manufactured or processed in the United States, regardless of where the foods (and any component if applicable) were grown or produced. Fish, shellfish, or seafood manufactured or processed in the United States and fish, shellfish, or seafood contained in foods manufactured or processed in the United States shall be provided in accordance with paragraph (d) of this clause;

(5) To chemical warfare protective clothing produced in a qualifying country; or

(6) To fibers and yarns that are for use in synthetic fabric or coated synthetic fabric (but does apply to the synthetic or coated synthetic fabric itself), if--

(i) The fabric is to be used as a component of an end product that is not a textile product. Examples of textile products, made in whole or in part of fabric, include--

(A) Draperies, floor coverings, furnishings, and bedding (Federal Supply Group 72, Household and Commercial Furnishings and Appliances);

(B) Items made in whole or in part of fabric in Federal Supply Group 83, Textile/leather/furs/apparel/findings/ tents/flags, or Federal Supply Group 84, Clothing, Individual Equipment and Insignia;

(C) Upholstered seats (whether for household, office, or other use); and

(D) Parachutes (Federal Supply Class 1670); or

(ii) The fibers and yarns are para-aramid fibers and yarns manufactured in a qualifying country.

(d)(1) Fish, shellfish, and seafood delivered under this contract, or contained in foods delivered under this contract--

(i) Shall be taken from the sea by U.S.-flag vessels; or

(ii) If not taken from the sea, shall be obtained from fishing within the United States; and

(2) Any processing or manufacturing of the fish, shellfish, or seafood shall be performed on a U.S.-flag vessel or in the United States.

(End of clause)


252.225-7015    RESTRICTION ON ACQUISITION OF HAND OR MEASURING TOOLS (JUN 2005)

Hand or measuring tools delivered under this contract shall be produced in the United States or its outlying areas.

(End of clause


252.225-7019    RESTRICTION ON ACQUISITION OF ANCHOR AND MOORING CHAIN (DEC 2009)

(a) Definition.

"Component," as used in this clause, means an article, material, or supply incorporated directly into an end product

(b) Welded shipboard anchor and mooring chain, four inches or less in diameter, delivered under this contract--

(1) Shall be manufactured in the United States or its outlying areas, including cutting, heat treating, quality control, testing, and welding (both forging and shot blasting process); and

(2) The cost of the components manufactured in the United States or its outlying areas shall exceed 50 percent of the total cost of components.

(c) The Contractor may request a waiver of this restriction if adequate domestic supplies meeting the requirements in paragraph (b) of this clause are not available to meet the contract delivery schedule.

(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts for items containing welded shipboard anchor and mooring chain, four inches or less in diameter.

(End of clause)

252.225-7025    RESTRICTION ON ACQUISITION OF FORGINGS (DEC 2009)

(a) Definitions. As used in this clause--

(1) Component means any item supplied to the Government as part of an end product or of another component.

(2) Domestic manufacture means manufactured in the United States, its outlying areas, or Canada.

(i) Manufactured in the United States or its outlying areas; or

(ii) Manufactured in Canada, if the Canadian firm normally produces similar items or is currently producing the item in support of DoD contracts (as a contractor or a subcontractor).

(3) Forging items means--

```
----------------------------------------------------------------------
            Items                    Categories
----------------------------------------------------------------------
Ship propulsion shafts....................Excludes service and landing
                                          craft shafts.
Periscope tubes........................... All.
Ring forgings for bull gears............All greater than 120 inches
                                          in diameter.
----------------------------------------------------------------------
```

(b) End products and their components delivered under this contract shall contain forging items that are of domestic manufacture only.

(c) The restriction in paragraph (b) of this clause may be waived upon request from the Contractor in accordance with subsection 225.7102-3 of the Defense Federal Acquisition Regulation Supplement.

(d) The Contractor shall retain records showing compliance with the restriction in paragraph (b) of this clause until 3 years after final payment and shall make the records available upon request of the Contracting Officer.

(e) The Contractor shall insert the substance of this clause, including this paragraph (e), in subcontracts for forging items or for other items that contain forging items.

(End of clause)

252.225-7026   ACQUISITION RESTRICTED TO PRODUCTS OR SERVICES FROM IRAQ OR AFGHANISTAN (SEP 2008)

(a) Definitions. As used in this clause--

(1) Product from Iraq or Afghanistan means a product that is mined, produced, or manufactured in Iraq or Afghanistan.

(2) Service from Iraq or Afghanistan means a service that is performed in Iraq or Afghanistan predominantly by citizens or permanent resident aliens of Iraq or Afghanistan.

(b) The Contractor shall provide only products from Iraq or Afghanistan or services from Iraq or Afghanistan under this contract.

(End of clause)

252.225-7027    RESTRICTION ON CONTINGENT FEES FOR FOREIGN MILITARY SALES (APR 2003)

(a) Except as provided in paragraph (b) of this clause, contingent fees, as defined in the Covenant Against Contingent Fees clause of this contract, are generally an allowable cost, provided the fees are paid to--

(1) A bona fide employee of the Contractor; or

(2) A bona fide established commercial or selling agency maintained by the Contractor for the purpose of securing business.

(b) For foreign military sales, unless the contingent fees have been identified and payment approved in writing by the foreign customer before contract award, the following contingent fees are unallowable under this contract:

(1) For sales to the Government(s) of  TO BE DETERMINED AT TASK ORDER , contingent fees in any amount.

(2) For sales to Governments not listed in paragraph (b)(1) of this clause, contingent fees exceeding $50,000 per foreign military sale case.

(End of Clause)

252.225-7028    EXCLUSIONARY POLICIES AND PRACTICES OF FOREIGN GOVERNMENTS (APR 2003)

The Contractor and its subcontractors shall not take into account the exclusionary policies or practices of any foreign government in employing or assigning personnel, if--

(a) The personnel will perform functions required by this contract, either in the United States or abroad; and

(b) The exclusionary policies or practices of the foreign government are based on race, religion, national origin, or sex.

(End of clause)


252.225-7030   RESTRICTION ON ACQUISITION OF CARBON, ALLOY, AND ARMOR STEEL PLATE (DEC 2006)

(a) Carbon, alloy, and armor steel plate shall be melted and rolled in the United States or Canada if the carbon, alloy, or armor steel plate--

(1) Is in Federal Supply Class 9515 or is described by specifications of the American Society for Testing Materials or the American Iron and Steel Institute; and

(2)(i) Will be delivered to the Government for use in a Government-owned facility or a facility under the control of the Department of Defense; or

(ii) Will be purchased by the Contractor for use in a Government-owned facility or a facility under the control of the Department of Defense.

(b) This restriction--

(1) Applies to the acquisition of carbon, alloy, or armor steel plate as a finished steel mill product that may be used ``as is'' or may be used as an intermediate material for the fabrication of an end product; and

(2) Does not apply to the acquisition of an end product (e.g., a machine tool), to be used in the facility, that contains carbon, alloy, or armor steel plate as a component.

(End of clause)


252.225-7033   WAIVER OF UNITED KINGDOM LEVIES (APR 2003)

(a) The U.S. Government may attempt to obtain a waiver of any commercial exploitation levies included in the price of this contract, pursuant to the U.S./United Kingdom (U.K.) reciprocal waiver agreement of July 1987. If the U.K. grants a waiver of levies included in the price of this contract, the U.S. Government reserves the right to reduce the contract price by the amount of the levy waived plus associated indirect costs and profit or fee.

(b) If the Contractor contemplates award of a subcontract exceeding $1 million to a U.K. firm, the Contractor shall provide the following information to the Contracting Officer before award of the subcontract:

(1) Name of the U.K. firm.

(2) Prime contract number.

(3) Description of item to which the levy applies.

(4) Quantity being acquired.

(5) Amount of levy plus any associated indirect costs and profit or fee.

(c) In the event of difficulty in identifying levies included in a price from a prospective subcontractor, the Contractor may seek advice through the Director of Procurement, United Kingdom Defence Procurement Office, British Embassy, 3100 Massachusetts Avenue NW., Washington, DC 20006.

(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in any subcontract for supplies where a lower-tier subcontract exceeding $1 million with a U.K. firm is anticipated.

(End of clause)

252.225-7036    BUY AMERICAN ACT--FREE TRADE AGREEMENT--BALANCE OF PAYMENTS PROGRAM (JUL 2009)

(a) Definitions. As used in this clause--

(1) Bahrainian end product means an article that--

(i) Is wholly the growth, product, or manufacture of Bahrain; or

(ii) In the case of an article that consists in whole or in part of materials from another country, has been substantially transformed in Bahrain into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed. The term refers to a product offered for purchase under a supply contract, but for purposes of calculating the value of the end product includes services (except transportation services) incidental to its supply, provided that the value of those incidental services does not exceed the value of the product itself.

(2) Commercially available off-the-shelf (COTS) item--

(i) Means any item of supply (including construction material) that is--

(A) A commercial item (as defined in paragraph (1) of the definition of ``commercial item'' in section 2.101 of the Federal Acquisition Regulation);

(B) Sold in substantial quantities in the commercial marketplace; and

(C) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(ii) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. 40102), such as agricultural products and petroleum products.

(3) Component means an article, material, or supply incorporated directly into an end product.

(4) Domestic end product means--

(i) An unmanufactured end product that has been mined or produced in the United States; or

(ii) An end product manufactured in the United States if--

(A) The cost of its qualifying country components and its components that are mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. The cost of components includes transportation costs to the place of incorporation into the end product and U.S. duty (whether or not a duty-free entry certificate is issued). Scrap generated, collected, and prepared for processing in the United States is considered domestic. A component is considered to have been mined, produced, or manufactured in the United States (regardless of its source in fact) if the end product in which it is incorporated is manufactured in the United States and the component is of a class or kind for which the Government has determined that--

(1) Sufficient and reasonably available commercial quantities of a satisfactory quality are not mined, produced, or manufactured in the United States; or

(2) It is inconsistent with the public interest to apply the restrictions of the Buy American Act; or

(B) The end product is a COTS item.

(5) End product means those articles, materials, and supplies to be acquired under this contract for public use.

(6) Foreign end product means an end product other than a domestic end product.

(7) A Free Trade Agreement country (Australia, Bahrain, Canada, Chile, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Mexico, Morocco, Nicaragua, Peru, or Singapore);

(8) Free Trade Agreement country end product means an article that--

(i) Is wholly the growth, product, or manufacture of a Free Trade Agreement country; or

(ii) In the case of an article that consists in whole or in part of materials from another country, has been substantially transformed in a Free Trade Agreement country into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed. The term refers to a product offered for purchase under a supply contract, but for purposes of calculating the value of the end product includes services (except transportation services) incidental to its supply, provided that the value of those incidental services does not exceed the value of the product itself.

(9) Moroccan end product means an article that--

(i) Is wholly the growth, product, or manufacture of Morocco; or

(ii) In the case of an article that consists in whole or in part of materials from another country, has been substantially transformed in Morocco into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed. The term refers to a product offered for purchase under a supply contract, but for purposes of calculating the value of the end product includes services (except transportation services) incidental to its supply, provided that the value of those incidental services does not exceed the value of the product itself.

(10) Qualifying country means any country set forth in subsection 225.872-1 of the Defense Federal Acquisition Regulation Supplement.

(11) Qualifying country component means a component mined, produced, or manufactured in a qualifying country.

(12) Qualifying country end product means--

(i) An unmanufactured end product mined or produced in a qualifying country; or

(ii) An end product manufactured in a qualifying country if the cost of the following types of components exceeds 50 percent of the cost of all its components:

(A) Components mined, produced, or manufactured in a qualifying country.

(B) Components mined, produced, or manufactured in the United States.

(C) Components of foreign origin of a class or kind for which the Government has determined that sufficient and reasonably available commercial quantities of a satisfactory quality are not mined, produced, or manufactured in the United States.

(13) United States means the 50 States, the District of Columbia, and outlying areas.

(b) Unless otherwise specified, this clause applies to all items in the Schedule.

(c) The Contractor shall deliver under this contract only domestic end products unless, in its offer, it specified delivery of qualifying country end products, Free Trade Agreement country end products other than Bahrainian end products or Moroccan end products, or other foreign end products in the Buy American Act--Free Trade Agreements--Balance of Payments Program Certificate provision of the solicitation. If the Contractor certified in its offer that it will deliver a qualifying country end product or a Free Trade Agreement country end product other than a Bahrainian end product or a Moroccan end product, the Contractor shall deliver a qualifying country end product, a Free Trade Agreement country end product other than a Bahrainian end product or a Moroccan end product, or, at the Contractor's option, a domestic end product.

(d) The contract price does not include duty for end products or components for which the Contractor will claim duty-free entry.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

252.225-7040   CONTRACTOR PERSONNEL AUTHORIZED TO ACCOMPANY U.S. ARMED FORCES DEPLOYED OUTSIDE THE UNITED STATES (JUL 2009)

(a) Definitions. As used in this clause--Combatant Commander means the commander of a unified or specified combatant command established in accordance with 10 U.S.C. 161.

Designated operational area means a geographic area designated by the combatant commander or subordinate joint force commander for the conduct or support of specified military operations.

Law of war means that part of international law that regulates the conduct of armed hostilities. The law of war encompasses all international law for the conduct of hostilities binding on the United States or its individual citizens, including treaties and international agreements to which the United States is a party, and applicable customary international law.

Subordinate joint force commander means a sub-unified commander or joint task force commander.

(b) General.

(1) This clause applies when Contractor personnel are authorized to accompany U.S. Armed Forces deployed outside the United States in--

(i) Contingency operations;

(ii) Humanitarian or peacekeeping operations; or

(iii) Other military operations or military exercises, when designated by the Combatant Commander.

(2) Contract performance in support of U.S. Armed Forces deployed outside the United States may require work in dangerous or austere conditions. Except as otherwise provided in the contract, the Contractor accepts the risks associated with required contract performance in such operations.

(3) Contractor personnel are civilians accompanying the U.S. Armed Forces.

(i) Except as provided in paragraph (b)(3)(ii) of this clause, Contractor personnel are only authorized to use deadly force in self-defense.

(ii) Contractor personnel performing security functions are also authorized to use deadly force when such force reasonably appears necessary to execute their security mission to protect assets/persons, consistent with the terms and conditions contained in their contract or with their job description and terms of employment.

(iii) Unless immune from host nation jurisdiction by virtue of an international agreement or international law, inappropriate use of force by contractor personnel authorized to accompany the U.S. Armed Forces can subject such personnel to United States or host nation prosecution and civil liability (see paragraphs (d) and (j)(3) of this clause).

(4) Service performed by Contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106 note.

(c) Support. (1)(i) The Combatant Commander will develop a security plan for protection of Contractor personnel in locations where there is not sufficient or legitimate civil authority, when the Combatant Commander decides it is in the interests of the Government to provide security because--

(A) The Contractor cannot obtain effective security services;

(B) Effective security services are unavailable at a reasonable cost; or

(C) Threat conditions necessitate security through military means.

(ii) The Contracting Officer shall include in the contract the level of protection to be provided to Contractor personnel.

(iii) In appropriate cases, the Combatant Commander may provide security through military means, commensurate with the level of security provided DoD civilians.

(2)(i) Generally, all Contractor personnel authorized to accompany the U.S. Armed Forces in the designated operational area are authorized to receive resuscitative care, stabilization, hospitalization at level III military treatment facilities, and assistance with patient movement in emergencies where loss of life, limb, or eyesight could occur. Hospitalization will be limited to stabilization and short-term medical treatment with an emphasis on return to duty or placement in the patient movement system.

(ii) When the Government provides medical treatment or transportation of Contractor personnel to a selected civilian facility, the Contractor shall ensure that the Government is reimbursed for any costs associated with such treatment or transportation.

(iii) Medical or dental care beyond this standard is not authorized unless specified elsewhere in this contract.

(3) Unless specified elsewhere in this contract, the Contractor is responsible for all other support required for its personnel engaged in the designated operational area under this contract.

(4) Contractor personnel must have a letter of authorization issued by the Contracting Officer in order to process through a deployment center or to travel to, from, or within the designated operational area. The letter of authorization also will identify any additional authorizations, privileges, or Government support that Contractor personnel are entitled to under this contract.

(d) Compliance with laws and regulations. (1) The Contractor shall comply with, and shall ensure that its personnel authorized to accompany U.S. Armed Forces deployed outside the United States as specified in paragraph (b)(1) of this clause are familiar with and comply with, all applicable--

(i) United States, host country, and third country national laws;

(ii) Provisions of the law of war, as well as any other applicable treaties and international agreements;

(iii) United States regulations, directives, instructions, policies, and procedures; and

(iv) Orders, directives, and instructions issued by the Combatant Commander, including those relating to force protection, security, health, safety, or relations and interaction with local nationals.

(2) The Contractor shall institute and implement an effective program to prevent violations of the law of war by its employees and subcontractors, including law of war training in accordance with paragraph (e)(1)(vii) of this clause.

(e) Pre-deployment requirements.

(1) The Contractor shall ensure that the following requirements are met prior to deploying personnel authorized to accompany U.S. Armed Forces. Specific requirements for each category may be specified in the statement of work or elsewhere in the contract.

(i) All required security and background checks are complete and acceptable.

(ii) All deploying personnel meet the minimum medical screening requirements and have received all required immunizations as specified in the contract. The Government will provide, at no cost to the Contractor, any theater-specific immunizations and/or medications not available to the general public.

(iii) Deploying personnel have all necessary passports, visas, and other documents required to enter and exit a designated operational area and have a Geneva Conventions identification card, or other appropriate DoD identity credential, from the deployment center. Any Common Access Card issued to deploying personnel shall contain the access permissions allowed by the letter of authorization issued in accordance with paragraph (c)(4) of this clause.

(iv) Special area, country, and theater clearance is obtained for personnel. Clearance requirements are in DoD Directive 4500.54, Official Temporary Duty Abroad, and DoD 4500.54-G, DoD Foreign Clearance Guide. Contractor personnel are considered non-DoD personnel traveling under DoD sponsorship.

(v) All personnel have received personal security training. At a minimum, the training shall--

(A) Cover safety and security issues facing employees overseas;

(B) Identify safety and security contingency planning activities; and

(C) Identify ways to utilize safety and security personnel and other resources appropriately.

(vi) All personnel have received isolated personnel training, if specified in the contract, in accordance with DoD Instruction 1300.23, Isolated Personnel Training for DoD Civilian and Contractors.

(vii) Personnel have received law of war training as follows:

(A) Basic training is required for all Contractor personnel authorized to accompany U.S. Armed Forces deployed outside the United States. The basic training will be provided through--

(1) A military-run training center; or

(2) A Web-based source, if specified in the contract or approved by the Contracting Officer.

(B) Advanced training, commensurate with their duties and responsibilities, may be required for some Contractor personnel as specified in the contract.

(2) The Contractor shall notify all personnel who are not a host country national, or who are not ordinarily resident in the host country, that--

(i) Such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States in accordance with the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3621, et seq.);

(ii) Pursuant to the War Crimes Act (18 U.S.C. 2441), Federal criminal jurisdiction also extends to conduct that is determined to constitute a war crime when committed by a civilian national of the United States;

(iii) Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of U.S. diplomatic, consular, military or other U.S. Government missions outside the United States (18 U.S.C. 7(9)); and

(iv) In time of declared war or a contingency operation, Contractor personnel authorized to accompany U.S. Armed Forces in the field are subject to the jurisdiction of the Uniform Code of Military Justice under 10 U.S.C. 802(a)(10).

(f) Processing and departure points. Deployed Contractor personnel shall--

(1) Process through the deployment center designated in the contract, or as otherwise directed by the Contracting Officer, prior to deploying. The deployment center will conduct deployment processing to ensure visibility and accountability of Contractor personnel and to ensure that all deployment requirements are met, including the requirements specified in paragraph (e)(1) of this clause;

(2) Use the point of departure and transportation mode directed by the Contracting Officer; and

(3) Process through a Joint Reception Center (JRC) upon arrival at the deployed location. The JRC will validate personnel accountability, ensure that specific designated operational area entrance requirements are met, and brief Contractor personnel on theater-specific policies and procedures.

(g) Personnel data.

(1) The Contractor shall enter before deployment and maintain data for all Contractor personnel that are authorized to accompany U.S. Armed Forces deployed outside the United States as specified in paragraph (b)(1) of this clause. The Contractor shall use the Synchronized Predeployment and Operational Tracker (SPOT) web-based system, at http://www.dod.mil/bta/products/spot.html, to enter and maintain the data.

(2) The Contractor shall ensure that all employees in the database have a current DD Form 93, Record of Emergency Data Card, on file with both the Contractor and the designated Government official. The Contracting Officer will inform the Contractor of the Government official designated to receive this data card.

(h) Contractor personnel.

(1) The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any Contractor personnel who jeopardize or interfere with mission accomplishment or who fail to comply with or violate applicable requirements of this contract. Such action may be taken at the Government's discretion without prejudice to its rights under any other provision of this contract, including the Termination for Default clause.

(2) The Contractor shall have a plan on file showing how the Contractor would replace employees who are unavailable for deployment or who need to be replaced during deployment. The Contractor shall keep this plan current and shall provide a copy to the Contracting Officer upon request. The plan shall--

(i) Identify all personnel who are subject to military mobilization;

(ii) Detail how the position would be filled if the individual were mobilized; and

(iii) Identify all personnel who occupy a position that the Contracting Officer has designated as mission essential.

(3) Contractor personnel shall report to the Combatant Commander or a designee, or through other channels such as the military police, a judge advocate, or an inspector general, any suspected or alleged conduct for which there is credible information that such conduct--

(i) Constitutes violation of the law of war; or

(ii) Occurred during any other military operations and would constitute a violation of the law of war if it occurred during an armed conflict.

(i) Military clothing and protective equipment.

(1) Contractor personnel are prohibited from wearing military clothing unless specifically authorized in writing by the Combatant Commander. If authorized to wear military clothing, Contractor personnel must--

(i) Wear distinctive patches, arm bands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures; and

(ii) Carry the written authorization with them at all times.

(2) Contractor personnel may wear military-unique organizational clothing and individual equipment (OCIE) required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.

(3) The deployment center, or the Combatant Commander, shall issue OCIE and shall provide training, if necessary, to ensure the safety and security of Contractor personnel.

(4) The Contractor shall ensure that all issued OCIE is returned to the point of issue, unless otherwise directed by the Contracting Officer.

(j) Weapons.

(1) If the Contractor requests that its personnel performing in the designated operational area be authorized to carry weapons, the request shall be made through the Contracting Officer to the Combatant Commander, in accordance

with DoD Instruction 3020.41, paragraph 6.3.4.1 or, if the contract is for security services, paragraph 6.3.5.3. The Combatant Commander will determine whether to authorize in-theater Contractor personnel to carry weapons and what weapons and ammunition will be allowed.

(2) If the Contracting Officer, subject to the approval of the Combatant Commander, authorizes the carrying of weapons--

(i) The Contracting Officer may authorize the Contractor to issue Contractor-owned weapons and ammunition to specified employees; or

(ii) The NOT APPLICABLE TO THIS CONTRACT may issue Government-furnished weapons and ammunition to the Contractor for issuance to specified Contractor employees.

(3) The Contractor shall ensure that its personnel who are authorized to carry weapons--

(i) Are adequately trained to carry and use them--

(A) Safely;

(B) With full understanding of, and adherence to, the rules of the use of force issued by the Combatant Commander; and

(C) In compliance with applicable agency policies, agreements, rules, regulations, and other applicable law;

(ii) Are not barred from possession of a firearm by 18 U.S.C. 922; and

(iii) Adhere to all guidance and orders issued by the Combatant Commander regarding possession, use, safety, and accountability of weapons and ammunition.

(4) Whether or not weapons are Government-furnished, all liability for the use of any weapon by Contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

(5) Upon redeployment or revocation by the Combatant Commander of the Contractor's authorization to issue firearms, the Contractor shall ensure that all Government-issued weapons and unexpended ammunition are returned as directed by the Contracting Officer.

(k) Vehicle or equipment licenses. Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contract in the designated operational area.

(l) Purchase of scarce goods and services. If the Combatant Commander has established an organization for the designated operational area whose function is to determine that certain items are scarce goods or services, the Contractor shall coordinate with that organization local purchases of goods and services designated as scarce, in accordance with instructions provided by the Contracting Officer.

(m) Evacuation.

(1) If the Combatant Commander orders a mandatory evacuation of some or all personnel, the Government will provide assistance, to the extent available, to United States and third country national Contractor personnel.

(2) In the event of a non-mandatory evacuation order, unless authorized in writing by the Contracting Officer, the Contractor shall maintain personnel on location sufficient to meet obligations under this contract.

(n) Next of kin notification and personnel recovery.

(1) The Contractor shall be responsible for notification of the employee-designated next of kin in the event an employee dies, requires evacuation due to an injury, or is isolated, missing, detained, captured, or abducted.

(2) In the case of isolated, missing, detained, captured, or abducted Contractor personnel, the Government will assist in personnel recovery actions in accordance with DoD Directive 3002.01E, Personnel Recovery in the Department of Defense.

(o) Mortuary affairs. Mortuary affairs for Contractor personnel who die while accompanying the U.S. Armed Forces will be handled in accordance with DoD Directive 1300.22, Mortuary Affairs Policy.

(p) Changes. In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in the place of performance or Government-furnished facilities, equipment, material, services, or site. Any change order issued in accordance with this paragraph (p) shall be subject to the provisions of the Changes clause of this contract.

(q) Subcontracts. The Contractor shall incorporate the substance of this clause, including this paragraph (q), in all subcontracts when subcontractor personnel are authorized to accompany U.S. Armed Forces deployed outside the United States in--

(1) Contingency operations;

(2) Humanitarian or peacekeeping operations; or

(3) Other military operations or military exercises, when designated by the Combatant Commander.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

252.225-7041    CORRESPONDENCE IN ENGLISH (JUNE 1997)

The Contractor shall ensure that all contract correspondence that is addressed to the United States Government is submitted in English or with an English translation.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

252.225-7043    ANTITERRORISM/FORCE PROTECTION POLICY FOR DEFENSE CONTRACTORS OUTSIDE THE UNITED STATES (MAR 2006)

(a) Definition. United States, as used in this clause, means, the 50 States, the District of Columbia, and outlying areas.

(b) Except as provided in paragraph (c) of this clause, the Contractor and its subcontractors, if performing or traveling outside the United States under this contract, shall--

(1) Affiliate with the Overseas Security Advisory Council, if the Contractor or subcontractor is a U.S. entity;

(2) Ensure that Contractor and subcontractor personnel who are U.S. nationals and are in-country on a non-transitory basis, register with the U.S. Embassy, and that Contractor and subcontractor personnel who are third country nationals comply with any security related requirements of the Embassy of their nationality;

(3) Provide, to Contractor and subcontractor personnel, antiterrorism/force protection awareness information commensurate with that which the Department of Defense (DoD) provides to its military and civilian personnel and their families, to the extent such information can be made available prior to travel outside the United States; and

(4) Obtain and comply with the most current antiterrorism/force protection guidance for Contractor and subcontractor personnel.

(c) The requirements of this clause do not apply to any subcontractor that is--

(1) A foreign government;

(2) A representative of a foreign government; or

(3) A foreign corporation wholly owned by a foreign government.

(d) Information and guidance pertaining to DoD antiterrorism/force protection can be obtained from Headquarters Department of the Army (DAMO-ODL)/ODCSOP, Telephone DSN 224-4177 or Commercial 703-695-8491.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

252.225-7044    BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIAL (JAN 2009)

(a) Definitions. As used in this clause--

Commercially available off-the-shelf (COTS) item--

(1) Means any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition of ``commercial item'' in section 2.101 of the Federal Acquisition Regulation);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. 40102), such as agricultural products and petroleum products.

"Component" means any article, material, or supply incorporated directly into construction material.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

"Domestic construction material" means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if--

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

``United States" means the 50 States, the District of Columbia, and outlying areas.

(b) Domestic preference. This clause implements the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except for—

(1) Construction material valued at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation; or

(2) The construction material or components listed by the Government as follows:

TO BE DETERMINED AT TASK ORDER LEVEL

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


252.225-7045 BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIAL UNDER TRADE AGREEMENTS (NOV 2009)

(a) Definitions. As used in this clause--

Caribbean Basin country construction material means a construction material that---

(1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.

Commercially available off-the-shelf (COTS) item--

(1) Means any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition of ``commercial item'' in section 2.101 of the Federal Acquisition Regulation);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. 40102), such as agricultural products and petroleum products.

Component means any article, material, or supply incorporated directly into construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Designated country means--

(1) ) A World Trade Organization Government Procurement Agreement (WTO GPA) country (Aruba, Austria, Belgium, Bulgaria, Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan (known in the World Trade Organization as ``the Separate Customs Territory of Taiwan, Penghu, Kinmen, and Matsu'' (Chinese Taipei)), or the United Kingdom);

(2) A Free Trade Agreement country (Australia, Bahrain, Canada, Chile, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Mexico, Morocco, Nicaragua, Peru, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, East Timor, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Maldives, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, Tanzania, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Netherlands Antilles, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, or Trinidad and Tobago).

Designated country construction material means a construction material that is a WTO GPA country construction material, a Free Trade Agreement country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if--

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

Free Trade Agreement country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Free Trade Agreement country into a new and different construction material distinct from the material from which it was transformed.

Least developed country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

United States means the 50 States, the District of Columbia, and outlying areas.

WTO GPA country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

(b) This clause implements the Balance of Payments Program by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements apply to this acquisition. Therefore, the Balance of Payments Program restrictions are waived for designated country construction materials.

(c) The Contractor shall use only domestic or designated country construction material in performing this contract, except for--

(1) Construction material valued at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation; or

(2) The construction material or components listed by the Government as follows:

TO BE DETERMINED IN TASK ORDER

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

252.227-7013    RIGHTS IN TECHNICAL DATA--NONCOMMERCIAL ITEMS.  (NOV 1995)

(a) Definitions. As used in this clause:

(1) Computer data base means a collection of data recorded in a form capable of being processed by a computer. The term does not include computer software.

(2) Computer program means a set of instructions, rules, or routines recorded in a form that is capable of causing a computer to perform a specific operation or series of operations.

(3) Computer software means computer programs, source code, source code listings, object code listings, design details, algorithms, processes, flow charts, formulae and related material that would enable the software to be reproduced, recreated, or recompiled. Computer software does not include computer data bases or computer software documentation.

(4) Computer software documentation means owner's manuals, user's manuals, installation instructions, operating instructions, and other similar items, regardless of storage medium, that explain the capabilities of the computer software or provide instructions for using the software.

(5) Detailed manufacturing or process data means technical data that describe the steps, sequences, and conditions of manufacturing, processing or assembly used by the manufacturer to produce an item or component or to perform a process.

(6) Developed means that an item, component, or process exists and is workable. Thus, the item or component must have been constructed or the process practiced. Workability is generally established when the item, component, or process has been analyzed or tested sufficiently to demonstrate to reasonable people skilled in the applicable art that there is a high probability that it will operate as intended. Whether, how much, and what type of analysis or testing is

required to establish workability depends on the nature of the item, component, or process, and the state of the art. To be considered "developed," the item, component, or process need not be at the stage where it could be offered for sale or sold on the commercial market, nor must the item, component, or process be actually reduced to practice within the meaning of Title 35 of the United States Code.

(7) Developed exclusively at private expense means development was accomplished entirely with costs charged to indirect cost pools, costs not allocated to a government contract, or any combination thereof.

(i) Private expense determinations should be made at the lowest practicable level.

(ii) Under fixed-price contracts, when total costs are greater than the firm-fixed-price or ceiling price of the contract, the additional development costs necessary to complete development shall not be considered when determining whether development was at government, private, or mixed expense.

(8) Developed exclusively with government funds means development was not accomplished exclusively or partially at private expense.

(9) Developed with mixed funding means development was accomplished partially with costs charged to indirect cost pools and/or costs not allocated to a government contract, and partially with costs charged directly to a government contract.

(10) Form, fit, and function data means technical data that describes the required overall physical, functional, and performance characteristics (along with the qualification requirements, if applicable) of an item, component, or process to the extent necessary to permit identification of physically and functionally interchangeable items.

(11) Government purpose means any activity in which the United States Government is a party, including cooperative agreements with international or multi-national defense organizations, or sales or transfers by the United States Government to foreign governments or international organizations. Government purposes include competitive procurement, but do not include the rights to use, modify, reproduce, release, perform, display, or disclose technical data for commercial purposes or authorize others to do so.

(12) Government purpose rights means the rights to--

(i) Use, modify, reproduce, release, perform, display, or disclose technical data within the Government without restriction; and

(ii) Release or disclose technical data outside the Government and authorize persons to whom release or disclosure has been made to use, modify, reproduce, release, perform, display, or disclose that data for United States government purposes.

(13) Limited rights means the rights to use, modify, reproduce, release, perform, display, or disclose technical data, in whole or in part, within the Government. The Government may not, without the written permission of the party asserting limited rights, release or disclose the technical data outside the Government, use the technical data for manufacture, or authorize the technical data to be used by another party, except that the Government may reproduce, release or disclose such data or authorize the use or reproduction of the data by persons outside the Government if reproduction, release, disclosure, or use is--

(i) Necessary for emergency repair and overhaul; or

(ii) A release or disclosure of technical data (other than detailed manufacturing or process data) to, or use of such data by, a foreign government that is in the interest of the Government and is required for evaluational or informational purposes;

(iii) Subject to a prohibition on the further reproduction, release, disclosure, or use of the technical data; and

(iv) The contractor or subcontractor asserting the restriction is notified of such reproduction, release, disclosure, or use.

(14) Technical data means recorded information, regardless of the form or method of the recording, of a scientific or technical nature (including computer software documentation). The term does not include computer software or data incidental to contract administration, such as financial and/or management information.

(15) Unlimited rights means rights to use, modify, reproduce, perform, display, release, or disclose technical data in whole or in part, in any manner, and for any purpose whatsoever, and to have or authorize others to do so.

(b) Rights in technical data. The Contractor grants or shall obtain for the Government the following royalty free, world-wide, nonexclusive, irrevocable license rights in technical data other than computer software documentation (see the Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation clause of this contract for rights in computer software documentation):

(1) Unlimited rights.

The Government shall have unlimited rights in technical data that are--

(i) Data pertaining to an item, component, or process which has been or will be developed exclusively with Government funds;

(ii) Studies, analyses, test data, or similar data produced for this contract, when the study, analysis, test, or similar work was specified as an element of performance;

(iii) Created exclusively with Government funds in the performance of a contract that does not require the development, manufacture, construction, or production of items, components, or processes;

(iv) Form, fit, and function data;

(v) Necessary for installation, operation, maintenance, or training purposes (other than detailed manufacturing or process data);

(vi) Corrections or changes to technical data furnished to the Contractor by the Government;

(vii) Otherwise publicly available or have been released or disclosed by the Contractor or subcontractor without restrictions on further use, release or disclosure, other than a release or disclosure resulting from the sale, transfer, or other assignment of interest in the technical data to another party or the sale or transfer of some or all of a business entity or its assets to another party;

(viii) Data in which the Government has obtained unlimited rights under another Government contract or as a result of negotiations; or

(ix) Data furnished to the Government, under this or any other Government contract or subcontract thereunder, with--

(A) Government purpose license rights or limited rights and the restrictive condition(s) has/have expired; or

(B) Government purpose rights and the Contractor's exclusive right to use such data for commercial purposes has expired.

(2) Government purpose rights.

(i) The Government shall have government purpose rights for a five-year period, or such other period as may be negotiated, in technical data--

(A) That pertain to items, components, or processes developed with mixed funding except when the Government is entitled to unlimited rights in such data as provided in paragraphs (b)(ii) and (b)(iv) through (b)(ix) of this clause; or

(B) Created with mixed funding in the performance of a contract that does not require the development, manufacture, construction, or production of items, components, or processes.

(ii) The five-year period, or such other period as may have been negotiated, shall commence upon execution of the contract, subcontract, letter contract (or similar contractual instrument), contract modification, or option exercise that required development of the items, components, or processes or creation of the data described in paragraph (b)(2)(i)(B) of this clause. Upon expiration of the five-year or other negotiated period, the Government shall have unlimited rights in the technical data.

(iii) The Government shall not release or disclose technical data in which it has government purpose rights unless-

(A) Prior to release or disclosure, the intended recipient is subject to the non-disclosure agreement at 227.7103-7 of the Defense Federal Acquisition Regulation Supplement (DFARS); or

(B) The recipient is a Government contractor receiving access to the data for performance of a Government contract that contains the clause at DFARS 252.227-7025, Limitations on the Use or Disclosure of Government-Furnished Information Marked with Restrictive Legends.

(iv) The Contractor has the exclusive right, including the right to license others, to use technical data in which the Government has obtained government purpose rights under this contract for any commercial purpose during the time period specified in the government purpose rights legend prescribed in paragraph (f)(2) of this clause.

(3) Limited rights.

(i) Except as provided in paragraphs (b)(1)(ii) and (b)(1)(iv) through (b)(1)(ix) of this clause, the Government shall have limited rights in technical data--

(A) Pertaining to items, components, or processes developed exclusively at private expense and marked with the limited rights legend prescribed in paragraph (f) of this clause; or

(B) Created exclusively at private expense in the performance of a contract that does not require the development, manufacture, construction, or production of items, components, or processes.

(ii) The Government shall require a recipient of limited rights data for emergency repair or overhaul to destroy the data and all copies in its possession promptly following completion of the emergency repair/overhaul and to notify the Contractor that the data have been destroyed.

(iii) The Contractor, its subcontractors, and suppliers are not required to provide the Government additional rights to use, modify, reproduce, release, perform, display, or disclose technical data furnished to the Government with limited rights. However, if the Government desires to obtain additional rights in technical data in which it has limited rights, the Contractor agrees to promptly enter into negotiations with the Contracting Officer to determine whether there are acceptable terms for transferring such rights. All technical data in which the Contractor has granted the Government additional rights shall be listed or described in a license agreement made part of the contract. The license shall enumerate the additional rights granted the Government in such data.

(4) Specifically negotiated license rights.

The standard license rights granted to the Government under paragraphs (b)(1) through (b)(3) of this clause, including the period during which the Government shall have government purpose rights in technical data, may be modified by mutual agreement to provide such rights as the parties consider appropriate but shall not provide the Government lesser rights than are enumerated in paragraph (a)(13) of this clause. Any rights so negotiated shall be identified in a license agreement made part of this contract.

(5) Prior government rights.

Technical data that will be delivered, furnished, or otherwise provided to the Government under this contract, in which the Government has previously obtained rights shall be delivered, furnished, or provided with the pre-existing rights, unless--

(i) The parties have agreed otherwise; or

(ii) Any restrictions on the Government's rights to use, modify, reproduce, release, perform, display, or disclose the data have expired or no longer apply.

(6) Release from liability.

The Contractor agrees to release the Government from liability for any release or disclosure of technical data made in accordance with paragraph (a)(13) or (b)(2)(iii) of this clause, in accordance with the terms of a license negotiated under paragraph (b)(4) of this clause, or by others to whom the recipient has released or disclosed the data and to seek relief solely from the party who has improperly used, modified, reproduced, released, performed, displayed, or disclosed Contractor data marked with restrictive legends.

(c) Contractor rights in technical data. All rights not granted to the Government are retained by the Contractor.

(d) Third party copyrighted data. The Contractor shall not, without the written approval of the Contracting Officer, incorporate any copyrighted data in the technical data to be delivered under this contract unless the Contractor is the copyright owner or has obtained for the Government the license rights necessary to perfect a license or licenses in the deliverable data of the appropriate scope set forth in paragraph (b) of this clause, and has affixed a statement of the license or licenses obtained on behalf of the Government and other persons to the data transmittal document.

(e) Identification and delivery of data to be furnished with restrictions on use, release, or disclosure. (1) This paragraph does not apply to restrictions based solely on copyright.

(2) Except as provided in paragraph (e)(3) of this clause, technical data that the Contractor asserts should be furnished to the Government with restrictions on use, release, or disclosure are identified in an attachment to this contract (the Attachment). The Contractor shall not deliver any data with restrictive markings unless the data are listed on the Attachment.

(3) In addition to the assertions made in the Attachment, other assertions may be identified after award when based on new information or inadvertent omissions unless the inadvertent omissions would have materially affected the source selection decision. Such identification and assertion shall be submitted to the Contracting Officer as soon as practicable prior to the scheduled date for delivery of the data, in the following format, and signed by an official authorized to contractually obligate the Contractor: Identification and Assertion of Restrictions on the Government's Use, Release, or Disclosure of Technical Data.

The Contractor asserts for itself, or the persons identified below, that the Government's rights to use, release, or disclose the following technical data should be restricted--

| Technical data to be Furnished With Restrictions \1/ | Basis for Assertion \2/ | Asserted Rights Category \3/ | Name of Person Asserting Restrictions \4/ |
|---|---|---|---|

**A205**

(LIST)                    (LIST)                    (LIST)                    (LIST)

\1/ If the assertion is applicable to items, components or processes developed at private expense, identify both the data and each such items, component, or process.

\2/ Generally, the development of an item, component, or process at private expense, either exclusively or partially, is the only basis for asserting restrictions on the Government's rights to use, release, or disclose technical data pertaining to such items, components, or processes. Indicate whether development was exclusively or partially at private expense. If development was not at private expense, enter the specific reason for asserting that the Government's rights should be restricted.

\3/ Enter asserted rights category (e.g., government purpose license rights from a prior contract, rights in SBIR data generated under another contract, limited or government purpose rights under this or a prior contract, or specifically negotiated licenses).

\4/ Corporation, individual, or other person, as appropriate.
Date _____

Printed Name and Title _____

_____

Signature _____

(End of identification and assertion)

(4) When requested by the Contracting Officer, the Contractor shall provide sufficient information to enable the Contracting Officer to evaluate the Contractor's assertions. The Contracting Officer reserves the right to add the Contractor's assertions to the Attachment and validate any listed assertion, at a later date, in accordance with the procedures of the Validation of Restrictive Markings on Technical Data clause of this contract.

(f) Marking requirements. The Contractor, and its subcontractors or suppliers, may only assert restrictions on the Government's rights to use, modify, reproduce, release, perform, display, or disclose technical data to be delivered under this contract by marking the deliverable data subject to restriction. Except as provided in paragraph (f)(5) of this clause, only the following legends are authorized under this contract: the government purpose rights legend at paragraph (f)(2) of this clause; the limited rights legend at paragraph (f)(3) of this clause; or the special license rights legend at paragraph (f)(4) of this clause; and/or a notice of copyright as prescribed under 17 U.S.C. 401 or 402.

(1) General marking instructions. The Contractor, or its subcontractors or suppliers, shall conspicuously and legibly mark the appropriate legend on all technical data that qualify for such markings. The authorized legends shall be placed on the transmittal document or storage container and, for printed material, each page of the printed material containing technical data for which restrictions are asserted. When only portions of a page of printed material are subject to the asserted restrictions, such portions shall be identified by circling, underscoring, with a note, or other appropriate identifier. Technical data transmitted directly from one computer or computer terminal to another shall contain a notice of asserted restrictions. Reproductions of technical data or any portions thereof subject to asserted restrictions shall also reproduce the asserted restrictions.

(2) Government purpose rights markings. Data delivered or otherwise furnished to the Government purpose rights shall be marked as follows:

Government Purpose Rights

Contract No. _____

Contractor Name _____

Contractor Address _____

_____

Expiration Date _____

The Government's rights to use, modify, reproduce, release, perform, display, or disclose these technical data are restricted by paragraph (b)(2) of the Rights in Technical Data--Noncommercial Items clause contained in the above identified contract. No restrictions apply after the expiration date shown above. Any reproduction of technical data or portions thereof marked with this legend must also reproduce the markings.

(End of legend)

(3) Limited rights markings. Data delivered or otherwise furnished to the Government with limited rights shall be marked with the following legend:

Limited Rights

Contract No. _____

Contractor Name _____

Contractor Address _____

_____

The Government's rights to use, modify, reproduce, release, perform, display, or disclose these technical data are restricted by paragraph (b)(3) of the Rights in Technical Data--Noncommercial Items clause contained in the above identified contract. Any reproduction of technical data or portions thereof marked with this legend must also reproduce the markings. Any person, other than the Government, who has been provided access to such data must promptly notify the above named Contractor.

(End of legend)

(4) Special license rights markings. (i) Data in which the Government's rights stem from a specifically negotiated license shall be marked with the following legend:

Special License Rights

The Government's rights to use, modify, reproduce, release, perform, display, or disclose these data are restricted by Contract No. _____ (Insert contract number) _____, License No. _____ (Insert license identifier) _____. Any reproduction of technical data or portions thereof marked with this legend must also reproduce the markings.

(End of legend)

(ii) For purposes of this clause, special licenses do not include government purpose license rights acquired under a prior contract (see paragraph (b)(5) of this clause).

(5) Pre-existing data markings. If the terms of a prior contract or license permitted the Contractor to restrict the Government's rights to use, modify, reproduce, release, perform, display, or disclose technical data deliverable under this contract, and those restrictions are still applicable, the Contractor may mark such data with the appropriate restrictive legend for which the data qualified under the prior contract or license. The marking procedures in paragraph (f)(1) of this clause shall be followed.

(g) Contractor procedures and records. Throughout performance of this contract, the Contractor and its subcontractors or suppliersthat will deliver technical data with other than unlimited rights, shall--

(1) Have, maintain, and follow written procedures sufficient to assure that restrictive markings are used only when authorized by the terms of this clause; and

(2) Maintain records sufficient to justify the validity of any restrictive markings on technical data delivered under this contract.

(h) Removal of unjustified and nonconforming markings. (1) Unjustified technical data markings. The rights and obligations of the parties regarding the validation of restrictive markings on technical data furnished or to be furnished under this contract are contained in the Validation of Restrictive Markings on Technical Data clause of this contract. Notwithstanding any provision of this contract concerning inspection and acceptance, the Government may ignore or, at the Contractor's expense, correct or strike a marking if, in accordance with the procedures in the Validation of Restrictive Markings on Technical Data clause of this contract, a restrictive marking is determined to be unjustified.

(2) Nonconforming technical data markings. A nonconforming marking is a marking placed on technical data delivered or otherwise furnished to the Government under this contract that is not in the format authorized by this contract. Correction of nonconforming markings is not subject to the validation of Restrictive Markings on Technical Data clause of this contract.  If the Contracting Officer notifies the Contractor of a nonconforming marking and the Contractor fails to remove or correct such marking within sixty (60) days, the Government may ignore or, at the Contractor's expense, remove or correct any nonconforming marking.

(i) Relation to patents. Nothing contained in this clause shall imply a license to the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Government under any patent.

(j) Limitation on charges for rights in technical data. (1) The Contractor shall not charge to this contract any cost, including, but not limited to, license fees, royalties, or similar charges, for rights in technical data to be delivered under this contract when--

(i) The Government has acquired, by any means, the same or greater rights in the data; or

(ii) The data are available to the public without restrictions.

(2) The limitation in paragraph (j)(1) of this clause--

(i) Includes costs charged by a subcontractor or supplier, at any tier, or costs incurred by the Contractor to acquire rights in subcontractor or supplier technical data, if the subcontractor or supplier has been paid for such rights under any other Government contract or under a license conveying the rights to the Government; and

(ii) Does not include the reasonable costs of reproducing, handling, or mailing the documents or other media in which the technical data will be delivered.

(k) Applicability to subcontractors or suppliers. (1) The Contractor shall ensure that the rights afforded its subcontractors and suppliers under 10 U.S.C. 2320, 10 U.S.C. 2321, and the identification, assertion, and delivery processes of paragraph (e) of this clause are recognized and protected.

(2) Whenever any technical data for noncommercial items is to be obtained from a subcontractor or supplier for delivery to the Government under this contract, the Contractor shall use this same clause in the subcontract or other contractual instrument, and require its subcontractors or suppliers to do so, without alteration, except to identify the parties. No other clause shall be used to enlarge or diminish the Government's, the Contractor's, or a higher-tier subcontractor's or supplier's rights in a subcontractor's or supplier's technical data.

(3) Technical data required to be delivered by a subcontractor or supplier shall normally be delivered to the next higher-tier contractor, subcontractor, or supplier. However, when there is a requirement in the prime contract for data which may be submitted with other than unlimited rights by a subcontractor or supplier, then said subcontractor or supplier may fulfill its requirement by submitting such data directly to the Government, rather than through a higher-tier contractor, subcontractor, or supplier.

(4) The Contractor and higher-tier subcontractors or suppliers shall not use their power to award contracts as economic leverage to obtain rights in technical data from their subcontractors or suppliers.    (5) In no event shall the Contractor use its obligation to recognize and protect subcontractor or supplier rights in technical data as an excuse for failing to satisfy its contractual obligations to the Government.

(End of clause)

252.227-7014    RIGHTS IN NONCOMMERCIAL COMPUTER SOFTWARE AND NONCOMMERCIAL COMPUTER SOFTWARE DOCUMENTATION.  (JUN 1995)

(a) Definitions. As used in this clause:

(1) Commercial computer software means software developed or regularly used for nongovernmental purposes which--

(i) Has been sold, leased, or licensed to the public;

(ii) Has been offered for sale, lease, or license to the public;

(iii) Has not been offered, sold, leased, or licensed to the public but will be available for commercial sale, lease, or license in time to satisfy the delivery requirements of this contract; or

(iv) Satisfies a criterion expressed in paragraph (a)(1) (i), (ii), or (iii) of this clause and would require only minor modification to meet the requirements of this contract.

(2) Computer database means a collection of recorded data in a form capable of being processed by a computer. The term does not include computer software.

(3) Computer program means a set of instructions, rules, or routines, recorded in a form that is capable of causing a computer to perform a specific operation or series of operations.

(4) Computer software means computer programs, source code, source code listings, object code listings, design details, algorithms, processes, flow charts, formulae, and related material that would enable the software to be reproduced, recreated, or recompiled. Computer software does not include computer databases or computer software documentation.

(5) Computer software documentation means owner's manuals, user's manuals, installation instructions, operating

instructions, and other similar items, regardless of storage medium, that explain the capabilities of the computer software or provide instructions for using the software.

(6) Developed means that--

(i) A computer program has been successfully operated in a computer and tested to the extent sufficient to demonstrate to reasonable persons skilled in the art that the program can reasonably be expected to perform its intended purpose;

(ii) Computer software, other than computer programs, has been tested or analyzed to the extent sufficient to demonstrate to reasonable persons skilled in the art that the software can reasonably be expected to perform its intended purpose; or

(iii) Computer software documentation required to be delivered under a contract has been written, in any medium, in sufficient detail to comply with requirements under that contract.

(7) Developed exclusively at private expense means development was accomplished entirely with costs charged to indirect cost pools, costs not allocated to a government contract, or any combination thereof.

(i) Private expense determinations should be made at the lowest practicable level.

(ii) Under fixed-price contracts, when total costs are greater than the firm-fixed-price or ceiling price of the contract, the additional development costs necessary to complete development shall not be considered when determining whether development was at government, private, or mixed expense.

(8) Developed exclusively with government funds means development was not accomplished exclusively or partially at private expense.

(9) Developed with mixed funding means development was accomplished partially with costs charged to indirect cost pools and/or costs not allocated to a government contract, and partially with costs charged directly to a government contract.

(10) Government purpose means any activity in which the United States Government is a party, including cooperative agreements with international or multi-national defense organizations or sales or transfers by the United States Government to foreign governments or international organizations. Government purposes include competitive procurement, but do not include the rights to use, modify, reproduce, release, perform, display, or disclose computer software or computer software documentation for commercial purposes or authorize others to do so.

(11) Government purpose rights means the rights to--

(i) Use, modify, reproduce, release, perform, display, or disclose computer software or computer software documentation within the Government without restriction; and

(ii) Release or disclose computer software or computer software documentation outside the Government and authorize persons to whom release or disclosure has been made to use, modify, reproduce, release, perform, display, or disclose the software or documentation for United States government purposes.

(12) Minor modification means a modification that does not significantly alter the nongovernmental function or purpose of the software or is of the type customarily provided in the commercial marketplace.

(13) Noncommercial computer software means software that does not qualify as commercial computer software under paragraph (a)(1) of this clause.

(14) Restricted rights apply only to noncommercial computer software and mean the Government's rights to--

(i) Use a computer program with one computer at one time. The program may not be accessed by more than one terminal or central processing unit or time shared unless otherwise permitted by this contract;

(ii) Transfer a computer program to another Government agency without the further permission of the Contractor if the transferor destroys all copies of the program and related computer software documentation in its possession and notifies the licensor of the transfer. Transferred programs remain subject to the provisions of this clause;

(iii) Make the minimum number of copies of the computer software required for safekeeping (archive), backup, or modification purposes;

(iv) Modify computer software provided that the Government may--

(A) Use the modified software only as provided in paragraphs (a)(14) (i) and (iii) of this clause; and

(B) Not release or disclose the modified software except as provided in paragraphs (a)(14) (ii), (v) and (vi) of this clause;

(v) Permit contractors or subcontractors performing service contracts (see 37.101 of the Federal Acquisition Regulation) in support of this or a related contract to use computer software to diagnose and correct deficiencies in a computer program, to modify computer software to enable a computer program to be combined with, adapted to, or merged with other computer programs or when necessary to respond to urgent tactical situations, provided that--

(A) The Government notifies the party which has granted restricted rights that a release or disclosure to particular contractors or subcontractors was made;

(B) Such contractors or subcontractors are subject to the use and non-disclosure agreement at 227.7103-7 of the Defense Federal Acquisition Regulation Supplement (DFARS) or are Government contractors receiving access to the software for performance of a Government contract that contains the clause at DFARS 252.227-7025, Limitations on the Use or Disclosure of Government-Furnished Information Marked with Restrictive Legends;

(C) The Government shall not permit the recipient to decompile, disassemble, or reverse engineer the software, or use software decompiled, disassembled, or reverse engineered by the Government pursuant to paragraph (a)(14)(iv) of this clause, for any other purpose; and

(D) Such use is subject to the limitation in paragraph (a)(14)(i) of this clause; and

(vi) Permit contractors or subcontractors performing emergency repairs or overhaul of items or components of items procured under this or a related contract to use the computer software when necessary to perform the repairs or overhaul, or to modify the computer software to reflect the repairs or overhaul made, provided that--

(A) The intended recipient is subject to the use and nondisclosure agreement at DFARS 227.7103-7 or is a Government contractor receiving access to the software for performance of a Government contract that contains the clause at DFARS 252.227-7025, Limitations on the Use or Disclosure of Government-Furnished Information Marked with Restrictive Legends; and

(B) The Government shall not permit the recipient to decompile, disassemble, or reverse engineer the software, or use software decompiled, disassembled, or reverse engineered by the Government pursuant to paragraph (a)(14)(iv) of this clause, for any other purpose.

(15) Unlimited rights means rights to use, modify, reproduce, release, perform, display, or disclose computer software or computer software documentation in whole or in part, in any manner and for any purpose whatsoever, and to have or authorize others to do so.

(b) Rights in computer software or computer software documentation. The Contractor grants or shall obtain for the Government the following royalty free, world-wide, nonexclusive, irrevocable license rights in noncommercial computer software or computer software documentation. All rights not granted to the Government are retained by the Contractor.

(1) Unlimited rights. The Government shall have unlimited rights in--

(i) Computer software developed exclusively with Government funds;

(ii) Computer software documentation required to be delivered under this contract;

(iii) Corrections or changes to computer software or computer software documentation furnished to the Contractor by the Government;

(iv) Computer software or computer software documentation that is otherwise publicly available or has been released or disclosed by the Contractor or subcontractor without restriction on further use, release or disclosure, other than a release or disclosure resulting from the sale, transfer, or other assignment of interest in the software to another party or the sale or transfer of some or all of a business entity or its assets to another party;

(v) Computer software or computer software documentation obtained with unlimited rights under another Government contract or as a result of negotiations; or

(vi) Computer software or computer software documentation furnished to the Government, under this or any other Government contract or subcontract thereunder with--

(A) Restricted rights in computer software, limited rights in technical data, or government purpose license rights and the restrictive conditions have expired; or

(B) Government purpose rights and the Contractor's exclusive right to use such software or documentation for commercial purposes has expired.

(2) Government purpose rights. (i) Except as provided in paragraph (b)(1) of this clause, the Government shall have government purpose rights in computer software development with mixed funding.

(ii) Government purpose rights shall remain in effect for a period of five years unless a different period has been negotiated. Upon expiration of the five-year or other negotiated period, the Government shall have unlimited rights in the computer software or computer software documentation. The government purpose rights period shall commence upon execution of the contract, subcontract, letter contract (or similar contractual instrument), contract modification, or option exercise that required development of the computer software.

(iii) The Government shall not release or disclose computer software in which it has government purpose rights to any other person unless--

(A) Prior to release or disclosure, the intended recipient is subject to the use and non-disclosure agreement at DFARS 227.7103-7; or

(B) The recipient is a Government contractor receiving access to the software or documentation for performance of a Government contract that contains the clause at DFARS 252.227-7025, Limitations on the Use or Disclosure of Government Furnished Information Marked with Restrictive Legends.

(3) Restricted rights. (i) The Government shall have restricted rights in noncommercial computer software required to be delivered or otherwise provided to the Government under this contract that were developed exclusively at private expense.

(ii) The Contractor, its subcontractors, or suppliers are not required to provide the Government additional rights in noncommercial computer software delivered or otherwise provided to the Government with restricted rights. However, if the Government desires to obtain additional rights in such software, the Contractor agrees to promptly enter into negotiations with the Contracting Officer to determine whether there are acceptable terms for transferring such rights. All noncommercial computer software in which the Contractor has granted the Government additional rights shall be listed or described in a license agreement made part of the contract (see paragraph (b)(4) of this clause). The license shall enumerate the additional rights granted the Government.

(4) Specifically negotiated license rights. (i) The standard license rights granted to the Government under paragraphs (b)(1) through (b)(3) of this clause, including the period during which the Government shall have government purpose rights in computer software, may be modified by mutual agreement to provide such rights as the parties consider appropriate but shall not provide the Government lesser rights in computer software than are enumerated in paragraph (a)(14) of this clause or lesser rights in computer software documentation than are enumerated in paragraph (a)(13) of the Rights in Technical Data--Noncommercial Items clause of this contract.

(ii) Any rights so negotiated shall be identified in a license agreement made part of this contract.

(5) Prior government rights. Computer software or computer software documentation that will be delivered, furnished, or otherwise provided to the Government under this contract, in which the Government has previously obtained rights shall be delivered, furnished, or provided with the pre-existing rights, unless--

(i) The parties have agreed otherwise; or

(ii) Any restrictions on the Government's rights to use, modify, reproduce, release, perform, display, or disclose the data have expired or no longer apply.

(6) Release from liability. The Contractor agrees to release the Government from liability for any release or disclosure of computer software made in accordance with paragraph (a)(14) or (b)(2)(iii) of this clause, in accordance with the terms of a license negotiated under paragraph (b)(4) of this clause, or by others to whom the recipient has released or disclosed the software, and to seek relief solely from the party who has improperly used, modified, reproduced, released, performed, displayed, or disclosed Contractor software marked with restrictive legends.

(c) Rights in derivative computer software or computer software documentation. The Government shall retain its rights in the unchanged portions of any computer software or computer software documentation delivered under this contract that the Contractor uses to prepare, or includes in, derivative computer software or computer software documentation.

(d) Third party copyrighted computer software or computer software documentation. The Contractor shall not, without the written approval of the Contracting Officer, incorporate any copyrighted computer software or computer software documentation in the software or documentation to be delivered under this contract unless the Contractor is the copyright owner or has obtained for the Government the license rights necessary to perfect a license or licenses in the deliverable software or documentation of the appropriate scope set forth in paragraph (b) of this clause, and prior to delivery of such--

(1) Computer software, has provided a statement of the license rights obtained in a form acceptable to the Contracting Officer; or

(2) Computer software documentation, has affixed to the transmittal document a statement of the license rights obtained.

(e) Identification and delivery of computer software and computer software documentation to be furnished with restrictions on use, release, or disclosure. (1) This paragraph does not apply to restrictions based solely on copyright.

(2) Except as provided in paragraph (e)(3) of this clause, computer software that the Contractor asserts should be furnished to the Government with restrictions on use, release, or disclosure is identified in an attachment to this contract (the Attachment). The Contractor shall not deliver any software with restrictive markings unless the software is listed on the Attachment.

(3) In addition to the assertions made in the Attachment, other assertions may be identified after award when based on new information or inadvertent omissions unless the inadvertent omissions would have materially affected the source selection decision. Such identification and assertion shall be submitted to the Contracting Officer as soon as practicable prior to the scheduled data for delivery of the software, in the following format, and signed by an official authorized to contractually obligate the Contractor: Identification and Assertion of Restrictions on the Government's Use, Release, or Disclosure of Computer Software.

The Contractor asserts for itself, or the persons identified below, that the Government's rights to use, release, or disclose the following computer software should be restricted:

| Computer Software to be Furnished With Restrictions * | Basis for Assertion ** | Asserted Rights Category *** | Name of Person Asserting Restrictions **** |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

* Generally, development at private expense, either exclusively or partially, is the only basis for asserting restrictions on the Government's rights to use, release, or disclose computer software.

** Indicate whether development was exclusively or partially at private expense. If development was not a private expense, enter the specific reason for asserting that the Government's rights should be restricted.

*** Enter asserted rights category (e.g., restricted or government purpose rights in computer software, government purpose license rights a prior contract, rights in SBIR software generated under another contract, or specifically negotiated licenses).

**** Corporation, individual, or other person, as appropriate.

Date

Printed Name and Title

Signature

End of identification and assertion)

(4) When requested by the Contracting Officer, the Contractor shall provide sufficient information to enable the Contracting Officer to evaluate the Contractor's assertions. The Contracting Officer reserves the right to add the Contractor's assertions to the Attachment and validate any listed assertion, at a later date, in accordance with the procedures of the Validation of Asserted Restrictions--Computer Software clause of this contract.

(f) Marking requirements. The Contractor, and its subcontractors or suppliers, may only assert restrictions on the Government's rights to use, modify, reproduce, release, perform, display, or disclose computer software by marking the deliverable software or documentation subject to restriction. Except as provided in paragraph (f)(5) of this clause, only the following legends are authorized under this contract; the government purpose rights legend at paragraph (f)(2) of this clause; the restricted rights legend at paragraph (f)(3) of this clause; or the special license rights legend at paragraph (f)(4) of this clause; and/or a notice of copyright as prescribed under 17 U.S.C. 401 or

402.

(1) General marking instructions. The Contractor, or its subcontractors or suppliers, shall conspicuously and legibly mark the appropriate legend on all computer software that qualify for such markings. The authorized legends shall be placed on the transmitted document or software storage container and each page, or portions thereof, of printed material containing computer software for which restrictions are asserted. Computer software transmitted directly from one computer or computer terminal to another shall contain a notice of asserted restrictions. However, instructions that interfere with or delay the operation of computer software in order to display a restrictive rights legend or other license statement at any time prior to or during use of the computer software, or otherwise cause such interference or delay, shall not be inserted in software that will or might be used in combat or situations that simulate combat conditions, unless the Contracting Officer's written permission to deliver such software has been obtained prior to delivery. Reproductions of computer software or any portions thereof subject to asserted restrictions, shall also reproduce the asserted restrictions.

(2) Government purpose rights markings. Computer software delivered or otherwise furnished to the Government with government purpose rights shall be marked as follows:

GOVERNMENT PURPOSE RIGHTS

Contract No.

Contractor Name

Contractor Address

Expiration Date

The Government's rights to use, modify, reproduce, release, perform, display, or disclose this software are restricted by paragraph (b)(2) of the Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation clause contained in the above identified contract. No restrictions apply after the expiration date shown above. Any reproduction of the software or portions thereof marked with this legend must also reproduce the markings.

(End of legend)

(3) Restricted rights markings. Software delivered or otherwise furnished to the Government with restricted rights shall be marked with the following legend:

RESTRICTED RIGHTS

Contract No.

Contractor Name

Contractor Address

The Government's rights to use, modify, reproduce, release, perform, display, or disclose this software are restricted by paragraph (b)(3) of the Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation clause contained in the above identified contract. Any reproduction of computer software or portions thereof marked with this legend must also reproduce the markings. Any person, other than the Government, who has been provided access to such software must promptly notify the above named Contractor.

(End of legend)

(4) Special license rights markings. (i) Computer software or computer documentation in which the Government's rights stem from a specifically negotiated license shall be marked with the following legend:

SPECIAL LICENSE RIGHTS

The Government's rights to use, modify, reproduce, release, perform, display, or disclose this software are restricted by Contract No.        (Insert contract number)       , License No.       (Insert license identifier)       Any reproduction of computer software, computer software documentation, or portions thereof marked with this legend must also reproduce the markings.

(End of legend)

(ii) For purposes of this clause, special licenses do not include government purpose license rights acquired under a prior contract (see paragraph (b)(5) of this clause).

(5) Pre-existing markings. If the terms of a prior contract or license permitted the Contractor to restrict the Government's rights to use, modify, release, perform, display, or disclose computer software or computer software documentation and those restrictions are still applicable, the Contractor may mark such software or documentation with the appropriate restrictive legend for which the software qualified under the prior contract or license. The marking procedures in paragraph (f)(1) of this clause shall be followed.

(g) Contractor procedures and records. Throughout performance of this contract, the Contractor and its subcontractors or suppliers that will deliver computer software or computer software documentation with other than unlimited rights, shall--

(1) Have, maintain, and follow written procedures sufficient to assure that restrictive markings are used only when authorized by the terms of this clause; and

(2) Maintain records sufficient to justify the validity of any restrictive markings on computer software or computer software documentation delivered under this contract.

(h) Removal of unjustified and nonconforming markings. (1) Unjustified computer software or computer software documentation markings. The rights and obligations of the parties regarding the validation of restrictive markings on computer software or computer software documentation furnished or to be furnished under this contract are contained in the Validation of Asserted Restrictions--Computer Software and the Validation of Restrictive Markings on Technical Data clauses of this contract, respectively. Notwithstanding any provision of this contract concerning inspection and acceptance, the Government may ignore or, at the Contractor's expense, correct or strike a marking if, in accordance with the procedures of those clauses, a restrictive marking is determined to be unjustified.

(2) Nonconforming computer software or computer software documentation markings. A nonconforming marking is a marking placed on computer software or computer software documentation delivered or otherwise furnished to the Government under this contract that is not in the format authorized by this contract. Correction of nonconforming markings is not subject to the Validation of Asserted Restrictions--Computer Software or the Validation of Restrictive Markings on Technical Data clause of this contract. If the Contracting Officer notifies the Contractor of a nonconforming marking or markings and the Contractor fails to remove or correct such markings within sixty (60) days, the Government may ignore or, at the Contractor's expense, remove or correct any nonconforming markings.

(i) Relation to patents. Nothing contained in this clause shall imply a license to the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Government under any patent.

(j) Limitation on charges for rights in computer software or computer software documentation. (1) The Contractor shall not charge to this contract any cost, including but not limited to license fees, royalties, or similar charges, for rights in computer software or computer software documentation to be delivered under this contract when--

(i) The Government has acquired, by any means, the same or greater rights in the software or documentation; or

(ii) The software or documentation are available to the public without restrictions.

(2) The limitation in paragraph (j)(1) of this clause--

(i) Includes costs charged by a subcontractor or supplier, at any tier, or costs incurred by the Contractor to acquire rights in subcontractor or supplier computer software or computer software documentation, if the subcontractor or supplier has been paid for such rights under any other Government contract or under a license conveying the rights to the Government; and

(ii) Does not include the reasonable costs of reproducing, handling, or mailing the documents or other media in which the software or documentation will be delivered.

(k) Applicability to subcontractors or suppliers. (1) Whenever any noncommercial computer software or computer software documentation is to be obtained from a subcontractor or supplier for delivery to the Government under this contract, the Contractor shall use this same clause in its subcontracts or other contractual instruments, and require its subcontractors or suppliers to do so, without alteration, except to identify the parties. No other clause shall be used to enlarge or diminish the Government's, the Contractor's, or a higher tier subcontractor's or supplier's rights in a subcontractor's or supplier's computer software or computer software documentation.

(2) The Contractor and higher tier subcontractors or suppliers shall not use their power to award contracts as economic leverage to obtain rights in computer software or computer software documentation from their subcontractors or suppliers.

(3) The Contractor shall ensure that subcontractor or supplier rights are recognized and protected in the identification, assertion, and delivery processes required by paragraph (e) of this clause.

(4) In no event shall the Contractor use its obligation to recognize and protect subcontractor or supplier rights in computer software or computer software documentation as an excuse for failing to satisfy its contractual obligation to the Government.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


252.227-7015    TECHNICAL DATA--COMMERCIAL ITEMS.  (NOV 1995)

(a) Definitions. As used in this clause:

(1)"Commercial item" does not include commercial computer software.

(2) "Form, fit, and function data" means technical data that describes the required overall physical, functional, and performance characteristics (along with the qualification requirements, if applicable) of an item, component, or process to the extent necessary to permit identification of physically and functionally interchangeable items.

(3) The term "item" includes components or processes.

(4) "Technical data" means recorded information, regardless of the form or method of recording, of a scientific or technical nature (including computer software documentation). The term does not include computer software or data incidental to contract administration, such as financial and/or management information.

(b) License. (1) The Government shall have the unrestricted right to use, modify, reproduce, release, perform, display, or disclose technical data, and to permit others to do so, that--

(i) Have been provided to the Government or others without restrictions on use, modification, reproduction, release, or further disclosure other than a release or disclosure resulting from the sale, transfer, or other assignment of interest in the technical data to another party or the sale or transfer of some or all of a business entity or its assets to another party;

(ii) Are form, fit, and function data;

(iii) Are a correction or change to technical data furnished to the Contractor by the Government;

(iv) Are necessary for operation, maintenance, installation, or training (other than detailed manufacturing or process data); or

(v) Have been provided to the Government under a prior contract or licensing agreement through which the Government has acquired the rights to use, modify, reproduce, release, perform, display, or disclose the data without restrictions.

(2) Except as provided in paragraph (b)(1) of this clause, the Government may use, modify, reproduce, release, perform, display, or disclose technical data within the Government only. The Government shall not--

(i) Use the technical data to manufacture additional quantities of the commercial items; or

(ii) Release, perform, display, disclose, or authorize use of the technical data outside the Government without the Contractor's written permission unless a release, disclosure or permitted use is necessary for emergency repair or overhaul of the commercial items furnished under this contract.

(c) Additional license rights. The Contractor, its subcontractors, and suppliers are not required to provide the Government additional rights to use, modify, reproduce, release, perform, display, or disclose technical data. However, if the Government desires to obtain additional rights in technical data, the Contractor agrees to promptly enter into negotiations with the Contracting Officer to determine whether there are acceptable terms for transferring such rights. All technical data in which the Contractor has granted the Government additional rights shall be listed or described in a special license agreement made part of this contract. The license shall enumerate the additional rights granted the Government in such data.

(d) Release from liability. The Contractor agrees that the Government, and other persons to whom the Government may have released or disclosed technical data delivered or otherwise furnished under this contract, shall have no liability for any release or disclosure of technical data that are not marked to indicate that such data are licensed data subject to use, modification, reproduction, release, performance, display, or disclosure restrictions.

(End of clause)

252.227-7016    RIGHTS IN BID OR PROPOSAL INFORMATION  (JUN 1995)

(a) Definitions.

(1) For contracts that require the delivery of technical data, the terms "technical data" and "computer software" are defined in the Rights in Technical Data--Noncommercial Item clause of this  contract or, if this is a contract awarded

under the Small Business Innovative Research Program, the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovative Research (SBIR) Program clause of this contract.

(2) For contracts that do not require the delivery of technical data, the term "computer software" is defined in the Rights in Noncommercial Computer and Noncommercial Computer Software Documentation clause of this contract or, if this is a contract awarded under the Small Business Innovative Research Program, the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovative Research (SBIR) Program clause of this contract.

(b) Government rights to contract award. By submission of its offer, the Offeror agrees that the Government--

(1) May reproduce the bid or proposal, or any portions thereof, to the extent necessary to evaluate the offer.

(2) Except as provided in paragraph (d) of this clause, shall use information contained in the bid or proposal only for evaluational purposes and shall not disclose, directly or indirectly, such information to any person including potential evaluators, unless that person has been authorized by the head of the agency, his or her designee, or the Contracting Officer to receive such information.

(c) Government rights subsequent to contract award--The Contractor agrees--

(1) Except as provided in paragraphs (c)((2), (d), and (e) of this clause, the Government shall have the rights to use, modify, reproduce, release, perform, display, or disclose information contained in the Contractor's bid or proposal within the Government. The Government shall not release, perform, display, or disclose such information outside the Government without the Contractor's written permission.

(2) The Government's right to use, modify, reproduce, release, perform, display, or disclose information that is technical data or computer software required to be delivered under this contract are determined by the Rights in Technical Data--Noncommercial Items, Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation, or Rights in Noncommercial Technical Data and Computer Software--Small Business Innovative Research (SBIR) Program clause(s) of this contract.

(d) Government-furnished information. The Government's rights with respect to technical data or computer software contained in the Contractor's bid or proposal that were provided to the Contractor by the Government are subject only to restrictions on use, modification, reproduction, release, performance, display, or disclosure, if any, imposed by the developer or licensor of such data or software.

(e) Information available without restrictions. The Government's rights to use, modify, reproduce, release, perform, display, or, disclose information contained in a bid or proposal, including technical data or computer software, and to permit others to do so, shall not be restricted in any manner if such information has been released or disclosed to the Government or to other persons without restrictions other than a release or disclosure resulting from the sale, transfer, or other assignment of interest in the information to another party or the sale or transfer of some or all of a business entity or its assets to another party.

(f) Flowdown. Contractor shall include this clause in all subcontracts or similar contractual instruments and require its subcontractors or suppliers to do so without alteration, except to identify the parties.

(End of clause)

252.227-7019    VALIDATION OF ASSERTED RESTRICTIONS--COMPUTER SOFTWARE (JUN 1995)

(a) Definitions.

(1) As used in this clause, unless otherwise specifically indicated, the term "Contractor" means the Contractor and its subcontractors or suppliers.

(2) Other terms used in this clause are defined in the Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation clause of this contract.

(b) Justification. The Contractor shall maintain records sufficient to justify the validity of any markings that assert restrictions on the Government's rights to use, modify, reproduce, perform, display, release, or disclose computer software delivered or required to be delivered under this contract and shall be prepared to furnish to the Contracting Officer a written justification for such restrictive markings in response to a request for information under paragraph (d) or a challenge under paragraph (f) of this clause.

(c) Direct contact with subcontractors or suppliers. The Contractor agrees that the Contracting Officer may transact matters under this clause directly with subcontractors or suppliers at any tier who assert restrictions on the Government's right to use, modify, reproduce, release, perform, display, or disclose computer software. Neither this clause, nor any action taken by the Government under this clause, creates or implies privity of contract between the Government and the Contractor's subcontractors or suppliers.

(d) Requests for information.

(1) The Contracting Officer may request the Contractor to provide sufficient information to enable the Contracting Officer to evaluate the Contractor's asserted restrictions. Such information shall be based upon the records required by this clause or other information reasonably available to the Contractor.

(2) Based upon the information provided, if the--

(i) Contractor agrees that an asserted restriction is not valid, the Contracting Officer may--

(A) Strike or correct the unjustified marking at the Contractor's expense; or

(B) Return the computer software to the Contractor for correction at the Contractor's expense. If the Contractor fails to correct or strike the unjustified restrictions and return the corrected software to the Contracting Officer within sixty (60) days following receipt of the software, the Contracting Officer may correct the strike the markings at the Contractor's expense.

(ii) Contracting Officer concludes that the asserted restriction is appropriate for this contract, the Contracting Officer shall so notify the Contractor in writing.

(3) The Contractor's failure to provide a timely response to a Contracting Officer's request for information or failure to provide sufficient information to enable the Contracting Officer to evaluate an asserted restriction shall constitute reasonable grounds for questioning the validity of an asserted restriction.

(e) Government right to challenge and validate asserted restrictions. (1) The Government, when there are reasonable grounds to do so, has the right to review and challenge the validity of any restrictions asserted by the Contractor on the Government's rights to use, modify, reproduce, release, perform, display, or disclose computer software delivered, to be delivered under this contract, or otherwise provided to the Government in the performance of this contract. Except for software that is publicly available, has been furnished to the Government without restrictions, or has been otherwise made available without restrictions, the Government may exercise this right only within three years after the date(s) the software is delivered or otherwise furnished to the Government, or three years following final payment under this contract, whichever is later.

(2) The absence of a challenge to an asserted restriction shall not constitute validation under this clause. Only a Contracting Officer's final decision or actions of an agency Board of Contract Appeals or a court of competent jurisdiction that sustain the validity of an asserted restriction constitute validation of the restriction.

(f) Challenge procedures. (1) A challenge must be in writing and shall--

(i) State the specific grounds for challenging the asserted restriction;

(ii) Require the Contractor to respond within sixty (60) days;

(iii) Require the Contractor to provide justification for the assertion based upon records kept in accordance with paragraph (b) of this clause and such other documentation that are reasonably available to the Contractor, in sufficient detail to enable the Contracting Officer to determine the validity of the asserted restrictions; and

(iv) State that a Contracting Officer's final decision, during the three-year period preceding this challenge, or action of a court of competent jurisdiction or Board of Contract Appeals that sustained the validity of an identical assertion made by the Contractor (or a licensee) shall serve as justification for the asserted restriction.

(2) The Contracting Officer shall extend the time for response if the Contractor submits a written request showing the need for additional time to prepare a response.

(3) The Contracting Officer may request additional supporting documentation if, in the Contracting Officer's opinion, the Contractor's explanation does not provide sufficient evidence to justify the validity of the asserted restrictions. The Contractor agrees to promptly respond to the Contracting Officer's request for additional supporting documentation.

(4) Notwithstanding challenge by the Contracting Officer, the parties may agree on the disposition of an asserted restriction at any time prior to a Contracting Officer's final decision or, if the Contractor has appealed that decision, filed suit, or provided notice of an intent to file suit, at any time prior to a decision by a court of competent jurisdiction or Board of Contract Appeals.

(5) If the Contractor fails to respond to the Contracting Officer's request for information or additional information under paragraph (f)(1) of this clause, the Contracting Officer shall issue a final decision, in accordance with the Disputes clause of this contract, pertaining to the validity of the asserted restriction.

(6) If the Contracting Officer, after reviewing the written explanation furnished pursuant to paragraph (f)(1) of this clause, or any other available information pertaining to the validity of an asserted restriction, determines that the asserted restriction has--

(i) Not been justified, the Contracting Officer shall issue promptly a final decision, in accordance with the Disputes clause of this contract, denying the validity of the asserted restriction; or

(ii) Been justified, the Contracting Officer shall issue promptly a final decision, in accordance with the Disputes clause of this contract, validating the asserted restriction.

(7) A Contractor receiving challenges to the same asserted restriction(s) from more than one Contracting Officer shall notify each Contracting Officer of the other challenges. The notice shall also state which Contracting Officer initiated the first in time unanswered challenge. The Contracting Officer who initiated the first in time unanswered challenge, after consultation with the other Contracting Officers who have challenged the restrictions and the Contractor, shall formulate and distribute a schedule that provides the contractor a reasonable opportunity for responding to each challenge.

(g) Contractor appeal--Government obligation. (1) The Government agrees that, notwithstanding a Contracting Officer's final decision denying the validity of an asserted restriction and except as provided in paragraph (g)(3) of this clause, it will honor the asserted restriction--

(i) For a period of ninety (90) days from the date of the Contracting Officer's final decision to allow the Contractor to appeal to the appropriate Board of Contract Appeals or to file suit in an appropriate court;

(ii) For a period of one year from the date of the Contracting Officer's final decision if, within the first ninety (90) days following the Contracting Officer's final decision, the Contractor has provided notice of an intent to file suit in an appropriate court; or

(iii) Until final disposition by the appropriate Board of Contract Appeals or court of competent jurisdiction, if the Contractor has: (A) appealed to the Board of Contract Appeals or filed suit an appropriate court within ninety (90) days; or (B) submitted, within ninety (90) days, a notice of intent to file suit in an appropriate court and filed suit within one year.

(2) The Contractor agrees that the Government may strike, correct, or ignore the restrictive markings if the Contractor fails to--

(i) Appeal to a Board of Contract Appeals within ninety (90) days from the date of the Contracting Officer's final decision;

(ii) File suit in an appropriate court within ninety (90) days from such date; or

(iii) File suit within one year after the date of the Contracting Officer's final decision if the Contractor had provided notice of intent to file suit within ninety (90) days following the date of the Contracting Officer's final decision.

(3) The agency head, on a nondelegable basis, may determine that urgent or compelling circumstances do not permit awaiting the filing of suit in an appropriate court, or the rendering of a decision by a court of competent jurisdiction or Board of Contract Appeals. In that event, the agency head shall notify the Contractor of the urgent or compelling circumstances. Notwithstanding paragraph (g)(1) of this clause, the Contractor agrees that the agency may use, modify, reproduce, release, perform, display, or disclose computer software marked with (i) government purpose legends for any purpose, and authorize others to do so; or (ii) restricted or special license rights for government purposes only. The Government agrees not to release or disclose such software unless, prior to release or disclosure, the intended recipient is subject to the use and non-disclosure agreement at 227.7103-7 of the Defense Federal Acquisition Regulation Supplement (DFARS), or is a Government contractor receiving access to the software for performance of a Government contract that contains the clause at DFARS 252.227-7025, Limitations on the Use or Disclosure of Government-Furnished Information Marked with Restrictive Legends. The agency head's determination may be made at any time after the date of the Contracting Officer's final decision and shall not affect the Contractor's right to damages against the United States, or other relief provided by law, if its asserted restrictions are ultimately upheld.

(h) Final disposition of appeal or suit. If the Contractor appeals or files suit and if, upon final disposition of the appeal or suit, the Contracting Officer's decision is:

(1) Sustained--

(i) Any restrictive marking on such computer software shall be struck or corrected at the contractor's expense or ignored; and

(ii) If the asserted restriction is found not to be substantially justified, the Contractor shall be liable to the Government for payment of the cost to the Government of reviewing the asserted restriction and the fees and other expenses (as defined in 28 U.S.C. 2412(d)(2)(A)) incurred by the Government in challenging the restriction, unless special circumstances would make such payment unjust.

(2) Not sustained--

(i) The Government shall be bound by the asserted restriction; and

(ii) If the challenge by the Government is found not to have been made in good faith, the Government shall be liable to the Contractor for payment of fees and other expenses (as defined in 28 U.S.C. 2412(d)(2)(A)) incurred by the Contractor in defending the restriction.

(i) Flowdown. The Contractor shall insert this clause in all contracts, purchase orders, and other similar instruments with its subcontractors or suppliers, at any tier, who will be furnishing computer software to the Government in the performance of this contract. The clause may not be altered other than to identify the appropriate parties.

(End of clause)


252.227-7022    GOVERNMENT RIGHTS (UNLIMITED)  (MAR 1979)

The Government shall have unlimited rights, in all drawings, designs, specifications, notes and other works developed in the performance of this contract, including the right to use same on any other Government design or construction without additional compensation to the Contractor.  The Contractor hereby grants to the Government a paid-up license throughout the world to all such works to which he may assert or establish any claim under design patent or copyright laws.  The Contractor for a period of three (3) years after completion of the project agrees to furnish the original or copies of all such works on the request of the Contracting Officer.

(End of clause)


252.227-7023    DRAWINGS AND OTHER DATA TO BECOME PROPERTY OF GOVERNMENT.  (MAR 1979)

All designs, drawings, specifications, notes and other works developed in the performance of this contract shall become the sole property of the Government and may be used on any other design or construction without additional compensation to the Contractor.   The Government shall be considered the "person for whom the work was prepared" for the purpose of authorship in any copyrightable work under 17 U.S.C. 201(b). With respect thereto, the Contractor agrees not to assert or authorize others to assert any rights nor establish any claim under the design patent or copyright laws.  The Contractor for a period of three (3) years after completion of the project agrees to furnish all retained works on the request of the Contracting Officer.  Unless otherwise provided in this contract, the Contractor shall have the right to retain copies of all works beyond such period.

(End of clause)


252.227-7024    NOTICE AND APPROVAL OF RESTRICTED DESIGNS  (APR 1984)

In the performance of this contract, the Contractor shall, to the extent practicable, make maximum use of structures, machines, products, materials, construction methods, and equipment that are readily available through Government or competitive commercial channels, or through standard or proven production techniques, methods, and processes. Unless approved by the Contracting Officer, the Contractor shall not produce a design or specification that requires in this construction work the use of structures, products, materials, construction equipment, or processes that are

known by the Contractor to be available only from a sole source.  The Contractor shall promptly report any such design or specification to the Contracting Officer and give the reason why it is considered necessary to so restrict the design or specification.

(End of clause)

252.227-7025    LIMITATIONS ON THE USE OR DISCLOSURE OF GOVERNMENT-FURNISHED INFORMATION MARKED WITH RESTRICTIVE LEGENDS.  (JUN 1995)

(a)(1) For contracts requiring the delivery of technical data, the terms "limited rights" and "Government purpose rights" are  defined in the Rights in Technical Data--Noncommercial Items clause of this contract.

(2) For contracts that do not require the delivery of technical data, the terms "government purpose rights" and "restricted rights" are defined in the Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation clause of this contract.

(3) For Small Business Innovative Research program contracts, the terms "limited rights" and "restricted rights" are defined in the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovative Research (SBIR) Program clause of this contract.

(b) Technical data or computer software provided to the Contractor as Government furnished information (GFI) under this contract may be subject to restrictions on use, modification, reproduction, release, performance, display, or further disclosure.

(1) GFI marked with limited or restricted rights legends. The Contractor shall use, modify, reproduce, perform, or display technical data received from the Government with limited rights legends or computer software received with restricted rights legends only in the performance of this contract. The Contractor shall not, without the express written permission of the party whose name appears in the legend, release or disclose such data or software to any person.

(2) GFI marked with government purpose rights legends. The Contractor shall use technical data or computer software received from the Government with government purpose rights legends for government purposes only. The Contractor shall not, without the express written permission of the party whose name appears in the restrictive legend, use, modify, reproduce, release, perform, or display such data or software for any commercial purpose or disclose such data or software to a person other than its subcontractors, suppliers, or prospective subcontractors or suppliers, who require the data or software to submit offers for, or perform, contracts under this contract. Prior to disclosing the data or software, the Contractor shall require the persons to whom disclosure will be made to complete and sign the non-disclosure agreement at 227.7103-7 of the Defense Federal Acquisition Regulation Supplement (DFARS).

(3) GFI marked with specially negotiated license rights legends. The Contractor shall use, modify, reproduce, release, perform, or display technical data or computer software received from the Government with specially negotiated license legends only as permitted in the license. Such data or software may not be released or disclosed to other persons unless permitted by the license and, prior to release or disclosure, the intended recipient has completed the non-disclosure agreement at DFARS 227.7103-7. The Contractor shall modify paragraph (1)(c) of the non-disclosure agreement to reflect the recipient's obligations  regarding use, modification, reproduction, release, performance, display, and disclosure of the data or software.

(c) Indemnification and creation of third party beneficiary rights. The Contractor agrees--

(1) To indemnify and hold harmless the Government, its agents, and employees from every claim or liability, including attorneys fees, court costs, and expenses, arising out of, or in any way related to, the misuse or unauthorized modification, reproduction, release, performance, display, or disclosure of technical data or computer software received from the Government with restrictive legends by the Contractor or any person to whom the Contractor has released or disclosed such data or software; and

(2)  That the party whose name appears on the restrictive legend, in addition to any other rights it may have, is a third party beneficiary who has the right of direct action against the Contractor, or any person to whom the Contractor has released or disclosed such data or software, for the unauthorized duplication, release, or disclosure of technical data or computer software subject to restrictive legends.

(End of clause)

252.227-7026    DEFERRED DELIVERY OF TECHNICAL DATA OR COMPUTER SOFTWARE (APR 1988)

The Government shall have the right to require, at any time during the performance of this contract, within two (2) years after either acceptance of all items (other than data or computer software) to be delivered under this contract or termination of this contract, whichever is later, delivery of any technical data or computer software item identified in this contract as "deferred delivery" data or computer software.  The obligation to furnish such technical data required to be prepared by a subcontractor and pertaining to an item obtained from him shall expire two (2) years after the date Contractor accepts the last delivery of that item from that subcontractor for use in performing this contract.

(End of clause)

252.227-7027    DEFERRED ORDERING OF TECHNICAL DATA OR COMPUTER SOFTWARE (APR 1988)

In addition to technical data or computer software specified elsewhere in this contract to be delivered hereunder, the Government may, at any time during the performance of this contract or within a period of three (3) years after acceptance of all items (other than technical data or computer software) to be delivered under this contract or the termination of this contract, order any technical data or computer software generated in the performance of this contract or any subcontract hereunder.  When the technical data or computer software is ordered, the Contractor shall be compensated for converting the data or computer software into the prescribed form, for reproduction and delivery. The obligation to deliver the technical data of a subcontractor and pertaining to an item obtained from him shall expire three (3) years after the date the Contractor accepts the last delivery of that item from that subcontractor under this contract.  The Government's rights to use said data or computer software shall be pursuant to the "Rights in Technical Data and Computer Software" clause of this contract.

(End of clause)

252.227-7030    TECHNICAL DATA--WITHHOLDING OF PAYMENT (MAR 2000)

(a) If technical data specified to be delivered under this contract, is not delivered within the time specified by this contract or is deficient upon delivery (including having restrictive markings not identified in the list described in the clause at 252.227-7013(e)(2) or 252.227-7018(e)(2) of this contract), the Contracting Officer may until such data is accepted by the Government, withhold payment to the Contractor of ten percent (10%) of the total contract price or amount unless a lesser withholding is specified in the contract.  Payments shall not be withheld nor any other action

taken pursuant to this paragraph when the Contractor's failure to make timely delivery or to deliver such data without deficiencies arises out of causes beyond the control and without the fault or negligence of the Contractor.

(b) The withholding of any amount or subsequent payment to the Contractor shall not be construed as a waiver of any rights accruing to the Government under this contract.

(End of clause)

252.227-7032    RIGHTS IN TECHNICAL DATA AND COMPUTER SOFTWARE (FOREIGN) (JUN 1975)

The United States Government may duplicate, use, and disclose in any manner for any purposes whatsoever, including delivery to other governments for the furtherance of mutual defense of the United States Government and other governments, all technical data including reports, drawings and blueprints, and all computer software, specified to be delivered by the Contractor to the United States Government under this contract.

(End of clause)

252.227-7033    RIGHTS IN SHOP DRAWINGS (APR 1966)

(a) Shop drawings for construction means drawings, submitted to the Government by the Construction Contractor, subcontractor or any lower-tier subcontractor pursuant to a construction contract, showing in detail (i) the proposed fabrication and assembly of structural elements and (ii) the installation (i.e., form, fit, and attachment details) of materials or equipment.  The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(b) This clause, including this paragraph (b), shall be included in all subcontracts hereunder at any tier.

252.227-7037    VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA.  (SEP 199)

(a) Definitions. The terms used in this clause are defined in the Rights in Technical Data--Noncommercial Items clause of this contract.

(b) Contracts for commercial items--presumption of development at  private expense. Under a contract for a commercial item, component, or process, the Department of Defense shall presume that a Contractor's asserted use or release restrictions are justified on the basis that the item, component, or process was developed exclusively at private expense. The Department shall not challenge such assertions unless information the Department provides demonstrates that the item, component, or process was not developed exclusively at private expense.

(c) Justification. The Contractor or subcontractor at any tier is responsible for maintaining records sufficient to justify the validity of its markings that impose restrictions on the Government and others to use, duplicate, or disclose technical data delivered or required to be delivered under the contract or subcontract. Except under contracts for commercial items, the Contractor or subcontractor shall be prepared to furnish to the Contracting Officer a written justification for such restrictive markings in response to a challenge under paragraph (e) of this clause.

(d) Prechallenge request for information. (1) The Contracting Officer may request the Contractor or subcontractor to furnish a written explanation for any restriction asserted by the Contractor or subcontractor on the right of the United States or others to use technical data. If, upon review of the explanation submitted, the Contracting Officer remains unable to ascertain the basis of the restrictive marking, the Contracting Officer may further request the Contractor or

subcontractor to furnish additional information in the records of, or otherwise in the possession of or reasonably available to, the Contractor or subcontractor to justify the validity of any restrictive marking on technical data delivered or to be delivered under the contract or subcontract (e.g., a statement of facts accompanied with supporting documentation). The Contractor or subcontractor shall submit such written data as requested by the Contracting Officer within the time required or such longer period as may be mutually agreed.

(2) If the Contracting Officer, after reviewing the written data furnished pursuant to paragraph (d)(1) of this clause, or any other available information pertaining to the validity of a restrictive marking, determines that reasonable grounds exist to question the current validity of the marking and that continued adherence to the marking would make impracticable the subsequent competitive acquisition of the item, component, or process to which the technical data relates, the Contracting Officer shall follow the procedures in paragraph (e) of this clause.

(3) If the Contractor or subcontractor fails to respond to the Contracting Officer's request for information under paragraph (d)(1) of this clause, and the Contracting Officer determines that continued adherence to the marking would make impracticable the subsequent competitive acquisition of the item, component, or process to which the technical data relates, the Contracting Officer may challenge the validity of the marking as described in paragraph (e) of this clause.

(e) Challenge.

(1) Notwithstanding any provision of this contract concerning inspection and acceptance, if the Contracting Officer determines that a challenge to the restrictive marking is warranted, the Contracting Officer shall send a written challenge notice to the Contractor or subcontractor asserting the restrictive markings. Such challenge shall--

(i) State the specific grounds for challenging the asserted restriction;

(ii) Require a response within sixty (60) days justifying and providing sufficient evidence as to the current validity of the asserted restriction;

(iii) State that a DoD Contracting Officer's final decision, issued pursuant to paragraph (g) of this clause, sustaining the validity of a restrictive marking identical to the asserted restriction, within the three-year period preceding the challenge, shall serve as justification for the asserted restriction if the validated restriction was asserted by the same Contractor or subcontractor (or any licensee of such Contractor or subcontractor) to which such notice is being provided; and

(iv) State that failure to respond to the challenge notice may result in issuance of a final decision pursuant to paragraph (f) of this clause.

(2) The Contracting Officer shall extend the time for response as appropriate if the Contractor or subcontractor submits a written request showing the need for additional time to prepare a response.

(3) The Contractor's or subcontractor's written response shall be considered a claim within the meaning of the Contract Disputes Act of 1978 (41 U.S.C. 601, et seq.), and shall be certified in the form prescribed at 33.207 of the Federal Acquisition Regulation, regardless of dollar amount.

(4) A Contractor or subcontractor receiving challenges to the same restrictive markings from more than one Contracting Officer shall notify each Contracting Officer of the existence of more than one challenge. The notice shall also state which Contracting Officer initiated the first in time unanswered challenge. The Contracting Officer initiating the first in time unanswered challenge after consultation with the Contractor or subcontractor and the other Contracting Officers, shall formulate and distribute a schedule for responding to each of the challenge notices to all interested parties. The schedule shall afford the Contractor or subcontractor an opportunity to respond to each challenge notice. All parties will be bound by this schedule.

(f) Final decision when Contractor or subcontractor fails to respond. Upon a failure of a Contractor or subcontractor to submit any response to the challenge notice, other than a failure to respond under a contract for commercial items, the Contracting Officer will issue a final decision to the Contractor or subcontractor in accordance with the Disputes clause of this contract pertaining to the validity of the asserted restriction. This final decision shall be issued as soon as possible after the expiration of the time period of paragraph (e)(1)(ii) or (e)(2) of this clause. Following issuance of the final decision, the Contracting Officer will comply with the procedures in paragraphs (g)(2) (ii) through (iv) of this clause.

(g) Final decision when Contractor or subcontractor responds.

(1) if the Contracting Officer determines that the Contractor or subcontractor has justified the validity of the restrictive marking, the Contracting Officer shall issue a final decision to the Contractor or subcontractor sustaining the validity of the restrictive marking, and stating that the Government will continue to be bound by the restrictive marking. This final decision shall be issued within sixty (60) days after receipt of the Contractor's or subcontractor's response to the challenge notice, or within such longer period that the Contracting Officer has notified the Contractor or subcontractor that the Government will require. The notification of a longer period for issuance of a final decision will be made within sixty (60) days after receipt of the response to the challenge notice.

(2)(i) If the Contracting Officer determines that the validity of the restrictive marking is not justified, the Contracting Officer shall issue a final decision to the Contractor or subcontractor in accordance with the Disputes clause of this contract. Notwithstanding paragraph (e) of the Disputes clause, the final decision shall be issued within sixty (60) days after receipt of the Contractor's or subcontractor's response to the challenge notice, or within such longer period that the Contracting Officer has notified the Contractor or subcontractor of the longer period that the Government will require. The notification of a longer period for issuance of a final decision will be made within sixty (60) days after receipt of the response to the challenge notice.

(ii) The Government agrees that it will continue to be bound by the restrictive marking of a period of ninety (90) days from the issuance of the Contracting Officer's final decision under paragraph (g)(2)(i) of this clause. The Contractor or subcontractor agrees that, if it intends to file suit in the United States Claims Court it will provide a notice of intent to file suit to the Contracting Officer within ninety (90) days from the issuance of the Contracting Officer's final decision under paragraph (g)(2)(i) of this clause. If the Contractor or subcontractor fails to appeal, file suit, or provide a notice of intent to file suit to the Contracting Officer within the ninety (90)-day period, the Government may cancel or ignore the restrictive markings, and the failure of the Contractor or subcontractor to take the required action constitutes agreement with such Government action.

(iii) The Government agrees that it will continue to be bound by the restrictive marking where a notice of intent to file suit in the United States Claims Court is provided to the Contracting Officer within ninety (90) days from the issuance of the final decision under paragraph (g)(2)(i) of this clause. The Government will no longer be bound, and the Contractor or subcontractor agrees that the Government may strike or ignore the restrictive markings, if the Contractor or subcontractor fails to file its suit within one (1) year after issuance of the final decision. Notwithstanding the foregoing, where the head of an agency determines, on a nondelegable basis, that urgent or compelling circumstances will not permit waiting for the filing of a suit in the United States Claims Court, the Contractor or subcontractor agrees that the agency may, following notice to the Contractor or subcontractor, authorize release or disclosure of the technical data. Such agency determination may be made at any time after issuance of the final decision and will not affect the Contractor's or subcontractor's right to damages against the United States where its restrictive markings are ultimately upheld or to pursue other relief, if any, as may be provided by law.

(iv) The Government agrees that it will be bound by the restrictive marking where an appeal or suit is filed pursuant to the Contract Disputes Act until final disposition by an agency Board of Contract Appeals or the United States Claims Court. Notwithstanding the foregoing, where the head of an agency determines, on a nondelegable basis, following notice to the Contractor that urgent or compelling circumstances will not permit awaiting the decision by such Board of Contract Appeals or the United States Claims Court, the Contractor or subcontractor agrees that the agency may authorize release or disclosure of the technical data. Such agency determination may be made at any

time after issuance of the final decision and will not affect the Contractor's or subcontractor's right to damages against the United States where its restrictive markings are ultimately upheld or to pursue other relief, if any, as may be provided by law.

(h) Final disposition of appeal or suit. (1) If the Contractor or subcontractor appeals or files suit and if, upon final disposition of the appeal or suit, the Contracting Officer's decision is sustained--

(i) The restrictive marking on the technical data shall be cancelled, corrected or ignored; and

(ii) If the restrictive marking is found not to be substantially justified, the Contractor or subcontractor, as appropriate, shall be liable to the Government for payment of the cost to the Government of reviewing the restrictive marking and the fees and other expenses (as defined in 28 U.S.C. 2412(d)(2)(A)) incurred by the Government in challenging the marking, unless special circumstances would make such payment unjust.

(2) If the Contractor or subcontractor appeals or files suit and  if, upon final disposition of the appeal or suit, the Contracting Officer's decision is not sustained--

(i) The Government shall continue to be bound by the restrictive marking; and

(ii) The Government shall be liable to the Contractor or subcontractor for payment of fees and other expenses (as defined in 28 U.S.C. 2412(d)(2)(A)) incurred by the Contractor or subcontractor in defending the marking, if the challenge by the Government is found not to have been made in good faith.

(i) Duration of right to challenge. The Government may review the validity of any restriction on technical data, delivered or to be delivered under a contract, asserted by the Contractor or subcontractor. During the period within three (3) years of final payment on a contract or within three (3) years of delivery of the technical data to the Government, whichever is later, the Contracting Officer may review and make a written determination to challenge the restriction. The Government may, however, challenge a restriction on the release, disclosure or use of technical data at any time if such technical data--

(1) Is publicly available;

(2) Has been furnished to the United States without restriction; or

(3) Has been otherwise made available without restriction. Only the Contracting Officer's final decision resolving a formal challenge by sustaining the validity of a restrictive marking constitutes "validation" as addressed in 10 U.S.C. 2321.

(j) Decision not to challenge. A decision by the Government, or a determination by the Contracting Officer, to not challenge the restrictive marking or asserted restriction shall not constitute "validation."

(k) Privity of contract. The Contractor or subcontractor agrees that the Contracting Officer may transact matters under this clause directly with subcontractors at any tier that assert restrictive markings. However, this clause neither creates nor implies privity of contract between the Government and subcontractors.

(l) Flowdown. The Contractor or subcontractor agrees to insert this clause in contractual instruments with its subcontractors or suppliers at any tier requiring the delivery of technical data, except contractual instruments for commercial items or commercial components.

(End of clause)


252.228-7003    CAPTURE AND DETENTION  (DEC 1991)

(a) As used in this clause --

(1) Captured person means any employee of the Contractor who is --

(i) Assigned to duty outside the United States for the performance of this contract; and

(ii) Found to be missing from his or her place of employment under circumstances that make it appear probable that the absence is due to the action of the force of any power not allied with the United States in a common military effort; or

(iii) Known to have been taken prisoner, hostage, or otherwise detained by the force of such power, whether or not actually engaged in employment at the time of capture; provided, that at the time of capture or detention, the person was either --

(A) Engaged in activity directly arising out of and in the course of employment under this contract; or

(B) Captured in an area where required to be only in order to perform this contract.

(2) A period of detention begins with the day of capture and continues until the captured person is returned to the place of employment, the United States, or is able to be returned to the jurisdiction of the United States, or until the person's death is established or legally presumed to have occurred by evidence satisfactory to the Contracting Officer, whichever occurs first.

(3) United States comprises geographically the 50 states and the District of Columbia.

(4) War Hazards Compensation Act refers to the statute compiled in chapter 12 of title 42, U.S. Code (sections 1701-1717), as amended.

(b) If pursuant to an agreement entered into prior to capture, the Contractor is obligated to pay and has paid detention benefits to a captured person, or the person's dependents, the Government will reimburse the Contractor up to an amount equal to the lesser of --

(1) Total wage or salary being paid at the time of capture due from the Contractor to the captured person for the period of detention; or

(2) That amount which would have been payable if the detention had occurred under circumstances covered by the War Hazards Compensation Act.

(c) The period of detention shall not be considered as time spent in contract performance, and the Government shall not be obligated to make payment for that time except as provided in this clause.

(d) The obligation of the Government shall apply to the entire period of detention, except that it is subject to the availability of funds from which payment can be made. The rights and obligations of the parties under this clause shall survive prior expiration, completion, or termination of this contract.

(e) The Contractor shall not be reimbursed under this clause for payments made if the employees were entitled to compensation for capture and detention under the War Hazards Compensation Act, as amended.


252.229-7000    INVOICES EXCLUSIVE OF TAXES OR DUTIES (JUNE 1997)

Invoices submitted in accordance with the terms and conditions of this contract shall be exclusive of all taxes or

duties for which relief is available.

(End of clause)

252.231-7000   SUPPLEMENTAL COST PRINCIPLES (DEC 1991)

When the allowability of costs under this contract is determined in accordance with part 31 of the Federal Acquisition Regulation (FAR), allowability shall also be determined in accordance with part 231 of the Defense FAR Supplement, in effect on the date of this contract.

(End of clause)

252.232-7003   ELECTRONIC SUBMISSION OF PAYMENT REQUESTS AND RECEIVING REPORTS (MAR 2008)

(a) Definitions. As used in this clause--

(1) Contract financing payment and invoice payment have the meanings given in section 32.001 of the Federal Acquisition Regulation.

(2) Electronic form means any automated system that transmits information electronically from the initiating system to all affected systems. Facsimile, e-mail, and scanned documents are not acceptable electronic forms for submission of payment requests. However, scanned documents are acceptable when they are part of a submission of a payment request made using Wide Area WorkFlow (WAWF) or another electronic form authorized by the Contracting Officer.

(3) Payment request means any request for contract financing payment or invoice payment submitted by the Contractor under this contract.

(b) Except as provided in paragraph (c) of this clause, the Contractor shall submit payment requests and receiving reports using WAWF, in one of the following electronic formats that WAWF accepts: Electronic Data Interchange, Secure File Transfer Protocol, or World Wide Web input. Information regarding WAWF is available on the Internet at https://wawf.eb.mil/.

(c) The Contractor may submit a payment request and receiving report using other than WAWF only when--

(1) The Contracting Officer authorizes use of another electronic form. With such an authorization, the Contractor and the Contracting Officer shall agree to a plan, which shall include a timeline, specifying when the Contractor will transfer to WAWF;

(2) DoD is unable to receive a payment request or provide acceptance in electronic form;

(3) The Contracting Officer administering the contract for payment has determined, in writing, that electronic submission would be unduly burdensome to the Contractor. In such cases, the Contractor shall include a copy of the Contracting Officer's determination with each request for payment; or

(4) DoD makes payment for commercial transportation services provided under a Government rate tender or a contract for transportation services using a DoD-approved electronic third party payment system or other exempted

vendor payment/invoicing system (e.g., PowerTrack, Transportation Financial Management System, and Cargo and Billing System).

(d) The Contractor shall submit any non-electronic payment requests using the method or methods specified in Section G of the contract.

(e) In addition to the requirements of this clause, the Contractor shall meet the requirements of the appropriate payment clauses in this contract when submitting payments requests.

(End of clause)

252.232-7008     ASSIGNMENT OF CLAIMS (OVERSEAS) (JUNE 1997)

(a) No claims for monies due, or to become due, shall be assigned by the Contractor unless—

(1) Approved in writing by the Contracting Officer;

(2) Made in accordance with the laws and regulations of the United States of America; and

(3) Permitted by the laws and regulations of the Contractor's country.

(b) In no event shall copies of this contract of any plans, specifications, or other similar documents relating to work under this contract, if marked "Top Secret," "Secret," or "Confidential" be furnished to any assignee of any claim arising under this contract or to any other person not entitled to receive such documents. However, a copy of any part or all of this contract so marked may be furnished, or any information contained herein may be disclosed, to such assignee upon the Contracting Officer's prior written authorization.

(c) Any assignment under this contract shall cover all amounts payable under this contract and not already paid, and shall not be made to more than one party, except that any such assignment may be made to one party as agent or trustee for two or more parties participating in such financing. On each invoice or voucher submitted for payment under this contract to which any assignment applies, and for which direct payment thereof is to be made to an assignee, the Contractor shall—

(1) Identify the assignee by name and complete address; and

(2) Acknowledge the validity of the assignment and the right of the named assignee to receive payment in the amount invoiced or vouchered.

(End of clause)

252.232-7010    LEVIES ON CONTRACT PAYMENTS (DEC 2006)

(a) 26 U.S.C. 6331(h) authorizes the Internal Revenue Service (IRS) to continuously levy up to 100 percent of contract payments, up to the amount of tax debt.

(b) When a levy is imposed on a payment under this contract and the Contractor believes that the levy may result in an inability to perform the contract, the Contractor shall promptly notify the Procuring Contracting Officer in writing, with a copy to the Administrative Contracting Officer, and shall provide--

(1) The total dollar amount of the levy;

(2) A statement that the Contractor believes that the levy may result in an inability to perform the contract, including rationale and adequate supporting documentation; and

(3) Advice as to whether the inability to perform may adversely affect national security, including rationale and adequate supporting documentation.

(c) DoD shall promptly review the Contractor's assessment, and the Procuring Contracting Officer shall provide a written notification to the Contractor including--

(1) A statement as to whether DoD agrees that the levy may result in an inability to perform the contract; and

(2)(i) If the levy may result in an inability to perform the contract and the lack of performance will adversely affect national security, the total amount of the monies collected that should be returned to the Contractor; or

(ii) If the levy may result in an inability to perform the contract but will not impact national security, a recommendation that the Contractor promptly notify the IRS to attempt to resolve the tax situation.

(d) Any DoD determination under this clause is not subject to appeal under the Contract Disputes Act.

(End of clause)

252.233-7001    CHOICE OF LAW (OVERSEAS) (JUNE 1997)

This contract shall be construed and interpreted in accordance with the substantive laws of the United States of America. By the execution of this contract, the Contractor expressly agrees to waive any rights to invoke the jurisdiction of local national courts where this contract is performed and agrees to accept the exclusive jurisdiction of the United States Armed Services Board of Contract Appeals and the United States Court of Federal Claims for hearing and determination of any and all disputes that may arise under the Disputes clause of this contract.

(End of clause)

252.236-7000    MODIFICATION PROPOSALS - PRICE BREAKDOWN.  (DEC 1991)

(a) The Contractor shall furnish a price breakdown, itemized as required and within the time specified by the Contracting Officer, with any proposal for a contract modification.

(b) The price breakdown --

(1) Must include sufficient detail to permit an analysis of profit, and of all costs for --

(i) Material;

(ii) Labor;

(iii) Equipment;

(iv) Subcontracts; and

(v) Overhead; and

(2) Must cover all work involved in the modification, whether the work was deleted, added, or changed.

(c) The Contractor shall provide similar price breakdowns to support any amounts claimed for subcontracts.

(d) The Contractor's proposal shall include a justification for any time extension proposed.


252.236-7001     CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

   Title        File        Drawing No.

TO BE SPECIFIED IN EACH TASK ORDER


(End of clause)

252.236-7004    PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) Sixty (60) percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining forty (40) percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.


252.236-7005    AIRFIELD SAFETY PRECAUTIONS.  (DEC 1991)

(a) Definitions.  As used in this clause --

(1) "Landing areas means" --

(i) The primary surfaces, comprising the surface of the runway, runway shoulders, and lateral safety zones.  The length of each primary surface is the same as the runway length.  The width of each primary surface is 2,000 feet (1,000 feet on each side of the runway centerline);

(ii) The "clear zone" beyond the ends of each runway, i.e., the extension of the primary surface for a distance of 1,000 feet beyond each end of each runway;

(iii) All taxiways, plus the lateral clearance zones along each side for the length of the taxiways (the outer edge of each lateral clearance zone is laterally 250 feet from the far or opposite edge of the taxiway, e.g., a 75-foot-wide taxiway would have a combined width of taxiway and lateral clearance zones of 425 feet); and

(iv) All aircraft parking aprons, plus the area 125 feet in width extending beyond each edge all around the aprons.

(2) "Safety precaution" areas means those portions of approach-departure clearance zones and transitional zones where placement of objects incident to contract performance might result in vertical projections at or above the approach-departure clearance, or the transitional surface.

(i) "The approach-departure clearance surface" is an extension of the primary surface and the clear zone at each end

of each runway, for a distance of 50,000 feet, first along an inclined (glide angle) and then along a horizontal plane, both flaring symmetrically about the runway centerline extended.

(A) The inclined plane (glide angle) begins in the clear zone 200 feet past the end of the runway (and primary surface) at the same elevation as the end of the runway. It continues upward at a slope of 50:1 (1 foot vertically for each 50 feet horizontally) to an elevation of 500 feet above the established airfield elevation. At that point the plane becomes horizontal, continuing at that same uniform elevation to a point 50,000 feet longitudinally from the beginning of the inclined plane (glide angle) and ending there.

(B) The width of the surface at the beginning of the inclined plane (glide angle) is the same as the width of the clear zone. It then flares uniformly, reaching the maximum width of 16,000 feet at the end.

(ii) The "approach-departure clearance zone" is the ground area under the approach-departure clearance surface.

(iii) The "transitional surface" is a sideways extension of all primary surfaces, clear zones, and approach-departure clearance surfaces along inclined planes.

(A) The inclined plane in each case begins at the edge of the surface.

(B) The slope of the incline plane is 7:1 (1 foot vertically for each 7 feet horizontally). It continues to the point of intersection with the --

(1) Inner horizontal surface (which is the horizontal plane 150 feet above the established airfield elevation); or

(2) Outer horizontal surface (which is the horizontal plane 500 feet above the established airfield elevation), whichever is applicable.

(iv) The "transitional zone" is the ground area under the transitional surface. (It adjoins the primary surface, clear zone, and approach-departure clearance zone.)

(b) General. (1) The Contractor shall comply with the requirements of this clause while --

(i) Operating all ground equipment (mobile or stationary);

(ii) Placing all materials; and

(iii) Performing all work, upon and around all airfields.

(2) The requirements of this clause are in addition to any other safety requirements of this contract.

(c) The Contractor shall -

(1) Report to the Contracting Officer before initiating any work;

(2) Notify the Contracting Officer of proposed changes to locations and operations;

(3) Not permit either its equipment or personnel to use any runway for purposes other than aircraft operation without permission of the Contracting Officer, unless the runway is -

(i) Closed by order of the Contracting Officer; and

(ii) Marked as provided in paragraph (d)(2) of this clause;

(4) Keep all paved surfaces, such as runways, taxiways, and hardstands, clean at all times and, specifically, free from

small stones which might damage aircraft propellers or jet aircraft;

(5) Operate mobile equipment according to the safety provisions of this clause, while actually performing work on the airfield. At all other times, the Contractor shall remove all mobile equipment to locations -

(i) Approved by the Contracting Officer;

(ii) At a distance of at least 750 feet from the runway centerline, plus any additional distance; and

(iii) Necessary to ensure compliance with the other provisions of this clause; and

(6) Not open a trench unless material is on hand and ready for placing in the trench. As soon as practicable after material has been placed and work approved, the Contractor shall backfill and compact trenches as required by the contract. Meanwhile, all hazardous conditions shall be marked and lighted in accordance with the other provisions of this clause.

(d) Landing areas. The Contractor shall -

(1) Place nothing upon the landing areas without the authorization of the Contracting Officer;

(2) Outline those landing areas hazardous to aircraft, using (unless otherwise authorized by the Contracting Officer) red flags by day, and electric, battery-operated low-intensity red flasher lights by night;

(3) Obtain, at an airfield where flying is controlled, additional permission from the control tower operator every time before entering any landing area, unless the landing area is marked as hazardous in accordance with paragraph (d)(2) of this clause;

(4) Identify all vehicles it operates in landing areas by means of a flag on a staff attached to, and flying above, the vehicle. The flag shall be three feet square, and consist of a checkered pattern of international orange and white squares of 1 foot on each side (except that the flag may vary up to ten percent from each of these dimensions);

(5) Mark all other equipment and materials in the landing areas, using the same marking devices as in paragraph (d)(2) of this clause; and

(6) Perform work so as to leave that portion of the landing area which is available to aircraft free from hazards, holes, piles of material, and projecting shoulders that might damage an airplane tire.

(e) Safety precaution areas. The Contractor shall -

(1) Place nothing upon the safety precaution areas without authorization of the Contracting Officer;

(2) Mark all equipment and materials in safety precaution areas, using (unless otherwise authorized by the Contracting Officer) red flags by day, and electric, battery-operated, low-intensity red flasher lights by night; and

(3) Provide all objects placed in safety precaution areas with a red light or red lantern at night, if the objects project above the approach-departure clearance surface or above the transitional surface.

252.236-7008   CONTRACT PRICES - BIDDING SCHEDULES.  (DEC 1991)

(a) The Government's payment for the items listed in the Bidding Schedule shall constitute full compensation to the Contractor for --

(1) Furnishing all plant, labor, equipment, appliances, and materials; and

(2) Performing all operations required to complete the work in conformity with the drawings and specifications.

(b) The Contractor shall include in the prices for the items listed in the Bidding Schedule all costs for work in the specifications, whether or not specifically listed in the Bidding Schedule.

252.243-7001    PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

When costs are a factor in any price adjustment under this contract, the contract cost principles and procedures in FAR part 31 and DFARS part 231, in effect on the date of this contract, apply.

252.243-7002    REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998)

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the Government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable acquisition regulations.

(b) In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

------------------------------------------------------------------------
(Official's Name)
------------------------------------------------------------------------
(Title)

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including--

(1) Cost or pricing data if required in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to----

(1) Requests for routine contract payments; for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustment under an incentive provision of the contract.

252.246-9999    SAFETY OF FACILITIES, INFRASTRUCTURE, AND EQUIPMENT FOR MILITARY OPERATIONS (DEVIATION) (APR 2010)

(a) Definition.  "Discipline Work Group," as used in this clause, means representives from the DoD Components, as defined in MIL-STD-3007F, who are responsible for the unification and maintenance of the Unified Facilities Criteria (JFC) documents for particular discipline areas.

(b) The Contractor shall ensure, consistent with the requirements of the applicable inspection clause in this contract, that the facilities, infrastructure, and equipment acquired, constructed, installed, repaired, maintained, or operated under this contract comply with United Facilities Criteria (UFC) 1-200-01 for –

(1) Fire protection;

(2) Structural integrity,

(3) Electrical system;

(4) Plumbing;

(5) Water treatment;

(6) Waste disposal, and

(7) Telecommunications networks.

(c) The Contractor may apply a standard equivalent to or more stringent than UFC 1-200-01 upon a written determination of the acceptability of the standard by the Contracting Officer with the concurrent of the relevant Discipline Working Group.

(End of clause)

252.247-7001    PRICE ADJUSTMENT (JAN 1997)

(a)The Contractor warrants that the prices set forth in this contract--

(1)Are based upon the wage rates, allowances, and conditions set forth in the collective bargaining agreements between the Contractor and its employees, in effect as of (insert date), and which are generally applicable to the ports where work under this contract is performed;

(2)Apply to operations by the Contractor on non-Government work as well as under this contract; and

(3) Do not include any allowance for cost increases that may--

(i)Become effective under the terms of the collective bargaining agreements after the date in paragraph (a)(1) of this clause; or

(ii)Result from modification of the collective bargaining agreements after the date in paragraph (a)(1).

(b)The Contractor shall notify the Contracting Officer within 60 days of receipt of notice of any changes (increase or

decrease) in the wage rates, allowances, fringe benefits, and conditions that apply to its direct labor employees, if the changes--

(1)Are pursuant to the provisions of the collective bargaining agreements; or

(2)Are a result of effective modifications to the agreements; and

(3)Would change the Contractor's costs to perform this contract.

(c)The Contractor shall include in its notification--

(1)A proposal for an adjustment in the contract commodity, activity, or work-hour prices; and

(2)Data, in such form as the Contracting Officer may require, explaining the--

(i)Causes;

(ii) Effective date; and

(iii)Amount of the increase or decrease in the Contractor's proposal for the adjustment.

(d)Promptly upon receipt of any notice and data described in paragraph (c), the Contractor and the Contracting Officer shall negotiate an adjustment in the existing contract commodity, activity, or man-hour prices. However, no upward adjustment of the existing commodity, activity, or work-hour prices will be allowed in excess of _____ percent per year, except as provided in the Changes clause of this contract.

(1)Changes in the contract prices shall reflect, in addition to the direct and variable indirect labor costs, the associated changes in the costs for social security, unemployment compensation, taxes, and workman's compensation insurance.

(2)There will be no adjustment to increase the dollar amount allowances of the Contractor's profit.

(3)The agreed upon adjustment, its effective date, and the revised commodity, activity, or work-hour prices for services set forth in the schedule of rates, shall be incorporated in the contract by supplemental agreement.

(e)There will be no adjustment for any changes in the quantities of labor that the Contractor contemplated for each specific commodity, except as may result from modifications of the collective bargaining agreements. For the purpose of administering this clause, the Contractor shall submit to the Contracting Officer, within five days after award, the accounting data and computations the Contractor used to determine its estimated efficiency rate in the performance of this contract, to include the Contractor's computation of the costs apportioned for each rate set forth in the schedule of rates.

(f)Failure of the parties to agree to an adjustment under this clause will be deemed to be a dispute concerning a question of fact within the meaning of the Disputes clause of this contract. The Contractor shall continue performance pending agreement on, or determination of, any such adjustment and its effective date.

(g)The Contractor shall include with the final invoice submitted under this contract a statement that the Contractor has not experienced a decrease in rates of pay for labor, or that the Contractor has given notice of all such decreases in compliance with paragraph (b) of this clause.

252.247-7023    Transportation of Supplies by Sea (MAY 2002)

(a) Definitions.  As used in this clause --

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned  by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b)(1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if--

(i) This contract is a construction contract; or

(ii) The supplies being transported are--

(A) Noncommercial items; or

(B) Commercial items that--

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it contracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules.  The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract.  Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag  vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted.  Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Maritime Administration, Office of Cargo Preference, U.S. Department of Transportation, 400 Seventh Street SW., Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information:

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) The Contractor shall provide with its final invoice under this contract a representation that to the best of its

knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer.  The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL_____

(g) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract.  In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(h) In the award of subcontracts for the types of supplies described in paragraph (b)(2) of this clause, the Contractor shall flow down the requirements of this clause as follows:

(1) The Contractor shall insert the substance of this clause, including this paragraph (h), in subcontracts that exceed the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(2) The Contractor shall insert the substance of paragraphs (a) through (e) of this clause, and this paragraph (h), in subcontracts that are at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(End of clause)

252.247-7024 Notification of Transportation of Supplies by Sea (MAR 2000)

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies.  If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor --

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause; including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties--

(1) In all subcontracts under this contract, if this contract is a construction contract; or

(2) If this contract is not a construction contract, in all subcontracts under this contract that are for--

(i) Noncommercial items; or

(ii) Commercial items that--

(A) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it subcontracts for f.o.b. destination shipment);

(B) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(C) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(End of clause)

252.225-7997

**252.225-7997 – ADDITIONAL REQUIREMENTS AND RESPONSIBILITIES RELATING TO ALLEGED CRIMES BY OR AGAINST CONTRACTOR PERSONNEL IN IRAQ AND AFGHANISTAN (DEVIATION 2010-O0014) (AUG 2010)**

(a) The Contractor shall report to the appropriate investigative authorities, identified in paragraph (c) below, any alleged offenses under—

(1) The Uniform Code of Military Justice (chapter 47 of title 10, United States code) (applicable to contractors serving with or accompanying an armed force in the field during a declared war or a contingency operation); or

(2) The Military Extraterritorial Jurisdiction Act (chapter 212 of title 18, United States Code).

(b) The Contractor shall provide to all contractor personnel who will perform work on a contract in Iraq or Afghanistan, before beginning such work, information on the following:

(1) How and where to report an alleged crime described in paragraph (a) of this clause.

(2) Where to seek victim and witness protection and assistance available to contractor personnel in connection with an alleged offense described in paragraph (a) of this clause.

(c) The appropriate investigative authorities to which suspected crimes shall be reported include the following officials— (i) US Army Criminal Investigations Division at http://www.cid.army.mil/reportacrime.html;

(ii) Air Force Office of Special Investigations at http://www.osi.andrews.af.mil/library/factsheets/factsheet.asp?id=14522;

(iii) Navy Criminal Investigative Service at http://www.ncis.navy.mil/Pages/publicdefault.aspx; or

(iv) To the command of any supported military element or the command of any base.

(d) Personnel seeking whistleblower protection from reprisals for reporting criminal acts shall seek guidance through the DoD Inspector General hotline at (800) 424-9098 or www.dodig.mil/HOTLINE/index.html. Personnel seeking other forms of victim or witness protections should contact the nearest military law enforcement office.

(End of clause)

Section 00 73 00 - Special Contract Requirements

SPECIAL CONTRACT REQUIREMENTS

SECTION 00 73 00 (ID/IQ)

SPECIAL CONTRACT REQUIREMENTS


1.0     GENERAL

1.1     REFERENCES – NOT USED

1.2     DESIGN/BUILD CONTRACT – ORDER OF PRECEDENCE

1.3     TASK ORDER PROCEDURES

1.4     SELF-PERFORMANCE OF WORK BY THE PRIME CONTRACTOR - REVISED

1.5     KEY PERSONNEL, SUBCONTRACTORS AND OUTSIDE ASSOCIATES OR CONSULTANTS

1.6     RESPONSIBILITY OF THE CONTRACTOR FOR DESIGN

1.7     WARRANTY OF DESIGN (FIRM-FIXED PRICE DESIGN-BUILD CONTRACT)

1.8     CONSTRUCTOR'S ROLE DURING DESIGN

1.9     VALUE ENGINEERING AFTER AWARD

1.10    DEVIATING FROM THE ACCEPTED DESIGN

1.11    GOVERNMENT-FURNISHED RFP DRAWINGS, SURVEYS AND SPECIFICATIONS

1.12    GOVERNMENT-FURNISHED SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION

1.13    GOVERNMENT RE-USE OF DESIGN

1.14    US ARMY CORPS OF ENGINEERS SAFETY AND HEALTH REQUIREMENTS MANUAL

1.15    SUPPLEMENTAL PRICE BREAKDOWN INFORMATION

1.16     RESERVED

1.17    COORDINATION WITH OTHER CONTRACTORS

1.18    CONTRACTOR PERFORMANCE EVALUATION

1.19    NOTICE TO PROCEED

1.20 BONDING REQUIREMENTS – REVISED

1.21 SCHEDULES, PLANS, AND SUBMITTALS REQUIRED BY THE TECHNICAL SPECIFICATIONS

1.22 INDEFINITE-DELIVERY CONTRACTS

1.23 RESERVED

1.24 ORGANIZATIONAL CONFLICT OF INTEREST CLAUSES

1.25 SEQUENCE OF DESIGN-CONSTRUCTION

1.26 RESERVED

1.27 CONTRACTOR LIAISON WITH HOST GOVERNMENT

1.28 ENGLISH SPEAKING REPRESENTATIVE

1.29 IDENTIFICATION OF EMPLOYEES

1.30 OTHER WORK

1.31 SUBMITTING PAY ESTIMATES AND PAYMENTS TO THE CONTRACTOR

1.32 CONTRACTOR'S RADIO COMMUNICATION FACILITY

1.33 RESERVED

1.34 IMPLEMENTING EQUIPMENT GUARANTEES

1.35 SAFEGUARDING OF INFORMATION

1.36 REQUIRED INSURANCE

1.37 WORKERS COMPENSATION INSURANCE (DEFENSE BASE ACT) – CONSTRUCTION

1.38 PUBLIC RELEASE OF INFORMATION

1.39 MEDIA RELATIONS

1.40 PRINTED MATERIALS

1.41 IRREVOCABLE LETTER OF CREDIT (ILC) - REVISED

1.42 PRECONSTRUCTION MEETING

1.43 MILITARY BASE SECURITY

1.44   MILITARY BASE RULES AND REGULATIONS

1.45   RESERVED

1.46   CONFIRMATION OF PAYMENTS TO ALL LOWER TIER SUBCONTRACTORS

1.47   INSTALLATION ACCESS

1.48   INDIVIDUALS/WORKERS FROM COUNTRIES OF CONCERN

1.49   OPERATIONS AND STORAGE AREAS

2.0   TASK ORDER SPECIFIC CLAUSES

3.0   CENTCOM CONTRACTING COMMAND (C3) CLAUSES

3.1   THEATER BUSINESS CLEARANCE CLAUSES FOR IRAQ/AFGHANSITAN

3.2   THEATER BUSINESS CLEARANCE CLAUSES FOR KUWAIT

3.3   THEATER BUSINESS CLEARANCE CLAUSES FOR PAKISTAN

4.0   OTHER

**A248**

1.0 GENERAL

1.1 REFERENCES - NOT USED

1.2 DESIGN/BUILD CONTRACT - ORDER OF PRECEDENCE

(a) The contract includes the standard contract clauses and schedules current at the time of contract award. It entails

(1) the solicitation in its entirety, including all drawings, cuts, and illustrations, and any amendments, and (2) the successful offeror's accepted proposal. The contract constitutes and defines the entire agreement between the Contractor and the Government. No documentation shall be omitted which in any way bears upon the terms of that agreement.

(b) In the event of conflict or inconsistency between any of the provisions of this contract, precedence shall be given in the following order:

(1) The provisions of the solicitations. (See also contract Clause: 52.236- 21, SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION.)

(2) All other provisions of the accepted proposal.

(3) Any design products including, but not limited to, plans, specifications, engineering studies and analyses, shop drawings, equipment installation drawings, etc. These are "deliverables" under the contract and are not part of the contract itself. Design products must conform to all provisions of the contract, in the order of precedence herein.

1.3 TASK ORDER PROCEDURES

(1) All multiple award contractors will be provided a fair opportunity to be considered for each task order unless the Contracting Officer determines that:

(a) The Government's need for the supplies or services is so urgent that providing a fair opportunity to all contractors would result in unacceptable delays;

(b) Only one of the contractors is capable of providing the supplies or services required at the level of quality required because the supplies or services ordered are unique or highly specialized;

(c) The task order must be issued on a sole source basis in the interest of economy and efficiency as a logical follow-on to an order already issued under the contract, provided that all awardees were given a fair opportunity to be considered for the original order; or

(d) It is necessary to place an order to satisfy a minimum guarantee.

(2) In those instances that meet one or more of the non-competitive exceptions in subparagraph (1) above, the Contracting Officer will issue a task order scope of work, as detailed as circumstances and the situation allow, requesting a complete and detailed price proposal from the given contractor. The contractor involved shall provide the Contracting Officer a detailed price proposal. A price proposal shall address to the extent practicable:

(a) The comprehensive technical and management approach to accomplish the task order work along with a draft scope of work, where appropriate, prepared by the contractor as its recommendation on how that work is to proceed;

(b) Detailed cost or pricing in accordance with the instruction set forth in the Task Order and FAR 15.403-5;

(c) Proposed schedule for completing the task order effort;

(d) Any other requested and/or pertinent information.

(3) When a price proposal is received in accordance with subparagraph (2) above, the Contracting Officer and the government's technical and pricing representatives will evaluate that proposal, conduct discussions/negotiations if necessary, settle a price and award the task order.

(4) Contractors will be provided as fair an opportunity as possible to be considered for those task order requirements that do not fall within any non-competitive exception detailed in subparagraph (1). The Contracting Officer may make deviations to this process as circumstances dictate. All proposals will be requested from contractors based upon a Statement of Work that has been either furnished by the Government or prepared by a contractor and approved by the Government.

(5) The Government will reserve the right to award task orders without prior discussions. Unsuccessful offerors will be notified in accordance with FAR 15.503(b). The two processes for competitive actions are as follows:

(a) Competitive – Streamlined Process: The Government shall issue a task order scope of work describing specific work to be performed, the performance period required, and critical milestones involved. Based on this task order scope of work involved, the contractor will provide work plans within five workdays or as otherwise stated in the scope of work. The following information shall be included unless indicated otherwise: (i) A maximum of five pages outlining the Contractor's concept of approach to satisfy the Government's technical and performance requirements; (ii) a price proposal in the level of detail sufficient to enable analysis by the Government, or a Rough Order of Magnitude (ROM) Performance Estimate including the Contractor's total ROM cost of the project with fee rate identified, whichever method is specified by the Contracting Officer; (iii) the estimated period of performance, labor skill mix with the estimate of hours to complete the task and other cost factors, i.e. materials, subcontracts, etc.; and (iv) other documents or submissions required in the task order scope of work. The Government will evaluate the Contractor's submissions, the Contractor's past performance on this and other task orders, and the price proposal or ROM cost estimate, whichever was specified. Based on the Government's evaluation, the selected contractor will be requested to submit an original and specified numbers of copies of a complete, detailed proposal. This final proposal shall address: (i) The comprehensive technical and management approach to accomplish the work; (ii) Cost and pricing information to support the estimated cost for each task order; (iii) Proposed schedule for completing the task order effort; and (iv) Any other requested and/or pertinent information that has been requested by the Contracting Officer. Upon proposal receipt, the Contracting Officer and Government's technical representatives, will evaluate the submission, conduct discussion/negotiations if necessary and award the task order.

(b) Competitive – Full Process: The Government shall issue all contractors a task order scope of work describing specific work and dates items are required, anticipated performance period, and critical milestones that describes the overall task order performance requirement. The Contractors shall provide the Contracting Officer an original and copies (as specified) of a complete, detailed proposal as already outlined above. Upon proposal receipt, the Contracting Officer and Technical Representatives will review all proposals, conduct discussions as determined necessary by the Contracting Officer, and make award consistent with the evaluation criteria set out in each Task Order Request for Proposal (RFP). Under the provisions of the Federal Acquisition Streamlining Act of 1994, 10 U.S.C. 2304 (c) (Public Law 103-355), a protest is not authorized in connection with the issuance or proposed issuance of an individual task order except for a protest on the grounds that the order increased the scope, period, or maximum value of the contract under which the order is issued.

(c) Task Order Ombudsman: The Task Order ombudsman is responsible for reviewing complaints from multiple award contractors and ensuring that all of the contractors are afforded a fair opportunity to be considered for Task Orders consistent with procedures in the contract. However, it is not within the designated Task Order contract ombudsman's authority to prevent the issuance of an order or disturb an existing order. The designated Task Order ombudsman for this contract is PARC-WIN, 255 Fort Collier Road, Winchester, VA 22601.

1.4  SELF-PERFORMANCE OF WORK BY THE PRIME CONTRACTOR

(a)  The following describes the applicable clause or requirement for self-performance of work by the Contractor, depending upon the type of solicitation (e.g., unrestricted or full or partial set-aside) and/or whether or not a price evaluation preference was provided for in the source selection evaluation.

(b)  Contract clause 52.236-1, PERFORMANCE OF WORK BY THE CONTRACTOR, is applicable to unrestricted procurement contract awards to any business except as explained in paragraphs c. and d.e., below.

(c)  Contract Clause 52.219-14, LIMITATIONS ON SUBCONTRACTING, is the applicable requirement for awards to small business concerns for solicitations that were fully or partially set-aside for Small Business, 8(a), or award to a small disadvantaged business (SDB) concern on an unrestricted procurement where an SDB concern has claimed a price evaluation preference (but see next paragraph for suspension of the SDB price preference).

(d)  The Director of Defense Procurement and Acquisition Policy has suspended the use of the price evaluation adjustment for SDBs in DoD procurements (FAR Clause 52.219-23), as required by 10 U.S.C. 2323(e)(3), because DoD exceeded its 5 percent goal for contract awards to SDBs in fiscal year 2008. The suspension will be in effect for 1 year and will be reevaluated based on the level of DoD contract awards to SDBs achieved in fiscal year 2009. This suspension applies to all solicitations issued during the period from March 13, 2009 to March 12, 2010.  Said FAR Clause is not included in or made a part of this RFP.  FAR Clause 52.219-4, relating to a 10% price evaluation preference for HUB ZONE small business concerns, is included in and made a part of this RFP.  PLEASE NOTE HOWEVER, that paragraph (b) (3) of the FAR Clause 52.219-4, is inapplicable also due to the referenced suspension of FAR Clause 52.219-23.

1.5  KEY PERSONNEL, SUBCONTRACTORS AND OUTSIDE ASSOCIATES OR CONSULTANTS

In connection with this contract, any in-house personnel, subcontractors, and outside associates or consultants will be limited to individuals or firms that were specifically identified in the Contractor's accepted proposal.  The Contractor shall obtain the Contracting Officer's written consent before making any substitution for these designated in-house personnel, subcontractors, associates, or consultants.  If the Contractor proposes a substitution, it shall submit the same type of information that was submitted in the accepted proposal to the Contracting Officer for evaluation and approval.  The level of qualifications and experience submitted in the accepted proposal or that required by the Solicitation, whichever is greater, is the minimum standard for any substitution.  This proposed substitution shall be made in a timely manner.

1.6  RESPONSIBILITY OF THE CONTRACTOR FOR DESIGN

(a)  The Contractor shall be responsible for the professional quality, technical accuracy, and the coordination of all designs, drawings, specifications, and other non-construction services furnished by the Contractor under this contract.  The Contractor shall, without additional compensation, correct or revise any errors or deficiency in its designs, drawings, specifications, and other non-construction services and perform any necessary rework or modifications, including any damage to real or personal property, resulting from the design error or omission.

(b)  The standard of care for all design services performed under this agreement shall be the care and skill ordinarily used by members of the architectural or engineering professions practicing under similar conditions at the same time and locality.  Notwithstanding the above, in the event that the contract specifies that portions of the Work be performed in accordance with a performance standard, the design services shall be performed so as to achieve such standards.

(c)  Neither the Government's review, approval or acceptance of, nor payment for, the services required under this contact shall be construed to operate as a waiver of any rights under this contract or of any cause of action arising out of the performance of this contract.  The Contractor shall be and remain liable to the Government in accordance with applicable law for all damages to the Government caused by the Contractor's negligent performance of any of these services furnished under this contract.

(d)  The rights and remedies of the Government provided for under this contract are in addition to any other rights and remedies provided by law.

(e)  If the Contractor is comprised of more than one legal entity, each entity shall be jointly and severally liable hereunder.

1.7  WARRANTY OF DESIGN (FIRM-FIXED PRICE DESIGN-BUILD CONTRACT)

(a)  The Contractor warrants that the design shall be performed in accordance with the Contract requirements. Design and design related construction not conforming to the Contract requirements shall be corrected at no additional cost to the Government.  The standard of care for design is defined in paragraph (b) of Special Contract Requirement RESPONSIBILITY OF THE CONTRACTOR FOR DESIGN.

(b)  The period of this warranty shall commence upon final completion and the Government's acceptance of the work, or in the case of the Government's beneficial occupancy of all or part of the work for its convenience, prior to final completion and acceptance, at the time of such occupancy.

(c)  This design warranty shall be effective from the above event through the Statute of Limitations and Statute of Repose, as applicable to the state that the project is located in.

(d)  The rights and remedies of the Government provided for under this clause are in addition to any other rights and remedies provided in this contract or by law.

1.8  CONSTRUCTOR'S ROLE DURING DESIGN

The Contractor's construction management key personnel shall be actively involved during the design process to effectively integrate the design and construction requirements of this contract.  In addition to the typical required construction activities, the constructor's involvement includes, but is not limited to actions such as:  integrating the design schedule into the Master Schedule to maximize the effectiveness of fast-tracking design and construction (within the limits allowed in the contract), ensuring constructability and economy of the design, integrating the shop drawing and installation drawing process into the design, executing the material and equipment acquisition programs to meet critical schedules, effectively interfacing the construction QC program with the design QC program, and maintaining and providing the design team with accurate, up-to-date redline and as-built documentation.  The Contractor shall require and manage the active involvement of key trade subcontractors in the above activities.

1.9  VALUE ENGINEERING AFTER AWARD

(a)  In reference to Contract Clause 52.248-3, VALUE ENGINEERING - CONSTRUCTION, the Government may refuse to entertain a "Value Engineering Change Proposal" (VECP) for those "performance oriented" aspects of the Solicitation documents which were addressed in the Contractor's accepted contract proposal and which were evaluated in competition with other offerors for award of this contract.

(b)  The Government may consider a VECP for those "prescriptive" aspects of the Solicitation documents, not addressed in the Contractor's accepted contract proposal or addressed but evaluated only for minimum conformance with the Solicitation requirements.

(c)  For purposes of this clause, the term "performance oriented" refers to those aspects of the design criteria or other contract requirements which allow the Offeror or Contractor certain latitude, choice of and flexibility to propose in its accepted contract offer a choice of design, technical approach, design solution, construction approach or other approach to fulfill the contract requirements.  Such requirements generally tend to be expressed in terms of functions to be performed, performance required or essential physical characteristics, without dictating a specific process or specific design solution for achieving the desired result.

(d)  In contrast, for purposes of this clause, the term "prescriptive" refers to those aspects of the design criteria or other Solicitation requirements wherein the Government expressed the design solution or other requirements in terms of specific materials, approaches, systems and/or processes to be used.  Prescriptive aspects typically allow the Offerors little or no freedom in the choice of design approach, materials, fabrication techniques, methods of installation or other approach to fulfill the contract requirements.

1.10  DEVIATING FROM THE ACCEPTED DESIGN

(a)  The Contractor shall obtain the approval of the Designer of Record and the Government's concurrence for any Contractor proposed revision to the professionally stamped and sealed and Government reviewed and concurred design, before proceeding with the revision.

(b)  The Government reserves the right to non-concur with any revision to the design, which may impact furniture, furnishings, equipment selections or operations decisions that were made, based on the reviewed and concurred design.

(c)  Any revision to the design, which deviates from the contract requirements (i.e., the Request for Proposals and the accepted proposal), will require a modification, pursuant to the Changes clause, in addition to Government concurrence.  The Government reserves the right to disapprove such a revision.

(d)  Unless the Government initiates a change to the contract requirements, or the Government determines that the Government furnished design criteria are incorrect and must be revised, any Contractor initiated proposed change to the contract requirements, which results in additional cost, shall strictly be at the Contractor's expense.

(e)  The Contractor shall track all approved revisions to the reviewed and accepted design and shall incorporate them into the as-built design documentation, in accordance with agreed procedures.  The Designer of Record shall document its professional concurrence on the as-builts for any revisions in the stamped and sealed drawings and specifications.

1.11 GOVERNMENT-FURNISHED RFP DRAWINGS, SURVEYS AND SPECIFICATIONS

This is to clarify that contract clause 252.236-7001, CONTRACT DRAWINGS AND SPECIFICATIONS, refers to any Government-furnished design or design criteria included in the Request for Proposal (RFP).

1.12 GOVERNMENT-FURNISHED SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION

This is to clarify that contract clause 252.236-21, SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION, refers to any specifications and drawings furnished in the Request for Proposal (RFP).  The term "specifications" refers to the design criteria or scope of work, in addition to any attached specifications.

1.13 GOVERNMENT RE-USE OF DESIGN

In conjunction with the Clause 252.227-7022, GOVERNMENT RIGHTS UNLIMITED, the Government will not ask for additional originals or copies of the design works after the Contractor provides all required design documentation and as-built documentation under the instant contract. Further, if the Government uses the design for other projects without additional compensation to the Contractor for re-use, the Government releases the Contractor from liability in the design on the other projects, due to defects in the design that are not the result of fraud, gross mistake as amounts to fraud, gross negligence or intentional misrepresentation.

1.14 US ARMY CORPS OF ENGINEERS SAFETY AND HEALTH REQUIREMENTS MANUAL

In accordance with Contract Clause 52.236-13, ACCIDENT PREVENTION, the Contractor shall comply with the latest version of Engineer Manual 385-1-1, including any interim revisions, in effect at the time of the solicitation. For task orders, the effective date of the Engineer Manual and any interim revisions will be the date of the request for

task order proposal. EM 385-1-1 and its changes are available at http://www.hq.usace.army.mil/hqhome/ . At the HQ homepage, select HQ Offices, scroll to Safety & Occ. Health; at the Safety and Occupational Health Home page, select EM 385-1-1, then most recent dated edition & changes, English Version (controlling with changes), then Changes to EM 385-1-1.

The prime contractor shall carry out the requirements contained in EM 385-1-1 in accordance with the following:

Report accidents in accordance with EM 385-1-1 and record accident investigations on ENG Form 3394 in accordance with the OSHA requirements at 29 CFR Part 1904. Provide to the Government Designated Authority (GDA) as specified locally.

Complete the "USACE Contractor Monthly Summary Record of Injuries/Illness and Work Hour Exposure" (for prime and its subcontractors) and forward to the GDA no later than close of business (COB) the 10th day of the following month. For example, work performed for the month of February 2005 shall be recorded and provided to the GDA by COB 10 March 2005. The method of transmission by the prime contractor to the GDA shall be locally prescribed (electronic, hardcopy).

1.15  SUPPLEMENTAL PRICE BREAKDOWN INFORMATION

After each task order award, the Government will require the Contractor to provide a price breakdown of each facility by square foot, including major building systems to the five-foot line, for programming validation purposes. There will be no separate payment for this information and the Contractor shall include it in the contract price. The Government will provide a format with the directive.

1.16  RESERVED

1.17  COORDINATION WITH OTHER CONTRACTORS

Task orders may be executed on sites with multiple contractors. Minimize interference and inconvenience through cooperation with other authorized contractors. See Contract Clause 52.236-8, Other Contracts.

1.18  CONTRACTOR PERFORMANCE EVALUATION

In accordance with the provisions of Subpart 36.201 (Evaluation of Contractor Performance) of the Federal Acquisition Regulation (FAR), construction contractor's performance shall be evaluated throughout the performance of the contract. The United States Army Corps of Engineers (USACE) follows the procedures outlined in Engineering Regulation 415-1-17 to fulfill this FAR requirement. For construction contracts and task orders awarded at or above $100,000.00, the USACE will evaluate contractor's performance and prepare a performance report using the Construction Contractor Appraisal Support System (CCASS), which is now a web-based system. After an evaluation (interim or final) is written up by the USACE, the contractor will have the ability to access, review and comment on the evaluation for a period of 30 days. Accessing and using CCASS requires specific software, called PKI certification, which is installed on the user's computer. The certification is a Department of Defense requirement and was implemented to provide security in electronic transactions. The certification software could cost approximately $110 - $125 per certificate per year and is purchased from an External Certificate Authorities (ECA) vendor. Current information about the PKI certification process and for contacting vendors can be found on the web site: http://www.cpars.csd.disa.mil/. If the Contractor wishes to participate in the performance evaluation process, access to CCASS and PKI certification is the sole responsibility of the Contractor.

1.19  NOTICE TO PROCEED

Proof of insurance must be provided within 10 calendar days of contract award. Performance and payment bonds must be provided within 15 calendar days of the contractor's receipt of the Task Order. A Notice to Proceed for each Task Order will not be issued until the Government is in receipt of proof of insurance and acceptable performance and payment bonds.

1.20 BONDING REQUIREMENTS

Performance and payment bonds will be provided on a task-order basis, except that if a task order is not issued concurrently with the contract award or the exercise of an option period, the Contractor will be required to provide a performance and a payment bond each in the amount of 100% of the minimum guaranteed amount ($) for the base period. When the next subsequent task order is issued, the contractor will be required to either increase the penal amounts of the existing bonds or obtain additional or new bonds such that the penal amounts of the performance and payment bonds each equal 100% the percentage of the task order price provided in the RFP for such task order.

1.21 SCHEDULES, PLANS, AND SUBMITTALS REQUIRED BY THE TECHNICAL SPECIFICATIONS

The Contractor will be required to provide the schedule, plans, and submittals required by the Technical Specifications on a Task Order basis, unless otherwise directed by the Contracting Officer.

1.22 INDEFINITE-DELIVERY CONTRACTS

(a) This contract is an indefinite-delivery indefinite-quantity (IDIQ) contract. All work shall be performed through issuance of task orders. The Contractor shall perform no work under this contract unless a written task order, signed by the Contracting Officer, has been issued by the Government. The Contractor shall complete all work described in the scope of work for each task order within the performance period of each task order. A US Army Corps of Engineers, Middle East District, Contracting Officer is the only person authorized to issue task orders against this contract, unless otherwise authorized by the Contracting Officer. Task Orders may be issued via FACSIMILE, with hard copy of the task order to follow. The effective date of the task order, if FACSIMILE is used, is the date the Government receives verbal or written confirmation of receipt from the Contractor.

(b) The Government reserves its right to conduct individual Task Order competitions by the use of any procurement method authorized by law, e.g. best value; lowest-price, technically acceptable; sealed bid, etc. Such method will be clearly communicated to MATOC awardees in the requisite Request for Proposal (RFP) for each Task Order. Fixed price task orders will be awarded based on the criteria set forth in each Task Order RFP. After acceptance of the fixed price task order by the Contractor, the contract price will only be adjusted to reflect changes in scope or conditions governed by other clauses (differing site conditions, etc.).

(c) The overall contract period has a guaranteed minimum amount of $10,000. The Contractor shall be paid the guaranteed minimum only if work equal to or exceeding the guaranteed minimum is not ordered in the ordering period of the contract. Funds other than the stated guaranteed minimum shall be obligated by issuance of individual task orders and not by this contract. Fund availability evidence shall be cited on each task order issued under the contract. The total estimated amount for the basic contract period and option periods is as stated in the Pricing Schedule, Section 00 11 00.

(d) In the event of any inconsistency between the contract and any task order, the terms and conditions of the contract shall control.

The scope of the initial task orders includes all work required to design-build or construct the projects identified. The work shall be in accordance with the Request for Proposal documents issued with the initial task orders.

Task Order Competition - Once all the MATOCs are awarded, task orders will be awarded against the basic ID/IQ contracts using the fair opportunity procedures discussed in FAR 16.5 in addition to the competitive source selection procedures identified in Section 863 of Public Law 107-107 and implemented in DFARS 216.505-70. Each order exceeding $3,000.00 will be awarded on a competitive basis in accordance with FAR 16.505 and DFARS 216.505-70 (c), unless an exception described in FAR 16.505(b)(2)(i) through (iv) or DFARS 216.505-70(b)(1) applies. The

unique selection criteria for each task order award will be provided in the task order request for proposal. However, the typical evaluation criteria utilized at the task order level will be:

1) Technical approach (resourcing plan, personnel qualifications, regulatory interface relationships, alternate language and cultural requirements, work plan acceptance, clear understanding of work requirements, geographic experience, technical approach, technical competency, and/or overall strategy for work execution – some or all will be used in each task order competition as determined necessary),

2) Subcontracting Plan Addendum (for US large business) is only applicable for that portion of the work contemplated to be performed in the US.

3) Utilization of U.S. Small/Local Foreign Business Plan Addendum is required for all awardees.

4) Price/price-related factors.

The evaluation will be conducted in strict accordance with the selection criteria identified in the task order request for proposal documents and documented in accordance with local policy and procedures.

1.23  RESERVED

1.24  ORGANIZATIONAL CONFLICT OF INTEREST CLAUSES

(a)  Organizational Conflict of Interest  (This clause is applicable to task orders which contain requirements for assessment and analyses of designs and specifications prepared by others.)

Since the services to be performed under this contract include the assessment and review of or comment on designs and specifications, scopes of work or work statements prepared by others, it is understood and agreed, pursuant to Subpart 9.505 of the Federal Acquisition Regulation that:

(i)  The Contractor and its affiliates, associates, subsidiaries, subcontractors, and consultants are hereby prohibited from and shall not submit bids or offers or otherwise participate directly or indirectly in the preparation of any response to any solicitation issued by the Government or perform any portion of a contract awarded by the Government, which includes all or any portion of the documents assessed, reviewed or commented upon by the Contractor under this contract.

(ii)  The Contractor has informed its affiliates, associates, subsidiaries, subcontractors, and consultants of this restriction and obtained its concurrence in it prior to execution of this contract.

(iii)  The Contractor agrees to hold the Government harmless and reimburse the Government for any monetary damages or costs the Government may incur as a result of suit or legal action instituted by the Contractor's affiliates, associates, subsidiaries, subcontractors or consultants because of the Government's subsequent rejection of bids or offers submitted by such entities in response to any solicitation identified in subparagraph a above.

(iv)  Subparagraphs a and c shall likewise apply to any affiliates, associates, subsidiaries, subcontractors and consultants established subsequent to award of this contract.

(v)  This restriction is limited to either (a)  the initial solicitation(s) issued by the Government which includes the designs or specifications, scopes of work or work statements assessed, reviewed or commented upon under the contract and which results in an award of a contract, or (b)  a period of 2 years from the date of issuance of the final payment under this contract, whichever occurs first.

(b)  Organizational Conflict of Interest  (This clause is applicable to task orders which contain requirements for the design of certain facilities or equipment and for which FAR 9.505-2 does not apply:)
Since the services to be performed under this contract include the criteria development of certain facilities or equipment, it is understood and agreed, pursuant to Subpart 9.505 of the Federal Acquisition Regulation that:

(i)  The Contractor and its affiliates, associates, subsidiaries, subcontractors, and consultants are hereby prohibited from and shall not submit bids or offers or otherwise participate directly or indirectly in the preparation of any response to any solicitation issued by the Government or perform any portion of a contract awarded by the Government, which includes all or any portion of the facilities or equipment for which criteria has been developed by the Contractor under this contract.

(ii)  The Contractor has informed its affiliates, associates, subsidiaries, subcontractors, and consultants of this restriction and obtained  its concurrence in it prior to execution of this contract.

(iii)  The Contractor agrees to hold the Government harmless and reimburse the Government for any monetary damages or costs the Government may incur as a result of suit or legal action instituted by the Contractor's affiliates, associates, subsidiaries, subcontractors or consultants because of the Government's subsequent rejection of bids or offers submitted by such entities in response to any solicitation identified in subparagraph a above.

(iv)  Subparagraphs a and c shall likewise apply to any affiliates, associates, subsidiaries, subcontractors and consultants established subsequent to award of this contract.

(v)  This restriction is limited to either (a)  the initial solicitation(s) issued by the Government which results in an award of a contract, or (b)  a period of 2 years from the date of issuance of the final payment under this contract, whichever occurs first.

(c)  Organizational Conflict of Interest  (This clause is applicable to task orders which contain requirements for the design of certain facilities or equipment, the development of criteria for certain facilities or equipment, the development of scopes of work for follow-on design or services contracts, and the development of technical specifications, design guide specifications, construction specifications or performance specifications.)
Since the services to be performed under this contract include the design of certain facilities or equipment, the development of criteria for certain facilities or equipment, the development of scopes of work for follow-on design or services contracts, and the development of technical specifications, design guide specifications, construction specifications or performance specifications, it is understood and agreed, pursuant to Subpart 9.505 of the Federal Acquisition Regulation that:

(i)  Subpart 9.505-2 of the Federal Acquisition Regulation is applicable to this contract;

(ii)  The Contractor and its affiliates, associates, subsidiaries, subcontractors, and consultants are hereby prohibited from and shall not submit bids or offers or otherwise participate directly or indirectly in the preparation of any response to a solicitation issued by the Government or perform any portion of a contract awarded by the Government, which includes all or any portion of the facilities or equipment designed or redesigned by the Contractor under this contract, that includes the criteria for certain facilities or equipment developed by the Contractor under this contract, or contains the scopes of work or technical, design guide, construction or performance specifications developed under this contract.

(iii)   The Contractor has informed its affiliates, associates, subsidiaries, subcontractors, and consultants of this restriction and obtained  its concurrence in it prior to execution of this contract.

(iv)   The Contractor agrees to hold the Government harmless and reimburse the Government for any monetary damages or costs the Government may incur as a result of suit or legal action instituted by the Contractor's affiliates, associates, subsidiaries, subcontractors or consultants because of the Government's subsequent rejection of bids or offers submitted by such entities in response to any solicitation identified in subparagraph b above.

(v)  Subparagraphs ii and iv shall likewise apply to any affiliates, associates, subsidiaries, subcontractors and consultants established subsequent to award of this contract.

(vi)  This restriction is limited to either (a)  the initial solicitation(s) issued by the Government which results in an

award of a contract, or (b) a period of 2 years from the date of issuance of the final payment under this contract, whichever occurs first.

## 1.25 SEQUENCE OF DESIGN-CONSTRUCTION

(a) After receipt of the Contract Notice to Proceed (NTP) the Contractor shall initiate design, comply with all design submission requirements as covered under Division 01 General Requirements, and obtain Government review of each submission. No construction may be started, until the Government reviews the Final Design submission and determines it satisfactory for purposes of beginning construction. The ACO or COR will notify the Contractor when the design is cleared for construction. The Government will not grant any time extension for any design resubmittal required when, in the opinion of the ACO or COR, the initial submission failed to meet the minimum quality requirements as set forth in the Contract.

(b) If the Government allows the Contractor to proceed with limited construction based on pending minor revisions to the reviewed Final Design submission, no payment will be made for any in-place construction related to the pending revisions until they are completed, resubmitted and are satisfactory to the Government.

(c) No payment will be made for any in-place construction until all required submitttals have been made, reviewed and are satisfactory to the Government.

## 1.26 RESERVED

## 1.27 CONTRACTOR LIAISON WITH HOST GOVERNMENT

All communication by the Contractor with all officials, representatives and/or offices of the Host Government in all matters pertaining to the design or construction of this contract, shall be through and in full liaison with the Contracting Officer. This does not relinquish Contractor responsibility for obtaining routine items to conduct day-to-day business, such as visas, permits, and custom clearances.

## 1.28 ENGLISH SPEAKING REPRESENTATIVE

At all times when any performance of the work at any site is being conducted by any employee of the Contractor or his subcontractors, the Contractor shall have a representative present at each site who has the capability of receiving instructions in the English language, fluently speaking the English language and explaining the work operations to persons performing the work in the language that those performing the work are capable of understanding. The Contracting Officer shall have the right to determine whether the proposed representative has sufficient technical and lingual capabilities, and the Contractor shall immediately replace any individual not acceptable to the Contracting Officer.

## 1.29 IDENTIFICATION OF EMPLOYEES

The Contractor shall be responsible for furnishing to each employee engaged on the work to display such identification as may be approved and directed by the Contracting Officer. All prescribed identification shall immediately be delivered to the Contracting Officer for cancellation upon the release of any employee. When required by the Contracting Officer, the Contractor shall obtain and submit fingerprints of all persons employed or to be employed on the project.

## 1.30 OTHER WORK

The Contractor shall fully cooperate with other Contractors, utility companies, and Government employees engaged in other work on and/or adjacent to the work to be performed under this contract. The Contractor shall coordinate the work herein and the use of haul roads, aggregate sources, and utilities that become a joint responsibility. Any damage resulting from the use of facilities of other Contractors shall immediately be repaired to the satisfaction of, or as directed by the Contracting Officer.

1.31  SUBMITTING PAY ESTIMATES AND PAYMENTS TO THE CONTRACTOR

The Contractor shall use Engineer Form 93 (ENG 93), Payment Estimate – Contract Performance, as its request for payment.  The ENG Form 93 shall be sent to the Contracting Officer's Representative for certification that the work invoiced has been performed.  His mailing address for submission of the ENG Form 93 will be provided immediately upon appointment.  The Project Manager is responsible for ensuring acceptance and approval for payment.  Advance payments will not be made.

Payment will be made in U.S. Dollars.

The payment office is designated in Block 27 of the Standard Form 1442.

Method of Payment.  Payment by Electronic Transfer

The Contractor must submit the certification at FAR Clause 52.232-5, paragraph (c) along with each request for progress payments.

1.32  CONTRACTOR'S RADIO COMMUNICATION FACILITY

The United States Government does not guarantee the Contractor the right to operate a radio communication facility.  If the Contractor desires to establish a radio communication system, he will be responsible for obtaining all permits, licenses, and frequencies from the host government.

1.33  RESERVED

1.34  IMPLEMENTING EQUIPMENT GUARANTEES

When the completed facility or part of a facility is accepted by the Contracting Officer, and the work includes equipment covered by a guarantee which exceeds the warranty of construction period as specified, the Contractor shall furnish the following information to the Contracting Officer:

a.  A list of all items with make and model numbers.

b.  A copy of manufacturer's or vendor's guarantee documents which extend beyond the warranty of construction period.

c.  The date during which the Contractor's guarantee is in effect under the properly identified individual section and paragraph of the Technical Provisions each item of equipment on the list, indicating for each item the date of acceptance for the beginning of the guarantee period, either for beneficial use or final acceptance, whichever is earlier, and the expiration date of the guarantee period.

d.  Name of an authorized representative of the prime Contractor with complete address and telephone number, and the names, addresses, and telephone numbers of all subcontractors and/or equipment suppliers or manufacturers specifically designated in writing by the prime Contractor for direct contact by the Afghanistan Government for implementing the guarantee after transfer of the equipment.

1.35  SAFEGUARDING OF INFORMATION

The personnel employed on this contract may, in the performance of their assigned duties, have access to data and information pertaining to location of goods, supplies, parts, equipment, vehicles, and explosives.  Knowledge of this nature is considered restricted security information.  This information shall be protected and safeguarded against disclosure to any unauthorized person or party and shall be furnished or used on an official "need to know" basis

only. Safeguarding of information is extended to dependents and guests of employees who may, in any manner, obtain knowledge of the Host Government military capacity. Taking of photographs of any airport, military installation, or military facility is prohibited.

1.36 REQUIRED INSURANCE

(a) The Contractor shall procure and maintain during the entire period of his performance under this contract the insurance required by the General Provisions of this contract entitled Workmen's compensation Insurance (Defense Base Act), and Workmen's Compensation and War Hazard Insurance Overseas. A blanket waiver of the provisions of the Defense Base Act is in effect for all employees of contractors and subcontractors working on Department of the Army contracts who are neither residents nor citizens of the United States, nor who were hired in the United States, at the following locations only:

| | |
|---|---|
| Belgium | South America |
| Germany | Honduras |
| Japan | El Salvador |
| Oman | Qatar |
| United Arab Emirates | Botswana |
| Saudi Arabia | South Korea |
| Bahama Island | Territory of Guam |
| Kazakhstan | Israel |
| Italy | American Samoa |
| Turkey | |

The waiver does not apply to any employees who are:

(1) Hired in the United States by an contractor or subcontractor;

(2) Residents of the United States; or

(3) Citizens of the United States.

(b) Prior to the commencement of work hereunder, the Contractor shall furnish to the Contracting Officer a certificate or written statement of required insurance. The policies evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Government in such insurance shall not be effective for such period as may be prescribed by the laws of the state in which this contract is to be performed in no event less than thirty (30) days after written notice thereof to the Contracting Officer.

1.37 WORKERS COMPENSATION INSURANCE (DEFENSE BASE ACT) – CONSTRUCTION (OCT 2009)

(a) This Special Contract Requirement supplements FAR Clause 52.228-3 Workers' Compensation Insurance (Defense Base Act).

(b) The contractor agrees to procure Defense Base Act (DBA) insurance pursuant to the terms of the contract between the U.S. Army Corps of Engineers (USACE) and CNA Insurance unless the contractor has a DBA self-insurance program approved by the Department of Labor. Proof of this self-insurance shall be provided to the Contracting Officer. The contractor shall submit proof of a valid DBA Insurance policy with CNA Insurance for the Prime and their Subcontractor's at every tier prior to performance of the contract. The current rate under the USACE and JCC-I/A contract is $6.00 per $100 of compensation for construction.

(c) The contractor agrees to insert a Special Contract Requirement substantially the same as this one in all subcontracts (at every tier) to which DBA is applicable.

(d)  Should the rates for DBA insurance coverage increase or decrease during the performance of this contract, USACE shall modify the contract accordingly.  However, the revised rates will not be applicable until the Contractor's or Subcontractor's DBA Insurance policy is due to be renewed.

(e)  Premiums will be reimbursed only if coverage is purchased through the USACE mandatory requirements DBA contract administered by CNA Insurance and their Managing Broker, Rutherfoord International.

(f)  Failure to comply and purchase Defense Base Act (DBA) Insurance in accordance with FAR Clauses 52.228-3 Workers' Compensation Insurance (Defense Base Act), from the U.S. Army Corps of Engineers mandatory Insurance Carrier/Broker (CNA Insurance/Rutherfoord International) for the Prime and all of the Subcontractors at every tier, shall be considered a material breach and could cause your contract to be terminated for default/cause.

1.38  PUBLIC RELEASE OF INFORMATION

The contractor shall coordinate with the Middle East District of the U.S. Army Corps of Engineers for release of information to the public concerning this contract or any program related to this contract.  This clause covers Media Relations and Printed Materials.

1.39  MEDIA RELATIONS

The contractor is permitted to speak to news media representatives in accordance with his firm's public relations policies and in conjunction with applicable U.S. government or Army Corps of Engineers' guidelines on release of information related to the specific program for which the contract was awarded.  The contractor is required to inform the Middle East District of significant media contacts.  The contractor is encouraged to coordinate directly with the Middle East District's Public Affairs Officer, as necessary, when the media call is being responded to; however, this shall not preclude the contractor from responding to media requests in a timely manner.  The contractor shall respond to inquiries that directly fall within his domain; he shall not speak for the Army or the Corps.

1.40  PRINTED MATERIALS

The contractor shall not release to anyone outside the contractor's organization any unclassified information, regardless of medium, pertaining to this contract, unless:

The Middle East District has given written approval, either by the Public Affairs Officer or by the Contracting Officer;

Or the information is otherwise in the public domain before the date of release.

The contractor shall obtain approval from the Middle East District prior to the dissemination of any briefings or speeches, news releases, articles, fact sheets, advertisements, or any other informational materials intended for public release that are the result of work performed or to be performed under this contract.  This review is intended to insure that public release of material does not violate government policy.

Requests for approval shall identify the specific information to be released, the medium to be used, and the purpose for release.  This material shall be submitted to the Public Affairs Officer and to the Contracting Officer at the Middle East District.  The contractor shall strive to provide five working days for such approvals.  Materials to be released within a shorter period of time will require special handling procedures, and the contractor shall request special consideration directly to the Public Affairs Officer or to the Contracting Officer.

The Contractor agrees to include a similar requirement in each subcontract under this contract.  Subcontractors shall submit requests for authorization to release through the prime contractor to the government (the Public Affairs Officer and the Contracting Officer), assuring the government that the prime contractor is knowledgeable of the action and concurs.

Nothing in the foregoing section on public release of information shall affect compliance with the clause of the contract entitled, "Security Requirements."

1.41 IRREVOCABLE LETTER OF CREDIT (ILC)

An Irrevocable Letter(s) of Credit may be provided as surety for performance and payment bonds  If the contractor elects to utilize an Irrevocable Letter(s) of Credit, the following applies:

Within fifteen (15) calendar days after the date of the task order, the Contractor shall furnish the Contracting Officer with an Irrevocable Letter(s) of Credit which represent the deposit required of the Contractor to guarantee fulfillment of his obligations for the satisfactory, complete, and timely performance of the work ("performance ILC"), and full payment of all subcontractors and suppliers ("payment ILC").

The Irrevocable Letter(s) of Credit shall conform to the exact form and format as the sample Irrevocable Letter of Credit that is provided as an attachment to this contract.  The Irrevocable Letter(s) of Credit shall be dated as of the contract date or no more than fifteen (15) calendar days thereafter.

The performance ILC will remain in effect at an amount equal to a minimum of 30 percent (30%) of the original task order price (at the discretion of the Contracting Officer up to 100 percent (100%)) until the anticipated completion date or until the task order has been finally accepted by the Government, whichever occurs first, it will continue in effect thereafter for one (1) year in an amount equal to five percent (5%) of the original task order price after which time the ILC shall become null and void.

The payment ILC will remain in effect at an amount equal to ~~100~~ 30 percent (~~100~~30%)  of the original task order price and shall be decreased in amounts equivalent to releases executed by subcontractors and suppliers for payment. It shall continue in effect for 120 days after the task order work has been finally accepted by the Government, after which time the ILC shall become null and void.

The ILC shall also state that the bank agrees and consents that the contract may be modified by a change order or supplemental agreement without affecting the validity of the ILC.  The provisions of paragraph (g) of the Contract Clause 52.232-5, entitled "PAYMENTS UNDER FIXED PRICE CONSTRUCTION CONTRACTS" applies to ILC.

1.42  PRECONSTRUCTION MEETING

A Pre-construction Meeting will be held prior to commencement of work.  In general, the meeting is required to address the Contractor's Quality Control Program, the Contractor's Accident Prevention Program, submittals, correspondence, schedules, access to the work site, security requirements and issues, interface requirements, temporary facilities and services, hazards and risks, environmental considerations, work hours, assignment of inspectors, representations, phasing and any special requirements or other aspects of the work that warrant clarification and understanding.  The Contractor's Quality Control System Manager shall prepare detailed minutes of each of the conference and submit to the Contracting Officer within three (3) work days.  Any corrections deemed necessary by the Contracting Officer shall be incorporated and resubmitted within two (2) work days of receipt. Upon approval of the minutes by the Contracting Officer, the Contractor shall distribute the minutes to all parties present at the meeting.

1.43  MILITARY BASE SECURITY REQUIREMENTS

The Base security maintains the ultimate authority for establishing, monitoring, and enforcing security requirements for the work site.  All Contractor, Subcontractor, or vendor personnel and vehicles at any location on the facilities are subject to a thorough search upon entering, departing, or at any time deemed necessary by Base Security Personnel.  The Contractor shall be responsible for compliance with all Base security requirements.  Base Security reserves the right to deny access or to require the Contractor to remove any personnel or equipment deemed to be a

threat to the security of facilities or facility personnel. The Contractor shall work through the Contracting Officer to assure that all Security Regulations are followed.

## 1.44 MILITARY BASE RULES AND REGULATIONS

The Contractor and his employees and Subcontractors shall become familiar with and obey all rules and regulations including fire, traffic and security regulations. All personnel employed on the facilities shall keep within the limits of the work (and venues of ingress and egress), and shall not enter any Restricted Areas unless required to do so and prior clearance for such entry is obtained. The Contractor's equipment shall be conspicuously marked for identification.

## 1.45 RESERVED

## 1.46 CONFIRMATION OF PAYMENTS TO ALL LOWER TIER SUBCONTRACTORS

To further provide for the development of local economies through the use of Local Businesses, MATOC prime contractors will be tasked with following up on subcontractor payment certifications to safeguard against subcontractor non-payment to lower tier subcontractors and material providers. Each MATOC prime contractor will be required to certify, at the time of each application for payment, that it has investigated and confirmed that all prior progress payments have been applied to the accounts of the lower tier subcontractors and material suppliers for whom the prior progress payments were made. Such certification shall be treated as one of the requirements of a "proper invoice" under FAR 52.232-5(c) 32.905(b)(1)(x), thereby allowing the Government to reject any invoice that fails to provide the required certification. In accordance with FAR 52.232-5(c), the Government will ensure that this certification is made by the MATOC prime contractor or invoice payment shall not be made.

## 1.47 INSTALLATION ACCESS

Work under this contract may be performed at a location with security and access control procedures. Compliance with base pass and access procedures is the sole responsibility of the Contractor, and is required to be accomplished prior to initiation of the process for gaining access to controlled sites. Contractor shall be responsible for determining the nature and amount of any fees required. Contractor is responsible for all workers granted access pursuant to work under this contract.

 a. Other Data: Contractor shall provide additional data, as required and not specifically indicated above, to secure all required passes for where work is required to be performed.

b. Compliance with Revised Requirements: The government may revise requirements and procedures for obtaining passes and/or access to the site of work at any time during the life of the contract. Contractor shall comply with all such requirements, as directed by the Contracting Officer.

c. Contractor shall employ an acceptable system for accountability and control of all compound passes/access badges issued to him. Passes/Access Badges shall be returned to the Government as soon as they are no longer required. This system shall be approved by the Contracting Officer, and shall be modified as directed by the Contracting Officer to correct any deficiencies noted during contract performance in maintaining an acceptable level of accountability and control.

(End of Requirement)

## 1.48 INDIVIDUALS/WORKERS FROM COUNTRIES OF CONCERN

Citizens of  numerous countries are subject to additional levels of security screening and/or may be prohibited access to the work site. Contractor is responsible for determining access restrictions and compliance with the same.

(End of Requirement)

1.49 OPERATIONS AND STORAGE AREAS

a.. Limited areas for use by the Contractor exist on any of the work sites covered by this contract. Areas to be provided for Contractor's use in operation of his offices, shops, and storage facilities will be designated by the Contracting Officer's on-site representative. The Contractor shall not be authorized to have living accommodations for his work force on any worksite. Contractor shall be responsible for providing all off-site facilities necessary to effectively and efficiently manage, administer, and prosecute the contract work. Contractor shall be responsible for obtaining and payment of all fees and other costs related to obtaining required Host Nation or local authorizations, permits and licenses necessary to establish quarry operations, batching operations and haul routes and disposal sites.

b. All Contractor facilities shall be of substantial construction suitable for local weather conditions. Sanitary facilities shall meet the requirements of Corps of Engineers Safety and Health Requirements Manual EM 385-1-1. Except as specifically approved by the Contracting Officer, Contractor shall construct a temporary 1.8 meter high chain link fence around all trailers and materials storage areas. Fences shall include plastic strip inserts, colored brown, so that visibility through the fence is obstructed.

(1) Administrative Facilities: The Contractor may be provided the use of a parcel of land. The Contractor shall be required to provide, at his own expense, any improvements to this site such as surfacing, fencing, trailers, and/or sheds that are necessary for performance of work under this contract. The site shall be maintained to present a neat and orderly appearance.

(2) Communications: Contractor may be allowed to use commercial telephone service if available. If available, it is the Contractor's responsibility to arrange for service installation and any recurring charges.

(End of Requirement)

2.0    TASK ORDER SPECIFIC CLAUSES:

Note: In addition to the clauses provided herein, Contractor must comply with all applicable U.S., Host Nation, federal and local environmental regulations.

All offerors should note any or all of the following clauses may be included in discrete Task Orders as determined necessary by the Contracting Officer:

| | | | |
|---|---|---|---|
| 2.1 | 252.225-7022 | Trade Agreements Certificate – Inclusion of Iraqi End products | SEP 2008 |
| 2.2 | 252.225-7023 | Preference for Products or Services from Iraq or Afghanistan | SEP 2008 |
| 2.3 | 252.225-7024 | Requirement for Products or Services from Iraq or Afghanistan | SEP 2008 |

2.4    TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "Default: (Fixed Price Construction)". In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

a. The weather experienced at the project site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the contractor.

2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The contractor's progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.

TO BE DETERMINED FOR EACH TASK ORDER

3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally scheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the contractor's scheduled work day.

3.0     CENTCOM CONTRACTING COMMAND (C3) CLAUSES

3.1     THEATER BUSINESS CLEARANCE CLAUSES FOR IRAQ /AFGHANISTAN
(Previously called JCCI/A Clauses)

952.222-0001 - PROHIBITION AGAINST HUMAN TRAFFICKING, INHUMANE LIVING CONDITIONS, AND WITHHOLDING OF EMPLOYEE PASSPORTS (JUL 2010)

(a) All contractors ("contractors" refers to both prime contractors and all subcontractors at all tiers) are reminded of the prohibition contained in Title 18, United States Code, Section 1592, against knowingly destroying, concealing, removing, confiscating, or possessing any actual or purported passport or other immigration document, or any other actual or purported government identification document, of another person, to prevent or restrict or to attempt to prevent or restrict, without lawful authority, the person's liberty to move or travel, in order to maintain the labor or services of that person, when the person is or has been a victim of a severe form of trafficking in persons.

(b) Contractors are also required to comply with the following provisions:

(1) Contractors shall only hold employee passports and other identification documents discussed above for the shortest period of time reasonable for administrative processing purposes.

(2) Contractors shall provide all employees with a signed copy of their employment contract, in English as well as the employee's native language that defines the terms of their employment/compensation.

(3) Contractors shall not utilize unlicensed recruiting firms, or firms that charge illegal recruiting fees.

(4) Contractors shall be required to provide adequate living conditions (sanitation, health, safety, living space) for their employees. Fifty square feet is the minimum acceptable square footage of personal living space per employee. Upon contractor's written request, contracting officers may grant a waiver in writing in cases where the existing square footage is within 20% of the minimum, and the overall conditions are determined by the contracting officer to be acceptable. A copy of the waiver approval shall be maintained at the respective life support area.

(5) Contractors shall incorporate checks of life support areas to ensure compliance with the requirements of this Trafficking in Persons Prohibition into their Quality Control program, which will be reviewed within the Government's Quality Assurance process.

(6) Contractors shall comply with international laws regarding transit/exit/entry procedures, and the requirements for work visas. Contractors shall follow all Host Country entry and exit requirements, including requirements for visas and work permits.

(c) Contractors have an affirmative duty to advise the Contracting Officer if they learn of their employees violating the human trafficking and inhumane living conditions provisions contained herein. Contractors are advised that contracting officers and/or their representatives will conduct random checks to ensure contractors and subcontractors at all tiers are adhering to the law on human trafficking, humane living conditions and withholding of passports.

(d) The contractor agrees to incorporate the substance of this clause, including this paragraph, in all subcontracts under his contract.

(End of Clause)

952.223-0001 - REPORTING KIDNAPPINGS, SERIOUS INJURIES AND DEATHS (JUL 2010)

Contractors shall notify the Contracting Officer, as soon as practicable, whenever employee kidnappings, serious injuries or deaths occur.
Report the following information:
Contract Number
Contract Description & Location
Company Name
Reporting party:
Name
Phone number
e-mail address
Victim:
Name
Gender (Male/Female)
Age
Nationality
Country of permanent residence
Incident:
Description
Location
Date and time
Other Pertinent Information

(End of Clause)

952.225-0001- ARMING REQUIREMENTS AND PROCEDURES FOR PERSONAL SECURITY SERVICES CONTRACTORS AND FOR REQUESTS FOR PERSONAL PROTECTION (AUG 2010)

(a) *General*. Contractor and its subcontractors at all tiers that require arming under this contract agree to obey all laws, regulations, orders, and directives applicable to the use of private security personnel in Iraq and Afghanistan, including U.S. CENTCOM, United States Forces – Iraq (USF-I) and United States Forces – Afghanistan (USFOR-A) Commander orders, instructions and directives. Contractors will ensure that all employees, including employees

at any tier of subcontracting relationships, who will seek individual authorization to be armed under the provisions of this contract (requests for blanket authorization for groups or organizations will <u>not</u> be approved), comply with the contents of this clause and with the requirements set forth in the following:

(1)  DODI 3020.50, *Private Security Contractors (PSCs) Operating in Contingency Operations;*

(2)  DODI 3020.41, *Program Management for Acquisition and Operational Contract Support in Contingency Operations*;

(3)  DFARS 252.225-7040, *Contractor Personnel Supporting a Force Deployed Outside the United States*;

(4) Class Deviation 2007-O0010, Contractor Personnel in the United States Central Command Area of Responsibility

(5)  USFOR-A, FRAGO 09-206, Outlines Management of Armed Contractors and Private Security Companies Operating in the Combined Joint Operating Area - Afghanistan (CJOA-A)

(6)  USF-I OPORD 10-01, Annex C, Appendix 13

(7)  U.S. CENTCOM Message, *USCENTCOM Policy and Delegation of Authority for Personal Protection and Contract Security Service Arming of DoD Civilian Personnel and Contractors for Iraq and Afghanistan*, dated 23 Dec 2005

(8)  U.S. CENTCOM Message, *Modification to USCENTCOM Civilian and Contractor Arming Policy and Delegation of Authority for Iraq and Afghanistan*, dated 07 Nov 2006

(9)  U.S. CENTCOM Message, *Modification 3 to USCENTCOM Civilian and Contractor Arming Policy and Delegation of Authority in Iraq and Afghanistan*, dated 09 Jun 2009

(b)  *Required Government Documentation*.  An O-6 or GS-15 (or above) from the unit requesting the contractor security shall provide a description of the following to the arming approval authority via the contracting officer representative (COR) in sponsoring each individual request for arming (under paragraph (c) below:

(1)  The specific location where the PSC employee will operate;

(2)  The persons and/or property that require protection;

(3)  The anticipated threat;

(4)  The requested weapon type(s), including serial number when possible;

(5)  The reason current security/police forces are unable to provide adequate protection; and

(6)  Verification, under paragraph (e) below, that background checks have been conducted and that no records were found of convictions or other acts that should be known to the arming authority.

(c)  *Required Contractor Documentation*.  Contractors and their subcontractors at all tiers that require arming approval shall provide to the arming approval authority via the COR consistent documentation (signed and dated by the employee and employer as applicable) for each of their employees who will seek authorization to be armed under the contract as follows:

(1)  Weapons Qualification/Familiarization.  All employees must meet the weapons qualification requirements on the requested weapon(s) established by any DoD or other U.S. government agency, Law of Armed Conflict (LOAC); Rules for the Use of Force (RUF), as defined in the U.S. CENTCOM Policy, dated 23 December 2005; and

distinction between the above-prescribed RUF and the Rules of Engagement (ROE), which are applicable only to military forces.

(2) Completed DD Form 2760 (or equivalent documentation) for each armed employee, indicating that the employee is not otherwise prohibited under U.S. law from possessing the required weapon or ammunition.

(3) Written acknowledgement by the individual of the fulfillment of training responsibilities and the conditions for the authorization to carry firearms. This document includes the acknowledgement of the distinctions between the ROE applicable to military forces and RUF that control the use of weapons by DoD civilians, DoD contractors and PSCs.

(4) Written acknowledgement signed by both the armed employee and by a representative of the employing company that use of weapons could subject both the individual and company to U.S. and host nation prosecution and civil liability.

(5) A copy of the contract between the contractor's company and the U.S. Government that verifies the individual's employment and addresses the need to be armed.

(6) One (1) copy of a business license from the Iraqi or Afghani Ministry of Trade or Interior;

(7) One (1) copy of a license to operate as a PSC (or a temporary operating license) from the Ministry of Interior;

(d) The contractor will submit to the COR a communications plan that, at a minimum, sets forth the following:

(1) The contractor's method of notifying military forces and requesting assistance where hostilities arise, combat action is needed or serious incidents have been observed;

(2) How relevant threat information will be shared between contractor security personnel and U.S. military forces; and

(3) How the contractor will coordinate transportation with appropriate military authorities.

(e) Prior to requesting arming approval, the contractor will submit to the COR an acceptable plan for accomplishing background checks on all contractor and subcontractor employees who will be armed under the contract. The contractor shall, at a minimum, perform the following (which will be specifically addressed in its plan and which will be documented and furnished to the COR upon completion):

(1) Use one or more of the following sources when conducting the background checks: Interpol, FBI, Country of Origin Criminal Records, Country of Origin U.S. Embassy Information Request, CIA records, and/or any other records available;

(2) Verify with USF-I or USFOR-A, as applicable, that no employee has been barred by any commander within Iraq or Afghanistan; and

(3) All local nationals and third country nationals will voluntarily submit to full biometric enrollment in accordance with theater biometric policies within 60 days of their arming request. While biometric collection and screening is voluntary, CORs will immediately notify the arming approval authority of any individuals who do not meet this requirement and any arming authorization will be revoked until all requirements are met.

(f) *Penalties for Non-Compliance.* Failure of contractor or subcontractor employee(s) to comply with the laws, regulations, orders, and rules (including those specified herein) governing the use of force, training, arming authorization, and incident reporting requirements may result in the revocation of weapons authorization for such employee(s). Where appropriate, such failure may also result in the total revocation of weapons authorization for the contractor (or subcontractor) and sanctions under the contract, including termination.

(g) *Criminal and Civil Liability.* Arming of contractor or subcontractor employees under this contract may subject the contractor, its subcontractors, and persons employed by the same, to the civil and criminal jurisdiction of the U.S. and Host Nation. "Host Nation" refers to the nation or nations where services under this contract are performed.

(h) *Lapses in Training or Authorization.* Failure to successfully retrain an employee who has been properly authorized to be armed under this contract within twelve (12) months of the last training date will constitute a lapse in the employee's authorization to possess and carry the weapon. All unauthorized employees will immediately surrender their weapon and authorization letter to the contractor and will remain unarmed until such time as they are retrained and newly approved by the arming authority. Additionally, the arming authority's authorization letter is valid for a maximum of twelve (12) months from the date of the prior letter (unless authorization is earlier invalidated by a lapse in training).

(i) *Authorized Weapon & Ammunition Types.* Unless DCDRUSCENTCOM (or a designee) expressly provides otherwise, all arming requests and authorizations for contractor or subcontractor employees under this contract shall be limited to U.S. Government-approved weapons and ammunition. Notwithstanding Host Nation laws or regulations that would allow use of heavier weapons by contract security/PSC, all DoD security service / PSC contractors must have weapons approved by DCDRUSCENTCOM (or a designee) before use. This restriction applies to all weapons in the possession of contractor employees, even if such weapons are required for personal protection. The following weapons and ammunition are currently authorized by the U.S. Government for use in Iraq and Afghanistan:

(1) The M9, M4, M16, or equivalent (e.g. .45 CAL, AK-47).

(2) The M9 or equivalent sidearm will be the standard personal protection weapon unless other weapons are specifically requested and approved.

(3) U.S. government Ball ammunition is the standard approved ammunition.

(j) *Requirements for Individual Weapons Possession.* All employees of the contractor and its subcontractors at all tiers who are authorized to be armed under this contract must:

(1) Possess only those U.S. Government-approved weapons and ammunition for which they are qualified under the training requirements of section (c) and subsequently authorized to carry;

(2) Carry weapons only when on duty or at a specific post (according to their authorization);

(3) Not conceal any weapons, unless specifically authorized;

(4) Carry proof of authorization to be armed. Employees not possessing such proof will be deemed unauthorized and must surrender their weapon to their employer; and

(5) IAW USCENTCOM G.O. #1, consumption of alcohol in Iraq or Afghanistan is prohibited. In the event of a suspension or an exception to G.O. #1, employees shall not consume any alcoholic beverage while armed or within eight (8) hours of the next work period when they will be armed. There are no circumstances under which a person will be authorized to consume any alcoholic beverage when armed for personal protection.

(k) *Weapons/Equipment Restrictions and Responsibilities.* Unless otherwise provided, the U.S. Government will not provide any weapons or ammunition to contractors, their subcontractors, or any employees of the same. The Contractor will provide all weapons and ammunition to those employees that will be armed under the contract. The contractor and its subcontractors at all tiers will also provide interceptor body armor, ballistic helmets, and the Nuclear, Biological, and Chemical (NBC) protective masks to those employees that require such equipment in the performance of their duties.

(l) *Rules for the Use of Force (RUF)*. In addition to the RUF and ROE training referenced in paragraph (c), the contractor and its subcontractors at all tiers will monitor and report all activities of its armed employees that may violate the RUF and/or otherwise trigger reporting requirements as serious incidents. Prompt reporting demonstrates a desire by the contractor and its subcontractors to minimize the impact of any violations and, therefore, will be given favorable consideration. Violations of the RUF include, though are not limited to:

(1) Taking a direct part in hostilities or combat actions, other than to exercise self-defense;

(2) Failing to cooperate with Coalition and Host Nation forces;

(3) Using deadly force, other than in self-defense where there is a reasonable belief of imminent risk of death or serious bodily harm;

(4) Failing to use a graduated force approach;

(5) Failing to treat the local civilians with humanity or respect; and

(6) Detaining local civilians, other than in self-defense or as reflected in the contract terms.

(m) *Retention and Review of Records*. The Contractor and all subcontractors at all tiers shall maintain records on weapons training, LOAC, RUF and the screening of employees for at least six (6) months following the expiration (or termination) of the contract. The Contractor and its subcontractors at all tiers shall make these records available to the Contracting Officer or designated representative, at no additional cost to the government, within 72 hours of a request.

(n) *Contractor Vehicles.* Vehicles used by contractor and subcontractor personnel in the course of their security duties shall not be painted or marked to resemble U.S./Coalition or host nation military and police force vehicles.

(o) *Quarterly Reporting.* The prime contractor will report quarterly (i.e. NLT 1 January, 1 April, 1 July and 1 October for each quarter of the calendar year) to the Contracting Officer responsible for this contract, and any other organization designated by the Contracting Officer, the following information under this contract:

(1) The total number of armed civilians and contractors;

(2) The names and contact information of its subcontractors at all tiers; and

(3) A general assessment of the threat conditions, adequacy of force numbers, and any problems that might require a change to force levels. Note: this information is in addition to the information the contractor promises to immediately provide under the communications plan referenced at paragraph (d).

(End of Clause)

952.225-0002 - ARMED PERSONNEL INCIDENT REPORTS (SEPT 2010)

(a) All contractors and subcontractors in the United States Forces-Iraq (USF-I) or United States Forces-Afghanistan (USFOR-A) theater of operations shall comply with and shall ensure that their personnel supporting USF-I or USFOR-A forces are familiar with and comply with all applicable orders, directives, and instructions issued by the respective USF-I or USFOR-A Commanders relating to force protection and safety.

(b) IRAQ: Contractors shall provide an initial report of all weapons firing incidents or any other serious incidents they or their contractors are involved in to USF-I Contractor Operations Cell (CONOC) as soon as practical, but not later than 4 hours after the incident. The contractor and its subcontractors at all tiers shall submit a written report to CONOC, the Contracting Officer (KO) within 96 hours of the incident. Interim reports shall be submitted between

the initial and final report, when necessary to the CONOC at usfic3conoc@iraq.centcom.milDSN 318-435-2369, UK# 0044 203 286 9851 or 0044 203 239 5894 or Skype: USFICONOC

(c) <u>AFGHANISTAN</u>: Contractors shall immediately report all incidents and use of weapons through their Contracting Officers Representative (CORs) who will notify the Contracting Officer. Contracting Officers are responsible to notify the SCO-A Chief of Operations and the SAR @ USFOR-A (SAR SHIFT DIRECTOR, DSN: 318-237-1761) Information should include: the name of the company, where the incident occurred, time when the incident occurred, a brief description of the events leading up to the incident, and a point of contact for the company. The PARC-A Chief of Operations in coordination with the SAR will issue guidance for further reporting requirements.

(d) Contractors shall provide first aid and request MEDEVAC of injured persons, and remain available for U.S. or Coalition response forces, based upon the situation. In the event contractor personnel are detained by U.S. or Coalition Forces, prolonged detention due to lack of proper identification can be alleviated by contractor personnel possessing on their person information that includes the contractor's name, the contract number, a contractor management POC, and the phone number of the CONOC/ SAR Watch.

(End of Clause)

952.225-0003 – FITNESS FOR DUTY AND MEDICAL/DENTAL CARE LIMITATIONS (NOV 2010)

(a)   The contractor shall perform the requirements of this contract notwithstanding the fitness for duty of deployed employees, the provisions for care offered under this section, and redeployment of individuals determined to be unfit.  Contractor personnel who deploy for multiple tours, for more than 12 months total must be re-evaluated for fitness to deploy.  An examination will remain valid for 15 months from the date of the physical.  The contractor bears the responsibility for ensuring all employees are aware of the conditions and medical treatment available at the performance location. The contractor shall include this information and requirement in all subcontracts with performance in the theater of operations

(b)   The contractor shall not deploy an individual with any of the following conditions unless approved by the appropriate CENTCOM Service Component (ie. ARCENT, AFCENT, etc.) Surgeon: Conditions which prevent the wear of personal protective equipment, including protective mask, ballistic helmet, body armor, and chemical/biological protective garments; conditions which prohibit required theater immunizations or medications; conditions or current medical treatment or medications that contraindicate or preclude the use of chemical and biological protective's and antidotes; diabetes mellitus, Type I or II, on pharmacological therapy; symptomatic coronary artery disease, or with myocardial infarction within one year prior to deployment, or within six months of coronary artery bypass graft, coronary artery angioplasty, or stenting; morbid obesity (BMI >/= 40); dysrhythmias or arrhythmias, either symptomatic or requiring medical or electrophysiological control; uncontrolled hypertension, current heart failure, or automatic implantable defibrillator; therapeutic anticoagulation; malignancy, newly diagnosed or under current treatment, or recently diagnosed/treated and requiring frequent subspecialist surveillance, examination, and/or laboratory testing; dental or oral conditions requiring or likely to require urgent dental care within six months' time, active orthodontic care, conditions requiring prosthodontic care, conditions with immediate restorative dentistry needs, conditions with a current requirement for oral-maxillofacial surgery; new onset (< 1 year) seizure disorder, or seizure within one year prior to deployment; history of heat stroke; Meniere's Disease or other vertiginous/motion sickness disorder, unless well controlled on medications available in theater; recurrent syncope, ataxias, new diagnosis (< 1year) of mood disorder, thought disorder, anxiety, somatoform, or dissociative disorder, or personality disorder with mood or thought manifestations; unrepaired hernia; tracheostomy or aphonia; renalithiasis, current; active tuberculosis; pregnancy; unclosed surgical defect, such as external fixeter placement; requirement for medical devices using AC power; HIV antibody positivity; psychotic and bipolar disorders. (Reference:  Mod 10 to USCENTCOM Individual Protection and Individual/Unit Deployment Policy, Tab A: Amplification of the Minimal Standards of Fitness for Deployment to the CENTCOM AOR).

(c)   In accordance with military directives (DoDI 3020.41, DoDI 6000.11, CFC FRAGO 09-1038, DoD PGI 225.74), resuscitative care, stabilization, hospitalization at Level III (emergency) military treatment facilities and assistance with patient movement in emergencies where loss of life, limb or eyesight could occur will be provided. Hospitalization will be limited to emergency stabilization and short-term medical treatment with an emphasis on return to duty or placement in the patient movement system.

(d)   Routine and primary medical care is not authorized.  Pharmaceutical services are not authorized for routine or known, routine prescription drug needs of the individual.  Routine dental care, examinations and cleanings are not authorized.

(e)   Notwithstanding any other provision of the contract, the contractor shall be liable for any and all medically-related services or transportation rendered.   To view reimbursement rates that will be charged for services at all DoD deployed medical facilities please go to the following website:
http://comptroller.defense.gov/rates/fy2011.html (change fiscal year as applicable).

(End of Clause)


952.225-0004 - COMPLIANCE WITH LAWS AND REGULATIONS (JUL 2010)


(a)The Contractor shall comply with, and shall ensure that its employees and its subcontractors and their employees, at all tiers, are aware of and obey all U.S. and Host Nation laws, Federal or DoD regulations, and Central Command orders and directives applicable to personnel in Iraq and Afghanistan, including but not limited to USCENTCOM, Multi-National Force and Multi-National Corps operations and fragmentary orders, instructions, policies and directives.

(b) Contractor employees shall particularly note all laws, regulations, policies, and orders restricting authority to carry firearms, rules for the use of force, and prohibiting sexual or aggravated assault. Contractor employees are subject to General Orders Number 1, as modified from time to time, including without limitation, their prohibition on privately owned firearms, alcohol, drugs, war souvenirs, pornography and photographing detainees, human casualties or military security measures.

(c) Contractor employees may be ordered removed from secure military installations or the theater of operations by order of the senior military commander of the battle space for acts that disrupt good order and discipline or violate applicable laws, regulations, orders, instructions, policies, or directives. Contractors shall immediately comply with any such order to remove its contractor employee.

(d) Contractor employees performing in the USCENTCOM Area of Responsibility (AOR) may be subject to the jurisdiction of overlapping criminal codes, including, but not limited to, the Military Extraterritorial Jurisdiction Act (18 U.S.C. Sec. 3261, et al) (MEJA), the Uniform Code of Military Justice (10 U.S.C. Sec. 801, et al)(UCMJ), and the laws of the Host Nation. Non-US citizens may also be subject to the laws of their home country while performing in the USCENTCOM AOR. Contractor employee status in these overlapping criminal jurisdictions may be modified from time to time by the United States, the Host Nation, or by applicable status of forces agreements.

(e) Under MEJA, a person who engages in felony misconduct outside the United States while employed by or accompanying the Armed Forces is subject to arrest, removal and prosecution in United States federal courts. Under the UCMJ, a person serving with or accompanying the Armed Forces in the field during a declared war or contingency operation may be disciplined for a criminal offense, including by referral of charges to a General Court Martial. Contractor employees may be ordered into confinement or placed under conditions that restrict movement within the AOR or administratively attached to a military command pending resolution of a criminal investigation.

(f) Contractors shall immediately notify military law enforcement and the Contracting Officer if they suspect an employee has committed an offense. Contractors shall take any and all reasonable and necessary measures to secure the presence of an employee suspected of a serious felony offense. Contractors shall not knowingly facilitate the departure of an employee suspected of a serious felony offense or violating the Rules for the Use of Force to depart Iraq or Afghanistan without approval from the senior U.S. commander in the country.

952.225-0005 - MONTHLY CONTRACTOR CENSUS REPORTING  (JUL 2010)

Contractor shall provide monthly employee census information to the Contracting Officer, by province, for this contract. Information shall be submitted either electronically or by hard-copy. Information shall be current as of the 25th day of each month and received by the Contracting Officer no later than the first day of the following month. The following information shall be provided for each province in which work was performed:

(1) The total number (prime and subcontractors at all tiers) employees.
(2) The total number (prime and subcontractors at all tiers) of U.S. citizens.
(3) The total number (prime and subcontractors at all tiers) of local nationals (LN).
(4) The total number (prime and subcontractors at all tiers) of third-country nationals (TCN).
(5) Name of province in which the work was performed.
(6) The names of all company employees who enter and update employee data in the Synchronized Predeployment & Operational Tracker (SPOT) IAW DFARS 252.225-7040 or DFARS DOD class deviation 2007-O0010.

(End of Clause)

952.225-0009 - MEDICAL SCREENING AND VACCINATION REQUIREMENTS FOR LOCALLY HIRED EMPLOYEES (NOV 2010)

(a) Contractors, and subcontractors at any tier shall ensure and provide satisfactory evidence that all locally hired employees, including Local National (LN), Third Country National (TCN), and U.S. employees, working on bases have been screened for and do not currently have active tuberculosis (TB).

(1) Contractors may initially utilize a testing method of either a chest x-ray or TB skin test (TST), depending on the originating country a contracted employee.

(i) Chest x-rays (CXR's), symptom survey, and BMI shall be taken, and TSTs administered within 12 months prior to the start of deployment/employment. Contractors are required to bring in a physical copy of the pre-employment CXR film as it is the only way to verify interval changes should an active case of TB occur.

(A)Third Country Nationals (TCNs) and Local Nationals (LNs) cannot be screened with the TST. They need the pre-employment screening with a quality CXR, Body Mass Index (BMI) and symptom survey.

(B) Small-Risk Nationals (SRNs), those with less than 25 TB cases per 100,000 persons annually (mostly expats from Europe and US), can be screened via the TST. See Enclosure 1, Tab T to Appendix 4 to Annex Q, to USFI-OPORD 10-01.

(ii) Annual re-screening for TCNs, and LNs will be performed with a CXR conducted by the Contractors medical provider or local economy provider, who will look for interval changes from prior CXR's and review any changes in the symptom survey.

(iii) SRN's do not require annual TB re-screening. However, for a TB contact investigation, a TST or Interferon Gamma Release Assay (IGRA) is required.

(iv) For a contact investigation, all personnel with a positive TST or IGRA will be evaluated for potential active TB with a symptom screen, exposure history, BMI, and CXR. All cases of suspected or confirmed active TB must be reported to the theater Preventive Medicine (PM) physician and/or TB Consultant as soon as possible. TB reporting is required within 24 hours to the PM POC. Contact tracing, and medical coding have specific requirements per USF-I OPORD 10-1. All Small-Risk National (SRN) contract personnel are required to be MEDEVAC'd out of theater, at the contractor's expense, for treatment of active TB, after consultation with the Theater PM or TB Consultant at the USF-I Surgeon's office. For SRN personnel, the contractor is responsible for management and compliance with all prescribed public health actions.

(v) Screening may be performed either by a licensed medical provider from the local economy or by the contractors' licensed medical staffs. Contractors shall maintain medical screening documentation and make it available to the Contracting Officer upon request.

(2) TB screening and documentation is a requirement prior to receiving badges to work in the Iraq Joint Operations Area. A copy of the TB screening documentation shall be provided to the responsible Base Defense Operations Center (BDOC) prior to issuance of base access badges.

(b) Contractor employees, including subcontractors at any tier, who work in positions where they are working in food service, water and ice production facilities, shall have current Typhoid and Hepatitis "A" (full series) immunizations in accordance with the Centers for Disease Control and Prevention guidelines (e.g. typhoid vaccination booster is required every 2 years), in addition to the required TB tests. The contractor medical provider must complete a pre-placement examination to include a stool sample test for ova and parasites, and annual medical screening form or equivalent for food service, ice and water production workers.

(c) Proof of individual employee vaccinations shall be provided to the Contracting Officer and COR showing that their employees and their subcontractor employees at any tier have received the above vaccinations. The contractor shall maintain their employees' vaccination records for examination by the Contracting Officer. The contractor shall ensure that their subcontractors at any tier maintain their respective employees' vaccination records for examination by the Contracting Officer.

(d) The contractor is responsible for management and compliance with all prescribed public health actions regarding TB in the contracted personnel. The contractor also bears the responsibility of ensuring that adequate health management for TB (screening / diagnosis / treatment / isolation) is available at the contractor's chosen health care provider for their contracted and subcontracted personnel.

NOTE: Contractors are reminded of the requirement to comply with their contract and all regulatory guidance (DoD Instructions/Regulations, Federal Acquisition Regulation/Defense Federal Acquisition Regulation Supplement, and FRAGO's) as applicable regarding Medical Screening and Vaccination Requirements. See USF-I OPORD 10-1, Tabs S and T to Appendix 4 to Annex Q.

(End of Clause)

952.225-0011 - GOVERNMENT FURNISHED CONTRACTOR SUPPORT (JUL 2010)

The following is a summary of the type of support the Government will provide the contractor, on an "as-available" basis.  In the event of any discrepancy between this summary and the description of services in the Statement of Work, this clause will take precedence.

TO BE DETERMINED AT TASK ORDER LEVEL

U.S. Citizens Accompanying the Force

| | | |
|---|---|---|
| ☐ APO/FPO/MPO/Postal Services | ☐ DFACs | ☐ Mil Issue Equip |
| ☐ Authorized Weapon | ☐ Excess Baggage | ☐ MILAIR |
| ☐ Billeting | ☐ Fuel Authorized | ☐ MWR |
| ☐ CAAF | ☐ Govt Furnished Meals | ☐ Resuscitative Care |
| ☐ Controlled Access Card (CAC)/ID Card | ☐ Military Banking | ☐ Transportation |
| ☐ Commissary | ☐ Military Clothing | ☐ All |
| ☐ Dependents Authorized | ☐ Military Exchange | ☐ None |

Third-Country National (TCN) Employees

| | | |
|---|---|---|
| ☐ APO/FPO/MPO/Postal Services | ☐ DFACs | ☐ Mil Issue Equip |
| ☐ Authorized Weapon | ☐ Excess Baggage | ☐ MILAIR |
| ☐ Billeting | ☐ Fuel Authorized | ☐ MWR |
| ☐ CAAF | ☐ Govt Furnished Meals | ☐ Resuscitative Care |
| ☐ Controlled Access Card (CAC)/ID Card | ☐ Military Banking | ☐ Transportation |
| ☐ Commissary | ☐ Military Clothing | ☐ All |
| ☐ Dependents Authorized | ☐ Military Exchang | ☒ None |

Local National (LN) Employees

| | | |
|---|---|---|
| ☐ APO/FPO/MPO/Postal Services | ☐ DFACs | ☐ Mil Issue Equip |
| ☐ Authorized Weapon | ☐ Excess Baggage | ☐ MILAIR |
| ☐ Billeting | ☐ Fuel Authorized | ☐ MWR |
| ☐ CAAF | ☐ Govt Furnished Meals | ☐ Resuscitative Care |
| ☐ Controlled Access Card  (CAC)/ID Card | ☐ Military Banking | ☐ Transportation |
| ☐ Commissary | ☐ Military Clothing | ☐ All |
| ☐ Dependents Authorized | ☐ Military Exchange | ☒ None |

(End of Clause)

952.225-0013 – CONTRACTOR HEALTH AND SAFETY (NOV 2010)

(a)  Contractors shall comply with all National Electrical Code (NEC 2008), Specifications as outlined, and MIL Standards and Regulations.  All infrastructure to include, but not limited to, living quarters, showers, and restrooms

shall be installed and maintained in compliance with these standards and must be properly supported and staffed to ensure perpetual Code compliance, prevent hazards and to quickly correct any hazards to maximize safety of those who use or work at the infrastructure (NEC Table 352.20). Specifically, the use of magnetic ballasts in lighting for new construction or replacement of existing magnetic ballasts during refurbishment, alterations or upgrades with new magnetic ballasts is prohibited. The government has the authority to enter and inspect contractor employee living quarters at any time to ensure the prime contractor is complying with safety compliance standards outlined in the 2008 National Electric Code (NEC).

(b) The contractor shall correct all deficiencies within a reasonable amount of time of contractor becoming aware of the deficiency either by notice from the government or a third party, or discovery by the contractor. Further guidance on mandatory compliance with NFPA 70: NEC 2008 can be found on the following link http://www.nfpa.org.

(End of Clause)

952.225-0016 - CONTRACTOR DEMOBILIZATION (NOV 2010)

(1) Full demobilization of contractors and subcontractor(s) in Iraq is critical to Responsible Drawdown. The prime contractor is required to submit a demobilization plan to the Contracting Officer a minimum of 30 days prior to the end of the contract performance period or when requested by the Contracting Officer. The demobilization plan shall address, as a minimum, the following procedures detailed below. The procedures outline specific guidance to ensure a timely and responsible exit from Iraq. Prime contractors are responsible and accountable to ensure their subcontractor(s) at all tiers comply with responsible and timely exit from Iraq immediately following contract performance completion or termination.

(2) Exit from Iraq: The prime contractor shall follow the exit guidance issued by the United States (U.S.) Embassy Baghdad, including U.S. Embassy Mission Policy 27, and shall ensure subcontractor(s) at all tiers also follow the exit procedures. The prime contractor is responsible to remain cognizant of Iraqi laws regarding exit from Iraq. Currently, all foreigners traveling out of Iraqi airports via commercial air transportation must have exit visas. Department of Defense, U.S. Forces-Iraq, Lettersof Authorization (LOAs), and/or Embassy Badges are no longer the accepted means of exiting Iraq. All U.S. citizens and foreign national contractors must obtain an Iraqi exit sticker before departing the country. The exit sticker may be obtained from selected police stations or Ministry of Interior (MOI) offices. It is the prime contractor's responsibility to ensure that the most recent exit procedures are followed and to ensure that subcontractor(s) at all tiers are in compliance with exit procedures. Assistance for this procedure may be obtained by e-mailing baghdadregmgt@state.gov or phone 240-553-0581, ext 2782 or ext 2092 .

(3) Letter of Authorization (LOA): The prime contractor is responsible for demobilizing its workforce, including subcontractor employees at all tiers, and all contractor owned and subcontractor owned equipment out of Iraq as part of the prime contractor's exit strategy. This exit strategy must include reasonable timeframes starting with the end of the contract performance period and not exceeding 30 days. The Contracting Officer has the authority to extend selected LOAs up to, but not exceeding 30 calendar days after the contract completion date to allow the prime contractor to complete demobilization of its workforce and contractor owned equipment, as well as subcontractor(s) workforce and owned equipment, out of Iraq. The prime contractor shall notify the Contracting Officer a minimum of 30 days prior to the end of the contract period to request up to a 30-day extension of selected LOAs beyond the contract completion date to complete demobilization. The request shall include at a minimum.

(i) the name of each individual requiring a new LOA;

(ii) the number of days for the LOA (no more than 30 calendar days); and

(iii) justification for the request (e.g., what function the individual(s) will be performing during the demobilization period).

(4) Badging: The prime contractor is responsible to ensure all employee badges, including subcontractor employees at all tiers, are returned to the local Access Control Badging Office for de-activation and destruction. The prime contractor shall submit a Badge Termination Report to ensure each record is flagged and the badge is revoked. If a prime and/or subcontractor employee's badge is not returned, the prime contractor shall submit a Lost, Stolen or Unrecovered Badge Report to the appropriate Access Control Badging Office. Contractor employees in possession of a Common Access Card (CAC) shall be responsible for turning in the CAC upon re-deployment through a CONUS Replacement Center in the U.S. Failure to return employee badges in a timely manner may result in delay of final payment.

The Contracting Officer may request additional information for an LOA extension. Any LOA extension granted beyond the contract completion date shall not exceed 30 days and the contractor is not entitled to additional compensation for this period. If approved by the contracting officer, this is a no cost extension of an employee's LOA due to demobilization and in no way is an extension of the contract performance period.

(5) Contractor Controlled Facility Space: If the prime contractor has entered into a Memorandum of Understanding with the Installation Mayor or Garrison for site space, buildings, facilities, and/or Containerized Housing Units (CHU) to house prime and/or subcontractor employees (at all tiers), the prime contractor is responsible to notify the Installation Mayor or Garrison Commander of intent to vacate at least 90 calendar days prior to the end of the contract performance period. All United States Government (USG) provided property in the prime contractor's possession must be returned to the USG in satisfactory condition. The prime contractor is responsible and liable for any and all damages to USG property caused by prime and/or subcontractor employees, and shall be further liable for all cleanup, clearing, and/or environmental remediation expenses incurred by the USG in returning prime contractor and/or subcontractor facilities including surrounding site to a satisfactory condition, including expenses incurred in physically moving property, trash, and refuse from such premises, removing/ remediating hazardous wastes on the premises, and repairing structures, buildings, and facilities used by the prime contractor and/or subcontractor. The prime contractor shall provide notification to the Installation Mayor or Garrison Commander to perform an inspection of all facilities as soon as practicable, but no more than 30 days, after the end of the contract period. If damages are discovered, the prime contractor shall make the necessary repairs. The prime contractor shall notify the Installation Mayor or Garrison Commander for re-inspection of the facilities upon completion of the repairs. If the Installation Mayor or Garrison Commander inspects the property, site space, buildings, facilities, and/or CHUs and finds they have not been properly cleaned, cleared, and/or environmentally remediated, or if the prime contractor fails to repair any damages within 30 calendar days after the end of the contract performance period, the final contract payment shall be reduced by the amount of the specified damages/repairs or the expenses incurred by the USG to properly clean, clear, and/or environmentally remediate the premises.

(6) Government Furnished Equipment/Materials: The prime contractor is responsible to return all USG furnished equipment, as defined in Federal Acquisition Regulation (FAR) Part 45, clauses 52.245-1, 52.245-2, and 52.245-5, if included in the contract. Prime contractors who are not in compliance with the FAR, Defense Federal Acquisition Regulation Supplement, Department of Defense Directives and Instructions, United States Forces-Iraq FRAGO's, policies, or procedures will be responsible and liable for damages to the government property. The prime contractor may apply for a "relief of responsibility" from the Contracting Officer anytime during the contract performance period. A joint inventory shall be conducted of the equipment by the prime contractor, USG representative, and the Contracting Officer or their representative, within 10 calendar days after the end of the contract performance period.

The prime contractor shall report lost, damaged or destroyed property immediately to the Contracting Officer, but no later than the joint inventory at the end of the contract period. If the prime contractor fails to report lost, damaged or destroyed equipment or materials during the contract performance period, the prime contractor shall be responsible for the replacement and/or repair of the equipment or materials. The replaced equipment shall be new, of the same quality, and shall perform at the same functional level as the missing piece of equipment. If the prime contractor fails to repair and/or replace damaged or missing equipment, the final payment shall be reduced by the appropriate amount of the specified damages or cost to replace missing equipment with new.

(7) Synchronized Predeployment Operational Tracker (SPOT): The prime contractor is responsible to close out the deployment of personnel, including subcontractor employees at all tiers, at the end of the contract completion period and to release the personnel from the prime contractor's company in the SPOT database. The release of employee information must be accomplished no more than 30 calendar days after the end of the contract completion date.

(8) Accountability of Prime and Subcontractor Personnel: Whether specifically written into the contract or not, it is the expectation of the USG that for any persons brought into Iraq for the sole purposes of performing work on USG contracts, contract employers will return employees to their point of origin/home country once the contract is completed or their employment is terminated for any reason. If the prime contractor fails to re-deploy an employee, or subcontractor employee at any tier, the USG shall notify the U.S. Embassy Baghdad, to take appropriate action. Failure by the prime contractor to re-deploy its personnel, including subcontractor personnel at any tier, at the end of the contract completion date, could result in the contractor being placed on the Excluded Parties List System (EPLS) and not be allowed to propose on future U.S. contracts anywhere in the world.

(b) CENTCOM Contracting Command (C3) and external agencies will utilize all available contracting remedies to guarantee compliance with demobilization requirements. Such actions include, but are not limited to withholding payment, issuing a cure notice, issuing a negative Contractor Performance Assessment Reporting System (CPARS) evaluation, reduction of award fee, debarment, reimbursement of U.S. Government expenses, and/or any other legal remedy available to a contracting officer. The USG reserves the right to withhold payment from the prime contractor not in compliance with the above procedures included herein. Additionally, the Contracting Officer shall document all unresolved contractor compliance issues in CPARS, which shall have an adverse past performance affect on future contracts with the USG, anywhere in the world.

(End of Clause)

952.236-0001 - ELECTRICAL AND STRUCTURAL BUILDING STANDARDS FOR CONSTRUCTION PROJECTS (JUL 2010)

(a) The standards set forth herein are the minimum requirements for the contract. These standards must be followed unless a more stringent standard is specifically included. In such case the most stringent standard shall be required for contract acceptance.

(b) The contractor, in coordination with the Contracting Officer, Base Camp Mayor, Base/Unit Engineers, and requiring activity shall evaluate, upgrade, build, and/or refurbish buildings to a safe and livable condition. This work may include refurbishment, construction, alterations, and upgrades. All work shall be in accordance with accepted standards of quality.

(c) As dictated by the Unified Facilities Criteria (UFC) the contract shall meet:

(1) The minimum requirements of United States' National Fire Protection Association (NFPA) 70,

(2) 2008 National Electrical Code (NEC),

(3) American National Standards Institute (ANSI) C2, and

(4) United States' National Electrical Safety Code (NESC).

(d) These standards must be met when it is reasonable to do so with available materials. When conditions dictate deviation, then provisions within the International Electrical Code (IEC) or British Standard (BS 7671) shall be followed. Any deviations from the above necessary to reflect market conditions, shall receive prior written approval from a qualified engineer and the Contracting Officer.

(e) The use of magnetic ballasts in lighting for new construction or replacement of existing magnetic ballasts during refurbishment, alterations, or upgrades with new magnetic ballasts is prohibited.

(f) The following internet links provide access to some of these standards:

UFC: http://65.204.17.188/report/doc_ufc.html
NFPA 70: http://www.nfpa.org
NESC: http://www.standards.ieee.org/nesc

(End of Clause)

3.2      THEATER BUSINESS CLEARANCE CLAUSES FOR THE KUWAIT AOR

KSCR1-1 – ADDITIONAL INSTRUCTIONS FOR CONTRACTOR PERSONNEL WORKING IN THE USCENTCOM AREA OF RESPONSIBILITY, SUPPORT (AUG 2010)

Contractor Privileges and Support: As identified in the Statement of Work (SOW) and must be authorized by the Contracting Officer in a Letter of Authorization (LOA). Every contract employee who will need an identification badge will need a SPOT-generated LOA. No personnel are authorized entry into the theater for *more than 30 days* without a SPOT-generated LOA.

Medical Treatment Available to Contractor Personnel on Base Camps: limited to resuscitative and stabilization care only. Kuwait mandatory language is in the Clause KSCR1-5, below. Emergency medical care is provided to any employee with an LOA, even when medical/dental care is not specified. Medical/dental care appears as a check box; when creating the SPOT-generated LOA, do not check the box to authorize routine medical/dental care.

Personnel Support: The contractor is responsible for all personnel support unless provided for in the Statement of Work. The Statement of Work must clearly identify all contractor personnel support that will be provided by the Government. PGI 225.7402-3 lists the support that may be authorized or required when contractor personnel are supporting U.S. operations. Some examples of support are office space, communication services, equipment, and access to dining facilities.

Billeting and government provided meals: Not available for contractors in Kuwait.

Life Support: Contractors are responsible for providing all aspects of Life Support for Contractor employees to including, but not limited to, housing and transportation within Kuwait and transportation to and from Kuwait, medical or dental care (if provided for under employee benefits).  Contractors are not allowed residence on any military installation within Kuwait. Contractor primary healthcare is not authorized in military treatment facilities in Kuwait. The Government will provide only resuscitative/emergency medical care to contractor employees. (Reference paragraph 6.2.7.5 (Medical Preparation) of DODI 3020.41, Contractor Personnel Authorized to

Accompany the U.S. Armed Forces). The Contracting Officer must determine whether any contractor personnel will be required to be armed or authorized to carry weapons for self-defense.

KSCR1-2 – PROHIBITION AGAINST HUMAN TRAFFICKING, INHUMANE LIVING CONDITIONS, AND WITHHOLDING OF EMPLOYEE PASSPORTS (AUG 2010)

Trafficking in Persons (TIP): Contractor employees and subcontractor employees performing under this contract shall comply with all DOD and ASG-KUs Trafficking in Persons policies. Contractor employees are subject to prescriptions and remedies at FAR Clause 52.222-50 and the terms and conditions stated herein.

ASG-KU has adopted a more stringent policy than federal requirements regarding trafficking in persons. All Contractor employees and subcontractor employees shall be subject to FAR Clause 52.222-50, Combating Trafficking in Persons.

Contractor shall adhere to and abide by all Kuwait Labor Laws during the performance of this contract.

Registered Employee Listing: On a monthly basis, the Contractor shall provide the ACO with a listing of employee names registered with the Ministry of Social Affairs and Labor (MOSAL). Failure to provide the ACO with a list of employees registered with the MOSAL will result in the denial of installation badging privileges for Contractor employees. Furthermore, a copy of each individual's employment contract shall be available to the USG by the conclusion of the Transition Period. At a minimum, the employment contract shall be in English and the language of the employee. The Contractor shall disclose and make known to its employees the terms and conditions of employment.

For the duration of the contract, the Contractor shall ensure all wages earned (hourly, weekly, monthly, yearly), to include benefits and allowances, or any type of debt bondage arrangement in effect between the Contractor and employee, are included in each employee's contract. Contractor shall specify the compensation rate to be earned for hours in excess a normal workweek within the employment contract.

Contractor shall specify the type or description of work to be performed and the job site location.

Contractor shall provide transportation costs from country of origin to place of employment, including repatriation.

Contractor shall include a detailed description of the type of job site berthing accommodations available to the employees within the employment contract.

Contractor shall provide non-cash compensation and benefits, to include meals and accommodations.

Contractor shall ensure employees have injury and sickness compensation insurance for emergency medical and dental care.

Contractor shall clearly define valid grounds for termination within the employment contract.

Contractor shall include dispute settlement provisions within the employment contract.

Housing Standards: The Contractor shall comply with the following minimum housing accommodations standards:

(1) Housing provided to all employees shall be no less than 50 square feet per person.

(2) Cafeteria or common use kitchen will be provided to all employees. Common use kitchens will service no more than 25 workers per kitchen.

(3) Each room shall be furnished at a minimum with the following:

(i) Room light.
(ii) One bed per individual.
(iii) One storage device that can be secured; a footlocker with hasp for lock, minimum size of at least 3 cubic feet.
(iv) A laundry facility or laundry service.
(v) Cleaning supplies.

(4) Monthly inspections of living conditions of all Contractor and subcontractor employees. A copy of the inspection report shall be provided to the ACO. The inspection report shall, at a minimum, contain the following inspection criteria:

(i) Compliance with minimum housing accommodation standards.
(ii) Functioning appliances and the projected time for repair for any non-functioning appliances.
(iii) The findings of Quarterly Health and Welfare inspections on personnel and accommodations.

TIP Training: Contractor shall provide TIP training for all employees and subcontractor employees. A copy of each employees TIP training certificate shall be provided to the PCO 30 days after the contract start date.

Contractor Shall Post: Human Trafficking Hotline Posters in English and all employee languages in all living quarters. At a minimum, the poster shall include the Contracting Commands Hotline complaint number DSN 318-430-4985 or 389-4985.

Violations: Violation of the TIP policy shall result in actions taken against the Contractor or its employees. Such actions may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment at no cost to the USG. Contractor shall take appropriate actions to enforce this clause up to, and including, termination of employees or subcontractors that violate this policy at no cost to the Government.

Notification: Contractor shall inform the PCO immediately of any information received from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, or subcontractor employee has engaged in conduct that violates TIP policies, and any actions taken against Contractor or subcontractor employees pursuant to FAR Clause entitled "Combating Trafficking in Persons".

Remedies: In addition to other remedies available to the USG, the Contractors failure to comply with TIP policy may render the Contractor subject to the following:

(1) Required removal of a Contractor employee or employees from the performance of the contract.
(2) Required subcontractor termination.
(3) Suspension of contract payments.
(4) Loss of fee, consistent with the fee plan, for the performance period in which the USG determined Contractor non-compliance.
(5) Termination of the contract for default or cause, in accordance with the termination clause of this contract.
(6) Suspension or debarment.

Subcontracts: Contractor shall flow-down to its subcontracts the terms and conditions of this paragraph IAW Host Nation laws, regulatory guidance, DOD, and FAR clauses referenced herein.

(End of Clause)

KSCR1-5 – FITNESS FOR DUTY AND MEDICAL CARE LIMITATIONS (AUG 2010)

(a) The contractor shall perform the requirements of this contract notwithstanding the fitness for duty of deployed employees, the provisions for care offered under this section, and redeployment of individuals determined to be unfit. Contractor personnel who deploy for multiple tours, for more than 12 months total must be re-evaluated for

fitness to deploy. An examination will remain valid for 15 months from the date of the physical. The contractor bears the responsibility for ensuring all employees are aware of the conditions and medical treatment available at the performance location. The contractor shall include this information and requirement in all subcontracts with performance in the theater of operations.

(b) The contractor shall not deploy an individual with any of the following conditions unless approved by the appropriate CENTCOM Service Component (ie. ARCENT, AFCENT, etc.) Surgeon: Conditions which prevent the wear of personal protective equipment, including protective mask, ballistic helmet, body armor, and chemical/biological protective garments; conditions which prohibit required theater immunizations or medications; conditions or current medical treatment or medications that contraindicate or preclude the use of chemical and biological protective's and antidotes; diabetes mellitus, Type I or II, on pharmacological therapy; symptomatic coronary artery disease, or with myocardial infarction within one year prior to deployment, or within six months of coronary artery bypass graft, coronary artery angioplasty, or stenting; morbid obesity (BMI >/= 40%); dysrhythmias or arrhythmias, either symptomatic or requiring medical or electrophysiological control; uncontrolled hypertension, current heart failure, or automatic implantable defibrillator; therapeutic anticoagulation; malignancy, newly diagnosed or under current treatment, or recently diagnosed/treated and requiring frequent subspecialist surveillance, examination, and/or laboratory testing; dental or oral conditions requiring or likely to require urgent dental care within six months' time, active orthodontic care, conditions requiring prosthodontic care, conditions with immediate restorative dentistry needs, conditions with a current requirement for oral-maxillofacial surgery; new onset (< 1 year) seizure disorder, or seizure within one year prior to deployment; history of heat stroke; Meniere's Disease or other vertiginous/motion sickness disorder, unless well controlled on medications available in theater; recurrent syncope, ataxias, new diagnosis (< 1 year) of mood disorder, thought disorder, anxiety, somatoform, or dissociative disorder, or personality disorder with mood or thought manifestations; unrepaired hernia; tracheostomy or aphonia; renalithiasis, current; active tuberculosis; pregnancy; unclosed surgical defect, such as external fixeter placement; requirement for medical devices using AC power; HIV antibody positivity; psychotic and bipolar disorders. (Reference: Mod 10 to USCENTCOM Individual Protection and Individual/Unit Deployment Policy, Annex Q to USF-I OPORD 10-01, FRAGO 897 to CJTF-82 OPORD 07-03, PPG-Tab A: Amplification of the Minimal Standards of Fitness for Deployment to the CENTCOM AOR).

(c) In accordance with military directives (DoDI 3020.41, DoDI 6000.11, CFC FRAGO 09-1038, DoD PGI 225.74), resuscitative care, stabilization, hospitalization at Level III (emergency) 35 military treatment facilities and assistance with patient movement in emergencies where loss of life, limb or eyesight could occur will be provided. Hospitalization will be limited to emergency stabilization and short-term medical treatment with an emphasis on return to duty or placement in the patient movement system. Subject to availability at the time of need, a medical treatment facility may provide reimbursable treatment for emergency medical or dental care such as broken bones, lacerations, broken teeth or lost fillings.

(d) Routine and primary medical care is not authorized. Pharmaceutical services are not authorized for routine or known, routine prescription drug needs of the individual. Routine dental care, examinations and cleanings are not authorized.

(e) Notwithstanding any other provision of the contract, the contractor shall be liable for any and all medically-related services or transportation rendered. To view reimbursement rates that will be charged for services at all DoD deployed medical facilities please go to the following website: http://comptroller.defense.gov/rates/fy2010.html (change fiscal year as applicable).

 (End of Clause)

KSCR1-6 – COMPLIANCE WITH LAWS AND REGULATIONS (AUG 2010)

(a) The Contractor shall comply with, and shall ensure that its employees and its subcontractors and their employees, at all tiers, are aware of and obey all U.S. and Host Nation laws, Federal or DoD regulations, and Central Command orders and directives applicable to personnel in Kuwait including but not limited to USCENTCOM, Multi-National Force and Multi-National Corps operations and fragmentary orders, instructions, policies and directives.

(b) Contractor employees shall particularly note all laws, regulations, policies, and orders restricting authority to carry firearms, rules for the use of force, and prohibiting sexual or aggravated assault. Contractor employees are subject to General Orders Number 1, as modified from time to time, including without limitation, their prohibition on privately owned firearms, alcohol, drugs, war souvenirs, pornography and photographing detainees, human casualties or military security measures.

(c) Contractor employees may be ordered removed from secure military installations or the theater of operations by order of the senior military commander of the battle space for acts that disrupt good order and discipline or violate applicable laws, regulations, orders, instructions, policies, or directives. Contractors shall immediately comply with any such order to remove its contractor employee.

(d) Contractor employees performing in the USCENTCOM Area of Responsibility (AOR) may be subject to the jurisdiction of overlapping criminal codes, including, but not limited to, the Military Extraterritorial Jurisdiction Act (18 U.S.C. Sec. 3261, et al) (MEJA), the Uniform Code of Military Justice (10 U.S.C. Sec. 801, et al)(UCMJ), and the laws of the Host Nation. Non-US citizens may also be subject to the laws of their home country while performing in the USCENTCOM AOR. Contractor employee status in these overlapping criminal jurisdictions may be modified from time to time by the United States, the Host Nation, or by applicable status of forces agreements.

(e) Under MEJA, a person who engages in felony misconduct outside the United States while employed by or accompanying the Armed Forces is subject to arrest, removal and prosecution in United States federal courts. Under the UCMJ, a person serving with or accompanying the Armed Forces in the field during a declared war or contingency operation may be disciplined for a criminal offense, including by referral of charges to a General Court Martial. Contractor employees may be ordered into confinement or placed under conditions that restrict movement within the AOR or administratively attached to a military command pending resolution of a criminal investigation.

(f) Contractors shall immediately notify military law enforcement and the Contracting Officer if they suspect an employee has committed an offense. Contractors shall take any and all reasonable and necessary measures to secure the presence of an employee suspected of a serious felony offense. Contractors shall not knowingly facilitate the departure of an employee suspected of a serious felony offense or violating the Rules for the Use of Force to depart Kuwait without approval from the senior U.S. commander in the country.

(End of Clause)

KSCR1-7 – MONTHLY CONTRACTOR CENSUS REPORTING (AUG 2010)

Contractor shall provide monthly employee census information to the Contracting Officer, by province, for this contract. Information shall be submitted either electronically or by hard-copy. Information shall be current as of the 25th day of each month and received by the Contracting Officer no later than the first day of the following month. The following information shall be provided for each province in which work was performed:

    (1) The total number (prime and subcontractors at all tiers) employees.
    (2) The total number (prime and subcontractors at all tiers) of U.S. citizens.
    (3) The total number (prime and subcontractors at all tiers) of local nationals (LN).
    (4) The total number (prime and subcontractors at all tiers) of third-country nationals (TCN).
    (5) Name of province in which the work was performed.
    (6) The names of all company employees who enter and update employee data in the

Synchronized Predeployment & Operational Tracker (SPOT) IAW DFARS 252.225-7040 or DFARS DOD class deviation 2007-O0010.

(End of Clause)

KSCR1-10 – MEDICAL SCREENING AND VACCINATION REQUIREMENTS FOR THIRD COUNTRY NATIONALS OR LOCALLY HIRED EMPLOYEES (NOV 2010)

(a) Contractors, and subcontractors at any tier shall ensure and provide satisfactory evidence that all locally hired employees, including Local National (LN), Third Country National (TCN), and U.S. employees, working on bases have been screened for and do not currently have active tuberculosis (TB).

(1) Contractors may initially utilize a testing method of either a chest x-ray or TB skin test (TST), depending on the originating country a contracted employee.

(i) Chest x-rays (CXR's), symptom survey, and BMI shall be taken, and TSTs administered within 12 months prior to the start of deployment/employment. Contractors are required to bring in a physical copy of the pre-employment CXR film as it is the only way to verify interval changes should an active case of TB occur.

(A) Third Country Nationals (TCNs) and Local Nationals (LNs) cannot be screened with the TST. They need the pre-employment screening with a quality CXR, Body Mass Index (BMI) and symptom survey.

(B) Small-Risk Nationals (SRNs), those with less than 25 TB cases per 100,000 persons annually (mostly expats from Europe and US), can be screened via the TST.

(ii) Annual re-screening for TCNs, and LNs will be performed with a CXR conducted by the Contractors medical provider or local economy provider, who will look for interval changes from prior CXR's and review any changes in the symptom survey.

(iii) SRN's do not require annual TB re-screening. However, for a TB contact investigation, a TST or Interferon Gamma Release Assay (IGRA) is required.

(iv) For a contact investigation, all personnel with a positive TST or IGRA will be evaluated for potential active TB with a symptom screen, exposure history, BMI, and CXR. All cases of suspected or confirmed active TB must be reported to the theater Preventive Medicine (PM) physician and/or TB Consultant as soon as possible. TB reporting is required within 24 hours to the PM POC. Contact tracing, and medical coding have specific requirements. All Small-Risk National (SRN) contract personnel are required to be MEDEVAC'd out of theater, at the contractor's expense, for treatment of active TB, after consultation with the Theater PM or TB Consultant. For SRN personnel, the contractor is responsible for management and compliance with all prescribed public health actions.

(v) Screening may be performed either by a licensed medical provider from the local economy or by the contractors' licensed medical staffs. Contractors shall maintain medical screening documentation and make it available to the Contracting Officer upon request.

(2) TB screening and documentation is a requirement prior to receiving badges to work in Kuwait. A copy of the TB screening documentation shall be provided to the Contracting Officer and the COR prior to issuance of base access badges.

(b) Contractor employees, including subcontractors at any tier, who work in positions where they are working in food service, water and ice production facilities, shall have current Typhoid and Hepatitis "A" (full series) immunizations in accordance with the Centers for Disease Control and Prevention guidelines (e.g. typhoid vaccination booster is required every 2 years), in addition to the required TB tests. The contractor medical provider must complete a pre-placement examination to include a stool sample test for ova and parasites, and annual medical screening form or equivalent for food service, ice and water production workers.

(c) Proof of individual employee vaccinations shall be provided to the Contracting Officer and COR showing that their employees and their subcontractor employees at any tier have received the above vaccinations. The contractor shall maintain their employees' vaccination records for examination by the Contracting Officer. The contractor shall

ensure that their subcontractors at any tier maintain their respective employees' vaccination records for examination by the Contracting Officer.

(d) The contractor is responsible for management and compliance with all prescribed public health actions regarding TB in the contracted personnel. The contractor also bears the responsibility of ensuring that adequate health management for TB (screening/diagnosis/treatment/isolation) is available at the contractor's chosen health care provider for their contracted and subcontracted personnel.

(e) NOTE: Contractors are reminded of the requirement to comply with their contract and all regulatory guidance (DoD Instructions/Regulations, Federal Acquisition Regulation/Defense Federal Acquisition Regulation Supplement, and FRAGO's) as applicable regarding Medical Screening and Vaccination Requirements

List of Immunizations and Vaccinations: Required for entry into Kuwait and those recommended by medical authorities upon contract award can be found at the CRC website identified below. The document entitled Civilian Medical Processing is provided for guidance and situational awareness. Contractor employees shall be immunized or vaccinated to meet the requirements established by the Theater's Command Surgeon. Contractors shall immediately replace any employee who refuses any required immunization or vaccination at the Contractor's expense. Additional information can be provided by visiting the CONUS Replacement Center (CRC) website at www.benning.army.mil/CRC.

(End of Clause)

KSCR1-11 – GOVERNMENT FURNISHED CONTRACTOR SUPPORT (AUG 2010)

The following is a summary of the type of support the Government will provide the contractor, on an "as-available" basis. In the event of any discrepancy between this summary and the description of services in the Statement of Work, this clause will take precedence.

TO BE DETERMINED AT TASK ORDER LEVEL

<u>U.S. Citizens Accompanying the Force</u>

☐ APO/FPO/MPO/Postal Services
☐ Authorized Weapon
☐ MWR
☐ Resuscitative Care
☐ Controlled Access Card (CAC)/ID Card
☐ Commissary
☐ Dependents Authorized
☐ Telephone Service
☐ Utilities
☐ None

☐ DFACs(Access Only – Contractors Must Pay For Meals)
☐ MILAIR
☐ Transportation
☐ Mil Issue Equip
☐ Military Banking (Finance/Eagle Cash)
☐ Military Clothing
☐ Military Exchange
☐ Keys to GFE
☐ Technical Training
☐ All

<u>Third-Country National (TCN) Employees</u>

☐ APO/FPO/MPO/Postal Services
☐ Authorized Weapon
☐ MWR
☐ Resuscitative Care
☐ Controlled Access Card (CAC)/ID Card
☐ Commissary
☐ Dependents Authorized
☐ None

☐ DFACs(Access Only – Contractors Must Pay For Meals)
☐ MILAIR
☐ Transportation
☐ Mil Issue Equip
☐ Military Banking (Finance/Eagle Cash)
☐ Military Clothing
☐ Military Exchange
☐ All

Local National (LN) Employees

☐ APO/FPO/MPO/Postal Services  ☐ DFACs(Access Only – Contractors Must Pay For Meals)
☐ Authorized Weapon  ☐ MILAIR
☐ MWR  ☐ Transportation
☐ Resuscitative Care  ☐ Mil Issue Equip
☐ Controlled Access Card (CAC)/ID Card  ☐ Military Banking (Finance/Eagle Cash)
☐ Commissary  ☐ Military Clothing
☐ Dependents Authorized  ☐ Military Exchange
☐ None  ☐ All

NOTES: Government Furnished Contractor Support, Continued.

(1) There are no government-provided fuel or billeting services in Kuwait. Contractors must obtain these services from the local community. Dining facilities (DFAC's) are available and authorized for contractor use. Contractor employees choosing to consume their meals at the DFACs shall be required to pay the established meal rates for all meals consumed.

(2) Medical Services: The USG will furnish emergency medical and rescue services in the case of life threatening injury to Contractor personnel IAW the terms and conditions of the contract.

(3) Contractor use of Army Post Office (APO): In accordance with DoD Postal Manual 4526.6-M, contractors providing goods and services in support of DoD activities may be authorized use of the Military Postal Service. The Contractor is authorized the use of postal services provided by the APO within the ASG-KU AOR for contract-related activities only. This authority extends to the Contractor's U.S. citizen employees and sponsored family members for personal mail usage. Postal support is limited to the country of Kuwait. This authority flows down to subcontractors that are U.S.-owned and controlled companies and support the same mission as the prime contractor.

(4) Trash Removal: The contractor shall obey all Kuwait and U.S. laws regarding secondary containment, environmental training, and proper disposal of HAZMAT, debris, or refuse from the installation. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

(End of Clause)

KSCR1-12 – MILITARY EXTRATERRITORIAL JURISDICTION ACT (AUG 2010)

Military Extra Territorial Jurisdiction Action (MEJA) (18 USC 3261-3267). Per the MEJA Act, following notification of contract award, the Contractor and all subcontractors at any tier shall provide the required notification to all employees. The Contractor shall report compliance with this clause to the Contracting Officer following contract award and upon request. The Contractor shall respond to requests for reports on compliance with this clause in the manner and with such content as is specified by the Contracting Officer at no further cost to the Government. The contractor, and all subcontractors at any tier, is responsible for providing each employee with the below notification by actions sufficient to ensure all employees have received and understood the notification by actions including, but not limited to, providing the notification and obtaining a written acknowledgement of the notification by each employee, posting the notification in a conspicuous place frequented by employees, as well as including the below notice in employee manuals or employment information. Employees who are not literate (who cannot read) shall have this notification read to them in a language understood by such employee. The below notification will be provided during employee training and any briefings provided to contractors employees and subcontractor employees at any tier no later than ten days after employment for this contract or arrival in the foreign country in which they will be assigned, employed by or accompanying the US Armed Forces, or residing as a dependent. The contractor shall maintain a copy of each employees written acknowledgement of receipt of the notification and shall provide the same upon request by the Contracting Officer. The contractor shall comply with all notification requirements of DoD Instruction 5525.11, Criminal Jurisdiction over Civilians Employed By or Accompanying the Armed Forces outside the United States, Certain Service Members, and Former Service Members. In the event of

conflict between DoDI 5525.11 or any applicable U.S. military regulations, DoDI 5525.11 and/or applicable U.S. military regulations or orders will control over this clause. The notification referenced above is as follows: Notification: Under the Military Extraterritorial Jurisdiction Act (MEJA) (18 USC 3261-3267), persons employed by or accompanying the U.S. Armed Forces outside the United States are potentially subject to prosecution for certain criminal acts, including such acts occurring outside the United States. MEJA applies only to those crimes punishable by imprisonment for more than one year if committed within United States jurisdiction. The law applies to individuals accompanying a contractor for the US Armed Forces, which may include a dependent of a DOD contractor or subcontractor employee. This law authorizes DOD law enforcement personnel to arrest suspected offenders in accordance with applicable international agreements and specifies procedures for the removal of accused individuals to the US. It also authorizes pretrial detention and the appointment of counsel for accused individuals. See Army Field Manual 3-100.21, Contractors on the Battlefield, and DoD Instruction 5525.11, Criminal Jurisdiction Over Civilians Employed By or Accompanying the Armed Forces Outside the United States, Certain Service Members, and Former Service Members.

NOTE: Also see KSCR1-6, paragraphs (d), (e) & (f).

(End of Clause)

KSCR1-13 – INSTALLATION SECURITY/ACCESS/BADGING REQUIREMENTS (AUG 2010)

(a) Badging and access requirements for Army Posts in Kuwait will require coordination with the Contracting Officer or the Contracting Officer Representative (COR) responsible for contract oversight at applicable location.

(1) To obtain entry to Camp Arifjan, Contractors must contact the Badging Office at TBD

(a) Badging and access requirements for Army Posts in Kuwait will require coordination with the Contracting Officer or the Contracting Officer Representative (COR) responsible for contract oversight at applicable location.

(1) To obtain entry to Camp Arifjan, Contractors must contact the Badging Office at 965-2389-1525 for forms, procedures and instructions.

(2) New passes are obtained at ECP 1 (TCN Gate) on Camp Arifjan. Renewals and upgrades are handled at the Provost Marshal Office Bldg 159 located on Camp Arifjan. The ECP 1 Badging Office provides support from 0700 to 1600 and 1900 to 0400 Daily.

(b) Contractors are advised that badging for citizens/residents of certain countries is restricted or unavailable. Contractors must contact the Badging Office to obtain a list of restricted countries and any applicable waiver processes.

(c) Contractor shall adhere to all Physical Security requirements for all areas of performance under this contract IAW Army Regulation 190 series. The Contractor shall comply with the ASG-KU Commands directed vetting/badging policies for all personnel.

(d) Special Instructions for Compound Pass access procedures per ASG-KU-PMO:

The contractor shall obtain temporary installation access passes through the Contracting Officer or the Contracting Officer's Representative (COR). The contractor shall allow a minimum of 5 working days to process passes through the Pass and ID section. To obtain temporary passes; the contractor must submit a copy of the Civil ID with a level 18 working code for each worker, a copy of the workers' passport showing the Kuwait visa, and a completed Pass Request Form. The above-mentioned form can be obtained at the Pass and ID Section. Additionally, the contractor must identify all the workers' sponsors and have an individual letter for each applicant from their sponsor authorizing their employees to work for the contractor and accepting responsibility. It is the responsibility of the Contractor to screen employees for countries of concern. Citizens of the countries below are prohibited access to the installation unless granted an exception by the ASG-KU Commander. For each exception to policy, a name-check with the U.S.

Embassy and a Kuwait KMOD/KMOI Background Investigation will be conducted and kept on file at the ASG-KU PMO Installation Access Office.

(1) Cuba
(2) Iran
(3) Iraq
(4) Libya
(5) Democratic People's Republic of Korea
(6) Sudan
(7) Syria

Citizens of the countries listed below are permitted to apply for installation access; however a name-check with the U.S. Embassy must be conducted in addition to the routine KMOD/KMOI Background Investigation.

(1) Russia
(2) People's Republic of China
(3) Socialist Republic of Vietnam

(End of Clause)

KSCR1-14 – SPECIAL REQUIREMENTS FOR SECURITY/ACCESS ON AIR FORCE BASES IN KUWAIT (AUG 2010)

SECURITY & ACCESS:
(a) The contractor shall follow security procedures and instructions applicable to Ali Al Salem AB, Kuwait. Contractor personnel working on Ali Al Salem Air Base shall hold a current Kuwait Pass necessary to gain access to the front Gate. The U.S. shall not be liable for delays caused by inaccessibility through the Kuwaiti Gate.

(b) The contractor shall submit pass request applications to the Contracting Officer within 3 calendar days after receipt of "Notice of Contract Award." The pass request applications require coordination with the Host Nation Liaison. The U.S. Air Force shall not be liable for delays resulting from Kuwaiti pass coordination/approval. Contractor shall be liable for completing all requirements within the specified time frames. No extensions on work will be granted due to delays from Kuwaiti pass coordination/approval. Upon completion the pass request letters shall be returned to the contractor for coordination with the Kuwait Air Force Security Office.

(c) The contractor is also required to complete Installation Access Applications for all employees entering Ali Al Salem Air Base. Once the application is complete all contractor employees must then register within the Defense Biometric Identification System (DBIDS) and receive a DBIDS badge.

(d) The work site is located in a restricted or controlled area. The contractor may therefore experience delays due to compliance with entrance/exit requirements of restricted/controlled areas. The maximum amount of delay should not exceed four (4) hours per occurrence.

(e) The Host Nation base will not grant access for individuals of the following nationalities: Iranian, Iraqi, Cuban, Libyan, Syrian, Sudanese, Jordanian, Palestinian, and North Korean.

There are two passes that are required for access to Air Force installations in Kuwait:

(1) The first pass that is required is the DBIDS badge. An application shall be completed for this badge. Once the completed application is received, contractor will be able to go to the DBIDS trailer at the gate and get your biometrics taken. The results of the biometrics scan takes three days. After these three days, contractor may come pick up DBIDS badge.

(2) The second pass that is required is a temporary pass from the Kuwaitis. Each person on the admissions pass must have copies of their Civil ID cards attached to the document. Each person on the short term vehicle pass must have a copy of their Civil ID cards, vehicle registration, and driver's license. The short term passes are only good for five days, but I would recommend that you submit your information for this pass as soon as possible since these can be difficult to obtain at times. Both the admissions and vehicle temporary passes must have both English and Arabic versions submitted. I have also attached the most current instructions on how to complete these temporary pass applications. NOTE: All date formats have to be YYYY/MONTH/DAY. Also, these passes must be typed.

DBIDS Processing Instructions for 386 ECONS Contractors:

STEP ONE: Obtain a copy of the Installation Access Application (IAA) from the Ali Al Salem Air Base Contracting Office (386 ECONS).

STEP TWO: Ensure sections 1, 2, 3, 4, 9, 11, and 12 are completed with the appropriate information. Once you have accurately completed the IAA, submit the completed form to the 386 ECONS. Ensure that each application has the required backup documentation (see section 10 of the IAA, Verifying Documents Attached section). At a minimum each IAA should have:
(1) Copy of the passport (photo, data, and residency pages)
(2) Copy of the civil ID (front and back)
(3) Entry Visa with entry stamp (if applicable)
(4) Original sponsor letter (in English ONLY)
(5) Copy of the driver's license

STEP THREE: Once you have submitted the completed form to the 386 ECONS, your representative within the 386 ECONS will complete sections 5, 6, and 7.

STEP FOUR: The 386 ECONS will submit the completed IAA to the DBIDS office. You will then be notified by the 386 ECONS that the IAA is in the DBIDS office. At this time you can report to the DBIDS office (located at the Fox 1/"Ringmaster" entrance of Ali Al Salem Air Base) for the submission of your biometric information.

All 386 ECONS contractors who have submitted IAAs can report to the DBIDS office Monday through Saturday from 1500 to 1630.

STEP FIVE: Visitor awaits receipt of DBIDS badge.

KSCR1-15 – PREVENTION OF SEXUAL HARASSMENT TRAINING (AUG 2010)

(a) Definitions. As used in this policy –

*"Sexual Assault"* means –
A crime defined as intentional sexual contact, characterized by use of force, physical threat or abuse of authority or when the victim does not or cannot consent. Sexual assault includes rape, nonconsensual sodomy (oral or anal sex), indecent assault (unwanted, inappropriate sexual contact or fondling), or attempts to commit these acts. Sexual assault can occur without regard to gender or spousal relationship or age of victim. "Consent" will not be deemed or construed to mean the failure by the victim to offer physical resistance. Consent is not given when a person uses force, threat of force, or coercion or when the victim is asleep, incapacitated, or unconscious.

*"Sexual Harassment"* means –
Gender discrimination that involves unwelcomed sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature between the same or opposite sex genders when such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creates an intimidating, hostile, or offensive working environment. Categories of sexual harassment are:

(1) Verbal – Examples include telling sexual jokes; using sexually explicit profanity, threats, sexually oriented cadences, or sexual comments; whistling in a sexually suggestive manner; and describing certain attributes of one's physical appearance in a sexual manner.

(2) Nonverbal – Examples include staring at someone, blowing kisses, winking, or licking one's lips in a suggestive manner. The term may also include printed material (for example, displaying sexually oriented pictures or cartoons); using sexually oriented screen savers on one's computer; or sending sexually oriented notes, letters, faxes or email.

(3) Physical Contact – Examples include touching, patting, pinching, bumping, grabbing, cornering, or blocking a passageway; kissing; and providing unsolicited back or neck rubs.

(b) Policy. The Department of Defense has adopted a policy to prevent sexual assault and sexual harassment.

**A290**

(c) Contractors and contractor employees in the Army Central Command (ARCENT) Area of Responsibility (AOR) shall not –

(1) Commit acts of sexual assault against any person on any camp, post, installation, or other United States enclave within the ARCENT AOR; or

(2) Sexually harass any person on any camp, post, installation, or other United States enclave within the ARCENT AOR.

(d) Contractor requirements. The Contractor shall –

(1) Notify its employees of:
(i) The Department of Defenses' policy described in paragraph (b); and
(ii) The actions that will be taken against employees for violations of this policy. Such actions may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment;

(2) Take appropriate action, up to and including termination, against employees or subcontractors that violate the policy in paragraph (b); and

(3) Annually train all employees to prevent sexual assault and sexual harassment. This training must, at a minimum, ensure that all contractor employees understanding the definitions outlined in paragraph (a) and the policy in paragraph (b). Each employee's compliance with this training requirement shall be reported to the Contracting Officer's Representative prior to the employee being allowed access to the worksite.

(e) Notification. The Contractor shall inform the Contracting Officer immediately of –

(1) Any information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, or subcontractor employee has engaged in conduct that violates this policy; and

(2) Any actions taken against Contractor employees, subcontractors, or subcontractor employees pursuant to this policy.

(f) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), or (f) of this policy may result in –

(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;

(2) Requiring the Contractor to terminate a subcontract;

(3) Suspension of contract payments;

(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;

(5) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or

(6) Suspension or debarment.

(g) Subcontracts. The Contractor shall include the substance of this policy, including this paragraph (g), in all subcontracts.

(h) Mitigating Factor. The Contracting Officer may consider whether the Contactor had a Sexual Assault Prevention and Response training program at the time of the violation as a mitigating factor when determining remedies. Additional information about Sexual Assault Prevention and Response training programs can be found at the Department of Defense Sexual Assault Prevention and Response Home Page, http://www.sapr.mil.

(End of Clause)

KSCR1-16 – PAYMENT IN LOCAL CURRENCY (AUG 2010)

Currency: Payments made against this contract will be paid in local currency (Kuwait Dinar) and will not be paid in U.S. currency (dollars). Payments shall be made via Electronic Funds Transfer (EFT), unless circumstances beyond a contractor's control prevent this.

(End of Clause)

KSCR1-17 – SPONSORSHIP REQUIREMENTS (AUG 2010)

Sponsorship: The Contractor shall obtain local sponsorship as required for all personnel for the purpose of providing in-country legal representation, work visas and resolution of other personal business or domestic matters, in compliance with host nation labor laws.

Passports, Visa and Customs: The Contractor is responsible for identifying and obtaining all passports, visas, or other documents necessary to enter and/or exit any areas necessary for performance. All Contractor employees shall be subject to the customs, processing procedures, laws, and duties of Kuwait, and the procedures, laws, and duties of the United States upon re-entry. Contractors are required to register all personnel with the appropriate U.S. Embassy or Consulate.

(End of Clause)

KSCR1-18 – CONTRACTOR MANPOWER REPORTING (AUG 2010)

Contractor Manpower Reporting: The Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs) operates and maintains a secure Army data collection site where the contractor shall report ALL contractor manpower (including subcontractor manpower) required for performance of this contract. The contractor is required to completely fill in all the information in the format using the following web address http://contractormanpower.army.pentagon.mil

The required information includes:

(1) Contracting Office, Contracting Officer, Administrative Contracting Officer;

(2) Contract Number;

(3) Beginning and ending dates covered by reporting period;

(4) Contractor name, address, phone number, email address, identify of contractor employee entering data;

(5) Estimated direct labor hours (including sub-contractors);

(6) Estimated direct labor dollars (including sub-contractors);

(7) Total payments (including sub-contractors);

(8) Predominant Federal Service Code (FSC) reflecting services provided by contractor (and separate predominant FSC for each sub-contractor, if different);

(9) Estimated data collections cost;

(10) Organizational title associated with the Unit Identification Code (UIC) for the Army Requiring Activity (the Army Requiring Activity is responsible for providing the contractor with its UIC for the purposes of reporting this information);

(11) Locations where contractor and subcontractor perform the work (specified by zip code in the United States or nearest city, country when in an overseas location, using standardized nomenclature provided on website);

(12) Presence of deployment or contingency contract language; and

(13) Number of contractor and sub-contractor employees deployed in theater during this reporting period (by country).

As part of its submission, the contractor will also provide the estimated total cost (if any) incurred to comply with this reporting requirement. Reporting period will be the period of performance not to exceed 12 months ending September 30 of each calendar year. Contractors may use a direct XML data transfer to the data base server or fill in the fields on the website. The XML direct transfer us a format for transferring files from a contractor's systems to the secure web site without the need for separate data entries for each required data element at the web site. The specific formats for the XML direct transfer may be downloaded from the web site. The Contractor shall NOT mark any data provided to the USG under this contract as proprietary; this includes records, files, memoranda, reports, listings, SOPs, plans, programs, studies, tests, property listings, etc., or any other data acquired or produced by the Contractor in support of this contract. Further, IAW with DFARS 252.227-7013, the Government shall have unlimited rights to all technical data produced or obtained by the Contractor under the terms of this contract. As such, the Contractor shall not place proprietary markings on any documents to which the Government has unlimited rights.

(End of Clause)

KSCR1-19 – SPECIAL REQUIREMENTS FOR CONSTRUCTION AND FACILITY ASSOCIATED WORK ON MILITARY INSTALLATIONS IN KUWAIT (AUG 2010)

Contractor Liaison with Host Government: All communication by the Contractor with all officials, Representatives and/or offices of the Host Government in all matters pertaining to the design or construction of this contract, shall be through and in full liaison with the Contracting Officer. This does not relinquish Contractor responsibility for obtaining routine items to conduct day to-day business, such as visas, permits, and custom clearances.

Kuwait Ministry of Defense (KMOD) Letter of Authorization: An offeror must provide a copy of the offeror's KMOD construction authorization letter stamped by the Military Engineering Projects Office along with an original certified English translation. If the KMOD construction authorization letter being submitted is due for renewal within 30 days of proposal submission, the offeror involved should describe the procedure by which it intends to obtain renewal of that authorization letter.

Use of Existing Roads as Haul Routes: The Contractor shall be responsible for coordinating with the Host Nation Government and the base authorities for use of any existing roads as haul routes. Construction, and routing of new haul roads, and/or upgrading of existing roads to carry anticipated construction traffic shall be coordinated with the Host Nation and Base authorities and is the sole responsibility of the Contractor.

Compliance with Kuwait Rules and Customs for Access to Restricted Areas within Kuwait: The laws of Host

Country may prohibit access to certain areas of the country which are under military control. The Contractor shall furnish the Contracting Officer the names of personnel, type, and amounts of equipment, dates and length of time required at the site, and the purpose of entering the host country. It is understood that areas to which rights of entry are provided by the Host Government are to be used only for work carried out under the contract and no destruction or damages shall be caused, except through normal usage, without concurrence of the Host Government. Contractor's Responsibilities: The following items are the sole responsibility of the Contractor to investigate, estimate as to cost, and assume the risk, as normally encountered by Contractors. The Contractor shall be responsible for determining the effect of the following on his own cost of performance of the contract and for including sufficient amount in the contract price:

(1) Official language and type of accounts required to satisfy the officials of the Local Government.
(2) Entry and exit visas, residence permits, and residence laws applicable to aliens. This includes any special requirements of the Host Government, including those required by local Labor Offices, which the Contractor may have to fulfill before an application for a regular block of visas will be accepted.
(3) Passports, health and immunization certificates, and quarantine clearance.
(4) Compliance with local labor and insurance laws, including payment of employer's share of contribution, collecting balance from employee and paying into insurance funds.
(5) Strikes, demonstrations and work stoppage.
(6) Collection through withholding and payment to local Government, of any Host Country income tax on employees subject to tax.
(7) Arranging to perform work in the Host Country, to import personnel, to employ non-indigenous labor, to receive payments and to remove such funds from the country.
(8) Operating under local laws, practices, customs and controls, and with local unions, in connection with hiring and firing, mandatory wage scales, vacation pay, severance pay, overtime, holiday pay, 7th day of rest, legal notice or pay in lieu thereof for dismissal of employees, slowdown and curtailed schedules during religious holidays and ratio of local labor employed in comparison to others.
(9) Possibility of claims in local bureaus, litigation in local courts, or attachment of local bank accounts.
(10) Compliance with workmen's compensation laws and contributions into funds. Provisions of necessary medical service for Contractor employees.
(11) Special license required by the local Government for setting up and operating any manufacturing plant in the Host Country, e.g. concrete batching, precast concrete, concrete blocks, etc.
(12) Sales within the host country of Contractor-owned materials, and equipment.
(13) Special licenses for physicians, mechanics, tradesmen, drivers, etc.
(14) Identification and/or registration with local police of imported personnel.
(15) Stamp tax on documents, payments and payrolls.
(16) Base passes for permanent staff, day laborers, motor vehicles, etc.
(17) Compliance with all customs and import rules, regulations and restrictions, including, but not limited to, local purchase requirements.

Local Standards: Design and installation of systems shall comply with applicable local Kuwait Ministry and Military Engineering Projects (MEP) standards and regulations. Conflicts between criteria and local standards shall be brought to the attention of the Contracting Officer for resolution. In such instances, the Contractor shall furnish all available information with justification to the Contracting Officer.

Applicable Publications and Standards: All of the electrical installation shall be in accordance with the requirements of (Kuwait) Ministry of Electricity and Water (MEW) R-1 and S-1. Equipment and installation items not covered by these standards shall meet the other applicable US standards below. Conflicts with local codes or standards shall be brought to the attention of the Contracting Officer for resolution. Where specific U.S. standards are listed, equivalent internationally recognized standards, such as BS, DIN or IEC, may be substituted after written approval of the Contracting Officer. It is the responsibility of the Contractor to provide data demonstrating that the proposed standard is equivalent. The use of the latest published standard is acceptable in lieu of the standard listed.
• Ministry of Electricity and Water (MEW) R-1:Regulations for Electrical Installations (latest issue)
• Ministry of Electricity and Water (MEW) S-1:General Specification for Electrical Installation (latest issue)
• NATIONAL FIRE PROTECTION ASSOCIATION (NFPA) 70 (2008) National

• Electrical Code
• Kuwait MEW (Ministry of Electricity & Water) R1 & S1 regulations
• BRITISH STANDARDS INSTITUTE BS 1363-2 (Jan 1995, Amd 1) 13 A Plugs, socket-outlets & adapters-Specifications for 13 A switched and unswitched socket-outlets
• BS 7671 (1997, Amd 2) Requirements for Electrical Installations
• INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE) Std C2 (2002) National Electrical Safety Code
• IEEE Std 141 (1993) Electric Power Distribution for Industrial Plants
• IEEE Std 493 (1997) Design of Reliable Industrial and Commercial Power Systems
• INTERNATIONAL ELECTRO-TECHNICAL COMMISSION (IEC) IEC 60529 (2001-02, Ed. 2.1) Degrees of Protection Provided by Enclosures (IP Code)
• NFPA 101 (2003) Life Safety Code
• U.S. ARMY TECHNICAL MANUALS,TM 5-811-1 (1995) Electrical Power Supply and Distribution
• IEC 61558-2-5(1997-12) Safety of power transformers, power supply units and similar – Part 2.5: Particular requirements for shaver transformers and shaver supply units.

Electrical and Structural Building Standards for Construction Projects at Military Bases in Kuwait:
(a) The standards set forth herein are the minimum requirements for the contract. These standards must be followed unless a more stringent standard is specifically included. In such case the most stringent standard shall be required for contract acceptance.
(b) The contractor, in coordination with the Contracting Officer, the ASG Department of Public Works (DPW) and the requiring activity shall evaluate, upgrade, build, and/or refurbish buildings (to include tents) to a safe and livable condition. This work may include refurbishment, construction, alterations, and upgrades. All work shall be in accordance with accepted standards of quality. All electrical components and wiring shall conform to Kuwait Ministry of Electricity and Water (MEW) standards as well as U.S. National Electric Code (NEC).
(c) As dictated by the Unified Facilities Criteria (UFC) the contract shall meet:
(1) "The minimum requirements of United States' National Fire Protection Association (NFPA) 70,
(2) 2008 National Electrical Code (NEC),
(3) American National Standards Institute (ANSI) C2, and
(4) United States' National Electrical Safety Code (NESC).
(d) These standards must be met when it is reasonable to do so with available materials. When conditions dictate deviation, then provisions within the International Electrical Code (IEC) or British Standard (BS 7671) shall be followed. Any deviations from the above necessary to reflect market conditions, shall receive prior written approval from a qualified engineer and the Contracting Officer.
(e) The use of magnetic ballasts in lighting for new construction or replacement of existing magnetic ballasts during refurbishment, alterations, or upgrades with new magnetic ballasts is prohibited.
(f) The following internet links provide access to some of these standards:
UFC: http://65.204.17.188/report/doc_ufc.html
NFPA 70: http://www.nfpa.org
NESC: http://www.standards.ieee.org/nesc

Contractor Health and Safety:
(a)      Contractors shall comply with all National Electrical Code (NEC 2008), Specifications as outlined, and MIL Standards and Regulations. All infrastructure to include, but not limited to, living quarters, showers, and restrooms shall be installed and maintained in compliance with these standards and must be properly supported and staffed to ensure perpetual Code compliance, prevent hazards and to quickly correct any hazards to maximize safety of those who use or work at the infrastructure (NEC Table 352.20). Specifically, the use of magnetic ballasts in lighting for new construction or replacement of existing magnetic ballasts during refurbishment, alterations or upgrades with new magnetic ballasts is prohibited. The government has the authority to enter and inspect contractor employee living quarters at any time to ensure the prime contractor is complying with safety compliance standards outlined in the 2008 National Electric Code (NEC).

(b) The contractor shall correct all deficiencies within a reasonable amount of time of contractor becoming aware of the deficiency either by notice from the government or a third party, or discovery by the contractor. Further guidance on mandatory compliance with NFPA 70: NEC 2008 can be found on the following link http://www.nfpa.org.

Safety of Facilities, Infrastructure and Equipment for Military Operations:
(a) Definition. "Discipline Working Group," as used in this clause, means representatives from the DoD Components, as defined in MIL-STD-3007F, who are responsible for the unification and maintenance of the Unified Facilities Criteria (UFC) documents for a particular discipline area.

(b) The Contractor shall ensure, consistent with the requirements of the applicable inspection clause in this contract, that the facilities, infrastructure, and equipment acquired, constructed, installed, repaired, maintained, or operated under this contract comply with Unified Facilities Criteria (UFC) 1-200-01 for—
>    Fire protection;
>    Structural integrity;
>    Electrical systems;
>    Plumbing;
>    Water treatment;
>    Waste disposal; and
>    Telecommunications networks.

(c) The Contractor may apply a standard equivalent to or more stringent than UFC 1-200-01 upon a written determination of the acceptability of the standard by the Contracting Officer with the concurrence of the relevant Discipline Working Group.

(End of Clause)

3.3      THEATER BUSINESS CLEARANCE CLAUSES FOR THE PAKISTAN AOR

PSCR1-1 – ADDITIONAL INSTRUCTIONS FOR CONTRACTOR PERSONNEL WORKING IN THE USCENTCOM AREA OF RESPONSIBILITY, SUPPORT (AUG 2010)

Contractor Privileges and Support: As identified in the Statement of Work (SOW) and must be authorized by the Contracting Officer in a Letter of Authorization (LOA). Every contract employee who will need an identification badge will need a SPOT-generated LOA. No personnel are authorized entry into the theater for *more than 30 days* without a SPOT-generated LOA.

Medical Treatment Available to Contractor Personnel on Base Camps: limited to resuscitative and stabilization care only. Emergency medical care is provided to any employee with a LOA, even when medical/dental care is not specified. Medical/dental care appears as a check box; when creating the SPOT-generated LOA, do not check the box to authorize routine medical/dental care.

Personnel Support: The contractor is responsible for all personnel support unless provided for in the Statement of Work. The Statement of Work must clearly identify all contractor personnel support that will be provided by the Government. PGI 225.7402-3 lists the support that may be authorized or required when contractor personnel are supporting U.S. operations. Some examples of support are office space, communication services, equipment, and access to dining facilities.

Billeting and government provided meals: Not available for contractors in Pakistan.

Life Support: Contractors are responsible for providing all aspects of Life Support for Contractor employees to including, but not limited to, housing and transportation within Pakistan and transportation to and from Pakistan, medical or dental care (if provided for under employee benefits). Contractors are not allowed residence on any military installation within Pakistan. Contractor primary healthcare is not authorized in military treatment facilities in Pakistan. The Government will provide only resuscitative/emergency medical care to contractor employees.

(Reference paragraph 6.2.7.5 (Medical Preparation) of DODI 3020.41, Contractor Personnel Authorized to Accompany the U.S. Armed Forces). The Contracting Officer must determine whether any contractor personnel will be required to be armed or authorized to carry weapons for self-defense.

(End of Clause)

PSCR1-2 – COMPLIANCE WITH LAWS AND REGULATIONS (AUG 2010)

(a) The Contractor shall comply with, and shall ensure that its employees and its subcontractors and their employees, at all tiers, are aware of and obey all U.S. and Host Nation laws, Federal or DoD regulations, and Central Command orders and directives applicable to personnel in Pakistan including but not limited to USCENTCOM, Multi-National Force and Multi-National Corps operations and fragmentary orders, instructions, policies and directives.

(b) Contractor employees shall particularly note all laws, regulations, policies, and orders restricting authority to carry firearms, rules for the use of force, and prohibiting sexual or aggravated assault. Contractor employees are subject to General Orders Number 1, as modified from time to time, including without limitation, their prohibition on privately owned firearms, alcohol, drugs, war souvenirs, pornography and photographing detainees, human casualties or military security measures.

(c) Contractor employees may be ordered removed from secure military installations or the theater of operations by order of the senior military commander of the battle space for acts that disrupt good order and discipline or violate applicable laws, regulations, orders, instructions, policies, or directives. Contractors shall immediately comply with any such order to remove its contractor employee.

(d) Contractor employees performing in the USCENTCOM Area of Responsibility (AOR) may be subject to the jurisdiction of overlapping criminal codes, including, but not limited to, the Military Extraterritorial Jurisdiction Act (18 U.S.C. Sec. 3261, et al) (MEJA), the Uniform Code of Military Justice (10 U.S.C. Sec. 801, et al)(UCMJ), and the laws of the Host Nation. Non-US citizens may also be subject to the laws of their home country while performing in the USCENTCOM AOR. Contractor employee status in these overlapping criminal jurisdictions may be modified from time to time by the United States, the Host Nation, or by applicable status of forces agreements.

(e) Under MEJA, a person who engages in felony misconduct outside the United States while employed by or accompanying the Armed Forces is subject to arrest, removal and prosecution in United States federal courts. Under the UCMJ, a person serving with or accompanying the Armed Forces in the field during a declared war or contingency operation may be disciplined for a criminal offense, including by referral of charges to a General Court Martial. Contractor employees may be ordered into confinement or placed under conditions that restrict movement within the AOR or administratively attached to a military command pending resolution of a criminal investigation.

(f) Contractors shall immediately notify military law enforcement and the Contracting Officer if they suspect an employee has committed an offense. Contractors shall take any and all reasonable and necessary measures to secure the presence of an employee suspected of a serious felony offense. Contractors shall not knowingly facilitate the departure of an employee suspected of a serious felony offense or violating the Rules for the Use of Force to depart Pakistan without approval from the senior U.S. commander in the country.

(End of Clause)

PSCR1-3 – MONTHLY CONTRACTOR CENSUS REPORTING (AUG 2010)

Contractor shall provide monthly employee census information to the Contracting Officer, by province, for this contract. Information shall be submitted either electronically or by hard-copy. Information shall be current as of the 25th day of each month and received by the Contracting Officer no later than the first day of the following month. The following information shall be provided for each province in which work was performed:

(1) The total number (prime and subcontractors at all tiers) employees.
(2) The total number (prime and subcontractors at all tiers) of U.S. citizens.
(3) The total number (prime and subcontractors at all tiers) of local nationals (LN).
(4) The total number (prime and subcontractors at all tiers) of third-country nationals (TCN).
(5) Name of province in which the work was performed.
(6) The names of all company employees who enter and update employee data in the

Synchronized Predeployment & Operational Tracker (SPOT) IAW DFARS 252.225-7040 or DFARS DOD class deviation 2007-O0010.


(End of Clause)

PSCR1-4 – PROHIBITION AGAINST HUMAN TRAFFICKING, INHUMANE LIVING CONDITIONS, AND WITHHOLDING OF EMPLOYEE PASSPORTS (AUG 2010)

Trafficking in Persons (TIP): Contractor employees and subcontractor employees performing under this contract shall comply with all DOD Trafficking in Persons policies. Contractor employees are subject to prescriptions and remedies at FAR Clause 52.222-50 and the terms and conditions stated herein. All Contractor employees and subcontractor employees shall be subject to FAR Clause 52.222-50, Combating Trafficking in Persons. Contractor shall adhere to and abide by all Pakistan Labor Laws during the performance of this contract.

Registered Employee Listing: On a monthly basis, the Contractor shall provide the ACO with a listing of employee names registered with the Ministry of Social Affairs and Labor (MOSAL). Failure to provide the ACO with a list of employees registered with the MOSAL will result in the denial of installation badging privileges for Contractor employees. Furthermore, a copy of each individual's employment contract shall be available to the USG by the conclusion of the Transition Period. At a minimum, the employment contract shall be in English and the language of the employee. The Contractor shall disclose and make known to its employees the terms and conditions of employment.

Trafficking in Persons (TIP): Contractor employees and subcontractor employees performing under this contract shall comply with all DOD Trafficking in Persons policies. Contractor employees are subject to prescriptions and remedies at FAR Clause 52.222-50 and the terms and conditions stated herein. All Contractor employees and subcontractor employees shall be subject to FAR Clause 52.222-50, Combating Trafficking in Persons. Contractor shall adhere to and abide by all Pakistan Labor Laws during the performance of this contract.

Registered Employee Listing: On a monthly basis, the Contractor shall provide the ACO with a listing of employee names registered with the Ministry of Social Affairs and Labor (MOSAL). Failure to provide the ACO with a list of employees registered with the MOSAL will result in the denial of installation badging privileges for Contractor employees. Furthermore, a copy of each individual's employment contract shall be available to the USG by the conclusion of the Transition Period. At a minimum, the employment contract shall be in English and the language of the employee. The Contractor shall disclose and make known to its employees the terms and conditions of employment.

For the duration of the contract, the Contractor shall ensure all wages earned (hourly, weekly, monthly, yearly), to include benefits and allowances, or any type of debt bondage arrangement in effect between the Contractor and employee, are included in each employee's contract. Contractor shall specify the compensation rate to be earned for hours in excess a normal workweek within the employment contract.

Contractor shall specify the type or description of work to be performed and the job site location.
Contractor shall provide transportation costs from country of origin to place of employment, including repatriation.

Contractor shall include a detailed description of the type of job site berthing accommodations available to the employees within the employment contract.

Contractor shall provide non-cash compensation and benefits, to include meals and accommodations.

Contractor shall ensure employees have injury and sickness compensation insurance for emergency medical and dental care.

Contractor shall clearly define valid grounds for termination within the employment contract.

Contractor shall include dispute settlement provisions within the employment contract.

Housing Standards: The Contractor shall comply with the following minimum housing accommodations standards:
    (1) Housing provided to all employees shall be no less than 50 square feet per person.

    (2) Cafeteria or common use kitchen will be provided to all employees. Common use kitchens will service no more than 25 workers per kitchen.

    (3) Each room shall be furnished at a minimum with the following:

        (i) Room light.
        (ii) One bed per individual.
        (iii) One storage device that can be secured; a footlocker with hasp for lock, minimum size of at least 3 cubic feet.
        (iv) A laundry facility or laundry service.
        (v) Cleaning supplies.

    (4) Monthly inspections of living conditions of all Contractor and subcontractor employees. A copy of the inspection report shall be provided to the ACO. The inspection report shall, at a minimum, contain the following inspection criteria:
        (i) Compliance with minimum housing accommodation standards.
        (ii) Functioning appliances and the projected time for repair for any non-functioning appliances.
        (iii) The findings of Quarterly Health and Welfare inspections on personnel and accommodations.

TIP Training: Contractor shall provide TIP training for all employees and subcontractor employees. A copy of each employees TIP training certificate shall be provided to the PCO 30 days after the contract start date.

Contractor Shall Post: Human Trafficking Hotline Posters in English and all employee languages in all living quarters.

Violations: Violation of the TIP policy shall result in actions taken against the Contractor or its employees. Such actions may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment at no cost to the USG. Contractor shall take appropriate actions to enforce this clause up to, and including, termination of employees or subcontractors that violate this policy at no cost to the Government.

Notification: Contractor shall inform the PCO immediately of any information received from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, or subcontractor employee has engaged in conduct that violates TIP policies, and any actions taken against Contractor or subcontractor employees pursuant to FAR Clause entitled "Combating Trafficking in Persons".

Remedies: In addition to other remedies available to the USG, the Contractors failure to comply with TIP policy may render the Contractor subject to the following:

    (1) Required removal of a Contractor employee or employees from the performance of the contract.

(2) Required subcontractor termination.

(3) Suspension of contract payments.

(4) Loss of fee, consistent with the fee plan, for the performance period in which the USG determined Contractor non-compliance.

(5) Termination of the contract for default or cause, in accordance with the termination clause of this contract.

(6) Suspension or debarment.

Subcontracts: Contractor shall flow-down to its subcontracts the terms and conditions of this paragraph IAW Host Nation laws, regulatory guidance, DOD, and FAR clauses referenced herein.

(End of Clause)

PSCR1-5 – MILITARY EXTRATERRITORIAL JURISDICTION ACT (AUG 2010)

Military Extra Territorial Jurisdiction Action (MEJA) (18 USC 3261-3267). Per the MEJA Act, following notification of contract award, the Contractor and all subcontractors at any tier shall provide the required notification to all employees. The Contractor shall report compliance with this clause to the Contracting Officer following contract award and upon request. The Contractor shall respond to requests for reports on compliance with this clause in the manner and with such content as is specified by the Contracting Officer at no further cost to the Government. The contractor, and all subcontractors at any tier, is responsible for providing each employee with the below notification by actions sufficient to ensure all employees have received and understood the notification by actions including, but not limited to, providing the notification and obtaining a written acknowledgement of the notification by each employee, posting the notification in a conspicuous place frequented by employees, as well as including the below notice in employee manuals or employment information. Employees who are not literate (who cannot read) shall have this notification read to them in a language understood by such employee. The below notification will be provided during employee training and any briefings provided to contractors employees and subcontractor employees at any tier no later than ten days after employment for this contract or arrival in the foreign country in which they will be assigned, employed by or accompanying the US Armed Forces, or residing as a dependent. The contractor shall maintain a copy of each employee's written acknowledgement of receipt of the notification and shall provide the same upon request by the Contracting Officer. The contractor shall comply with all notification requirements of DoD Instruction 5525.11, Criminal Jurisdiction over Civilians Employed By or Accompanying the Armed Forces outside the United States, Certain Service Members, and Former Service Members. In the event of conflict between DoDI 5525.11 or any applicable U.S. military regulations, DoDI 5525.11 and/or applicable U.S. military regulations or orders will control over this clause. The notification referenced above is as follows: Notification: Under the Military Extraterritorial Jurisdiction Act (MEJA) (18 USC 3261-3267), persons employed by or accompanying the U.S. Armed Forces outside the United States are potentially subject to prosecution for certain criminal acts, including such acts occurring outside the United States. MEJA applies only to those crimes punishable by imprisonment for more than one year if committed within United States jurisdiction. The law applies to individuals accompanying a contractor for the US Armed Forces, which may include a dependent of a DOD contractor or subcontractor employee. This law authorizes DOD law enforcement personnel to arrest suspected offenders in accordance with applicable international agreements and specifies procedures for the removal of accused individuals to the US. It also authorizes pretrial detention and the appointment of counsel for accused individuals. See Army Field Manual 3-100.21, Contractors on the Battlefield, and DoD Instruction 5525.11, Criminal Jurisdiction Over Civilians Employed By or Accompanying the Armed Forces Outside the United States, Certain Service Members, and Former Service Members.

(End of Clause)

4.0    OTHER

It is expected that the MATOC will be awarded to several contractors as a result of this solicitation. As individual projects are identified, they will generally be communicated to all of the MATOC contract holders via RFPs. MATOC contract holders would then provide a short proposal to the Government for each RFP, and the Government

will award each project as a Task Order to the MATOC using a condensed evaluation process, considering price ~~as a higher priority over~~ and other evaluation factors. The winning offerors will be required to provide no later than 15 calendar days after notice of task order award performance and payment surety for up to 100% of the Task Order amount. It is anticipated that Task Orders of various values will be awarded, with the majority in the $ 20 million to $ 100 million range. Any task order awardee which fails to provide acceptable performance and payment surety within 15 calendar days after notice of task order award may be determined not responsible and the task order award may be terminated and awarded to another MATOC awardee. Task Orders will be awarded as firm fixed price (FFP) Task Orders; no Cost-type Task Orders will be part of this MATOC. These MATOCs will be awarded as a base of two years with three one year option periods.

**A301**

Section 01 10 00 - Statement of Work

SCOPE OF WORK
PART 1 GENERAL

1. CONTRACT DESCRIPTION

This Scope of Work is for a Multiple Award Task Order Contract (MATOC) in support of a full range of Design-Build and Construction requirements for US Military Forces, other US Government Organizations, and friendly Foreign Governments, in various locations throughout the US Central Command (CENTCOM) area of operations. This area of operations includes the following countries: Egypt, Syria, Jordan, Lebanon, Yemen, Saudi Arabia, Iraq, Iran, Kuwait, Bahrain, Qatar, United Arab Emirates, Oman, Pakistan, Afghanistan, Kyrgyzstan, Turkmenistan, Tajikistan, Uzbekistan, and Kazakhstan.

2. TYPES OF FACILITIES

This MATOC will provide the US Government with a contract vehicle to award Design-Build or Construction Task Orders for a wide variety of project types, including the new construction or renovation of:
- ☐ Housing/Barracks
- ☐ Dining Facility
- ☐ Equipment/Vehicle Maintenance Facility
- ☐ Operations Facility
- ☐ Administrative/Headquarters Facility
- ☐ Command and Control Facility
- ☐ Communications Center
- ☐ Fire Station
- ☐ Waste Management Complex
- ☐ Training Facility
- ☐ Medical Facility (Clinic/Hospital)
- ☐ Fuel Storage Facility
- ☐ Fuel Distribution and Storage System
- ☐ Munitions Storage
- ☐ Power Plant
- ☐ Utilities Infrastructure
- ☐ Reception, Staging, and Onward Integration Facilities/Areas
- ☐ Entry/Access Control Points
- ☐ Cargo Handling Areas
- ☐ Perimeter Fence and Guard Towers
- ☐ Road Construction
- ☐ Airfields (Runways/Taxiways/Aprons/Ramps)
- ☐ Airfield Support Facilities (Hangars/Control Towers/etc.)
- ☐ Passenger/Cargo Terminals
- ☐ Drainage System Projects
- ☐ Water Treatment Facility

3. TASK ORDERS

The work performed under this MATOC shall consist of providing all facilities, plans, labor, transportation, materials, equipment, and the performance of all work necessary to construct the project, including incidental design in the case of Design-Build Task Orders. Each Task Order's Request For Proposal (RFP) will include the details of the requirements. Some Task Orders will include the construction of "turn-key" facilities, where the Task Order could include facilities construction and furnishings, fixtures and equipment (as described in the respective Task Order RFP). Some Task Orders could include Contractor provided Operations and

Maintenance for a limited time after completion of the constructed facilities (as described in the respective Task Order RFP).

**A303**



**DEPARTMENT OF THE ARMY**
**U.S. ARMY CORPS OF ENGINEERS**
**Middle East District**
**P.O. Box 2250**
**Winchester, Virginia 22604-1450**

29 November 2012

Directorate of Contracting

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

**MATOC CONTRACT HOLDERS**

You are hereby requested to submit a Firm Fixed-Price (FFP) proposal in accordance with the streamlined task order ordering in accordance with FAR 16.505 (b)(1) ORDERING - FAIR OPPORTUNITY process to accomplish subject work in accordance with the enclosed documents, which includes:

Proposal Schedule
Cost Breakdown Sheet

Acceptance Period: All proposals shall be valid for 90 days after the proposal submission due date.

The submissions are to include an original and two (2) copies of both the technical and pricing volumes along with one (1) CD which contains all files in an editable format using Microsoft Word and Excel format for Price. Proposals are due by 4:00PM, local time on 09 January 2013 at the U.S. Army Corps of Engineers, Middle East District Office, ATTN: SFC Igor Paustovski/Tino Philip CETAM-CT-M, PO Box 2250, Winchester, VA 22604. Electronic submissions will not be accepted.

| | |
|---|---|
| **Section 00 21 00:** | **Instructions, Conditions and Notices to Offerors** |
| 52.214-5000 | Apparent Clerical Mistakes |
| 52.215-20 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data. |
| 52.217-5 | Evaluation of Options |
| 52.236-27 | Site Visit (Construction) – Alternate I |
| 52.236-28 | Preparation of Proposals – Construction |
| 252.215-7008 | Only One Offer |
| **Section 00 45 00:** | **Representations and Certifications** |
| | Defense Base Act Insurance Rates – Limitation – Fixed-Price |
| **Section 00 72 00:** | **Contract Clauses** |

**A304**

| | |
|---|---|
| 52.203-11 | Certification and Disclosure Regarding Payments to Influence Certain Federal Transaction |
| 52.204-99 | System for Award Management Registration |
| 52.211-13 | Time Extensions |
| 52.217-7 | Option for Increased Quantity-Separetely Priced Line Item |
| 52.223-18 | Encouraging Contractor Policies to Ban Text Messaging While Driving |
| 52.228-2 | Additional Bond Security |
| 52.228-3 | Workers Compensation Insurance |
| 52.228-11 | Pledges of Assets |
| 52.228-12 | Prospective Subcontractor Requests for Bonds |
| 52.228-14 | Irrevocable Letter of Credit |
| 52.228-15 | Performance and Payment Bonds-Construction |
| 52.236-4 | Physical Data |
| 52.236-25 | Requirements for Registration of Designers |
| 252.203-7000 | Requirements Relating to Compensation of Former DoD Officials |
| 252.222-7006 | Restrictions on the Use of Mandatory Arbitration Agreements |
| 252.225-7045 | Balance of Payments Program – Construction Material Under Trade Agreements |
| 252.225-7993 | Prohibition on Contracting with the Enemy in the United States Central Command Theater of Operations |
| 252.225-7994 | Additional Access to Contractor and Subcontractor Records in the United States Central Command Theater of Operations |
| 252.225-7995 | Contractor Personnel Performing in the United States Central Command Area of Responsibility |
| 252.227-7022 | Government Rights (Unlimited) |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports |
| 252.236-7001 | Contract Drawings and Specifications |
| 252.246-7004 | Safety of Facilities, Infrastructure and Equipment for Military Operations |

**Section 00 73 00:**      **Special Contract Requirements**

A. Contract Administration
B. Post Award Conference
C. Submitting Pay Estimates and Payments to the Contractor
D. Contractor Liaison with Foreign Government
E. Compliance with Host Country Rules and Customs
F. U.S. Army Corps of Engineers Safety and Health Requirements Manual EM 385-1-1
G. Contractor Performance Evaluation
H. Duties, Taxes, and License Fees – Bahrain
I. Construction Sequencing
J. Partnering

**Section 00 73 10**      **Supplemental Contract Requirements**

2

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

    A.  Magnitude of Construction
    B.  Requirements for Issuance of Notice to Proceed

| | |
|---|---|
| 52.211-10 | Commencement, Prosecution and Completion of Work |
| 52.211-12 | Liquidated Damages- Construction |
| 252.236-7004 | Payment for Mobilization and Demobilization |

**DIVISION 00 - PROCUREMENT AND CONTRACTING REQUIREMENTS**

See Specification Section

Throughout these documents, the word 'contract' means 'task order.'

The estimated range of construction in accordance with DFARS 236.204 is between $25 Million - $100 Million.

All contractual matters, questions and or comments relative to these documents should be submitted via Bidder Inquiry in ProjNet at http://www.projnet.org/projnet no later than 02 January 2013 in order that they may be given consideration or actions taken prior to receipt of offers. The Bidder Inquiry Key is Y4FARU-VUSQCM to submit questions.

Letter RFP documents for Project entitled, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940), can be accessible from the Safe Access File Exchange (AMRDEC) site. These documents will only be accessible from the AMRDEC site for 14 days and can be download only once. It is advised that you download the documents as soon as possible.

For site visit information, see FAR Clause 52.236-27, Site Visit (Construction) of this letter for details.

The Contracting Officer reserves the right to enter into discussions with the offeror; however, preaward discussions are not presently contemplated.

The Awardees non-pricing proposal will be incorporated into the subject task order contract.

Evaluation Criteria for Letter RFP to IDIQ Contractors

3

**A306**

**MATOC Task Order**
**Transient Quarters and Enlisted & Officer Dining Facility**
**Manama, Bahrain (PN # 935 & 940)**

**PROPOSAL EVALUATION AND TASK ORDER AWARD**

**TRADEOFF PROCESS UNDER THE BEST VALUE CONTINUUM**
**(BVTO)**

**1. Eligibility for Task Order Award:**

In accordance with the Federal Acquisition Regulation (FAR), no task order contract shall be entered into unless the Contracting Officer ensures that all requirements of law, Executive Orders, regulations, and all other applicable procedures, including clearances and approvals, have been met. This includes the FAR 9.103 requirement that no award shall be made unless the Contracting Officer makes an affirmative determination of responsibility. The Contracting Officer will use the guidelines contained in FAR 9.104 to conduct the determination of responsibility. Additionally, for a proposal to be determined at least acceptable, it must meet the requirements set forth in the Letter Request for Proposal (RFP). A proposal that is determined to be non-responsive will not be evaluated or considered for a task order award.

**1. BVTO Source Selection Process:**

The Government cannot make an award to an offeror that is determined to have a technical proposal that is deficient or unacceptable. An "unacceptable" rating will make the offeror ineligible for the Task Order award, unless the Government elects to enter into discussions with offeror's and all deficiencies are remedied in a revised proposal. It is the intent of the Government to award a task order without discussions, although the Government reserves the right to conduct discussions if it is determined to be in the Government's best interest. Therefore, an offeror that desires consideration for an award is advised to comply with all mandatory requirements of the RFP for submission of price and non-price proposals.

The Government intends to make one award for completion of the project indentified in the RFP. The award will be made to the offeror whose proposal represents the best overall value to the Government. Competing proposals shall be evaluated against the requirements of the Letter RFP to assess significant strengths, strengths, significant weaknesses, weaknesses and associated risks and deficiencies. The trade off process of evaluation between non-price and price aspects of the offerors' proposals will be used to determine those offers that may result in award of a task order contract.

Definitions [FAR 15.001]

*Strength* is an aspect of the offeror's proposal that has merit or exceeds specified performance or capability requirements in a way that will be advantageous to the Government during contract performance.

4

*Significant Strength* is an aspect of an offeror's proposal that, when judged against the evaluation criteria, appreciably enhances the merit of that offeror's proposal or appreciably increases the probability of successful contract performance by that offeror.

*Weakness* means a flaw in the proposal that increases the risk of unsuccessful contract performance.

*Significant Weakness* in the proposal is a flaw that appreciably increases the risk of unsuccessful contract performance.

*Deficiency* is a material failure of a proposal to meet a Government requirement or a combination of significant weaknesses in a proposal that increases the risk of unsuccessful contract performance to an unacceptable level.

Implicit in the Government's evaluation and selection process is its willingness to accept other than the lowest priced offers; however, the degree of importance of technically related elements as a factor will become greater than price.

**3. BASIS OF AWARD:** Subject to the provisions herein, award will be made to the offeror who is deemed responsible according to the FAR, whose offer conforms to the Letter RFP, and whose proposal, judged by an overall assessment of the evaluation criteria and other considerations specified in the Letter RFP, represents the best value to the Government.

**4. EVALUATION OF FACTORS:** In accordance with FAR 15.304, the following factors will be considered when evaluating the proposals:

**Factor 1 – Management Plan**

**Factor 2 – Design Concept**

**Factor 3 – Utilization of U.S. Small/Local Foreign Business Concerns**

**Factor 4 – Price**

Factor 1 and Factor 2 are approximately equal in weight and significantly more important than Factor 3. When technical factors combined, they are significantly more important than price factor.

**5. EVALUATION OF TECHNICAL PROPOSALS:** The rating of non-pricing proposals reflects the degree to which the proposed approach by an offeror meets or does not meet the minimum performance or capability requirements through an assessment of significant strengths, strengths, significant weaknesses, weaknesses, deficiencies, and risks of a proposal. Factors 1 and 2 will be evaluated as follows:

The combined technical/risk rating methodology will be used to evaluate the non-pricing approach and risk. The technical evaluators will assign a combined technical/risk adjective rating of *outstanding/very low risk; good/low risk; acceptable/no worse than moderate risk; marginal/high risk* or *unacceptable* to the factors. Combined technical/risk evaluations will use the combined technical/risk ratings listed below:

5

| ADJECTIVE RATING | DEFINITION AND CRITERIA |
|---|---|
| Outstanding | Proposal meets requirements and indicates an exceptional approach and understanding of the requirements. Strengths far outweigh any weaknesses. Risk of unsuccessful performance is very low. |
| Good | Proposal meets requirements and indicates a thorough approach and understanding of the requirements. Proposal contains strengths which outweigh any weaknesses. Risk of unsuccessful performance is low. |
| Acceptable | Proposal meets requirements and indicates an adequate approach and understanding of the requirements. Strengths and weaknesses are offsetting or will have little or no impact on contract performance. Risk of unsuccessful performance is no worse than moderate. |
| Marginal | Proposal does not clearly meet requirements and has not demonstrated an adequate approach and understanding of the requirements. The proposal has one or more weaknesses which are not offset by strengths. Risk of unsuccessful performance is high. |
| Unacceptable | Proposal does not meet requirements and contains one or more deficiencies. Proposal is un-awardable. |

The methodology for evaluating Factor 3 – Utilization of U.S. Small/Local Foreign Business Concerns will be though the use of acceptable and unacceptable (pass/fail) ratings as defined below:

| Rating | Definition |
|---|---|
| Acceptable | Proposal meets the minimum requirements of the solicitation. |
| Unacceptable | Proposal does not clearly meet the minimum requirements of the solicitation. |

**Description of Evaluation Factors:**

**Factor 1 – Management Plan [not to exceed fifteen pages]**

(a)  An Offeror should provide a management plan.  Details that should be provided, but are not limited to, include:

(i)   Organizational chart showing an offeror's key management personnel, relationships between design personnel and construction personnel, and subcontractors' key

6

**A309**

management personnel for subcontractors separately performing more than 20% of the on-site construction and or management work.

More weight will be given for:

Organizational charts that show clear lines of authority between the prime contractor, designers and sub-contractors performing more than 20% of the work.

(ii)  Identification of Key Personnel to include information pertaining to their experiences and qualifications to serve in the positions indicated:

Prime contractor's Construction Project Manager.
Prime contractor's Site Superintendent.
Prime contractor's Contractor Quality Control Systems' Manager (CQCSM).
Prime contractor's Site Safety, Health and Environmental Officer (SSH&EO).
Prime contractor's Fire protection Engineer to be licensed under the requirements in Unified Facilities Criteria (UFC) 3-600-01 Section 1-5.
Designers of Record shall be licensed in the USA or the Kingdom of Bahrain.

More weight will be given for:

Key Personnel with experience on at least three (3) projects of similar size, scope, and complexity.
Key Personnel with ten (10) or more years of relevant job experience that is related to the position they will hold on this project.
Lead Designers with experience greater than five (5) years performing relevant design work.
Geotechnical Engineers with experience greater than five (5) years.

(iii)  Description of the ability to manage projects of similar or greater complexity.  Offerors should clearly but concisely describe experience on projects of similar or greater size, scope, and complexity, as the project described in the Letter RFP.

More weight will be given to Offerors who:

Demonstrate Project Management experience on three (3) or more projects of similar size, scope, and complexity.

Demonstrate experience in design/construction of projects that meet UFC 4-010-01.

Demonstrate experience in design/construction of projects that meet UFC 4-010-02.

Demonstrate experience in progressive collapse design.

(iv)  Subcontractor Letter of Commitment: If an Offeror wishes to be credited with a subcontractor or supplier, i.e. a firm that is not the prime contractor or part of the joint venture, a unequivocal letter of commitment signed by the subcontractor and the prime contractor must be submitted. It must be submitted even if the firm is in some way related to a joint venture partner (for example, the subcontractor is subsidiary of a joint venture

7

partner, or a subsidiary of a firm to which the joint venture partner is also a subsidiary). If an Offeror submits projects demonstrating experience by a subcontractor, a subsidiary, or a supplier, as opposed to the prime or one of the joint venture partners, the Offeror MUST submit a signed unequivocal letter of commitment from the contractor who performed and completed the work. If a unequivocal letter of commitment is not submitted, the experience will not be considered.

**Factor 2 – Design Concept [not to exceed 15 pages except concept design drawings]**

(a)  Building Function and Aesthetics:

As a part of the Building Function and Aesthetics description, technical approach narratives, both qualitative and quantitative, defining the elements of the design proposal to include but not limited to the Minimum Space and Facility Size and Architectural Theme and Materials should be provided. They should be prefaced with a design concepts narrative, providing the design rationale and basis of the proposal.

(b)  Minimum Space and Facility Size:

Describe the spaces provided in accordance with the technical specifications.  As a minimum, include a tabulation of the net square meters for rooms, zones, or other areas, the total gross square meters for each floor of each facility, and the total gross square meters for each facility to clearly demonstrate compliance with the project requirements.

> More weight will be given to Offerors who:

> Provide one or more of the room betterments listed in Part 3 for the Transient Quarters.

> Provide a seating capacity for the DFAC greater than 288.

> Maximize site area available for future expansion or development.

(c)  Architectural Theme and Materials:

Describe the architectural themes and spaces which demonstrate how the proposal achieves the results desired by the Project Program.  Narrative should address how the selection of materials and colors enhances the exterior and interior aesthetics of the facilities and improves the living and/or working conditions for the military populations who will utilize the facilities.  This narrative is not intended to be a material listing, but to explain/reflect how the selections were made and how they address the requirements.  The offeror should also describe how the facility will be innovative while maintaining a cohesive look with the rest of the facilities on the Bahrain NSA Base.

A list of quality improvements that are above the minimum stated with the performance specifications.  Provide this information supported by catalog information and/or on the color boards as applicable, including warranties.  This information should include manufacturer's name, model number, length of warranty, size/capacity (where available), efficiency (where applicable), and any other notes or information selected by the offeror.  Improvements provided

8

may add greater weight to the rating. The rating will not be lowered if no improvements are offered. All improvements or enhancements proposed by the Offeror will become a part of the contract requirements after award.

More weight will be given to Offerors who:

Provide building materials of demonstrable quality and durability expected to perform for more than 25 years.

Provide a roofing warranty greater than 10 years.

In addition to the narratives, concept design drawings should be provided. As described below concept design drawings are not included in the page limitation.

(d) Design Concept Drawings:

An Offeror should provide Concept Design drawings as described below:

Presentation Drawings for the facility should include views of building exterior and typical interior spaces to include but not limited to Lobby, Dining Room, Sleeping Quarters.

Presentation Exterior Elevations clearly noting proposed materials and colors.

Typical building sections, wall sections and appropriate details depicting material quality.

Schematic floor plans for each floor.

Sleeping room layout which includes furniture placement.

Site plan, but not limited to include the site conditions/limits.

More weight will be given to Offerors who:

Provide a site plan that allows for ease of deliveries to the dining facility, barracks and the future facility [mini-mart] that will be on the site.

Establish a smooth flow of pedestrian traffic from the walking mall into the dining facility.

Allow space for future construction of outdoor eating area

(e) Sustainability (LEED):

The Offeror should provide a narrative that discusses the offerors experience in constructing facilities that meet LEED Silver or higher certification requirements.

The Offeror shall submit LEED-NC Registered Project Checklist demonstrating how it will achieve the Silver LEED rating required in the technical specifications.

9

More weight will be given to Offerors who:

Clearly show that the Offeror can achieve a LEED rating greater than Silver.

The narrative is included in the 15 page design concept narrative limitation. The project checklist is not included in the page limitation.

**Factor 3 – Utilization of U.S. Small/Local Foreign Business Concerns [no page limit]**

Each U.S. large business MATOC awardees will be required to submit an addendum to its subcontracting plan in response to each Task Order Letter RFP, detailing its U.S. small business subcontracting goals. Such Goals proposed for each subcontracting plan addendum should not be lower than the DoD percentage targets, unless compelling evidence is presented by the contractor which supports that such goals may not be realistically obtained. Subcontracting plans will be updated annually to reflect revised DoD goals, if applicable. U.S. large business will propose the U.S. small business subcontracting goals in their subcontracting plan addendum for OCONUS task orders.

The Government will evaluate each proposal to determine the extent to which the addendum supports the achievement of the overall contract goals and the realism of the addendum goals based on proposal risk. The addendum is not required to meet the minimum Total U.S. Small/Local Foreign Business Participation goal of 35% to receive an acceptable rating. In order to achieve an acceptable rating, Offeror must propose meaningful goals that are somewhat realistic. The work to be performed directly by a U.S. Small Business prime offeror will also be treated as U.S. Small Business Participation.

6.      **EVALUATION OF PRICE PROPOSALS:**

**Factor 4 – Price:**

The Government will evaluate proposals for the purpose of determining the reasonableness and completeness of the prices offered. Price proposals will be analyzed for unbalanced pricing in accordance with 15.404-1(g). Completeness includes review of Proposal Schedules and Cost Breakdown Sheets. Unreasonably high or low prices as determined by the Source Selection Authority (SSA), through the use of price analysis techniques under FAR 15.404-1(b), may be grounds for eliminating a proposal from the competitive range, if one is established.

**Binding Rate Statement:**

For the Cost Breakdown Sheet items Indirect Cost HOOH; Material Handling markup; and Subcontractor Handling Markup, each offeror shall provide a statement explaining how each of these items has been computed consistent with its approved accounting practices and so as to fit within each offeror's contractual maximum binding rates for the same items.

10

**A313**

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)


**PROPOSAL SUBMISSION INSTRUCTIONS:**

Each Proposal must be submitted to:

> US ARMY CORPS OF ENGINEERS
> MIDDLE EAST DISTRICT - CETAM-CT-M
> ATTN: SFC IGOR PAUSTOVSKI/TINO PHILIP
> 201 PRINCE FREDERICK DRIVE
> WINCHESTER, VA 22602

Your proposal is due no later than 09 January 2013, 4:00PM, Winchester, VA time. Proposals may be sent by courier (DHL, Federal Express, etc) or hand delivered at the address above.

Please reference Letter RFP 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

** No electronic submissions will be accepted. (E-mail or Fax)

Each proposal must be submitted in three (3) copies, One (1) Original + Two (2) copies and a CD with all files, in a read/write format using Microsoft Office Programs. Price must be submitted in Excel format. Each set will be supplied in two (2) volumes:

> Volume I:  Price
> Volume II:  Technical

That means you need to submit a total of Six (6) Volumes, Three (3) Price Volumes, and Three (3) Technical Volumes.

Each Volume must be individual bound, typically in a standard three ring binder or similar book. Each section of the Volumes needs to be individually tabbed and labeled:

An EXAMPLE is:  Volume I, Price   Tabbed as:

> Tab 1:  Completed Bid Schedule
> Tab 2:  Completed Representations & Certifications
> Tab 3:  Completed Cost Breakdown Sheet
> Tab 4:  Binding Rate Statement
> Tab 5:  Contractor Contact Information
>
> Volume II, Technical   Tabbed as:

Tab 1:  Management Plan

Tab 2:  Design Concept
> Building Function and Aesthetics
> Minimum Space and Facility Size
> Architectural theme and Materials
> Design Concept Drawings
> Sustainability LEED

11

**A314**

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

Tab 3: Utilization of U.S. Small/Local Foreign Business Concerns

(End of Example)

Technical Proposal, Factor 3 Utilization of U.S. Small/Local Foreign Business Concerns shall not include any price or cost data.

Failure to send all required documents may result in your submission as being non-responsive to the Letter Request for Proposal and may result in your proposal being eliminated from the evaluation process.

The Offeror shall place the following notification on the bottom of each page of its proposal: "Source Selection Information – See FAR 2.101 and 3.104" "Do not disclose any source selection information to any unauthorized person." If you have any questions or concerns, please contact Michelle R. Pearman at Michelle.R.Pearman@usace.army.mil or SFC Igor Paustovski at Igor.Paustovski@usace.army.mil

Sincerely,

PEARMAN.MICHELLE.R
.1229598887

Digitally signed by PEARMAN.MICHELLE.R.1229598887
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI,
ou=USA, cn=PEARMAN.MICHELLE.R.1229598887
Date: 2012.11.29 05:37:34 -05'00'

MICHELLE R. PEARMAN
Contracting Officer

12

**A315**

**SECTION 00 21 00    INSTRUCTIONS, CONDITIONS AND NOTICES TO OFFERORS**

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

52.215-20   REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997)

(a) Exceptions from cost or pricing data.
    (1) In lieu of submitting cost or pricing data, offerors may submit a written request for exception by submitting the information described in the following paragraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable.
        (i) *Identification of the law or regulation establishing the price offered*. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.
        (ii) *Commercial item exception*. For a commercial item exception, the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information may include—
        (A) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), *e.g.,* wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the

13

**A316**

established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities;

(B) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market;

(C) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The offeror grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this provision, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the offeror's determination of the prices to be offered in the catalog or marketplace.

(b) *Requirements for cost or pricing data.* If the offeror is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The offeror shall prepare and submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

(2) As soon as practicable after agreement on price, but before contract award (except for unpriced actions such as letter contracts), the offeror shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

(End of provision)

52.217-5  EVALUTION OF OPTIONS (JULY 1990)

Except when it is determined in accordance with FAR 17.206 (b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(End of provision)

52.236-27  SITE VISIT (CONSTRUCTION) (FEB 1995)—ALTERNATE I (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigations and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly, offerors or quoters are urged to inspect the site where the work will be performed, if at all possible.

(b) An organized site visit has been scheduled for 09:00 hours on 10 December 2012 at Manama (Mina Salman Port Main Gate), Bahrain. Contractors are urged to inspect the site where the work will be performed, if at all possible. However, Contractor must be aware that such an inspection will be undertaken at their own risk, and to take all due precaution in the performance of the Site Investigation. USACE makes no direct or implied guarantee of safety or safe passage should a

14

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

Contractor undertake a Site Investigation. Contractor shall make their own arrangements for obtaining necessary visas for entering the Kingdom of Bahrain.

(c) Should a Contractor decide to conduct a Site Investigation, due to security requirements only two individuals will be permitted for the site visit. Please provide the following employee information for gate passes:

1. Name
2. Company
3. Position
4. Nationality
5. Copy of their Passport if not a Bahrain Citizen
6. Copy of their Bahrain CPR if they are a Bahrain Citizen/Resident
7. Contact information
8. Vehicle
     a. Registration Number
     b. Copy of Vehicle Registration

The above information shall be e-mailed to ALL EMAIL ADDRESSES listed below by 03 December 2012 in order to gate access for the site visit:

Marshand.J.Whittington@usace.army.mil
Mollie.Bednarowski@usace.army.mil
Shibu.Joseph@usace.army.mil
Duane.T.Crowe@usace.army.mil

And

Facsimile as follows: Attention: Ms. Vicky Sibayan, FAX: +973-1785-3310

Company representative information is requested for the purposes of USACE personnel to acquire base access passes and the preparedness for potential Contractor Request For Information (RFI).

(End of provision)

52.236-28    PREPARATION OF PROPOSALS--CONSTRUCTION (OCT 1997)

(a) Proposals must be (1) submitted on the forms furnished by the Government or on copies of those forms, and (2) manually signed. The person signing a proposal must initial each erasure or change appearing on any proposal form.

(b) The proposal form may require offerors to submit proposed prices for one or more items on various bases, including--

(1) Lump sum price;

(2) Alternate prices;

15

**A318**

(3) Units of construction; or

(4) Any combination of paragraphs (b)(1) through (b)(3) of this provision.
(c) If the solicitation requires submission of a proposal on all items, failure to do so may result in the proposal being rejected without further consideration. If a proposal on all items is not required, offerors should insert the words "no proposal" in the space provided for any item on which no price is submitted.

(d) Alternate proposals will not be considered unless this solicitation authorizes their submission.

(End of provision)

252.215-7008      ONLY ONE OFFER (JUN 2012)

(a) The provision at FAR 52.215-20, Requirements for Certified Cost or Pricing Data and Data other Than Certified Cost or Pricing Data, with any alternate included in this solicitation, does not take effect unless the Contracting Officer notifies the offeror that—

(1) Only one offer was received; and

(2) Additional cost or pricing data is required in order to determine whether the price is fair and reasonable or to comply with the statutory requirement for certified cost or pricing data (10 U.S.C. 2306a and FAR 15.403-3).

(b) Upon such notification, the offeror agrees, by submission of its offer, to provide any data requested by the Contracting Officer in accordance with FAR 52.215-20.

(c) If negotiations are conducted, the negotiated price should not exceed the offered price.

(End of provision)

## SECTION 00 45 00      REPRESENTATIONS AND CERTIFICATIONS

DEFENSE BASE ACT INSURANCE RATES – LIMITATION – FIXED-PRICE (APRIL 2011)

(a) The U. S. Army Corps of Engineers (USACE) has entered into a contract with **CNA Insurance** to provide all Defense Base Act (DBA) insurance to USACE,C3 and the 408th CSB contractors and subcontractors at a contracted fixed rate. The fixed rates for this insurance are as follows:

| Service | $3.50 | per $100 of employee remuneration |
|---|---|---|
| Construction | $4.25 | per $100 of employee remuneration |
| Aviation | $17.00 | per $100 of employee remuneration |
| Security | $10.00 | per $100 of employee remuneration |

(b) Bidders/Offerors should compute the total compensation or total payroll, (salary, plus overseas recruitment incentive and post differential, but excludes per diem, housing allowance, travel expenses, temporary quarters allowance, education allowance and other miscellaneous post allowances) to be paid to employees who will be covered by DBA insurance. Compute the cost

16

of DBA Insurance by utilizing the spaces provided below for the base period and whatever extension there may be thereafter, if applicable.

(1) Compensation of Covered Employees: _____
(Total Payroll Not Total Contract Value)   Ex: If total Payroll is $100,000.00

(2) Applicable DBA Rate: _____
(Use appropriate Rate)   Ex:  If a Construction, the rate is $4.25/$100 or 4%

(3) Total DBA Cost: _____
(Amount of DBA Premium)  Ex: $100 K multiplied by 4% is $4,250.00

(c)  Bidders/Offerors shall include a statement as to whether or not local nationals or third country nationals will be employed on the resultant contract.

(d)  CNA Insurance is utilizing Rutherfoord International as their managing Broker.  The primary POC is the USACE DBA Program Administrator is Nikki Houngmany, (703) 813-6571 usace@rutherfoord.com.  The alternate POC is Sara Payne, Senior Vice President, (703) 813-6503 sara.payne@rutherfoord.com.

(e)  Labor Category/Job Classification Definitions:
SERVICE:  White-collar" workers providing IT, engineering/consulting services, and restaurant services. Security consultants are included in this category if they are only providing risk assessment services and no form of armed protection.

CONSTRUCTION:  "Blue-collar" workers providing services such as carpentry, electrical, plumbing, mechanical, concrete/asphalt, de-mining, roofing, landscaping, janitorial, trash removal, Port-a-John/septic cleaning, pest exterminating, auto repair/dismantling, drivers/couriers, and heavy equipment operation and maintenance. Construction site supervisors/managers and life support service providers are included in this category as well as all Unskilled and Manual Labor Day Laborers.  * Most work will fall into this category*

SECURITY:  Personal Security Detail (PSD) and Static or Convoy Guarding of property or personnel.

AVIATION:  Pilot and Crew of any aircraft excluding ground personnel who provide maintenance or services and

(End of Provision)

**SECTION 00 72 00    CONTRACT CLAUSES**

52.203-11    CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (SEP 2007)

(a) Definitions. As used in this provision--``Lobbying contact'' has the meaning provided at 2 U.S.C. 1602(8). The terms ``agency,'' ``influencing or attempting to influence,'' ``officer or employee of an agency,'' ``person,'' ``reasonable compensation,'' and ``regularly employed'' are

17

**A320**

defined in the FAR clause of this solicitation entitled ``Limitation on Payments to Influence Certain Federal Transactions'' (52.203-12).

(b) Prohibition. The prohibition and exceptions contained in the FAR clause of this solicitation entitled ``Limitation on Payments to Influence Certain Federal Transactions'' (52.203-12) are hereby incorporated by reference in this provision.

(c) Certification. The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

(d) Disclosure. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

(End of provision)

52.204-99      SYSTEM FOR AWARD MANAGEMENT REGISTRATION (DEVIATION)(AUG 2012)

(a)  Definitions.  As used in this clause—
"Central Contractor Registration (CCR) database" means the retired primary Government repository for Contractor information required for the conduct of business with the Government.
"Commercial and Government Entity (CAGE) code" means—
(1) A code assigned by the Defense Logistics Agency (DLA) Logistics Information Service to identify a commercial or Government entity; or
(2) A code assigned by a member of the North Atlantic Treaty Organization that DLA records and maintains in the CAGE master file. This type of code is known as an "NCAGE code."
"Data Universal Numbering System (DUNS) number" means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.
"Data Universal Numbering System+4 (DUNS+4) number" means the DUNS number means the number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional SAM records for identifying alternative Electronic Funds Transfer (EFT) accounts (see the FAR at Subpart 32.11) for the same concern.
"Registered in the SAM database" means that—
(1) The Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the SAM database;

18

**A321**

(2) The Contractor's CAGE code is in the SAM database; and

(3) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service (IRS), and has marked the record "Active". The Contractor will be required to provide consent for TIN validation to the Government as a part of the SAM registration process.

"System for Award Management (SAM)" means the primary Government repository for prospective federal awardee information and the centralized Government system for certain contracting, grants, and other assistance related processes. It includes—

(1) Data collected from prospective federal awardees required for the conduct of business with the Government;

(2) Prospective contractor submitted annual representations and certifications in accordance with FAR Subpart 4.12; and

(3) The list of all parties suspended, proposed for debarment, debarred, declared ineligible, or excluded or disqualified under the nonprocurement common rule by agencies, Government corporations, or by the Government Accountability Office.

(b)(1) The Contractor shall be registered in the SAM database prior to submitting an invoice and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The SAM registration shall be for the same name and address identified on the contract, with its associated CAGE code and DUNS or DUNS+4.

(3) If indicated by the Government during performance, registration in CCR may be required in lieu of SAM.

(c) If the Contractor does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) A contractor may obtain a DUNS number—

(i) Via the internet at http://fedgov.dnb.com/webform or if the contractor does not have internet access, it may call Dun and Bradstreet at 1-866-705-5711 if located within the United States; or

(ii) If located outside the United States, by contacting the local Dun and Bradstreet office. The contractor should indicate that it is a contractor for a U.S. Government contract when contacting the local Dun and Bradstreet office.

(2) The Contractor should be prepared to provide the following information:

(i) Company legal business name.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.

(iii) Company physical street address, city, state and Zip Code.

(iv) Company mailing address, city, state and Zip Code (if separate from physical).

(v) Company telephone number.

(vi) Date the company was started.

(vii) Number of employees at your location.

(viii) Chief executive officer/key manager.

(ix) Line of business (industry).

(x) Company Headquarters name and address (reporting relationship within your entity).

(d) Reserved.

(e) Processing time for registration in SAM, which normally takes five business days, should be taken into consideration when registering. Contractors who are not already registered should consider applying for registration at least two weeks prior to invoicing.

(f) The Contractor is responsible for the accuracy and completeness of the data within the SAM database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the SAM database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration

19

**A322**

or subsequent updates its information in the SAM database to ensure it is current, accurate and complete. Updating information in the SAM does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(g)(1)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in Subpart 42.12, the Contractor shall provide the responsible Contracting Officer sufficient documentation to support the legally changed name with a minimum of one business day's written notification of its intention to—

(A) Change the name in the SAM database;

(B) Comply with the requirements of subpart 42.12 of the FAR; and

(C) Agree in writing to the timeline and procedures specified by the responsible Contracting Officer.

(ii) If the Contractor fails to comply with the requirements of paragraph (g)(1)(i) of this clause, or fails to perform the agreement at paragraph (g)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the SAM information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the SAM record to reflect an assignee for the purpose of assignment of claims (see FAR Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the SAM database. Information provided to the Contractor's SAM record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(h) Contractors may obtain information on registration and annual confirmation requirements via the SAM accessed through https://www.acquisition.gov or by calling 866-606-8220, or 334-206-7828 for international calls.

(End of Clause)

52.211-13   TIME EXTENSIONS (SEP 2000)

Time extensions for contract changes will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements related to the changed work and that the remaining contract completion dates for all other portions of the work will not be altered. The change order also may provide an equitable readjustment of liquidated damages under the new completion schedule.

(End of clause)

52.217-7   OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule.  The Contracting Officer may exercise the option by written notice to the Contractor within three hundred and sixty-five

20

(365) calendar days. Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

(End of clause)

52.223-18  ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING (AUG 2011)

(a) Definitions. As used in this clause--

"Driving"—

> (1) Means operating a motor vehicle on an active roadway with the motor running, including while temporarily stationary because of traffic, a traffic light, stop sign, or otherwise.

> (2) Does not include operating a motor vehicle with or without the motor running when one has pulled over to the side of, or off, an active roadway and has halted in a location where one can safely remain stationary.

"Text messaging" means reading from or entering data into any handheld or other electronic device, including for the purpose of short message service texting, e-mailing, instant messaging, obtaining navigational information, or engaging in any other form of electronic data retrieval or electronic data communication. The term does not include glancing at or listening to a navigational device that is secured in a commercially designed holder affixed to the vehicle, provided that the destination and route are programmed into the device either before driving or while stopped in a location off the roadway where it is safe and legal to park.

(b) This clause implements Executive Order 13513, Federal Leadership on Reducing Text Messaging while Driving, dated October 1, 2009.

(c) The Contractor is encouraged to—

> (1) Adopt and enforce policies that ban text messaging while driving—

>> (i) Company-owned or -rented vehicles or Government-owned vehicles; or

>> (ii) Privately-owned vehicles when on official Government business or when performing any work for or on behalf of the Government.

> (2) Conduct initiatives in a manner commensurate with the size of the business, such as—

>> (i) Establishment of new rules and programs or re-evaluation of existing programs to prohibit text messaging while driving; and

>> (ii) Education, awareness, and other outreach to employees about the safety risks associated with texting while driving.

21

(d) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts that exceed the micro-purchase threshold.

(End of clause)

52.228-2    ADDITIONAL BOND SECURITY (OCT 1997)

The Contractor shall promptly furnish additional security required to protect the Government and persons supplying labor or materials under this contract if--

(a) Any surety upon any bond, or issuing financial institution for other security, furnished with this contract becomes unacceptable to the Government.

(b) Any surety fails to furnish reports on its financial condition as required by the Government;

(c) The contract price is increased so that the penal sum of any bond becomes inadequate in the opinion of the Contracting Officer; or

(d) An irrevocable letter of credit (ILC) used as security will expire before the end of the period of required security. If the Contractor does not furnish an acceptable extension or replacement ILC, or other acceptable substitute, at least 30 days before an ILC's scheduled expiration, the Contracting officer has the right to immediately draw on the ILC.

(End of clause)

52.228-3    WORKERS COMPENSATION INSURANCE (DEFENSE BASE ACT) (APR 1984)

The Contractor shall (a) provide, before commencing performance under this contract, such workers' compensation insurance or security as the Defense Base Act (42 U.S.C. 1651, *et seq.*) requires and (b) continue to maintain it until performance is completed. The Contractor shall insert, in all subcontracts under this contract to which the Defense Base Act applies, a clause similar to this clause (including this sentence) imposing upon those subcontractors this requirement to comply with the Defense Base Act.

(End of clause)

52.228-11    PLEDGES OF ASSETS (JAN 2012)

(a) Offerors shall obtain from each person acting as an individual surety on a bid guarantee, a performance bond, or a payment bond--

(1) Pledge of assets; and
(2) Standard Form 28, Affidavit of Individual Surety.

(b) Pledges of assets from each person acting as an individual surety shall be in the form of--

(1) Evidence of an escrow account containing cash, certificates of deposit, commercial or Government securities, or other assets described in FAR 28.203-2 (except see 28.203-2(b)(2)

22

**A325**

with respect to Government securities held in book entry form); and/or

(2) A recorded lien on real estate. The offeror will be required to provide--
(i) Mortgagee title insurance policy, in an insurance amount equal to the amount of the lien, or other evidence of title that is consistent with the requirements of Section 2 of the United States Department of Justice Title Standards at *http://www.justice.gov/enrd/ENRD_Assets/Title_Standards_2001.pdf*. This title evidence must show fee simple title vested in the surety along with any concurrent owners; whether any real estate taxes are due and payable; and any recorded encumbrances against the property, including the lien filed in favor of the Government as required by FAR 28.203-3(d);

(ii) Evidence of the amount due under any encumbrance shown in the evidence of title;

(iii) A copy of the current real estate tax assessment of the property or a current appraisal dated no earlier than 6 months prior to the date of the bond, prepared by a professional appraiser who certifies that the appraisal has been conducted in accordance with the generally accepted appraisal standards as reflected in the Uniform Standards of Professional Appraisal Practice, as promulgated by the Appraisal Foundation.

(End of clause)

52.228-12    PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS.  (OCT 1995)

In accordance with Section 806(a)(3) of Pub. L. 102-190, as amended by Sections 2091 and 8105 of Pub. L. 103-355, upon the request of a prospective subcontractor or supplier offering to furnish labor or material for the performance of this contract for which a payment bond has been furnished to the Government pursuant to the Miller Act, the Contractor shall promptly provide a copy of such payment bond to the requester.

(End of clause)

52.228-14    IRREVOCABLE LETTER OF CREDIT (DEC 1999)

(a) "Irrevocable letter of credit" (ILC), as used in this clause, means a written commitment by a federally insured financial institution to pay all or part of a stated amount of money, until the expiration date of the letter, upon presentation by the Government (the beneficiary) of a written demand therefore. Neither the financial institution nor the offeror/Contractor can revoke or condition the letter of credit.

(b) If the offeror intends to use an ILC in lieu of a bid bond, or to secure other types of bonds such as performance and payment bonds, the letter of credit and letter of confirmation formats in paragraphs (e) and (f) of this clause shall be used.

(c) The letter of credit shall be irrevocable, shall require presentation of no document other than a written demand and the ILC (including confirming letter, if any), shall be issued/confirmed by an acceptable federally insured financial institution as provided in paragraph (d) of this clause, and--
(1) If used as a bid guarantee, the ILC shall expire no earlier than 60 days after the close of the bid acceptance period;

23

(2) If used as an alternative to corporate or individual sureties as security for a performance or payment bond, the offeror/Contractor may submit an ILC with an initial expiration date estimated to cover the entire period for which financial security is required or may submit an ILC with an initial expiration date that is a minimum period of one year from the date of issuance. The ILC shall provide that, unless the issuer provides the beneficiary written notice of non-renewal at least 60 days in advance of the current expiration date, the ILC is automatically extended without amendment for one year from the expiration date, or any future expiration date, until the period of required coverage is completed and the Contracting Officer provides the financial institution with a written statement waiving the right to payment. The period of required coverage shall be:

(i) For contracts subject to the Miller Act, the later of--

(A) One year following the expected date of final payment;

(B) For performance bonds only, until completion of any warranty period; or

(C) For payment bonds only, until resolution of all claims filed against the payment bond during the one-year period following final payment.

(ii) For contracts not subject to the Miller Act, the later of--

(A) 90 days following final payment; or

(B) For performance bonds only, until completion of any warranty period.
(d) Only federally insured financial institutions rated investment grade or higher shall issue or confirm the ILC. The offeror/Contractor shall provide the Contracting Officer a credit rating that indicates the financial institution has the required rating(s) as of the date of issuance of the ILC. Unless the financial institution issuing the ILC had letter of credit business of less than $25 million in the past year, ILCs over $5 million must be confirmed by another acceptable financial institution that had letter of credit business of less than $25 million in the past year.

(e) The following format shall be used by the issuing financial institution to create an ILC:

_____

[Issuing Financial Institution's Letterhead or Name and Address]

Issue Date _____

IRREVOCABLE LETTER OF CREDIT NO. _____

Account party's name _____

Account party's address _____

For Solicitation No. _____(for reference only)
TO: [U.S. Government agency]

[U.S. Government agency's address]

24

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

1. We hereby establish this irrevocable and transferable Letter of Credit in your favor for one or more drawings up to United States $_____. This Letter of Credit is payable at [issuing financial institution's and, if any, confirming financial institution's] office at [issuing financial institution's address and, if any, confirming financial institution's address] and expires with our close of business on _____, or any automatically extended expiration date.

2. We hereby undertake to honor your or the transferee's sight draft(s) drawn on the issuing or, if any, the confirming financial institution, for all or any part of this credit if presented with this Letter of Credit and confirmation, if any, at the office specified in paragraph 1 of this Letter of Credit on or before the expiration date or any automatically extended expiration date.

3. This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this Letter of Credit that it is deemed to be automatically extended without amendment for one year from the expiration date hereof, or any future expiration date, unless at least 60 days prior to any expiration date, we notify you or the transferee by registered mail, or other receipted means of delivery, that we elect not to consider this Letter of Credit renewed for any such additional period. At the time we notify you, we also agree to notify the account party (and confirming financial institution, if any) by the same means of delivery.

4. This Letter of Credit is transferable. Transfers and assignments of proceeds are to be effected without charge to either the beneficiary or the transferee/assignee of proceeds. Such transfer or assignment shall be only at the written direction of the Government (the beneficiary) in a form satisfactory to the issuing financial institution and the confirming financial institution, if any.
5. This Letter of Credit is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of _____ [state of confirming financial institution, if any, otherwise state of issuing financial institution].

6. If this credit expires during an interruption of business of this financial institution as described in Article 17 of the UCP, the financial institution specifically agrees to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_____

[Issuing financial institution]

(f) The following format shall be used by the financial institution to confirm an ILC:

_____
[Confirming Financial Institution's Letterhead or Name and Address]

(Date) _____
Our Letter of Credit Advice Number _____
Beneficiary: _____ [U.S. Government agency]

25

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

Issuing Financial Institution: _____

Issuing Financial Institution's LC No.: _____

Gentlemen:

1. We hereby confirm the above indicated Letter of Credit, the original of which is attached, issued by _____ [name of issuing financial institution] for drawings of up to United States dollars _____/U.S. $_____ and expiring with our close of business on _____ [the expiration date], or any automatically extended expiration date.

2. Draft(s) drawn under the Letter of Credit and this Confirmation are payable at our office located at _____.

3. We hereby undertake to honor sight draft(s) drawn under and presented with the Letter of Credit and this Confirmation at our offices as specified herein.

4. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this confirmation that it be deemed automatically extended without amendment for one year from the expiration date hereof, or any automatically extended expiration date, unless:

(a) At least 60 days prior to any such expiration date, we shall notify the Contracting Officer, or the transferee and the issuing financial institution, by registered mail or other receipted means of delivery, that we elect not to consider this confirmation extended for any such additional period; or

(b) The issuing financial institution shall have exercised its right to notify you or the transferee, the account party, and ourselves, of its election not to extend the expiration date of the Letter of Credit.

5. This confirmation is and to the extent not inconsistent therewith, to the laws of _____ [state of confirming financial institution].

6. If this confirmation expires during an interruption of business of this financial institution as described in Article 17 of the UCP, we specifically agree to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_____

[Confirming financial institution]

(g) The following format shall be used by the Contracting Officer for a sight draft to draw on the Letter of Credit:

SIGHT DRAFT

_____

26

[City, State]

(Date) _____

[Name and address of financial institution]

Pay to the order of _____ [Beneficiary Agency] _____ the sum of United States $_____. This draft is drawn under Irrevocable Letter of Credit No. _____.

_____

[Beneficiary Agency]

By: _____
(End of clause)

52.228-15    PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (OCT 2010)

(a) Definitions. As used in this clause--
Original contract price means the award price of the contract; or, for requirements contracts, the price payable for the estimated total quantity; or, for indefinite-quantity contracts, and the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.

(b) Amount of required bonds. Unless the resulting contract price is $150,000 or less, the successful offeror shall furnish performance and payment bonds to the Contracting Officer as follows:

(1) Performance bonds (Standard Form 25). The penal amount of performance bonds at the time of contract award shall be 30 percent of the original contract price.

(2) Payment Bonds (Standard Form 25-A). The penal amount of payment bonds at the time of contract award shall be 30 percent of the original contract price.

(3) Additional bond protection. (i) The Government may require additional performance and payment bond protection if the contract price is increased. The increase in protection generally will equal 30 percent of the increase in contract price.
(ii) The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(c) Furnishing executed bonds. The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) Surety or other security for bonds. The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department

27

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register or may be obtained from the U.S. Department of the Treasury, Financial Management Service, Surety Bond Branch, 3700 East West Highway, Room 6F01, Hyattsville, MD 20782. Or via the internet at http://www.fms.treas.gov/c570/.

(c) Notice of subcontractor waiver of protection (40 U.S.C. 3133(c)). Any waiver of the right to sue on the payment bond is void unless it is in writing, signed by the person whose right is waived, and executed after such person has first furnished labor or material for use in the performance of the contract.
(End of clause)

52.236-4    PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are not the result of site investigations by the US Government. The contractor cannot rely upon indications of physical conditions on the drawings and in the specifications. Any comments are of a general nature and not site specific. Contractors must rely upon their own assessment of site conditions.

(b) Weather conditions are potentially difficult. Bahrain is situated is a small island state near the western shores of the Persian Gulf. Bahrain is generally flat and arid archipelago in the Persian Gulf, east of Saudi Arabia. Bahrain has mild winters and very hot, humid summers.

Bahrain desert weather has periodic droughts and dust storms. Dust storms from Iraq and Saudi Arabia transported by northwesterly winds cause reduced visibility in the months of June and July in Bahrain. The summers are extremely hot and humid in Bahrain, especially between April and October, with temperatures regularly rising to 43° C (110 °F) and sometimes reaching 52° C (126 °F). However, winters are more pleasant with temperatures plummeting to 20° C (68 °F) or below. Seasonal winds periodically cause sandstorms and rough seas.

The seas around Bahrain are very shallow, heating up quickly in the summer to produce high humidity, especially at night. Summer temperatures may reach more than 40 °C (104 °F) under the right conditions. Rainfall in Bahrain is minimal and irregular. Rainfalls mostly occur in winter.

(c) Transportation facilities are limited and austere. Contractors must make their own determination of their transportation requirements. The US Government makes no guarantees regarding the availability of transportation facilities, which includes normal ground and air transportation.

(End of clause)

52.236-25    REQUIREMENTS FOR REGISTRATION OF DESIGNERS (JUN 2003)

28

**A331**

Architects or engineers registered to practice in the particular professional field involved in a State, the District of Columbia, or an outlying area of the United States shall prepare or review and approve the design of architectural, structural, mechanical, electrical, civil, or other engineering features of the work.

(End of clause)

252.203-7000 REQUIREMENTS RELATING TO COMPENSATION OF FORMER DOD OFFICIALS (SEP 2011)

(a) *Definition*. "Covered DoD official," as used in this clause, means an individual that—

(1) Leaves or left DoD service on or after January 28, 2008; and

(2)(i) Participated personally and substantially in an acquisition as defined in 41 U.S.C. 131 with a value in excess of $10 million, and serves or served—

(A) In an Executive Schedule position under subchapter II of chapter 53 of Title 5, United States Code;

(B) In a position in the Senior Executive Service under subchapter VIII of chapter 53 of Title 5, United States Code; or

(C) In a general or flag officer position compensated at a rate of pay for grade O-7 or above under section 201 of Title 37, United States Code; or

(ii) Serves or served in DoD in one of the following positions: program manager, deputy program manager, procuring contracting officer, administrative contracting officer, source selection authority, member of the source selection evaluation board, or chief of a financial or technical evaluation team for a contract in an amount in excess of $10 million.

(b) The Contractor shall not knowingly provide compensation to a covered DoD official within 2 years after the official leaves DoD service, without first determining that the official has sought and received, or has not received after 30 days of seeking, a written opinion from the appropriate DoD ethics counselor regarding the applicability of post-employment restrictions to the activities that the official is expected to undertake on behalf of the Contractor.

(c) Failure by the Contractor to comply with paragraph (b) of this clause may subject the Contractor to rescission of this contract, suspension, or debarment in accordance with 41 U.S.C. 2105(c).

(End of clause)

252.222-7006 RESTRICTIONS ON THE USE OF MANDATORY ARBITRATION AGREEMENTS (DEC 2010)

(a) *Definitions*. As used in this clause–

29

"Covered subcontractor" means any entity that has a subcontract valued in excess of $1 million, except a subcontract for the acquisition of commercial items, including commercially available off-the-shelf items.

"Subcontract" means any contract, as defined in Federal Acquisition Regulation subpart 2.1, to furnish supplies or services for performance of this contract or a higher-tier subcontract thereunder.

(b) The Contractor—

(1) Agrees not to–

(i) Enter into any agreement with any of its employees or independent contractors that requires, as a condition of employment, that the employee or independent contractor agree to resolve through arbitration–

(A) Any claim under title VII of the Civil Rights Act of 1964; or

(B) Any tort related to or arising out of sexual assault or harassment, including assault and battery, intentional infliction of emotional distress, false imprisonment, or negligent hiring, supervision, or retention; or

(ii) Take any action to enforce any provision of an existing agreement with an employee or independent contractor that mandates that the employee or independent contractor resolve through arbitration–

(A) Any claim under title VII of the Civil Rights Act of 1964; or

(B) Any tort related to or arising out of sexual assault or harassment, including assault and battery, intentional infliction of emotional distress, false imprisonment, or negligent hiring, supervision, or retention; and

(2) Certifies, by signature of the contract, that it requires each covered subcontractor to agree not to enter into, and not to take any action to enforce, any provision of any existing agreements, as described in paragraph (b)(1) of this clause, with respect to any employee or independent contractor performing work related to such subcontract.

(c) The prohibitions of this clause do not apply with respect to a contractor's or subcontractor's agreements with employees or independent contractors that may not be enforced in a court of the United States.

(d) The Secretary of Defense may waive the applicability of the restrictions of paragraph (b) of this clause in accordance with Defense Federal Acquisition Regulation Supplement 222.7404.

(End of clause)

252.225-7045  BALANCE OF PAYMENTS PROGRAM—CONSTRUCTION MATERIAL UNDER TRADE AGREEMENTS (MAY 2012)

(a) *Definitions.* As used in this clause—

 "Caribbean Basin country construction material" means a construction material that—

30

(1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.

"Commercially available off-the-shelf (COTS) item"—

(1) Means any item of supply (including construction material) that is—

(i) A commercial item (as defined in paragraph (1) of the definition of "commercial item" in section 2.101 of the Federal Acquisition Regulation);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. 40102), such as agricultural products and petroleum products.

"Component" means any article, material, or supply incorporated directly into construction material.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means—

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

"Designated country" means—

31

(1) A World Trade Organization Government Procurement Agreement (WTO GPA) country (Armenia, Aruba, Austria, Belgium, Bulgaria, Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan (known in the World Trade Organization as "the Separate Customs Territory of Taiwan, Penghu, Kinmen, and Matsu" (Chinese Taipei)), or the United Kingdom);

(2) A Free Trade Agreement country (Australia, Bahrain, Canada, Chile, Colombia, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Korea (Republic of), Mexico, Morocco, Nicaragua, Panama, Peru, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, East Timor, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Maldives, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, Tanzania, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bonaire, British Virgin Islands, Curacao, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Saba, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Sint Eustatius, Sint Maarten, or Trinidad and Tobago).

"Designated country construction material" means a construction material that is a WTO GPA country construction material, a Free Trade Agreement country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

"Domestic construction material" means—

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if—

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which non availability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

"Free Trade Agreement country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Free Trade Agreement country into a new and different construction material distinct from the material from which it was transformed.

32

"Least developed country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

"United States" means the 50 States, the District of Columbia, and outlying areas.

"WTO GPA country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

(b) This clause implements the Balance of Payments Program by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements apply to this acquisition. Therefore, the Balance of Payments Program restrictions are waived for designated country construction materials.

(c) The Contractor shall use only domestic or designated country construction material in performing this contract, except for—

(1) Construction material valued at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation;

(2) Information technology that is a commercial item; or

(3) The construction material or components listed by the Government as follows: Not Applicable because Bahrain was a free trade agreement country.

(End of clause)

252.225-7993   PROHIBITION ON CONTRACTING WITH THE ENEMY IN THE UNITED STATES CENTRAL COMMAND THEATER OF OPERATIONS (DEVIATION 2012-O0005) (JAN 2012)

 (a)  The Contractor is required to exercise due diligence to ensure that none of the funds received under this contract are provided, directly or indirectly, to a person or entity who is actively supporting an insurgency or otherwise actively opposing U.S. or coalition forces in a contingency operation.

 (b)  The Head of the Contracting Activity (HCA) has the authority to—

33

(1) Terminate this contract for default, in whole or in part, if the HCA determines in writing that the Contractor failed to exercise due diligence as required by paragraph (a) of this clause; or

(2) Void this contract, in whole or in part, if the HCA determines in writing that any funds received under this Contract have been provided, directly or indirectly, to a person or entity who is actively supporting an insurgency or otherwise actively opposing U.S. or coalition forces in a contingency operation.

(End of clause)

252.225-7994    ADDITIONAL ACCESS TO CONTRACTOR AND SUBCONTRACTOR RECORDS IN THE UNITED STATES CENTRAL COMMAND THEATER OF OPERATIONS (DEVIATION 2012-O0005) (JAN 2012)

(a)  In addition to any other existing examination-of-records authority, the Department of Defense is authorized to examine any records of the Contractor to the extent necessary to ensure that funds available under this Contract are not—
(1)  Subject to extortion or corruption; or
(2)  Provided, directly or indirectly, to persons or entities that are actively supporting an insurgency or otherwise actively opposing United States or coalition forces in a contingency operation.

(b)  The substance of this clause, including this paragraph (b), is required to be included in subcontracts under this Contract that have an estimated value over $100,000.

(End of clause)

252.225-7995 CONTRACTOR PERSONNEL PERFORMING IN THE UNITED STATES CENTRAL COMMAND AREA OF RESPONSIBILITY (DEVIATION 2011-O0004) (APR 2011)

(a) *Definition.*  As used in this clause—

"Chief of mission" means the principal officer in charge of a diplomatic mission of the United States or of a United States office abroad which is designated by the Secretary of State as diplomatic in nature, including any individual assigned under section 502(c) of the Foreign Service Act of 1980 (Public Law 96-465) to be temporarily in charge of such a mission or office.

(b) *General.* (1) This clause applies when contractor personnel are required to perform in the United States Central Command (USCENTCOM) Area of Responsibility (AOR) and are not covered by the clause at DFARS 252.225-7040, Contractor Personnel Authorized to Accompany U.S. Armed Forces Deployed Outside the United States.
(2) Contract performance may require work in dangerous or austere conditions.  Except as otherwise provided in the contract, the Contractor accepts the risks associated with required contract performance in such operations.

(3) Contractor personnel are civilians.

34

(i) Except as provided in paragraph (b)(3)(ii) of this clause, and in accordance with paragraph (i)(3) of this clause, contractor personnel are only authorized to use deadly force in self defense.

(ii) Contractor personnel performing security functions are also authorized to use deadly force when use of such force reasonably appears necessary to execute their security mission to protect assets/persons, consistent with the terms and conditions contained in the contract or with their job description and terms of employment.

(4) Service performed by contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106.

(c) *Support.* Unless specified elsewhere in the contract, the Contractor is responsible for all logistical and security support required for contractor personnel engaged in this contract.

(d) *Compliance with laws and regulations.* The Contractor shall comply with, and shall ensure that its personnel in the USCENTCOM AOR are familiar with and comply with, all applicable—

(1) United States, host country, and third country national laws;

(2) Treaties and international agreements;

(3) United States regulations, directives, instructions, policies, and procedures; and

(4) Force protection, security, health, or safety orders, directives, and instructions issued by the USCENTCOM Commander; however, only the Contracting Officer is authorized to modify the terms and conditions of the contract.

(e) *Preliminary personnel requirements.* (1) Specific requirements for paragraphs (e)(2)(i) through (e)(2)(vi) of this clause will be set forth in the statement of work or elsewhere in the contract.

(2) Before contractor personnel depart from the United States or a third country, and before contractor personnel residing in the host country begin contract performance in the USCENTCOM AOR, the Contractor shall ensure the following:

(i) All required security and background checks are complete and acceptable.

(ii) All personnel are medically and physically fit and have received all required vaccinations.

(iii) All personnel have all necessary passports, visas, entry permits, and other documents required for contractor personnel to enter and exit the foreign country, including those required for in-transit countries.

(iv) All personnel have received theater clearance, if required by the Combatant Commander.

(v) All personnel have received personal security training. The training must, at a minimum—

(A) Cover safety and security issues facing employees overseas;

(B) Identify safety and security contingency planning activities; and

35

**A338**

(C) Identify ways to utilize safety and security personnel and other resources appropriately.

(vi) All personnel who are U.S. citizens are registered with the U.S. Embassy or Consulate with jurisdiction over the area of operations on-line at http://www.travel.state.gov.

(3) The Contractor shall notify all personnel who are not a local national or ordinarily resident in the host country that—

(i) Such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States (see the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3261 *et seq.*);

(ii) Pursuant to the War Crimes Act, 18 U.S.C. 2441, Federal criminal jurisdiction also extends to conduct that is determined to constitute a violation of the law of war when committed by a civilian national of the United States;

(iii) Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of United States diplomatic, consular, military, or other Government missions outside the United States (18 U.S.C. 7(9)).

(f) *Processing and departure points.* The Contractor shall require its personnel who are arriving from outside the area of performance to perform in the USCENTCOM AOR to—
(1) Process through the departure center designated in the contract or complete another process as directed by the Contracting Officer;

(2) Use a specific point of departure and transportation mode as directed by the Contracting Officer; and

(3) Process through a reception center as designated by the Contracting Officer upon arrival at the place of performance.

(g) *Registration of Contractor personnel and private security contractor equipment.*

(1) The Contractor is required to register in the automated web-based Synchronized Predeployment and Operational Tracker (SPOT) following the procedures in paragraph (g)(4) of this clause.

(2) Prior to deployment of contractor employees, or, if already in the USCENTCOM AOR, upon becoming an employee under this contract, the Contractor shall enter into SPOT, and maintain current data, including actual arrival date and departure date, for all contractor personnel, including U.S. citizens, U.S. legal aliens, third-country nationals, and local national contractor personnel, who are performing this contract in the USCENTCOM AOR as follows:

(i) In all circumstances, this includes any personnel performing private security functions.

36

(ii) For personnel other than those performing private security functions, this requirement excludes anyone—

(A) Hired under contracts valued less than $100,000;

(B) Who will be performing in the CENTCOM AOR less than 30 continuous days; or

(C) Who, while afloat, are tracked by the Diary message Reporting System

(3) Weapons, armored vehicles, helicopters, and other military vehicles used by personnel performing private security functions under this contract must be entered into SPOT, and the currency of such information must be maintained.

(4) Follow these steps to register in and use SPOT:

(i) SPOT registration requires one of the following login methods:

(A) A Common Access Card or a SPOT-approved digital certificate; or

(B) A Government-sponsored SPOT user ID and password or an Army Knowledge Online (AKO) account.

(ii) *To register in SPOT:*

(A) Contractor company administrators should register for a SPOT account at https://spot.altess.army.mil; and

(B) The customer support team must validate user need. This process may take two business days. Company supervisors will be contacted to validate Contractor company administrator account requests and determine the appropriate level of user access.

(iii) Upon approval, all users will access SPOT at https://spot.altess.army.mil/.

(iv) Refer SPOT application assistance questions to the Customer Support Team at 717-458-0747 or SPOT.helpdesk@us.army.mil. Refer to the SPOT Enterprise Suite Resource Center at http://www.resource.spot-es.net/ for additional training resources and documentation regarding registration for and use of SPOT.

(5) The Contractor shall submit aggregate contractor personnel counts at a minimum quarterly or as directed by the Contracting Officer by category (i.e. U.S. third country national or local national) of those contractor personnel who are on contracts valued greater than $100,000, but performing less that 30 days in the AOR (e.g. day laborers).

(6) The Contractor shall ensure that all contractor personnel in the database have a current DD Form 93, Record of Emergency Data Card, on file with both the Contractor and the designated Government official. The Contracting Officer will inform the Contractor of the Government official designated to receive the data card.

37

**A340**

(h) *Contractor personnel.* The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any contractor personnel who fail to comply with or violate applicable requirements of this contract. Such action may be taken at the Government's discretion without prejudice to its rights under any other provision of this contract, including termination for default or cause.

(i) *Weapons.*

(1) If the Contracting Officer, subject to the approval of the USCENTCOM Commander, authorizes the carrying of weapons—

(i) The Contracting Officer may authorize an approved Contractor to issue Contractor-owned weapons and ammunition to specified employees; or

(ii) The **(USACE DOES NOT ISSUE WEAPONS TO CONTRACTORS)** may issue Government-furnished weapons and ammunition to the Contractor for issuance to specified contractor employees.

(2) The Contractor shall provide to the Contracting Officer a specific list of personnel for whom authorization to carry a weapon is requested.

(3) The Contractor shall ensure that its personnel who are authorized to carry weapons—

(i) Are adequately trained to carry and use them—
(A) Safely;

(B) With full understanding of, and adherence to, the rules of the use of force issued by the USCENTCOM Commander; and

(C) In compliance with applicable Department of Defense and agency policies, agreements, rules, regulations, and other applicable law;

(ii) Are not barred from possession of a firearm by 18 U.S.C. 922; and

(iii) Adhere to all guidance and orders issued by the USCENTCOM Commander regarding possession, use, safety, and accountability of weapons and ammunition.

(4) Upon revocation by the Contracting Officer of the Contractor's authorization to possess weapons, the Contractor shall ensure that all Government-furnished weapons and unexpended ammunition are returned as directed by the Contracting Officer.

(5) Whether or not weapons are Government-furnished, all liability for the use of any weapon by contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

(j) *Vehicle or equipment licenses.* Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contract in the area of performance.

(k) *Military clothing and protective equipment.*

38

**A341**

(1) Contractor personnel are prohibited from wearing military clothing unless specifically authorized by the USCENTCOM Commander. If authorized to wear military clothing, contractor personnel must wear distinctive patches, arm bands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures.

(2) Contractor personnel may wear specific items required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.

(l) *Evacuation.*

(1) If the Chief of Mission or USCENTCOM Commander orders a mandatory evacuation of some or all personnel, the Government will provide to United States and designated third country national contractor personnel the level of assistance provided to private United States citizens.

(2) In the event of a non-mandatory evacuation order, the Contractor shall maintain personnel on location sufficient to meet contractual obligations unless instructed to evacuate by the Contracting Officer.

(m) *Notification and return of personal effects.*

(1) The Contractor shall be responsible for notification of the contractor personnel designated next of kin, and notification as soon as possible to the U.S. Consul responsible for the area in which the event occurred, if the individual—

(i) Dies;

(ii) Requires evacuation due to an injury; or

(iii) Is isolated, missing, detained, captured, or abducted.

(2) The Contractor shall also be responsible for the return of all personal effects of deceased or missing contractor personnel, if appropriate, to next of kin.

(n) *Mortuary affairs.* Mortuary affairs for contractor personnel who die in the area of performance will be handled in accordance with DoD Directive 1300.22, Mortuary Affairs Policy.

(o) *Changes.* In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in place of performance or Government-furnished facilities, equipment, material, services, or site. Any change order issued in accordance with this paragraph shall be subject to the provisions of the Changes clause of this contract.

(p) *Subcontracts.* The Contractor shall incorporate the substance of this clause, including this paragraph (p), in all subcontracts that require subcontractor personnel to perform in the USCENTCOM AOR.

(End of clause)

39

**A342**

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

252.227-7022  GOVERNMENT RIGHTS (UNLIMITED) (MAR 1979)

The Government shall have unlimited rights, in all drawings, designs, specifications, notes and other works developed in the performance of this contract, including the right to use same on any other Government design or construction without additional compensation to the Contractor. The Contractor hereby grants to the Government a paid-up license throughout the world to all such works to which he may assert or establish any claim under design patent or copyright laws. The Contractor for a period of three (3) years after completion of the project agrees to furnish the original or copies of all such works on the request of the Contracting Officer.

(End of clause)

252.232-7003  ELECTRONIC SUBMISSION OF PAYMENT REQUESTS AND RECEIVING REPORTS (MAR 2008)

(a) *Definitions*. As used in this clause—

(1) "Contract financing payment" and "invoice payment" have the meanings given in section 32.001 of the Federal Acquisition Regulation.

(2) "Electronic form" means any automated system that transmits information electronically from the initiating system to all affected systems. Facsimile, e-mail, and scanned documents are not acceptable electronic forms for submission of payment requests. However, scanned documents are acceptable when they are part of a submission of a payment request made using Wide Area WorkFlow (WAWF) or another electronic form authorized by the Contracting Officer.

(3) "Payment request" means any request for contract financing payment or invoice payment submitted by the Contractor under this contract.

(b) Except as provided in paragraph (c) of this clause, the Contractor shall submit payment requests and receiving reports using WAWF, in one of the following electronic formats that WAWF accepts: Electronic Data Interchange, Secure File Transfer Protocol, or World Wide Web input. Information regarding WAWF is available on the Internet at https://wawf.eb.mil/.

(c) The Contractor may submit a payment request and receiving report using other than WAWF only when—

(1) The Contracting Officer authorizes use of another electronic form. With such an authorization, the Contractor and the Contracting Officer shall agree to a plan, which shall include a timeline, specifying when the Contractor will transfer to WAWF;

(2) DoD is unable to receive a payment request or provide acceptance in electronic form;

(3) The Contracting Officer administering the contract for payment has determined, in writing, that electronic submission would be unduly burdensome to the Contractor. In such cases, the Contractor shall include a copy of the Contracting Officer's determination with each request for payment; or

40

A343

(4) DoD makes payment for commercial transportation services provided under a Government rate tender or a contract for transportation services using a DoD-approved electronic third party payment system or other exempted vendor payment/invoicing system (e.g., PowerTrack, Transportation Financial Management System, and Cargo and Billing System).

(d) The Contractor shall submit any non-electronic payment requests using the method or methods specified in Section G of the contract.

(e) In addition to the requirements of this clause, the Contractor shall meet the requirements of the appropriate payment clauses in this contract when submitting payment requests.

(End of clause)

252.236-7001    CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings identified within the Letter RFP/Contract.

(End of clause)

252.246-7004   SAFETY OF FACILITIES, INFRASTRUCTURE AND EQUIPMENT FOR MILITARY OPERATIONS (OCT 2010)

(a) *Definition.* "Discipline Working Group," as used in this clause, means representatives from the DoD Components, as defined in MIL-STD-3007F, who are responsible for the unification and maintenance of the Unified Facilities Criteria (UFC) documents for a particular discipline area.

(b) The Contractor shall ensure, consistent with the requirements of the applicable inspection clause in this contract, that the facilities, infrastructure, and equipment acquired, constructed, installed, repaired, maintained, or operated under this contract comply with Unified Facilities Criteria (UFC) 1-200-01 for—

(1) Fire protection;

(2) Structural integrity;

(3) Electrical systems;

(4) Plumbing;

(5) Water treatment;

(6) Waste disposal; and

(7) Telecommunications networks.

(c) The Contractor may apply a standard equivalent to or more stringent than UFC 1-200-01 upon a written determination of the acceptability of the standard by the Contracting Officer with the concurrence of the relevant Discipline Working Group.

(End of clause)

**A345**

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

### SECTION 00 73 00    SPECIAL CONTRACT REQUIREMENTS

A.  CONTRACT ADMINISTRATION

   1. The Procuring Contracting Officer is Michelle. R. Pearman, at the following address:

     U.S. Army Corps of Engineers
     Middle East District
     Attention: CETAM-CT-M/Michelle R. Pearman
     201 Prince Frederick Drive
     Winchester, VA 22602
     Phone Number:  540-665-3673
     FAX Number:   540-665-4985
     E-Mail:  Michelle.R.Pearman@usace.army.mil

   2. The Project Manager, Janet D. Rigoni, will manage this task order at the following address:

     U.S. Army Corps of Engineers
     Middle East District
     Attention: CETAM-PM-O/Janet D. Rigoni
     201 Prince Frederick Drive
     Winchester, VA 22602
     Phone Number:  540-665-4984
     FAX Number:   540-665-3625
     E-Mail:  Janet.D.Rigoni@usace.army.mil

   3. The Contract Specialist, SFC Igor Paustovski, will administer this task order at the following address:

     U.S. Army Corps of Engineers
     Middle East District
     ATTN: CETAM-CT-M/ SFC Igor Paustovski/Tino Philip
     201 Prince Frederick Drive
     Winchester, VA  22602
     Phone Number: 540-665-3643
     FAX Number:   540-665-4985
     E-Mail:  Igor.Paustovski@usace.army.mil

  (4) The Procuring Contracting Officer, or his or her duly authorized successor, is authorized to take action on behalf of the U.S. Government, such as changes in the terms of the contract, including deviations from specifications, details, and delivery schedules.

  (5) Contracting Officer's Representative:  A Contracting Officer's Representative (COR) will be appointed under this contract.  The COR will conduct oversight of the contract work and report to the Contracting Officer.  The COR will not have authority to change the terms of the contract or obligate funds of the government.

(End of Requirement)

<div align="center">43</div>

B. POST AWARD CONFERENCE

A Post Award Conference will be held with the successful Offeror. At the earliest practicable time, prior to commencement of work, the Contractor and any Subcontractors whose presence is necessary or requested shall meet in conference with the Contracting Officer. The purpose of this conference is to discuss and develop a mutual understanding relative to the details of the administration and execution of this contract. The Contracting Officer will establish the date, time, and location of this conference.

(End of Requirement)

C. SUBMITTING PAY ESTIMATES AND PAYMENTS TO THE CONTRACTOR

a. The Contractor shall use Engineer Form 93 (ENG 93), Payment Estimate – Contract Performance, as its request for payment. The Contractor must submit the certification at FAR Clause 52.232-5, paragraph (c) along with each request for progress payment. The ENG Form 93 shall be sent to the Contracting Officer's Representative for certification that the work invoiced has been performed. All payments made by the U.S. Government to the Contractor for work performed under this contract will be made in U.S. Dollars.

b. Progress payments are authorized under a construction contract in accordance with Contract Clause 52.232-5, "Payments Under Fixed-Price Construction Contracts," which states that the Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer. The Contracting Officer will review and approve requests for progress payments in accordance with the "Payments under Fixed-Price Construction Contracts" clause of the contract, Section 007200. When the work is certified complete and a proper invoice has been received, the Contracting Officer can process the invoice for payment through the cognizant finance and accounting office.

c. Method of Payment shall be made by either:

   (1) U. S. Treasury Check sent by regular mail;

   (2) U. S. Treasury check sent by a courier service (Federal Express, DHL, etc.); or

   (3) Electronic funds transfer in accordance with Federal Acquisition Regulation (FAR Clause 52.232-34, Payment by Electronic Transfer—Other Than Central Contractor Registration.

c. A Release of Claims statement shall be obtained prior to making final payment. The final invoice shall have the following statement on the invoice: "RELEASE OF CLAIMS." Upon acceptance and payment of this final invoice, the Government is hereby released from all Claims, arising by virtue of this Contract, other than claims in the stated amounts indicated below." (List all claims, if any; if none, so state.)

(End of Requirement)

44

**A347**

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

D.  CONTRACTOR LIAISON WITH FOREIGN GOVERNMENT

All communication by the Contractor with officials, representatives and/or offices of the Government of Bahrain in all matters pertaining to the work to be accomplished under this contract shall be through and in full liaison with the Contracting Officer, except as is otherwise the common practice in the processing of normal business licenses and permissions with the various levels of the Government of Bahrain.

(End of Requirement)

E.  COMPLIANCE WITH HOST COUNTRY RULES AND CUSTOMS

   a. The laws of the host country may prohibit access to certain areas of the country that are under military control. The Contractor shall be responsible for advising the Contracting Officer of the names of personnel, type, and amounts of equipment, dates and length of time required at the site, and purpose of entering the host country, so that proper clearances may be obtained from the Host Government. It is understood that areas to which rights of entry are provided by the Host Government are to be used only for work carried out under the contract and no destruction or damages shall be caused, except through normal usage, without concurrence of the Host Government.
   b. The following items are the sole responsibility of the Contractor to investigate, estimate as to cost, and assume the risk, as normally encountered by Contractors on fixed-price contracts. The Contractor shall be responsible for determining the effect of the following on his own cost of performance of the contract and for including sufficient amount in the contract price:

      (1)  Official language and type of accounts required to satisfy the officials of the local Government.

      (2) Entry and exit visas, residence permits, and residence laws applicable to aliens. This includes any special requirements of the Host Government, including those required by local Labor Offices, which the Contractor may have to fulfill before an application for a regular block of visas will be accepted.

      (3) Passports, health and immunization certificates, and quarantine clearance.

      (4)  Compliance with local labor and insurance laws, including payment of employer's share of contribution, collecting balance from employee and paying into insurance funds.

      (5)  Strikes, demonstrations and work stoppage.

      (6) Collection through withholding and payment to local Government, of any Host Country income tax on employees subject to tax.

      (7) Arranging to perform work in the host country, to import personnel, to employ non-indigenous labor, to receive payments and to remove such funds from the country.

      (8) Operating under local laws, practices, customs and controls, and with local unions, in connection with hiring and firing, mandatory wage scales, vacation pay, severance pay, overtime,

45

holiday pay, 7th day of rest, legal notice or pay in lieu thereof for dismissal of employees, slowdown and curtailed schedules during religious holidays and ratio of local labor employed in comparison to others.

(9) Possibility of claims in local bureaus, litigation in local courts, or attachment of local bank accounts.

(10) Compliance with workmen's compensation laws and contributions into funds.

(11) Provisions of necessary medical service for Contractor employees.

(12) Special license required by the local Government for setting up and operating any manufacturing plant in the host country, e.g., concrete batching, pre-cast concrete, concrete blocks, etc.

(13) Sales within the host country of Contractor-owned materials, and equipment.

(14) Special licenses for physicians, mechanics, tradesmen, drivers, etc.

(15) Identification and/or registration with local police of imported personnel.

(16) Stamp tax on documents, payments and payrolls.

(17) Base passes for permanent staff, day laborers, motor vehicles, etc.

(18) Compliance with all customs and import rules, regulations and restrictions, including, but not limited to, local purchase requirements.

(19) Unless otherwise provided in this contract, the contract price includes all applicable taxes and duties, except taxes and duties that the Government of the United States and the government of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(End of Requirement)


F.  U.S. ARMY CORPS OF ENGINEERS SAFETY AND HEALTH REQUIREMENTS MANUAL, EM 385-1-1

The contractor is responsible for complying with US Army Corps of Engineers safety and health requirements as set forth in manual EM 385-1-1. The manual is posted on the worldwide web at the USACE home page: http://www.usace.army.mil  Select "Library" from the top banner; select "Publications"; under "Table of USACE Publications" select "Engineer Manuals"; under the "Pub. Number" column, find and select EM 385-1-1. The manual is available in English, Arabic, Japanese and Dari.

(End of Requirement)

G. CONTRACTOR PERFORMANCE EVALUATIONS

46

A349

In accordance with the provisions of Subpart 36.201 (Evaluation of Contractor Performance) of the Federal Acquisition Regulation (FAR), construction Contractor's performance shall be evaluated throughout the performance of the contract. The United States Army Corps of Engineers (USACE) follows the procedures outlined in Engineering Regulation 415-1-17 to fulfill this FAR requirement. For Construction Contracts awarded at or above $100,000.0, the USACE will evaluate Contractor's performance and prepare a performance report using the Construction Contractor Appraisal Support System (CCASS), which is now a web-based system. After an evaluation (interim or final) is written up by the USACE, the Contractor will have the ability to access, review and comment on the evaluation for a period of thirty (30) calendar days. Accessing and using CCASS requires specific software, called PKI certification, which is installed on the user's computer. The certification is a Department of Defense requirement and was implemented to provide security in electronic transactions. The certification software could cost approximately $110 - $125 per certificate per year and is purchased from an External Certificate Authorities (ECA) vendor. Current information about the PKI certification process and for contacting vendors can be found on the web site: http://www.cpars.navy.mil/. If the Contractor wishes to participate in the performance evaluation process, access to CCASS and PKI certification is the sole responsibility of the Contractor

(End of Requirement)

H.   DUTIES, TAXES, AND LICENSE FEES - BAHRAIN

   a. All materials, equipment and supplies that are for use and/or incorporation into the project are exempt from Bahrain taxes, duties and license fees. The Contractor warrants his price for this contract is exclusive of any such charges.

   b. If after the date of this contract and except for the provisions of paragraph c., below, the Contractor is required by the Host Government to pay any such taxes, duties, or license fees (paid directly to the Host country), on materials, equipment and supplies for use and/or Incorporation into this project, he shall notify the Contracting Officer in writing within thirty calendar (30) days. Upon satisfactory proof of payment of such duties, taxes or license fees, the Contractor will be reimbursed for the amount of the payment therefore.

   c. Contractor-owned or controlled materials, equipment and supplies sold or disposed of by the Contractor may be subject to the imposition of local duties and within the Host country taxes. No reimbursement will be made under this clause for such transactions.

   d. The contractor shall maintain an inventory control and accounting system adequate to reflect the usage and disposition of all contractor-owned property which has entered the country duty-free under this contract.

(End of Requirement)

I.   CONSTRUCTION SEQUENCING

   The Contractor shall utilize the information provided below in sequencing work under this contract. Restraints and sequencing requirements described below shall be clearly shown in the Construction Schedule to be submitted by the Contractor.

47

**A350**

a.   Site Security and Access: Subject to coordination, security and submittal requirements identified in this contract, the Contractor will have access to the construction site immediately after Notice to Proceed. All work required under this contract will be performed in the "Water Front Development Area". Prior to starting any major feature of work under this contract, the Contractor will be required to furnish and install temporary chain link fences for safety and security reasons. Throughout the life of this contract, the Contractor will be required to relocate portions of these temporary fences to accommodate construction by others as well as US Navy operations. All temporary fencing provided shall be removed at the end of this contract.

b.   Coordination with other Contractors: There will be other active construction projects and on-going US Navy operations in the Water Front Development Area during the execution of this contract. The Contractor shall be responsible for coordinating with other Contractors and US Navy working in the same general area to minimize any impact to this project or other ongoing projects. Any conflicts will be immediately reported to the Contracting Officer and the Contractor will participate in joint meetings with other Contractors/US Navy on an as needed basis to coordinate activities and minimize impacts. Access to other ongoing projects will utilize the same routes used under this contract and the Contractor's mobilization area will be adjacent to the designated mobilization areas for others. The access to other project sites and mobilization areas shall be maintained open at all times unless otherwise approved by the Contracting Officer. If a requirement to limit or block access is identified, the Contractor shall notify the Contracting Officer a minimum of seven days prior to the start of the limiting or blocking of access. The Contracting Officer will coordinate with other Contractors and US Navy to minimize impacts and to provide alternate access when possible.

c.   Protection of Utilities: There will be utility systems and drainage areas crossing the Contractor's work areas. The Contractor shall take all steps necessary to protect the utility systems and maintain drainage through these areas throughout the life of the contract. Any damages to the utility systems or blockage of drainage will be immediately repaired by the Contractor at no additional cost to the Government.

(End of Requirement)

J. PARTNERING

In order to most effectively accomplish this contract, the Government proposes to form a partnership with the Contractor to develop a cohesive building team.  It is anticipated that this partnership would involve the Government, Contractor, primary subcontractors and designers. This partnership would strive to develop a cooperative management team drawing on the strengths of each team member in an effort to achieve a quality project within budget and on schedule.  This partnership would be bilateral in membership and participation will be totally voluntary.  Any cost associated with effectuating this partnership, excluding travel and lodging cost of Government personnel, will be borne by each party with facility cost shared equally between parties, as applicable.  The partnering meetings will be held in Bahrain.
(End of Requirement)

48

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

**SECTION 00 73 10  SUPPLEMENTAL CONTRACT REQUIREMENTS**

A. MAGNITUDE OF CONSTRUCTION

The Magnitude of Construction for this project in accordance with DFAR 236.204 is between $25,000,000 and $100,000,000.

B. REQUIREMENTS FOR ISSUANCE OF NOTICE TO PROCEED

The following contract requirements (a) through (g) below must be provided to the Contracting Officer through the assigned Contract Specialist prior to issuance of the Notice to Proceed. The U.S. Government intends to issue Notice to Proceed within 20 days after award of this contract.

FAILURE TO PROVIDE THE FOLLOWING ITEMS TO THE CONTRACTING OFFICER WITHIN 21 DAYS OF CONTRACT AWARD SHALL BE CONSIDERED A MATERIAL BREACH OF CONTRACT AND COULD CAUSE THIS CONTRACT TO BE TERMINATED FOR DEFAULT/CAUSE.

(a) Signed acknowledgement of the Notice of Award. You must provide a complete and signed copy of the Notice of Award to the Contracting Officer.

(b) Signed copy of the contract

(c) Proof of a valid DBA Insurance policy with CNA Insurance for the Prime and all Subcontractors at every tier for performance of this contract. This is a contract requirement in accordance with FAR clause 52.228-3 "Worker's Compensation Insurance (Defense Base Act)" and Clause 952.228-0001"Worker's Compensation Insurance (Defense Base Act)". Proof of this insurance policy may be in the form of a paid invoice for DBA Insurance or an email from Rutherfoord/CNA sent to the Contracting Officer.

(d) Notice of Application of US Criminal Jurisdiction. In accordance with DFARS clause 252.225-7040 "Contractor Personnel Authorized to Accompany US Armed Forces Deployed Outside the United States", you are required to notify any employee working on this contract who is a US National about the overseas application of US Criminal Jurisdiction. You must provide the Contracting Officer a copy of the "Notice of Application of US Criminal Jurisdiction" that you will provide to your employees. If you will not employ US Nationals on this contract, you must provide a statement of non-applicability to the Contracting Officer. Either the notice or statement of non-applicability shall be in the form of a memorandum on your company letterhead which has been signed by an authorized representative of your company.

(e) Travel Warning Notifications. In accordance with DFARS clause 252.225-7043 "Antiterrorism/Force Protection Policy For Defense Contractors Outside the United States", you are required to provide antiterrorism/force protection awareness information (i.e. Travel

49

**A352**

Warnings) to all employees performing work under this contract. You must provide the Contracting Officer a copy of these travel warnings that you will issue to your employees on your company letterhead and which has been signed by an authorized representative of your company.

(f) Proof of SPOT entry of employees performing work under this contract. In accordance with DFARS clause 252.225-7040 "Contractor Personnel Authorized to Accompany US Armed Forces Deployed Outside The United States", you are required to record all personnel working under this contract in the Synchronized Pre-Deployment Operational Tracker (SPOT) system. The SPOT system is found at https://spot.atless.army.mil. This requirement is for all employees of the Prime and their Subcontractors at every tier of performance of this contract. You are required to input personnel into the SPOT system before issuance of NTP and maintain this data during the entire performance period of this contract. If your company is not already registered in SPOT, complete the SPOT registration form found as Attachment B of the contract Award Letter and return to the Contracting Officer. Once you are registered you must input at least five (5) personnel into the SPOT system for issuance of NTP. All employees assigned to the job under the contract should be entered as soon as possible and the list maintained in a current status whenever personnel changes occur.

(g) EFT Wire Transfer Form. If this is your first contract with the United States Corps of Engineers (USACE) Middle Engineer District (MED), you must complete the EFT Wire Transfer Form and return to the Contracting Officer. The EFT Wire Transfer Form will be provided per request. All contracts with USACE-MED are paid by electronic funds transfer.

52.211-10     COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract after the date the Contractor receives notification of Contract Award, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than seven hundred and ten (710) calendar days after receipt of Award. The time stated for completion shall include substantial completion of all punch-list items and final cleanup of the premises.

(End of clause)

52.211-12     LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $2,397.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

SUBJECT: Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

252.236-7004    PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) Sixty (60) percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining forty (40) percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

(End of clause)

51

**A354**

**RFP:**
**PROJECT: P-935 Transient Quarters/P-940 Dinning Facility DFAC (Design Build MATOC)**
**LOCATION: Bahrain**

| ITEM NO. | DESCRIPTION | QTY | UNIT | Unit Price | TOTAL |
|---|---|---|---|---|---|
| **0001** | **P-935 Transient Enlisted Quarters (TEQ)** | | | | |
| 0001AA | Mobilization and Demobilization in accordance with the contract documents | 1 | LS | | $0 |
| 0001AB | Design Fee TEQ | 1 | LS | | $0 |
| 0001AC | Construct Transient Quarters (TEQ) Facility in accordance with the contract documents | 1 | LS | | $0 |
| 0001AD | TEQ Support Facilities in accordance with the contract documents | 1 | LS | | $0 |
| 0001AE | TEQ Defense Base Act (DBA) in accordance with the contract documents | 1 | LS | | $0 |
| | **Total TEQ Base Bid Price (Items 0001AA - AE)** | | | | $0 |
| | **P-940 Dinning Facility (DFAC)** | | | | |
| 0001AF | Design Fee DFAC | 1 | LS | | $0 |
| 0001AG | Dinning Facility (DFAC) in accordance with the contract documents | 1 | LS | | $0 |
| 0001AH | DFAC Support Facilities in accordance with the contract documents | 1 | LS | | $0 |
| 0001AJ | Defense Base Act (DBA) in accordance with the contract documents | 1 | LS | | $0 |
| | **Total DFAC Base Bid Price (Items 0001AF - AJ)** | | | | $0 |
| | **Optional Items TEQ** | | | | |
| 0001AK | TEQ BID OPTION #1 - Furniture Fixtures & Equipment (FF&E) in accordance with the contract documents | 1 | LS | | $0 |
| | Defense Base Act (DBA) | 1 | LS | | $0 |
| 0001AL | TEQ BID OPTION #2 - Electronic Security System (ESS) in accordance with the contract documents | 1 | LS | | $0 |
| | Defense Base Act (DBA) | 1 | LS | | $0 |
| | **Optional Items DFAC** | | | | |
| 0001AM | DFAC BID OPTION #1 - Furniture Fixtures & Equipment (FF&E) in accordance with the contract documents | 1 | LS | | $0 |
| | Defense Base Act (DBA) | 1 | LS | | $0 |
| 0001AN | DFAC BID OPTION #2 - Electronic Security System (ESS) in accordance with the contract documents | 1 | LS | | $0 |
| | Defense Base Act (DBA) | 1 | LS | | $0 |
| | **Total Options Price (Items 0001AK - 0001AN)** | | | | $0 |
| | **Total Base + Options Proposed Price (ITEMS 0001AA - 0001AN)** | | | | $0 |

**A355**

| | Cost | Cost | | Markup | | Handling Markup | | | | (G&A) | (G&A) | | INDIRECT COST | | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sted | | | | | | | | | | | | | | | | |
| tion in t | | | | | | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | | | | | | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| s (TEQ) ne | | | | | | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| t | | | | | | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| r & Sewer | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| ition | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| ) in t | | | | | | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| - AE) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| OFAC) | | | | | | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| t | | | | | | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| t | | | | | | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |

EXHIBIT 1

EXHIBIT 1

51 of 57

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| & Sewer | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| ition | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| t | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| (F - AJ) | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| t (FF&E) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| t | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| SS) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| L) | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| t (FF&E) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| t | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| SS) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| N) | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| 1AN) | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| 0001AA - | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |

RFP:
PROJECT: P-935 Transient Quarters/P-940 Dinning Facility DFAC (Design Build MATOC)
LOCATION: Bahrain

| ITEM NO. | DESCRIPTION | QTY | UNIT | Unit Price | TOTAL |
|---|---|---|---|---|---|
| **0001** | **P-935 Transient Enlisted Quarters (TEQ)** | | | | |
| 0001AA | Mobilization and Demobilization in accordance with the contract documents | 1 | LS | | |
| 0001AB | Design Fee TEQ | 1 | LS | | |
| 0001AC | Construct Transient Quarters (TEQ) Facility in accordance with the contract documents | 1 | LS | | |
| 0001AD | TEQ Support Facilities in accordance with the contract documents | 1 | LS | | |
| 0001AE | TEQ Defense Base Act (DBA)  in accordance with the contract documents | 1 | LS | | |
| | **Total TEQ Base Bid Price (Items 0001AA - AE)** | | | | |
| | **P-940 Dinning Facility (DFAC)** | | | | |
| 0001AF | Design Fee DFAC | 1 | LS | | |
| 0001AG | Dinning Facility (DFAC) in accordance with the contract documents | 1 | LS | | |
| 0001AH | DFAC Support Facilities in accordance with the contract documents | 1 | LS | | |
| 0001AJ | Defense Base Act (DBA)  in accordance with the contract documents | 1 | LS | | |
| | **Total DFAC Base Bid Price (Items 0001AF - AJ)** | | | | |
| | **Optional Items TEQ** | | | | |
| 0001AK | TEQ BID OPTION #1 - Furniture Fixtures & Equipment (FF&E) in accordance with the contract documents | 1 | LS | | |
| | Defense Base Act (DBA) | 1 | LS | | |
| 0001AL | TEQ BID OPTION #2 - Electronic Security System (ESS) in accordance with the contract documents | 1 | LS | | |
| | Defense Base Act (DBA) | 1 | LS | | |
| | **Optional Items DFAC** | | | | |
| 0001AM | DFAC BID OPTION #1 - Furniture Fixtures & Equipment (FF&E) in accordance with the contract documents | 1 | LS | | |
| | Defense Base Act (DBA) | 1 | LS | | |
| 0001AN | DFAC BID OPTION #2 - Electronic Security System (ESS) in accordance with the contract documents | 1 | LS | | |
| | Defense Base Act (DBA) | 1 | LS | | |
| | **Total Options Price (Items 0001AK - 0001AN)** | | | | |
| | **Total Base + Options Proposed Price (ITEMS 0001AA - 0001AN)** | | | | |

**A358**



EXHIBIT 1

59 of 57

EXHIBIT 1



10 January 2013

Directorate of Contracting

SUBJECT: Amendment 0003 to Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

**MATOC CONTRACT HOLDERS**

**The Amendment 0003 is issued to accomplish the following:**

1. Revoke requirements for separate closing dates for submission of Non-Pricing Proposal and Price Proposal issued by Amendment 0002. Price and Non-Pricing Proposal must be submitted at the same time to the below address.

2. Proposal Submission Instruction: Letter Request for Proposal due date is hereby extended from 14-January-2013 to 19-February-2013, 4:00PM, Winchester, VA time.

Each Proposal must be mailed to:

> U.S. ARMY CORPS OF ENGINEERS
> MIDDLE EAST DISTRICT - CETAM-CT-M
> ATTN: SFC IGOR PAUSTOVSKI/TINO PHILIP
> P.O. BOX 2250
> WINCHESTER, VA 22602

Or

Each Proposal must be submitted to:

> U.S. ARMY CORPS OF ENGINEERS
> MIDDLE EAST DISTRICT - CETAM-CT-M
> ATTN: SFC IGOR PAUSTOVSKI/TINO PHILIP
> 201 PRINCE FREDERICK DRIVE
> WINCHESTER, VA 22602

Your proposal is due no later than 19-February-2013, 4:00PM, Winchester, VA time. Proposals may be sent by courier (DHL, Federal Express, etc) or hand delivered at the address above.

Please reference Letter RFP 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

3. Bidder Inquiry Submission Date in ProjNet: The Bidder Inquiries in ProjNet submission date is hereby extended from 07-January-2013 to 01-February-2013, 4:00PM, Winchester, VA time.

SUBJECT: Amendment 0003 to Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

ALL OTHER TERMS AND CONDITIONS REMAINS UNCHANGED

All contractual matters relating to this request for proposal are to be directed to Ms. Michelle R. Pearman at Michelle.R.Pearman@usace.army.mil or Tino Philip at Tino.Philip@usace.army.mil.

Sincerely,

MICHELLE R. PEARMAN
Contracting Officer

2



February 19, 2013

US Army Corps of Engineers
Middle East District – CETAM-CT-M
Attention: Michelle, Pearman, SFC Igor Paustovski, Tino Philip
201 Prince Frederick Drive
Winchester, VA 22602

**Subject: Letter RFP, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN# 935 & 940)**

Dear Ms. Pearman, Mr. Paustovski, and Mr. Philip;

ECC CENTCOM Constructors, LLC (ECC) is pleased to present the US Army Corps of Engineers (USACE), Middle East District (MED) with our Volume I—Price and Volume II—Technical Proposal package for the subject project for Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN# 935 & 940) in accordance with the original Letter Request for Proposal (RFP) dated November 29, 2012, and as identified in the Amendments 1, 2, 3, and 4 (dated December 21, 2012, January 3, 2013, January 10, 2013, and February 8, 2013, respectively).

ECC is a Federal Prime contractor with over 26 years of experience managing and executing over $2.2 billion in Design-Build and construction services for more than 42 Federal clients around the world. ECC is the parent company and managing partner of ECC CENTCOM Constructors, LLC, a Delaware Series Limited Liability Company awarded the CENTCOM ID/IQ MATOC Contract.

The ECC Team comprises the best of ECC strengths along with subcontractors with successful experience in the CENTCOM AOR. ECC worked closely with our local subcontractor, Kooheji Construction and our proven Designer of Record Michael Baker Jr., Inc. in preparing this proposal. This team brings solid D-B knowledge of the project and the requirements to execute successfully in Bahrain. Using this same team, ECC was awarded the Bachelor Enlisted Quarters (PN #937), which will be located at a site immediately adjacent to this TQ/DFAC facility. We have taken advantage of the opportunity to incorporate our TQ/DFAC design with our BEQ design to provide an efficient, coordinated and aesthetically pleasing campus environment for all occupants.

Our team also brings outstanding capabilities, experience, and unparalleled safety and quality records performing work locally and worldwide. We bring USACE a team that understands the challenges associated with Base access, procurement and delivery of materials, security requirements, and coordination of construction activities. In addition, ECC is the only CENTCOM Prime Contractor that is a Global Registered Education Provider (REP) of the Project Management Institute Project Management Body of Knowledge (PMBOK®) Guide and Standards; providing a unique advantage to CENTCOM.

We are fully committed to delivering and are confident our proposal offers the best value, low-risk approach to complete this project within schedule and budget.

Please contact me at 850-769-0674/JLeptrone@ecc.net, or Chris Miller at 210-641-1415/cmiller@ecc.net should you have any questions regarding our proposal.

Warmest regards,

Jeff Leptrone, Program Manager
ECC CENTCOM Constructors, LLC

**Corporate Office**

1240 Bayshore Highway
Burlingame, CA 94010

Phone:  (650) 347-1555
Fax:      (650) 347-8789
www.ecc.net

# VOLUME II – TECHNICAL

# Letter RFP 35 MATOC MED 33 2012, Transient Quarters and Enlisted and Officer Dining Facility, Bahrain (PN # 935 & 940)

## February 19, 2013

**Prepared for:**



**US Army Corps of Engineers**
Middle East District – CETAM-CT-M
201 Prince Frederick Drive
Winchester, VA 22602

**Offeror:**



**ECC CENTCOM Constructors, LLC**
1240 Bayshore Highway
Burlingame, CA 94010

***DUNS:*** 964771385 ***CAGE:*** 65AW8

**Point of Contact:** Jeff Leptrone, Program Manager
ECC CENTCOM Constructors, LLC
**Phone:** 850-769-0674
**Email:** JLeptrone@ecc.net

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used or disclosed – in whole or in part – for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of – or in connection with – the submission of these data, the Government shall have the right to duplicate, use or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in these data if it is obtained from another source without restriction. The data subject to this restriction are contained in all sheets in which the restrictive clause appears.

## TABLE OF CONTENTS

FACTOR 1—MANAGEMENT PLAN..................................................................................1-1

    1.1    Organizational Structure ......................................................................................1-1

        1.1.1    Project Organizational Chart..................................................................1-2

    1.2    Key Personnel .......................................................................................................1-3

        1.2.1    Resumes of Key Personnel .....................................................................1-3

      1.3    Ability to Manage Similar Projects .......................................................1-6

    1.5    Design and Construction Management .................................................................1-12

    1.6    Risk Management .................................................................................................1-14

Subcontractor Letters of Commitment

FACTOR 2—DESIGN CONCEPT ....................................................................................2-1

    2.1    Building Function and Aesthetics ........................................................................2-3

    2.2    Minimum Space and Facility Size .......................................................................2-4

    2.3    Architectural Theme and Materials......................................................................2-8

    2.4    Design Concept Drawings ....................................................................................2-12

    2.5    Sustainable Design—LEED.................................................................................2-12

Design Concept Drawings

LEED Checklist

FACTOR 3—UTILIZATION OF US SMALL/LOCAL FOREIGN BUSINESS CONCERNS ..............3-1

## LIST OF FIGURES

Figure 1-1.    ECC Organizational Chart. ............................................................................1-2

Figure 1-2.    Additional Personnel Overview ....................................................................1-5

Figure 1-3.    ECC Team  Additional Project Experience....................................................1-11

Figure 1-4.    D-B Process Diagram.....................................................................................1-12

Figure 1-5.    Risk Table. .....................................................................................................1-15

Figure 2-1.    Betterments and Enhancements. ....................................................................2-2

Figure 2-2.    TQ and DFAC Space Table …………………………………….………….. 2-6

Figure 2-3.    TQ & DFAC Gross SM Space Table..............................................................2-7

Figure 2-4.    ECC and Baker's LEED Experience...............................................................2-13

Figure 3-1.    ECC National SB Awards in the Past Five Years............................................3-2

Figure 3-2.    US SB Suppliers and Service Providers..........................................................3-3

Figure 3-3.    Local Foreign Suppliers and Service Providers. .............................................3-4

Figure 3-4.    Three-Level Approach to US SB Utilization. ..................................................3-5

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

i

## LIST OF ACRONYMS

| | |
|---|---|
| ABA | Architectural Barriers Act |
| A-E | Architect-Engineer |
| AFB | Air Force Base |
| AFCEE | Air Force Center for Engineering and the Environment |
| AHA | Activity Hazard Analysis |
| AMSA | Area Maintenance Shop Activity |
| ANA | Afghan National Army |
| AOR | Area of Responsibility |
| AP | Accredited Professional |
| APP | Accident Prevention Plan |
| ASHRAE | American Society of Heating, Refrigeration, and Air-Conditioning Engineers |
| AT/FP | Anti-Terrorism/Force Protection |
| BCT | Brigade Combat Team |
| BEAP | Base Exterior Architectural Plan |
| BEQ | Bachelor Enlisted Quarters |
| BOM | Bill of Materials |
| BX | Base Exchange |
| CFR | Code of Federal Regulations |
| CID | Criminal Investigation Command |
| cm | Centimeters |
| CMU | Concrete Masonry Unit |
| CO2 | Carbon Dioxide |
| CO | Contracting Officer |
| COC | Court One Corporation |
| CQC | Contractor Quality Control |
| CQCM | Construction Quality Control Manager |
| CQCSM | Contractor's Quality Control System Manager |
| CxA | Commissioning Authority |
| D-B | Design-Build |
| DBCX | Design-Build Center of Excellence |
| DFAC | Dining Facility |
| DoD | Department of Defense |
| DOR | Designer of Record |
| ECC | ECC CENTCOM Constructors, LLC |
| EIFS | Exterior Insulation Finishing System |
| EMR | Expense Modification Rate |
| EU | European Union |
| FFP | Firm Fixed Price |
| FMWRC | Family Morale Welfare and Recreation Command |
| FPE | Fire Protection Engineer |
| FSC | Forest Stewardship Council |
| GBCI | Green Building Certification Institute |
| GSF | gross square feet |
| GSM | gross square meters |
| GWB | Gypsum Wallboard |
| HVAC | Heating, Ventilation and Air Conditioning |
| IAW | In accordance with |

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

ii

## LIST OF ACRONYMS (Cont.)

| | |
|---|---|
| IBC | International Building Code |
| ID/IQ | Indefinite Delivery/Indefinite Quantity |
| JOC | Joint Operations Center |
| km | kilometers |
| KMTC | Kabul Military Training Compound |
| Kooheji | Kooheji Contractors WLL |
| LEED | Leadership In Energy and Environmental Design |
| LOC | Letters of Commitment |
| MATOC | Multiple Award Task Order Contract |
| MED | Middle East District |
| MEP | Mechanical, Electrical, Plumbing |
| METC | Medical Education and Training Campus |
| MIF | Medical Instructional Facilities |
| MWR | Moral, Welfare, and Recreation |
| NCO | Noncommissioned Officer |
| NFPA | National Fire Protection Association |
| NOx | Nitrogen Oxides |
| NSA | Naval Support Activity |
| O&M | Operation and Maintenance |
| OCONUS | Outside Continental United States |
| OMS | Organizational Maintenance Shop |
| OSHA | Occupational Safety and Health Administration |
| PE | Professional Engineer |
| PMBOK® | Project Management Body of Knowledge |
| PMI | Project Management Institute |
| PMP | Project Management Professional |
| PPE | Personal Protection Equipment |
| QA | Quality Assurance |
| QC | Quality Control |
| QCS | Quality Control System |
| RFI | Request for Information |
| RFP | Request for Proposal |
| RMS | Resident Management System |
| SAME | Society of American Military Engineers |
| SB | Small Business |
| SBA | Small Business Administration |
| SDB | Small Disadvantaged Business |
| SDVOSB | Small Disabled Veteran-Owned Small Business |
| SSHO | Site Safety and Health Officer |
| SOP | Standard Operating Procedures |
| STC | Society for Technical Communication |
| STRG | Storage Building |
| TEMF | Tactical Equipment Maintenance Facility |
| TQ | Transient Quarters |
| UFC | Unified Facilities Criteria |

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

iii



*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*

## LIST OF ACRONYMS (Cont.)

| | |
|---|---|
| USACE | US Army Corps of Engineers |
| USGBC | United States Green Building Council |
| VOC | Volatile Organic Compound |
| VPP | Voluntary Protection Program |
| WOSB | Woman Owned Small Business |
| WWII | World War II |

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

iv

**A368**



ECC CENTCOM Constructors LLC

*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*



## FACTOR 1—MANAGEMENT PLAN

ECC CENTCOM Constructors, LLC (ECC) has successfully executed projects in the Middle East since 1991, and has been continually serving the US Army Corps of Engineers (USACE) and other US Department of Defense (DoD) clients in the Area of Responsibility (AOR) since 2004. ECC brings the capability and depth of resources to ensure low-risk, on-time completion meeting all quality requirements for the Design-Build (D-B) construction of the PN935 and 940, Transient Quarters and Enlisted and Officer Dining Facility (TQ and DFAC), Naval Support Activity, Manama, Bahrain (NSA Bahrain) for the USACE Middle East District (MED). ECC demonstrates our Management Plan in the following sections:

1.1 Organizational Structure
1.2 Key Personnel
1.3 Ability to Manage Similar Projects
1.4 Subcontractors Letters of Commitment
1.5 Design and Construction Management
1.6 Risk Management

### 1.1 Organizational Structure

ECC serves as the Prime contractor with ultimate accountability to USACE MED for all aspects of the project. The basis of ECC's management approach is the contract specifications and ECC's proven project management systems, which incorporate the principles in the Project Management Institute's (PMI) Project Management Body of Knowledge (PMBOK® Guide, 4th Edition). The ECC Team for this project includes Michael Baker Jr., Inc. as the Designer of Record (DOR) and Kooheji Contractors WLL as the primary construction subcontractor. Using this same team, ECC was awarded the Bachelor Enlisted Quarters (BEQ), under PN #937, which will be located at a site immediately adjacent to this TQ/DFAC facility. By incorporating our TQ/DFAC design with our BEQ design, we provide an efficient, coordinated and aesthetically pleasing campus environment for all occupants. Letters of Commitment are provided at the end of Factor 1 under a separate tab.

### Michael Baker Jr., Inc.

Michael Baker Jr., Inc. (Baker), a MATOC teaming partner, is the DOR and provides design

> ### The ECC Team Meets and Exceeds the RFP Criteria for "More Weight"
> - **Key Personnel with Experience on at Least Three Projects of Similar Size, Scope and Complexity and Ten or More Years of Relevant Experience Related to the Position They Will Hold on this Project.** Our five key personnel have an average of over 16 years of relevant experience.
> - **Lead Designers with Experience Greater Than Five Years Performing Relevant Design Work.** The lead members of the ECC Design Team have an average of over 19 years of relevant design work.
> - **Geotechnical Engineer with Experience Greater Than Five Years.** Our team's Geotechnical Engineer, Mr. Habib Mubasher has 17 years of experience.
> - Experience in the design/construction of projects that meet UFC 4-010-01 or UFC 4-010-02. Five of our eight featured projects were D-B, meeting these requirements.
> - **Experience in progressive collapse design on projects.** Five of eight featured projects were D-B, meeting these requirements.

services for this project. Baker, founded in 1940, provides professional engineering and consulting services for public and private sector clients worldwide, and has been supporting the US DoD since WWII. With more than 3,200 employees in over 100 offices across the United States and internationally, Baker is consistently ranked by Engineering News-Record among the top 10 percent of the 500 largest US design firms. Baker has extensive experience, previously providing A-E DOR services for projects in 15 of the CENTCOM AOR countries, including two previous projects in Bahrain. Additional DOR experience includes DoD barracks projects, two of the most recent designed for Camp Lejeune, North Carolina, which includes a three-story, 9,600 m$^2$ (103,334 ft$^2$) facility and a three-story 8,160 m$^2$ (87,833.5 ft$^2$) facility, with sustainable features designed to achieve US Green Building Council (USGBC) Leadership in Energy and Environmental Design (LEED) Silver Designation.

### Kooheji Contractors WLL

ECC's key exclusive construction subcontractor, Kooheji Contractors WLL (Kooheji) adds depth and breadth of experience in Bahrain. Specifically, Kooheji adds 39 years of experience

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

1-1

Factor 1—Management Plan

7 of 60
Government Rule 4 File

**A369**



working on similar projects within the Kingdom of Bahrain, and throughout the CENTCOM AOR. Kooheji is one of Bahrain's largest contractors and real estate developers, with extensive experience managing the full spectrum of construction services, fabrication and erection of structural steel works, and construction of concrete residential and retail facilities, multi-story commercial/office complexes, industrial buildings, and warehouses.

*Specialty Subcontractors*

Additional specialty subcontractors include:

- Keller Grunbau for cast-in-place piling work
- Comsip Al A'Ali for electrical and fire alarm
- Al Manartain Block Factory for concrete masonry units

- Al-Hoty Analytical Services for geotechnical investigation and materials testing
- IFire for fire protection system installation
- DEI Consulting as the Commissioning Agent

### 1.1.1 Project Organizational Chart

The organizational structure depicted in **Figure 1-1** shows the lines of authority between ECC, Baker, and Kooheji, as well as specialty subcontractors. Kooheji is the only subcontractor performing more than 20 percent of the work. Key Personnel for the ECC Team are indicated including Fire Protection QC Specialist Andrew Weisfield who will be secunded as an ECC employee during the project.



**Figure 1-1. ECC Organizational Chart.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*



*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*



## 1.2    Key Personnel

Our key personnel have been selected based on their expertise and capabilities that meet and exceed the requirements of the RFP.  As per the RFP, ECC has provided resumes for the Project Manager, Construction Site Superintendent, Contractor Quality Control Systems' Manager, Site Safety, Health, and Environmental Officer, and Fire Protection Engineer.

In addition to providing resumes for the key personnel identified in the RFP, we have provided a summary table of additional personnel in **Figure 1-2**, Additional Personnel.  As with our key personnel with resumes, all of the additional personnel meet or exceed the qualifications for their respective role as stated in the RFP.

### 1.2.1    Resumes of Key Personnel

| Bruce Fox, PMP | Project Manager |
| --- | --- |

**Demonstrated Qualifications**
18 years PM experience, including OCONUS D-B of barracks and DFACs

**Relevant Experience Summary**
Mr. Fox is experienced managing projects on active military installations overseas.  He is familiar with methodologies of local labor, language barriers, and cultural sensitivities.  He has worked on nine projects for USACE that included the D-B of multi-story facilities, barracks, and DFACs.
**Project Manager, Special Operations Joint Operations Center (JOC) Compound, Mazar-e-Sharif, Afghanistan, 2010–Present.**  Managing this $31.5 million USACE D-B project that includes a 160-personnel and 80-personnel 2-story Concrete/CMU barracks, CMU DFAC, and a Morale, Welfare, and Recreation (MWR) facility.  Project includes all site work and site utilities and complies with UFC 4-010-01 DoD minimum Antiterrorism Standards for Buildings and US CENTCOM Force Protection Construction Standards.  Oversees 11 subcontractors and more than 400 personnel.
**Project Manager, Afghan National Border Police Command Headquarters, Mazar-e-Sharif, Houston, Texas, 2008–2011.**  Fast-track USACE D-B $15.9 million project with site-adapt and innovative design, challenging material procurement and logistics issues, and construction execution.  Managed the design and construction of 10,133 m² (109,070.7 ft²) of CMU buildings and 1,326 m² (14,272.9 ft²) of pre-engineered buildings, as well as, 19 subcontractors with an average of 255 local laborers per day.  Facilities included nine 1-story barracks, three 2-story barracks, and a DFAC.
**Project Manager, Counter Narcotics, Regional Law Enforcement Compound, Kunduz, Afghanistan, 2007–2009.**  Managed this $9.7 million USACE D-B project to construct a regional law enforcement compound.  Successfully managed Afghan subcontractors under difficult time and logistical constraints.  Constructed two, 150-personnel CMU barracks, as well as MWR space.  Received the Perfect Record Award for operating 447,721 employee hours without injury or illness.

| Scott House Construction | Site Superintendent |
| --- | --- |

**Demonstrated Qualifications**
29 years' experience as Construction Site Superintendent for military facilities, LEED Silver, barracks, and DFACs

**Relevant Experience Summary**
Mr. House has relevant work as a construction site superintendenr including USACE, barracks, DFACs, and LEED projects.  Responsible for overseeing subcontractors, daily work activities, interacting with the client, and scheduling and coordinating tasks.
**Site Superintendent, 5,550-Troop, 215 ANA Brigade Garrison, Camp Garmsir, Afghanistan, 2011-present.**  Supervising $82-million construction of ANA base in a 2-year timeframe.  Includes 164 new buildings, two DFACs totaling $1.1 million, and 40 barracks and living quarters ($13 million).
**Site Superintendent, Building 171 AFCEE Headquarters, Port San Antonio, Texas, 2008-2010.**  Supervised this high-profile $29.4 million project that consisted of 29,730 m² (320,011 ft²) renovation of existing 1940s building.  LEED Silver construction with structural components included upgrades necessary to meet UFC 4-010-01 and UFC 4-010-02 AT/FP blast mitigation criteria at the large expanses of storefront windows and glazed openings around the perimeter of the building.
**Site Superintendent, Forward Operating Bases O'Ryan and Camp Victory/Slayer Iraq, 2007-2008.**  Supervised this $76-million construction of Iraqi military army bases that included construction of 19 barracks, 14 administrative buildings, and 10 support facilities for dining and other services.

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

1-3

Factor 1—Management Plan

9 of 60
Government Rule 4 File

**A371**

## Mohammed Al Chalabi — Contractor Quality Control Systems Manager (CQCSM)

**Demonstrated Qualifications**
More than 10 years CQCSM experience, including barracks and DFACs

**Relevant Experience Summary**
Mr. Chalabi has over 10 years as a CQC Systems Manager, with USACE and OCONUS experience. He has working knowledge of the three phases of QC, and has managed all aspects of QC on projects, preparing daily quality reports, ensuring work is performed in accordance with contract specifications, reviewing laboratory test results, and inspecting subcontractor work. Mr. Chalabi is familiar with USACE EM 385-1-1.

**CQCSM, Student Visiting Quarters, Holloman AFB, New Mexico, 2011-Present.** $7.1-million D-B project consisting of a three-story and a two-story building. Managed all project QC activities, including implementing the 3-phase QC system; preparing daily quality reports, Requests for Information (RFIs), and QC correspondence; reviewing subcontractors; reviewing laboratory test results; planning and organizing testing data packages for submittal to the client; and generating the punch list.

**CQCSM, Construction for the Iraqi Army Third Brigade Camp, Ramadi, Iraq, 2009-2010.** $25-million project to construct eight new buildings and renovate two buildings. Managed project QC activities, such as monitoring and approving subcontractor work, verifying and approving subcontractor invoices, preparing reports and quantity verifications, conducting daily site inspections, ensuring health and safety standards were followed, and managed the three-phase QC system.

**CQCSM, Directorate General of Intelligence and Security Compound, Baghdad, Iraq, 2008-2009.** $34.8 million D-B project involving construction of six, 1,200 $m^2$, multi-story buildings and all site layout, force protection, and site utilities. Verified that all work is performed in accordance with both specifications and project plan documents.

## Rene Garo — Site Safety, Health, and Environmental Officer

**Demonstrated Qualifications**
- Over 10 years health, safety, and environmental experience
- Experience in OCONUS D-B construction, including barracks and DFAC projects

**Relevant Experience Summary**
Mr. Garo has over 10 years of experience, responsible for safety oversight, implementing the safety program and Accident Prevention Plans (APP) and Activity Hazard Analyses (AHA), providing safety inspection logs, stopping unsafe work, enforcing USACE EM 385-1-1 compliance, investigating incidents, and implementing corrective actions.

**Site Safety and Health Manager, Special Operations JOC Compound, Mazar-e-Sharif, Afghanistan, 2010–Present.** $31.5 million USACE D-B project that includes a 160-personnel and 80-personnel 2-story Concrete/CMU barracks, CMU DFAC, and an MWR facility. Project includes all site work and site utilities and complies with UFC 4-010-01 DoD minimum Antiterrorism Standards for Buildings and US CENTCOM Force Protection Construction Standards. Implemented the APP, developed AHAs, and ensures that all 11 subcontractors and 400 personnel are properly trained and using personnel protective equipment (PPE). Oversees accident reporting and investigation, and maintains all safety and health records.

**Site Safety, Health, and Environmental Manager, Kabul Military Training Compound, Kabul, Afghanistan, 2011–2012.** This $76.4-million D-B project included the construction 20,800 $m^2$ total barracks space with 4-story barracks totaling 1,300 $m^2$ (13,993 $ft^2$) per floor and 5,200 $m^2$ (55,972.3 $ft^2$) per building. Also included a 1200 $m^2$ (12,916.6 $ft^2$) DFAC with 500-person capacity. Implemented the APP, served as the general site Competent Person, oversaw compliance with APP procedures, developed AHAs, and responsible for all aspects of safety on the job, including training of all site personnel (> 4,000 workers) and visitors.

**Site Safety, Health, and Environmental Manager, Kabul Military Training Center Literacy Classrooms and Visitor Center, Kabul, Afghanistan, 2011–2012.** Construction of $10-million project with 10 buildings for classrooms in accordance with current US design and International Building Code (IBC), Life Safety Codes (NFPA-101), Force Protection, and security standards. Implemented the APP, developed AHAs, ensured that all subcontractors and personnel are properly trained and using PPE, provided oversight of accident reporting and investigation, and maintained all safety and health records.

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

## Andrew Weisfield, PE — Fire Protection Quality Control Specialist

### Demonstrated Qualifications

- 16 years' experience in fire protection engineering
- PE, California, Idaho, Pennsylvania

### Relevant Experience Summary

Mr. Weisfield is a licensed professional fire protection engineer with more than 16 years of experience in the fire and life safety industry. Prepares fire hazard, code, and life safety analyses that include review of code requirements, egress analyses, construction type requirements, and fire dynamics analyses for various applications. Maintains systems in compliance with manufacturer, National Fire Protection Association (NFPA), IBC, and local code requirements.

**Fire Protection Engineer (FPE), Annual Training Mobilization Barracks, D-B RFP Preparation, Fort McCoy, Wisconsin.** Provided independent technical review of the fire protection and life safety sections of the RFP. Design-integrated an automatic wet-pipe sprinkler system, in accordance with UFC 3-600-01, NFPA 13 and IBC 2006 with a fully addressable, intelligent fire alarm and mass notification system.

**FPE, 1,000-Room Lodge, Fort Lee, Virginia.** Designed fire protection sprinkler systems, fire pump, and fire alarm system for a new $86.3-million 7-story hotel facility with 1,000 rooms. Responsible for fire and life safety code analysis, egress, and fire-rated construction code requirements.

**FPE, Warriors in Transition Barracks Design, Fort Polk, Louisiana.** Responsible for fire protection and life safety code review including egress analysis and building code analysis for $32.7 million 3-story barracks facilities totaling 67,480 ft$^2$ housing 112 soldiers in 56 dwellings. Provided compliance review of fire protection and alarm systems.

| Additional Personnel Overview | | |
|---|---|---|
| **Name, Role** | **Qualifications** | **Relevant Experience** |
| **Ralph Rosales, PE** D-B Integration Manager | ▪ BS, Architectural Engineering ▪ PE, Texas ▪ 32 years' experience in Federal projects, specializing in the integration of design with construction | ▪ Technical lead for Independent Technical Reviews of AE design documents ▪ Ensures the right design solution and effective constructability of the designed construction features |
| **Louis Mittelman, PE, PMP, LEED AP,** Design Project Manager | ▪ BS, Architectural Engineering ▪ PE, Pennsylvania ▪ 30 years' experience in the Government, military barracks and lodging facilities, and institutional industries | ▪ Manages design and construction phase during project lifecycle; works with design architects and engineers in the development of construction drawings, specifications and analyses/calculations. Coordinates design documents with Owner and General Contractor. During construction phase, actively participates in regular construction progress meetings and monitors submittals and shop drawing reviews. Responsible for QA/QC and approves design drawings and deliverables prior to submission for review; resolves design issues during construction; coordinates preparation of final and submittal of As-builts. |
| **Pawel Paszczuk, RA, LEED AP,** Project Architect | ▪ BArch, Architecture ▪ RA, Arizona, Connecticut ▪ LEED-Accredited Professional ▪ 13 years' experience ranging from schematic design to construction | ▪ Architect for barracks complexes at Forts Bliss, Hood, and Sam Houston, Texas, Fort Polk, Louisiana, and Fort Sill, Oklahoma ▪ Architect for LEED Silver Fuel Cell and Corrosion Control Hangar Design, Cannon Air Force Base, New Mexico ▪ Architect for Maricopa County Northwest Justice Center Renovations, Surprise, Arizona |
| **William Shiderly, PE,** Project Civil Engineer | ▪ BSCE, Civil Engineering ▪ PE, Pennsylvania ▪ 24 years' civil engineering experience | ▪ Civil engineering design for US Army Reserve Center OMS/AMSA/STRG, North Canton, Ohio ▪ Civil engineer responsible D-B Addition to Communication Equipment Building 246 & Renovation & Repair of Critical Power Systems, Fort Belvoir |
| **John Coffey, PE,** Project Structural Engineer | ▪ BS, Civil Engineering ▪ PE, Structural, Civil ▪ 13 years' structural engineering experience | ▪ Structural engineer for LEED Silver design of aircraft wash facility at Naval Air Station, Whidbey Island ▪ Structural engineer for barracks complexes at Forts Bliss, Hood, and Sam Houston, and Polk which all included progressive collapse design features |

**Figure 1-2. Additional Personnel Overview**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*



| Additional Personnel Overview | | |
|---|---|---|
| **Name, Role** | **Qualifications** | **Relevant Experience** |
| **Daniel Rollins, PE, LEED AP,** Project Mechanical Engineer | ▪ BSME, Mechanical Engineering<br>▪ PE, Mechanical, Utah, Ohio, Colorado, Arizona<br>▪ 27 years mechanical engineering experience | ▪ Mechanical engineer responsible for the design at numerous ANA Regional Training Centers in Afghanistan<br>▪ Mechanical engineering design for facilities at Bagram Airfield, Kandahar Airfield, and Kabul International Airport, Afghanistan<br>▪ Mechanical and plumbing designs for US Armed Forces Reserve Center, Naval Station Newport, Rhode Island |
| **Ray Thom, PE, LEED Green Associate,** Project Electrical Engineer | ▪ BS, Electrical Engineering<br>▪ PE, Electrical, Nevada, Utah<br>▪ 24 years' experience | ▪ Electrical engineer responsible for the design of Special Operations Forces Battalion Complex, Fort Campbell, Kentucky<br>▪ Electrical engineering design for various locations in Afghanistan for USACE MED<br>▪ Electrical engineering design for projects for both USACE Louisville and USACE Tulsa |
| **Kevin Louk**, NTS, OPS, LEED AP, Project Communications Engineer | ▪ 18 years' experience in electrical and communications design | ▪ Communications designer, US Armed Forces Reserve Center, Bristol, Pennsylvania<br>▪ Electrical Designer, US Armed Forces Reserve Center, Lewisburg, Pennsylvania |
| **Kevin Spangler, PE** Fire Protection Engineer | ▪ MS, Fire Protection Engineering<br>▪ PE, Fire Protection<br>▪ 5 years' experience | ▪ FPE, Troop and Family Medical Clinic, Fort Bragg, North Carolina<br>▪ FPE, Building 12 Renovation, Tobyhanna, Pennsylvania<br>▪ FPE, Administration and Galley Bldg Renovation, Alexandria, Virginia<br>▪ FPE, Exchange Bldg 5203 Renovation, Air Station Cape Cod, Bourne, Massachusetts |
| **Aqueel Khan,** Manager Engineering | ▪ BS, Civil Engineering<br>▪ 30 years' construction engineering experience | ▪ Manager engineering, multi-story residential complexes in Bahrain |
| **Bejoy Prasannan,** Project Manager | ▪ BS, Civil Engineering<br>▪ 17 years' construction project management | ▪ Construction Project Manager, 22-story building, Manama<br>▪ Construction Project Manager, Headquarters building, Bahrain Defense Force, Hamala |
| **Ghazan Mehmood,** Project Engineer | ▪ BS, Civil Engineering<br>▪ 20 years' civil engineering experience | ▪ Project Engineer for Kooheji projects at NSA Bahrain and US Navy Base, Dubai |
| **Suresh Babu,** CQC Manager | ▪ BS, Civil Engineering<br>▪ 18 years' CQC experience | ▪ CQC Manager for Qatar Embassy in Kingdom of Bahrain<br>▪ CQC Manager for MILCON projects at Isa Airbase, Bahrain |
| **Habib Mubasher,** Geotechnical Engineer | ▪ MS, Geology<br>▪ BS, Civil Engineering<br>▪ 17 years' geotechnical engineering experience | ▪ Geotechnical engineer, supervising preparation of bore logs, packer, permeability, odometer, lab head permeability, lab van share, and direct share tests |

**Figure 1-2. Additional Personnel Overview. (Cont.)**

## 1.3   Ability to Manage Similar Projects

The ECC Team has successfully demonstrated D-B experience in domestic and overseas programs with the DoD. ECC has performed, or is performing, design and construction services for USACE on 14 task orders in the CENTCOM AOR, and has completed or is working on 43 projects that include multi-story and 1-story housing and barracks facilities.

We are providing eight projects that demonstrate our Team's extensive experience in design and construction of housing and barracks facilities for Government and commercial clients. Our featured projects meet the following RFP and relevancy criteria:

▪ All projects involve the design and new construction of living quarters and/or multi-story facilities
▪ Five projects are barracks or living quarters
▪ Five include dining facilities
▪ Three are LEED certified
▪ All projects include site improvements
▪ Seven of the projects were CMU structures
▪ Government projects meet UFC 4-010-01, UFC 4-010-02, and criteria for prevention of progressive collapse

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

1-6

Factor 1—Management Plan

12 of 60
Government Rule 4 File

**A374**

| ECC—Construction of Kabul Military Training Compound (KMTC) Phase III | Project 1 |
| --- | --- |

ECC provided design and construction services to the DoD for new and renovated structures at the KMTC in Kabul, Afghanistan.

**Size:**
- ✓ $76.4 million total project
- ✓ 20,800 m² (223,889 ft²) total barracks space

**Project Relevancy:**
- ✓ D-B of barracks and DFAC in compliance with UFC 4-010-01 and 02, AT/FP criteria, and progressive collapse design
- ✓ Cast-in-place concrete support structures and floors
- ✓ CMU walls were used for exterior and interior partitions
- ✓ Construction of four 4-story BWT and ACT barracks totaling 1,300 m² (13,993 ft²) per floor and 5,200 m² (55,972.3 ft²) per building
- ✓ Construction of 1200 m² DFAC with 500-person capacity
- ✓ Multiple facility types, heavily fortified
- ✓ Includes site improvements, AT/FP, mechanical and electrical, and telecommunications
- ✓ Completed in remote, hostile, and austere environment lending to complexities with logistics, deliveries of supplies and materials, and coordination of multiple, foreign subcontractors and labor force of over 4,000 workers

| ECC—D-B Medical Education and Training Campus (METC) Medical Instructional Facility, Buildings 3 and 4, Fort Sam Houston, San Antonio, Texas | Project 2 |
| --- | --- |

ECC's METC project is a LEED Gold-certified D-B complex on an active military base with successful enhanced energy-conservation features. This 39,019 m² (419,997 ft²) project was one of the largest US D-B task orders in AFCEE history.

**Size:**
- ✓ $133.5 million
- ✓ 39,019 m² (419,997 ft²) area
- ✓ Two buildings, part of an educational campus designed to meet the needs of relocated and consolidated joint service medical training

**Project Relevancy**
- ✓ D-B, LEED Gold certified
- ✓ Four-story buildings, consisting of administrative office, storage, instructional, and laboratory space
- ✓ Steel frame construction with masonry walls and exterior stucco finish
- ✓ Compliant with UFC 4-010-01 and 02 AT/FP criteria; includes an 25 meter (82 ft) setback, mass notification system, blast-resistant windows and doors, increased 20.3 cm (7.9 inches) curbs, bollards in ramp areas, and retaining walls and progressive collapse design
- ✓ Multiple stakeholders and subcontractors
- ✓ Foundations consisted of 110, 12.2 to 18.3-m (360.8, 40, and 60-ft)deep cast-in-place reinforced concrete drilled piers varying in diameter from 61 to 122 centimeters (24 to 48 inches)
- ✓ Highly constrained construction area on active campus with multiple contractors working on simultaneous projects

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

| ECC—Construction of Multi Use facility and Joint Headquarters Building at 94th Yarmouk Brigade, Kuwait | Project 3 |
|---|---|

ECC provided design-bid-build services to the Kuwaiti Ministry of Defense for a NCO Joint Contingency facility, the largest structure scheduled for construction on the 94th Yarmouk Brigade, Kuwait.

**Size:**
- ✓ $6.5 million
- ✓ DFAC to seat 750 people; 2,800 per meal time
- ✓ 3,060 m$^2$ (32,937.5 ft$^2$) area

**Project Relevancy:**
- ✓ Design-Bid-Build
- ✓ Pre-engineered building with CMU blocks
- ✓ Main structure was built using 3,931 m$^3$ (42,312.9 ft$^3$) of concrete
- ✓ Interior walls were built of brick and mortar with plaster finish
- ✓ Installed kitchen with European Union (EU) standard equipment
- ✓ Includes site improvements, AT/FP, mechanical and electrical, and telecommunications
- ✓ Completed under accelerated schedule in semi-remote area with harsh climate
- ✓ Because summer temperatures can reach in excess of 50° C, air handling units provide 111 tons cooling to building



| ECC—Afghan National Army Air Corps Regional Expansion, Shindand, Afghanistan | Project 4 |
|---|---|

ECC provided D-B services to the DoD to construct a 1,500 person military ANA Air Corps Training Base.

**Size:**
- ✓ $42.7 million
- ✓ DFAC to seat 1,500 personnel
- ✓ 24 two-story new cadet, enlisted, noncommissioned officer (NCO), and officer barracks totaling over 7,000 m$^2$ (75,347 ft$^2$)

**Project Relevancy:**
- ✓ D-B
- ✓ Two-story barracks; barracks range from 260 to 345 m$^2$ (2,798.6 to 3,713.5 ft$^2$)
- ✓ Insulated filled CMU/concrete construction with stucco and plaster wall finishes, reinforced concrete slab roofing systems ranging from 160 to 200 mm thick (6.2 to 7.8 inches), steel doors and frames, vinyl coated windows, suspended ceilings with fluorescent lighting, and tiled floors in the latrines
- ✓ Reinforced slab-on-grade foundations
- ✓ Compliant with UFC 4-010-01 and 02 AT/FP criteria and progressive collapse design
- ✓ Remote, hostile, austere environment
- ✓ Constructed and installed all electrical, mechanical, structural, water, wastewater and sewer
- ✓ Implemented communications infrastructure that consisted of telephone and data drops
- ✓ Completed roadways, parking areas, and sidewalks with security fence and anti-vehicle trench for the 12 kilometer (7 miles) perimeter, including construction of 13.6 kilometers (8.4 miles) of roadways, and over 10,000 m$^2$ (107,639 ft$^2$) of parking areas and sidewalks

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*



| Kooheji—Design and Construction of Porta Reef Towers, Reef Island, Kingdom of Bahrain | Project 5 |
|---|---|

Kooheji was the Prime Contractor for a project involving the construction of three 11-story residential buildings in the Kingdom of Bahrain. Kooheji constructed all of the facilities and provided the interior finishing.



**Size:**

✓ $40.4 million with each building consisted of lower ground floor, eight apartment floors, two penthouses, lift rooms, and roof

**Project Relevancy:**

✓ D-B using piling works, pile cap works, reinforced concrete and ground beams columns, beams and slab; laid insulated blocks, white blocks, and solid concrete blocks
✓ Performed plastering, painting, and wall tiling for toilets.
✓ Completed mechanical, electrical, and plumbing
✓ Installed doors, sanitary ware fixing, shower glass enclosures, wardrobes, kitchen cabinets, sliding wooden doors, and built-in vanities and electrical light fittings
✓ Includes site improvements, such as landscaping, roads, sidewalks, parking areas, and parking access control
✓ Sustainability features included energy-saving glazing on curtain walls and windows, insulated blocks and insulated cladding on the exterior walls, and roofing system insulation to reduce heat loads

| Kooheji—Construction of Durrat Al Bahrain Resort, Kingdom of Bahrain | Project 6 |
|---|---|

Kooheji constructed 160 multi-story units at a resort residential community that will ultimately sustain a community of 30,000 residents. Kooheji provided all construction services, including substructure, superstructure, and all mechanical, engineering, and plumbing (MEP) works.



**Size:**
✓ $66.6 million
✓ 160 multi-story residential units, nine different models

**Project Relevancy:**
✓ Facilities are monolithic reinforced concrete substructures of 300 millimeters (11.8 inches) depth raft foundation
✓ Living units are constructed with conventional framed superstructure made up of cantilever beams
✓ Units are built of hollow concrete slab; thermal insulate blocks for the skeleton of the building; thermal insulated waterproofing works for the roof; and suspended ceilings with bulkhead and coves
✓ Construction site is complex, man-made island in the ocean, providing logistical complexity for construction equipment and materials
✓ Includes site improvements, such as landscaping, roads, and sidewalks
✓ Sustainability features include environmentally friendly air conditioning units, containing R-407 refrigerant gas

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

1-9

Factor 1—Management Plan

15 of 60
Government Rule 4 File

**A377**

## Baker—Design of P1319 Bachelor Enlisted Quarters, Camp Johnson, MCB, Camp Lejeune, North Carolina | Project 7

Baker was the DOR for the D-B delivery of a new, LEED Silver BEQ. The 3-story building totals 8,160 m$^2$ (87,833.5 ft$^2$) and includes 170 residential modules, a multipurpose area, laundry area, Internet café, gaming room, vending, kitchen and dining area, a quiet area, and parking.



**Size:**
✓ Construction cost is $33.6 million for 8,160 m$^2$ (87,833.5 ft$^2$) for170 modules

**Project Relevancy:**
✓ Designed to achieve LEED Silver certification
✓ Landscape design includes drought-tolerant native plants and low-flow sprinkler heads and drip-line irrigation to reduce potable water use by 50 percent
✓ Construction documents specify the use of pollution prevention measures during construction, including erosion and sediment control, stormwater pollution prevention, and low-emitting, fuel-efficient construction
✓ Incorporated energy-efficient building systems into the design to produce an energy savings of 35 percent, compared to the 30 percent required by ASHRAE 90.1 2007
✓ Design uses recycled materials and materials produced within 805 km (500.2 miles) of the site
✓ Designed the building and the site to meet the minimum antiterrorism standards set forth in DoD UFC 4-010-01 and 4-010-02 , as well as, progressive collapse design
✓ Site accommodates the 10- and 25-meter (32- and 82-ft) AT/FP boundaries, and incorporates trees and swales to provide a vehicle barrier

## Baker—Design of Annual Training-Mobilization DFAC, Ft. McCoy, Wisconsin | Project 8

Baker was the designer of record for the design-bid-build delivery of a LEED Silver 1,858 m$^2$, 1-story Annual Training-Mobilization DFAC.

EXTERIOR PERSPECTIVE

**Size:**
✓ $8.6 million facility includes 1,428 personnel per meal in 3 shifts of 476 personnel per shift
✓ Two 418 m$^2$ (4,499.3 ft$^2$) dining areas with a 279 m$^2$ (3,003 ft$^2$) kitchen

**Project Relevancy:**
✓ Architectural design, surveys, hazardous waste investigation and remediation recommendation, geotechnical and geophysical investigation, all site and building engineering, cost estimating, value engineering, and LEED® Silver certification
✓ Designed the building and the site to meet the minimum antiterrorism standards set forth in DoD UFC 4-010-01 and 4-010-02, as well as, progressive collapse design exterior storage space
✓ The exterior building envelope constitutes a load-bearing CMU wall system, with glazed CMU units on the inside to meet design guide requirements
✓ Held a special energy charrette to target materials and approaches to promote sustainability and conserve energy, with goal to exceed ASHRAE 90.1 2007 performance criteria by 40 percent
✓ AT/FP include the locating of the DFAC to meet setback requirements, the use of blast-resistant doors and windows, and the incorporation of an emergency shutdown switch to disable all HVAC air distribution systems, as previously sprayed polyurethane foam insulation to meet thermal, air described

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

1-10

Factor 1—Management Plan

16 of 60
Government Rule 4 File

**A378**


The ECC Team has extensive experience in the projects relevant to the TQ and DFAC. ECC has completed or is currently working on more than 70 D-B and/or construction projects in the CENTCOM AOR under AFCEE, USACE, and Department of State (DOS) contracts, valued at more than $500 million. **Figure 1-3** provides a sample of our team's additional relevant projects. In *Factor 2, Design Concept*, Figure 2-4 provides additional projects that are LEED certified and/or certifiable.

| Project Name | Bullet Description of Relevant Work |
|---|---|
| **ECC's Relevant Experience** | |
| Ground Forces Command HQ, Camps Victory and Slayer, Iraq | ▪ $50.8 M construction project of 10 barracks encompassing 14,897 m² (160,349.9 ft²)<br>▪ Constructed DFAC to seat 600 personnel |
| Construct and Renovate FOBs Dragon, Railwaoda, and O'Ryan, Iraq | ▪ $39 M project includes 18 enlisted, 6 NCO, and 3 officers' barracks<br>▪ Constructed three DFACs, each to seat 300 personnel |
| Construct and Renovate FOBs Phoenix, Defender, and Ali; Ramadi, Iraq | ▪ $57.6 M project with 16 enlisted, 3 NCO, and 3 officers' barracks at 3 locations (78,400 m²) (843,890.5 ft²)<br>▪ Constructed DFAC to seat 490 at FOB Ali; DFAC to seat 350 at FOB Defender; and DFAC to seat 350 at FOB Phoenix |
| Kadena AB, Base Exchange, Okinawa, Japan | ▪ $65.7 M 2-story, 30,100 m² (323,993 ft²) BX with foundation on 1,274 concrete piles drilled 20-m (54.6-ft) deep<br>▪ Highly constrained project site<br>▪ Facility includes food court kitchens, multiple restaurants, and sit-down area for 400 people |
| ANA 215th Brigade Garrison, Camp Garmsir, Afghanistan | ▪ $83 M project with 1 VIP quarters, 9 officers, 4 combo NCO/enlisted, and 26 enlisted barracks<br>▪ Two DFACs |
| D-B MP and Signal School, Mezar-e-Sharif, Afghanistan | ▪ $27.5 M project includes barracks, shower/latrine, DFAC, Administration HQ facilities, training facilities, MWR building, maintenance facilities, vehicle maintenance, radio base stations<br>▪ Construction of all infrastructure, including roads and utilities |
| ANA 215th FSD at Camp Shorab, Afghanistan | ▪ $1 M project includes D-B of CMU buildings on active base<br>▪ 798 m² (8,589.6 ft²) officers barracks, 556 m² (5,984 ft²) NCO/enlisted barracks, and DFAC 2,237 m² (24,078 ft²) |
| FOB Kandahar Regional Law Enforcement Center, Kandahar, Afghanistan | ▪ $14.4 M project includes D-B of two open bay 654 m² (7,039.6 ft²) 50-person barracks<br>▪ 25-person, 300 m² (3,229 ft²) CIP DEA Barracks 597 m² (6,426 ft²) DFAC for 120 occupants |
| Border Patrol Zone Command, Kandahar, Afghanistan | ▪ $13.7 M project includes D-B of eight middle/ordinary barracks, three senior barracks, women's barracks, and a DFAC for a total of 15,028 m² (161,760 ft²) to house 577 personnel |
| Afghan National Uniformed Police Units, Qalat, Afghanistan | ▪ $15.9 M project includes D-B of one DFAC for UP and CID staff, two senior barracks for UP and CID staff, two ordinary barracks for UP and CID staff, and one female support barracks |
| **Kooheji's Relevant Experience** | |
| 100-Resident Tower, Juffair, Kingdom of Bahrain | ▪ $16 M residential apartment building totaling 22,510 m² (242,296 ft²) |
| Paris One and Two Towers at Juffair, Bahrain | ▪ $8.2 M residential apartment twin towers totaling 13,400 m² (144,236 ft²) |
| Rabya III Tower at Juffair, Bahrain | ▪ $8.2 M residential apartment twin towers totaling 15,900 m² (171,146 ft²) |
| Consolidated Dining Facility, Isa Air Base, Bahrain | ▪ $5.6 M dining area of 1273 m², seating capacity 650 personnel and kitchen area of 470 m² (5,059 ft²)<br>▪ Kitchen equipment in compliance with European standards |
| **Baker's Relevant Experience** | |
| 170 Resident module BEQ, Camp Johnson, North Carolina | ▪ $33 M 3-story residential building totaling 8,164 m² (87,876 ft²) with multipurpose areas including laundry, internet café, gaming room, vending area, kitchen and dining area |
| 200 Resident module, BEQ French Creek, Camp Lejeune, North Carolina | ▪ $45 M 3-story residential building totaling 9,600 m² (103,334 ft²) with multipurpose areas including laundry, internet café, gaming room, vending area, kitchen and dining area. |
| DFAC, Fort McCoy, Wisconsin | ▪ $8.6 M 1,860 m (20,020.8 ft²) single story DFAC<br>▪ 1,428 personnel per meal, 30 minute shifts of 476 personnel, for three meals per day |

**Figure 1-3. ECC Team Additional Project Experience.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*



## 1.5 Design and Construction Management

The ECC Team is committed to delivering quality facilities safely, on time, and within budget. We have outlined our approach to executing, monitoring, and controlling the project from contract award through project design, construction, and closeout.

### Design Management

ECC's Design-Build Center of Excellence (DBCX) is a group of 30+ architects, engineers, and construction managers that support ECC D-B projects from proposal development through project execution and closeout. Led by a designated D-B Integration Manager for each project, they direct, oversee, and support the design and engineering activities. They conduct value enhancement and engineering analyses, facilitate independent designs reviews, obtain third party Commissioning Authority (CxA), and maintain ECC current on D-B technologies and lessons learned.

For this project, under the direction and oversight of ECC's DBCX, D-B Integration Manager Mr. Ralph Rosales, the Baker design team performs project design and engineering in close coordination with ECC, Kooheji, and our other local subcontractors. The design team utilizes the rigorous step-by-step design development process shown in **Figure 1-4**. This process is proven by successful projects around the world. During the charrette, conceptual designs, specifications, and the ECC Team approach will be verified to meet all project criteria, user requirements, space programming, budget, and schedule. Value-added enhancements and alternatives will be discussed.

The design team develops Design Development, Pre-final Design, and Final Design submissions for both of the design packages: (1) civil site work, foundations, structural, utilities, and long-lead-time items; and (2) all other work including mechanical, plumbing, fire protection, electrical, communications, exterior, and interior designs. Each design package includes construction drawings, contract, specifications, design analyses and calculations, LEED documentation, and submittal register. Construction drawings and specifications are sufficiently detailed to fully



**Figure 1-4. D-B Process Diagram.**

describe the quality of materials and workmanship, and the installation and performance of equipment.

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

## Construction Management

When design construction packages are released, project plans approved, permits in place, and upon USACE approval, the ECC construction team mobilizes to the site. ECC directs, coordinates, and supervises construction activities using monitoring and control processes such as:

- Schedule control maintained by an ECC project controls/schedule specialist using the approved project schedule with schedule of values, reviewed daily by project management, and evaluated in the weekly status/coordination meetings
- Subcontractor management and control by the ECC Superintendent supported by the ECC CQC System Manager
- Resource management and control provided by the Project Manager and Superintendent, through resource planning, usage monitoring, and continual needs evaluation
- Procurement and logistics by ECC specialists that ensure best-value procurements of equipment and materials using Federal agency-audited and approved procurement, electronic purchase order, logistics, and property management systems

During the construction phase, the D-B Integration Manager and Design Manager will coordinate with the Project Superintendent and construction team to provide required design support including design clarifications, timely responses to RFIs, change document preparation, field engineering, and timely shop drawing reviews and submittals.

## LEED Management

The ECC Team designs and constructs the TQ and DFAC to USGBC LEED NC 2009 Silver. We develop and maintain all LEED documentation and will submit to USGBC/Green Building Certification Institute (GBCI) and obtain LEED Silver Certification. The LEED Implementation Plan provides a detailed description of all LEED-required activities including construction practices, procurement practices, and proposed submittals and documentation for each LEED credit. The plan will include all information required in *Specification 01 33 29 LEED Documentation*.

As a part of the LEED Implementation Plan's construction process, the ECC Team develops and implements a number of supplementary plans and processes to ensure LEED designs are executed correctly and required credits are obtained such as:

- Cumulative materials implementation plans are developed before materials are purchased that list materials, estimated costs, and details necessary for LEED calculations added in order to determine if the listed materials can achieve project LEED goals
- Waste management plan that diverts 50 percent of construction and demolition waste from landfills
- Construction Indoor Air Quality Management Plan
- Commissioning Plan

The ECC Team meets LEED fundamental commissioning requirements as part of the heating, ventilation, and air conditioning system commissioning process. DEI Consulting, a professional consulting firm specializing in building commissioning and energy management is the Commissioning Agent. Commissioning documentation required by contract specifications such as design, commissioning plan, functional performance test procedures, and check-lists for equipment and systems, membership and roles of commissioning team, commissioning schedule, and acceptance documentation will be submitted to USACE.

## Quality Control and Safety Management

**Quality Control.** ECC's project quality control approach is based on the USACE Construction Quality Management concepts and procedures, including contract administration using QCS/RMS. ECC uses the USACE Three-Phases of Control process to plan, schedule, monitor, and test each feature of work. We have assembled a Contractor Quality Control (CQC) team with the expertise, experience, and knowledge to deliver a high quality project, safely and on schedule. ECC's quality management program is initiated and supported at the top corporate levels and ECC's corporate management ensures that appropriate resources and support are available.

**Health and Safety.** The ECC Team is committed to providing a safe and healthy work environment for the workers, subcontractors, USACE and

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

1-13

Factor 1—Management Plan

19 of 60
Government Rule 4 File

**A381**



*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*


military personnel, and the public. Our safety commitment is demonstrated through the many projects executed under the OSHA Voluntary Protection Program (VPP), our low EMR of 0.66, and other safety statistics for the company. The Team will implement ECC's ***Zero Incident Rate*** process through our APP and AHAs, which are compliant with:

- EM 385-1-1 Safety and Health Requirements Manual
- 29 Code of Federal Regulations (CFR) 1910 Occupational Safety and Health Standards
- 29 CFR 1926 Safety and Health Regulations for Construction
- National Fire Protection Association (NEPA) 70
- ECC Corporate Safety and Health Program
- ECC Safety and Health SOPs

The site safety and health officer (SSHO) develops the project-specific APP in the format and per the requirements of EM 385-1-1, Appendix A Minimum Basic Outline for Accident Prevention Plan. The APP will integrate with ECC's overall safety and health program including safety and health SOPs. The APP is reviewed and signed by the SSHO, CQC System Manager, Project Manager, and Project Superintendent. ECC submits it to the USACE 15 calendar days before the initial safety meeting. Copies of the accepted APP will be provided to all subcontractors and maintained at the project site.

AHAs will be developed for each activity listed on the project schedule in compliance with the format in EM 385-1-1. ECC will submit AHAs to the Contracting Officer at least 15 days before the start of the analyzed activity; these will then become an amendment to the APP. ECC's SSHO will review all AHAs at least monthly at the supervisory safety meetings and will update them when procedures, scheduling, or hazards change. The SSHO and safety staff will use the AHAs during daily inspections to ensure the implementation and effectiveness of safety and health controls for each activity.

### Schedule Management

ECC developed a detailed project schedule that completes the TQ and DFAC project within the 710 day period of performance. The schedule was constructed in close coordination with Baker and

Kooheji to ensure low risk project delivery. Additionally, the ECC Team employs a multiple techniques to maintain the project on schedule:

- Develop schedules at the lowest possible level to accurately control and measure progress
- Use the project schedule as a management and forecasting tool, not just a reporting tool
- Update work schedules weekly
- Develop 2-week look-ahead schedules weekly and coordination with all project participants
- Update the status of project activities/ tasks daily
- Review negative float changes on the critical path and near-critical path weekly
- Address float changes immediately to avoid developing multiple critical paths on a schedule
- Analyze negative variances exceeding 5 percent and immediately implementing corrective actions

## 1.6   Risk Management

Construction of the TQ and DFAC presents several risks/challenges that ECC will manage to ensure successful execution. An important component of our risk management plan is the selection of highly qualified and experienced key subcontractors. As established in *Sections 1.2 and 1.3*, both Baker and Kooheji provide the necessary qualifications and experience. Further, ECC and Baker have a successfully history of partnering on the following D-B projects:

- Repair Hotel Taxitraks at Royal Air Force Base Lakenheath, England, $8.5 million
- Parallel Taxiway and Refueler Apron at Camp Bastion, Afghanistan, $42.9 million
- Rotary Wing Parking at Camp Bastion, Afghanistan, $12.2 million
- Close Air Support Apron at Camp Bastion, Afghanistan, $80.2 million

In addition to the above projects, ECC, Baker, and Kooheji are teamed for the D-B construction of the Bahrain BEQ project located immediately adjacent to the TQ and DFAC project.

Finally, our Risk Register, provided in **Figure 1-5**, has been developed in coordination with both Kooheji and Baker and presents risks associated with the project and response measures we will take to eliminate or reduce potential impacts.

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

1-14

Factor 1—Management Plan

20 of 60
Government Rule 4 File

**A382**



| Category | ID | Risk Identification | | Risk Description | Risk Response |
|---|---|---|---|---|---|
| | | 'Because of this' Risk | 'This may happen' Cause | 'Leading to this' Effect | Response or Countermeasure |
| Scope | 1 | Scope of Work Understanding and Execution | ▪ Misunderstanding of project scope, client expectations, and priorities | ▪ Schedule delays ▪ Rework | **Action Plan Notes:** The ECC Team 1) fully consults with all parties to understand the design, specifications, and construction approach during the proposal process; 2) reviews project scope, schedule and expectations at the project Kick-Off meeting; 3) establishes and participates in daily communications, regularly scheduled meetings with client and stakeholders to review scope and as necessary, prepare and submit RFI's. |
| Labor | 2 | Labor Productivity/ Working Hours Restrictions/Bahraini Law Compliance | ▪ Delays in access to site ▪ Shortened work hours per Bahraini law work restrictions | ▪ Unavailable craft labor at critical times ▪ Schedule delays ▪ Shortened work shifts ▪ Increased General Conditions costs | **Action Plan Notes:** Kooheji and subcontractor team bring years of familiarity and compliance with all Bahrain labor requirements and restrictions. Pre-placement of material onsite prior to need to avoid schedule delays and subcontractor stand-by situations. |
| Quality | 3 | Hot Weather Concrete | ▪ Rejected concrete ▪ Inadequate curing, finish and quality ▪ Rework | ▪ Impact to quality, schedule and costs from rework ▪ Impact to Water front activities and operations ▪ Unsatisfied client and stakeholders | **Action Plan Notes:** Apply extensive ECC/Kooheji/Haji Hasan Ready Mix concrete experience in extreme conditions. Apply ECC's established company procedures, policies, and lessons learned. Minimize transport time to minimize and/or avoid delays of delivery access delays through Banz or Juffair through close coordination with Security. Schedule concrete pours for optimal traffic times. Enhance optimal concrete temperatures using ice. |
| Materials and Equipment | 4 | Subcontractors' lack of familiarity with the Balance of Payments Program (BPP) | ▪ ECC procurement resources need to review subcontractor procurements | ▪ Additional ECC oversight of subcontractor procurements ▪ Potential for rework of orders for BPP compliance | **Action Plan Notes:** The source of all major material procurements has already been identified. ECC needs to identify any proposed changes to the procurement plan to ensure compliance with the Balance of Payments Program. |
| Materials and Equipment | 5 | Base closure due to security threats | ▪ Inability of labor and material to access the project sites | ▪ Critical path delays to the project ▪ Cost impact to the project | **Action Plan Notes:** Notify the USACE of impact and work closely with the USACE to minimize the impact should security based restrictions be put in place. |
| Safety | 6 | Personnel safety | ▪ Reportable incidents | ▪ Impact on workforce, productivity and safety culture | **Action Plan Notes:** ECC/Kooheji and entire subcontractor team share safety values; ECC H&S Managers to fully mentor all subs managers and craft labor; Full compliance with USACE 385-1-1; Conduct of daily safety meetings; Employment of multi-lingual field managers to translate critical safety communications to craft labor; Strictly enforce all safety requirements on entire project site. |
| Coordination of Utility Outages | 7 | Tie-in of new water system to existing water system | ▪ Parts of base may lose water ▪ Potential for contamination of water lines | ▪ Disruption of water supply to the base | **Action Plan Notes:** In developing shut-down work plan include the following: 1) Develop schedule of outages well in advance in close coordination with the USACE and the base; 2) Ensure backup materials, equipment, and labor are at-hand during outages; 3) Have approved chemicals and procedures readily available should lines become contaminated |
| Coordination of Utility Outages | 8 | Tie-in to existing electrical system | ▪ Parts of base may lose power ▪ Unexpected outages if as-built documentation is not accurate | ▪ Disruption to base operation ▪ Prolongation of the outage ▪ Additional time and cost to recover from outage | **Action Plan Notes:** In developing shut-down work plan, include the following: 1) Dry-run of outage to see if there are any unexpected outages 2) Develop schedule of outages well in advance in close coordination with the USACE and the base; 3) Have backup generator available if loads to experience outage are deemed critical; 4) Ensure backup materials, equipment, and labor are at-hand during outages |

**Figure 1-5. Risk Table.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

1-15

Factor 1—Management Plan

21 of 60
Government Rule 4 File

**A383**



**Michael Baker Jr., Inc.**
A Unit of Michael Baker Corporation

Airside Business Park
100 Airside Drive
Moon Township, Pennsylvania 15108

(412) 269-6300
FAX (412) 375-3993

December 12, 2012

Ms. Michelle R. Pearman
Middle East District – CETAM-CT-M
201 Prince Frederick Drive
Winchester, VA 22602

**Subject:** Letter of Commitment for Proposed CENTCOM 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

Dear Ms. Pearman:

I hereby make the unequivocal commitment that in the event of an award of a contract to ECC CENTCOM Constructors LLC for the above task order; Michael Baker Inc. (Baker) will fulfill the duties of Designer of Record.

If you have any questions or need additional information please contact me at (412) 375-3089.

Sincerely,

MICHAEL BAKER JR., INC.

Ronald M. Schirato, P.E., LEED AP BD+C
Assistant Vice President

ECC CENTCOM Constructors LLC

2012.12.19
15:48:41 -08'00'

Glenn Sweatt
Vice President, Contracts & Compliance

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*



**KOOHEJI CONTRACTORS** W.L.L.
Civil Construction, Carpentry, Decor & Metal Works

الكـوهجــي للـمقـاولات ذ.م.م.
مقاولات إنشـائيـة، تجـارة، ديكــور وأعمـال حـديـد

Dated: 15/12/2012
Ref : ARK/1212/1484

Ms. Michelle R. Pearman
Middle East District – CETAM-CT-M
Winchester.VA 22602

Sub:  Letter of Commitment for Proposed CENTCOM 35 MATCO MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

Dear Ms. Pearman :

I hereby make the unequivocal commitment that in the event of an award of a contract to ECC CENTCOM Constructors LLC for the above task order; Kooheji Contractors W.L.L (Kooheji) will provide the necessary materials, equipment, and labor for the construction of the project.

If you have any questions or need additional information please contact me at +973 39464522

Thanking you.

Yours Sincerely,

Abdul Rahim Al Kooheji
Contracts Manager
KOOHEJI CONTRACTORS W.L.L
P.O Box : 1041 ,Manama,
Kingdom of Bahrain
E Mail : raheem@kcbahrain.com



ص.ب : ١٠٤١- المنامة- مملكة البحرين – تليفون : ٥٠٠ ١٧٧٨٦ ٩٧٣+ – فاكس : ٥٦٥ ١٧٧٨٦ ٩٧٣+ – س.ت : ٣٢٤٧
P.O. Box 1041, Manama - Kingdom of Bahrain - Tel : +973 17786 500 - Fax : +973 17786 565 - C.R. No. 3247
E-mail: kcmain@kcbahrain.com, kohjictr@kcbahrain.com - Website: www.koohejicontractor.com

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*



**ECC CENTCOM Constructors LLC**

*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*



## FACTOR 2—DESIGN CONCEPT

The ECC Team has successfully demonstrated D-B experience in programs worldwide with the DoD. Our team's DOR, Baker, is an industry leader with expertise in the design of a variety of military housing and dining projects. Together, this team offers the experience gained from award-winning design, programming, and planning of similar facilities in the US and internationally. We know how to diminish operational costs through in-depth understanding of how projects operate, allowing us to design for maximum efficiency so that the same functions can perform better with less space. This approach to providing a functional layout has the highest potential to impact construction and operational costs of any design element.

### Our Approach

Our team has truly performed as a D-B Team throughout the pre-proposal and proposal process. Having worked together to win the Bachelor Enlisted Quarters (BEQ; PN #937), which will be located at a site immediately adjacent to this TQ and DFAC site, this team brings solid D-B knowledge of the project and the requirements to execute successfully in Bahrain. We have also taken advantage of the opportunity to incorporate our TQ and DFAC design with our BEQ design to provide an efficient, coordinated, and aesthetically pleasing campus environment for all occupants. We conducted several value enhancement sessions in order to provide a best value solution to USACE. Throughout this section, we will discuss these Betterments (♦) that provide best value enhancements. As a result, we believe that our compliant design that is functional and appealing

> ♦We have achieved a best value compliant design solution through a structural separation expansion joint that achieves the added benefit of an aesthetically pleasing and functional "canopied area" linking the TQ and DFAC as one facility.♦



FUTURE MINI MART

### The ECC Team Meets and Exceeds the RFP Criteria for "More Weight"

- **Room Betterments RFP Part 3.** Our design offers office space for training and conferences, common space (satellite lobby), ATM, and retail space.
- **Seating Capacity for the DFAC Greater Than the Required 288.** The DFAC is designed to accommodate 300 personnel.
- **Maximized Site Area Available for Future Expansion/Development.** Our design allows for a completely functional Mini Mart to be incorporated as part of this site.
- **Quality Building Materials Expected to Last More Than 25 Years.** This design incorporates quality materials to include concrete and CMU that have life expectancies of more than 25 years with minimal maintenance.
- **Roofing Warranty Over 10 Years.** Our roof meets the RFP requirement for Low Slope Roof Systems with a 20-year warranty.
- **Site Plan That Allows for Ease of Deliveries.** Deliveries to the DFAC, TQ, and future Mini Mart are easily achieved from the existing street on north side.
- **Smooth Pedestrian Traffic Flow.** The TQ is strategically oriented on the site to create a series of shaded walks and courtyards that allow personnel to readily access the Pedestrian Mall, DFAC, and future Mini Mart.
- **Future Construction of Outdoor Eating Area.** Our canopy design includes an outdoor eating area that can be expanded with future construction.

while providing a high quality solution for this site. Some of the highlights of our design include:

- A combined facility that connects the TQ and DFAC facilities as one with a structural separation expansion joint—each with its own supporting foundation and superstructure allowing us to mitigate the 20-m (65.6 ft) AT/FP building separation as required by UFC 4-01001, date February 9, 2012
- A solution that takes into consideration every one of the "more weight" evaluation criteria
- An exceptional facility designed for the individual, as well as encouraging social interaction
- Many Enhancements and Voluntary Betterments (**Figure 2-1**) to bring personnel out of their rooms and into common areas to reinforce the concept of living, working, and dining together

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*




| Voluntary Betterment | Enhanced No-Cost Benefit | Description | Included within CCL | Energy efficient | Durable | Quality of Life |
|---|---|---|:---:|:---:|:---:|:---:|
| Chair rails | Wood rails divide accent and field wall colors | Protect corridor walls | ● | | ● | ● |
| Building mass, size, height, and configuration | Contextual design | Architectural massing, materials, forms, and design are compatible with NSA Bahrain Base Exterior Architectural Plan (BEAP) | ● | ● | ● | ● |
| Compatible exterior design | Material and colors | Colors of CMU, Exterior Insulation and Finish System (EIFS), windows and doors are compatible with the BEAP | ● | | ● | ● |
| Building plan | Efficient floor plans | Maximizing the efficiency of the plans provides more space for the program | ● | | | ● |
| Corridors | Offset corridors | Eliminate the 'tunnel' effect of long corridors | ● | | | ● |
| Pedestrian circulation | Ease of access/flow | Courtyard/walkways are partially shaded amenity that will encourage residents to gather outdoors | ● | | | ● |
| Site furniture | Site amenities | Shaded benches provide opportunities for interaction | ● | | ● | ● |
| Service/loading | Site access | Ease of traffic flow to DFAC and future Mini-Mart for delivery of goods | ● | | | ● |
| ♦Parking♦ | LEED | Providing 10 parking spaces for car/vanpools, energy-efficient cars versus the 8 required | ● | ● | | |
| Water table | CMU | Masonry water table will protect the lower portion of all exterior walls from damage | ● | | ● | ● |
| Clerestory | Translucent panels | Energy-efficient clerestory panels will introduce natural lighting into the dining area and TQ lobby, thereby, reducing energy consumption | ● | ● | | ● |
| ♦Roof warranty♦ | Extended warranty | 20-year, non-prorated, no-leak roof warranty | ● | | ● | |
| Roof drainage | Drainage system | Provide collection system tied to the storm water system | ● | | | |
| Entrances | Covered entries and vestibules | Covered entries and vestibules | ● | | | ● |
| ♦DFAC♦ | Outdoor dining canopy shaded and non-canopy shade | Conveniently located covered area adjacent to DFAC connects the TQ and DFAC as one facility and further extends the common use open canopy structure for an expanded outdoor dining area and overall canopied gathering feature | ● | | | ● |
| ♦DFAC♦ | Seating | Exceeds the minimum number of seats with 300 seats | ● | | | ● |
| ♦Tile♦ | Anti-microbial epoxy grout | Stain resistant, anti-microbial grout is used throughout the project at tiled locations, resulting in easier floor maintenance and inhibiting the growth of mold and mildew | ● | | ● | ● |
| Accent paints | Accent paint at lobby and corridors | Accent paint at the lobby, lounges, and corridor spaces create a "sense of space," provides natural way-finding for the occupants and creates a more residential feel | ● | | ● | ● |
| Tub/shower surrounds | Marble (host nation finish) | Marble | ● | ● | ● | ● |
| DFAC/TQ retail | Storefront | Large windows for views in the dining area and retail space | ● | ● | | ● |
| Ceramic paint | Ceramic paint at all painted interior walls | Ceramic paint is a tough finish which is also resistant to abuse; easy to maintain | ● | | ● | ● |
| Corridors/ common areas | Ceramic paint in selected locations | In lobby and reception area, limited to in corridor offsets, vestibule areas at entries | ● | | ● | ● |
| Casework | All-wood components | All-wood product is a more durable cabinet; cabinet interiors are treated to be mildew resistant | ● | | ● | ● |
| Reception desk | Quartz top and multiple height counters | Low maintenance and durable installations | ● | | ● | ● |
| Flooring at lobby seating | Carpet tile | Carpet tiles add warmth to the area and assist in sound attenuation; also further serves to demarcate seating area of lobby | ● | | ● | ● |
| Chair rails | Wood rails divide accent and field wall colors | Protect corridor walls | ● | | ● | ● |

**Figure 2-1. Betterments and Enhancements.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

2-2

Factor 2—Design Concept

25 of 60
Government Rule 4 File

**A387**

## 2.1 Building Function and Aesthetics

The ECC Team understands the challenges of providing exceptional facilities that meet the specific needs of personnel at NSA Bahrain, while encouraging social interaction. Previous experience has enabled the Team to develop a design that improves the quality of life for enlisted personnel and promote group interaction—drawing occupants/guests out of their living units and into common rooms and spaces and protected outdoor activity areas—reinforcing the concept of living, working, and training together. Our Team's comprehensive proposal meets all RFP requirements and



♦ **Our design includes alfresco dining options conveniently located adjacent to the DFAC that connect to the TQ for an expanded outdoor dining area and overall canopied gathering feature.**♦

includes Voluntary Betterments (Figure 2-1) that are further indicated in this narrative and in the conceptual drawings (provided under a separate tab at the end of *Factor 2*). Our widespread project expertise with military lodging has contributed to our in-depth understanding of the double occupancy living/sleeping unit, and its unique characteristics. Additionally, our experience with food service design ensures an appropriate DFAC design. The overall design goal is to deliver durable, safe, energy-efficient, low-maintenance, and aesthetically-appropriate buildings that mirror the architectural characteristics of the adjacent BEQ—a campus that transient personnel will find comfortable enough to call home.

Human behavioral studies have found that a resident's level of social interaction and use of amenities in a multi-story living facility are directly proportional to the pattern of circulation in the building and ease of access to amenities. The human experience is profoundly affected by Architecture and Design. The use of color and materials influences mood and productivity, while providing variety, scale, and visual interest. Occupants adapt better to surroundings in buildings permeated by natural light and

experience a feeling of greater overall physical well-being. Our design develops a facility that meets the Government's sustainable goals by:

1. Optimizing site potential
2. Minimizing non-renewable energy consumption by each facility
3. Using environmentally-preferred products
4. Designing features to protect/conserve water
5. Designing features to enhance indoor environmental quality
6. Designing features that optimize operational and maintenance practices

### *Site Design and Circulation*

The ECC Team has employed a premier campus development approach that provides comfortable Transient living quarters, conveys a sense of residential community, and enhances the user's Quality of Life. The proposed TQ and the DFAC design is a functional, durable, collocated, and aesthetically-pleasing solution that will serve as the standard for future projects of similar function. Our design supports the following:

- ♦A combined DFAC and TQ as one structure separated by a 20-m structural separation expansion joint (AT/FP building separation per UFC 4-010-01) to enhance the circulation and add to the campus effect♦
- ♦Canopy-shaded outdoor activity areas for limited dining that can be expanded♦
- Outdoor partially shaded activity areas between TQ and DFAC structures for walking, seating, or limited outdoor dining
- Site layouts and access roads designed in conformance with AT/FP criteria
- Low-impact development that seamlessly integrates into site layouts

The site will provide a cohesive campus atmosphere that accounts for existing and planned facilities. The four-story TQ building will be

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

2-3

Factor 2—Design Concept

26 of 60
Government Rule 4 File

**A388**



strategically oriented on the site to create a series of shaded walks and courtyards that provide personnel with easy access to the Pedestrian Mall, DFAC, and future Mini-Mart. The J-shaped layout of the TQ maximizes the site and locates the DFAC and future Mini-Mart in the center of living functions—between the BEQ and TQ barracks.

Additionally, deliveries to the DFAC and Mini-Mart are easily achieved from the existing street to the north. Ten parking spaces will serve the TQ and DFAC and include four electric car charging stations. Service will be located adjacent to the future Mini-Mart for multiple functions when the facility is in operation. Parking will be LEED-compliant gaining points for car/vanpools and energy-efficient vehicles.



♦**Interconnected walkways and canopies provide safe travel and a natural flow of movement between the proposed adjacent TQ, DFAC, and future Mini-Mart.**♦

### Site Amenities

Our design provides a series of shaded walks and courtyards and the extends the Pedestrian Mall to promote social and recreational interaction among the personnel. Within the courtyard and along the Pedestrian Mall, the residents of the TQ will be able to utilize the benches and common areas to relax and socialize. Concrete paver sidewalks will connect the courtyard to the Pedestrian Mall, TQ, and future Mini-Mart.

Trees, shrubs, groundcover, and concrete paver hardscape will enhance the community appearance of the courtyards, provide shade over walkways, and support the Low-Density Impact of the site. The courtyard space offers shade and protection from weather elements while shade trees located around the perimeter of the TQ help mitigate the effects of the sunlight. Native trees, shrubs, and rock mulches will conserve water and reduce maintenance cost in accordance with the Base Exterior Architectural Plan (BEAP).

An automated teller machine (ATM), retail space, electric car hookups, vending machines, and a conference room are additional amenities provided with this design.

### Site Access

Service access to the site will be provided from the roadway to the northwest. For emergency and maintenance purposes, two vehicular access points are provided in the northeast and northwest corners of the site. This access provides for fire protection in accordance with UFC 3-600-01.

Service vehicle access to the DFAC mechanical room and supply delivery room will be provided with reinforced concrete pavement. Ten parking spaces of concrete pavers are provided on the site without blocking the delivery access to the facility; four of which will be designated for electric vehicle charging stations as required in the RFP, two for car/vanpool, and the remaining four available for DFAC/TQ staff personnel. This same access point provides an area for the three-sided dumpster free standing wall (in accordance with BEAP) with wooden gate and, with dumpster access for waste management service vehicles.

The front of the DFAC building is oriented to face the covered courtyard and offers outdoor dining opportunities. In general, the facility is situated to tie into the existing and future pedestrian walks and to enhance the sense of campus living that the base promotes.

### 2.2    Minimum Space and Facility Size

### Functional Relationship

The Team's proposed four-story design for the TQ is based upon the double occupancy guest room module with double-loaded interior access corridors. The DFAC is a single-story structure with varying roof heights to achieve architectural interest, decrease the visual impact of roof-mounted equipment, and provide compatibility with the TQ.

♦**Both structures are considered one facility with their respective structure systems divided by the 20-m AT/FP structural separation expansion joint as illustrated in the conceptual drawings (provided under a separate tab).**♦

*Source Selection Information – See FAR 2.101 and 3.104 Do not disclose any source selection information to any unauthorized person.*

2-4

Factor 2—Design Concept

27 of 60
Government Rule 4 File

**A389**




This allows for differential movement while addressing the RFP requirement for building separation. These layouts meet the dimensional limitations of the site and are an outstanding example of context-sensitive design that reflects the architectural style found in the Juffair neighborhood of Manama and complements the Naval Support Activity (NSA) Bahrain built environment.



♦**Our design allows for convenient drop off and delivery locations that are street accessible and in close proximity to the DFAC, TQ, future Mini-Mart, and Pedestrian Mall.**♦

The site design, coordinated with the floor plans, provides efficient circulation for residents and staff to move between site amenities and all nearby buildings. At the TQ, walkways will direct residents to the prominent covered entrance, facing the Pedestrian Mall and articulated with vernacular screen panels, which will provide shade to the adjoining vestibule. Beyond, a reception desk will maintain line-of-sight views of the Pedestrian Mall and Courtyard Entrances and the lobby. Comfortable furniture is provided in the lobby area for 12 guests. Directly off the lobby, convenient access to the office areas and vertical circulation will be provided.

### DFAC

Directly across the covered courtyard from the TQ entry is the entrance to the DFAC. A canopy above the courtyard space allows for exterior queuing if necessary. Beyond the vestibule, an interior queuing space is provided. Within that space, located before a check-in counter, hand-washing stations are provided. Additional open queuing is provided beyond check-in to provide an expansive dining and multipurpose space. A drink/dessert self-serve area is accessed after food pickup. From there one moves into the salad bar or dining hall area. The efficiency of our design allowed us to provide over 300 seats—a betterment over the required 288 while maintaining the allowable area of 17,355 gross square feet (GSF) (1,612 gross square meters [GSM]). The back-of-house circulation is also efficient as indicated in the attached conceptual drawing for the DFAC. See **Figures 2-2 and 2-3** for space tables for both the TQ and DFAC buildings.

The delivery access and the loading dock are shared between the DFAC and the future Mini-Mart. Once the Conex container goods are delivered, they are moved from the loading area into the dry storage or the refrigerator/freezer. From there, goods are removed, as required, to preparation areas and the kitchen.

The clerestory feature provides natural daylight to provide an enhanced working environment and energy reduction. DFAC management offices and associated staff use areas are as indicated in the conceptual drawings.

### Transient Quarters

The arrangement of the TQ building's spaces, stairs, and exits will provide safe and efficient emergency egress—an integral concept in the configuration of the floor plans—designed to efficiently meet functional and operational requirements, in addition to complying with the maximum allowable 138,854 GSF (12,900 GSM). The lobby, vestibules, public restrooms, reception, vertical circulation, recycling, guest laundry, and vending/ice areas will be centrally located. Back-of-house functions and mechanical, electrical, and communication rooms will have direct access for service and receiving. Corridors will be offset at select locations to eliminate long, uninterrupted sightlines; creating points of interest through material and floor pattern changes and articulating the scale of the architectural facades. Throughout all interior spaces, we use procurement-compliant materials, colors, textures, graphics, and signage that encourage "natural way" finding.

There are a total of 258 double occupancy guest rooms in the TQ that will house 516 personnel. Housekeeping areas, electrical, communication and mechanical spaces will be provided on each floor. Two hydraulic passenger/freight elevators have a capacity of 3,500 pounds (1,588 kilograms) and will operate at a speed of 150 ft (45.72 m) per minute, and will be sized to accommodate a medical stretcher, and will include center-opening, single-speed, horizontal sliding doors.

*Source Selection Information – See FAR 2.101 and 3.104 Do not disclose any source selection information to any unauthorized person.*

2-5

Factor 2—Design Concept


| Space Name | REQUIRED PER RFP | | | | PROVIDED | | | | %D |
|---|---|---|---|---|---|---|---|---|---|
| | No. of Spaces | Unit SF (Net) | Total SF (Net) | Total SM (Net) | No. of Spaces | Unit SF (Net) | Total SF (Net) | Total SM (Net) | |
| **TQ** | | | | | | | | | |
| **LOBBY/RECEPTION** | | | | | | | | | |
| Covered entry at half area | 1 | 275 | **275** | 102 | 1 | 1660 | **1660** | 154.22 | 504 |
| Entrance vestibule | 1 | 100.1 | **100.1** | 9.3 | 2 | VARIES | **165** | 15.33 | 65 |
| Central lobby | 1 | 799.7 | **799.7** | 74.3 | 1 | 790 | **790** | 73.39 | -1 |
| Reception | 1 | 225 | **225** | 34.83 | 1 | 244 | **244** | 22.67 | 8 |
| Bell cart station | 1 | 150.04 | **150.04** | 13.94 | 1 | 153 | **153** | 14.21 | 2 |
| Luggage/general storage | 1 | 149.94 | **149.94** | 13.93 | 1 | 151 | **151** | 14.03 | 1 |
| Public toilets | 1 | 275 | **275** | 25.5 | 2 | 162 | **324** | 30.1 | 18 |
| Unisex toilets | 2 | 50 | **100** | 9.4 | 2 | 57 | **114** | 10.59 | 13 |
| Guest laundry | 1 | 550 | **550** | 65.79 | 4 | 350 | **1400** | 130.06 | 98 |
| Vending | 4 | 240.03 | **960.14** | 89.2 | 4 | VARIES | **977** | 90.76 | 2 |
| Ice | 4 | 119.47 | **477.91** | 44.4 | 4 | VARIES | **465** | 43.2 | -3 |
| Manager | 1 | 119.4 | **119.4** | 11.1 | 1 | 123 | **123** | 11.43 | 3 |
| Lodging communications | 1 | 540.34 | **540.34** | 50.2 | 1 | 541 | **541** | 50.26 | 0 |
| Guest rooms | 258 | 300.3 | **77480.78** | 7198.2 | 258 | 301 | **77658** | 7214.7 | 0 |
| Assistant manager | 1 | 79.6 | **79.6** | 7.4 | 1 | 78 | **78** | 7.25 | -2 |
| Accounting | 1 | 254 | **254** | 23.6 | 1 | 248 | **248** | 23.04 | -2 |
| Housekeeping manager | 1 | 79.6 | **79.6** | 7.4 | 1 | 78 | **78** | 7.25 | -2 |
| Cash room | 1 | 79.6 | **79.6** | 7.4 | 1 | 78 | **78** | 7.25 | -2 |
| Housekeeping areas | 1 | | **1721.68** | 159.95 | 1 | 1600 | **1600** | 148.64 | -7.1 |
| Utility rooms | 1 | | **128.09** | 11.9 | 1 | 708 | **708** | 65.77 | 453 |
| Central janitor areas | 1 | | **492.12** | 45.72 | 1 | 577 | **577** | 53.6 | 17 |
| Soiled linen storage | 1 | | **175.45** | 16.3 | 1 | 277 | **277** | 25.73 | 58 |
| Clean linen storage | 1 | | **312.15** | 29 | 1 | 337 | **337** | 31.31 | 8 |
| Receiving | 1 | 200.2 | **200.2** | 18.6 | 1 | 203 | **203** | 18.86 | 1 |
| Receiving/supply office | 1 | 79.6 | **79.6** | 7.4 | 1 | 84 | **84** | 7.8 | 5 |
| Supply areas/general storage | 1 | 599.5 | **599.5** | 55.7 | 1 | 648 | **648** | 60.2 | 8 |
| Central staff break/staff lockers | 1 | 307.95 | **307.95** | 28.61 | 1 | 339 | **339** | 31.49 | 10 |
| Maintenance workshop | 1 | 200.2 | **200.2** | 18.6 | 1 | 222 | **222** | 20.62 | 11 |
| Mechanical room | 4 | 287.93 | **1151.7** | 107 | 4 | VARIES | **1284** | 119.29 | 11 |
| Electrical room | 4 | 208.52 | **834.09** | 77.49 | 4 | VARIES | **1254** | 116.5 | 50 |
| Recyclables | 1 | 199.9 | **199.9** | 18.58 | 1 | 200 | **200** | 18.58 | 0 |
| Gear wash | 1 | 168 | **168** | 15.58 | 1 | 153 | **153** | 14.21 | -9 |
| Telephone alcove | 1 | 58.1 | **58.1** | 5.4 | 1 | 54 | **54** | 5.01 | -7 |
| Patio | 1 | 199.99 | **199.99** | 18.58 | 1 | INCLUDED IN COVER ENTRY AREA | | | |
| Transformer room | 1 | 592.01 | **592.01** | 55 | 1 | 602 | **602** | 55.93 | 2 |
| Training/conference room | 1 | 299.99 | **299.99** | 27.87 | 1 | 333 | **333** | 30.94 | 11 |
| Retail | 1 | 999.9 | **999.9** | 92.9 | 1 | 995 | **995** | 92.44 | 0 |
| **Subtotal Net Area** | | | 91353.95 | 8607.83 | | | 95111 | 8836.7 | 4 |
| **Net to Gross Factor** | | | 1.5 | 1.5 | | | 1.46 | | |
| **Total Gross Area** | | | 137030.9 | 12730.59 | | | 138850 | 12900 | 1.3 |
| **Total DD 1391** | | | 138865 | 12900 | | | | | |
| **DFAC** | | | | | | | | | |
| Dining area and circulation | 1 | 4700 | **4700** | 436.6 | 1 | 4689 | **4689** | 435.6 | -1 |
| Public toilets | 1 | 300 | **300** | 27.87 | 1 | 271 | **271** | 25.2 | -10 |
| Queue | 1 | 750 | **750** | 69.7 | 1 | 852 | **852** | 79.1 | 13 |
| Sign-in station | 1 | 80 | **80** | 7.4 | 1 | 79 | **79** | 7.34 | -1 |
| Regular food line | 1 | 600 | **600** | 55.7 | 1 | 569 | **569** | 52.9 | -5 |
| Fast food line | 1 | 600 | **600** | 55.7 | 1 | 572 | **572** | 53.1 | -5 |
| Beverage line | 1 | 650 | **650** | 60.4 | 1 | 751 | **751** | 69.7 | 16.8 |
| Cashier station | 1 | 100 | **100** | 9.3 | 1 | 105 | **105** | 9.7 | 5 |
| Dish washing/tray drop off | 1 | 450 | **450** | 41.8 | 1 | 450 | **450** | 41.8 | 0 |
| Kitchen | 1 | 1000 | **1000** | 92.9 | 1 | 1175 | **1175** | 109.1 | 17.5 |
| Vegetable preparation | 1 | 300 | **300** | 27.9 | 1 | 303 | **303** | 28.1 | 1 |

**Figure 2-2. TQ and DFAC Space Table.**

*Source Selection Information – See FAR 2.101 and 3.104
Do not disclose any source selection information to any
unauthorized person.*

2-6

Factor 2—Design Concept

29 of 60
Government Rule 4 File

**A391**




*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*

ECC CENTCOM
Constructors LLC

| Space Name | REQUIRED PER RFP | | | | PROVIDED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | No. of Spaces | Unit SF (Net) | Total SF (Net) | Total SM (Net) | No. of Spaces | Unit SF (Net) | Total SF (Net) | Total SM (Net) | %D |
| Utensil wash | 1 | 330 | **330** | 30.7 | 1 | 328 | **328** | 30.4 | -0.1 |
| Offices | 1 | 700 | **700** | 65.0 | 1 | 668 | **668** | 62.0 | -4.5 |
| Staff toilets | 1 | 360 | **360** | 33.4 | 1 | 345 | **345** | 32.0 | -4.1 |
| Staff lockers | 1 | 260 | **260** | 24.2 | 1 | 291 | **291** | 27.0 | 11.9 |
| Janitor's closet | 1 | 50 | **50** | 4.6 | 1 | 53 | **53** | 4.9 | 6.0 |
| Can wash | 1 | 40 | **40** | 3.7 | 1 | 43 | **43** | 4.0 | 7.5 |
| Loading dock | 1 | 300 | **300** | 27.9 | 1 | 303 | **303** | 28.1 | 1 |
| Electrical room | 1 | 200 | **200** | 18.5 | 1 | 265 | **265** | 24.6 | 32.5 |
| Communications room | 1 | 40 | **40** | 3.7 | 1 | 74 | **74** | 6.9 | 85 |
| Mechanical room | 1 | 400 | **400** | 37.0 | 1 | 413 | **413** | 38.4 | 3.25 |
| **Subtotal Net Area** | | | **12210** | **1134.3** | | | **12599** | **1170.5** | |
| **Storage** | | | **1.18** | **1.18** | | | **1.18** | | |
| **Net to Gross Factor** | | | **1.20** | **1.20** | | | **1.17** | | |
| **Total Gross Area** | | | **17355** | **1612** | | | **17355** | **1612** | |
| **Total DD 1391** | | | **17355** | **1612** | | | | | |

*Note: For the benefit of the reviewer, the space tabulation matches those provided in the RFP and Amendment 1. Spaces required by UFC 4-720-01 and betterment spaces such as Duty Bedroom, ATM, and Grounds Storage are included within gross building area, but are not specifically called out as separate line items to allow for more direct assessment against the solicitation.*

**Figure 2-2. TQ and DFAC Space Table (Cont.).**

| FACILITY | SOLICITATION REQUIREMENTS | | PROPOSAL PROVIDED | | DIFFERENCE | |
|---|---|---|---|---|---|---|
| **TQ** | **Gross SM** | **Gross SF** | **Gross SM** | **Gross SF** | **Gross SM** | **Gross SF** |
| First floor | | | 3,694.4 | 39,766 | | |
| Second floor | | | 3,068.4 | 33,028 | | |
| Third floor | | | 3,068.4 | 33,028 | | |
| Fourth floor | | | 3,068.4 | 33,028 | | |
| Total calculated gross area | 12,900 | 138,854 | 12,899.6 | 138,850 | -0.4 | -4.0 |
| **DFAC** | **Gross SM** | **Gross SF** | **Gross SM** | **Gross SF** | **Gross SM** | **Gross SF** |
| First Floor | | | 1,599.7 | 17,219 | | |
| Total Calculated Gross Area | 1,612 | 17,355 | 1,599.7 | 17,219 | -12.3 | -136 |

**Figure 2-3. TQ & DFAC Gross SM Space Table.**

The new building and site will be fully accessible for the six ABA-adaptable guest rooms located on the first floor (10 percent of the first floor guest rooms). Functional areas within each typical living unit include a bedroom for two, two closets, and a shared bathroom.

Extensive military housing design experience allows us to improve and enhance the functionality of these facilities. Refer to the conceptual drawings provided under a separate tab at the end of *Factor 2*, which illustrate the bath/vanity area plans and the ABA-adaptable plan. Our design is based on maximizing the usable areas of the TQ for the transient personnel by incorporating efficient design principles while not exceeding the Maximum Allowable Gross Building Area. The design provides the following:

♦ **Our design creates an exceptional living environment that enables transient personnel to rest and revitalize, thereby, enhancing morale and offering the best value to the Government.**♦

- Preferred double occupancy Living Unit Module Layout
- Preferred laundry area based on the ratio of one washer and two dryers per 12 residents
- Preferred minimum 6-ft (1.8-m) corridor width

Our design is the largest building allowed by the DD1391. The proposed floor plans provide the

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

2-7

Factor 2—Design Concept

30 of 60
Government Rule 4 File

**A392**





required functional spaces and adjacencies as specified in the RFP within 138,854 GSF (12,900 GSM), yet accommodate required circulation, MEP, and communication spaces. Upon award, the ECC Team will refine the program and plans to the satisfaction of the Government and within budget.

To provide the maximum square footage in the preferred areas, we analyzed the necessary square footage required in the support rooms to develop the design in the most efficient manner. The vertical and horizontal circulation functions (i.e., stairs, elevators, and corridors) facilitate convenient access to the amenities within the building and site. Through this approach, we eliminated long corridors that produce an undesirable "tunnel effect" while still meeting life safety egress requirements.



**♦Our design reflects the architecture of the Juffair neighborhood of Manama and complements the NSA Bahrain built environment.♦**

The proposed design includes the complete integration of Life Safety and Fire Safety measures as required by the RFP. The TQ and DFAC buildings will be protected by a NFPA-rated fire sprinkler system and will be designed to meet all fire safety ratings as required by current codes and references.

## 2.3   Architectural Theme and Materials

### *Visual Compatibility*

The context-sensitive design of the DFAC and TQ complements the NSA Bahrain-built environment. The exterior elements provide the basis of an architectural design vocabulary for the TQ and DFAC that capture the essence of local architectural styles and are similar to the adjacent BEQ: CMU (water table), EIFS (over concrete), fixed tinted windows, sun shades, parapets, vernacular sun screens and prominent entrances off the courtyard.

Exterior materials and colors for both buildings will reflect the architectural characteristics of NSA Bahrain and will be durable, of high quality, and require minimal maintenance. The metal screens used for roof-mounted mechanical

equipment are factory finished to withstand/minimize the impacts of local environmental climate conditions. All materials, colors, and textures will conform to the RFP and NSA Bahrain BEAP, including the CMU water table and full-height EIFS in field and accent colors, enhancing the building's visual compatibility with the Base.

Continuous rigid-board insulation, rated at R-24 and applied over 8-in (20-cm) and 10-in (25-cm) concrete panels will enclose all walls; a fluid-applied air barrier will enclose the entire building envelope, with attention to the detailing of all openings in the exterior wall system. All storefront and guest room windows will be fixed and glazed with Low-E laminated, insulated glazing for improved energy efficiency. The wall system, storefront, and windows will comply with AT/FP requirements of UFC 4-010-01. Aluminum sun shades will be installed above the TQ windows and mechanically fastened directly to the concrete panels.

Natural lighting for the DFAC and TQ is achieved by the use of fixed tinted windows that have thermally-broken prefinished aluminum frames, ensuring maximum comfort, acoustical separation and thermal protection. A marble window stool is positioned at the interior sill of each window. Fixed exterior sun shades compatible with the architecture are integrated into the TQ wall system to help shield direct glare and heat buildup into the building interiors. With an abundance of windows and storefront, the living units, offices, common and dining areas will feel more open, enabling diners and occupants to benefit from natural light and views. Abundant natural light will provide a positive environment for the DFAC and TQ and energy savings through the use of natural daylighting.

All exterior doors, windows, and storefront glazing will be AT/FP-compliant, including appropriate anchoring of frames. Louvers and vents will be located to provide a visually attractive and safe structure. Parapet walls will

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

2-8

Factor 2—Design Concept

31 of 60
Government Rule 4 File

**A393**



*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*



minimize the visual impact of mechanical equipment and will be incorporated as part of the exterior design of both buildings. All mechanical, communications, and electrical room doors will be insulated hollow metal. In the TQ, 8-in. (20-cm) solid grouted CMU bearing walls (with reinforcement where required) will be located between each bedroom and guest room to provide structural support of floor above and to meet the required STC ratings. Non-bearing walls such as closets and bathroom partitions will be constructed of gypsum board on metal studs to allow ease of future reconfigurations.

### Systems and Materials

The focus of the Team's design is to ensure that the requirements of the RFP are met, while addressing three principal tenets:

- Quality of life
- Sustainability and durability
- Maintenance and total cost of ownership

Our comprehensive solution to the site, architectural, and interior design will provide a facility structure and living environment that provides:

- A campus-like setting
- A sense of community, camaraderie, and unit cohesion
- Comfortable living and dining spaces
- Compatibility to exemplify the image, look, and architectural design being achieved at NSA Bahrain

### Exterior Materials

This proposal includes innovative, creative, and lifecycle cost-effective solutions. After much consideration, the design team determined that both buildings should be constructed as one facility with a structural separation expansion joint using cast-in-place concrete slabs and exterior wall panels and CMU interior bearing walls and concrete columns in the DFAC, ensuring work is completed locally by

experienced craftsmen very familiar with this form of construction for these types of structures. This allows the Team to adhere to the construction schedule and greatly limit waste. These construction materials are readily available and a skilled labor force is available to ensure the schedule is met.



♦**Our TQ design uses quality materials such as cast-in-place concrete slabs and exterior wall panels with CMU interior bearing walls installed by local expert craftsmen.**♦

The durable TQ building envelope will be composed of 8-in (20-cm) concrete panels [10-in (25-cm) on the DFAC] on the interior face, 4 inches (10 cm) of continuous rigid insulation (R-24) with an air barrier, and finished with impact-resistant EIFS, and a 4-in (10-cm) CMU veneer water table at the first floor.

The water table will surround both the DFAC and TQ buildings to protect the EIFS that extends to the full height of the building. Offsets and wall colors will articulate the mass of the buildings, providing residentially scaled barracks and DFAC. Durable masonry veneer and EIFS facades will be accentuated with fixed, high-efficiency windows and entry doors that will have aluminum frames with high-performance insulated glazing, including a Low-E coating, providing residents with thermal comfort while also improving energy efficiency. All windows and storefront glazing will be AT/FP compliant. Aluminum sun shades will be mounted above all TQ windows to reduce glare and provide shade. The building envelope designs have been optimized to maximize energy savings and minimize operating costs.

Roofing will be a modified bitumen installation over rigid insulation and air barrier providing total thermal resistance of R-40. For protection, concrete paver ballast will be provided. Lightweight concrete will be used to slope to factory-finished metal scuppers and metal downspouts. Factory-finished 3 by 5 metal hatches will provide access to roof-mounted mechanical equipment. Factory powder coated panel/screen walls will surround the equipment.

### Interior Materials

*Source Selection Information – See FAR 2.101 and 3.104 Do not disclose any source selection information to any unauthorized person.*

2-9

Factor 2—Design Concept

32 of 60
Government Rule 4 File

**A394**



*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*



Our proposed interior design provides attractive, efficient, geographically appropriate spaces that will be simple to maintain, safe, energy-efficient, and comfortable for the occupants.

The majority of the spaces will consist of special impact-resistant coatings (durable ceramic acrylic textural wall coatings) on CMU or impact-resistant gypsum wallboard (GWB) walls. An overall neutral palette with accent colors and patterns is inspired by the Middle Eastern host nation.

♦**Our rooms have high-quality materials such as solid shower and countertops surfaces and marble window sills.**♦

Ceilings will be finished with low-emitting, high-performance architectural latex coatings on gypsum board in a bright off-white color. Artwork in the form of graphic wall covering will be intelligently incorporated into the buildings through enhanced functional design elements.

Living unit doors and administrative/lobby doors will be solid, flush-painted wood with hollow metal frames. Doors located in service areas will be painted metal doors in painted metal frames. Door frames will be color coordinated with adjacent finishes and will highlight door openings.

### Interior Design—Transient Quarters

The furniture selections and spatial layouts of the TQ will maximize overall space usage flexibility, functional productivity, and overall durability. The furniture layouts will embrace the value and availability of natural light wherever possible. Furnishing configurations within various areas of the structure will deliver the maximum amount of acoustic privacy using reinforced slab floor and grout-filled CMU walls that are compatible with overall functional requirements, enhancing the overall work environment and staff productivity. Emphasis will be placed on the selection of attractive, durable furnishings that are within stated budgets that are able to meet a variety of functional requirements, accommodate a wide-range of statures and girths, and withstand rigorous use over time. Typical sleeping unit furnishings will include solid-wood beds, desks,

and storage. Specified fabrics and finishes will be environmentally sustainable and highly durable.

Overall, the design delivers performance-oriented solutions that address critical requirements, such as flexibility, durability, and sustainability of materials for use in intensive-wear and extreme climatic conditions. Whenever possible, environmental stewardship was the first filter we applied in our selection process.

We have considered indoor air quality, as well as recycled content when selecting our materials. All paints and adhesives are low volatile organic compound (VOC), all wood is Forest Stewardship Council (FSC) certified, and most materials will contribute to LEED Certification goals.

The TQ interior environment has been mapped into zones whose use is either primarily private or primarily public. The common areas of the project comprise the public zones. The interior design of the public zones focuses on the creation of warm, comfortable resort style spaces. Here the intent is to encourage interaction between and among residents and other staff. The envisaged design includes bold neutral brown tones, red tones, and accent colors. Comforting walnut wood color tones will appear in various locations throughout the common areas. Contiguous spaces are visually linked and physically defined using colors, finishes, and textures to clearly designate high and low traffic areas and create distinct zones conducive to larger group activities and to smaller, more private interactions. A number of design elements will be incorporated into the overall design to signal respect for local culture and architecture and to help establish a sense of place, such as materials, colors, fabrics, and furnishings that are simultaneously extremely durable and sustainable; in other words, *timeless*. Surfaces subject to soiling will be readily cleanable with standard, environmentally preferred products. This design solution emphasizes ease of maintenance, durability, and high-value appearance retention

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

2-10

Factor 2—Design Concept

33 of 60
Government Rule 4 File

**A395**



over the long-term, in a comfortable, professional environment.

The TQ lobby is the heart of the building: a high profile space experienced by all users and visitors on a daily basis. Here, the intent is to provide comfortable, contemporary modular lobby seating that residents will enjoy and find welcoming. The focal point of the lobby is a custom-designed desk with multi-level quartz counters and pendant lighting that will bring additional visual interest to the space. Behind the counter is a mosaic patterned graphic wall covering which creates a powerful visual anchor. The desk is positioned so that the attendant has the clearest and widest possible range of view across the lobby, adjoining main corridors, and entrances.



**♦Our DFAC configuration and support services stations enhances ease of access and egress, enhancing the overall rate of consumption and seating turnover.♦**

Corridor design specifications call for vinyl composite tile which will be patterned in neutral and accent colors. A warm, walnut stain wood chair rail extends though the common corridors. **♦The chair rail provides an upgraded appearance to the corridor and is a Betterment, protecting the corridor walls.♦** At each floor, corridors are accented with different complementary wall colors; a darker color below and a lighter color above the chair rail. This will aid in way-finding, and further personalize the areas for the residents. Brightly painted soffit areas will highlight the architecture, heighten overall visual interest, and deflect any association with dreary, institutional spaces.

This facility provides two-person sleeping units. These units, the most private spaces available to servicemen and women, will offer individual residents an opportunity to personalize their spaces whenever possible. The design specifications for these units call for a neutral finish palette with a blue accent, accommodating residents' inherent desire for easy reconfiguration and modification. This design also delivers a mixture of light neutral wall colors, warm walnut woods, and durable carpet tiles in dark brown

tones. Our design will provide double roller blinds in the sleeping areas and common areas.

### *Interior Design—Dining Facility*

DFAC furniture selections and layouts support a rapid transition from meal delivery stations to dining tables. Proper configuration of the dining facility and support services stations will enhance ease of access and egress, enhancing the overall rate of consumption and seating turnover.

Emphasis will be placed on the selection of rugged, attractive furnishings able to withstand rigorous use in a consistently high-traffic dining facility, as well as the extreme climatic conditions of this area within the requirements of the RFP. Furniture selections will be based on extreme durability and best possible functional flexibility. The design objective here is to maximize the ability of the facility to accommodate a wide variety of needs, sizes and requirements. Again, environmental stewardship was the first filter we applied in our selection process. We have considered indoor air quality, as well as recycled content when selecting materials. All paints and adhesives are low VOC, all wood is FSC-certified, and most materials will contribute to LEED Certification goals.

The DFAC consists of two zones; a public zone dedicated to food delivery and consumption and a dedicated food service staff support and meal preparation zone. The public zone design strategy focuses on the creation of invigorating, contemporary spaces (with opportunities for outdoor dining) which encourage movement through the space. Ample, high-quality lighting and surface finishes will enhance meal presentation values and residents' subjective measures of meal desirability. The proposed color scheme consists of neutral tones with crisp accent colors, generating a contemporary, high-energy dining environment. Seating will be

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

2-11

Factor 2—Design Concept



organized in a crisp linear format to allow for maximum layout and flexibility.

The dedicated food service staff support and meal preparation zone serves a variety of functions. Each area within this zone is designed for maximum flexibility. The very neutral color scheme specified for this zone is easily-maintained and will simplify sanitation efforts, helping to ensure that the food service environment presents a high standard of quality. Design specifications for this zone will call for extremely durable, easily-cleaned and maintained materials able to withstand the rigorous use that can be expected in such a facility.

*Architectural Finishes*

The proposed design incorporates products, materials, and finishes that deliver value and meet the functional and maintenance requirements established for the TQs and DFAC. Exterior and interior materials incorporate appropriate, durable finishes consistent with quality, commercial facilities. Material selections are suitable for a high-traffic, high-wear facility in a hot climate. Ease of maintenance, durability, and appearance retention over the long-term, as well as a comfortable, professional environment is an essential part of the team's design approach. The proposed TQ is designed with emphasis on creating a comfortable, residential environment by providing a high-quality, safe, and secure building. This is a facility in which personnel are provided with an improved living and recreational environment. The design team and Government personnel will collaborate to create a successful, attractive, timeless, and functional design. Materials, colors, and textures conform to the RFP and NSA Bahrain BEAP; materials will be procured according to Government requirements within budget.

## 2.4 Design Concept Drawings

Conceptual drawings are provided under a separate tab at the end of *Factor 2* and present all the required information, including:

- Views of the building exterior and typical interior spaces including but not limited to lobby, Dining Room, Sleeping Quarters
- Exterior Elevations clearly noting proposed materials and colors
- Typical building sections, wall sections with details depicting material quality
- Schematic floor plans for each floor
- Sleeping room layout with furniture placement
- Site plan

## 2.5 Sustainable Design—LEED

The Team has significant success in the design, construction, and documentation of sustainable facilities. **Figure 2-4** demonstrates our experience in designing and constructing facilities that meet LEED Silver or higher standards on US Government facilities. These facilities showcase where the Team has implemented responsible and sustainable strategies that carefully balance the needs and preferences of the project with innovative technologies and best practices. Of these, we have highlighted two projects from ECC and two from Baker that outline our LEED



accomplishments.

**ECC's METC MIF 3 and 4**—METC MIF 3 and 4 project was contracted to achieve LEED Silver for New Construction, version 2.2, a minimum of 33 points. Overall, the LEED team earned 41 points for LEED Gold Certification to qualify for LEED Gold at no additional cost to the client or additional time to the schedule.

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

2-12

Factor 2—Design Concept

35 of 60
Government Rule 4 File

**A397**





**ECC's Building 171**—Building 171 was originally contracted to comply with the USGBC requirements for sustainable design and construction, but the project was not registered or certified for LEED review. ECC required and maintained energy efficient, environmental design and construction practices established by the USGBC prompting the client to pursue certification for LEED Silver Commercial Interiors version 2.0.



**Baker's Family Morale, Welfare, and Recreation Command (FMWRC) Facility**—The FMWRC Lodge facility is a 1,000-room lodge for the Family MWR Command of the US Army. This "green building" was designed and constructed to obtain LEED NCv2.2 Silver certification, achieving LEED points in the categories of Sustainable Sites, Water Efficiency, Energy and Atmosphere, Materials and Resources, Indoor Environmental Quality, and Innovation In Design. Energy conservation is integral with the building envelope design and includes a continuous, spray-applied, soy-based polyurethane foam insulating air barrier system.



**Baker's Building 4th BCT**—The 4th BCT facility was the first of its building type (Tactical Equipment Maintenance Facility, TEMF) to be LEED NC V2.2 certified by the Military. After extensive internal reviews with the Construction

| ECC's LEED Relevant Experience |
| --- |
| **Vandenberg AFB Fitness Center, California** <br> *LEED Silver (Certified )* <br> Date Completed: 05/2009 Project Value: $15.8M |
| METC 3 and 4, Ft. Sam Houston, Texas <br> *LEED Gold (Certified-NC2.2)* <br> Date Completed: 10/2011 Project Value: $133.5M |
| **Building 171 Renovation, San Antonio, Texas** <br> LEED (Self-Certified) <br> Date Completed: 04/2010 Project Value: $29.4M |
| **Kadena AFB BX, Okinawa, Japan** <br> LEED Certified (first AAFES LEED project overseas) <br> Date Completed: 03/2010 Project Value: $65.7M |
| **Shaw AFB Shopping Center, South Carolina** <br> *LEED Silver NCv2.2 (Self-Certifiable)* <br> Date Completed: 02/2012 Project Value: $12.3M |
| **Randolph AFB B901, San Antonio, Texas** <br> *LEED Silver (Certified - NCv3.0)* <br> Date Completed: 05/2011 Project Value: $7.4M |
| **US Navy, Child Development Center, Hawaii** <br> *LEED Silver (Certifiable)* <br> Date Completed: 01/2012 Project Value: $15.8M |
| **Naval Hazmat Storage Facility, Rhode Island** <br> *LEED Silver (Certifiable - NCv2.2)* <br> Date Completed: 02/2012 Project Value: $3.8M |
| **Baker's LEED Relevant Experience** |
| **TEMF PN 22772, Fort Hood, Texas** <br> *LEED Silver (Certified – NCv2.2)* <br> Date Completed: 09/2012 Project Value: $1.2M (Design) |
| **31st Air Defense Artillery Brigade, Fort Sill, Oklahoma** <br> *LEED Silver (Certifiable)* <br> Date Completed: 09/2010 Project Value: $1.7M (Design) |
| **4th BCT, Fort Bragg, North Carolina** <br> *LEED Silver (Certified – NCv2.2)* <br> Date Completed: 09/2009 Project Value: $2.4M (Design) |
| **FMWRC Lodge, Fort Lee, Virginia** <br> *LEED Silver (Certified – NCv2.2)* <br> Date Completed: 12/2012 Project Value: $3.5M (Design) |
| **Housing/COF, Fort Carson, Colorado** <br> *LEED Silver (Certified – NCv2.2)* <br> Date Completed: 01/2009 Project Value: $1.2M (Design) |
| **Barracks/COF, Fort Sill, Oklahoma** <br> *LEED Silver (Certified – NCv2.2)* <br> Date Completed: 12/2012 Project Value: $1.4M (Design) |
| **AFRC, Bell, California** <br> *LEED Silver (Certified)* <br> Date Completed: 06/2009 Project Value: $2.9M (Design) |

**Figure 2-4. ECC and Baker's LEED Experience.**

Team and the Baker Design Team, the USACE Savannah District submitted the project documentation for USGBC review which earned LEED Silver.

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

2-13

Factor 2—Design Concept

36 of 60
Government Rule 4 File

**A398**



### Sustainable Design

The ECC Team begins every project with the following goals in mind:

- Reduce energy costs
- Reduce potable water use
- Enhance the health and productivity of the building users
- Reduce the overall operational and maintenance costs



♦ECC has successfully diverted construction waste from landfills on many previous projects, including as much as 80 percent recycled on our featured METC MIF 3 and 4 LEED Gold project.♦

These four goals provide the basis of each D-B decision made on every project. Our D-B team is committed to working with the Bahrain project team to achieve the highest LEED rating possible within the project criteria. Our LEED checklists are provided under a separate tab at the end of *Factor 2*.

The Team's use of sustainable design principles will be in compliance with LEED®NC 2009 version 3 requirements, as specified in the RFP. These strategies have been proven to provide a Silver rating that confirms the design and construction is focused to deliver sustainable site and building materials, reduce water and energy usage, and enhance occupant well-being. As shown on the Preliminary LEED Credit Checklist (under a separate tab at the end of this section), we are confident that the project as envisioned and proposed in our RFP response can achieve LEED Silver certification.

The Design Team's LEED strategy integrates holistic design principles to evaluate each building system and how the system contributes to improve the building's performance and its impact on reducing the total cost of ownership of the building. Various systems are analyzed using a TRANE TRACE energy model to determine the optimal design solution.

The Team will submit the LEED spreadsheets, ASHRAE 90.1 and all EPAct 2005 calculations for approval, along with an ASHRAE 90.1 certificate of compliance, in conformance with the solicitation to obtain a USGBC LEED Silver Designation.

In addition to the prerequisite credit requirements for LEED submission, the Team's goal is to maximize the credits for energy efficiency, including on-site renewable energy, to support the strategy of decreasing the cost of ownership over the life of the TQ by providing energy-efficient building systems. Highlights of our LEED and sustainable design elements include:

- *Plumbing systems and fixtures* are analyzed to reduce water use, which in turn impacts energy efficiencies by reducing the demand for hot water. We supplement the conventionally heated hot water with a closed loop solar hot water system.
- *Implementation of an Indoor Air Quality Management Plan* during construction to minimize contaminants. Elements include:
  - Adhesives selected to comply with sustainability requirements for indoor air quality
  - Finishes selected to comply with indoor air quality, as well as the required amounts of recycled content in relation to the overall cost of the building
  - Main entrance vestibules, and secondary entrances with slip-resistant recessed entrance mats to prevent exterior dirt from entering the building, which will promote a cleaner facility and improved air quality
  - Windows provided in quantity to promote as much natural daylight as possible while maximizing the access to outdoor views in all occupied areas
  - Engineered wood products that are formaldehyde-free
  - Low VOC paints, adhesives, and sealants to minimize negative effects on indoor air quality
  - Designing to include natural daylight and views for regularly occupied areas
  - $CO_2$ and NOx sensors and monitors installed on outside air intakes and controlling the construction process to keep the HVAC system clean and flushed out prior to occupancy

*Source Selection Information – See FAR 2.101 and 3.104 Do not disclose any source selection information to any unauthorized person.*

2-14

Factor 2—Design Concept

37 of 60
Government Rule 4 File

**A399**


- Individual thermostat controls limited to a range of 65–78° F (18–26° C) and auto control of lighting when space is unoccupied

- ***Reducing heat island effects and cooling costs*** by careful placement of building structures and using canopy and vegetation for shading.

- ***Mechanical systems, the building envelope, and lighting controls*** selected based on energy model calculations for energy efficiency and lifecycle costs. These include:
    - Continuous exterior wall and roof air barrier to reduce air leakage
    - Light-reflective interior finishes reducing lighting loads
    - Material and equipment that complies with Energy Star® requirements per EU Industry Standards
    - Exterior wall and roofing systems that meet all required R-values
    - Mechanical and electrical systems that reduce the energy demand of the building

- ***Maximized water saving*** strategies include:
    - Low-flow plumbing fixtures
    - Low water-use plants, shrubs, and ground cover (low-impact development)
    - Native or adapted landscaping to decrease irrigation requirements
    - Reduce water usage by at least 30 percent

- ***Maximized energy performance standards*** to include:
    - Energy-efficient design engineering concepts utilized to exceed the energy standards baseline by 40 percent
    - Comfortable, individually controlled dwelling units
    - High-efficiency pumps used throughout the mechanical system
    - Energy-efficient compact fluorescent fixtures
    - Insulated hot and cold water piping

- ***Sustainable site elements*** that tie our Project into the neighboring areas and the community as a whole to capture the appropriate community linkages. This includes the various sidewalks and open areas that allow for and help encourage increased pedestrian/bike traffic instead of vehicle traffic.

- ***Sensitivity to the existing site location*** that strives to reduce construction impact by having a LEED coordinator on-site during construction.
- ***Maximized recycling efforts*** to include a construction waste management program for new construction, led by our on-site LEED coordinator, will be instituted to reduce debris going to landfills. Building materials are also extracted or manufactured within the region, such as masonry and concrete.

In the following pages under a separate tab we have provided our LEED checklists outlining how our sustainable design will achieve LEED Silver status. The following summaries outline how we will achieve a LEED Silver rating:

- **TQ Checklist**—Identifies 58 "yes" credits, with 6 "possible" credits
- **DFAC Checklist**—Identifies 57 "yes" credits, with 6 "possible" credits

The availability of 64 points and 63 points, respectively, allows the ECC Team flexibility in achieving at least the minimum 50 points required for LEED Silver rating.

In addition to the Checklists, we have provided conceptual designs that meet each of the requirements outlined in the *RFP Factor 2— Design Concept (d)*. The drawings are provided in a format that offers a preview of our design solution along with the features and benefits that each element offers. Our design brings the best-value to the Government in a sustainable, functional, and attractive solution where personnel can live and train in comfort.

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

2-15

Factor 2—Design Concept

38 of 60
Government Rule 4 File

**A400**




...NISH MATERIALS ARE PROVIDED TO COMMUNICATE DESIGN INTENT AND ...TH BEAP. ACTUAL COLORS AND FINISHES WILL VARY WITH PRINT AND ...SPLAY SOURCE. FINAL COLORS WILL VARY WITH MANUFACTURER.

NAVFAC
...cilities Engineering Command

Baker

Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)

...101 and 3 104   Do not disclose any source selection information to any unauthorized person      COPY...

# FEATURES

- Pedestrian sidewalk a[...] Bachelor Enlisted Qu[...] courtyard and pedest[...] TQ courtyard.

- Vehicular access to t[...] TQ for fire and emerg[...]

- Vehicular access to d[...] TQ and DFAC

- Pedestrian mall to ac[...] personnel

# BETTER

- Two (2) parking spac[...] addition to eight (8) re[...]

- Sunshades are provid[...] of the TQ to provide e[...] reduce heat gain.

- The DFAC and TQ ar[...] one building to elimin[...] 20 meter separation, [...] covered courtyard is [...]

- Outdoor dining canop[...] additional outdoor se[...]

## KEYED NOTES

1. FACILITY PARKING
2. CONEX BOXES
3. LOADING DOCK/R[...]
4. DUMPSTER ENCL[...]
5. FIRE ACCESS
6. REMOVEABLE BO[...]
7. SWM POND
8. COURTYARD
9. SIDEWALK (TYP.)
10. PEDESTRIAN MAL[...]
11. PEDESTRIAN MAL[...] OTHERS
12. ELECTRIC CAR CH[...] STATION
13. OUTDOOR SEATIN[...]
14. COVERED CANOP[...]
15. BICYCLE RACK

BEQ

FUTURE MINIMART

DFAC

TQ

## LEGEND

- CONCRETE PAVERS
- MINERAL MULCH
- ORGANIC MULCH
- — — — 5M ATFP SETBACK
- – – – 20M ATFP SETBACK
- —·—· LIMITS OF CONSTRUCTION

CE / DELIVERY
SS

MART VISIBILITY

TRUE
1:300



NAVFAC
Facilities Engineering Command

Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)

Baker

101 and 3.104  Do not disclose any source selection information to any unauthorized person.
COPY[...]

## KEYED NOTES

1. 150 MM POTABLE W
2. POTABLE WATER C
3. CHW CONNECTION
4. 200 MM CHWS
5. 200 MM CHWR RE
6. 200 MM FIRE WATE
7. 200 MM WATER LIN
8. FIRE HYDRANT (TY
9. FIRE WATER CONN
10. FDC
11. 250 MM SANITARY
12. SANITARY SEWER
13. COMM
14. POST INDICATOR V
15. POWER CONNECT
16. POWER
17. 50 MM CONDUIT B
    ELECTRIC CAR CH

### LEGEND

— CHWS/CHW
— POTABLE W
— FIRE WATE
— SANITARY
— ELECTRIC
— COMMUNI

FUTURE MINIMART

DFAC

TQ

TRUE

1:300



101 and 3.104   Do not disclose any source selection information to any unauthorized person.

COPY




Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)

Baker

VFAC
cilities Engineering Command




Architectural massing ... design are compatible ... Base Exterior Archite...

Maximizing the effici... provides more space...

Vending for soda, sn...

Shading devices at w... energy efficiency

## BETTER...

Offset corridors elimi... effect of long corridor...

Stain resistant, anti-m... at tiled areas for ease... maintenance and mo... prevention

Chair rails at corridor... protection and add vi...

# LEVEL 1 FLOOR PLAN

Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)

**Baker**

**NAVFAC** ...cilities Engineering Command

## TRANSIENT QUARTERS 1st FLOOR

1 VESTIBULE
2 LOBBY
3 TELEPHONES
4 RECEPTION
5 DUTY
6 BELL CART ST
7 LUGGAGE ST
8 PUBLIC RESTROOM
9 UNISEX
10 CONFERENCE
11 RETAIL
12 LODGING COMMUNICATIONS
13 MANAGER
14 ASSIST MANAGER
15 HOUSEKEEPING MANAGER
16 CASH ROOM
17 ACCOUNTING
18 VENDING / ICE
19 GUEST LAUNDRY
20 GEAR WASH
21 EMR
22 TRANSFORMER RM
23 SUPPLY AREA/ GENERAL STORAGE
24 RECEIVING
25 RECEIVING OFFICE
26 MAINTENANCE WORKSHOP
27 CENTRAL STAFF BREAK ROOM/ LOCKERS
28 MECHANICAL
29 RECYCLABLES
30 ELECTRICAL
31 COMM
32 CENTRAL JANITOR
33 CLEAN LINEN
34 SOILED LINEN
35 HOUSEKEEPING
36 GROUNDS STORAGE

## PEDESTRIAN CIRCULATION

DFAC
RETAIL LOBBY
RETAIL LOBBY

FLOW LEGEND

Do not disclose any source selection information to any unauthorized person.



Architectural massing... design are compatibl... Base Exterior Archite...

Maximizing the efficie... provides more space...

Vending for soda, sn...

Shading devices at w... energy efficiency

## BETTER

Offset corridors elimi... effect of long corrido...

Stain resistant, anti-... at tiled areas for eas... maintenance and m... prevention

Chair rails at corrido... protection and add v...

## BUILDING APPROACH

**TRANSIENT QUARTERS**
**2nd Floor**

18  VENDING
19  GUEST LAUNDRY
28  MECHANICAL
30  ELECTRICAL
31  COMM
35  HOUSEKEEPING
36  JANITOR
37  ICE



FUTURE MINI MART

...DING EXPANSION JOINT
...RE BUILDING EXPANSION JOINT

## LEVEL 2-4 FLOOR PLAN

Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)





Baker

Do not disclose any source selection information to any unauthorized person.

NAVFAC
...cilities Engineering Command



# TYPICAL SLEEPING QUARTERS

## TYPICAL FINISHES



- CARPET TILE
- ACCENT PAINT
- TYPICAL WALL AND CEILING PAINT
- MARBLE WINDOW SILLS
- RUBBER BASE
- BEDDING
- WINDOW VALANCE AND BED SCARF
- TYPICAL WALL TILE
- ACCENT WALL TILE



## ADAPTABLE UNIT PLAN

- BATHROOM
- CLOSETS
- 3' x 5' ROLL-IN SHOWER
- REFRIGERATOR MICROWAVE AND COFFEE POT
- 'BUDDY' DOOR
- BEDROOM
- WINDOW SHADE



## TYPICAL UNIT PLAN

- MECHANICAL CHASE
- BATHROOM
- CLOSETS
- 3' x 4' SHOWER
- REFRIGERATOR MICROWAVE AND COFFEE POT
- BEDROOM
- WINDOW SHADE

# FEATURES

- Solid surface tub / sho... maintenance, durable...
- Solid acrylic countert...
- High quality modular... bedrooms. 10% extra... repairs to be provided...
- Marble window sills

# BETTERM...

- Argon filled thermally... aluminum windows ex... required U-values
- Shading devices at all... windows help reduce... save energy
- Stain resistant, anti-m... at tiled areas for ease... maintenance and mol... prevention
- Accent paint at lobby... create "sense of spac... provides natural wayfi...
- Marble tub / shower s...
- Roller shades in lieu...
- Ceramic Paint at sele...
- All wood casework ca...
- Porcelain Tile at corri...
- Quartz top and multi-h... counters at Reception...
- Carpet Tile in Lobby s...
- Chair rail at corridors



.101 and 3.104  Do not disclose any source selection information to any unauthorized person.                                                          COPY...



# LOBBY RENDERING



# LOBBY FINISH PLAN

## FEATUR

- Recessed walk-off ma
  will provide ease of m

- Clearstory translucent
  Lobby with natural ligh

## BETTERI

- Accent paint in lobby
  space to create a "se
  space" and provide a
  wayfinding for occupa
  create a more "reside

- Ceramic paint instead
  Textural Coating that
  difficult to repair requ
  coatings

- Quartz top and multip
  counters at reception

- Carpet tile at Lobby s

- All wood casework w
  durable. Cabinet inte
  treated to be mildew

- Pendant lighting at R
  desk which serves to
  occupant to desk upo
  the building

## LOBBY FINISHES

| | |
|---|---|
| WOOD FINISH |  CARPET TILE |
| RESILIENT FLOORING | WALLCOVERING AT RECEPTION DESK |
| ACCENT RESILIENT FLOORING |  QUARTZ COUNTERTOP |
| ACCENT RESILIENT FLOORING |  QUARTZ COUNTERTOP |
| FIELD IMPACT RESISTANT CERAMIC PAINT | |
| ACCENT IMPACT RESISTANT CERAMIC PAINT |  FABRIC AT MODULAR SEATING |
| ACCENT IMPACT RESISTANT CERAMIC PAINT |  FABRIC AT MODULAR SEATING |



TABLE LAMP



PENDANT LIGHT AT
THE RECEPTION DESK



PLANTERS AND PLANTS



DESK CHAIR



SCALE: 3


.101 and 3.104   Do not disclose any source selection information to any unauthorized person.                    COPY



# **D**FAC SOUTH ELEVATION

# **D**FAC EAST ELEVATION

# **D**FAC NORTH ELEVATION

# **D**FAC WEST ELEVATION



CLEAR ANODIZED ALUM
WINDOW FRAMES

TINTED GLAZING

EIFS LIGHT COLOR



EIFS DARK COLOR



CMU WATERTABLE
COLOR



**NAVFAC**
cilities Engineering Command

ECC    **Baker**

Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)

101 and 3.104   Do not disclose any source selection information to any unauthorized person.







## TQ SOUTH ELEVATION



## TQ EAST ELEVATION



## TQ NORTH ELEVATION

## TQ WEST ELEVATION

CLEAR ANODIZED ALUM
WINDOW FRAMES

TINTED GLAZING

EIFS LIGHT COLOR

EIFS DARK COLOR

CMU WATERTABLE
COLOR

 

.101 and 3.104   Do not disclose any source selection information to any unauthorized person.

**AFAC**
cilities Engineering Command

Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)

.101 and 3.104  Do not disclose any source selection information to any unauthorized person.



# **B**UILDING SECTION 'AA'

# **B**UILDING SECTION 'BB' N.T.S.



cilities Engineering Command



**Baker**

Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)

.101 and 3.104  Do not disclose any source selection information to any unauthorized person.

## WALL SECTION AT TQ

PAVER BALLAST OVER BUILT UP ROOF W/ MODIFIED BITUMEN CAP SHEET OVER R-40 (MIN) INSULATION, TYP

SLOPED LIGHTWEIGHT CONCRETE ROOF SLAB

(17,578 mm)

T.O. ROOF SLAB
50' - 8"
(15,444 mm)

4"x6" STEEL TUBE ABOVE WINDOW

SHADING DEVICE

ATFP COMPLIANT WINDOW

CONCRETE FLOOR

CONCRETE WALL PER STRUCTURAL

5/8" GYP. BD. ON SUSPENDED CEILING SYSTEM

EIFS (R-24 MIN)

2ND FLOOR
12' - 8"
(3,862 mm)

PREFINISHED METAL FLASHING

4"x6" STEEL TUBE ABOVE WINDOW

SHADING DEVICE

ATFP COMPLIANT WINDOW

SILL EXTENDER AT WINDOW

PREFINISHED METAL FLASHING

4" RIGID CAVITY INSULATION (R-24 MIN)

2" AIR SPACE

4" CMU VENEER WATERTABLE

THRU-WALL FLASHING

SOLID GROUT

FINISH GRADE

1ST FLOOR
0' - 0"
(0mm)

CONC GRADE BEAM PER STRUCTURAL

## WALL SECTION AT DFAC

FLASHING

T.O. PAR
30' - 0"
(9,144 mm)

EIFS (R-24 MIN)

PAVER BALLAST OVER BUILT-UP ROOF W/ MODIFIED BITUMEN CAP SHEET OVER R-40 (MIN) INSULATION, TYP.

B.O. UPPER ROOF
22' - 0"
(6,705 mm)

SLOPED LIGHTWEIGHT CONCRETE ROOF SLAB

EIFS OVER GYPSUM SHEATHING ON METAL STUDS

REVEAL

INSULATED WALK-IN REF / FREEZER CEILING

INSULATED WALK-IN REF / FREEZER WALL

DEPRESSED CONCRETE FLOOR SLAB AT REF / FREEZER LOCATIONS

PREFINISHED METAL FLASHING

INSULATED WALK-IN REF / FREEZER FLOOR

4" CMU VENEER WATERTABLE

SOLID GROUT

THRU-WALL FLASHING

FINISH GRADE PER SITE PLAN

1ST FLOOR PLAN
0' - 0"
(0 mm)

CONC GRADE BEAM PER STRUCTURAL

## FEATURES

- Architectural massing design are compatible Base Exterior Architec
- All living/ sleeping uni
- Sun shades help redu

## BETTERM

- Argon filled thermally aluminum windows ex required U-values
- Shading devices at all help reduce heat gain
- Masonry water table p lower portion of all ext from damage
- Extended roof warrant
- Roller shades in lieu





cilities Engineering Command



Baker

Transient Quarters and Enlisted & Officer Dining Facility
Manama, Bahrain (PN #935 & 940)

101 and 3.104  Do not disclose any source selection information to any unauthorized person.

COPY

FEATURE...

- Proposed TQ/DFAC w... the adjacent Bachelor... (BEQ), pedestrian ma... and recreational inter... personnel and ease o... environment.

- Access to the DFAC a... BEQ guests will be vi... and sidewalk connect... TQ with that of the BE...

- The TQ/DFAC layout... common courtyard an... oriented on the site to... guests, as well as oth... the planned site area...

- The site layout, archit... environment, and inte... surrounding facilities... objectives of the RFP... BEAP, and provide pe... comfortable living spa...

**BEQ**

**FUTURE MINIMART**

**DFAC**

**TQ**

### LEGEND

CONCRETE PAVERS

MINERAL MULCH

ORGANIC MULCH

— — 5M ATFP SETBACK

— — 20M ATFP SETBACK

—·—· LIMITS OF CONSTRUCTION




.101 and 3.104  Do not disclose any source selection information to any unauthorized person.



**LEED 2009 for New Construction and Major Renovation**
**Project Scorecard**

**Project Name:** The Transient Quarters
**Project Address:** NSA, Bahrain

| Yes | ? | No | | | | Points |
|---|---|---|---|---|---|---|
| **13** | **1** | **12** | | **SUSTAINABLE SITES** | | **26 Points** |
| Y | | | Prereq 1 | **Construction Activity Pollution Prevention** | | Required |
| 1 | | | Credit 1 | **Site Selection** | | 1 |
| | | 5 | Credit 2 | **Development Density and Community Connectivity** | | 5 |
| 1 | | | Credit 3 | **Brownfield Redevelopment** | | 1 |
| | | 6 | Credit 4.1 | **Alternative Transportation** - Public Transportation Access | | 6 |
| 1 | | | Credit 4.2 | **Alternative Transportation** - Bicycle Storage and Changing Rooms | | 1 |
| 3 | | | Credit 4.3 | **Alternative Transportation** - Low-Emitting and Fuel-Efficient Vehicles | | 3 |
| 2 | | | Credit 4.4 | **Alternative Transportation** - Parking Capacity | | 2 |
| | | 1 | Credit 5.1 | **Site Development** - Protect or Restore Habitat | | 1 |
| | 1 | | Credit 5.2 | **Site Development** - Maximize Open Space | | 1 |
| 1 | | | Credit 6.1 | **Stormwater Design** - Quantity Control | | 1 |
| 1 | | | Credit 6.2 | **Stormwater Design** - Quality Control | | 1 |
| 1 | | | Credit 7.1 | **Heat Island Effect** - Nonroof | | 1 |
| 1 | | | Credit 7.2 | **Heat Island Effect** - Roof | | 1 |
| 1 | | | Credit 8 | **Light Pollution Reduction** | | 1 |
| Yes | ? | No | | | | |
| **5** | **2** | **2** | | **WATER EFFICIENCY** | | **10 Points** |
| | | | | | | 4 |
| Y | | | Prereq 1 | **Water Use Reduction** | | Required |
| 2 | 2 | | Credit 1 | **Water Efficient Landscaping** | | 2 to 4 |
| | | | | 2 | Reduce by 50% | 2 |
| | | | | | No Potable Water Use or Irrigation | 4 |
| | | 2 | Credit 2 | **Innovative Wastewater Technologies** | | 2 |
| 3 | | | Credit 3 | **Water Use Reduction** | | 2 to 4 |
| | | | | | Reduce by 30% | 2 |
| | | | | 3 | Reduce by 35% | 3 |
| | | | | | Reduce by 40% | 4 |
| **13** | **2** | **20** | | **ENERGY & ATMOSPHERE** | | **35 Points** |
| Y | | | Prereq 1 | **Fundamental Commissioning of Building Energy Systems** | | Required |
| Y | | | Prereq 2 | **Minimum Energy Performance** | | Required |
| Y | | | Prereq 3 | **Fundamental Refrigerant Management** | | Required |
| 9 | 1 | 9 | Credit 1 | **Optimize Energy Performance** | | 1 to 19 |
| | | | | | Improve by 12% for New Buildings or 8% for Existing Building Renovations | 1 |
| | | | | | Improve by 14% for New Buildings or 10% for Existing Building Renovations | 2 |
| | | | | | Improve by 16% for New Buildings or 12% for Existing Building Renovations | 3 |
| | | | | | Improve by 18% for New Buildings or 14% for Existing Building Renovations | 4 |
| | | | | | Improve by 20% for New Buildings or 16% for Existing Building Renovations | 5 |
| | | | | | Improve by 22% for New Buildings or 18% for Existing Building Renovations | 6 |
| | | | | | Improve by 24% for New Buildings or 20% for Existing Building Renovations | 7 |
| | | | | | Improve by 26% for New Buildings or 22% for Existing Building Renovations | 8 |
| | | | | 9 | Improve by 28% for New Buildings or 24% for Existing Building Renovation | 9 |
| | | | | | Improve by 30% for New Buildings or 26% for Existing Building Renovations | 10 |
| | | | | | Improve by 32% for New Buildings or 28% for Existing Building Renovations | 11 |
| | | | | | Improve by 34% for New Buildings or 30% for Existing Building Renovations | 12 |
| | | | | | Improve by 36% for New Buildings or 32% for Existing Building Renovations | 13 |
| | | | | | Improve by 38% for New Buildings or 34% for Existing Building Renovations | 14 |
| | | | | | Improve by 40% for New Buildings or 36% for Existing Building Renovations | 15 |
| | | | | | Improve by 42% for New Buildings or 38% for Existing Building Renovations | 16 |
| | | | | | Improve by 44% for New Buildings or 40% for Existing Building Renovations | 17 |
| | | | | | Improve by 46% for New Buildings or 42% for Existing Building Renovations | 18 |
| | | | | | Improve by 48%+ for New Buildings or 44%+ for Existing Building Renovations | 19 |
| | 1 | 6 | Credit 2 | **On-Site Renewable Energy** | | 1 to 7 |
| | | | | | 1% Renewable Energy | 1 |
| | | | | | 3% Renewable Energy | 2 |
| | | | | | 5% Renewable Energy | 3 |
| | | | | | 7% Renewable Energy | 4 |
| | | | | | 9% Renewable Energy | 5 |
| | | | | | 11% Renewable Energy | 6 |
| | | | | | 13% Renewable Energy | 7 |
| 2 | | | Credit 3 | **Enhanced Commissioning** | | 2 |
| 2 | | | Credit 4 | **Enhanced Refrigerant Management** | | 2 |
| | | 3 | Credit 5 | **Measurement and Verification** | | 3 |
| | | 2 | Credit 6 | **Green Power** | | 2 |

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*



**LEED 2009 for New Construction and Major Renovation**
**Project Scorecard**

**Project Name:** The Transient Quarters
**Project Address:** NSA, Bahrain

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 5 | | 6 | | **MATERIALS & RESOURCES** | | **14 Points** |

| | | | Prereq 1 | Storage and Collection of Recyclables | Required |
|---|---|---|---|---|---|
| Y | | | | | |
| | | 3 | Credit 1.1 | **Building Reuse** - Maintain Existing Walls, Floors and Roof | 1 to 3 |
| | | | | Reuse 55% | 1 |
| | | | | Reuse 75% | 2 |
| | | | | Reuse 95% | 3 |
| | | 1 | Credit 1.2 | **Building Reuse** - Maintain Interior Nonstructural Elements | 1 |
| 1 | | | Credit 2 | **Construction Waste Management** | 1 to 2 |
| | | | | 50% Recycled or Salvaged | 1 |
| | | | | 75% Recycled or Salvaged | 2 |
| | | 2 | Credit 3 | **Materials Reuse** | 1 to 2 |
| | | | | Reuse 5% | 1 |
| | | | | Reuse 10% | 2 |
| 1 | | | Credit 4 | **Recycled Content** | 1 to 2 |
| | | | | 10% of Content | 1 |
| | | | | 20% of Content | 2 |
| 1 | | | Credit 5 | **Regional Materials** | 1 to 2 |
| | | | | 10% of Materials | 1 |
| | | | | 20% of Materials | 2 |
| 1 | | | Credit 6 | **Rapidly Renewable Materials** | 1 |
| 1 | | | Credit 7 | **Certified Wood** | 1 |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 13 | | 2 | | **INDOOR ENVIRONMENTAL QUALITY** | | **15 Points** |

| | | | Prereq 1 | **Minimum Indoor Air Quality Performance** | Required |
|---|---|---|---|---|---|
| Y | | | | | |
| Y | | | Prereq 2 | **Environmental Tobacco Smoke (ETS) Control** | Required |
| 1 | | | Credit 1 | **Outdoor Air Delivery Monitoring** | 1 |
| | | 1 | Credit 2 | **Increased Ventilation** | 1 |
| 1 | | | Credit 3.1 | **Construction Indoor Air Quality Management Plan** - During Construction | 1 |
| 1 | | | Credit 3.2 | **Construction Indoor Air Quality Management Plan** - Before Occupancy | 1 |
| 1 | | | Credit 4.1 | **Low-Emitting Materials** - Adhesives and Sealants | 1 |
| 1 | | | Credit 4.2 | **Low-Emitting Materials** - Paints and Coatings | 1 |
| 1 | | | Credit 4.3 | **Low-Emitting Materials** - Flooring Systems | 1 |
| 1 | | | Credit 4.4 | **Low-Emitting Materials** - Composite Wood and Agrifiber Products | 1 |
| 1 | | | Credit 5 | **Indoor Chemical and Pollutant Source Control** | 1 |
| 1 | | | Credit 6.1 | **Controllability of Systems** - Lighting | 1 |
| 1 | | | Credit 6.2 | **Controllability of Systems** - Thermal Comfort | 1 |
| 1 | | | Credit 7.1 | **Thermal Comfort** - Design | 1 |
| | | 1 | Credit 7.2 | **Thermal Comfort** - Verification | 1 |
| 1 | | | Credit 8.1 | **Daylight and Views** - Daylight | 1 |
| 1 | | | Credit 8.2 | **Daylight and Views** - Views | 1 |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 5 | 1 | | | **INNOVATION IN DESIGN** | | **6 Points** |

| | | | Credit 1 | **Innovation in Design** | 1 to 5 |
|---|---|---|---|---|---|
| 4 | 1 | | | | |
| | | | | 1 Innovation - Moisture Control | 1 |
| | | | | 1 Innovation - Bio-based Products | 1 |
| | | | | 1 Exemplary Performance - Certified Wood (95%) | 1 |
| | | | | 1 Innovation - Low Mercury Lighting | 1 |
| | | | | 1 Exemplary Performance - Maximize Open Space | 1 |
| 1 | | | Credit 2 | **LEED® Accredited Professional** | 1 |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 4 | | | | **REGIONAL PRIORITY** | | **4 Points** |

| | | | Credit 1 | **Regional Priority** | 1 to 4 |
|---|---|---|---|---|---|
| 4 | | | | | |
| | | | | EAc1 (12%) | 1 |
| | | | | EAc3 | 1 |
| | | | | WEc1 (50%) | 1 |
| | | | | WEc3 (30%) | 1 |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 58 | 6 | 42 | | **PROJECT TOTALS (Certification Estimates)** | | **110 Points** |

Certified: 40-49 points  Silver: 50-59 points  Gold: 60-79 points  Platinum: 80+ points

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*



## DFAC Checklist

**LEED 2009 for New Construction and Major Renovation**
**Project Scorecard**

**Project Name:** The DFAC
**Project Address:** NSA, Bahrain

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| **13** | **1** | **12** | | | **SUSTAINABLE SITES** | **26 Points** |
| Y | | | | Prereq 1 | Construction Activity Pollution Prevention | Required |
| 1 | | | | Credit 1 | Site Selection | 1 |
| | | 5 | | Credit 2 | Development Density and Community Connectivity | 5 |
| 1 | | | | Credit 3 | Brownfield Redevelopment | 1 |
| | | 6 | | Credit 4.1 | Alternative Transportation - Public Transportation Access | 6 |
| 1 | | | | Credit 4.2 | Alternative Transportation - Bicycle Storage and Changing Rooms | 1 |
| 3 | | | | Credit 4.3 | Alternative Transportation - Low-Emitting and Fuel-Efficient Vehicles | 3 |
| 2 | | | | Credit 4.4 | Alternative Transportation - Parking Capacity | 2 |
| | | 1 | | Credit 5.1 | Site Development - Protect or Restore Habitat | 1 |
| | 1 | | | Credit 5.2 | Site Development - Maximize Open Space | 1 |
| 1 | | | | Credit 6.1 | Stormwater Design - Quantity Control | 1 |
| 1 | | | | Credit 6.2 | Stormwater Design - Quality Control | 1 |
| 1 | | | | Credit 7.1 | Heat Island Effect - Nonroof | 1 |
| 1 | | | | Credit 7.2 | Heat Island Effect - Roof | 1 |
| 1 | | | | Credit 8 | Light Pollution Reduction | 1 |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| **5** | **2** | **2** | | | **WATER EFFICIENCY** | **10 Points** |
| | | | | | | 4 |
| Y | | | | Prereq 1 | Water Use Reduction | Required |
| 2 | 2 | | | Credit 1 | Water Efficient Landscaping | 2 to 4 |
| | | | 2 | | Reduce by 50% | 2 |
| | | | | | No Potable Water Use or Irrigation | 4 |
| | | 2 | | Credit 2 | Innovative Wastewater Technologies | 2 |
| 3 | | | | Credit 3 | Water Use Reduction | 2 to 4 |
| | | | | | Reduce by 30% | 2 |
| | | | 3 | | Reduce by 35% | 3 |
| | | | | | Reduce by 40% | 4 |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| **13** | **2** | **20** | | | **ENERGY & ATMOSPHERE** | **35 Points** |
| Y | | | | Prereq 1 | Fundamental Commissioning of Building Energy Systems | Required |
| Y | | | | Prereq 2 | Minimum Energy Performance | Required |
| Y | | | | Prereq 3 | Fundamental Refrigerant Management | Required |
| 9 | 1 | 9 | | Credit 1 | Optimize Energy Performance | 1 to 19 |
| | | | | | Improve by 12% for New Buildings or 8% for Existing Building Renovations | 1 |
| | | | | | Improve by 14% for New Buildings or 10% for Existing Building Renovations | 2 |
| | | | | | Improve by 16% for New Buildings or 12% for Existing Building Renovations | 3 |
| | | | | | Improve by 18% for New Buildings or 14% for Existing Building Renovations | 4 |
| | | | | | Improve by 20% for New Buildings or 16% for Existing Building Renovations | 5 |
| | | | | | Improve by 22% for New Buildings or 18% for Existing Building Renovations | 6 |
| | | | | | Improve by 24% for New Buildings or 20% for Existing Building Renovations | 7 |
| | | | | | Improve by 26% for New Buildings or 22% for Existing Building Renovations | 8 |
| | | | 9 | | Improve by 28% for New Buildings or 24% for Existing Building Renovations | 9 |
| | | | | | Improve by 30% for New Buildings or 26% for Existing Building Renovations | 10 |
| | | | | | Improve by 32% for New Buildings or 28% for Existing Building Renovations | 11 |
| | | | | | Improve by 34% for New Buildings or 30% for Existing Building Renovations | 12 |
| | | | | | Improve by 36% for New Buildings or 32% for Existing Building Renovations | 13 |
| | | | | | Improve by 38% for New Buildings or 34% for Existing Building Renovations | 14 |
| | | | | | Improve by 40% for New Buildings or 36% for Existing Building Renovations | 15 |
| | | | | | Improve by 42% for New Buildings or 38% for Existing Building Renovations | 16 |
| | | | | | Improve by 44% for New Buildings or 40% for Existing Building Renovations | 17 |
| | | | | | Improve by 46% for New Buildings or 42% for Existing Building Renovations | 18 |
| | | | | | Improve by 48%+ for New Buildings or 44%+ for Existing Building Renovations | 19 |
| | 1 | 6 | | Credit 2 | On-Site Renewable Energy | 1 to 7 |
| | | | | | 1% Renewable Energy | 1 |
| | | | | | 3% Renewable Energy | 2 |
| | | | | | 5% Renewable Energy | 3 |
| | | | | | 7% Renewable Energy | 4 |
| | | | | | 9% Renewable Energy | 5 |
| | | | | | 11% Renewable Energy | 6 |
| | | | | | 13% Renewable Energy | 7 |
| 2 | | | | Credit 3 | Enhanced Commissioning | 2 |
| 2 | | | | Credit 4 | Enhanced Refrigerant Management | 2 |
| | | 3 | | Credit 5 | Measurement and Verification | 3 |
| | | 2 | | Credit 6 | Green Power | 2 |

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*



**LEED 2009 for New Construction and Major Renovation**
**Project Scorecard**

**Project Name:** The DFAC
**Project Address:** NSA, Bahrain

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 5 | | 6 | | **MATERIALS & RESOURCES** | | 14 Points |
| | | | Y | Prereq 1 | **Storage and Collection of Recyclables** | **Required** |
| | | 3 | | Credit 1.1 | **Building Reuse** - Maintain Existing Walls, Floors and Roof | **1 to 3** |
| | | | | | Reuse 55% | 1 |
| | | | | | Reuse 75% | 2 |
| | | | | | Reuse 95% | 3 |
| | | 1 | | Credit 1.2 | **Building Reuse** - Maintain Interior Nonstructural Elements | **1** |
| 1 | | | | Credit 2 | **Construction Waste Management** | **1 to 2** |
| | | | | | 50% Recycled or Salvaged | 1 |
| | | | | | 75% Recycled or Salvaged | 2 |
| | | 2 | | Credit 3 | **Materials Reuse** | **1 to 2** |
| | | | | | Reuse 5% | 1 |
| | | | | | Reuse 10% | 2 |
| 1 | | | | Credit 4 | **Recycled Content** | **1 to 2** |
| | | | | | 10% of Content | 1 |
| | | | | | 20% of Content | 2 |
| 1 | | | | Credit 5 | **Regional Materials** | **1 to 2** |
| | | | | | 10% of Materials | 1 |
| | | | | | 20% of Materials | 2 |
| 1 | | | | Credit 6 | **Rapidly Renewable Materials** | **1** |
| 1 | | | | Credit 7 | **Certified Wood** | **1** |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 12 | | 3 | | **INDOOR ENVIRONMENTAL QUALITY** | | 15 Points |
| | | | Y | Prereq 1 | **Minimum Indoor Air Quality Performance** | **Required** |
| | | | Y | Prereq 2 | **Environmental Tobacco Smoke (ETS) Control** | **Required** |
| 1 | | | | Credit 1 | **Outdoor Air Delivery Monitoring** | **1** |
| | | 1 | | Credit 2 | **Increased Ventilation** | **1** |
| 1 | | | | Credit 3.1 | **Construction Indoor Air Quality Management Plan** - During Construction | **1** |
| 1 | | | | Credit 3.2 | **Construction Indoor Air Quality Management Plan** - Before Occupancy | **1** |
| 1 | | | | Credit 4.1 | **Low-Emitting Materials** - Adhesives and Sealants | **1** |
| 1 | | | | Credit 4.2 | **Low-Emitting Materials** - Paints and Coatings | **1** |
| 1 | | | | Credit 4.3 | **Low-Emitting Materials** - Flooring Systems | **1** |
| 1 | | | | Credit 4.4 | **Low-Emitting Materials** - Composite Wood and Agrifiber Products | **1** |
| 1 | | | | Credit 5 | **Indoor Chemical and Pollutant Source Control** | **1** |
| 1 | | | | Credit 6.1 | **Controllability of Systems** - Lighting | **1** |
| 1 | | 1 | | Credit 6.2 | **Controllability of Systems** - Thermal Comfort | **1** |
| 1 | | | | Credit 7.1 | **Thermal Comfort** - Design | **1** |
| | | 1 | | Credit 7.2 | **Thermal Comfort** - Verification | **1** |
| 1 | | | | Credit 8.1 | **Daylight and Views** - Daylight | **1** |
| 1 | | | | Credit 8.2 | **Daylight and Views** - Views | **1** |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 5 | 1 | | | **INNOVATION IN DESIGN** | | 6 Points |
| 4 | 1 | | | Credit 1 | **Innovation in Design** | **1 to 5** |
| | | | | 1 | Innovation - Moisture Control | 1 |
| | | | | 1 | Innovation - Bio-based Products | 1 |
| | | | | 1 | Exemplary Performance - Certified Wood (95%) | 1 |
| | | | | 1 | Innovation - Low Mercury Lighting | 1 |
| | | | | 1 | Exemplary Performance - Maximize Open Space | 1 |
| 1 | | | | Credit 2 | **LEED® Accredited Professional** | **1** |

| Yes | ? | No | | | | |
|---|---|---|---|---|---|---|
| 4 | | | | **REGIONAL PRIORITY** | | 4 Points |
| 4 | | | | Credit 1 | **Regional Priority** | **1 to 4** |
| | | | | | EAc1 (12%) | 1 |
| | | | | | EAc3 | 1 |
| | | | | | WEc1 (50%) | 1 |
| | | | | | WEc3 (30%) | 1 |

| Yes | ? | No | | | |
|---|---|---|---|---|---|
| 57 | 6 | 43 | | **PROJECT TOTALS (Certification Estimates)** | 110 Points |

Certified: 40-49 points  Silver: 50-59 points  Gold: 60-79 points  Platinum: 80+ points

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*


ECC CENTCOM
Constructors LLC

*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*


## FACTOR 3—UTILIZATION OF US SMALL/LOCAL FOREIGN BUSINESS CONCERNS

The ECC Team will maximize our utilization of Bahraini businesses, while using our proven approach to training and vetting Bahraini scope-specific subcontractors and laborers. We have an outstanding record of meeting and exceeding goals for the utilization of local foreign businesses on our past projects in the Middle East.

To achieve this level of performance, ECC's Small Business (SB) utilization process includes:

- Teaming with proven local subcontractors with whom we have successful relationships
- Instituting our comprehensive subcontractor vetting process, while maximizing the use of other local subcontractors and laborers
- Providing training to subcontractors and laborers prior to starting field work to eliminate rework, improve efficiency, and ensure compliance with quality and schedule requirements

ECC's US Small/Local Foreign Business commitments are supported by our proven history of successful SB compliance and the numerous national awards we have been received. Shown in **Figure 3-1** and described below, these awards were presented to ECC by the US Small Business Administration (SBA), the DoD, and the Society of American Military Engineers (SAME).

The first ever **Service Disabled Veteran-Owned Small Business Prime Subcontracting Award** was presented to ECC at the Pentagon in **November 2007** by the DoD Office of Small Business Programs. The award recognized ECC's efforts to significantly increase subcontracting opportunities for Small Disabled Veteran-Owned Small Businesses (SDVOSB).

ECC received **SBA's 2012 and 2008 Dwight D. Eisenhower Award for Excellence.** This award

> **The ECC Team Provides Commitment to US Small/Foreign Business Utilization and Participation**
> - **Commitment to maximizing small business subcontracting opportunities**—In the past 3 years, ECC subcontracted over $500 million to US Small/Local Foreign Business Concerns.
> - **Significant small business subcontracting performance**—ECC has received four national awards for our commitment to SB Utilization.
> - **Utilization of CENTCOM Constructors, LLC ID/IQ MATOC Team subcontractors**—Identified, vetted, and previous working relationships with US Small/Local Foreign subcontractors streamlines project execution and enhances project performance, while stimulating the local economy.

cited ECC for its strong commitment to small businesses through contracting, leadership in small business outreach and mentoring events, internal corporate policies, and promotion by senior leadership.

The first ever **SAME Large Business Award** was presented to ECC in **December 2008** for outstanding performance in Small Business Subcontractor Utilization on USACE projects.

ECC was recently selected as the winner of SBA's **2011 Frances Perkins Vanguard Award for Excellence**, a national award presented annually by the SBA for excellence in the utilization of Woman Owned Small Businesses (WOSB) in design services, construction, and the delivery of supplies and other services.

### Specific PN935 and PN940 Bahrain US Small/Local Foreign Business Goals

ECC intends to significantly exceed the overall US Small/Local Foreign Business goal of 35 percent on this project. Our proposed plan is provided in the US Small/Local Foreign Business Participation Plan Addendum and is included in the following pages.

> *During a 6-year period in Iraq (2004-2010), ECC subcontracted $564 million across 49 TOs to Iraq First companies, the value of which accounted for 64 percent of all work subcontracted, significantly exceeding the 35% goal for this contract.*

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

3-1

Factor 3—Utilization of Small/Local Foreign Business Concerns

56 of 60
Government Rule 4 File

**A418**



**Figure 3-1. ECC National SB Awards in the Past Five Years.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

3-2

Factor 3—Utilization of Small/Local
Foreign Business Concerns

57 of 60
Government Rule 4 File

**A419**

**U.S. Small/Local Foreign Business Participation Plan Addendum**

**(1) Check the applicable size and categories for the PRIME offeror -- Check all applicable boxes:**

{**X**} Large Prime (Includes all non-U.S. businesses)

or

{ } U.S. Small Business Prime; also categorized as a
      { } Small Disadvantaged Business
      { } Woman-Owned Small Business
      { } HUB Zone Small Business
      { } Veteran Owned Small Business
      { } Service Disabled Veteran Owned Small Business
      { } Historically Black College/University or Minority Institution

**(2) Submit the total combined percentage of work to be performed by all categories of businesses (include the percentage of work to be performed both by Prime and Subcontractors):**

Example: If Prime proposes a price of $1,000,000 (including all options), and local foreign and U.S. small business(es) will provide $250,000 in services/supplies as a prime or subcontractor, the % planned for U.S. small businesses/local foreign businesses is 25%; and 75% for large business equaling 100%.

Percentage of Total Contract Dollars

Total Percentage planned for Large Business(es)                  30.0%

Total Percentage planned for Local Foreign and U.S. Small Business(es)      70.0%

                                           **Total: 100%**

**(3) Please indicate the total percentage of participation to be performed by each type of business. The percentage of work performed by a prime U.S. Small Business should also be included in this section:**

U.S. Small Business           1.0%
Local Foreign Business      69.0%

**(4) List principle supplies/services to be performed by Local Foreign Businesses and U.S. Small Businesses:**

See **Figure 3-2** for our list of US Small Businesses and **Figure 3-3** for Local Foreign Businesses that will be our principle suppliers and service providers.

| US Small Business | |
|---|---|
| **Name of Company** | **Identify Type of Service/Supply** |
| Pegasus | Door to door ocean/air freight forwarding, warehousing, other logistics services |
| DEI Consulting | Commissioning |
| Court One Corporation | Escort security, perimeter security fencing;  entry control points (ECP), logistics security, staffing |

**Figure 3-2. US SB Suppliers and Service Providers.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

3-3

Factor 3—Utilization of Small/Local
Foreign Business Concerns


| Local Foreign Business | |
|---|---|
| Name of Company | Identify Type of Service/Supply |
| Kooheji Contractors WLL | Construction services, project management support, engineering support, materials procurement, equipment |
| Almoayyed Trading and Contracting | Fire Suppression, HVAC, Plumbing, Installation of Doors and Windows |
| Haaji Hassan ReadyMix | Concrete Supplier |
| REDX Industries | Concrete Supplier |
| Delmon ReadyMix | Concrete Supplier |
| Keller Grunbau | Cast-in-place Piling |
| Al Manartain Block Factory | CMU's and Pavers |
| FRAMACO | Supply of Windows |
| Comsip Al A'Ali | Electrical and Fire Alarm |
| IFire Technology Corporation | Fire Suppression Design |
| Al-Hoty Analytical Services | Geotechnical Sampling/Testing/Analysis Laboratory |
| Sphinx Services | Environmental Remediation/Waste Transport |
| Al-Tawfeek | Environmental Remediation/Waste Transport |
| REDMACK | Environmental Remediation/Waste Transport |
| Secure Services Limited | Security Systems |
| Condor Technology | Security Systems |
| Modern Home Company | Waterproofing |

**Figure 3-3. Local Foreign Suppliers and Service Providers.**

**(5) Describe the extent of commitment to use local foreign businesses and U.S. small businesses (for example, what types of commitments if any are in place for this specific acquisition either -- written, verbal, enforceable, non-enforceable, joint venturing, mentor-protégé, etc.)**

## US Small Businesses

ECC has established a three-level approach, depicted in **Figure 3-4**, to help attain our US SB goals through meaningful US SB participation. This approach is predicated on: (1) specific US SB Team members; (2) a database of over 600 prequalified US SBs, allowing us to quickly search and identify US SBs by capability, experience, and past performance in the CENTCOM area of responsibility, and (3) a comprehensive outreach program to identify and prequalify new and emerging US SBs.

Under the CENTCOM MATOC contract, ECC CENTCOM Constructors, LLC has signed letters of commitment (LOC), with defined roles and statements of work, with six US SBs. These commitments ensure the Team's access to high performing US SB firms across geographically dispersed regions. We are actively seeking bids from our ID/IQ US SBs, as well as other SB suppliers, vendors, and service providers that match the requirements of and capacity for this project. In addition, we continue to look for the right opportunity to work with our two US SBA

Mentor-Protégé firms on this project and throughout the CENTCOM MATOC program. Our two protégé firms are:

- JSR, Inc. an 8(a), WOSB and SDB construction firm based in Schertz, Texas
- Watermark Environmental, an 8(a), SDB firm that provides horizontal construction and environmental services based in Lowell, Massachusetts

For this project, ECC will procure furniture including beds, desks, chairs, tables and related accessories while the remainder of equipment and materials will primarily be procured from overseas, local foreign business concerns, in compliance with the Balance of Payments Program and other pertinent laws and requirements. The opportunity to use US SBs directly on this project is limited. We intend to procure long-lead items supplies and specialized services from US small and minority businesses that provide "Best Value" if we are awarded this project.

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any unauthorized person.*

3-4

Factor 3—Utilization of Small/Local Foreign Business Concerns

59 of 60
Government Rule 4 File

**A421**



*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*


For this project, ECC intends to use Pegasus, a WOSB and SDVOSB to provide freight forwarding services and logistics support. Pegasus is also one of our US-based ECC CENTCOM MATOC Team members, presenting an LOC to provide door-to-door air freight services, warehousing, and other logistical services. We anticipate using Pegasus for 0.5 percent of the total contract dollars.

DEI Consulting which is a US SB has been identified to help support the commissioning of all the buildings.

We are also working directly with another of our ECC CENTCOM Construction, LLC Team members, Court One Corporation (COC), a Woman-Owned, DBE Certified Company. COC provides D-B security fencing, access control, and general construction services and has recently expanded its business lines to include logistics security, TCN escort security, and staffing support. We anticipate using COC for 0.2 percent of the total contract dollars.

## Local Foreign Business Concerns

ECC has signed Teaming Agreements and LOCs with defined roles and SOWs from 14 local foreign subcontractors. We provided each of the firms the opportunity to bid on this project, as well as several of the 600 Middle East-based subcontractors/suppliers that are in our subcontractor database. We worked successfully with many of these subcontractors in the Middle East and Central Asia, which reduces risks to the ECC Team and to the Government.

Our primary local foreign Bahraini construction firm on this project will be Kooheji Contracting WLL, with over 15 years of experience on NSA as a NAVFAC JOC and MACC contractor. Other local foreign businesses we are working with are shown under Item 4 above. We intend to achieve a minimum of 70 percent utilization of US SB/Local Foreign Business Concerns on this Task Order, which exceeds USACE's 35 percent goal by 35 percent. Additionally, as shown in Item 2 above, most of our subcontracted dollars will go to local foreign business concerns.



**Figure 3-4. Three-Level Approach to US SB Utilization.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

Factor 3—Utilization of Small/Local
Foreign Business Concern



13 June 2013

Directorate of Contracting

SUBJECT: Request for another Extension of Proposal Validity, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

Mr. Jeffrey Leptrone
ECC CENTCOM Constructors, LLC
1240 Bayshore Highway
Burlingame, CA 94010
jleptrone@ecc.net

Dear Mr. Leptrone,

Proposals for subject project were received on 19 February 2013, with the validity period through 20 May 2013 or ninety (90) days from receipt of offer and later extended to 19 June 2013 for an additional thirty (30) days.

An award for subject project may not be anticipated prior to the expiration date of your proposal due to the sequestration. The Government is presently working to achieve an award based on the scope of work with the necessary funding. Funding of this project may be delayed due to the sequestration and therefore, request an extension of your proposal for an additional ninety (90) days from the expiration date of 19 June 2013 to 17 September 2013.

You are hereby requested to respond to this request by close of business 19 June 2013 as to whether or not you are agreeable to extend the validity of your proposal as requested by the Government.

Your response shall be submitted on or prior to 19 June 2013 and are directed to Ms. Michelle R. Pearman at Michelle.R.Pearman@usace.army.mil (540) 665-3673 or Tino Philip at Tino.Philip@usace.army.mil (540) 665-3953.

ALL OTHER TERMS AND CONDITIONS REMAINS UNCHANGED

Sincerely,

PEARMAN.MICHELLE.
R.1229598887

Digitally signed by
PEARMAN.MICHELLE.R.1229598887
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI,
ou=USA, cn=PEARMAN.MICHELLE.R.1229598887
Date: 2013.06.13 11:17:52 -04'00'

MICHELLE R. PEARMAN
Contracting Officer

Tino,

ECC agrees to extend the validity of our proposal for the Transient Quarters and Enlisted & Officer Dining Facility for another 90 days to 17 September 2013. Please let me know if you require additional information.

Jeff


Jeff Leptrone
ECC Program Manager
433 Harrison Ave
Panama City, FL 32401
Office: 850-769-0674
Fax:    850-769-0675
Cell:    850-867-7546
>>> "Philip, Tino TAM" <Tino.Philip@usace.army.mil> 6/13/2013 3:06 PM >>>


Classification: UNCLASSIFIED
Caveats: NONE

Gentlemen:


U.S. Army Corps of Engineers, Middle East District would like to thank you for submitting your proposal for Letter RFP 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940).


An award for subject project may not be anticipated prior to the expiration date of your proposal validity period. Therefore, please see the attached letter and you are hereby requested to respond to this request on or prior close of business 19 June 2013.


Thank you,


Tino Philip

Contract Specialist, Middle East District

Directorate of Contracting


Building Strong®

U.S. Army Corps of Engineers

Office: 540-665-3953

Classification: UNCLASSIFIED
Caveats: NONE

2 of 2
Government Rule 4 File

**A425**



September 11, 2013

Directorate of Contracting

SUBJECT:  Notification of Award: MATOC W912ER-11-D-0010, Task Order 0006, Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain ((PN # 935 & 940)

ECC CENTCOM Constructors, LLC
Mr. Jeff L. Leptrone
1240 Bayshore Highway
Burlingame, CA 94010
JLeptrone@ecc.net

Dear Mr. Leptrone,

   CONGRATULATIONS!  You are hereby given notice that your organization has been successfully selected for an Award of the Firm Fixed Price Contract W912ER-11-D-0010 Task Order 0006 referenced in the subject line above on 11 September 2013. The Award Total is in the Amount of $40,301,215.55 for Base CLIN 1001 [SUBCLINs 1001AA through 1001AT].

   The Government Evaluated Total Accepted Proposal Amount including Base and Options is $44,392,372.57. Under this Task Order 0006, Liquidated Damages will be assessed at $2,397.00 for each calendar day of delay until the work is completed or accepted.

   Period of Performance for Contract is 710 calendar days. Contract W912ER-11-D-0010, Task Order 0006 is hereby attached for your files.

   Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO), or an Administrative Contracting Officer (ACO)), acting within their delegated limits, has the authority to issue modifications or otherwise change the terms and conditions of this contract.  If an individual other than the Contracting Officer attempts to make changes to the terms and conditions of this contract you shall not proceed with the change and shall immediately notify the Contracting Officer.

   The Contract has included or revised FAR Clause 52.211-10 Commencement, Prosecution, and Completion of Work, 52.217-7 Option for Increased Quantity – Separately Priced Line Item, 52.217-7 Option for Increased Quantity – Separately Priced Line Item, Contract Manpower Reporting (CMRA) Clause, USACE DBA Insurance Requirements and Pricing Proposal CLIN Structure.

SUBJECT: Notification of Award: MATOC W912ER-11-D-0010, Task Order 0006, Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain ((PN # 935 & 940)

In accordance with the RFP and FAR Clause 52.228-3 you are required to provide the required Defense Base Act (DBA) Insurance policy within 15 days from date of this notice. The Continental Insurance Company (CNA) single-provider, DBA requirements contract, which supports USACE, will expire 30 September 2013.  The Department of Labor (DOL) has approved multiple insurance carriers which promote a competitive market environment.  Therefore, USACE/DMEA contractors shall obtain commercially available DBA insurance, from a DOL authorized insurance carrier unless the contractor is under a self insurance program approved by the DOL or subject to a waiver.  The DOL approved carriers and self insured employers are available at http://www.dol.gov/owcp/dlhwc/lscarrier.htm.

In accordance with the RFP and FAR Clause 52.228-15 you are required to provide the required Performance Bonds (SF 25) and Payment Bonds (SF 25-A) within 15 days from date of this notice. The penal amount of performance bonds shall be 30 percent and payment bonds shall be 30 percent of the original contract price. The Standard Forms 25 and 25-A are attached for your convenience.

Pricing Proposal: The Proposal Schedule Item No. has been re-arranged to match with MATOC Option Year#1 CLIN Structure. For Example: 0001AA has changed to 1001AA and it follows in sequence. DBA SubCLIN's have been deleted per the clarification letter dated on 05 September 2013 and the funds were moved into the construction cost of the facility or the respective SubCLIN's.

The work shall be completed in accordance with Federal Acquisition Regulation clause 52.211-10 "Commencement, Prosecution, and Completion of Work" which is included in the contract and states:

The Contractor shall be required to (a) commence work under this contract within twenty (20) calendar days after the date the Contractor receives Notice to Proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than seven hundred and ten (710) calendar days after receipt of Notice to Proceed (NTP). The time stated for completion shall include substantial completion of all punch-list items and final cleanup of the premises.

52.217-7 "Option for Increased Quantity – Separately Priced Line Item"

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor within three hundred and sixty-five (365) calendar days after receipt of Notice to Proceed (NTP). Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

52.217-8 "Option to Extend Services"

2

SUBJECT: Notification of Award: MATOC W912ER-11-D-0010, Task Order 0006, Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain ((PN # 935 & 940)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within one hundred and eighty (180) calendar days prior to the completion of services.

Mark A. Wittrock has been appointed as the Contracting Officer Representative (COR) for this Task Order 0006 and he can be reached at (540) 542-1656 or email Mark.A.Wittrock@usace.army.mil.

Please contact Ms. Michelle R. Pearman if you have any questions at (540) 665-3673 or e-mail Michelle.R.Pearman@usace.army.mil.

Congratulations and we are looking forward to working with your organization on this project. Thank you for your continued interest in the Middle East District.

Sincerely,

PEARMAN.MICHELLE.R.1229598887
Digitally signed by PEARMAN.MICHELLE.R.1229598887
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=PEARMAN.MICHELLE.R.1229598887
Date: 2013.09.11 14:36:23 -04'00'

MICHELLE R. PEARMAN
Contracting Officer

2 Enclosures
1. Contract Task Order 0006
2. SF 25 and SF 25-A

Receipt Acknowledged By:

Jeffrey Leptrone
Digitally signed by Jeffrey Leptrone
DN: cn=Jeffrey Leptrone, o, ou, email, c=US
Date: 2013.09.12 08:56:40 -05'00'

Jeff Leptrone
ECC Program Manager

3

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. W912ER-11-D-0010 | 2. DELIVERY ORDER/ CALL NO. 0006 | 3. DATE OF ORDER/CALL (YYYYMMMDD) 2013 Sep 11 | 4. REQ./ PURCH. REQUEST NO. See Schedule | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY CODE W912ER | 7. ADMINISTERED BY (if other than 6) CODE | 8. DELIVERY FOB |
|---|---|---|
| US ARMY CORPS OF ENGINEERS-CETAM-CT MIDDLE EAST DISTRICT, CETAM-CT PO BOX 2250 WINCHESTER VA 22604-1450 | **SEE ITEM 6** | [X] DESTINATION [ ] OTHER (See Schedule if other) |

| 9. CONTRACTOR CODE 65AW8 FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) SEE SCHEDULE | 11. MARK IF BUSINESS IS [ ] SMALL |
|---|---|---|
| **NAME AND ADDRESS** ECC CENTCOM CONSTRUCTORS, LLC GLENN SWEATT 1240 BAYSHORE HWY, STE 302 BURLINGAME CA 84010-1805 | 12. DISCOUNT TERMS NET 14 DAYS | [ ] SMALL DISADVANTAGED [ ] WOMEN-OWNED |
| | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK See Item 15 | |

| 14. SHIP TO CODE W912ER | 15. PAYMENT WILL BE MADE BY CODE W916TX | |
|---|---|---|
| US ARMY CORPS OF ENGINEERS-CETAM-CT MIDDLE EAST DISTRICT, CETAM-CT PO BOX 2250 WINCHESTER VA 22604-1450 | U.S. ARMY CORPS OF ENGINEERS FINANCE CEN ATTN: CEFC-FP 5722 INTEGRITY DRIVE MILLINGTON TN 38054-5005 | **MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.** |

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

**See Schedule**

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA TEL: (540) 665-3673 EMAIL: michelle.r.pearman@usace.army.mil BY: MICHELLE R PEARMAN   CONTRACTING / ORDERING OFFICER | 25. TOTAL $40,301,215.55 |
|---|---|---|
| | | 26. DIFFERENCES |

27a. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED   [ ] RECEIVED   [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER   g. E-MAIL ADDRESS | 31. PAYMENT | | 34. CHECK NUMBER |
| **36. I certify this account is correct and proper for payment.** a. DATE (YYYYMMMDD)   b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] COMPLETE [ ] PARTIAL [ ] FINAL | | 35. BILL OF LADING NO. |
| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |

**DD Form 1155, DEC 2001**   PREVIOUS EDITION IS OBSOLETE.

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 55

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. W912ER-11-D-0010 | 2. DELIVERY ORDER/ CALL NO. 0006 | 3. DATE OF ORDER/CALL (YYYYMMMDD) 2013 Sep 11 | 4. REQ./ PURCH. REQUEST NO. See Schedule | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY          CODE W912ER | 7. ADMINISTERED BY (if other than 6)          CODE | 8. DELIVERY FOB |
|---|---|---|
| US ARMY CORPS OF ENGINEERS-CETAM-CT<br>MIDDLE EAST DISTRICT, CETAM-CT<br>PO BOX 2250<br>WINCHESTER VA 22604-1450 | **SEE ITEM 6** | [X] DESTINATION<br>[ ] OTHER<br><br>(See Schedule if other) |

| 9. CONTRACTOR          CODE 65AW8          FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) **SEE SCHEDULE** | 11. MARK IF BUSINESS IS |
|---|---|---|
| **NAME AND ADDRESS** ECC CENTCOM CONSTRUCTORS, LLC<br>GLENN SWEATT<br>1240 BAYSHORE HWY, STE 302<br>BURLINGAME CA 84010-1805 | 12. DISCOUNT TERMS NET 14 DAYS | [ ] SMALL<br>[ ] SMALL DISADVANTAGED<br>[ ] WOMEN-OWNED |
| | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Item 15 | |

| 14. SHIP TO          CODE W912ER | 15. PAYMENT WILL BE MADE BY          CODE W916TX | |
|---|---|---|
| US ARMY CORPS OF ENGINEERS-CETAM-CT<br>MIDDLE EAST DISTRICT, CETAM-CT<br>PO BOX 2250<br>WINCHESTER VA 22604-1450 | U.S. ARMY CORPS OF ENGINEERS FINANCE CEN<br>ATTN: CEFC-FP<br>5722 INTEGRITY DRIVE<br>MILLINGTON TN 38054-5005 | **MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.** |

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated<br>Furnish the following on terms specified herein.  REF: |

ECC Centcom

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

2013.09.12 08:17:29 -07'00'          Glenn Sweatt, VP Contracts & Compliance          2013-09-12

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

**See Schedule**

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>TEL: (540) 665-3673<br>EMAIL: michelle.r.pearman@usace.army.mil<br>BY: MICHELLE R PEARMAN          CONTRACTING / ORDERING OFFICER | 25. TOTAL $40,301,215.55 |
|---|---|---|
| | | 26. DIFFERENCES |

27a. QUANTITY IN COLUMN 20 HAS BEEN

[ ] INSPECTED     [ ] RECEIVED     [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL<br>[ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER     g. E-MAIL ADDRESS | | | |

**36. I certify this account is correct and proper for payment.**

| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 31. PAYMENT<br>[ ] COMPLETE<br>[ ] PARTIAL<br>[ ] FINAL | 34. CHECK NUMBER |
|---|---|---|---|
| | | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD Form 1155, DEC 2001**          PREVIOUS EDITION IS OBSOLETE.

**A430**

Section 00 01 10 - Table of Contents

TOC

| **SECTION** | **TITLE** | **PAGES** |
|---|---|---|
| **SECTION   00 11 00** | **STANDARD FORM (SF) 1442   AND CLIN SCHEDULE** | **2-11** |
| **SECTION   00 72 00** | **CONTRACT CLAUSES INCORPORATED FULL TEXT** | **12-47** |
| **SECTION   00 73 00** | **SPECIAL CONTRACT REQUIREMENTS** | **48-53** |
| **SECTION   00 73 10** | **SUPPLEMENTAL CONTRACT REQUIREMENTS** | **54-55** |

**SPECIFICATIONS**

| | **VOLUME 1 OF 1 PARTS 1 THRU 6** | **1-1554** |

**A431**

Section 00 11 00 - Standard Form (SF) 1442 and CLIN Schedule

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 1001 | | | | | $0.00 |

MATOC INFORMATIONAL CLIN 1001
FFP
MATOC Design Build Projects CLIN 1001 is not used and it is informational purpose only. Option Year 1 - MATOC Design Build Projects for a period of 12 months.
FOB: Destination
PURCHASE REQUEST NUMBER: W26WKS32487189 & W26WKS32487183

|  |  |  | NET AMT | $0.00 |
|--|--|--|---------|-------|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 1001AA | | 1 | Lump Sum | $2,561,589.34 | $2,561,589.34 |

Mobilization and Demobilization
FFP
Mobilization and Demobilization in accordance with the contract documents
FOB: Destination
PURCHASE REQUEST NUMBER: W26WKS32487189

|  |  |  | NET AMT | $2,561,589.34 |
|--|--|--|---------|---------------|

ACRN AA                                                 $2,561,589.34
CIN: W26WKS324871890001

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AB | | 1 | Lump Sum | $2,389,388.15 | $2,389,388.15 |

Design Fee TEQ
FFP
Design Fee TEQ
FOB: Destination
PURCHASE REQUEST NUMBER: W26WKS32487189

|  |  | NET AMT | $2,389,388.15 |
|---|---|---|---|

ACRN AA               $2,389,388.15
CIN: W26WKS324871890001

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AC | | 1 | Lump Sum | $27,322,153.80 | $27,322,153.80 |

Construct Transient Quarters
FFP
Construct Transient Quarters (TEQ) Facility in accordance with the contract
documents
FOB: Destination
PURCHASE REQUEST NUMBER: W26WKS32487189

|  |  | NET AMT | $27,322,153.80 |
|---|---|---|---|

ACRN AA              $27,322,153.80
CIN: W26WKS324871890001

**A433**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AD | | 1 | Lump Sum | $890,932.21 | $890,932.21 |

TEQ Support Facilities
FFP
TEQ Support Facilities in accordance with the contract documents
FOB: Destination
PURCHASE REQUEST NUMBER: W26WKS32487189

| | | NET AMT | $890,932.21 |
|---|---|---|---|

ACRN AA                                           $890,932.21
CIN: W26WKS324871890001

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AE | | 1 | Lump Sum | $851,310.77 | $851,310.77 |

Design Fee DFAC
FFP
Design Fee Dining Facility
FOB: Destination
PURCHASE REQUEST NUMBER: W26WKS32487189

| | | NET AMT | $851,310.77 |
|---|---|---|---|

ACRN AB                                           $851,310.77
CIN: W26WKS324871830001

**A434**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 1001AF  |                   | 1        | Lump Sum | $5,883,268.48 | $5,883,268.48 |

Dinning Facility (DFAC)
FFP
Dinning Facility (DFAC) in accordance with the contract documents
FOB: Destination
PURCHASE REQUEST NUMBER: W26WKS32487183

|  |  | NET AMT | $5,883,268.48 |
|--|--|---------|---------------|

ACRN AB                                          $5,883,268.48
CIN: W26WKS324871830001

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 1001AG  |                   | 1        | Lump Sum | $402,572.80 | $402,572.80 |

DFAC Support Facilities
FFP
DFAC Support Facilities in accordance with the contract documents
FOB: Destination
PURCHASE REQUEST NUMBER: W26WKS32487183

|  |  | NET AMT | $402,572.80 |
|--|--|---------|-------------|

ACRN AB                                          $402,572.80
CIN: W26WKS324871830001

**A435**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 1001AH | | 1 | Lump Sum | $3,248,836.20 | $3,248,836.20 |

OPTION

TEQ BID OPTION #1 - FF&E
FFP
TEQ BID OPTION #1 - Furniture Fixtures & Equipment (FF&E) in accordance
with the contract documents
FOB: Destination

|  |  |  |  | NET AMT | $3,248,836.20 |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 1001AJ | | 1 | Lump Sum | $82,071.82 | $82,071.82 |

OPTION

TEQ BID OPTION #2 - ESS
FFP
TEQ BID OPTION #2 - Electronic Security System (ESS) in accordance with the
contract documents
FOB: Destination

|  |  |  |  | NET AMT | $82,071.82 |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 1001AK | | 1 | Lump Sum | $76,363.21 | $76,363.21 |

OPTION

DFAC BID OPTION #3 - FF&E
FFP
DFAC BID OPTION #3 - Furniture Fixtures & Equipment (FF&E) in accordance
with the contract documents
FOB: Destination

|  |  |  |  | NET AMT | $76,363.21 |
|---|---|---|---|---|---|

**A436**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AL | | 1 | Lump Sum | $16,156.76 | $16,156.76 |
| OPTION | DFAC BID OPTION #4 - ESS | | | | |

FFP
DFAC BID OPTION #4 - Electronic Security System (ESS) in accordance with the
contract documents
FOB: Destination

| | | | | NET AMT | $16,156.76 |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AM | | 7 | Each | $18,371.40 | $128,599.80 NTE |
| OPTION | BID OPTION #5 - Sports Utility Vehicle | | | | |

FFP
BID OPTION #5 - Sports Utility Vehicle - Rental rate per Vehicle on a monthly
basis within the scope of (1-7) vehicles per month for up to seventeen (17) months
in accordance with the contract documents.  (Note: Price shall be 7 vehicles x 17
Months); Price Proposed= $1080.67/Vehicle/Month
FOB: Destination

| | | | | NET AMT | $128,599.80 |
|---|---|---|---|---|---|

**A437**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 1001AN | | 2 | Lump Sum | $12,224.795 | $24,449.59 |

OPTION

BID OPTION #6 Electric Perf Utili Veh
FFP
BID OPTION #6 Electric Performance Utility Vehicles in accordance with the
contract documents
FOB: Destination

|  |  |  | NET AMT | $24,449.59 |
|--|--|--|---------|------------|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 1001AP | | | Lump Sum | | $5,549.17 |

OPTION

BID OPTION #7 Vehicle Fuel

COST

BID OPTION #7 Vehicle Fuel: The Contractor shall provide fuel for up to seven
(7), CE use sport utility vehicles on a monthly reimbursable basis for a period of
up to seventeen (17) months in accordance with contract documents.
Reimbursable for fuel shall be on a pass through basis with no mark-ups. Not to
Exceed (NTE) $10,000.00. See FAR Clause 52.232.22 Limitation of Funds.
FOB: Destination

|  |  |  | ESTIMATED COST | $5,549.17 |
|--|--|--|----------------|-----------|

| ITEM NO 1001AQ | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Each | UNIT PRICE $41,168.41 | AMOUNT $41,168.41 NTE |
|---|---|---|---|---|---|

OPTION

BID OPTION #8 Housing - Group 2 Middle
FFP
BID OPTION #8 Housing - Group 2 Middle (3-4 Occupants) Price per unit on a monthly basis within the scope of (1) unit per month for up to twenty four (24) months in accordance with the contract documents. (Note: Price shall be 1 house x 24 Months); Price Proposed= $1715.35/House/Month
FOB: Destination

| | | | | NET AMT | $41,168.41 |
|---|---|---|---|---|---|

| ITEM NO 1001AR | SUPPLIES/SERVICES | QUANTITY 6 | UNIT Each | UNIT PRICE $35,856.36 | AMOUNT $215,138.16 NTE |
|---|---|---|---|---|---|

OPTION

BID OPTION #9 Housing - Group 3 Standard
FFP
BID OPTION #9 Housing - Group 3 Standard (1-2 Occupants) Price per unit on a monthly basis within the scope of (1-6) units per month for up to twenty four (24) months in accordance with the contract documents. (Note: Price shall be 6 houses x 24 Months): Price Proposed= $1494.02/House/Month
FOB: Destination

| | | | | NET AMT | $215,138.16 |
|---|---|---|---|---|---|

A439

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AS | | | Lump Sum | | $4,913.65 |

OPTION  BID OPTION #10 Commercial Telephone/Offi

COST

BID OPTION #10 Commercial Telephone/Office Trailer & Housing : Local Long Distance and International Service calls/charges up to twenty four (24) months in accordance with the contract documents. Not to Exceed (NTE) $5,000.00. See FAR Clause 52.232.22 Limitation of Funds.

FOB: Destination

|  |  |  | ESTIMATED COST | $4,913.65 |
|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AT | | 1 | Lump Sum | $247,910.21 | $247,910.21 NTE |

OPTION  BID OPTION #11 Office Trailer Services

FFP

BID OPTION #11 Office Trailer Services for up to 24 months in accordance with contract documents. (Note: Price shall be 1 x 24 Months); Price Proposed= $10,329.59/Trailer/Month

FOB: Destination

|  |  | NET AMT | $247,910.21 |
|---|---|---|---|

PROPOSAL INCORPORATED:

ECC CENTCOM Constructor's  Non-Pricing Proposal Dated: 19 February 2013 is hereby incorporated into the subject task order.

**A440**

Section 00 72 00 - Contract Clauses

<u>PERFORMANCE AND PAYMENT BONDS</u>

52.228-15     PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (OCT 2010)

(a) Definitions. As used in this clause--
Original contract price means the award price of the contract; or, for requirements contracts, the price payable for the estimated total quantity; or, for indefinite-quantity contracts, and the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.

(b) Amount of required bonds. Unless the resulting contract price is $150,000 or less, the successful offeror shall furnish performance and payment bonds to the Contracting Officer as follows:

(1) Performance bonds (Standard Form 25). The penal amount of performance bonds at the time of contract award shall be 30 percent of the original contract price.

(2) Payment Bonds (Standard Form 25-A). The penal amount of payment bonds at the time of contract award shall be 30 percent of the original contract price.

(3) Additional bond protection. (i) The Government may require additional performance and payment bond protection if the contract price is increased. The increase in protection generally will equal 30 percent of the increase in contract price.
(ii) The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(c) Furnishing executed bonds. The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) Surety or other security for bonds. The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register or may be obtained from the U.S. Department of the Treasury, Financial Management Service, Surety Bond Branch, 3700 East West Highway, Room 6F01, Hyattsville, MD 20782. Or via the internet at http://www.fms.treas.gov/c570/.

(e) Notice of subcontractor waiver of protection (40 U.S.C. 3133(c)). Any waiver of the right to sue on the payment bond is void unless it is in writing, signed by the person whose right is waived, and executed after such person has first furnished labor or material for use in the performance of the contract.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.203-11     CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (SEP 2007)

(a) Definitions. As used in this provision--``Lobbying contact'' has the meaning provided at 2 U.S.C. 1602(8). The terms ``agency,'' ``influencing or attempting to influence,'' ``officer or employee of an agency,'' ``person,''

``reasonable compensation,'' and ``regularly employed'' are defined in the FAR clause of this solicitation entitled ``Limitation on Payments to Influence Certain Federal Transactions'' (52.203-12).

(b) Prohibition. The prohibition and exceptions contained in the FAR clause of this solicitation entitled ``Limitation on Payments to Influence Certain Federal Transactions'' (52.203-12) are hereby incorporated by reference in this provision.

(c) Certification. The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

(d) Disclosure. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

(End of provision)

52.211-10    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within twenty (20) calendar days after the date the Contractor receives Notice to Proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than seven hundred and ten (710) calendar days after receipt of Notice to Proceed (NTP). The time stated for completion shall include substantial completion of all punch-list items and final cleanup of the premises.

(End of clause)

52.211-12    LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $2,397.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-13    TIME EXTENSIONS (SEP 2000)

Time extensions for contract changes will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements related to the changed work and that the remaining contract completion dates for all other portions of the work will not be altered. The change order also may provide an equitable readjustment of liquidated damages under the new completion schedule.

(End of clause)

52.217-7    OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule.  The Contracting Officer may exercise the option by written notice to the Contractor within three hundred and sixty-five (365) calendar days after receipt of Notice to Proceed (NTP). Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

(End of clause)

52.217-8    OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract.  These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor.  The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months.  The Contracting Officer may exercise the option by written notice to the Contractor within one hundred and eighty (180) calendar days prior to the completion of services.

(End of clause)

52.222-50    COMBATING TRAFFICKING IN PERSONS (FEB 2009)

(a) Definitions. As used in this clause--

Coercion means--

(1) Threats of serious harm to or physical restraint against any person;

(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or

(3) The abuse or threatened abuse of the legal process.

Commercial sex act means any sex act on account of which anything of value is given to or received by any person.

Debt bondage means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as

reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.

Employee means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.

Forced Labor means knowingly providing or obtaining the labor or services of a person--

(1) By threats of serious harm to, or physical restraint against, that person or another person;

(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or

(3) By means of the abuse or threatened abuse of law or the legal process.

Involuntary servitude includes a condition of servitude induced by means of--

(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or

(2) The abuse or threatened abuse of the legal process.

Severe forms of trafficking in persons means--

(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or

(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

Sex trafficking means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.

(b) Policy. The United States Government has adopted a zero tolerance policy regarding trafficking in persons. Contractors and contractor employees shall not--

(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;

(2) Procure commercial sex acts during the period of performance of the contract; or

(3) Use forced labor in the performance of the contract.

(c) Contractor requirements. The Contractor shall--

(1) Notify its employees of--

(i) The United States Government's zero tolerance policy described in paragraph (b) of this clause; and

(ii) The actions that will be taken against employees for violations of this policy. Such actions may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and

(2) Take appropriate action, up to and including termination, against employees or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification. The Contractor shall inform the Contracting Officer immediately of--

(1) Any information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, or subcontractor employee has engaged in conduct that violates this policy; and

(2) Any actions taken against Contractor employees, subcontractors, or subcontractor employees pursuant to this clause.

(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), or (f) of this clause may result in --

(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;

(2) Requiring the Contractor to terminate a subcontract;

(3) Suspension of contract payments;

(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;

(5) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or

(6) Suspension or debarment.

(f) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (f), in all subcontracts.

(g) Mitigating Factor. The Contracting Officer may consider whether the Contractor had a Trafficking in Persons awareness program at the time of the violation as a mitigating factor when determining remedies. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/g/tip.

(End of clause)

52.223-18 ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING (AUG 2011)

(a) Definitions. As used in this clause--

Driving—

(1) Means operating a motor vehicle on an active roadway with the motor running, including while temporarily stationary because of traffic, a traffic light, stop sign, or otherwise.

(2) Does not include operating a motor vehicle with or without the motor running when one has pulled over to the side of, or off, an active roadway and has halted in a location where one can safely remain stationary.

Text messaging means reading from or entering data into any handheld or other electronic device, including for the purpose of short message service texting, e-mailing, instant messaging, obtaining navigational information, or

engaging in any other form of electronic data retrieval or electronic data communication. The term does not include glancing at or listening to a navigational device that is secured in a commercially designed holder affixed to the vehicle, provided that the destination and route are programmed into the device either before driving or while stopped in a location off the roadway where it is safe and legal to park.

(b) This clause implements Executive Order 13513, Federal Leadership on Reducing Text Messaging while Driving, dated October 1, 2009.

(c) The Contractor is encouraged to--

(1) Adopt and enforce policies that ban text messaging while driving--

(i) Company-owned or -rented vehicles or Government-owned vehicles; or

(ii) Privately-owned vehicles when on official Government business or when performing any work for or on behalf of the Government.

(2) Conduct initiatives in a manner commensurate with the size of the business, such as--

(i) Establishment of new rules and programs or re-evaluation of existing programs to prohibit text messaging while driving; and

(ii) Education, awareness, and other outreach to employees about the safety risks associated with texting while driving.

(d) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts that exceed the micro-purchase threshold.

(End of clause)

52.225-25  Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran-- Representation and Certifications. (DEC 2012)

(a) Definitions. As used in this provision--

Person--

(1) Means--

(i) A natural person;

(ii) A corporation, business association, partnership, society, trust, financial institution, insurer, underwriter, guarantor, and any other business organization, any other nongovernmental entity, organization, or group, and any governmental entity operating as a business enterprise; and

(iii) Any successor to any entity described in paragraph (1)(ii) of this definition; and

(2) Does not include a government or governmental entity that is not operating as a business enterprise.

Sensitive technology--

(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically--

(i) To restrict the free flow of unbiased information in Iran; or

(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

(b) The offeror shall email questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

(c) Except as provided in paragraph (d) of this provision or if a waiver has been granted in accordance with 25.703-4, by submission of its offer, the offeror—

(1) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;

(2) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act. These sanctioned activities are in the areas of development of the petroleum resources of Iran, production of refined petroleum products in Iran, sale and provision of refined petroleum products to Iran, and contributing to Iran's ability to acquire or develop certain weapons or technologies; and

(3) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,000 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).

(d) Exception for trade agreements. The representation requirement of paragraph (c)(1) and the certification requirements of paragraphs (c)(2) and (c)(3) of this provision do not apply if—

(1) This solicitation includes a trade agreements notice or certification (e.g., 52.225-4, 52.225-6, 52.225-12, 52.225-24, or comparable agency provision); and

(2) The offeror has certified that all the offered products to be supplied are designated country end products or designated country construction material.

(End of provision)

52.228-2    ADDITIONAL BOND SECURITY (OCT 1997)

The Contractor shall promptly furnish additional security required to protect the Government and persons supplying labor or materials under this contract if--

(a) Any surety upon any bond, or issuing financial institution for other security, furnished with this contract becomes unacceptable to the Government.

(b) Any surety fails to furnish reports on its financial condition as required by the Government;

(c) The contract price is increased so that the penal sum of any bond becomes inadequate in the opinion of the Contracting Officer; or

(d) An irrevocable letter of credit (ILC) used as security will expire before the end of the period of required security. If the Contractor does not furnish an acceptable extension or replacement ILC, or other acceptable substitute, at least 30 days before an ILC's scheduled expiration, the Contracting officer has the right to immediately draw on the ILC.

(End of clause)

52.228-3    WORKERS' COMPENSATION INSURANCE (DEFENSE BASE ACT) (APR 1984)

The Contractor shall (a) provide, before commencing performance under this contract, such workers' compensation insurance or security as the Defense Base Act (42 U.S.C. 1651, et seq.) requires and (b) continue to maintain it until performance is completed. The Contractor shall insert, in all subcontracts under this contract to which the Defense Base Act applies, a clause similar to this clause (including this sentence) imposing upon those subcontractors this requirement to comply with the Defense Base Act.

(End of clause)

52.228-11    PLEDGES OF ASSETS (JAN 2012)

(a) Offerors shall obtain from each person acting as an individual surety on a bid guarantee, a performance bond, or a payment bond--

(1) Pledge of assets; and

(2) Standard Form 28, Affidavit of Individual Surety.

(b) Pledges of assets from each person acting as an individual surety shall be in the form of--

(1) Evidence of an escrow account containing cash, certificates of deposit, commercial or Government securities, or other assets described in FAR 28.203-2 (except see 28.203-2(b)(2) with respect to Government securities held in book entry form); and/or

(2) A recorded lien on real estate. The offeror will be required to provide--

(i) A mortgagee title insurance policy, in an insurance amount equal to the amount of the lien, or other evidence of title that is consistent with the requirements of Section 2 of the United States Department of Justice Title Standards at http://www.justice.gov/enrd/ENRD_Assets/Title_Standards_2001.pdf. This title evidence must show fee simple title vested in the surety along with any concurrent owners; whether any real estate taxes are due and payable; and any recorded encumbrances against the property, including the lien filed in favor of the Government as required by FAR 28.203-3(d);

(ii) Evidence of the amount due under any encumbrance shown in the evidence of title;

(iii) A copy of the current real estate tax assessment of the property or a current appraisal dated no earlier than 6 months prior to the date of the bond, prepared by a professional appraiser who certifies that the appraisal has been

conducted in accordance with the generally accepted appraisal standards as reflected in the Uniform Standards of Professional Appraisal Practice, as promulgated by the Appraisal Foundation.

(End of clause)

52.228-12    PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS.  (OCT 1995)

In accordance with Section 806(a)(3) of Pub. L. 102-190, as amended by Sections 2091 and 8105 of Pub. L. 103-355, upon the request of a prospective subcontractor or supplier offering to furnish labor or material for the performance of this contract for which a payment bond has been furnished to the Government pursuant to the Miller Act, the Contractor shall promptly provide a copy of such payment bond to the requester.

(End of clause)

52.228-14    IRREVOCABLE LETTER OF CREDIT (DEC 1999)

(a) "Irrevocable letter of credit" (ILC), as used in this clause, means a written commitment by a federally insured financial institution to pay all or part of a stated amount of money, until the expiration date of the letter, upon presentation by the Government (the beneficiary) of a written demand therefor. Neither the financial institution nor the offeror/Contractor can revoke or condition the letter of credit.

(b) If the offeror intends to use an ILC in lieu of a bid bond, or to secure other types of bonds such as performance and payment bonds, the letter of credit and letter of confirmation formats in paragraphs (e) and (f) of this clause shall be used.

(c) The letter of credit shall be irrevocable, shall require presentation of no document other than a written demand and the ILC (including confirming letter, if any), shall be issued/confirmed by an acceptable federally insured financial institution as provided in paragraph (d) of this clause, and--

(1) If used as a bid guarantee, the ILC shall expire no earlier than 60 days after the close of the bid acceptance period;

(2) If used as an alternative to corporate or individual sureties as security for a performance or payment bond, the offeror/Contractor may submit an ILC with an initial expiration date estimated to cover the entire period for which financial security is required or may submit an ILC with an initial expiration date that is a minimum period of one year from the date of issuance. The ILC shall provide that, unless the issuer provides the beneficiary written notice of non-renewal at least 60 days in advance of the current expiration date, the ILC is automatically extended without amendment for one year from the expiration date, or any future expiration date, until the period of required coverage is completed and the Contracting Officer provides the financial institution with a written statement waiving the right to payment. The period of required coverage shall be:

(i) For contracts subject to the Miller Act, the later of--

(A) One year following the expected date of final payment;

(B) For performance bonds only, until completion of any warranty period; or

(C) For payment bonds only, until resolution of all claims filed against the payment bond during the one-year period following final payment.

(ii) For contracts not subject to the Miller Act, the later of--

(A) 90 days following final payment; or

(B) For performance bonds only, until completion of any warranty period.

(d) Only federally insured financial institutions rated investment grade or higher shall issue or confirm the ILC. The offeror/Contractor shall provide the Contracting Officer a credit rating that indicates the financial institution has the required rating(s) as of the date of issuance of the ILC. Unless the financial institution issuing the ILC had letter of credit business of less than $25 million in the past year, ILCs over $5 million must be confirmed by another acceptable financial institution that had letter of credit business of less than $25 million in the past year.

(e) The following format shall be used by the issuing financial institution to create an ILC:

_____

[Issuing Financial Institution's Letterhead or Name and Address]

Issue Date _____

IRREVOCABLE LETTER OF CREDIT NO. _____

Account party's name _____

Account party's address _____

For Solicitation No. _____(for reference only)

TO: [U.S. Government agency]

[U.S. Government agency's address]

1. We hereby establish this irrevocable and transferable Letter of Credit in your favor for one or more drawings up to United States $_____. This Letter of Credit is payable at [issuing financial institution's and, if any, confirming financial institution's] office at [issuing financial institution's address and, if any, confirming financial institution's address] and expires with our close of business on _____, or any automatically extended expiration date.

2. We hereby undertake to honor your or the transferee's sight draft(s) drawn on the issuing or, if any, the confirming financial institution, for all or any part of this credit if presented with this Letter of Credit and confirmation, if any, at the office specified in paragraph 1 of this Letter of Credit on or before the expiration date or any automatically extended expiration date.

3. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this Letter of Credit that it is deemed to be automatically extended without amendment for one year from the expiration date hereof, or any future expiration date, unless at least 60 days prior to any expiration date, we notify you or the transferee by registered mail, or other receipted means of delivery, that we elect not to consider this Letter of Credit renewed for any such additional period. At the time we notify you, we also agree to notify the account party (and confirming financial institution, if any) by the same means of delivery.

4. This Letter of Credit is transferable. Transfers and assignments of proceeds are to be effected without charge to either the beneficiary or the transferee/assignee of proceeds. Such transfer or assignment shall be only at the written direction of the Government (the beneficiary) in a form satisfactory to the issuing financial institution and the confirming financial institution, if any.

5. This Letter of Credit is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of _____ [state of confirming financial institution, if any, otherwise state of issuing financial institution].

6. If this credit expires during an interruption of business of this financial institution as described in Article 17 of the UCP, the financial institution specifically agrees to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_____

[Issuing financial institution]

(f) The following format shall be used by the financial institution to confirm an ILC:

_____

[Confirming Financial Institution's Letterhead or Name and Address]

(Date) _____

Our Letter of Credit Advice Number _____

Beneficiary: _____ [U.S. Government agency]

Issuing Financial Institution: _____

Issuing Financial Institution's LC No.: _____

Gentlemen:

1. We hereby confirm the above indicated Letter of Credit, the original of which is attached, issued by _____ [name of issuing financial institution] for drawings of up to United States dollars _____/U.S. $_____ and expiring with our close of business on _____ [the expiration date], or any automatically extended expiration date.

2. Draft(s) drawn under the Letter of Credit and this Confirmation are payable at our office located at _____.

3. We hereby undertake to honor sight draft(s) drawn under and presented with the Letter of Credit and this Confirmation at our offices as specified herein.

4. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this confirmation that it be deemed automatically extended without amendment for one year from the expiration date hereof, or any automatically extended expiration date, unless:

(a) At least 60 days prior to any such expiration date, we shall notify the Contracting Officer, or the transferee and the issuing financial institution, by registered mail or other receipted means of delivery, that we elect not to consider this confirmation extended for any such additional period; or

(b) The issuing financial institution shall have exercised its right to notify you or the transferee, the account party, and ourselves, of its election not to extend the expiration date of the Letter of Credit.

5. This confirmation is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of _____ [state of confirming financial institution].

6. If this confirmation expires during an interruption of business of this financial institution as described in Article 17 of the UCP, we specifically agree to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_____

[Confirming financial institution]

(g) The following format shall be used by the Contracting Officer for a sight draft to draw on the Letter of Credit:

SIGHT DRAFT

_____

[City, State]

(Date) _____

[Name and address of financial institution]

Pay to the order of _____ [Beneficiary Agency] _____ the sum of United States $_____.
This draft is drawn under Irrevocable Letter of Credit No. _____.

_____

[Beneficiary Agency]

By: _____

(End of clause)


52.232-22    LIMITATION OF FUNDS (APR 1984)

(a) The parties estimate that performance of this contract will not cost the Government more than (1) the estimated cost specified in the Schedule or, (2) if this is a cost-sharing contract, the Government's share of the estimated cost specified in the Schedule. The Contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within the estimated cost, which, if this is a cost-sharing contract, includes both the Government's and the Contractor's share of the cost.

(b) The Schedule specifies the amount presently available for payment by the Government and allotted to this contract, the items covered, the Government's share of the cost if this is a cost-sharing contract, and the period of performance it is estimated the allotted amount will cover. The parties contemplate that the Government will allot additional funds incrementally to the contract up to the full estimated cost to the Government specified in the Schedule, exclusive of any fee. The Contractor agrees to perform, or have performed, work on the contract up to the point at which the total amount paid and payable by the Government under the contract approximates but does not exceed the total amount actually allotted by the Government to the contract.

(c) The Contractor shall notify the Contracting Officer in writing whenever it has reason to believe that the costs it expects to incur under this contract in the next 60 days, when added to all costs previously incurred, will exceed 75 percent of (1) the total amount so far allotted to the contract by the Government or, (2) if this is a cost-sharing contract, the amount then allotted to the contract by the Government plus the Contractor's corresponding share. The notice shall state the estimated amount of additional funds required to continue performance for the period specified in the Schedule.

(d) Sixty days before the end of the period specified in the Schedule, the Contractor shall notify the Contracting Officer in writing of the estimated amount of additional funds, if any, required to continue timely performance under the contract or for any further period specified in the Schedule or otherwise agreed upon, and when the funds will be required.

(e) If, after notification, additional funds are not allotted by the end of the period specified in the Schedule or another agreed-upon date, upon the Contractor's written request the Contracting Officer will terminate this contract on that date in accordance with the provisions of the Termination clause of this contract. If the Contractor estimates that the funds available will allow it to continue to discharge its obligations beyond that date, it may specify a later date in its request, and the Contracting Officer may terminate this contract on that later date.

(f) Except as required by other provisions of this contract, specifically citing and stated to be an exception to this clause--

(1) The Government is not obligated to reimburse the Contractor for costs incurred in excess of the total amount allotted by the Government to this contract; and

(2) The Contractor is not obligated to continue performance under this contract (including actions under the Termination clause of this contract) or otherwise incur costs in excess of (i) the amount then allotted to the contract by the Government or, (ii) if this is a cost-sharing contract, the amount then allotted by the Government to the contract plus the Contractor's corresponding share, until the Contracting Officer notifies the Contractor in writing that the amount allotted by the Government has been increased and specifies an increased amount, which shall then constitute the total amount allotted by the Government to this contract.

(g) The estimated cost shall be increased to the extent that (1) the amount allotted by the Government or, (2) if this is a cost-sharing contract, the amount then allotted by the Government to the contract plus the Contractor's corresponding share, exceeds the estimated cost specified in the Schedule. If this is a cost-sharing contract, the increase shall be allocated in accordance with the formula specified in the Schedule.

(h) No notice, communication, or representation in any form other than that specified in subparagraph (f)(2) above, or from any person other than the Contracting Officer, shall affect the amount allotted by the Government to this contract. In the absence of the specified notice, the Government is not obligated to reimburse the Contractor for any costs in excess of the total amount allotted by the Government to this contract, whether incurred during the course of the contract or as a result of termination.

(i) When and to the extent that the amount allotted by the Government to the contract is increased, any costs the Contractor incurs before the increase that are in excess of (1) the amount previously allotted by the Government or, (2) if this is a cost-sharing contract, the amount previously allotted by the Government to the contract plus the Contractor's corresponding share, shall be allowable to the same extent as if incurred afterward, unless the Contracting Officer issues a termination or other notice and directs that the increase is solely to cover termination or other specified expenses.

(j) Change orders shall not be considered an authorization to exceed the amount allotted by the Government specified in the Schedule, unless they contain a statement increasing the amount allotted.

(k) Nothing in this clause shall affect the right of the Government to terminate this contract. If this contract is terminated, the Government and the Contractor shall negotiate an equitable distribution of all property produced or

purchased under the contract, based upon the share of costs incurred by each.

(l) If the Government does not allot sufficient funds to allow completion of the work, the Contractor is entitled to a percentage of the fee specified in the Schedule equalling the percentage of completion of the work contemplated by this contract.

(End of clause)

52.236-4    PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information.  The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are not the result of site investigations by the US Government. The contractor cannot rely upon indications of physical conditions on the drawings and in the specifications. Any comments are of a general nature and not site specific. Contractors must rely upon their own assessment of site conditions.

(b) Weather conditions are potentially difficult.  Bahrain is situated in a small island state near the western shores of the Persian Gulf. Bahrain is generally flat and arid archipelago in the Persian Gulf, east of Saudi Arabia. Bahrain has mild winters and very hot, humid summers.

Bahrain desert weather has periodic droughts and dust storms. Dust storms from Iraq and Saudi Arabia transported by northwesterly winds cause reduced visibility in the months of June and July in Bahrain. The summers are extremely hot and humid in Bahrain, especially between April and October, with temperatures regularly rising to 43° C (110 °F) and sometimes reaching 52° C (126 °F). However, winters are more pleasant with temperatures plummeting to 20° C (68 °F) or below. Seasonal winds periodically cause sandstorms and rough seas.

The seas around Bahrain are very shallow, heating up quickly in the summer to produce high humidity, especially at night. Summer temperatures may reach more than 40 °C (104 °F) under the right conditions. Rainfall in Bahrain is minimal and irregular. Rainfalls mostly occur in winter.

(c) Transportation facilities are limited and austere. Contractors must make their own determination of their transportation requirements. The US Government makes no guarantees regarding the availability of transportation facilities, which includes normal ground and air transportation.

(End of clause)

52.236-25    REQUIREMENTS FOR REGISTRATION OF DESIGNERS (JUN 2003)

Architects or engineers registered to practice in the particular professional field involved in a State, the District of Columbia, or an outlying area of the United States shall prepare or review and approve the design of architectural, structural, mechanical, electrical, civil, or other engineering features of the work.

(End of clause)

52.237-3    CONTINUITY OF SERVICES (JAN 1991)

(a) The Contractor recognizes that the services under this contract are vital to the Government and must be continued without interruption and that, upon contract expiration, a successor, either the Government or another contractor, may continue them. The Contractor agrees to (1) furnish phase-in training and (2) exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.

(b) The Contractor shall, upon the Contracting Officer's written notice, (1) furnish phase-in, phase-out services for up to 90 days after this contract expires and (2) negotiate in good faith a plan with a successor to determine the nature and extent of phase-in, phase-out services required. The plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan, and shall be subject to the Contracting Officer's approval. The Contractor shall provide sufficient experienced personnel during the phase-in, phase-out period to ensure that the services called for by this contract are maintained at the required level of proficiency.

(c) The Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this contract. The Contractor also shall disclose necessary personnel records and allow the successor to conduct onsite interviews with these employees. If selected employees are agreeable to the change, the Contractor shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor.

(d) The Contractor shall be reimbursed for all reasonable phase-in, phase-out costs (i.e., costs incurred within the agreed period after contract expiration that result from phase-in, phase-out operations) and a fee (profit) not to exceed a pro rata portion of the fee (profit) under this contract.

(End of clause)

52.242-1    NOTICE OF INTENT TO DISALLOW COSTS (APR 1984)

(a) Notwithstanding any other clause of this contract--

(1) The Contracting Officer may at any time issue to the Contractor a written notice of intent to disallow specified costs incurred or planned for incurrence under this contract that have been determined not to be allowable under the contract terms; and

(2) The Contractor may, after receiving a notice under subparagraph (1) above, submit a written response to the Contracting Officer, with justification for allowance of the costs. If the Contractor does respond within 60 days, the Contracting Officer shall, within 60 days of receiving the response, either make a written withdrawal of the notice or issue a written decision.

(b) Failure to issue a notice under this Notice of Intent to Disallow Costs clause shall not affect the Government's rights to take exception to incurred costs.

(End of clause)

52.242-3    Penalties for Unallowable Costs.  (MAY 2001)

(a) Definition. Proposal, as used in this clause, means either--

(1) A final indirect cost rate proposal submitted by the Contractor after the expiration of its fiscal year which--

(i) Relates to any payment made on the basis of billing rates; or

(ii) Will be used in negotiating the final contract price; or

(2) The final statement of costs incurred and estimated to be incurred under the Incentive Price Revision clause (if applicable), which is used to establish the final contract price.

(b) Contractors which include unallowable indirect costs in a proposal may be subject to penalties. The penalties are prescribed in 10 U.S.C. 2324 or 41 U.S.C. 256, as applicable, which is implemented in Section 42.709 of the Federal Acquisition Regulation (FAR).

(c) The Contractor shall not include in any proposal any cost that is unallowable, as defined in Subpart 2.1 of the FAR, or an executive agency supplement to the FAR.

(d) If the Contracting Officer determines that a cost submitted by the Contractor in its proposal is expressly unallowable under a cost principle in the FAR, or an executive agency supplement to the FAR, that defines the allowability of specific selected costs, the Contractor shall be assessed a penalty equal to--

(1) The amount of the disallowed cost allocated to this contract; plus

2) Simple interest, to be computed--

(i) On the amount the Contractor was paid (whether as a progress or billing payment) in excess of the amount to which the Contractor was entitled; and

(ii) Using the applicable rate effective for each six-month interval prescribed by the Secretary of the Treasury pursuant to Pub. L. 92-41 (85 Stat. 97).

(e) If the Contracting Officer determines that a cost submitted by the Contractor in its proposal includes a cost previously determined to be unallowable for that Contractor, then the Contractor will be assessed a penalty in an amount equal to two times the amount of the disallowed cost allocated to this contract.

(f) Determinations under paragraphs (d) and (e) of this clause are final decisions within the meaning of the Contract Disputes Act of 1978 (41 U.S.C. 601, et seq.).

(g) Pursuant to the criteria in FAR 42.709-5, the Contracting Officer may waive the penalties in paragraph (d) or (e) of this clause.

(h) Payment by the Contractor of any penalty assessed under this clause does not constitute repayment to the Government of any unallowable cost which has been paid by the Government to the Contractor.

(End of clause)

52.243-1    CHANGES--FIXED-PRICE (AUG 1987) - ALTERNATE II (APR 1984)

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Description of services to be performed.

(2) Time of performance (*i.e.,* hours of the day, days of the week, etc.).

(3) Place of performance of the services.

(4) Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the Government, in accordance with the drawings, designs, or specifications.

(5) Method of shipment or packing of supplies.

(6) Place of delivery.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Contractor must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) If the Contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

(End of clause)


52.246-4     INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996)

(a) Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the

performance of such service or (2) terminate the contract for default.

(End of clause)

52.249-6    TERMINATION (COST-REIMBURSEMENT) (MAY 2004) - ALTERNATE I (SEP 1996)

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part, if--

(1) The Contracting Officer determines that a termination is in the Government's interest; or

(2) The Contractor defaults in performing this contract and fails to cure the default within 10 days (unless extended by the Contracting Officer) after receiving a notice specifying the default. "Default" includes failure to make progress in the work so as to endanger performance.

(b) The Contracting Officer shall terminate by delivering to the Contractor a Notice of Termination specifying whether termination is for default of the Contractor or for convenience of the Government, the extent of termination, and the effective date. If, after termination for default, it is determined that the Contractor was not in default or that the Contractor's failure to perform or to make progress in performance is due to causes beyond the control and without the fault or negligence of the Contractor as set forth in the Excusable Delays clause, the rights and obligations of the parties will be the same as if the termination was for the convenience of the Government.

(c) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause), except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts, the cost of which would be reimbursable in whole or in part, under this contract; approval or ratification will be final for purposes of this clause.

(6) Transfer title (if not already transferred) and, as directed by the Contracting Officer, deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government, and (iii) the jigs, dies, fixtures, and other special tools and tooling acquired or manufactured for this contract, the cost of which the Contractor has been or will be reimbursed under this contract.

(7) Complete performance of the work not terminated.

(8) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (c)(6) of this clause; provided, however, that the Contractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(d) The Contractor shall submit complete termination inventory schedules no later than 120 days from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 120-day period.

(e) After expiration of the plant clearance period as defined in Subpart 49.001 of the Federal Acquisition Regulation, the Contractor may submit to the Contracting Officer a list, certified as to quantity and quality, of termination inventory not previously disposed of, excluding items authorized for disposition by the Contracting Officer. The Contractor may request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the Government will accept the items and remove them or enter into a storage agreement. The Contracting Officer may verify the list upon removal of the items, or if stored, within 45 days from submission of the list, and shall correct the list, as necessary, before final settlement.

(f) After termination, the Contractor shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Contractor shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and shall pay the amount determined.

(g) Subject to paragraph (f) of this clause, the Contractor and the Contracting Officer may agree on the whole or any part of the amount to be paid (including an allowance for fee) because of the termination. The contract shall be amended, and the Contractor paid the agreed amount.

(h) If the Contractor and the Contracting Officer fail to agree in whole or in part on the amount of costs and/or fee to be paid because of the termination of work, the Contracting Officer shall determine, on the basis of information available, the amount, if any, due the Contractor, and shall pay that amount, which shall include the following:

(1) All costs reimbursable under this contract, not previously paid, for the performance of this contract before the effective date of the termination, and those costs that may continue for a reasonable time with the approval of or as directed by the Contracting Officer; however, the Contractor shall discontinue those costs as rapidly as practicable.

(2) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subparagraph (h)(1) of this clause.

(3) The reasonable costs of settlement of the work terminated, including--

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory. If the termination is for default, no amounts for the preparation of the Contractor's termination settlement proposal may be included.

(4) A portion of the fee payable under the contract determined as follows:

(i) If the contract is terminated for the convenience of the Government, the settlement shall include a percentage of the fee equal to the percentage of completion of work contemplated under the contract, but excluding subcontract effort included in subcontractors' termination settlement proposals, less previous payments for fee.

(ii) If the contract is terminated for default, the total fee payable shall be such proportionate part of the fee as the actual work in place is to the total work in place required by the contract.

(5) If the settlement includes only fee, it will be determined under subparagraph (h)(4) of this clause.

(i) The cost principles and procedures in Part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (f) or (h) above or paragraph (l) of this clause, except that if the Contractor failed to submit the termination settlement proposal within the time provided in paragraph (f) and failed to request a time extension, there is no right of appeal. If the Contracting Officer has made a determination of the amount due under paragraph (f), (h) or (l) of this clause, the Government shall pay the Contractor (1) the amount determined by the Contracting Officer if there is no right of appeal or if no timely appeal has been taken, or (2) the amount finally determined on an appeal.

(k) In arriving at the amount due the Contractor under this clause, there shall be deducted--

(1) All unliquidated advance or other payments to the Contractor, under the terminated portion of this contract;

(2) Any claim which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of materials, supplies, or other things acquired by the Contractor or sold under this clause and not recovered by or credited to the Government.

(l) The Contractor and Contracting Officer must agree to any equitable adjustment in fee for the continued portion of the contract when there is a partial termination. The Contracting Officer shall amend the contract to reflect the agreement.

(m)(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) The provisions of this clause relating to fee are inapplicable if this contract does not include a fee.

(End of clause)

52.249-8    DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984)

(a)(1) The Government may, subject to paragraphs (c) and (d) of this clause, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to--

(i) Deliver the supplies or to perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) of this clause); or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) below).

(2) The Government's right to terminate this contract under subdivisions (a)(1)(ii) and (1)(iii) of this clause, may be exercised if the Contractor does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or services similar to those terminated, and the Contractor will be liable to the Government for any excess costs for those supplies or services. However, the Contractor shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather. In each instance the failure to perform must be beyond the control and without the fault or negligence of the Contractor.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

(e) If this contract is terminated for default, the Government may require the Contractor to transfer title and deliver to the Government, as directed by the Contracting Officer, any (1) completed supplies, and (2) partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights (collectively referred to as "manufacturing materials" in this clause) that the Contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the Government has an interest.

(f) The Government shall pay contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes clause. The Government may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the Government against loss because of outstanding liens or claims of former lien holders.

(g) If, after termination, it is determined that the Contractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(h) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

252.203-7000   REQUIREMENTS RELATING TO COMPENSATION OF FORMER DOD OFFICIALS (SEP 2011)

(a) Definition. Covered DoD official, as used in this clause, means an individual that--

(1) Leaves or left DoD service on or after January 28, 2008; and

(2)(i) Participated personally and substantially in an acquisition as defined in 41 U.S.C. 131 with a value in excess of $10 million, and serves or served--

(A) In an Executive Schedule position under subchapter II of chapter 53 of Title 5, United States Code;

(B) In a position in the Senior Executive Service under subchapter VIII of chapter 53 of Title 5, United States Code; or

(C) In a general or flag officer position compensated at a rate of pay for grade O-7 or above under section 201 of Title 37, United States Code; or

(ii) Serves or served in DoD in one of the following positions: Program manager, deputy program manager, procuring contracting officer, administrative contracting officer, source selection authority, member of the source selection evaluation board, or chief of a financial or technical evaluation team for a contract in an amount in excess of $10 million.

(b) The Contractor shall not knowingly provide compensation to a covered DoD official within 2 years after the official leaves DoD service, without first determining that the official has sought and received, or has not received after 30 days of seeking, a written opinion from the appropriate DoD ethics counselor regarding the applicability of post-employment restrictions to the activities that the official is expected to undertake on behalf of the Contractor.

(c) Failure by the Contractor to comply with paragraph (b) of this clause may subject the Contractor to rescission of this contract, suspension, or debarment in accordance with 41 U.S.C. 2105(c).

(End of clause)

252.222-7006   RESTRICTIONS ON THE USE OF MANDATORY ARBITRATION AGREEMENTS (DEC 2010)

(a) Definitions. As used in this clause--

Covered subcontractor means any entity that has a subcontract valued in excess of $1 million, except a subcontract for the acquisition of commercial items, including commercially available off-the-shelf items.

Subcontract means any contract, as defined in Federal Acquisition Regulation subpart 2.1, to furnish supplies or services for performance of this contract or a higher-tier subcontract thereunder.

(b) The Contractor--

(1) Agrees not to--

(i) Enter into any agreement with any of its employees or independent contractors that requires, as a condition of employment, that the employee or independent contractor agree to resolve through arbitration--

(A) Any claim under title VII of the Civil Rights Act of 1964; or

(B) Any tort related to or arising out of sexual assault or harassment, including assault and battery, intentional infliction of emotional distress, false imprisonment, or negligent hiring, supervision, or retention; or

(ii) Take any action to enforce any provision of an existing agreement with an employee or independent contractor that mandates that the employee or independent contractor resolve through arbitration--

(A) Any claim under title VII of the Civil Rights Act of 1964; or

(B) Any tort related to or arising out of sexual assault or harassment, including assault and battery, intentional infliction of emotional distress, false imprisonment, or negligent hiring, supervision, or retention; and

(2) Certifies, by signature of the contract, that it requires each covered subcontractor to agree not to enter into, and not to take any action to enforce, any provision of any existing agreements, as described in paragraph (b)(1) of this clause, with respect to any employee or independent contractor performing work related to such subcontract.

(c) The prohibitions of this clause do not apply with respect to a contractor's or subcontractor's agreements with employees or independent contractors that may not be enforced in a court of the United States.

(d) The Secretary of Defense may waive the applicability of the restrictions of paragraph (b) of this clause in accordance with Defense Federal Acquisition Regulation Supplement 222.7404.

(End of clause)

252.225-7004    REPORT OF INTENDED PERFORMANCE OUTSIDE THE UNITED STATES AND CANADA--SUBMISSION AFTER AWARD (OCT 2010)

(a) Definition. United States, as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) Reporting requirement. The Contractor shall submit a report in accordance with this clause, if the Contractor or a first-tier subcontractor will perform any part of this contract outside the United States and Canada that--

(1) Exceeds $650,000 in value; and

(2) Could be performed inside the United States or Canada.

(c) Submission of reports. The Contractor--

(1) Shall submit a report as soon as practical after the information is known;

(2) To the maximum extent practicable, shall submit a report regarding a first-tier subcontractor at least 30 days before award of the subcontract;

(3) Need not resubmit information submitted with its offer, unless the information changes;

(4) Shall submit all reports to the Contracting Officer; and

(5) Shall submit a copy of each report to: Deputy Director of Defense Procurement and Acquisition Policy (Contract Policy and International Contracting), OUSD(AT&L)DPAP(CPIC), Washington, DC 20301-3060.

(d) Report format. The Contractor--

(1) Shall submit reports using--

(i) DD Form 2139, Report of Contract Performance Outside the United States; or

(ii) A computer-generated report that contains all information required by DD Form 2139; and

(2) May obtain copies of DD Form 2139 from the Contracting Officer or via the Internet at http://www.dtic.mil/whs/directives/infomgt/forms/formsprogram.htm.

(End of clause)

252.225-7006   QUARTERLY REPORTING OF ACTUAL CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES (OCT 2010)

(a) Definition. United States, as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) Reporting requirement. Except as provided in paragraph (c) of this clause, within 10 days after the end of each quarter of the Government's fiscal year, the Contractor shall report any subcontract, purchase, or intracompany transfer that--

(1) Will be or has been performed outside the United States;

(2) Exceeds the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation; and

(3) Has not been identified in a report for a previous quarter.

(c) Exception. Reporting under this clause is not required if--

(1) A foreign place of performance is the principal place of performance of the contract; and

(2) The Contractor specified the foreign place of performance in its offer.

(d) Submission of reports. The Contractor shall submit the reports required by this clause to: Deputy Director of Defense Procurement and Acquisition Policy (Contract Policy and International Contracting), OUSD(AT&L)DPAP(CPIC), Washington, DC 20301-3060.

(e) Report format. The Contractor--

(1) Shall submit reports using--

(i) DD Form 2139, Report of Contract Performance Outside the United States; or

(ii) A computer-generated report that contains all information required by DD Form 2139; and

(2) May obtain copies of DD Form 2139 from the Contracting Officer or via the Internet at http://www.dtic.mil/whs/directives/infomgt/forms/formsprogram.htm.

(f) Subcontracts. The Contractor--

(1) Shall include the substance of this clause in all first-tier subcontracts exceeding $650,000, except those for commercial items, construction, ores, natural gases, utilities, petroleum products and crudes, timber (logs), or subsistence;

(2) Shall provide the number of this contract to its subcontractors required to submit reports under this clause; and

(3) Shall require the subcontractor, with respect to performance of its subcontract, to comply with the requirements directed to the Contractor in paragraphs (b) through (e) of this clause.

(End of clause)

252.225-7045 BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIAL UNDER TRADE AGREEMENTS (NOV 2012)

(a) Definitions. As used in this clause--

Caribbean Basin country construction material means a construction material that---

(1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.

Commercially available off-the-shelf (COTS) item--

(1) Means any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition of ``commercial item'' in section 2.101 of the Federal Acquisition Regulation);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. 40102), such as agricultural products and petroleum products.

Component means any article, material, or supply incorporated directly into construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site

preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Designated country means--

(1) A World Trade Organization Government Procurement Agreement (WTO GPA) country (Armenia, Aruba, Austria, Belgium, Bulgaria, Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan (known in the World Trade Organization as ``the Separate Customs Territory of Taiwan, Penghu, Kinmen, and Matsu'' (Chinese Taipei)), or the United Kingdom);

(2) A Free Trade Agreement country (Australia, Bahrain, Canada, Chile, Colombia, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Korea (Republic of), Mexico, Morocco, Nicaragua, Panama, Peru, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, East Timor, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Maldives, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, Tanzania, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bonaire, British Virgin Islands, Curacao, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Saba, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Sint Eustatius, Sint Maarten, or Trinidad and Tobago).

Designated country construction material means a construction material that is a WTO GPA country construction material, a Free Trade Agreement country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if--

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

Free Trade Agreement country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Free Trade Agreement country into a new and different construction material distinct from the material from which it was transformed.

Least developed country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

United States means the 50 States, the District of Columbia, and outlying areas.

WTO GPA country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

(b) This clause implements the Balance of Payments Program by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements apply to this acquisition. Therefore, the Balance of Payments Program restrictions are waived for designated country construction materials.

(c) The Contractor shall use only domestic or designated country construction material in performing this contract, except for--

(1) Construction material valued at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation;

(2) Information technology that is a commercial item; or

(3) The construction material or components listed by the Government as follows:

Not-Applicable.

(End of clause)

252.225-7993 PROHIBITION ON CONTRACTING WITH THE ENEMY IN THE UNITED STATES CENTRAL COMMAND THEATER OF OPERATIONS (DEVIATION2012-O0005)(JAN 2012)

(a)  The Contractor is required to exercise due diligence to ensure that none of the funds received under this contract are provided, directly or indirectly, to a person or entity who is actively supporting an insurgency or otherwise actively opposing U.S. or coalition forces in a contingency operation.

(b)  The Head of the Contracting Activity (HCA) has the authority to—

(1)  Terminate this contract for default, in whole or in part, if the HCA determines in writing that the Contractor failed to exercise due diligence as required by paragraph (a) of this clause; or

(2)  Void this contract, in whole or in part, if the HCA determines in writing that any funds received under this Contract have been provided, directly or indirectly, to a person or entity who is actively supporting an insurgency or otherwise actively opposing U.S. or coalition forces in a contingency operation.

(End of clause)

252.225-7994 ADDITIONAL ACCESS TO CONTRACTOR AND SUBCONTRACTOR RECORDS IN THE UNITED STATES CENTRAL COMMAND THEATER OF OPERATIONS (DEVIATION 2012-O0005)(JAN 2012)

(a)  In addition to any other existing examination-of-records authority, the Department of Defense is authorized to examine any records of the Contractor to the extent necessary to ensure that funds available under this Contract are not—

(1)  Subject to extortion or corruption; or

(2)  Provided, directly or indirectly, to persons or entities that are actively supporting an insurgency or otherwise actively opposing United States or coalition forces in a contingency operation.

(b)  The substance of this clause, including this paragraph (b), is required to be included in subcontracts under this Contract that have an estimated value over $100,000.

(End of clause)

252.225-7995  CONTRACTOR PERSONNEL PERFORMING IN THE UNITED STATES CENTRAL COMMAND AREA OF RESPONSIBILITY (DEVIATION 2011-O0004) (APR 2011)

(a)  *Definition.*  As used in this clause—

"Chief of mission" means the principal officer in charge of a diplomatic mission of the United States or of a United States office abroad which is designated by the Secretary of State as diplomatic in nature, including any individual assigned under section 502(c) of the Foreign Service Act of 1980 (Public Law 96-465) to be temporarily in charge of such a mission or office.

(b)  *General.*  (1)  This clause applies when contractor personnel are required to perform in the United States Central Command (USCENTCOM) Area of Responsibility (AOR) and are not covered by the clause at DFARS 252.225-7040, Contractor Personnel Authorized to Accompany U.S. Armed Forces Deployed Outside the United States.

(2)  Contract performance may require work in dangerous or austere conditions.  Except as otherwise provided in the contract, the Contractor accepts the risks associated with required contract performance in such operations.

(3)  Contractor personnel are civilians.

(i)  Except as provided in paragraph (b)(3)(ii) of this clause, and in accordance with paragraph (i)(3) of this clause, contractor personnel are only authorized to use deadly force in self defense.

(ii) Contractor personnel performing security functions are also authorized to use deadly force when use of such force reasonably appears necessary to execute their security mission to protect assets/persons, consistent with the terms and conditions contained in the contract or with their job description and terms of employment.

(4) Service performed by contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106.

(c) *Support.* Unless specified elsewhere in the contract, the Contractor is responsible for all logistical and security support required for contractor personnel engaged in this contract.

(d) *Compliance with laws and regulations.* The Contractor shall comply with, and shall ensure that its personnel in the USCENTCOM AOR are familiar with and comply with, all applicable—

(1) United States, host country, and third country national laws;

(2) Treaties and international agreements;

(3) United States regulations, directives, instructions, policies, and procedures; and

(4) Force protection, security, health, or safety orders, directives, and instructions issued by the USCENTCOM Commander; however, only the Contracting Officer is authorized to modify the terms and conditions of the contract.

(e) *Preliminary personnel requirements.* (1) Specific requirements for paragraphs (e)(2)(i) through (e)(2)(vi) of this clause will be set forth in the statement of work or elsewhere in the contract.

(2) Before contractor personnel depart from the United States or a third country, and before contractor personnel residing in the host country begin contract performance in the USCENTCOM AOR, the Contractor shall ensure the following:

(i) All required security and background checks are complete and acceptable.

(ii) All personnel are medically and physically fit and have received all required vaccinations.

(iii) All personnel have all necessary passports, visas, entry permits, and other documents required for contractor personnel to enter and exit the foreign country, including those required for in-transit countries.

(iv) All personnel have received theater clearance, if required by the Combatant Commander.

(v) All personnel have received personal security training. The training must, at a minimum—

(A) Cover safety and security issues facing employees overseas;

(B) Identify safety and security contingency planning activities; and

(C) Identify ways to utilize safety and security personnel and other resources appropriately.

(vi) All personnel who are U.S. citizens are registered with the U.S. Embassy or Consulate with jurisdiction over the area of operations on-line at http://www.travel.state.gov.

(3) The Contractor shall notify all personnel who are not a local national or ordinarily resident in the host country that—

(i) Such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged

in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States (see the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3261 *et seq.*);

(ii)  Pursuant to the War Crimes Act, 18 U.S.C. 2441, Federal criminal jurisdiction also extends to conduct that is determined to constitute a violation of the law of war when committed by a civilian national of the United States;

(iii)  Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of United States diplomatic, consular, military, or other Government missions outside the United States (18 U.S.C. 7(9)).

(f)  *Processing and departure points*.  The Contractor shall require its personnel who are arriving from outside the area of performance to perform in the USCENTCOM AOR to—

(1)  Process through the departure center designated in the contract or complete another process as directed by the Contracting Officer;

(2)  Use a specific point of departure and transportation mode as directed by the Contracting Officer; and

(3)  Process through a reception center as designated by the Contracting Officer upon arrival at the place of performance.

(g)  *Registration of Contractor personnel and private security contractor equipment.*

(1) The Contractor is required to register in the automated web-
based Synchronized Predeployment and Operational Tracker (SPOT) following the procedures in paragraph (g)(4) of this clause.

(2) Prior to deployment of contractor employees, or, if already in the USCENTCOM AOR, upon becoming an employee under this contract, the Contractor shall enter into SPOT, and maintain current data, including actual arrival date and departure date, for all contractor personnel, including U.S. citizens, U.S. legal aliens, third-country nationals, and local national contractor personnel, who are performing this contract in the USCENTCOM AOR as follows:

(i)  In all circumstances, this includes any personnel performing private security functions.

(ii)  For personnel other than those performing private security functions, this requirement excludes anyone—

(A) Hired under contracts valued less than $100,000;

(B) Who will be performing in the CENTCOM AOR less than 30 continuous days; or

(C) Who, while afloat, are tracked by the Diary message Reporting System

(3)  Weapons, armored vehicles, helicopters, and other military vehicles used by personnel performing private security functions under this contract must be entered into SPOT, and the currency of such information must be maintained.

(4)  Follow these steps to register in and use SPOT:

(i)  SPOT registration requires one of the following login methods:

(A)  A Common Access Card or a SPOT-approved digital certificate; or

(B)  A Government-sponsored SPOT user ID and password or an Army Knowledge Online (AKO) account.

(ii) *To register in SPOT:*

(A) Contractor company administrators should register for a SPOT account at https://spot.altess.army.mil; and

(B) The customer support team must validate user need. This process may take two business days. Company supervisors will be contacted to validate Contractor company administrator account requests and determine the appropriate level of user access.

(iii) Upon approval, all users will access SPOT at https://spot.altess.army.mil/.

(iv) Refer SPOT application assistance questions to the Customer Support Team at 717-458-0747 or SPOT.helpdesk@us.army.mil. Refer to the SPOT Enterprise Suite Resource Center at http://www.resource.spot-es.net/ for additional training resources and documentation regarding registration for and use of SPOT.

(5) The Contractor shall submit aggregate contractor personnel counts at a minimum quarterly or as directed by the Contracting Officer by category (i.e. U.S. third country national or local national) of those contractor personnel who are on contracts valued greater than $100,000, but performing less that 30 days in the AOR (e.g. day laborers).

(6) The Contractor shall ensure that all contractor personnel in the database have a current DD Form 93, Record of Emergency Data Card, on file with both the Contractor and the designated Government official. The Contracting Officer will inform the Contractor of the Government official designated to receive the data card.

(h) *Contractor personnel.* The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any contractor personnel who fail to comply with or violate applicable requirements of this contract. Such action may be taken at the Government's discretion without prejudice to its rights under any other provision of this contract, including termination for default or cause.

(i) *Weapons.*

(1) If the Contracting Officer, subject to the approval of the USCENTCOM Commander, authorizes the carrying of weapons—

(i) The Contracting Officer may authorize an approved Contractor to issue Contractor-owned weapons and ammunition to specified employees; or

(ii) The **(USACE DOES NOT ISSUE WEAPONS TO CONTRACTORS)** may issue Government-furnished weapons and ammunition to the Contractor for issuance to specified contractor employees.

(2) The Contractor shall provide to the Contracting Officer a specific list of personnel for whom authorization to carry a weapon is requested.

(3) The Contractor shall ensure that its personnel who are authorized to carry weapons—

(i) Are adequately trained to carry and use them—

(A) Safely;

(B) With full understanding of, and adherence to, the rules of the use of force issued by the USCENTCOM Commander; and

(C)  In compliance with applicable Department of Defense and agency policies, agreements, rules, regulations, and other applicable law;

(ii)  Are not barred from possession of a firearm by 18 U.S.C. 922; and

(iii)  Adhere to all guidance and orders issued by the USCENTCOM Commander regarding possession, use, safety, and accountability of weapons and ammunition.

(4)  Upon revocation by the Contracting Officer of the Contractor's authorization to possess weapons, the Contractor shall ensure that all Government-furnished weapons and unexpended ammunition are returned as directed by the Contracting Officer.

(5)  Whether or not weapons are Government-furnished, all liability for the use of any weapon by contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

(j)  *Vehicle or equipment licenses.*  Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contract in the area of performance.

(k)  *Military clothing and protective equipment.*

(1)  Contractor personnel are prohibited from wearing military clothing unless specifically authorized by the USCENTCOM Commander.  If authorized to wear military clothing, contractor personnel must wear distinctive patches, arm bands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures.

(2)  Contractor personnel may wear specific items required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.

(l)  *Evacuation.*

 (1)  If the Chief of Mission or USCENTCOM Commander orders a mandatory evacuation of some or all personnel, the Government will provide to United States and designated third country national contractor personnel the level of assistance provided to private United States citizens.

(2)  In the event of a non-mandatory evacuation order, the Contractor shall maintain personnel on location sufficient to meet contractual obligations unless instructed to evacuate by the Contracting Officer.

(m)  *Notification and return of personal effects.*

(1)  The Contractor shall be responsible for notification of the contractor personnel designated next of kin, and notification as soon as possible to the U.S. Consul responsible for the area in which the event occurred, if the individual—

(i)  Dies;

(ii)  Requires evacuation due to an injury; or

(iii) Is isolated, missing, detained, captured, or abducted.

(2)  The Contractor shall also be responsible for the return of all personal effects of deceased or missing contractor personnel, if appropriate, to next of kin.

(n)  *Mortuary affairs.*  Mortuary affairs for contractor personnel who die in the area of performance will be handled in accordance with DoD Directive 1300.22, Mortuary Affairs Policy.

(o) *Changes.* In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in place of performance or Government-furnished facilities, equipment, material, services, or site. Any change order issued in accordance with this paragraph shall be subject to the provisions of the Changes clause of this contract.

(p) *Subcontracts.* The Contractor shall incorporate the substance of this clause, including this paragraph (p), in all subcontracts that require subcontractor personnel to perform in the USCENTCOM AOR.

(End of clause)

252.227-7022    GOVERNMENT RIGHTS (UNLIMITED)  (MAR 1979)

The Government shall have unlimited rights, in all drawings, designs, specifications, notes and other works developed in the performance of this contract, including the right to use same on any other Government design or construction without additional compensation to the Contractor. The Contractor hereby grants to the Government a paid-up license throughout the world to all such works to which he may assert or establish any claim under design patent or copyright laws. The Contractor for a period of three (3) years after completion of the project agrees to furnish the original or copies of all such works on the request of the Contracting Officer.

(End of clause)

252.232-7003    ELECTRONIC SUBMISSION OF PAYMENT REQUESTS AND RECEIVING REPORTS (JUNE 2012)

(a) Definitions. As used in this clause–

(1) Contract financing payment and invoice payment have the meanings given in section 32.001 of the Federal Acquisition Regulation.

(2) Electronic form means any automated system that transmits information electronically from the initiating system to all affected systems. Facsimile, e-mail, and scanned documents are not acceptable electronic forms for submission of payment requests. However, scanned documents are acceptable when they are part of a submission of a payment request made using Wide Area WorkFlow (WAWF) or another electronic form authorized by the Contracting Officer.

(3) Payment request means any request for contract financing payment or invoice payment submitted by the Contractor under this contract.

(4) Receiving report means the data required by the clause at 252.246-7000, Material Inspection and Receiving Report.

(b) Except as provided in paragraph (c) of this clause, the Contractor shall submit payment requests and receiving reports using WAWF, in one of the following electronic formats that WAWF accepts: Electronic Data Interchange, Secure File Transfer Protocol, or World Wide Web input. Information regarding WAWF is available on the Internet at https://wawf.eb.mil/.

(c) The Contractor may submit a payment request and receiving report using other than WAWF only when–

(1) The Contracting Officer administering the contract for payment has determined, in writing, that electronic submission would be unduly burdensome to the Contractor. In such cases, the Contractor shall include a copy of the Contracting Officer's determination with each request for payment;

(2) DoD makes payment for commercial transportation services provided under a Government rate tender or a contract for transportation services using a DoD-approved electronic third party payment system or other exempted vendor payment/invoicing system (e.g., PowerTrack, Transportation Financial Management System, and Cargo and Billing System);

(3) DoD makes payment for rendered health care services using the TRICARE Encounter Data System (TEDS) as the electronic format; or

(4) When the Governmentwide commercial purchase card is used as the method of payment, only submission of the receiving report in electronic form is required.

(d) The Contractor shall submit any non-electronic payment requests using the method or methods specified in Section G of the contract.

(e) In addition to the requirements of this clause, the Contractor shall meet the requirements of the appropriate payment clauses in this contract when submitting payments requests.

(End of clause)

252.236-7001    CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

Volume 1 of 1 W912ER-11-D-0010 Task Order 0006 (Parts 1 thru 6).

(End of clause)

252.236-7004    PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) Sixty (60) percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining forty (40) percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

252.246-7004 SAFETY OF FACILITIES, INFRASTRUCTURE, AND EQUIPMENT FOR MILITARY OPERATIONS (OCT 2010)

(a) Definition. Discipline Working Group, as used in this clause, means representatives from the DoD Components, as defined in MIL-STD-3007F, who are responsible for the unification and maintenance of the Unified Facilities Criteria (UFC) documents for a particular discipline area.

(b) The Contractor shall ensure, consistent with the requirements of the applicable inspection clause in this contract, that the facilities, infrastructure, and equipment acquired, constructed, installed, repaired, maintained, or operated under this contract comply with Unified Facilities Criteria (UFC) 1-200-01 for--

(1) Fire protection;

(2) Structural integrity;

(3) Electrical systems;

(4) Plumbing;

(5) Water treatment;

(6) Waste disposal; and

(7) Telecommunications networks.

(c) The Contractor may apply a standard equivalent to or more stringent than UFC 1-200-01 upon a written determination of the acceptability of the standard by the Contracting Officer with the concurrence of the relevant Discipline Working Group.

(End of clause)

Section 00 73 00 - Special Contract Requirements

SCR

A. CONTRACT ADMINISTRATION

1. The Procuring Contracting Officer is Michelle. R. Pearman, at the following address:

U.S. Army Corps of Engineers
Middle East District
Attention: CETAM-CT-M/Michelle R. Pearman
201 Prince Frederick Drive
Winchester, VA 22602
Phone Number: 540-665-3673
FAX Number: 540-665-4985
E-Mail: Michelle.R.Pearman@usace.army.mil

2. The Project Manager, Janet D. Rigoni, will manage this task order at the following address:

U.S. Army Corps of Engineers
Middle East District
Attention: CETAM-PM-O/Janet D. Rigoni
201 Prince Frederick Drive
Winchester, VA 22602
Phone Number: 540-665-4984
FAX Number: 540-665-3625
E-Mail: Janet.D.Rigoni@usace.army.mil

3. The Contract Specialist, Tino Philip, will administer this task order at the following address:

U.S. Army Corps of Engineers
Middle East District
ATTN: CETAM-CT-M/Tino Philip
201 Prince Frederick Drive
Winchester, VA 22602
Phone Number: 540-665-3953
FAX Number: 540-665-4985
E-Mail: Tino.Philip@usace.army.mil

4. The Procuring Contracting Officer, or his or her duly authorized successor, is authorized to take action on behalf of the U.S. Government, such as changes in the terms of the contract, including deviations from specifications, details, and delivery schedules.

5. Contracting Officer's Representative: A Contracting Officer's Representative (COR) will be appointed under this contract. The COR will conduct oversight of the contract work and report to the Contracting Officer. The COR will not have authority to change the terms of the contract or obligate funds of the government.

(End of Requirement)

B. POST AWARD CONFERENCE

A Post Award Conference will be held with the successful Offeror. At the earliest practicable time, prior to commencement of work, the Contractor and any Subcontractors whose presence is necessary or requested shall meet

in conference with the Contracting Officer. The purpose of this conference is to discuss and develop a mutual understanding relative to the details of the administration and execution of this contract. The Contracting Officer will establish the date, time, and location of this conference.

(End of Requirement)

C. SUBMITTING PAY ESTIMATES AND PAYMENTS TO THE CONTRACTOR

a. The Contractor shall use Engineer Form 93 (ENG 93), Payment Estimate – Contract Performance, as its request for payment. The Contractor must submit the certification at FAR Clause 52.232-5, paragraph (c) along with each request for progress payment. The ENG Form 93 shall be sent to the Contracting Officer's Representative for certification that the work invoiced has been performed. All payments made by the U.S. Government to the Contractor for work performed under this contract will be made in U.S. Dollars.

b. Progress payments are authorized under a construction contract in accordance with Contract Clause 52.232-5, "Payments Under Fixed-Price Construction Contracts," which states that the Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer. The Contracting Officer will review and approve requests for progress payments in accordance with the "Payments under Fixed-Price Construction Contracts" clause of the contract, Section 007200. When the work is certified complete and a proper invoice has been received, the Contracting Officer can process the invoice for payment through the cognizant finance and accounting office.

c. Method of Payment shall be made by either:

(1) U. S. Treasury Check sent by regular mail;

(2) U. S. Treasury check sent by a courier service (Federal Express, DHL, etc.); or

(3) Electronic funds transfer in accordance with Federal Acquisition Regulation (FAR Clause 52.232-34, Payment by Electronic Transfer—Other Than Central Contractor Registration.

c. A Release of Claims statement shall be obtained prior to making final payment. The final invoice shall have the following statement on the invoice: "RELEASE OF CLAIMS." Upon acceptance and payment of this final invoice, the Government is hereby released from all Claims, arising by virtue of this Contract, other than claims in the stated amounts indicated below." (List all claims, if any; if none, so state.)

(End of Requirement)

D. CONTRACTOR LIAISON WITH FOREIGN GOVERNMENT

All communication by the Contractor with officials, representatives and/or offices of the Government of Bahrain in all matters pertaining to the work to be accomplished under this contract shall be through and in full liaison with the Contracting Officer, except as is otherwise the common practice in the processing of normal business licenses and permissions with the various levels of the Government of Bahrain.

(End of Requirement)

E. COMPLIANCE WITH HOST COUNTRY RULES AND CUSTOMS

a. The laws of the host country may prohibit access to certain areas of the country that are under military control. The Contractor shall be responsible for advising the Contracting Officer of the names of personnel, type, and amounts of equipment, dates and length of time required at the site, and purpose of entering the host country, so that proper clearances may be obtained from the Host Government. It is understood that areas to which rights of entry are

provided by the Host Government are to be used only for work carried out under the contract and no destruction or damages shall be caused, except through normal usage, without concurrence of the Host Government.

    b. The following items are the sole responsibility of the Contractor to investigate, estimate as to cost, and assume the risk, as normally encountered by Contractors on fixed-price contracts. The Contractor shall be responsible for determining the effect of the following on his own cost of performance of the contract and for including sufficient amount in the contract price:

    (1)  Official language and type of accounts required to satisfy the officials of the local Government.

    (2) Entry and exit visas, residence permits, and residence laws applicable to aliens. This includes any special requirements of the Host Government, including those required by local Labor Offices, which the Contractor may have to fulfill before an application for a regular block of visas will be accepted.

    (3) Passports, health and immunization certificates, and quarantine clearance.

    (4)  Compliance with local labor and insurance laws, including payment of employer's share of contribution, collecting balance from employee and paying into insurance funds.

    (5)  Strikes, demonstrations and work stoppage.

    (6) Collection through withholding and payment to local Government, of any Host Country income tax on employees subject to tax.

    (7) Arranging to perform work in the host country, to import personnel, to employ non-indigenous labor, to receive payments and to remove such funds from the country.

    (8) Operating under local laws, practices, customs and controls, and with local unions, in connection with hiring and firing, mandatory wage scales, vacation pay, severance pay, overtime, holiday pay, 7th day of rest, legal notice or pay in lieu thereof for dismissal of employees, slowdown and curtailed schedules during religious holidays and ratio of local labor employed in comparison to others.

    (9) Possibility of claims in local bureaus, litigation in local courts, or attachment of local bank accounts.

    (10)  Compliance with workmen's compensation laws and contributions into funds.

    (11)   Provisions of necessary medical service for Contractor employees.

    (12)  Special license required by the local Government for setting up and operating any manufacturing plant in the host country, e.g., concrete batching, pre-cast concrete, concrete blocks, etc.

    (13) Sales within the host country of Contractor-owned materials, and equipment.

    (14) Special licenses for physicians, mechanics, tradesmen, drivers, etc.

    (15) Identification and/or registration with local police of imported personnel.

    (16) Stamp tax on documents, payments and payrolls.

    (17) Base passes for permanent staff, day laborers, motor vehicles, etc.

    (18)  Compliance with all customs and import rules, regulations and restrictions, including, but not limited to, local purchase requirements.

(19)  Unless otherwise provided in this contract, the contract price includes all applicable taxes and duties, except taxes and duties that the Government of the United States and the government of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(End of Requirement)

F.  U.S. ARMY CORPS OF ENGINEERS SAFETY AND HEALTH REQUIREMENTS MANUAL, EM 385-1-1

The contractor is responsible for complying with US Army Corps of Engineers safety and health requirements as set forth in manual EM 385-1-1. The manual is posted on the worldwide web at the USACE home page: http://www.usace.army.mil  Select "Library" from the top banner; select "Publications"; under "Table of USACE Publications" select "Engineer Manuals"; under the "Pub. Number" column, find and select EM 385-1-1. The manual is available in English, Arabic, Japanese and Dari.

(End of Requirement)

G.  CONTRACTOR PERFORMANCE EVALUATIONS

In accordance with the provisions of Subpart 36.201 (Evaluation of Contractor Performance) of the Federal Acquisition Regulation (FAR), construction Contractor's performance shall be evaluated throughout the performance of the contract.  The United States Army Corps of Engineers (USACE) follows the procedures outlined in Engineering Regulation 415-1-17 to fulfill this FAR requirement.  For Construction Contracts awarded at or above $100,000.0, the USACE will evaluate Contractor's performance and prepare a performance report using the Construction Contractor Appraisal Support System (CCASS), which is now a web-based system.  After an evaluation (interim or final) is written up by the USACE, the Contractor will have the ability to access, review and comment on the evaluation for a period of thirty (30) calendar days.  Accessing and using CCASS requires specific software, called PKI certification, which is installed on the user's computer.  The certification is a Department of Defense requirement and was implemented to provide security in electronic transactions.  The certification software could cost approximately $110 - $125 per certificate per year and is purchased from an External Certificate Authorities (ECA) vendor.  Current information about the PKI certification process and for contacting vendors can be found on the web site:  http://www.cpars.navy.mil/.  If the Contractor wishes to participate in the performance evaluation process, access to CCASS and PKI certification is the sole responsibility of the Contractor

(End of Requirement)

H.  DUTIES, TAXES, AND LICENSE FEES - BAHRAIN

   a. All materials, equipment and supplies that are for use and/or incorporation into the project are exempt from Bahrain taxes, duties and license fees.  The Contractor warrants his price for this contract is exclusive of any such charges.

   b. If after the date of this contract and except for the provisions of paragraph c., below, the Contractor is required by the Host Government to pay any such taxes, duties, or license fees (paid directly to the Host country), on materials, equipment and supplies for use and/or Incorporation into this project, he shall notify the Contracting Officer in writing within thirty calendar (30) days.   Upon satisfactory proof of payment of such duties, taxes or license fees, the Contractor will be reimbursed for the amount of the payment therefore.

   c. Contractor-owned or controlled materials, equipment and supplies sold or disposed of by the Contractor may be subject to the imposition of local duties and within the Host country taxes.  No reimbursement will be made under this clause for such transactions.

   d. The contractor shall maintain an inventory control and accounting system adequate to reflect the usage and disposition of all contractor-owned property which has entered the country duty-free under this contract.

(End of Requirement)

I.   CONSTRUCTION SEQUENCING

   The Contractor shall utilize the information provided below in sequencing work under this contract. Restraints and sequencing requirements described below shall be clearly shown in the Construction Schedule to be submitted by the Contractor.

   a.   Site Security and Access: Subject to coordination, security and submittal requirements identified in this contract, the Contractor will have access to the construction site immediately after Notice to Proceed. All work required under this contract will be performed in the "Water Front Development Area". Prior to starting any major feature of work under this contract, the Contractor will be required to furnish and install temporary chain link fences for safety and security reasons. Throughout the life of this contract, the Contractor will be required to relocate portions of these temporary fences to accommodate construction by others as well as US Navy operations. All temporary fencing provided shall be removed at the end of this contract.

   b.   Coordination with other Contractors: There will be other active construction projects and on-going US Navy operations in the Water Front Development Area during the execution of this contract. The Contractor shall be responsible for coordinating with other Contractors and US Navy working in the same general area to minimize any impact to this project or other ongoing projects. Any conflicts will be immediately reported to the Contracting Officer and the Contractor will participate in joint meetings with other Contractors/US Navy on an as needed basis to coordinate activities and minimize impacts. Access to other ongoing projects will utilize the same routes used under this contract and the Contractor's mobilization area will be adjacent to the designated mobilization areas for others. The access to other project sites and mobilization areas shall be maintained open at all times unless otherwise approved by the Contracting Officer. If a requirement to limit or block access is identified, the Contractor shall notify the Contracting Officer a minimum of seven days prior to the start of the limiting or blocking of access. The Contracting Officer will coordinate with other Contractors and US Navy to minimize impacts and to provide alternate access when possible.

   c.   Protection of Utilities: There will be utility systems and drainage areas crossing the Contractor's work areas. The Contractor shall take all steps necessary to protect the utility systems and maintain drainage through these areas throughout the life of the contract. Any damages to the utility systems or blockage of drainage will be immediately repaired by the Contractor at no additional cost to the Government.

(End of Requirement)

J. PARTNERING

   In order to most effectively accomplish this contract, the Government proposes to form a partnership with the Contractor to develop a cohesive building team.  It is anticipated that this partnership would involve the Government, Contractor, primary subcontractors and designers.  This partnership would strive to develop a cooperative management team drawing on the strengths of each team member in an effort to achieve a quality project within budget and on schedule.  This partnership would be bilateral in membership and participation will be totally voluntary.  Any cost associated with effectuating this partnership, excluding travel and lodging cost of Government personnel, will be borne by each party with facility cost shared equally between parties, as applicable.  The partnering meetings will be held in Bahrain.

(End of Requirement)

K. CONTRACT MANPOWER REPORTING CLAUSE

   The Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs) operates and maintains a secure Army data collection site where the contractor shall report all contractor manpower (including subcontractor manpower) required for performance of this contract. The contractor shall be required to completely fill in all the

information in the format using the following web address: https://contractormanpower.army.pentagon.mil.

The required information includes:

1. Contracting Office, Contracting Officer, Contracting Officer's Technical Representative;
2. Contract number, including task and Delivery order number;
3. Beginning and ending dates covered by reporting period;
4. Contractor name, address, phone number, e-mail address, identity of contractor employee entering data;
5. Estimated direct labor hours (including subcontractors);
6. Estimated direct labor dollars paid this reporting period (including subcontractors);
7. Total payments (including subcontractors);
8. Predominant Federal Service Code (FSC) reflecting services provided by contractor (and separate predominant FSC for each subcontractor if different);
9. Estimated data collection cost;
10. Organizational title associated with the Unit Identification Code (UIC) for the Army Requiring Activity (the Army Requiring Activity is responsible for providing the contractor with its UIC for the Purposes of reporting this information;
11. Locations where contractor and Subcontractors perform the work (specified by zip code in the United States and nearest city, country, when in an overseas location, using standardized nomenclature provided on website);
12. Presence of deployment or contingency contract language; and
13. Number of contractor and subcontractor employees deployed in theater this reporting Period (by country).

As part of its submission, the contractor shall provide the estimated total cost (if any) incurred to comply with this reporting requirement. Reporting period shall be the period of performance not to exceed 12 months ending September 30 of each government fiscal year and must be reported by 31 October of each calendar year.

Contractors shall use a direct Extensible Markup Language (XML) data transfer to the database server or fill in the fields on the website. The XML direct transfer is a format for transferring files from a contractor's systems to the secure website without the need for separate data entries for each required data element at the website. The specific formats for the XML direct transfer can be downloaded from the website.

And here's an ex of how it's listed on CLIN:

BID OPTION #11 Office Trailer Services for up to 24 months in accordance with contract documents.

## ACCOUNTING AND APPROPRIATION DATA

AA: 21320500000 088170      323036DL4770000000000  E314  44214
AMOUNT: $33,164,063.50
CIN W26WKS324871890001: $33,164,063.50

AB: 21320500000 088170      323049BL2570000000000  E314  44214
AMOUNT: $7,137,152.05
CIN W26WKS324871830001: $7,137,152.05

**A482**

Section 00 73 10 - Supplemental Contract Requirements

SCR

A.  REQUIREMENTS FOR ISSUANCE OF NOTICE TO PROCEED

The following contract requirements (a) through (g) below must be provided to the Contracting Officer through the assigned Contract Specialist prior to issuance of the Notice to Proceed.  The U.S. Government intends to issue Notice to Proceed within 20 days after award of this contract.

FAILURE TO PROVIDE THE FOLLOWING ITEMS TO THE CONTRACTING OFFICER WITHIN 21 DAYS OF CONTRACT AWARD SHALL BE CONSIDERED A MATERIAL BREACH OF CONTRACT AND COULD CAUSE THIS CONTRACT TO BE TERMINATED FOR DEFAULT/CAUSE.

(a)  Signed acknowledgement of the Notice of Award. You must provide a complete and signed copy of the Notice of Award to the Contracting Officer.

(b)  Signed copy of the contract

(c)  Proof of a DBA Insurance policy from commercially available carriers and self-insured employers authorized by the Department of Labor (DOL).  The DOL table of authorized carriers and self-insured employers is available at:

http://www.dol.gov/owcp/dlhwc/lscarrier.htm

The contractor shall submit proof of a valid DBA insurance policy for the prime and their subcontractors at every tier prior to performance of the contract. Every subcontractor shall procure its own DBA Insurance coverage.This is a contract requirement in accordance with FAR clause 52.228-3 "Worker's Compensation Insurance (Defense Base Act)".

(d)  Notice of Application of US Criminal Jurisdiction.  In accordance with DFARS clause 252.225-7040 "Contractor Personnel Authorized to Accompany US Armed Forces Deployed Outside the United States", you are required to notify any employee working on this contract who is a US National about the overseas application of US Criminal Jurisdiction.  You must provide the Contracting Officer a copy of the "Notice of Application of US Criminal Jurisdiction" that you will provide to your employees.  If you will not employ US Nationals on this contract, you must provide a statement of non-applicability to the Contracting Officer.  Either the notice or statement of non-applicability shall be in the form of a memorandum on your company letterhead which has been signed by an authorized representative of your company.

(e)  Travel Warning Notifications.  In accordance with DFARS clause 252.225-7043 "Antiterrorism/Force Protection Policy For Defense Contractors Outside the United States", you are required to provide antiterrorism/force protection awareness information (i.e. Travel Warnings) to all employees performing work under this contract.  You must provide the Contracting Officer a copy of these travel warnings that you will issue to your employees on your company letterhead and which has been signed by an authorized representative of your company.

(f)  Proof of SPOT entry of employees performing work under this contract.  In accordance with DFARS clause 252.225-7040 "Contractor Personnel Authorized to Accompany US Armed Forces Deployed Outside The United States", you are required to record all personnel working under this contract in the Synchronized Pre-Deployment Operational Tracker (SPOT) system.  The SPOT system is found at https://spot.atless.army.mil. This requirement is for all employees of the Prime and their Subcontractors at every tier of performance of this contract.  You are required to input personnel into the SPOT system before issuance of NTP and maintain this data during the entire performance period of this contract.  If your company is not already registered in SPOT, complete the SPOT registration form found as Attachment B of the contract Award Letter and return to the Contracting Officer.  Once you are registered you must input at least five (5) personnel into the SPOT system for

issuance of NTP.  All employees assigned to the job under the contract should be entered as soon as possible and the list maintained in a current status whenever personnel changes occur.

(g)  EFT Wire Transfer Form.  If this is your first contract with the United States Corps of Engineers (USACE) Middle Engineer District (MED), you must complete the EFT Wire Transfer Form and return to the Contracting Officer.  The EFT Wire Transfer Form will be provided per request.  All contracts with USACE-MED are paid by electronic funds transfer.

# FY12 P935-P940 Projects

# NSA, Bahrain

VOLUME 1 OF 1
PARTS 1 thru 6



US Army Corps
of Engineers
Middle East District

# NAVFAC RFP FORMAT

The following is a brief description of the NAVFAC 6 part RFP format.   This is the basic format for all NAVFAC Request for Proposals (RFP) and provides a logical separation of the information needed to describe the requirements of a project.

## RFP PART 1 – PROPOSAL FORMS AND DOCUMENTS

Part 1 includes the Proposal Forms and other submittal documents which are prepared by the Contracting Officer. These documents include the legal clauses of the contract.

## RFP PART 2 – GENERAL REQUIREMENTS

Part 2 includes the traditional "Division 01" documents that address the administrative, safety, design processes, construction processes, and project closeout instructions for the project.

## RFP PART 3 – PROJECT PROGRAM

Part 3 provides the functional project requirements. RFP Part 3 is divided into six chapters. RFP Part 3, Chapters 1-3 are in paragraph format describing design and site requirements; Chapters 4 and 5 are mostly tabular descriptions of the building and each room or space within the building; and Chapter 6 describes the engineering choices that are made by the RFP editor.

## RFP PART 4 – PERFORMANCE TECHNICAL SPECIFICATIONS

Part 4 describes the performance and level of quality of the materials and systems of the facility.

## RFP PART 5 – PRESCRIPTIVE SPECIFICATIONS

Part 5 is a place holder for UFGS Specifications in the situation that a facility has a prescriptive requirement.

## RFP PART 6 – ATTACHMENTS

Includes related information that supports the project, for example, surveys, studies, soils reports, environmental documentation, as-built drawings, existing conditions, forms, etc.

# Table of Contents (RFP Parts 2-6)

1. **PART 2 – GENERAL REQUIREMENTS**

    01 31 10            METRIC MEASUREMENTS
    01 31 13.12 10      SPECIAL CLAUSES
    01 32 17.00 20      NETWORK ANALYSIS SCHEDULES (NAS)
    01 33 00.12 10      SUBMITTAL PROCEDURES FOR DESIGN-BUILD PROJECT
    01 33 29            LEED ™ DOCUMENTATION
    01 35 26            GOVERNMENTAL SAFETY REQUIREMENTS
    01 42 00            SOURCES FOR REFERENCE PUBLICATIONS
    01 45 02.00 10      QUALITY CONTROL SYSTEMS (QCS)
    01 45 04.00 10      CONTRACTOR QUALITY CONTROL
    01 57 20.00 10      ENVIRONMENTAL PROTECTION
    01 57 23            TEMPORARY STORM WATER POLLUTION CONTROL
    01 62 35            RECYCLED / RECOVERED MATERIALS


2. **PART 3 – PROJECT PROGRAM – 2 + 0 TQ**

    CHAPTER 1.   PROJECT DESCRIPTION
    CHAPTER 2.   PROJECT OBJECTIVES
    CHAPTER 3.   SITE ANALYSIS
    CHAPTER 4.   SPACE TABULATION FORM
    CHAPTER 5.   ROOM REQUIREMENTS
    CHAPTER 6.   ENGINEERING SYSTEMS REQUIREMENTS

    **PART 3 – PROJECT PROGRAM – Combined DFAC**

    CHAPTER 1.   PROJECT DESCRIPTION
    CHAPTER 2.   PROJECT OBJECTIVES
    CHAPTER 3.   SITE ANALYSIS
    CHAPTER 4.   SPACE TABULATION FORM
    CHAPTER 5.   ROOM REQUIREMENTS
    CHAPTER 6.   ENGINEERING SYSTEMS REQUIREMENTS


3. **PART 4 – PERFORMANCE TECHNICAL SPECIFICATIONS – 2 + 0 TQ**

    A10 FOUNDATIONS
    A20 BASEMENT CONSTRUCTION
    B10 SUPERSTRUCTURE
    B20 EXTERIOR ENCLOSURE
    B30 ROOFING
    C10 INTERIOR CONSTRUCTION
    C20 STAIRS
    C30 INTERIOR FINISHES
    D10 CONVEYING
    D20 PLUMBING
    D30 HVAC
    D40 FIRE PROTECTION
    D50 ELECTRICAL
    E10 EQUIPMENT

E20 FURNISHINGS
F10 SPECIAL CONSTRUCTION
F20 SELECT BLDG DEMOLITION
G10 SITE PREPARATIONS
G20 SITE IMPROVEMENTS
G30 SITE CIVIL/MECHANICAL UTILITIES
G40 SITE ELECTRICAL UTILITIES
Z10 GENERAL PERFORMANCE TECHNICAL SPECIFICATION

**PART 4 – PERFORMANCE TECHNICAL SPECIFICATIONS – Combined DFAC**

A10 FOUNDATIONS
A20 BASEMENT CONSTRUCTION
B10 SUPERSTRUCTURE
B20 EXTERIOR ENCLOSURE
B30 ROOFING
C10 INTERIOR CONSTRUCTION
C20 STAIRS
C30 INTERIOR FINISHES
D10 CONVEYING
D20 PLUMBING
D30 HVAC
D40 FIRE PROTECTION
D50 ELECTRICAL
E10 EQUIPMENT
E20 FURNISHINGS
F10 SPECIAL CONSTRUCTION
F20 SELECT BLDG DEMOLITION
G10 SITE PREPARATIONS
G20 SITE IMPROVEMENTS
G30 SITE CIVIL/MECHANICAL UTILITIES
G40 SITE ELECTRICAL UTILITIES
Z10 GENERAL PERFORMANCE TECHNICAL SPECIFICATION

4. **PART 5 – PRESCRIPTIVE SPECIFICATIONS**

UFGS 31 31 16 Soil Treatment for Subterranean Termite Control

5. **PART 6 – ATTACHMENTS**

ECB 2008-29 Building Area Calculations

UFC 4-720-01

UFC 4-722-01 Draft

UFC 3-210-10

UFC 3-200-10n (Draft)

BEAP

2 + 0 TQ/Combined DFAC – PART 2-6 – TABLE OF CONTENTS – Page 2

W912ER-11-D-0010-0006

DEVELOPMENT PLAN

COE REQUIRED PERMITS

WATERFRONT GEOTECHNICAL REPORT

ATFP DESIGN BLAST DATA

CHILLED WATER SITE DRAWINGS

P-935 PIPE FLOW DATA

P-940 PIPE FLOW DATA

RAINFALL DATA

EXISTING CUB ELECTRICAL DRAWINGS

EXISTING TRNSFORMER BUILDING P-23 ELECTRICAL DRAWINGS

EXISTING SITE ELECTRICAL DRAWINGS

BVD ENCLOSURES

PROD FORM

PAP FORM

PROCUREMENT SHEETS

EXISTING CIVIL DRAWINGS

PENN MEMO

EVALUATION ATTACHMENTS

FF&E DOCUMENTS

MECH DOCUMENTS

# PART TWO - GENERAL REQUIREMENTS

## TABLE OF CONTENTS

**COVER PAGE**

**TABLE OF CONTENTS**

| | |
|---|---|
| 01 31 10 | METRIC MEASUREMENTS |
| 01 31 13.12 10 | SPECIAL CLAUSES |
| 01 32 17.00 20 | NETWORK ANALYSIS SCHEDULES (NAS) |
| 01 33 00.12 10 | SUBMITTAL PROCEDURES FOR DESIGN-BUILD PROJECT |
| 01 33 29 | LEED ™ DOCUMENTATION |
| 01 35 26 | GOVERNMENTAL SAFETY REQUIREMENTS |
| 01 42 00 | SOURCES FOR REFERENCE PUBLICATIONS |
| 01 45 02.00 10 | QUALITY CONTROL SYSTEMS (QCS) |
| 01 45 04.00 10 | CONTRACTOR QUALITY CONTROL |
| 01 57 20.00 10 | ENVIRONMENTAL PROTECTION |
| 01 57 23 | TEMPORARY STORM WATER POLLUTION CONTROL |
| 01 62 35 | RECYCLED / RECOVERED MATERIALS |

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 31 10

METRIC MEASUREMENTS


PART 1   GENERAL

  1.1    REFERENCES
  1.2    GENERAL
  1.3    USE OF MEASUREMENTS
   1.3.1   Hard Metric
   1.3.2   Soft Metric
   1.3.3   Neutral
  1.4    COORDINATION
  1.5    RELATIONSHIP TO SUBMITTALS

-- End of Section Table of Contents --

SECTION 01 31 10   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

64 of 1610
Government Rule 4 File


**A492**

SECTION 01 31 10

METRIC MEASUREMENTS

PART 1   GENERAL

1.1   REFERENCES

  The publications listed below form a part of this specification to the
  extent referenced.  The publications are referred to in the text by basic
  designation only.

          AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

  ASTM E 380                    (1993) Practice for Use of the
                                International System of Units (SI)

  ASTM E 621                    (1994) Practice for Use of Metric (SI)
                                Units in Building Design and Construction

1.2   GENERAL

  This project includes metric units of measurements.  The metric units used
  are the International System of Units (SI) developed and maintained by the
  General Conference on Weights and Measures (CGPM); the name International
  System of Units and the international abbreviation SI were adopted by the
  11th CGPM in 1960.  A number of circumstances require that both metric SI
  units and English inch-pound (I-P) units be included in a section of the
  specifications.  When both metric and I-P measurements are included, the
  section may contain measurements for products that are manufactured to I-P
  dimensions and then expressed in mathematically converted metric value
  (soft metric) or, it may contain measurements for products that are
  manufactured to an industry recognized rounded metric (hard metric)
  dimensions but are allowed to be substituted by I-P products to comply with
  the law.  Dual measurements are also included to indicate industry and/or
  Government standards, test values or other controlling factors, such as the
  code requirements where I-P values are needed for clarity or to trace back
  to the referenced standards, test values or codes.

1.3   USE OF MEASUREMENTS

  Measurements shall be either in SI or I-P units as indicated, except for
  soft metric measurements or as otherwise authorized.  When only SI or I-P
  measurements are specified for a product, the product shall be procured in
  the specified units (SI or I-P) unless otherwise authorized by the
  Contracting Officer.  The Contractor shall be responsible for all
  associated labor and materials when authorized to substitute one system of
  units for another and for the final assembly and performance of the
  specified work and/or products.

1.3.1   Hard Metric

  A hard metric measurement is indicated by an SI value with no expressed
  correlation to an I-P value, i.e., where an SI value is not an exact
  mathematical conversion of an I-P value, such as the use of 100 mm in lieu

SECTION 01 31 10   Page 2
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

of 4 inches.  Hard metric measurements are often used for field data such
as distance from one point to another or distance above the floor.
Products are considered to be hard metric when they are manufactured to
metric dimensions or have an industry recognized metric designation.

1.3.2   Soft Metric

    a.  A soft metric measurement is indicated by an SI value which is a
        mathematical conversion of the I-P value shown in parentheses
        (e.g. 38.1 mm (1-1/2 inches)).  Soft metric measurements are used
        for measurements pertaining to products, test values, and other
        situations where the I-P units are the standard for manufacture,
        verification, or other controlling factor.  The I-P value shall
        govern while the metric measurement is provided for information.

    b.  A soft metric measurement is also indicated for products that are
        manufactured in industry designated metric dimensions but are
        required by law to allow substitute I-P products.  These
        measurements are indicated by a manufacturing hard metric product
        dimension followed by the substitute I-P equivalent value in
        parentheses (e.g., 190 x 190 x 390 mm (7-5/8 x 7-5/8 x 15-5/8
        inches)).

1.3.3   Neutral

 A neutral measurement is indicated by an identifier which has no expressed
 relation to either an SI or an I-P value (e.g., American Wire Gage (AWG)
 which indicates thickness but in itself is neither SI nor I-P).

1.4   COORDINATION

 Discrepancies, such as mismatches or product unavailability, arising from
 use of both metric and non-metric measurements and discrepancies between
 the measurements in the specifications and the measurements in the drawings
 shall be brought to the attention of the Contracting Officer for resolution.

1.5   RELATIONSHIP TO SUBMITTALS

 Submittals for Government approval or for information only shall cover the
 SI or I-P products actually being furnished for the project.  The
 Contractor shall submit the required drawings and calculations in the same
 units used in the contract documents describing the product or requirement
 unless otherwise instructed or approved.  The Contractor shall use
 ASTM E 380 and ASTM E 621 as the basis for establishing metric measurements
 required to be used in submittals.

        -- End of Section --

SECTION 01 31 10   Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

66 of 1610
Government Rule 4 File

**A494**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 31 13.12 10

SPECIAL CLAUSES


-- End of Section Table of Contents --

SECTION 01 31 13.12 10   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

67 of 1610
Government Rule 4 File

**A495**

SECTION 01 31 13.12 10

SPECIAL CLAUSES


PART 1   GENERAL

1.1   PRECONSTRUCTION CONFERENCE

1.1.1   Schedule of Meeting

At the earliest practicable time, prior to commencement of the work, the
Contractor and any Subcontractors whose presence is necessary or requested,
shall meet in conference with representatives of the Contracting Officer to
discuss and develop a mutual understanding relative to the details of the
administration and execution of this contract.  This will include but not
necessarily be limited to the Contractor's Quality Control (CQC) Program, the
Contractors Accident Prevention Program, submittals, correspondence,
schedule, access to the work site, security requirements, interface
requirements, temporary facilities and services, hazards and risks, working
after normal hours or on weekends or holidays, assignment of inspectors,
representations, special requirements, phasing, and other aspects of this
project that warrant clarification and understanding.

1.1.2   Meeting Minutes

It shall be the responsibility of the Contractors CQC System Manager to
prepare detailed minutes of this meeting and submit same to the Contracting
Officer for approval within three (3) work days.  Any corrections deemed
necessary by the Contracting Officer shall be incorporated and resubmitted
within two (2) calendar days after receipt.  Upon approval of the minutes by
the Contracting Officer, the Contractor shall distribute the minutes to all
parties present or concerned.

1.2   AREA USE PLAN

The Contractor shall submit to the Contracting Officer, within twenty (20)
calendar days after Notice to Proceed, an Area Use Plan designating intended
use of all areas within the project boundaries.  This plan shall include, but
not necessarily be limited to the following:  the proposed location and
dimensions of any area to be fenced and used by the Contractor; construction
plant and building installations/the number of trailers and facilities to be
used; avenues of ingress/egress to the fenced areas and details of the fence
installation; drawings showing temporary electrical installations; temporary
water and sewage disposal installations; material storage areas;  hazardous
storage areas.  Any areas which may have to be graveled shall also be
identified.  The plan shall also include a narrative description of the
building structural system, the site utility system; and the office or
administration facilities.  The Contractor shall also indicate if the use of
a supplemental or other staging area is desired.  The Contractor shall not
begin construction of the mobilization facilities prior to approval by the
Contracting Officer of the Area Use Plan described herein.

1.3   CONTRACTOR'S MOBILIZATION AREA

The Contractor will be permitted to use designated area within the Water
Front Development Area for operation of his construction equipment and


SECTION 01 31 13.12 10   Page 2
PART TWO - GENERAL REQUIREMENTS

plants, shops, warehouses, and offices.  The Contractor shall not be
authorized to have living accommodations for his work force on the site.  The
Contractor is responsible for obtaining any required additional mobilization
area above that designated.  On completion of the contract, all facilities
shall be removed from the mobilization area by the Contractor and shall be
disposed of in accordance with applicable Host Government Laws and
Regulations.  The site shall be cleared of construction debris and other
materials and the area restored to its final grade.

1.3.1   Contractor's Temporary Facilities

1.3.1.1   General

All facilities within the Contractor's mobilization area shall be of
substantial construction suitable for the local weather conditions.  Sanitary
facilities shall meet the requirements of Corps of Engineers, Safety and
Health Requirements Manual EM 385-1-1.

1.3.1.2   Administrative Field Offices

The Contractor may provide and maintain administrative field office
facilities within the mobilization area at the designated site.  Government
office and warehouse facilities will not be available to the Contractor's
personnel.

1.3.1.3   Storage Area

The Contractor shall construct a temporary 1.8 meter high chain link fence
around trailers and materials.    Fence posts may be driven, in lieu of
concrete bases, where soil conditions permit.  Trailers, materials, or
equipment shall not be placed or stored outside the fenced area unless
approved in writing by the Contracting Officer.

1.3.1.4   Plant Communication

Whenever the Contractor has the individual elements of its plant so located
that operation by normal voice between these elements is not satisfactory,
the Contractor shall install a satisfactory means of communication, such as
telephone or other suitable devices.  The devices shall be made available for
use by Government personnel.

1.3.1.5   Appearance of Mobilization Site Facilities and/or Trailers

Mobilization Site Facilities and/or Trailers utilized by the Contractor for
administrative or material storage purposes shall present a clean and neat
exterior appearance and shall be in a state of good repair.  Trailers or
other transportable structures which, in the opinion of the Contracting
Officer, require exterior painting or maintenance will not be allowed on the
construction site until such work or maintenance has been performed to the
satisfaction of the Contracting Officer.

1.3.1.6   Maintenance of Storage Area

Fencing shall be kept in a state of good repair and proper alignment.  Should
the Contractor elect to traverse with construction equipment or other
vehicles unpaved areas which are not established roadways, such areas shall
be covered with a layer of gravel as necessary to prevent rutting and the
tracking of soil onto paved or established roadways; gravel gradation shall
be at the Contractor's discretion.

SECTION 01 31 13.12 10   Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A497**

1.3.1.7   Security Provisions

Adequate outside security lighting shall be provided at the Contractor's
temporary facilities.  The Contractor shall be responsible for the security
of its own facilities and equipment.

1.3.1.8   Sanitation

a.  Sanitary Facilities:  The Contractor shall provide and maintain within
the construction area minimum field-type sanitary facilities in accordance
with the requirements of EM 385-1-1 Safety and Health Requirements Manual and
approved by the Contracting Officer. Government toilet facilities will not be
available to Contractor's personnel.

b.  Trash Disposal:  The Contractor shall be responsible for collection and
disposal of trash from the work areas and from the mobilization area.  All
trash shall be disposed of off base in accordance with Host Nation
requirements.  Construction debris, waste materials, packaging material and
the like shall be removed from the work site daily.  Any dirt or soil which
is tracked onto paved or surfaced roadways shall be cleaned daily.  Materials
resulting from demolition activities which are salvageable shall be stored
within the fenced area described above.  Stored material not indoors, whether
new or salvaged, shall be neatly stacked when stored.

1.3.1.9   Telephone

The Contractor shall make arrangements to install and pay all costs for
telephone facilities desired.

1.3.1.10   Restoration of Storage Area

Upon completion of the project and after removal of mobilization facilities,
trailers, materials, and equipment from within the fenced area, the fence
shall be removed and will become the property of the Contractor.  Areas used
by the Contractor for the storage of equipment or material, or other use,
shall be restored to the original or better condition.  Gravel used to
traverse unpaved areas shall be removed and all such areas restored to their
original conditions.

1.3.2   Protection and Maintenance of Traffic

During construction the Contractor shall provide access and temporary
relocated roads as necessary to maintain traffic.  The Contractor shall
maintain and protect traffic on all affected roads during the construction
period except as otherwise specifically directed by the Contracting Officer.
Measures for the protection and diversion of traffic, including the provision
of watchmen and flagmen, erection of barricades, placing of lights around and
in front of equipment and the work, and the erection and maintenance of
adequate warning, danger, and direction signs, shall be as required by the
base authorities having jurisdiction.  The traveling public shall be
protected from damage to person and property.  The Contractor's traffic on
roads selected for hauling material to and from the site shall interfere as
little as possible with Host Nation and base traffic.  The Contractor shall
investigate the adequacy of existing roads and the allowable load limit on
these roads.  The Contractor shall be responsible for the repair of any
damage to roads caused by construction operations.

1.3.2.1   Haul Roads

SECTION 01 31 13.12 10   Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

Government Rule 4 File

**A498**

The Contractor shall, at its own expense, construct access and haul roads necessary for proper prosecution of the work under this contract.  Haul roads shall be constructed with suitable grades and widths; sharp curves, blind corners, and dangerous cross traffic shall be avoided.  The Contractor shall provide necessary lighting, signs, barricades, and distinctive markings for the safe movement of traffic.  The method of dust control shall be in accordance with the Special Clause entitled DUST CONTROL.  Location, grade, width, and alignment of construction and hauling roads shall be subject to approval by the Contracting Officer.  Lighting shall be adequate to assure full and clear visibility for full width of haul road and work areas during any night work operations.  Upon completion of the work, haul roads designated by the Contracting Officer shall be removed.

1.3.2.2    Use of Existing Roads as Haul Routes

The Contractor shall be responsible for coordinating with the Host Nation Government and the Contracting Officer for use of any existing roads as haul routes. Construction, and routing of new haul roads, and/or upgrading of existing roads to carry anticipated construction traffic shall be coordinated with the Host Nation and Base authorities and is the sole responsibility of the Contractor.

1.3.3    Temporary Project Safety Fencing and Barricades

The Contractor shall impose all measures necessary to limit public access to hazardous areas and to ensure the restriction of workers to the immediate area of the construction and mobilization site.  The Contracting Officer may require in writing, that the Contractor remove from the work any employee found to be in violation of this requirement.

1.3.3.1    Barricades

Barricades shall be required whenever safe public access to paved areas such as roads, parking areas or sidewalks is prevented by construction activities or as otherwise necessary to ensure the safety of both pedestrian and vehicular traffic.  Barricades shall be securely placed, clearly visible with adequate illumination to provide sufficient visual warning of the hazard during both day and night.  Travel to and from the project site shall be restricted to a route approved by the Contracting Officer.

1.3.4    Host Nation Authorizations, Permits and Licenses

It shall be the Contractor's responsibility to obtain such local authorizations, permits and licenses necessary to establish his quarry operations, batching operations and haul routes (See Special Clause entitled:  COMPLIANCE WITH HOST COUNTRY RULES AND CUSTOMS.

1.4    CONTRACTOR'S OFF BASE MOBILIZATION AREA

If the Contractor requires an additional area for his operations to support this contract in excess of that shown on the contract drawings (see Special Clause entitled CONTRACTOR'S MOBILIZATION AREA), the Contractor shall provide, furnish, operate and maintain facilities for his operations in an area off base.  The Contractor must submit his desired site location to the Contracting Officer for approval.  All utilities will be the responsibility of the Contractor and shall be provided at no cost to the Government.  On completion of the contract, all facilities shall be removed by the Contractor and shall be disposed of in the manner directed by the Contracting Officer.

SECTION 01 31 13.12 10   Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

71 of 1610
Government Rule 4 File

**A499**

The site shall be cleared of construction debris and other materials and the area restored to its original condition.

## 1.4.1   Facilities Within the Mobilization Site

All facilities within the Contractor's mobilization site shall be of substantial construction suitable for the local weather conditions.  Housing, messing and sanitary facilities shall meet the requirements of Corps of Engineers Safety and Health Requirements Manual EM 385-1-1.  The Contractor shall provide all utilities required to make the site self-sufficient.

## 1.4.2   Trash Disposal

The Contractor shall be responsible for collection and disposal of trash from the work areas and from the mobilization camp areas.  All trash shall be segregated into two categories, organic and inorganic, and disposed of as follows:  Organic trash shall be deposited in the designated sanitary landfill.  The Contractor's proposed disposal methods and locations for inorganic trash shall require prior approval of the Contracting Officer.

## 1.4.3   Special Requirements

The Contractor shall be responsible for coordinating with the Host Government use of any existing roads as haul routes.  Construction, and routing of new haul roads, and/or upgrading of existing roads for the Contractor's use, is the sole responsibility of the Contractor.  It shall be the Contractor's responsibility to obtain such local authorizations, permits and licenses necessary to establish his mobilization camp, quarry operations, batching operations and haul routes (See Clause COMPLIANCE WITH HOST COUNTRY RULES AND CUSTOMS.

## 1.5   RESPONSIBILITY FOR PHYSICAL SECURITY

Prior to mobilization, the Contractor shall submit his proposed means of providing project security to prevent unauthorized access to equipment, facilities, materials and documents, and to safeguard them against sabotage, damage, and theft.  The Contractor shall be responsible for physical security of all materials, supplies, and equipment of every description, including property which may be Government-furnished or owned, for all areas occupied jointly by the Contractor and the Government, as well as for all work performed.

## 1.6   PROJECT SIGNS

Within thirty (30) calendar days after receipt of Notice to Proceed, the Contractor shall furnish and install three (3) project signs at or adjacent to the project site where directed by the Contracting Officer.  The signs shall be in the English language.  The signs shall be constructed with a face sheet of exterior grade plywood, 1200mm high (4-feet high) by 2400mm wide (8-feet wide) by 12mm thick (one-half-inch thick), mounted on suitable framing which shall be approved by the Contracting Officer.  All parts of frames and signs shall be given a prime coat of exterior oil base paint and a minimum of two (2) finish coats of white semi-gloss paint.  The Contracting Officer will supply the Contractor with all information to be displayed on the signs, i.e. wording, letter size, pictorial display, etc.  The Contractor shall maintain the signs in good condition, as determined by the Contracting Officer, throughout the project construction period.  On completion of the work under this contract, the signs shall be removed by the Contractor and disposed of as directed by the Contracting Officer.  No direct payment will

SECTION 01 31 13.12 10   Page 6
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

72 of 1610
Government Rule 4 File

**A500**

be made for the signs.

1.7   DUST CONTROL

The Contractor shall be required to control objectional dust in the work
areas, access roadways, and haul roads by means of controlled vehicle speeds
or dust palliatives.  Vehicles transporting sand, cement, gravel or other
materials creating a dust problem shall be covered, as directed by the
Contracting Officer, or in accordance with local Laws, codes, and regulations.

1.8   TRAFFIC DELAYS

During the execution of this contract, Mina Salman under/over pass will be
under construction. The Contractor should expect traffic congestion and plan
accordingly. Placement of ready mix concrete, hot mix asphalt, and other time
sensitive materials shall be scheduled during week ends or non peak traffic
hours.

1.9   ENGLISH SPEAKING REPRESENTATIVE

At all times when any performance of the work at any site is being conducted
by any employee of the Contractor or its subcontractors, suppliers, or
vendors at any tier, the Contractor shall have a representative present at
each site who has the capability of receiving instructions in the English
language, fluently speaking the English language and explaining the work
operations to persons performing the work in the language that those
performing the work are capable of understanding.  The Contracting Officer
shall have the right to determine whether the proposed representative has
sufficient technical and lingual capabilities, and the Contractor shall
immediately replace any individual not acceptable to the Contracting Officer.

1.10   DIGGING PERMITS

1.10.1   Existing Underground Utilities

The Contractor is provided notice that existing utilities are present in the
construction area which may not be shown, or are inaccurately shown, on the
as-built drawings and the contract drawings.  The Contractor shall exercise
utmost care in researching locations of existing utilities and reducing
damage to existing utilities.  Any utilities damaged by the Contractor shall
be promptly repaired by the Contractor at no additional cost to the
Government.  The Contracting Officer will review and approve any proposed
repairs. Any damage to existing utilities will be immediately reported to the
Contracting Officer and the Base Public Works Department.

1.11   CONNECTIONS TO EXISTING UTILITIES

1.11.1   General

Any outage of any utility service shall be requested in writing at least
fifteen (15) days in advance of the date requested for the commencement of
the outage.  The Contractor shall provide a request, detailing the type of
outage needed (water, sewer, electrical, steam, etc.), the time needed to
perform the work, the reason for the outage, and the known affected
facilities.  The Contracting Officer shall be contacted prior to the outage
to confirm the time and date.  If the Contractor fails to initiate work at
the approved time, the Contracting Officer may cancel the approved outage and
may direct the Contractor to resubmit a new request.  No part of the time

SECTION 01 31 13.12 10  Page 7
PART TWO - GENERAL REQUIREMENTS

lost due to the Contractors failure to properly schedule an outage shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

1.11.1.1   Performance of Work During Non-Standard Hours

To minimize outage impact to the mission of the Base, all outages shall be scheduled on weekends or from 2100 - 0530 hours on duty days.  The period proposed for performance of the outage shall include sufficient contingencies to preclude impact to the peak working hours 0530 - 1800 hours during the work week.

1.11.1.2   Exterior Night Lighting

Exterior night lighting shall be provided in conformance with EM-385-1-1 entitled Safety and Health Requirements Manual.

1.11.2   Existing Underground Utilities

The Contractor is provided notice that existing utilities may be present in the construction area which may not be shown, or are inaccurately shown, on the base as-built drawings.  The Contractor shall exercise the utmost care in researching locations of existing utility lines by implementing control measures to eliminate, or reduce to a level acceptable to the Contracting Officer, the chance of damaging or destroying existing utilities.

1.11.2.1   Use of Underground Utility Detecting Device

Prior to any excavation, a metal and/or cable detecting device shall be used along the route of the excavation.  All underground utilities discovered by this method will be flagged a minimum distance of one-half (1/2) meter on each side of the location.

1.11.2.2   Hand Excavation

Hand excavation methods and special supervisory care shall be used between any flagged markers, in areas of known or suspected hazards, and in areas known or suspected to have multiple and/or concentrated utility lines or connections.  Hand excavation will be required in certain areas within Water Front Development Area as directed by the Contracting Officer.

1.11.3   Repair of Damaged Utilities

The Contractor shall be responsible to repair any utilities damaged by him.  The method of repair and schedule for performance of the repair shall be coordinated with, and subject to the approval of, the Contracting Officer.  The repair work and any temporary work required to keep the system operational while repairs are being completed, shall be performed at no cost to the Government.

1.12   WATER (CONTRACTOR PROVIDED)

The Contractor shall provide and maintain water at his own expense for his use for construction and domestic consumption, and shall install and maintain necessary supply connections and piping for same, but only at such locations and in such manner as may be approved by the Contracting Officer.  Before final acceptance of systems, or facilities, all temporary connections and piping installed by the Contractor shall be removed at his expense in a manner satisfactory to the Contracting Officer.

SECTION 01 31 13.12 10   Page 8
PART TWO - GENERAL REQUIREMENTS

1.13    NOT USED

1.14    ELECTRICITY (CONTRACTOR PROVIDED)

Electrical service is not available for use under this contract, therefore all electric current required by the Contractor shall be the responsibility of the Contractor, furnished at his own expense.  The Government will provide permanent high voltage electricity to a point indicated on the drawings for use by the Contractor in the performance of final testing of systems.  The means of doing so, such as by temporary distribution systems, shall be the responsibility of the Contractor. All temporary connections for electricity shall be subject to the approval of the Contracting Officer and shall comply with Corps of Engineers manual EM 385-1-1 entitled Safety and Health Requirements Manual.  All temporary lines shall be furnished, installed, connected and maintained by the Contractor in a workmanlike manner satisfactory to the Contracting Officer.  Before final acceptance of systems, or facilities, all temporary connections installed by the Contractor shall be removed at his expense in a manner satisfactory to the Contracting Officer.

1.15    NOT USED

1.16    NOT USED

1.17    NOT USED

1.18    NOT USED

1.19    NOT USED

1.20    NOT USED

1.21    NOT USED

1.22    SPECIAL FACILITIES AND SERVICES TO BE FURNISHED BY THE CONTRACTOR

See Appendix D "Performance Work Statement (PWS).


1.23    NOT USED

1.24    RESIDENT MANAGEMENT SYSTEM (RMS)

1.24.1    General

The Resident Management System is an automated quality management and contract administration system that provides an efficient method to plan, accomplish, and control project management by integrating job specific requirements, corporate technical knowledge, and management policies.  RMS controls the following activities:

a.  Project Planning.

b.  Milestone Events.

c.  Contract Administration.

d.  Progress Payments.

SECTION 01 31 13.12 10   Page 9
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

75 of 1610
Government Rule 4 File

**A503**

e.   Correspondence.

f.   Contract Schedule.

g.   Quality Control.

h.   Submittal Register.

i.   Accident Prevention.

j.   Management Reporting.

1.24.2    Computer Software to be Furnished by the Government

The software program modules required for the Contractor shall be downloaded
from the RMS web site located at the following:

http://www.rmssupport.com/rmswebhome.aspx.

No login or password is required. For assistance with the QCS program, the
Contractor may contact the RMS Help Desk Coordinator. Contact information is
provided within the Contacts portion of the aforementioned website. New
versions of the Contractor's Module may be down loaded from the RMS web site
during the course of the contract, and the Contractor shall use the new
modules when available. It is the sole responsibility of the Contractor to
ensure that the data files are converted to the new modules.

1.24.3    RMS User Guides and Support

The RMS Center is maintained to assist the Contractor's field engineers and
office personnel perform their duties by providing expertise to plan,
accomplish, and control the daily technical and administrative functions of
construction projects managed by the U.S. Army Corps of Engineers.  Points of
contact, available guides, software updates and assistance with the
associated Quality Control System (QCS) program may be obtained from the RMS
home page located at the following url:   http://winrms.com or
http://216.86.193.60/home/html .  No login or password is required.

1.24.4    Contractor Responsibility

The Contractor is responsible for establishing, maintaining and updating the
provided Contractors Programming.  The RMS shall be prepared and maintained
at the work site.  The Contractor shall utilize a Government furnished
Contractor Quality Control System (QCS) Program.  The Program includes a QC
Daily Reports form which must also be used.  This form may be in addition to
other Contractor desired reporting forms.  However, all other such reporting
forms shall be consolidated into this one Government specified QC Daily
Reports Form.

1.24.4.1    Government-Furnished Module Elements

The Contractor shall also be required to complete Government-Furnished Module
elements which include, but are not limited to, subcontractor codes, planned
cumulative progress earnings, subcontractor information showing trade, name,
address, point-of-contact, and insurance expiration dates, definable features
of work, pay activity and activity information, required Quality Control
tests tied to individual activities, planned Customer/User Training tied to
specific specification paragraphs and Contractor activities, Installed

SECTION 01 31 13.12 10   Page 10
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

76 of 1610
Government Rule 4 File

**A504**

Property Listing, Transfer Property Listing and Submittal information relating to specification section, description, activity number, review period and expected procurement period.  The sum of all activity values shall equal the contract amount (inclusive of all modifications), and all Proposal Schedule Items, Options and Additives shall be separately identified, in accordance with  Section 00 11 00 entitled STANDARD FORM (SF) 1443 AND CLIN SCHEDULE.  Proposal Schedule items may include multiple activities, but activities may only be assigned to one such Proposal Schedule item.

1.24.4.2   Quality Assurance Comments

During the course of the contract, the Contractor will receive various quality assurance comments from the Government that will reflect corrections needed to Contractor activities or reflect outstanding or future items needing the attention of the Contractor.  The Contractor shall acknowledge receipt of these comments by a specific sequential number reference on his QC Daily Report.  The Contractors QC daily reports shall also reflect the scheduled and actual dates when these items are completed or corrected to permit Government verification.

1.24.4.3   Project Schedule

The Project Schedule provided by the Contractor in compliance with Section 01 32 17.00 20 entitled NETWORK ANALYSIS SCHEDULES (NAS), of the Technical Provisions, shall be fully compatible with the RMS System.  The RMS system is compatible with the Standard Data Exchange Format(SDEF)scheduling systems. It is recommended that one of the following software programs be utilized: Approach (PPMS 30,000), AlderGraf Systems (AlderGraf), Pinnell-Busch (PMS-80), Primavera Systems, Welcome Technologies (Open Plan).  The Contractor's schedule system shall include, as specific and separate activities, all three (3) Phase Inspection meetings, all Operation and Maintenance (O&M) Manuals, instructions and training for operation and maintenance, Contractor furnished spare parts, submittals, all test plans of electrical and mechanical equipment or systems that require validation testing or instructions to Government Representatives, and all CQC completion inspections.

1.24.5   Payment

Separate payment will not be made for maintaining and updating the RMS System, and all costs associated therewith shall be included in the applicable unit prices or lump-sum prices contained in the Proposal Schedule.  Submission of all required modules shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, Insurance and/or Mobilization, as approved by the Contracting Officer) and shall be updated as required.  The Contracting Officer may elect to withhold any and all partial payments until the submissions are satisfactory.

1.24.6   RMS Implementation Plan

The Contractor shall furnish for review and acceptance by the Government, not later than twenty (20) calendar days after receipt of Notice To Proceed, the plan for implementation of the RMS System.

1.24.6.1   Quality Control (QC)/Quality Assurance (QA) Mutual Understanding Meeting

The Contractor shall prepare in outline form, a proposed RMS implementation

SECTION 01 31 13.12 10   Page 11
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

plan which shall be discussed at the pre-construction conference.  Detailed
discussions including the Contractor's approved RMS implementation plan shall
be made a supplemental part of the Quality Control (QC)/Quality Assurance
(QA) mutual understanding meeting.  During this supplemental meeting the
Government will provide an overview of the RMS system.  At a minimum,
Contractor personnel responsible for the following shall be in attendance:
Contractor Quality Control, Project Schedule, Submittals, Partial Payment
Estimates, Subcontracting, Operation and Maintenance Training, and installed
property and equipment.

1.24.6.2   RMS Implementation Plan

At a minimum, the RMS plan shall include the following:

a.  A description of the RMS team, including a chart showing lines of
authority, duties, and responsibilities.

b.  The name, qualifications (in resume format), duties, responsibilities,
and authorities of each person assigned a RMS function.

c.  Procedures for joint Government/Contractor review and verification of
proposed input.  This shall include certification from the Contractor that
the submitted input is accurate, current, and in strict conformance to all
contract requirements.

d.  Proposed procedures to ensure compatibility of the existing Government
system with the Contractors proposed Hardware and Software.

e.  Proposed controls, instructions and procedures to ensure smooth and
effective transfer of electronic data.

f.  Proposed reporting procedures, including reporting formats, techniques
and equipment.

1.24.6.3   Acceptance of Plan

Approval of the Contractor's proposed plan is required prior to the start of
construction.  Acceptance is conditional and will be predicated on
satisfactory performance during the construction.  The Government reserves
the right to require the Contractor to make changes in his RMS Plan and
operations including but not necessarily limited to modifications to
hardware, software, and removal of personnel, as necessary, to obtain the
quality and efficiency as specified.

1.24.6.4   Notification of Changes

After acceptance of the RMS plan, the Contractor shall notify the Contracting
Officer in writing of any proposed change.  Proposed changes are subject to
acceptance by the Contracting Officer.

1.24.7   Personnel Requirements

The requirements for the RMS organization are a RMS System Manager and
sufficient number of additional qualified personnel to ensure contract
compliance.

1.24.7.1   RMS Manager

The Contractor shall identify as RMS Manager an individual within the onsite

SECTION 01 31 13.12 10   Page 12
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

78 of 1610
Government Rule 4 File

**A506**

work organization who shall be responsible for overall management of RMS and
have the authority to act in all RMS matters for the Contractor.  This RMS
Manager shall be physically located on-site and shall be employed by the
prime Contractor. The RMS Manager shall be assigned as RMS Manager but may
have other duties.  An alternate for the RMS Manager shall be identified in
the plan to serve in the event of the RMS Manager's absence. The requirements
for the alternate shall be the same as for the designated RMS Manager.

1.24.7.2   RMS Staff

The Contractor's RMS staff shall maintain a presence at the site at all times
during progress of the work and have complete authority and responsibility to
take any action necessary to ensure contract compliance. The RMS staff shall
be subject to acceptance by the Contracting Officer.

1.24.7.3   RMS Office Facilities and Equipment

The Contractor shall provide adequate office space, computers, and other
resources as necessary to maintain an effective and fully functional RMS
organization.

1.24.8   Hardware and Software

The Contractor shall submit all of the RMS input data and updates required by
the Contractor's Quality Control Module of the Government's Resident
Management System (RMS).

For QCS System Hardware and software Requirements, RMS Server Minimum
Requirements, and RMS Workstation Minimum Requirements contractor shall
contact the RMS telephone hotline (760-241-0217) or get information from web
site

http://216.86.193.60.home.html   .

State of the Art Anti-Virus Software:  The Contractor's computer software
system shall be protected by a State-of-the-Art Anti-Virus protection system
which shall be maintained and upgraded with all issued manufacturer's updates
throughout the life of the contract period.

Hardware Requirements:

Minitower Pentium 4, 3.8GHz Processor w/USB 2.0 Compliant Ports

NTFS File System

2.0GB,Non-ECC,533MHz Memory

PS/2 Style 104 Basic Keyboard

19 Inch Flat Panel LCD Monitor with Height Adjustable Stand (1280 x 1024
Resolution)

Integrated Video Adapter

160GB SATA Internal Hard Disk Drive

Windows XP Professional Service Pack 2, with Media, English

USB 2-Button Optical Mouse with Scroll

                         SECTION 01 31 13.12 10  Page 13
                          PART TWO - GENERAL REQUIREMENTS

16X DVD+/-RW and 16X DVD with Roxio Creator

Integrated Audio

External Speakers

Diagnostics and Drivers CD for System

Integrated 10/100/1000 Ethernet Network Card

800VA UPS System

HP LaserJet 5100dtn or Compatible Printer


1.24.9   Notification of Noncompliance

The Contracting Officer will notify the Contractor of any detected
noncompliance with the requirements of this clause.  The Contractor shall
take immediate corrective action after receipt of such notice.  Such notice,
when delivered to the Contractor at the work site, shall be deemed sufficient
for the purpose of notification.  If the Contractor fails or refuses to
comply promptly, the Contracting Officer may issue an order stopping all or
part of the work until satisfactory corrective action has been taken.  No
part of the time lost due to such stop orders shall be made the subject of
claim for extension of time or for excess costs or damages by the Contractor.

1.24.10   Contractor Partial Payment Estimates

The RMS System shall be used for preparing, approving, and printing the
Contractors partial payment estimate.

1.24.10.1   Monthly Coordination Meeting

The RMS System shall be completely updated at least monthly.  Specific
calendar dates for submission of same shall be determined by the Contracting
Officer.  Prior to submitting a partial payment estimate, the Contractor
shall schedule a coordination meeting with the Government to verify the
status of activities proposed for payment.  This meeting shall evaluate at a
minimum the following:

a.  Activities proposed for payment.

b.  Total dollar value and previous earnings of each activity proposed for
payment.

c.  Percent or quantity proposed for payment by the Contractor.

d.  Percent or quantity approved for payment by the Government.

e.  Verification of activities started, on-going, or completed.

f.  Verification that required "Three Phase-Inspections" have been conducted
satisfactorily.

g.  Verification that all Accident Prevention/Safety and Construction
deficiencies have been noted and corrected to the satisfaction of the
Contracting Officer.


SECTION 01 31 13.12 10  Page 14
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

h.  Verification that there are no outstanding submittals.

i.  Verification that CQC testing has been performed.

j.  Verification that a daily record of as-built conditions is being maintained.

k.  Verification that salvage material has been turned over.

l.  Verification that Government furnished property has been transferred.

m.  Verification that Contractor Requests for Information (RFI's) have been submitted.

n.  Verification that installed property and equipment information is current in RMS.  The RMS database shall include all information on the property and equipment at the time of installation of each item.

o.  Verification of other required items as noted on the approved RMS Implementation Plan.

1.24.10.2   Re-submission of Partial Payment Estimates

Prior to requesting a partial payment estimate, the Contractor is required to submit and receive approval, for all elements of the RMS that require updating.  In the event that any data is missing, unavailable, incorrect, or determined by the Contracting Officer to portray unrealistic parameters or misrepresent actual conditions, the Contracting Officer may require the Contractor to correct, revise and resubmit the required RMS input or status information, prior to accepting any partial payment estimate for evaluation. Any payment amount previously paid on the basis of inaccurate or incorrect information submitted by the Contractor, may be adjusted by the Contracting Officer in subsequent payment estimates.  If the Contractor fails to submit the required updates, or transfers the information in a fragmented or piecemeal fashion, the Contracting Officer may, in addition to other remedies provided under this contract, withhold approval of all or any portion of the partial payment estimate until a complete RMS update has been provided and approved.

1.25   PREPARATION OF AS-BUILT DRAWINGS (CONTRACTOR)

1.25.1   General

Upon completion of each facility under this contract, the Contractor shall prepare and furnish as-built drawings to the Contracting Officer.  The as-built drawings shall be a record of the construction as installed and completed by the Contractor.  They shall include all the information shown on the contract set of drawings, and all deviations, modifications, or changes from those drawings, however minor, which were incorporated in the work, including all additional work not appearing on the contract drawings, and all changes which are made after any final inspection of the contract work.  In the event the Contractor accomplished additional work which changes the as-built conditions of the facility after submission of the final as-built drawings, the Contractor shall furnish revised and/or additional drawings and drawing files as required to depict final as-built conditions.  The requirements for these additional drawings shall be the same as for the as-built drawings specified in this paragraph.

SECTION 01 31 13.12 10   Page 15
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

81 of 1610
Government Rule 4 File

**A509**

1.25.2    Daily Record of As-Built Conditions

1.25.2.1    General

The Contractor shall maintain a full size set of contract drawings for
depicting a daily record of as-built conditions. These drawings shall be
maintained in a current, reproducible condition at all times during the
entire contract period and shall be readily available for review by the
Contracting Officer's Representative at all times. The as-built drawings
shall be updated daily by the Contractor showing all changes from the
contract plans which are made in the work, or additional information which
might be uncovered in the course of construction. This information shall be
recorded on the prints accurately and neatly by means of details and notes.
Changes and additional information marked on the contract plans should be
made in red or green color for highlighting purposes.

1.25.2.2    Certification Prior to Submission of Partial Payment Estimates

In addition to the requirements of 52.232-5 PAYMENTS UNDER FIXED-PRICE
CONSTRUCTION CONTRACTS, the contractor shall provide to the Government the
following certification:

I certify that the As-Builts have been reviewed in detail and that a daily
record of As-Built conditions is being maintained in strict conformance with
Section 01 31 13.12 10 SC 1.25 PREPARATION OF AS-BUILT DRAWINGS except as
otherwise stated.

1.25.2.3    Daily Record of As-Builts

The daily record of As-Built conditions shall include but not necessarily be
limited to the following:

a.  All necessary information for As-Built conditions including proprietary
materials, equipment, system, and patented processes, shall be transferred
from the appropriate shop drawings and digitally incorporated into the
As-Built drawings in the Computer Assisted Design and Drafting (CADD) format
specified by this clause.  Under NO circumstances will shop drawings and
submittals approved by the Government be used to supplant and/or supplement
the requirements of this clause.  As-Built drawings that substitute shop
drawings/submittals for original CADD files will be returned for resubmission.

b.  The location and description of any utility lines or other installations
of any kind or description known to exist within the construction area. The
location includes dimensions to permanent features.

c.  The location and dimensions of any changes within the building or
structure, and the accurate location and dimension of all underground
utilities and facilities.

d.  Correct grade or alignment of roads, structures, or utilities if any
changes were made from contract plans.

e.  Correct elevations if changes were made in site grading.

f.  Changes in details of design or additional information obtained from
working drawings specified to be prepared and/or furnished by the Contractor
including but not limited to fabrication, erection, installation plans and
placing details, pipe sizes, insulation material, dimensions of equipment
foundations, etc.

SECTION 01 31 13.12 10   Page 16
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

82 of 1610
Government Rule 4 File

**A510**

g.  The topography and grades of all drainage installed or affected as part of the project construction.

h.  All changes or modifications of the original design including those which result from the final inspection.

i.  Where contract drawings or specifications allow options, only the option actually used in the construction shall be shown on the as-built drawings. The option not used shall be deleted.

1.25.3   Computer Assisted Design and Drafting (CADD) Software

Computer Assisted Design and Drafting (CADD) Software Digital As-Built drawing files shall be prepared in accordance with A/E/C CADD Standards and the Middle East District Design Instructions Manual, chapter 22, entitled Computer Assisted Design and Drafting for levels/layers, line weights, line types and symbols.  The latest A/E/C CADD Standards, Symbols, Design Libraries and additional information can be obtained from the CAD-BIM Technology Center at: https://cadbim.usace.army.mil/default.aspx?p=s&t=13&i=4

CADD files shall be fully operational within Bentley's MicroStation and Bentley Building. The Contractor shall furnish the design submissions and digital as-built drawing files in the format native to the latest version in the common use of Bentley MicroStation or if approved AutoCAD 2004.

Each design file is to contain only one sheet and/or model view and all design files including reference files and cells will be kept in the subdirectories by discipline. Contact CETAM point of contact below for project number and guidance on file structures/subdirectories and file naming convention.

The Contractor shall coordinate all CADD actions with the MED CADD Management Team, DLL-CETAM-EN-CADD@USACE.ARMY.MIL.  The Contractor is encouraged to contact the CAD manager early during the design process, to assure that drawings are completed in accordance with the latest criteria.

1.25.4   Translated or Converted Files - Drawing Files

Under NO circumstances shall the Contractor translate (or convert) the digital As-Built files from one CADD software program to another (e.g., from Bently MicroStation to Autocad).  As-Built drawings that show signs of translation or conversion will be returned for resubmission.

1.25.5   Preliminary As-Built Drawings Submission

One (1) copy of the preliminary as-built marked prints shall be delivered to the Contracting Officer at the time of final inspection of each facility for review and approval.  Changes and additional information marked on the contract plans should be made in red or green color for highlighting purposes.  If upon review of the preliminary as-built drawings, errors or omissions are found, the drawings will be returned to the Contractor for corrections.  The Contractor shall complete the corrections in red or green color, and return the as-built marked prints marked prints to the Contracting Officer within ten (10) calendar days.

1.25.6   Final As-Built Drawings Submission

The Contractor shall update the digital contract drawing files to reflect the

SECTION 01 31 13.12 10   Page 17
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

83 of 1610
Government Rule 4 File

**A511**

approved final as-built conditions and shall furnish those updated drawing
files and plots of the final as-built drawings to the Contracting Officer.

a.  Only personnel proficient in the use of Computer Assisted Design and
Drafting (CADD) for the preparation of drawings shall be employed to modify
the contract drawing files or prepare new drawing files.

b.  Existing digital drawing files shall be updated to reflect as-built
conditions.  Independent drawing files containing only as-built information
are not acceptable.  The modifications shall be made by additions and
deletions to the original drawing files, and where additional drawings are
necessary, they shall be developed in individual digital files for each new
drawing.  All additions and corrections to the contract drawing files shall
be clear and legible, and shall match the adjacent existing line work and
text in type, size, weight, and style.  New or revised information placed
into the design files shall be placed on the levels and in the colors used
for placement of the corresponding initial data.  Similarly, the drawing
size, title block, and general format of new drawings shall be consistent
with the format established by the original drawings.

c.  In the preparation of as-built drawings, the Contractor shall remove
"Bubbles" used by the Government to highlight drawing changes made during
design/construction.  Triangles associated with those earlier drawing changes
shall be left on the drawings and the Contractor shall not add triangles to
designate modifications associated with representation of the as-built
condition.  The revision block identification of the drawing modifications
shall be left intact and the date of completion and the words "REVISED
AS-BUILT" shall be placed in the revision block above the latest existing
notation.  Each drawing shall have the words "DRAWING OF WORK AS-BUILT" in
letters 4.5 mm (3/16") high placed below the drawing title portion of the
drawing title block; between the border and the trim line.

d.  The Contractor shall check all final as-built drawing files for accuracy,
conformance to the initial drawing scheme and the above instructions.  The
Contracting Officer will review the drawings and drawing files for
conformance to these standards.

e.  Digital drawing files shall be furnished to the Contracting Officer on
CD-ROM or other media and format as approved by the Contracting Officer.  A
transmittal sheet containing the name of the files, the date of creation, the
CD-ROM number, and a short description of the contents, shall accompany the
CD-ROM.

f.  A sample drawing of the as-builts shall be furnished to the Contracting
Officer before delivery of final as-built drawings as a test to demonstrate
compliance with the above instructions and file format compatibility with the
described CADD software and the standards listed in SDFSIE.

g.  One (1) complete set of the updated final Record Copy digital drawing
files and one (1) paper plot or copy of the final Record drawings and
Geospatial shape files prints shall be delivered to the Contracting Officer
within 30 calendar days of approval of the preliminary as-built drawings and
prints.  If upon review of the final as-built drawings, errors or omissions
are found, the drawings, will be returned to the Contractor for corrections.
The Contractor shall complete the corrections and return the digital files
and the as-built prints to the Contracting Officer within ten (10) calendar
days.

1.26   NOT USED


SECTION 01 31 13.12 10   Page 18
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

1.27   CERTIFICATES OF COMPLIANCE

Any certificates required for demonstrating proof of compliance of materials with specification requirements shall be executed in accordance with Section 01 33 00.12 10 SUBMITTAL PROCEDURES FOR DESIGN-BUILD.  Each certificate shall be signed by an official authorized to certify in behalf of the manufacturing company involved and shall contain the name and address of the Contractor, the project name and location, description and the quantity of the items involved, and date or dates of shipment or delivery to which the certificates apply.  Copies of laboratory test reports submitted with certificates shall contain the name and address of the testing laboratory and the date or dates of the tests to which the report applies.  Certification shall not be construed as relieving the Contractor from furnishing  satisfactory material.

1.28   ACCIDENT PREVENTION

The requirements contained in this clause are in addition to and suppliment the requirements of Section 01 35 26 GOVERNMENTAL SAFETY REQUIREMENTS . The Contractor shall comply with all applicable Host Country laws and with such additional measures as the Contracting Officer may find necessary in accordance with CONTRACT CLAUSE 52.236-13 entitled ACCIDENT PREVENTION (NOV 1991)-ALTERNATE 1 (APR 1984).  Applicable provisions of the Corps of Engineers manual entitled Safety and Health Requirements Manual EM 385-1-1, will be applied to all work under this contract.  The referenced manual may be obtained from the Contracting Officer's Representative at the jobsite or from the Middle East District at Winchester, Virginia.

1.28.1   Accident Prevention Program

Within fifteen (15) days after receipt of Notice to Proceed, and at least ten (10) days prior to the accident prevention pre-work conference, four (4) copies of the Accident Prevention Plan required by the CONTRACT CLAUSE 52.236-13 entitled ACCIDENT PREVENTION (NOV 1991)- ALTERNATE I shall be submitted for review by the Contracting Officer.  The Contractor shall not commence physical work at the site until the Accident Prevention Plan (APP) has been reviewed and accepted by the Contracting Officer or his authorized representative.  The APP shall meet the requirements listed in Appendix "A" of EM385-1-1.

The Activity Hazard Analysis is a method in which those hazards  likely to cause a serious injury or fatality are analyzed for each phase of operations.  Corrective action is planned in advance which will eliminate the hazards.  An analysis is required for each new phase of work.  On large or complex jobs the first phase may be presented in detail with the submittal of the Accident Prevention Plan rather than presenting the complete analysis. If the plan is to be presented in phases, a proposed outline for future phases must be submitted as a part of the initial Accident Prevention Plan submittal.  Accident Prevention Plans will be reviewed for timeliness and adequacy at least monthly with a signature sheet signed and dated documenting that these reviews took place.

Copy of company policy statement of Accident Prevention and any other guidance as required by EM 385-1-1, Appendix A.

1.28.2   Ground Fault Circuit Interrupter (GFCI) Requirement - Overseas Construction

The Corps of Engineers Health and Safety Manual, EM 385-1-1, section

SECTION 01 31 13.12 10   Page 19
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

85 of 1610
Government Rule 4 File

**A513**

11.C.05.a. states:  "The GFCI device shall be calibrated to trip within the threshold values of 5 ma +/- 1 ma as specified in Underwriters Laboratory (UL) Standard 943."  A variance from USACE has been granted allowing 10 ma, in lieu of 5 ma, for overseas activities that use 220 Volts(V)/50 hertz(hz) electrical power.

1.28.3    Temporary Power - Electrical Distribution Boxes

EM 385-1-1 section 11.A.01.a. states "All electrical wiring and equipment shall be a type listed by a nationally recognized testing laboratory for the specific application for which it is to be used."  This includes temporary electrical distribution boxes.  Locally manufactured electrical boxes will not be allowed.   Only manufactured electrical distribution boxes that meet the European CE requirements, with 10 ma CE type GFCIs installed shall be allowed.

Contractors shall:

   a.  Make no modifications that might void any CE or manufacturer certification.

   b.  Test the installed systems to demonstrate that they operate properly and provide the 10 ma earth leakage protection.

   c.  Ensure GFCIs will have an integral push-to-test function.  The testing shall be performed on a regular basis.

   d.  Check that proper grounding is checked regularly and flexible cords, connectors, and sockets inspected before each use.

1.28.4    Reinforcement caps

All rebar and other protruding reinforcing steel, onto and into which employees could fall, shall be guarded to eliminate the hazard of impalement. The guarding shall be capable of withstanding a 113 kg (250 lbs) weight dropped from 2.3 meters (7'6") without the rebar or other protruding reinforcing steel breaking through, using protective devices such as steel reinforced covers and wooden troughs. Individual blocks of wood or mushroom style plastic rebar caps manufactured for "scratch protection" only shall not be used unless they can meet the 113 kg requirement.

1.29   HAZARDOUS MATERIALS

Should the Contractor encounter asbestos or other hazardous materials, during the construction period of this contract, he shall immediately stop all work activities  in the area where the hazardous material is discovered.  The Contractor shall then notify the Contracting Officer; identify the area of danger; and not proceed with work in that area until given approval from the Contracting Officer to continue work activities.  Hazardous material is considered to be asbestos, explosive devices, toxic waste, or material hazardous to health and safety.  The Contractor shall secure the area from daily traffic until it is safe to resume normal activities.

1.30   NOT USED

1.31   NOT USED

1.32   NOT USED

SECTION 01 31 13.12 10  Page 20
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

86 of 1610
Government Rule 4 File

**A514**

1.33   NOT USED

1.34   OPERATION AND MAINTENANCE SUPPORT INFORMATION (OMSI)

1.34.1   General Requirements

1.34.1.1   Description of Manuals.

The purpose of the work is to provide OMSI manuals that contain detailed,
as-built information that describes the efficient, economical and safe
operation, maintenance, and repair of the subject facility.  The OMSI manuals
are to be factual, concise, comprehensive and written to be easily used by
operation and maintenance personnel.  Descriptive matter and theory must
include technical details that are essential for a comprehensive
understanding of the operation, maintenance and repair of the system.  The
Contractor and it's Contractor Quality Control (CQC) organization shall
ensure that OMSI manuals reflect changes to systems and equipment made during
construction.  The words system, systems, and equipment, when used in this
document, refer to as-built systems and equipment.

1.34.1.2   Organization of Manuals

The Contractor shall prepare the OMSI manuals in three parts:

Part I - Facility Information
Part II - Primary Systems Information
Part III - Product Data

Cross referencing within or between OMSI manuals must be specific.

1.34.1.3   Metric Manuals

All measurements and units shall be in SI (System International) metric units
exclusively.

1.34.1.4   Requirements

The requirements contained herein are in addition to all shop drawing
submission requirements stated in other sections of the specifications.  The
Contractor shall include provisions for obtaining the data required below in
all purchase orders and sub-contract agreements issued under this contract.
The Contractor shall obtain that data which is required to operate and
maintain all items of equipment and all systems/subsystems under either
normal or emergency operating conditions.

1.34.1.5   Government Acceptance

Government acceptance of equipment, materials, or products required to be
included within an OMSI Manual, will be held in abeyance pending receipt and
approval of the manual or portion of the manual associated with that piece of
equipment.

1.34.2   OMSI Part I - Facility Information

1.34.2.1   General Facility and System Description

Describe the function of the facility.  Detail the overall dimensions of the
facility, number of floors, foundations type, and expected number of
occupants.  List and generally describe all the facility systems listed in

SECTION 01 31 13.12 10   Page 21
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

OMSI Part II - Primary Systems Information and any special building features (for example , cranes, and elevators).  Include photographs, marked up and labeled to show key operating components and the overall facility appearance.

1.34.2.2   Project Criteria

Summarize the criteria that shows the basic scope of work, assumptions and intentions of the Contractor in complying with the project design.

1.34.2.3   Safety Hazards

In accordance with EM 385-1-1 entitled Safety and Health Requirements Manual, list all residual hazards identified in the Activity Hazard Analysis as prepared by the Contractor.  Provide recommended safeguards for each identified hazard.

1.34.2.4   Floor Plans

Provide uncluttered, legible 275 mm by 425 mm floor plans.  Exact copies of the design plans are not acceptable.  Include only room numbers, type or function of spaces, and overall facility dimensions on the floor plans.  Do not include construction instructions, references, frame numbers, etc.

1.34.2.5   Utility Connection and Cutoff Plans

Provide utility site and floor plans that indicate the exterior and main interior connection and cutoff points for all utilities.  Include enough information to enable someone unfamiliar with the facility to quickly locate the connection and cutoff points.  Do not include items such as contour lines, elevations, and subsurface information on the site plans.  Indicate the room number, panel number, circuit breaker, valve number, etc., of each connection and cutoff point, and what that connection or cutoff point controls.  These plans are in addition to the Floor Plans.

1.34.2.6   Extended Warranty Information

List all warranties for products, equipment, components, and sub-components whose duration exceeds one year.  Cross reference the list to the warranty copies included in OMSI Part II - Primary Systems Information or in Part III - Product Data.  For each warranty listed, indicate the applicable specification section, duration, start date, end data, and the point of contact for warranty fulfillment.  Also, list or reference all specific operation and maintenance procedures that must be performed to keep the warranty valid.

1.34.2.7   Equipment Listing

Provide a table that lists the major equipment shown on the equipment schedules.  Show the item descriptions, locations, model numbers, and the names, addresses, and telephone numbers of the manufacturers, suppliers, Contractors, and subcontractors.

1.34.2.8   HVAC Filters

Provide a table that lists the quantity, type, size, and location of each HVAC filter.

1.34.2.9   Floor Coverings

SECTION 01 31 13.12 10   Page 22
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

88 of 1610
Government Rule 4 File

**A516**

Provide a table that lists by room number (including hallways and common
spaces), the type of space, type of floor covering and area of floor.  The
table will include a facility summary of the total area for each type of
space and floor covering.

1.34.2.10   Wall surfaces

Provide a table that lists by room numbers (including hallways and common
spaces), the type of wall surface, and area of wall surface.  The table shall
include a facility summary of the total area for each type of wall surface.

1.34.2.11   Ceiling Surfaces

Provide a table that lists by room number (including hallways and common
spaces), the type of ceiling surface, and area of ceiling surface.  The table
shall include a facility summary of the total area for each type of ceiling
surface.

1.34.2.12   Windows

Provide a table that lists by room number (including hallways and common
spaces), the type of window, window size, number of each size and type, and
any special features.  The table will include a facility summary of the total
number for each type and size of window.

1.34.2.13   Lighting Fixtures

Provide a table that lists by room number (including hallways and common
spaces), the type and voltage of the lighting fixture, number of lighting
fixtures, type of bulbs or tubes, and number of bulbs and tubes.  The table
will include a facility summary of the total number of fixtures of each type
and number of bulbs or tubes of each type.

1.34.2.14   Plumbing Fixtures

Provide a table that lists by room number, the number and type of plumbing
and bathroom fixtures (for example, sinks, water closets, urinals, showers
and drinking fountains).

1.34.2.15   Roofing

Provide the total area of each type of roof surface and system.  Provide the
name of the roofing product and system, manufacturer's, supplier's, and
installer's names, addresses, and telephone numbers.  For each type of roof,
provide a recommended inspection, maintenance and repair schedule that
details checkpoints, frequencies, and prohibited practices.  List roof
structural load limits.

1.34.2.16   Supply Inventory Requirements

Provide a six (6) month, one (1) and two (2) year list of maintenance and
repair supplies (for example, spare parts, fuels, lubricants) required to
ensure continued operation without unreasonable delays.  Identify and list
parts and supplies that have long purchase lead, or delivery times.

1.34.2.17   As-built Drawing List

Provide a list of the as-built drawings.  Include drawing number and title.


SECTION 01 31 13.12 10   Page 23
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

1.34.2.18   Training Requirements

Provide a list of recommended training related to the operation, maintenance
and repair of each installed system that is available from the manufacturer
or other source.  Provide the name, address, and phone number of point of
contact.  The training requirements shall pertain only to systems listed in
OMSI Part II - Primary Systems Information.

1.34.2.19   Skill Matrix

Provide a matrix by system and skill that identifies productive hours
required to maintain the facility's systems listed in OMSI Part II - Primary
Systems Information.  An example of the format follows:


                              Hours
           System 1      System 2      System 3      Total/Skill
Skill
required

Skill 1

Skill 2

Skill 3

Skill 4

Total/
System


1.34.3   OMSI Part II - Primary Systems Information

1.34.3.1   General

The Contractor shall develop and provide the data beyond separate equipment
items necessary to operate and maintain all architectural, civil, mechanical
and electrical systems for each building, each plant, and/or each
distribution or collection system.  A system is defined as a group of
equipment items related in purpose and which share electrical power or
communication circuits as in a fire alarm system, or which share mechanical
piping or ductwork as in an HVAC system or materials which provide a singular
function such as VCT floor tiles, acoustical ceiling tile system, etc.  OMSI
data for systems shall be submitted as described hereinafter.  This approach
requires that consideration be given to the entire system (that is, the
interfaces of equipment, connections, and material flow within the system).
The Contractor shall use Notes, Cautions, and Warnings throughout the OMSI
Part II - Primary Systems Information to emphasize important and critical
instructions and procedures.  Place notes, cautions, and warnings immediately
before the applicable instructions or procedures.  Notes, cautions and
warnings are defined as follows:

Note:  Highlights an essential operating or maintenance procedure, condition
or statement.

Caution:  Highlights an operating or maintenance procedure, practice, or
condition, statement, etc., that, if not strictly observed, could result in
damage to or destruction of equipment, loss of mission effectiveness, or


                    SECTION 01 31 13.12 10   Page 24
                    PART TWO - GENERAL REQUIREMENTS

health hazards to personnel.

Warning:  Highlights an operating or maintenance procedure, practice, condition, or statement, etc., that, if not strictly observed, could result in injury to, or death, of personnel.

1.34.3.2   Preparation and Organization of Systems OMSI Manuals

For each location and for each system installed, the Contractor shall prepare and provide the required number of sets of separate complete system OMSI Manuals, bound in post type loose leaf binders as indicated in paragraph SUBMITTALS.  These manuals will provide the basic information and direction needed by journeymen operators to effectively operate each system and by journeymen maintenance technicians to perform Preventive Maintenance (PM) and Corrective Maintenance (CM) routines on systems components.  The following identification shall be printed on the cover and spine of each binder, the words "OPERATING AND MAINTENANCE INSTRUCTIONS", plus name of the system, and the location of the facilities.  When two or more binders are required for the data, for an individual system, the binder shall be marked 1 of n, 2 of n, 3 of n, etc. (where n equals the total number of binders).  Each manual shall have a complete index page(s) which shall be inserted after the title page of the first volume of that system.  Title page shall include name of project and contract number.  Each binder shall have a complete index that lists all the information and data contained in the binder(s).

a.  Each piece of equipment and system will have a divider and tab properly identified.

b.  Each section for each piece of equipment will have a divider and tab properly identified.

1.34.3.3   OMSI Part II Manual

The OMSI Part II Manual shall include, but not necessarily be limited to, the following:

a.  Operation.

1.  System Description.  Provide a detailed narrative of the system composition and operation and principles of operation.  Include technical details that are essential for an understanding of the system.

2.  Start-Up Shutdown and Post-shutdown Procedures.  Provide step by step instruction to bring systems from static to operational configurations and from operating to shutdown status.  Provide narrative description for each operating procedure including the control sequence for each.

3.  Normal Operating Instructions.  Provide a discussion/narrative description of the normal operation and control of the system.  Address operating norms (for example, temperatures, pressures, and flow rates) expected at each zone or phase of the system.  Supplement the narrative with control and wiring diagrams and data to explain operation and control of specific equipment.

4.  Emergency Operating Instructions.  Include emergency procedures for equipment malfunctions to permit a short period of continued operation or to shut down the equipment to prevent further damage to systems and equipment.  Include emergency shutdown instructions for fire, explosion, spills, or other foreseeable contingencies.  Provide guidance on emergency operations of all

SECTION 01 31 13.12 10   Page 25
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

91 of 1610
Government Rule 4 File

**A519**

utility systems including valve locations and portions of systems controlled.

5.  System Flow Diagrams.  Provide a flow diagram indicating system liquid, air (do not include ductwork) or gas flow during normal operations.  Provide flow diagrams showing point-to-point connections, sequence of operation, control diagrams and identification of each system component.  A compilation of non-integrated, flow diagrams for the individual system components are not acceptable.

6.  Diagrammatic Plans.  Provide floor plans indicating the location of equipment and configuration of the system installation.  Include the configuration of associated piping or wiring.  Subordinate structural features to utility features.

7.  Environmental Considerations.  Provide a listing of the equipment that requires special operation, report testing, analysis or inspection to comply with federal, state, or local environmental laws.  Examples of possible list items include back flow preventer inspections, underground storage tank testing, hazardous material or waste usage and storage documentation, and air pollution control devices.  Each item in the list will include requirements for environmental operation, reporting, testing, analysis, and inspection as well as references to respective implementing regulations, statutes, or policies.  The OMSI manuals shall include all requirements needed to comply with the environmental Final Governing Standards (FGS) for Bahrain.

8.  Field Test Reports.  Provide Field Test Reports (SD-09) system test reports and certification that apply to equipment associated with the system.

9.  Operator Servicing Requirements.  Provide instructions for services to be performed by the operator such as lubrication, adjustments, and inspection.

10.  Safety Instructions.  Provide a list of all personnel hazards and equipment safety precautions including a recommended safeguards.

11.  Valve List.  Provide a list of all valves associated with the system.  Show valve type, identification number, function, location, and normal operating position.

12.  Operating Log.  Provide forms, samples, and instructions for keeping necessary operating records.

13.  Electrical single line and three (3) line diagrams in sufficient detail to define the system and operation of related parts.

14.  Final balancing reports for air, water, and other systems as applicable.  (These may be added to the manual after installation testing is completed and accepted.)

15.  Operating procedures including pre-start, start-up, normal operation, emergency operation, normal and emergency shut-down.

16.  Schedules including valve schedules, circuit breakers schedules, equipment schedules, etc.

17.  List of special tools and test and calibration equipment.

18.  List of systems components cross referenced to the OMSI equipment data volume number.

SECTION 01 31 13.12 10   Page 26
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

92 of 1610
Government Rule 4 File

**A520**

b.  Preventive Maintenance

1.  Preventive Maintenance Plan and Schedule.  Provide a Preventive
Maintenance (PM) plan based on manufacturer's recommendations and established
engineering practice.  Include all pieces of equipment.  Provide a check
sheet that details maintenance tasks and associated frequencies.  Also
provide an annual schedule indicating when maintenance tasks should be
performed such that work is spread as evenly as possible throughout the year.

2.  Preventive Maintenance Procedures.  Provide a Task Card for each
individual maintenance task identified on the PM Plan and Schedule.  Include
detailed PM procedures, safety instruction and precautions including Lock
out/tag out precautions, required skill level, number of personnel needed,
frequency, special tools needed, parts needed, and estimated time required to
complete the task.

3.  Lubrication Schedule.  Provide a lubrication schedule indicating types,
grades, and capacities  of lubricants for specific temperature ranges and
applications.

4.  Preventive Maintenance Log.  Provide a tabular form for recording the
accomplishment of PM.  Log must be able to record date PM was performed,
findings, action taken, parts used, time required to complete the work, and
other data necessary to provide a good historical record of PM activities
performed.

5.  System preventative maintenance procedures and schedules.

6.  System troubleshooting guides.

7.  System corrective maintenance procedures.

8.  Folded-up copy of the system's framed instructions and wall charts
(Training instructions).

c.  Repair

1.  Troubleshooting Guides and Diagnostic Techniques.  Provide step by step
procedures for isolating the cause of system malfunctions.  The procedures
shall clearly state indications or symptoms of trouble; the sequential
instruction, including checks and tests to be performed and conditions to be
sought, to determine the cause, and remedial measures to bring the equipment
and system to operating condition.  Identify special test equipment required
to perform the procedures.  Start the troubleshooting guide at the system
level and proceed to a level where detailed manufacturer's troubleshooting
procedures for equipment and components can be referenced.

2.  Repair Procedures.  Provide repair instructions required to restore
equipment to proper operating standards.  References must be specific as to
location within the OMSI manuals.

3.  Removal and Replacement Instructions.  Provide or refer to the
manufacturer's data for the instructions on the removal and replacement of
equipment components.  References must be specific as to location within the
OMSI manuals.

d.  Manufacturer's Data

1.  Operation and Maintenance Data.  Include the Operation and Maintenance

SECTION 01 31 13.12 10   Page 27
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A521**

Data Package information per paragraph 1.34.4.1 entitled Operation and
Maintenance (O&M) Data Packages.  Incorporate this information into each
system discussion under the Operation, Preventive Maintenance and Repair
sections of Part II - Primary Systems Information.

2.  Manufacturer's Equipment Information.  Provide drawings, illustrations
and product data furnished by the manufacturer for the equipment and system
components.  Organize and index the information for easy reference.

1.34.4   OMSI Part III - OMSI Product Data

The Contractor shall provide all data necessary to operate and maintain all
equipment purchased and/or installed under this contract.  Provided below are
examples for which the Contractor is required to submit OMSI data.  The
examples provided are not definitive for this contract, but are provided to
indicate the general types of equipment for which OMSI data is required.

| | |
|---|---|
| Lighting Fixtures | Control Devices |
| Air Conditioners | Valves |
| Motors | Exhaust Fans |
| Water Heaters | Plumbing Fixtures |
| Compressors | Appliances (e.g. washing machines, food disposers, machines, coffee urns, etc.) |
| Boilers | VCT Tiles |
| Chillers | Stucco and Plaster |
| Treatments | Acoustical Ceiling |
| Grid/Tiles | |

OMSI Product Data shall provide a record of all material and equipment
product data incorporated into the construction of each facility.

Examples of product data include manufacturer's catalog data, Field Test
Reports and warranty sheets.  Include shop drawings relevant to the operation
and maintenance of the facility or system except those used in Part II -
Primary Systems Information, OMSI manuals for equipment should be included
and separately tabbed within the specification section.  Do not include
extraneous data, (for example, transmittal sheets, certifications, welder
qualifications, Contractor qualifications and certificates of compliance).
Highlight or note submittals that contain information on several parts or
model numbers to identify installed material.  Product data included in Part
III - Product Data, should use metric units.

1.34.4.1   Operation and Maintenance (O&M) Data Packages

a.  The type of Product Data needed for any system, or piece of equipment
depends upon the complexity of that item.  Data Package 1 would typically be
used for architectural items requiring simple but specific maintenance and
replacement; for example, acoustical ceiling, floor tile or carpeting
systems.  Data Package 2 would be used for an item that is less simple; for
example, an item having a motor and some sequence of operation such as a
refrigerated drinking fountain.  Data Package 3 would be used for  a complex
piece of equipment, having a specific troubleshooting sequence, but one which
does not require and operator on watch; for example, HVAC temperature
controls.  Data Package 4 would be used for an extremely complex piece of
equipment, having an extensive sequence of operation, a complex
troubleshooting sequence and one requiring frequent operator attention; at
least for start-up and shut-down.  Examples of this case would be small
boilers and small diesel generator sets.  Finally, Data Package 5 would be
used for electrical equipment, components or systems on which, wiring and

SECTION 01 31 13.12 10  Page 28
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

94 of 1610
Government Rule 4 File

**A522**

control diagrams are needed for operation, maintenance or repair.  Examples of this case are 400 Hz frequency converters, annunciator panels and cathodic protection systems.

b.  The Contractor shall perform an extensive review of each specification section and its associated drawings and shall prepare Operation and Maintenance Data Packages as follows:

1.  Data Package 1

(a)  Safety precautions

(b)  Maintenance and repair procedures

(c)  Contractor information

2.  Data Package 2

(a)  Safety precautions

(b)  Normal operations

(c)  Environmental conditions

(d)  Lubrication data

(e)  Preventive maintenance plan and schedule

(f)  Maintenance and repair procedures

(g)  Removal and replacement instructions

(h)  Spare parts and supply list

(i)  Parts identification

(j)  Warranty information

(k)  Contractor information

3.  Data Package 3

(a)  Safety precautions

(b)  Normal operations

(c)  Emergency operations

(d)  Environmental conditions

(e)  Lubrication data

(f)  Preventive maintenance plan and schedule

(g)  Troubleshooting guides and diagnostic techniques

(h)  Wiring diagrams and control diagrams

(i)  Maintenance and repair procedures

SECTION 01 31 13.12 10  Page 29
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

Government Rule 4 File

**A523**

(j)  Removal and replacement instructions

(k)  Spare parts and supply list

(l)  Parts identification

(m)  Warranty information

(n)  Testing equipment and special tool information

(o)  Contractor information

4.  Data Package 4

(a)  Safety precautions

(b)  Operation pre-start

(c)  Start-up, shutdown and post-shutdown procedures

(d)  Normal operations

(e)  Emergency operations

(f)  Operator service requirements

(g)  Environmental conditions

(h)  Lubrication data

(i)  Preventive maintenance plan and schedule

(j)  Troubleshooting guides and diagnostic techniques

(k)  Wiring diagrams and control diagrams

(l)  Maintenance and repair procedures

(m)  Removal and replacement instructions

(n)  Spare parts and supply list

(o)  Corrective maintenance man-hours

(p)  Parts identification

(q)  Warranty information

(r)  Personnel training requirements

(s)  Testing equipment and special tool information

(t)  Contractor information

5.  Data Package 5

(a)  Safety precautions

SECTION 01 31 13.12 10   Page 30
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

96 of 1610
Government Rule 4 File

**A524**

(b)  Operator pre-start

(c)  Start-up, shutdown and post shutdown procedures

(d)  Normal operations

(e)  Environmental conditions

(f)  Preventive maintenance plan and schedule

(g)  Troubleshooting guides and diagnostic techniques

(h)  Wiring and control diagrams

(i)  Maintenance and repair procedures

(j)  Spare parts and supply list

(k)  Testing equipments and special tools

(l)  Warranty information

(m)  Contractor information

1.34.4.2  Types of Information Required in O&M Data Packages

For each equipment or material item O&M data shall be submitted as described hereinafter.  For identical pieces of equipment installed within any one system, only one (1) file of OMSI data for the equipment item will be required for maintenance purposes.  Deviation from these requirements will require approval of the Contracting Officer.  The data as a minimum shall include for each equipment item, the following:

a.  General

1.  Equipment OMSI Data Sheet.  Shall include the equipment name, manufacturer's name and address, model number, (including characteristics and any special remarks), and the serial number(s), tag number(s), or any user assigned identification number(s), and installed location(s) of the equipment.  This sheet shall be the first page of each item of equipment OMSI data package and shall contain a checklist covering items from the following paragraphs:

   1.34.4.2.b  Operating Instructions
   1.34.4.2.c  Preventive Maintenance
   1.34.4.2.d  corrective Maintenance (Repair)

2.  Equipment Description.  Shall include item name, model number, serial number, equipment price (FOB Manufacturer), electrical and/or mechanical characteristics, manufacturer's name and address, order number and all other data found on the equipment name plates.  Include local/regional representative of manufacturer, name, address, telephone number, and telex number.

3.  Component and assembly Drawings/Master Parts List.  Shall contain exploded views and a master parts list clearly identifying all parts and subassemblies by manufacturer's part number.  Master Parts list shall also include the price for each part (FOB Manufacturer) and effective date.

SECTION 01 31 13.12 10   Page 31
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

97 of 1610
Government Rule 4 File

**A525**

4.  Control Diagrams and Sequences of Operations.  Shall include operating instructions (including normal start-up, normal shut-down and emergency shut-down as applicable).

5.  Performance Characteristics.  Shall include performance curves for full range of operation, and data pertinent to characteristics of equipment provided.

6.  Installation Instructions.  Shall include adjustment and alignment procedures, checkout procedures and test procedures.

7.  Special Items.  The Contractor shall prepare a list of special tools, test equipment, and safety precautions when specified in the TECHNICAL PROVISIONS and special items that are normally provided by the manufacturer with the equipment.  The list shall also include the current unit price and date for each item (FOB MANUFACTURER).

8.  Record of Material and Equipment.  Provide a copy of the product data used in the facility construction.  Examples of product data include manufacturer's catalog data, field test reports and warranty sheets.  Include shop drawings relevant to the operation and maintenance of the facility or system except those used in Part II - Primary Systems Information, OMSI manuals for equipment should be included and separately tabbed within the specification section.  Do not include extraneous data, (for example, transmittal sheets, certifications, welder qualifications, Contractor qualifications and certificates of compliance).  Highlight or note submittals that contain information on several parts or model numbers to identify installed material.  Product data included in Part III - Product Data, should use metric units.

9.  Parts Identification.  Provide identification and coverage for all parts of each component, assembly, subassembly, and accessory of the end items subject to replacement.  Include special hardware requirements, such as required to use high-strength bolts and nuts.  Identify parts by make, model, serial number, and source of supply to allow reordering without further identification.  Provide clear and legible illustrations, drawings, and exploded views to enable easy identification of the items.  When illustrations omit the part numbers and description, both the illustrations and separate listing shall show the index, reference, or key number which will cross-reference the illustrated part to the listed part.  Parts shown in the listings shall be grouped by components, assemblies, and subassemblies.  Parts data may cover more than one (1) model or series of equipment, component, assemblies, subassemblies, attachments, or accessories, such as a master parts catalog, in accordance with the manufacturer's standard commercial practice.

10.  Warranty Information.  Provide copies of equipment extended warranties.  List and explain the various warranties and include the servicing and technical precautions prescribed by the manufacturers or contract documents to keep warranties in force.  Include warranty information for primary components such as the compressor of air conditioning system.

11.  Personnel Training Requirements.  Provide information available from the manufacturers to use in training designated personnel to operate and maintain the equipment and systems properly.

12.  Testing Equipment and Special Tool Information.  Include information on test equipment required to perform specified tests and on special tools needed for the operation, maintenance, and repair of components.

SECTION 01 31 13.12 10   Page 32
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A526**

13.  Contractor Information.  Provide a list that includes the name, address, and telephone number of the General Contractor and each subcontractor installing the product or equipment.  Include local representatives and service organizations most convenient to the projects site.  Provide the name, address, and telephone number of the product or equipment manufacturers.

b.  Operating Instructions.  Include specific instructions, procedures, and illustrations for the following phases of operation:

1.  Safety Precautions.  List personnel hazards and equipment or product safety precautions for all operating conditions.

2.  Operator Pre-start.  Include procedures required to set up and prepare each system for use.

3.  Startup, Shutdown and Post-shutdown Procedures.  Provide narrative description for each operating procedure including control sequence for each.

4.  Normal Operations.  Provide narrative description of normal operating procedures.  Include control diagrams with data to explain operation and control of systems and specific equipment.

5.  Emergency Operations.  Include emergency procedures for equipment malfunctions to permit a short period of continued operation or to shut down the equipment to prevent further damage to systems and equipment.  Include emergency shutdown instructions for fire, explosion, spills, or other foreseeable contingencies.  Provide guidance on emergency operations of all utility systems including valve locations and portions of systems controlled.

6.  Operator Service Requirements.  Include instructions for services to be performed by the operator such as lubrication, adjustment, inspection and gauge reading recording.

7.  Environmental Conditions.  Include a list of environmental conditions (temperature, humidity and other relevant data) which are best suited for each product or piece of equipment and describe conditions under which equipment should not be allowed to run.

c.  Preventive Maintenance.  Preventive maintenance procedures shall include inspection, cleaning, adjustment and service.  A schedule shall be furnished for each piece of equipment listing manufacturer's schedule for routine preventive maintenance, inspections, tests and adjustments required to ensure proper and economical operation and to minimize corrective maintenance and repair.  Provide manufacturer's projection of preventive maintenance work-hours on a daily, weekly, monthly, and annual basis including craft requirements by type of craft.  For periodic calibrations, provide manufacturer's specified frequency and procedures for each separate operation.  Preventive maintenance schedules shall take into account operating conditions in Bahrain.  Include lubrication data, other than instructions for lubrication in accordance with paragraph OPERATOR SERVICE REQUIREMENTS:

1.  A table showing recommended lubricants for specific temperature ranges and applications;

2.  Charts with a schematic diagram of the equipment showing lubrication points, recommended types and grades of lubricants, and capacities; and

SECTION 01 31 13.12 10   Page 33
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

99 of 1610
Government Rule 4 File

**A527**

3.  A lubrication schedule showing service interval frequency.

d.  Corrective Maintenance (Repair).  Corrective maintenance procedures shall
include instructions for troubleshooting, repair, overhaul and calibration.

1.  Troubleshooting Guides and Diagnostic Techniques.  Include step-by-step
procedures to promptly isolate the cause of typical malfunctions.  Describe
clearly why the checkout is performed and what conditions are to be sought.
Identify tests or inspections and test equipment required to determine
whether parts and equipment may be reused or required replacement.

2.  Wiring Diagrams and Control Diagrams.  Wiring diagrams and control
diagrams shall be point-to-point drawings of wiring and control circuits
including factory-field interfaces.  Provide a complete and accurate
depiction of the actual job specific wiring and control work.  On diagrams,
number electrical and electronic wiring and pneumatic control tubing and the
terminals for each type, identically to actual installation numbering.

3.  Maintenance and Repair Procedures.  Include instructions and list tools
required to restore product or equipment to proper condition or operating
standards.

4.  Removal and Replacement Instructions.  Include step-by-step procedures
and list required tools and supplies for removal, replacement, disassembly,
and assembly of components, assemblies, subassemblies, accessories and
attachments.  Provide tolerances, dimensions, settings and adjustments
required.  Instructions shall include a combination of text and illustrations.

5.  Corrective Maintenance Work-Hours.  Include manufacturer's projection of
corrective maintenance work-hours including craft requirements by type of
craft.  Corrective maintenance that requires participation of the equipment
manufacturer shall be identified and tabulated separately.

6.  Recommended Spare Parts List.  Separate lists containing the
manufacturer's recommendation for two (2) years, one (1) year, and six (6)
months spare parts stock levels for operating conditions in Bahrain.  Current
unit price and effective date, lead time, shelf life for each individual
part, and total cost of all recommended parts shall be furnished.

1.34.5   Framed Instructions for Systems

For each system, the Contractor shall provide framed instructions mounted on
the wall of each mechanical and electrical equipment room which contains a
portion of the system.  The size of the framed instructions will be governed
by the content to be framed plus room for a minimum of two (2) inch border.
Framed instructions shall be on acid free paper with permanent (non-fading)
markings.  The framed instructions shall include drawings and typed narrative
descriptions as required to provide the following information:

1.34.5.1   Drawings

Drawings containing flow, piping, instrumentation and control diagrams of
mechanical systems and wiring and control schematics of electrical systems
contained within or controlled from that equipment room.

1.34.5.2   Narrative of Procedures

Narrative containing equipment and system normal pre-start, start-up,
operating and shut-down procedures.

SECTION 01 31 13.12 10   Page 34
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006
100 of 1610
Government Rule 4 File

**A528**

1.34.5.3    Narrative of Emergency Procedures

Narrative of emergency shut-down instructions and safety precautions,
including but not necessarily limited to the following:  Emergency procedures
for equipment malfunctions to permit a short period of continued operation or
to shut down the equipment to prevent further damage to systems and
equipment.  Include emergency shut-down instruction for fire, explosion,
spills, or other foreseeable contingencies.  Provide guidance on emergency
operations of all utility systems including valve locations and portions of
systems controlled.

1.34.5.4    Preparation and Installation of Framed Instructions

Preparation and installation of Framed Instructions.  All material prepared
for use as framed instructions to meet the requirements of paragraph 1.34.5.2
above shall be prepared in the English language.  All material prepared for
use as framed instructions to meet the requirement of paragraph 1.34.5.3
above shall be prepared in English.  Drawings and narratives prepared for use
as framed instructions shall be submitted to the Contracting Officer for
approval prior to posting.  Framed instructions shall be mounted using frames
with glass or rigid plastic covers as approved by the Contracting Officer.
All framed instructions must be posted before final acceptance testing of the
equipment and systems.

1.34.6    Format

1.34.6.1    General Preparation of OMSI Data for Each Equipment Item

All data shall be prepared in the English language.  Each item of equipment
shall be cross referenced to include installation location using the
Contractor's system of  identification as approved by the Contracting
Officer.  At least two sets of the furnished copies of printed and prepared
data shall be of original quality.  All data shall be presented on
8-1/2 x 11 inch sheets to the greatest possible extent.  Foldouts will
normally be limited to 11 x 17 inch sheets.  For other sets of data,
reproductions shall be clear, legible, re-reproducible, and not subject to
fade.  Extraneous information on inapplicable models or components shall be
removed or suitably marked out.  Each volume shall be identified by the
equipment name as shown on the Equipment OMSI Data Sheet, and sequentially
numbered.  Each volume shall include an index of items included in the binder
and the index shall be the first sheet in the binder, and all remaining data
shall be taped accordingly.  Volume binders shall be packed (maximum) 2/3
full to allow easy access to contents.

1.34.6.2    Binders

Bind the OMSI manuals in durable, hard cover, water and grease resistant post
time catalog/manual binders (style similar to FSN 7510-00-889-3520), which
hold 8-1/2 by 11 inch (297 by 210 mm) sheets.  Binders shall have clear
pockets located on the front and on the spine that hold printed sheets.

a.  Facility Information Binder.  Bind the Part I - Facility Information in a
white post type, loose leaf binder of appropriate size.

b.  Primary Systems Information Binders.  Bind the Part II - Primary Systems
Information in blue, post type, loose leaf binders of three inch capacity.
More than one system may be included in a single binder provided that all
sections of each system are included in that binder.

SECTION 01 31 13.12 10   Page 35
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A529**

c.  Product Data Binders.  Bind the Part III - Product Data in red, post type, loose leaf binders of three inch capacity.

d.  Identify each binder on both the cover insert sheet and the spine insert sheet with the following information.

1.  OMSI Manual Part I, II, or III with appropriate titles

2.  Building Number

3.  Project Title

4.  Activity and Location

5.  Construction Contract Number

6.  Prepared For:  Middle East District, Winchester, Virginia

7.  Prepared By: [_____]

8. Volume Number.  Each binder is a single volume.  Number each volume consecutively.  For example, an OMSI composed of 5 binders would have the Part I - Facility Information binder labeled volume 1 of 5 and the last Part III - Product Data binder would be volume 5 of 5.

1.34.6.3   Pages, Divider and Tabs

Use high quality paper and dividers made of heavy duty paper with plastic reinforced holes and integrated tabs.

a.  Facility Information Divider.  Use white tabs to identify the major items.

b.  Primary Systems Information Dividers.  Fuse blue tabs with bold type to identify the system titles.  Use dividers with white tabs to identify the different sections under each system and the major topics under each section.

c.  Product Data Dividers.  Use white tabs to show the Division number and title.  Use dividers with colored tabs to identify the specification section number with key words to identify the section title.  Use colored non-tab dividers to separate large equipment groupings such as valves, pumps, chillers, and to separate the OMSI data within each specification section.

1.34.6.4   Oversized Sheets

Insert oversized sheets into the binders as single fold-out sheets. Oversized sheets are defined as submittals, instruction sheets, drawings, etc., larger than 8-1/2 x 11 inch, but not exceeding 11 by 17 inch. Oversized sheets shall be folded to expose the sheets title block. Submittals or drawings exceeding 11 by 17 inch, which cannot be reduced, may be inserted in labeled, clear plastic pockets.

1.34.6.5   Preface

Insert a preface sheet in the front of each volume, following a copy of the cover insert sheet.  No tab sheet is to be used with the Preface sheet. Include the following information in the Preface.

"Preface"

SECTION 01 31 13.12 10   Page 36
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A530**

Introduction

Operational and Maintenance Support Information (OMSI) was prepared for this
project to help you operate, maintain, and repair the facility over its life
cycle.  OMSI manuals provide a comprehensive, organized library of as-built
materials, equipment and systems.  Use the OMSI manuals as the first step in
solving your operation, maintenance or repair problems.  Your comments or
suggestions are welcome and should be forwarded to:  Commander,
LANTNAVFACENGCOM, 6506 Hampton Boulevard, Norfolk, Virginia  23508, Attn:
Code 1614.  Telephone (804) 322-4647, Fax (804) 322-4715.

Contents

OMSI Part I - Facility Information.  This portion of the OMSI manuals
contains Basic User Information needed on a daily basis by the owner or
tenant of the facility.  Examples:  General Facility and System Descriptions,
Utility Connection and Cut-off Plans, Safety Hazards, Warranty Information.
It also provides the information you need to quickly prepare Maintenance
Service Contracts and Performance Work Statements for O&M and Custodial
Service Contracts.  Examples of this information area totals for floor
coverings, wall and ceiling surfaces, number, types, and sizes of lighting
fixtures, bathroom fixtures, windows, and HVAC filters.

OMSI Part II - Primary Systems Information.  This portion of the OMSI manuals
provides detailed operation, preventive maintenance, repair, and
manufacturer's data for each system selected.  This information includes
items such as normal and emergency operating procedures, flow diagrams, PM
requirements, spare parts, troubleshooting, repair procedures, and warranty
provisions.  You can expect better PM, faster repairs, and reduced down time
by using information in this part of the OMSI manuals.

OMSI Part III - Product Data.  This portion of the OMSI manuals consists of
construction Contractor submittals for as-built materials and equipment such
as manufacturer's catalog data, shop drawings, test data, and Operation and
Maintenance Data not included in Part II.  Part III is organized by the
divisions and sections of the construction specifications.  For example, if
you want to find information about the sprinkler system alarm valves, you
would look under Division 15 "Mechanical", and product installed, part
number, manufacturer, etc.  Part II also includes architectural product
information for items such as ceiling tile, carpeting, plumbing, and lighting
fixtures.  This information will keep your facility looking sharp for many
years through product-specific maintenance and replacement of its'
architectural features.

Updating

The OMSI manuals must reflect the facility's existing components; therefore,
you must continually update the manuals.  When equipment or components are
replaced, add pertinent new information to each manual set.  Be sure to
update all sections of the OMSI manuals that reference the replaced item.
Purge all information on the replaced item to prevent confusion."

1.34.6.6   Table of Contents

Provide a Master Table of Contents for the entire set of OMSI manuals.  Place
the Master Table of Contents after the Preface sheet of each volume.  Provide
a specific Table of Contents for Part I - Facility Information, for each
system in Part II - Primary Systems Information, and for each division and

SECTION 01 31 13.12 10   Page 37
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A531**

section of Part III - Product Data.

1.34.6.7   Contractor Responsibility for Updating OMSI Information

The Contractor shall be responsible for the accuracy of all information
furnished in accordance with the above requirements.  The Contractor shall be
responsible for updating or supplementing all OMSI data, including data which
has been previously submitted, to reflect changes in the contract or to
correct errors discovered by any other means.  The OMSI data for separate
equipment items, the systems OMSI Manuals, and the framed instructions
prepared by the Contractor shall be utilized and verified during installation
and testing of the equipment and/or systems and shall be updated and
corrected as required.  Errors found during systems testing and validation
shall be corrected within fourteen (14) calendar days of completion of each
test and validation.  Drawings, pages of text, etc. of systems OMSI Manuals
shall be complete in final form.  Marked-up drawings or pages are not
acceptable.

1.34.7   Electronic Format OMSI Manuals

The Contractor shall prepare electronic format versions of the OMSI manuals
in either Word for WindowsTM format.  The Contractor shall provide all the
required data for OMSI Manuals Part I - Facility Information and Part II -
Primary Systems Information in Word for WindowsTM format.  The Contractor
shall further provide all drawings, plans, schematic's, diagrams, sketches,
figures, and related illustrations in the format native to the latest version
in common use of Bently MicroStation CADD.  The Government will only accept
the final product for full operation, without conversion or reformatting, in
this format.  The Contractor shall name and index the files for ease of
identification and updating.  All files shall be provided on 3-1/2 inch high
density disks.

1.34.8   Contractor Quality Control (CQC)

The Contractor shall assign to his CQC staff a Technical Writer with
experience in preparation of complex Operation and Maintenance Support
Information (OMSI) Manuals.  This individual shall be available on site to
obtain details and documentation on field changes, to take appropriate
photos, document as-built conditions and performance tests, and ensure strict
compliance with the requirement of this clause.  This individual shall
provide a presentation of the OMSI prefinal submittal manuals to Government
and other representatives at the construction site.  The presentation details
how the OMSI manuals are organized, what they contain, how they are
referenced and cross referenced, and how to use them in day-to-day operation,
maintenance and repair.  The Contractor shall video tape this presentation in
accordance with Special Clause entitled INSTRUCTIONS AND TRAINING FOR
OPERATION AND MAINTENANCE.  The OMSI CQC shall field verify the accuracy and
completeness of the OMSI manuals.  This includes verifying that the systems
and equipment in the OMSI manuals accurately reflect the as-built conditions,
verifying that O&M procedures are appropriate for the systems and equipment
that they support; and verifying that equipment nomenclature and system
configurations are accurate.  The OMSI CQC shall make corrections and
recommend in-scope changes to the OMSI manuals prior to delivery of the final
submittal.

1.34.9   Submittals

1.34.9.1   Concept OMSI Submittal

SECTION 01 31 13.12 10   Page 38
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

104 of 1610
Government Rule 4 File

**A532**

The Contractor shall submit within sixty (60) calendar days following equipment approval by the Government (not to exceed 975 calendar days after Notice to Proceed), two (2) copies of the concept OMSI submittal.  The Contractor shall schedule equipment submittals in such a manner as to enable review and approval by the Government prior to 915 days after the Notice-to-Proceed.  The purpose of this submittal is to present, for approval by the Contracting Officer, on overall plan for the preparation of the OMSI Manuals.  The submittal shall include, but not necessarily be limited to, the following information:

a.  Identify by name all systems that will be addressed in the OMSI manual.

b.  Provide the format and table of contents of the OMSI manuals and include the following:

1.  Sample post type, loose-leaf binder.  Show a typical title as it will appear on the front face and also on the spine of the binder.

2.  Proposed divider format with the sample divider and completed tab.

3.  Samples showing the quality of acid free paper and quality of reproduction proposed.

4.  Select one system of moderate complexity and partially develop the various operational and maintenance aspects of the system.  This development should have sufficient depth to clearly demonstrate the arrangement and level of detail proposed for all systems that will be included.

5.  A submittal matrix, tailored from the construction submittal matrix, to identify those submittals needed for the preparation of the OMSI manuals.  The Contractor shall use the submittal matrix to track submittals needed for the OMSI manuals.

1.34.9.2   Preliminary OMSI Submittal

The Contractor shall submit within 1060 calendar days after the Notice to Proceed, two (2) copies of the Preliminary OMSI submittal.  This submission shall include the cover sheets, spine, inserts, table of contents, binders, dividers, and other materials as necessary to demonstrate the proposed physical arrangement of the OMSI manuals and the quality of the copies, dividers, and tabs.  Present the submittal in sufficient detail to evaluate the data collection and arrangement process.  The submittal includes, as a minimum, the following information:

a.  All available Part I - Facility Information.

b.  All systems of Part II - Primary Systems Information.  At least one system shall be essentially complete.  The remaining systems shall be at least 50% complete.

c.  At least two divisions of Part III, Product Data.

d.  An updated submittal matrix, tailored from the construction submittal matrix, to identify those submittals needed for the preparation of the OMSI manuals.  The Contractor shall use the submittal matrix to track submittals needed for the OMSI manuals.

1.34.9.3   Prefinal OMSI Submittal

SECTION 01 31 13.12 10   Page 39
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

105 of 1610
Government Rule 4 File

**A533**

The Contractor shall submit a minimum of  forty-five (45) calendar days prior
to the start of any performance test or training, five (5) copies of the
Prefinal OMSI submittal.  This submission shall include a copy of the
preliminary submittal review comments along with the CQC's response to each
item.  The Prefinal submittal shall contain all the required information
required by this Special Clause.

1.34.9.4   Final OMSI Submittal

The Contractor shall submit a minimum of fourteen (14) calendar days prior to
the Beneficial Occupancy Date (BOD), five (5) copies of the Final OMSI
Manuals to be distributed as follows:

    Bahrain Resident Engineer Office, Corps of Engineers
    Middle East District, Corps of Engineers
    NSA Bahrain
    LANTNAVFACENGCOM
    Training in accordance with SC entitled INSTRUCTIONS
      AND TRAINING FOR OPERATION AND MAINTENANCE

Included with this submission shall be two (2) sets of the Electronic Format
OMSI Manuals.  The final submittal must address all previous review
comments.  Prefinal review comments may include problems discovered during
the OMSI manuals review, site validation, facility start-up, and performance
tests.  The comments will be provided the Contractor at various times before
and after facility BOD.  The complete pre-final OMSI manuals and review
comments will be returned to the Contractor for preparation of the final
submittal.  The final submittal shall include a copy of the pre-final
submittal review comments along with a response to each item.

1.34.11   Payment

For payment purposes, preparation and submittal of required OMSI data and
framed instructions shall be considered as part of the price for the
individual item of equipment.  No separate payment will be made for the
preparation and submittal of OMSI manuals.  In the event the Contractor fails
to comply with these requirements or fails to deliver the Concept,
Preliminary, Prefinal, or Final OMSI submittal within the stated time limits,
the Contracting Officer may withhold payment in accordance with Contract
Clause FAR 52.232-5 PAYMENT UNDER FIXED-PRICE CONSTRUCTION CONTRACTS.

1.35   NOT USED

1.36   INSTRUCTIONS AND TRAINING FOR OPERATION AND MAINTENANCE

1.36.1   General

The Contractor shall be responsible for the instruction and training of
operating and maintenance personnel as specified below and in the Technical
Provisions of the specifications.  Unless otherwise indicated in the
Technical Provisions, operating and maintenance instructions shall be given
for a minimum period as follows:

| Division No. | Title | Duration of Training |
|---|---|---|
| 8 | Doors and Windows | 8 hours |
| 11 | Kitchen Equipment | 4 hours |
| 14 | Hydraulic Elevators | 24 hours |

SECTION 01 31 13.12 10   Page 40
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

106 of 1610
Government Rule 4 File

A534

| 21 | Fire Suppression System | 40 hours |
| 23 | Air Supply, Distribution, | |
| 23 | Ventilation and Exhaust Systems | 24 hours |
| 23 | Direct Digital Control for HVAC | |
|    | and Other Local Building Systems | 24 hours |
| 23 | Unitary Heating and Cooling Equipment | 24 hours |
| 26 | Interior Distribution System | 16 hours |
| 27 | Cable Television Distribution | |
|    | System | 8 hours |
| 27 | Personnel Alerting Systems | 8 hours |
| 28 | Electronic Security System | 16 hours |
| 28 | Closed Circuit Television Systems | 8 hours |
| 28 | Fire Detection and Alarm System, | |
|    | Addressable | 16 hours |
| 32 | Underground Sprinkler Systems | 8 hours |
| 33 | Package Lift Station | 8 hours |
| 33 | Electrical Distribution System, | |
|    | Underground | 8 hours |
| 34 | Active Vehicle Barriers | 4 hours |
| 43 | Pumps: Water, Centrifugal | 4 hours |

1.36.2   Operation and Maintenance Training

The Contractor shall provide competent instructors for training of personnel designated by the Contracting Officer to operate mechanical and electrical building systems and equipment, perform the required preventive maintenance to minimize breakdown, and to perform necessary repairs when malfunction or breakdown of equipment occurs.  Such training shall consist of classroom and on-the-equipment training for the periods specified, which shall be completed prior to acceptance of a system or equipment, as applicable.  The instructor(s) shall have no other duties during the period of training. Classroom instruction shall not exceed fifty percent (50%) of the total training time, with the balance devoted to on-the-equipment demonstration and familiarization.  Emphasis will be given to both electrical and mechanical features, in accordance with approved training plans.

1.36.3   Arrangements

The training shall be for not less than the periods of time specified, five (5) days per week, and eight (8) hours per day, subject to review and approval by the Contracting Officer.  Each individual training session shall be presented one time only, shall be video taped in a television system compatible with the local area, and be scheduled in a manner acceptable to the Contracting Officer.  At the completion of training, the video tapes shall become the property of the Government.  In addition to the Contractor's requirements to video tape each training section, the Government reserves the right to record, in any manner, the subject training material, or training sessions given by the Contractor, without additional cost to the Government. Recordings obtained will be used in future training by the Government.  The operating and maintenance manual data, as specified to be furnished in these Special Clauses, shall be used as the base material for training.

1.36.4   Scheduling

The Contractor shall contact the Contracting Officer for the purpose of preliminary planning, scheduling, and coordination of training, to maximize effectiveness of the training program for available operating and maintenance personnel.  The Contractor shall initiate and make arrangements for such

SECTION 01 31 13.12 10   Page 41
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A535**

contact within 45 calendar days after receipt of notification of award of contract; and shall include all significant times in scheduling and completing training in his NETWORK ANALYSIS SYSTEM.  The Contractor shall provide a draft training outline sufficient in detail to provide a broad indication of the type of scope of training to be given.  It shall include but not be limited to; (a) a list of subjects to be presented; (b) estimated amounts of classroom and on-the-equipment instruction for each subject; (c) a list of minimum qualifications for instructors; and (d) discussions concerning the types and amounts of visual aids, reference materials, tools and test equipment, mock-up and other training materials that will be employed during training.

1.36.5   Preliminary Plan

The Contractor shall submit seven (7) copies of an outline of his proposed training plan to the Contracting Officer for review and approval not later than 150 calendar days prior to the start of any training.  The plan will be reviewed and coordinated with the content of the O&M manuals.

1.36.6   Plan

The Contractor shall submit seven (7) copies of his proposed training plan to the Contracting Officer for approval not later than ninety (90) calendar days prior to start of any training.  The plan shall include the following; (a) a weekly outline showing overall form and design of training presentation; (b) a day-by-day schedule showing time intervals, the major and subordinate subjects to be covered in each, the name of the instructor(s) and qualification summary of each, and identification of related handouts; (c) summary of the number of hours of classroom and on-the-equipment training; (d) a list of reference materials to be provided by the Contractor to the trainees; and (e) a list and description of the training materials to be used, such as text, visual aids, mock-up, tools, etc.  The Contractor shall be responsible for furnishing all training materials except the following: The Government will provide space, chairs, and tables for classroom training.  All costs for resubmission of training plans, training materials, etc., as requested by the Contracting Officer shall be borne by the Contractor.  Resubmittals shall be made within twenty (20) days of notice from the Contracting Officer.

1.36.7   Attendance Roster/MED Form 356

The Contractor shall develop an attendance roster or a similar document indicating each students attendance, prior to the start of each class, subject and/or topic.  This includes both "Hands-On" and classroom training. It is strongly recommended that each student trained be required to sign this document at the beginning of each class day for each and every class, subject and/or topic taught on that day.  The Contractor's failure to have student attendance verified in writing, may be cause for the Government to order the Contractor to repeat schooling where evidence of attendance can not be verified.  No part of the time lost due to such repeat instruction shall be made the subject of claim for extension of time or for excess costs or damage by the Contractor.  Within ten (10) working days after completion of Operation and Maintenance Training conducted in accordance with this clause and/or applicable Technical Provision section, the Contractor shall complete and submit MED Form 356 "Operation and Maintenance Training Validation Certificate".  The attendance roster shall be included as an attachment to MED  Form 356.

1.37   NOT USED

**A536**

1.38    NOT USED

1.39    NOT USED

1.40    NOT USED

1.41    NOT USED

1.42    TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

1.42.1   General

This provision specifies the procedure for determination of time extensions
for unusually severe weather in accordance with the Contract Clause 52.249-10
entitled DEFAULT (FIXED-PRICE CONSTRUCTION) APR 1984.  The listing below
defines the monthly anticipated unusually severe weather for the contract
period and is based on National Oceanic and Atmospheric Administration (NOAA)
or similar data for the geographic location of the project.  The schedule of
anticipated unusually severe weather will constitute the baseline for
determining monthly weather time evaluations.  Upon acknowledgment of the
Notice to Proceed (NTP) and continuing throughout the contract each month,
actual unusually severe weather days will be recorded on a calendar day basis
(including weekends and holidays) and compared to the monthly anticipated
unusually severe weather in the schedule below.  The term "actual unusually
severe weather days" shall include days actually impacted by unusually severe
weather.  The Contractor's schedule must reflect the anticipated unusually
severe weather days on all weather dependent activities.

MONTHLY ANTICIPATED UNUSUALLY SEVERE WEATHER CALENDAR DAYS

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1   | 2   | 2   | 3   | 0   | 2   | 2   | 2   | 2   | 0   | 0   | 1   |

1.42.2   Time Extensions

The number of actual unusually severe weather days shall be calculated
chronologically from the first to the last day in each month.  Unusually
severe weather days must prevent work for fifty percent (50%) or more of the
Contractor's work day and delay work critical to the timely completion of the
project.  If the number of actual unusually severe weather days exceeds the
number of days anticipated in the paragraph above, the Contracting Officer
will determine whether the Contractor is entitled to a time extension.  The
Contracting Officer will convert any qualifying delays to calendar days and
issue a modification in accordance with the Contract Clause 52.249-10
entitled DEFAULT (FIXED-PRICE CONSTRUCTION) APR 1984.

1.43    NOT USED

1.44    PHYSICAL CONDITIONS

The indications of physical conditions on the drawings and in the
specifications are the result of site investigations.  Exploration logs are
presented in Part 6 attachments.

1.45    STANDARDIZATION

Where two or more items of the same type or class of equipment furnished in
this project are required, the units shall be products of the same

                        SECTION 01 31 13.12 10   Page 43
                         PART TWO - GENERAL REQUIREMENTS

manufacturer and shall be interchangeable when of the same size, capacity, performance characteristics, and rating.  The only exception to this requirement is where the items are interchangeable due to conformance with industry standards (valves, fittings, etc.), they need not be by the same manufacturer.  This requirement applies to all manufactured items in the project which normally require repair or replacement during the life of the equipment.

1.46    RESIDUAL CONSTRUCTION MATERIAL

All Contractor purchased materials and equipment intended for incorporation into the completed facilities and which are later determined excess to the actual construction requirements, will become the property of the Government.  The residual materials and equipment shall be tagged (giving the area where like type material and equipment were installed), and stored in an orderly manner in a designated area as directed and approved by the Contracting Officer.

1.47    NOT USED

1.48    CONTRACTOR TRANSPORTATION AND CUSTOMS CLEARANCE

All materials and equipment which are to be incorporated into the project, or are to be used in support of this contract, may be shipped free of duty, if the following actions are taken:

1.48.1   Shipments of Materials

All shipments of materials into the country for use in performance of work under this contract and supplies or services necessary for support of the Contractor's personnel shall be addressed to the shipping address furnished to the Contractor by the Contracting Officer.  Address will be furnished upon request by the Contractor.

1.48.2   Contractor's Responsibilities

The Contractor shall be responsible for all customs clearance actions.  All necessary arrangements, clearance procedures, and coordination with the Host Government customs, will be the sole responsibility of the Contractor.  The Contractor shall submit to the Contracting Officer, with a cover letter, information copies of the shipping documents for the shipment(s) involved.  As a minimum, the following shall be included as enclosures, with the cover letter to the Contracting Officer in three (3) copies:

   a.  Invoice.  (Include a copy in Arabic)

   b.  Bill of Lading.

   c.  Certificate of Origin.

   d.  Statement on the cover letter as to Port of Customs Clearance, estimated arrival date, general description of the shipment, quantity and the name of the carrier.

   e.  Serial number or model number of shipment items.

1.48.3   Physical Handling of Materials

The Contractor shall be responsible for performance of all loading,

SECTION 01 31 13.12 10   Page 44
PART TWO - GENERAL REQUIREMENTS


W912ER-11-D-0010-0006

110 of 1610
Government Rule 4 File


A538

unloading, transportation or other physical handling of materials as may be required, including all movement from carrier unloading site to delivery at the job site and all movement required at the customs area.

1.48.4   Certification

The Director, Personal Property Section, Naval Support Activity, Bahrain, U.S. Navy, upon receipt of request of shipping documents, shall issue a letter to the Director of Customs certifying that the materials are being brought into Bahrain under the applicable agreement and should be allowed into Bahrain duty-free.

1.49   COMPLIANCE WITH HOST COUNTRY RULES AND CUSTOMS

The laws of Host Country may prohibit access to certain areas of the country which are under military control.  The Contractor shall furnish the Contracting Officer the names of personnel, type, and amounts of equipment, dates and length of time required at the site, and the purpose of entering the host country.  It is understood that areas to which rights of entry are provided by the Host Government are to be used only for work carried out under the contract and no destruction or damages shall be caused, except through normal usage, without concurrence of the Host Government.

1.49.1   Contractor's Responsibilities

The following items are the sole responsibility of the Contractor to investigate, estimate as to cost, and assume the risk, as normally encountered by Contractors.  The Contractor shall be responsible for determining the effect of the following on his own cost of performance of the contract and for including sufficient amount in the contract price:

   a.  Official language and type of accounts required to satisfy the officials of the Local Government.

   b.  Entry and exit visas, residence permits, and residence laws applicable to aliens.  This includes any special requirements of the Host Government, including those required by local Labor Offices, which the Contractor may have to fulfill before an application for a regular block of visas will be accepted.

   c.  Passports, health and immunization certificates, and quarantine clearance.

   d.  Compliance with local labor and insurance laws, including payment of employer's share of contribution, collecting balance from employee and paying into insurance funds.

   e.  Strikes, demonstrations and work stoppage.

   f.  Collection through withholding and payment to local Government, of any Host Country income tax on employees subject to tax.

   g.  Arranging to perform work in the Host Country, to import personnel, to employ non-indigenous labor, to receive payments and to remove such funds from the country.

   h.  Operating under local laws, practices, customs and controls, and with local unions, in connection with hiring and firing, mandatory wage scales, vacation pay, severance pay, overtime, holiday pay, 7th day of rest, legal

SECTION 01 31 13.12 10   Page 45
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A539**

notice or pay in lieu thereof for dismissal of employees, slowdown and curtailed schedules during religious holidays and ratio of local labor employed in comparison to others.

   i.  Possibility of claims in local bureaus, litigation in local courts, or attachment of local bank accounts.

   j.  Compliance with workmen's compensation laws and contributions into funds. Provisions of necessary medical service for Contractor employees.

   k.  Special license required by the local Government for setting up and operating any manufacturing plant in the Host Country, e.g. concrete batching, precast concrete, concrete blocks, etc.

   l.  Sales within the host country of Contractor-owned materials, and equipment.

   m.  Special licenses for physicians, mechanics, tradesmen, drivers, etc.

   n.  Identification and/or registration with local police of imported personnel.

   o.  Stamp tax on documents, payments and payrolls.

   p.  Base passes for permanent staff, day laborers, motor vehicles, etc.

   q.  Compliance with all customs and import rules, regulations and restrictions, including, but not limited to, local purchase requirements.

1.50   NOT USED

1.51   MILITARY BASE SECURITY REQUIREMENTS

1.51.1   Requirements

The Base Security Office maintains the ultimate authority for establishing, monitoring, and enforcing security requirements. All contractor, subcontractor, or vendor personnel and vehicles at any tier working at any location on the project are subject to a thorough search upon entering, departing, or at any time deemed necessary by Base Security Personnel. The Contractor shall be responsible for compliance with all laws, regulations and policies of the Government of Bahrain and all Base Security requirements. The Base Security Officer will not approve access for any worker, to any part of the project, when laws, regulations or policies of the Government of Bahrain have not first been met. The Government reserves the right to deny access or to require the contractor to remove any personnel or equipment deemed to be a threat to the security of the Base or Base personnel. The Contractor shall work through the Contracting Officer to assure that base security regulations are followed.

1.51.2   Security Area

All work under this contract will be confined to the Water Front Development Area, NSA 2. Access to the Water Front Development Area will be coordinated with Mina Salman General Organization of Sea Ports (GOP) Authorities and Base Security personnel, through the Contracting Officer.   Minimum requirements for Contractor entry and operations are described below.

The Water Front Development Area encompasses the area surrounding this

SECTION 01 31 13.12 10   Page 46
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

112 of 1610
Government Rule 4 File

**A540**

project.  The Contractor will have the primary responsibility for
implementation and enforcement of the security for all contractor personnel
and equipment in the Water Front Development Area.

1.51.2.1   Primary Access to the Water Front Development Area

Contractor's primary access to the Water Front Development Area for all
personnel, vehicles, equipment and materials will be limited to the Mina
Salman Access Gate. The Contractor shall be responsible for developing and
implementing Security and Access Procedures in compliance with existing
requirements of Mina Salman Port.

1.51.2.2   Secondary Access to the Water Front Development Area

Contractor's secondary access to the Water Front Development Area for all
personnel, vehicles, equipment and materials will be thru the Entry Control
Points controlled by the US Navy.

Contractor personnel will enter through designated Entry Control Gates.
Personnel without proper identification and clearance will not be permitted
entry. Contractor vehicles and equipment will enter the Water Front
Development  Area through designated Entry Control Gates. Vehicle, equipment,
and drivers without proper identification and clearance will not be permitted
entry. All vehicles and equipment entering the Water Front Development Area
will be thoroughly inspected by Government personnel. Privately owned
vehicles will not be permitted entry to the Water Front Development Area.

1.51.2.3   Identification of Employees in the Water Front Development Area :

At least sixty (60) days prior to requiring access, the Contractor shall
submit USCENTCOM INSTALLATION ACCESS APPLICATION for each individual (see
encl).  Subsequently, each individual shall go through Base Screening Process
before the issuance of entry badge.  Employees shall wear identification
badges prominently displayed at all times while in the Water Front
Development Area. Failure to wear a properly displayed identification badge
may be considered grounds for removal of the employee from the site. The
Contractor shall conduct random inspections to assure that identification
badges are properly displayed.  In addition to identification badges, all
contractor labor personnel shall wear coveralls of a distinct color for the
contractor's personnel and for each subcontractor's personnel. The Coveralls
shall have markings on the back clearly identifying the company for whom the
employee works.  The Contractor should expect 45-60 minutes waiting period
for workers and equipment to enter Base Security Area.

1.51.2.4   Identification of Vehicles and Equipment in the Water Front
Development Area

All Contractor vehicles and equipment entering the Water Front Development
Area must be listed on the US Navy Vehicle Access List. The Contractor shall
provide a list of all vehicles that require access to the Water Front
Development Area. This access list shall include the type of equipment, make
and model, registration number, company name of owner. The current access
list will be provided through the Contracting Officer to the Base Security
Officer on a weekly basis. The Contractor shall plan his vehicle and
equipment requirements such that the access list will contain all those
vehicles and equipment that will need access to the Water Front Development
Area for completion of the particular work item being performed. All
Contractor vehicles and equipment entering through the Entry Control Gate
will be subject to a through inspection by Base Security personnel,

SECTION 01 31 13.12 10  Page 47
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

113 of 1610
Government Rule 4 File

**A541**

including, as a minimum, a detailed inspection of the vehicle's interior and undercarriage. No vehicle will be left unattended in the Water Front Development Area at any time.

.

1.51.3   Escorted Access Passes

On occasion that an individual vendor or subcontractor manager, materials delivery vehicle etc., requires access to Water Front Development Area, whose name or vehicle does not appear on the current employee or vehicle access list, those person may be allowed escorted access. Limited escorting privileges will be provided to Contractor's selected personnel.

1.51.4   Contractor Security Manager

The contractor will appoint an individual to act as its Security Manager throughout the duration of this contract. The Security Manager's primary function will be to coordinate all issues relative to access to the Water Front Development Security Area, to establish and maintain employee and vehicle access lists, to coordinate the entry of escorted visitors and materials to the Security Areas, and to generally represent the contractor's interest in dealing with the Contracting Officer and the Base Security Personnel. This individual shall be capable of clearly communicating orally and in writing with Base Security personnel. The ability to communicate in other languages than English will be beneficial as well. The Security Manager will be subject to the approval of the Base Security Officer and can be removed from the position at anytime at the request of the Base Security Officer. The Security Manager will work at the contractor's office located at the Water Front Development Area. At the start of construction the Security Manager, the Contracting Officer and the Base Security Officer shall meet to discuss all details of the Base Security requirements, to reach an understanding of the Security Manager's duties and other operational relationships.

1.51.5   Access to Operational Areas

Contractor personnel are expressly prohibited from entering operational buildings or areas without the specific authorization of the Base Security Office. Necessary access to operational buildings or areas shall be coordinated through the Contracting Officer and approved by the Base Security Officer a minimum of seven (7) days before access is required.

1.52   MILITARY BASE RULES AND REGULATIONS

The Contractor and his employees and subcontractors shall become familiar with and obey all Base rules and regulations including fire, traffic and security regulations. All personnel employed on the Base shall keep within the limits of the work (and avenues of ingress and egress), and shall not enter any Restricted Areas unless required to do so and prior clearance for such entry is obtained. The Contractor's equipment shall be conspicuously marked for identification.

1.53   INSTALLATION ACCESS

Work under this contract will be performed at a location with security and access control procedures.  Compliance with base pass and access procedures is the sole responsibility of the Contractor, and is required to be accomplished prior to initiation of the process for gaining access to controlled sites.  Contractor shall be responsible for determining the nature

SECTION 01 31 13.12 10   Page 48
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

114 of 1610
Government Rule 4 File

**A542**

and amount of any fees required.  Contractor is responsible for all workers granted access pursuant to work under this contract.

a.   Other Data:  Contractor shall provide additional data, as required and not specifically indicated above, to secure all required passes for where work is required to be performed.

b.   Compliance with Revised Requirements:  The government may revise requirements and procedures for obtaining passes and/or access to the site of work at any time during the life of the contract.  Contractor shall comply with all such requirements, as directed by the Contracting Officer.

c.   Contractor shall employ an acceptable system for accountability and control of all compound passes/access badges issued to him.  Passes/Access Badges shall be returned to the Government as soon as they are no longer required.  This system shall be approved by the Contracting Officer, and shall be modified as directed by the Contracting Officer to correct any deficiencies noted during contract performance in maintaining an acceptable level of accountability and control.

d.   Printer/Cards for access ID:  Contractor shall provide Government approved equipment and materials for printing access cards as directed by the Contracting Officer.

## 1.54   BASE HOT WORK PERMITS

### 1.54.1   Requirement for Hot Work Permits

Prior to the start of a work activity including hot work (welding, burning, etc.) or the operating of other flame producing devices, the Contractor shall obtain a Hot Work Permit.

### 1.54.2   Requests for Hot Work Permits

Requests for Hot Work Permits shall be submitted through the Contracting Officer to the Base Fire Department a minimum of 7 days prior to the start of the work activity covered by the permit.  The request for a Hot Work Permit shall include a narrative description of the work to be accomplished, a list of equipment to be used, and a description of special safety precautions that the Contractor will put in place during the work to assure compliance with EM 385-1-1 and Base Fire Regulations.

### 1.54.3   Preparatory Inspections and Inspection of Equipment

During the Preparatory Inspection for any work activity including hot work, the Hot Work Permit shall be reviewed.  During the Preparatory inspection, all hot equipment and safety equipment shall be checked to assure that it is in proper working order.  Safety equipment required by the Hot Work Permit shall be checked at the beginning of each shift to assure that it is in proper working order.

## 1.55   RADIO TRANSMITTER RESTRICTIONS

To preclude accidental actuation of sensitive electronic equipment, the Contractor shall not use radio transmitting equipment without prior approval of the Contracting Officer.

## 1.56   ON-BASE PHOTOGRAPHY PROHIBITION

SECTION 01 31 13.12 10   Page 49
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

115 of 1610
Government Rule 4 File

**A543**

The Contractor shall not engage in any form of photography without prior written approval from the Contracting Officer.

1.57    PUBLIC RELEASE OF INFORMATION

1.57.1    Prohibition

There shall be no public release of information or photographs concerning any aspect of the materials or services relating to this bid, contract, purchase order, or other documents resulting therefrom without the prior written approval of the Contracting Officer.

1.57.2    Subcontract and Purchase Orders

The Contractor agrees to insert the substance of this clause in all purchase orders and subcontract agreements issued under this contract.

1.58    NOT USED

1.59    NOT USED

1.60    NOT USED

1.61    NOT USED

1.62    NOT USED

1.63    NOT USED

1.64    NOT USED

1.65    NOT USED

1.66    ATTACHMENTS

APPENDIX A - Not Used
APPENDIX B - USCENTCOM Installation Access Application
APPENDIX C - NSA Bahrain Access Application
APPENDIX D - Performance Work Statement (PWS)
MED FORM 356 - Operation and Maintenance Training Validation Certificate

SECTION 01 31 13.12 10   Page 50
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

116 of 1610
Government Rule 4 File

**A544**

# Appendix B

# USCENTCOM Installation Access Application

# USCENTCOM INSTALLATION ACCESS APPLICATION

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

(Sections 3013, 5013, and 8013, Title 10, United States Code, and Executive Order 9397 and 5 U.S.C. Section 552a,

**AUTHORITY:** AFI 31-101, AR 600-8-14, AR 600-8-104, CENTCOM OPORD 10-05, and Individual USCENTCOM FOB Installation Access Policies
**PRINCIPAL PURPOSE:** To establish positive identification of all personnel requiring access to USCENTCOM Installations, including U.S Government employees, U.S Contractors, Host Nation Military and Civilian employees, Foreign National employees, and contractors supporting the U.S. Military mission at USCENTCOM Installations. Also included are non-affiliated agencies and groups granted special installation access by the U.S. Government.

**MANDATORY DISCLOSURE REQUIREMENT:** Failure to provide the below requested information, including social security number, passport number, Host Nation Government Identification number, and/or Nation of Origin Identification Number, will result in the disapproval of this application. Disapproved applicants will be denied issue of an Installation ID Card and access to USCENTCOM controlled facilities. Personal information such as SSAN, Passport or Governmental Civil Identification provides an individual with a unique identification and will be handled as OFFICIAL USE ONLY in accordance with Federal Statues.

**CONDITIONS APPLICABLE ON RECEIPT:** By virtue of signing this application and upon receipt of an Identification Card understand that the USCENTCOM Installation Access Card is valid only through the expiration date indicated. Its intended use and authorizations are limited to those restrictions indicated on this form and the card. I understand that the USCENTCOM Installation Access Card is a the property of the U.S Government, that it is non-transferable, that if it is altered in any way access will be denied, and that it must be surrendered upon request of the U.S Government, its designated representative or the issuing agency. I understand that while on any US Installation, my person, possessions, vehicle and work area are subject to search at the discretion of the U.S Government or its designated representative. I understand that I am liable for the cost of replacement for my Access. Card if lost..

## SECTION 1 – ACCESS INFORMATION

| 1 Purpose of Application: (Mark box that applies) | ID Card: ☐ New ☐ Renewal ☐ Lost ☐ Damaged | 2 Escorted Access: ☐ Required ☐ Not Required | 3 Upgrade: ☐ Escort ☐ Vehicle ☐ FPCON ☐ Installation |
|---|---|---|---|
| 4 Installations Requesting: _____ | | 5 Dates of Access Requested: FROM:    TO: <br> Work Hours Requested:   FROM:    TO: | |
| | | 6 Work Days: ☐1 Su ☐2 Mo ☐3 Tu ☐4 We ☐5 Th ☐6 Fr ☐7 Sa | |

## SECTION 2- APPLICANT INFORMATION

| 7 Title/ Position: | 8 Last Name: | 9 First Name: | 10 Middle Name: |
|---|---|---|---|
| 11 Given Name/Honorific Title: | 12 Family Name: | 13 YYYY/MM/DD of Birth: <br> Gregorian    Islamic | 14 Nationality: |
| 15 Country of Birth: | 16 Province/State of Birth: | 17 City/ District of Birth: | |

| 18 Race: ☐ (U) Unknown ☐ (W)White/Caucasian/Anglo ☐ (B) Black ☐ (A) Asian/ Pacific Islander ☐ (I) American Indian / Alaskan | 19 Aliases: | 21 Eye Color: | 23 Gender: ☐ Male ☐ Female ☐ Unknown ☐ Female Impersonator ☐ Male Impersonator | 25 Blood Type: |
|---|---|---|---|---|
| | 20 Marital Status ☐ M ☐ S ☐ D ☐ W ☐ SEP | 22 Hair Color: | 24 Height (cm): Weight (kg): | 26 Personnel Type |
| 27 Age: | 28 Father's Name: | 29 Mother's Name: | 30 Paternal Grand Father: | 31 Maternal Grand Father: |

## SECTION 3 – IDENTIFYING DOCUMENTS & CONTACT INFORMATION

| 32 Travel Documentation: ☐ Passport ☐ Foreign Identification # | 33 Issuing Country/State/Agency: | 34 Passport # or Foreign ID #: | 35 Current Residence Address: |
|---|---|---|---|
| 36 Current Telephone Number | 37 Previous Address (If Current Address is less than 1 year) | | |

## SECTION 4- CONTRACT INFORMATION

| 38 Contract Number: | 39 Employer/ Organization: | 40 Military Branch: | 41 Employer Telephone # : |
|---|---|---|---|
| 42 Employer Address: | 43 Employer Neighborhood: | 44 Employer City: | 45 Employer State/ Province: |
| 46 Employer Country: | 47 Reason for Inquiry/ Access: | 48: Work Days: ☐ 1 Su ☐ 2 Mo ☐ 3 Tu ☐ 4 We <br> ☐ 5 Th ☐ 6 Fr ☐ 7 Sa | |
| 49 Months Access Required: <br> ☐ 1 Jan ☐ 2 Feb ☐ 3 Mar ☐ 4 Apr ☐ 5 May ☐ 6 Jun <br> ☐ 7 Jul ☐ 8 Aug ☐ 9 Sep ☐ 10 Oct ☐ 11 Nov ☐ 12 Dec | | 50 Project Name: | 51 Contract Expiration Date: (YYYY/MM/DD) |

W912ER-11-D-0010-0006

**A546**

# USCENTCOM INSTALLATION ACCESS APPLICATION

## SECTION 5- SPONSOR INFORMATION

| 52 Sponsor Last Name: | 53 Sponsor First Name: | 54 Sponsor Middle Name: |
|---|---|---|

| 55 Sponsor Rank/Grade/eEquivalent: | 56 Sponsor Unit/ Organization: | 57 Sponsor Telephone #: | 58 Sponsor Email Address |
|---|---|---|---|

## SECTION 6- REQUESTING AUTHORITY INFORMATION

| 59 Last Name: | 60 First Name: | 61 Middle Name: |
|---|---|---|

| 62 Rank/Grade/eEquivalent: | 63 Unit /Organization: | 64 Telephone #: | 65 Email Address: |
|---|---|---|---|

62 Submission Color Code:
☐ Red (Cat 1)   ☐ Blue (Cat 2 & 5)   ☐ White (Cat 3 & 4)

## SECTION 7- APPROVAL AUTHORITY

| 66 Approved Badge Color: | 67 Approved Installation Access: | 68 Lane Access: | 69 Expiration Date: (YYYY/MM/DD) |
|---|---|---|---|

| 70 Vehicle Search: | 71 Personal Search: | 72 Escort Privileges : | 73 Weapons Card Req : | 74 Escort Required : |
|---|---|---|---|---|
| ☐ Yes ☐ No ☐ Random | ☐ Yes ☐ No ☐ Random | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

| 75 Facility Access: ☐ DFAC ☐ CELL PHONE ☐ FITNESS CTR ☐ BILLETING ☐ PHONE ☐ MWR ☐ MEDICAL ☐ PX/BX | 76 Approving Authority Last Name: | 78 Approving Authority Rank/Grade: |
|---|---|---|
| | 77 Approving Authority First Name: | 79 Approving Authority Unit/ Position: |

## SECTION 8- ENROLLMENT/BIOMETRICS

| 80 Enrollment Data Entry Last Name: | 82 Rank/Title: (DE) | 823 SSAN or ID Number: (DE) | 85 Biometrics Collection Last Name: |
|---|---|---|---|
| 81 Enrollment Data Entry First Name: | 84 Application Number: | | 86 Biometrics Collection First Name: |

| 87 Rank/ Title: (Bio) | 88 SSAN or ID Number: (Bio) | 89 Badge Status: | 90 Site of Issue: (which computer station) |
|---|---|---|---|

| 91 Issue Location: | 92 Badge Replacement Type: ☐ (D) Damaged ☐ (L) Lost ☐ (S) Stolen ☐ (U) Un-recovered | 93 Badge Replacement Number: |
|---|---|---|

94 Derogatory Information/ Remarks

W912ER-11-D-0010-0006

**A547**

# USCENTCOM INSTALLATION ACCESS APPLICATION
## SECTION 9- ACCESS CARD HOLDER ACKNOWLEDGEMENTS

95 All applicants requiring access to USCENTCOM facilities must provide the necessary documentation as requested within this Installation Access Application and as defined by the Installation Access policies and instructions. This documentation may include personal identification documentation, sponsorship and complete security background checks. Disclosure is voluntary; however failure to supply any of the required information may result in the rejection of the applicant's request for access. All information will be handled as OFFICAL USE ONLY and in accordance with applicable Federal Statues. It should also be known that any derogatory information returned from the applicant's background investigation may result in rejection of the applicant's request for access. Any falsification on this form WILL result in the immediate revocation of access to all USCENTCOM installations.

I hereby authorize the release of the information requested by USCENTCOM for the purposes of determining my suitability for access.
_____(initial)

96

### Acknowledgement of USCENTCOM Installation Access Card Holder Responsibilities

Upon signing this form and accepting a USCENTCOM Installation Access Card, I acknowledge the following

1. All persons, their personal property, U.S. Government property, Commercial Business Property, and vehicles may be searched on entry, while within the confines of, when leaving U.S. Forces Installations. Persons attempting to gain entry who refuse to identify themselves, provide biometric minutia data, or consent to be searched will be denied access.

2. If I am authorized escort privileges, I understand that I am agreeing to monitor those persons, that I am charged with escorting, actions at all times and I accept FULL responsibility for that person's conduct while on the Installation.

3. Installation Access Cards are U.S. Government property. Any Military Police Officer, Law Enforcement, Security Forces or Access Control person may confiscate an Installation Access Card that has expired, is being used fraudulently, is being presented by a person other than the person to whom it was issued, or is obviously altered, damaged, mutilated or photocopied.

4. I MUST surrender my Installation Access Card when:
   4.1 It is replaced (except when lost or stolen)
   4.2 I no longer require access.
   4.3 My sponsor or status changes.
   4.4 I resign, am terminated, or am no longer officially sponsored.

5. If I lose my Installation Access Card or it is stolen, I must immediately notify either Security Forces personnel or Installation Access Registration Office. Failure to do so is grounds for denying a replacement Card.

6. Violations of USCENTCOM security policies and instructions may be grounds for denying access to U.S. Forces Installations and lead to confiscation of all installation access documentation.

7. I acknowledge by my signature that I have read and understand the policy, requirements and responsibilities above.

_____        _____        _____
(Print) Last, First, MI                    Signature                           Date (YYYY/MM/DD)

## SECTION 10- PMO OFFICE USE ONLY

| 97 Application Inspected by:     Date: (YYYY/MM/DD)        Time:<br>(Last, First , Rank/Grade/Title) | 98 Expiration Date of Access Card<br>(YYYY/MM/DD) | 99 Name of Person Entering Data (Last, First MI) |
|---|---|---|
| 100 Verifying Documents Enclosed:<br><br>☐ Copy of Passport (Photo, Data, and Residency) Pages<br>☐ Copy of Civil ID (Front and Back)<br>☐ Entry Visa with entry stamp<br>☐ Original Sponsor Letters (English and Arabic)<br>☐ Contractor Support Letters (English and Arabic)<br>☐ Copy of LOI, LOA, or Orders<br>☐ Copy of Driver's License<br>☐ Copy of National ID<br>☐ Signature Card Verification<br>☐ Other<br>     Other: | 101 Escort Privileges Granted<br><br>☐ Yes    ☐ No | 102 Signature of Issuing Official |
| | 103 ID Number of Issuing Official | 104 Printed Name of Issuing Official (Last, First MI)    Date |
| | 105 Approved By: Name, Grade/Rank/Title Duty Phone | |
| | 106 Approved By: Signature | 107 DBIDS File Number |

USCENTCOM IAA (Jan 2007)

Page 3 of 5

W912ER-11-D-0010-0006

120 of 1610
Government Rule 4 File

**A548**

- This form is available in electronic form: If you are handwriting the information, it is ___required___ the writing is in English and legible or the form will be returned and this will delay processing and access authority. If you have completed this form electronically, **print out a hard copy of pages 1-3** only and save the form to a disk or thumb drive; submit both. (Some installation may allow email submittal).
- If requesting access to more than one Installation, attach another application. If you have previously completed an Installation Access Application and are now applying for access to new Installations you will still need to submit another application for that installation as the work hours, restrictions, and sponsor information may be different.

## SECTION 1 – ACCESS INFORMATION:

Items:

1. **Purpose of Application**
   Mark the appropriate box that applies.
2. **Escorted Access:**
   Does the applicant require an escort
3. **Upgrade:**
   If application is being completed for an upgrading of access mark the appropriate box.
4. **Installations Requesting:**
   Indicate which Installation the applicant is requesting access to.
5. **Dates of Access / Hours Requested:**
   Indicated the Date time frame the applicant will require access (Length of contract or one calendar year which ever comes first). Indicate the work hours in which access is requested.
6. **Work Days:**
   Indicate, by checking the boxes, which days the applicant will require access.

## SECTION 2 – APPLICANT INFORMATION:

Items:

7. **Title/ Position:**
   Mr. /Ms./ Mrs. or Dr. Etc.
8 -12. **Name Information:**
   Self Explanatory
13. **YYYY/MM/DD of Birth**
   Format to be used to enter the Gregorian and Islamic DOB
14. **Nationality:**
   Applicant's current Nationality
15-17 **Applicant's Birth location information**
   Self Explanatory
18. **Race:**
   Mark the box indicating the applicant's race.
19. **Aliases:**
   Note any names used, including nicknames.
20. **Marital Status:**
   Mark the appropriate box indicating your marital status.
21. **Eye, Color:**
   BLK: Black
   BLU: Blue
   BRO: Brown
   GRY: Gray
   GRN: Green
   HAZ: Hazel
   MAR: Maroon
   MUL: Multicolored
   PNK: Pink
   XXX: Unknown

22. **Hair color:**
   BAL: Bald
   BLK: Black
   BLN: Blonde or Strawberry
   BRO: Brown
   GRY: Gray or Partially Gray
   RED: Red or Auburn
   SDY: Sandy
   WHI: White
   XXX: Unknown
   BLU: Blue
   GRN: Green
   ONG: Orange
   PNK: Pink
   PLE: Purple

23-24. **Gender, Height/ Weight:**
   Self Explanatory
25. **Blood Type:**
   A+: A Positive
   B+: B Positive
   O+: O Positive
   AB+: AB Positive
   A-: A Negative
   B-: B Negative
   O-: O Negative
   AB-: AB Negative
   XX: Unknown

26. **Personnel Type:**
   **ADGR:** ACTIVE DUTY OR GUARD or RESERVE ON ACTIVE DUTY ASSIGNMENT
   **RESERVE:**
   **NATIONAL_GUARD:**
   **DOD_CIVIL_SERVICE_OR_NAF:**
   **DOD_CONTRACTOR:**
   **FEDERAL_ASSOCIATE:** FEDERAL ASSOCIATE (E.G. STATE DEPT)
   **CIVILIAN_ASSOCIATE:** CIVILIAN ASSOCIATE (E.G. RED CROSS OR USO)
   **VOLUNTEER_AGENCY:** MEMBER OF SERVICE VOLUNTEER AGENCY
   **FOREIGN_MILITARY:**
   **HOST_NATION_MILITARY_OCONUS:**
   **HOST_NATION_HIRE_OCONUS:** (E.G. LOCAL NATIONAL)
   **DOD_BENEFICIARY:** DOD BENEFICIARY (RETIREE, DISABLED AMERICAN VETERAN, TRANSITIONAL COMP)
   **AD_OR_GUARD_OR_RESERVER_ON_ADFM:AD OR GUARD/RESERVER ON ACTIVE DUTY FAMILY MEMBER**
   **RESERVE_FAMILY_MEMBER:**
   **NATIONAL_GUARD_FAMILY_MEMBER:**
   **DOD_OR_USCS_OR_NAF_FAMILY_MEMBER:**
   **UNIFORM SERVICE CIVIL SERVICE OR NAF FAMILY MEMBER**
   **CONVEYANCE_OPERATOR:**

PERSONAL_SERVICES_OR_DOMESTIC:
FACILITIES_SERVICE_PERSON: PERSON (DELIVERY, PICKUP, REPAIR)
NON_GOVERNMENT_CIVILIAN:
DISTIGUISHED_CIVILIAN:
OTHER:
IDENTI_KID:
EPW: Enemy Prisoner of War or Enemy Combatant
FOREIGN_NATION_HIRE_OCONUS:THIRD COUNTRY NATIONAL
FOREIGN_NATION_HIRE_CONTRACTOR_OCONUS: Contractor for Third Country National

**27-31 Age, Father/Mother/ Grand Father Names:**
Self Explanatory

## SECTION 3 – INDENTIFYING DOCUMENTS & CONTACT INFORMATION:

**Items:**

**32. Travel Documentation;**
Mark the appropriate box indicating the type of travel documentation available.

**33. Issuing Country/State/Agency:**
Indicate where and who issued the Travel Documentation provided.

**34. Passport # or Foreign ID #:**
Provide the number assigned to above documentation.

**35. Current Residence:**
Where you are currently residing: House #, Street, City, State/Province, Country, and Postal Code.

**36. Current Telephone Number:**
Self Explanatory

**37. Previous Address:**
Address of Residence just prior to current address.

## SECTION 4 –CONTRACT INFORMATION

**Items:**

**38. Contract Number:**
Number assigned to the Contract by US Military /DoD Contracting.

**39. Employer/Organization:**
Company Name

**40. Military Branch:**
US Military Branch that issued the Contract #

**41-46 Employer Address – Country**
Self Explanatory

**47. Reason for Inquiry/ Access:**
Reason access is needed: i.e. type of work to perform.

**48. Work Days:**
Same as Item 6

**49. Months Access Required:**
Mark all boxes that apply.

**50. Project Name:**
Name of Project on the Contract.

**51. Contract Expiration Date:**
Self Explanatory

## SECTION 5 –SPONSOR INFORMATION

**To be completed by the sponsoring unit in which the applicant will be directly involved with.**

## SECTION 6-7 –REQUESTING/ APPROVAL AUTHORITY

To be completed by the unit requesting the access and the approving authority of what level of access is granted to the individual.

## SECTION 8 – ENROLLMENT/ BIOMETRICS:

The Enrollment Data Entry and the Biometrics Collection may or may not be the same individual. Each section must be completed even if they are one and the same individual.

**94. Derogatory Information/ Remarks:**
The applicant may use this section if they are applying for access to multiple Installations; The Work hours and dates will be annotated here.
The Installation official that is conducting the interview may enter any derogatory information in this section, if more space is needed then attach a properly headed page to the back of this application. Any Derogatory information must be thorough and if possible substantiated with facts.

## SECTION 9 – ACKNOWLEDGMENTS:

**Items:**

**95. Release of information:**
The applicant will read and initial authorizing the release of the information requested on this form.

**96. Acknowledgement of Responsibilities:**
Just prior to the applicant receiving an Installation Access Card, the applicant will read, print their name, sign and date acknowledging they have certain responsibilities upon taking possession of the card.

## SECTION 10 – PMO OFFICE USE ONLY

To be completed by the Installation PMO.

**Authority to Request this Information** The U.S. Government is authorized to ask for this information under Executive Order 10577, sections 3301 and 3302 of title 5, U.S. Code; and parts 5, 731, and 736 of Title 5, Code of Federal Regulations.

**Your Social Security Number** is needed to keep records accurate, because other people may have the same name and birth date. Executive Order 9397 also asks Federal agencies to use this number to help identify individuals in agency records.

**The Investigative Process** Background investigations are conducted using your responses on this form to develop information to show whether you are reliable, trustworthy, and of good conduct and character. Your current employer may be contacted as part of the investigation, even if you have previously indicated on applications or other forms that you do not want this.

Installation Access Application POC:
SMSgt Kenneth Mulchahey, USAF
CENTAF/FP
kenneth.mulchahey@shaw.af.mil or
kenneth.mulchahey@auab.centaf.af.mil
DSN- 965-3094
Commercial (US) 803-895-3094

USCENTCOM IAA (Jan 2007)

Page 5 of 5
W912ER-11-D-0010-0006

122 of 1610
Government Rule 4 File

**A550**

# Appendix C

# NSA Bahrain Access Application

# NSA BAHRAIN ACCESS APPLICATION

## SECTION I – Biographical Information

| | |
|---|---|
| 1 Last Name (Surname): | 15 Citizenship (If dual Citizen list both countries): |
| 2 First Name: | 16 Country of Birth: / 17 Blood Type: |
| 3 Middle Name/Suffix: | 18 Province/State of Birth: / 19 City/District of Birth: |
| 4 Given Name/Honorific Title: | 20 Weight (pounds): / 21 Height (inches): |
| 5 Family/Maiden Name: | 22 Eye Color: / 23 Hair Color: |
| 6 Fathers Full Name: | 24 Passport Number: / Expiration Date (yyyy/mmm/dd): |
| 7 Mothers Full Maiden Name: | 25 Passport Issued At: |
| 8 Paternal Grandfather: | 26 CPR Card Number: / Expiration Date (yyyy/mmm/dd): |
| 9 Maternal Grandfather: | 27 Visa Number / Expiration Date (yyyy/mmm/dd): |
| 10 Alias/Other Names used: | 28 Marital Status: ☐ Single ☐ Married ☐ Divorced ☐ Widowed ☐ Separated |
| 11 Gregorian Date of Birth (yyyy/mmm/dd): / 12 Islamic Date of Birth (yyyy/mmm/dd): | 29 Race: |
| 13 Age: / 14 Gender: ☐ Male ☐ Female | 30 Religion: |

## SECTION II – Company Information

| | | |
|---|---|---|
| 31 Employer/Company Name: | 32 Department and Section: | 39 Address of Employer/Company: |
| 33 Supervisor Name: | 34 Supervisor Work Number: | |
| 35 Project Name/Task Order: | 36 US Military Contract Number: | 40 Work Location of Employee: |
| 37 Applicant's Title/Position: | 38 DEROS or End of Contract (yyyy/mmm/dd): | |

## SECTION III – Contact Information

| | |
|---|---|
| 41 Local Address: | 44 Previous Local Address: |
| 42 Work Phone Number: | 43 Mobile Phone Number: / 45 Home Phone Number: |

## SECTION IV – Access Information

| | | | |
|---|---|---|---|
| 46 New ID Card ☐ For New Applicants | 47 Renewal ID Card ☐ For Applicants with previous badge | 48 Upgrade (Circle all that apply) ☐ Escort / FPCON / Gate or Installations | 49 Lost or Damaged Card ☐ (Attach DD Form 5527/2 from LE Desk) |
| 50 Work Hours: From: To: | 51 Dates of Access Requested: From: To: | | 52 Work Days: ☐Sat ☐Sun ☐Mon ☐Tue ☐Wed ☐Thu ☐Fri |

NSA Bahrain Access Application – CAT 1 Applicants (Revision 1 - 01 Jan 2008)

W912ER-11-D-0010-0006

## SECTION V – Recommendation Authority

**DIRECTORATE/COR RECOMMENDATION**

I certify that the applicant listed requires access to NSA Bahrain for official business and have verified the required documentation, assigned the required FPCON and provided justification for those who exceed their level of access.

53 Unit and Organization:

54 Rank/Rate and Last Name:

55 First and Middle Name:

56 E-Mail Address:

57 Telephone #:

58 Signature:    Date (yyyy/mmm/dd):

59 Personal Access in Force Protection Condition:
☐ DELTA    ☐ CHARLIE    ☐ BRAVO

60 Escort Privileges:
☐ NO    ☐ YES

61 Vehicle Access in Force Protection Condition:
☐ DELTA    ☐ CHARLIE    ☐ BRAVO

62

### Access Gate/Area Authorization

☐ NSA – Walkthrough Gate    Initials:

☐ NSA - Vehicle Inspection Gate    Initials:

☐ NSA – Juffair Gate    Initials:

☐ NSA - MILCON    Initials:

☐ DODDS School    Initials:

☐ BANZ Gate    Initials:

☐ Aviation Unit    Initials:

☐ Mina Sulman Pier    Initials:

☐ Harbor Patrol Unit    Initials:

☐ Other    Initials:

63 Remarks:

## SECTION VI – Card Holder Acknowledgement

64

### Data Required by the Privacy Act of 1974 (5 U.S. CODE 552a)

**AUTHORITY:** AR 600-8-14, AR 600-8-104, CENTCOM OPORD 10-05 Antiterrorism, and NSA Bahrain Installation Access Policy.

**PRINCIPAL PURPOSE:** To establish positive identification of all personnel requiring access to NSA Bahrain, including U.S. Government employees, US Contractors, Host Nation Military and Civilian employees, Foreign National employees, Foreign Military and contractors supporting the U.S. military mission. Also included are non-affiliated agencies and groups granted special installation access by the U.S. Government.

**MANDATORY DISCLOSURE REQUIREMENT:** Failure to provide the documentation and information requested, including Social Security number, Passport number, CPR identification number, sponsor letters, orders and/or LOA/LOI will result in the disapproval of this application. Disapproved applicants will be denied issue of an Installation ID Card and access thru NSA Bahrain gates and other control facilities by NSA security forces. Personal information such as SSN, Passport or CPR Identification provides an individual with a unique identification and will be handled as OFFICAL USE ONLY in accordance with Federal Statutes.

**CONDITIONS APPLICABLE ON RECEIPT:** I understand that the NSA Bahrain Installation Identification Card is valid only through the expiration date indicated. It should also be known that any derogatory information returned from the applicant's background investigation may reflect adversely on consideration for access. Its intended use and authorizations are limited to those indicated on this form and the card. I understand that the NSA Bahrain Identification Card is US Government property, that it is not transferable, that it is not to be altered in any way, and that it must be surrendered upon request of the US Government, its designated representative, or the issuing agency. I understand that while on any NSA Bahrain and other control facilities by NSA security forces, my person, possessions, vehicle and work area are subject to search at the discretion of the US Government or its designated representative. Any falsification on this form will result in immediate revocation of access privileges.

I hereby authorize the release of the information requested by NSA Bahrain for the purpose of determining my suitability for access. _____ (initial)

65

### Acknowledgement of NSA BAHRAIN Installation Pass Holder Responsibilities

**As a NSA Bahrain Installation Pass holder or registered CAC card holder, I acknowledge the following:**

1. All persons, their personal property, U.S. Government property, and vehicles may be searched on entry, while within the confines of, or when leaving U.S. Forces installations. Persons attempting to gain entry, who refuse to identify themselves, provide digitized fingerprint minutia data (DFMD), or consent to search, will be denied access.
2. If I am authorized escort privileges, I understand that I am agreeing to monitor that person's actions at all times, and I accept full responsibility for that person's conduct while on the installation.
3. Installation Passes are U.S. Government property. Any Military Police Officer, Law Enforcement, or Access Control personnel may confiscate an Installation Pass that has expired, is being used fraudulently, and is being presented by a person other than the person to whom it was issued, or is obviously altered, damaged, mutilated or photocopied.
4. I must surrender my pass when
   a. It is replaced (except when lost or stolen).
   b. I no longer require access.
   c. My sponsor or status changes.
   d. I resign, am terminated, or am no longer officially sponsored.
5. If I lose my Installation Pass or if it is stolen, I must immediately notify either the Security Forces Station or Pass & ID Office. Failure to do so is grounds for denying a replacement badge.
6. Violations of NSA Bahrain security policies may be grounds for denying access to U.S. Forces Installations and lead to confiscation of all installation access documents.

I acknowledge by my signature that I have read and understand the policy, requirements, and responsibilities above.

(Print) Last, First, MI:

Signature:

Date (yyyy/mmm/dd):

## SECTION VII – Pass & ID Office Use Only

66 Name of Person Reviewing Application:

67 Signature and Date of Person Reviewing Application:

68 Privileges:
- [ ] NEX
- [ ] Fitness Center
- [ ] MWR

69 Personal Access in Force Protection Condition:
- [ ] DELTA
- [ ] CHARLIE
- [ ] BRAVO

70 Escort Privileges:
- [ ] NO
- [ ] YES

71 Vehicle Access in Force Protection Condition:
- [ ] DELTA
- [ ] CHARLIE
- [ ] BRAVO

72

### Access Gate/Area Authorization

- [ ] NSA – Walkthrough Gate
- [ ] NSA - Vehicle Inspection Gate
- [ ] NSA – Juffair Gate
- [ ] NSA - MILCON
- [ ] DODDS School
- [ ] BANZ Gate
- [ ] Aviation Unit
- [ ] Mina Sulman Pier
- [ ] Harbor Patrol Unit
- [ ] Other

73 Remarks:

74 Expiration Date of Badge (yyyy/mmm/dd):
- [ ] Expiration of Passport
- [ ] Expiration of Deployment
- [ ] One Year
- [ ] Other

## SECTION VIII – DBIDS Office Use Only

75 Name of Person Entering Data:

77 Name of Person Collecting Biometrics:

79 DBIDS Number of Applicant:

76 Signature and Date of Person Entering Data:

78 Signature and Date of Person Collecting Biometrics:

80 Remarks:

NSA Bahrain Access Application – CAT 1 Applicants (Revision 1 - 01 Jan 2008)

W912ER-11-D-0010-0006



**U.S. Army Corps of Engineers (USACE), Middle East District (TAM)**

# Appendix D

# Life Support Services (LSS)

**P-935 Transient Quarters and Enlisted**
**And**
**P-940 Officer Dining Facility**

*Manama, Bahrain*

# PERFORMANCE WORK STATEMENT (PWS)

W912ER-11-D-0010-0006

Government Rule 4 File

**A555**

**Performance Work Statement (PWS)**
**35 MATOC MED 33 2012**
**P-935 Transient Quarters and Enlisted &**
**P-940 Officer Dining Facility, Manama, Bahrain**

1. SPECIAL FACILITIES AND SERVICES TO BE FURNISHED BY THE CONTRACTOR

### 1.1 General

The Contractor shall furnish the facilities and services listed in this clause for Corps of Engineers (CE) Project personnel and other persons as designated by the Contracting Officer. All facilities, furnishing, materials, and equipment shall be new when furnished at the site. The Contractor shall fully maintain and repair all facilities, furnishings and equipment listed below for the entire duration of the contract. All facilities furnished and/or installed by the Contractor under this clause shall remain the property of the Contractor unless otherwise indicated. All costs for procuring, transporting, installing and replacing all facilities, furnishings, materials, vehicles and equipment shall be included in the contract price, as stated below.

### 1.2 Transportation

a. The Contractor shall provide and maintain up to seven (7) sport utility vehicles and two (2) new electric performances utility vehicles for the use of Government as described below.

b. The Contractor shall provide, for use by the CE, up to seven (7) vehicles as described herein. The vehicles shall be new and the latest model year. The vehicles shall be maintained in an operational status by the Contractor for the use of CE. Maintenance including major repairs shall be accomplished within a one (1) week period from the time the Contractor is notified. The Contractor shall provide a like alternative vehicle during the time frame of any repair process. When repairs require more than four (4) hours in effort, a similar substitute vehicle shall be provided for the CE's use. The Contractor shall provide insurance for these vehicles to the full requirements of local jurisdiction law. The vehicles provided shall be sport utility vehicles and shall be four wheel drive with four (4) doors, with minimum wheelbase of 105 inches and minimum length of 178 inches. The vehicles shall be equipped with six cylinder engines, 4-wheel anti-lock brakes, heavy duty cooling systems, factory installed heating/air conditioning, side-view mirrors, driver and passenger airbags, seat belts, a fire extinguisher, safety glass on all windows, Red Cross approved first aid kit, floor mats, jumper cables, inflated standard spare tire, AM/FM/CD, and shall be light in color, exterior and interior. The Contractor shall maintain licensing and registration of these vehicles.  Vehicles shall be provided thirty (30) days after the Contractor is notified by the Contracting Officer for the following durations within the contract period:

Up to Seven (7) vehicles for a period of up to seventeen (17) months.

Offerors shall Price each Vehicle on a monthly basis for up to seventeen (17) months total rental period. The Government reserves the right to exercise the option for any or all of the vehicles during the contract performance period. The total rental period for vehicles shall not exceed seventeen (17) months.

2

**A556**

**Performance Work Statement (PWS)**
**35 MATOC MED 33 2012**
**P-935 Transient Quarters and Enlisted &**
**P-940 Officer Dining Facility, Manama, Bahrain**

c. The Contractor shall provide and maintain two (2) new electric performance utility vehicles as described herein for use by the Government throughout the life of the contract. These vehicles shall be capable of transporting four (4) passengers plus have luggage area at the rear. Vehicles shall be provided thirty (30) days after the Contractor is notified by the Contracting Officer. Maintenance including major repairs shall be accomplished in a timely manner. Vehicle requirements are: Bed load capacity: 300 lbs, Vehicle Load Capacity 1,500 lbs, Forward Speed 12-15 MPH, Turning Radius 12 ft., Canopy Top Extended Length, Motor 3.75 HP.

d. Vehicle Fuel: The Contractor shall provide fuel for up to seven (7) CE use sport utility vehicles on a monthly reimbursable basis for a period of seventeen (17) months. For proposal bidding purpose, offerors shall use the Not to Exceed (NTE) value of $10,000.00 for the fuel CLIN. Reimbursable for fuel shall be based on actual cost incurred on a pass through basis with no mark-ups.

**1.3 Housing**

The Contractor shall furnish, to the Corps of Engineers sponsored personnel for one (1) Housing Group 2 Middle (3 Occupants), and up to six (6) Housing Group 3 Standard (with 1 Occupant per house) for a total of up to seven (7) leased houses with utilities, furniture, furnishings and appliances 30 days after notification of the following durations within the contract period as follows.

Up to seven (7) units for a period of up to twenty four (24) months.

Housing Group Middle (3-4 Occupants): Price each unit on a monthly basis for up to twenty four (24) months.

Housing Group Standard (1-2 Occupants): Price each unit on a monthly basis for up to twenty four (24) months. The Government reserves the right to exercise the option for any or all of the units during the contract performance period. The Government reserves the right to extend the duration of the housing requirement(s), at the current rate until contract completion.

All housing units must comply with the following:

The housing units shall be new or like new when furnished and include or have provision for suitable closet space and light fixtures and outlets. Housing may be co-located in a self contained compound setup for shared arrangement with others and at the approval of the Contracting Officer. The Contractor shall arrange and pay for all necessary utilities to include electrical power, domestic water, and bottled gas (when applicable). Housing units will be equipped with secure off street parking for up to two vehicles. Parking shall be on the premises with easy access to housing and/or elevators. Parking spaces shall be of sufficient size to park, get-in/out and physical inspect the vehicle with no difficulty for the operator.

3

**Performance Work Statement (PWS)**
**35 MATOC MED 33 2012**
**P-935 Transient Quarters and Enlisted &**
**P-940 Officer Dining Facility, Manama, Bahrain**

1.3.1 <u>Housing Services:</u> The contractor shall provide appropriate housing. Apartment or Villa, to US Government employees in accordance with the following standards:

    1)  NSABAHRAININST 5531.1E - Residential Security Program
    2)  NSA Housing minimum Security Requirements

Location(s):

1) Housing shall not be located in U.S. Navy designated off limit areas nor should it be located adjacent to U.S. Navy designated off limit areas.
2) Housing should not be located such that the commute routes to-from work, to-from NSA, to-from the U.S. Embassy and to-from local shopping do not transit through off limits.
3) Please reference http://goo.gl/maps/ny0HT for most current off limit areas information.
4) Housing should be located within 15 minute commute (during peak times) to NSA (1)
5) Housing should be located within 30 minute commute (during peak times) to NSA (2).
6) Any variation from these commute time recommendation must be approved in advance by the Contracting Officer.

1.3.1.1 Space Standards: The below established space delineations are the standards for allowable living space.  The space standards are based on useable living space or net space.  Net space includes all usable living space on all floors, measured from wall-to-wall within each room.  Net space excludes balconies, garages, halls, foyers, stairwells, built-in closets (or space occupied by wardrobes), utility (furnace/water heater/etc) space or rooms, laundry rooms, attics, unfinished basements, and storage rooms.  Kitchen shall be accessible within the living space/net space. Any deviation from these standards by more than plus or minus 10% requires approval from the Contracting Officer.

1.3.1.2 Locality Adjustment Index – Type 3 (Square Feet = sqft and Square Meters – sqmt)

| Housing Group | Number of Occupants | | | |
|---|---|---|---|---|
| | 1 to 2 | 3 to 4 | 5-6 | 7+ |
| Middle | 1568 sqft | 2263 sqft | 2648 sqft | 2803 sqft |
| | 146 sqmt | 210 sqmt | 246 sqmt | 260 sqmt |
| | | | | |
| Standard | 1414 sqft | 2057 sqft | 2391 sqft | 2546 sqft |
| | 131 sqmt | 191 sqmt | 222 sqmt | 237 sqmt |

**Table 1 – Space Standard for Type 3**

1.3.2 Furnishings.

1.3.2.1 The contractor shall provide basic furnishings as follows:

| Furnishings | |
|---|---|
| Living Room/Family Room | • One (1) Sofa<br>• One (1) Love Seat<br>• One (1) Arm Chair or Recliner<br>• One (1) Coffee table<br>• Two (2) End Tables<br>• Two (2) Table Lamps |

4

W912ER-11-D-0010-0006

Government Rule 4 File

**A558**

**Performance Work Statement (PWS)**
**35 MATOC MED 33 2012**
**P-935 Transient Quarters and Enlisted &**
**P-940 Officer Dining Facility, Manama, Bahrain**

| Furnishings | |
|---|---|
| | • One (1) Bookcase (5 level/shelf)<br>• One (1) Color Television (LED, 42")<br>• One (1) Television Stand or Tilting Wall Mount<br>• One (1) Blue Ray/DVD Player |
| Kitchen | • One (1) Frost Free Refrigerator/Freezer (Standard – 21 cubic feet or larger)<br>• One (1) Microwave Oven with glass turntable (Full-size 1.5 Cubic Feet or larger)<br>• One (1) Cooking Range (minimum 4 burner)<br>• One (1) Oven<br>• Exhaust fan vented to the exterior<br>• One (1) Dishwasher<br>• One (1) Coffee Maker with auto shutoff (12-cup capacity)<br>• One (1) Toaster (4-slice)<br>• One (1) 3-speed Blender (Ninja Professional Blender or equal)<br>• One (1) Kitchen Trash Can – Tall (6 gallon or larger)<br>• One (1) Dish Drainer with Tray<br>• Two (2) Plastic cutting boards (1/2" thick)<br>• One (1) set of cutting utensils (Chicago Cutlery Insignia 2 or equal – Knives: 1 peeler, 1 parer, 8 steak, 1 utility, 1 boning, 1 santoku, 1 bread, 1 chef, 1 slicer and 1 kitchen shears)<br>• Cookware – 14 piece (Oven-safe, hard-anodized aluminum construction with nonstick interior cookware with shatter-proof lids made of clear tempered glass --- 1-1/2, 2, 3, 4-1/2-quart covered sauce pans; 4-1/2-quart covered sauté; 6-quart covered stockpot; 8- and 10-inch skillets)<br>• Flatware Set – 8 each salad fork, dinner fork, dinner knife, dinner spoon, and teaspoon; 1 each tablespoon, butter knife, sugar spoon, cold meat fork, and pierced tablespoon<br>• Dinnerware 40-piece Set – 8 each dinner plates, salad plates, soup bowls, mugs, ice cream bowls<br>• Glassware – 8 each tall tumbler, short tumbler, and juice glasses |
| Bathroom | • One (1) Waste Basket<br>• One (1) medicine cabinet with mirror<br>• One (1) plunger<br>• One (1) clothes hamper<br>• Tub/Shower combination<br>• Privacy glass on all windows |
| Utility Room | • One (1) Washer - Full-size 3.6 cubic feet or larger<br>• One (1) Dryer – Full-size 7.0 cubic feet or larger<br>• Utility Sink<br>• Storage cabinets for cleaning and laundry supplies<br>• One (1) Clothes Hamper<br>• One (1) Steam Iron with auto-shutoff and One (1) Ironing Board with one-piece pad and cover<br>• One (1) Bag less Vacuum Cleaner |

5

**Performance Work Statement (PWS)**
**35 MATOC MED 33 2012**
**P-935 Transient Quarters and Enlisted &**
**P-940 Officer Dining Facility, Manama, Bahrain**

| Furnishings | |
|---|---|
| Study | • One (1) Desk with four drawers<br>• One (1) Desk Chair – pneumatic height adjustment, adjustable arms, swivel, tilt, tilt tension, tilt lock, and lumbar support<br>• One (1) waste basket<br>• One (1) floor lamp<br>• One (1) bookshelf (5 shelf)<br>• One (1) Reading Chair |
| Master Bedroom/<br>First Bedroom | • Queen-sized bed with headboard, mattress and box spring<br>• Two (2) Night stands<br>• Two (2) Bedside Lamps<br>• Chest of Drawers (four (4) drawers)<br>• Dresser with six (6) drawers and mirror<br>• Mirror |
| Second Bedroom and subsequent single bedrooms | • Twin-sized bed with headboard, mattress, and box spring<br>• One (1) Night Stand<br>• One (1) Bedside Lamp<br>• Chest of drawers (four (4) drawers)<br>• Dresser with four (4) drawers and mirror<br>• One (1) waste basket<br>• Mirror |
| 2 Person 2nd Bedrooms – for two dependents/children | • Two (2) twin-sized beds – 2 headboards, 2 mattresses, and 2 box springs<br>• Two (2) Night Stands<br>• Two (2) Bedside Lamps<br>• Chest of drawers (six (6) drawers)<br>• Dresser with four (4) drawers and mirror<br>• One (1) waste basket<br>• Mirror |
| Dining Room -<br>Occupant with three (3) or less official dependents | • One (1) Dining Set with one (1) leave, two (2) end chairs and four (4) side chairs<br>• One (1) China Cabinet<br>• One (1) Hutch Buffet |
| Dining Room<br>Occupant with four (4) or more official dependents | • One (1) Dining Set with two (2) leaves, two (2) end chairs, and six (6) side chairs<br>• One (1) China Cabinet<br>• One (1) Hutch Buffet<br>• One (1) Huntboard |
| Outdoor<br>Patio/Lawn Furniture | • One (1) 8 piece dinning set – long table, six (6) chairs, and shade umbrella (weather resistant high quality resin<br>• Two (2) heavy duty roll out garbage containers |
| General Household Items | • Window treatments - curtains and blinds all windows; black out blinds in all bedrooms<br>• Carpets in all rooms except for the Kitchen<br>• One fixed phone line with a minimum of two (2) cordless phones and one (1) answering system (see note 1)<br>• One (1)2000 Watt Transformer |

6

**A560**

| Furnishings | |
|---|---|
| | • Two (2) 1500 Watts Transformer<br>• Three (3) 1000 Watts Transformer<br>• One (1) 750 Watts Transformer<br>• Basic High Speed Internet Access and Television Service with English Package (which includes CNN)<br>• One (1) High Speed Wireless Router - Installed<br>• One (1) handheld B:C fire extinguisher – kitchen<br>• One (1) handheld general purpose fire extinguisher – utility room<br>• Smoke detectors – 1 for each bedroom and kitchen<br>• Carbon Monoxide detector -1 for each bedroom and kitchen<br>• Exterior light at all entrance doors<br>• Minimum Security Standards – see note 2 |
| Notes: | 1. The contractor shall provide for the installation a long distance with international service capability and CE shall use these phone services for the purpose of safety, security and emergency. The contractor shall provide phone bills to the COR in order to review for reimbursement for all long distance calls/charges on a monthly basis.<br>2. Prior to occupancy, the contractor shall coordinate for a housing and security survey(s) by the US Navy, NSA, Housing and Security Offices. All physical security improvements required by the Housing or Security Offices shall be completed by the contractor prior to occupancy of the residence.<br>3. The contractor shall ensure acceptable water pressure at all faucets and taps. |

1.3.2.2 The contractor shall provide each occupant with an initial Welcome Kit of expendable

supplies. The welcome kit shall include:

| Item | Quantities |
|---|---|
| These items are classified as expendable supplies due to individualized use making them not worth reusing or salvaging. | |
| Pillows | Per:<br><br>• Queen-sized bed – Two (2) Queen-size pillows<br>• Twin-size bed – One (1) Standard-size pillow |
| Bed Sheet Sets | 1 Set per bed – 500 Thread Count Egyptian Cotton Sheet Set (1 flat sheet, 1 fitted sheet, and pillowcase(s)) Solid Pattern – ivory, white, or beige |
| Bedspread | Per:<br><br>• Queen-sized bed – Three (3) piece 100% cotton bedspread set (Bedspread with 2 pillow shams) |

7

| | |
|---|---|
| | • Twin-size bed – Two (2) piece 100% cotton bedspread set (Bedspread and 1 pillow sham) |
| Mattress Pad | One (1) appropriately-sized fitted mattress pad per bed. 100% Cotton with fabric protection as well as antimicrobial. |
| Bathroom Towel Set | Four (4) Bath, Four (4) Hand, and Four (4) Face towels per bathroom |
| Kitchen Towels | Four dishtowels |

b. Telephone: The Contractor shall provide and pay for all connections, installation, subscriber a local and long distance service. The contractor shall provide phone bills to the Contracting Officer Representative (COR) on a monthly basis in order to review for reimbursement for all local, long distance and international calls/charges.

c. Utilities: The Contractor shall arrange and pay for adequate twenty four (24) hours a day utility services for a period of twenty four (24) months.

d. Domestic Water: Water shall comply with EM-385-1-1 (Dt: 15 Sep 08) and requirements of the Safe Drinking Water Act.

e. Heating/Air Conditioning. The heating and air conditioning provided shall be capable of maintaining the housing at 20 degrees centigrade for twenty four (24) hour a day for a period of twenty four (24) months.

f. Maintenance. The Contractor shall provide maintenance for all units and all furniture, furnishings and appliances contained therein, including painting and incidental repairs. Broken or inoperative items shall be replaced permanently or temporarily while repairs are made.

g. Vector/Pest/Rodent Control: The Contractor shall provide Vector/Pest/Rodent control services in CE's living houses and surroundings. The Contractor shall comply with DOD standards of Pest Management for using approved pesticides for preventive methods.

**1.4  Office Module Services**

a. The Contractor shall provide services for Corps of Engineers (CE) office trailer size 4,500 sqft, at the Waterfront Development Area, NSA 2 as described below:

1.4.1 The Contractor shall provide and maintain all utility systems required to support site office facilities for twenty four (24) hours a day and for a twenty four (24) month period.

**Performance Work Statement (PWS)**
**35 MATOC MED 33 2012**
**P-935 Transient Quarters and Enlisted &**
**P-940 Officer Dining Facility, Manama, Bahrain**

1.4.2. The Contractor shall provide water required for site office facilities, including water cooler, potable drinking water and operate and maintain the water system for a twenty four (24) month period.

1.4.3 The Contractor shall provide operation and maintenance of building structure, all furnishings and equipment contained therein, including painting and incidental repairs, and provides office paper supplies and other stationary requirements for a twenty four (24) month period.

1.4.4 The Contractor shall provide landscape maintenance and dust abatement in area adjacent of the office (20 feet surrounding to the office) twice weekly for a twenty four (24) month period.

1.4.5 Vector/Pest/Rodent Control: The Contractor shall provide Vector/Pest/Rodent control services in the area adjacent of the office (20 feet surrounding to the office) twice a month for a twenty four (24) month period. The Contractor shall comply with DOD standards of Pest Management for using pesticides for preventive methods.

1.4.6 Provide janitorial services in the office facilities including cleaning of toilet facilities, furnishings of toilet tissue, soap and towels, emptying trash, vacuuming and dusting on a daily basis all other cleaning of offices on a weekly basis, to the satisfaction of the Contracting Officer for a twenty four (24) month period.

1.4.7 The Contractor shall provide septic tank servicing, to include emptying on a regular basis.

1.4.8 Commercial Telephone and Internet Services. The Contractor shall arrange and pay for all subscriber and toll charges for two commercial lines including telephone module and telephones for seven (7) units. The Contractor shall pay for local, long distance and international commercial telephone and internet services on a monthly reimbursable basis. The Contractor shall provide one high speed ADSL line with one dedicated IP Address with a bandwidth of minimum 6M x 6M and pay installation fees, troubleshooting and monthly subscription charges for a twenty four (24) month period. For proposal bidding purpose, offerors shall use the Not to Exceed (NTE) value of $5,000.00 for the Commercial Telephone and Internet Services CLIN. Reimbursable for Commercial Telephone and Internet Services shall be on a month to month actual billing cost and pass through with no mark-ups.

1.4.9 Provide operation and maintenance service for 2-ea Xerox Model Work Center 7435 Photo Copy Machines, including paper supply, parts, toner, etc., for a twenty four (24) month period.

1.5 Payments

Payments to the Contractor for facilities and services furnished under this clause shall be divided as follows:

a. Facilities and services provided under paragraphs 1.2 Transportation, 1.3 Housing, and 1.4 Office Facility shall be paid under Line Item Special Facilities and Services to be Furnished by the Contractor.

9

# C E R T I F I C A T E

## OPERATION AND MAINTENANCE TRAINING VALIDATION

**References:**   **1. Special Clause: <u>Instructions and Training for Operations and Maintenance</u>**
           **2. Technical Provision(s) _____**

**Equipment for which training conducted:** _____

_____

_____

**Description of Training:**

    1. Number of Classroom Hours**:** _____

    2. Number of Hands-on Equipment Hours: _____

    3. Location of Training: _____

**Training Instructors:** _____

    Trainees: _____

_____

          **Contractor Certifying Official** _____

          **Corps of Engineers Representative** _____

          **User Acknowledgement** _____

**MED Form 356**
**NOV 1999**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 32 17.00 20

NETWORK ANALYSIS SCHEDULES (NAS)

PART 1   GENERAL

  1.1   DESCRIPTION
  1.2   SUBMITTALS
  1.3   SCHEDULE ACCEPTANCE
    1.3.1   Schedule Acceptance Prior to Start of Work
    1.3.2   Acceptance
  1.4   SOFTWARE
  1.5   QUALIFICATIONS
  1.6   NETWORK SYSTEM FORMAT
    1.6.1   Diagrams
    1.6.2   Schedule Activity Properties and Level of Detail
      1.6.2.1   Activity Categories
      1.6.2.2   Project Milestones
      1.6.2.3   Activity Identification (ID) and Description
      1.6.2.4   Activity Code Dictionary and Values
      1.6.2.5   Cost and Resource Loading
      1.6.2.6   Anticipated Weather Delays
      1.6.2.7   Schedule Software Settings and Restrictions
    1.6.3   Required Tabular Reports
  1.7   SUBMISSION AND ACCEPTANCE
    1.7.1   Preliminary Meeting
    1.7.2   Review and Evaluation
    1.7.3   Baseline Network Analysis Schedule
    1.7.4   Monthly Network Analysis Updates
  1.8   CONTRACT MODIFICATION
    1.8.1   Time Impact Analysis:
    1.8.2   No Reservation-Of-Rights
  1.9   CHANGES TO THE NETWORK ANALYSIS SCHEDULE
  1.10   FLOAT
    1.10.1   Definitions of Float
    1.10.2   Ownership of Float
    1.10.3   Negative Float

PART 2   PRODUCTS


PART 3   EXECUTION


-- End of Section Table of Contents --

SECTION 01 32 17.00 20   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

137 of 1610
Government Rule 4 File

**A565**

SECTION 01 32 17.00 20

NETWORK ANALYSIS SCHEDULES (NAS)

PART 1   GENERAL

1.1   DESCRIPTION

The network analysis system shall consist of the network analysis schedule
(diagram) and associated reports.  The scheduling of all procurement and
construction shall be the responsibility of the Contractor.  Construction
increments will be interrelated on a single schedule that represents the
entire project duration from Contract Award to the Contract Completion
Date.  Schedule updates will build upon each other and will include
construction increments as they are detailed, submitted and accepted.
Submission of progress and revision data will be used to measure work
progress, aid in the evaluation for requests for time extensions, and to
provide the basis of all progress payments.  The Critical Path Method (CPM)
of network calculation shall be used to generate the project schedule and
will utilize the Precedence Diagram Method (PDM) to satisfy both time and
cost applications.  All progress payment amounts will be derived from and
tied to the cost-loaded schedule activities.

For consistency, when scheduling software terminology is used in this
specification, the terms in Primavera's scheduling programs are used.
Primavera Project Planner, P3, Primavera Project Manager, SureTrak and
PrimeContract are registered trademarks or service marks of Primavera
Systems, Inc.  Adobe and Acrobat are registered trademarks of Adobe Systems
Incorporated.

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following in
accordance with Section 01 33 00.12 10 SUBMITTAL PROCEDURES FOR
DESIGN-BUILD:

    SD-01 Preconstruction Submittals

        Qualifications; G

        Standard Activity ID Dictionary; G

        Construction Network Analysis Schedule; G

        Baseline Network Analysis Schedule; G

    SD-07 Certificates

        Monthly Network Analysis Updates; G

        [Summary Network; G

SECTION 01 32 17.00 20  Page 2
PART TWO - GENERAL REQUIREMENTS

1.3    SCHEDULE ACCEPTANCE

Review comments made by the Government on the Contractor's schedule(s) will
not relieve the Contractor from compliance with requirements of the
Contract Documents.  The Contractor is responsible for scheduling,
sequencing, and prosecuting the Work to comply with the requirements of the
Contract Documents.  Government acceptance extends only to the activities
of the Contractor's schedule that the Government has been assigned
responsibility and agrees it is responsible.  The Government will also
review for contract imposed schedule constraints and conformance, and cost
loading of the CPM activities.  Comments offered on other parts of the
schedule, which the Contractor is assigned responsibility, are offered as a
courtesy and are not conditions of Government acceptance; but are for the
general conformance with established industry schedule concepts.

1.3.1    Schedule Acceptance Prior to Start of Work

The Baseline Network Analysis Schedule described in the paragraph entitled
"Baseline Network Analysis Schedule" must be submitted and accepted by the
Government before the Contractor will be allowed to start work on the
construction stage(s) of the contract.  Examples of construction stages
are, but not limited to; demolition, site work, temporary work for
construction, etc.

1.3.2    Acceptance

    a.  When the Construction Network Analysis Schedule is submitted and
        accepted by the Contracting Officer, it will then be considered
        the "Baseline Network Analysis Schedule".  The Baseline Network
        Analysis Schedule will then be used by the Contractor for
        planning, organizing, and directing the work; reporting progress;
        and requesting payment for work accomplished.  The schedule will
        be updated monthly by the Contractor and submitted monthly with
        the progress pay request to reflect the current status of the
        work.  Submittal and acceptance of the Baseline Network Analysis
        Schedule and accurate updated schedules accompanying the pay
        requests are both conditions precedent to processing pay
        requests.  Only bonds will be paid prior to acceptance of the
        Baseline Schedule(s).

    b.  Submittal of the Baseline Network, and subsequent schedule
        updates, will be understood to be the Contractor's certification
        that the submitted schedule meets all of the requirements of the
        Contract Documents, represents the Contractor's plan on how the
        work will be accomplished, and accurately reflects the work that
        has been accomplished and how it was sequenced (as-built logic).

1.4    SOFTWARE

The scheduling software that will be utilized by the Government on this
project is SureTrak by Primavera Systems, Inc..  Notwithstanding any other
provision in the contract, schedules submitted for this project must be
prepared using either Primavera P3 or Primavera SureTrak (files saved in
Concentric P3 format).  The Contractor shall provide electronic files saved
in a format that is compatible with the Contracting Officer's current
software version.  Submission of data from another software system where
data conversion techniques or software is used to import into Primavera's

SECTION 01 32 17.00 20   Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

139 of 1610
Government Rule 4 File

**A567**

scheduling software is not acceptable and will be cause for rejection of the submitted schedule.

1.5   QUALIFICATIONS

The Contractor shall designate a full time Scheduler that will be responsible for the development, preparation, and maintenance of an accurate, computerized Network Analysis Schedule.  Full time is defined as the scheduler being on-site during normal work hours to perform on-site coordination, attending project meetings, and updates.  The Scheduler shall have no other duties than scheduling for this contract.  The Scheduler shall have previously developed, created and maintained at least 2 previous computerized schedules of similar size and complexity of this contract.  A resume outlining the qualifications of the Scheduler and their SureTrak or P3 training certificate from an authorized Primavera trainer shall be submitted for acceptance to the Contracting Officer.  If at a later date, the Contracting Officer considers the Contractor's Scheduler to be incompetent or objectionable, the Contractor will propose a new Scheduler, meeting the qualification requirements.  Payments will not be processed until an acceptable Scheduler is provided.

1.6   NETWORK SYSTEM FORMAT

The system shall consist of time scaled logic diagrams and specified reports.

1.6.1   Diagrams

Show the order and interdependence of activities and the sequence in which the work is planned to be accomplished.  The basic concept of the network analysis diagram will be followed to show how the start of a given activity is dependent on the completion of preceding activities and how its completion restricts or restrains the start of following activities. Activity durations shall not be resource-driven, activities shall start according to network logic and finish when its duration has elapsed. Diagrams shall be organized by Work Phase, sorted by Early Start Date and will show a continuous flow from left to right with no logic (relationship lines) from right to left.  With the exception of the Contract Award, Start Project and End Project milestone activities, no activities will be open-ended; each activity will have predecessor and successor ties.  The diagram shall clearly show the activities of the critical path and must be red in color.  Once an activity exists on the schedule it may not be deleted or renamed, and must remain in the logic.  No more than 20 percent of the activities may be critical or near critical.  Critical will be defined as having zero days of Total Float.  "Near critical" will be defined as having Total Float in the range of 1 to 14 days.  Show the following information on the diagrams for each activity:

    a.   Activity ID

    b.   Activity Description

    c.   Original Duration in Work Days

    d.   Remaining duration

    e.   Actual Duration in Work Days

    f.   Early Start Date

SECTION 01 32 17.00 20  Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

140 of 1610
Government Rule 4 File

A568

   g.   Early Finish Date

   h.   Total Float

Provide network diagrams on tabloid (11X17) sheets.  Updated diagrams shall
show the date of the latest revision.

1.6.2   Schedule Activity Properties and Level of Detail

Numbering shall be assigned so that, in general, predecessor activity
numbers are smaller numerically than the successor activity numbers.  Skip
numbering shall be used on the network to allow insertion of additional
activities for contract modifications and logic changes.  The minimum
number of construction activities in the final network diagram shall be
2500.  Activity categories included in the schedule are specified below.

1.6.2.1   Activity Categories

   a.   Procurement Activities:  Tasks related to the procurement of
        material or equipment shall be included as separate activities in
        the project schedule.  Examples of procurement activities include,
        but are not limited to; Material/equipment submittal preparation,
        submittal and approval of material/equipment; delivery of O&M
        manuals; material/equipment fabrication and delivery, delivery of
        extra parts, extra stock, special tools, notification of
        Government Furnished Material/Equipment delivery requirement,
        etc.  As a minimum, separate procurement activities will be
        provided for every specification section.  If the Contractor
        intends on using Just-In-Time (JIT) delivery methods, the schedule
        will show each JIT delivery with relationship tie to the
        Construction Activity specifically for the JIT delivery.  Material
        and equipment for which payment will be requested in advance of
        installation shall be cost-loaded with the procurement costs
        (e.g.; the delivery milestone(s)).  All activities within a
        procurement process/cycle will have a unique identifier in the
        activity code to show their relationships and will extend to the
        related construction activities (i.e., CSI Code).

        If the Government's action on any submittal is "Disapproved" or
        "Revise and Resubmit", a new series of Procurement Activities will
        be inserted into the schedule.  Predecessor for the new submittal
        preparation activity will be the original approval activity and
        the successor of the new approval activity will be the
        fabrication/deliver activity for the equipment or material.

   b.   Government Activities:  Government and other agency activities
        that could impact progress shall be clearly identified.
        Government activities include, but are not limited to; Government
        approved submittal reviews, Government conducted
        inspections/tests, environmental permit approvals by State
        regulators, utility outages, Notice(s) to Proceed and delivery of
        Government Furnished Material/Equipment.  Show activities
        indicating Government furnished materials and equipment utilizing
        delivery dates indicated in "FAR 52.245-2, Government Property
        (Fixed-Price Contracts)."  Government activities will be driven by
        calendars that reflect Saturdays, Sundays and all Federal Holidays
        as non-work days.

SECTION 01 32 17.00 20   Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

c. Construction Quality Management (CQM) Activities:  CQM Activities will identify the Preparatory Phase and Initial Phase for each Definable Feature of Work identified in the Contractor's Quality Control Plan.  These activities will be added to each 3-Week Look Ahead Schedule referenced in the paragraph entitled "THREE-WEEK LOOK AHEAD SCHEDULE" and will also be included in each monthly update referenced in the paragraph entitled "Monthly Network Analysis Updates".  The Follow-up Phase will be represented by the Construction Activities in the Baseline Schedule and in the schedule updates.

d. Construction Activities:  Construction activities shall include, but are not limited to: Tasks related to mobilization or demobilization; the installation of temporary or permanent work by tradesman; testing and inspections of installed work by technicians, inspectors or engineers; start-up and testing of equipment; commissioning of building and related systems; scheduling of specified manufacture's representatives; Punch Out Inspection; Pre-Final Inspection, Final Acceptance Inspection; final clean-up; training to be provided; and administrative tasks necessary to start, proceed with, accomplish or finalize the contract.  No onsite construction activity shall have a duration in excess of 20 working days.  Contractor activities will be driven by calendars that reflect Saturdays, Sundays and all Federal Holidays as non-work days.

e. Hammock (Summary) Activities:  The Contractor shall include special activities that are a summary of a chain of activities. The start of the activity will be the start date of the first activity in the chain and the finish date will be the finish date of the last activity in the chain.  Generalized work sequences, Area Codes and Phase Codes will be summarized.

1.6.2.2  Project Milestones

Dates shall be shown on the diagram for the start of the project, any contract required interim start and completion dates, contract completion date and other significant milestones.

a. Project Start Date Milestones:  The schedule shall start no earlier than the Contract Award Date and the project duration (Day 1) will start on the Notice-to-Proceed (NTP) date.  The Contractor shall include as the first milestone in the schedule, an activity named "Contract Award".  Another milestone shall be included that will be named "Start Project". The Contract Award and Project Start milestones shall have mandatory start constraint dates equal to the Contract Award and NTP dates, respectively.

b. Constraint of Last Activity Milestone:  The Contractor shall include as the last activity in the project schedule, an activity named "End Project".  The "End Project" activity shall have a mandatory finish constraint equal to the contract completion date for the project.  Calculation of project updates shall be such that if the finish of the last activity falls after the contract completion date, then the float calculation shall reflect negative float on the critical path and if the finish of the last activity falls before the contract completion date, the float calculation shall reflect positive float on the critical path.  The only

SECTION 01 32 17.00 20  Page 6
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

predecessor activity to this activity will be either the
"Contractor Early Completion" or the "Substantial Completion"
milestone, whichever is used by the Contractor.

c.  Early Project Completion:  In the event the Contractor's project
schedule shows completion of the project prior to the contract
completion date, the Contractor shall include an activity named
"Contractor Early Completion".  The activity shall be a milestone
with an unconstrained date representing the Contractor's Early
Completion date.  The only successor activity to this activity
will be the "End Project" milestone.

d.  Substantial Completion:  If the Contractor elects to include an
activity for Substantial Completion, then it is agreed that
Substantial Completion will be the point in time that the
Government considers the project is complete and ready for its
intended use.  The activity will be named "Substantial
Completion".  The activity shall be a milestone with an
unconstrained date representing the Contractor's Substantial
Completion date.  The only successor activity to this activity
will be the "End Project" milestone.

e.  Phase Start Milestone:  The Contractor shall include as the first
activity for a project phase, an activity named "Start Phase X",
where "X" identifies the phase of work.  The "Start Phase X"
activity shall have an unconstrained start date equal to the date
of the Phase NTP.  This unconstrained start date is not a release
from contractually required start dates, but is left unconstrained
to allow the schedule logic to calculate without hindrance.

f.  End Phase Milestone:  The Contractor shall include as the last
activity in a project phase, an activity named "End Phase X" where
"X" identifies the phase of work.  The "End Phase X" activity
shall have an unconstrained late finish date equal to the contract
phase completion date.  This unconstrained completion date is not
a release from contractually required finish dates, but is left
unconstrained to allow the schedule logic to calculate without
hindrance.

g.  Early Phase Completion:  If the Contractor expects to finish prior
to the contract phase completion date, the milestone will show an
early finish date equal to the Contractor's early finish date.
The name of the activity will be "Early Phase Completion" and will
have an unconstrained date representing the Contractor's early
phase completion date.

1.6.2.3  Activity Identification (ID) and Description

a.  Standard Activity ID Dictionary:  The Contractor shall submit the
alphanumeric coding scheme for Schedule Activity Numbers that
shall be used throughout the project.  The coding scheme submitted
shall list the values for each activity code and translate those
values into project specific designations.  Code length shall not
exceed 10 characters.  Once accepted, the coding scheme will be
used for the duration of the project.

b.  Activity Description: Each activity shall have a narrative
description consisting of a Verb or work function (e.g.; form,
pour, excavate), an Object (e.g.; slab, footing, under floor

SECTION 01 32 17.00 20  Page 7
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

plumbing), and Area (e.g.; 3rd floor, northeast quadrant,
basement).

1.6.2.4   Activity Code Dictionary and Values

The Contractor shall establish the activity codes identified in this
specification.  The codes will have values assigned that will allow the
scheduling program to sort, select, group and organize the activities in
the schedule.  Activity codes include, but are not limited to, the
following codes:

a.  Area Code:  All activities shall be identified in the project
    schedule by the Area Code in which the activity occurs.
    Activities shall not be contained in more than one Area Code.
    Area is defined as distinct separations in construction, such as a
    story of construction, separate structure, usage or function
    difference, utility distribution systems, etc.

b.  Responsibility Code:  All activities in the project schedule shall
    be identified with the party responsible to perform the task.
    Responsibility includes, but is not limited to; the Prime
    Contractor, subcontracting firm, or Government agency performing a
    given task.  Activities shall not belong to more than one
    responsible party.  The responsible party for each activity shall
    be identified by a responsibility code.  For example, a
    responsibility code value, "ELEC", may be used to identify the
    "Electrical Subcontractor".

c.  CSI Code:  All activities in the project schedule shall be
    identified with its respective 5-digit Specification Section
    number.  Activities shall not belong to more than one Section
    number.  If an activity does not have an applicable CSI Code,
    (such as "Mobilize"), the code will be "00000".

d.  Drawing Code:  All activities in the project schedule shall be
    identified with its respective project Drawing Code.  The Drawing
    Code is the Sheet Number on the primary project drawing, which
    indicates the work to be performed.  Activities shall not belong
    to more than one Drawing Code.  Examples of Drawing Codes are
    "C-10", "C.10" or "C10".  The code system will allow organizing
    all activities by Drawing Code in alpha and numeric order.  If an
    activity does not have an applicable Drawing Code, (such as
    "Mobilize"), the code will be "00000".

e.  Modification Code:  The Modification Code shall identify
    activities that are modified or added by contract modification.
    Activities shall not belong to more than one Modification Code.
    The Government will assign the modification number, which will be
    shown on the Standard Form 30.  Use a shortened version of the
    modification number for the code (e.g.; A00010 = 010).

f.  Request for Equitable Adjustment (REA) or Claim Code:  Activities
    that are modified or added, as a result of a Contractor's REA or
    Claim shall be identified by a code generated by the Contractor.
    Activities shall not belong to more than one REA or Claim Code.

1.6.2.5   Cost and Resource Loading

a.  Cost Loading Activities:  Equipment costs will be assigned to

SECTION 01 32 17.00 20  Page 8
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A572**

their respective Procurement Activities (i.e., the delivery milestone activity). Costs for installation of the material/equipment (labor, construction equipment, and temporary materials) will be assigned to their respective Construction Activities. The value of inspection/testing activities will not be less than 10 percent of the total costs for Procurement and Construction Activities. Evenly disperse overhead and profit to each activity over the duration of the project. The total of all cost loaded activities; including costs for material and equipment delivered for installation on the project, and labor and construction equipment loaded construction activities, shall total to 100 percent of the value of the contract.

b. Quantities and Units of Measure: Each cost loaded activity will have a detailed breakdown of the contract price, giving quantities for each of the various kinds of work, unit prices, etc. These entries are informational only and are non-calculating. Quantities shall be entered as Log Text 1 (in SureTrak) or Log 1 (in P3) for each activity, column heading will be "Quantities". Units of Measure shall be entered as Log Text 2 (in SureTrak) or Log 2 (in P3) for each activity, column heading will be "Units of Measure".

1.6.2.6   Anticipated Weather Delays

Schedule activity duration(s) shall be formulated with allowance for normal adverse weather conditions. Any activity duration, which could be impacted by normally anticipated adverse weather (precipitation, high or low temperature, wind, etc.), due to the time period that the Contractor has scheduled the work, shall include an adjustment to include the anticipated weather delay. The Contractor shall anticipate delay by comparing the contractually imposed environmental restrictions in the Contract Documents to the National Oceanic and Atmospheric Association's (NOAA) historical monthly averages for the NOAA location closest to the project site. The number of anticipated adverse weather delays allocated to an activity will be reflected in the activity's calendar. A lost workday, due to weather conditions, is defined as a day in which the Contractor's workforce cannot work 50 percent or more of the day on the impacted activity(s). The Contractor shall immediately notify the Contracting Officer when a lost day has occurred due to weather, will record on the Daily Reports the occurrence of adverse weather and resultant impact to the normally scheduled work. If the number of actual adverse weather delay days exceeds the number of days anticipated, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days and issue a modification in accordance with the contract clauses.

1.6.2.7   Schedule Software Settings and Restrictions

a. Activity Constraints: Date/time constraint(s), other than those required by the contract, will not be allowed unless accepted by the Contracting Officer. Contractor will identify any constraints proposed and provide an explanation for the purpose of the constraint in the Narrative Report.

b. Lags: Lags will not be used when the creation of an activity will perform the same function (e.g., concrete cure time). Lag durations contained in the project schedule shall not have a negative value. Contractor will identify any lag proposed and

SECTION 01 32 17.00 20   Page 9
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

provide an explanation for the purpose of the lag in the Narrative Report.

c. Default Progress Data Disallowed:  Actual Start and Finish dates shall not be automatically updated by default mechanisms that may be included in the CPM scheduling software system.  Actual Start and Actual Finish dates on the CPM schedule shall match the dates provided from Contractor Quality Control and Production Reports. These reports will be the sole basis for updating the schedule. Work activities will be updated by actual work progression rather than being cash flow driven.  Actual labor and equipment hours used on activities will be derived from the Daily Reports.

d. Software Settings:  If the contractor chooses to use Primavera's SureTrak software, the Autocost Rules shall be set to:
   1) Uncheck - Link Remaining Duration and Schedule Percent Complete;
   2) Check - Use Updated Percent Complete Against Budget to Estimate Actual to Date;
   3) Check - Freeze Resource Units per Hour When Quantities Change;
   4) Check - Update Cost and Revenue Information; and,
   5) Set Resource Data to "Two decimal places".
If the contractor chooses to use Primavera's P3 software, the AutoCost rules shall be set as shown below, all others shall be deactivated (i.e.; check boxes and radio buttons not filled in):
   1) Use the update percent complete against budget to estimate: Actual cost to date.
   2) Link budget and EAC for non-progressed activties: Budget-EAC.
   3) Perform these calculations during each schedule computation:  Apply these rules when moving from one Resource to another.
Schedule calculations and Out-of-Sequence progress (if applicable) shall be handled through Retained Logic, not Progress Override. All activity durations and float values will be shown in days, time will not be shown in the duration display.  Activity progress will be shown using Remaining Duration.  Date format will be DDMMMYY (i.e., 11DEC02).  Default activity type will be set to "Task".

1.6.3   Required Tabular Reports

The following reports will be based on the information in the paragraph entitled "Diagrams" and included with the schedule submittals and in each updated schedule submission provided on disk by the Contractor:

a. Earned Value Report:  Listing all activities having a budget amount and cost.  A compilation of total earnings on the project from the notice to proceed to the most recent monthly progress payment request and the difference between the previous request amount and the current payment request amount.  Sort report first by resource and then by activity.

b. Log Report:  With each updated schedule submission, provide a computer generated Log Report using a recognized schedule comparison software listing all changes made between the previous schedule and current updated schedule.  Identify the name of the previous schedule and name of the current schedule being

SECTION 01 32 17.00 20   Page 10
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

compared.  This report will as a minimum show changes for: Added &
Deleted Activities, Original Durations, Remaining Durations,
Activity Percent Complete, Total Float, Free Float, Calendars,
Descriptions, Constraints (added, deleted or changed), Actual
Starts/Finishes, Added/Deleted Resources, Resource Quantities,
Costs, Resource Percents, Added/Deleted Relations, Changed
Relation Lags, Changed Driving Relations, and Changed Critical
Status.

c.  Activity ID Report:  By activity number in ascending order showing
the current status of all activities.

d.  30-Day Look Ahead:  Activities in progress or scheduled to start
or finish within the next 30 calendar days of the project Data
Date or is continuing through the 30 day period.

e.  Predecessor/Successor Report:  By activity number from lowest to
highest, showing preceding and succeeding activity numbers for
each activity and showing the current status of each activity.

1.7   SUBMISSION AND ACCEPTANCE

1.7.1   Preliminary Meeting

Prior to the preparation of the Construction Network Analysis Schedule for
acceptance; the Contracting Officer, Contractor and the scheduler shall
participate in a preliminary meeting to discuss the proposed schedule and
requirements of this section prior to submission of the network.
Discussions shall include: 1) Which construction activities may have
delivered material costs included (e.g., concrete placement, etc.), 2)
Which procurement activities will have material/equipment costs separated
from their respective construction activity costs (e.g., any stored
equipment, etc.) and, 3) Which procurement and construction activities will
have separate testing/inspection costs; per the paragraph entitled "Cost
Loading Activities".

1.7.2   Review and Evaluation

After the Government's review(s) of the Construction Network Analysis
Schedule, the Contractor shall meet with the Contracting Officer to discuss
the review and evaluation of the NAS submittal.  Revisions necessary as a
result of this review shall be resubmitted for acceptance within 10
calendar days after the meeting.

1.7.3   Baseline Network Analysis Schedule

Once review comments are resolved and the Contracting Officer has accepted
the Construction Network Analysis Schedule, the Contractor shall within 5
calendar days furnish:

a.  Two copies of the network diagrams.

b.  Two copies of the reports listed in paragraph entitled "Required
Tabular Reports".

c.  Two copies of the Cash Flow S-Curve indicating the cash flow based
upon both the projected early and late finish dates.

For major revisions, updates or changes to the network diagrams, once

SECTION 01 32 17.00 20   Page 11
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

147 of 1610
Government Rule 4 File

**A575**

accepted by the Contracting Officer, the Contractor shall submit these same
diagrams and reports.

1.7.4   Monthly Network Analysis Updates

At monthly intervals the Contractor and Government representatives will
meet to jointly update the project schedule and agree on percentage of
payment for each activity progressed during the update period.  The purpose
of the meeting is to determine progress payment amounts for each activity,
allow all parties to evaluate project status at the data date, provide a
complete and accurate update of procurement and construction progress,
create an historical record of the project and establish prediction of
completion date(s) based upon current status.  The Contractor is
responsible to gather all supporting documentation, present the update data
for the schedule and record the meeting minutes.  All progress payment
amounts will be derived from and tied to the cost-loaded schedule
activities.  Submit at monthly intervals a report of the actual
construction progress by updating the required reports and the time scaled
logic diagram.  Meeting to update the schedule and the submission of an
error free, acceptable updated schedule to the Government is a condition
precedent to the processing of the Contractor's pay request.  As a minimum,
the following actions will be accomplished during the meeting:

   a.  Identify activities started and completed during the previous
       period and enter the Actual Start and Actual Finish dates.  It
       will be understood that Actual Start is defined as the date that
       work begins on an activity with the intent to pursue the work
       represented by the activity to substantial completion, and Actual
       Finish is defined as the date that the activity's work is
       substantially complete to the point that its successor activity(s)
       may begin.

   b.  Show estimated duration (in workdays) to complete each activity
       started but not completed (remaining duration).

   c.  Indicate percentage of cost payable and percent of work complete
       as separate and independent entries for each activity.  The
       assignment of an Actual Finish date to an activity does not imply
       that the activity's percent of payment will be statused to 100%.

   d.  Reflect changes in the network diagram.  All changes (i.e.,
       remaining duration changes, logic changes, new logic, conformed
       change orders, new activities, changes due to Conformed
       Modifications, changes in work sequence, entry of as-built
       relationship logic, etc.) shall be recorded and a note added to
       the activity log field.  The log shall include as a minimum, the
       date and reason for the change, and description of the change.

   e.  Submit two copies of a Narrative Report describing: 1) Progress
       made in each area of the project; 2) Changes in the following;
       activities, original durations, logic interdependencies,
       milestones, planned sequence of operations, critical path, and
       resource and loading; 3) Pending items and status thereof,
       including permits, change orders, and time extensions; 4) Status
       of Contract Completion Date and interim milestones; 5) Current and
       anticipated delays (describe cause of the delay and corrective
       action(s)); and 6) Description of current and future schedule
       problem areas.  Each entry in the narrative report will cite the
       respective Activity ID and Activity Description.

                        SECTION 01 32 17.00 20   Page 12
                         PART TWO - GENERAL REQUIREMENTS

                                                  W912ER-11-D-0010-0006

f.  Submit two copies of the reports listed in paragraph entitled
    "Required Tabular Reports".

g.  Two hard copies of the network diagrams and two sets of data disks.

h.  Submit two copies of the Update Meeting minutes.

1.8   CONTRACT MODIFICATION

When a contract modification to the work is required, submit proposed
revisions to the network with a fragnet and a cost proposal for each
proposed change.  All modifications shall be incorporated into the network
analysis system as separate identifiable activities broken down and
inserted appropriately on the first update following issuance of a
directive to proceed with the change.  Submit two copies of the Total Float
Report, Log Report and a copy of the proposed Time Impact Analysis on disk,
with the cost proposal.  Unless the Contracting Officer requests otherwise,
only conformed contract modification fragnets will be added into the
subsequent monthly updates.  All revisions to the current baseline schedule
activities that are necessary to further refine the schedule so that the
changed work activities can be logically tied to the schedule shall be
made.  Financial data shall not be incorporated into the schedule until the
Contracting Officer signs the contract modification.

1.8.1   Time Impact Analysis:

The Time Impact Analysis method shall be used by the Contracting Officer
and Contractor in determining if a time extension or reduction to the
contract milestone date(s) is justified.  The Contractor shall provide a
Time Impact Analysis to the Contracting Officer for any proposed contract
change or as support for a Value Engineering Proposal, Variance Request,
Claim or Request for Equitable Adjustment by the Contractor.  Submit the
Time Impact Analysis schedule, reports, etc. on disk and as a
printed/plotted hardcopy.

a.  The Contractor shall submit a Time Impact Analysis (TIA)
    illustrating the influence of each change or delay on the Contract
    Completion Date or milestones.  Unless the Contracting Officer
    requests an interim update to the schedule, the current monthly
    updated schedule accepted by the Government shall be used to
    display the impacts of the change.  Unless requested by the
    Contracting Officer, no other non-conformed changes will be
    incorporated into the schedule being used to justify the change
    impact.

b.  Each TIA shall include a Fragmentary Network (fragnet)
    demonstrating how the Contractor proposes to incorporate the
    impact into the project schedule.  A fragnet is defined as the
    sequence of new activities and/or activity revisions, logic
    relationships and resource changes that are proposed to be added
    to the existing schedule to demonstrate the influence of impacts
    to the schedule.  The fragnet shall identify the predecessors to
    the new activities and demonstrate the impacts to successor
    activities.  The Contractor shall provide a hardcopy printout of
    the fragnet activities and relationships being added and also
    insert the fragnet into the most current, accepted Monthly Network
    Analysis Update, run the schedule calculations and submit the
    impacted schedule with the proposal, claim, etc.  Include a

SECTION 01 32 17.00 20   Page 13
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

narrative report describing the effects of new activities and
relationships to interim and contract completion dates, with each
TIA.  Submit time extension requests with a Time Impact Analysis
and three hardcopies of the fragnet (in a graphic format),
impacted schedule (with fragnet loaded), Total Float Report,
Narrative Report and Log Report.

   c.  Following the Contractor's receipt of a contract modification on a
Standard Form 30 signed by the Government; all changes in the
fragnet used to determine impacts, shall be incorporated into the
schedule.  Changes to the schedule will occur during the next
monthly schedule update meeting.

## 1.8.2   No Reservation-Of-Rights

All direct costs, indirect costs, and time extensions will be negotiated
and made full, equitable and final at the time of modification issuance.

## 1.9   CHANGES TO THE NETWORK ANALYSIS SCHEDULE

If changes in the method of operating and scheduling are desired, the
Contracting Officer shall be notified in writing stating the reasons for
the change.  If the Contracting Officer considers these changes to be of a
major nature, the Contractor may be required to revise and submit for
acceptance, without additional cost to the Government, the network diagrams
and required reports.  A change may be considered of a major nature if the
estimated time required or actually used for an activity or the network
logic has varied from the original plan to a degree that there is a
reasonable doubt as to the effect on the contract completion date(s).
Changes that affect activities with adequate float time shall be considered
a major change when their cumulative effect could extend the contract
completion date.

## 1.10   FLOAT

Use of float suppression techniques, such as; preferential sequencing
(arranging critical path through activities more susceptible to Government
caused delay), lag logic restraints, zero total or free float constraints,
extended activity times, or imposing constraint dates other than as
required by the contract, shall be cause for rejection of the project
schedule or its updates.  The use of Resource Leveling (or similar software
features) used for the purpose of artificially adjusting activity durations
to consume float and influence the critical path is expressly prohibited.

## 1.10.1   Definitions of Float

Free Float is the length of time the start of an activity can be delayed
without delaying the start of a successor activity.  Total Float is the
length of time along a given network path that the actual start and finish
of activity(s) can be delayed without delaying the project completion
date.  Project Float is the length of time between the Contractor's Early
Completion (or Substantial Completion or similar activity) and the Contract
Completion Date.

## 1.10.2   Ownership of Float

Float available in the schedule, at any time shall not be considered for
the exclusive use of either the Government or the Contractor.  During the
course of contract execution, any float generated due to the efficiencies

SECTION 01 32 17.00 20   Page 14
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

150 of 1610
Government Rule 4 File

**A578**

of either party is not for the sole use of the party generating the float; rather it is a shared commodity to be reasonably used by either party. Efficiencies gained as a result of favorable weather within a calendar month, where the number of days of normally anticipated weather is less than expected, will also contribute to the reserve of float.  A schedule showing work completing in less time than the Contract time, and accepted by the Government, will be considered to have Project Float.  Project Float will be a resource available to both the Government and the Contractor.  No time extensions will be granted nor delay damages paid unless a delay occurs which impacts the Project's critical path, consumes all available float or contingency time, and extends the work beyond the Contract Completion Date.

1.10.3   Negative Float

Negative float will not be a basis for requesting time extensions.  Any extension of time will be addressed in accordance with the paragraphs entitled "CONTRACT MODIFICATION".  Scheduled completion date(s) that extend beyond the contract completion date(s) (evidenced by negative float) may be used in computations for assessment of payment withholdings.  The use of this computation is not to be construed as a means of acceleration.

PART 2   PRODUCTS

  Not used.

PART 3   EXECUTION

  Not used.
        -- End of Section --

**A579**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 33 00.12 10

SUBMITTAL PROCEDURES FOR DESIGN-BUILD

-- End of Section Table of Contents --

SECTION 01 33 00.12 10   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

152 of 1610
Government Rule 4 File

**A580**

SECTION 01 33 00.12 10

SUBMITTAL PROCEDURES FOR DESIGN-BUILD

PART 1 GENERAL

1.1 REFERENCE

The publication listed below forms a part of this specification to the extent referenced. The publication is referenced to in the text by basic designation only.

CONSTRUCTION SPECIFICATIONS INSTITUTE

Manual of Practice
Construction Specifications Institute 601 Madison Street Alexandria, Virginia 22314-1791

NATIONAL INSTITUTE OF BUILDING SCIENCES (NIBS)

Unified Master Reference List (UMRL)
National Institute of Building Sciences
1090 Vermont Avenue, NW, Suite 700
Washington, DC 20005-4905
Email: nibs@nibs.org FAX: (202) 289-1092 Tele: (202) 289-7800

MIDDLE EAST DISTRICT

Design Instructions Manual
U.S. Army Corps of Engineers
Middle East District
201 Prince Frederick Drive
Winchester, Virginia 22602
http://www.tam.usace.army.mil/engineering2011.asp

1.2 SUBMITTAL CLASSIFICATION

Submittals are classified as follows:

1.2.1 DESIGN SUBMITTALS

Contractor Furnished design submittals are the various design documents which primarily consist of specifications, drawings and design analysis and calculations. The Design-Build Contractor shall begin construction work once the Government has reviewed the Design-Build Contractor's design submittal and has cleared it for construction. Clearance for construction shall not be construed as meaning Government approval. Unless otherwise indicated, the risk for the design is the sole responsibility of the Design-Build Contractor.

  Submit design submittals, including shop drawings used as design drawings, to the Government for approval.  The use of a "G" following a submittal indicates that a Government approval action is required.  Submit the following in accordance with this section.

    SD-01 Preconstruction Submittals

SECTION 01 33 00.12 10  Page 2
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

Consolidated RFP Documents; G

Submittal Register; G

SD-05 Design Data

Design Drawings; G

Specifications; G

Design Analysis; G

Design Submittals; G

Sustainable Design; G

Project Rendering; G

SD-07 Certificates

LEED Green Building Rating System (GBRS)); G

LEED Certification Registration Application; G

SD-11 Closeout Submittals

Record Documents; G

NAVFAC Sustainable and Energy Data Record Card; G

DD Form 1354; G

1.2.2 CONSTRUCTION SUBMITTALS

1.2.2.1 Contractor Furnished Government Accepted Construction Submittals
Government approved construction submittals are primarily related to plans
(Contractor Quality Control, Accident Prevention, Resident Management System,
Area Use etc) schedules (Project Schedule/Network Analysis), and certificates
of compliance. They may also include proposed variations to approved design
documents in accordance with the paragraph entitled "VARIATIONS".

1.2.2.2 For Information Only Construction Submittals (FIO)

All submittals not requiring Designer of Record or Government approval will
be for information only.

1.3 SUBMITTAL CERTIFICATION

The CQC organization shall be responsible for certifying that all submittals
and deliverables have been reviewed in detail for completeness, are correct,
and are in strict conformance with the contract drawings, specifications, and
reference documents.

1.3.1 Effective Quality Control System

The Design-Build Contractor is responsible for quality control and shall

SECTION 01 33 00.12 10  Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

establish and maintain an effective quality control system in compliance with Contract Clause 52.236-21 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION -ALTERNATE I and specification Section 01 45 04.00 10 CONTRACTOR QUALITY CONTROL CONTRACTOR QUALITY CONTROL.

1.3.1.1 Organizational Responsibility

The quality control system shall cover all design, construction, subcontractor, manufacturer, vendor, and supplier operations at any tier, both onsite and offsite.

1.3.1.2 CQC System Manager Review and Approval

Prior to submittal, all items shall be checked and approved by the Design-Build Contractor's Quality Control (CQC) System Manager. If found to be in strict conformance with the contract requirement, each item shall be stamped, signed, and dated by the CQC System Manager. Copies of the CQC organizations review comments indicating action taken shall be included within each submittal.

1.3.1.3 Determination of Compliance

Each submittal shall be complete and in sufficient detail to allow ready determination of compliance with contract requirements by the Contracting Officer.

1.3.2 Responsibility for Errors or Omissions

It is the sole responsibility of the Design-Build Contractor to ensure that submittals do or do not comply with the contract documents. Government review, clearance for construction, or approval by the Contracting Officer shall not relieve the Design-Build Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract.

1.3.2.1 Government Review

Government review, clearance for construction, or approval of post design construction submittals shall not be construed as a complete check, but will indicate only that the general method of construction, materials, detailing and other information are satisfactory.

1.3.3 Substitutions

After design submittals have been reviewed and cleared for construction by the Contracting Officer, no resubmittal for the purpose of substituting materials or equipment will be considered unless justified as indicated in the paragraph entitled VARIATIONS.

1.3.4 Additional Submittals

In conjunction with Contract Clause 52.236-5 MATERIAL AND WORKMANSHIP, the Contracting Officer may request submittals in addition to those specified when deemed necessary to adequately describe the work.

1.3.5 Untimely and Unacceptable Submittals

If the Design-Build Contractor fails to submit submittals in a timely fashion, or repetitively submits submittals that are not in strict

SECTION 01 33 00.12 10  Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A583**

conformance with the contract documents, no part of the time lost due to such actions shall be made the subject of claim for extension of time or for excess costs or damages by the Design-Build Contractor.

1.3.6 Stamps

Stamps shall be used by the Design-Build Contractor on all design and post design construction submittals to certify that the submittal meets contract requirements and shall be similar to the following:

Design-Build Contractor (Firm Name) Contract Number Contract Name
I certify that this submittal accurate, is in strict conformance with all contract requirements, has been thoroughly coordinated and cross checked against all other applicable disciplines to prevent the omission of vital information, that all conflicts have been resolved, and that repetition has been avoided. It is complete and in sufficient detail to allow ready determination of compliance with contract requirements by the Contracting Officer.

Name of CQC System Manager: _____
Signature of CQC System Manager: _____
Date: _____

1.3.7   Designer of Record Certifying Authority

The Designer of Record (DOR), as registered and defined in UFC 1-300-09N, is the design certifying authority.  The DOR accepts responsibility for design of work in each respective design discipline, by stamping and approving final construction drawings submitted to the Government approval authority.

1.3.8   Contractor's Responsibilities

    a. Designate a lead licensed architect or engineer to be in responsible charge to coordinate the design effort of the entire project.  This lead architect or engineer shall coordinate all design segments of the project to assure consistency of design between design disciplines.

    b. With the Designer or Record, verify site information provided in the RFP.  In addition, provide additional field investigations and verification of existing site conditions as may be required to support the development of design and construction of the project.

    c. Indicate on the transmittal form accompanying submittal which design submittals are being submitted as shop drawings.

    d. Advise Contracting Officer of variations, as required by paragraph "Variations."

    e. Provide an updated, cumulative submittal register with each design package that identifies the design and construction submittals required by that design package and previous submittals.

1.4 ENGLISH LANGUAGE

All specifications, drawings, design analysis, design calculations, shop drawings, catalog data, materials lists, and equipment schedules submitted shall be in the English language.

1.5 UNITS OF MEASUREMENT

SECTION 01 33 00.12 10  Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

Design documents shall be prepared in accordance with the guidance offered in SECTION 00 31 10 METRIC MEASUREMENTS.

The metric units used are the International System of Units (SI) developed and maintained by the General Conference on Weights and Measures (CGPM); the name International System of Units and the international abbreviation SI were adopted by the 11th CGPM in 1960.

1.5.1 Drawings

All site layout data shall be dimensioned in meters or coordinates, as appropriate. All details and pipe sizes shall be dimensioned in millimeters.

 EXAMPLE: Masonry openings shall be a U.S. module to suit a standard U.S. door. The dimensions of the opening shall be given in SI units.

1.5.2 Design Calculations

Calculations shall be in English or SI units as deemed appropriate by the designer to meet the requirements of the design. Quantities on the contract drawings stated in metric units, shall also be stated in SI units in the design analysis to match the drawings.

1.5.3 Specifications

All equipment and products shall be specified by U.S. standards and described by SI units.

1.6 WITHHOLDING OF PAYMENT FOR SUBMITTALS

1.6.1 Design Submittals

Payment for Design work will not be made in whole or in part until the Government has reviewed and cleared the design for construction.

1.6.2 Construction Submittals

Payment for materials incorporated in the work will not be made if required approvals have not been obtained. In event under separate clause of the contract, the Design-Build Contractor is allowed partial or total invoice payment for materials shipped from the Continental United States (CONUS), and/or stored at the site, the Design-Build Contractor shall with his request for such payment, submit copies of approvals (ENG Form 4025) certifying that the materials that are being shipped and/or stored have been approved and are in full compliance with the contract technical specifications.

PART 2 PRODUCTS


2.1 GENERAL

The following are contract deliverables which expound upon and finalize the design parameters/requirements outlined within the contract documents. They shall be prepared in such a fashion that the Prime Contractor is responsible to the Government and not as an internal document between the Prime Contractor and its Subcontractors, Vendors, Suppliers, etc.

2.2   CONSOLIDATED RFP DOCUMENTS


SECTION 01 33 00.12 10  Page 6
PART TWO - GENERAL REQUIREMENTS

A Consolidated RFP Document Identifies the changes to the RFP with the "Red-lining" or "Track Changes" feature of SpecsIntact or MS Word to highlight the pre-award modifications to the contract. This document also identifies the amendment source at each addition and deletion by annotation, such as footnote or reference in parenthesis.

## 2.3 DESIGN ANALYSIS

A design analysis, written in the English Language with English units of measure (and SI units in parenthesis), shall be submitted for review by the Government. The design analysis is a written explanation of the project design which is expanded and revised (updated) as the design progresses. The design analysis shall contain all explanatory material giving the design rationale for any design decisions which would not be obvious to an engineer reviewing the final drawings and specifications. The design analysis contains the criteria for and the history of the project design, including criteria furnished by the Government, letters, codes, references, conference minutes, and pertinent research. Design calculations, computerized and manual, are included in the design analysis. Narrative descriptions of design solutions are also included. Written material may be illustrated by diagrams and sketches to convey design concepts. Catalog cuts and manufacturer's data for all equipment items, shall be submitted. Copies of all previous design phase review comments and the actions assigned to them shall be included with each submission of the design analysis. Specific requirements for the design analysis, listed by submittal phase, are contained hereinafter.

## 2.4 DESIGN CALCULATIONS

When they are voluminous, they shall be bound separately from the narrative part of the design analysis. The design calculations shall be presented in a clean and legible form incorporating a title page and index for each volume. A table of contents, which shall be an index of the indices, shall be furnished when there is more than one volume. The source of loading conditions, supplementary sketches, graphs, formulae, and references shall be identified. Assumptions and conclusions shall be explained. Calculation sheets shall carry the names or initials of the computer and the checker and the dates of calculations and checking. No portion of the calculations shall be computed and checked by the same person.

### 2.4.1 Automatic Data Processing Systems (ADPS)

When ADPS are used to perform design calculations, the design analysis shall include descriptions of the computer programs used and copies of the ADPS input data and output summaries. When the computer output is large, it may be divided into volumes at logical division points.

#### 2.4.1.1 Computer Printouts

Each set of computer printouts shall be preceded by an index and by a description of the computation performed. If several sets of computations are submitted, they shall be accompanied by a general table of contents in addition to the individual indices.

#### 2.4.1.2 Preparation of the Description

Preparation of the description which must accompany each set of ADPS printouts shall include the following.

SECTION 01 33 00.12 10   Page 7
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A586**

a. Explain the design method, including assumptions, theories and formulae.
b. Include applicable diagrams, adequately identified.
c. State exactly the computation performed by the computer.
d. Provide all necessary explanations of the computer printout format, symbols, and abbreviations.
e. Use adequate and consistent notation.
f. Provide sufficient information to permit manual checks of the results.

2.5 SPECIFICATIONS

Specifications shall be prepared in accordance with the Construction Specifications Institute (CSI) format. The Design-Build Contractor prepared specifications shall include as a minimum, all applicable specifications sections referenced by the CSI. Where the CSI does not reference a specification section for specific work to be performed by this contract, the Design-Build Contractor shall be responsible for creating the required specification.

2.5.1 Preparation of Proprietary Non-Generic Design Documents

During the course of design, the designer shall specify proprietary materials, equipment, systems, and patented processes by trade name, make, or catalog number. The subsequent use of construction submittals to supplant and/or supplement incomplete design effort is unacceptable. Design submittals containing non-proprietary and/or generic design criteria where proprietary items are available, will be returned for resubmission.

2.5.2 Use of Unified Facilities Guide Specifications (UFGS)

If UFGS are used, it is the sole responsibility of the Design-Build Contractor to prepare these specifications in strict conformance with the paragraph entitled PREPARATION OF PROPRIETARY NON-GENERIC DESIGN DOCUMENTS. UFGS containing non-proprietary and/or generic design criteria where proprietary items are available will be returned for resubmission. If the UFGS contains a "SUBMITTALS" paragraph, the Design-Build Contractor shall delete it and incorporate all required information directly into the design documents. Under no circumstances will the Design-Build Contractor be permitted to use submittals and shop drawings to finalize an incomplete design.

2.5.3 Quality Control and Testing

Specifications shall include required quality control and further indicate all testing to be conducted by the Design-Build Contractor, its subcontractors, vendors and/or suppliers.

2.5.4 Ambiguities and indefinite specifications

Ambiguities, indefinite specification requirements (e.g., highest quality, workmanlike manner, as necessary, where appropriate, as directed etc)and language open to interpretation is unacceptable.

2.5.5 Industry Standards

2.5.5.1 U.S. Industry Standards

The Specifications shall be based on internationally accepted U.S. industry Standards. Customarily accepted publications may be found in the UNIFIED MASTER REFERENCE LIST (UMRL) which may be located at the following URL:

SECTION 01 33 00.12 10   Page 8
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

http://www.ccb.org

To access the UMRL select the "Unified Facilities Guide Specifications" tab
and scroll down to Unified Master Reference List (UMRL) (PDF version).
This document lists publications referenced in the Unified Facilities Guide
Specifications (UFGS) of the Corps of Engineers (USACE), the Naval Facilities
Engineering Command (NAVFAC), the Air Force Civil Engineer Support Agency
(AFCESA), and the guide specifications of the National Aeronautics and Space
Administration (NASA). This document is maintained by the National Institute
of Building Sciences (NIBS) based on information provided by the agencies
involved and the standards producing organizations. The listing is current
with information available to NIBS on the date of this publication.
Standards referenced in specifications and drawings prepared by the
Design-Build Contractor shall be by specific issue; the revision letter, date
or other specific identification shall be included.

2.5.5.2 Non U.S. Industry Standards

If non U.S. industry standards (e.g., codes, regulations, or technical
references and norms) are authorized for use under this contract and are
incorporated in the Design-Build Contractor's design, one (1) copy of each
standard referenced shall be provided to the Government. The Contractor is
responsible for coordination of all Standards to ensure fully functioning
facility and full compliance with the specifications.

2.5.5.3 Conflicts between U.S. Industry Standards and Non U.S. Industry
Standards

When there is a conflict between U.S. Industry Standards and Non U.S.
Industry Standards, the U.S. Industry Standards shall prevail.

2.5.6 Incorporation of Government review comments

Subsequent to submission to the Government, the specifications shall be
finalized by the incorporation of Government review comments.

2.6 DRAWINGS

Drawings, prepared in the English language with SI units of measure, are a
part of each submittal. The working drawings shall be adequately labeled and
cross-referenced for review. Complete, thoroughly checked and coordinated
contract drawings shall be submitted. The contract drawings submitted for
final review shall include the drawings previously submitted which have been
revised and completed as necessary. The Contractor shall have incorporated
any design review comments generated by previous design review(s), have
completed all of his constructability and coordination checks, and have the
drawings in a Ready-to-Build condition. The drawings shall be complete at
this time and contain all the details necessary to ensure a clear
understanding of the work throughout construction.

2.6.1 Responsibility of Contractor

Upon award of the specific project, the Contractor is responsible for
contacting the MED CADD Management Team, DLL-CETAM-EN-CADD@usace.army.mil, to
obtain the specific MED CAD Procedures, Project Folder Structure and Seed
File project information.

2.6.2 COMPUTER ASSISTED DESIGN AND DRAFTING (CADD)

SECTION 01 33 00.12 10   Page 9
PART TWO - GENERAL REQUIREMENTS

Computer assisted design and drafting (CADD) is required for all work related to this contract. The CADD deliverables shall meet the requirements of the Middle East District Design Instruction Manual, Chapter 22 - COMPUTER ASSISTED DESIGN AND DRAFTING. CADD files shall be fully operational within Bentley's MicroStation and Bentley Building. The Contractor shall furnish the design submissions and digital as-built drawing files in the format native to the latest version in the common use of Bentley MicroStation or if approved AutoCAD 2004.

2.6.3 PRESENTATION OF DATA

All drawings shall be prepared and meet the requirements of the Middle East District (MED) Design Instruction Manual (DIM), in accordance with Chapter 2 - PRESENTATION OF DATA and components of the AEC CAD Standards and National CAD Standards, as described in the MED CAD Procedures.

2.6.4 Demonstration of Compatibility

The Contractor shall furnish a sample CAD file for the specific project as a test not later than 30 calendar days following the contract award to demonstrate full compatibility with the described CADD system. The sample will be sent to the MED CADD Management Team, DLL-CETAM-EN-CADD@usace.army.mil.

The sample CAD file will be reviewed to determine if it meets the criteria for the specific project information, based upon the THREE areas of; (1) MED Design File Number, (2) Presentation of Data and (3) CAD files. A report will be generated to address the findings of the submittal.

If the CAD file meets the requirements, the CAD file will be returned to the Contractor. If the CAD file DOES NOT meet the requirements, the Contractor will receive a CAD Review documenting the specific discrepancies found AND the Contractor will be required to resubmit the sample CAD file. Upon satisfactory completion, the CAD file will be returned to the Contractor.

2.6.5  Design Drawings Used as Shop Drawings

Design drawings may be prepared more like shop drawings to minimize construction submittals after final design is approved.  If the Contractor chooses or is required to include the construction submittal information on the design documents, indicate proprietary information on the design drawings as necessary to describe the products, materials, or systems that are to be used on the project.  Construction submittal information included directly in the design drawings must be approved by the DOR.  All design documents must be professionally signed in accordance with UFC 1-300-09N, Design Procedures.

2.6.6   Drawing Format For Design Drawings Used as Shop Drawings

The Contractor-originated drawings will be used as the basis for the record drawings.  Shop drawings included as design documents shall comply with the same drawing requirements such as drawing form, sheet size, layering, lettering, and title block used in design drawings.

2.6.7   Identification of Design Drawings Used as Shop Drawings

The Contractor's transmittal letter and submittal register shall indicate which desgn drawings are being submitted as shop drawings.

SECTION 01 33 00.12 10  Page 10
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

2.6.8  Seals and Signatures on Documents

All final Contractor-originated design drawings shall be signed, dated, and
bear the seal of the registered architect or the registered engineer of the
respective discipline in accordance with MED Design Instructions Manual.
This seal shall be the seal of the Designer of Record for that drawing, and
who is professionally registered for work in that discipline.  A principal or
authorized licensed or certified employee shall electronically sign and date
final drawings and cover sheet, in accordance with MED Design Instructions
Manual.  The design drawing coversheets shall be sealed and signed by the
lead licensed architect or engineer of the project design team.  Indicate the
Contractor's company name and address on the drawing coversheets of each
design submittal.  Application of the electronic seal and signature accepts
responsibility for the work shown thereon.

2.7  NAVFAC Sustainable and Energy Data Record Card

Submit the NAVFAC Sustainable and Energy Data Record Card (NSEDRC) to
document the energy usage and sustainable features of the facility.  Follow
the instructions provided and fill in the blank editable Adobe .PDF form
available on the Whole Building Design Guide at the following web address:
http://www.wbdg.org/references/pa_dod_sust_contract.php .  Prepare the
following submissions;

    a. Draft submission.  As a part of the Final Design submission the
    DOR shall complete the NSEDRC and include it as part of the Design
    Analysis and submit to the Contracting Officer for approval.

    b. Final Submission. The Contractor and Designer of Record shall
    complete the electronic file documenting the NSEDRC with final data and
    provide the Final Submission 60 days prior to the Beneficial Occupancy
    Date (BOD) of the facility.  The Final submission shall update the
    Draft submission information and submit to the Contracting Officer for
    approval.

PART 3 EXECUTION

3.1 GENERAL

3.1.1 Design Concept Coordination Meetings

The Contractor shall conduct Design Concept Coordination Meetings to provide
a formal status briefing and management overview of design development. The
purpose of these meetings is to assure attention to project requirements and
to provide the Government an opportunity to suggest ways of improving the
design at tentative level submissions. The Contractor and it's design
representatives shall meet with the Government Shortly after contract award,
and within 21 calendar days after the Design Development and Prefinal
sumittals.

3.1.2 Government Design Changes

Government design changes which do not increase construction costs shall be
made at no charge to the Government. The Contracting Officer may request
design submittals in addition to those listed when deemed necessary to
adequately describe the work covered in the contract documents. Submittals
shall be made in the respective number of copies and to the respective
addresses set forth in the paragraph entitled SUBMITTAL PROCEDURE. Each

SECTION 01 33 00.12 10  Page 11
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

162 of 1610
Government Rule 4 File

**A590**

2 + 0 TQ/COMBINED DFAC                                    FY12P935P940
NSA, Bahrain

submittal shall be complete and in sufficient detail to allow ready
determination of compliance with contract requirements.

3.2 SUBMITTAL REGISTER

Contractor-Furnished Design Documents shall be incorporated in the NAS and
ENG FORM 4288, Submittal Register. Refer to Section 01 32 17.00 20 for
details.

3.2.1 Construction Submittal Register (ENG Form 4288)

Attached to this section is ENG Form 4288 which the Contractor is responsible
for developing for the design-build portion of this contract. All design and
construction submittals shall be shown on this register. The submittal
register shall be the controlling document and will be used to control all
construction submittals throughout the life of the contract. The Contractor
shall maintain and update the register on a monthly basis for the Contracting
Officer's approval.

A copy of the initial ENG FORM 4288 and each monthly update prepared by the
Contractor, shall be submitted to:

U.S. Army Corps of Engineers
Middle East District
(CETAM-CD-Q attn: H. Kidwell)
201 Prince Frederick Drive
Winchester, Virginia 22602

3.3 TRANSMITTAL FORM (ENG Form 4025)

The transmittal form (ENG Form 4025) generated in the QCS module of RMS shall
be used for submitting both design and construction submittals in accordance
with the instructions on the reverse side of the form. This form shall be
properly completed by filling out all the heading blank spaces and
identifying each item submitted. Special care will be exercised to ensure
proper listing of the specification paragraph and/or sheet number of the
contract drawings pertinent to the data submitted for each item.

3.4 PROGRESS SCHEDULE

The Contractor shall prepare and submit a resource loaded design progress
schedule to the Contracting Officer as part of the NAS monthly updates. The
progress schedule shall show, as a percentage of the total design price, the
various items included in the contract and the order in which the Contractor
proposes to carry on the work, with dates on which he will start the features
of the work and the contemplated dates for completing same. Significant
milestones such as review submittals shall be annotated. The Contractor shall
assign sufficient technical, supervisory and administrative personnel to
insure the prosecution of the work in accordance with the progress schedule.
The Contractor shall correct the progress schedule at the end of each month
and shall deliver copies to the Contracting Officer as required in NAS. The
updated Project Schedule shall be used to measure the progress of the work,
to aid in evaluating time extensions, and to provide the basis of all
progress payments.

3.5 SUBMITTAL PROCEDURES

3.5.1   NOT USED


SECTION 01 33 00.12 10   Page 12
PART TWO - GENERAL REQUIREMENTS


W912ER-11-D-0010-0006

Government Rule 4 File


**A591**

3.5.2 Design Submittals

Adequate time, exclusive of mailing time, shall be allowed for review and
clearance for construction. If the Contractor fails to submit design
submittals in a timely fashion, or repetitively submits design submittals
that are not in strict conformance with the contract documents, no part of
the time lost due to such actions shall be made the subject of claim for
extension of time or for excess costs or damages by the Contractor.

Contractor's shipping cartons shall not exceed 23 kilograms (50 pounds) per
carton.  The Government will not accept boxes over 50 pounds and any
associated delay will not be claimable.

3.5.3   Required Design Submittals

Provide the following Design Submittal packages.  Provide comprehensive,
multi-discipline design packages that include design documentation for
project elements, fully developed to the design stage indicated, and in
accordance with MED Design Instruction Manual, except where specified
otherwise.

   a.  Design Developemnt (65%) - Government Progress QA 21 calendar day
Government review time.

   b.  Prefinal (95%) Design - Government Progress QA.  21 calendar day
Government review time.

   c.  Final (100%) Design - Government QA. 21 calendar day Government review
time for submittals requiring Government approval prior to construction.

3.5.3.1 Middle East District (MED)

Nine (9) copies of all design submittals shall be transmitted to the
Government at the following stateside address by means of ENG Form 4025:

U.S. Army Corps of Engineers
Middle East District
ATTN: CETAM-CD-Q
201 Prince Frederick Drive
Winchester, Virginia 22602

The drawings shall be submitted in half size.

3.5.3.2 Resident/Area Engineer Office

Two (2) additional copies of each design submittal shall be transmitted to
the USACE field office administering the construction portion of the contract
at the following address:

U.S. Army Corps of Engineers
Middle East District
Bahrain Resident Office
ATTN: Mark Wittrock

The drawings shall be submitted in half size.

3.5.3.3 NAVFAC EURASWA Office

SECTION 01 33 00.12 10  Page 13
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

Four (4) additional copies of each design submittal shall be transmitted to the Naples NAVFAC component at the following address:

NAVFAC EURAFSWA
Viale Porto 51
Aeroporto Capodichino 80144, Napoli, Italia
Attn: Barry Forbes

The drawings shall be submitted in half size.

3.5.4    Building AT/FP Documentation

Provide drawings at the Design Development level of completion, but before the Prefinal Design submission, to the Protective Design Center, Omaha, NE for AT/FP analysis and design of progressive collapse and hardening measures.  Drawings shall include structural framing plans, details, and preliminary calculatons of sufficient detail to demostrate compliance with all non-AT/FP structural requirements.  Allow 28 calendar day PDC review time.  Incorporate all design changes recommended by the PDC to the design drawings and calculations before submitting the Variance Documentation or the Prefinal Submission.

Alternately, the Contractor may elect to have required AT/FP analysis and design for progressive collapse and building hardening performed by a qualified engineer of their choosing.  Provide drawings at the Design Development level of completion, but before the Prefinal Design submission. Drawings shall include structural framing plans, details, and preliminary calculatons of sufficient detail to demostrate compliance with all AT/FP progressive collapse and building hardening requirements.  Allow 21 calendar day government review time.

3.5.4.1 Middle East District (MED)

Nine (2) copies of the Building AT/FP Documentation to be transmitted to the Government at the following stateside address by means of ENG Form 4025:

U.S. Army Corps of Engineers
Middle East District
ATTN: Michael Allen
201 Prince Frederick Drive
Winchester, Virginia 22602

The drawings shall be submitted in half size.

3.5.4.2 Resident/Area Engineer Office

Two (2) additional copies shall be transmitted to the USACE field office administering the construction portion of the contract at the following address:

U.S. Army Corps of Engineers
Middle East District
Bahrain Resident Office
ATTN: Mark Wittrock

The drawings shall be submitted in half size.

3.5.4.3 NAVFAC EURASWA Office

SECTION 01 33 00.12 10  Page 14
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A593**

Four (2) additional copies shall be transmitted to the Naples NAVFAC
component at the following address:

NAVFAC EURAFSWA
Viale Porto 51
Aeroporto Capodichino 80144, Napoli, Italia
Attn: Barry Forbes

The drawings shall be submitted in half size.

3.5.5   Variance Documentation

Provide drawings at the Design Development level of completion to the NSA PWD
for inclusion in the variance request packages.  Drawings shall include
architectural plans, building sections and elevations indicating the size,
shape and massing of the building design.  Provide civil/site drawings
indicating all relevent AT/FP site features including standoff and separation
distances.  Provide structural drawings including framing plans, details, and
calculatons of sufficient detail to demostrate compliance with AT/FP
progressive collapse and building hardening requirements.

3.5.5.1 Middle East District (MED)

Nine (2) copies of the  Variance Documentation shall be transmitted to the
Government at the following stateside address by means of ENG Form 4025:

U.S. Army Corps of Engineers
Middle East District
ATTN: Michael Allen
201 Prince Frederick Drive
Winchester, Virginia 22602

The drawings shall be submitted in half size.

3.5.5.2 Resident/Area Engineer Office

Two (2) additional copies of  the Variance Documentation shall be transmitted
to the USACE field office administering the construction portion of the
contract at the following address:

U.S. Army Corps of Engineers
Middle East District
Bahrain Resident Office
ATTN: Mark Wittrock

The drawings shall be submitted in half size.

3.5.5.3 NAVFAC EURASWA Office

Four (4) additional copies of the Variance Documentation shall be transmitted
to the Naples NAVFAC component at the following address:

NAVFAC EURAFSWA
Viale Porto 51
Aeroporto Capodichino 80144, Napoli, Italia
Attn: Barry Forbes

The drawings shall be submitted in half size.

SECTION 01 33 00.12 10   Page 15
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

166 of 1610
Government Rule 4 File

**A594**

3.5.6 Deliverables "R-Cleared for Construction"

Once the Design Documents have been "Cleared for Construction" by the
Contracting Officer (R code), the Design-Build Contractor shall clearly
identify each document by annotating it as "Cleared for Construction". One
(1) complete hardcopy and CD set of all finalized design documents shall be
submitted to the Government at each of the following addresses:

U.S. Army Corps of Engineers
Middle East District
ATTN: CETAM-EN-T-Service Unit (S. Trussell)
201 Prince Frederick Drive
Winchester, Virginia 22602

U.S. Army Corps of Engineers
Middle East District
Bahrain Resident Office
ATTN: Mark Wittrock

NAVFAC EURAFSWA
Viale Porto 51
Aeroporto Capodichino 80144, Napoli, Italia
Attn: Barry Forbes

3.5.7 Editable CADD Format As-Builts

In accordance with Section 01 31 13.12 10 SPECIAL CLAUSES clause PREPARATION
OF AS-BUILT DRAWINGS (CONTRACTOR), one (1) set of the Government approved
As-Builts shall be submitted to the following address in an editable CADD
format:

U.S. Army Corps of Engineers
Middle East District
ATTN: CETAM-EN-M-Service Unit (S. Trussell)
201 Prince Frederick Drive
Winchester, Virginia 22602

This requirement is in addition to all other submission requirements stated
elsewhere in the contract.

3.5.7 Digital Transmission of Design Submittals

In addition to hard copies, the Design-Build Contractor shall submit design
deliverables addressed by this specification in digital format. The
contractor may not substitute electronic versions in lieu of the hard copies
required.  The following procedure shall be followed:

a. USE OF FILE TRANSFER PROTOCOL (FTP) SERVER. The Design-Build contractor
will download all design files on either its own File Transfer Protocol (FTP)
Server or on the Corps FTP Server. The procedure to be followed will be
established at the Pre-Construction Conference and the appropriate log-in and
password information will be exchanged between the Government and the
Design-Build Contractor.

b. TRANSLATED OR CONVERTED FILES DRAWING FILES. Digital drawing files shall
be prepared as indicated in the paragraph entitled COMPUTER ASSISTED DESIGN
AND DRAFTING (CADD). Under NO circumstances shall the Design-Build Contractor
translate (or convert) the files from one CADD software program to another
(e.g., from AutoCAD to Bently MicroStation).

                        SECTION 01 33 00.12 10  Page 16
                        PART TWO - GENERAL REQUIREMENTS

                                                W912ER-11-D-0010-0006

c. NOTIFICATION. The Design-Build Contractor shall notify all recipients by email that the Design submittal has been downloaded to the designated FTP server and is ready for Government review. This email shall include a scanned copy of the ENG Form 4025 signed by the Design-Build Contractor's Contractor Quality Control (CQC) Organization. It shall also include an updated digital copy of MED ENG Form 4288. The Government will use the digital submittal as an advance copy pending receipt of an official hardcopy version in accordance with the paragraph entitled SUBMITTAL PROCEDURE. Subsequent to a period of demonstrated successful performance, the Government may elect to eliminate the requirement to submit an official hardcopy version.
The ENG Form 4288 shall be prepared in be imported into the Corps of Engineers Resident Management System (RMS) software.

d. RETURN OF GOVERNMENT REVIEWED SUBMITTALS. Subsequent to the Government review, the Eng Form 4025 with comments (if applicable) will be returned to the Design-build Contractor digitally via RMS to QCS. Hardcopies of these documents will subsequently be submitted to the Design-Build Contractor via the United States Postal Service (USPS). The Government may elect to stop sending hardcopies if it deems that digital transmission of design submittals is progressing satisfactorily.

e. SUPPLEMENTAL ACTIONS. All supplemental actions, re-submittals, and subsequently scheduled submissions shall be performed by the Design-Build contractor as indicated within this paragraph.

3.5.8 Post Design Construction Submittals

Contractor's shipping cartons shall not exceed 23 kilograms (50 pounds) per carton. The Government will not accept boxes over 50 pounds and any associated delay will not be claimable.

Four (4) copies of all post design construction submittals shall be transmitted to the overseas field office administering the construction portion of the contract at the following address:

U.S. Army Corps of Engineers
Middle East District
Bahrain Resident Office
ATTN: Mark Wittrock

Two (2) additional copies of each Post Design Construction submittal shall be transmitted to the Government at the following stateside address by means of ENG Form 4025:

U.S. Army Corps of Engineers
Middle East District
ATTN: CETAM-CD-Q
201 Prince Frederick Drive
Winchester, Virginia 22602

Submittals of Operations and Maintenance (O & M) Manuals in seven (7) copies shall be as follows:

U.S. Army Corps of Engineers
Middle East District
ATTN: CETAM-EC-CD-Q
201 Prince Frederick Drive
Winchester, Virginia 22602

SECTION 01 33 00.12 10   Page 17
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

3.5.8 Submittal Numbering System

Instructions on the numbering system to be used for construction submittals
follows:

3.5.8.1 Submittals

Submittals shall be listed on the Submittal Register (ENG Form 4288 in the
Quality Control System (QCS) module) as follows:

a. List is prepared according to contract specifications and drawings,
picking up all items involved in the project.

b. This list is divided into sections as indicated in the specifications for
example:

```
01 31 13.12 10    Special Clauses
01 80 00.12 10    Technical Requirements (RFP PART 3 & PART 4)
01 32 17.00 20    Network Analysis Schedule
01 33 00.12 10    Submittal Procedures for Design-Build Project
01 45 04.00 10    Contractor Quality Control
```

3.5.8.2 Numbering procedures for transmittal on ENG FORM 4025

a. Each section may include a list of items. All these items will then be
listed with a progressive number within the sections they belong to, for
example:

Sec. 01 31 13.12 10 will have 01311312 (Basic number)
Item x will have 01311312-1 Item y will have 01311312-2 Item z will have
01311312-3

Sec. 01 80 00.12 10 (RFP PART 3 & PART 4) will have 01800012 (Basic number)
Item x will have 01800012-1 Item y will have 01800012-2 Item z will have
01800012-3

Sec. 01 32 01.00 10 (01320) will have 01320100 (Basic number) Item x will
have 01320100-1 Item y will have 01320100-2 Item z will have 01320100-3

Sec. 01 45 04.00 10 (01451) will have 01450400 (Basic number) Item x will
have 01450400-1 Item y will have 01450400-2 etc.

b. It is evident a transmittal will never show a Section number i.e.,
01800012, 01320100 etc., since these are only the basic numbers of the
system. Numbers on transmittals will be the item numbers, i.e., 01311312-1,
01800012-13, 01320100-3, 01450400-2 etc. All items, as listed on the
Submittal Register, will be submitted via a separate transmittal form ENG
FORM 4025 thus avoiding getting together more than one item (as listed) and
more than one number. There are items, on the other hand, which may be
submitted all together on the same transmittal form. This must be established
before submission is made.

c. Section 01 80 00.12 10 (01015) Technical Requirements (PART 3 & PART 4)-
this section will have basic number 01800012 - all items relative to it will
be listed one by one on separate lines. ONLY one transmittal number will then
be given for all of the item numbers listed. Each one of these items will be
listed on the same Transmittal Number e.g., 01800012-5 in block "a" of ENG
Form 4025 as item No.1, item No, 2, item No. 3, as follows:

<div align="center">SECTION 01 33 00.12 10   Page 18
PART TWO - GENERAL REQUIREMENTS</div>

W912ER-11-D-0010-0006

Submittal

3.5.8.3 Resubmittals

Should the Contractor be required to resubmit any transmittal, it will be accomplished by utilizing the same transmittal number followed by the number ".1" for the first resubmittal, ".2" for the second resubmittal, ".3" for the third resubmittal, etc. For example, a first resubmittal for specification section 01 80 00.12 10 TECHNICAL REQUIREMENTS (PART 3 & PART 4) would be written as 01800012-1.1, the second resubmittal would be written as 01800012-1.2, etc. The purpose of this system is to avoid deviations from Submittal Register as well as to avoid confusion arising from the use of more than one number on transmittal when more than one item number is submitted on the same form. This system will also facilitate the use, wherever required, on spread sheets and is compatible with specification section 01 45 02.00 10 (01312) QUALITY CONTROL SYSTEM (QCS).

3.5.9 Variations

If design documents or construction submittals show variations from the contract parameters and/or requirements, the Contractor shall justify such variations in writing, at the time of submission. Additionally, the Contractor shall also annotate block "h" entitled "variation" of ENG FORM 4025. After design submittals have been reviewed and cleared for construction by the Contracting Officer, no resubmittal for the purpose of substituting materials, equipment, systems, and patented processes will be considered unless accompanied by the following:

a. Reason or purpose for proposed variation, substitution, or revision.

b. How does quality of variation compare with quality of the specified item? This shall be in the form of a technical evaluation tabulating differences between the items originally specified and what is proposed.

c. Provide a cost comparison. This shall include an acquisition and life cycle cost comparison.

d. For proprietary materials, products, systems, and patented processes a certification signed by an official authorized to certify in behalf of the manufacturing company that the proposed substitution meets or exceeds what was originally specified.

e. For all other actions, a certification signed by a licensed professional engineer or architect certifying that the proposed variation or revision meets or exceeds what was originally specified.

f. Advantage to the Government, if variation is approved, i.e. Operation and Maintenance considerations, better product, etc.

g. Ramifications and impact, if not approved.

If the Government review detects any items not in compliance with contract requirements or items requiring further clarification, the Contractor will be so advised. Lack of notification by the Contracting Officer of any non-complying item does not relieve the Contractor of any contractual obligation.

3.5.10 Non-Compliance

SECTION 01 33 00.12 10   Page 19
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

170 of 1610
Government Rule 4 File

**A598**

The Contracting Officer will notify the Contractor of any detected noncompliance with the requirements of this specification. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the worksite, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

3.6 REVIEW OF CONTRACTOR PREPARED DESIGN DOCUMENTS

3.6.1 General

The work under contract will be subject to continuous review by representatives of the Contracting Officer. Additionally, joint design review conferences with representation by all organizations having a direct interest in the items under review may be held. The Design-Build Contractor shall furnish copies of all drawings and related documents to be reviewed at the review conference on or before the date indicated by the Government. Additional conferences pertaining to specific problems may be requested by the Design-Build Contractor or may be directed by the Contracting Officer as necessary to progress the work. The Design-Build Contractor shall prepare minutes of all conferences and shall furnish two copies to the Contracting Officer within seven (7) days after the conference.

3.6.2 Independent Design Review

The Design-Build Contractor shall have someone other than the Designer or Design Team perform an independent review of all specifications, drawings, design analysis, calculations, and other required data prior to submission to the Government. Upon completion of this review, the Design-Build Contractor shall certify that each design submittal is complete, accurate, is in strict conformance with all contract requirements, that repetition has been avoided, that all conflicts have been resolved, and that the documents have been thoroughly coordinated and cross checked against all the applicable disciplines to prevent the omission of vital information. A fire protection specialist shall perform the independent design review of the project design analysis and the project plans and specifications.  The fire protection specialist's independent design review scope shall not be limited to fire suppression and fire alarm systems documentation.

3.6.3 Contractor's Quality Control Organization Review

This review shall be for the purposes of eliminating errors, interferences, and inconsistencies, and of incorporating design criteria, review comments, specifications, and any additional information required. Design submittals submitted to the Contracting officer without evidence of the Contractor's certified approval will be returned for resubmission. No part of the time lost due to such resubmissions shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

3.6.4 Government Review

The software program DrChecks will be utilized for all design review comments and responses both from the Government and Contractor.  Further information on DrChecks will be available at the Pre-Construction Conference.

SECTION 01 33 00.12 10  Page 20
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

The contractor shall not begin construction work until the Government has reviewed the contractor's design and has cleared it for construction. Clearance for construction does not mean Government approval. Government review shall not be construed as a complete check but will evaluate the general design approach and adherence to contract parameters. The Government Review is often limited in time and scope. Therefore, the Contractor shall not consider any review performed by the Government as an excuse for incomplete work. Upon completion of the review, all comments will be forwarded to the Contractor. The Contracting Officer will indicate whether the design submittal has or has not been cleared for construction using the following action codes:

| CODE | DESCRIPTION | STATUS |
|------|-------------|--------|
| G | Other (See Comments) | Resubmit |
| X | Receipt Acknowledged - Does Not Comply | Resubmit |
| R | Acceptable for Release for Construction | Completed |
| K | Government Concurs with Interim Design | Completed |

These codes shall NOT be used by the Design-Build Contractor. Design-Build Contractor's Quality Control Organization will annotate Block "g" entitled "FOR CONTRACTOR USE CODE" of Eng Form 4025-R using the action codes listed on the reverse side of the form.

Design submittals Cleared for Construction or Acceptable for Release for Construction by the Contracting Officer shall not relieve the Contractor from responsibility for any design errors or omissions and any liability associated with such errors, nor from responsibility for complying with the requirements of this contract.

3.6.4.1 Incorporation of Government Review Comments

The Contractor will be furnished comments from the various design sections of the Corps of Engineers Middle East District (MED), as well as from other concerned agencies involved in the review process. The review will be for conformance with the technical requirements and parameters of the contract documents. The Contractor shall either incorporate each comment or, if the Contractor disagrees technically and does not intend to comply with the comment(s), clearly outline with ample justification, its reasons for its noncompliance within five (5) days after receipt of the comment(s). Additionally, the Contractor is cautioned in that if it believes the action required by any comment exceeds the requirements of this contract, that he should take no action and notify the Contracting Officer in writing immediately. The disposition of all comments shall be furnished in writing with the next scheduled submittal. The review comments and the submittal material for each design review will become the basis for any ensuing design work. Copies of the design review comments with the action taken on each comment noted, shall be bound in all succeeding volumes of the design analysis.

SECTION 01 33 00.12 10   Page 21
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

172 of 1610
Government Rule 4 File

**A600**

3.6.4.2 Conferences

As necessary, conferences will be conducted between the Design-Build
Contractor and the Government to resolve review comments. There will be no
additional compensation for these conferences.

3.6.4.3 Design Deficiencies

Design deficiencies noted by the Government shall be corrected prior to the
start of design for subsequent features of work which may be affected by, or
need to be built upon, the deficient design work.

3.6.5 Design Discrepancies

The Design-Build Contractor shall be responsible for the correction of
incomplete design data, omissions, and design discrepancies which become
apparent during construction. The Design-Build Contractor shall provide the
Contracting Officer with a proposed recommendation for correcting a design
error, within three (3) calendar days after notification by the Contracting
Officer. The Contracting Officer will notify the Design-Build Contractor of
any detected noncompliance with the foregoing requirements. The Design-Build
Contractor shall take immediate corrective action after receipt of such
notice. Such notice, when delivered to the Design-Build Contractor at the
worksite, shall be deemed sufficient for the purpose of notification. If the
Design-Build Contractor fails or refuses to comply promptly, the Contracting
Officer may issue an order stopping all or part of the work until
satisfactory corrective action has been taken. No part of the time lost due
to such stop orders shall be made the subject of claim for extension of time
or for excess costs or damages by the Design-Build Contractor. Should
extensions of design, fabrication plans and/or specific manufacturer's
details be required as a result of a Government issued Change Order, the
Government will make an equitable adjustment in accordance with Contract
Clause 52.243-4 entitled CHANGES.

3.7 Phased or "Fast-Track" Design

3.7.1 General

It is the Governments intention to "Fast-Track" the design for this contract.
Design and construction sequencing shall be executed on an incremental basis
as each approved phase of intrinsically related activities (e.g., demolition;
geotechnical assessment; site work; exterior utilities; foundations;
slab-on-grade, superstructure, exterior closure, roofing, interior framing to
include intrinsically related rough-in of mechanical, electrical, interior
finishes, etc.) of the design is completed. It is essential that phased
design, to include the review process, be scheduled to produce construction
approvals that support proper sequencing of all construction activities
according to the accepted progress schedule.

3.7.1.1 Design Phases

The design phases shall be in accordance with the Contractor Furnished Design
Documents Submittal Register (ENG FORM 4288) as accepted by the Contacting
Officer.

3.7.1.2 Acceptance of ENG Form 4288

In all cases, ENG Form 4288 indicating the proposed phasing shall be
submitted for review and acceptance by the contracting Officer prior to

SECTION 01 33 00.12 10   Page 22
PART TWO - GENERAL REQUIREMENTS

initiation of any procurement action or commencement of any construction.

3.7.2 Sequence of Design-Construction (Fast-Track)

After receipt of the Contract Notice to Proceed (NTP) the Contractor shall
initiate design, comply with all design submission requirements and obtain
Government review of each submission. The contractor may begin construction
on portions of the work for which the Government has reviewed the final
design submission and has determined satisfactory for purposes of beginning
construction. The Contracting Officer will notify the Contractor when the
design is cleared for construction. The Government will not grant any time
extension for any design resubmittal required when, in the opinion of the
Government, the initial submission failed to meet the minimum quality
requirements as set forth in the contract.

3.7.3 Notice-to-Proceed for Limited Construction

If the Government allows the Contractor to proceed with limited construction
based on pending minor revisions to the reviewed Final Design submission, no
payment will be made for any in-place construction related to the pending
revisions until they are completed, resubmitted and are satisfactory to the
Government.

3.7.4 In-Place Construction Payment

No payment will be made for any in-place construction until all required
submittals have been made, reviewed and are satisfactory to the Government.

3.7.5 Commencement of Construction

Construction of work may begin after receipt of the clearance for
construction (Notice to Proceed) for each design phase. Any work performed by
the Contractor prior to receipt of the clearance for construction, shall be
at the Contractor's own risk and expense. Work cleared for construction that
does not conform to the design parameters and/or requirements of this
contract shall be corrected by the Contractor at no additional cost or time
to the Government.

3.8 NOT USED

3.9 GENERAL DESIGN INSTRUCTIONS

3.9.1 Responsibility of the Design-Build Contractor

3.9.1.1 Professional Quality, Technical Accuracy, and Coordination

The Design-Build Contractor shall be responsible for the professional
quality, technical accuracy, and the coordination of all design
specifications, drawings, and other services furnished under this contract.
Work must be organized in a manner that will assure thorough coordination
between various details on drawings, between the various sections of the
specifications, and between the drawings and specifications. The Design-Build
Contractor shall thoroughly cross-check and coordinate all work until he is
professionally satisfied that no conflicts exist, vital information has not
been omitted, and that indefinite language open to interpretation has been
resolved.

3.9.1.2 Deviating From The "Cleared-For-Construction" Design

SECTION 01 33 00.12 10  Page 23
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

174 of 1610
Government Rule 4 File

**A602**

a.) The Contractor must obtain the approval of the Designer of Record (DOR) and the Government's concurrence for any Contractor proposed revision to the professionally stamped and sealed design reviewed and Cleared for Construction by the Government, before proceeding with the revision.

b.) The Government reserves the right to non-concur with any revision to the design, which may impact furniture, furnishings, equipment selections or operations decisions that were made, based on the reviewed and cleared for construction design.

c.) Any revision to the design, which deviates from the contract requirements (i.e., the RFP and the accepted proposal), will require a modification, pursuant to the Changes clause, in addition to Government concurrence. The Government reserves the right to disapprove such a revision.

d.) Unless the Government initiates a change to the contract requirements, or the Government determines that the Government furnished design criteria are incorrect and must be revised, any Contractor initiated proposed change to the contract requirements, which results in additional cost, shall strictly be at the Contractor's expense.

e.) The Contractor shall track all approved revisions to the reviewed and cleared for construction design and shall incorporate them into the as-built design documentation, in accordance with Section 01060 SC entitled PREPARATION OF AS-BUILT DRAWINGS (CONTRACTOR). The Designer of Record shall document its professional concurrence on the As-Builts for any revisions by affixing its stamp and seal on the drawings and specifications.

3.9.1.3 Government Oversight

The extent and character of the work to be done by the Design-Build Contractor shall be subject to the general oversight, supervision, direction, control, and review by the Contracting Officer.

3.9.1.4 Unlimited Drawing Rights

The Government shall have unlimited rights in all drawings, designs, specifications, notes and all other works developed in the performance of this contract, including the right to use same on any other Government design or construction without additional compensation to the Design-Build Contractor. The Design-Build Contractor hereby grants to the Government a paid-up license throughout the world to all such works to which he may assert or establish any claim under design patent or copyright laws.

3.9.1.5 Conflicts

Any conflicts, ambiguities, questions or problems encountered by the Design-Build Contractor in following the criteria shall be immediately submitted in writing to the Contracting Officer with the Design-Build Contractor's recommendations. Prior to submission to the Government the Design-Build Contractor shall take appropriate measures to obtain clarification of design criteria requirements, to acquire all pertinent design information, and to incorporate such information in the work being performed.

3.9.1.6 Design Specialists

When a design specialist is required, the Design-Build Contractor shall submit for the approval by Contracting Officer, the name of the designated

SECTION 01 33 00.12 10   Page 24
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

175 of 1610
Government Rule 4 File

**A603**

specialist along with the individual's educational background, experience, and licenses or registrations held, before design work commences. The design specialists shall be registered architects, registered professional engineers, or recognized consultants with a background of at least five (5) years design experience in the appropriate specialty. Services of design specialists may be required for the following specialties:

Geotechnical - 10 years

Services of a design specialist shall be required for Fire Protection Engineering.

3.9.2 Conduct of Work

In the performance of contract the Design-Build contractor shall:

3.9.2.1 Performance

Perform the work diligently and aggressively, and promptly advise the Contracting Officer of all significant developments.

3.9.2.2 Telephone Conversations

Prepare a summary, and promptly furnish a copy thereof to the Contracting Officer, of all telephone conversations relating to the design work under this contract.

3.9.2.3 Cooperation with Others

Cooperate fully with other firms, consultants and contractors performing work under the program to which this contract pertains, upon being advised by the Contracting Officer that such firms or individuals have a legitimate interest in the program, have need-to-know status, and proper security clearance where required.

3.9.2.4 Technical Criteria

All designs, drawings, and specifications shall be prepared in accordance with the contract documents and with the applicable publications referenced therein. As soon as possible, the Design-Build Contractor shall obtain copies of all publications applicable to this contract. Availability of publications (where to purchase) is contained in Specification Section 01 42 00 entitled: SOURCES FOR REFERENCE PUBLICATIONS. Any deviations from the technical criteria contained in the contract documents or in the applicable publications, including the use of criteria obtained from the user or other sources, must receive prior approval of the Contracting Officer. Where the technical criteria contained or referred to herein is not met, the Design-Build Contractor will be required to conform his design to the same at his own time and expense.

3.9.3 Design Priorities

The design of this project shall consider the remote location and harsh environment of this project and the impact this will have on sources of technical supply, the cost of construction, the low level of maintenance, and the difficulty of obtaining replacement parts. Unless stated otherwise in this contract, the following design priorities shall be followed:

3.9.3.1 CONSTRUCTION LIFE-SPAN LEVELS

SECTION 01 33 00.12 10   Page 25
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

176 of 1610
Government Rule 4 File

**A604**

Construction must have an expected life span of 25 years.

3.9.3.2 Operability

Systems including but not necessarily limited to mechanical, electrical, communications, etc., must be simple to operate and easy to maintain.

3.9.3.3 Standardization

Use of standardized materials, products, equipment, and systems is necessary to minimize the requirements for replacement parts, storage facilities, and service requirements.

3.9.3.4 Overseas Work

Use of construction materials or techniques which are suitable for overseas work in harsh climates and environments.

3.9.4 Topographic Surveys, Easements, and Utilities

Unless otherwise stated in the contract, the Design-Build Contractor will be responsible for detailed topographic mapping, available easements, and utility information for the project.

3.9.5 Geotechnical Investigation

Unless otherwise stated in the contract, the Design-Build Contractor will be responsible for Geotechnical investigation, including subsurface explorations, sampling, field and laboratory testing, and water studies where applicable.

3.9.6 Cathodic Protection and Earth Resistance

Unless otherwise stated in the contract, the Design-Build Contractor will be responsible for determining whether cathodic protection on buried structures and underground utility systems are needed for special electrical grounding and counterpoise systems, and for gathering the field data necessary for design.

3.9.7 Water Supply and Quality Data

Unless otherwise stated in the contract, the Design-Build Contractor will be responsible for obtaining all water supply and water quality data. This data will include information on the locations and depths of all viable water supply sources at the site(s) involved and a water quantity and water quality analysis for each source.

3.9.8 Occupational Safety and Health Act

The facilities, systems, and equipment designed under this contract shall comply with the Occupational Safety and Health Act (OSHA), Code of Federal Regulations, Title 29, Chapter XVII, Parts 1910 and 1926. Any problems in incorporating these standards due to conflicts with other technical criteria shall be submitted to the Contracting Officer for resolution.

3.9.9 Asbestos Containing Materials

Asbestos containing material (ACM) will not be used in the design of new

SECTION 01 33 00.12 10   Page 26
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A605**

structures or systems. In the event no other material is available which will perform the required function or where the use of other material would be cost prohibitive, a waiver for the use of asbestos containing materials must be obtained from CETAM.

3.9.9.1 Existing Construction

Asbestos containing materials (ACM) presently included in existing construction to be rehabilitated or otherwise modified as a result of this project, shall be removed and a non-asbestos containing material substituted in lieu thereof.

3.9.9.2 Suspected Asbestos Containing Materials

All such structures and systems shall be inspected to determine the presence or probable presence of ACM. When ACM is suspected, a documented survey will be performed. The survey will be developed into an abatement design and will be made a part of the design documents. In the event no other material is available which will perform the required function or the use of a substitute material would be cost prohibitive due to initial cost and tear-out of existing construction, a waiver for the retention of the asbestos containing material must be obtained from the Contracting Officer.

3.10 VALUE METHODOLOGY/VALUE ENGINEERING

The Design-Build Contractor during the course of his design shall be alert for and shall identify those high-cost low-value items or areas which he considers may be accomplished in different ways that will increase the value of the project at the same or less cost. Potential value engineering study items shall be reported to the Value Engineer through the Contracting Officer.

3.10.1 Performance Oriented Value Engineering Change Proposal (VECP)

In reference to Contract Clause 52.248-3, "Value Engineering -Construction", the Government may refuse to entertain a "Value Engineering Change Proposal" (VECP) for those "performance oriented" aspects of the Contract Documents which were addressed in the Design-Build Contractor's accepted contract proposal and which were evaluated in competition with other Proposers for award of this contract. For purposes of this clause, the term "performance oriented" refers to those aspects of the design criteria or other contract requirements which allow the Proposer or the Design-Build Contractor certain latitude, choice of and flexibility to propose in its accepted contract offer a choice of design, technical approach, design solution, construction approach or other approach to fulfill the contract requirements. Such requirements generally tend to be expressed in terms of functions to be performed, performance required or essential physical characteristics, without dictating a specific process or specific design solution for achieving the desired result.

3.10.2 Prescriptive Oriented Value Engineering Change Proposal (VECP)
The Government may consider a VECP for those "prescriptive" aspects of the Solicitation documents, not addressed in the Design-Build Contractor's accepted contract proposal or addressed but evaluated only for minimum conformance with the Solicitation requirements. For purposes of this clause, the term "prescriptive" refers to those aspects of the design criteria or other Solicitation requirements wherein the Government expressed the design solution or other requirements in terms of specific materials, approaches, systems and/or processes to be used. Prescriptive aspects typically allow the

SECTION 01 33 00.12 10   Page 27
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

178 of 1610
Government Rule 4 File

**A606**

Proposers little or no freedom in the choice of design approach, materials, fabrication techniques, methods of installation or other approach to fulfill the contract requirements.

3.11 SUBMITTAL OF CONTRACTOR FURNISHED DESIGN DOCUMENTS

The requirements of this paragraph pertain to the submittal of design documents, specifications, design calculations, surveys, testing reports and other documents prepared by the Design-Build Contractor to meet the design requirements of this project.

Contractor shall submit documents for each submittals with the level of information as indicated in the Design Instructions Manual.

3.11.1 Civil

3.11.1.1 Mapping

The surveyor shall provide a tabulated list (bound booklet) with adjusted coordinates and elevations of all permanent survey monuments established on the project. The surveyor shall complete and submit with field books, the field adjustments computation sheets. The surveyor shall complete and submit the final survey and mapping.

3.11.1.2 Design Analysis

The Design Analysis shall include, but not be limited to the following specific items:

a.    Site Layout.  The design analysis shall include a description of the site layout and site circulation including parking areas and walkways. Calculations for concrete, asphalt or aggregate surface pavement design shall be included in the design analysis.

b.    Grading and Drainage.  The design analysis shall include the runoff calculations and the calculations and criteria used in design of the site grading and drainage to include ditches, culverts and storm sewers.

c.    Utilities.  A description of the water distribution system and sanitary sewer collection system shall be included in the design analysis. Calculations for the water distribution system shall include the available domestic water system pressure and flow at the proposed facility.  Sanitary sewer system calculations shall be provided to average daily flow and peak hourly flow from the proposed facilities and shall include the actual flow velocity in the system.  If sanitary sewer lift stations are utilized, the design analysis shall include all appropriate pump information, system head loss and pump curves.

d.    The contractor shall provide manufacturer's catalog data and shop drawings for material and equipment to be installed on the project.  The shop drawings shall include detail drawings to include fabrication and erection details, and structural connections.

3.11.1.3 Specifications

Specifications shall indicate applicable design standards and criteria followed, standards that the selected equipment and material shall comply with, method of equipment installation, and other construction requirements that the designer may see fit.  The Contractor shall use the specifications

SECTION 01 33 00.12 10  Page 28
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

179 of 1610
Government Rule 4 File

**A607**

and definitions provided in the Unified Facilities Guide Specifications (UFGS) to create the demolition, environmental, and any other site related specification required. The Unified Facilities Guide Specifications (UFGS) and SPECSINTACT software are available free of charge for downloading from http://www.ccb.org Where UFGS do not include a specification for a particular feature of work, a Federal Aviation FAA specification is available for a particular feature of work; the Contractor may use specifications from other agencies or sources, or provide custom-written specifications. Such specifications only may use another software program than SPECSINTACT. The specifications for this project shall be edited and submitted in hand marked-up or graphic highlighted (via word processor or specification software) draft version at the Preliminary Review submittal stage.

UFGS shall be edited only as directed in the specification notes and instructions, where choice options allow, and where features of work are added or deleted. A minimum quality standard for the project shall be maintained by only selecting among the choices for quantity and quality that are presented in the applicable UFGS, unless specifically indicated otherwise in this section.

Manufacturer's catalog cut sheets will not be accepted as a substitute for the "products" portion of the specifications, nor any other part. Catalog cut sheets may be added to the specifications, but not as a substitute.

3.11.1.4 Construction Phasing Plan and Environmental Plan

Contractor shall provide the environmental plan prior to start of construction.

3.11.1.5 Geotechnical

the Contractor shall provide the geotechnical report and design analysis in accordance with PART 4 - Performance Technical Specifications.

3.11.1.6 Design Certification

The Contractor shall certify in writing that the design of the project has been developed consistent with the site-specific geotechnical conditions. The certification shall be stamped by the geotechnical engineer or geotechnical firm and shall be submitted with the final design.

3.11.2 Architectural Design

3.11.2.1 Manufacturer's Literature/Catalog Cuts

Manufacturer's literature and or catalog cuts shall be provided for all equipment and architectural elements installed under this contract to include but not limited to pre-engineered building wall and roof panels, EIFS System, rolling service doors, personnel doors, door hardware, toilet accessories and interior signage.

Literature shall include a complete listing of all equipment items, in addition to catalog cuts, which indicate compliance with the design requirements, and shall include sufficient date to clearly describe the assembly and appropriate accessories. Where options are listed on product literature, clear indication shall be given as to which options apply to this project.

3.11.2.2 Color and Finish Boards

SECTION 01 33 00.12 10   Page 29
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A608**

Interior and exterior building color and finish boards shall be provided
showing the building related material finish (i.e. wall coverings, floor
material, etc) and color selections to be incorporated into the design.
Boards shall be a maximum 500mm by 500mm, with 50mm by 50mm (min) color chips
and material samples. One set of boards shall be submitted and they shall be
returned for modifications if required for resubmittal.

13.11.2.3 Specifications

Specifications shall be submitted for architectural features identified in
Section 01 80 00.  Specifications shall include appropriate level of
information on product materials and execution.

3.11.3 Structural

3.11.3.1   Design Analysis Narrative

Design analysis specific content shall be essentially as outlined below.

3.11.3.1.1   Design Criteria and References

A list of design criteria references, such as ACI Standards, AISC
Specifications, etc., and any other references which were used in the design
of the project shall be included in the narrative.

3.11.3.1.2   Design Loads and Conditions

A list of structural design loads and conditions shall be provided, including:

-   Wind load parameters
-   Seismic design parameters;
-   Roof live loads;
-   Floor live loads, identifying each loading with usage and the room or
space where used;
-   Foundation design criteria, including the design depth for footings,
allowable soil bearing pressure and any other pertinent data derived from the
soil analysis.

3.11.3.1.3   Structural Materials

A list of structural materials shall be provided, together with the stress
grades and/or ASTM designations, as applicable, for concrete, and reinforcing
steel; and identification of the proposed use of each material in the
structure.

3.11.3.2   Description of the Structural System

A concise description of the proposed structural system for the building,
shall be provided.  All principal elements of the structural system selected
shall be described.  Typically, these shall include:

-   Primary supporting members for the roof;

-   The proposed system for resisting lateral forces (wind, seismic, earth
pressures) and transferring them to the foundation, whether diaphragms, chord
bracing, shear walls, braced or moment resisting frame, etc;

-   Foundations, description of special designs to accommodate existing site

SECTION 01 33 00.12 10  Page 30
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A609**

conditions, descriptions of how foundations will resist lateral loads from frame thrusts;

-   Description of floor surface finish treatment, accommodation of live loads, and the use, location and types of crack control joints;

-   The proposed treatment of any unusual structural loadings, features or unique solutions to structural problems.

-   Identification of any major vibrating elements and measures taken to isolate them.

3.11.3.3   Design Analysis Calculations

Computations shall include wind, seismic, earth pressure, dead and live loads.  Computations shall show sizing and spacing of structural members for roof framing, columns, sidewalls and foundation.

3.11.4   Heating, Ventilating, and Air-Conditioning (HVAC)

The HVAC design analysis shall be submitted showing calculations as specified below to indicate compliance with the design requirements. For review purposes only, computerized calculations shall be submitted in I-P units. Final calculations shall be submitted as required above. Catalog cuts of all equipment shall be provided indicating the equipment selected.  The catalog cuts shall also indicate that the selected equipment will fit within the space allowed, can be installed after construction, and that the equipment provided will operate within the local power limitations.

3.11.4.1   Detailed Calculations

Detailed calculations for sizing equipment, piping, ductwork, control valves, etc. shall be submitted for review and confirmation that the selected equipment will meet the calculated requirements of the building.

3.11.4.2   Schematics

Schematics for the control schemes and the proposed sequence of operations shall be submitted to assure the designed systems will meet the desired system performance.

3.11.4.3   Other Information

Any other information or computations required to permit verification that the design complies with the design criteria, codes, and standards and is satisfactory for the intended purpose.

3.11.4.4   Heat Transmission Calculations

Heat transmission calculations shall be shown for all heat transmission coefficients not directly obtained from a standard reference book.

3.11.4.5   Cooling Load and Heat Gain Calculations

Cooling load and heat gain calculations shall, in general, conform to one of the procedures given in the latest issue of the ASHRAE Handbooks and Standards.  All corrections and assumptions, such as time of day, outdoor daily temperature range, wall color, building orientation, latitude, etc., shall be stated.  Where computerized calculations are submitted, a complete

SECTION 01 33 00.12 10   Page 31
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

182 of 1610
Government Rule 4 File

**A610**

description of the method and formulas used, column headings and data output
or results, and index to the computer printout shall be furnished.

### 3.11.4.6   Air Quantity Determination

The basis for determining the quantity of all ventilation air shall be
indicated.

### 3.11.4.7   Air Distribution

The determination of air distribution shall be made to include the total air
flow and the individual room air flow.

### 3.11.4.8   Equipment Sizing

Equipment sizing calculations to support the selection of all equipment shall
be shown in the design analysis.

### 3.11.4.9   Positive Pressure Method

The method for maintaining a building positive pressure relative to the
outdoors to prevent the entrance of windblown dust and contaminants shall be
described.

### 3.11.4.10   Explanatory Notes

Explanatory notes shall be included in the design analysis covering all
rationale for design which would not be obvious to an engineer reviewing the
analysis.  Methods of air-conditioning and controls for air-conditioning
systems shall generally be confined to those in common use in the industry.
The contractor shall review the prepared plans and specifications and
determine that they are in accordance with this section of the specifications
and all other criteria and instructions furnished by the Government.  It will
be the responsibility of the contractor to coordinate the HVAC systems with
the other trades involved in the building design and to eliminate
interference between HVAC equipment and other components of the building.

### 3.11.5   Plumbing

The plumbing design analysis shall be submitted showing calculations as
specified below to indicate compliance with the design requirements.  Catalog
cuts of all equipment shall be provided indicating the equipment selected.
The catalog cuts shall also indicate that the selected equipment will fit
within the space allowed and that the equipment provided will operate within
the local power limitations.

### 3.11.5.1   Detailed Calculations

Detailed calculations for sizing equipment, piping, hot water heaters, etc.
for each plumbing system involved in the design shall be included in the
design analysis.

### 3.11.5.2   Other Information

Any other information or computations required to permit verification that
the design complies with the design criteria, codes, and standards and is
satisfactory for the intended purpose shall be included in the design
analysis.

SECTION 01 33 00.12 10   Page 32
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

183 of 1610
Government Rule 4 File

**A611**

3.11.5.3   Catalog Cuts

As a minimum catalog cuts for all major items of equipment shall be
submitted.  Catalog cuts shall be a part of the design analysis and clearly
indicate the equipment used in the design.

3.11.5.4   Equipment Sizing

Equipment sizing calculations to support the selection of all equipment shall
be shown in the design analysis.

3.11.5.5   Explanatory Notes

Explanatory notes shall be included in the design analysis covering all
rationale for design which would not be obvious to an engineer reviewing the
analysis.  The contractor shall review the prepared plans and specifications
and determine that they are in accordance with this section of the
specifications and all other criteria and instructions furnished by the
Government.  It will be the responsibility of the contractor to coordinate
the plumbing systems with the other trades involved in the building design
and to eliminate interference between plumbing equipment and other components
of the building.

3.11.6 Fire Protection

3.11.6.1   Qualifications
The qualifications of the proposed fire protection engineer shall be
submitted to and approved by the Contracting Officer prior to the start of
design work.

3.11.6.2  Design Analysis

The Design/Build Contractor shall submit a fire protection design analysis
that adequately evaluates the elements defined in Section 1-4 of UFC
3-600-01.  The fire protection design analysis shall be prepared by a
registered professional engineer licensed to practice fire protection
engineering.  The design analysis shall be structured based on the chapter
headings in UFC 3-600-01, supplemented by other applicable UFC criteria.  The
fire protection design analysis shall contain life safety plans for each
facility.  It is noted that the fire protection design analysis shall not be
limited to discussion of fire suppression and/or fire alarm and detection
systems.  Design analysis shall contain structural calculations sufficient to
provide a design basis for seismic restraint of fire protection systems.  The
Design Analysis shall contain a detailed analysis of construction type, area,
occupancy type and their relationship to fire protection and life safety.
Design analysis shall contain a list of codes and standards, along with
effective dates, to be utilized in developing the design drawings and
specifications.  Do not list organization names unless a specific code or
standard will be utilized.  For example, do not list "ASHRAE", "ICC" or
"NFPA" unless a specific document is named. This document shall be complete,
in and of itself, without relying upon cross-references to the other
disciplines for basic information (cross references may be included for
convenience, but all pertinent information shall be given in the Fire
Protection Design Analysis).  It is not sufficient merely to provide a
listing of the applicable code requirements.  Demonstrate that code
conformance is achieved, and provide a narrative to present how.  The
narrative should also include design options which were not selected, and the
basis for selecting those which were used.

SECTION 01 33 00.12 10  Page 33
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A612**

3.11.6.3  Life Safety Plans

Life Safety Plans of each floor of each building showing occupancy
classification(s), occupant loading, analysis of means of egress,
identification of passive (e.g., fire separations) and active (e.g.,  Clean
agent fire suppression) fire protection systems shall demonstrate compliance
with Section 3.12.7.2 of this section.  A table shall accompany the analysis
of the means of egress to provide the required and actual maximum travel
distance, common path of travel, dead end distance, and total exit width.
Note:  Unless otherwise directed, separate life safety plans will be included
in the design analysis (only), not with the contract drawing package.

3.11.6.4 Specifications

Specifications shall be provided for the following fire protection systems
for the project:

- Gaseous Fire Extinguishing systems
- Kitchen Wet Chemical Extinguishing systems
- Fire alarm and detection systems

Wherever specifications identify criteria "in accordance with manufacturer's
requirements" (or similar wording), the specific criteria shall be spelled
out in the specification or the manufacturer's documentation which clearly
describes intent shall be inserted into, and become part of, the
specification.

3.11.6.5 Calculations

Calculations shall be submitted for the following fire protection systems for
the project:

- Gaseous Fire extinguishing systems:  Submit hydraulic calculations and
circuit voltage drop calculations as part of the 95% design phase.  Submit
preliminary system calculations as part of the 65% design phase documents and
final calculations as part of the 95% design phase documents.

- Kitchen Wet Chemical Extinguishing systems:  Submit hydraulic
calculations as part of the 95% design phase.  Submit preliminary system
calculations as part of the 65% design phase documents and final calculations
as part of the 95% design phase documents.

- Fire alarm and detection systems:  Submit fire alarm system audibility
calculations and circuit voltage drop calculations as part of the 95% design
phase.  Submit preliminary system calculations as part of the 65% design
phase documents and final calculations as part of the 95% design phase
documents.

3.11.6.6 Manufacturer's Catalog Data

Submit manufacturer's catalog data for fire protection products as part of
the submittal.  Indicate specific product selected for use and/or specific
configuration of any product selected for use.

3.11.6.7  Engineering Design and Quality Control.
The design of the fire protection systems shall be performed by a registered
professional engineer qualified and specializing in fire protection.  The
individual shall be a Professional Member of the Society of Fire Protection
Engineers (SFPE), or shall hold an engineering degree in Fire Protection or

SECTION 01 33 00.12 10  Page 34
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

185 of 1610
Government Rule 4 File

**A613**

closely related field from an accredited university, and shall have been
responsible for fire protection system design for a period of 3 or more
years.  Provide evidence to show participation in projects of the same
general nature and complexity of that herein.

3.11.7   Electrical

3.11.7.1   General

Every Design Document submittal stage, per section 3.0 of this document,
shall contain an updated:

-   Design Design Analysis (Scope of Work)
-   Calculations Section.
-   Specifications Section.
-   Catalog Cuts of Materials.

3.11.7.2   Design Analysis

The design analysis shall include calculations, narrative, and catalog cuts
representing the type of equipment called out on the drawings and
specifications for major components of the electrical system. Requirements in
this contract shall be constructed in accordance with the latest edition of
the applicable standards below.

3.11.7.3   Load Calculations

Provide the estimated project electrical load based upon the design loads
known at each stage of the submittal and final completion of the design.
Provide individual circuit loads, tabulated in volt-ampere, kVA and total kW
for each panel board, motor control center, and/or switchboard. Provide all
loads available, and use estimated loads per circuit, until final loads are
established in the design. Identify estimated loads where applicable. Only
calculated loads (no estimates) shall be provided at the 95% submittal.

The tabulations shall correspond to the panel schedules shown on the
drawings. Loads shown shall be based upon the ratings of equipment shown on
the drawings. Use of demand factors, load factors, growth factors, etc. shall
be clearly documented in their application. Provide voltage drop calculations
on feeders and branch circuits; short circuit current analysis for proper
selection of equipment; and lighting calculations. Voltage drop shall be
limited to 5% maximum from the source (transformer) to the final load.

Provide coordination study calculation and determination for equipment AIC
rating.

Perform an Arc Flash Hazard Analysis study per requirement of NFPA 70E to
determine flash hazard boundary and personal protective equipment (PPE)
level. Refer to NFPA 70 Article 110-16, NFPA 70E Article 130.3 and UFC
3-560-01 and submit calculations for review no later than 65% submittals.
Include any published information used as reference for the determination of
equipment used in this design.

3.11.7.4   Short Circuit Analysis

Provide a short curcuit analysis based on the completed design identified in
the load study.  The electrical distribution system shall be designed to
withstand the maximum expected fault current until the short circuit is
cleared by a protective device.  Over-current protective devices in the

SECTION 01 33 00.12 10   Page 35
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

186 of 1610
Government Rule 4 File

**A614**

system must be designed to isolate faults safely with minimal equipment
damage and minimal disruption to facility operation.

3.11.7.5   Cable Size

Provide updated cable sizing calculations based upon the completed design
load calculations. Cable sizing calculation shall clearly indicate all load
factors, ambient temperature de-rating factors and installation factors
required for proper cable sizing. Recommended cable sizes shall be clearly
identified.

3.11.7.6   Voltage Drop

Provide tabulated voltage-drop calculations based on the design configuration
and loads identified in the load study. The study shall address all service
entrance, generation and feeders to the panel board level. Calculations shall
also be provided for worst case branch circuits. Revised calculations shall
be provided when initial calculations indicate potential voltage drops in
excess of criteria.

3.11.7.7   Illumination Levels

Provide illumination level calculations for the interior spaces utilizing the
Lumen Method to provide the average maintained lighting level.  Provide point
by point calculations providing minimum, maximum, and average illuminance,
and maximum to minimum uniformity.

3.11.7.8   Specifications

Design-Build Contractor shall provide separate specifications for each system
to be provided under this contract. Specifications shall indicate applicable
design standards and criteria followed, standards that the selected equipment
and material shall comply with, method of equipment installation, and other
construction requirements that the designer may see fit.

3.11.7.9   Catalog Cuts

The catalog cuts shall be provided for all types of equipment intended to be
installed under this contract. Cuts shall include the manufacturers name,
address and the telephone number; rating and physical size of equipment; and
the standard it meets from the applicable standards in the Electrical
section, such as UL, NEMA, ASTM, or other as listed. Catalog cuts shall be
provided for all major pieces of equipment, such as switchboards, panel
boards, transformers, switches, control panels, devices, etc.

The catalog cuts shall demonstrate that the selected equipment fits within
the dimensions allowed in the design, and is available in the ratings
required. Equipment or device selected by the designer shall be identified on
a catalog cut which lists multiple items models/part numbers.

3.11.8   Communications

3.11.8.1   Communication Systems Design Analysis

Designer shall briefly discuss the overall design of the communication system
including but not limited to the interface with existing cable infrastructure
and the coax cable system. Items of importance which are missing from this
Scope of Work and may have a detrimental effect on the design if not included
shall be added by the designer.   The Communications system outside plant

SECTION 01 33 00.12 10   Page 36
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

187 of 1610
Government Rule 4 File

**A615**

shall be constructed in accordance with the RUS specifications and other
specifications cited and adherence to the RUS and these other requirements
are mandatory.  The communications system inside plant is to be constructed
in accordance with the ANSI/TIA/EIA and other standards cited.  The design
shall be based on material that meets the quality standards cited in the
specifications and material on the RUS list of materials, IP 344-2.

3.11.8.2    Specifications

Designer shall provide separate specifications for each section to be
provided under this contract.  Specifications shall indicate applicable
design standards and criteria followed, standards that the selected equipment
and material shall comply with, method of equipment installation and other
construction requirements that the designer may see fit. The communications
system shall be designed in accordance with and constructed with the
ANSI/TIA/EIA and RUS standards unless specifically noted otherwise.

3.11.8.3    Catalog Information

Catalog information shall be provided for all types of material and equipment
to be installed under this contract.  The information shall include the
manufacturers name, address and telephone number and distributor is
applicable. All communications equipment shall be UL, ANSI/TIA/EIA and/or
RDUP (RUS) listed unless specifically noted otherwise.  Equipment or devices
selected by the designer shall be clearly identified on the catalog cut.
Where equipment is required to meet the RUS specifications, an RUS listed
stamp must be on the catalog cut and the equipment clearly identified on the
proper page of the RUS IP344 with the part number of the proposed equipment
identified.  Examples of equipment/hardware but not limited to only these
items required to have catalog cut sheets submitted is as follows:

a.   PVC Conduit
b.   Inner duct
c.   Fiber and copper cable, inside and outside plant.
d.   Hand hole covers
e.   Copper and fiber optic splice closures
f.   Outlets and faceplates
g.   Patch panels, patch cords
h.   Any other type of hardware that is involved in installation,
     termination or interface with existing components.
i.   Grounding and bonding hardware, inside and outside plant.
j.   Ladder rack and associated hardware
k.   Relay racks and associated material

3.11.8.4    Qualifications

The Contractor shall submit documentation that verifies that the
Design/Installation/Splicing personnel meet the requirements stated in the
specifications and the Design narrative.

3.11.9   LEED Green Building Rating System (GBRS) Submittals

  Provide copies of the LEED Certification Registration Application and the
  complete LEED support documentation required by the U.S. Green Building
  Council (USGBC) to obtain the minimum certificate level specified herein.

    a. Provide the following information for the Basis of Design:

    (1)  A completed USGBC LEED-NC Project Checklist indicating all LEED

                        SECTION 01 33 00.12 10   Page 37
                        PART TWO - GENERAL REQUIREMENTS

Prerequisites and Credits to be implemented into the facility design
and total LEED score for the project.

(2)  Description of how each LEED Prerequisite and Credit will be
achieved.

(3)  List of Architects or Engineers from Contractor's Design Team and
who on the team is responsible for implementing each LEED Prerequisite
and Credit into the facility design.

(4)  Identify the Design Team's USGBC LEED Accredited Professionals.

b. For the submission specified, provide the following:

(1)  At 65% Design submittal, provide documentation of the USGBC LEED
Certification Registration Application.

(2)  At 100% Design submittal, provide a USGBC LEED-NC Project
Checklist preliminary LEED documentation, in the form of a three-ring
binder, of all LEED Prerequisites and Credits to be obtained as
required by the USGBC LEED-NC Rating System.

(3)  At final design submittal, update the USGBC LEED-NC Project
Checklist and LEED documentation binder with any changes and include an
electronic copy of the LEED documentation.

(4)  Within thirty (30) days of Beneficial Occupancy Date, developed
and submit the project case study for the U.S Department of Energy's
Federal Energy Management Program "High Performance Federal Buildings
Database" (http://www.eere.energy.gov/femp/highperformance/).

(5)  Within 60 days after the beneficial Occupancy Date (BOD), submit
LEED Certification Registration Application and complete LEED
Certification Documentation to USGBC for certification.  After LEED
certification is obtained, provide the plaque and 5 color copies of the
LEED Certification to the Contracting Officer.  Mat and frame the
original LEED Certification document.

3.11.10   DD Form 1354


Prepare a Draft and Interim DD Form 1354, TRANSFER AND ACCEPTANCE OF
MILITARY REAL PROPERTY, in accordance with UFC 1-300-08, available at
http://www.wbdg.org  All assets must be broken out by construction
categories that are found in the DD Form 1391 and the "Category Codes for
Military Real Property" from NAVFAC P-72.  Use Navy specific Facility
Catcodes from the NAVFAC P-72, which are available from the Contracting
Officer.  Coordinate the identification of appropriate asset construction
categories with the Contracting Officer and the Real Property Accounting
Officer.

a. Draft DD Form 1354.  DOR shall determine applicable real property assets
broken out by construction categories and submit a "Draft DD Form 1354" for
Government approval as a part of the Design Analysis included with the
Prefinal Design submittal.  "Draft DD Form 1354" must include all
quantities and units of measure, but does not require cost breakdown.
Download the current blank editable DD Form 1354 in ADOBE (PDF) from the
following web site:
http://www.dtic.mil/whs/directives/infomgt/forms/eforms/dd1354.pdf


                        SECTION 01 33 00.12 10  Page 38
                        PART TWO - GENERAL REQUIREMENTS

                                                    W912ER-11-D-0010-0006

b. Interim DD Form 1354.  Contractor shall coordinate with the DOR and update the Draft DD Form 1354 submission to include any additional assets, improvements, or alterations that occurred during construction. Use the Draft DD Form 1354 to identify costs.  Submit Interim DD Form 1354 to the Government for approval 60 days prior to the Beneficial Occupancy Date (BOD).  If modifications to the Interim DD Form 1354 are required by the Government, the corrected version must be submitted prior to the BOD.

Submit the completed Checklist for Form DD1354 of Government-Furnished and Contractor-Furnished/Contractor Installed items. Attach this list to the Interim DD Form 1354. Instructions for completing the form and a blank checklist may be obtained at the following web site: http://www.wbdg.org/ccb/DOD/UFC/ufc_1_300_08.pdf

When documenting demolition work, the DD Form 1354 shall list the quantitative data associated with this work as a negative value to show the cost should be deleted from the Navy asset data store.  Coordinate with the Installation Real Property POC to assist in determining the negative value for demolition work.

3.12 SUBMITTAL OF CONTRACTOR FURNISHED DESIGN DRAWINGS

The requirements of this paragraph pertain to the submittal of design drawings prepared by the Design-Build Contractor to meet the design requirements of this project.

Contractor shall submit drawings with the level of information as indicated in the MED Design Instructions Manual.

The following specific items shall be shown on the drawings when applicable, for each submittal.

3.12.1  Civil

3.12.1.1 Location and Vicinity Plan

The Location and Vicinity plan shall identify the project location with respect to the major cities within the project country and the vicinity plan shall indicate the project location within the vicinity of the base where the project is located.

3.12.1.2 Demolition Plans

The demolition plans shall clearly delineate all existing features to be removed.

3.12.1.3 Site Plan

The site plan shall identify all proposed site features with coordinates or dimensions.  All existing site features to remain shall be identified on the site plan.  The radius of curvature and pavement widths for all proposed paved areas shall be included on the site plan

3.12.1.4 Grading Plan

SECTION 01 33 00.12 10  Page 39
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

190 of 1610
Government Rule 4 File

**A618**

The grading plan shall show the existing contour information and the proposed grading at a 0.25 meter contour interval.  Grading plans will show new and existing contours necessary to relate proposed facilities to existing facilities and/or terrain.  The proposed contours will be furnished to show the full scope of the project. At the minimum, spot elevations will be provided at all pertinent changes in grade, at all building corners and corners of new pavement, at the controlling elevations of ditches or drainage courses, and at storm drainage culvert inverts.

3.12.1.5 Utility Plans

The location of existing and proposed utility features shall be shown on utility plans. The pipe length, diameter, material and slope shall be provided for all gravity flow pipes.  The pipe length, diameter and material shall be shown for all pressure flow pipe.  All lift stations or booster pump stations shall be identified.

3.12.1.6  Landscape Plan

A landscape plan shall show the proposed landscaping and existing and proposed irrigation system.  The proposed number and type of landscaping proposed for use shall be shown.  The pipe length and material shall be shown for the irrigation water distribution system.  the complete irrigation system design including valves, controllers, drip lines, emitters, etc. shall be shown.

3.12.1.7 Road Profiles

Road profiles of all proposed roads shall show the existing and proposed grade at the centerline of the proposed road shall be provided.  The existing and proposed elevations at the centerline of the road shall be shown at a minimum interval of 10 meters along the centerline.  The proposed road slope and vertical curve information shall be included on the profile.

3.12.1.8 Utility Profiles

Profiles of the proposed water distribution system and sanitary sewer collection system shall include the existing grade, proposed grade, proposed pipe and appurtenances shall be provided. The pipe length, diameter, material and slope and inverts shall be provided for all gravity flow pipes.  The pipe length, diameter and material shall be shown for all pressure flow pipe.  The minimum cover over the utility as well as all utility crossings indicating the minimum clearance between utility lines shall be included on the profile.

3.12.1.9 Details

Construction details of all appropriate site features shall be included. Construction details shall include, but not be limited to pavement sections, pavement replacement, pavement marking, fencing, waterline appurtenances, sanitary sewer manholes and lift stations, and utility trenching and backfilling.

3.12.2 Architectural

Each submittal  shall include the following:

3.12.2.1 Floor Plan

Provide a floor plan showing functional arrangements and circulation elements

SECTION 01 33 00.12 10  Page 40
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

191 of 1610
Government Rule 4 File

**A619**

to scale, as well as the following:

a.   Planning grid/column lines
b.   All major dimensions, including clear height dimensions at eaves and
     structural columns
c.   Functional identification for each area (Room names and numbers)
d.   Openings in walls
e.   All major fixed equipment and built-in specialties
f.   Adjacent site related features such as stoops, sidewalks, pads,
     bollards, mechanical yards, etc.
g.   Cross-references for elevations, sections and details
h.   North area and graphic scale
i.   Identification for all wall types
j.   Identification for all window types
k.   Identification of fire rated walls
l.   Identify areas of raised flooring

3.12.2.2    Building Elevations

Each elevation shall show the following:

a.   Planning grid/column lines
b.   Doors, including clear height for rolling service doors
c.   Identify window and head heights
d.   Identification of all building materials
e.   Location of downspouts
f.   Building height(s) and heights at major construction reference points.
g.   Identify colors/textures if more than one is use

3.12.2.3    Details and Schedules

The following shall be provided:

a.   Typical exterior wall sections
b.   Representative construction details
c.   Door and finish schedules
d.   Door and window head, jamb and sill details
e.   Roof penetration details
f.   Roof edge and/or parapet details
g.   Bentonite Waterproofing System Details

3.12.2.4    Building Sections (Longitudinal and Transverse)

Provide building sections demonstrating the relationships of structural,
mechanical and electrical systems.  In addition, following shall be shown:

a.   Planning grid/column lines
b.   Suspended ceilings
c.   Floor-to-ceiling and floor-to-floor heights
d.   Identification of major spaces (Room names and numbers)
e.   Spaces to be used by the lighting and HVAC systems

3.12.2.5   Roof Plan

The following shall be indicated on the roof plan(s):

a.   Planning grid/column lines
b.   Major dimensions
c.   Locations of roof penetrations and equipment

SECTION 01 33 00.12 10   Page 41
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

192 of 1610
Government Rule 4 File

**A620**

d.   Roof drainage directions and % slopes
e.   Scuppers, downspouts and splash blocks

3.12.2.6   Reflected Ceiling Plan

Provide a reflected ceiling plan showing placement of suspended ceiling
systems to include acoustical ceiling grid and electrical and mechanical
features

3.12.2.7.   Life Safety Analysis

Provide a life safety analysis to include a floor plan drawing with code
compliant exits and selected representative routes of travel to those exits
clearly indicated.  Routes of travel shall include distance from a location
within the selected room at one end of the route to the exit door at the
opposite end of the route.

3.12.3 Structural

3.12.3.1   Design Analysis Narrative

Design analysis specific content shall be as outlined below.

3.12.3.1.1   Design Criteria and References

A list of design criteria references, such as Unified Facilities Criteria,
ACI Standards, AISC Specifications, etc., and any other references which were
used in the design of the project shall be included in the narrative.

3.12.3.1.2   Design Loads and Conditions

A list of structural design loads and conditions shall be provided, including:

a.   Foundation design criteria, including the design depth for footings,
     allowable soil bearing pressure and any other pertinent data derived
     from the soil analysis.
b.   Floor live loads, identifying each loading with usage and the room
     or space where used
c.   Roof live loads
d.   Wind load parameters
e.   Seismic design parameters

3.12.3.1.3   Structural Materials

A list of structural materials shall be provided, together with the stress
grades and/or ASTM designations, as applicable, for concrete and reinforcing
steel, masonry, structural steel, steel joist series; and identification of
the proposed use of each material in the structure.

3.12.3.2   Description of the Structural System

A concise description of the proposed structural system for the building,
together with the reasons for its selection, shall be provided.  All
principal elements of the structural system selected shall be described.
Typically, these shall include:

a.   Primary supporting members for the floors and roof
b.   The proposed system for resisting lateral forces (wind and seismic)
     and transferring them to the ground, whether diaphragms, chord bracing,

SECTION 01 33 00.12 10   Page 42
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

193 of 1610
Government Rule 4 File

**A621**

shear walls, braced or moment resisting frame, etc.
c.  Foundations, description of special designs to accommodate existing
    site conditions, descriptions of how foundations will resist lateral
    loads from supported structures.
d.  Concrete slab-on-grade floors, description of floor surface finish
    treatment, accommodation of live loads, and the use, location and
    types of crack control joints.
e.  The proposed treatment of any unusual structural loadings, features
    or unique solutions to structural problems.
f.  The proposed structural solutions needed to satisfy any special force
    protection criteria
g.  Identification of any major vibrating elements and measures taken to
    isolate them.

3.12.3.3   Design Analysis Calculations

Calculations shall include the effects of all applicable loads including;
dead load, earthquake load, lateral earth pressure, live load, roof live
load, rain load, self-straining forces, and wind load.  Calculations shall be
sufficient to validate the size, spacing and details of structural members,
appropriate for the systems and members used.  As a minimum, calculations
shall be provided for the following as applicable:

a.  Foundations including; piles, pile caps, footings, piers, grade beams,
    and slabs on grade
b.  Reinforced concrete including; elevated slabs, beams, columns, and
    shear walls
c.  Reinforced masonry including; bearing walls, shear walls, exterior
    walls, and lintels
d.  Special designs required to meet facility force protection criteria
e.  Critical or unusual connections or details

3.12.3.4 Omaha Review

The progress design submittal (65%) shall have sufficient structural detail
for Omaha USACE to do a hardened structure and progressive collapse review,
if required.

3.12.4   Heating, Ventilating, and Air-Conditioning

3.12.4.1   Drawing Requirements

The following specific items shall be shown when applicable.

   a. Flow Diagrams of All Systems.  The diagrams shall include equipment,
all ductwork including sizes and flow rates, all dampers, and miscellaneous
accessories for the duct systems, and the instrumentation and control devices
for the systems.

   b. Plans showing layout and details of the final version of all HVAC
systems.  The location, arrangement, capacity, and space requirements of all
equipment shall be indicated.  Selected zones of air distribution shall be
sufficiently completed to indicate the solution of the design for the
remainder of the system and the precautions taken to coordinate the design
with the architectural, structural and electrical phases of construction.

      (1)  Single-line ducting layouts are not sufficient to adequately plan
major installations and check interferences.

SECTION 01 33 00.12 10   Page 43
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

194 of 1610
Government Rule 4 File

**A622**

    (2)  All ductwork and fittings shall be drawn to scale by double-line layouts.

    (3)  All equipment shall be outlined to scale, and maintenance or removal space shall be indicated by dotted lines.

    (4)  Removal, replacement, or moving space must be considered for the largest and heaviest equipment when a drawing is made.

    (5)  In plans, sections, and details, these same rules should apply.

    (6)  Vertical control for horizontal runs of ductwork, etc. shall be clearly delineated on the drawings.  The drawings, by sections, elevations, or notes, shall show vertical control of ductwork.  The design shall ensure sufficient vertical clear height has been provided.

    (7) Registers, diffusers, grilles, dampers, turning vanes, transitions, valves, etc. shall be shown and identified as final design.

    (8) Equipment to be furnished and/or installed by others.

   c. Equipment Schedules.  The final form of all equipment schedules which will be included in the project shall be shown with specific equipment data filled in.

3.12.5   Plumbing

3.12.5.1   Design Drawings

The plans shall include, but not be limited to the following:

   a. Locations and arrangement of all plumbing fixtures and equipment.

   b. Layout of domestic water, sewer, and all other piping systems used in the building, including sections and details, especially of congested areas, etc.

   c. Vertical control for horizontal runs of piping, etc. shall be clearly delineated on the drawings.  The drawings, by sections, elevations, or notes, shall show vertical control of piping.  The design shall ensure that sufficient vertical clear height has been provided.

   d. Equipment Schedules.  The final form of all equipment schedules which will be included in the project shall be shown with the equipment data filled in.  Equipment schedules giving capacities, working temperatures and pressures, and other pertinent data necessary to give a clear and concise description of all equipment.

3.12.6 Fire Protection and Life Safety - Design Drawings

Drawings indicating pertinent details of all installed fire protection systems. Unless otherwise directed, separate "FP" drawings shall be provided.

a. In order for gaseous and wet chemical system submittals to be reviewed the submittal package shall consist of documents and drawings and shall include shop drawings, hydraulic calculations, agent quantity calculations, seismic bracing calculations and manufacturer's data sheets for the selected equipment. Further, these submittals shall include calculations for panel backup battery sizing, notification appliance circuit voltage drop

SECTION 01 33 00.12 10   Page 44
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

195 of 1610
Government Rule 4 File

**A623**

calculations, and a system performance matrix which shows the system response to each possible system input.

b. In order for fire alarm system submittals to be reviewed the submittal shall consist of documents and drawings and shall include riser diagrams which shall clearly indicate the zoning of all initiating devices and indicating appliances. All initiating devices and indicating appliances shall be represented in the fire alarm wiring riser diagram. Fire alarm system design submittals shall include the shop drawings, alarm system performance matrix, battery calculations and signaling line circuit voltage calculations together as a simultaneous submission, to ensure all information necessary for review purposes will be at hand for ready reference.

c. All fire protection symbols shall be provided in compliance with NFPA 170, Fire Safety Symbols.  Detailed working drawings of each fire protection system in accordance with the requirements listed in Spec. Section 01 80 00.12 10 shall be submitted.  This also includes the life safety plans. Portable fire extinguisher locations shall be shown in the architectural set of drawings.

3.12.6.1  Partial submittals for fire protection systems are prohibited.

3.12.7   Electrical

3.12.7.1   General

Every Design Drawing submittal shall be in comliance with the CAD Standards and be based on the Design Document submittal stage. Detailed layout drawings shall be provided for electrical site distribution, systems, equipment rooms and other congested areas. Conduit routings in congested areas shall also be detailed.

Detail drawings shall be provided for conduit penetrations of exterior walls and floor slabs. Special mounting requirements in walls, ceiling, slab, underground, road crossing or unusual equipment connection requirements shall also be detailed. Details shall be provided for special grounding requirements and all other special construction requirements. Drawings shall show approximate location of the power source, panelboards, lighting and power layouts, and routing of all types of cables. Drawings shall show panels, load centers, generation plants, switches, receptacles, fire control panel and related devices on a floor level.

3.12.7.2   One Line Diagram

Device ratings shall be shown on the one line diagram and shall be based upon the design as documented in the Design Analysis.

Arc Flash Hazard Analysis study per requirements notes shall be included in one line diagram sheet(s).

3.12.7.3   Floor Plans - Power

The equipment location plans shall reflect each stage submittal and the completed design. Branch circuit designs shall be complete. Circuits shall be coordinated with Design Documents analysis data and tabulation of panel schedules.

3.12.7.4   Grounding, Bonding and Lighting Protection Plans

SECTION 01 33 00.12 10   Page 45
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A624**

2 + 0 TQ/COMBINED DFAC                                      FY12P935P940
NSA, Bahrain

Grounding, Bonding and Lighting Protection shall clearly identify all
connections and material requirements and supported by installation details
sheets.

Earth Electrode System (EES), or counterpoise, connections shall be properly
defined and any unusual grounding requirements shall be shown by reference to
detail sheets.

A system connection details showing all possible connections to ground shall
be included. This detail shall include but not limited to, building steel,
grounding and grounding conductors, enclosures, re-bar steel, metal pipes,
EES, transformer grounds, lightning down conductors, etc.

3.12.7.5   Floor Plans - Lighting

The lighting plans shall reflect the number and location of the light
fixtures in coordination with the architectural reflecting ceiling plan.
Fixture types and heights shall be properly defined and any unusual
installation be referenced to detail sheets. Circuits shall be coordinated
with the Design Documents analysis and panel schedules.

3.12.7.6   Panel Schedules

Completed panel schedules shall be submitted on every submittal stage
drawings based upon the Design Documents stage and final design. Panel
schedule shall show panel name, panel location, source feeders, TVSS
type/rating, service voltage, main CB rating, panel poles and wire system and
AIC rating, total loads per phase, total connected load, applicable demand
factors and total demand load. Each branch circuit shall show circuit number,
load served, poles, phase A-B-C kVA load and circuit breaker trip rating.

3.12.7.7   Fire Alarm System Plans

The Fire Alarm Detection and Annunciation plans, schedules, riser diagrams,
and matrix, and shall reflect the number and location of the devices in
coordination with the architectural reflecting ceiling plan. Device types,
cut-sheet and installation heights shall be properly defined and any unusual
installation be referenced to detail sheets.

Control Panels and signal transmission scheme shall be reflected on the riser
diagram and matrix.  They shall be coordinated with the Fire Protection
discipline, and any existing base Fire Alarm reporting System.

Completed schedules shall be submitted on every submittal stage drawings
based upon the Design Documents stage and final design.

3.12.7.8   Site Plans - Electrical Distribution

Site plan shall reflect Design Documents submittal stage. Location of
electrical equipment, cable and conduit routing, connection points,
man-holes, lighting poles, etc. coordinating with other disciplines for
right-of-ways shall be shown.

Provide Arc Flash Hazard warning sign, as applicable, on panel boards,
switchgear, control panels and MCC as required per NEC and NFPA 70E.

A Site Power Distribution drawing shall be provided at every design submittal
showing the routing of the main service feeder from base Prime Power to the
main distribution panel or Switchgear.

PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

197 of 1610
Government Rule 4 File

**A625**

3.12.7.9   Standard Detail Schedules

Every Design Drawing submittal shall have a Legend sheet of Standard Symbols
and Abbreviations Index to be used through the drawings for this project
based upon the Design Document submittal stage.

Legend of Standard Electrical symbols shall indicate every detail used in the
submittal drawings for Power Equipment and Materials, Luminaries, Grounding
and Bonding, Lighting Protection, Interior and Exteriors Wiring and Feeder
Schedules,

The Lighting Fixture Schedule sheet(s) shall be in a table format. The
schedule shall completely describe each fixture parameters to be used under
this project. Such as housing materials and nominal dimensions, reflectors
and diffuser, lens and shielding, lamps type and wattage, finish, mounting,
wiring, ballast type (Power Factor, Electronic, Temp, Class, etc.),
lettering, eye-lid, photometric, fixture operating temperature and
efficiency, Emergency characteristics (Battery pack type, charging and time
limits, LED, test and notification components), Certifications, and other
parameters as applicable.

3.12.8   Communications

Designer shall submit drawings for approval of the following as a minimum:

a.   floor plans, showing the locations of all jacks, cable tray,
     conduit and wiring
b.   outside plant showing the location of the manholes and hand holes
c.   manhole racking diagrams (butterflies) showing the cable racking,
     ducts, pulling eyes, ground rods etc.
d.   One line diagrams of the outside plant system...
e.   Separate one line diagrams of all the inside plant system,
     (i.e. Voice and data wiring on the same sheet, backbone (riser)
     cables, copper and fiber on the same sheet.

3.13 GOVERNMENT ACCEPTED CONSTRUCTION SUBMITTALS (Required During
Construction)

3.13.1 General

Since this contract requires that the drawings and specifications specify
specific proprietary materials, equipment, systems, and patented processes by
trade name, make, or catalog number, it is anticipated that construction shop
drawings will primarily be limited to testing, construction plans (e.g.,
Contractor Quality Control, Accident Prevention, Resident Management System,
Area Use, etc.), schedules (Project Schedule/Network Analysis), certificates
of compliance, reports, records/statements and variations.

3.13.1.1 Variations

After design submittals have been reviewed and cleared for construction by
the Contracting Officer, no submittal for the purpose of substituting
materials, equipment, systems, and patented processes will be considered by
the Government unless submitted in accordance with the paragraph entitled
VARIATIONS.

3.13.1.2 Additional Shop Drawings and Submittals

SECTION 01 33 00.12 10   Page 47
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

198 of 1610
Government Rule 4 File

**A626**

In accordance with the paragraph entitled DESIGN DISCREPANCIES, the Government may request the Design-Build Contractor to provide additional shop drawing and submittal type data subsequent to completion of the design.

3.13.2 Incomplete Design

The Design-Build Contractor shall not use construction submittals as a means to supplant and/or supplement an incomplete design effort.

3.13.3 Government Approval of Construction Submittals

The approval of construction submittals by the Contracting Officer shall not be construed as a complete check, but will indicate only that the general method of design construction, materials, detailing and other information are satisfactory. Approval will not relieve the Design-Build Contractor of the responsibility for any error which may exist, as it is the sole responsibility of the Design-Build Contractor to certify that each submittal has been reviewed in detail and is in strict conformance with all the contract documents and design criteria referenced therein.

3.13.4 Submittals

Submittals (other than shop drawings) shall be limited to items such as Plans (e.g., Quality Control Plan, Accident Prevention Plan, Area Use Plan etc.),Certificates of Compliance, Installation Instructions, Manufacturer's Catalog Data, Descriptive Literature/Illustrations, Factory and Field Test Reports, Performance and Operational Test Data Reports, Records, Operation and Maintenance Manuals, and required variations.

3.13.5 Government Review

Upon completion of review of construction submittals requiring Government approval, the submittals will be identified as having received approval by being so stamped and dated. [Two(2)] copies of the submittal will be retained by the Contracting Officer.

3.14 FOR INFORMATION ONLY SUBMITTALS

These submittals shall be checked, stamped, signed and dated by the Design-Build Contractor's Quality Control Engineer, certifying that such submittal complies with the contract requirements. All Contractor submittals shall be subject to review by the Government at any time during the course of the contract. Any Contractor submittal found to contain errors or omissions shall be resubmitted as one requiring "approval". No adjustment for time or money will be allowed for corrections required as a result of noncompliance with plans or specifications. Normally submittals for information only will not be returned. Approval of the Contracting Officer is not required on information only submittals. These submittals will be used for information purposes. The Government reserves the right to require the Design-Build Contractor to resubmit any item found not to comply with the contract. This does not relieve the Design-Build Contractor from the obligation to furnish material conforming to the plans and specifications and will not prevent the Contracting Officer from requiring removal and replacement if nonconforming material is incorporated in the work.

3.15   THE CONTRACT AND ORDER OF PRECEDENCE

3.15.1   Contract Components

SECTION 01 33 00.12 10   Page 48
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A627**

The contract consists of the solicitation, the approved proposal, and the
final design.

3.15.2   Order of Precedence

NFAS Clause 5252.236-9312.  In the event of conflict or inconsistency between
any of the below described portions of the conformed contract, precedence
shall be given in the following order:

        a. Any portions of the proposal or final design that exceed the
        requirements of the solicitation.

        (1) Any portion of the proposal that exceeds the final design.

        (2) Any portion of the final design that exceeds the proposal.

        (3) Where portions within either the proposal or the final design
        conflict, the portion that most exceeds the requirements of the
        solicitation has precedence.

        b. The requirements of the solicitation, in descending order of
        precedence:

        (1) Part 1 - Contract Clauses.

        (2) Part 2 - General Requirements.

        (3) Part 3 - Project Program Requirements.

        (4) Part 6 - Attachments (excluding Concept Drawings).

        (5) Part 5 - Prescriptive Specifications exclusive of performance
             specifications.

        (6) Part 4 - Performance Specifications exclusive of prescriptive
             specifications.

        (7) Part 6 - Attachments (Concept Drawings).

3.15.2.1   Government Review or Approval

  Government review or approval of any portion of the proposal or final
  design shall not relieve the Contractor from responsibility for errors or
  omissions with respect thereto.

3.16 ATTACHMENTS

The following attachments form an integral part of this specification:

ENG FORM 4025 -Transmittal of Shop Drawings, Equipment Data, Material
Samples, or Manufacturer's Certificate of Compliance (2 pages)

ENG FORM 4288 - Submittal Register

Figure 1 -Index Sheet Logo/Signature Block (A-E)

Figure 2 -Continuation Sheet Logo/Signature Block (A-E)

Figure 3 -Title Block for Continuation Sheets

SECTION 01 33 00.12 10  Page 49
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

200 of 1610
Government Rule 4 File

**A628**

Figure 4 -Revision Block

Figure 5 -Finished Format Size


        -- End of Section --

SECTION 01 33 00.12 10   Page 50
PART TWO - GENERAL REQUIREMENTS

                                              W912ER-11-D-0010-0006

                    201 of 1610
                Government Rule 4 File


**A629**

# TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE
*(Read instructions on the reverse side prior to initiating this form)*

| DATE | TRANSMITTAL NO. |
|---|---|
| | |

## SECTION I - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS *(This section will be initiated by the contractor)*

| TO: | FROM: | CONTRACT NO. | CHECK ONE: ☐ THIS IS A NEW TRANSMITTAL ☐ THIS IS A RESUBMITTAL OF TRANSMITTAL ___ |
|---|---|---|---|

| SPECIFICATION SEC. NO. *(Cover only one section with each transmittal)* | PROJECT TITLE AND LOCATION | CHECK ONE: THIS TRANSMITTAL IS FOR ☐ FIO ☐ GOV'T. APPROVAL |
|---|---|---|

| ITEM NO. a. | DESCRIPTION OF ITEM SUBMITTED *(Type size, model number/etc.)* b. | MFG OR CONTR. CAT., CURVE DRAWING OR BROCHURE NO. *(See instruction no. 8)* c. | NO. OF COPIES d. | SPEC. PARA. NO. e. | DRAWING SHEET NO. f. | FOR CONTRACTOR USE CODE g. | VARIATION *(See instruction No. 6)* h. | FOR CE USE CODE i. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| REMARKS | I certify that the above submitted items have been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as other wise stated. |
|---|---|
| | NAME AND SIGNATURE OF CONTRACTOR |

## SECTION II - APPROVAL ACTION

| ENCLOSURES RETURNED *(List by Item No.)* | NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY | DATE |
|---|---|---|
| | | |

**ENG FORM 4025-R, MAR 95**  *(ER 415-1-10)*  EDITION OF SEP 93 IS OBSOLETE.  SHEET ___ OF ___  *(Proponent: CEMP-CE)*

W912ER-11-D-0010-0006

202 of 1610
Government Rule 4 File

# A630

**INSTRUCTIONS**

1. Section I will be initiated by the Contractor in the required number of copies.

2. Each transmittal shall be numbered consecutively in the space provided for "Transmittal No.". This number, in addition to the contract number, will form a serial number for identifying each submittal. For new submittals or resubmittals mark the appropriate box; on resubmittals, insert transmittal number of last submission as well as the new submittal number.

3. The "Item No." will be the same "Item No." as indicated on ENG FORM 4288-R for each entry on this form.

4. Submittals requiring expeditious handling will be submitted on a separate form.

5. Separate transmittal form will be used for submittals under separate sections of the specifications.

6. A check shall be placed in the "Variation" column when a submittal is not in accordance with the plans and specifications--also, a written statement to that effect shall be included in the space provided for "Remarks".

7. Form is self-transmittal, letter of transmittal is not required.

8. When a sample of material or Manufacturer's Certificate of Compliance is transmitted, indicate "Sample" or "Certificate" in column c, Section I.

9. U.S. Army Corps of Engineers approving authority will assign action codes as indicated below in space provided in Section I, column i to each item submitted. In addition they will ensure enclosures are indicated and attached to the form prior to return to the contractor. The Contractor will assign action codes as indicated below in Section I, column g, to each item submitted.

THE FOLLOWING ACTION CODES ARE GIVEN TO ITEMS SUBMITTED

| | | | | | |
|---|---|---|---|---|---|
| A | -- | Approved as submitted. | E | -- | Disapproved (See attached). |
| B | -- | Approved, except as noted on drawings. | F | -- | Receipt acknowledged. |
| C | -- | Approved, except as noted on drawings. Refer to attached sheet resubmission required. | FX | -- | Receipt acknowledged, does not comply as noted with contract requirements. |
| D | -- | Will be returned by separate correspondence. | G | -- | Other *(Specify)* |

10. Approval of items does not relieve the contractor from complying with all the requirements of the contract plans and specifications.

*(Reverse of ENG Form 4025-R)*

# SUBMITTAL REGISTER
(ER 415 1-10)

**CONTRACT NO.**

**TITLE AND LOCATION**

**CONTRACTOR**

**SPECIFICATION SECTION**

| ACTIVITY NO | TRANS-MITTAL NO. | ITEM NO | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | TYPE OF SUBMITTAL | | | | | | | CLASSI-FICATION | | REVIEWER | CONTRACTOR SCHEDULE DATES | | | CONTRACTOR ACTION | | | GOVERNMENT ACTION | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | DRAWINGS DATA | INSTRUCTIONS | SCHEDULES | STATEMENTS REPORTS | CERTIFICATES | SAMPLES | RECORDS | INFORMATION ONLY | GOVERNMENT APPROVED | | SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | CODE | DATE | SUBMIT TO GOVERN-MENT | CODE | DATE | |
| a. | b. | c. | d. | e. | f. | g. | h. | i. | j. | k. | l. | m. | n. | o. | p. | q. | r. | s. | t. | u. | v. | w. | x. | y. | z. |

**ENG FORM 4288-R, MAR 95**   EDITION OF SEP 93 IS OBSOLETE.   PAGE 1 OF____PAGES   (Proponent: CEMP-CE)

W912ER-11-D-0010-0006

Government Rule 4 File

# A632

# INDEX SHEET LOGO/SIGNATURE BLOCK (A-E)



FIGURE 1

W912ER-11-D-0010-0006

205 of 1610
Government Rule 4 File

**A633**

# INSIGNATION CHIEF LOGO/SIGNATURE BLOCK (/



164MM

95MM | 24MM | 44MM

14MM TYP

42MM

AE DESIGN LOGO

US Army Corps
of Engineers
Middle East District

DESIGNED BY: | DATE:

XXX | DATE

DWN BY: | SUBMITTED BY:

XXX | CHIEF
CHIEF, TITLE

CHK BY: | FILE NO.:

XXX | PROJECT NUMBER

IZE: 2MM
0

TEXT SIZE: 3
WEIGHT: 2

TEXT SIZE: 2MM
WEIGHT: 0

TEXT SIZE: 2MM

TEXT SIZE: 3.8MM

# TITLE BLOCK FOR CONTINUATION SHEETS



| TEXT SIZE | WEIGHT |
|-----------|--------|
| 36MM | 2 |
| 30MM | 1 |
| 36MM | 2 |
| 34MM | 2 |
| 34MM | 2 |

104MM

42MM

PROJECT TITLE
PROJECT LOCATION

FACILITY TITLE
DRAWING TITLE
(CONT.)

FIGURE 3

# INDEX SHEET LOGO AND REVISION BLOCK



| SYMBOL | DESCRIPTION | DATE | APR |
|---|---|---|---|
| △ A | COP#1 REV. DWG. INDEX | 07/18/09 | |
| △ 2 | AM#2 REV. DWG. INDEX | 03/22/09 | |
| △ 1 | AM#1 REV. DWG. INDEX | 02/15/09 | |

FIGURE 4

W912ER-11-D-0010-0006

# FINISHED FORMAT SIZE



FIGURE 5

W912ER-11-D-0010-0006

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 33 29

LEED(TM) DOCUMENTATION

PART 1   GENERAL

  1.1   REFERENCES
  1.2   SUBMITTALS
  1.3   DESCRIPTION
    1.3.1   Credit Validation
    1.3.2   Contractor Responsibilities
  1.4   LEED IMPLEMENTATION PLAN
  1.5   LEED DOCUMENTATION NOTEBOOK
    1.5.1   Content
    1.5.2   LEED Calculations
    1.5.3   Submittals
  1.6   REQUIREMENTS
    1.6.1   Materials and Resources Credit 4, Recycled Content
      1.6.1.1   Calculations
      1.6.1.2   Substitutions
    1.6.2   Materials and Resources Credit 5, Regional Materials
      1.6.2.1   Calculations
    1.6.3   Materials and Resources Credit 7, Certified Wood
      1.6.3.1   Calculations

PART 2   PRODUCTS


PART 3   EXECUTION

  3.1   COORDINATION MEETINGS

-- End of Section Table of Contents --

SECTION 01 33 29   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

210 of 1610
Government Rule 4 File

A638

SECTION 01 33 29

LEED(TM) DOCUMENTATION


PART 1   GENERAL

1.1   REFERENCES

  The publications listed below form a part of this specification to the
  extent referenced.  The publications are referred to within the text by the
  basic designation only.

        FOREST STEWARDSHIP COUNCIL (FSC)

  FSC STD 01 001                  (2000) Principles and Criteria for Forest
                                  Stewardship

        U.S. GREEN BUILDING COUNCIL (USGBC)

  LEED                            (2002; R 2005) Leadership in Energy and
                                  Environmental Design(tm) Green Building
                                  Rating System for New Construction
                                  (LEED-NC)

  LEED Reference Guide            (2009) LEED-NC Reference Guide for New
                                  Construction

1.2   SUBMITTALS

  Government approval is required for submittals with a "G" designation;
  submittals not having a "G" designation are for information only.  When
  used, a designation following the "G" designation identifies the office
  that will review the submittal for the Government.  The following shall be
  submitted in accordance with Section 01 33 00.12 10 SUBMITTAL PROCEDURES
  FOR DESIGN-BUILD PROJECTS:

    SD-01 Preconstruction Submittals

        LEED Implementation Plan; G MED

    SD-11 Closeout Submittals

        LEED Documentation Notebook; G MED

1.3   DESCRIPTION

   The Temporary Quarters and Combined DFAC Building  shall be developed for
  a sustainable rating of silver in accordance with LEED Version 3.0.  PART
  3, Chapter 3, Section 2.3.1 identifies the mandatory LEED credit items that
  are required for this project.  No variations or substitutions to the
  mandatory LEED credits identified for this contract shall be allowed
  without written consent from the Contracting Officer.  Should there be a
  case where there is any problem meeting the full requirements of a
  mandatory LEED credit identified for this project, the Contractor must
  bring this to the attention of the Contracting Officer immediately.


                    SECTION 01 33 29  Page 2
                PART TWO - GENERAL REQUIREMENTS

1.3.1   Credit Validation

  This project has been registered with USGBC for validation of credits
  earned.  Contractor is not responsible for registering the project with
  USGBC or for paying project registration fees to USGBC.  Format and content
  of all construction documentation must be in accordance with the
  LEED Reference Guide requirements for supporting data required in event of
  USGBC audit of the particular credit.  Contractor is required to prepare
  and submit assembled data which is acceptable to USGBC and and must respond
  to USGBC requests for additional construction data in the course of seeking
  project certification.

1.3.2   Contractor Responsibilities

  Some LEED credits may be inherent in the design prepared by the Contractor
  and require no further submittal or documentation.  For these credits, the
  Contractor notify the Contracting Officer in advance of selection of any
  specified material or use of any permissible construction methods that may
  result in a deviation from the LEED designer intent.  Some LEED credits
  involve material selection and are generally identified within the
  technical sections with the notation "LEED," though not specifically
  identified in all occurrences.  Some LEED credits are dependent on
  construction practices.

  All LEED credits which are not inherent in the design prepared by the
  Contractor shall be documented by the Contractor.  Detailed submittal
  requirements are contained in the LEED Reference Guide and in the technical
  sections.

  In all cases where a material, product, or execution requirement is
  identified by "LEED" in the design prepared by the Contractor, additional
  data or certificates shall be submitted with the individual component or
  process validating the material or component to the respective LEED credit
  item.  These additional data or certificates shall be separable from the
  other submitted data and a copy shall be included in the LEED Documentation
  Notebook in addition to the distribution indicated in the submittal
  register.

1.4   LEED IMPLEMENTATION PLAN

  LEED Implementation Plan shall be submitted within 30 days after notice to
  proceed.  The plan, when completed, shall provide a detailed description of
  all activities that relate to accomplishing project LEED requirements,
  including construction practices, procurement practices, and proposed
  submittals and documentation for each LEED credit.  Plan shall also include
  the following:

    a.  Name of individuals on the Contractor's staff responsible for
    ensuring LEED credits and prerequisites are earned and responsible for
    assembling documentation.  A responsible LEED Accredited Professional
    shall be identified.

    b.  Copy of proposed contract with Commissioning Agent.

    c.  Templates to be used for tracking LEED credits.  Listing of
    documents to be provided for each credit and schedule for their
    inclusion in LEED Documentation Notebook.

    d.  List of all plans required in the technical sections for LEED

                        SECTION 01 33 29  Page 3
                     PART TWO - GENERAL REQUIREMENTS

credit.  Proposed submittal date for each plan.  These shall be added
to the LEED Implementation Plan as they are completed.

e.  Implementation plan for cumulative materials credits, which shall
use applicable template with proposed materials, associated estimated
costs, and details necessary for LEED Calculations added in order to
determine if the listed materials can be expected to achieve the
project goal.  Submit cumulative materials implementation plans before
materials purchaing begins.

## 1.5   LEED DOCUMENTATION NOTEBOOK

The Contractor shall prepare a comprehensive notebook documenting
compliance for each LEED credit identified in Part 3, Section 2.0,
Paragraph 2.3.1.  LEED Documentation Notebook shall be formatted to match
LEED numbering system and tabbed for each credit and prerequisite.  LEED
documentation in notebook shall contain up to date information through the
previous month's work, and at least one set shall be available on the
jobsite at all times.  The Notebook may be maintained and available for
reference electronically if preferred.  Completed pages shall be prevented
from being altered.  If the Contractor fails to maintain the LEED
Documentation Notebook as specified herein, the Contracting Officer will
deduct from the monthly progress payment an amount representing the
estimated cost of maintaining the Notebook.  This monthly deduction will
continue until an agreement can be reached between the Contracting Officer
and the Contractor regarding the accuracy and completeness of the
Notebook.  The original, 3 copies, and an electronic version on CD of the
notebook shall be submitted at project closeout.

### 1.5.1   Content

Notebook shall include Part 3, Section 2.0, Paragraph 2.3.1, applicable
product data for material selection, final calculations, certifications for
construction practices, procurement data, cumulative calculations and other
items as identified in the approved LEED Implementation Plan.  Notebook
must contain all required data to support full compliance with the
indicated LEED credit.  LEED credits that are inherent to the design will
be documented by the designer of record.

### 1.5.2   LEED Calculations

Calculations showing compliance with a required LEED credit identified in
Table 1 or within the LEED Implementation Plan.  Calculations shall be
current and available for monthly review.  Final calculations shall be
included in the LEED Documentation Notebook under the appropriate tab.

### 1.5.3   Submittals

All "G" designated submittals required for inclusion in the LEED
Documentation Notebook shall be separable from other submitted data and
shall be included in the LEED Documentation Notebook in addition to the
distribution indicated on the submittal register.

## 1.6   REQUIREMENTS

LEED credits shall be incorporated and documented in full compliance with
the LEED Reference Guide.  LEED credits requiring further instruction are
specified below.  Refer to the LEED Reference Guide for further definitions
and requirements.

SECTION 01 33 29  Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

1.6.1   Materials and Resources Credit 4, Recycled Content

Not withstanding the requirements of Section 01 62 35 RECYCLED/RECOVERED
MATERIALS, Contractor shall select materials so that the sum of
post-consumer recycled content value plus one-half of post-industrial
recycled content value constitutes at least 10 percent of the total
materials cost for the project.  EPA Comprehensive Procurement Guidelines
has a supplier database.  California Integrated Waste Management Board
(CIWMB) Recycled Content Directory also contains product and supplier data
at www.ciwmb.ca.gov/rcp.

1.6.1.1   Calculations

LEED Letter Template forms shall be used for tracking and documentation.
Recycled content value of project materials shall be determined by the
method described in the LEED Reference Guide.

1.6.1.2   Substitutions

In the case of conflict between this requirement and individual technical
section requirements, Contractor may submit for Government approval
proposed alternative products or systems that provide equivalent
performance and appearance and have greater contribution to project
recycled content requirements.  All such proposed substitutions shall be
submitted with the LEED Implementation Plan accompanied by product data
that demonstrates equivalence.

1.6.2   Materials and Resources Credit 5, Regional Materials

Contractor shall select materials so that a minimum of 10 percent (by
dollar value) of materials and products for the project are extracted,
harvested, or recovered, as well as manufactured, regionally within a 800
kilometer ( radius of the project site.

1.6.2.1   Calculations

LEED Letter Template forms shall be used for tracking and documentation.
Amount of regional project materials shall be determined by the method
described in the LEED Reference Guide.

1.6.3   Materials and Resources Credit 7, Certified Wood

Contractor shall select materials so that a minimum of 95 percent (by
dollar value) of permanently installed wood-based materials and products
for the project are certified in accordance with FSC STD 01 001.

1.6.3.1   Calculations

LEED Letter Template forms shall be used for tracking and documentation.
Amount of FSC-certified project materials shall be determined by the method
described in the LEED Reference Guide.

PART 2   PRODUCTS

Not used.

SECTION 01 33 29   Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A642**

PART 3   EXECUTION

3.1   COORDINATION MEETINGS

   There will be three onsite coordination meetings.  The first will be a
   preconstruction meeting to review the LEED Implementation Plan.  The
   requirements for this meeting may be fulfilled during the coordination and
   mutual understanding meeting outlined in Section 01 45 04.00 10 CONTRACTOR
   QUALITY CONTROL.  The second will be a pre-closeout meeting to review LEED
   Documentation Notebook for completeness and identify any outstanding issues
   relating to final score and documentation requirements.  The third is a
   closeout meeting to review the final LEED Documentation Notebook.  All
   meetings shall be attended by Contractor's designated individual
   responsible for LEED documentation, Government representative and
   Installation representative.  At closeout meeting a final score for the
   project will be determined based on review of project performance and
   documentation.  Contractor shall make a set of contract drawings and
   specifications available for review at each meeting as well as an updated
   LEED Documentation Notebook.

          -- End of Section --

SECTION 01 33 29  Page 6
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

215 of 1610
Government Rule 4 File

**A643**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 35 26

GOVERNMENTAL SAFETY REQUIREMENTS

PART 1   GENERAL

  1.1   REFERENCES
  1.2   DEFINITIONS
  1.3   SUBMITTALS
  1.4   REGULATORY REQUIREMENTS
  1.5   SITE QUALIFICATIONS, DUTIES AND MEETINGS
    1.5.1   Personnel Qualifications
      1.5.1.1   Site Safety and Health Officer (SSHO)
        1.5.1.1.1   Contractor Quality Control (QC) Person:
      1.5.1.2   Competent Person for Confined Space Entry
      1.5.1.3   Crane Operators
    1.5.2   Personnel Duties
      1.5.2.1   Site Safety and Health Officer (SSHO)
    1.5.3   Meetings
      1.5.3.1   Preconstruction Conference
      1.5.3.2   Safety Meetings
  1.6   ACCIDENT PREVENTION PLAN (APP)
    1.6.1   EM 385-1-1 Contents
  1.7   ACTIVITY HAZARD ANALYSIS (AHA)
  1.8   DISPLAY OF SAFETY INFORMATION
  1.9   SITE SAFETY REFERENCE MATERIALS
  1.10   EMERGENCY MEDICAL TREATMENT
  1.11   NOTIFICATIONS and REPORTS
    1.11.1   Accident Notification
    1.11.2   Accident Reports
    1.11.3   Crane Reports
    1.11.4   Certificate of Compliance
  1.12   HOT WORK
  1.13   RADIATION SAFETY REQUIREMENTS
  1.14   FACILITY OCCUPANCY CLOSURE
  1.15   SEVERE STORM PLAN
  1.16   CONFINED SPACE ENTRY REQUIREMENTS.

PART 2   PRODUCTS

  2.1   CONFINED SPACE SIGNAGE

PART 3   EXECUTION

  3.1   CONSTRUCTION AND OTHER WORK
    3.1.1   Hazardous Material Use
    3.1.2   Hazardous Material Exclusions
    3.1.3   Unforeseen Hazardous Material
  3.2   PRE-OUTAGE COORDINATION MEETING
  3.3   CONTROL OF HAZARDOUS ENERGY (LOCKOUT/TAGOUT)

SECTION 01 35 26   Page 1
PART TWO - GENERAL REQUIREMENTS

    3.4   FALL HAZARD PROTECTION AND PREVENTION PROGRAM
     3.4.1   Training
     3.4.2   Fall Protection Equipment and Systems
       3.4.2.1   Personal Fall Arrest Equipment
     3.4.3   Fall Protection for Roofing Work
     3.4.4   Horizontal Lifelines
     3.4.5   Guardrails and Safety Nets
     3.4.6   Rescue and Evacuation Procedures
    3.5   SCAFFOLDING
    3.6   EQUIPMENT
     3.6.1   Material Handling Equipment
     3.6.2   Weight Handling Equipment
     3.6.3   Equipment and Mechanized Equipment
     3.6.4   USE OF EXPLOSIVES
    3.7   EXCAVATIONS
     3.7.1   Utility Locations
     3.7.2   Utility Location Verification
     3.7.3   Utilities Within and Under Concrete, Bituminous Asphalt, and
       Other Impervious Surfaces
    3.8   ELECTRICAL
     3.9.1   Portable Extension Cords
    3.9   WORK IN CONFINED SPACES

  -- End of Section Table of Contents --

                        SECTION 01 35 26   Page 2
                    PART TWO - GENERAL REQUIREMENTS

                                                W912ER-11-D-0010-0006
                            217 of 1610
                        Government Rule 4 File

                              **A645**

SECTION 01 35 26

GOVERNMENTAL SAFETY REQUIREMENTS

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

AMERICAN SOCIETY OF SAFETY ENGINEERS (ASSE/SAFE)

ASSE/SAFE A10.32            (2004) Fall Protection

ASSE/SAFE A10.34            (2001; R 2005) Protection of the Public on
                           or Adjacent to Construction Sites

ASSE/SAFE Z359.1            (2007) Safety Requirements for Personal
                           Fall Arrest Systems, Subsystems and
                           Components

ASME INTERNATIONAL (ASME)

ASME B30.22                (2010) Articulating Boom Cranes

ASME B30.3                 (2009) Tower Cranes

ASME B30.5                 (2007) Mobile and Locomotive Cranes

ASME B30.8                 (2010) Floating Cranes and Floating
                           Derricks

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 10                    (2010) Standard for Portable Fire
                           Extinguishers

NFPA 241                   (2009) Standard for Safeguarding
                           Construction,Alteration, and Demolition
                           Operations

NFPA 306                   (2009) Standard for Control of Gas Hazards
                           on Vessels

NFPA 51B                   (2009; TIA 09-1) Standard for Fire
                           Prevention During Welding, Cutting, and
                           Other Hot Work

NFPA 70                    (2011; TIA 11-1; Errata 2011; TIA 11-2;
                           TIA 11-3; TIA 11-4) National Electrical
                           Code

NFPA 70E                   (2012) Standard for Electrical Safety in
                           the Workplace

SECTION 01 35 26  Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A646**

U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                          (2008; Errata 1-2010; Changes 1-3 2010;
                                    Changes 4-6 2011) Safety and Health
                                    Requirements Manual

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

10 CFR 20                           Standards for Protection Against Radiation

29 CFR 1910                         Occupational Safety and Health Standards

29 CFR 1910.146                     Permit-required Confined Spaces

29 CFR 1915                         Confined and Enclosed Spaces and Other
                                    Dangerous Atmospheres in Shipyard
                                    Employment

29 CFR 1926                         Safety and Health Regulations for
                                    Construction

29 CFR 1926.1400                    Cranes & Derricks in Construction

29 CFR 1926.16                      Rules of Construction

29 CFR 1926.500                     Fall Protection

CPL 2.100                           (1995) Application of the Permit-Required
                                    Confined Spaces (PRCS) Standards, 29 CFR
                                    1910.146

U.S. NAVAL FACILITIES ENGINEERING COMMAND (NAVFAC)

NAVFAC P-307                        (2009; Change 1 Mar 2011; Change 2 Aug
                                    2011)Management of Weight Handling
                                    Equipment

1.2   DEFINITIONS

a. Competent Person for Fall Protection.  A person who is capable of
   identifying hazardous or dangerous conditions in the personal fall
   arrest system or any component thereof, as well as their application
   and use with related equipment, and has the authority to take prompt
   corrective measures to eliminate the hazards of falling.

b. High Visibility Accident.  Any mishap which may generate publicity or
   high visibility.

c. Medical Treatment. Treatment administered by a physician or by
   registered professional personnel under the standing orders of a
   physician.  Medical treatment does not include first aid treatment even
   through provided by a physician or registered personnel.

d. Operating Envelope.  The area surrounding any crane. Inside this
   "envelope" is the crane, the operator, riggers and crane walkers,
   rigging gear between the hook and the load, the load and the crane's
   supporting structure (ground, rail, etc.).

SECTION 01 35 26   Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A647**

e.  Recordable Injuries or Illnesses.  Any work-related injury or illness
    that results in:

    (1) Death, regardless of the time between the injury and death, or the
        length of the illness;

    (2) Days away from work (any time lost after day of injury/illness
        onset);

    (3) Restricted work;

    (4) Transfer to another job;

    (5) Medical treatment beyond first aid;

    (6) Loss of consciousness; or

    (7) A significant injury or illness diagnosed by a physician or other
        licensed health care professional, even if it did not result in
        (1) through (6) above.

f.  "USACE" property and equipment specified in USACE EM 385-1-1 should be
    interpreted as Government property and equipment.

g.  Weight Handling Equipment (WHE) Accident.  A WHE accident occurs when
    any one or more of the eight elements in the operating envelope fails
    to perform correctly during operation, including operation during
    maintenance or testing resulting in personnel injury or death; material
    or equipment damage; dropped load; derailment; two-blocking; overload;
    or collision, including unplanned contact between the load, crane, or
    other objects.  A dropped load, derailment, two-blocking, overload and
    collision are considered accidents even though no material damage or
    injury occurs.  A component failure (e.g., motor burnout, gear tooth
    failure, bearing failure) is not considered an accident solely due to
    material or equipment damage unless the component failure results in
    damage to other components (e.g., dropped boom, dropped load, roll
    over, etc.) Any mishap meeting the criteria described above shall be
    documented in both the Contractor Significant Incident Report (CSIR)
    and USACE Accident Report, ENG 3394 and submitted within five (5)
    calendar days to the Contracting Officer.

1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

    Accident Prevention Plan (APP); G RE

    Activity Hazard Analysis (AHA); G RE

    Crane Critical Lift Plan; G RE

    Proof of qualification for Crane Operators; G RE

SECTION 01 35 26  Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

220 of 1610
Government Rule 4 File

**A648**

SD-06 Test Reports

Notifications and Reports

Submit reports as their incidence occurs, in accordance with the requirements of the paragraph, "Notifications and Reports."

Accident Reports

Crane Reports

SD-07 Certificates

Confined Space Entry Permit

Hot work permit

License Certificates

Third Party Certification of Barge-Mounted Mobile Cranes

Certificate of Compliance (Crane)

Submit one copy of each permit/certificate attached to each Daily Quality Control Report.

Machinery & Mechanized Equipment Certification Form

1.4   REGULATORY REQUIREMENTS

In addition to the detailed requirements included in the provisions of this contract, comply with the most recent addition of USACE EM 385-1-1, and the following host nation laws, ordinances, criteria, rules and regulations. Submit matters of interpretation of standards to the appropriate administrative agency for resolution before starting work.  Where the requirements of this specification, applicable laws, criteria, ordinances, regulations, and referenced documents vary, the most stringent requirements govern.

1.5   SITE QUALIFICATIONS, DUTIES AND MEETINGS

1.5.1   Personnel Qualifications

1.5.1.1   Site Safety and Health Officer (SSHO)

The SSHO must meet the requirements of EM 385-1-1 section 1 and ensure that the requirements of 29 CFR 1926.16 are met for the project.  Provide a Safety oversight team that includes a minimum of one (1) person at each project site to function as the Site Safety and Health Officer (SSHO).  The SSHO or an equally-qualified Designated Representative/alternate shall be at the work site at all times to implement and administer the Contractor's safety program and government-accepted Accident Prevention Plan.  The SSHO's training, experience, and qualifications shall be as required by EM 385-1-1 paragraph 01.A.17, entitled SITE SAFETY AND HEALTH OFFICER (SSHO), and all associated sub-paragraphs.

A Competent Person shall be provided for all of the hazards identified in the Contractor's Safety and Health Program in accordance with the accepted Accident Prevention Plan, and shall be on-site at all times when the work

SECTION 01 35 26  Page 6
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A649**

that presents the hazards associated with their professional expertise is being performed.  Provide the credentials of the Competent Persons(s) to the the Contracting Officer for acceptance in consultation with the Safety Office.

1.5.1.1.1  Contractor Quality Control (QC) Person:


The Contractor Quality Control Person cannot be the SSHO on this project, even though the QC has safety inspection responsibilities as part of the QC duties.

1.5.1.2  Competent Person for Confined Space Entry

Provide a "Competent Person" to supervise the entry into each confined space.  That individual must meet the requirements and definition of Competent Person as contained in EM 385-1-1.

All confined space and enclosed space work shall comply with NFPA 306, OSHA 29 CFR 1915, Subpart B, "Confined and Enclosed Spaces and Other Dangerous Atmospheres in Shipyard Employment" or as applicable, 1910.147 for general industry.

1.5.1.3  Crane Operators

Meet the crane operators requirements in USACE EM 385-1-1, Section 16 and Appendix I.  In addition, for mobile cranes with Original Equipment Manufacturer (OEM) rated capacitates of 50,000 pounds or greater, designate crane operators as qualified by a source that qualifies crane operators (i.e., union, a government agency, or an organization that tests and qualifies crane operators).  Provide proof of current qualification.

1.5.2  Personnel Duties

1.5.2.1  Site Safety and Health Officer (SSHO)

The SSHO shall:

a.  Conduct daily safety and health inspections and maintain a written log which includes area/operation inspected, date of inspection, identified hazards, recommended corrective actions, estimated and actual dates of corrections. Attach safety inspection logs to the Contractors' daily quality control report.

b.  Conduct mishap investigations and complete required reports.  Maintain the OSHA Form 300 and Daily Production reports for prime and sub-contractors.

c.  Maintain applicable safety reference material on the job site.

d.  Attend the pre-construction conference, pre-work meetings including preparatory inspection meeting, and periodic in-progress meetings.

e.  Implement and enforce accepted APPS and AHAs.

f.  Maintain a safety and health deficiency tracking system that monitors outstanding deficiencies until resolution.  Post a list of unresolved safety and health deficiencies on the safety bulletin board.


SECTION 01 35 26  Page 7
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

222 of 1610
Government Rule 4 File

**A650**

   g. Ensure sub-contractor compliance with safety and health requirements.

   h. Maintain a list of hazardous chemicals on site and their material safety data sheets.

Failure to perform the above duties will result in dismissal of the superintendent, QC Manager, and/or SSHO, and a project work stoppage. The project work stoppage will remain in effect pending approval of a suitable replacement.

## 1.5.3   Meetings

### 1.5.3.1   Preconstruction Conference

   a. Contractor representatives who have a responsibility or significant role in accident prevention on the project shall attend the preconstruction conference. This includes the project superintendent, site safety and health officer, quality control supervisor, or any other assigned safety and health professionals who participated in the development of the APP (including the Activity Hazard Analyses (AHAs) and special plans, program and procedures associated with it).

   b. Discuss the details of the submitted APP to include incorporated plans, programs, procedures and a listing of anticipated AHAs that will be developed and implemented during the performance of the contract. This list of proposed AHAs will be reviewed at the conference and an agreement will be reached between the Contractor and the Contracting Officer's representative as to which phases will require an analysis. In addition, establish a schedule for the preparation, submittal, review, and acceptance of AHAs to preclude project delays.

   c. Deficiencies in the submitted APP will be brought to the attention of the Contractor at the preconstruction conference, and the Contractor shall revise the plan to correct deficiencies and re-submit it for acceptance. Do not begin work until there is an accepted APP.

   d. The functions of a Preconstruction conference may take place at the Post-Award Kickoff meeting for Design Build Contracts.

### 1.5.3.2   Safety Meetings

Conduct and document meetings as required by EM 385-1-1. Attach minutes showing contract title, signatures of attendees and a list of topics discussed to the Contractors' daily quality control report.

## 1.6   ACCIDENT PREVENTION PLAN (APP)

Use a qualified person to prepare the written site-specific APP. Prepare the APP in accordance with the format and requirements of USACE EM 385-1-1 and as supplemented herein. Cover all paragraph and subparagraph elements in USACE EM 385-1-1, Appendix A, "Minimum Basic Outline for Accident Prevention Plan". Specific requirements for some of the APP elements are described below. The APP shall be job-specific and address any unusual or unique aspects of the project or activity for which it is written. The APP shall interface with the Contractor's overall safety and health program. Include any portions of the Contractor's overall safety and health program referenced in the APP in the applicable APP element and made site-specific. The Government considers the Prime Contractor to be the "controlling authority" for all work site safety and health of the subcontractors.

SECTION 01 35 26   Page 8
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

223 of 1610
Government Rule 4 File

**A651**

Contractors are responsible for informing their subcontractors of the safety provisions under the terms of the contract and the penalties for noncompliance, coordinating the work to prevent one craft from interfering with or creating hazardous working conditions for other crafts, and inspecting subcontractor operations to ensure that accident prevention responsibilities are being carried out.  The APP shall be signed by the person and firm (senior person) preparing the APP, the Contractor, the on-site superintendent, the designated site safety and health officer, the Contractor Quality control Manager, and any designated CSP or CIH.

Submit the APP to the Contracting Officer 15 calendar days prior to the date of the preconstruction conference for acceptance.  Work cannot proceed without an accepted APP.

Once accepted by the Contracting Officer, the APP and attachments will be enforced as part of the contract. Disregarding the provisions of this contract or the accepted APP will be cause for stopping of work, at the discretion of the Contracting Officer, until the matter has been rectified.

Once work begins, changes to the accepted APP shall be made with the knowledge and concurrence of the Contracting Officer, project superintendent, SSHO and quality control manager.  Should any severe hazard exposure, i.e. imminent danger, become evident, stop work in the area, secure the area, and develop a plan to remove the exposure and control the hazard.  Notify the Contracting Officer within 24 hours of discovery. Eliminate/remove the hazard. In the interim, take all necessary action to restore and maintain safe working conditions in order to safeguard onsite personnel, visitors, the public (as defined by ASSE/SAFE A10.34,) and the environment.

Copies of the accepted plan will be maintained at the resident engineer's office and at the job site.
Continuously reviewed and amended the APP, as necessary, throughout the life of the contract.  Incorporate unusual or high-hazard activities not identified in the original APP as they are discovered.

1.6.1   EM 385-1-1 Contents

In addition to the requirements outlined in Appendix A of USACE EM 385-1-1, the following is required:

a.  Names and qualifications (resumes including education, training, experience and certifications) of all site safety and health personnel designated to perform work on this project to include the designated site safety and health officer and other competent and qualified personnel to be used such as CSPs, CIHs, STSs, CHSTs.  Specify the duties of each position.

b.  Qualifications of competent and of qualified persons.  As a minimum, designate and submit qualifications of competent persons for each of the following major areas: excavation; scaffolding; fall protection; hazardous energy; confined space; health hazard recognition, evaluation and control of chemical, physical and biological agents; personal protective equipment and clothing to include selection, use and maintenance.

c.  Confined Space Entry Plan.  Develop a confined and/or enclosed space entry plan in accordance with USACE EM 385-1-1, applicable OSHA standards 29 CFR 1910, 29 CFR 1915, and 29 CFR 1926, OSHA Directive

SECTION 01 35 26   Page 9
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A652**

CPL 2.100, and any other federal, state and local regulatory
requirements identified in this contract.  Identify the qualified
person's name and qualifications, training, and experience.  Delineate
the qualified person's authority to direct work stoppage in the event
of hazardous conditions.  Include procedure for rescue by contractor
personnel and the coordination with emergency responders.  (If there is
no confined space work, include a statement that no confined space work
exists and none will be created.)

d.  Crane Critical Lift Plan.
Prepare and sign weight handling critical lift plans for lifts over 75
percent of the capacity of the crane or hoist (or lifts over 50 percent of
the capacity of a barge mounted mobile crane's hoists) at any radius of
lift; lifts involving more than one crane or hoist; lifts of personnel; and
lifts involving non-routine rigging or operation, sensitive equipment, or
unusual safety risks. Submit 15 calendar days prior to on-site work and
include the requirements of USACE EM 385-1-1, paragraph 16.H. and the
following:

(1) For lifts of personnel, demonstrate compliance with the requirements of
    29 CFR 1926.1400.

(2) For barge mounted mobile cranes, barge stability calculations
    identifying barge list and trim based on anticipated loading; and load
    charts based on calculated list and trim. The amount of list and trim
    shall be within the crane manufacturer's requirements.

e.  Fall Protection and Prevention (FP&P) Program Documentation.  The
    program documentation shall be site specific and address all fall
    hazards in the work place and during different phases of construction.
    Address how to protect and prevent workers from falling to lower levels
    when they are exposed to fall hazards above 1.8 m.  A qualified person
    for fall protection shall prepare and sign the program documentation.
    Include fall protection and prevention systems, equipment and methods
    employed for every phase of work, responsibilities, assisted rescue,
    self-rescue and evacuation procedures, training requirements, and
    monitoring methods.  Revise the Fall Protection and Prevention Program
    documentation every six months for lengthy projects, reflecting any
    changes during the course of construction due to changes in personnel,
    equipment, systems or work habits.  Keep and maintain the accepted Fall
    Protection and Prevention Program documentation at the job site for the
    duration of the project.  Include the Fall Protection and Prevention
    Program documentation in the Accident Prevention Plan (APP).

    The FP&P Plan shall include a Rescue and Evacuation Plan in accordance
    with USACE EM 385-1-1, Section 21.M. The plan shall include a detailed
    discussion of the following: methods of rescue; methods of self-rescue;
    equipment used; training requirement; specialized training for the
    rescuers; procedures for requesting rescue and medical assistance; and
    transportation routes to a medical facility. Include the Rescue and
    Evacuation Plan in the Fall Protection and Prevention (FP&P) Plan, and
    as part of the Accident Prevention Plan (APP).

f.  Site Safety and Health Plan.

g.  Site Demolition Plan. ]

h.  Excavation Plan.  ]

SECTION 01 35 26  Page 10
PART TWO - GENERAL REQUIREMENTS

1.7   ACTIVITY HAZARD ANALYSIS (AHA)

 The Activity Hazard Analysis (AHA) format shall be in accordance with USACE
 EM 385-1-1, Section 1. Submit the AHA for review at least 15 calendar days
 prior to the start of each phase.  Format subsequent AHAs as amendments to
 the APP. The analysis should be used during daily inspections to ensure the
 implementation and effectiveness of the activity's safety and health
 controls.

 The AHA list will be reviewed periodically (at least monthly) at the
 Contractor supervisory safety meeting and updated as necessary when
 procedures, scheduling, or hazards change.

 Develop the activity hazard analyses using the project schedule as the
 basis for the activities performed.  Any activities listed on the project
 schedule will require an AHA.  The AHAs will be developed by the
 contractor, supplier or subcontractor and provided to the prime contractor
 for submittal to the Contracting Officer.

1.8   DISPLAY OF SAFETY INFORMATION

 Within one calendar day after commencement of work, erect a safety bulletin
 board at the job site.  Where size, duration, or logistics of project do
 not facilitate a bulletin board, an alternative method, acceptable to the
 Contracting Officer, that is accessible and includes all mandatory
 information for employee and visitor review, shall be deemed as meeting the
 requirement for a bulletin board. Include and maintain information on
 safety bulletin board as required by EM 385-1-1, section 01.A.06.
 Additional items required to be posted include:

 a.  Confined space entry permit.

 b.  Hot work permit.

1.9   SITE SAFETY REFERENCE MATERIALS

 Maintain safety-related references applicable to the project, including
 those listed in the article "References."  Maintain applicable equipment
 manufacturer's manuals.

1.10   EMERGENCY MEDICAL TREATMENT

 Contractors will arrange for their own emergency medical treatment.
 Government has no responsibility to provide emergency medical treatment.

1.11   NOTIFICATIONS and REPORTS

1.11.1   Accident Notification

 Notify the Contracting Officer as soon as practical, but no more than four
 hours after any accident meeting the definition of Recordable Injuries or
 Illnesses or High Visibility Accidents, property damage equal to or greater
 than $2,000, or any weight handling equipment accident.  Within
 notification include contractor name; contract title; type of contract;
 name of activity, installation or location where accident occurred; date
 and time of accident; names of personnel injured; extent of property
 damage, if any; extent of injury, if known, and brief description of
 accident (to include type of construction equipment used, PPE used, etc.).
 Preserve the conditions and evidence on the accident site until the

SECTION 01 35 26  Page 11
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

226 of 1610
Government Rule 4 File

**A654**

Government investigation team arrives on-site and Government investigation is conducted.

1.11.2   Accident Reports

a. Conduct an accident investigation for recordable injuries and illnesses, for Medical Treatment defined in paragraph DEFINITIONS, property damage accidents resulting in at least $20,000 in damages, and near misses as defined in EM 385-1-1, to establish the root cause(s) of the accident.  Complete the applicable USACE Accident Report Form 3394, and provide the report to the Contracting Officer within 5 calendar days of the accident.]  The Contracting Officer will provide copies of any required or special forms.

b. Conduct an accident investigation for any weight handling equipment accident (including rigging gear accidents) to establish the root cause(s) of the accident, complete the USACE Accident Report, ENG 3394 and provide the report to the Contracting Officer within five (5) calendar days of the accident.  Do not proceed with crane operations until cause is determined and corrective actions have been implemented to the satisfaction of the contracting officer. The Contracting Officer will provide a blank copy of the accident report form.]

1.11.3   Crane Reports

Submit crane inspection reports required in accordance with USACE EM 385-1-1, Appendix I and as specified herein with Daily Reports of Inspections.

1.11.4   Certificate of Compliance

Provide a Certificate of Compliance for each crane entering an activity under this contract (see Contracting Officer for a blank certificate). State within the certificate that the crane and rigging gear meet applicable OSHA regulations (with the Contractor citing which OSHA regulations are applicable, e.g., cranes used in construction, demolition, or maintenance comply with 29 CFR 1926 and USACE EM 385-1-1 Section 16 and Appendix I.  Certify on the Certificate of Compliance that the crane operator(s) is qualified and trained in the operation of the crane to be used.  For cranes at DOD activities in foreign countries, certify that the crane and rigging gear conform to the appropriate host country safety standards.  Also certify that all of its crane operators working on the DOD activity have been trained in the proper use of all safety devices (e.g., anti-two block devices).  Post certifications on the crane.

]1.12   HOT WORK

Submit and obtain a written permit prior to performing "Hot Work" (welding, cutting, etc.) or operating other flame-producing/spark producing devices, from the Fire Division.  A permit is required from the Explosives Safety Office for work in and around where explosives are processed, stored, or handled.  CONTRACTORS ARE REQUIRED TO MEET ALL CRITERIA BEFORE A PERMIT IS ISSUED.  Provide at least two (2) twenty (20) pound 4A:20 BC rated extinguishers for normal "Hot Work".  All extinguishers shall be current inspection tagged, approved safety pin and tamper resistant seal.  It is also mandatory to have a designated FIRE WATCH for any "Hot Work" done at this activity.  The Fire Watch shall be trained in accordance with NFPA 51B and remain on-site for a minimum of 30 minutes after completion of the task

SECTION 01 35 26  Page 12
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

227 of 1610
Government Rule 4 File

**A655**

or as specified on the hot work permit.

When starting work in the facility, require personnel to familiarize themselves with the location of the nearest fire alarm boxes and place in memory the emergency Fire Division phone number.  ANY FIRE, NO MATTER HOW SMALL, SHALL BE REPORTED TO THE RESPONSIBLE FIRE DIVISION IMMEDIATELY.

Obtain services from a NFPA Certified Marine Chemist for "HOT WORK" within or around flammable materials (such as fuel systems, welding/cutting on fuel pipes) or confined spaces (such as sewer wet wells, manholes, vaults, etc.) that have the potential for flammable or explosive atmospheres.

1.13   RADIATION SAFETY REQUIREMENTS

License Certificates for radiation materials and equipment shall be submitted to the Contracting Officer and Radiation Safety Office (RSO) for all specialized and licensed material and equipment that could cause fatal harm to construction personnel or to the construction project.

Workers shall be protected from radiation exposure in accordance with 10 CFR 20.  Standards for Protection Against Radiation

Loss of radioactive material shall be reported immediately to the Contracting Officer.

Actual exposure of the radiographic film or unshielding the source shall not be initiated until after 5 p.m. on weekdays.

In instances where radiography is scheduled near or adjacent to buildings or areas having limited access or one-way doors, no assumptions shall be made as to building occupancy.  Where necessary, the Contracting Officer will direct the Contractor to conduct an actual building entry, search, and alert.  Where removal of personnel from such a building cannot be accomplished and it is otherwise safe to proceed with the radiography, a fully instructed employee shall be positioned inside such building or area to prevent exiting while external radiographic operations are in process. Transportation of Regulated Amounts of Radioactive Material will comply with 49 CFR, Subchapter C, Hazardous Material Regulations.  Local Fire authorities and the site Radiation Safety officer (RSO) shall be notified of any Radioactive Material use.

Transmitter Requirements:  The base policy concerning the use of transmitters such as radios, cell phones, etc., must be adhered to by all contractor personnel.  They must also obey Emissions control (EMCON) restrictions.

1.14   FACILITY OCCUPANCY CLOSURE

Streets, walks, and other facilities occupied and used by the Government shall not be closed or obstructed without written permission from the Contracting Officer.

1.15   SEVERE STORM PLAN

In the event of a severe storm warning, the Contractor must:

a.  Secure outside equipment and materials and place materials that could be damaged in protected areas.

SECTION 01 35 26  Page 13
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A656**

   b.  Check surrounding area, including roof, for loose material, equipment,
       debris, and other objects that could be blown away or against existing
       facilities.

   c.  Ensure that temporary erosion controls are adequate.

1.16   CONFINED SPACE ENTRY REQUIREMENTS.

  Contractors entering and working in confined spaces while performing
  general industry work are required to follow the requirements of OSHA
  29 CFR 1926 and comply with the requirements in Section 34 of EM 385-1-1,
  OSHA 29 CFR 1910, and OSHA 29 CFR 1910.146.

PART 2   PRODUCTS

  Not used.

2.1   CONFINED SPACE SIGNAGE

  Provide permanent signs integral to or securely attached to access covers
  for new permit-required confined spaces.  Signs wording:
  "DANGER--PERMIT-REQUIRED CONFINED SPACE - DO NOT ENTER -" in bold letters a
  minimum of 25 mm in height and constructed to be clearly legible with all
  paint removed.  The signal word "DANGER" shall be red and readable from
  1520 mm.

PART 3   EXECUTION

3.1   CONSTRUCTION AND OTHER WORK

  Comply with USACE EM 385-1-1, NFPA 70, NFPA 70E, NFPA 241, the APP, the
  AHA, Federal and State OSHA regulations, and other related submittals and
  activity fire and safety regulations.  The most stringent standard prevails.

  PPE is governed in all areas by the nature of the work the employee is
  performing. Use personal hearing protection at all times in designated
  noise hazardous areas or when performing noise hazardous tasks.  Safety
  glasses must be carried/available on each person.

  Mandatory PPE includes:

  a.  Hard Hat

  b.  Appropriate Safety Shoes

  c.  Reflective Vests

3.1.1   Hazardous Material Use

  Each hazardous material must receive approval from the Contracting Office
  or their designated representative prior to being brought onto the job site
  or prior to any other use in connection with this contract.  Allow a
  minimum of 10 working days for processing of the request for use of a
  hazardous material.

3.1.2   Hazardous Material Exclusions

  Notwithstanding any other hazardous material used in this contract,
  radioactive materials or instruments capable of producing

                      SECTION 01 35 26   Page 14
                   PART TWO - GENERAL REQUIREMENTS

ionizing/non-ionizing radiation (with the exception of radioactive material and devices used in accordance with USACE EM 385-1-1 such as nuclear density meters for compaction testing and laboratory equipment with radioactive sources) as well as materials which contain asbestos, mercury or polychlorinated biphenyls, di-isocynates, lead-based paint are prohibited.  The Contracting Officer, upon written request by the Contractor, may consider exceptions to the use of any of the above excluded materials.  Low mercury lamps used within fluorescent lighting fixtures are allowed as an exception without further Contracting Officer approval. Notify the Radiation Safety Officer (RSO) prior to excepted items of radioactive material and devices being brought on base.

### 3.1.3   Unforeseen Hazardous Material

The design should have identified materials such as PCB, lead paint, and friable and non-friable asbestos and other OSHA regulated chemicals (i.e. 29 CFR Part 1910.1000).  If material, not indicated, that may be hazardous to human health upon disturbance during construction operations is encountered, stop that portion of work and notify the Contracting Officer immediately.  Within 14 calendar days the Government will determine if the material is hazardous.  If material is not hazardous or poses no danger, the Government will direct the Contractor to proceed without change.  If material is hazardous and handling of the material is necessary to accomplish the work, the Government will issue a modification pursuant to "FAR 52.243-4, Changes" and "FAR 52.236-2, Differing Site Conditions."

### 3.2   PRE-OUTAGE COORDINATION MEETING

Apply for utility outages at least five (5) days in advance.  As a minimum, the request should include the location of the outage, utilities being affected, duration of outage and any necessary sketches.  Special requirements for electrical outage requests are contained elsewhere in this specification section.  Once approved, and prior to beginning work on the utility system requiring shut down, attend a pre-outage coordination meeting with the Contracting Officer  and the Installation representative to review the scope of work and the lock-out/tag-out procedures for worker protection.  No work will be performed on energized electrical circuits unless proof is provided that no other means exist.

### 3.3   CONTROL OF HAZARDOUS ENERGY (LOCKOUT/TAGOUT)

Ensure that each employee is familiar with and complies with these procedures and USACE EM 385-1-1, Section 12, Control of Hazardous Energy.

### 3.4   FALL HAZARD PROTECTION AND PREVENTION PROGRAM

Establish a fall protection and prevention program, for the protection of all employees exposed to fall hazards.  Within the program include company policy, identify responsibilities, education and training requirements, fall hazard identification, prevention and control measures, inspection, storage, care and maintenance of fall protection equipment and rescue and evacuation procedures.

### 3.4.1   Training

Institute a fall protection training program.  As part of the Fall Hazard Protection and Prevention Program, provide training for each employee who might be exposed to fall hazards.  Provide training by a competent person for fall protection in accordance with USACE EM 385-1-1, Section 21.B.

SECTION 01 35 26   Page 15
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

230 of 1610
Government Rule 4 File

**A658**

3.4.2   Fall Protection Equipment and Systems

Enforce use of the fall protection equipment and systems designated for
each specific work activity in the Fall Protection and Prevention Plan
and/or AHA at all times when an employee is exposed to a fall hazard.
Protect employees from fall hazards as specified in EM 385-1-1, Section
21.  In addition to the required fall protection systems, safety skiff,
personal floatation devices, life rings etc., are required when working
above or next to water in accordance with USACE EM 385-1-1, Paragraphs 21.N
through 21.N.04.  Personal fall arrest systems are required when working
from an articulating or extendible boom, swing stages, or suspended
platform.  In addition, personal fall arrest systems are required when
operating other equipment such as scissor lifts if the work platform is
capable of being positioned outside the wheelbase.  The need for tying-off
in such equipment is to prevent ejection of the employee from the equipment
during raising, lowering, or travel.  Fall protection must comply with
29 CFR 1926.500, Subpart M, USACE EM 385-1-1 and ASSE/SAFE A10.32.

3.4.2.1   Personal Fall Arrest Equipment

Personal fall arrest equipment, systems, subsystems, and components shall
meet ASSE/SAFE Z359.1.  Only a full-body harness with a shock-absorbing
lanyard or self-retracting lanyard is an acceptable personal fall arrest
body support device.  Body belts may only be used as a positioning device
system (for uses such as steel reinforcing assembly and in addition to an
approved fall arrest system).  Harnesses shall have a fall arrest
attachment affixed to the body support (usually a Dorsal D-ring) and
specifically designated for attachment to the rest of the system.  Only
locking snap hooks and carabiners shall be used. Webbing, straps, and ropes
shall be made of synthetic fiber. The maximum free fall distance when using
fall arrest equipment shall not exceed 1.8 m.  The total fall distance and
any swinging of the worker (pendulum-like motion) that can occur during a
fall shall always be taken into consideration when attaching a person to a
fall arrest system.

3.4.3   Fall Protection for Roofing Work

Implement fall protection controls based on the type of roof being
constructed and work being performed.  Evaluate the roof area to be
accessed for its structural integrity including weight-bearing capabilities
for the projected loading.

a.  Low Sloped Roofs:

   (1) For work within 1.8 m of an edge, on low-slope roofs, protect
       personnel from falling by use of personal fall arrest systems,
       guardrails, or safety nets.  A safety monitoring system is not
       adequate fall protection and is not authorized.

   (2) For work greater than 1.8 m from an edge, erect and install
       warning lines in accordance with 29 CFR 1926.500 and USACE
       EM 385-1-1.

b.  Steep-Sloped Roofs:  Work on steep-sloped roofs requires a personal
    fall arrest system, guardrails with toe-boards, or safety nets.  This
    requirement also includes residential or housing type construction.

SECTION 01 35 26  Page 16
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

231 of 1610
Government Rule 4 File

**A659**

### 3.4.4   Horizontal Lifelines

Design, install, certify and use under the supervision of a qualified person horizontal lifelines for fall protection as part of a complete fall arrest system which maintains a safety factor of 2 (29 CFR 1926.500).

### 3.4.5   Guardrails and Safety Nets

Design, install and use guardrails and safety nets in accordance with EM 385-1-1 and 29 CFR 1926 Subpart M.

### 3.4.6   Rescue and Evacuation Procedures

When personal fall arrest systems are used, ensure that the mishap victim can self-rescue or can be rescued promptly should a fall occur.  Prepare a Rescue and Evacuation Plan and include a detailed discussion of the following: methods of rescue; methods of self-rescue; equipment used; training requirement; specialized training for the rescuers; procedures for requesting rescue and medical assistance; and transportation routes to a medical facility.  Include the Rescue and Evacuation Plan within the Activity Hazard Analysis (AHA) for the phase of work, in the Fall Protection and Prevention (FP&P) Plan, and the Accident Prevention Plan (APP).

### 3.5   SCAFFOLDING

Provide employees with a safe means of access to the work area on the scaffold.  Climbing of any scaffold braces or supports not specifically designed for access is prohibited.  Access scaffold platforms greater than 6 m maximum in height by use of a scaffold stair system.  Do not use vertical ladders commonly provided by scaffold system manufacturers for accessing scaffold platforms greater than 6 m maximum in height.  The use of an adequate gate is required.  Ensure that employees are qualified to perform scaffold erection and dismantling.  Do not use scaffold without the capability of supporting at least four times the maximum intended load or without appropriate fall protection as delineated in the accepted fall protection and prevention plan.  Stationary scaffolds must be attached to structural building components to safeguard against tipping forward or backward.  Give special care to ensure scaffold systems are not overloaded.  Side brackets used to extend scaffold platforms on self-supported scaffold systems for the storage of material is prohibited.  The first tie-in shall be at the height equal to 4 times the width of the smallest dimension of the scaffold base. Place work platforms on mud sills.  Scaffold or work platform erectors shall have fall protection during the erection and dismantling of scaffolding or work platforms that are more than six feet.  Delineate fall protection requirements when working above six feet or above dangerous operations in the Fall Protection and Prevention (FP&P) Plan and Activity Hazard Analysis (AHA) for the phase of work.

### 3.6   EQUIPMENT

### 3.6.1   Material Handling Equipment

a.  Material handling equipment such as forklifts shall not be modified with work platform attachments for supporting employees unless specifically delineated in the manufacturer's printed operating instructions.

SECTION 01 35 26  Page 17
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

232 of 1610
Government Rule 4 File

**A660**

   b.  The use of hooks on equipment for lifting of material must be in
       accordance with manufacturer's printed instructions.

   c.  Operators of forklifts or power industrial trucks shall be licensed in
       accordance with OSHA.

3.6.2   Weight Handling Equipment

   a.  Equip cranes and derricks as specified in EM 385-1-1, section 16.

   b.  Notify the Contracting Officer 15 days in advance of any cranes
       entering the activity so that necessary quality assurance spot checks
       can be coordinated.  Prior to cranes entering federal activities, a
       Crane Access Permit must be obtained from the Contracting Officer.  A
       copy of the permitting process will be provided at the Preconstruction
       Conference.  Contractor's operator shall remain with the crane during
       the spot check.

   c.  Comply with the crane manufacturer's specifications and limitations for
       erection and operation of cranes and hoists used in support of the
       work.  Perform erection under the supervision of a designated person
       (as defined in ASME B30.5).  Perform all testing in accordance with the
       manufacturer's recommended procedures.

   d.  Comply with ASME B30.5 for mobile and locomotive cranes, ASME B30.22
       for articulating boom cranes, ASME B30.3 for construction tower cranes,
       and ASME B30.8 for floating cranes and floating derricks.

   e.  Under no circumstance shall a Contractor make a lift at or above 90
       percent of the cranes rated capacity in any configuration.

   f.  When operating in the vicinity of overhead transmission lines,
       operators and riggers shall be alert to this special hazard and follow
       the requirements of USACE EM 385-1-1 Section 11, NAVFAC P-307 Figure
       10-3 and ASME B30.5 or ASME B30.22 as applicable.

   g.  Do not crane suspended personnel work platforms (baskets) unless the
       Contractor proves that using any other access to the work location
       would provide a greater hazard to the workers or is impossible.  Do not
       lift personnel with a line hoist or friction crane.

   h.  Inspect, maintain, and recharge portable fire extinguishers as
       specified in NFPA 10, Standard for Portable Fire Extinguishers.

   i.  All employees must keep clear of loads about to be lifted and of
       suspended loads.

   j.  Use cribbing when performing lifts on outriggers.

   k.  The crane hook/block must be positioned directly over the load.  Side
       loading of the crane is prohibited.

   l.  A physical barricade must be positioned to prevent personnel from
       entering the counterweight swing (tail swing) area of the crane.

   m.  Certification records which include the date of inspection, signature
       of the person performing the inspection, and the serial number or other
       identifier of the crane that was inspected shall always be available
       for review by Contracting Officer personnel.

SECTION 01 35 26   Page 18
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

233 of 1610
Government Rule 4 File

**A661**

n.  Written reports listing the load test procedures used along with any
    repairs or alterations performed on the crane shall be available for
    review by Contracting Officer personnel.

o.  Certify that all crane operators have been trained in proper use of all
    safety devices (e.g. anti-two block devices).

p.  Take steps to ensure that wind speed does not contribute to loss of
    control of the load during lifting operations.  Prior to conducting
    lifting operations set a maximum wind speed at which a crane can be
    safely operated based on the equipment being used, the load being
    lifted, experience of operators and riggers, and hazards on the work
    site.  This maximum wind speed determination shall be included as part
    of the activity hazard analysis plan for that operation.

3.6.3   Equipment and Mechanized Equipment

a.  Proof of qualifications for operator shall be kept on the project site
    for review.

b.  Manufacture specifications or owner's manual for the equipment shall be
    on-site and reviewed for additional safety precautions or requirements
    that are sometimes not identified by OSHA or USACE EM 385-1-1.
    Incorporate such additional safety precautions or requirements into the
    AHAs.

c.  Submit a Machinery & Mechanized Equipment Certification Form for
    acceptance by the Contracting Officer prior to being placed into use.
    A copy of the certification form will be provided during the
    Pre-construction Conference.

3.6.4   USE OF EXPLOSIVES

Explosives are not permitted on the project site.

3.7   EXCAVATIONS

Soil classification must be performed by a competent person in accordance
with 29 CFR 1926 and EM 385-1-1.

3.7.1   Utility Locations

All underground utilities in the work area must be positively identified by
a third party, independent, private utility locating company in addition to
any station locating service and coordinated with the station utility
department.

3.7.2   Utility Location Verification

Physically verify underground utility locations, including utility depth,
by hand digging using wood or fiberglass handled tools when any adjacent
construction work is expected to come within three feet of the underground
system.

3.7.3   Utilities Within and Under Concrete, Bituminous Asphalt, and Other
Impervious Surfaces

Utilities located within and under concrete slabs or pier structures,

SECTION 01 35 26   Page 19
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

234 of 1610
Government Rule 4 File

**A662**

bridges, parking areas, and the like, are extremely difficult to identify. Whenever contract work involves chipping, saw cutting, or core drilling through concrete, bituminous asphalt or other impervious surfaces, the existing utility location must be coordinated with station utility departments in addition to location and depth verification by a third party, independent, private locating company.  The third party, independent, private locating company shall locate utility depth by use of Ground Penetrating Radar (GPR), X-ray, bore scope, or ultrasound prior to the start of demolition and construction. Outages to isolate utility systems must be used in circumstances where utilities are unable to be positively identified.  The use of historical drawings does not alleviate the contractor from meeting this requirement.

3.8   ELECTRICAL

3.9.1   Portable Extension Cords

Size portable extension cords in accordance with manufacturer ratings for the tool to be powered and protected from damage.  Immediately removed from service all damaged extension cords.  Portable extension cords shall meet the requirements of EM 385-1-1, NFPA 70E, and OSHA electrical standards.

3.9   WORK IN CONFINED SPACES

Comply with the requirements in Section 34 of USACE EM 385-1-1, OSHA 29 CFR 1910, OSHA 29 CFR 1910.146, OSHA Directive CPL 2.100 and OSHA 29 CFR 1926.  Any potential for a hazard in the confined space requires a permit system to be used.

a.   Entry Procedures.  Prohibit entry into a confined space by personnel for any purpose, including hot work, until the qualified person has conducted appropriate tests to ensure the confined or enclosed space is safe for the work intended and that all potential hazards are controlled or eliminated and documented.  (See Section 34 of USACE EM 385-1-1 for entry procedures.)  All hazards pertaining to the space shall be reviewed with each employee during review of the AHA.

b.   Forced air ventilation is required for all confined space entry operations and the minimum air exchange requirements must be maintained to ensure exposure to any hazardous atmosphere is kept below its' action level.

c.   Sewer wet wells require continuous atmosphere monitoring with audible alarm for toxic gas detection.

        -- End of Section --

SECTION 01 35 26  Page 20
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

235 of 1610
Government Rule 4 File

**A663**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 42 00

SOURCES FOR REFERENCE PUBLICATIONS


PART 1   GENERAL

  1.1   REFERENCES
  1.2   ORDERING INFORMATION

-- End of Section Table of Contents --

SECTION 01 42 00   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

236 of 1610
Government Rule 4 File

**A664**

SECTION 01 42 00

SOURCES FOR REFERENCE PUBLICATIONS


PART 1   GENERAL

1.1   REFERENCES

   Various publications are referenced in other sections of the specifications
   to establish requirements for the work.  These references are identified in
   each section by document number, date and title.  The document number used
   in the citation is the number assigned by the standards producing
   organization, (e.g.  ASTM B 564 Nickel Alloy Forgings).  However, when the
   standards producing organization has not assigned a number to a document,
   an identifying number has been assigned for reference purposes.

1.2   ORDERING INFORMATION

   The addresses of the standards publishing organizations whose documents are
   referenced in other sections of these specifications are listed below, and
   if the source of the publications is different from the address of the
   sponsoring organization, that information is also provided.  Documents
   listed in the specifications with numbers which were not assigned by the
   standards producing organization should be ordered from the source by title
   rather than by number.

            ASME INTERNATIONAL (ASME)
            Three Park Avenue
            New York, NY 10016-5990
            Ph:   212-591-7722 or 800-843-2763
            Fax:  212-591-7674
            E-mail:  infocentral@asme.org
            Internet:  http://www.asme.org

            ASTM INTERNATIONAL (ASTM)
            100 Barr Harbor Drive, P.O. Box C700
            West Conshohocken, PA  19428-2959
            Ph:   610-832-9500
            Fax:  610-832-9555
            E-mail: service@astm.org
            Internet:  http://www.astm.org

            FOREST STEWARDSHIP COUNCIL (FSC)
            1155 30th Street NW
            Suite 300
            Washington, DC 20007
            Ph:   202.342.0413
            Fax:  202.342.6589
            E-mail: info@fscus.org
            Internet:  http://www.fscus.org

            NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)
            1 Batterymarch Park
            Quincy, MA  02169-7471
            Ph:   617-770-3000


                   SECTION 01 42 00  Page 2
                   PART TWO - GENERAL REQUIREMENTS

Fax:  617-770-0700
E-mail: webmaster@nfpa.org
Internet:  http://www.nfpa.org

U.S. ARMY (DA)
U.S. Army Publishing Directorate
Internet:  http://www.apd.army.mil

U.S. ARMY CORPS OF ENGINEERS (USACE)
Order CRD-C DOCUMENTS from:
U.S. Army Engineer Waterways Experiment Station
ATTN:  Technical Report Distribution Section, Services
Branch, TIC
3909 Halls Ferry Road
Vicksburg, MS  39180-6199
Ph:   601-634-2664
Fax:  601-634-2388
E-mail: mtc-info@erdc.usace.army.mil
Internet: http://www.wes.army.mil/SL/MTC/handbook.htm

Order Other Documents from:
USACE Publications Depot
Attn:  CEHEC-IM-PD
2803 52nd Avenue
Hyattsville, MD  20781-1102
Ph:  301-394-0081
Fax: 301-394-0084
E-mail: pubs-army@usace.army.mil
Internet:  http://www.usace.army.mil/publications
     or   http://www.hnd.usace.army.mil/techinfo/engpubs.htm

U. S. GREEN BUILDING COUNCIL (USGBC)
1015 18th Street, NW, Suite 508
Washington, D.C. 20036
Ph:   202-828-7422
Fax:   202-828-5110
E-mail:  info@usbc.org
Internet:  http://www.usgbc.org
AOK: 2/04
LOK: 2/04

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)
8601 Adelphi Road
College Park, MD 20740-6001
Ph:  866-272-6272
Fax: 301-837-0483
Internet: http://www.archives.gov

Order documents from:
Superintendent of Documents
U.S.Government Printing Office (GPO)
732 North Capitol Street, NW
Washington, DC  20401
Ph:   202-512-1800
Fax:  202-512-2104
E-mail: contactcenter@gpo.gov
Internet:  http://www.gpoaccess.gov

SECTION 01 42 00  Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A666**

U.S. NAVAL FACILITIES ENGINEERING COMMAND (NAVFAC)
1322 Patterson Ave. SE, Suite 1000
Washington Navy Yard, DC  20374
Ph:   757-322-4200
Fax:  757-322-4416
Internet:  http://www.navfac.navy.mil

-- End of Section --

SECTION 01 42 00  Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

239 of 1610
Government Rule 4 File

**A667**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 45 02.00 10

QUALITY CONTROL SYSTEM (QCS)


-- End of Section Table of Contents --

SECTION 01 45 02.00 10   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

240 of 1610
Government Rule 4 File

**A668**

SECTION 01 45 02.00 10

QUALITY CONTROL SYSTEM (QCS)

1.1   GENERAL

The Government will use the Resident Management System for Windows (RMS) to
assist in its monitoring and administration of this contract.  The Contractor
shall use the Government-furnished Construction Contractor Module of RMS,
referred to as QCS, to record, maintain, and submit various information
throughout the contract period.  The Contractor module, user manuals,
updates, and training information can be downloaded from the RMS web site.
This joint Government-Contractor use of RMS and QCS will facilitate
electronic exchange of information and overall management of the contract.
QCS provides the means for the Contractor to input, track, and electronically
share information with the Government in the following areas:

Administration
Finances
Quality Control
Submittal Monitoring
Scheduling
Import/Export of Data

1.1.1   Correspondence and Electronic Communications

For ease and speed of communications, both Government and Contractor will, to
the maximum extent feasible, exchange correspondence and other documents in
electronic format.  Correspondence, pay requests and other documents
comprising the official contract record shall also be provided in paper
format, with signatures and dates where necessary.  Paper documents will
govern, in the event of discrepancy with the electronic version.

1.1.2   Other Factors

Particular attention is directed to Contract Clause, "Schedules for
Construction Contracts", Contract Clause, "Payments", Section 01321 NETWORK
ANALYSIS SCHEDULES (NAS), Section 01330, SUBMITTAL PROCEDURES, and Section
01451, CONTRACTOR QUALITY CONTROL, which have a direct relationship to the
reporting to be accomplished through QCS.  Also, there is no separate payment
for establishing and maintaining the QCS database; all costs associated
therewith shall be included in the contract pricing for the work.

1.2   QCS SOFTWARE

QCS is a Windows-based program that can be run on a stand-alone personal
computer or on a network.  The Government will make available the QCS
software to the Contractor after award of the construction contract.  Prior
to the Pre-Construction Conference, the Contractor shall be responsible to
download, install and use the latest version of the QCS software from the
Government's RMS Internet Website.  Upon specific justification and request
by the Contractor, the Government can provide QCS on high-density diskettes
or CD-ROM.  Any program updates of QCS will be made available to the
Contractor via the Government RMS Website as they become available.

1.3   RELATED INFORMATION

SECTION 01 45 02.00 10  Page 2
PART TWO - GENERAL REQUIREMENTS

1.3.1   QCS User Guide

After contract award, the Contractor shall download instructions for the
installation and use of QCS from the Government RMS Internet Website; the
Contractor can obtain the current address from the Government.   In case of
justifiable difficulties, the Government will provide the Contractor with a
CD-ROM containing these instructions.

1.3.2   Contractor Quality Control (CQC) Training

The use of QCS will be discussed with the Contractor's QC System Manager
during the mandatory CQC Training class.

1.4    CONTRACT DATABASE

Prior to the pre-construction conference, the Government shall provide the
Contractor with basic contract award data to use for QCS.   The Government
will provide data updates to the Contractor as needed, generally by files
attached to E-mail.   These updates will generally consist of submittal
reviews, correspondence status, QA comments, and other administrative and QA
data.

1.5    DATABASE MAINTENANCE

The Contractor shall establish, maintain, and update data for the contract in
the QCS database throughout the duration of the contract.   The Contractor
shall establish and maintain the QCS database at the Contractor's site
office.   Data updates to the Government shall be submitted by E-mail with
file attachments, e.g., daily reports, schedule updates, payment requests. If
permitted by the Contracting Officer, a data diskette or CD-ROM may be used
instead of E-mail (see Paragraph DATA SUBMISSION VIA COMPUTER DISKETTE OR
CD-ROM).   The QCS database typically shall include current data on the
following items:

1.5.1   Administration

1.5.1.1   Contractor Information

The database shall contain the Contractor's name, address, telephone numbers,
management staff, and other required items.   Within 14 calendar days of
receipt of QCS software from the Government, the Contractor shall deliver
Contractor administrative data in electronic format via E-mail.

1.5.1.2   Subcontractor Information

The database shall contain the name, trade, address, phone numbers, and other
required information for all subcontractors.   A subcontractor must be listed
separately for each trade to be performed.   Each subcontractor/trade shall be
assigned a unique Responsibility Code, provided in QCS.   Within 14 calendar
days of receipt of QCS software from the Government, the Contractor shall
deliver subcontractor administrative data in electronic format via E-mail.

1.5.1.3   Correspondence

All Contractor correspondence to the Government shall be identified with a
serial number.   Correspondence initiated by the Contractor's site office
shall be prefixed with "S".   Letters initiated by the Contractor's home
(main) office shall be prefixed with "H".   Letters shall be numbered starting
from 0001.   (e.g., H-0001 or S-0001).   The Government's letters to the

SECTION 01 45 02.00 10   Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A670**

Contractor will be prefixed with "C".

1.5.1.4   Equipment

The Contractor's QCS database shall contain a current list of equipment
planned for use or being used on the jobsite, including the most recent and
planned equipment inspection dates.

1.5.1.5   Management Reporting

QCS includes a number of reports that Contractor management can use to track
the status of the project.  The value of these reports is reflective of the
quality of the data input, and is maintained in the various sections of QCS.
Among these reports are: Progress Payment Request worksheet, QA/QC comments,
Submittal Register Status, Three-Phase Inspection checklists.

1.5.2   Finances

1.5.2.1   Pay Activity Data

The QCS database shall include a list of pay activities that the Contractor
shall develop in conjunction with the construction schedule.  The sum of all
pay activities shall be equal to the total contract amount, including
modifications.  Pay activities shall be grouped by Contract Line Item Number
(CLIN), and the sum of the activities shall equal the amount of each CLIN.
The total of all CLINs equals the Contract Amount.

1.5.2.2   Payment Requests

All progress payment requests shall be prepared using QCS.  The Contractor
shall complete the payment request worksheet and include it with the payment
request.  The work completed under the contract, measured as percent or as
specific quantities, shall be updated at least monthly.  After the update,
the Contractor shall generate a payment request report using QCS.  The
Contractor shall submit the payment requests with supporting data by E-mail
with file attachment(s).  If permitted by the Contracting Officer, a data
diskette may be used instead of E-mail. A signed paper copy of the approved
payment request is also required, which shall govern in the event of
discrepancy with the electronic version.

1.5.3   Quality Control (QC)

QCS provides a means to track implementation of the 3-phase QC Control
System, prepare daily reports, identify and track deficiencies, document
progress of work, and support other contractor QC requirements.  The
Contractor shall maintain this data on a daily basis.  Entered data will
automatically output to the QCS generated daily report.  The Contractor shall
provide the Government a Contractor Quality Control (CQC) Plan within the
time required in Section 01451, CONTRACTOR QUALITY CONTROL.  Within seven
calendar days of Government acceptance, the Contractor shall submit a data
diskette or CD-ROM reflecting the information contained in the accepted CQC
Plan:  schedule, pay activities, features of work, submittal register, QC
requirements, and equipment list.

1.5.3.1   Daily Contractor Quality Control (CQC) Reports.

QCS includes the means to produce the Daily CQC Report.  The Contractor may
use other formats to record basic QC data.  However, the Daily CQC Report
generated by QCS shall be the Contractor's official report.  Data from any

SECTION 01 45 02.00 10   Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A671**

supplemental reports by the Contractor shall be summarized and consolidated onto the QCS-generated Daily CQC Report. Daily CQC Reports shall be submitted as required by Section 01451, CONTRACTOR QUALITY CONTROL. Reports shall be submitted electronically to the Government using E-mail or diskette within 24 hours after the date covered by the report. Use of either mode of submittal shall be coordinated with the Government representative. The Contractor shall also provide the Government a signed, printed copy of the daily CQC report.

1.5.3.2   Deficiency Tracking.

The Contractor shall use QCS to track deficiencies. Deficiencies identified by the Contractor will be numerically tracked using QC punch list items. The Contractor shall maintain a current log of its QC punch list items in the QCS database. The Government will log the deficiencies it has identified using its QA punch list items. The Government's QA punch list items will be included in its export file to the Contractor. The Contractor shall regularly update the correction status of both QC and QA punch list items.

1.5.3.3   Three-Phase Control Meetings

The Contractor shall maintain scheduled and actual dates and times of preparatory and initial control meetings in QCS.

1.5.3.4   Accident/Safety Tracking.

The Government will issue safety comments, directions, or guidance whenever safety deficiencies are observed. The Government's safety comments will be included in its export file to the Contractor. The Contractor shall regularly update the correction status of the safety comments. In addition, the Contractor shall utilize QCS to advise the Government of any accidents occurring on the jobsite. This brief supplemental entry is not to be considered as a substitute for completion of mandatory reports, e.g., ENG Form 3394 and OSHA Form 300.

1.5.3.5   Features of Work

The Contractor shall include a complete list of the features of work in the QCS database. A feature of work may be associated with multiple pay activities. However, each pay activity (see subparagraph "Pay Activity Data" of paragraph "Finances") will only be linked to a single feature of work.

1.5.3.6   QC Requirements

The Contractor shall develop and maintain a complete list of QC testing, transferred and installed property, and user training requirements in QCS. The Contractor shall update all data on these QC requirements as work progresses, and shall promptly provide this information to the Government via QCS.

1.5.4   Submittal Management

The Government will provide the initial submittal register in electronic format. Thereafter, the Contractor shall maintain a complete list of all submittals, including completion of all data columns. Dates on which submittals are received and returned by the Government will be included in its export file to the Contractor. The Contractor shall use QCS to track and transmit all submittals. ENG Form 4025, submittal transmittal form, and the

SECTION 01 45 02.00 10   Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

244 of 1610
Government Rule 4 File

**A672**

submittal register update shall be produced using QCS.  RMS will be used to
update, store and exchange submittal registers and transmittals, but will not
be used for storage of actual submittals.

1.5.5   Schedule

The Contractor shall develop a construction schedule consisting of pay
activities, in accordance with Contract Clause "Schedules for Construction
Contracts", or Section 01321 NETWORK ANALYSIS SCHEDULES (NAS), as
applicable.  This schedule shall be input and maintained in the QCS database
either manually or by using the Standard Data Exchange Format (SDEF) (see
Section 01321).  The updated schedule data shall be included with each pay
request submitted by the Contractor.

1.5.6   Import/Export of Data

QCS includes the ability to export Contractor data to the Government and to
import submittal register and other Government-provided data, and schedule
data using SDEF.

1.6   IMPLEMENTATION

Contractor use of QCS as described in the preceding paragraphs is mandatory.
The Contractor shall ensure that sufficient resources are available to
maintain its QCS database, and to provide the Government with regular
database updates.  QCS shall be an integral part of the Contractor's
management of quality control.

1.7   DATA SUBMISSION VIA COMPUTER DISKETTE OR CD-ROM

The Government-preferred method for Contractor's submission of updates,
payment requests, correspondence and other data is by E-mail with file
attachment(s).  For locations where this is not feasible, the Contracting
Officer may permit use of computer diskettes or CD-ROM for data transfer.
Data on the disks or CDs shall be exported using the QCS built-in export
function.  If used, diskettes and CD-ROMs will be submitted in accordance
with the following:

1.7.1   File Medium

The Contractor shall submit required data on 3-1/2 inch double-sided
high-density diskettes formatted to hold 1.44 MB of data, capable of running
under Microsoft Windows 95 or newer.  Alternatively, CD-ROMs may be used.
They shall conform to industry standards used in the United States.  All data
shall be provided in English.

1.7.2   Disk or CD-ROM Labels

The Contractor shall affix a permanent exterior label to each diskette and
CD-ROM submitted.  The label shall indicate in English, the QCS file name,
full contract number, contract name, project location, data date, name and
telephone number of person responsible for the data.

1.7.3   File Names

The Government will provide the file names to be used by the Contractor with
the QCS software.

1.8   MONTHLY COORDINATION MEETING

SECTION 01 45 02.00 10   Page 6
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

The Contractor shall update the QCS database each workday.  At least monthly, the Contractor shall generate and submit an export file to the Government with schedule update and progress payment request.  As required in Contract Clause "Payments", at least one week prior to submittal, the Contractor shall meet with the Government representative to review the planned progress payment data submission for errors and omissions.
The Contractor shall make all required corrections prior to Government acceptance of the export file and progress payment request.  Payment requests accompanied by incomplete or incorrect data submittals will be returned.  The Government will not process progress payments until an acceptable QCS export file is received.

1.9   NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the requirements of this specification. The Contractor shall take immediate corrective action after receipt of such notice.  Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification.


    -- End of Section --


SECTION 01 45 02.00 10  Page 7
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

246 of 1610
Government Rule 4 File


**A674**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 45 04.00 10

CONTRACTOR QUALITY CONTROL


-- End of Section Table of Contents --

SECTION 01 45 04.00 10   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

247 of 1610
Government Rule 4 File

**A675**

SECTION 01 45 04.00 10

CONTRACTOR QUALITY CONTROL

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the extent
referenced.  The publications are referred to within the text by basic
designation only.

    ASTM INTERNATIONAL (ASTM)

ASTM D 3740          (2004) Minimum Requirements for Agencies
                      Engaged in the Testing and/or Inspection of Soil
                      and Rock as Used in Engineering Design and
                      Construction

ASTM E 329           (2003) Agencies Engaged in the Testing and/or
                      Inspection of Materials Used in Construction

    U.S. ARMY CORPS OF ENGINEERS (USACE)

ER 1110-1-12         (1993) Quality Management

1.2   PAYMENT

Separate payment will not be made for providing and maintaining an effective
Quality Control program, and all costs associated therewith shall be included
in the applicable unit prices or lump-sum prices contained in the Bidding
Schedule.

PART 2   PRODUCTS (Not Applicable)

PART 3   EXECUTION

3.1   GENERAL REQUIREMENTS

The Contractor is responsible for quality control and shall establish and
maintain an effective quality control system in compliance with the Contract
Clause titled "Inspection of Construction."  The quality control system shall
consist of plans, procedures, and organization necessary to produce an end
product which complies with the contract requirements.  The system shall
cover all construction operations, both onsite and offsite, and shall be
keyed to the proposed construction sequence.  The site project superintendent
will be held responsible for the quality of work on the job and is subject to
removal by the Contracting Officer for non-compliance with the quality
requirements specified in the contract.  The site project superintendent in
this context shall be the highest level manager responsible for the overall
construction activities at the site, including quality and production.  The
site project superintendent shall maintain a physical presence at the site at
all times, except as otherwise acceptable to the Contracting Officer, and
shall be responsible for all construction and construction related activities
at the site.

3.2   QUALITY CONTROL PLAN

SECTION 01 45 04.00 10  Page 2
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

The Contractor shall furnish for review by the Government, not later than 45 days after receipt of notice to proceed, the Contractor Quality Control (CQC) Plan proposed to implement the requirements of the Contract Clause titled "Inspection of Construction."  The plan shall identify personnel, procedures, control, instructions, tests, records, and forms to be used.  The Government will consider an interim plan for the first 90 days of operation. Construction will be permitted to begin only after acceptance of the CQC Plan or acceptance of an interim plan applicable to the particular feature of work to be started.  Work outside of the features of work included in an accepted interim plan will not be permitted to begin until acceptance of a CQC Plan or another interim plan containing the additional features of work to be started.

3.2.1   Content of the CQC Plan

The CQC Plan shall include, as a minimum, the following to cover all construction operations, both onsite and offsite, including work by subcontractors, fabricators, suppliers, and purchasing agents:

a.   A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff shall implement the three phase control system for all aspects of the work specified.  The staff shall include a CQC System Manager who shall report to the project superintendent.

b.   The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function.

c.   A copy of the letter to the CQC System Manager signed by an authorized official of the firm which describes the responsibilities and delegates sufficient authorities to adequately perform the functions of the CQC System Manager, including authority to stop work which is not in compliance with the contract.  The CQC System Manager shall issue letters of direction to all other various quality control representatives outlining duties, authorities, and responsibilities.  Copies of these letters shall also be furnished to the Government.

d.   Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, offsite fabricators, suppliers, and purchasing agents, subcontractors, designers of record, consultants, architect engineers (AE), offsite fabricators, suppliers, and purchasing agents.  These procedures shall be in accordance with Section 01 33 00.12 10 SUBMITTAL PROCEDURES FOR DESIGN-BUILD.

e.   Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible for each test.  (Laboratory facilities approved by the Contracting Officer shall be used.)

f.   Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

g.   Procedures for tracking construction deficiencies from identification through acceptable corrective action.  These procedures shall establish verification that identified deficiencies have been corrected.

h.   Reporting procedures, including proposed reporting formats.

SECTION 01 45 04.00 10  Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

249 of 1610
Government Rule 4 File

**A677**

i.  A list of the definable features of work.  A definable feature of work is
a task which is separate and distinct from other tasks, has separate control
requirements, and may be identified by different trades or disciplines, or it
may be work by the same trade in a different environment.  Although each
section of the specifications may generally be considered as a definable
feature of work, there are frequently more than one definable features under
a particular section.  This list will be agreed upon during the coordination
meeting.

3.2.2   Acceptance of Plan

Acceptance of the Contractor's plan is required prior to the start of
construction.  Acceptance is conditional and will be predicated on
satisfactory performance during the construction.  The Government reserves
the right to require the Contractor to make changes in his CQC Plan and
operations including removal of personnel, as necessary, to obtain the
quality specified.

3.2.3   Notification of Changes

After acceptance of the CQC Plan, the Contractor shall notify the Contracting
Officer in writing of any proposed change.  Proposed changes are subject to
acceptance by the Contracting Officer.

3.2.4   Commissioning Plan

The Contractor shall provide a project specific Commissioning Plan for review
and acceptance by the Government.  Develop and submit the Commissioning Plan
to define the on-site activities and roles and responsibilities for
commissioning all building systems required by the Project Program paragraph
entitled, Building Commissioning.  The Commissioning Plan shall be updated as
information changes during the project.  The Plan shall include all items
required by the LEED-NC version 2009 and shall include the following:

a. Commissioning Authority qualifications and experience.

b. A description of the Commissioning Team's roles and responsibilities as
well as organizational relationships with the Contractor's QC Manager, DQC
Manager, and verification and testing personnel.

c. A listing of all systems required to be commissioned.

d. A description of all commissioning process activities.  Include the
sequence and schedule for starting and balancing air distribution systems to
ensure construction materials, such as architectural finishes, are installed
under the appropriate environmental conditions.  Also address the procedure
that will be used to "dry out" the structure.

e. A procedures and schedule for functional performance tests of all systems
to be commissioned.  The Commissioning Authority shall be present for all
functional performance tests.  Coordinate this schedule with the QC Plan
testing requirements to avoid duplication of effort.

f. A procedure and schedule detailing training sessions for Government
personnel.  Training sessions are to address maintenance and operation of
systems required to be commissioned.

3.2.5   Summary Commissioning Report

SECTION 01 45 04.00 10  Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

250 of 1610
Government Rule 4 File

**A678**

The Commissioning Authority shall provide a Summary Commissioning Report upon completion of the performance verification items. The Summary Commissioning Report shall include all items required by LEED-NC version 2009.

3.3   COORDINATION MEETING

After the Preconstruction Conference, before start of construction, Postaward Conference, before start of construction, and prior to acceptance by the Government of the CQC Plan, the Contractor shall meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system.  The CQC Plan shall be submitted for review a minimum of 14 calendar days prior to the Coordination Meeting.  During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the CQC operations, control activities, testing, administration of the system for both onsite and offsite work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance.  Minutes of the meeting shall be prepared by the Government and signed by both the Contractor and the Contracting Officer.  The minutes shall become a part of the contract file.  There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures which may require corrective action by the Contractor.

3.4   QUALITY CONTROL ORGANIZATION

3.4.1   Personnel Requirements

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure safety and contract compliance.  The Safety and Health Manager shall receive direction and authority from the CQC System Manager and shall serve as a member of the CQC staff.  Personnel identified in the technical provisions as requiring specialized skills to assure the required work is being performed properly will also be included as part of the CQC organization.  The Contractor's CQC staff shall maintain a presence at the site at all times during progress of the work and have complete authority and responsibility to take any action necessary to ensure contract compliance.  The CQC staff shall be subject to acceptance by the Contracting Officer.  The Contractor shall provide adequate office space, filing systems and other resources as necessary to maintain an effective and fully functional CQC organization.  Complete records of all letters, material submittals, shop drawing submittals, schedules and all other project documentation shall be promptly furnished to the CQC organization by the Contractor.  The CQC organization shall be responsible to maintain these documents and records at the site at all times, except as otherwise acceptable to the Contracting Officer.

3.4.2   CQC System Manager

The Contractor shall identify as CQC System Manager an individual within the onsite work organization who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor.  The CQC System Manager shall be a graduate engineer, or licensed architect, or a graduate of construction management, with a minimum of 10 years construction experience on construction similar to this contract. This CQC System Manager shall be on the site at all times during construction and shall be employed by the prime Contractor.  The CQC System Manager shall be assigned no other duties.  An alternate for the CQC System Manager shall be identified in the plan to serve in the event of the System Manager's absence.  The requirements for the alternate shall be the same as for the designated CQC System Manager.

SECTION 01 45 04.00 10  Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

251 of 1610
Government Rule 4 File

**A679**

3.4.3    CQC Personnel

In addition to CQC personnel specified elsewhere in the contract, the
Contractor shall provide as part of the CQC organization specialized
personnel to assist the CQC System Manager for the following areas:
architectural, electrical, mechanical, structural, and geotechnical.  These
individuals shall be directly employed by the prime Contractor; be
responsible to the CQC System Manager; be physically present at the
construction site during work on their areas of responsibility; have the
necessary education and/or experience in accordance with the experience
matrix listed herein.  These individuals shall have no other duties other
than quality control.

Experience Matrix

| Area | Qualifications |
|---|---|
| a. Electrical | Graduate Electrical Engineer with 10 yrs related experience in industrial projects and knowledge of NEC and local codes |
| b. Mechanical | Graduate Mechanical Engineer with 10 yrs experience in industrial projects with special emphasis on HVAC and chiller systems |
| c. Civil/Structural | Licensed Graduate Civil/Structural Engineer with 10 yrs experience in industrial projects |
| d. Architectural | Graduate Architect with 5 years related experience in commercial building projects |
| e. Fire Protection | Registered professional engineer(PE) licensed to practice fire protection engineering thru National Council of Examiners for Engineering and Surveys (NCEES) examination, with experience in the type of work being performed on this project. |
| f.  Geotechnical Engineer | Has minimum 10 years experience in geotechnical engineering, registered professional engineer or equivalent, and has a minimum 5 years experience in bored cast-in-place pile construction |

SECTION 01 45 04.00 10  Page 6
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

g. Submittals                              Submittal Clerk with minimum 1 yr
                                           experience in scheduling,
                                           processing, and tracking
                                           construction contract submittals.


3.4.4   Additional Requirement

In addition to the above experience and education requirements the CQC System
Manager shall have completed the course entitled "Construction Quality
Management For Contractors".  A DVD version of this course is available.

3.4.4.1   Specialized Positions

Installation engineers, manufacturers' representatives, technicians,
technician representatives, factory representatives, etc., referred to in the
specifications shall be made a part of the on-site CQC organization for the
activities, durations and times specified.  These individuals shall not be
directly employed by the Prime Contractor; may perform other duties; and need
not be on the CQC staff for the life of the contract.

3.4.5   Commissioning Authority

Commissioning Authority qualifications:

The Commissioning Authority shall be a member of the QC organization, shall
coordinate actions with the QC Manager, shall not be subordinate to the
Project Superintendent or the Project Manager, and shall report findings
directly to the Government.  The Commissioning Authority may also act as the
DQC Manager if all DQC Manager qualifications are met.  The Commissioning
Authority selected shall meet the requirements of LEED-NC with the following
additional qualifications:

a. Be certified by a recognized Building Commissioning Organization.
Acceptable minimum certifications are "Certified Cx Agent" from the
Associated Air Balance Council (AABC);  "Certified Building Cx Professional"
from the Association of Energy Engineers (AEE); "Certified Cx Professional
(CxP)" from the Building Commissioning Association (BCA); or "Commissioning
Process Authority Professional" or "Commissioning Process Manager" from the
University of Wisconsin College of Engineering.

b. Have documented Commissioning Authority experience in at least two
building projects.  Provide proof of commissioning experience as pert of the
Commissioning Plan.

Commissioning Authority responsibilities:

a. Be responsible for development of the Commissioning Plan, the Summary
Commissioning Report, and minutes of all commissioning meetings.

b. Participate in the Post Award Kick-Off, all design planning meetings,
design presentations, partnering, and QC meetings.

c. Review the Request for Proposal (RFP) for energy and sustainability goals,
system expectations, O&M requirements, training expectations, and
construction quality expectations.


SECTION 01 45 04.00 10  Page 7
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

253 of 1610
Government Rule 4 File

**A681**

d. Review the Basis of Design and ensure the RFP requirements are met.

e. Ensure commissioning requirements are incorporated into the construction documents.

f. Be responsible for implementation and updating of the Commissioning Plan.

g. Be responsible for development of systems functional testing procedures.

h. Ensure pre-functional installation inspections are performed on all systems indicated to be commissioned in accordance with the Commissioning Plan and Contract documents.

i. Verify systems performance of all systems indicated to be commissioned in accordance with the Commissioning Plan and Contract documents.

j. Report any deficiencies in installation or performance of all systems indicated to be commissioned.

k. Coordinate all training issues and validate that the testing and training requirements of this contract are accomplished.

3.4.6   Organizational Changes

The Contractor shall maintain the CQC staff at full strength at all times. When it is necessary to make changes to the CQC staff, the Contractor shall revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

3.5   SUBMITTALS AND DELIVERABLES

Submittals, if needed, shall be made as specified in Section 01 33 00 SUBMITTAL PROCEDURES FOR DESIGN-BUILD.  The CQC organization shall be responsible for certifying that all submittals and deliverables are in compliance with the contract requirements.

3.6   CONTROL

Contractor Quality Control is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, complies with the requirements of the contract.  At least three phases of control shall be conducted by the CQC System Manager for each definable feature of the construction work as follows:

3.6.1   Preparatory Phase

This phase shall be performed prior to beginning work on each definable feature of work, after all required plans/documents/materials are approved/accepted, and after copies are at the work site.  This phase shall include:

a.  A review of each paragraph of applicable specifications, reference codes, and standards.  A copy of those sections of referenced codes and standards applicable to that portion of the work to be accomplished in the field shall be made available by the Contractor at the preparatory inspection.  These copies shall be maintained in the field and available for use by Government personnel until final acceptance of the work.

b.  A review of the contract drawings.

SECTION 01 45 04.00 10   Page 8
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

254 of 1610
Government Rule 4 File

**A682**

c.  A check to assure that all materials and/or equipment have been tested, submitted, and approved.

d.  Review of provisions that have been made to provide required control inspection and testing.

e.  Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

f.  A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

g.  A review of the appropriate activity hazard analysis to assure safety requirements are met.

h.  Discussion of procedures for controlling quality of the work including repetitive deficiencies.  Document construction tolerances and workmanship standards for that feature of work.

i.  A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

j.  Discussion of the initial control phase.

k.  The Government shall be notified at least 48 hours in advance of beginning the preparatory control phase.  This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature.  The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily CQC report.  The Contractor shall instruct applicable workers as to the acceptable level of workmanship required in order to meet contract specifications.

3.6.2  Initial Phase

This phase shall be accomplished at the beginning of a definable feature of work.  The following shall be accomplished:

a.  A check of work to ensure that it is in full compliance with contract requirements.  Review minutes of the preparatory meeting.

b.  Verify adequacy of controls to ensure full contract compliance.  Verify required control inspection and testing.

c.  Establish level of workmanship and verify that it meets minimum acceptable workmanship standards.  Compare with required sample panels as appropriate.

d.  Resolve all differences.

e.  Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis.  Review the activity analysis with each worker.

f.  The Government shall be notified at least 24 hours in advance of beginning the initial phase.  Separate minutes of this phase shall be prepared by the CQC System Manager and attached to the daily CQC report.

SECTION 01 45 04.00 10  Page 9
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

Exact location of initial phase shall be indicated for future reference and comparison with follow-up phases.

g.  The initial phase should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3   Follow-up Phase

Daily checks shall be performed to assure control activities, including control testing, are providing continued compliance with contract requirements, until completion of the particular feature of work.  The checks shall be made a matter of record in the CQC documentation.  Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work which may be affected by the deficient work. The Contractor shall not build upon nor conceal non-conforming work.

3.6.4   Additional Preparatory and Initial Phases

Additional preparatory and initial phases shall be conducted on the same definable features of work if:  the quality of on-going work is unacceptable; if there are changes in the applicable CQC staff, onsite production supervision or work crew; if work on a definable feature is resumed after a substantial period of inactivity; or if other problems develop.

3.7   TESTS

3.7.1   Testing Procedure

The Contractor shall perform specified or required tests to verify that control measures are adequate to provide a product which conforms to contract requirements.  Upon request, the Contractor shall furnish to the Government duplicate samples of test specimens for possible testing by the Government. Testing includes operation and/or acceptance tests when specified.  The Contractor shall procure the services of a Corps of Engineers approved testing laboratory or establish an approved testing laboratory at the project site.  The Contractor shall perform the following activities and record and provide the following data:

a.  Verify that testing procedures comply with contract requirements.

b.  Verify that facilities and testing equipment are available and comply with testing standards.

c.  Check test instrument calibration data against certified standards.

d.  Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

e.  Results of all tests taken, both passing and failing tests, shall be recorded on the CQC report for the date taken.  Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test shall be given.  If approved by the Contracting Officer, actual test reports may be submitted later with a reference to the test number and date taken.  An information copy of tests performed by an offsite or commercial test facility shall be provided directly to the Contracting Officer.  Failure to submit timely test reports as stated may result in nonpayment for related work performed and disapproval of the test facility for this contract.

SECTION 01 45 04.00 10   Page 10
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

3.7.2   Testing Laboratories

3.7.2.1   Capability Check

The Government reserves the right to check laboratory equipment in the
proposed laboratory for compliance with the standards set forth in the
contract specifications and to check the laboratory technician's testing
procedures and techniques.  Laboratories utilized for testing soils,
concrete, asphalt, and steel shall meet criteria detailed in ASTM D 3740 and
ASTM E 329.

3.7.2.2   Capability Recheck

If the selected laboratory fails the capability check, the Contractor will be
assessed a charge of $5000 to reimburse the Government for each succeeding
recheck of the laboratory or the checking of a subsequently selected
laboratory.  Such costs will be deducted from the contract amount due the
Contractor.

3.7.3   Onsite Laboratory

The Government reserves the right to utilize the Contractor's control testing
laboratory and equipment to make assurance tests, and to check the
Contractor's testing procedures, techniques, and test results at no
additional cost to the Government.

3.7.4   Furnishing or Transportation of Samples for Testing

Costs incidental to the transportation of samples or materials shall be borne
by the Contractor.  Samples of materials for test verification and acceptance
testing by the Government shall be delivered to the Corps of Engineers
Division Laboratory in the United States.

Coordination for each specific test, exact delivery location, and dates will
be made through the Area Office.

3.8   COMPLETION INSPECTION

3.8.1   Punch-Out Inspection

Near the end of the work, or any increment of the work established by a time
stated in the Special Clause, "Commencement, Prosecution, and Completion of
Work", or by the specifications, the CQC Manager shall conduct an inspection
of the work.  A punch list of items which do not conform to the approved
drawings and specifications shall be prepared and included in the CQC
documentation, as required by paragraph DOCUMENTATION.  The list of
deficiencies shall include the estimated date by which the deficiencies will
be corrected.  The CQC System Manager or staff shall make a second inspection
to ascertain that all deficiencies have been corrected.  Once this is
accomplished, the Contractor shall notify the Government that the facility is
ready for the Government Pre-Final inspection.

3.8.2   Pre-Final Inspection

The Government will perform the pre-final inspection to verify that the
facility is complete and ready to be occupied.  A Government Pre-Final Punch
List may be developed as a result of this inspection.  The Contractor's CQC
System Manager shall ensure that all items on this list have been corrected

SECTION 01 45 04.00 10   Page 11
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

257 of 1610
Government Rule 4 File

**A685**

before notifying the Government, so that a Final inspection with the customer
can be scheduled.  Any items noted on the Pre-Final inspection shall be
corrected in a timely manner.  These inspections and any deficiency
corrections required by this paragraph shall be accomplished within the time
slated for completion of the entire work or any particular increment of the
work if the project is divided into increments by separate completion dates.

3.8.3   Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the
superintendent or other primary management person, and the Contracting
Officer's Representative shall be in attendance at the final acceptance
inspection.  Additional Government personnel including, but not limited to,
those from Base/Post Civil Facility Engineer user groups, and major commands
may also be in attendance.  The final acceptance inspection will be formally
scheduled by the Contracting Officer based upon results of the Pre-Final
inspection.  Notice shall be given to the Contracting Officer at least 14
days prior to the final acceptance inspection and shall include the
Contractor's assurance that all specific items previously identified to the
Contractor as being unacceptable, along with all remaining work performed
under the contract, will be complete and acceptable by the date scheduled for
the final acceptance inspection.  Failure of the Contractor to have all
contract work acceptably complete for this inspection will be cause for the
Contracting Officer to bill the Contractor for the Government's additional
inspection cost in accordance with the contract clause titled "Inspection of
Construction".

3.9   DOCUMENTATION

The Contractor shall maintain current records providing factual evidence that
required quality control activities and/or tests have been performed.  These
records shall include the work of subcontractors and suppliers and shall be
on an acceptable form that includes, as a minimum, the following information:

a.  Contractor/subcontractor and their area of responsibility.

b.  Operating plant/equipment with hours worked, idle, or down for repair.

c.  Work performed each day, giving location, description, and by whom.  When
Network Analysis (NAS) is used, identify each phase of work performed each
day by NAS activity number.

d.  Test and/or control activities performed with results and references to
specifications/drawings requirements.  The control phase shall be identified
(Preparatory, Initial, Follow-up).  List of deficiencies noted, along with
corrective action.

e.  Quantity of materials received at the site with statement as to
acceptability, storage, and reference to specifications/drawings requirements.

f.  Submittals and deliverables reviewed, with contract reference, by whom,
and action taken.

g.  Offsite surveillance activities, including actions taken.

h.  Job safety evaluations stating what was checked, results, and
instructions or corrective actions.

i.  Instructions given/received and conflicts in plans and/or specifications.

SECTION 01 45 04.00 10  Page 12
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

j.  Contractor's verification statement.

These records shall indicate a description of trades working on the project;
the number of personnel working; weather conditions encountered; and any
delays encountered.  These records shall cover both conforming and deficient
features and shall include a statement that equipment and materials
incorporated in the work and workmanship comply with the contract.  The
original and one copy of these records in report form shall be furnished to
the Government daily within 36 hours after the date covered by the report,
except that reports need not be submitted for days on which no work is
performed.  As a minimum, one report shall be prepared and submitted for
every 7 days of no work and on the last day of a no work period.  All
calendar days shall be accounted for throughout the life of the contract.
The first report following a day of no work shall be for that day only.
Reports shall be signed and dated by the CQC System Manager.  The report from
the CQC System Manager shall include copies of test reports and copies of
reports prepared by all subordinate quality control personnel.

3.10   NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected
noncompliance with the foregoing requirements.  The Contractor shall take
immediate corrective action after receipt of such notice.  Such notice, when
delivered to the Contractor at the work site, shall be deemed sufficient for
the purpose of notification.  If the Contractor fails or refuses to comply
promptly, the Contracting Officer may issue an order stopping all or part of
the work until satisfactory corrective action has been taken.  No part of the
time lost due to such stop orders shall be made the subject of claim for
extension of time or for excess costs or damages by the Contractor.


      -- End of Section --


SECTION 01 45 04.00 10   Page 13
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

259 of 1610
Government Rule 4 File


A687

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 57 20.00 10

ENVIRONMENTAL PROTECTION


PART 1   GENERAL

  1.1   REFERENCES
  1.2   DEFINITIONS
    1.2.1   Environmental Pollution and Damage
    1.2.2   Environmental Protection
    1.2.3   Contractor Generated Hazardous Waste
    1.2.4   Installation Pest Management Coordinator
    1.2.5   Project Pesticide Coordinator
    1.2.6   Pesticide
    1.2.7   Pests
    1.2.8   Surface Discharge
  1.3   GENERAL REQUIREMENTS
  1.4   SUBCONTRACTORS
  1.5   PAYMENT
  1.6   SUBMITTALS
  1.7   ENVIRONMENTAL PROTECTION PLAN
    1.7.1   Compliance
    1.7.2   Contents
    1.7.3   Appendix
  1.8   PROTECTION FEATURES
  1.9   ENVIRONMENTAL ASSESSMENT OF CONTRACT DEVIATIONS
  1.10   NOTIFICATION

PART 2   PRODUCTS


PART 3   EXECUTION

  3.1   ENVIRONMENTAL PERMITS AND COMMITMENTS
  3.2   LAND RESOURCES
    3.2.1   Work Area Limits
    3.2.2   Landscape
    3.2.3   Erosion and Sediment Controls
    3.2.4   Contractor Facilities and Work Areas
  3.3   WATER RESOURCES
    3.3.1   Dewatering Operations
  3.4   AIR RESOURCES
    3.4.1   Particulates
    3.4.2   Odors
    3.4.3   Sound Intrusions
    3.4.4   Burning
  3.5   CHEMICAL MATERIALS MANAGEMENT AND WASTE DISPOSAL
    3.5.1   Solid Wastes
    3.5.2   Chemicals and Chemical Wastes
    3.5.3   Contractor Generated Hazardous Wastes/Excess Hazardous Materials


SECTION 01 57 20.00 10  Page 1
PART TWO - GENERAL REQUIREMENTS

    3.5.4    Fuel and Lubricants
    3.5.5    Waste Water
  3.6    RECYCLING AND WASTE MINIMIZATION
  3.7    NON-HAZARDOUS SOLID WASTE DIVERSION REPORT
  3.8    BIOLOGICAL RESOURCES
  3.9    INTEGRATED PEST MANAGEMENT
    3.9.1    Pesticide Delivery and Storage
    3.9.2    Qualifications
    3.9.3    Pesticide Handling Requirements
    3.9.4    Application
  3.10    PREVIOUSLY USED EQUIPMENT
  3.11    MAINTENANCE OF POLLUTION FACILITIES
  3.12    TRAINING OF CONTRACTOR PERSONNEL
  3.13    CONTAMINATED MEDIA MANAGEMENT
  3.14    POST CONSTRUCTION CLEANUP

ATTACHMENTS:

appendix

-- End of Section Table of Contents --

SECTION 01 57 20.00 10   Page 2
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

261 of 1610
Government Rule 4 File

**A689**

SECTION 01 57 20.00 10

ENVIRONMENTAL PROTECTION

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

     U.S. ARMY (DA)

DA AR 200-1                    (2007) Environmental Protection and
                               Enhancement

     U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                     (2008; Errata 1-2010; Changes 1-3 2010;
                               Changes 4-6 2011) Safety and Health
                               Requirements Manual

     U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

40 CFR 150 - 189               Pesticide Programs

40 CFR 261                     Identification and Listing of Hazardous
                               Waste

40 CFR 262                     Standards Applicable to Generators of
                               Hazardous Waste

40 CFR 279                     Standards for the Management of Used Oil

40 CFR 302                     Designation, Reportable Quantities, and
                               Notification

40 CFR 355                     Emergency Planning and Notification

40 CFR 68                      Chemical Accident Prevention Provisions

49 CFR 171 - 178               Hazardous Materials Regulations

1.2   DEFINITIONS

1.2.1   Environmental Pollution and Damage

Environmental pollution and damage is the presence of chemical, physical,
or biological elements or agents which adversely affect human health or
welfare; unfavorably alter ecological balances of importance to human life;
affect other species of importance to humankind; or degrade the environment
aesthetically, culturally and/or historically.

SECTION 01 57 20.00 10  Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

262 of 1610
Government Rule 4 File

**A690**

### 1.2.2   Environmental Protection

Environmental protection is the prevention/control of pollution and habitat disruption that may occur to the environment during construction.  The control of environmental pollution and damage requires consideration of land, water, and air; biological and cultural resources; and includes management of visual aesthetics; noise; solid, chemical, gaseous, and liquid waste; radiant energy and radioactive material as well as other pollutants.

### 1.2.3   Contractor Generated Hazardous Waste

Contractor generated hazardous waste means materials that, if abandoned or disposed of, may meet the definition of a hazardous waste.  These waste streams would typically consist of material brought on site by the Contractor to execute work, but are not fully consumed during the course of construction.  Examples include, but are not limited to, excess paint thinners (i.e. methyl ethyl ketone, toluene etc.), waste thinners,excess paints, excess solvents, waste solvents, and excess pesticides, and contaminated pesticide equipment rinse water.

### 1.2.4   Installation Pest Management Coordinator

Installation Pest Management Coordinator (IPMC) is the individual officially designated by the Installation Commander to oversee the Installation Pest Management Program and the Installation Pest Management Plan.

### 1.2.5   Project Pesticide Coordinator

The Project Pesticide Coordinator (PPC) is an individual that works at the Contractor's Field Office and that is responsible for oversight of pesticide application on Project grounds.

### 1.2.6   Pesticide

Pesticide is defined as any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, or intended for use as a plant regulator, defoliant or desiccant.

### 1.2.7   Pests

The term "pests" means arthropods, birds, rodents, nematodes, fungi, bacteria, viruses, algae, snails, marine borers, snakes, weeds and other organisms (except for human or animal disease-causing organisms) that adversely affect readiness, military operations, or the well-being of personnel and animals; attack or damage real property, supplies, equipment, or vegetation; or are otherwise undesirable.

### 1.2.8   Surface Discharge

The term "Surface Discharge" implies that the water is discharged with possible sheeting action and subsequent soil erosion may occur.  Waters that are surface discharged may terminate in drainage ditches, storm sewers or creeks.

### 1.3   GENERAL REQUIREMENTS

Minimize environmental pollution and damage that may occur as the result of

SECTION 01 57 20.00 10   Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

263 of 1610
Government Rule 4 File

**A691**

construction operations.  The environmental resources within the project boundaries and those affected outside the limits of permanent work must be protected during the entire duration of this contract.  Comply with all applicable environmental Federal, State, and local laws and regulations. Any delays resulting from failure to comply with environmental laws and regulations will be the Contractor's responsibility.

## 1.4   SUBCONTRACTORS

Ensure compliance with this section by subcontractors.

## 1.5   PAYMENT

No separate payment will be made for work covered under this section. Payment of fees associated with environmental permits, application, and/or notices obtained by the Contractor, and payment of all fines/fees for violation or non-compliance with Regional and local laws and regulations are the Contractor's responsibility.  All costs associated with this section must be included in the contract price.

## 1.6   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only.  When used, a designation following the "G" designation identifies the office that will review the submittal for the Government.  Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

Environmental Protection Plan; G

## 1.7   ENVIRONMENTAL PROTECTION PLAN

Prior to commencing construction activities or delivery of materials to the site, submit an Environmental Protection Plan for review and acceptance by the Contracting Officer.  The purpose of the Environmental Protection Plan is to present a comprehensive overview of known or potential environmental issues which the Contractor must address during construction.  Issues of concern must be defined within the Environmental Protection Plan as outlined in this section.  Address each topic at a level of detail commensurate with the environmental issue and required construction task(s).  Topics or issues which are not identified in this section, but are considered necessary, must be identified and discussed after those items formally identified in this section.  Prior to submittal of the Environmental Protection Plan, meet with the Contracting Officer for the purpose of discussing the implementation of the initial Environmental Protection Plan; possible subsequent additions and revisions to the plan including any reporting requirements; and methods for administration of the Contractor's Environmental Plans.  The Environmental Protection Plan must be current and maintained onsite by the Contractor.

## 1.7.1   Compliance

No requirement in this Section will relieve the Contractor of any applicable local environmental protection laws and regulations.  During Construction, the Contractor will be responsible for identifying, implementing, and submitting for approval any additional requirements to be included in the Environmental Protection Plan.

SECTION 01 57 20.00 10  Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

1.7.2   Contents

Include in the environmental protection plan, but not limit it to, the
following:

a.  Name(s) of person(s) within the Contractor's organization who is(are)
    responsible for ensuring adherence to the Environmental Protection Plan.

b.  Name(s) and qualifications of person(s) responsible for manifesting
    hazardous waste to be removed from the site, if applicable.

c.  Name(s) and qualifications of person(s) responsible for training the
    Contractor's environmental protection personnel.

d.  Description of the Contractor's environmental protection personnel
    training program.

e.  An erosion and sediment control plan which identifies the type and
    location of the erosion and sediment controls to be provided.  The plan
    must include monitoring and reporting requirements to assure that the
    control measures are in compliance with the erosion and sediment
    control plan, and local laws and regulations.  A Storm Water Pollution
    Prevention Plan (SWPPP) will include the erosion and sediment control
    plan.

f.  Drawings showing locations of proposed temporary excavations or
    embankments for haul roads, stream crossings, material storage areas,
    structures, sanitary facilities, and stockpiles of excess or spoil
    materials including methods to control runoff and to contain materials
    on the site.

g.  Traffic control plans including measures to reduce erosion of temporary
    roadbeds by construction traffic, especially during wet weather.  Plan
    shall include measures to minimize  the amount of mud transported onto
    paved public roads by vehicles or runoff.

h.  Work area plan showing the proposed activity in each portion of the
    area and identifying the areas of limited use or nonuse.  Plan should
    include measures for marking the limits of use areas including methods
    for protection of features to be preserved within authorized work areas.

i.  Drawing showing the location of borrow areas.

j.  Include in the Spill Control plan the procedures, instructions, and
    reports to be used in the event of an unforeseen spill of a substance
    regulated by 40 CFR 68, 40 CFR 302, 40 CFR 355, and/or regulated under
    State or Local laws and regulations.  The Spill Control Plan
    supplements the requirements of EM 385-1-1.  Include in this plan, as a
    minimum:

    (1)  The name of the individual who will report any spills or
         hazardous substance releases and who will follow up with complete
         documentation.  This individual will immediately notify the
         Contracting Officer and the local Fire Department, Facility
         Response Personnel, and Facility Environmental Office in addition
         to the legally required local reporting channels if a reportable
         quantity is released to the environment.  Include in the plan a
         list of the required reporting channels and telephone numbers.

SECTION 01 57 20.00 10   Page 6
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

265 of 1610
Government Rule 4 File

**A693**

  (2) The name and qualifications of the individual who will be
responsible for implementing and supervising the containment and
cleanup.

  (3) Training requirements for Contractor's personnel and methods of
accomplishing the training.

  (4) A list of materials and equipment to be immediately available at
the job site, tailored to cleanup work of the potential hazard(s)
identified.

  (5) The names and locations of suppliers of containment materials and
locations of additional fuel oil recovery, cleanup, restoration,
and material-placement equipment available in case of an
unforeseen spill emergency.

  (6) The methods and procedures to be used for expeditious contaminant
cleanup.

k. A non-hazardous solid waste disposal plan identifying methods and
locations for solid waste disposal including clearing debris and
schedules for disposal.

  (1) Identify any subcontractors responsible for the transportation
and disposal of solid waste.  Submit licenses or permits for solid
waste disposal sites that are not a commercial operating facility.

  (2) Evidence of the disposal facility's acceptance of the solid waste
must be attached to this plan during the construction.  Attach a
copy of each of the Non-hazardous Solid Waste Diversion Reports to
the disposal plan.  Submit the report for the previous quarter on
the first working day after the first quarter that non-hazardous
solid waste has been disposed and/or diverted (e.g. the first
working day of January, April, July, and October).

  (3) Indicate in the report the total amount of waste generated and
total amount of waste diverted in cubic meters or tons along with
the percent that was diverted.

  (4) A recycling and solid waste minimization plan with a list of
measures to reduce consumption of energy and natural resources.
Detail in the plan the Contractor's actions to comply with and to
participate in Regional, and local government sponsored recycling
programs to reduce the volume of solid waste at the source.

l. An air pollution control plan detailing provisions to assure that dust,
debris, materials, trash, etc., do not become air borne and travel off
the project site.

m. A contaminant prevention plan that: identifies potentially hazardous
substances to be used on the job site; identifies the intended actions
to prevent introduction of such materials into the air, water, or
ground; and details provisions for compliance with local laws and
regulations for storage and handling of these materials.  In accordance
with EM 385-1-1, a copy of the Material Safety Data Sheets (MSDS) and
the maximum quantity of each hazardous material to be onsite at any
given time must be included in the contaminant prevention plan.  Update
the plan as new hazardous materials are brought onsite or removed from

SECTION 01 57 20.00 10  Page 7
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

266 of 1610
Government Rule 4 File

**A694**

the site.

n.  A waste water management plan that identifies the methods and
    procedures for management and/or discharge of waste waters which are
    directly derived from construction activities, such as concrete curing
    water, clean-up water, dewatering of ground water, disinfection water,
    hydrostatic test water, and water used in flushing of lines.  If a
    settling/retention pond is required, the plan must include the design
    of the pond including drawings, removal plan, and testing requirements
    for possible pollutants.  If land application will be the method of
    disposal for the waste water, the plan must include a sketch showing
    the location for land application along with a description of the
    pretreatment methods to be implemented.  If surface discharge will be
    the method of disposal, include a copy of the permit and associated
    documents as an attachment prior to discharging the waste water.  If
    disposal is to a sanitary sewer, the plan must include documentation
    that the Waste Water Treatment Plant Operator has approved the flow
    rate, volume, and type of discharge.

o.  A historical, archaeological, cultural resources and biological
    resources plan that defines procedures for identifying and protecting
    historical, archaeological, cultural resources, and biological
    resources known to be on the project site: and/or identifies procedures
    to be followed if historical archaeological, cultural resources, and
    biological resources not previously known to be onsite or in the area
    are discovered during construction.  Include in the plan methods to
    assure the protection of known or discovered resources, identifying
    lines of communication between Contractor personnel and the Contracting
    Officer.

p.  Include and update a pesticide treatment plan, as information becomes
    available.  Include in the plan: sequence of treatment, dates, times,
    locations, pesticide trade name, EPA registration numbers, authorized
    uses, chemical composition, formulation, original and applied
    concentration, application rates of active ingredient (i.e. pounds of
    active ingredient applied), equipment used for application and
    calibration of equipment.  Regional and Local pest management record
    keeping and reporting requirements as well as any additional
    Installation Project Office specific requirements are the Contractor's
    responsibility in conformance with DA AR 200-1 Chapter 5--Pest
    Management, Section 5-4 "Program requirements" for data required to be
    reported to the Installation.

1.7.3  Appendix

Attach to the Environmental Protection Plan, as an appendix, copies of all
environmental permits, permit application packages, approvals to construct,
notifications, certifications, reports, and termination documents.

1.8  PROTECTION FEATURES

This paragraph supplements the Contract Clause PROTECTION OF EXISTING
VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS.  Prior to
start of any onsite construction activities, the Contractor and the
Contracting Officer will make a joint condition survey.  Immediately
following the survey, the Contractor will prepare a brief report including
a plan describing the features requiring protection under the provisions of
the Contract Clauses, which are not specifically identified on the drawings
as environmental features requiring protection along with the condition of

SECTION 01 57 20.00 10  Page 8
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

**A695**

trees, shrubs and grassed areas immediately adjacent to the site of work
and adjacent to the Contractor's assigned storage area and access route(s),
as applicable.  This survey report will be signed by both the the
Contractor and the Contracting Officer upon mutual agreement as to its
accuracy and completeness.  The Contractor must protect those environmental
features included in the survey report and any indicated on the drawings,
regardless of interference which their preservation may cause to the work
under the contract.

1.9   ENVIRONMENTAL ASSESSMENT OF CONTRACT DEVIATIONS

Any deviations from the drawings,plans and specifications, requested by the
Contractor and which may have an environmental impact, will be subject to
approval by the Contracting Officer and may require an extended review,
processing, and approval time.  The Contracting Officer reserves the right
to disapprove alternate methods, even if they are more cost effective, if
the Contracting Officer determines that the proposed alternate method will
have an adverse environmental impact.

1.10   NOTIFICATION

The Contracting Officer will notify the Contractor in writing of any
observed noncompliance with local environmental laws or regulations,
permits, and other elements of the Contractor's Environmental Protection
plan.  After receipt of such notice, the Contractor will inform the
Contracting Officer of the proposed corrective action and take such action
when approved by the Contracting Officer.  The Contracting Officer may
issue an order stopping all or part of the work until satisfactory
corrective action has been taken.  No time extensions will be granted or
equitable adjustments allowed for any such suspensions.  This is in
addition to any other actions the Contracting Officer may take under the
contract, or in accordance with the Federal Acquisition Regulation or
Federal Law.

PART 2   PRODUCTS

  NOT USED

PART 3   EXECUTION

3.1   ENVIRONMENTAL PERMITS AND COMMITMENTS

Obtaining and complying with all environmental permits and commitments
required by Regional, and local environmental laws and regulations is the
Contractor's responsibility.

3.2   LAND RESOURCES

Confine all activities to areas defined by the drawings and
specifications.  Identify any land resources to be preserved within the
work area prior to the beginning of any construction.  Do not remove, cut,
deface, injure, or destroy land resources including trees, shrubs, vines,
grasses, topsoil, and land forms without approval, except in areas
indicated on the drawings or specified to be cleared.  Ropes, cables, or
guys will not be fastened to or attached to any trees for anchorage unless
specifically authorized.  Provide effective protection for land and
vegetation resources at all times, as defined in the following
subparagraphs.  Remove stone, soil, or other materials displaced into
uncleared areas.

SECTION 01 57 20.00 10   Page 9
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

268 of 1610
Government Rule 4 File

**A696**

3.2.1   Work Area Limits

Mark the areas that need not be disturbed under this contract prior to
commencing construction activities.  Mark or fence isolated areas within
the general work area which are not to be disturbed.  Protect monuments and
markers before construction operations commence.  Where construction
operations are to be conducted during darkness, any markers must be visible
in the dark.  The Contractor's personnel must be knowledgeable of the
purpose for marking and/or protecting particular objects.

3.2.2   Landscape

Trees, shrubs, vines, grasses, land forms and other landscape features
indicated and defined on the drawings to be preserved must be clearly
identified by marking, fencing, or wrapping with boards, or any other
approved techniques.  Restore landscape features damaged or destroyed
during construction operations outside the limits of the approved work area.

3.2.3   Erosion and Sediment Controls

Providing erosion and sediment control measures in accordance with local
laws and regulations is the Contractor's responsibility.  Select and
maintain the erosion and sediment controls such that water quality
standards are not violated as a result of construction activities.  The
area of bare soil exposed at any one time by construction operations should
be kept to a minimum.  Construct or install temporary and permanent erosion
and sediment control best management practices (BMPs) as specified in
Section 01 57 23 TEMPORARY STORM WATER POLLUTION CONTROL.  BMPs may
include, but not be limited to, vegetation cover, stream bank
stabilization, slope stabilization, silt fences, construction of terraces,
interceptor channels, sediment traps, inlet and outfall protection,
diversion channels, and sedimentation basins.  The Contractor's best
management practices must also be in accordance with the National Pollutant
Discharge Elimination System (NPDES) Storm Water Pollution Prevention Plan
(SWPPP) prepared by the Contractor.  Remove any temporary measures after
the area has been stabilized.

3.2.4   Contractor Facilities and Work Areas

Place field offices, staging areas, stockpile storage, and temporary
buildings in areas designated on the drawings or as directed by the
Contracting Officer.  Temporary movement or relocation of Contractor
facilities will be made only when approved.  Erosion and sediment controls
must be provided for onsite borrow and spoil areas to prevent sediment from
entering nearby waters.  Temporary excavation and embankments for plant
and/or work areas must be controlled to protect adjacent areas.

3.3   WATER RESOURCES

Monitor all water areas affected by construction activities to prevent
pollution of surface and ground waters.  Do not apply toxic or hazardous
chemicals to soil or vegetation unless otherwise indicated.  For
construction activities immediately adjacent to impaired surface waters,
the Contractor must be capable of quantifying sediment or pollutant loading
to that surface water when required by locally issued Clean Water Act
permits.

SECTION 01 57 20.00 10   Page 10
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

269 of 1610
Government Rule 4 File

**A697**

3.3.1   Dewatering Operations

  Construction operations for dewatering, will be controlled at all times to
  maintain compliance with existing local water quality standards and
  designated uses of the surface water body.

3.4   AIR RESOURCES

  Equipment operation, activities, or processes will be in accordance with
  all local air emission and performance laws and standards.

3.4.1   Particulates

  Dust particles; aerosols and gaseous by-products from construction
  activities; and processing and preparation of materials, such as from
  asphaltic batch plants; must be controlled at all times, including
  weekends, holidays and hours when work is not in progress.  Maintain
  excavations, stockpiles, haul roads, permanent and temporary access roads,
  plant sites, spoil areas, borrow areas, and other work areas within or
  outside the project boundaries free from particulates which would cause the
  local air pollution standards to be exceeded or which would cause a hazard
  or a nuisance.  Sprinkling, chemical treatment of an approved type,
  baghouse, scrubbers, electrostatic precipitators or other methods will be
  permitted to control particulates in the work area.  Sprinkling, to be
  efficient, must be repeated to keep the disturbed area damp at all times.
  Provide sufficient, competent equipment available to accomplish these
  tasks.  Perform particulate control as the work proceeds and whenever a
  particulate nuisance or hazard occurs.  Comply with all State and local
  visibility regulations.

3.4.2   Odors

  Odors from construction activities must be controlled at all times.  The
  odors must be in compliance with State regulations and/or local ordinances
  and may not constitute a health hazard.

3.4.3   Sound Intrusions

  Keep construction activities under surveillance and control to minimize
  environment damage by noise.

3.4.4   Burning

  Burning is prohibited on the Government premises.

3.5   CHEMICAL MATERIALS MANAGEMENT AND WASTE DISPOSAL

  Disposal of wastes will be as directed below, unless otherwise specified in
  other sections and/or shown on the drawings.

3.5.1   Solid Wastes

  Place solid wastes (excluding clearing debris) in containers which are
  emptied on a regular schedule.  Handling, storage, and disposal must be
  conducted to prevent contamination.  Employ segregation measures so that no
  hazardous or toxic waste will become co-mingled with solid waste.
  Transport solid waste off Government property and dispose of it in
  compliance with local requirements for solid waste disposal.  Verify that
  the selected transporters and disposal facilities have the necessary

                SECTION 01 57 20.00 10   Page 11
                PART TWO - GENERAL REQUIREMENTS


                                        W912ER-11-D-0010-0006

                          270 of 1610
                       Government Rule 4 File


                            **A698**

permits and licenses to operate.

3.5.2   Chemicals and Chemical Wastes

Dispense chemicals ensuring no spillage to the ground or water.  Perform
and document periodic inspections of dispensing areas to identify leakage
and initiate corrective action.  This documentation will be periodically
reviewed by the Government.  Collect chemical waste in corrosion resistant,
compatible containers.  Collection drums must be monitored and removed to a
staging or storage area when contents are within 150 mm of the top.  Wastes
will be classified, managed, stored, and disposed of in accordance with
local laws and regulations.

3.5.3   Contractor Generated Hazardous Wastes/Excess Hazardous Materials

Hazardous wastes are defined in 40 CFR 261, or are as defined by applicable
State and local regulations.  Hazardous materials are defined in
49 CFR 171 - 178.  At a minimum, manage and store hazardous waste in
compliance with 40 CFR 262 in accordance with the Installation hazardous
waste management plan.  Take sufficient measures to prevent spillage of
hazardous and toxic materials during dispensing.  Segregate hazardous waste
from other materials and wastes, protect it from the weather by placing it
in a safe covered location, and take precautionary measures such as berming
or other appropriate measures against accidental spillage.  Storage,
describing, packaging, labeling, marking, and placarding of hazardous waste
and hazardous material in accordance with 49 CFR 171 - 178, local laws and
regulations is the Contractor's responsibility.  Transport Contractor
generated hazardous waste off Government property within 60 days in
accordance with the Environmental Protection Agency and the Department of
Transportation laws and regulations.  Dispose of hazardous waste in
compliance with local laws and regulations.  Spills of hazardous or toxic
materials must be immediately reported to the Contracting Officer and the
Facility Environmental Office.  Cleanup and cleanup costs due to spills are
the Contractor's responsibility.  The disposition of Contractor generated
hazardous waste and excess hazardous materials are the Contractor's
responsibility.  Coordinate the disposition of hazardous waste with the
Facility's Hazardous Waste Manager and the Contracting Officer.

3.5.4   Fuel and Lubricants

Storage, fueling and lubrication of equipment and motor vehicles must be
conducted in a manner that affords the maximum protection against spill and
evaporation.  Manage and store fuel, lubricants and oil in accordance with
all Regional and local laws and regulations.  Used lubricants and used oil
to be discarded must be stored in marked corrosion-resistant containers and
recycled or disposed in accordance with 40 CFR 279, State, and local laws
and regulations.  Storage of fuel on the project site will be in accordance
with all local laws and regulations.

3.5.5   Waste Water

Disposal of waste water will be as specified below.

   a.  Waste water from construction activities, such as onsite material
       processing, concrete curing, foundation and concrete clean-up,
       water used in concrete trucks, forms, etc. will not be allowed to
       enter water ways or to be discharged prior to being treated to
       remove pollutants.  Dispose of the construction related waste
       water off-Government property in accordance with all Regional and

SECTION 01 57 20.00 10  Page 12
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

271 of 1610
Government Rule 4 File

A699

Local laws and regulations.

b. For discharge of ground water, the Contractor will surface
   discharge in accordance with all local laws and regulations.

c. Water generated from the flushing of lines after disinfection or
   disinfection in conjunction with hydrostatic testing will be
   discharged into the sanitary sewer with prior approval and/or
   notification to the Waste Water Treatment Plant's Operator.

3.6   RECYCLING AND WASTE MINIMIZATION

Participate in local government sponsored recycling programs.  The
Contractor is further encouraged to minimize solid waste generation
throughout the duration of the project.

3.7   NON-HAZARDOUS SOLID WASTE DIVERSION REPORT

Maintain an inventory of non-hazardous solid waste diversion and disposal
of construction and demolition debris.  Submit a report to the Contracting
Officer on the first working day after each fiscal year quarter, starting
the first quarter that non-hazardous solid waste has been generated.
Include the following in the report:

a. Construction and Demolition (C&D) Debris Disposed = in cubic meters,
   as appropriate.

b. Construction and Demolition (C&D) Debris Recycled = in cubic meters,
   as appropriate.

c. Total C&D Debris Generated = in cubic meters, as appropriate.

d. Waste Sent to Waste-To-Energy Incineration Plant (This amount
   should not be included in the recycled amount) = in cubic meters,
   as appropriate.

3.8   BIOLOGICAL RESOURCES

Minimize interference with, disturbance to, and damage to fish, wildlife,
and plants including their habitat.  The protection of threatened and
endangered animal and plant species, including their habitat, is the
Contractor's responsibility in accordance with Regional and local laws and
regulations.

3.9   INTEGRATED PEST MANAGEMENT

In order to minimize impacts to existing fauna and flora, the Contractor
through the Contracting Officer, must coordinate with the Installation Pest
Management Coordinator (IPMC) Project Pesticide Coordinator (PPC)at the
earliest possible time prior to pesticide application.  Discuss integrated
pest management strategies with the IPMC and receive concurrence from the
IPMC through the COR prior to the application of any pesticide associated
with these specifications.  Installation Project Office Pest Management
personnel will be given the opportunity to be present at all meetings
concerning treatment measures for pest or disease control and during
application of the pesticide.  The use and management of pesticides are
regulated under 40 CFR 150 - 189.

SECTION 01 57 20.00 10   Page 13
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

272 of 1610
Government Rule 4 File

**A700**

3.9.1   Pesticide Delivery and Storage

  Deliver pesticides to the site in the original, unopened containers bearing
  legible labels indicating the EPA registration number and the
  manufacturer's registered uses.  Store pesticides according to
  manufacturer's instructions and under lock and key when unattended.

3.9.2   Qualifications

  For the application of pesticides, use the services of a subcontractor
  whose principal business is pest control.  The subcontractor must be
  licensed and certified in the state where the work is to be performed.

3.9.3   Pesticide Handling Requirements

  Formulate, treat with, and dispose of pesticides and associated containers
  in accordance with label directions and use the clothing and personal
  protective equipment specified on the labeling for use during all phases of
  the application.  Furnish Material Safety Data Sheets (MSDS) for all
  pesticide products.

3.9.4   Application

  Apply pesticides using a State Certified Pesticide Applicator in accordance
  with EPA label restrictions and recommendation.  The Certified Applicator
  must wear clothing and personal protective equipment as specified on the
  pesticide label.  The Contracting Officer will designate locations for
  water used in formulating.  Do not allow the equipment to overflow.  All
  equipment must be inspected for leaks, clogging, wear, or damage and
  repaired prior to application of pesticide.

3.10   PREVIOUSLY USED EQUIPMENT

  Clean all previously used construction equipment prior to bringing it onto
  the project site.  Ensure that the equipment is free from soil residuals,
  egg deposits from plant pests, noxious weeds, and plant seeds.  Consult
  with the USDA jurisdictional office for additional cleaning requirements.

3.11   MAINTENANCE OF POLLUTION FACILITIES

  Maintain permanent and temporary pollution control facilities and devices
  for the duration of the contract or for that length of time construction
  activities create the particular pollutant.

3.12   TRAINING OF CONTRACTOR PERSONNEL

  The Contractor's personnel must be trained in all phases of environmental
  protection and pollution control.  Conduct environmental
  protection/pollution control meetings for all personnel prior to commencing
  construction activities.  Additional meetings must be conducted for new
  personnel and when site conditions change.  Include in the training and
  meeting agenda:  methods of detecting and avoiding pollution;
  familiarization with statutory and contractual pollution standards;
  installation and care of devices, vegetative covers, and instruments
  required for monitoring purposes to ensure adequate and continuous
  environmental protection/pollution control; anticipated hazardous or toxic
  chemicals or wastes, and other regulated contaminants; recognition and
  protection of archaeological sites, artifacts, wetlands, and endangered
  species and their habitat that are known to be in the area.

SECTION 01 57 20.00 10  Page 14
PART TWO - GENERAL REQUIREMENTS


W912ER-11-D-0010-0006

273 of 1610
Government Rule 4 File


**A701**

3.13    CONTAMINATED MEDIA MANAGEMENT

  Manage contaminated environmental media consisting of, but not limited to,
  ground water, soils, and sediments in accordance with PART 4 G10.

3.14    POST CONSTRUCTION CLEANUP

  The Contractor will clean up all areas used for construction in accordance
  with Contract Clause: "Cleaning Up".  Unless otherwise instructed in
  writing by the Contracting Officer, obliterate all signs of temporary
  construction facilities such as haul roads, work area, structures,
  foundations of temporary structures, stockpiles of excess or waste
  materials, and other vestiges of construction prior to final acceptance of
  the work.  The disturbed area must be graded, filled and the entire area
  seeded unless otherwise indicated.

        -- End of Section --

SECTION 01 57 20.00 10  Page 15
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

274 of 1610
Government Rule 4 File

**A702**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 57 23

TEMPORARY STORM WATER POLLUTION CONTROL

PART 1   GENERAL

  1.1   REFERENCES
  1.2   SYSTEM DESCRIPTION
  1.3   EROSION AND SEDIMENT CONTROLS
    1.3.1   Stabilization Practices
      1.3.1.1   Unsuitable Conditions
      1.3.1.2   No Activity for Less Than 21 Days
      1.3.1.3   Burnoff
      1.3.1.4   Protection of Erodible Soils
    1.3.2   Erosion, Sediment and Stormwater Control
    1.3.3   Structural Practices
      1.3.3.1   Silt Fences
      1.3.3.2   Diversion Dikes
    1.3.4   Sediment Basins
  1.4   SUBMITTALS
  1.5   DELIVERY, STORAGE, AND HANDLING

PART 2   PRODUCTS

  2.1   COMPONENTS FOR SILT FENCES
    2.1.1   Filter Fabric
    2.1.2   Silt Fence Stakes and Posts
    2.1.3   Mill Certificate or Affidavit

PART 3   EXECUTION

  3.1   INSTALLATION OF SILT FENCES
  3.2   FIELD QUALITY CONTROL
    3.2.1   Silt Fence Maintenance
    3.2.2   Diversion Dike Maintenance
  3.3   INSPECTIONS
    3.3.1   General
    3.3.2   Inspections Details
    3.3.3   Inspection Reports
    3.3.4   Monthly Inspection Report and Certification Form

-- End of Section Table of Contents --

SECTION 01 57 23   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

275 of 1610
Government Rule 4 File

**A703**

SECTION 01 57 23

TEMPORARY STORM WATER POLLUTION CONTROL


PART 1   GENERAL

1.1   REFERENCES

  The publications listed below form a part of this specification to the
  extent referenced.  The publications are referred to within the text by the
  basic designation only.

        ASTM INTERNATIONAL (ASTM)

  ASTM D 4439                    (2004) Geosynthetics

  ASTM D 4491                    (1999a; R 2009) Water Permeability of
                                 Geotextiles by Permittivity

  ASTM D 4533                    (2004; R 2009) Trapezoid Tearing Strength
                                 of Geotextiles

  ASTM D 4632                    (2008) Grab Breaking Load and Elongation
                                 of Geotextiles

  ASTM D 4751                    (2004) Determining Apparent Opening Size
                                 of a Geotextile

  ASTM D 4873                    (2002; R 2009) Identification, Storage,
                                 and Handling of Geosynthetic Rolls and
                                 Samples

1.2   SYSTEM DESCRIPTION

  The work consists of preparation and implementing the Storm Water Pollution
  Prevention Plan to prevent sediment from entering streams or water bodies
  as specified in this Section in conformance with the requirements of
  Section 01 57 20.00 10 ENVIRONMENTAL PROTECTION.  The Storm Water Pollution
  Prevention Plan shall be in conformance with the requirements of LEED
  Sustainable Site Prerequisite 1.

1.3   EROSION AND SEDIMENT CONTROLS

  The controls and measures required of the Contractor are described below.

1.3.1   Stabilization Practices

  The stabilization practices to be implemented include mulching,
  geotextiles, erosion control matts.  On the daily CQC Report, record the
  dates when the major grading activities occur, (e.g., clearing and
  grubbing, excavation, embankment, and grading); when construction
  activities temporarily or permanently cease on a portion of the site; and
  when stabilization practices are initiated.  Except as provided in
  paragraphs UNSUITABLE CONDITIONS and NO ACTIVITY FOR LESS THAN 21 DAYS,
  initiate stabilization practices as soon as practicable, but no more than


                    SECTION 01 57 23  Page 2
                    PART TWO - GENERAL REQUIREMENTS

14 days, in any portion of the site where construction activities have
permanently ceased.

## 1.3.1.1   Unsuitable Conditions

Where the initiation of stabilization measures by the fourteenth day after
construction activity temporarily or permanently ceases or is precluded by
unsuitable conditions caused by the weather, initiate stabilization
practices as soon as practicable after conditions become suitable.

## 1.3.1.2   No Activity for Less Than 21 Days

When the total time period in which construction activity is temporarily
ceased on a portion of the site is 21 days minimum, stabilization practices
do not have to be initiated on that portion of the site until 14 days have
elapsed after construction activity temporarily ceased.

## 1.3.1.3   Burnoff

Burnoff of the ground cover is not permitted.

## 1.3.1.4   Protection of Erodible Soils

Immediately finish the earthwork brought to a final grade, as indicated or
specified, and protect the side slopes and back slopes upon completion of
rough grading.  Plan and conduct earthwork to minimize the duration of
exposure of unprotected soils.

## 1.3.2   Erosion, Sediment and Stormwater Control

a.  Prepare and submit a Storm Water Pollution Prevention Plan (SWPPP) for
    the project to the Contracting Officer prior to the commencement of
    work.  The SWPPP shall be prepared in accordance with the NPDES
    requirements.  Submit the SWPPP to the Contracting Officer for
    approval, a minimum of 60 calendar days prior to the start of any land
    disturbing activities.  Maintain an approved copy of the SWPPP at the
    construction on-site office, and continually update as regulations
    require, to reflect current site conditions.  Include within the SWPPP:

    (1)  Identify potential sources of pollution which may be reasonably
         expected to affect the quality of storm water discharge from the
         site.

    (2)  Describe and ensure implementation of practices which will be
         used to reduce the pollutants in storm water discharge from the
         site.

    (3)  Select applicable best management practices from EPA 832-R-92-005.

    (4)  Include a completed copy of the Registration Statement and BMP
         Inspection Report Template.

## 1.3.3   Structural Practices

Implement structural practices to divert flows from exposed soils,
temporarily store flows, or otherwise limit runoff and the discharge of
pollutants from exposed areas of the site.  Implement structural practices
in a timely manner, during the construction process, to minimize erosion
and sediment runoff.  Include the following devices;

SECTION 01 57 23   Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

277 of 1610
Government Rule 4 File

**A705**

1.3.3.1   Silt Fences

  Provide silt fences as a temporary structural practice to minimize erosion
  and sediment runoff.  Properly install silt fences to effectively retain
  sediment immediately after completing each phase of work where erosion
  would occur in the form of sheet and rill erosion (e.g. clearing and
  grubbing, excavation, embankment, and grading).  Install silt fences in the
  locations indicated on the drawings.  Obtain approval from the Contracting
  Officer prior to final removal of silt fence barriers.

1.3.3.2   Diversion Dikes

  Build diversion dikes with a maximum channel slope of 2 percent and
  adequately compacted to prevent failure.  The minimum height measured from
  the top of the dike to the bottom of the channel shall be 0.5 m.  The
  minimum base width shall be 1.8 m and the minimum top width shall be 0.6 m.
  Ensure that the diversion dikes are not damaged by construction operations
  or traffic.  Locate diversion dikes where shown on the drawings.

1.3.4   Sediment Basins

  Trap sediment in temporary sediment basins.  Select a basin size to
  accommodate the runoff of a local 50-year storm.  Pump dry and remove the
  accumulated sediment, after each storm.  Use a paved weir or vertical
  overflow pipe for overflow.  Remove collected sediment from the site.
  Institute effluent quality monitoring programs.  Install, inspect, and
  maintain best management practices (BMPs) as required by the general
  permit.  Prepare BMP Inspection Reports as required by the general permit.
  If required by the permit, include those inspection reports.

1.4   SUBMITTALS

  Government approval is required for submittals with a "G" designation;
  submittals not having a "G" designation are for information only.  When
  used, a designation following the "G" designation identifies the office
  that will review the submittal for the Government.  Submit the following in
  accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

      SD-01 Preconstruction Submittals

          Storm Water Pollution Prevention Plan

            Pollution prevention plan

      SD-06 Test Reports

          Storm Water Inspection Reports for General Permit
          Erosion and Sediment Controls

      SD-07 Certificates

          Mill Certificate or Affidavit

            Certificate attesting that the Contractor has met all specified
          requirements.

SECTION 01 57 23   Page 4
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

278 of 1610
Government Rule 4 File

**A706**

1.5   DELIVERY, STORAGE, AND HANDLING

  Identify, store and handle filter fabric in accordance with ASTM D 4873.

PART 2    PRODUCTS

2.1   COMPONENTS FOR SILT FENCES

2.1.1   Filter Fabric

  Provide geotextile that complies with the requirements of  ASTM D 4439, and
  consists of polymeric filaments which are formed into a stable network such
  that filaments retain their relative positions.  The filament shall consist
  of a long-chain synthetic polymer composed of at least 85 percent by weight
  of ester, propylene, or amide, and contains stabilizers and/or inhibitors
  added to the base plastic to make the filaments resistant to deterioration
  due to ultraviolet and heat exposure.  Provide synthetic filter fabric that
  contains ultraviolet ray inhibitors and stabilizers to assure a minimum of
  six months of expected usable construction life at a temperature range of
  -18 to plus 49 degrees C.  The filter fabric shall meet the following
  requirements:

| FILTER FABRIC FOR SILT SCREEN FENCE | | |
|---|---|---|
| PHYSICAL PROPERTY | TEST PROCEDURE | STRENGTH REQUIREMENT |
| Grab Tensile Elongation (percent) | ASTM D 4632 | 445 N min. 30 percent max. |
| Trapezoid Tear | ASTM D 4533 | 245 N min. |
| Permittivity | ASTM D 4491 | 0.2 sec-1 |
| AOS (U.S. Std Sieve) | ASTM D 4751 | 20-100 |

2.1.2   Silt Fence Stakes and Posts

  Use either wooden stakes or steel posts for fence construction.  Wooden
  stakes utilized for silt fence construction, shall have a minimum cross
  section of 50 by 50 mm when oak is used and 100 by 100 mm when pine is
  used, and have a minimum length of 1.5 m.  Steel posts (standard "U" or "T"
  section) utilized for silt fence construction, shall have a minimum mass of
  1.98 kg/linear meter and a minimum length of 1.5 m.

2.1.3   Mill Certificate or Affidavit

  Provide a mill certificate or affidavit attesting that the fabric and
  factory seams meet chemical, physical, and manufacturing requirements
  specified above.  Specify in the mill certificate or affidavit the actual
  Minimum Average Roll Values and identify the fabric supplied by roll
  identification numbers.  Submit a mill certificate or affidavit signed by a
  legally authorized official from the company manufacturing the filter
  fabric.

SECTION 01 57 23   Page 5
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

279 of 1610
Government Rule 4 File

A707

PART 3   EXECUTION

3.1   INSTALLATION OF SILT FENCES

 Extend silt fences a minimum of 400 mm above the ground surface without
 exceeding 860 mm above the ground surface.  Provide filter fabric from a
 continuous roll cut to the length of the barrier to avoid the use of
 joints.  When joints are unavoidable, splice together filter fabric at a
 support post, with a minimum 150 mm overlap, and securely sealed.  Excavate
 trench approximately 100 mm wide and 100 mm deep on the upslope side of the
 location of the silt fence.  The 100 by 100 mm trench shall be backfilled
 and the soil compacted over the filter fabric.  Remove silt fences upon
 approval by the Contracting Officer.

3.2   FIELD QUALITY CONTROL

 Maintain the temporary and permanent vegetation, erosion and sediment
 control measures, and other protective measures in good and effective
 operating condition by performing routine inspections to determine
 condition and effectiveness, by restoration of destroyed vegetative cover,
 and by repair of erosion and sediment control measures and other protective
 measures.  Use the following procedures to maintain the protective measures.

3.2.1   Silt Fence Maintenance

 Inspect the silt fences in accordance with paragraph, titled "Inspections,"
 of this section.  Any required repairs shall be made promptly.  Pay close
 attention to the repair of damaged silt fence resulting from end runs and
 undercutting.  Should the fabric on a silt fence decompose or become
 ineffective, and the barrier is still necessary, replace the fabric
 promptly.  Remove sediment deposits when deposits reach one-third of the
 height of the barrier.  Remove a silt fence when it is no longer required.
 The immediate area occupied by the fence and any sediment deposits shall be
 shaped to an acceptable grade.  The areas disturbed by this shaping shall
 receive erosion control.

3.2.2   Diversion Dike Maintenance

 Inspect diversion dikes in accordance with paragraph, titled "Inspections,"
 of this section.  Pay close attention to the repair of damaged diversion
 dikes and accomplish necessary repairs promptly.  When diversion dikes are
 no longer required, shape to an acceptable grade and apply erosion control.

3.3   INSPECTIONS

3.3.1   General

 Inspect disturbed areas of the construction site, areas that have not been
 finally stabilized used for storage of materials exposed to precipitation,
 stabilization practices, structural practices, other controls, and area
 where vehicles exit the site at least once every seven (7) calendar days
 and within 24 hours of the end of any storm that produces 13 mm or more
 rainfall at the site.  Conduct inspections at least once every month where
 sites have been finally stabilized.

3.3.2   Inspections Details

 Inspect disturbed areas and areas used for material storage that are
 exposed to precipitation for evidence of, or the potential for, pollutants

SECTION 01 57 23  Page 6
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

280 of 1610
Government Rule 4 File

**A708**

entering the drainage system.  Observe erosion and sediment control
measures identified in the Storm Water Pollution Prevention Plan to ensure
that they are operating correctly.  Inspect discharge locations or points
to ascertain whether erosion control measures are effective in preventing
significant impacts to receiving waters.  Inspect locations where vehicles
exit the site for evidence of offsite sediment tracking.

3.3.3   Inspection Reports

For each inspection conducted, prepare a report summarizing the scope of
the inspection, name(s) and qualifications of personnel making the
inspection, the date(s) of the inspection, major observations relating to
the implementation of the Storm Water Pollution Prevention Plan,
maintenance performed, and actions taken.  Furnish the report to the
Contracting Officer within 24 hours of the inspection as a part of the
Contractor's daily CQC REPORT.  A copy of the inspection report shall be
maintained on the job site.

3.3.4   Monthly Inspection Report and Certification Form

Complete, sign, and submit the original form, on the first working day of
each month, to the Contracting Officer

Unless otherwise notified, submit the Monthly Inspection Report and
Certification Forms for an additional two months after the final completion
of all storm water pollution prevention measures required in this contract
have been implemented.

        -- End of Section --

                    SECTION 01 57 23   Page 7
                 PART TWO - GENERAL REQUIREMENTS

                                            W912ER-11-D-0010-0006

                        281 of 1610
                    Government Rule 4 File


                         **A709**

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 62 35

RECYCLED / RECOVERED MATERIALS

PART 1   GENERAL

  1.1   REFERENCES
  1.2   OBJECTIVES
  1.3   EPA DESIGNATED ITEMS INCORPORATED IN THE WORK
  1.4   EPA LISTED ITEMS USED IN CONDUCT OF THE WORK BUT NOT INCORPORATED
        IN THE WORK

-- End of Section Table of Contents --

SECTION 01 62 35   Page 1
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

282 of 1610
Government Rule 4 File

**A710**

SECTION 01 62 35

RECYCLED / RECOVERED MATERIALS

PART 1   GENERAL

1.1   REFERENCES

  The publications listed below form a part of this specification to the
  extent referenced.  The publications are referred to in the text by basic
  designation only.

        CODE OF FEDERAL REGULATIONS (CFR)

  40 CFR 247                    Comprehensive Procurement Guideline for
                                Products Containing Recovered Material

1.2   OBJECTIVES

  Government procurement policy is to acquire, in a cost effective manner,
  items containing the highest percentage of recycled and recovered materials
  practicable consistent with maintaining a satisfactory level of competition
  without adversely affecting performance requirements or exposing suppliers'
  employees to undue hazards from the recovered materials.  The Environmental
  Protection Agency (EPA) has designated certain items which must contain a
  specified percent range of recovered or recycled materials.  EPA designated
  products specified in this contract comply with the stated policy and with
  the EPA guidelines.  The Contractor shall make all reasonable efforts to
  use recycled and recovered materials in providing the EPA designated
  products and in otherwise utilizing recycled and recovered materials in the
  execution of the work.  The Contractor shall coordinate the requirements of
  this specification section with specification Section 01 33 29.

1.3   EPA DESIGNATED ITEMS INCORPORATED IN THE WORK

  Various sections of the specifications contain requirements for materials
  that have been designated by EPA as being products which are or can be made
  with recovered or recycled materials.  These items, when incorporated into
  the work under this contract, shall contain at least the specified
  percentage of recycled or recovered materials unless adequate
  justification  (non-availability) for non-use is provided.  When a
  designated item is specified as an option to a non-designated item, the
  designated item requirements apply only if the designated item is used in
  the work.

1.4   EPA LISTED ITEMS USED IN CONDUCT OF THE WORK BUT NOT INCORPORATED IN
THE WORK

  There are many products listed in 40 CFR 247 which have been designated or
  proposed by EPA to include recycled or recovered materials that may be used
  by the Contractor in performing the work but will not be incorporated into
  the work.  These products include office products, temporary traffic
  control products, and pallets.  It is recommended that these

SECTION 01 62 35  Page 2
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

non-construction products, when used in the conduct of the work, contain
the highest practicable percentage of recycled or recovered materials.


        -- End of Section --

SECTION 01 62 35   Page 3
PART TWO - GENERAL REQUIREMENTS

W912ER-11-D-0010-0006

284 of 1610
Government Rule 4 File

**A712**

## PART THREE - PROJECT PROGRAM

# Project Program

# Navy 2 + 0 TQ
# P-935
# FY13
# NAICS Code 236220 – Commercial and Institutional Building Construction

# NSA, Bahrain

## TABLE OF CONTENTS

**COVER PAGE**

**TABLE OF CONTENTS**

**1. PROJECT DESCRIPTION**

**2. PROJECT OBJECTIVES**
2.1. Mission Statement..........................................
2.2. Facility Function............................................
2.3. Project Specific Priorities...............................
2.4. Appropriate Design.......................................
2.5. Workflow Process..........................................
2.6. Special Design Challenges.............................
2.7 Adaptability and Flexibility...............................

**3. SITE ANALYSIS**
3.1 Existing Site Conditions..................................
3.2 Site Development Requirements......................

**4. BUILDING REQUIREMENTS**
4.1 Space Tabulation...........................................
4.2 Space Relationships.......................................
4.3 Exterior Character..........................................

**5. ROOM REQUIREMENTS**

**6. ENGINEERING SYSTEMS REQUIREMENTS**   A10
Foundations.............................................
A20    Basement Construction...............................
B10    Superstructure...........................................
B20    Exterior Closure.........................................
B30    Roofing......................................................
C10    Interior Construction..................................
C20    Stairs.......................................................
C30    Interior Finishes.........................................
D10    Conveying Systems....................................
D20    Plumbing...................................................
D30    HVAC.........................................................
D40    Fire Protection Systems..............................
D50    Electrical Power and Lighting......................
E10    Equipment.................................................
E20    Furnishings...............................................

W912ER-11-D-0010-0006

**A714**

F10    Special Construction...................................
F20    Selective Building Demolition........................
G10     Site Preparations.......................................
G20     Site Improvements.....................................
G30     Site Mechanical Utilities.............................
G40     Site Electrical Utilities................................

Part 3 contains the project description, functional and performance requirements, scope items, and expected quality levels that exceed Part 4.   Part 4 identifies design criteria, verification requirements, and performance and quality requirements of products.   See "Order of Precedence" paragraph in Part 2 for relationships between all parts of this RFP.

# 1.0 PROJECT DESCRIPTION

The work described under this contract is for the Design and Construction of the FY13 NAVY MILCON Project P-935. The primary facility in this project is the Transient Quarters or TQ. The purpose for this project is to provide the Navy with on-base housing that is safe and energy efficient, durable with low maintenance features, having low life-cycle costs.

The complex at a minimum shall contain a fixed 258 2+0 rooms along with required support spaces as outlined in the Project Program and RFP based on UFC 4-720-01 and on DoD Form 1391.   Maximum occupancy shall be 516 enlisted military personnel.   The facility shall be designed around enclosed interior corridors using the Room Requirements attached with the RFP. Each Navy 2+0 Room shall include a double occupancy living/sleeping area, a shared bathroom to include a toilet, vanity cabinet with countertop and lavatory, and shower compartment, , and two lockable individual closets.

In addition to the individual sleeping rooms the facility shall include an entrance vestibule, a multipurpose room/spaces, a laundry room supporting commercial-grade washers and dryers, vending space, a passenger/freight elevator, stair towers, corridors, janitor's closet(s), and facility support spaces to include mechanical space, electrical space, telecommunications space, and fire protection space.   Optional support spaces in addition to those listed above are identified in the Space Tabulations Chart and the Room Requirements Charts of the Project Program.

Building materials, building systems and construction methods shall follow the requirements established in the Engineering System Requirements (ESR) of the Project Program and the Performance Technical Specifications (PTS) of this RFP.

The TQ shall be constructed on the Waterfront Site at the NSA Bahrain.   The building and site design for the TQ shall fit into the surrounding architectural environment and comply with the NSA Base Exterior Architectural Plan (BEAP).

Sustainable principles shall be included in the design, development and construction of this project.   The TQ shall be required to achieve a minimum certification of   LEED-NC 2009 Silver Version 3 as described below in 2.0 Project Objectives.

This contract includes a separate bid priced option (Option #1) for the procurement and installation of freestanding laundry appliances and freestanding furniture, fixtures, and equipment.   See E10 Equipment and E20 Furniture below for additional requirements.

This project also includes a separate bid priced option (Option #2) for electronic security systems (ESS).   ESS shall be provided for the Temporary Quarters as required per UFC 4-720-01.

Development area on the waterfront site is limited.   It is important that this facility be designed to effectively utilize the site to satisfy the RFP requirements while ensuring the maximum usable area for future development.   The TEQ shall be limited to a max of 4 stories in height. All structures shall comply with applicable building codes and regulations.

Mechanical systems for the TEQ shall include; plumbing, fire protection systems, and heating ventilating and air conditioning (HVAC) systems.

Electrical systems shall include; information systems, cable TV, wiring for telephone and local area network (LAN) data, a building alarm system for fire and personnel alerting, lighting and power.

Telecommunication requirements shall be coordinated with local providers.

Site improvements shall include; storm drainage, grading, demolition of existing improvements, walkways and sidewalks, utility corridors, fire protection access, bicycle racks, site lighting, site furniture including trash and recycling dumpsters and enclosures, and planting and vegetation.

# 2.0 PROJECT OBJECTIVES
## 2.1 Mission Statement

NAVCENT has several specific missions. The majority of the current efforts in the AOR focus on Operation Iraqi Freedom and stabilizing the country as the Iraqi government takes steps toward autonomy and security of its internal boarders; The Strait of Hormuz is a vital waterway that links the Arabian Gulf with the Gulf of Oman. It is only about 40 miles across at its widest point and studded with islands and is considered one of the "choke points" in the AOR; and NAVCENT is also leading the Navy's involvement in Operation Enduring Freedom. The operation began in October 2001 and is ongoing.

The Navy mission for TQ housing is to provide adequate barracks space and living amenities for all NAVY and assigned Navy bachelor enlisted personnel.   The goal is to achieve consistency throughout the Navy with facilities that promote professional development, support unit cohesion and improve the quality of life for all enlisted personnel.   Thus the minimum standards set forth in this document maintain the focus of providing housing for a comfortable living environment.

## 2.2 Facility Function

The function of the 2+0   TQ room is to provide our unaccompanied military personnel with adequate, comfortable housing.   This is a major goal for the Navy, and a critical element in attracting and retaining high caliber personnel.

## 2.3 Project Specific Priorities

The intent is to procure rooms comparable to those that would be in the Bahrain area for similar occupancy. Work also includes utilities, antiterrorism force protection features, paving and site improvements. The intent of this contract will be to minimize proscription allowing the contractor the opportunity to develop 2 +0 TQ rooms that provide the Navy with a safe, energy efficient, durable/low maintenance facility with amenities and features that provide a functional environment for the bachelor enlisted personnel and is sympathetic with the surrounding architectural environment and the Base Exterior Architecture Plan (BEAP).

## 2.3.1 Sustainable Design

Integrate sustainable strategies and features into the design to minimize the energy consumption of the facilities; conserve resources; minimize adverse effects to the environment; and improve occupant productivity, health, and comfort to reduce the total cost of ownership of the project using a whole building, life-cycle approach.   The facility and all site features shall be designed and constructed using USGBC LEED-NC.   The design and construction shall incorporate sustainable design strategies and features to the fullest extent possible, consistent with mission, budget and client requirements.

The sustainable design rating level for the project is to achieve LEED-NC 2009 Silver Version 3 and the constructed facility shall be certified by the USGBC as having met the USGBC LEED-NC requirements for the required rating level.

The USGBC LEED 2009 Minimum Program Requirements (MPR) 6 requires post certification energy and water data.   DoD has received a blanket exemption from this MPR 6 requirement,

however the LEED Online Project Information (PI) Forms must be filled out correctly to qualify for the exemption.   Provide the PI Form 1 information in accordance with the instructions titled "MPR 6 Department of Defense Exemption Process" posted on the Whole Building Design Guide to indicate the applicability of the DoD exemption.   These instructions can be found at the following weblink:   http://www.wbdg.org/references/pa_dod_sust_leed.php .

The following USGBC LEED-NC 2009 credits and additional requirements are mandatory

a.    SS-6.1 Storm Water Design, Quantity Control

b.    SS-6.2 Storm Water Design, Quality Control

c.    WE-1 Water Efficient Landscaping: Reduce by 50%

d.    EA-1 Optimize Energy Performance. For new construction achieve a 30% energy use reduction below ASHRAE 90.1-2007 or the International Energy Conservation Code (IECC) for low rise residential facilities.

e.    EA-4 Enhanced Refrigerant Management. Reduce use of Ozone Depleting and Global Warming Compounds. Eliminate the use of ozone depleting compounds during and after construction where alternative environmentally preferable products are available.

f.    MR-2 Construction Waste Management: Divert 50% from Disposal.

g.    MR-4 Recycled Content: 10%. For EPA Designated products, use products meeting EPA's recycled content recommendations.

h.    MR-5 Regional Materials: 10% from extracted, harzested, recovered, and manufactured within 800 km (500 miles) of project site.

i.    MR-6 & MR-7 Renewable Products: Use products made from rapidly renewable resources and certified sustainable wood products.

j.    EQ-3.1 & EQ-3.2 Construction IAQ Management: During Construction & Before Occupancy

k.    EQ-4.1, 4.2, 4.3, 4.4 Low Emitting Materials. Specify materials & products with low pollutant emissions, including adhesives, sealants, paints, carpet systems and furnishings.

l.    EQ-7.1 Thermal Comfort: Design. Design to ASHRAE Standards 55-2004 for Thermal Comfort and 62.1-2004 for Ventilation for Acceptable Indoor Air Quality.

m.    Moisture Control. Establish and implement a moisture control strategy for controlling moisture flows and condensation to prevent building damage and mold contamination.

n.    Bio-Based Products: For USDA designated products use products meeting or exceeding USDA's biobased content recommendations.

o.      Energy Efficient Products: All energy using products shall either be Energy Star or FEMP recommended efficiency. Where Energy Star or FEMP recommendations have not been established, efficiency shall be in the top 25% for the type of product procured. All energy using products shall also meet FEMP requirements for low standby power consumption.

The following LEED-NC 2009 credits are not applicable to the project and must not be used by the Contractor to obtain the LEED certification.

a. EA-6 Green Power

Ensure sustainable strategies and features in the design phase are incorporated in the construction phase.

Information and resources on sustainable design principles and guidelines are explained in the "Whole Building Design Guide" that can be found at www.wbdg.org.

## 2.3.2 Storm Water Management (Low Impact Development)

Provide low impact development strategies for compliance with DoD Policy on Implementing Section 438 of the Energy Independence and Security Act (EISA), dated 19 January, 2010 and Penn Memo/NAVY Low Impact Development (LID) Policy, dated 16 November, 2007.   Comply with UFC 3-210-10N " LOW IMPACT DEVELOPMENT".   These policies are in addition to Host Nation storm water management program permit requirements.   The DOR shall balance all requirements, Host Nation, LEED and the above stated policies, and acquire required regulatory permits when managing storm water generated.

## 2.3.3 Energy Conservation

Energy conservation shall be in accordance with UFC 3-400-01, Design Energy Conservation.

## 2.3.4 Building Enhanced Commissioning

Provide Fundamental Commissioning and Enhanced Commissioning to meet the requirements of USGBC LEED Rating System version 3. and UFGS section 01 45 00.05 20, *Design and Construction Quality Control*.   At a minimum Commission the following systems: HVAC systems and controls, lighting controls, and if provided, day lighting controls, refrigeration systems and controls, renewable energy systems, and domestic hot water systems.   See the following "Engineering System Requirements" sections in Chapter 6 of the Project Program to determine any additional systems to be commissioned.

The designated Commissioning Authority (CA) shall meet the qualifications of the most recent version of the USGBC LEED Rating System and UFGS section 01 45 00.05 20, Design and Construction Quality Control.   The CA shall report results, recommendations, and findings directly to the Government.

## 2.3.5 Accessibility Requirements

Provide barrier-free design in accordance with the requirements of the DEPSECDEF Memorandum "Access for People with Disabilities" dated Oct 31, 2008.   The memorandum updates the DoD standards for making facilities accessible to people with disabilities.   The US

Access Board issued an update of the accessibility guidelines which the DEPSECDEF Memorandum implements with military unique requirements specified in the memorandum attachment.   The new DoD, "ABA (Architectural Barriers Act) Accessibility Standard" (DoD ABAAS) and the DEPSECDEF Memorandum are located at http://www.access-board.gov/ada%2Daba/aba-standards-dod.cfm .

Public areas within Bachelor Housing that are open to base personnel (civilian and military), visitors, etc., including reception area, corridors, elevators and public toilet facilities, MUST be barrier free.   Living/sleeping rooms within permanent party personnel quarters are intended for the housing of able-bodied personnel and therefore do not require accessibility provisions within current DoD standards and guidelines.

## 2.3.6 Antiterrorism Criteria

Design the facility to comply with CENTCOM requirements and UFC 4-010-01, Feb 9, 2012, DoD Minimum Antiterrorism Standards for Buildings.   Assume no RAVA (Risk Analysis and Vulnerability Assessment is available for this facility.

Facility will have an occupancy designated as billeting in accordance with UFC 4-010-01.

Facility will be 4 stories maximum in height and will be required to meet the progressive collapse avoidance standards of UFC 4-023-03 if building height exceeds two stories.   This facility may be considered to have Controlled Public Access.

Facility is within a controlled perimeter.

Minimum separation distance between all billeting and primary gathering structures is 20 meters (66 feet).   However, this requirement does not apply to structures that are adjacent and separated by only an expansion or lateral movement accommodation joint.

Facility minimum standoff distance is 3.6 meters (12 feet) from parking and roadways.

Facility conventional construction standoff distance is 183 meters (600 feet) from a controlled perimeter.

The site is constrained and the conventional standoff distances are likely not available.   Standoff distance may be reduced, but not to less than the minimum standoff, if the required level of protection can be achieved through analysis, building hardening, or other mitigating construction. Building hardening must meet CENTCOM and UFC 4-010-01 requirements.

CENTCOM variances for building height, 2 or more stories, and perimeter standoff, less than 183 meters (600 feet), will be required.   Provide variance documentation required for preparation by the NSA PWD of the variance request packages.   Variance documentation for progressive collapse and building hardening analysis requirements are specified in UFGS section 01 33 00.12 10, Submittal Requirements for Design-Build Projects.

## 2.4 Appropriate Design

The government is interested in the best value proposal that supports the functional needs of the users and activities. The levels of quality and durability specified shall be responsive to the function, mission effectiveness, and economics of a high use and visible military support structure expected to perform for 25 years or longer. The design solution shall underscore the essential elements while invoking the spirit of the staff and users.

Form building to make arrival and movement through them orderly and clearly understandable to users (occupants, staff, service personnel, and visitors). Use circulation to organize and zone activities and to promote physical security. Provide a clear entrance to the building and to the various functional areas within the building. Locate function and shape circulation space serving functions to ensure the safety of users.

All materials shall be coordinated with the NSA Bahrain standards and must be extremely durable and considered "heavy duty". Host nation room finishes commonly used shall be considered for use.

The appropriate design for this facility shall comply with the most current editions of the IBC and NFPA.

Anti- Terrorism/ Force Protection (AT/FP) - The design of this project shall meet all CENTCOM and UFC 4-010-01 requirements.

The designs for the building and site contained within this project should comply with the NSA Bahrain Base Exterior Architecture Plan (BEAP).

Comply with the current version of UFC 4-720-01, *Lodging Facilities* for planning and design requirements at the time of award.

## 2.5 Workflow Process

The main building entrance and staff operations shall be located central to the facility.   The duty office shall be designed to support efficient resident check-in with direct visual access to the main entrance.   The shared public areas of the building shall be centrally located on the first floor and in close proximity to vertical circulation.   The duty office shall be located adjacent to public areas to provide monitoring as much as practical.   Sleeping wings shall extend away from the central public areas equally as much as the design and site configuration will allow.

## 2.5.1 Hours Of Operation

Hours of operation shall be 24-hours a day, 7 days a week.

## 2.5.2 Staffing/Occupancy

The number of occupants specified in the RFP are identified for programming purposes. Occupancy used to design building features, such as structural, egress, and plumbing fixtures shall be determined as required in applicable building or life safety codes.

| Type of Occupancy | No. of Persons | Description of Activity |
|---|---|---|
| Administration | 4 | Office Administration |
| Custodial | 2 | |
| Maintenance- indoor | 5 | Housekeeping |

| Maintenance - outdoor | 2 | |
| --- | --- | --- |
| Guests | 516 | Living/Sleeping |
| Maximum Occupancy | 529 | |

## 2.6 Special Design Challenges

Special design challenges are present due to constraints imposed by the site. This facility will need to comply with the AT/FP setbacks.   These setbacks are explained in UFC 4-01-01 and CENTCOM directives. Wavers will need to be obtained from the Navy for AT/FP setbacks which do not meet CENTCOM and UFC 4-010-01 requirements.

## 2.7 Adaptability And Flexibility

Provide 10% of the units on the lowest floor to be adaptable for ABA Accessibility.
Although the program for the Transient Quarters does not require a plan for functional flexibility, the design of the structure and other elements of the individual units and the buildings as a whole should be organized to provide for economic future internal modifications and external additions.

# 3.0 SITE ANALYSIS

The site is flat and is located on the Waterfront Site of NSA Bahrain. The Waterfront Site is bordered on the northwest by the Shaikh Khalifa Bin Salman Causeway, on the northeast by vacant land and small craft piers, on the southeast by a quay wall and on the southwest by existing port and industrial facilities owned by the Host Nation.

## 3.1 Existing Site Conditions

The site was previously developed as a shipping container port with the entire site paved with bituminous concrete.   Previous development phases of the Waterfront Site have included the infrastructure installation including roads, sidewalks and utilities.   Possible construction projects in the vicinity of this project that may constrain the site include P-937 BEQ, P-940 Combined Dining Facility and P-908 Waterfront Administration Facility.

## 3.2 Site Development Requirements

This project will require the Design Build Contractor to develop the design for the facility based on "2+0 Apartments". Use the site development guidelines stated in UFC 4-720-01 Lodging Facilities as a guide only. The development of the site shall comply with all applicable UFC's and other design directives as identified throughout this RFP.

Locate and space the building, roads, parking areas, dumpster, and external mechanical equipment within the area limits indicated on the Development Plan provided, see Part 6 Attachments, and in accordance with UFC 4-010-10 DoD Minimum Antiterrorism Standards for Buildings.   The design and construction of the project shall include reserved space for a future Navy Exchange Mini-Mart in FY-14.   The future Mini-Mart shall be approximately 19.2 meters by 24.7 meters with an additional 10 meters around the perimeter of the Mini-Mart to be used for construction of the facility.   The future Mini-Mart site shall be located within the project site to provide ease of pedestrian access as well as vehicle access for the loading docks associated with the Mini-Mart. The 2+0 TQ/Combined DFAC Contractor will have access to the future Mini-Mart site until the contract for the Mini-Mart is awarded in FY-14.   The 2+0 TQ/Combined DFAC Contractor shall provide adequate construction access to the Mini-Mart construction site throughout the duration of this contract.

Provide exterior lighting to provide a safe environment in the exterior recreation areas and walkways adjacent to the TQ. Refer to Section G402001 for details pertaining to exterior lighting.

Provide the Unaccompanied Enlisted Personnel Housing with signage adequate to identify it to visitors. All signage shall be consistent with the Base Exterior Architectural Plan (BEAP). Provide safe sidewalks between the parking areas and the building entrances. Ensure that the building is ABA universally accessible.

The contractor shall allow time at the main gate for security checks. For both on base activities and off base activities, the contractor will be responsible for coordinating with local authorities and for obtaining all permits.

Site the Navy Bachelor Housing to take advantage of the positive features of the site. Provide protection from undesirable winds and glare, shading from excessive sun. Pay special attention to building orientation, mass, and scale in developing the site plan. Develop a sense of order, arrival, orientation, and community in planning the site. Orientate building to create outdoor spaces for use as passive or active recreation areas. Organize the site using functional zones and the appropriate relationship of functions. Intermittent functions such as trash collection, vending machine service, furniture moving, and mechanical repair should not interrupt occupant's activities.

# 4.0 BUILDING REQUIREMENTS
## 4.1 Space Tabulation

**Space Tabulation**

| Space Name | # of Spaces | Unit SF (Net) | Total SF (Net) | Total SM (Net) | # of Occupants | Remarks |
|---|---|---|---|---|---|---|
| Covered Entry @ half Square Meters | 1 | 275 | 275 | 102 | | At full square meters 51 |
| Entrance Vestibule | 1 | 100.1 | 100.1 | 9.3 | | |
| Central Lobby | 1 | 799.7 | 799.7 | 74.3 | | |
| Reception | 1 | 225 | 225 | 34.83 | | |
| Bell Cart Station | 1 | 150.04 | 150.04 | 13.94 | | |
| Luggage Storage/ General Storage | 1 | 149.94 | 149.94 | 13.93 | | |
| Public Toilets | 1 | 275 | 275 | 25.5 | | For male and female |
| Unisex Toilets | 2 | 50 | 100 | 9.4 | | |
| Guest Laundry | 1 | 550.0 | 550.0 | 65.79 | | 1 washer and 2 dryers per 12 residents |
| Vending | 4 | 240.03 | 960.14 | 89.2 | | Central located on each floor |
| Ice | 4 | 119.47 | 477.91 | 44.4 | | Central located on each floor |
| Lodging Communications | 1 | 540.34 | 540.34 | 50.2 | | Central located on the ground floor |
| Guest Rooms | 258 | 300.3 | 77480.78 | 7198.2 | | 258 required apartments |
| Manager | 1 | 119.4 | 119.4 | 11.1 | | |
| Assistant Manager | 1 | 79.6 | 79.6 | 7.4 | | |
| Accounting | 1 | | | 23.6 | | |
| Housekeeping Manager | 1 | 79.6 | 79.6 | 7.4 | | |
| Cash Room | 1 | 79.6 | 79.6 | 7.4 | | |
| Housekeeping areas | 1 | | 1721.68 | 159.95 | | Each Floor divide space as required for equipment |

| | | | 128.09 | 11.9 | | |
|---|---|---|---|---|---|---|
| Utility Rooms | | | 128.09 | 11.9 | | |
| Central Janitor areas | | | 492.12 | 45.72 | | Includes facility laundry |
| Soiled Linen Storage | | | 175.45 | 16.3 | | |
| Clean Linen Storage | | | 312.15 | 29 | | |
| Receiving | 1 | 200.2 | 200.2 | 18.6 | | |
| Receiving/ Supply Office | 1 | 79.6 | 79.6 | 7.4 | | |
| Supply Areas/ General Storage | 1 | 599.5 | 599.5 | 55.7 | | |
| Central Staff Break/ Staff Lockers | 1 | 307.95 | 307.95 | 28.61 | | |
| Maintenance Workshop | 1 | 200.2 | 200.2 | 18.6 | | |
| Mechanical Room | 4 | 287.93 | 1151.7 | 107 | | Each Floor divide space as required for equipment |
| Electrical Room | 4 | 208.52 | 834.09 | 77.49 | | Each Floor divide space as required for equipment |
| Recyclables | 1 | 199.9 | 199.9 | 18.58 | | Locate as close as possible to mechanical |
| Gear Wash | 1 | | | 15.58 | | |
| Telephone Alcove | 1 | 58.1 | 58.1 | 5.4 | | |
| Patio | 1 | 199.99 | 199.99 | 18.58 | | |
| Transformer Room | 1 | 592.01 | 592.01 | 55 | | |
| Training Room/ Conference Room | 1 | 299.99 | 299.99 | 27.87 | | |
| Retail | 1 | 999.9 | 999.9 | 92.9 | | Not to exceed 1000 sq ft |
| | | Subtotal Net Area | 91353.95 | 8607.83 | | |
| | | Net to Gross Factor | 1.5 | 1.5 | | |
| | | Total Gross Area | 137030.9 | 12730.59 | | |
| | | Total DD 1391 | 138854 | 12900 | | |
| | | | | | | |
| | | | | | | |

**A726**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

The Design-Building Contractor shall provide actual area in both square feet and square meters in proposals. Space Tabulation provides min space requirements. Total Gross Area shall not exceed the Total DD 1391 square meter provided above, see ECB 2008-29, Part 6 –Attachments for area calculation requirements.

## 4.2 Space Relationships

## GUEST SERVICES ADJACENCY DIAGRAM



PART 3: 2 + 0 TQ - CHAPTER 4 - Page 3

## ADMINISTRATIVE SERVICES ADJACENCY DIAGRAM



## BACK-OF-HOUSE SUPPORT ADJACENCY DIAGRAM



The number or stories, height and size of the building contained within the Transient Quarters (TQ) site shall be based on the applicable building codes and regulations, including UFC 3-101-01 Architecture. Interior or exterior corridors and/or stairs are permitted.

The TQ shall be organized to express the function of the building along the sites, complex walking spine and with future facilities (see the Development plan). The TQ shall maximize the building height (4 stories) and minimize the footprint of the building on the site. The entrance of the site and the different fictional areas in the TQ shall be clearly defined for visitors, new residents and service personnel. The organization of public, private and service spaces along with the flow of circulation shall be understandable by the users, which include visitors, residents, staff and service personnel. Avoid hidden corners or creating dark, secluded areas.

## 4.3 Exterior Character

The exterior appearance shall be compatible with buildings adjacent to the site and the main base.

The design shall be in conformance with the Base Exterior Architecture Plan (BEAP), along with the recently constructed structures on the base shall guide the Design Build Contractor on the decisions regarding exterior character and finishes for this facility.

Consistency of the architecture on the base shall be achieved through the use of similar materials and colors expressed on some of the recently constructed structures.

The primary exterior material of the building shall be stucco and exposed textured concrete.   The roof shall be low slope see B30 Roofing.

# 5.0 ROOM REQUIREMENTS

2 + 0 TQ/Combined DFAC
NSA, Bahrain


## COMMON SPACE – Vestibule

**Space Characteristics**

**Function:** Entry to block cold or hot air into building

**Special Dimensions:**      Ideal Plan Dimensions:   Minimum  2200 MM from projection of door to next door face
Minimum Ceiling Height:  2400 MM

**Acoustics:**

**Access:**  This is the main entrance at the front of the building

**Number of Occupants:**  0

**Other:**  Exterior doors shall be designed to satisfy applicable for force Protection design requirements.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| B203002 | Glazed Doors | | | Aluminum Glazed Doors-interior doors to Lobby |
| C103014 | Recessed Pan Floor Mats | Each Door | As Required By LEED | Recessed Pan Floor Mats are need for IEQ Credit 5 Indoor Chemical and Pollutant Source Control |
| C302004 | Porcelain | | | |
| | Air Curtain | Each Door | As Required | |
| C303002 | Gypsum Board Ceiling | | | |
| B203001 | Solid Doors | | | Steel Doors- Exterior doors |
| B2030 | Exterior Door | | As Required | Provide as necessary for egress and security. Material shall be coordinated with recently constructed buildings, the use of the building and this particular space. |
| B2030 | Exterior Door Frame | | As Required | Material shall be coordinated with material of entrance door. |
| B2030 | Exterior Door Hardware | | As Required | Provide as necessary for security and egress. Access into the complex shall be through a single point of entry. The Manager's Office shall have a direct view to this access. |
| C1010 | Fixed Partitions | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## COMMON SPACE - Lobby

**Space Characteristics**

**Function:** Gathering space at entry – distribution point for circulation.  Provide a common area for approximately 12 residents and visitors.

**Special Dimensions:**
Ideal Plan Dimensions:  Accommodate the furniture listed below. Area must be ADAAG compliant.
Minimum Ceiling Height:  3100 MM

**Acoustics:** Provide features to minimize reverberation time and control noise

**Access:**  Shall be located near the Manager's Office.

**Number of Occupants:**  12

**Other:**  Provide wall mounted display board
Accommodate the following pieces of freestanding furniture as state in the UFC.

Non-paper faced gypsum board finished with the appropriate joint sealing materials or CMU shall be provided for the bottom four foot of the walls.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| B2020 | Exterior Window | As Required | | Coordinate material and finish with base standards. Comply with ATFP Requirements. |
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm Minimum | |
| C302001 | Wall Tile | Continuous | 100 mm high | Coved, color coordinate with floor tile. |
| C303003 | Gypsum Wallboard Ceiling | | | Provide drop soffits to define areas. Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| E201002 | Window Treatments | Each Window | As Required | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Reception

**Space Characteristics**

**Function:** Provide a common area for approximately 12 residents and visitors.

**Special Dimensions:** Accommodate the furniture listed below. Area must be ADAAG compliant.
Ideal Plan Dimensions:
Minimum Ceiling Height: 2400 MM min

**Acoustics:** Ceiling Minimum STC = 55

**Access:** Lobby

**Number of Occupants:** 12

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop. Match carpet to Lobby. |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Bell Cart Station

**Space Characteristics**

**Function:**  Provide Bell Cart Station for approximately 12 residents and visitors.

**Special Dimensions:**  Accommodate the furniture listed below. Area must be ADAAG compliant.
    Ideal Plan Dimensions:
    Minimum Ceiling Height:  2800 MM

**Acoustics:**  Walls adjoining Offices or apartment units Minimum STC = 52 Ceiling Minimum STC = 55 Doors STC shall be consistent with adjacent walls

**Access:**  Lobby

**Number of Occupants:**  12

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted, Provide impact resistant wall board up to 1220 mm. |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop. Match carpet to Lobby. |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A735**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Luggage Storage and General Storage

**Space Characteristics**

**Function:** Storage for bed rolls, linens and tools

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 3000 MM

**Acoustics:** Walls adjoining Common Area or apartment units Minimum STC = 52 Ceiling Minimum STC = 55 Doors STC shall be consistent with adjacent walls

**Access:**

**Number of Occupants:** N/A

**Other:** Space must accommodate shelving units.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## COMMON SPACE - Satellite (Unisex) Toilets/ Public Toilets

**Space Characteristics**

**Function:** Male and female public toilets directly off the central lobby with an optional electric water cooler. Satellite facilities shall only have a single unisex toilet.

**Special Dimensions:**
    Ideal Plan Dimensions:   Size to accommodate fixtures
    Minimum Ceiling Height:  2400 mm

**Acoustics:**  High NRC, 45 STC walls

**Access:**  Public toilets near the Common area and on the ground floor. Satellite toilets near the Administration area on the ground floor.

**Number of Occupants:**  N/A

**Other:**  Provide adequate and acoustically rated room exhaust. Switch fan with lights.

    Air-conditioner

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Bathroom | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Bathroom | As Required | Painted, Silencers |
| C102007 | Interior Door Hardware | 1 Per Bathroom | | Provide lockable hardware as necessary for privacy, egress and security |
| C103008 | Solid Surface Countertops | | As Required | Backsplash, 100% acrylic solid surface material. Moisture resistant plywood  substrate under countertop |
| C301003 | Gypsum Board | | | |
| C302001 | High performance architectural latex | | | 3 coats |
| C302001 | Porcelain Floor Tile | | | |
| C302001 | Porcelain Wall Tile | Continuous | | Coved, same material and color as porcelain floor tile |
| C303002 | Moisture Resistant Gypsum Board Ceiling | | | Ceiling Assembly Minimum STC = 55<br>Ceiling Assembly Minimum STC = 60 |
| D201001 | Water Closets | As Required | N/A | White seat |
| D201003 | Lavatories | As Required | N/A | Solid surface sink integral with countertop and backsplash – no seams |
| D201003 | Floor Drain | As Required | N/A | |
| C103002 | Toilet Accessories | As Required | | |
| C103001 | Toilet Partitions | As Required | As Required | |
| | | | | |

W912ER-11-D-0010-0006

**A737**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## *PUBLIC SPACE – Guest Laundry*

**Space Characteristics**

**Function:**  Self-service laundry for guests. If centralized, the room shall not be located directly off the lobby circulation areas. Laundry on the guest room shall be located off the guest corridors and near the vertical circulation, if possible.

**Special Dimensions:**
    Ideal Plan Dimensions:
    Minimum Ceiling Height:  2400 MM

**Acoustics:**  Walls Minimum STC = 52
            Ceiling Minimum STC = 55
            Doors Minimum STC = 52

**Access:**  From guest corridors

**Number of Occupants:  1 washer and 2 dryers per 12 residents**

**Other:**  Provide washer wall box with hot and cold water valves and drain. Provide venting for dryer; direct to outdoors. Washer and dryer are provided as part of the CID Package. Provide space for folding table as part of the CID Package.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Metal Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C302001 | Wall Tile | Continuous | | Coved, coordinate color with floor tile |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## COMMON SPACE - Vending Room

**Space Characteristics**

**Function:**  Provide vending for visiting public.

**Special Dimensions:**  Size to accommodate a minimum of 3 full-size commercial vending machines
 Ideal Plan Dimensions:
 Minimum Ceiling Height:  2400 MM

**Acoustics:**  Walls Minimum STC = 52
     Ceiling Minimum STC = 55

**Access:**  Within the Common Area and on the ground floor

**Number of Occupants:  N/A**

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C301005 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302001 | Wall Tile | Continuous | | Coved, color coordinate with floor tile. |
| C303003 | Regular Gypsum Ceiling, Painted | | | Ceiling Assembly Minimum STC = 55<br>Ceiling Assembly Minimum IIC = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A739**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## COMMON SPACE - Ice

**Space Characteristics**

**Function:** Provide ice for resident.

**Special Dimensions:** Size to accommodate a minimum of 1 full-size commercial ice machine
    Ideal Plan Dimensions:
    Minimum Ceiling Height: 2400 MM

**Acoustics:** Walls Minimum STC = 52
            Ceiling Minimum STC = 55

**Access:** Within the Common Area and on the ground floor

**Number of Occupants: N/A**

**Other:** Floor drain as required

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C301005 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302001 | Wall Tile | Continuous | | Coved, color coordinate with floor tile. |
| C303003 | Regular Gypsum Ceiling, Painted | | | Ceiling Assembly Minimum STC = 55<br>Ceiling Assembly Minimum IIC = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PART 3: 2 + 0 TQ – CHAPTER 5 – Page 9

W912ER-11-D-0010-0006

**A740**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## MECHANICAL SPACE – Lodging Communications

| Space Characteristics |
| --- |

**Function:** Telephone and NMCI equipment

**Special Dimensions:**
    Ideal Plan Dimensions:
    Minimum Ceiling Height: 2400 MM

**Acoustics:**

**Access:**

**Number of Occupants:** N/A

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
| --- | --- | --- | --- | --- |
| C1010 | Fixed Partitions | | | |
| B2030 | Exterior Door | As Required | | Provide as necessary for privacy, egress and security. Material shall be in accordance with the use of the building. Exterior utility doors shall be metal. Exterior door shall be in compliant with ATFP standards. |
| B2030 | Exterior Door Frame | As Required | | Material shall be in accordance with the use of the building and the use of the space. Door frames shall be extremely durable. Door frames shall be in compliant with ATFP standards. |
| B2030 | Exterior Door Hardware | As Required | | Provide as necessary for security and egress. Provide a card reader type lockset on entry door. |
| C301001 | Wall Finishes CMU | | | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C302010 | Concrete Sealer | | | Clear |
| C303003 | Regular Gypsum Ceiling, Painted | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum IIC = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**A741**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## PRIVATE SPACE – Guest Rooms

| Space Characteristics |
|---|

**Function:** Sleeping Quarters for 2 unaccompanied adults. In a surge the Sleeping Quarters will be for 4 unaccompanied adults.

**Special Dimensions:**
Ideal Plan Dimensions:  Minimum square footage of 27.8 sm
Minimum Ceiling Height:  2400 MM

**Acoustics:**  High NRC, minimum STC 50 walls between Apartment and Corridor (STC 45 if field tested) and adjacent apartments

**Access:**  Within the apartment unit

**Number of Occupants:  2** per bedroom

**Other:**   The layout of each bedroom shall accommodate these pieces of furniture:
Single Bed 2 Ea.
Night Stand 2 Ea.
Desk 2 Ea.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| B202001 | Exterior Windows | As Required | | Coordinate material and finish with base Standards. Comply with ATFP Requirements. |
| C101001 | Fixed Partitions | | | |
| C102001 | Standard Wood Doors | 1 per Bedroom | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Bedroom | As Required | Painted, silencers |
| C102007 | Interior Door Hardware | 1 per Bedroom | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on each bedroom entry door. |
| C301005 | High performance architectural latex | | | 3 coats |
| C302005 | Carpet Tile | | 600 mm x 600 mm | Commercial grade, muti-colored patterned loop |
| C302005 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Regular Gypsum Board Ceiling, Painted | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum IIC = 60 |
| | Marble Window Sills | Each Window | As Required | |
| | Ceiling Fan | 1 per Bedroom | | |
| E201002 | Line Drappers | Each Window | As Required | |
| E201002 | Shears | Each Window | As Required | |
| | | | | |

W912ER-11-D-0010-0006

314 of 1610
Government Rule 4 File

**A742**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## PRIVATE SPACE – Guest Rooms- Closet

| Space Characteristics |
|---|

**Function:** Provide secure storage of personal items for the residents of the units.  Provide two closets of the same size within each bedroom

**Special Dimensions:** Four per unit at a minimum of 1.85 net square meters each.
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  2400 MM

**Acoustics:**  N/A

**Access:**  Within each bedroom

**Number of Occupants:**  N/A

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Closet | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Closet | As Required | Painted, silencers |
| C102007 | Interior Door Hardware | 1 per Closet | | Provide side mounted hinges, lockable hardware for each closet for security. |
| C301005 | High performance architectural latex | | | 3 coats |
| C302005 | Carpet Tile | | 600 mm x 600 mm minimum | Commercial grade, multi-colored patterned loop |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Regular Gypsum Ceiling, Painted | | | |
| C103006 | Steel Shelving | | | Provide heavy duty coat rod and storage shelving in each closet. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## PRIVATE SPACE - Guest Rooms- Bathroom

| Space Characteristics | | |
|---|---|---|

**Function:** Serves the apartment residents.
**Special Dimensions:** Dimensions and layout shall be based on the required fixtures.
    Ideal Plan Dimensions:
    Minimum Ceiling Height: 2400 MM

**Acoustics:** Walls Minimum STC = 52
           Ceiling Minimum STC = 55
           Doors Minimum STC = 52

**Access:** Directly from the entry way

**Number of Occupants:** N/A

**Other:** Air conditioning supply. Ceiling exhaust register with volume damper tied to central exhaust system.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Bathroom | 900 mm x 21500 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Bathroom | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Bathroom | | Provide lockable hardware as necessary for privacy, egress and security. |
| C103008 | Solid Surface Countertops | | As Required | Backsplash, 100% acrylic solid surface material. Moisture resistant plywood substrate where required. |
| C103009 | Plastic Laminate Base Cabinets | | As Required | |
| C103002 | Medicine Cabinet | 1 per Occupant | As Required | |
| C103002 | Toilet and Bath Accessories | 1 per Bathroom | As Required | |
| C301005 | High performance architectural latex | | | 3 coats |
| C302001 | Tile Floor | | 300 mm x 300 mm minimum | |
| C302001 | Wall Tile | Continuous | | Coved, coordinate color with floor tile |
| C303003 | Moisture Resistant Gypsum Ceiling, Painted | | | |
| D201001 | Water Closet | 1 per Bathroom | N/A | |
| D201003 | Lavatory | 1 per Bathroom | N/A | Solid Surface Sink integral with countertop and backsplash- No Seams |
| C201005 | Porcelain on steel tub with 3 mm solid surface surround | 1 per Bathroom | N/A | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain


## OFFICE SPACE – Manager's Office

| Space Characteristics | | | | |
|---|---|---|---|---|

**Function:** Private office for the manager of the complex
**Special Dimensions:**
　　Ideal Plan Dimensions:  Office must be ADAAG compliant.
　　Minimum Ceiling Height:  2400 mm

**Acoustics:**  High sound absorption – should be a quiet space

**Access:**  Lobby, Offices, first floor public spaces

**Number of Occupants:**  1

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| B2020 | Exterior Window | As Required | | Coordinate material and finish with base standards. Comply with ATFP Requirements. |
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| E201002 | Window Treatments | Each Window | As Required | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A745**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Assistant Manager's Office

**Space Characteristics**

**Function:** Private office for the manager of the complex
**Special Dimensions:**
  Ideal Plan Dimensions:  Office must be ADAAG compliant.
  Minimum Ceiling Height:  2400 mm

**Acoustics:**  High sound absorption – should be a quiet space

**Access:**  Lobby, Offices, first floor public spaces

**Number of Occupants:**  1

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| B2020 | Exterior Window | As Required | | Coordinate material and finish with base standards. Comply with ATFP Requirements. |
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| E201002 | Window Treatments | Each Window | As Required | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

318 of 1610
Government Rule 4 File

**A746**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE - Accounting

**Space Characteristics**

**Function:** Building Administration, accounting, maintenance scheduling and management

**Special Dimensions:**
Ideal Plan Dimensions: Three 09 sm cubicles
Minimum Ceiling Height: 2400 MM

**Acoustics:** Walls Minimum STC = 55
Ceiling Minimum STC = 55

**Access:** Lobby, Waiting Area

**Number of Occupants:** 3

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| E201002 | Window Treatments | Each Window | As Required | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Housekeeping Manager

| Space Characteristics |
|---|

**Function:** Private office for the Housekeeping manager of the complex
**Special Dimensions:**
   Ideal Plan Dimensions:  Office must be ADAAG compliant.
   Minimum Ceiling Height:  2400 mm

**Acoustics:**  High sound absorption – should be a quiet space

**Access:**  Lobby, Offices, first floor public spaces

**Number of Occupants:**  1

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| B2020 | Exterior Window | As Required | | Coordinate material and finish with base standards. Comply with ATFP Requirements. |
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| E201002 | Window Treatments | Each Window | As Required | |
| | | | | |
| | | | | |
| | | | | |

**A748**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Cash Room

**Space Characteristics**

**Function:**  Building Administration Cash Room

**Special Dimensions:**
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  2400 MM

**Acoustics:**    Walls Minimum STC = 55
           Ceiling Minimum STC = 55

**Access:**  Administration Office

**Number of Occupants:** 1

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| E201002 | Window Treatments | Each Window | As Required | |
| C103008 | Solid Surface Countertops | | As Required | Backsplash, 100% acrylic solid surface material. Moisture resistant plywood substrate where required. |
| C103009 | Plastic Laminate Base Cabinets | | As Required | Lockable base cabinets |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A749**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Housekeeping Area

**Space Characteristics**

**Function:** On each floor provide a housekeeping area for storage of carts, guest amenities, and clean linens for the rooms served and accommodate temporary storage of dirty lines.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 3000 MM

**Acoustics:** Minimum STC = 45  Doors STC shall be consistent with adjacent walls

**Access:** Each Floor corridors

**Number of Occupants:** N/A

**Other:** Space must accommodate shelving units.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A750**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Utility Rooms, Janitor Areas, and Central Janitor Areas

### Space Characteristics

**Function:**  Janitor storage, custodial equipment and janitor's sink

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height:  3000 MM

**Acoustics:**  Walls adjoining Common Area or apartment units Minimum STC = 52 Ceiling Minimum STC = 55 Doors STC shall be consistent with adjacent walls

**Access:**

**Number of Occupants:**  N/A

**Other:**  Space must accommodate shelving units.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Metal Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | High performance architectural latex | | | 3 coats |
| C302010 | Concrete Sealer | | | Clear |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| D201003 | Mop Sink | As Required | As Required | |
| D201003 | Floor Drain | As Required | N/A | |
| | | | | |
| | | | | |
| | | | | |

# A751

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Soiled Linen Storage and Clean Linen Storage

**Space Characteristics**

**Function:** Storage soiled and clean linens

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 3000 MM

**Acoustics:** Minimum STC = 52 Doors STC shall be consistent with partitions

**Access:**

**Number of Occupants:** N/A

**Other:** Space must accommodate shelving units.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A752**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Receiving and Receiving Supply Office

### Space Characteristics

**Function:**  Receiving  and have space to process bed rolls, linens and tools

**Special Dimensions:**
    Ideal Plan Dimensions:
    Minimum Ceiling Height:  3000 MM

**Acoustics:**  Walls adjoining Common Area or apartment units Minimum STC = 52 Ceiling Minimum STC = 55 Doors STC shall be consistent with adjacent walls

**Access:**

**Number of Occupants:**  N/A

**Other:**   Space must accommodate shelving units.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A753**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Supply Areas and General Storage

**Space Characteristics**

**Function:** Storage for bed rolls, linens and tools

**Special Dimensions:**
    Ideal Plan Dimensions:
    Minimum Ceiling Height: 3000 MM

**Acoustics:** Walls adjoining Common Area or apartment units Minimum STC = 52 Ceiling Minimum STC = 55 Doors STC shall be consistent with adjacent walls

**Access:**

**Number of Occupants:** N/A

**Other:** Space must accommodate shelving units.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE – Central Staff Break and Staff Lockers

**Space Characteristics**

**Function:** Provide one Kitchenette per apartment providing cooking facilities for the two adults.

**Special Dimensions:**
    Ideal Plan Dimensions:
    Minimum Ceiling Height: 2400 MM

**Acoustics:** Walls between apartment units, circulation areas or bedrooms
Minimum STC = 52
Ceiling Minimum STC = 55
Doors STC shall be consistent with adjacent walls.

**Access:**

**Number of Occupants:** 12

**Other:** Room to accommodate 1 (5 person) table, 1 full size refrigerator, and Microwave.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Standard Wood Doors | As Required | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | As Required | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | | As Required | Provide as necessary for privacy, security and egress. Provide latchset. |
| C103008 | Solid Surface Countertops | | As Required | Backsplash, 100% acrylic solid surface material to underside of wall cabinets |
| C103009 | Plastic Laminate Wall and Base Cabinets | | As Required | Moisture resistant plywood substrate under countertop. Lockable Base Cabinets |
| C301005 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm Min | |
| C302001 | Wall Tile | Continuous | | Coved, coordinate color with floor tile |
| C303003 | Regular Gypsum Board, Painted | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum IIC = 60 |
| D201004 | Double – bowl sink | 1 per unit | | 20 ga stainless steel |
| | Lockers | 1 per employee | As Required | Double Stacked lockers, Painted |
| | | | | |

W912ER-11-D-0010-0006

327 of 1610
Government Rule 4 File

**A755**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## MECHANICAL SPACE - Maintenance Workshop

| Space Characteristics |
|---|

**Function:** Provide a minimum of one Maintenance Workshop per building.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 3000 MM

**Acoustics:**

**Access:** Receiving

**Number of Occupants:** 0

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C1010 | Fixed Partitions | | | |
| B2030 | Exterior Door | As Required | | Provide as necessary for privacy, egress and security. Material shall be in accordance with the use of the building. Exterior utility doors shall be metal. Exterior door shall be in compliant with ATFP standards. |
| B2030 | Exterior Door Frame | As Required | | Material shall be in accordance with the use of the building and the use of the space. Door frames shall be extremely durable. Door frames shall be in compliant with ATFP standards. |
| B2030 | Exterior Door Hardware | As Required | | Provide as necessary for security and egress. Provide a card reader type lockset on entry door. |
| C301001 | Wall Finishes CMU | | | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C302010 | Concrete Sealer | | | Clear |
| C304001 | Exposed Ceiling | | | Painted |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

328 of 1610
Government Rule 4 File

**A756**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## MECHANICAL SPACE - Mechanical Room

**Space Characteristics**

**Function:**  Provide a minimum of one Mechanical Room per building.

**Special Dimensions:**  Size to accommodate equipment
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  3000 MM

**Acoustics:**  Walls Minimum STC = 55
   Ceiling Minimum STC = 55
   Doors Minimum STC = 55

**Access:**  Provide exterior access

**Number of Occupants:**  N/A

**Other:**  HVAC: Provide for intake and exhaust louvers, venting of water heater(s). Provide pads for mechanical and plumbing equipment. Provide master shutoff for air handler(s).

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C1010 | Fixed Partitions | | | |
| B2030 | Exterior Door | As Required | As Required | Provide as necessary for privacy, egress and security. Material shall be in accordance with the use of the building. Exterior utility doors shall be metal. |
| B2030 | Exterior Door Frame | As Required | As Required | Material shall be in accordance with the use of the building and the use of the space. Door frames shall be extremely durable. |
| B2030 | Exterior Door hardware | As Required | As Required | Provide as necessary for security and egress. Provide a card reader type lockset on entry doors. |
| C301001 | Wall Finishes CMU | | | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C302010 | Concrete Sealer | | | Clear |
| C304001 | Exposed Ceiling | | | Painted |
| D202002 | Hose Bibb | 1 | | |
| D203003 | Floor Drain | As Required | As Required | Number as required; one minimum |
| D4030 | Fire Extinguisher | As Required | As Required | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## MECHANICAL SPACE - Electrical Room

**Space Characteristics**

**Function:**  Provide a minimum of one Electrical Room per building.

**Special Dimensions:**
    Ideal Plan Dimensions:  Size to accommodate equipment
    Minimum Ceiling Height:  3000 MM

**Acoustics:**  N/A

**Access:**  Provide exterior access

**Number of Occupants:**  N/A

**Other:**  Provide split system HVAC with condensate piped to sanitary sewer. Non-paper faced gypsum board finished with the appropriate joint sealing materials or CMU shall be provided for the bottom four foot of the ground floor walls.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C1010 | Fixed Partitions | | | |
| B2030 | Exterior Door | As Required | | Provide as necessary for privacy, egress and security. Material shall be in accordance with the use of the building. Exterior utility doors shall be metal. Exterior door shall be in compliant with ATFP standards. |
| B2030 | Exterior Door Frame | As Required | | Material shall be in accordance with the use of the building and the use of the space. Door frames shall be extremely durable. Door frames shall be in compliant with ATFP standards. |
| B2030 | Exterior Door Hardware | As Required | | Provide as necessary for security and egress. Provide a card reader type lockset on entry door. |
| C301001 | Wall Finishes CMU | | | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C302010 | Concrete Sealer | | | Clear |
| C304001 | Exposed Ceiling | | | Painted |
| D4030 | Fire Extinguisher | As Required | As Required | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICE SPACE - Recyclables

**Space Characteristics**

**Function:** Destination for trash chute, sorting, and distributing of trash and recycled materials

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 2400 MM

**Acoustics:**

**Access:**

**Number of Occupants:** 0

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | As Required | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frame | As Required | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | As Required | | Provide as necessary for security and egress. Provide a card reader type lockset on entry door. |
| C301005 | High performance architectural latex | | | 3 coats |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C302009 | Concrete Sealer | | | Clear |
| C303003 | Regular Gypsum Ceiling, Painted | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum IIC = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## COMMON SPACE – Gear Wash

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## Space Characteristics

**Function:** Area used by guests coming in from field exercises to clean their personal equipment. This is typically only included at school/training Installations. Locate this room at a secondary, ground floor building entry.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 2700 MM

**Acoustics:** STC rating of 52

**Access:**

**Number of Occupants:** 0

**Other:** Floor drain as required

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | As Required | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frame | As Required | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | As Required | | Provide as necessary for security and egress. Provide a card reader type lockset on entry door. |
| C301005 | High performance architectural latex | | | 3 coats |
| C302007 | Ceramic tile wall base | Continuous | 100 mm high | |
| C302009 | Concrete Sealer | | | Clear |
| C303003 | Regular Gypsum Ceiling, Painted | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum IIC = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## COMMON SPACE - Telephone Alcove

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## Space Characteristics

**Function:** Public telephones in a semi-private location

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 2400MM

**Acoustics:** Walls Minimum STC = 52
Ceiling Minimum STC = 55
**Access:** Within the Common Area and on the ground floor

**Number of Occupants:** 0

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C301005 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm minimum | |
| C302001 | Wall Tile | Continuous | | Coved, color coordinate with floor tile. |
| C303003 | Regular Gypsum Ceiling, Painted | | | Ceiling Assembly Minimum STC = 55<br>Ceiling Assembly Minimum IIC = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A761**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## COMMON SPACE – Patio

| Space Characteristics |
|---|

**Function:** Exterior patio for guest use.

**Special Dimensions:**
    Ideal Plan Dimensions:
    Minimum Ceiling Height:  NA

**Acoustics:**  NA

**Access:**

**Number of Occupants:**  12

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C302009 | Textured concrete | | | Patterned and textured concrete pavers |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A762**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## MECHANICAL SPACE – Transformer Room

**Space Characteristics**

**Function:**  Provide a minimum of one Transformer Room per building.

**Special Dimensions:**  Size to accommodate equipment
    Ideal Plan Dimensions:
    Minimum Ceiling Height:  3000 MM

**Acoustics:**  Walls Minimum STC = 55
    Ceiling Minimum STC = 55
    Doors Minimum STC = 55

**Access:**  Provide exterior access

**Number of Occupants:**  N/A

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C1010 | Fixed Partitions | | | |
| B2030 | Exterior Door | As Required | As Required | Provide as necessary for privacy, egress and security. Material shall be in accordance with the use of the building. Exterior utility doors shall be metal. |
| B2030 | Exterior Door Frame | As Required | As Required | Material shall be in accordance with the use of the building and the use of the space. Door frames shall be extremely durable. |
| B2030 | Exterior Door hardware | As Required | As Required | Provide as necessary for security and egress. Provide a card reader type lockset on entry doors. |
| C301001 | Wall Finishes CMU | | | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C302010 | Concrete Sealer | | | Clear |
| C304001 | Exposed Ceiling | | | Painted |
| D202002 | Hose Bibb | 1 | | |
| D203003 | Floor Drain | As Required | As Required | Number as required; one minimum |
| D4030 | Fire Extinguisher | As Required | As Required | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A763**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## Betterment OFFICE SPACE – Training and Conference Room

**Space Characteristics**

**Function:** Room used by guests or staff for meetings and Training.

**Special Dimensions:** Accommodate the furniture listed below. Area must be ADAAG compliant.
   Ideal Plan Dimensions:
   Minimum Ceiling Height: 2400 MM

**Acoustics:** Minimum partition STC = 45 Ceiling Minimum STC = 55 Doors STC shall be consistent with adjacent walls

**Access:**

**Number of Occupants:** 12

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop |
| C302007 | Wall base | Continuous | 100 mm high | Stained Wood |
| C303003 | ACP Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A764**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## Betterments COMMON SPACE - Satellite Lobby

**Space Characteristics**

**Function:** The satellite lobby provides a seating/waiting area near or directly adjacent to the main entrance and an enhanced circulation space that gives a sense of welcome and entry to the minimum-service satellite facilities.

**Special Dimensions:**
Ideal Plan Dimensions:   Accommodate the furniture listed below. Area must be ADAAG compliant.
Minimum Ceiling Height:  2400 MM

**Acoustics:**   Provide features to minimize reverberation time and control noise.
Ceiling Minimum STC = 55

**Access:**   Shall be located near the corridor.

**Number of Occupants:** 12

**Other:**   Provide wall mounted display board
Accommodate the following pieces of freestanding furniture:
Sofa 1
Loveseats 1
Side Chairs 2
Side Table 2

Non-paper faced gypsum board finished with the appropriate joint sealing materials or CMU shall be provided for the bottom four foot of the walls.

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| B2020 | Exterior Window | As Required | | Coordinate material and finish with base standards. Comply with ATFP Requirements. |
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Office | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Office | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Office | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302001 | Floor Tile | | 300 mm x 300 mm Minimum | |
| C302001 | Wall Tile | Continuous | 100 mm high | Coved, color coordinate with floor tile. |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 Provide drop soffits to define areas. |
| E201002 | Window Treatments | Each Window | As Required | |
| | vinyl corner guards | Each Corner | As Required | |
| | | | | |
| | | | | |

PART 3: 2 + 0 TQ – CHAPTER 5 – Page 34

W912ER-11-D-0010-0006

**A765**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## Betterments  COMMON SPACE – Fitness Room

**Space Characteristics**

**Function:**  Area with several fitness machines for guest use.

**Special Dimensions:**
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  2700 MM min

**Acoustics:**   Walls Minimum STC = 52
            Ceiling Minimum STC = 55

**Access:**  Administration Office

**Number of Occupants:**  12

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C102001 | Interior Wood Doors | 1 per Room | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Room | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Room | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted, Finished double layer (impact side) gypsum board. |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Resilient Seamless Rubber | Continuous | | |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | ACP Ceiling | | | Ceiling Assembly Minimum STC = 55 Ceiling Assembly Minimum 11C = 60 |
| E201002 | Window Treatments | Each Window | As Required | |
| C302001 | Resilient Seamless rubber sheet flooring | | As Required | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A766**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## Betterments  COMMON SPACE – ATM

| Space Characteristics |
|---|

**Function:** Area or alcove directly off of the lobby with space for an automated teller machine (ATM).

**Special Dimensions:** Accommodate the furniture listed below. Area must be ADAAG compliant.
  Ideal Plan Dimensions:
  Minimum Ceiling Height:  2400 MM min

**Acoustics:**  No special provisions required.

**Access:**  Lobby

**Number of Occupants:**  NA

**Other:**  Equipment ATM

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop. Carpet to match Lobby. |
| C302007 | Rubber wall base | Continuous | 100 mm high | |
| C303003 | Gypsum Wallboard Ceiling | | | Ceiling Assembly Minimum STC = 55<br>Ceiling Assembly Minimum 11C = 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## Betterments  COMMON SPACE – Retail

**Space Characteristics**

**Function:**  Area directly adjacent to reception and providing display space for retail items such as pre-packaged food, beverages, sundries, and small gifts.

**Special Dimensions:**  Area must be ADAAG compliant.
 Ideal Plan Dimensions:
 Minimum Ceiling Height:  2400 MM min

**Acoustics:**  No special requirements.

**Access:**  Lobby

**Number of Occupants:**  NA

**Other:**

| Uniformat Section | Description | Qty | Size | Specific Requirements |
|---|---|---|---|---|
| C101001 | Fixed Partitions | | | |
| C301003 | Gypsum Wallboard Finishes | | 16 mm | GWB, Painted |
| C301003 | High performance architectural latex | | | 3 coats |
| C302005 | Carpeting | | | Commercial grade, multi-colored patterned loop. Match Lobby and Corridors. |
| C302007 | Wall base | Continuous | 100 mm high | Stained Wood |
| C303003 | Gypsum Wallboard Ceiling | | | |
| C102001 | Interior Wood Doors | 1 per Room | 900 mm x 2150 mm | Painted |
| C102001 | Interior Metal Door Frames | 1 per Room | As Required | Painted, silencers. |
| C102007 | Interior Door Hardware | 1 per Room | | Provide as necessary for privacy, security and egress. Provide a card reader type lockset on entry door. |
| C103008 | Solid Surface Countertops | | As Required | Backsplash, 100% acrylic solid surface material. Moisture resistant plywood substrate where required. Provide a service counter open to behind the reception counter where the point of sale (POS) will reside. |
| C103009 | Plastic Laminate Base Cabinets | | As Required | Lockable base cabinets |

W912ER-11-D-0010-0006
340 of 1610
Government Rule 4 File

**A768**

# 6.0 ENGINEERING SYSTEM REQUIREMENTS

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# A10 FOUNDATIONS

## SYSTEM DESCRIPTION

Provide the building foundation system in accordance with UFC 3-301-01, *Structural Engineering*. Foundation shall be designed to suit subsurface conditions, and shall be capable of transmitting all building loads to the ground.

See Section B10, *Superstructure*, for additional loading criteria.

## A10 GENERAL

GOVERNMENT PROVIDED GEOTECHNICAL INFORMATION

Subsurface soil information(soil exploration logs)from the vicinity of the project site is included in other portions of this RFP "**FOR INFORMATION ONLY**" and is not guaranteed to fully represent all subsurface conditions..The Government shall not be responsible for any interpretation or conclusion by the Contractor drawn from the data or information. The Contractor is required to perform a a site specific geotechnical investigation for the design and construction of the foundation system.

The Contractor is required to retain a experienced and licensed Geotechnical Engineer and develop requirements for bidding.     A site specific geotechnical investigation is not available and it is contractor's responsibility to provide it for the design and construction of the foundation system.  Minor variations in subsurface conditions between borings should be anticipated.   The Contractor shall bear all costs associated with the site preparation, ground improvement and foundations.The Contractor's Geotechnical Engineer shall perform additional subsurface investigation/testing as required to adequately determine all applicable geotechnical factors including the type and capacity of the project foundations.   The Contractor's Geotechnical Engineer shall consider the provided information and any additional information obtained and prepare a report as described in other portions of this RFP.   The minimum requirements for the subsurface investigation and report are as required by the MED Design Instruction Manual with associated references and EM 1110-1-1804..

Geotechnical investigation shall be planned and performed in accordance with EM 1110-1-1804. As a minimum, the successful bidder's Geotechnical Engineer shall perform one (1) boring per 230 sqm of building footprint area.   The borings shall be advanced to the refusal depth and an additional depth of 6 m to 9 m into the competent bedrock. The supplementary laboratory classification of soils encountered, on the building site to support the foundation design and/or subsequent pile driving analysis shall be included in the geotechnical investigation report The information from geotechnical exploration shall include soil and rock parameters to be used for the design of any deep and shallow foundations, and ground improvements.

Observed site conditions which may present a challenge during design/construction include - The soils that will be exposed after completion of stripping will be soft and at or near the groundwater elevation.   The Contractor will anticipate these marginal subgrade support conditions and incorporate measures into his design and construction procedures to obtain required soil support while maintaining progress for completion on schedule.

Personnel under the supervision of a registered Professional Engineer shall provide inspection of excavations

and soil/groundwater conditions throughout construction.   The Engineer shall be responsible for performing pre-construction and periodic site visits throughout construction to assess site conditions.   The Engineer, with the concurrence of the Contractor and the Contracting Officer, shall update the excavation, sheeting, shoring and dewatering plans as construction progresses to reflect actual site conditions and shall submit the updated plan and a written report (with professional stamp) at least monthly informing the Contractor and Contracting Officer of the status of the plan and an accounting of Contractor adherence to the plan; specifically addressing any present or potential problems.   The Engineer shall be available to meet with the Contracting Officer at any time throughout the contract duration.   The Contractor shall bear all costs of the Engineer.

SEISMIC DESIGN

A site-specific seismic ground motion study is required.   Seismic Site Classification shall be determined in accordance with UFC 3-301-01, *Structural Engineering*, and the 2008 USGS Ground Acceleration Maps.

The geotechnical investigation report shall include the recommendation of seismic site classification.

# A1010 STANDARD FOUNDATIONS

As determined by the Designer of Record to be applicable, provide a Standard Foundation. "Standard Foundations" are shallow or deep foundations as specifically addressed in IBC Chapter 18.   Do not use masonry unit footings, steel grillage footings, timber footings or wood foundations.

# A1020 SPECIAL FOUNDATIONS

As determined by the Designer of Record to be applicable, provide a Special Foundation.   "Special Foundations" are any foundations that are not specifically "Standard Foundations", or a combination of Standard Foundations and a site improvement/ground modification system.   Examples of site improvement/ground modification systems include surcharging, stone columns, rammed aggregate piers, impact densification, compaction grouting, vibrofloatation, etc.   As "Special Foundation" techniques or systems typically require the use of specialty contractors, a Professional Engineer shall establish installation and acceptance criteria and supervise the installation.   The Designer of Record shall submit justification for use, including acceptable evidence of previous successful installation in similar conditions, methods and equipment used in their installation, proposed testing and inspection to be used, supporting test data, calculations and any other information related to the structural properties and load capacity of such system.   The allowable stresses for piles/piers shall not exceed those limitations specified in UFC 1-200-01.

# A1030 SLAB ON GRADE

As determined by the Designer of Record to be applicable, provide a standard concrete slab on grade. Where slab on grade is below the existing adjacent exterior grade, provide water/ dampproofing and a perimeter drainage system to remove ground water from the area immediately adjacent to the buildings. Provide perimeter insulation.   Provide a sub-slab passive ventilation system with a vapor barrier.

# A1040 STRUCTURALLY SUPPORTED SLAB

As determined by the Designer of Record to be applicable, provide a structurally supported slab.   Provide for support of all utilities that may be adversely affected by soil consolidation or expansive soils.   Provide stainless steel supports sized adequately to support the in-service utility. Where the structurally supported slab is below the existing adjacent exterior grade, provide water/dampproofing and a perimeter drainage system to remove ground water from the area immediately adjacent to the buildings. Provide perimeter insulation.   Provide a sub-slab passive ventilation system with a vapor barrier.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# A20   BASEMENT CONSTRUCTION

**NOT PERMITTED**

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# B10 SUPERSTRUCTURE

## SYSTEM DESCRIPTION

Provide the building framing system in accordance with UFC 3-301-01, *Structural Engineering*.

In addition, design the structure in accordance with the following loading criteria:

Live Loads

Live loads that differ from the minimum live loads provided in UFC 3-301-01 shall be as follows:

Occupancy or Use:  All public and private rooms and corridors serving them

Uniform Live load:    100 psf.

Extraordinary Events

Design the structure to withstand the effects of the following extraordinary (i.e. low probability) event: Progressive Collapse.

Importance Factors

Use Occupancy Category III in Table 2-2 of UFC 3-301-01 for determining Importance Factors for seismic, snow, and wind design.

Wind Exposure

Wind design shall be based on Exposure C.

## B1010 FLOOR CONSTRUCTION

The floor construction may include non-composite concrete slabs on form deck, composite concrete slabs on composite steel deck, cast-in-place concrete slabs on removable forms, or precast concrete slabs.   The floor deck shall be supported on cast-in place concrete walls, pre-cast concrete walls,

concrete masonry walls, concrete columns beams or steel columns, joists and beams.

## B1020 ROOF CONSTRUCTION

The roof construction may include steel roof deck,   non-composite concrete slabs on form deck, non-composite concrete slabs on form deck, composite concrete slabs on composite steel deck, cast-in-place concrete slabs on removable forms, or precast concrete slabs.   The roof deck shall be supported on cast-in place concrete walls, pre-cast concrete walls, concrete masonry walls, concrete columns and beams or steel columns, joists and beams.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# B20 EXTERIOR ENCLOSURE

## SYSTEM DESCRIPTION

This system consists of the exterior shell of the facility, which includes all vertical and horizontal exterior closure such as exterior walls, exterior windows, and exterior doors. This system excludes roofing (See System B30, *Roofing*).   Load bearing exterior walls will be included here, and not in System B10, *Superstructure*.   Structural frame elements at exterior such as columns, beams, and spandrels are included in Superstructure, with only the applied exterior finishes (e.g., paint, stucco) being included here.   Finishes to the inside face of walls which are not an integral part of the wall construction will be included in System C30, *Interior finishes*. Exterior building envelope shall be designed to satisfy applicable force protection design requirements.

## GENERAL SYSTEMS REQUIREMENTS
## B2010 EXTERIOR WALLS

The primary exterior material of the building shall be concrete masonry, cast-in-place concrete or precast concrete to match existing adjacent structures on the base.

EIFS may be used as the primary exterior wall finish material.

Back-up wall system for veneer construction are defined below.

## B201001 EXTERIOR CLOSURE

Provide stucco or exposed textured concrete exterior wall closure.

## B201002 EXTERIOR WALL BACKUP CONSTRUCTION

Provide Exterior Wall Construction System (back-up systems for wall veneer) including cast-in-place concrete, pre-cast concrete or concrete unit masonry.

## B201003 INSULATION and VAPOR RETARDER

Provide insulation to meet the energy performance requirements.

Provide a continuous air barrier to control air leakage into, or out of, conditioned spaces.   The building envelope shall include all elements of the facility that are exposed to the outside environment or outside environmental conditions such as roof, walls, floors, and compartmentalized unconditioned portions of the facility such as garages, and negatively pressurized spaces.   Permanently seal penetrations through the air barrier, joints in the air barrier, adjoining construction, and transitions to different air barrier materials.   Confirm air barrier compliance with air barrier performance tests in RFP Part 4.

## B201004 PARAPETS

Provide parapets for exterior wall construction, where required for low-slope roofs.

## B201005 EXTERIOR LOUVERS & SCREENS

Provide exterior louvers and screens, where required, that match the finish of the existing windows and detailed to integrate with the architecture of the building, as appropriate to the design of the building.

## B201006 HANDRAILS

Railing shall be ornamental to harmonize with the existing railing of the existing building.

## B201007 EXTERIOR SOFFITS

Provide exterior soffit system metal or painted exterior grade gypsum board.

## B201009 EXTERIOR PAINTING AND COATINGS

Provide field applied exterior coatings for all items that are not prefinished, and to prefinished items when required to provide a color other than a standard prefinished color.

## B201010 EXTERIOR JOINT SEALANTS

Provide exterior application of joint sealants to seal joints and prepare for finish material installation.

## B201011 SUN CONTROL DEVICES (EXTERIOR)

Provide fixed, horizontal or vertical type.   Sun control devices shall be detailed to integrate with the architectural wall system.

## B201012 SCREEN WALL

Provide screen walls where required to screen mechanical units, electrical substations, loading docks, and trash receptacles.   Screen walls shall be compatible with the building architecture. Rooftop mechanical screens shall be designed to minimize roofing penetrations.

## B2020 EXTERIOR WINDOWS

As much as practical, windows shall be provided in each area of the building that is regularly occupied, to enhance the working environment, without compromising visual acuity and comfort. Natural daylighting is preferred.   Exterior windows shall be prefinished aluminum.   Windows shall meet CENTCOM and UFC 4-010-01 requirements.

If approved by the DOR, the sample window may be installed in an opening in a framed wall, and the mock-up may be left during construction as a cut-away of the installation.   For masonry walls, the sample window shall be installed in the masonry sample panel.

## B202001 WINDOWS

Determine the construction of security windows by evaluating the project program security requirements, using the Mil Hdbk 1013/1A, *Design Guidance for Physical Security of Facilities*, to define window requirements.

Windows shall be fixed aluminum.

Provide a mockup of one combination window unit for the project to be used for a field mockup test of compliance with AAMA 502 Method A and Method B.

## B202002 STOREFRONTS

Not Used.

## B202003 CURTAIN WALLS

Not Used.

## B202004 EXTERIOR GLAZING

Glazing color shall match existing adjacent buildings.

Glazing shall be blast resistance clear glass, heat absorbing glass, insulating glass units, laminated glass, tempered glass, patterned glass, spandrel glass, polycarbonate sheet glazing or fragment retention.

## B202090 OTHER EXTERIOR WINDOWS

Not Used.

## B2030 EXTERIOR DOORS

Provide solid door assemblies. Exterior doors and frames shall be non-corroding factory-primed, prefinished, galvanized steel, prefinished aluminum or prefinished stainless steel. Exterior doors shall be designed to satisfy applicable   CENTCOM force protection criteria and UFC 4-010-01 requirements.

Doors shall at minimum be Extra Heavy Duty Doors -– ANSI /SDI A250.8, Level 3, physical performance Level A, Model 1

## B203001 SOLID DOORS

Provide solid steel door assemblies other than at main entrance including factory-primed maximum-duty, non-corroding, insulated doors with frames and hardware.   Also provide louvers and accessories and wall opening elements such as lintels, sills and flashings.

## B203002 GLAZED DOORS

Not Used.

## B203004 OVERHEAD AND ROLL-UP DOORS

Not Used.

## B203006 BLAST RESISTANT DOORS

Provide special doors used for blast resistance.

## B203008 EXTERIOR DOOR HARDWARE

Provide the services of a certified door hardware consultant to prepare the door hardware schedule.

Provide hardware keying compatible with the existing base-wide keying system.   Coordinate with NSA Bahrain. Door hardware finish shall be chrome-plated brass or bronze, or stainless steel.

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# B30 ROOFING

## B30 GENERAL SYSTEM DESCRIPTION

Roof systems shall be watertight and compatible with facility function, construction, and service conditions.   Provide complete roof system design and construction services for the entire new facility roof system, including all ancillary and incidental work necessary for a complete, new, watertight roof system installation.

Submittal Requirements: Components of a minimum roof submittal shall include the roof plan, method of drainage, standard details and details unique to the project, wind load calculations and requirements.

Provide a Pre-Design Roofing Conference and Pre-Roofing Conference to assure roof design and construction is properly coordinated before construction begins.

Built-in gutter systems where drainage passes through an interior space or is concealed in the exterior cavity wall shall be prohibited.

Refer to UFC 3-110-03, *Roofing*, and UFC 3-101-01, *Architecture*, for additional roofing requirements.

## B3010 ROOF COVERINGS

## B301001 STEEP SLOPE ROOFING SYSTEMS

Not used.

## B301002 LOW SLOPE ROOFING SYSTEMS

Wind Uplift - The complete roof covering assembly shall be rated Class FM 1- 60 in accordance with FM P7825, capable of withstanding a minimum uplift pressure of 60 pounds per square foot (which includes a safety factor of 2) (2.87 kPa), and FM I-49 for perimeter and flashing attachment.

Fire Safety - Complete roof covering assembly shall:

1.    Be Class A or B rated in accordance with ASTM E 108,FM 4470or UL 790; and

2.    Be listed as part of Fire-Classified roof deck construction in UL RMSD or Class I roof deck construction in FM P7825c.

Low slope roofing systems that are acceptable include single-ply built-up roofing systems with modified bitumen cap sheet surfacing.

Provide polyester reinforced cap sheet on Modified Bitumen roofs expected to experience high levels of traffic, on roofs with congested equipment, where equipment is expected to receive regular service

or high maintenance, and where other service conditions warrant.

Roofs in an environment such as Bahrain undergo significant expansion and contraction throughout the day. Heat absorption by the roof can also accelerate degradation. Protecting the roof membrane is of high importance. Provide at the greatest extent possible concrete paver ballast, rather than stone or gravel.

## B301003 ROOF INSULATION AND FILL

For fastening roof insulation on low-slope membrane roofs, fasteners shall be place to withstand and obtain a minimum uplift pressure of 60pounds per square foot (which includes a safety factor of 2) ( 2.87 kPa) in the field of the roof and FM LPDS 1-49 for perimeter component and flashing attachment.

## B301004 FLASHINGS AND TRIM

Flashing and sheet metal work shall include scuppers, splash pans, and sheet metal roofing. Flashings shall be Steel Sheet, Zinc-Coated (Galvanized) - ASTM A 653/ A 653M. Galvanized steel items shall have a baked-on, factory applied finish of polyvinylidene fluoride or an equivalent fluorocarbon coating.

## B301005 SCUPPERS AND DOWNSPOUTS

Provide scuppers and downspouts compatible with roofing material and finish. Concealed (interior) scuppers and downspouts are prohibited.

## B301006 ROOF OPENINGS AND SUPPORTS

Provide insulated roof hatch.

## B301090 OTHER ROOFING

Not Used.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# C10 INTERIOR CONSTRUCTION

## SYSTEM DESCRIPTION
Interior construction includes interior partitions, interior doors, and fittings.

Provide durable construction appropriate for the building's function as a Marine Corps barracks. Acoustic properties of materials, as well as durability, shall be considered during material selection.

## GENERAL SYSTEM REQUIREMENTS
The Project is subject to abuse and requires an "Impact Resistant" systems be provided.   See "Room Requirements" for specific requirements on "Partitions", "Interior Doors", and "Specialties".

## C1010 PARTITIONS

All interior partitions shall be metal studs with gypsum board, concrete masonry or cast-in-place concrete.

Concrete mixture shall provide an average compressive strength of 3000 PSI (20,680 kPa) and meet or exceed ACI 301/301M.

## C101001 FIXED PARTITIONS

Provide fixed interior partitions. Sound-rated partition assemblies around perimeter walls of each sleeping room shall have a minimum Sound Transmission Coefficient (STC) of 52 in accordance with ASTM E 90 or ASTM E 413 for frequency data.

## C101004 INTERIOR GUARDRAILS AND SCREENS

Provide balustrades where required by code.   Provide screens where required to prohibit view of a particular area.

## C101005 INTERIOR WINDOWS

Provide interior windows of aluminum hollow metal, fixed or operable depending on the individual use.

## C101006 GLAZED PARTITIONS & STOREFRONTS

Not Used.

## C101007 INTERIOR GLAZING

Interior glazing shall be clear glass, wire glass, patterned glass, laminated glass, or tempered glass.

## C1020 INTERIOR DOORS

## C102001 INTERIOR DOORS

All interior doors shall be flush.

All interior frames shall be hollow metal.

All interior doors shall be flush type doors and shall be insulated metal or solid core wood as identified in the Room Requirements Charts.

Flush wood doors shall be WDMA I.S.1A-04, custom grade, extra heavy duty. Doors adjacent to paneling or millwork to comply with corresponding AWI millwork grade.

Flush Steel doors shall be heavy duty, Level 4, physical performance Level A.

Provide 52 STC sound rated door and standard hollow metal door frame with continuous sound/ weather seals around the door to create a sound control door.   Provide sound/ weather seals at the top and both sides that are integral with the door frame and drop down door bottom sound/ weather seals shall rest on a metal threshold.   After installation, test the doors with a flashlight to determine if any gaps in the sound seals allow light to be viewed on the opposite side of the door. See Room Requirements Charts for locations.

## C102002 GLAZED INTERIOR DOORS

Provide vision glazing in doors where it is required by the "Room Requirements" portion of this RFP, or it is deemed advantageous to be able to see through the door, either for safety of pedestrian traffic, or other functional reason.

## C102003 FIRE DOORS

Provide interior fire doors as necessary to meet applicable codes.

## C102007 INTERIOR DOOR HARDWARE

Provide card key type access units for Room Plan entry doors and building main entry doors. Provide lithium battery powered, magnetic stripe keycard locksets that are ANSI/BHMA A156.2, Series 4000, Grade 1, cylindrical locks, tamper resistant, UL listed with 1 inch (25 mm) throw deadbolt, 3/4-inch (19 mm ) throw latch bolt, auxiliary dead-locking latch, and 2-3/4 inch (68.75 mm) backset.

Lock cores shall match the BEST system.

Door hardware finish shall be chrome-plated brass or bronze or stainless steel.

## C102091 OTHER INTERIOR PERSONNEL DOORS

Not Used

## C1030 SPECIALTIES

## C103001 COMPARTMENTS, CUBICLES, & TOILET PARTITIONS

Provide phenolic coretoilet partitions in all toilet rooms with more than one water closet or urinal. Provide toilet accessories as indicated in Chapter 3, "Room Requirements" portion of this RFP.

## C103002 TOILET AND BATH ACCESSORIES

Provide toilet and bath accessories.

## C103003 MARKER BOARDS AND TACK BOARDS

Not Used.

## C103004 IDENTIFYING DEVICES

All necessary interior signage shall be incorporated as part of the architectural drawings.   Interior signage is not collateral equipment. Interior signage shall demonstrate complete coordination with the facility design, SID and FF&E submittals.   Provide interior directional signage as required for facility wayfinding.   Provide an identifying device at each interior door.   Signs must meet ABA requirements.

## C103005 LOCKERS

Not Used.

## C103006 SHELVING

Provide plastic laminate clad shelving. Built-in fixed shelving is funded as part of the construction contract.

## C103007 FIRE EXTINGUISHER CABINETS

Provide fire extinguisher cabinets.   Cabinet shall be semi-recessed in new construction and surface-mounted in new mechanical/electrical spaces and existing wall construction.    Cabinets shall be coordinated with interior finishes.

## C103008 COUNTERS

Provide solid-surface acrylic counter tops and back splashes within a Grade 3 level with a full range of color selection.

## C103009 CABINETS

Provide cabinetry and millwork items with associated accessories.   Cabinetry shall be AWI custom grade and have concealed hinges with adjustable standards for shelves.   All exposed surfaces shall be covered with high pressure plastic laminate clad.

Provide specific cabinetry as shown on the Room Requirements Sheets.

## C103010 CASEWORK

Provide specific casework as shown on the Room Requirements Sheets.

## C103011 CLOSETS

Provide premanufactured millwork closets (for schools and dormitories).

## C103012 FIRESTOPPING PENETRATIONS

Provide all sleeves, caulking, and flashing for firestopping penetrations.

## C103013 SPRAYED FIRE-RESISTIVE MATERIALS

If structural steel framing is used, provide sprayed fire-resistive materials to the building's framework where required to meet code requirements for fire rating of structural components.

## C103014 ENTRANCE FLOOR GRILLES AND MATS

Provide recessed pan floor mats at all building entrances.

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# C20 STAIRS

## SYSTEM DESCRIPTION

Stairs, including stair construction and stair finishes, shall be provided as required by the building code to provide egress from the building from above or below grade level floors.   Stairs shall be in accordance with UFC 1-200-01, *General Building Requirements*.

## GENERAL SYSTEMS REQUIREMENTS
## C2010 STAIR CONSTRUCTION

## C201001 INTERIOR AND EXTERIOR STAIRS

Interior stairs shall be constructed of steel with concrete filled pans or cast-in-place concrete.

Exterior stairs shall be constructed of cast-in-place reinforced concrete.

Concrete is an acceptable finish for exterior stairs.   Exterior concrete stairs shall have cast aluminum treads with abrasive surface.

Steel stairs shall be primed and painted.

## C201090 HANDRAILS, GUARDRAILS, AND ACCESSORIES

Handrails and guardrails shall be galvanized steel or stainless steel.   Handrails and guardrails shall present a smooth, unbroken surface throughout the length of the stair.

Handrails and guardrails shall be finished to withstand extreme wear conditions.

Metal stairs and railings complying with OSHA requirements shall be provided for access and protection to any mechanical mezzanines, lofts or other similar spaces.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# C30 INTERIOR FINISHES

## SYSTEM DESCRIPTION

Interior finishes include wall finishes, floor finishes, wall base finishes, and ceiling finishes.

Provide aesthetically pleasing, functional, durable finishes appropriate to the buildings function. Acoustic properties of materials, as well as durability and ease of maintenance, shall be considered during material selection.   Maximize the use of sustainable materials.

Color selections require the use of wall and floor finish material accents to enhance the color and appearance of the interior design.   Provide a wall and floor color design that includes a minimum of two different accents colors throughout the facility.   Submit pattern drawings of the accents design with the interior design submittal.

## GENERAL SYSTEMS REQUIREMENTS

See "Room Requirements" for specific requirements on "Interior Finishes."

## C30 SSPC QP 1 CERTIFICATION

## C3010 WALL FINISHES

All interior wall finish materials shall be gypboard, concrete, or concrete masonry or as indicated in the Room Requirements portion of this RFP.

Showers are to have terrazzo or solid surface bases with full height solid surfacing or ceramic wall finishes extending from top of shower base to ceiling and shall surround the shower enclosure.   Solid surfacing or ceramic wall finish shall extend from top of tub to ceiling and shall surround the bathtub shower.   Provide wainscot height (48 inch) minimum to full height solid surfacing or ceramic wall finish on the other walls in bathrooms.

All interior wall finishes are indicated in the "Room Requirements" portion of this RFP.

## C3020 FLOOR FINISHES

Provide floor finish materials to meet the following requirements;

a.   Carpet Requirements

| CARPET CHARACTERISTIC | MINIMUM CARPET REQUIREMENTS |
|---|---|
| Surface Color | Multi-colored and Patterned |
| Surface Texture | Loop Pile |
| Yarn Weight | 26 oz. Minimum |

| | |
|---|---|
| Density | 6600 oz./cubic yard min. |
| Dye Method | Solution Dyed |
| Backing | Industry Standard |
| Fiber | Branded nylon |
| Extra Carpet | 10% extra carpet for repairs |

b.   Concrete Floor Requirements

Finish concrete surface smooth enough to meet the minimum requirements of this RFP or the floor finish manufacturer's smoothness requirements, whichever is the most restrictive.   Exposed concrete floors that are not required to have an applied floor finish, shall receive a minimum of 3 coats of the manufacturer's approved sealer.

c.   Resilient Floor Finishes

Provide resilient floor finishes as identified in the Project Program, Room Requirements or as directed below. Include manufacturer's full line of color, texture and pattern selections, including multi-colored materials.

1)   Resilient Sheet Flooring

Not Used.

2)   Resilient Tile Flooring

Provide resilient vinyl composition tile (VCT) flooring and in corridors, entries and services area as discovered in client interviews VCT shall be commercial grade, with pattern through thickness of tile VCT with biobased materials or recycled content shall be used where practical.

d.   Tile Floor Finishes

Provide epoxy grout for all tile finishes. Floor tiles grout shall be a very dark color.

 Porcelain Tile

e.   Base

f.   Terrazzo

Wall base shall be cove or vinyl throughout.

All interior floor finishes are indicated in the "Room Requirements" portion of this RFP.

## C3030 CEILING FINISHES

Finished surface of ceiling shall be selected to address acoustical, maintenance, moisture or impact resistance requirements of the room.

Ceiling finish material shall be gypsum board.

Exposed structural systems shall be painted according to PTS Section C3040 INTERIOR COATINGS AND SPECIAL FINSHES.

Ceiling finishes shall be as indicated in the "Room Requirements" portion of this RFP.

## C3040 INTERIOR COATINGS AND SPECIAL FINISHES

Paint all interior exposed surfaces including metal items not pre-finished, such as interior grilles, registers, diffusers, access panels, and panel boxes.

Provide special impact resistant coatings in bedroom, laundry, storage and admin space.

Provide special high performance architectural impact resistant plaster texture finish coating in corridors and central lobby.

Provide special high performance architectural impact resistance plaster texture coating in corridors and central lobby. All finish coatings shall be as indicated in the "Room Requirements" portion of this RFP.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# D10 CONVEYING

## SYSTEM DESCRIPTION
Conveying System shall include elevators.

## D1010 ELEVATORS AND LIFTS

Design assembly and arrangement of elevator, accessories, and supporting systems in accordance with ASME/ANSI A17.1 and NAVFAC ITG FY01-1, *Elevator Design Guide*.   Provide all materials and equipment, including but not limited to elevator cab and hoist equipment, operating and signal fixtures, doors, door and car frames, car enclosure, controllers, motors, guide rails, brackets, and testing.

## D101001 GENERAL CONSTRUCTION ITEMS

Provide a traffic analysis.

## D101002 PASSENGER ELEVATORS

Provide a minimum of two passenger /freight elevators, located adjacent to the lobby area.

Elevator finishes and fixtures shall be derived from manufacturer's selections.   Coordinate finishes with the interior architectural design, and be responsive to the user's needs and function. Provide a miminum of one elevator sized to comply with the IBC medical stretcher requirement and also designed to vertically transport the largest movable equipment or furniture used on the project. Utilize stainless steel wall panels and hard finish ceiling. Coordinate the design of the elevator machine room with applicable codes and the elevator manufacturer's requirements.

Provide hydraulic elevators for elevator travel distances of 44 feet (13.41 meters) or less and electric traction elevators for travel distances greater than 44 feet (13.41   meters). Provide minimum hydraulic elevator car speed of 125 feet per minute (38.1 meters/ minute) for elevator travel distances of 15 feet (4.5 meters) or less and 150 feet/minute (45.7 meters/ minute) for hydraulic elevator travel distances greater than 15 feet (4.5 meters).   Provide minimum electric traction elevator car speed of 350 feet per minute (106.6 meters/ minute).

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# D20 PLUMBING

Refer to Part 4 Section D20 for performance requirements of the building elements included in the plumbing system.

## SYSTEM DESCRIPTION

The plumbing system for FY13 Navy MILCON, P-935 TEQ consists of all fixtures, potable cold and hot water piping and equipment, piping insulation, water heating equipment, sanitary waste and vent piping systems, and other specialty piping and equipment within 5 foot (1.5 meter) of the building.

## GENERAL SYSTEM REQUIREMENTS

Provide working space around all equipment.   Provide concrete pads under all equipment. Provide all required fittings, connections and accessories required for a complete and usable system.   All equipment shall be installed per the criteria of PTS section D20 and the manufacturer's recommendations.   Domestic hot water generation shall be by solar heaters with electric as the back-up source. Design and installation shall be in accordance with IPC and UFC 3-420-01, *Plumbing Systems*.   Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall".

# D209090 OTHER SPECIAL PLUMBING SYSTEMS

Provide grey water (waste water) recovery system. Include gray water distribution piping for flushing use only.   The system shall be set up for future implementation.

# D2010 PLUMBING FIXTURES

Provide quantity and type of plumbing fixtures required for the occupancy, use, and functions described for this facility.   Refer to Room Requirements Section for additional specific requirements for spaces with plumbing fixtures.   Provide handicapped fixtures in accordance with the referenced criteria in the Project Program.

# D201001 WATER CLOSETS

Provide floor mounted, dual function flush valve type water closets in all public restroom spaces.

Provide floor mounted dual function flush valve type water closets in private restroom spaces.

# D201002 URINALS

Provide non water use type urinals in all public restroom spaces.

# D201003 LAVATORIES

Provide countertop lavatories with metering faucet with electronic control in each public restroom space. Provide pop-up drain.

# D201004 SINKS

Provide countertop kitchen sink with two compartments in the kitchen space.

Provide mop sink in the Janitor space.

Provide laundry sink in the Laundry space.

## D201005 SHOWERS/TUBS

Provide a terrazzo shower floor and shower supply fittings in the bathroom space.]

## D201006 DRINKING FOUNTAINS AND COOLERS

Provide water coolers in the corridor spaces.

## D2020 DOMESTIC WATER DISTRIBUTION

## D202001 PIPES AND FITTINGS

Provide Copper tubing, PVC piping or CPVC piping and fittings for above ground and buried piping.

## D202002 VALVES & HYDRANTS

Provide isolation valves at supply to each floor.   Provide hose bibbs in mechanical rooms .   Provide wall hydrants along the building exterior such that all points along the perimeter at 60 meter intervals.

## D202003 DOMESTIC WATER EQUIPMENT

Provide backflow preventers of types and at points within domestic water systems as specified by IPC. Locate inside the mechanical room on service entrance lines where not provided exterior to the building.

Provide water meter.

Provide electric water heater supplemented with solar heating for heating of domestic water. Domestic hot water shall be stored at 60 degrees C and mixed with domestic cold water to deliver 43 degrees C throughout the building. Provide water tempering valve assembly.

Provide in-line circulator for domestic hot water distribution system.

## D202004 INSULATION & IDENTIFICATION

Provide mineral fiber insulation with vapor barrier on domestic hot water supply and recirculation piping.   Provide cellular glass for domestic cold water supply piping.   Provide identification for piping and equipment.

## D202005 SPECIALTIES

Provide washing machine connector box for clothes washers with backflow preventer.   Provide valve box for buried valves.

## D202006 SOLAR ENERGY SUPPLY SYSTEMS

Provide a complete solar domestic hot water system including heating panels, roof supports, piping, pumps, hot water storage tanks, heat exchangers and controls.   Provide a system designed to furnish a minimum of 30%of the daily demand for domestic hot water.

If the solar domestic hot water system is located on the roof, provide a coordinated design of the roof elements including implementation of LEED requirements and sustainable systems roof mounted equipment.   Organize the roof space necessary to accomplish the functions the roof has to provide, minimize roof penetrations, and plan the roof to facilitate future reroofing of the facility.   The roof type selection and detailing of roof mounted equipment shall be made to compliment the implementation of the functions   that have to take place on the roof and minimize the need for routine maintenance.   Accomplish a Pre-Roof Design Conference prior to the design of the roof.

## D202090 OTHER DOMESTIC WATER SUPPLY

Provide piping supports in accordance with the IPC.   Provide inspections, disinfection, and testing in accordance with the IPC.

## D2030 SANITARY WASTE

## D203001 WASTE PIPE & FITTINGS

Provide cast iron hub and spigot pipe and fittings, rubber compression gasket joints for above ground installation.

Provide plastic PVC piping, fittings, and solvent cement for above and below ground installation.

## D203002 VENT PIPE & FITTINGS

Provide cast iron hub and spigot pipe and fittings, rubber compression gasket joints.

Provide plastic PVC piping, fittings, and solvent cement.

## D203003 FLOOR DRAINS

Provide floor drains in mechanical rooms, restrooms, and plumbing chase areas. Floor drains in the Mechanical Rooms shall collect condensate and may be piped separately to a condensate collection system for LEED water reuse credits.

## D2090 OTHER PLUMBING SYSTEMS

## D209001 SPECIAL PIPING SYSTEMS

Not used.--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# D30 HVAC

Refer to Part 4 Section D30 for performance requirements of the building elements included in the HVAC system.

## SYSTEM DESCRIPTION

Provide a distributed chilled water 2-pipe fan-coil heating, ventilating and air conditioning (HVAC) system for the FY13 Navy MILCON, P-935 TEQ, that attains the following objectives: Occupant comfort, Indoor air quality, Acceptable noise levels, Energy efficiency, Reliable operation, and Ease of maintenance.   Design and installation shall be in accordance with IMC and UFC 3-400-10N, Mechanical Engineering.

Economizer cycles shall not be used.

**Fan Coil Unit System Description:** All conditioned spaces within the TEQ with the exception of the administrative, common and service areas shall be heated and cooled by two-pipe fan coil units. All fan coil units shall be provided with chilled water coils and electric resistance heating coils, shall operate independently, and shall be controlled by wall mounted adjustable temperature sensors. Chilled water piping systems to the fan coil unit coils shall be designed as a reverse return system to the maximum extent possible. Cooling coil condensate from the fan coil units shall be routed to a condensate main, and then to the condensate collection system in the mechanical room on the ground floor. Provide drain pans under all chilled water fan coil units and chilled water connections mounted above ceilings. All fan coil units shall be accessible for maintenance. Access to fan coil units located above ceilings shall be through lockable and hinged ceiling access panel(s) of sufficient size to allow removal of mechanical equipment without damage or demolition of the ceiling. Cooling for the fan coil units shall be provided by the base central chilled water system.

**Ventilation Systems:** Outside ventilation air for the TEQ shall be provided by an independent and dedicated ventilation system(s), and shall comply with the latest edition of ASHRAE 62.1, *Ventilation for Acceptable Indoor Air Quality*. Maintain a constant volume of outside ventilation air to each living module and all other spaces. Each living module shall be provided with a minimum of 14 L/s (30 CFM) of ventilation air. Ventilation air to each space shall exceed room exhaust air by a minimum of 5%. The ventilation systems shall pre-cool, cool, and reheat to neutral conditions all outside ventilation air prior to entering a space. Locate mechanical equipment rooms throughout the TEQ as necessary. Cooling coil condensate from the dedicated ventilation system(s) may be routed to a condensate collection system for LEED water reuse credits.

Fan coil units return air through filter grilles. Provide each living unit closet with a minimum 5 L/s (10 CFM) of conditioned supply air.

## GENERAL SYSTEM REQUIREMENTS

Provide working space around all equipment.   Provide all required fittings, connections and accessories required for a complete and usable system.   All equipment shall be installed per the criteria in PTS Section D30 and the manufacturer's recommendations.   Where the word "should" is used in manufacturer's instructions, substitute the word "shall".

Provide air conditioning and heating for spaces as indicated and for the following Design conditions:

Outside Conditions

| Summer | 115 | Degrees F dry bulb | Winter | 52 | Degrees F |
|--------|------|--------------------|--------|------|-----------|
|        | 46   | Degrees C dry bulb |        | 11   | Degrees C |
|        | 87   | Degrees F wet bulb |        |      |           |
|        | 30.5 | Degrees C wet bulb |        |      |           |

Inside Conditions

| Summer | 75   | Degrees F dry bulb | Winter | 70 | Degrees F |
|--------|------|--------------------|--------|----|-----------|
|        | 23.8 | Degrees C dry bulb |        | 21 | Degrees C |
|        | 50   | %RH                |        |    |           |

Mechanical Rooms/Electrical Rooms Inside Conditions

| Summer | 85 | Degrees F dry bulb | Winter | 65 | Degrees F |
|--------|----|--------------------|--------|----|-----------|
|        | 29 | Degrees C dry bulb |        | 18 | Degrees C |
|        | 50 | %RH                |        |    |           |

Communications Rooms

| Summer | 75 | Degrees F dry | Winter | 75 with no | Degrees F |
|--------|----|---------------|--------|------------|-----------|

| | | bulb | | heating | |
|---|---|---|---|---|---|
| | 2.38 | Degrees C dry bulb | | 23.8 | Degrees C |
| | 50 | %RH | | | |

Provide Ventilation rates and systems per the latest edition of ASHRAE Standard 62.1, *Ventilation for Acceptable Indoor Air Quality*. Precondition (heat, cool, and dehumidify to room design conditions) all outside air prior to admission into occupied spaces.

The HVAC system shall provide each zone with the choice of heating or cooling year round. Each zone shall have its own limited range of control, as allowed by the control system central workstation.

Zone the HVAC system as follows:

> Each Sleeping Module shall be a separate zone. Administrative and support areas shall be zoned as appropriate for the function. Laundry rooms shall be a zone.

Provide minimum 4-inch (100 mm) thick concrete housekeeping pads and vibration isolators under all floor-mounted equipment.

All mechanical equipment shall have painted finishes that pass a salt-spray test conducted per ASTM B117 for duration of at least 500 hours.

All outside mechanical equipment HVAC cooling/heating coils shall be provided with a manufacturer approved coating system. The heat transfer rating shall be as installed.

Material and Equipment Qualifications: All materials and equipment shall have been in satisfactory commercial or industrial use for 2 years prior to the bid opening. The 2-year use shall include applications of equipment and materials under similar circumstances and of similar size. The product shall have been for sale on the commercial market through advertisements, manufacturer's catalogs, or brochures during the 2-year period.

Motors: Single-phase fractional-horsepower alternating-current motors shall be high efficiency types corresponding to the applications listed in NEMA MG 11. Select polyphase motors based on high efficiency characteristics relative to the applications as listed in NEMA MG 10. Additionally, all polyphase squirrel-cage medium induction motors with continuous ratings shall meet or exceed energy efficient ratings per Table 12-10 of NEMA MG 1. Provide controllers for 3-phase motors rated 0.75 kW (1 hp) and above with phase voltage monitors designed to protect motors from phase loss and over/under-voltage. Provide reduced voltage starters for all motors 25 hp and larger.

# D3010 ENERGY SUPPLY

Not used.

# D3020 HEAT GENERATING SYSTEMS

The heating load for this facility shall be served by electric resistance heating coils located in the air handlers/fan coils serving each space.

## D302005 EQUIPMENT THERMAL INSULATION

Provide insulation for hot water pumps and other associated heating equipment.

## D3030 COOLING GENERATING SYSTEMS

## D303001 CHILLED WATER SYSTEMS

Provide connection to and extension of the existing central chilled water system for service to the building HVAC equipment.   The existing chilled water system provides chilled water at 45 degrees F (7 degrees C).   The existing system utilizes 2-way control valves. Provide insulation and vapor barrier on all chilled water equipment.

## D3040 DISTRIBUTION SYSTEMS

## D304001 AIR DISTRIBUTION, HEATING & COOLING

Provide insulated, galvanized steel ductwork constructed, braced, reinforced, installed, supported, and sealed per the IMC and SMACNA standards.

Provide grilles, registers, and diffusers.

## D304006 CHILLED WATER DISTRIBUTION SYSTEMS

For exterior buried chilled water distribution systems, coordinate with Section G30.

Provide steel chilled water supply and return piping to serve the HVAC equipment throughout the facility.   Insulate piping with cellular glass or polyisocyanurate insulation.

Provide air control equipment for the chilled water piping system.

Provide an expansion tank for the chilled water piping system.

Provide system flushing and start-up for the chilled water piping system.

## D304007 EXHAUST SYSTEMS

Provide ductwork constructed, braced, reinforced, installed, supported, and sealed per the IMC and SMACNA standards.

Provide ducted exhaust ventilation systems and exhaust fans to serve all ventilated zones of the facility.   Provide in-line, rooftop or ceiling centrifugal exhaust fans as appropriate for the space.

**Dryer Exhaust System:** Exhaust air from the dryers in Laundry room shall discharged outside. Provide a dryer plenum/chase area behind the dryers. Dryer exhaust ducts shall route through dryer plenum/chase area to a common duct with a booster exhaust fan. Dryer intake air shall be supplied to the dryer plenum/chase area through a dedicated outdoor air make-up system.   The intake air for each dryer will enter the rear of the dryers. The outdoor make-up air shall be conditioned (cooled and dehumidified) to 24C (75 F), 60% RH to ensure timely drying.

## D304008 AIR HANDLING UNITS

Provide central station constant volume air handlers for common areas if mechanical room space is available.   Provide with 85% filters.

## D304090 OTHER DISTRIBUTION SYSTEMS

Provide base mounted circulating pumps with variable frequency drives, if required for proper chilled water distribution within the building.

## D3050 TERMINAL & PACKAGE UNITS

## D305003 FAN COIL UNITS

Provide 2-pipe fan coil units and controls to serve the heating and cooling requirements of the facility. One fan coil unit shall be provided for each zone and shall be located above the ceiling. Provide each fan coil unit with a return filter grille to ease maintenance requirements. Provide auxiliary drain pans below valves and appurtenances to prevent piping leaks and condensate forming on chilled water piping from damaging ceilings.

## D305005 ELECTRIC HEATING

Provide electric duct mounted or unit mounted heaters for heating spaces.

## D3060 CONTROLS AND INSTRUMENTATION

## D306001 HVAC CONTROLS

## D306001 1.1 DIRECT DIGITAL CONTROLS (DDC)

Provide a complete Direct Digital Control (DDC) system to comply with UFGS 23 09 23 *Lonworks Direct Digital Control for HVAC and Other Building Control Systems* for the facility.

Provide operator workstation computer and complete application software with all licenses.

Provide meters, monitored by DDC, on all of the building's incoming utilities (water and electric). Set up trend reports to record data daily and store values in the operator workstation DDC computer.

Provide flow rate meters, monitored by the DDC system, for central and chilled water flow.

Provide air handlers and all terminal units with discharge/supply temperature sensors.

Provide central air handler unit outside air CFM air flow monitoring stations.

## D306001 1.2   ELECTRONIC CONTROLS

 Provide electronic controls for the HVAC systems and equipment.

## D3070 SYSTEMS TESTING AND BALANCING

Provide complete Testing and Balancing (TAB) of all air and water distribution systems and HVAC equipment.

## D307003 HVAC COMMISSIONING

Refer to RFP Part 3 - Project Program, Chapter 2 for Building Commissioning requirements. Mechanical systems to be commissioned, if provided, include HVAC systems and controls, refrigeration systems and controls, renewable energy systems, chilled water distribution system, and domestic hot water systems.

## D3090 OTHER HVAC SYSTEMS AND EQUIPMENT

## D309001 GENERAL CONSTRUCTION ITEMS

Provide seismic restraints and comply with the Force Protection Criteria.

## D309090 OTHER SPECIAL MECHANICAL SYSTEMS

Provide air curtains at each exterior door except those accessing mechanical, electrical and comm. rooms with exterior access only.

-- End of Section --

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# D40 FIRE PROTECTION

Refer to Part 4 Section D40 for performance requirements of the building elements included in the fire protection systems.

## SYSTEM DESCRIPTION

Provide an integrated fire alarm and personnel alerting system capable of notifying building occupants inside the facility.   This system shall be capable of notifying building occupants by means of tones, strobes, textural messaging, and prerecorded and live voice announcements.   Provide complete wet-pipe sprinkler protection throughout the building.

### GENERAL SYSTEM REQUIREMENTS

Provide working space around all equipment. Provide concrete pads under all equipment. Provide all required fittings, connections and accessories required for a complete and usable system. All equipment shall be installed per the criteria of PTS section D40 and the manufacturer's recommendations. Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall".

All Design Documents, (i.e. Building Code/Life Safety Analysis, plans, specifications, and calculations) developed for Section D40 shall be prepared by, or under the supervision of the design/build contractor's Qualified Fire Protection Engineer, the Fire Protection Designer of Record (FPDOR).

Installation drawings, shop drawings or working plans, calculations, other required pre-construction documentation and as-built drawings shall be prepared by, or under the direct supervision of a NICET engineering technician as specified below.   NICET engineering technicians shall hold a current certification as an engineering technician in the field of Fire Protection Engineering Technology with Level IV certification in the appropriate subfield Provide training for the active systems consisting three (3) eight (8)-hour sessions to all shifts of the base fire department and allow for rescheduling for unforeseen fire department responses.

## D4010 FIRE ALARM AND DETECTION SYSTEMS

Provide an integrated fire alarm personnel systems capable of notifying building occupants inside the facility.   Provide a complete, electrically supervised, addressable intelligent, manual and automatic, annunciated fire alarm and detection system throughout the facility. The system shall be a voice evacuation type system and shall also serve as a personnel alerting system.   The fire control panel shall report to the central fire alarm reporting system located in Building 266 using the telephone system with two line dialers.

The fire alarm system shall include manual stations, system smoke detectors, audio/visual alarms, fire alarm DACT electrical supervision of all sprinkler system alarm and supervisory devices, and electrical supervision of fire pump controllers.

The fire alarm control panel shall be capable of handling a minimum of 500 individually identified sensors within the main control panel.   Provide Class A Notification Appliance Circuits, Class A Signaling Line Circuits, and Class Initiation Device Circuits.   Provide back-up amplifiers for combination fire alarm/personnel alerting systems.

Manual pull stations shall be flush.

Provide a remote annunciator located at-the main entrance to the building at the approval of the base Fire Department.

## D4020 FIRE SUPPRESSION WATER SUPPLY AND EQUIPMENT

Hydraulic Calculations shall be based upon the flow data given in Part 6.   Contractor is to verify the water supply data prior to design as new demands may have been added to current system.   If the flow test performed by the contractor provides results that differ +/- 10% than that listed in this document, the contractor shall submit a RFI comparing his results to those listed here.   Consideration shall be taken for upcoming projects and allow room for other domestic demands as more buildings come online as this is a Domestic/Fire Water combined system.

The incoming sprinkler service shall be provided with backflow preventer consistent with base requirements for type of water supply to which it is connected.

Provide a freestanding pedestal type fire department connection located no closer than 40 ft from the building and accessible by fire apparatus.

Provide horizontal split-case centrifugal driven fire pump if the tests of the base water supply show it to be inadequate to supply the hydraulically calculated sprinkler system and standpipe system demands.   The standpipe systems demand may be omitted from the pump demand if the base fire department is capability of supply the standpipe demand.

## D4030 STANDPIPE SYSTEMS

Provide a Class I standpipe system.

The building standpipe system and sprinkler system shall be fed from the same supply as a combined system.

## D4040 SPRINKLER SYSTEMS

Provide wet pipe automatic sprinkler protection to provide complete coverage throughout

Design densities, areas, and hose stream allowances shall be as required by UFC 3-600-01.

Provide quick-response sprinklers with ordinary temperature rating in non-residential areas with finished ceilings.   Provide listed residential sprinklers in the actual living areas.   Provide chrome sprinkler or escutcheon plates.

## D4090 OTHER FIRE PROTECTION SYSTEMS

Not Used.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# D50 ELECTRICAL

## SYSTEM DESCRIPTION

Provide a new Transient Enlisted Quarters.

Provide an interior electrical system consisting of Service Entrance Wiring and Equipment, Distribution and Lighting Panelboards, Conduits, Feeder and Branch Circuits, Motor Control Equipment, Lighting and Branch Wiring, Communications, Security and Alarm Systems, Emergency Lighting and Power, Grounding, including accessories and devices as necessary and required for a complete and usable system. This section covers installations out to the building (1.5 meter) line.

The interior distribution system shall consist of insulated conductors (including ground) in conduit.

## GENERAL SYSTEM REQUIREMENTS

Provide an Electrical System complete in place, tested and approved, as specified throughout this RFP, as needed for a complete, usable and proper installation. All equipment shall be installed per the criteria of PTS Section D50 and the manufacturer's recommendations. Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall". All work shall be in accordance with UFC 3-520-01 Interior Electrical Systems. All attachments referenced in this document are located in Part 6.

## D5010 ELECTRICAL SERVICE AND DISTRIBUTION

## D501001   SECONDARY UNIT SUBSTATION TRANSFORMER

Main transformer(s) are defined in Section G40, *Site Electrical Utilities*.

## D501002 SERVICE ENTRANCE EQUIPMENT

Medium voltage 11kV service into the facility shall be underground.

Provide a ring main unit, cast resin step down transformer and low voltage 400Y/230 Volt substation with digital metering compatible with ION PowerLogic.

## D501003 INTERIOR DISTRIBUTION TRANSFORMERS

## D501004 PANELBOARDS

Provide distribution and branch circuit panelboards to serve loads as required.

## D501005 ENCLOSED CIRCUIT BREAKERS

Not Used

## D501006 MOTOR CONTROL CENTERS

Provide individual motor starters with disconnect switches, combination motor starters, variable speed drives, reduced voltage controllers, & manual motor starters for motor controls as required by mechanical equipment. Provide all circuits and connections for all motors.

## D501090 OTHER SERVICE AND DISTRIBUTION

Provide transient voltage surge suppressors (TVSS) at the service entrance and all panels serving exterior lighting circuits.

## D5020 LIGHTING AND BRANCH WIRING

Provide electrical connections for all systems requiring electrical service.

Provide lighting, general purpose receptacles and connections to ceiling fans throughout all spaces as required. Ceiling fans shall be controlled with a dedicated switch separate from the light fixture. Light fixtures shall be located such that ceiling fans do not interfere causing the "strobe effect".

Provide dedicated circuits and connections for the following special outlets: washers, dryers, vehicle charging stations, refrigerators, etc. Coordinate receptacle/plug configurations with all trades to ensure all equipment is accommodated.

## D502001 BRANCH WIRING

All branch wiring shall be insulated conductors (including ground) in conduit .

## D502002 LIGHTING EQUIPMENT

Provide a complete lighting system consisting of exit and emergency lighting and area lighting consisting of fluorescent, high intensity discharge lighting including switches and automatic controls including occupancy sensors, automatic lighting shutoff systems & dimming systems. Each living quarters shall have a master light switch controlled by the room key card which turns off all lights within the quarters upon removal after a time delay.

## D5030 COMMUNICATIONSAND SECURITY

The Room Requirements Section identifies locations for communications, security systems and equipment, unless noted otherwise in the following sub-elements.

## D503001 TELECOMMUNICATIONS SYSTEMS

Provide a complete building entrance facility, backbone distribution system, and horizontal distribution system including, but not necessarily limited to, all wiring, pathway systems, grounding, backboards, connector blocks, protectors for all copper service entrance pairs, patch panels, fiber optic distribution panels, terminators for all fiber optic cables, outlet boxes, telephone jacks, data jacks, and cover plates.   Provide combination data/phone (information) outlets.   Each outlet shall consist of two 8P8C RJ45 keystone-type communications jacks. Provide Category 6 Unshielded Twisted Pair (UTP) copper cable for horizontal voice and data cables.

Reference UFC 3-580-01 "Telecommunications Building Cabling Systems Planning & Design."

Provide multiple outlets in common locations, housed in NEMA rated boxes to accommodate wireless nodes, antennas, or switches.   These boxes should house two Cat 6 cables and two RG-6 coax cables, fed in 32mm conduits, and interface with a second NEMA box, located exterior to the building.   Number and locate these boxes strategically to accommodate common wireless technologies.

## D503002 Personnel Alerting SYSTEMS

Provide a Personnel Alerting system with speakers in all common spaces & exterior weatherproof speakers for outside activity spaces. The exterior weatherproof speakers shall cover a radius of 400 meters around the facility. This system shall make up a portion of a "Giant Voice" base wide system.

Provide a handset type microphone dedicated to all speakers at the main fire alarm panel.

Interface the Personnel Alerting System with the Fire Alarm System. The Personnel Alerting System shall have the capability of remote activation from the central monitoring station located in Building 266.

## D503003 INTERCOMMUNICATIONS SYSTEMS

Not Used.

## D503004 TELEVISION SYSTEMS

Provide a CATV system consisting of empty raceways and outlet boxes to enable system installation by the commercial or site CATV supplier.

Provide a complete CATV system to be owned and maintained by the Government including all interior equipment required to provide high quality TV signals to all outlets with a return path for interactive television and cable modem access. System shall include, but is not necessarily limited to, head-end amplifier, amplifiers, splitters, combiners, line taps, cables, outlets, tilt compensators and all other parts, components, and equipment necessary to provide a complete and usable system.

Provide CATV outlets in every room.

Conduct CATV testing at each of the following points in the system:

Furthest outlet from each communications closet or service entrance point of connection; a random sampling of 25 percent of the outlets from each communication closet as designated by the Contracting Officer.

## D503005 SECURITY SYSTEMS

Intrusion detection systems shall be provided at the exterior doors. All electronic security systems shall be monitored at the water front Consolidated Utility Building.

## D503090 OTHER COMMUNICATIONS AND ALARM SYSTEMS

There are no other requirements for this project.

## D509001 GENERAL CONSTRUCTION ITEMS (ELECTRICAL)

Provide General Construction Items (Electrical) including, but not necessarily limited to, all connections, fittings, boxes and associated equipment needed by this and other sections of this RFP as required for a complete and usable system.

Conduits, cable trays and busways that penetrate fire-rated walls, fire-rated partitions, or fire-rated floors shall be firestopped in accordance with Section C10, Interior Construction.

## D509002 EMERGENCY LIGHTING AND POWER

Provide power and wiring for emergency lights and exit lights throughout the facility.

## D509003 GROUNDING SYSTEMS

Provide a complete grounding system for the facility electrical and telecommunications systems.

## D509004 LIGHTNING PROTECTION

Contractor shall determine if lightning protection is required. If required provide a complete lightning protection system with   a UL Lightning Protection Inspection Certificate certified to UL 96A, including, but not necessarily limited to, strike termination devices, conductors, ground terminals, interconnecting conductors, surge suppression devices, and other connectors and fittings required for a complete and usable system.

Lightning Protection Systems shall not void the roof warranty.

## D509005 ELECTRIC HEATING

Provide power wiring and connections as required for all electric heating systems and equipment.

## D509006 ENERGY MANAGEMENT CONTROL SYSTEM

Provide power wiring and connections as required for all systems and equipment.   Coordinate connection requirements with switchgear and pad mounted transformer kWH metering.

## D509007 BUILDING PHOTOVOLTAIC SYSTEM

Building Integrated or Mounted Photovoltaic (BIMPV) System on roof is optional.

## D509090 OTHER SPECIAL SYSTEMS AND DEVICES

Not Used

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# E10 EQUIPMENT

## GENERAL SYSTEMS REQUIREMENTS

## E1010 COMMERCIAL EQUIPMENT

## E101003 VENDING EQUIPMENT

Design the facility to provide space, utilities, and cooling to accommodate the following vending equipment;

a.    Refrigerator

b.    Freestanding Ice Maker

c.    Microwave Oven

d.    Residential Garbage Disposal

## E1020 INSTITUTIONAL EQUIPMENT

## E102009 AUDIOVISUAL EQUIPMENT

Not Used.

## E1040 GOVERNMENT FURNISHED EQUIPMENT

There is no Government Furnished equipment in this project.

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# E20 FURNISHINGS

## SYSTEM DESCRIPTION

Furnishings shall include fixed furnishings as part of the Structural Interior Design (SID) and the design and documentation of the movable furnishings, the Furniture, Fixtures, and Equipment (FF&E) Package.

The design and documentation of both shall be funded as part of the construction contract.   The purchase and installation of the FF&E Package shall be funded separately as part of Collateral Equipment.   FF & E shall be contractor furnished, contractor installed (CFCI).

The movable furniture and furnishings (FF&E) for this facility may include, but are not limited to movable furniture systems, dormitory room furniture, freestanding furniture, area/accent rugs, bedding and linens, window treatments, artwork, appliances, flat screen TVs (not connected to data), accessories, shop equipment, specialty equipment (specified by the Activity) and other miscellaneous items to support facility functions and to provide a complete turnkey installation.

Fixed furnishings (items that are fixed to the structure), such as specialty equipment, racks, lockers, security cameras, motorized projection screens, blinds/shades are part of the construction contract.

The Audio Visual (AV) Equipment will be funded as part of the FF&E Package.   The A/V Equipment Package will be identified as a separate line item, and priced separately from the FF&E.   Refer to Part 3 Section E10 of this RFP.

## GENERAL SYSTEMS REQUIREMENTS

Design and provide fixed and movable furnishings for all areas as developed during Activity programming and as indicated in the Room Requirements of the UFC 4-720-01 entitled "Lodging" for Navy facilities' requirements.   All FFE items shall be Contractor Furnished/Contractor Installed (CFCI). Design a complete FF&E package and prepare supporting plans and procurement data.     FF&E items identified in this RFP are to be used as a guideline to assist in establishing the minimum facility requirements and do not relieve the Contractor's Interior Designer from developing a complete design package that incorporates ALL of the Activities FF&E requirements.   Design per UFC (Lounge) and as only applying to open market procurements. Refer question to Corps interior designer.

The contractor shall have an Interior Designer with a minimum of one of the following credentials: National Council for Interior Design Qualification (NCIDQ) certification, or state and/or jurisdiction Interior Design Certification, Registration, or License.   This Interior Designer must prepare both the SID and the FF&E Package and participate in all design charrettes and meetings to develop the building design and floor plan. When Audio Visual (A/V0, shop or specialty equipment is required in the project, the contractor shall obtain services of equipment specialists to specify the A/V, shop, or specialty equipment. The Contractor's Interior Designer and any Specialists shall not have any affiliation with the products specified.   The USACE Interior Designer reserves the right to approve/disapprove the qualifications of the Contractor's Interior Designer.

All fixed and movable furnishings selections shall be closely coordinated with Parts 3 and 4 Sections C10, Interior Construction, and C30 and E10 of this RFP. The FF&E package shall be fully integrated with the building systems and finishes.

The Contractor's Interior Designer shall be responsible for designing and providing specifications for procurement of all FF&E, to include delivery and installation, for the facilities built under this contract as

directed by the Corps Interior Designer.   FF&E specifications shall be provided that are generally described as salient characteristics that will be used for open market procurement.

The FF&E package shall be fully integrated into the design and construction schedule for the building.

## INTERIOR DESIGN SUBMITTAL AND MEETING REQUIREMENTS
### STRUCTURAL INTERIOR DESIGN (SID)

The SID submittal process shall begin following the award of the RFP.   The SID submittal shall include Interior Design programming documents, FF&E Floor Plans, and exterior & interior finish/color and material sample boards.   Refer to this RFP Part 4 Section Z10 General Performance Technical Specifications and Part 2 UFGS Section 01 33 00.12 00, Submittal Procedures for Design-Build Projects.

Provide the following interior design SID meetings and submittals;

a.   Concept Design Workshop (CDW) (10%-15%) or Initial Design Meeting:   The Contractor's Interior Designer shall meet with the Activity to develop the Interior Design SID programming documents, which will include a preliminary Furniture and Equipment Plan and the FF&E Summary List.   The Contractor's Interior Designer shall provide in-depth room by room interviews to confirm Activity requirements for the new facility(s).   These interviews shall occur at the Activity's current location, if possible, to include building sample walk-thru(s).   Minutes of this meeting shall be submitted to the Corps Interior Designer within 7 days.

b.   Interim Design Development (35%-50%) Submittal:   The Contractor's Interior Designer shall provide a conceptual Finish Schedule, proposing finish materials to be used in all spaces.   The Furniture and Equipment Plan and FF&E Summary List should be further developed and included in this submittal.

c.   SID "Over the Shoulder" Review:   Prior to the Prefinal (100%) Submittal, the Contractor's Interior Designer shall meet with the Corps Interior Designer for an "over-the-shoulder" review meeting to present a minimum of (2) options for the interior building finishes/colors/materials.   Finishes shall display manufacturer's label/specifications and be presented in a "loose" format for preliminary approval prior to the presentation with the Activity. The over-the-shoulder review meeting is to be held at Winchester, VA or other location to be arranged.

d.   Prefinal (100%) Submittal:   After approval by Corps' Interior Designer, the Contractor's Interior Designer shall present a minimum of two (2) Corps-approved interior building finishes/color/material options, to the Activity for approval.   Each of these two finish options shall be documented and submitted in a 16"x20" presentation board format to the client identified by the Corps Project Manager.   In addition, the submittal shall include an updated Furniture and Equipment Plan, Finish Schedule, Floor Finish Plan, and Finish Legend for review and approval.

e.   Final Submittal:    The Contractor's Interior Designer shall incorporate the final approved Furniture and Equipment Plan, Finish Schedule, Floor Finish Plan and Finish Legend into the Contractor's final drawing set.   These drawings and all approved finishes shall be submitted in 8-1/2" x 11" binder format, using heavy duty plastic sheet protectors.   Three (3) sets of the Final SID Submittal shall be distributed to the Corps Project Manager (2 copies) and the Activity (1 copy).

**SID CONSTRUCTION SUBMITTALS**

No substitutions shall be made to the SID finishes once they have been approved by NAVFAC during the design phase.   In the event that revisions may be required due to unforeseen conditions such as discontinued product, such revisions must be submitted for approval by the Corps Interior Designer before substitutions can be made.

# FIXTURES, FURNISHINGS AND EQUIPMENT (FF&E)

The FF&E process shall begin approximately with the 50% design submittal. The submittals shall include fixtures, furnishings, and equipment specifications in accordance with the Activity requirements to produce an optimally functional facility.   FF&E are all items that are not fixed to the structure, but are fully integrated with the building systems and finishes.   Refer to RFP Part 4 Section Z10 General Performance Technical Specification and Part 2 UFGS Section 01 33 00.12 00, Design Submittal Procedures for Design-Build Projects.   Submit format examples to Corps Interior Designer for format approval prior to beginning project.

Develop design as described and in accordance with the Activity requirements.   Include in the design all loose furnishings required to produce an optimum functional facility, consistent with quality commercial design.   This project also includes the preparation of specific detailed information and complete items descriptions listing all salient characteristics for each selected item.   Each submittal shall demonstrate interaction thoroughly with the Activity requirements and complete coordination with the facility design and the SID.   Four (4) submittals will be required; (1) for the NAVFAC Project Manager, (1) Base Property, (1) Corps Interior Designer and (1) for the Activity.

For all projects, including fast track projects, the contractor shall be responsible for sufficiently scheduling all SID/FF&E submittals early enough to obtain the required government approvals, and meet all ordering and installation lead times to complete the project by the contract completion date.

These are minimum requirements and the Contractor shall be prepared to provide any/all additional meetings and submittals that may be necessary to support the Interior Design effort/FF&E coordination.

Provide the following FF&E meetings and submittals;

a.   FF&E Requirements (Interior Design Orientation) Meeting: This meeting shall occur upon completion of Design Development (or approximately 50%), at Navy Support Activity (NSA) Bahrain for the development of the FF&E package.   The Corps Interior Designer will provide the Contractor's Interior Designer a sample format of the FF&E submittal and minutes of this meeting shall be submitted to the Corps Interior Designer within 7 business days.

b.   FF&E "Over the Shoulder" Review: Prior to the Preliminary FF&E Submittal the Contractor's Interior Designer shall meet with the Corps Interior Designer for an "over-the-shoulder" review to present preliminary FF&E options.   These can be presented in a "loose" format for preliminary approval prior to the Activity presentation.   The "over-the-shoulder" review meeting is to be held at "to be arranged" location.

c.   FF&E Concept Presentation:   The Contractor's Interior Designer shall present the Corps approved preliminary FF&E package to the Activity for approval.   This presentation shall include loose format samples and catalog cuts.   Sample boards are not required.

d.   Preliminary FF&E Submittal: The Preliminary FF&E submittal shall be due at pre-final (100%).   It shall be presented to the Activity and Corps Interior Designer.   Submit the following in a 3-ring binder (with the exception of the 16x20 color boards) for both Activity and Corps Interior Designer review and approval:

1. Cover Title Page (project name, project #, submittal date, submittal title)

2. FF&E list (Cost Summary)

3. Furniture placement plans coded to the FFE & list and furnishings specifications

4. Specifications for furniture, furnishings, etc.

5. Catalog cuts and finish samples for all specified items

6. 16x20 inch color boards of furniture/furnishings and finishes specified for Activity presentation to indicate overall design intent

7. 8x10 color photographs of the color boards

e. Final FF&E Submittal: The Contractor's Interior Designer shall submit the corrected Final FF&E Package within 30 calendar days following the receipt of review comments on the preliminary FF&E submittal. All review comments shall be addressed and corrected. The Final submittal shall incorporate the following:

1. Cover Title Page (project name, project #, submittal date, submittal title)

2. Table of Contents

3. Manufacturer Contact List

4. Procurement Data Sheets for each product indicating final finish and fabric selections

5. CD copy of the final FF&E binder.

6. Final Finish Selections and Memo Samples for the FF&E submitted in 8x10 binder format, using heavy-duty plastic sheet protectors

## FF&E CONSTRUCTION SUBMITTALS

Submit any revisions or deviations caused by discontinued items to the Contracting Officer for approval by the Corps Interior Designer.

SD-10 Operation and Maintenance Data

List Operation and Maintenance Manuals for seating, systems furniture and keyboard trays.

# E2010 FIXED FURNISHINGS (SID)

Fixed furnishings (SID) are funded as part of the construction project and are not funded as part of FF&E Each submittal must demonstrate complete coordination with the facility design and with the package for movable furnishings.

Develop design as described herein and provide storage shelving, equipment racks, and window treatments. Cross reference C10 Interior Construction, and C30 Interior Finishes, for performance requirements. Each submittal must demonstrate complete coordination with the facility design and with the package for movable furnishings.

## E201001 FIXED ARTWORK

As required, provide wall mosaic, painted mural, graphics and/or logo of activity in appropriate locations.

## E201002 WINDOW TREATMENTS

Provide window treatments per UFC 4-720-01, Lodging Facilities.

All windows and other glazed openings to the exterior of the building shall be provided with horizontal blinds in general use areas, and room darkening shades, lined draperies and sheers in bedrooms.

Manually operated double-roller sunscreen and room darkening shades unless otherwise requested by client during interview and are considered SID and are funded as part of the construction project.

Soft window treatments, such as draperies, are considered FF&E and shall be included in the FF&E package, as required.

## E201003 FIXED SEATING AND TABLES

Not Used.

## E201004 INTERIOR LANDSCAPE (FIXED)

Not Used.

## E201007 INTERIOR SIGNAGE

All necessary interior signage shall be incorporated as part of the architectural drawings. Interior signage is not collateral equipment. Interior signage shall demonstrate complete coordination with the facility design, SID and FF&E submittals. Coordinate with section C1000.

## E2020 MOVABLE FURNISHINGS

The design of the FF&E package is funded as part of the construction contract base bid. The purchase and installation coordination of FF&E is a planned modification to the contract and funded separately as part of Collateral Equipment. The specific process is outlined in PTS E20 in Part 4 of this RFP. If a Collateral Equipment list is provided within this RFP, the costs associated with the purchase and installation of these items are NOT to be included in the base bid. The Contractor only needs to propose the Handling and Administrative Ration (HAR).

Design and provide a FF&E package in accordance with UFC 03-120-10, *Interior Design,* UFC 4-720-01, *Lodging* and other portions of this RFP for all areas as developed during Activity programming to provide a fully usable and complete facility. FF&E may also include specialty items specified by the Activity and the Contractor's Interior Designer is responsible for incorporating these into the FF&E package.

The FF&E Package must include shipping, freight, handling, and professional installation, project management, HAR, and applicable sales tax.

The Contractor, as a planned modification, shall be authorized by the Government Contracting Officer to procure all furniture/furnishings in the approved final FF&E package. When the modification for turnkey furniture procurement is exercised, the Contractor's proposed Handling and Administrative

Rate (HAR) shall not exceed 5% of the total cost of the FF&E, shipping, freight, handling, and installation.   The HAR includes all of the prime contractor's effort related to the storage, coordination, handling and administration of subcontractors, and all other associated costs and profit for the procurement of FF&E.   No other charges, fees, or markups will be authorized.   The contractor shall establish and submit a fixed percentage figure, for the administration effort of this modification (HAR), with the initial project proposal as part of the contractor's Pricing Schedule.

## E202001 MOVABLE ARTWORK

Provide artwork for all public areas, except storage rooms and maintenance areas.

Artwork is considered collateral equipment and will be included in the furnishings option.

## E202002 MODULAR PREFABRICATED FURNITURE

Provide Workstation systems product or modular freestanding workstations as required. Provide at a minimum, an articulating keyboard tray with left or right handed mouse extension for each computer location.

## E202003 FREESTANDING FURNITURE AND FILES

Provide ergonomic task seating, lounge, reception and guest seating, storage and filing, tables, as required.   Provide whiteboards and tackboards.   Provide a message display both indoors and outdoors.

## E202004 RUGS & ACCESSORIES

Provide area rugs, lamps, soft window treatments (drapery and hardware) interior landscaping, and other decorative items as required.

## E202005 MULTIPLE SEATING (MOVABLE)

Not Used

## E202006 INTERIOR LANDSCAPING (MOVABLE)

Provide interior landscaping (planters, site furnishings, etc.) as required.

## E202090 OTHER MOVABLE FURNISHINGS

Provide waste receptacles, recycling containers, fire extinguishers, clocks, literature racks, commercial washers, commercial dryers, microwaves, refrigerators, non-plumbed coffee pots, and other appliances as required. Provide each bedroom with a microwave, microfridge and toaster.   Provide mattresses, bedding, linens, towels and pillows.   Provide each bedroom with a hair dryer, 1600 watts or equivalent.

Provide high quality solid hardwood commercial dormitory furniture, either maple or oak.   Coordinate with Activity as to service specific branding concepts and Base standards.

Provide high quality patio furniture.

Provide a separate option for the following high quality fitness equipment:

2 + 0 TQ/Combined DFAC
NSA, Bahrain

    1 each recumbent bicycle

    1 each treadmill

    1 each elliptical

    1 each stair climber

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# F10 SPECIAL CONSTRUCTION

## NOT USED

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# F20 SELECTIVE BUILDING DEMOLITION

**NOT USED**

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# G10 SITE PREPARATION

## SYSTEM DESCRIPTION

The site preparation system consists of site clearing, demolition, salvage, relocation, earthwork, and hazardous waste remediation necessary to ready the site for other work associated with the project.

## GENERAL SYSTEM REQUIREMENTS

Develop the project site and perform all off-site work necessary to meet the requirements of the project, antiterrorism criteria, local codes, reference standards, technical specifications and performance criteria.

A Master Development Plan is being provided to the contractor in lieu of a topographic survey. The Contractor is required to perform a topographic survey of the project area that will be impacted by his work. The topographic survey shall be in accordance with the National Society of Professional Surveyors (NSPS) Model Standards for Topographic Surveys. This topographic survey shall be included in the contractor's design plans. The Master Development Plan has been provided to show the location of existing facilities, areas of new work required by this RFP and the character of the sites. Prior to starting work, physically verify the location of all existing utilities and obtain all additional survey data required to provide a quality final design. The existence, size and/or location of the utilities are not guaranteed by the Master Development Plan provided. The Contractor shall verify the location of all utilities prior to construction. Electronic files of the Master Development Plan will be provided to the Contractor only after award of the contract.

Unless otherwise noted, provide new facilities at the locations indicated on the drawings in another part of this RFP. The Contractor is encouraged to use the minimum amount of land available for the construction of the improvements associated with this RFP.

Minimize the impact of construction activity on operations and neighboring facilities.

Identify and obtain all permits to comply with all Host Nation and federal regulatory requirements associated with this work. The contractor shall submit a complete "Permits Record of Decision" (PROD) form with the first design submittal package. A blank PROD form can be obtained at the Download Tab of Part 6 of the NAVFAC Design-Build website at the following link http://www.wbdg.org/ndbm/Download/Down_Additional.html?Section=AdditionalInfo . Contractor shall determine correct permit fees and pay said fees. Copies of all permits, permit applications, and the completed PROD form shall be forwarded to the Government's Civil Reviewer and Environmental Reviewer.

Coordinate and obtain the U.S. Army Corps of Engineers Resident Engineer (RE) approval for proposed haul route(s), work site access point(s), employee parking location(s) and material laydown and storage area(s).

Refer to Site Analysis and Building Requirements Sections for additional site preparation functional program information.

GOVERNMENT PROVIDED GEOTECHNICAL INFORMATION

Subsurface soil information (soil exploration logs) from the vicinity of the project is included in Part 6 of this RFP "FOR INFORMATION ONLY" and is not guaranteed to fully represent all subsurface conditions.

The Government shall not be responsible for any interpretation or conclusion by the Contractor drawn from the data or information. The Contractor is required to perform a site specific geotechnical investigation for the design and construction of the foundation system.

The Contractor is required to retain a experienced and licensed Geotechnical Engineer and develop requirements for bidding. A site specific geotechnical investigation is not available and it is contractor's responsibility to provide it for the design and construction of the foundation system. Minor variations in subsurface conditions between borings should be anticipated. The Contractor shall bear all costs associated with the site preparation, ground improvement and foundations. The Contractor's Geotechnical Engineer shall perform additional subsurface investigation/testing as required to adequately determine all applicable geotechnical factors including the type and capacity of the project foundations. The Contractor's Geotechnical Engineer shall consider the provided information and any additional information obtained and prepare a report as described in other portions of this RFP. The minimum requirements for the subsurface investigation and report are as required by the MED Design Instruction Manual with associated references and EM 1110-1-1804.

Geotechnical investigation shall be planned and performed in accordance with EM 1110-1-1804. As a minimum, the successful bidder's Geotechnical Engineer shall perform one (1) boring per 230 sqm of building footprint area. The borings shall be advanced to the refusal depth and an additional depth of 6 m to 9 m into the competent bedrock. The supplementary laboratory classification of soils encountered, on the building site to support the foundation design and/or subsequent pile driving analysis shall be included in the geotechnical investigation report The information from geotechnical exploration shall include soil and rock parameters to be used for the design of any deep and shallow foundations, and ground improvements.

Observed site conditions which may present a challenge during design/construction include - The soils that will be exposed after completion of stripping will be soft and at or near the groundwater elevation. The Contractor will anticipate these marginal subgrade support conditions and incorporate measures into his design and construction procedures to obtain required soil support while maintaining progress for completion on schedule.

Personnel under the supervision of a registered Professional Engineer shall provide inspection of excavations and soil/groundwater conditions throughout construction. The Engineer shall be responsible for performing pre-construction and periodic site visits throughout construction to assess site conditions. The Engineer, with the concurrence of the Contractor and the Contracting Officer, shall update the excavation, sheeting, shoring and dewatering plans as construction progresses to reflect actual site conditions and shall submit the updated plan and a written report (with professional stamp) at least monthly informing the Contractor and Contracting Officer of the status of the plan and an accounting of Contractor adherence to the plan; specifically addressing any present or potential problems. The Engineer shall be available to meet with the Contracting Officer at any time throughout the contract duration. The Contractor shall bear all costs of the Engineer.

## G1010 SITE CLEARING

## G101001 CLEARING

The project site does not have saleable timber.

Burning will not be allowed.

## G101002 TREE REMOVAL

Not Used.

## G101003 STUMP REMOVAL

Not used.

## G101004 GRUBBING

Not used.

## G101005 SELECTIVE THINNING

Not used.

## G101006 DEBRIS DISPOSAL

All demolished material, rubbish and debris generated by this project shall be hauled off-site by the Contractor and disposed of in a legal manner in accordance with the laws and regulations of the Host Nation.   The distance to the disposal area is unknown but is assumed to be within 50 km of the project site.

## G1020 SITE DEMOLITION & RELOCATIONS

The items to be reused include asphalt pavement.

## G102001 BUILDING MASS DEMOLITION

Not used.

## G102002 ABOVEGROUND SITE DEMOLITION

Not used.

## G102002 1.1 ABOVEGROUND STORAGE TANKS

Not used.

## G102003 UNDERGROUND SITE DEMOLITION

Preserve the following underground site elements:   all existing utilities required for proposed project.

Abandonment of utility systems shall be done in a manner that conforms to applicable codes and regulations, removes their presence from the ground surface and clearly indicates that they have been abandoned.   Utilities shall not be abandoned in place underneath or within 3.0 m of any new facilities.

All conduits to be abandoned shall have wiring removed.

All piping to be abandoned shall be removed.   Piping shall be filled with flowable fill under pavements subject to potential vehicle loadings.

Remove existing utility structures to 900 mm below existing or new adjacent grade, whichever is greater. Break up bases to permit drainage.   Fill with clean sand.

## G102003 1.1 UNDERGROUND STORAGE TANKS

Not used.

## G102004 BUILDING RELOCATION

Not used.

## G102005 UTILITY RELOCATION

Not used.

## G102006 FENCING RELOCATION

Not used.

## G102007 SITE CLEANUP

Remove and transport debris and rubbish in a manner that prevents spillage on streets or adjacent areas and in accordance with local regulations regarding hauling and disposal.

## G102090 OTHER SITE DEMOLITION & RELOCATIONS

Asphalt material demolished from the project site shall be reused or recycled to the maximum extent possible.

## G1030 SITE EARTHWORK

## G103001 GRADING

Finish floor elevations for new facilities shall be a minimum of 150 mm above the adjacent finished ground elevation.   Provide elevations for mechanical/electrical equipment pads a minimum of 150 mm above adjacent finished ground elevation.   Site grading shall provide positive drainage away from all structures.   Site grading away from structures shall be a minimum of 3% for a distance of 5 meters for landscaped areas and a minimum of 0.5% for a distance of 3 meters for hardscape or paved areas.

## G103002 COMMON EXCAVATION

Common excavation shall consist of all material found on the site and shall be in accordance with UFGS 31 00 00, *Earthwork*.

## G103003 ROCK EXCAVATION

Blasting will not be permitted.

## G103004 FILL & BORROW

Borrow and select fill shall come from off-base sources with the exception of recycled asphalt pavement which may be used below structures or paved areas.

## G103005 COMPACTION

The following methods of soil compaction will not be allowed: water flooding or water jetting.

## G103006 SOIL STABILIZATION

The following methods of soil stabilization will not be allowed: geosynthetics, such as geotextiles and geogrids, lime, cement, lime slurry, asphalt, and pressure grouting.

## G103007 SLOPE STABILIZATION

Provide slope stabilization through appropriate grading and site design for a minimum factor of safety of 1.5 or slope that does not exceed the maximum slope per local code requirements. The following techniques for slope stabilization will not be allowed: geogrids, gabions, riprap, or concrete. Provide calculations substantiating the provided slope and associated structures are stable.

## G103008 SOIL TREATMENT

Treat the area around the entire foundation of each building for termite control in accordance with manufacturer's instructions.

## G103009 SHORING

Provide shoring for all excavations greater than 1.5 meters or where it is known that in-situ soils lack the ability to hold near vertical faces.

## G103010 TEMPORARY DEWATERING

Provide dewatering for all excavations to prevent sloughing of excavated slopes and walls where required due to high water table. The water level must be continually maintained below the working level. Dewatering method and selection shall be in accordance with UFC 3-220-05.

## G103011 TEMPORARY EROSION & SEDIMENT CONTROL

Temporary erosion and sediment control shall be provided as part of the Storm Water Pollution Prevention Plan (SWPPP).

## G103090 OTHER SITE EARTHWORK

Not used.

## G1040 HAZARDOUS WASTE REMEDIATION

Not used.

## G1040 1.1 EXCAVATION

Not used.

## G1040 1.2 STOCKPILED SOILS

Soils with OVA/FID readings of 5 parts per million (ppm) or greater are considered contaminated.

Contaminated stockpiled materials shall be disposed of off-site in accordance with local Environmental Regulations and the Final Governing Standards.

Soils that are less than 5 ppm may be used as clean fill.

## G1040 1.3 CLEAN FILL

Soils that are determined as clean fill via testing shall be backfilled and compacted in accordance with the requirements listed in this RFP.

## G1040 1.4 SPILLS

In the event of a spill or release of hazardous substances, pollutant, contaminant or oil, notify the Contracting Officer immediately.   Containment/Control actions shall be taken immediately to minimize the effect of any spill or leak.   Clean up shall be performed at the Contractor's expense in accordance with local Environmental Regulations and the Final Governing Standards.

## G1040 1.5 DISPOSAL

All waste materials shall become the property of the Contractor and shall be transported, disposed of or recycled in accordance with local Environmental Regulations and the Final Governing Standards.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# G20 SITE IMPROVEMENTS

## SYSTEM DESCRIPTION

The site improvements system consists of pavements and pavement related features, landscaping and other exterior site development work related to this project. Pavement design shall be performed by a licensed Professional Engineer familiar with conditions local to the project site.

## GENERAL SYSTEMS REQUIREMENTS

Provide site improvements as required to make a useable facility that meets functional and operational requirements, incorporates all applicable anti-terrorism, force protection and physical security requirements and blends into the existing environment. Provide site improvements in accordance with UFC 3-200-10N. Provide site improvements in conformance with applicable requirements of the DoD, "ABA (Architectural Barriers Act) Accessibility Standard" (DoD ABAAS) and the DEPSECDEF Memorandum.

Identify and obtain all permits to comply with all Host Nation and federal regulatory requirements associated with this work. The contractor shall complete the "Permits Record of Decision" (PROD) form with the first design submittal package. A blank PROD form can be obtained at the Download Tab of Part 6 of the NAVFAC Design-Build website at the following link http://ndbm.wbdg.org/system/datas/11/original/PROD_Form.doc. Contractor shall determine correct permit fees and pay said fees. Copies of all permits, permit applications, and the completed PROD form shall be forwarded to the Government's Civil Reviewer.

Provide improvements as required to conform to all applicable anti-terrorism and physical security requirements.

Minimize the impact of construction activity on operations and neighboring facilities.

Locate new site improvements at locations indicated on the Master Development Plan in another part of this RFP. If specific locations are not provided, site the improvements to develop appropriate and positive relationships with other facilities and to conform to existing development patterns. The layout of the proposed improvements should use the minimum amount of available land on the project site.

Refer to Site Analysis and Building Requirements Sections for additional site improvement functional program information.

## G2010 ROADWAYS

Provide new roadways, as required, to allow for safe, convenient and logical circulation, while discouraging through traffic. The design of pavements shall take into consideration the anticipated daily traffic (1,000 cars, 100 single unit trucks, 20 H20 loadings) over the life of the project (20 years) as well as the existing soil conditions at the site. A minimum of two parking spaces and shall have the associated 230 Volt 13 Amp, 50Hz weatherproof receptacle recharging stations.

Provide new roadways of concrete paver block as necessary to provide access to the building and associated improvements from the existing site roads. Porous bituminous pavement may not be used. Provide new roadway and other pavement sections as required by soil conditions and determined by the Designer of Record. Design pavement sections in accordance with UFC 3-200-10N Civil Engineering.

Provide other roadway improvements including markings and signage.

Provide bituminous pavement for pavement replacement due to utility construction or construction damage on the existing base roads to match the existing pavement section or the pavement section determined by the Designer of Record, whichever is larger.

## G201001 BASES & SUBBASES

The following materials will not be allowed for base or subbase courses: bituminous concrete, lean concrete, or cement stabilized sand-clay.

## G201002 CURBS & GUTTERS

Provide concrete curbs to tie into adjacent facilities.

Provide concrete curb along the sides of all concrete paver block roadways to prevent the movement of the concrete paver blocks. Concrete curb for concrete paver block roadways shall be as indicated on the drawings in another part of this RFP.

## G201003 PAVED SURFACES

Regardless of the calculated pavement section(s), the minimum concrete paver block pavement section for new roadways is 80mm concrete traffic paving blocks on a 50mm sand bedding layer over a 150 mm aggregate base over a 150mm compacted subgrade. Concrete paver blocks shall be approximately 200 mm long and 100 mm wide.

Regardless of the calculated pavement section(s), the minimum bituminous pavement section for pavement replacement is 75 mm of bituminous surface mix over 200 mm of aggregate base over a 150mm compacted subgrade. Recycled asphalt pavement material may be used for bituminous concrete pavement as permitted by the Host Nation.

## G201004 MARKING & SIGNAGE

Provide pavement markings for pavement replacement to match existing.

Provide pavement markings for concrete paver block pavements using contrasting color paver blocks.

Provide signage to match existing.

Provide temporary pavement markings and signage throughout construction to meet phasing requirements indicated in the project program. Provide temporary signage in accordance with the MUTCD.

## G201005 GUARDRAILS & BARRIERS

Not used.

## G201006 RESURFACING

Not used.

## G201090 OTHER ROADWAYS

Not used.

## G2020 PARKING LOTS

Provide a minimum of four parking spaces in the vicinity of the proposed facility above and beyond the existing parking areas on the base.   The design of pavements shall take into consideration the anticipated daily traffic (100 cars, 10 single unit trucks, 2 H20 loadings) over the life of the project (20 years) as well as the existing soil conditions at the site.   A minimum of two parking spaces shall be designated as electric vehicle parking spaces with the associated recharging stations and the remainder of the parking spaces shall be for the staff and maintenance.

Provide parking lots of concrete paver block.   Porous bituminous pavement shall not be used.

Provide new parking and other pavement sections as required by soil conditions and determined by Designer of Record.   Design pavement sections in accordance with UFC 3-200-10N Civil Engineering.

Provide other parking improvements including bicycles parking, service drive for delivery and maintenance vehicles.   Use expected frequency of maintenance service functions to determine if dedicated parking is required.   Locate service access and parking to avoid disturbing residents.   Provide pavement markings and signage.

Provide handicapped parking in accordance with the DoD, "ABA (Architectural Barriers Act) Accessibility Standard" (DoD ABAAS) and the DEPSECDEF Memorandum are located at http://www.access-board.gov/ada%2Daba/aba-standards-dod .

## G202001 BASES & SUBBASES

Crushed concrete meeting specified gradation for aggregate base or subbase courses may be used.

## G202002 CURBS & GUTTERS

Provide concrete curbs to tie into adjacent facilities.

Provide concrete curb along the sides of all concrete paver block parking lots to prevent the movement of the concrete paver blocks.   Concrete curbs for concrete paver block parking lots shall be as indicated on the drawings in another part of this RFP.

## G202003 PAVED SURFACES

Regardless of the calculated pavement section(s), the minimum concrete paver block pavement section for new roadways is 80mm concrete traffic paving blocks on a 50mm sand bedding layer over a 150 mm aggregate base over a 150mm compacted subgrade.   Concrete paver blocks shall be approximately 200 mm long and 100 mm wide.

## G202004 MARKING & SIGNAGE

Provide permanent and temporary markings (pavement, curb and object), signage (regulatory, warning and guidance) and other traffic control devices as required to facilitate proper utilization of the parking areas.

Provide pavement markings for concrete paver block pavements by using contrasting color concrete paver blocks.   Provide signage to match existing.

Provide temporary pavement markings and signage to meet phasing requirements indicated in the project program.   Provide temporary signage in accordance with the MUTCD.

## G202005 GUARDRAILS & BARRIERS

Provide wheel stops and bollards in accordance with the UFC 3-200-10N, *Civil Engineering*.

## G202006 RESURFACING

Not used.

## G202007 MISCELLANEOUS STRUCTURES AND EQUIPMENT

Not used.

## G202090 OTHER PARKING LOTS

Not used.

## G2030 PEDESTRIAN PAVING

Provide a network of   concrete paver block sidewalks, separated from, but connected to vehicular circulation systems, to allow pedestrian circulation between various elements of the project.   The pedestrian paving will include a pedestrian mall along the south-east boundary of this project site.   The layout of the pedestrian mall shall be as indicated in the drawings in another part of this RFP.

## G203001 BASES & SUBBASES

Crushed concrete meeting specified gradation for aggregate base or subbase courses may be used.   A sand bedding layer shall be used above the base course.

## G203002 CURBS & GUTTERS

Provide concrete curbs to tie into adjacent facilities.

Provide concrete curb along the sides of all concrete paver block parking lots to prevent the movement of the concrete paver blocks.   Concrete curb for concrete paver sidewalks shall be as indicated in the drawings in another part of this RFP.

## G203003 PAVED SURFACES

The minimum concrete paver block pavement section for pedestrian paving is 60mm concrete paving blocks on a 50mm sand bedding layer over a 150 mm aggregate base over a 150mm compacted subgrade.   Concrete paver blocks shall be approximately 200 mm long and 100 mm wide.

## G203004 GUARDRAILS & BARRIERS

Not used.

## G203005 RESURFACING

Not used.

## G203006 OTHER WALKS, STEPS & TERRACES

W912ER-11-D-0010-0006

Provide concrete paver block sidewalks to convey all pedestrian traffic expected in conjunction with this project. Connect all sidewalks associated with this project into those of adjacent facilities. Ensure that exterior sidewalks have non-slip surfaces and drain away from the building.

## G2040 SITE DEVELOPMENT

## G204001 FENCING & GATES

Not used.

## G204002 RETAINING AND FREESTANDING WALLS

Provide freestanding walls around a minimum of three sides of all ground level mechanical equipment. Free standing walls shall conform to the Base Exterior Architectural Plan (BEAP) and the Installation Appearance Plan. Provide double swing wooden gates at all openings in freestanding walls for vehicle access to all ground level mechanical equipment

## G204003 EXTERIOR FURNISHINGS

All site furnishings shall conform to the Base Exterior Architectural Plan (BEAP) and the Installation Appearance Plan. Provide trash receptacles benches recycling receptacles near the building entrances and ash receptacle at the designated smoking area

## G204004 SECURITY STRUCTURES

Not used.

## G204005 SIGNAGE

Provide signage in accordance with the Activity's BEAP and/or the Installation Appearance Plan.

## G204006 FOUNTAINS & POOLS

Not used.

## G204007 PLAYING FIELDS

Not used.

## G204008 TERRACE AND PERIMETER WALLS

Not used.

## G204009 FLAGPOLES

Not used.

## G204090 OTHER SITE IMPROVEMENTS

Provide dumpster pad with enclosure and a recycling area with enclosure. Provide double swing wooden gate

with self-closing mechanism.

## G2050 LANDSCAPING

Provide complete landscaping consisting of groundcover, trees, shrubs, and perennials as required to provide a quality, cost-effective, functional and visually appealing landscape program that will enhance the development, while complying with all applicable anti-terrorism, force protection and physical security requirements. All landscaping material selected shall be drought tolerant.

Guarantee all landscaping for a period of one year after final acceptance of the project.

Provide complete landscaping maintenance for one year.

Provide mechanical equipment screening wall on three sides of new equipment.

Provide shrubs or small growing trees for screening of mechanical equipment/wall, dumpster enclosures, and other obstructions that do not present an aesthetic view from the street.

## G205001 FINE GRADING AND SOIL PREPARATION

Not used.

## G205002 EROSION CONTROL MEASURES

Prevent erosion from occurring by providing erosion control measures as required by Host Nation and federal requirements.

## G205004 SEEDING SPRIGGING AND SODDING

Not used.

## G205005 PLANTINGS

Provide a minimum of 60 trees and 115 shrubs for this project.

## G205007 IRRIGATION SYSTEMS

Provide an irrigation system to adequately irrigate all landscaped areas for the new building. The irrigation system shall be supplied by the irrigation water distribution system which is under construction. The irrigation system may include the extension of the irrigation water distribution system to the building site.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# G30 SITE CIVIL/MECHANICAL UTILITIES

## SYSTEM DESCRIPTION

The site civil/mechanical utility systems include water supply systems, sanitary sewer systems, storm drainage systems, and associated appurtenances which are more than 1.5 meters outside the building.

The site mechanical utility system consists of all piping and appurtenances for chilled water, including all accessories and devices as necessary and required for a complete and usable system up to 1.5 meters outside buildings.

## GENERAL SYSTEM REQUIREMENTS

Develop the site to provide water, fire protection, sanitary sewer, storm drainage, and cooling services that meet the requirements of each applicable regulatory agency that governs and issues permits for the construction and operation of these systems.

Provide each system complete and ready for operation.

Physically verify the location of existing above and below ground utilities prior to starting work.

Identify and obtain all permits to comply with all Host Nation and federal regulatory requirements associated with this work.   The contractor shall complete the "Permits Record of Decision" (PROD) form with the first design submittal package.   A blank PROD form can be obtained at the Download Tab of Part 6 of the NAVFAC Design-Build website at the following link
http://www.wbdg.org/ndbm/Download/Down_Additional.html?Section=AdditionalInfo .   Contractor shall determine correct permit fees and pay said fees.   Copies of all permits, permit applications, and the completed PROD form shall be forwarded to the Government's Civil/Mechanical Reviewer.

Minimize the impact of construction activity on facility operations and neighboring facilities.

Utility connection points are indicated on the drawings in another part of this RFP.   Obtain final approvals from the Government's Civil/Mechanical Reviewer and the Contracting Officer for all utility connection points associated with this work.

Coordinate with the U.S. Navy Department of Public Works and pay any fees or charges required to connect to their utility.

Refer to Site Analysis and Building Requirements Sections for additional site civil/mechanical utilities information.

Provide all required fittings, connections and accessories required for a complete and usable system. All equipment shall be installed per the criteria of PTS Section G30 and the manufacturer's recommendations. Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall".

## G3010 WATER SUPPLY

The new water system is an extension of the existing water system.   The existing water system serving the project site is owned by the federal government.   Provide the new water system and connections to the existing water system in accordance with UFC 3-200-10N, *Civil Engineering* and the Host Nation waterworks' regulations; whichever is more stringent.

Notify the U.S. Navy Department of Public Works of the additional demand generated by the proposed facility. Provide a copy of all correspondence with the utility provider to the Government's Civil/Mechanical Reviewer.

Provide connection to the existing water distribution system at the point indicated on the drawings in another part of this RFP.

## G301001 WELL SYSTEMS

Not used.

## G301002 POTABLE WATER DISTRIBUTION

Connect the new potable water distribution system to the distribution system at the point indicated on the drawings in another part of this RFP.

Provide exterior corrosion protection on metallic pipe lines.

A water meter on each proposed service line is not required.

Fire hydrants shall be red in color. Fire hydrants shall be wet-barrel type with a 150 mm inlet, one 115 mm pumper connection and two 65 mm hose connections. Pumper connection and hose connections shall be individually valved with independent nozzle gate valves. All connections shall be compatible with the base fire fighting equipment.

Backflow preventers are required on all service entrance lines. If not specified in ESR D20 and D40, provide backflow preventers in a belowground vault outside the building.

## G301003 POTABLE WATER STORAGE

Not used.

## G301004 FIRE PROTECTION WATER DISTRIBUTION

No separate fire protection water distribution system is required. Fire protection water will be provided by the potable water distribution system.

## G301005 FIRE PROTECTION WATER STORAGE

Not used.

## G301006 NON-POTABLE WATER DISTRIBUTION

Connect the new non-potable water distribution system for irrigation to the existing non-potable water distribution system at the point indicated on the drawings in another part of this RFP.

## G301007 PUMPING STATIONS

Not used.

## G301008 PACKAGED WATER TREATMENT PLANTS

Not used.

## G301090 OTHER WATER SUPPLY

Not used.

## G3020 SANITARY SEWER

The new sanitary sewer system is an extension of the existing sanitary sewer collection system. The existing sanitary sewer collection system serving the project site is owned by the federal government. Provide the new sanitary sewer system and connections to the existing sanitary sewer collection system in accordance with UFC 3-200-10N, Civil Engineering and the Host Nation sewerage regulations; whichever is more stringent.

Notify the U.S. Navy Department of Public Works of the additional wastewater flow generated by the proposed facility. Provide a copy of all correspondence with the U.S. Navy Department of Public Works to the Government Civil Reviewer.

Provide connection to the existing sanitary sewer collection system at the point indicated on the drawings in another part of this RFP. In identifying a suitable point of connection, provide consideration of the capacity of the existing collection system.

## G302001 SANITARY SEWER PIPING

Provide exterior corrosion protection on metallic pipe lines.

## G302002 SANITARY SEWER MANHOLES & CLEANOUTS

Provide precast concrete manholes only. Provide ductile iron pipe or PVC cleanouts.

## G302003 LIFT STATIONS AND PUMPING STATIONS

Not used.

## G302004 PACKAGED SANITARY SEWER TREATMENT PLANTS

Not used.

## G3030 STORM SEWER

If required, the new storm sewer system may be an extension of the existing storm sewer system. The existing storm sewer system serving the project site is owned by the federal government. Provide the new storm sewer system and connections to the existing storm sewer system in accordance with UFC 3-200-10N, *Civil Engineering*; the Host Nation storm water management laws and regulations; and LEED Sustainable Sites Prerequisite 1; whichever is more stringent.

Storm water management shall be provided by shall infiltration/evaporation ponds located in landscaped areas to the maximum extent possible to minimize the need for connections to the existing storm sewer collection system.

Provide connection to the existing storm sewer collection system at the existing storm water inlets or by providing new storm water inlets on the existing storm drainage system. Confirm that the existing outfall has adequate capacity to receive the additional storm water flow generated by the project.

Vehicle wash areas are not to be provided.

## G303001 STORM SEWER PIPING

Due to corrosive soil conditions, storm sewer piping materials shall be polyvinyl chloride (PVC) for diameters less than 300 mm and high density polyethylene (HDPE) for diameters 300 mm to 762 mm.

## G303002 STORM SEWER STRUCTURES

Provide new storm sewer structures to match the existing storm sewer structures currently in use on the site**.**

## G303003 LIFT STATIONS

Not used.

## G303004 CULVERTS

Not used.

## G303005 HEADWALLS

Not used.

## G303006 EROSION & SEDIMENT CONTROL MEASURES

Erosion & sediment control measures shall be identified by the Designer of Record and shall be included in the Storm Water Pollution Prevention Plan.

## G303007 STORM WATER MANAGEMENT

Comply with UFC 3-210-10N.   The use of Low Impact Development (LID) is required for the project to achieve design objectives stated in DoD Policy on Implementing Section 438 of the Energy and Independence and Security Act (EISA), dated 19 January, 2010 and Department of Navy Low Impact Development (LID) Policy for Storm Water Management, dated 16 November, 2007.   The following LID features shall be considered: bioretention, filter/buffer strips, bioretention swales, infiltration trenches, and rain gardens.   The use of dry wells, grassed swales, wet swales, rain barrels, cisterns, permeable pavement/pavers, and tree box filters are **not** allowed for this project.   Comply with the UFC 3-210-10N "Interim Technical Guidance: Low-Impact Development".

The Contractor shall evaluate the drainage conditions and submit sealed calculations to the Government for civil and environmental review supporting EISA Section 438 and NAVY LID policies have been met in accordance with UFC 3-210-10N.   Provide a narrative stating project design goals were achieved or to what extent with the sealed calculations.   The NAVFAC FEC Commanding Officer shall be the final approval authority for a NAVY LID waiver requests.

The contractor shall obtain all required regulatory permits required for the proposed work.   Coordinate all reports, submittals, and permit applications through the Contracting Officer.

## G303090 OTHER STORM SEWER

An oil/water separator will not be required.

## G3050 COOLING DISTRIBUTION

## G305001 UNDERGROUND COOLING SYSTEMS

Provide direct buried, factory pre-fabricated, pre-insulated piping systems. Piping systems shall consist of a steel carrier pipe with polyurethane insulation and a jacket to match the existing chilled water distribution piping.

-- End of Section --

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# G40 SITE ELECTRICAL UTILITIES

## SYSTEM DESCRIPTION

Provide a new Transient Enlisted Quarters.

The site electrical utility system consists of all power and telecommunications and fiber optic cabling from the existing distribution system point of connection including all connections, accessories and devices as necessary and required for a complete and usable system. This section covers installations up to within (1.5 meters) of new (or existing) building location.

### GENERAL SYSTEM REQUIREMENTS

Provide an Electrical System complete in place, tested and approved, as specified throughout this RFP, as needed for a complete, usable and proper installation. All equipment shall be installed per the criteria of PTS Section G40 and the manufacturer's recommendations. Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall". All attachments referenced in this document are located in Part 6.

## G4010 ELECTRICAL DISTRIBUTION

Connect to the existing 11kV, three phase, three wire, 50 Hertz electrical power system. The connection point shall be underground at existing Manhole PMH4 (see drawing XE-2 located in Part 6 of this document) and extended to the project site underground in ductbank to a 11KV Ring Main Unit (RMU) located in the facility. The existing 15kV cable within the existing ductbank is 3-1/C-300mm2 shielded XPL with 133% insulation. Additional site and Consolidated Utility Building drawings are provided for reference of the existing waterfront 11kV distribution system. Manholes shall be marked in accordance with the base utility master plan via welded tags.

The available fault current at the point of connection shall be assumed to be an infinite bus.

## G401001 SUBSTATIONS

Provide a secondary unit substation with a cast resin dry type transformer to feed the facility. The secondary unit substation shall be located within the facility.

## G401002 TRANSFORMERS

See part G401001

## G401003 SWITCHES, CONTROLS AND DEVICES

Not used

## G401004 OVERHEAD ELECTRIC CONDUCTORS

Not used

## G401005 TOWERS, POLES, CROSSARMS AND INSULATORS

Not Used

## G401006 UNDERGROUND ELECTRIC CONDUCTORS

Provide a medium voltage   underground electrical power distribution system to meet the connection requirements as indicated in paragraph G4010 "Electrical Distribution".

## G401007 DUCTBANKS, MANHOLES, HANDHOLES AND RACEWAYS

Provide a system of concrete encased ductbanks, handholes and manholes for all underground power wiring.

## G401008 GROUNDING SYSTEMS

Provide a complete grounding system for the electrical power distribution system.

## G401009 METERING

Provide a   Kilowatt-hour Demand Meter for the Unit Substation.

Provide the secondary switchgear with a separate digital circuit monitor/analyzer. Equipment shall have capabilities to connect to the existing ION Powerlogic monitoring system.

## G401010 CATHODIC PROTECTION SYSTEMS

Not Used

## G401011 EQUIPMENT REQUIREMENTS FOR COASTAL AND HIGH HUMIDITY AREAS

Provide exterior equipment designed for coastal and high humidity areas.

## G4020 SITE LIGHTING

Provide site lighting for the, , exterior of the building including underground distribution, handholes, grounding, poles, fixtures and controls as required for a complete and usable system. Coordinate exterior Promenade lighting with existing light fixtures. Utilize existing below grade ductbank and man/handhole system for new Promenade lighting.

## G402001 EXTERIOR LIGHTING FIXTURES AND CONTROLS

Street Lighting

Area and Parking Lighting

Provide high pressure sodium type lighting fixtures, complete with lamps.

Provide an automatic lighting control system for exterior lighting fixtures utilizing lighting

contactors, time switches, and photocell switches such that lighting will automatically turn "ON" at dusk and turn "OFF" at dawn.

## G402002 SPECIAL SECURITY LIGHTING SYSTEMS

Not Used

## G402003 OTHER AREA LIGHTING

Not Used

## G402004 LIGHTING POLES

Provide aluminum poles complete with foundations for site lighting.

## G402005 UNDERGROUND ELECTRIC CONDUCTORS

Provide a complete underground distribution system for all site lighting systems.

## G402006 DUCTBANKS, MANHOLES AND HANDHOLES

Provide a direct buried underground system including conduits and handholes to meet the connection requirements indicated in paragraph G4020 "Site Lighting".

## G402007 GROUNDING SYSTEMS

Provide a complete grounding system for all site lighting systems.

## G4030 SITE COMMUNICATION AND SECURITY

Provide a site communications system including, but not necessarily limited to, Voice and Data Telecommunications Systems, Cable Television (CATV) Systems including all conduit and wiring, underground structures, termination equipment, poles and structures, and grounding systems as required for a complete and usable system.   All site communications shall be in accordance with the UFGS 33 82 00, Telecommunications Outside Plant (OSP).

## G403001 TELECOMMUNICATIONS SYSTEMS

The connection point for the site telecommunications systems shall be underground at the MDF in the Waterfront Consolidated Utilities Building (CUB) and extended to the project site underground in a system of manholes and ductbanks to the Telecommunications Equipment Room or Entrance Facility.

Provide (N+25%) twisted pair copper and 36/36 (SM/MM) strand fiber optic cable between the CUB connection points and building entrance facility (Or size cable counts accordingly based on the facility requirements and appropriate UFC).   Survey, create Bill of Materials, and splice into stub trunk cables in the CUB entrance maintenance hole to facilitate connectivity from distribution frame to new building.   Include all necessary splicing and support hardware.   Reference sheet XE-1 for CUB location and ductbank layouts.

Provide innerduct for OSP fiber cables.

Designer of record shall coordinate installation and termination of all exterior telecommunications

systems with the Base Communications Officer (BCO) and Base Telephone (Outside Plant).

## G403002 CABLE TV SYSTEMS (CATV)

The connection point for the site CATV shall be underground at the Waterfront CUB (or nearest available tie-in point) and extended to the project site underground in ductbank to the telecommunications equipment room.

## G403003 CABLES AND WIRING

Utilize Series 11 and/or Series 625 to provide CATV service to the facility. See previous subparagraphs and paragraphs D50 and G40 in Part 4.

## G403004 DUCTBANKS, MANHOLES AND HANDHOLES

Provide a system of ductbanks, manholes, and handholes for site telecommunications and security. All manholes shall be H-20 load rated.

## G403005 TOWERS, POLES AND STANDS

Not Used

## G403006 TV CAMERAS AND MONITORS

Not Used

## G403007 ELECTRONIC SECURITY SYSTEMS (ESS)

Provide exterior ESS consisting of   all conduit and wiring, underground structures, termination equipment, as required for a complete and usable system. The ESS shall be connected to the ESS site loop for monitioring purposes via the communications ductbank provided under this contract.

## G403008 OTHER COMMUNICATION AND ALARM

Provide a Personnel Alerting System with weatherproof speakers on the exterior of the facility with a 400 meter radius coverage from the facility. This system shall make up a portion of a base wide "Giant Voice System".

## G403009 GROUNDING SYSTEMS

Provide a complete grounding system for all site communications systems.

## G4090 OTHER SITE ELECTRICAL UTILITIES

Not Used

-- End of Section --

## PART THREE - PROJECT PROGRAM

# Project Program

## Navy Combined Dining Facility
## P-940
## FY13
## NAICS Code 236220 – Commercial and Institutional Building Construction

## NSA, Bahrain

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## TABLE OF CONTENTS

**COVER PAGE**......................................................**#**

**TABLE OF CONTENTS**..........................................**#**

**1.   PROJECT DESCRIPTION**.................................**#**

**2.   PROJECT OBJECTIVES**..................................**#**
2.1.   Mission Statement.........................................
2.2.   Facility Function............................................
2.3.   Project Specific Priorities.............................
2.4.   Appropriate Design.......................................
2.5.   Workflow Process.........................................
2.6.   Special Design Challenges...........................
2.7   Adaptability and Flexibility..............................

**3.   SITE ANALYSIS**..............................................**#**
3.1   Existing Site Conditions.................................
3.2   Site Development Requirements......................

**4.   BUILDING REQUIREMENTS**.............................**#**
4.1   Space Tabulation...........................................
4.2   Space Relationships.......................................
4.3   Exterior Character..........................................

**5.   ROOM REQUIREMENTS**...................................**#**

**6.  ENGINEERING SYSTEMS REQUIREMENTS**.........**#**
A10     Foundations.................................................
A20     Basement Construction...............................
B10     Superstructure............................................
B20     Exterior Closure..........................................
B30     Roofing.......................................................
C10     Interior Construction...................................
C20     Stairs.........................................................
C30     Interior Finishes.........................................
D10     Conveying Systems....................................
D20     Plumbing....................................................
D30     HVAC.........................................................
D40     Fire Protection Systems..............................
D50     Electrical Power and Lighting......................
E10     Equipment..................................................
E20     Furnishings.................................................

F10     Special Construction....................................
F20     Selective Building Demolition........................
G10      Site Preparations........................................
G20      Site Improvements.....................................
G30      Site Mechanical Utilities..............................
G40      Site Electrical Utilities................................

Part 3 contains the project description, functional and performance requirements, scope items, and expected quality levels that exceed Part 4.   Part 4 identifies design criteria, verification requirements, and performance and quality requirements of products.   See "Order of Precedence" paragraph in Part 2 for relationships between all parts of this RFP.

# 1.0 PROJECT DESCRIPTION

The work described under this contract is for the Design and Construction of the FY13 NAVY MILCON Project P-940. The primary facility in this project is the Combined Dining Facility or Combined DFAC The purpose for this project is to provide the Navy with an on-base DFAC on the waterfront site that is safe and energy efficient, durable with low maintenance features, having low life-cycle costs.

Navy Dining Facilities provide essential feeding services to uniformed military personnel. Provide Dining facility for food preparation of service, including a seated dining area. The seated dining area shall also serve as a gathering place for group activities. The facility is intended to be similar both functionally and technically to college cafeteria facilities in the private sector community.

Provide a complete and functional DFAC:

For feeding 401-650 (turn-over rate of 2.3) sailors per meal within 90 minutes, three times a day, seven days a week, 52 weeks per year. Personnel served are 2.3 Minutes turn-over rate see Reference Part 6 Attachments UFC 4-722-01 Table 2-2B Navy Space Program. Maximum gross area per the 1391 shall be 1612 M (17,351 square feet). Dining maximum area seating capacity shall be 288 seats.

Staffing is based on a 40-hour work week for menu planning, food layout, equipment operation, feeding station staffing, serving line stocking and the organization's mission support. The typical anticipated staffing of this facility is:

Total staffing of 40 to 80 persons,
(1) Manager
(1) Assistant manager
(2) Administration
(2) Subsistence Clerk
(1) Shift Leader
(2) First Cook
(15-36) Cooks
(4) Headcounter
(11-30) Dishwasher
(1) Maintenance

Building materials, building systems and construction methods shall follow the requirements established in the Engineering System Requirements (ESR) of the Project Program and the Performance Technical Specifications (PTS) of this RFP.

The Combined DFAC shall be constructed on the Waterfront Site at the NSA Bahrain. The building and site design for the DFAC shall fit into the surrounding architectural environment and comply with the NSA Base Exterior Architectural Plan (BEAP).

Sustainable principles shall be included in the design, development and construction of this project. The DFAC shall be required to achieve a minimum certification of LEED-NC 2009 Silver Version 3 as described below in 2.0 Project Objectives.

This contract includes a separate bid priced option (Option #1) for the procurement and installation of freestanding furniture, fixtures, and equipment. See E10 Equipment and E20 Furniture below for additional requirements.

This project also includes a separate bid priced option (Option #2) for electronic security systems

(ESS).    ESS shall be provided for the Combined DFAC as required per UFC 4-722-01.

Development area on the waterfront site is limited.    It is important that this facility be designed to effectively utilize the site to satisfy the RFP requirements while ensuring the maximum usable area for future development.    The maximum height of this facility is limited to two stories or single story with a mezzanine level.

Mechanical systems for the Combined DFAC shall include; plumbing, fire protection systems, and heating ventilating and air conditioning (HVAC) systems.

Electrical systems shall include; information systems, cable TV, wiring for telephone and local area network (LAN) data, a building alarm system for fire and personnel alerting, lighting and power.

Telecommunication requirements shall be coordinated with local providers. Site improvements include demolition of existing improvements, grading, storm drainage, walkways and sidewalks, utility corridors, fire protection access, bicycle racks, site lighting, site furniture including trash and recycling dumpsters and enclosures, and landscaping and irrigation.

# 2.0 PROJECT OBJECTIVES
## 2.1 Mission Statement

NAVCENT has several specific missions. The majority of the current efforts in the AOR focus on Operation Iraqi Freedom and stabilizing the country as the Iraqi government takes steps toward autonomy and security its internal boarders; The Strait of Hormuz is a vital waterway that links the Arabian Gulf with the Gulf of Oman. It is only about 40 miles across at its widest point and studded with islands and is considered one of the "choke points" in the AOR; and NAVCENT is also leading the Navy's involvement in Operation Enduring Freedom. The operation began in October 2001 and is ongoing.

Navy Dining Facilities provide essential feeding services to uniformed military personnel.

## 2.2 Facility Function

Dining facility functional design is driven by the number of personnel to be served, meal schedule and duration, payment style, food delivery and eating methodologies, and any additional functions accommodated in the specific facility.   These functions and how they drive the design of the facility are described in detail in UFC 4-722-01, Ch2, Food Service Planning Determinations.

## 2.3 Project Specific Priorities

A kitchen planning professional consultant, that is a member of Foodservice Consultants Society, is required for the design of this project

## 2.3.1 Sustainable Design

Integrate sustainable strategies and features into the design to minimize the energy consumption of the facilities; conserve resources; minimize adverse effects to the environment; and improve occupant productivity, health, and comfort to reduce the total cost of ownership of the project using a whole building, life-cycle approach.   The facility and all site features shall be designed and constructed using USGBC LEED-NC.   The design and construction shall incorporate sustainable design strategies and features to the fullest extent possible, consistent with mission, budget and client requirements.

The sustainable design rating level for the project is to achieve LEED-NC Silver and the constructed facility shall be certified by the USGBC as having met the USGBC LEED-NC requirements for the required rating level.

The USGBC LEED 2009 Minimum Program Requirements (MPR) 6 requires post certification energy and water data.   DoD has received a blanket exemption from this MPR 6 requirement, however the LEED Online Project Information (PI) Forms must be fill out correctly to qualify for the exemption.   Provide the PI Form 1 information in accordance with the instructions titled "MPR 6 Department of Defense Exemption Process" posted on the Whole Building Design Guide to indicate the applicability of the DoD exemption.   These instructions can be found at the following weblink:   http://www.wbdg.org/references/pa_dod_sust_leed.php .

The following USGBC LEED-NC 2009 credits and additional requirements are mandatory.   If the project was registered with USGBC before LEED-NC 2009 went into effect, comply with LEED-NC Version 2.2. The LEED-NC Version 2.2 credit numbers that are different than the LEED NC 2009 credit numbers are indicated below in parenthesis ( ) after the LEED-NC 2009 credit numbers.

a. SS-6.1 Storm Water Design, Quantity Control

b. SS-6.2 Storm Water Design, Quality Control

c. PRE 1 (WE 3.1) Water Use Reduction: 20% Reduction

d. WE-1 (WE 1.1) Water Efficient Landscaping: Reduce by 50%

e. EA-1 Optimize Energy Performance. For new construction achieve a 30% energy use reduction below ASHRAE 90.1-2007 or the International Energy Conservation Code (IECC) for low rise residential facilities. For renovations, reduction shall be 20% below pre-renovations 2003 baseline. Reduction shall be calculated in accordance with US Code of Regulations 10 CFR 433, 434, 435 dated Dec. 4, 2006.

f. EA-4 Enhanced Refrigerant Management. Reduce use of Ozone Depleting and Global Warming Compounds. Eliminate the use of ozone depleting compounds during and after construction where alternative environmentally preferable products are available.

g. MR-2 (MR 2.1) Construction Waste Management: Divert 50% from Disposal.

h. MR-4 (MR 4.1) Recycled Content: 10%. For EPA Designated products, use products meeting EPA's recycled content recommendations.

i. MR-6 & MR-7 Renewable Products: Use products made from rapidly renewable resources and certified sustainable wood products.

j. EQ-3.1 & EQ-3.2 Construction IAQ Management: During Construction & Before Occupancy

k. EQ-4.1, 4.2, 4.3, 4.4 Low Emitting Materials. Specify materials & products with low pollutant emissions, including adhesives, sealants, paints, carpet systems and furnishings.

l. EQ-7.1 Thermal Comfort: Design. Design to ASHRAE Standards 55-2004 for Thermal Comfort and 62.1-2004 for Ventilation for Acceptable Indoor Air Quality.

m. EQ-8.1 Daylight & Views. Achieve a minimum daylight factor of 2% excluding direct sunlight in 75% of all space occupied for critical visual tasks. Provide automatic dimming controls or accessible manual controls and appropriate glare control.

n. Moisture Control. Establish and implement a moisture control strategy for controlling moisture flows and condensation to prevent building damage and mold contamination.

o. Bio-Based Products: For USDA designated products use products meeting or exceeding USDA's biobased content recommendations.

p. Energy Efficient Products: All energy using products shall either be Energy Star or FEMP

recommended efficiency. Where Energy Star or FEMP recommendations have not been established, efficiency shall be in the top 25% for the type of product procured. All energy using products shall also meet FEMP requirements for low standby power consumption.

The following LEED-NC 2009 credits are not applicable to the project and must not be used by the Contractor to obtain the LEED certification.

a. EA-6 Green Power

Ensure sustainable strategies and features in the design phase are incorporated in the construction phase.

## 2.3.2 Storm Water Management (Low Impact Development)

Provide low impact development strategies for compliance with DoD Policy on Implementing Section 438 of the Energy Independence and Security Act (EISA), dated 19 January, 2010 and Penn Memo/NAVY Low Impact Development (LID) Policy, dated 16 November, 2007.   Comply with UFC 3-210-10 " LOW IMPACT DEVELOPMENT".   These policies are in addition to Host Nation storm water management program permit requirements.   The DOR shall balance all requirements, Host Nation, LEED and the above stated policies, and acquire required regulatory permits when managing storm water generated.

## 2.3.3 Energy Conservation

Energy conservation shall be in accordance with UFC 3-400-01, Design Energy Conservation.

## 2.3.4 Building Commissioning

Provide Enhanced Commissioning to meet the requirements of USGBC LEED Rating System version 3 and UFGS section 01 45 00.05 20, *Design and Construction Quality Control*.   At a minimum Commission the following systems: HVAC systems and controls, lighting controls, and if provided, day lighting controls, refrigeration systems and controls, renewable energy systems, and domestic hot water systems.   See the following "Engineering System Requirements" sections in Chapter 6 of the Project Program to determine any additional systems to be commissioned.

The designated Commissioning Authority (CA) shall meet the qualifications of USGBC LEED Rating System version 3 and UFGS section 01 45 00.05 20, Design and Construction Quality Control.   The CA shall report results, recommendations, and findings directly to the Government.

## 2.3.5 Accessibility Requirements

Provide barrier-free design in accordance with the requirements of the DEPSECDEF Memorandum "Access for People with Disabilities" dated Oct 31, 2008.   The memorandum updates the DoD standards for making facilities accessible to people with disabilities.   The US Access Board issued an update of the accessibility guidelines which the DEPSECDEF Memorandum implements with military unique requirements specified in the memorandum attachment.   The new DoD, "ABA (Architectural Barriers Act) Accessibility Standard" (DoD ABAAS) and the DEPSECDEF Memorandum are located at http://www.access-board.gov/ada%2Daba/aba-standards-dod.cfm .

## 2.3.6 Antiterrorism Criteria

Design the facility to comply with CENTCOM requirements and UFC 4-010-01, Feb 9, 2012, DoD Minimum Antiterrorism Standards for Buildings.   Assume no RAVA (Risk Analysis and Vulnerability Assessment is available for this facility.

Facility will have an occupancy designated as primary gathering in accordance with UFC 4-010-01.

Facility shall be no more than 2 stories and will not be subject to progressive collapse avoidance standards.

Facility is within a controlled perimeter.

Minimum separation distance between all billeting and primary gathering structures is 20 meters (66 feet).   However, this requirement does not apply to structures that are adjacent and separated by only an expansion or lateral movement accommodation joint.Facility minimum standoff distance is 3.6 meters (12 feet) from parking and roadways.

Facility conventional construction standoff distance is 183 meters (600 feet) from a controlled perimeter.

The site is constrained and the conventional standoff distances are likely not available.   Standoff distance may be reduced, but not less than the minimum standoff, if the required level of protection can be achieved through analysis, building hardening, or other mitigating construction. Building hardening must meet CENTCOM and UFC 4-010-01 requirements.

CENTCOM variances for perimeter standoff, less than 183 meters (600 feet), will be required. Provide variance documentation required for preparation by the NSA PWD of the variance request packages.   Variance documentation for building hardening analysis requirements are specified in UFGS section 01 33 00.12 10, Submittal Requirements for Design-Build Projects.

## 2.4 Appropriate Design

Comply with UFC 4-722-01, Dining Facilities, for planning and design requirements, of this project.

## 2.5 Workflow Process

## 2.5.1 Hours of Operation

## 2.5.2 Staffing/Occupancy

The number of occupants specified in the RFP is identified for programming purposes. Occupancy used to design building features, such as structural, egress, and plumbing fixtures shall be determined as required in applicable building or life safety codes.

| Type of Occupancy | No. of Persons | Description of Activity |
|---|---|---|
| Staff | 40 to 80 | |
| | | |

| Patrons | 288 | |
|---|---|---|
| | | |
| | | |
| Maximum Occupancy | 368 | |

## 2.6 Special Design Challenges

Special design challenges are present due to constraints imposed by the site. This facility will need to comply with the AT/FP setbacks.   These setbacks are explained in UFC 4-01-01 and CENTCOM directives. Variances will need to be obtained from the Navy for AT/FP setbacks which do not meet CENTCOM and UFC 4-010-01 requirements.

## 2.7 Adaptability and Flexibility

Not Used

# 3.0 SITE ANALYSIS

The site is flat and is located on the Waterfront Site of NSA Bahrain. The Waterfront site is bordered on the northwest by the Shaikh Khalifa Bin Salman Causeway, on the northeast by vacant land and small craft piers, on the southeast by a quay wall and on the southwest by existing port and industrial facilities owned by the Host Nation.

## 3.1 Existing Site Conditions

The site was previously developed as a shipping container port with the entire site paved with bituminous concrete. Previous development phases of the Waterfront Site have included the infrastructure installation including roads, sidewalks and utilities. Possible construction projects in the vicinity of this project that may constrain the site include P-937 BEQ, P-935 TQ and P-908 Waterfront Administration Facility.

## 3.2 Site Development Requirements

This project will require the Design Build Contractor to develop the design for the facility based on "Dining Facilities". Use the site development guidelines stated in UFC 4-722-01: Dining Facilities as a guide only. The development of the site shall comply with all applicable UFC's and other design directives as identified throughout this RFP.

Locate and space the building, roads, parking areas, dumpster, and external mechanical equipment within the area limits indicated on the Development Plan provided, see Part 6 Attachments, and in accordance with UFC 4-010-10 DoD Minimum Antiterrorism Standards for Buildings. The design and construction of the project shall include reserved space for a future Navy Exchange Mini-Mart in FY-14. The future Mini-Mart shall be approximately 19.2 meters by 24.7 meters with an additional 10 meters around the perimeter of the Mini-Mart to be used for construction of the facility. The future Mini-Mart site shall be located within the project site to provide ease of pedestrian access as well as vehicle access for the loading docks associated with the Mini-Mart. The 2+0 TQ/Combined DFAC Contractor will have access to the future Mini-Mart site until the contract for the Mini-Mart is awarded in FY-14. The 2+0 TQ/Combined DFAC Contractor shall provide adequate construction access to the Mini-Mart construction site throughout the duration of this contract.

Provide exterior lighting to provide a safe environment in the exterior areas and walkways adjacent to the Dining Facility. Refer to Section G402001 for details pertaining to exterior lighting.

Provide the Dining Facility with signage adequate to identify it to visitors. All signage shall be consistent with the Base Exterior Architectural Plan (BEAP). Provide safe sidewalks between the existing walkways and parking areas and the building entrances. Ensure that the building is ABA universally accessible.

The contractor shall allow time at the main gate for security checks. For both on base activities and off base activities, the contractor will be responsible for coordinating with local authorities and for obtaining all permits.

Site the Dining Facility to take advantage of the positive features of the site. Provide protection from undesirable winds and glare, shading from excessive sure. Pay special attention to building orientation, mass, and scale in developing the site plan. Develop a sense of order, arrival, orientation, and community in planning the site. Orientate building to create outdoor spaces for use as seating areas. Organize the site using functional zones and the appropriate relationship of functions. Intermittent functions such as trash collection, deliveries, and mechanical repair should not interrupt occupant's activities.

2 + 0 TQ/Combined DFAC
NSA Bahrain

# 4.0 BUILDING REQUIREMENTS
## 4.1 Space Tabulation

**Space Tabulation**

| Space Name | # of Spaces | Unit SF (Net) | Total SF (Net) | Total SM (Net) | # of Occupants | Remarks |
|---|---|---|---|---|---|---|
| Dining Area and Circulation | 1 | 4700 | 4700 | 436.6 | | 288 Min. Seats |
| Public Toilets | 1 | 300 | 300 | 27.9 | | |
| Queue | 1 | 750 | 750 | 69.7 | | |
| Sign-in Station | 1 | 80 | 80 | 7.4 | | |
| Regular Food Line | 1 | 600 | 600 | 55.7 | | |
| Fast Food Line | 1 | 600 | 600 | 55.7 | | |
| Beverage Line | 1 | 650 | 650 | 60.4 | | |
| Cashier Station | 1 | 100 | 100 | 9.3 | | |
| Dish Washing | 1 | 450 | 450 | 41.8 | | |
| Kitchen | 1 | 1000 | 1000 | 92.9 | | |
| Vegetable Preparation | 1 | 300 | 300 | 27.9 | | |
| Utensil Wash | 1 | 330 | 330 | 30.7 | | |
| Offices | 1 | 700 | 700 | 65.0 | | |
| Staff Toilets | 1 | 360 | 360 | 33.4 | | |
| Staff Lockers | 1 | 260 | 260 | 24.2 | | |
| Janitor's Closet | 1 | 50 | 50 | 4.6 | | |
| Can Wash | 1 | 40 | 40 | 3.7 | | |
| Loading Dock | 1 | 300 | 300 | 27.9 | | At 50% |
| Electrical Room | 1 | 200 | 200 | 18.5 | | |
| Comm. Room | 1 | 40 | 40 | 3.7 | | |
| Mechanical Room | 1 | 400 | 400 | 37.0 | | |
| | | Subtotal Net Area | 12210 | 1134.3 | | |
| | | Storage | 1.18 | 1.18 | | |
| | | Net to Gross Factor | 1.20 | 1.20 | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

| | | | | | |
|---|---|---|---|---|---|
| | | Total Gross Area | 17290 | 1606.2 | | |
| | | Total DD 1391 | 17355 | 1612.3 | | |

The Design-Building Contractor shall provide actual area in both square feet and square meters in proposals. Space Tabulation provides min space requirements. Total Gross Area shall not exceed the Total DD 1391 square meter provided above.

See attached document(s), 'Dining_SpaceTabMaster.xls,' in the 'attachments' directory.

## 4.2 Space Relationships

DINING FACILITY FLOW SCHEMATIC



STORAGE ACCESS DIAGRAM



The number or stories, height and size of the building contained within the DFAC site shall be based on the applicable building codes and regulations, including UFC 3-101-01 Architecture. Interior or exterior corridors and/or stairs are permitted.

The DFAC shall be organized to express the function of the building along the sites, complex walking spine and with future facilities (see the Development plan). The entrance of the site and the different fictional areas in the DFAC shall be clearly defined for visitors, and service personnel. The organization of public, private and service spaces along with the flow of circulation shall be understandable by the users, which include visitors, staff and service personnel. Avoid hidden corners or creating dark, secluded areas. Provide location for 15 8'X40" (2.44M X 12.19M) refrigerator and chill box trailers near loading dock area.

## 4.3 Exterior Character

The exterior appearance shall be compatible with buildings adjacent to the site and the main base. The design shall be in conformance with the Base Exterior Architecture Plan (BEAP), along with the recently constructed structures on the base and shall guide the Design Build Contractor on the decisions regarding exterior character and finishes for this facility.

Consistency of the architecture on the base shall be achieved through the use of similar materials and colors expressed on some of the recently constructed structures.

The primary exterior material of the building shall be stucco and exposed textured concrete.   The roof shall be low slope see B30 Roofing.

## 5.0 ROOM REQUIREMENTS

See attached document(s), '5_Room_Requirements_Form_DF.doc,' in the 'attachments' directory.

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## ENTRANCE LOBBY

**Space Characteristics**

**Function/adjacencies:** The entrance lobby is the main entrance to the facility.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 9 ft. (2.74 m)

**Acoustics:**

**Access:** Staff and public

**Number of Occupants:** based on personnel to be served and turnover rate

**Other/special requirements:** Provide a canopy or enclosure for patrons who arrive in advance of the opening of the facility. In extreme weather areas, this function can be accomplished in the form of a vestibule.

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Display area for Installation memorabilia, insignias and flags. |
| C3010 | Walls | | | split block, exposed concrete, or plaster |
| C3020 | Floor | | | Provide Quarry tile (QT) with QT base. |
| C3030 | Ceiling | | | suspended acoustic ceiling materials |
| D201003 | Hand wash stations | | | Provide hand wash stations for patrons in the entrance lobby or Queue. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## QUEUE

**Space Characteristics**

**Function/adjacencies:**   The queue is the space between the entrance lobby and the serving area and allows customers space to line-up to enter the serving area.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height:  10 ft. (3.05 m)

**Acoustics:**

**Access:**  staff and public

**Number of Occupants:**  based on personnel to be served and turnover rate

**Other/special requirements:**

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Provide a main menu board.  Coordinate the size, design and location of the menu board with the 21-day menu and the serving methodology. |
| C3010 | Walls | | | split block, exposed concrete, or plaster |
| C3020 | Floor | | | Provide quarry tile with a QT base. |
| C3030 | Ceiling | | | Suspended acoustic ceiling materials. |
| | POS Station | | | Provide data and electrical receptacles at each POS station. |
| D201003 | Hand wash Station | | | Provide hand wash stations for patrons in the entrance lobby or Queue. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

**A854**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## SERVING AREAS

**Space Characteristics**

**Function/adjacencies:**   The serving area accommodates ordering and delivery of food to customers.

**Special Dimensions:**
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  10 ft. (3.05 m)

**Acoustics:**

**Access:**  Staff and public

**Number of Occupants:**  based on personnel to be served, turnover rate, and staffing plan

**Other/special requirements:**   The design of the serving area impacts the serving capacity and must be coordinated with queue and dining area

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Provide counters, casework, tray rails, and other interior construction as necessary to accommodate the food delivery methodology. |
| C3010 | Walls | | | Provide quarry tile with a QT base. Provide wall guard protection. |
| C3020 | Floor | | | Quarry tile with QT base. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D2010 | Plumbing | | | Provide fixtures as necessary to accommodate the  food delivery methodology. |
| E10 | Equipment | | | Provide equipment as necessary to accommodate the  food delivery methodology. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## CASHIER STATION

**Space Characteristics**

**Function/adjacencies:**   The cashier station accommodates patron payment.

**Special Dimensions:**
  Ideal Plan Dimensions:
  Minimum Ceiling Height:  9 ft. (2.74 m)

**Acoustics:**

**Access:**  Staff and public

**Number of Occupants:**  based on personnel to be served, turnover rate, and staffing plan

**Other/special requirements:**   Payment options (cash, credit, Smart™ cards) will be determined prior to design.

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Provide counters, casework, tray rails, and other interior construction as necessary to accommodate the  payment style. |
| C3010 | Walls | | | split block, exposed concrete, or plaster |
| C3020 | Floor | | | Provide quarry tile with a QT base. |
| C3030 | Ceiling | | | Suspended acoustic ceiling. |
| D503001 | Telecommunications system | | | Refer to UFC 4-722-01 (Rev.) Chapter 3, Electrical Design, for coordination details. |
| E10 | Equipment | | | Provide equipment as necessary to accommodate the payment style. |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## DINING AREA

**Space Characteristics**

**Function/adjacencies:** The dining area accommodates patron eating and relaxation.

**Special Dimensions:**
  Ideal Plan Dimensions:
  Minimum Ceiling Height: 10 ft. (3.04 m)

**Acoustics:** Provide wall treatments above wainscot height with a minimum .8 NRC rating; carpet minimum .35 NRC rating; ceiling minimum .6 NRC rating.

**Access:** Staff and public

**Number of Occupants:** based on personnel to be served, turnover rate, and staffing plan

**Other/special requirements:** The design must be coordinated with the food delivery methodology and bussing approach.

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | |
| C3010 | Walls | | | split block, exposed concrete, or plaster |
| C3020 | Floor | | | Provide quarry tile with a QT base. |
| C3030 | Ceiling | | | Suspended acoustic ceiling materials. |
| E20 | Furnishings | | | Provide dining tables and chairs as necessary to support the no. of personnel to be served and the turnover rate. |
| E202090 | Fixed Furnishings | | | Provide wall and/or ceiling TV's and brackets for patrons to view while dinning. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**A857**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## PUBLIC TOILETS

**Space Characteristics**

**Function/adjacencies:**  Public use, ADA facilities.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height:  8 ft. (2.43 m)

**Acoustics:**

**Access:**  Staff and Public

**Number of Occupants:**  based on personnel to be served and turnover rate

**Other/special requirements:**

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Provide counters, toilet and urinal partitions, and toilet accessories as necessary to accommodate the personnel to be served and turnover rate. |
| C3010 | Walls | | | Ceramic tile with C base. |
| C3020 | Floor | | | Porcelain tile with Porcelain base. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D2010 | Plumbing | | | Provide fixtures as necessary to accommodate the personnel to be served and turnover rate. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## DISH WASHING

| Space Characteristics |
|---|
| **Function/adjacencies:** Area for cleaning and sanitation of food preparation utensils and customer dishes and utensils. |
| **Special Dimensions:**<br>Ideal Plan Dimensions:<br>Minimum Ceiling Height:  9 ft. (2.74 m) |
| **Acoustics:**  50 STC. Provide baffles/screens on openings to the dining area. |
| **Access:**  Staff |
| **Number of Occupants:**  based on staffing plan |
| **Other/special requirements:**  Provide patrons tray drop off areas. |

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | |
| C3010 | Walls | | | Ceramic tile with vinyl base. |
| C3020 | Floor | | | QT with QT base. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D2010 | Plumbing - Fixtures | | | Provide fixtures as necessary to accommodate the number of personnel to be served, bussing considerations, the food delivery methodology, and the menu. |
| D2090 | Plumbing - Other | | | Provide systems per UFC 4-722-01 (Rev.) Chapter 3, Plumbing. |
| E10 | Equipment | | | Provide equipment as necessary to accommodate the number of personnel to be served, bussing considerations, the food delivery methodology, and the menu. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## POT WASHING

**Space Characteristics**

**Function/adjacencies:**   Area for cleaning and sanitation of food preparation utensils and customer dishes and utensils.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height:  9 ft. (2.74 m)

**Acoustics:**   50 STC. Provide baffles/screens on openings to the dining area.

**Access:**  Staff

**Number of Occupants:**   based on staffing plan

**Other/special requirements:**

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | |
| C3010 | Walls | | | Ceramic tile with vinyl base. |
| C3020 | Floor | | | QT with QT base. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D2010 | Plumbing - Fixtures | | | Provide fixtures as necessary to accommodate the number of personnel to be served, bussing considerations, the food delivery methodology, and the menu. |
| D2090 | Plumbing - Other | | | Provide systems per UFC 4-722-01 (Rev.) Chapter 3, Plumbing. |
| E10 | Equipment | | | Provide equipment as necessary to accommodate the number of personnel to be served, bussing considerations, the food delivery methodology, and the menu. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## KITCHEN AND PREP AREAS

**Space Characteristics**

**Function/adjacencies:**  Area for preparation of all food

**Special Dimensions:**
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  9 ft. (2.74 m)

**Acoustics:**  50 STC. Provide baffles/screens on openings to the dining area.

**Access:**  Staff

**Number of Occupants:**   based on staffing plan

**Other/special requirements:**  Food preparation area shall be located near the stove and dry storage areas.

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Provide food prep counters and storage construction as necessary to accommodate the number of personnel to be served, the food delivery methodology, the menu, the bussing style and the storage capacities. |
| C3010 | Walls | | | Ceramic tile with vinyl base. |
| C3020 | Floor | | | QT with QT base. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D2010 | Plumbing – Fixtures | | | Provide fixtures per UFC 4-722-01 (Rev.) Chapter 3, Plumbing, and to accommodate the number of personnel to be served, the food delivery methodology, the menu, the bussing style and the storage capacities. |
| D2090 | Plumbing – Other | | | Provide systems per UFC 4-722-01 (Rev.) Chapter 3, Plumbing. |
| D40 | Fire protection | | | Provide system per UFC 4-722-01 (Rev.) Chapter 3, Fire Protection and Life Safety. |
| D50 | Electrical | | | Provide system per UFC 4-722-01 (Rev.) Chapter 3, Electrical. |
| E10 | Equipment | | | Provide equipment as necessary to accommodate the number of personnel to be served, the food delivery methodology, the menu, the bussing style and the storage capacities. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

W912ER-11-D-0010-0006

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## DRY STORAGE

**Space Characteristics**

**Function/adjacencies:**   Accommodates stocks of subsistence (consumables) and nonsubsistence, e.g., tableware, cleaning supplies.

**Special Dimensions:**
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  9 ft. (2.74 m)

**Acoustics:**

**Access:**  Staff

**Number of Occupants:**  determined by staffing plan

**Other/special requirements:**   Determined by the number of personnel to be served, the food delivery methodology, the menu, the bussing style and required storage capacities.  Provide a receiving deck.  Provide one voice and one data line connection for a computer workstation. Provide one duplex power outlet for a computer workstation.

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Provide built-in shelving and storage units as required. |
| C10 | Interior construction | | | Provide a wire mesh partition between the exterior exit to the loading dock and the interior exit to the food preparation. This partition shall have a door that is lockable on the loading-dock side. |
| C3010 | Walls | | | Glazed wall coating on concrete masonry units with corner protectors. |
| C3020 | Floor | | | Provide Quarry tile (QT) with QT base. |
| C3030 | Ceiling | | | ACT. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**A862**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## REFRIGERATED/FROZEN STORAGE

**Space Characteristics**

**Function/adjacencies:**   Accommodates stocks of cold or frozen subsistence.  See UFC 4-722-01, Appendix B for adjacencies.

**Special Dimensions:**
   Ideal Plan Dimensions:   See UFC 4-722-01, Appendix B
   Minimum Ceiling Height:

**Acoustics:**

**Access:**  Staff

**Number of Occupants:**   determined by staffing plan

**Other/special requirements:**  Capacity is determined by analysis of the menu, the number of personnel to be served, and the defined delivery cycles.   See UFC 4-722-01, Appendix B for additional information.

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Provide wall floor and ceiling construction as necessary to support the required temperature and storage volume. |
| C10 | Interior construction | | | Provide a wire mesh partition between the exterior exit to the loading dock and the interior exit to the food preparation. This partition shall have a door that is lockable on the loading-dock side. |
| C10 | Interior construction | | | Provide door safety handles. |
| C10 | Interior construction | | | Refer to UFC 4-722-01 (Rev.) Chapter 3, Equipment, and Appendix B, Food Service Areas, for additional information. |
| C3010 | Walls | | | Metal insulated panel. |
| C3020 | Floor | | | Sealed concrete with smooth finish. |
| C3030 | Ceiling | | | Metal insulated panel. |
| E10 | Equipment | | | Provide equipment as necessary to support the required temperature and storage volume. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## OFFICES

**Space Characteristics**

**Function/adjacencies:**   Accommodates staff administrative functions. See UFC 4-7-22-01.

**Special Dimensions:**
    Ideal Plan Dimensions:
    Minimum Ceiling Height:  8 ft. (2.43 m)

**Acoustics:**  45 STC

**Access:**  Staff

**Number of Occupants:**  based on staffing plan

**Other/special requirements:**

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | |
| C3010 | Walls | | | Painted CMU. |
| C3020 | Floor | | | Resilient tile with a vinyl base. |
| C3030 | Ceiling | | | ACT. |
| E10 | Equipment | | | Provide office equipment as necessary to accommodate the staffing plan. |
| E10 | Equipment | | | Provide a three-tumbler cashier's safe containing individual combination-locked compartments for each cashier plus one case collection agent. |
| E20 | Furnishings | | | Provide office furnishings as necessary to accommodate the staffing plan. |
| | | | | Provide voice and data outlets, and  Duplex power outlet for computer workstation. |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## STAFF TOILETS

**Space Characteristics**

**Function/adjacencies:**  Staff use, ADA facilities

**Special Dimensions:**
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  8 ft. (2.43 m)

**Acoustics:**

**Access:**  Staff

**Number of Occupants:**  based on staffing plan

**Other/special requirements:**

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Provide counters, toilet and urinal partitions, and toilet accessories as necessary to accommodate the staffing plan. |
| C3010 | Walls | | | Glazed wall coating on CMU. |
| C3020 | Floor | | | Porcelain tile with vinyl base. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D201001 | Plumbing | | | Provide fixtures as necessary to accommodate the staffing plan. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## STAFF LOCKERS

### Space Characteristics

**Function/adjacencies:** Separate male and female facilities for showering, changing, and storage of personal effects for staff.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 8 ft. (2.43 m)

**Acoustics:**

**Access:** Staff

**Number of Occupants:** determined by the staffing plan

**Other/special requirements:**

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | Provide quantity per UFC 4-722-01 (rev), Appendix B, Staff Facilities | | Provide half-height lockers with sloped tops. |
| C3010 | Walls | | | Ceramic tile vinyl base. |
| C3020 | Floor | | | Porcelain tile with vinyl base. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D2010 | Plumbing | | | Provide shower fixtures as necessary to accommodate the staffing plan. |
| E20 | Furnishings | | | Bench seating. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## JANITOR'S CLOSET

**Space Characteristics**

**Function/adjacencies:**   Provides storage for cleaning supplies and a mop sink.

**Special Dimensions:**
   Ideal Plan Dimensions:
   Minimum Ceiling Height:  8 ft. (2.43 m)

**Acoustics:**

**Access:**  Staff

**Number of Occupants:**  based on staffing plan

**Other/special requirements:**

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | Built-in shelving. |
| C3010 | Walls | | | Glazed wall coating on CMU. |
| C3020 | Floor | | | Provide Quarry tile (QT) with QT base. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D2010 | Plumbing | | | Provide a service sink. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## CAN WASH

**Space Characteristics**

**Function/adjacencies:** Provides high-temperature water supply near the loading dock for can cleaning.

**Special Dimensions:**
 Ideal Plan Dimensions:
 Minimum Ceiling Height: 9 ft. (2.74 m)

**Acoustics:**

**Access:** Staff

**Number of Occupants:**

**Other/special requirements:**

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C10 | Interior construction | | | |
| C3010 | Walls | | | Glazed wall coating on CMU with wall and corner protectors. |
| C3020 | Floor | | | Acid resistant sealed concrete. |
| C3030 | Ceiling | | | Moisture resistant ACT. |
| D20 | Plumbing | | | Provide high-temperature water supply, floor drain and floor trough. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## LOADING DOCK

**Space Characteristics**

**Function/adjacencies:** The loading dock accommodates material transfer in and out of the facility. It shall be directly adjacent to the exterior entrances to the storage spaces per UFC 4-722-01 (Rev.) Chapter 3, Equipment, and Appendix B, Food Service Areas.

**Special Dimensions:**
Ideal Plan Dimensions:
Minimum Ceiling Height: 9 ft. (2.74 m)

**Acoustics:**

**Access:** Staff

**Number of Occupants:**

**Other/special requirements:** Provide separate pathways to/from the loading dock for food delivery and trash removal.

| Uniformat Level 4# | Description | Qty | Size | Remarks |
|---|---|---|---|---|
| C3020 | Floor | | | Sealed concrete |
| E10 | Equipment | | | Provide a ramp to connect the dock to the parking level. Provide wheel stops at edge of dock. Provide a curb at the dock edge.<br>Provide a canopy that extends 48 in. (1220 mm) beyond the edge of the dock.<br>Coordinate equipment and canopy height with delivery truck height. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# 6.0 ENGINEERING SYSTEM REQUIREMENTS

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# A10 FOUNDATIONS

## SYSTEM DESCRIPTION

Provide the building foundation system in accordance with UFC 3-301-01, *Structural Engineering*. Foundation shall be designed to suit subsurface conditions, and shall be capable of transmitting all building loads to the ground.

See Section B10, *Superstructure*, for additional loading criteria.

## A10 GENERAL

GOVERNMENT PROVIDED GEOTECHNICAL INFORMATION

Subsurface soil information (soil exploration logs)from the vicinity of the project site is included in other portions of this RFP "FOR INFORMATION ONLY" and is not guaranteed to fully represent all subsurface conditions.

The Government shall not be responsible for any interpretation or conclusion by the Contractor drawn from the data or information. The Contractor is required to perform a site specific geotechnical investigation for the design and construction of the foundation system.

The Contractor is required to retain an experienced and licensed Geotechnical Engineer and develop requirements for bidding. A site specific geotechnical investigation is not available and it is The Contractor's responsibility to provide it for the design and construction of the foundation system.

Minor variations in subsurface conditions between borings should be anticipated. The Contractor shall bear all costs associated with the site preparation, ground improvement and foundations The Contractor's Geotechnical Engineer shall perform additional subsurface investigation/testing as required to adequately determine all applicable geotechnical factors including the type and capacity of the project foundations. The Contractor's Geotechnical Engineer shall consider the provided information and any additional information obtained and prepare a report as described in other portions of this RFP. The minimum requirements for the subsurface investigation and report are as required by the MED Design Instruction Manual with associated references and EM 1110-1-1804..

Geotechnical investigation shall be planned and performed in accordance with EM 1110-1-1804. As a minimum, the successful bidder's Geotechnical Engineer shall perform one (1) boring per 230 sqm of building footprint area. The borings shall be advanced to the refusal depth and an additional depth of 6 m to 9 m into the competent bedrock. The supplementary laboratory classification of soils encountered, on the building site to support the foundation design and/or subsequent pile driving analysis shall be included in the geotechnical investigation report The information from geotechnical exploration shall include soil and rock parameters to be used for the design of any deep and shallow foundations, and ground improvements.

Observed site conditions which may present a challenge during design/construction include - The soils that will be exposed after completion of stripping will be soft and at or near the groundwater elevation. The Contractor will anticipate these marginal subgrade support conditions and incorporate measures into his design and construction procedures to obtain required soil support while maintaining progress for completion on schedule.

Personnel under the supervision of a registered Professional Engineer shall provide inspection of excavations and soil/groundwater conditions throughout construction.   The Engineer shall be responsible for performing pre-construction and periodic site visits throughout construction to assess site conditions.   The Engineer, with the concurrence of the Contractor and the Contracting Officer, shall update the excavation, sheeting, shoring and dewatering plans as construction progresses to reflect actual site conditions and shall submit the updated plan and a written report (with professional stamp) at least monthly informing the Contractor and Contracting Officer of the status of the plan and an accounting of Contractor adherence to the plan; specifically addressing any present or potential problems.   The Engineer shall be available to meet with the Contracting Officer at any time throughout the contract duration.   The Contractor shall bear all costs of the Engineer.

SEISMIC DESIGN

A site-specific seismic ground motion study is   required.   Seismic Site Classification shall be determined in accordance with UFC 3-301-01, *Structural Engineering*, and the 2008 USGS Ground Acceleration Maps.

The geotechnical investigation report shall include the recommendation of   seismic site classification

## A1010 STANDARD FOUNDATIONS

As determined by the Designer of Record to be applicable, provide a Standard foundation. "Standard Foundations" are shallow or deep foundations as specifically addressed in IBC Chapter 18.   Do not use masonry unit footings, steel grillage footings, timber footings or wood foundations.

## A1020 SPECIAL FOUNDATIONS

As determined by the Designer of Record to be applicable, provide a Special Foundation.   "Special Foundations" are any foundations that are not specifically "Standard Foundations", or a combination of Standard Foundations and a site improvement/ground modification system.   Examples of site improvement/ground modification systems include surcharging, stone columns, rammed aggregate piers, impact densification, compaction grouting, vibrofloatation, etc.   As "Special Foundation" techniques or systems typically require the use of specialty contractors, a Professional Engineer shall establish installation and acceptance criteria and supervise the installation.   The Designer of Record shall submit justification for use, including acceptable evidence of previous successful installation in similar conditions, methods and equipment used in their installation, proposed testing and inspection to be used, supporting test data, calculations and any other information related to the structural properties and load capacity of such system.   The allowable stresses for piles/piers shall not exceed those limitations specified in UFC 1-200-01.

## A1030 SLAB ON GRADE

As determined by the Designer of Record to be applicable, provide a standard concrete slab on grade. Where slab on grade is below the existing adjacent exterior grade, provide water/ damproofing and a perimeter drainage system to remove ground water from the area immediately adjacent to the buildings. Provide perimeter insulation.   Provide a sub-slab passive ventilation system with a vapor barrier.

## A1040 STRUCTURALLY SUPPORTED SLAB

As determined by the Designer of Record to be applicable, provide a structurally supported slab. Provide for support of all utilities that may be adversely affected by soil consolidation or expansive soils.   Provide stainless steel supports sized adequately to support the in-service utility. Where the structurally supported slab is below the existing adjacent exterior grade, provide water/damproofing

and a perimeter drainage system to remove ground water from the area immediately adjacent to the buildings. Provide perimeter insulation.   Provide a sub-slab passive ventilation system with a vapor barrier.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# A20   BASEMENT CONSTRUCTION

**NOT PERMITTED**

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# B10 SUPERSTRUCTURE

## SYSTEM DESCRIPTION
Provide the building framing system in accordance with UFC 3-301-01, *Structural Engineering*.

In addition, design the structure in accordance with the following loading criteria:

Live Loads

Live loads that differ from the minimum live loads provided in UFC 3-301-01 shall be as follows:

Occupancy or Use:  All

Uniform Live load:   100 psf minimum.

Importance Factors

Use Occupancy Category III in Table 2-2 of UFC 3-301-01 for determining Importance Factors for seismic, snow, and wind design.

Wind Exposure

Wind design shall be based on Exposure C.

## B1010 FLOOR CONSTRUCTION

The floor construction may include a non-composite concrete slabs on form deck, non-composite concrete slabs on form deck, composite concrete slabs on composite steel deck, cast-in-place concrete slabs on removable forms, or precast concrete slabs.   The floor deck shall be supported on cast-in place concrete walls, pre-cast concrete walls, concrete masonry walls, concrete columns and concrete beams or steel columns, joists and beam.

## B1020 ROOF CONSTRUCTION

The roof construction may include steel roof deck, non-composite concrete slabs on form deck, composite concrete slabs on composite steel deck, cast-in-place concrete slabs on removable forms, or precast concrete slabs. The roof deck shall be supported on cast-in place concrete walls, pre-cast concrete walls, concrete masonry walls, concrete columns and concrete beams or steel columns, joists and beams.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# B20 EXTERIOR ENCLOSURE

## SYSTEM DESCRIPTION

This system consists of the exterior shell of the facility, which includes all vertical and horizontal exterior closure such as exterior walls, exterior windows, and exterior doors. This system excludes roofing (See System B30, *Roofing*).   Load bearing exterior walls will be included here, and not in System B10, *Superstructure*.   Structural frame elements at exterior such as columns, beams, and spandrels are included in Superstructure, with only the applied exterior finishes (e.g., paint, stucco) being included here.   Finishes to the inside face of walls which are not an integral part of the wall construction will be included in System C30, *Interior finishes*. Exterior building envelope shall be designed to satisfy applicable force protection design requirements.

## GENERAL SYSTEMS REQUIREMENTS
## B2010 EXTERIOR WALLS

The primary exterior material of the building shall be concrete masonry, cast-in-place concrete or precast concrete to match existing adjacent structures on the base.

EIFS may be used as the primary exterior wall finish material.

Back-up wall system for veneer construction are defined below.

## B201001 EXTERIOR CLOSURE

Provide stucco or exposed textured concrete exterior wall closure.

## B201002 EXTERIOR WALL BACKUP CONSTRUCTION

Provide Exterior Wall Construction System (back-up systems for wall veneer) including cast-in-place concrete, pre-cast concrete or concrete unit masonry.

## B201003 INSULATION and VAPOR RETARDER

Provide insulation to meet the energy performance requirements.

Provide a continuous air barrier to control air leakage into, or out of, conditioned spaces.   The building envelope shall including all elements of the facility that are exposed to the outside environment or outside environmental conditions such as roof, walls, floors, and compartmentalized unconditioned portions of the facility such as garages, and negatively pressurized spaces. Permanently seal penetrations through the air barrier, joints in the air barrier, adjoining construction, and transitions to different air barrier materials.   Confirm air barrier compliance with air barrier performance tests in RFP Part 4.

## B201004 PARAPETS

Provide parapets for exterior wall construction, where required for low-slope roofs.

## B201005 EXTERIOR LOUVERS & SCREENS

Provide exterior louvers and screens, where required, that match the finish of the existing windows and detailed to integrate with the architecture of the building, as appropriate to the design of the building.

## B201006 HANDRAILS

Railing shall be ornamental to harmonize with the existing railing of the existing building.

## B201007 EXTERIOR SOFFITS

Provide exterior soffit system metal or painted exterior grade gypsum board.

## B201009 EXTERIOR PAINTING AND COATINGS

Provide field applied exterior coatings for all items that are not prefinished, and to prefinished items when required to provide a color other than a standard prefinished color.

## B201010 EXTERIOR JOINT SEALANTS

Provide exterior application of joint sealants to seal joints and prepare for finish material installation.

## B201011 SUN CONTROL DEVICES (EXTERIOR)

Provide fixed, horizontal or vertical type. Sun control devices shall be detailed to integrate with the architectural wall system.

## B201012 SCREEN WALL

Provide screen walls where required to screen mechanical units, electrical substations, loading docks, and trash receptacles. Screen walls shall be compatible with the building architecture. Rooftop mechanical screens shall be designed to minimize roofing penetrations.

## B2020 EXTERIOR WINDOWS

As much as practical, windows shall be provided in each area of the building that is regularly occupied, to enhance the working environment, without compromising visual acuity and comfort. Natural daylighting is preferred. Exterior windows shall be prefinished aluminum. Windows shall meet CENTCOM and UFC 4-010-01 requirements.

If approved by the DOR, the sample window may be installed in an opening in a framed wall, and the mock-up may be left during construction as a cut-away of the installation. For masonry walls, the sample window shall be installed in the masonry sample panel.

## B202001 WINDOWS

Determine the construction of security windows by evaluating the project program security requirements, using the Mil Hdbk 1013/1A, *Design Guidance for Physical Security of Facilities*, to define window requirements.

Windows shall be fixed aluminum.

Provide a mockup of one combination window unit for the project [to be used for a field mockup test of compliance with AAMA 502 Method A and Method B.

## B202002 STOREFRONTS

Not Used.

## B202003 CURTAIN WALLS

Not Used.

## B202004 EXTERIOR GLAZING

Glazing color shall match existing adjacent buildings.

Glazing shall be blast resistance clear glass, heat absorbing glass, insulating glass units, laminated glass][tempered glass][bullet resisting glass][patterned glass][spandrel glass, polycarbonate sheet glazing or fragment retention.

## B202090 OTHER EXTERIOR WINDOWS

Not Used.

## B2030 EXTERIOR DOORS

Provide solid door assemblies. Exterior doors and frames shall be non-corroding factory-primed, prefinished, galvanized steel, prefinished aluminum or prefinished stainless steel. Exterior doors shall be designed to satisfy applicable CENTCOM force protection criteria and UFC 4-010-01 requirements.

Doors shall at minimum be Extra Heavy Duty Doors -– ANSI /SDI A250.8, Level 3, physical performance Level A, Model 1

## B203001 SOLID DOORS

Provide solid steel door assemblies other than at main entrance including factory-primed maximum-duty, non-corroding, insulated doors with frames and hardware.   Also provide louvers and accessories and wall opening elements such as lintels, sills and flashings.

## B203002 GLAZED DOORS

Not Used.

## B203004 OVERHEAD AND ROLL-UP DOORS

Overhead and roll-up doors shall be NAGDM 102 Commercial designation.

## B203006 BLAST RESISTANT DOORS

Provide special doors used for blast resistance.

## B203008 EXTERIOR DOOR HARDWARE

Provide the services of a certified door hardware consultant to prepare the door hardware schedule.

Provide hardware keying compatible with the existing base-wide keying system.   Coordinate with NSA Bahrain. Door hardware finish shall be chrome-plated brass or bronze, or stainless steel.

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# B30 ROOFING

## B30 GENERAL SYSTEM DESCRIPTION

Roof systems shall be watertight and compatible with facility function, construction, and service conditions.   Provide complete roof system design and construction services for the entire new facility roof system, including all ancillary and incidental work necessary for a complete, new, watertight roof system installation.

Submittal Requirements: Components of a minimum roof submittal shall include the roof plan, method of drainage, standard details and details unique to the project, wind load calculations and requirements.

Provide a Pre-Design Roofing Conference and Pre-Roofing Conference to assure roof design and construction is properly coordinated before construction begins.

Built-in gutter systems where drainage passes through an interior space or is concealed in the exterior cavity wall shall be prohibited.

Refer to UFC 3-110-03, *Roofing*, and UFC 3-101-01, *Architecture*, for additional roofing requirements.

## B3010 ROOF COVERINGS

## B301001 STEEP SLOPE ROOFING SYSTEMS

Not used.

## B301002 LOW SLOPE ROOFING SYSTEMS

Wind Uplift - The complete roof covering assembly shall be rated Class FM1- 60 in accordance with FM P7825, capable of withstanding a minimum uplift pressure of 60 pounds per square foot (which includes a safety factor of 2) (2.87 kPa), and FM I-49 for perimeter and flashing attachment.

 Fire Safety - Complete roof covering assembly shall:

1.      Be Class A or B rated in accordance with ASTM E 108,FM 4470or UL 790; and

2.      Be listed as part of Fire-Classified roof deck construction in UL RMSD or Class I roof deck construction in FM P7825c.

Low slope roofing systems that are acceptable include single-ply built-up roofing systems with modified bitumen cap sheet surfacing.

Provide polyester reinforced cap sheet on Modified Bitumen roofs expected to experience high levels of traffic, on roofs with congested equipment, where equipment is expected to receive regular service or high maintenance, and where other service conditions warrant.

Roofs in an environment such as Bahrain undergo significant expansion and contraction throughout the day. Heat absorption by the roof can also accelerate degradation. Protecting the roof membrane is of high importance. Provide at the greatest extent possible concrete paver ballast, rather than stone or gravel.

## B301003 ROOF INSULATION AND FILL

For fastening roof insulation on low-slope membrane roofs, fasteners shall be place to withstand and obtain a minimum uplift pressure of 60 pounds per square foot (which includes a safety factor of 2) ( 2.87 kPa) in the field of the roof and FM LPDS 1-49 for perimeter component and flashing attachment.

## B301004 FLASHINGS AND TRIM

Flashing and sheet metal work shall include scuppers, splash pans, and sheet metal roofing. Flashings shall be Steel Sheet, Zinc-Coated (Galvanized) - ASTM A 653/ A 653M. Galvanized steel items shall have a baked-on, factory applied finish of polyvinylidene fluoride or an equivalent fluorocarbon coating.

## B301005 SCUPPERS AND DOWNSPOUTS

Provide scuppers and downspouts compatible with roofing material and finish. Concealed (interior) scuppers and downspouts are prohibited.

## B301006 ROOF OPENINGS AND SUPPORTS

Provide insulated roof hatch.

## B301090 OTHER ROOFING

Not Used.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# C10 INTERIOR CONSTRUCTION

### SYSTEM DESCRIPTION
Interior construction includes interior partitions, interior doors, and fittings.

Provide durable construction appropriate for the building's function as a Marine Corps barracks. Acoustic properties of materials, as well as durability, shall be considered during material selection.

### GENERAL SYSTEM REQUIREMENTS
The Project is subject to abuse and requires an "Impact Resistant" systems be provided. See "Room Requirements" for specific requirements on "Partitions", "Interior Doors", and "Specialties".

## C1010 PARTITIONS

All interior partitions shall be metal stud with gypsum board, concrete masonry or cast-in-place concrete.

Concrete mixture shall provide an average compressive strength of 3000 PSI (20,680 kPa) and meet or exceed ACI 301/301M.

## C101001 FIXED PARTITIONS

Provide fixed interior partitions. Sound-rated partition assemblies around perimeter walls of each sleeping room shall have a minimum Sound Transmission Coefficient (STC) of 52 in accordance with ASTM E 90 or ASTM E 413 for frequency data.

## C101004 INTERIOR GUARDRAILS AND SCREENS

Provide balustrades where required by code. Provide screens where required to prohibit view of a particular area.

## C101005 INTERIOR WINDOWS

Provide interior windows of aluminum hollow metal, fixed or operable depending on the individual use.

## C101006 GLAZED PARTITIONS & STOREFRONTS

Not Used.

## C101007 INTERIOR GLAZING

Interior glazing shall be clear glass, wire glass, patterned glass, laminated glass, or tempered glass.

## C1020 INTERIOR DOORS

## C102001 INTERIOR DOORS

All interior doors and frames shall be hollow metal.

All interior doors shall be flush type doors and shall be insulated metal or solid core wood as identified in the Room Requirements Charts.

Flush wood doors shall be WDMA I.S.1A-04, custom grade, extra heavy duty.

Flush Steel doors shall be heavy duty, Level 4, physical performance Level A.

Doors shall have Factory Finish of AWI Quality Standards Section 1500, specification for Conversion varnish alkyd urea, catalyzed polyurethane or acrylated uv curable epoxy.

Provide 52 STC sound rated door and standard hollow metal door frame with continuous sound/ weather seals around the door to create a sound control door.   Provide sound/ weather seals at the top and both sides that are integral with the door frame and drop down door bottom sound/ weather seals shall rest on a metal threshold.   After installation, test the doors with a flashlight to determine if any gaps in the sound seals allow light to be viewed on the opposite side of the door.

## C102002 GLAZED INTERIOR DOORS

Provide vision glazing in doors where it is required by the "Room Requirements" portion of this RFP, or it is deemed advantageous to be able to see through the door, either for safety of pedestrian traffic, or other functional reason.

## C102003 FIRE DOORS

Provide interior fire doors as necessary to meet applicable codes.

## C102007 INTERIOR DOOR HARDWARE

Provide card key type access units for Room Plan entry doors and building main entry doors. Provide lithium battery powered, magnetic stripe keycard locksets that are ANSI/BHMA A156.2, Series 4000, Grade 1, cylindrical locks, tamper resistant, UL listed with 1 inch (25 mm) throw deadbolt, 3/4-inch (19 mm ) throw latch bolt, auxiliary dead-locking latch, and 2-3/4 inch (68.75 mm) backset.

Lock cores shall match the BEST system.

Door hardware finish shall be chrome-plated brass or bronze or stainless steel.

## C1030 SPECIALTIES

## C103001 COMPARTMENTS, CUBICLES, & TOILET PARTITIONS

Provide phenolic core toilet partitions in all toilet rooms with more than one water closet or urinal. Provide toilet accessories as indicated in Chapter 3, "Room Requirements" portion of this RFP.

## C103002 TOILET AND BATH ACCESSORIES

Provide toilet and bath accessories.

## C103003 MARKER BOARDS AND TACK BOARDS

Not Used.

## C103004 IDENTIFYING DEVICES

All necessary interior signage shall be incorporated as part of the architectural drawings.   Interior signage is not collateral equipment. Interior signage shall demonstrate complete coordination with the facility design, SID and FF&E submittals.   Provide interior directional signage as required for facility wayfinding.   Provide an identifying device at each interior door.   Signs must meet ADA requirements.

## C103005 LOCKERS

Not Used.

## C103006 SHELVING

Provide plastic laminate clad shelving. Built-in fixed shelving is funded as part of the construction contract.

## C103007 FIRE EXTINGUISHER CABINETS

Provide fire extinguisher cabinets.   Cabinet shall be semi-recessed in new construction and surface-mounted in new mechanical/electrical spaces and existing wall construction.    Cabinets shall be coordinated with interior finishes.

## C103008 COUNTERS

Provide solid-surface acrylic counter tops and back splashes within a Grade 3 level with a full range of color selection.

## C103009 CABINETS

Provide cabinetry and millwork items with associated accessories.   Cabinetry shall be AWI custom grade and have concealed hinges with adjustable standards for shelves.   All exposed surfaces shall be covered with high pressure plastic laminate clad.

Provide specific cabinetry as shown on the Room Requirements Sheets.

## C103010 CASEWORK

Provide specific casework as shown on the Room Requirements Sheets.

## C103011 CLOSETS

Provide premanufactured millwork closets (for schools and dormitories).

## C103012 FIRESTOPPING PENETRATIONS

Provide all sleeves, caulking, and flashing for firestopping penetrations.

## C103013 SPRAYED FIRE-RESISTIVE MATERIALS

If structural steel framing is used, provide sprayed fire-resistive materials to the building's framework where required to meet code requirements for fire rating of structural components.

## C103014 ENTRANCE FLOOR GRILLES AND MATS

Provide recessed pan floor mats at all building entrances.

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# NOT USED

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# C30 INTERIOR FINISHES

## SYSTEM DESCRIPTION

Interior finishes include wall finishes, floor finishes, wall base finishes, and ceiling finishes.

Provide aesthetically pleasing, functional, durable finishes appropriate to the buildings function. Acoustic properties of materials, as well as durability and ease of maintenance, shall be considered during material selection.   Maximize the use of sustainable materials.

Color selections require the use of wall and floor finish material accents to enhance the color and appearance of the interior design.   Provide a wall and floor color design that includes a minimum of two different accents colors throughout the facility.   Submit pattern drawings of the accents design with the interior design submittal.

## GENERAL SYSTEMS REQUIREMENTS

See "Room Requirements" for specific requirements on "Interior Finishes."

## C30 SSPC QP 1 CERTIFICATION

## C3010 WALL FINISHES

All interior wall finish materials shall be gypboard, concrete, or concrete masonry or as indicated in the Room Requirements portion of this RFP.

Showers are to have terrazzo or solid surface bases with full height solid surfacing or ceramic wall finishes extending from top of shower base to ceiling and shall surround the shower enclosure.   Solid surfacing or ceramic wall finish shall extend from top of tub to ceiling and shall surround the bathtub shower.   Provide wainscot height (48 inch) minimum to full height solid surfacing or ceramic wall finish on the other walls in bathrooms.

All interior wall finishes are indicated in the "Room Requirements" portion of this RFP.

## C3020 FLOOR FINISHES

Provide floor finish materials to meet the following requirements;

a.   Carpet Requirements

| CARPET CHARACTERISTIC | MINIMUM CARPET REQUIREMENTS |
|---|---|
| Surface Color | Multi-colored and Patterned |
| Surface Texture | Loop Pile |
| Yarn Weight | 26 oz. Minimum |

| | |
|---|---|
| Density | 6600 oz./cubic yard min. |
| Dye Method | Solution Dyed |
| Backing | Industry Standard |
| Fiber | Branded nylon |
| Extra Carpet | 10% extra carpet for repairs |

b.   Concrete Floor Requirements

Finish concrete suface smooth enough to meet the minimum requirements of this RFP or the floor finish manufacturer's smoothness requirements, whichever is the most restrictive.   Exposed concrete floors that are not required to have an applied floor finish, shall receive a minimum of 3 coats of the manufacturer's approved sealer.

c. Resilient Floor Finishes

Provide resilient floor finishes as identified in the Project Program, Room Requirements or as directed below. Include manufacturer's full line of color, texture and pattern selections, including multi-colored materials.

1)   Resilient Sheet Flooring

Not Used.

2)   Resilient Tile Flooring

Provide resilient vinyl composition tile (VCT) flooring and in corridors, entries and services area as discovered in client interviews VCT shall be commercial grade, with pattern through thickness of tile VCT with biobased materials or recycled content shall be used where practical.

d.   Tile Floor Finishes

Provide epoxy grout for all tile finishes. Floor tiles grout shall be a very dark color.

Porcelain Tile

e.   Base

f. Terrazzo

Wall base shall be cove or vinyl throughout.

All interior floor finishes are indicated in the "Room Requirements" portion of this RFP.

## C3030 CEILING FINISHES

Finished surface of ceiling shall be selected to address acoustical, maintenance, moisture or impact

resistance requirements of the room.

Ceiling finish material shall be gypsum board.

Exposed structural systems shall be painted according to PTS Section C3040 INTERIOR COATINGS AND SPECIAL FINSHES.

Ceiling finishes shall be as indicated in the "Room Requirements" portion of this RFP.

## C3040 INTERIOR COATINGS AND SPECIAL FINISHES

Paint all interior exposed surfaces including metal items not pre-finished, such as interior grilles, registers, diffusers, access panels, and panel boxes.

Provide special impact resistant coatings in bedroom, laundry, storage and admin space.

Provide special high performance architectural impact resistant plaster texture finish coating in corridors and central lobby.

All finish coatings shall be as indicated in the "Room Requirements" portion of this RFP.


--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# NOT USED

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# D20 PLUMBING

Refer to Part 4 Section D20 for performance requirements of the building elements included in the plumbing system.

## SYSTEM DESCRIPTION

The plumbing system for FY13 NAVY MILCON, P-940 Dining Facility consists of all fixtures, potable cold and hot water piping and equipment, piping insulation, water heating equipment, sanitary waste and vent piping systems, and other specialty piping and equipment within 5 feet (1.5 meter) of the building.

## GENERAL SYSTEM REQUIREMENTS

Provide working space around all equipment.   Provide concrete pads under all equipment.   Provide all required fittings, connections and accessories required for a complete and usable system.   All equipment shall be installed per the criteria of PTS section D20 and the manufacturer's recommendations.   Design and installation shall be in accordance with IPC and UFC 3-420-01, *Plumbing Systems*.   Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall".

## D2010 PLUMBING FIXTURES

Provide quantity and type of plumbing fixtures required for the occupancy, use, and functions described for this facility.   Refer to Room Requirements Section for additional specific requirements for spaces with plumbing fixtures.   Provide handicapped fixtures in accordance with the referenced criteria in the Project Program.

## D201001 WATER CLOSETS

Provide floor mounted dual function flush valve water closets in all public restroom spaces.

## D201002 URINALS

Provide waterless/waterfree type urinals in the public restroom spaces.

## D201003 LAVATORIES

Provide countertop lavatories with metering faucet in each restroom space. Provide pop-up drain.

Provide wall mounted lavatories made of vitreous china, with straight back with metering faucet in the kitchen space.   Provide pop-up drain.

## D201004 SINKS

Provide kitchen sinks with the number of compartments as required for the intended function in the kitchen space.   Provide waste disposer unit in the dish washing area as well as the food prep area as necessary for good kitchen operation.

Provide service sinks in locations where necessary.

Provide mop sinks in the janitor's closets.

## D201005 SHOWERS/TUBS

Not used.

## D201006 WATER COOLERS Provide water coolers in the dining spaces.

## D2020 DOMESTIC WATER DISTRIBUTION

## D202001 PIPES AND FITTINGS

Provide Copper tubing, PVC piping, CPVC piping and fittings for above ground and buried piping.

## D202002 VALVES & HYDRANTS

Provide isolation valves at supply to each area.   Provide hose bibbs in beverage storage areas, mechanical rooms and pot washing area.   Provide wall hydrants along the building exterior such that all points along the perimeter can be reached with a 100 foot (30 meter) long hose.

## D202003 DOMESTIC WATER EQUIPMENT

Provide backflow preventers of types and at points within domestic water systems as specified by IPC. Locate inside the mechanical room on service entrance lines where not provided exterior to the building.

Provide backflow protection on all water connections, including connections to beverage machines that already include internal backflow prevention.

Provide an architectural screen for backflow preventer located outside.

Provide water meter on the building main.

Provide electric water heater for heating of domestic water to supplement the solar water heating system.   Hot water for dishwasher, pot and pan wash, and can wash shall be 71°C (160°F).

Provide water tempering valve assembly.

Provide in-line circulator for domestic hot water distribution system as required by the IPC.

## D202004 INSULATION & IDENTIFICATION

Provide mineral fiber insulation with vapor barrier on domestic hot water supply and recirculation piping.   Provide cellular glass insulation with vapor barrier on domestic cold water supply piping. Provide identification for piping and equipment.

## D202005 SPECIALTIES

Provide valve box for buried valves.

## D202006 SOLAR ENERGY SUPPLY SYSTEMS

Provide a complete solar domestic hot water system including heating panels, roof supports, piping, pumps, hot water storage tanks, heat exchangers and controls.   Provide a system designed to furnish a minimum of 30%of the daily demand for domestic hot water.

If the solar domestic hot water system is located on the roof, provide a coordinated design of the roof elements including implementation of LEED requirements and sustainable systems roof mounted equipment.   Organize the roof space necessary to accomplish the functions the roof has to provide, minimize roof penetrations, and plan the roof to facilitate future reroofing of the facility.   The roof type selection and detailing of roof mounted equipment shall be made to compliment the implementation of the functions   that have to take place on the roof and minimize the need for routine maintenance. Accomplish a Pre-Roof Design Conference prior to the design of the roof.   Solar panels shall be placed to prevent grease from accumulating on the surface due to the exhaust hood discharge.

## D202090 OTHER DOMESTIC WATER SUPPLY

Provide piping supports in accordance with the IPC.   Provide inspections, disinfection, and testing in accordance with the IPC.

## D2030 SANITARY WASTE

## D203001 WASTE PIPE & FITTINGS

Provide cast iron hub and spigot pipe and fittings, rubber compression gasket joints or plastic PVC piping, fittings, and solvent cement for above and below ground installation.

## D203002 VENT PIPE & FITTINGS

Provide cast iron hub and spigot pipe and fittings, rubber compression gasket joints.

Provide plastic PVC piping, fittings, and solvent cement.

## D203003 FLOOR DRAINS

Provide floor drains in mechanical rooms, restrooms, beverage storage areas and stations, and plumbing chase areas.

Provide trench drains in the kitchen at locations determined by the equipment layout.

Provide floor drains to receive condensate from air handling units.

## D2090 OTHER PLUMBING SYSTEMS

Provide grey water (waste water) recovery system. Include gray water distribution piping for flushing use only.   The system shall be set up for future implementation.

## D209001 SPECIAL PIPING SYSTEMS

Provide a waste pulping system in the dishwashing and kitchen areas as appropriate for the facility. System shall be sized to accommodate identified surge levels.

## D209003 INTERCEPTORS

Provide a grease separator for the kitchen grease waste prior to connecting to the sanitary system.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

## D30 HVAC

Refer to Part 4 Section D30 for performance requirements of the building elements included in the HVAC system.

## SYSTEM DESCRIPTION

Provide a 2-pipe fan coil, VAV, and/or central station chilled water heating, ventilating and air conditioning (HVAC) system for the FY13 NAVY MILCON, P-940 Dining Facility that attains the following objectives: Occupant comfort, Indoor air quality, Acceptable noise levels, Energy efficiency, Reliable operation, and Ease of maintenance.   Design and installation shall be in accordance with IMC and UFC 3-400-10N, Mechanical Engineering.

Economizer cycles shall not be used.

## GENERAL SYSTEM REQUIREMENTS

Provide working space around all equipment.   Provide all required fittings, connections and accessories required for a complete and usable system.   All equipment shall be installed per the criteria in PTS Section D30 and the manufacturer's recommendations.   Where the word "should" is used in manufacturer's instructions, substitute the word "shall".

Provide air conditioning and heating for spaces as indicated and for the following Design conditions:

Outside Conditions

| Summer | 115 | Degrees F dry bulb | Winter | 52 | Degrees F |
|---|---|---|---|---|---|
| | 46 | Degrees C dry bulb | | 11 | Degrees C |
| | 87 | Degrees F wet bulb | | | |
| | 30.5 | Degrees C wet bulb | | | |

Dining Area Inside Conditions

| Summer | 75 | Degrees F dry bulb | Winter | 70 | Degrees F |
|---|---|---|---|---|---|
| | 23.8 | Degrees C dry bulb | | 21 | Degrees C |

| | 50 | %RH | | | |
|---|---|---|---|---|---|

Kitchen, Mechanical Rooms, Electrical Rooms Inside Conditions

| Summer | 78 | Degrees F dry bulb | Winter | 65 | Degrees F |
|---|---|---|---|---|---|
| | 25.5 | Degrees C dry bulb | | 18 | Degrees C |
| | 50 | %RH | | | |

Communications Rooms Inside Conditions

| Summer | 75 | Degrees F dry bulb | Winter | 75 with no heating | Degrees F |
|---|---|---|---|---|---|
| | 23.8 | Degrees C dry bulb | | 23.8 | Degrees C |
| | 50 | %RH | | | |

Provide Ventilation rates and systems per the latest edition of ASHRAE Standard 62.1, *Ventilation for Acceptable Indoor Air Quality*.

The HVAC system shall provide each zone with the choice of heating or cooling year round unless otherwise indicated.   Each zone shall have its own limited range of control, as allowed by the control system central workstation.

Zone the HVAC system as appropriate to achieve the most flexibility in the air conditioning system for occupant comfort as the load varies throughout the day

Provide minimum 4-inch (100 mm) thick concrete housekeeping pads and vibration isolators under all floor-mounted equipment.

All mechanical equipment shall have painted finishes that pass a salt-spray test conducted per ASTM B117 for duration of at least 500 hours.

All outside mechanical equipment HVAC cooling/heating and condenser coils shall be provided with a manufacturer approved coating system. The heat transfer rating shall be as installed.

## D3010 ENERGY SUPPLY

Not used.

## D3020 HEAT GENERATING SYSTEMS

The heating load for this facility shall be served by electric resistance heating coils located in the air handlers serving each space.

## D3030 COOLING GENERATING SYSTEMS

## D303001 CHILLED WATER SYSTEMS

Provide connection to and extension of the existing central chilled water system for service to the building HVAC equipment.   The existing chilled water system provides chilled water at 45 degrees F (7 degrees C).   The existing system utilizes 2-way control valves.

Provide insulation and vapor barrier on all chilled water equipment.

## D3040 DISTRIBUTION SYSTEMS

## D304001 AIR DISTRIBUTION, HEATING & COOLING

Provide insulated, galvanized steel ductwork constructed, braced, reinforced, installed, supported, and sealed per the IMC and SMACNA standards.

Provide grilles, registers, and diffusers.

## D304006 CHILLED WATER DISTRIBUTION SYSTEMS

For exterior buried chilled water distribution systems, coordinate with Section G30, *Site Civil/Mechanical Utilities*.

Provide steel chilled water supply and return piping to serve the HVAC equipment throughout the facility.   Insulate piping with cellular glass or polyisocyanurate insulation.

Provide air control equipment for the chilled water piping system.

Provide an expansion tank for the chilled water piping system.

Provide system flushing and start-up for the chilled water piping system.

## D304007 EXHAUST SYSTEMS

Provide ductwork constructed, braced, reinforced, installed, supported, and sealed per the IMC and SMACNA standards.

Provide ducted exhaust ventilation systems and exhaust fans to serve all ventilated zones of the facility.   Provide in-line or rooftop centrifugal exhaust fans as appropriate for the system.

Provide kitchen hoods as required in the IMC as well as UFC 4-722-01.   Kitchen hood exhaust shall be of the up-blast configuration.

## D304008 AIR HANDLING UNITS

Provide central station constant volume or variable volume air handlers.   Provide with 85% filters.

Provide with ultraviolet disinfection system.

## D304090 OTHER DISTRIBUTION SYSTEMS

Provide base mounted circulating pumps with variable frequency drives, if required.

## D3050 TERMINAL & PACKAGE UNITS

## D305005 ELECTRIC HEATING

Provide electric duct mounted or unit mounted heaters for heating spaces.

## D3060 CONTROLS AND INSTRUMENTATION

## D306001 HVAC CONTROLS

## D306001 1.1 DIRECT DIGITAL CONTROLS (DDC)

[Provide a complete Direct Digital Control (DDC) system to comply with UFGS 23 09 23 *Lonworks Direct Digital Control for HVAC and Other Building Control Systems* for the facility.

Provide operator workstation computers and complete application software with all licenses.

Provide meters, monitored by DDC, on all of the building's incoming utilities (water and electric). Set up trend reports to record data daily and store values in the operator workstation DDC computer.

Provide flow rate meters, monitored by the DDC system, for central and chilled water flow.

Provide air handlers and all terminal units with discharge/supply temperature sensors.

Provide central air handler unit outside air CFM air flow monitoring stations.

Provide control to automatically start back-up pumps (or other HVAC equipment) if the primary device fails. Primary and back-up equipment starter circuits shall be wired to prevent both pieces of equipment from operating at the same time. Rotate primary and back-up HVAC equipment monthly (adjustable) with a lead/lag control routine.

## D306001 1.2 ELECTRONIC CONTROLS

Provide electronic controls for the HVAC systems and equipment.

## D3070 SYSTEMS TESTING AND BALANCING

Provide complete Testing and Balancing (TAB) of all air and water distribution systems and HVAC equipment.

## D307003 HVAC COMMISSIONING

Refer to RFP Part 3 - Project Program, Chapter 2 for Building Commissioning requirements. Mechanical systems to be commissioned, if provided, include HVAC systems and controls, refrigeration systems and controls, renewable energy systems, chilled water distribution system, and

domestic hot water systems.

## D3090 OTHER HVAC SYSTEMS AND EQUIPMENT

## D309001 GENERAL CONSTRUCTION ITEMS

Provide seismic restraints and comply with the Force Protection Criteria.

## D309090 OTHER SPECIAL MECHANICAL SYSTEMS

Provide air curtains at each exterior door except those accessing mechanical, electrical and comm. rooms with exterior access only.

-- End of Section --

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# D40 FIRE PROTECTION

Refer to Part 4 Section D40 for performance requirements of the building elements included in the fire protection systems.

## SYSTEM DESCRIPTION

Provide an integrated fire alarm and personnel alerting system capable of notifying building occupants inside the facility.   This system shall be capable of notifying building occupants by means of tones, strobes, textural messaging, prerecorded and live voice announcements.   Provide complete wet-pipe sprinkler protection throughout the building.

### GENERAL SYSTEM REQUIREMENTS

Provide working space around all equipment. Provide concrete pads under all equipment. Provide all required fittings, connections and accessories required for a complete and usable system. All equipment shall be installed per the criteria of PTS section D40 and the manufacturer's recommendations. Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall".

All Design Documents, (i.e. Building Code/Life Safety Analysis, plans, specifications, and calculations) developed for Section D40 shall be prepared by, or under the supervision of the design/build contractor's Qualified Fire Protection Engineer, the Fire Protection Designer of Record (FPDOR).

Installation drawings, shop drawings or working plans, calculations, other required pre-construction documentation and as-built drawings shall be prepared by, or under the direct supervision of a NICET engineering technician as specified below.   NICET engineering technicians shall hold a current certification as an engineering technician in the field of Fire Protection Engineering Technology with Level IV certification in the appropriate subfield Provide training for the active systems consisting three (3) eight (8)-hour sessions to all shifts of the base fire department and allow for rescheduling for unforeseen fire department responses.

## D4010 FIRE ALARM AND DETECTION SYSTEMS

Provide an integrated fire alarm personnel systems capable of notifying building occupants inside the facility.   Provide a complete, electrically supervised, addressable intelligent, manual and automatic, annunciated fire alarm and detection system throughout the facility. The system shall be a voice evacuation type system and shall also serve as a personnel alerting system.   The fire control panel shall report to the central fire alarm reporting system located in Building 266 using the telephone system with two line dialers.

The fire alarm system shall include manual stations, system smoke detectors, audio/visual alarms, fire alarm DACT electrical supervision of all sprinkler system alarm and supervisory devices, and electrical supervision of fire pump controllers.

The fire alarm control panel shall be capable of handling a minimum of 500 individually identified sensors within the main control panel.   Provide Class A Notification Appliance Circuits, Class A Signaling Line Circuits, and Class Initiation Device Circuits.   Provide back-up amplifiers for combination fire alarm/personnel alerting systems.

Manual pull stations shall be flush.

Provide a remote annunciator located at-the main entrance to the building at the approval of the base Fire Department.

## D4020 FIRE SUPPRESSION WATER SUPPLY AND EQUIPMENT

Hydraulic Calculations shall be based upon the flow data given in Part 6.   Contractor is to verify the water supply data prior to design as new demands may have been added to current system.   If the flow test performed by the contractor provides results that differ +/- 10% than that listed in this document, the contractor shall submit a RFI comparing his results to those listed here.   Consideration shall be taken for upcoming projects and allow room for other domestic demands as more buildings come online as this is a Domestic/Fire Water combined system.

The incoming sprinkler service shall be provided with backflow preventer consistent with base requirements for type of water supply to which it is connected.

Provide a freestanding pedestal type fire department connection located no closer than 40 ft from the building and accessible by fire apparatus.

Provide horizontal split-case centrifugal driven fire pump if the tests of the base water supply show it to be inadequate to supply the hydraulically calculated sprinkler system and standpipe system demands.   The standpipe systems demand may be omitted from the pump demand if the base fire department is capability of supply the standpipe demand.

## D4030 STANDPIPE SYSTEMS

Provide a Class I standpipe system.

The building standpipe system and sprinkler system shall be fed from the same supply as a combined system–

## D4040 SPRINKLER SYSTEMS

Provide wet pipe automatic sprinkler protection to provide complete coverage throughout

Design densities, areas, and hose stream allowances shall be as required by UFC 3-600-01.

Provide quick-response sprinklers with ordinary temperature rating in non-residential areas with finished ceilings.   Provide listed residential sprinklers in the actual living areas.   Provide chrome sprinkler or escutcheon plates.

## D4090 OTHER FIRE PROTECTION SYSTEMS

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# D50 ELECTRICAL

## SYSTEM DESCRIPTION

Provide new Combined DFAC.

Provide an interior electrical system consisting of Service Entrance Wiring and Equipment, Distribution and Lighting Panelboards,   Conduits, Feeder and Branch Circuits, Motor Control Equipment, Lighting and Branch Wiring, Communications, Security and Alarm Systems, Emergency Generator, Emergency Lighting and Power, Grounding,    including accessories and devices as necessary and required for a complete and   usable system. This section covers installations out to the building 5 foot (1.5 meter) line.

The interior distribution system shall consist of insulated conductors (including ground) in conduit.

## GENERAL SYSTEM REQUIREMENTS

Provide an Electrical System complete in place, tested and approved, as specified throughout this RFP, as needed for a complete, usable and proper installation. All equipment shall be installed per the criteria of PTS Section D50 and the manufacturer's recommendations. Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall". All work shall be in accordance with UFC 520-01 Interior Electrical Systems.

## D5010 ELECTRICAL SERVICE AND DISTRIBUTION

## D501001 MAIN TRANSFORMERS

Not Used

## D501002 SERVICE ENTRANCE EQUIPMENT

All service into the facility shall be underground.

Provide a switchboard as service equipment. Provide each switchboard with digital metering.

## D501003 INTERIOR DISTRIBUTION TRANSFORMERS

Not Used

## D501004 PANELBOARDS

Provide distribution and branch circuit panelboards to serve loads as required.

## D501005 ENCLOSED CIRCUIT BREAKERS

## D501006 MOTOR CONTROL CENTERS

Provide individual motor starters with disconnect switches, combination motor starters, variable speed drives and manual motor starters for motor controls as required by mechanical equipment.

## D501090 OTHER SERVICE AND DISTRIBUTION

Provide transient voltage surge suppressors (TVSS) at the following locations service entrance and any panel serving exterior lighting circuits..

## D5020 LIGHTING AND BRANCH WIRING

Provide electrical connections for all systems requiring electrical service.

Provide lighting and general purpose receptacles throughout all spaces as required.

Provide dedicated circuits and connections for the following special outlets including kitchen equipment and any other equipment requiring special equipment. .

All cooking equipment shall be electric. Gas is not an available utility.

## D502001 BRANCH WIRING

All branch wiring shall be insulated conductors (including ground) in conduit.

## D502002 LIGHTING EQUIPMENT

Provide a complete lighting system consisting of exit and emergency lighting and area lighting consisting of fluorescent high intensity discharge lighting including switches and automatic controls including occupancy sensors automatic lighting shutoff systems

## D5030 COMMUNICATIONS AND SECURITY

The Room Requirements Section identifies locations for communications and security systems and equipment, unless noted otherwise in the following sub-elements.

## D503001 TELECOMMUNICATIONS SYSTEMS

Provide a complete building entrance facility, backbone distribution system, and horizontal distribution system including, but not necessarily limited to, all wiring, pathway systems, grounding, backboards, connector blocks, protectors for all copper service entrance pairs, patch panels,fiber optic distribution panels, terminators for all fiber optic cables outlet boxes, telephone jacks, data jacks cover plates.   Ensure all cabling and pathways comply with TIA/EIA 569-B.

Provide Category 6 Unshielded Twisted Pair (UTP) copper cable for horizontal voice and data cables.

## D503002 PUBLIC ADDRESS SYSTEMS

Provide a Personnel Alerting system with speakers in all common spaces &exterior speakers for outside activity spaces.   All rooms in this facility and the utilization of weatherproof horn speakers to cover a radius of 400 meters exterior to the center of the facility.

Provide handset type microphone dedicated to all speakers at the main fire alarm panel.

Interface the Personnel Alerting System with the Fire Alarm System.

## D503003 INTERCOMMUNICATIONS SYSTEMS

Not Used.

## D503004 TELEVISION SYSTEMS

Provide a CATV system consisting of empty raceways and outlet boxes to enable system installation by the commercial CATV supplier.

Provide a complete CATV system to be owned and maintained by the Government including all interior equipment required to provide high quality TV signals to all outlets with a return path for interactive television and cable modem access.   System shall include, but is not necessarily limited to, head end amplifier, amplifiers, splitters, combiners, line taps, cables, outlets, tilt compensators and all other parts, components, and equipment necessary to provide a complete and usable system.

Provide CATV outlets along all walls in dining areas.   Verify and validate the need for Cat 6 cable along with Series 6 (RJ-6) to accommodate future IP requirements.

Conduct CATV testing at each of the following points in the system:

Furthest outlet from each communications closet service entrance point of connection
A random sampling of 25 percent of the outletsfrom each communication closet housing units as designated by the Contracting Officer.

At each outlet
Head end and Distribution amplifier inputs and outputs

## D503005 SECURITY SYSTEMS Provide in accordance with the UFC for dining facilities UFC4-722-01.

## D503090 OTHER COMMUNICATIONS AND ALARM SYSTEMS

None.

## D5090 OTHER ELECTRICAL SERVICES

## D509001 GENERAL CONSTRUCTION ITEMS (ELECTRICAL)

Provide General Construction Items (Electrical) including, but not necessarily limited to, all connections, fittings, boxes and associated equipment needed by this and other sections of this RFP as required for a complete and usable system.

Conduits, cable trays and busways that penetrate fire-rated walls, fire-rated partitions, or fire-rated floors shall be firestopped in accordance with Section C10, Interior Construction.

## D509002 EMERGENCY LIGHTING AND POWER

Provide power and wiring for emergency lights and exit lights throughout the facility.

Provide emergency power circuits and wiring for the following loads:

Cold storage, facility lighting

Design and provide a manual transfer switch for the connection of a generator ahead of   the switchboard allowing all of the building load to be fed from the roll-up generator.

## D509003 GROUNDING SYSTEMS

Provide a complete grounding system for the facility electrical and telecommunications systems.

## D509004 LIGHTNING PROTECTION

Contractor shall determine if lightning protection is required. If required provide a complete lightning protection system with   a UL Lightning Protection Inspection Certificate certified to UL 96A, including, but not necessarily limited to, strike termination devices, conductors, ground terminals, interconnecting conductors, surge suppression devices, and other connectors and fittings required for a complete and usable system. Lightning Protection Systems shall not void the roof warranty.

## D509005 ELECTRIC HEATING

Provide power wiring and connections as required for all electric heating systems and equipment.

## D509006 ENERGY MANAGEMENT CONTROL SYSTEM

Provide power wiring and connections as required for all systems and equipment. Coordinate connection requirements with switchgear and pad mounted transformer kWH metering.

## D509007 BUILDING PHOTOVOLTAIC SYSTEM

Building Integrated or Mounted Photovoltaic (BIMPV) System on roof. is optional.

## D509090 OTHER SPECIAL SYSTEMS AND DEVICES

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# E10 EQUIPMENT

## GENERAL SYSTEMS REQUIREMENTS

## E1010 COMMERCIAL EQUIPMENT

Not Used.

## E101003 VENDING EQUIPMENT

Not Used.

## E1020 INSTITUTIONAL EQUIPMENT

## E102009 AUDIOVISUAL EQUIPMENT

Not Used.

## E1030 VEHICULAR EQUIPMENT

Loading docks shall be provided.

## E1040 GOVERNMENT FURNISHED EQUIPMENT

There is no Government Furnished equipment in this project.

## E1090 OTHER EQUIPMENT

## E109002 FOOD SERVICE EQUIPMENT

Provide the type, quantity and size of equipment necessary and with sufficient redundancy and/or multi-function features to develop meals based on the following requirements:

- The facility's 21-day menu;

- The facility's staffing plan;

- The facility's hours of operation, meal schedule and duration;

- Normal maintenance requirements;

And the following information contained in the chart below:

| Net Number of Personnel to Be Served per meal period | 401- 650 |
|---|---|

| | |
|---|---|
| Storage requirements | Dry Goods, Refrigerated, Freezer, Soda Syrup, Paper and Janitorial requirements will be provided by client. |
| Payment Style | cafeteria style |
| Form of Payment | ID card, and cash |
| Food Delivery and Eating Methodology | Patrons will obtain meals via straight line,. |
| Hours of Operation and Meals Served | Breakfast 90 Minuteslunch 90 Minutesdinner 90 Minutes |
| Days of Operations | 7 Days a Week, 52 weeks per year |
| Other Facility Functions- Meals Per Week | Menu to be provided by client. |
| Define Available Utilities | [Closed loop chilled water 45'F (7 Degrees C),, 400/ 230V 50 HZ |

Coordinate with other disciplines to incorporate the following kitchen specific items: Trash/garbage areas: Provide space, paving, grease-proof drained surface, drainage, power for rodent control, and access to a hot water hose bibb. Locate requirements of trash/garbage disposal areas shall be provided for dumpster for cardboard , trash dumpster with pick-up every day.

Provide food service equipment as required for a commercial kitchen to meet the above critical assumptions. A conceptual list of typical equipment for Dining Facilities and source of supply is provided in the UFC 4-722-01, Appendix, Table B-2 Navy Conceptual Equipment List. NOTE: THIS LIST IS CONCEPTUAL ONLY AND CANNOT BE USED AS A REQUIREMENTS LIST.

The 21 day menu is as follows:

Menu will be provided by client.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# E20 FURNISHINGS

## SYSTEM DESCRIPTION

Furnishings shall include fixed furnishings as part of the Structural Interior Design (SID) and the design and documentation of the movable furnishings, the Furniture, Fixtures, and Equipment (FF&E) Package.

The design and documentation of both shall be funded as part of the construction contract.   The purchase and installation of the FF&E Package shall be funded separately as part of Collateral Equipment.

The movable furniture and furnishings (FF&E) for this facility may include, but are not limited to, freestanding   furniture, , artwork, , flat screen TVs (not connected to data), accessories,   Kitchen equipment, specialty equipment ,   and other miscellaneous items to support facility functions.

FF&E is estimated in the following amount: $70,000.   This estimate includes the contractor's Handling and Administration Rate (HAR).

Fixed furnishings (items that are fixed to the structure), such as specialty equipment, , lockers, security cameras, motorized projection screens, and blinds/shades are part of the construction contract. and are considered   SID, Structural Interior Design.

## GENERAL SYSTEMS REQUIREMENTS

Design and provide fixed and movable furnishings for all areas as developed during client programming and as indicated in the Room Requirements matrix if provided.   Design a complete FF&E package and prepare supporting plans and procurement data. Design per specific UFC 4-722-01, Dining Facilities., Feb. 2009.

Design and provide fixed and movable furnishings for all areas as developed during Activity programming and as indicated in the Room Requirements (refer to Part 3 Section 5 of this RFP). Design a FF&E package and prepare supporting plans and procurement data.     FF&E items identified in this RFP are to be used as a guideline to assist in establishing the minimum facility requirements and do not relieve the Contractor's Interior Designer from developing a complete design package that incorporates ALL of the Activities FF&E requirements.   Design per specific UFC (i.e. Youth center, BEQ, etc) and in conjunction with UFC 03-120-10, Interior Design, and UFC 4-722-01 Dining Facilities.

The contractor shall have an Interior Designer with a minimum of one of the following credentials: National Council for Interior Design Qualification (NCIDQ) certification, or state and/or jurisdiction Interior Design Certification, Registration, or License.   This Interior Designer must prepare both the SID and the FF&E Package and participate in all design charrettes and review meetings to develop the building design and floor plan. When Audio Visual (A/V0, Kitchen Equipment,   or specialty equipment is required in the project, the contractor shall obtain services of equipment specialists to specify the A/V, commercial kitchen equipment, or specialty equipment. The Contractor's Interior Designer and any Specialists shall not have any affiliation with the products specified.   The Corps Interior Designer reserves the right to approve/disapprove the qualifications of the Contractor's Interior Designer.

All fixed and movable furnishings selections shall be closely coordinated with Parts 3 and 4 Sections C10, Interior Construction, and C30 and E10 of this RFP. The FF&E package shall be fully integrated

with the building systems and finishes.

The Contractor's Interior Designer shall be responsible for designing and providing specifications for procurement of all FF&E, to include delivery and installation, for the facilities built under this contract as directed by the Corps   Interior Designer.

The FF&E package shall be fully integrated into the design and construction schedule for the building.

# INTERIOR DESIGN SUBMITTAL AND MEETING REQUIREMENTS
## STRUCTURAL INTERIOR DESIGN (SID)
The SID submittal process shall begin following the award of the RFP.   The SID submittal shall include Interior Design programming documents, FF&E Floor Plans, and exterior & interior finish/color and material sample boards.   Refer to this RFP Part 4 Section Z10 General Performance Technical Specifications and Part 2 UFGS Section 01 33 10.05 20, Design Submittal Procedures.

Provide the following SID meetings and submittals;

a. Concept Design Workshop (CDW) (10%-15%) or Initial Design Meeting:   The Contractor's Interior Designer shall meet with the Activity to develop the Interior Design SID programming documents, which will include a preliminary Furniture and Equipment Plan and the FF&E Summary List.   The Contractor's Interior Designer shall provide in-depth room by room interviews to confirm Activity requirements for the new facility(s). These interviews shall occur at the Activity's current location, if possible, to include sample building walk-thru(s).   Minutes of this meeting shall be submitted to the Corps Interior Designer within 7 days

b. Mid-Point SID "Over the Shoulder" Review: Between 35-60%, and prior to the Prefinal (100%) Submittal, the Contractor's Interior Designer shall meet with the Corps Interior Designer for an "over-the-shoulder" review meeting to present a minimum of (2) options for the interior building finishes/colors/materials.   Finishes shall display manufacturer's label/specifications and be presented in a "loose" format for preliminary approval prior to the presentation with the Activity. The Furniture and Equipment Plan and FF&E Summary List should be further developed and included in this submittal. The over-the-shoulder review meeting is to be held at Contractor's office.

c. Prefinal (100%) Submittal:   The Contractor's Interior shall present a minimum of two (2) Corps-approved interior building finishes/color/material options, to the Activity for approval.   Each of these two finish options shall be documented and submitted in a 16"x20" presentation board format to the Corps Project Manager.   In addition, the submittal shall include an updated Furniture and Equipment Plan, Finish Schedule, Floor Finish Plan, and Finish Legend for review and approval.

d. Final Submittal:    The Contractor's Interior Designer shall incorporate the final approved finishes, Furniture and Equipment Plan, Finish Schedule, Floor Finish Plan and Finish Legend into the Contractor's final drawing set.   These drawings and all approved finishes shall be submitted in 8-1/2" x 11" binder format, using heavy duty plastic sheet protectors.   Three (3) sets of the Final SID Submittal shall be distributed to the Corps Project Manager, , and (1) set to the Activity.

## SID CONSTRUCTION SUBMITTALS

No substitutions shall be made to the SID finishes once they have been approved by the Corps during the design phase.   In the event that revisions may be required due to unforeseen conditions such as

discontinued product, such revisions must be submitted via the construction submittal procedures established in other parts of this document for approval by the Corps   Interior Designer before substitutions can be made.

## FIXTURES, FURNISHINGS AND EQUIPMENT (FF&E)

The FF&E process shall begin approximately with the 50% design submittal. The submittals shall include fixtures, furnishings, and equipment specifications in accordance with the Activity requirements to produce an optimally functional facility.   FF&E are all items that are not fixed to the structure, but are fully integrated with the building systems and finishes.   Refer to RFP Part 4 Section Z10 General Performance Technical Specification and Part 2 UFGS Section 01 33 1-.05 20, Design Submittal Procedures.   Submit format examples to the Corps Interior Designer for format approval prior to beginning project.

Develop design as described and in accordance with the Activity requirements.   Include in the design all loose furnishings required to produce an optimum functional facility, consistent with quality commercial design, specifically commercial hospitality design.   This project also includes the preparation of specific detailed information   that includes complete item description listing all salient characteristics for each selected item.   Each submittal shall demonstrate interaction thoroughly with the Activity requirements and complete coordination with the facility design and the SID.   Five (5) submittals will be required; (3) for the Coprs Project Manager, (1) for the Base Property, and (1) for the Activity.

For all projects, including fast track projects, the contractor shall be responsible for sufficiently scheduling all SID/FF&E submittals early enough to obtain the required government approvals, and meet all ordering and installation lead times to complete the project by the contract completion date.

These are minimum requirements and the Contractor shall be prepared to provide any/all additional meetings and submittals that may be necessary to support the Interior Design effort/FF&E coordination.

Provide the following FF&E meetings and submittals;

a.   FF&E Requirements (Interior Design Orientation) Meeting: This meeting shall occur upon completion of Design Development (or approximately 50%) in conjunction with the Mid -point SID "Over the Shoulder" review, at the Contractor Interior Designer's office prior to the development of the FF&E package.   The Corps Interior Designer will provide the Contractor's Interior Designer a sample format of the FF&E submittal]. Minutes of this meeting shall be submitted to the Corps Interior Designer within 7 business days.

b.   FF&E "Over the Shoulder" Review: Prior to the Preliminary FF&E Submittal the Contractor's Interior Designer shall meet with the CorpsInterior Designer for an "over-the-shoulder" review to present preliminary FF&E options.   These can be presented in a "loose" format for preliminary approval prior to the Activity presentation. The "over-the-shoulder" review meeting is to be held at the Contractor's Interior Designer's office, or other location to be arranged.__

c.   FF&E Concept Presentation:   The Contractor's Interior Designer shall present the Coprs approved preliminary FF&E package to the Activity for approval.   This presentation shall include loose format samples and catalog cuts.   Sample boards are not required.

e.   Preliminary FF & E Submittal - The Contractor's Interior Designer shall assemble all of the Client and Corps approved items into a Preliminary FF & E submittal binder.   The Preliminary FF & E submittal shall be due at pre-final (100%).   It shall be submitted to

the Activity and the Corps Interior Designer for final review comments and approvals. Submit one (1) copy of the Preliminary package to the CorpsInterior Designer and one (1) copy tothe Activity.]. This submittal shall be in binder format , with the exception of the 16x20 color boards, and shalll include the following:

1. Cover Title Page (project name, project #, submittal date, submittal title)

2. FF&E list (Cost Summary)

3. Furniture placement plans coded to the FF& list and furnishings specifications

4. Specifications for furniture, furnishings, etc.

5. Catalog cuts and finish samples for all specified items

6. 16x20 inch color boards of furniture/furnishings and finishes specified for Activity presentation to indicate overall design intent

7. [8x10 color photographs of the color boards]

g.      Final FF&E Submittal: The Contractor's Interior Designer shall submit the Final FF&E Package within 30 calendar days following the receipt of review comments on the preliminary FF&E submittal. The Final submittal shall incorporate the following:

1. Cover Title Page (project name, project #, submittal date, submittal title)

2. Table of Contents

3. Manufacturer Contact List

4. Procurement Data Sheets for each product indicating final finish and fabric selections, as well as Manufacturer, product #, and all other specific ordering information

7. CD copy of the final FF&E binder.

8. Final Finish Selections and Memo Samples for the FF&E submitted in 8x10 binder format, using heavy-duty plastic sheet protectors

## FF&E CONSTRUCTION SUBMITTALS

Submit any revisions or deviations caused by discontinued items to the Contracting Officer for approval by the NAVFAC Interior Designer. Submit the following on all items.

SD-10 Operation and Maintenance Data

List Operation and Maintenance Manuals for seating, systems furniture and keyboard trays.

Warranty information

# E2010 FIXED FURNISHINGS (SID)

Fixed furnishings (SID) are funded as part of the construction project and are not funded as part of

FF&E Each submittal must demonstrate complete coordination with the facility design and with the package for movable furnishings.

Develop design as described herein and provide storage shelving, equipment racks, and window treatments.   Cross reference C10 Interior Construction, and C30 Interior Finishes, for performance requirements.   Each submittal must demonstrate complete coordination with the facility design and with the package for movable furnishings.

Provide menu display both indoors and outdoors.

## E201001 FIXED ARTWORK

As required, provide wall mosaic, painted mural, graphics and/or logo of activity in appropriate locations.

## E201002 WINDOW TREATMENTS

All windows and other glazed openings to the exterior of the building shall be provided with manually or electrically operated double-roller sunscreen and room darkening shades and are considered SID and are funded as part of the construction project.

Provide the interior shades as a bid option.

## E201003 SEATING AND TABLES

As required, but not limited to, provide fixed locker room benches, fixed tables and chairs, dining booths and site furniture, as required and discovered in preliminary interview.

-Provide durable, high quality commercial furnishings that are industry standard for commercial dining facilities. .

Provide dining booths dining tables and chairs and other furnishings as required to outfit a Navy dining hall   to accommodate 288-300 people at one time   The intended facility is for 402-650 personnel using 2.3 turn-over rate, and requires a minimum seating capacity of 288 persons..

-Provide a bid option for site furniture.   Provide 20 chairs and 4 tables for this bid option.

## E201004 INTERIOR LANDSCAPE (FIXED)

Provide message display both indoors and outdoors.

Provide T.V.'s in dining area and in locations where people are waiting in lines.

## E2020 MOVABLE FURNISHINGS

## E202001 MOVABLE ARTWORK

Provide movable artwork as required. Provide security mounts to prevent theft.

## E202002 MODULAR PREFABRICATED FURNITURE

Provide Workstation systems product or modular freestanding workstations as required. Provide at a minimum, an articulating keyboard tray with left or right handed mouse extension for each computer location.

## E202003 FREESTANDING FURNITURE AND FILES

Provide ergonomic task seating, lounge, reception and guest seating, storage and filing, tables, as required.

## E202004    RUGS & ACCESSORIES

Provide accessories, trash containers, recycling containers, interior landscaping, and other decorative items as required.

## E202005 MULTIPLE SEATING (MOVABLE)

Provide commercial quality hospitality tables and chairs.

## E202006 INTERIOR LANDSCAPING (MOVABLE)

Provide interior landscaping (planters, site furnishings, etc.) as required.   Provide silk plants in the indoor planters.   Provide the indoor planters and the silk plants as a separate bid option.

## E202090 OTHER MOVABLE FURNISHINGS

Provide waste receptacles, recycling containers, fire extinguishers, clocks, microwaves, and other appliances as required.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# F10 SPECIAL CONSTRUCTION

## NOT USED

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# F20 SELECTIVE BUILDING DEMOLITION

## NOT USED

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# G10 SITE PREPARATION

## SYSTEM DESCRIPTION

The site preparation system consists of demolition, salvage, relocation, and earthwork necessary to ready the site for other work associated with the project.

## GENERAL SYSTEM REQUIREMENTS

Develop the project site and perform all off-site work necessary to meet the requirements of the project, antiterrorism criteria, local codes, reference standards, technical specifications and performance criteria.

A Master Development Plan is being provided to the contractor in lieu of a topographic survey. The Contractor is required to perform a topographic survey of the project area that will be impacted by his work. The topographic survey shall be in accordance with the National Society of Professional Surveyors (NSPS Model Standards for Topographic Surveys). This topographic survey shall be included in the contractor's design plans. The Master Development Plan provided to show the location of existing facilities, areas of new work required by this RFP and the character of the sites. Prior to starting work, physically verify the location of all existing utilities and obtain all additional survey data required to provide a quality final design. The existence, size and/or location of the utilities are not guaranteed by the Master Development Plan provided. The Contractor shall verify the location of all utilities prior to construction. Electronic files of the Master Development Plan will be provided to the Contractor only after award of the contract.

Unless otherwise noted, provide new facilities at the locations indicated on the drawings in another part of this RFP. The Contractor is encouraged to use the minimum amount of land available for the construction of the improvements associated with this RFP.

Minimize the impact of construction activity on operations and neighboring facilities.

Identify and obtain all permits to comply with all Host Nation and federal regulatory requirements associated with this work. The contractor shall submit a complete "Permits Record of Decision" (PROD) form with the first design submittal package. A blank PROD form can be obtained at the Download Tab of Part 6 of the NAVFAC Design-Build website at the following link http://www.wbdg.org/ndbm/Download/Down_Additional.html?Section=AdditionalInfo . Contractor shall determine correct permit fees and pay said fees. Copies of all permits, permit applications, and the completed PROD form shall be forwarded to the Government's Civil Reviewer and Environmental Reviewer.

Jurisdictional tidal and non-tidal wetlands have not been identified on the project site.

Coordinate and obtain the U.S. Army corps of Engineers Resident Engineer (RE) approval for proposed haul route(s), work site access point(s), employee parking location(s) and material laydown and storage area(s).

Refer to Site Analysis and Building Requirements Sections for additional site preparation functional program information.

GOVERNMENT PROVIDED GEOTECHNICAL INFORMATION

Subsurface soil information (soil exploration logs) from the vicinity of the project is included in Part 6 of this RFP "FOR INFORMATION ONLY" and is not guaranteed to fully represent all subsurface conditions.

The Government shall not be responsible for any interpretation or conclusion by the Contractor drawn from the data or information. The Contractor is required to perform a site specific geotechnical investigation for the

design and construction of the foundation system.

The Contractor is required to retain a experienced and licensed Geotechnical Engineer and develop requirements for bidding. A site specific geotechnical investigation is not available and it is contractor's responsibility to provide it for the design and construction of the foundation system. Minor variations in subsurface conditions between borings should be anticipated. The Contractor shall bear all costs associated with the site preparation, ground improvement and foundations. The Contractor's Geotechnical Engineer shall perform additional subsurface investigation/testing as required to adequately determine all applicable geotechnical factors including the type and capacity of the project foundations. The Contractor's Geotechnical Engineer shall consider the provided information and any additional information obtained and prepare a report as described in other portions of this RFP. The minimum requirements for the subsurface investigation and report are as required by the MED Design Instruction Manual with associated references and EM 1110-1-1804.

Geotechnical investigation shall be planned and performed in accordance with EM 1110-1-1804. As a minimum, the successful bidder's Geotechnical Engineer shall perform one (1) boring per 230 sqm of building footprint area. The borings shall be advanced to the refusal depth and an additional depth of 6 m to 9 m into the competent bedrock. The supplementary laboratory classification of soils encountered, on the building site to support the foundation design and/or subsequent pile driving analysis shall be included in the geotechnical investigation report. The information from geotechnical exploration shall include soil and rock parameters to be used for the design of any deep and shallow foundations, and ground improvements.

Observed site conditions which may present a challenge during design/construction include - The soils that will be exposed after completion of stripping will be soft and at or near the groundwater elevation. The Contractor will anticipate these marginal subgrade support conditions and incorporate measures into his design and construction procedures to obtain required soil support while maintaining progress for completion on schedule.

Personnel under the supervision of a registered Professional Engineer shall provide inspection of excavations and soil/groundwater conditions throughout construction. The Engineer shall be responsible for performing pre-construction and periodic site visits throughout construction to assess site conditions. The Engineer, with the concurrence of the Contractor and the Contracting Officer, shall update the excavation, sheeting, shoring and dewatering plans as construction progresses to reflect actual site conditions and shall submit the updated plan and a written report (with professional stamp) at least monthly informing the Contractor and Contracting Officer of the status of the plan and an accounting of Contractor adherence to the plan; specifically addressing any present or potential problems. The Engineer shall be available to meet with the Contracting Officer at any time throughout the contract duration. The Contractor shall bear all costs of the Engineer.

# G1010 SITE CLEARING

# G101001 CLEARING

The project site does not have saleable timber.

Burning will not be allowed.

# G101002 TREE REMOVAL

Not used.

# G101003 STUMP REMOVAL

Not used.

# G101004 GRUBBING

Not used.

## G101005 SELECTIVE THINNING

Not used.

## G101006 DEBRIS DISPOSAL

All demolished material, rubbish and debris generated by this project shall be hauled off-site by the Contractor and disposed on in a legal manner in accordance with the laws and regulations of the Host Nation.   The distance to the disposal area in unknown but is assumed to be within 50 km of the project site.

## G1020 SITE DEMOLITION & RELOCATIONS

The items to be reused include asphalt pavement.

## G102001 BUILDING MASS DEMOLITION

Not used.

## G102002 ABOVEGROUND SITE DEMOLITION

Not used.

## G102002 1.1 ABOVEGROUND STORAGE TANKS

Not used.

## G102003 UNDERGROUND SITE DEMOLITION

Preserve the following underground site elements:   all existing utilities required for proposed project.

Abandonment of utility systems shall be done in a manner that conforms to applicable codes and regulations, removes their presence from the ground surface and clearly indicates that they have been abandoned.   Utilities shall not be abandoned in place underneath or within 3.0 m of any new facilities.

All conduits to be abandoned shall have wiring removed.

All piping to be abandoned shall be removed.

Remove existing utility structures in their entirety.

## G102003 1.1 UNDERGROUND STORAGE TANKS

Not used.

## G102004 BUILDING RELOCATION

Not used.

## G102005 UTILITY RELOCATION

Not used.

## G102006 FENCING RELOCATION

Not used.

## G102007 SITE CLEANUP

Remove and transport debris and rubbish in a manner that prevents spillage on streets or adjacent areas and in accordance with local regulations regarding hauling and disposal.

## G102090 OTHER SITE DEMOLITION & RELOCATIONS

Asphalt material demolished from the project site shall be reused or recycled to the maximum extent possible.

## G1030 SITE EARTHWORK

## G103001 GRADING

Finish floor elevations for new facilities shall be a minimum of 150 mm above the adjacent finished ground elevation.   Provide elevations for mechanical/electrical equipment pads a minimum of 150 mm above adjacent finished ground elevation.   Site grading shall provide positive drainage away from all structures.   Site grading away from structures shall be a minimum of 3% for a distance of 5 meters for landscaped areas and a minimum of 0.5% for a distance of 3 meters for hardscape or paved areas.

## G103002 COMMON EXCAVATION

Common excavation shall consist of all material found on the site and shall be in accordance with UFGS 31 00 00, *Earthwork*.

## G103003 ROCK EXCAVATION

Blasting will not be permitted.

## G103004 FILL & BORROW

Borrow and select fill shall come from off-base sources with the exception of recycled asphalt pavement which may be used below structures or paved areas.

## G103005 COMPACTION

The following methods of compaction will not be allowed: water flooding or water jetting.

## G103006 SOIL STABILIZATION

The following methods of soil stabilization will not be allowed: geosynthetics, such as geotextiles and geogrids, lime, cement, lime slurry, asphalt, and pressure grouting.

## G103007 SLOPE STABILIZATION

Provide slope stabilization through appropriate grading and site design for a minimum factor of safety of 1.5 or slope that does not exceed the maximum slope per local code requirements.   The following techniques for slope stabilization will not be allowed: geogrids, gabions, riprap, or concrete.   Provide calculations substantiating the provided slope and associated structures are stable.

## G103008 SOIL TREATMENT

Treat the area around the entire foundation of each building for termite control in accordance with manufacturer's instructions.

## G103009 SHORING

Provide shoring for all excavations greater than 1.5 meters or where it is known that in-situ soils lack the ability to hold near vertical faces.

## G103010 TEMPORARY DEWATERING

Provide dewatering for all excavations to prevent sloughing of excavated slopes and walls where required due to high water table.   The water level must be continually maintained below the working level. Dewatering method and selection shall be in accordance with UFC 3-220-05.

## G103011 TEMPORARY EROSION & SEDIMENT CONTROL

Temporary erosion and sediment control shall be provided as part of the Storm Water Pollution Prevention Plan (SWPPP).

## G103090 OTHER SITE EARTHWORK

Not used.

## G1040 HAZARDOUS WASTE REMEDIATION

Not used.

## G1040 1.1 EXCAVATION

Not used.

## G1040 1.2 STOCKPILED SOILS

Soils with OVA/FID readings of 5 parts per million (ppm) or greater are considered contaminated materials.

Contaminated stockpiled materials shall be disposed of off-site in accordance with local Environmental Regulations and the Final Governing Standards.

Soils that are less than 5 ppm may be used as clean fill.

## G1040 1.3 CLEAN FILL

Soils that are determined as clean fill via testing shall be backfilled and compacted in accordance with the requirements listed in this RFP.

## G1040 1.4 SPILLS

In the event of a spill or release of hazardous substances, pollutant, contaminant or oil, notify the Contracting Officer immediately.   Containment/Control actions shall be taken immediately to minimize the effect of any spill or leak.   Clean up shall be performed at the Contractor's expense in accordance with local Environmental Regulations and the Final Governing Standards.

## G1040 1.5 DISPOSAL

All waste materials shall become the property of the Contractor and shall be transported, disposed of or recycled in accordance with local Environmental regulations and the Final Governing Standards.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# G20 SITE IMPROVEMENTS

## SYSTEM DESCRIPTION

The site improvements system consists of pavements and pavement related features, landscaping and other exterior site development work related to this project. Pavement design shall be performed by a licensed Professional Engineer familiar with conditions local to the project site.

## GENERAL SYSTEMS REQUIREMENTS

Provide site improvements as required to make a useable facility that meets functional and operational requirements, incorporates all applicable anti-terrorism, force protection and physical security requirements and blends into the existing environment. Provide site improvements in accordance with UFC 3-200-10N. Provide site improvements in conformance with applicable requirements of the DoD, "ABA (Architectural Barriers Act) Accessibility Standard" (DoD ABAAS) and the DEPSECDEF Memorandum.

Identify and obtain all permits to comply with all Host Nation and federal regulatory requirements associated with this work. The contractor shall complete the "Permits Record of Decision" (PROD) form with the first design submittal package. A blank PROD form can be obtained at the Download Tab of Part 6 of the NAVFAC Design-Build website at the following link http://ndbm.wbdg.org/system/datas/11/original/PROD_Form.doc. Contractor shall determine correct permit fees and pay said fees. Copies of all permits, permit applications, and the completed PROD form shall be forwarded to the Government's Civil Reviewer.

Provide improvements as required to conform to all applicable anti-terrorism and physical security requirements.

Minimize the impact of construction activity on operations and neighboring facilities.

Locate new site improvements at locations indicated on the Master Development Plan in another part of this RFP. If specific locations are not provided, site the improvements to develop appropriate and positive relationships with other facilities and to conform to existing development patterns. The layout of the proposed improvements should use the minimum amount of available land on the project site.

Refer to Site Analysis and Building Requirements Sections for additional site improvement functional program information.

## G2010 ROADWAYS

Provide new roadways, as required, to allow for safe, convenient and logical circulation, while discouraging through traffic. The design of pavements shall take into consideration the anticipated daily traffic (1,000 cars, 100 single unit trucks, 20 H20 loadings) over the life of the project (20 years) as well as the existing soil conditions at the site.

Provide new roadways of concrete paver block as necessary to provide access to the building and associated improvements from the existing site roads. Porous bituminous pavement may not be used. Provide new roadway and other pavement sections as required by soil conditions and determined by the Designer of Record. Design pavement sections in accordance with UFC 3-200-10N Civil Engineering.

Provide other roadway improvements including markings and signage.

Provide bituminous pavement for pavement replacement due to utility construction or construction damage on the existing base roads to match the existing pavement section or the pavement section determined by the Designer of Record, whichever is larger.

## G201001 BASES & SUBBASES

The following materials will not be allowed for base or subbase courses: bituminous concrete, lean concrete, or cement stabilized sand-clay.

## G201002 CURBS & GUTTERS

Provide concrete curbs to tie into adjacent facilities.

Provide concrete curb along the sides of all concrete paver block roadways to prevent the movement of the concrete paver blocks.   Concrete curb for concrete paver block roadways shall be as indicated on the drawings in another part of this RFP.

## G201003 PAVED SURFACES

Regardless of the calculated pavement section(s), the minimum concrete paver block pavement section for new roadways is 80mm concrete traffic paving blocks on a 50mm sand bedding layer over a 150 mm aggregate base over a 150mm compacted subgrade.   Concrete paver blocks shall be approximately 200 mm long and 100 mm wide.

Regardless of the calculated pavement section(s), the minimum bituminous pavement section for pavement replacement is 75 mm of bituminous surface mix over 200 mm of aggregate base over a 150mm compacted subgrade.   Recycled asphalt pavement material may be used for bituminous concrete pavement as permitted by the Host Nation.

## G201004 MARKING & SIGNAGE

Provide pavement markings for concrete paver block pavement using contrasting color concrete paver blocks.

Provide pavement markings for pavement replacement to match existing.

Provide signage to match existing.

Provide temporary pavement markings and signage throughout construction to meet phasing requirements indicated in the project program.   Provide temporary signage in accordance with the MUTCD.

## G201005 GUARDRAILS & BARRIERS

Not used.

## G201006 RESURFACING

Not used.

## G201090 OTHER ROADWAYS

Not used.

## G2020 PARKING LOTS

Provide a minimum of four parking spaces in the vicinity of the proposed facility above and beyond the existing parking areas on the base.   The design of pavements shall take into consideration the anticipated daily traffic (100 cars, 10 single unit trucks, 2 H20 loadings) over the life of the project (20 years) as well as the existing soil conditions at the site.   A minimum of two parking spaces shall be designated as electric vehicle parking spaces and shall have an associated 230 Volt, 13 Amp, 50Hz receptacle recharging stations and the remainder of the parking spaces shall be for the staff and maintenance.

Provide parking lots of concrete paver blocks.   Porous bituminous pavement shall not be used.

Provide new parking and other pavement sections as required by soil conditions and determined by Designer of Record.   Design pavement sections in accordance with UFC 3-200-10N Civil Engineering.

Provide other parking improvements including bicycle parking, service drive for delivery and maintenance vehicles.   Use expected frequency of maintenance service functions and deliveries to determine if dedicated parking is required. Provide pavement markings and signage.

Provide handicapped parking in accordance with the new DoD, "ABA (Architectural Barriers Act) Accessibility Standard" (DoD ABAAS) and the DEPSECDEF Memorandum are located at http://www.access-board.gov/ada%2Daba/aba-standards-dod.cfm .

## G202001 BASES & SUBBASES

Crushed concrete meeting specified gradation for aggregate base or subbase courses may be used.

## G202002 CURBS & GUTTERS

Provide concrete curbs to tie into adjacent facilities.

Provide concrete curb along the sides of all concrete paver block parking lots to prevent the movement of the concrete paver blocks.   Concrete curbs for concrete paver block parking lots shall be as indicated on the drawings in another part of this RFP.

## G202003 PAVED SURFACES

Regardless of the calculated pavement section(s), the minimum concrete paver block pavement section for new roadways is 80mm concrete traffic paving blocks on a 50mm sand bedding layer over a 150 mm aggregate base over a 150mm compacted subgrade.   Concrete paver blocks shall be approximately 200 mm long and 100 mm wide.

## G202004 MARKING & SIGNAGE

Provide permanent and temporary markings (pavement, curb and object), signage (regulatory, warning and guidance) and other traffic control devices as required to facilitate proper utilization of the parking areas.

Provide pavement markings for concrete paver block pavements by using contracting color concrete paver blocks.   Provide signage to match existing.

Provide temporary pavement markings and signage to meet phasing requirements indicated in the project program.   Provide temporary signage in accordance with the MUTCD.

## G202005 GUARDRAILS & BARRIERS

Provide wheel stops and bollards in accordance with the UFC 3-200-10N, *Civil Engineering*.

## G202006 RESURFACING

Not used.

## G202007 MISCELLANEOUS STRUCTURES AND EQUIPMENT

Not used.

## G202090 OTHER PARKING LOTS

Not used.

## G2030 PEDESTRIAN PAVING

Provide a network of concrete paver block sidewalks, separated from, but connected to vehicular circulation systems, to allow pedestrian circulation between various elements of the project.   The pedestrian paving will include a pedestrian mall along the south-east boundary of this project site.   The layout of the pedestrian mall shall be as indicated in the drawings in another part of this RFP.

## G203001 BASES & SUBBASES

Crushed concrete meeting specified gradation for aggregate base or subbase courses may be used.   A sand bedding layer shall be used above the base course.

## G203002 CURBS & GUTTERS

Provide concrete curbs to tie into adjacent facilities.

Provide concrete curb along the sides of all concrete paver block sidewalks to prevent the movement of the concrete paver blocks.   Concrete curbs for the concrete paver block sidewalks shall be as indicated in the drawings in another part of this RFP.

## G203003 PAVED SURFACES

The minimum concrete paver block pavement section for pedestrian paving is 60mm concrete paving blocks on a 50mm sand bedding layer over a 150 mm aggregate base over a 150mm compacted subgrade.   Concrete paver blocks shall be approximately 200 mm long and 100 mm wide.

## G203004 GUARDRAILS & BARRIERS

Not used.

## G203005 RESURFACING

Not used.

## G203006 OTHER WALKS, STEPS & TERRACES

Provide concrete paver block sidewalks to convey all pedestrian traffic expected in conjunction with this

project.   Connect all sidewalks associated with this project into those of adjacent facilities.   Ensure that exterior sidewalks have non-slip surfaces and drain away from the building.

## G2040 SITE DEVELOPMENT

## G204001 FENCING & GATES

Not used.

## G204002 RETAINING AND FREESTANDING WALLS

Provide a freestanding wall around the loading dock, trash and recycling dumpsters and all outdoor storage areas.   All freestanding walls shall conform to the Base Exterior Architecture Plan (BEAP) and the Installation and Appearance Plan.   Provide double swing wooden gates at all openings in freestanding walls for vehicle access,

## G204003 EXTERIOR FURNISHINGS

All site furnishings shall conform to the Base Exterior Architectural Plan (BEAP) and the Installation and Appearance Plan.   Provide trash receptacles, benches recycling receptacles near the building entrances and ash receptacle at the designated smoking area.

## G204004 SECURITY STRUCTURES

Not used.

## G204005 SIGNAGE

Provide signage in accordance with the Activity's BEAP and the Installation and Appearance Guide.

## G204006 FOUNTAINS & POOLS

Not used.

## G204008 TERRACE AND PERIMETER WALLS

Not used.

## G204009 FLAGPOLES

Not used.

## G204090 OTHER SITE IMPROVEMENTS

Provide dumpster pad with enclosure and recycling area with enclosure.   Provide double swing wooden gate with self-closing mechanism.

## G2050 LANDSCAPING

Provide complete landscaping consisting of groundcover, trees, shrubs, and perennials as required to provide a quality, cost-effective, functional and visually appealing landscape program that will enhance the development,

while complying with all applicable anti-terrorism, force protection and physical security requirements. All landscaping materials selected shall be drought tolerant.

Guarantee all landscaping for a period of one year after final acceptance of the project.

Provide complete landscaping maintenance throughout the guarantee period.

Provide mechanical equipment screening wall on three sides of new equipment.

Provide shrubs or small growing trees for screening of mechanical equipment/wall, dumpster enclosures, food service delivery area, and other obstructions that do not present an aesthetic view from the street.

## G205001 FINE GRADING AND SOIL PREPARATION

Not used.

## G205002 EROSION CONTROL MEASURES

Prevent erosion from occurring by providing erosion control measures as required by Host Nation and federal requirements.

## G205003 TOPSOIL AND PLANTING BEDS

See G205005 Plantings.

## G205004 SEEDING SPRIGGING AND SODDING

Not used.

## G205005 PLANTINGS

Provide a minimum of 20 trees and 50 shrubs for this project.

## G205006 PLANTERS

Not used.

## G205007 IRRIGATION SYSTEMS

Provide an irrigation system to adequately irrigate all landscaped areas for the new building. The irrigation system shall be supplied by the irrigation water distribution system which is under construction. The irrigation system may include the extension of the irrigation water distribution system to the building site.

## G205090 OTHER LANDSCAPING

Not used.

--End of Section--

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# G30 SITE CIVIL/MECHANICAL UTILITIES

## SYSTEM DESCRIPTION

The site civil/mechanical utility systems include water supply systems, sanitary sewer systems, storm drainage systems and associated appurtenances which are more than 1.5 meters outside the building.

The site mechanical utility system consists of all piping and appurtenances for chilled water, including all accessories and devices as necessary and required for a complete and usable system up to 1.5 meters outside buildings.

## GENERAL SYSTEM REQUIREMENTS

Develop the site to provide water, fire protection, sanitary sewer, storm drainage and cooling services that meet the requirements of each applicable regulatory agency that governs and issues permits for the construction and operation of these systems.

Provide each system complete and ready for operation.

Physically verify the location of existing above and below ground utilities prior to starting work.

Identify and obtain all permits to comply with all Host Nation and federal regulatory requirements associated with this work.   The contractor shall complete the "Permits Record of Decision" (PROD) form with the first design submittal package.   A blank PROD form can be obtained at the Download Tab of Part 6 of the NAVFAC Design-Build website at the following link http://www.wbdg.org/ndbm/Download/Down_Additional.html?Section=AdditionalInfo .   Contractor shall determine correct permit fees and pay said fees.   Copies of all permits, permit applications, and the completed PROD form shall be forwarded to the Government's Civil/Mechanical Reviewer.

Minimize the impact of construction activity on facility operations and neighboring facilities.

Utility connection points are indicated on the drawings in another part of this RFP.   Obtain final approvals from the Government's Civil/Mechanical Reviewer and the Contracting Officer for all utility connection points associated with this work.

Coordinate with the local utility providers and pay any fees or charges required to connect to their utility.

Refer to Site Analysis and Building Requirements Sections for additional site civil/mechanical utilities information.

Provide all required fittings, connections and accessories required for a complete and usable system. All equipment shall be installed per the criteria of PTS Section G30 and the manufacturer's recommendations. Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall".

## G3010 WATER SUPPLY

The new water system is an extension of the existing water system.   The existing water system serving the project site is owned by the federal government.   Provide the new water system and connections to the existing water system in accordance with UFC 3-200-10N, *Civil Engineering* and the Host Nation waterworks' regulations; whichever is more stringent.

Notify the U.S. Navy Department of Public Works of the additional demand generated by the proposed facility. Provide a copy of all correspondence with the utility provider to the Government's Civil/Mechanical Reviewer.

Provide connection to the existing water distribution system at the point indicated on the drawings in another part of this RFP.

## G301001 WELL SYSTEMS

Not used.

## G301002 POTABLE WATER DISTRIBUTION

Connect the new potable water distribution system to the distribution system at the point indicated on the drawings in another part of this RFP.

Provide exterior corrosion protection on metallic pipe lines.

A water meter on each proposed service line is not required.

Fire hydrants shall be red in color. Fire hydrants shall be wet-barrel type with a 150 mm inlet, one 115 mm pumper connection and two 65 mm hose connections. Pumper connection and hose connections shall be individually valved with independent nozzle gate valves. All connections shall be compatible with the base fire fighting equipment.

Backflow preventers are required on all service entrance lines. If not specified in ESR D20 and D40, provide backflow preventers in a belowground vault outside the building.

## G301003 POTABLE WATER STORAGE

Not used.

## G301004 FIRE PROTECTION WATER DISTRIBUTION

No separate fire protection water distribution system is required. Fire protection water will be provided by the potable water distribution system.

## G301005 FIRE PROTECTION WATER STORAGE

Not used.

## G301006 NON-POTABLE WATER DISTRIBUTION

Connect the new irrigation water supply system to the irrigation water supply system at the point indicated on the drawings in another part of this RFP.

## G301007 PUMPING STATIONS

Not used.

## G301008 PACKAGED WATER TREATMENT PLANTS

Not used.

## G301090 OTHER WATER SUPPLY

Not used.

## G3020 SANITARY SEWER

The new sanitary sewer system is an extension of the existing sanitary sewer collection system. The existing sanitary sewer collection system serving the project site is owned by the federal government. Provide the new sanitary sewer system and connections to the existing sanitary sewer collection system in accordance with UFC 3-200-10N, Civil Engineering and the Host Nation sewerage regulations; whichever is more stringent.

Notify the U.S. Navy Department of Public Works of the additional wastewater flow generated by the proposed facility. Provide a copy of all correspondence with the U.S. Navy Department of Public Works to the Government Civil Reviewer.

Provide connection to the existing sanitary sewer collection system at the point indicated on the drawings in another part of this RFP. In identifying a suitable point of connection, provide consideration of the capacity of the existing collection system.

## G302001 SANITARY SEWER PIPING

Provide exterior corrosion protection on metallic pipe lines.

## G302002 SANITARY SEWER MANHOLES & CLEANOUTS

Provide precast concrete manholes only. Provide ductile iron pipe or PVC cleanouts.

## G302003 LIFT STATIONS AND PUMPING STATIONS

Not used.

## G302004 PACKAGED SANITARY SEWER TREATMENT PLANTS

Not used.

## G302005 SEPTIC TANKS

Not used.

## G302006 DRAIN FIELDS

Not used.

## G302090 OTHER SANITARY SEWER

Not used.

## G3030 STORM SEWER

If required, the new storm sewer system may be an extension of the existing storm sewer system. The existing storm sewer system serving the project site is owned by the federal government. Provide the new storm sewer

system and connections to the existing storm sewer system in accordance with UFC 3-200-10N, *Civil Engineering*; the Host Nation storm water management laws and regulations; and LEED Sustainable Site Prerequisite 1; whichever is more stringent.

Storm water management shall be provided by shallow infiltration/evaporation ponds located in landscaped areas to the maximum extent possible to minimize the need for connections to the existing storm water collection system.

Provide connection to the existing storm sewer collection system at existing storm water inlets or by providing new storm water inlets on the existing storm drainage system.   Confirm that the existing outfall has adequate capacity to receive the additional storm water flow generated by the project.

Vehicle wash areas are not to be provided.

## G303001 STORM SEWER PIPING

Due to corrosive soil conditions, storm sewer piping materials shall be polyvinyl chloride (PVC) for diameters less than 300 mm and high density polyethylene (HDPE) for diameters 300 mm to 762 mm.

## G303002 STORM SEWER STRUCTURES

Provide new storm sewer structures to match the existing storm sewer structures currently in use on the site.

## G303003 LIFT STATIONS

Not used.

## G303004 CULVERTS

Not used.

## G303005 HEADWALLS

Not used.

## G303006 EROSION & SEDIMENT CONTROL MEASURES

Erosion & sediment control measures shall be identified by the Designer of Record and shall be included in the Storm Water Pollution Prevention Plan.

## G303007 STORM WATER MANAGEMENT

Comply with UFC 3-210-10N.   The use of Low Impact Development (LID) is required for the project to achieve design objectives stated in DoD Policy on Implementing Section 438 of the Energy and Independence and Security Act (EISA), dated 19 January, 2010 and Department of Navy Low Impact Development (LID) Policy for Storm Water Management, dated 16 November, 2007.   The following LID features shall be considered: bioretention, filter/buffer strips, bioretention swales, infiltration trenches, rain gardens.   The use of dry wells, grassed swales, wet swales, rain barrels, cisterns, permeable pavement/pavers, and tree box filtersare **not** allowed for this project.   Comply with the UFC 3-210-10N "Interim Technical Guidance: Low-Impact Development".

The Contractor shall evaluate the drainage conditions and submit sealed calculations to the Government for civil

and environmental review supporting EISA Section 438 and NAVY LID policies have been met in accordance with UFC 3-210-10N.   Provide a narrative stating project design goals were achieved or to what extent with the sealed calculations.   The NAVFAC FEC Commanding Officer shall be the final approval authority for a NAVY LID waiver requests.

The contractor shall obtain all required regulatory permits required for the proposed work.   Coordinate all reports, submittals, and permit applications through the Contracting Officer.

## G303090 OTHER STORM SEWER

An oil/water separator will not be required.

## G3050 COOLING DISTRIBUTION

## G305002 UNDERGROUND COOLING SYSTEMS

Provide direct buried, factory pre-fabricated, pre-insulated piping systems.   Piping systems shall consist of a steel carrier pipe with polyurethane insulation and a jacket to match the existing chilled water distribution piping.

-- End of Section --

# 6. ENGINEERING SYSTEMS REQUIREMENTS

# G40 SITE ELECTRICAL UTILITIES

## SYSTEM DESCRIPTION

Provide a new Combined DFAC.

The site electrical utility system consists of all power and telecommunications and fiber optic cabling from the existing distribution system point of connection including all connections, accessories and devices as necessary and required for a complete and usable system. This section covers installations up to within 5 feet (1.5 meters) of new (or existing) building location.

### GENERAL SYSTEM REQUIREMENTS

Provide an Electrical System complete in place, tested and approved, as specified throughout this RFP, as needed for a complete, usable and proper installation. All equipment shall be installed per the criteria of PTS Section G40 and the manufacturer's recommendations. Where the word "should" is used in the manufacturer's recommendations, substitute the word "shall". All attachments referenced in this document are located in Part 6.

### G4010 ELECTRICAL DISTRIBUTION

Connect to the existing 400/230 volt, three phase, four-wire, 50 Hertz electrical power system. The connection point shall be underground at Transformer Building P-22 (Reference attached Drawings E-2 & E-7) and extended to the project site underground in ductbank to a service entrance switchboard. Manholes shall be marked in accordance with the base utility master plan via welded tags.

The available fault current at the point of connection shall be assumed to be an infinite bus.

### G401001 SUBSTATIONS

Not Used

### G401002 TRANSFORMERS

Not Used

### G401003 SWITCHES, CONTROLS AND DEVICES

Not Used

### G401004 OVERHEAD ELECTRIC CONDUCTORS

**Not used**

### G401005 TOWERS, POLES, CROSSARMS AND INSULATORS Not used

### G401006 UNDERGROUND ELECTRIC CONDUCTORS

Provide a 400/230 volt secondary underground electrical power distribution system to meet the connection requirements as indicated in paragraph G4010 "Electrical Distribution".

## G401007 DUCTBANKS, MANHOLES, HANDHOLES AND RACEWAYS

Provide a system of concrete encased ductbanks, handholes and manholes for all underground power wiring.

## G401008 GROUNDING SYSTEMS

Provide a complete grounding system for the electrical power distribution system.

## G401009 METERING

Provide a separate Kilowatt Demand Meter for the service entrance switchboard.

Provide the switchboard with a digital circuit monitor/analyzer.   Equipment shall have capabilities to connect to the existing ION Powerlogic monitoring system.

## G401011 EQUIPMENT REQUIREMENTS FOR COASTAL AND HIGH HUMIDITY AREAS

Provide exterior equipment designed for coastal and high humidity areas.

## G4020 SITE LIGHTING

Provide site lighting for exterior, including underground distribution, handholes, grounding, poles, fixtures and controls as required for a complete and usable system. Coordinate exterior Promenade lighting with existing light fixtures. Utilize existing below grade duct bank and manhole/handhole system for new Promenade lighting.

## G402001 EXTERIOR LIGHTING FIXTURES AND CONTROLS

Street Lighting

Area and Parking Lighting for

Provide high pressure sodium   type lighting fixtures, complete with lamps.

Provide an automatic lighting control system for exterior lighting fixtures utilizing lighting contactors, time switches, and photocell switches such that lighting will automatically turn "ON" at dusk and turn "OFF" at dawn.

Provide lighting control for exterior lighting fixtures with individual photocell switches on each luminaire.

## G402002 SPECIAL SECURITY LIGHTING SYSTEMS

Not Used

## G402003 OTHER AREA LIGHTING

**Not used**

## G402004 LIGHTING POLES

Provide aluminum poles for site lighting.

## G402005 UNDERGROUND ELECTRIC CONDUCTORS

Provide a complete underground distribution system for all site lighting systems.

## G402006 DUCTBANKS, MANHOLES AND HANDHOLES

Provide a direct buried underground system including conduits and handholes to meet the connection requirements indicated in paragraph G4020 "Site Lighting".

## G402007 GROUNDING SYSTEMS

Provide a complete grounding system for all site lighting systems.

## G4030 SITE COMMUNICATIONS AND SECURITY

Provide a site communications system including, but not necessarily limited to, Voice and Data Telecommunications Systems, Cable Television (CATV) Systems including all conduit and wiring, underground structures, termination equipment, poles and structures, and grounding systems as required for a complete and usable system.   All site communications shall be in accordance with the UFGS 33 82 00, Telecommunications Outside Plant (OSP).

## G403001 TELECOMMUNICATIONS SYSTEMS

The connection point for the site telecommunications systems shall be underground at the MDF in the Waterfront Consolidated Utilities Building (CUB) and extended to the project site underground in a system of manholes and ductbanks to the Telecommunications Equipment Room or Entrance Facility.

Provide (N+25%) twisted pair copper and 12/12 (SM/MM) strand fiber optic cable between the CUB connection points and building entrance facility.(Or size cable counts accordingly based on the facility requirements and appropriate UFC).   Survey, create Bill of Materials, and splice into stub trunk cables in the CUB entrance maintenance hole to facilitate connectivity from distribution frame to new building, or locate available dedicated copper and fiber in nearest maintenance hole.   Include all necessary splicing and support hardware.   Transition OSP copper cables to Alvyn "tip" cables in the vault via splice.Provide corrugated innerduct for OSP fiber cables.

Designer of record shall coordinate installation and termination of all exterior telecommunications systems with the Base Communications Officer (BCO) and Base Telephone (Outside Plant).

## G403002 CABLE TV SYSTEMS (CATV)

The connection point for the site CATV shall be underground at the Waterfront CUB (or nearest available tie-in point) and extended to the project site underground in duct bank to the entrance facility/telecommunications equipment room.

## G403003 CABLES AND WIRING

See previous subparagraphs and paragraphs D50 and G40 in Part 4.

## G403004 DUCTBANKS, MANHOLES AND HANDHOLES

Provide a system of ductbanks, manholes, and hand holes for site telecommunications and security.

## G403005 TOWERS, POLES AND STANDS

Not required for this project.

## G403006 TV CAMERAS AND MONITORS

Not required for this project.

## G403007 ELECTRONIC SECURITY SYSTEMS (ESS)

Provide exterior ESS consisting of   all conduit and wiring, underground structures, termination equipment, as required for a complete and usable system. The ESS shall be connected to the ESS site loop for monitioring purposes via the communications ductbank provided under this contract.

## G403008 OTHER COMMUNICATION AND ALARM

No additional requirements for this project.

## G403009 GROUNDING SYSTEMS

Provide a complete grounding system for all site communications and security systems.

## G4090 OTHER SITE ELECTRICAL UTILITIES

Not Used

-- End of Section --

# PART FOUR: 2 + 0 TQ - PERFORMANCE TECHNICAL SPECIFICATIONS

## TABLE OF CONTENTS

---

### COVER PAGE

### TABLE OF CONTENTS

A10     FOUNDATIONS
A20     BASEMENT CONSTRUCTION
B10     SUPERSTRUCTURE
B20     EXTERIOR ENCLOSURE
B30     ROOFING
B30a    ROOFING SYSTEM COMPONENTS FORM
C10     INTERIOR CONSTRUCTION
C20     STAIRS
C30     INTERIOR FINISHES
D10     CONVEYING
D20     PLUMBING
D30     HVAC
D40     FIRE PROTECTION
D50     ELECTRICAL
E10     EQUIPMENT
E20     FURNISHINGS
F10     SPECIAL CONSTRUCTION
F20     SELECTIVE BUILDING DEMOLITION
G10     SITE PREPARATION
G20     SITE IMPROVEMENTS
G30     SITE CIVIL/MECHANICAL UTILITIES
G40     SITE ELECTRICAL UTILITIES
Z10     GENERAL PERFORMANCE TECHNICAL SPECIFICATION

SECTION A10

FOUNDATIONS
12/11

**A10  GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**A10  1.1  DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**A10  1.1.1  Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs  which include the following significant UFC(s):UFC 3-100-10N, Architecture UFC 3-220-01N, Geotechnical Engineering Procedures for Foundation Design of Buildings and Structures UFC 3-301-01, Structural Engineering) |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

UFGS Section 31 00 00    Earthwork

**A10  1.2  GENERAL REQUIREMENTS**

**A10  1.2.1  Earthwork**

The Designer of Record shall utilize the following UFGS Specifications and shall include the prepared specification section in the project specification:

Section 31 00 00 *Earthwork*

**A10  1.2.2  Geotechnical Report**

**A10  1.2.2.1  Subsurface Soils Information**

A geotechnical investigation was performed in the vicinity of this project in 2011. The results of this investigation are included in a report entitled "Waterfront Area Geotechnical Investigation Naval Support Activity, Mina Slaman Port, Bahrain". A copy of this report is available for inspection. The exploration logs from the report is contained in Part 6-Attachment of this contract. The report and exploration logs are " FOR **INFORMATION ONLY"**, and is not guaranteed to fully represent all subsurface conditions. Contractor is required to perform a a site specific geotechnical investigation for the design and construction of the foundation system.

### A10 1.2.2.2 Contractor-provided Geotechnical Engineer

The Contractor is required to retain a experienced and licensed Geotechnical Engineer and develop requirements for bidding. Any provided subsurface soil information is **"FOR INFORMATION ONLY"**. A site specific geotechnical investigation is not available and it is contractor's responsibility to provide it for the design and construction of the foundation system. Requirements stated in Parts 3 and 4 of the RFP take precedence over any content of any included geotechnical report. Additional requirements for the geotechnical design of this project are provided elsewhere in this RFP.

All work by the Contractor-provided Geotechnical Engineer at the project location shall be coordinated with the Contracting Officer and shall not interfere with normal base operations. When providing the Foundation Work Design submittal, provide the Contractor's Geotechnical Report (an Adobe Acrobat PDF version on CD and two printed copies) for review and record keeping purposes. The report shall become the property of the Government. Provide the Geotechnical reports generated during construction, such as pile load tests or PDA results, pile driving results and analysis, to the Contracting Officer (an Adobe Acrobat PDF version and two printed copies) for record keeping purposes. If driven pile is used, provide the dynamic wave analyses in the report.

### A10 1.2.2.3 Contractor-Provided Geotechnical Report

Submit a written Geotechnical report based upon Contractor's subsurface investigation data and all additional field and laboratory testing accomplished at the discretion of the Contractor's Geotechnical Engineer. As a minimum, the Geotechnical Report shall include the following:

a.  The project site description, vicinity map and site map indicating the location of borings and any other sampling locations. Provide 24 hour groundwater observations for at least 20% of the borings, minimum one boring. Provide notes explaining any abbreviations or symbols used and describing any special site preparation requirements.

b.  Results of all applicable field and laboratory testing. Address existing subsurface conditions, selection and his design of the foundation and floor slab, all underground construction including utility installation and all other site-specific requirements (such as soil stabilization and slope stability, if necessary).

c.  Engineering analysis, discussion and recommendations addressing:

**A940**

1)  Settlement analysis. Settlement shall be limited as required in EM 1110-1-1904, *Settlement Analysis*

2)  Bearing Capacity Analysis for shallow foundation system. Pile capacity for deep foundation system, including skin friction and end bearing versus depth.

3)  Foundation selection and construction considerations (shallow, deep, special); dimensions, and installation procedures. Foundation design confirmation/acceptance testing requirements.

4)  Site preparation (earthwork procedures and equipment), compaction requirements, building slab preparation (as applicable), soil sensitivity to weather and equipment, groundwater influence on construction, mitigation of expansive soils or liquefaction potential, dewatering requirements, slope stability, and other necessary instructions.

5)  Sheeting and shoring considerations, as applicable

6)  Pavement design calculations with parameters defined, actual or assumed, and recommended thicknesses and materials, whether for design or for proposed modifications to the RFP provided pavement design.

7)  Haul routes and stockpile locations for earthwork, as applicable.

8)  Calculations to support conclusions and recommendations.

9)  Recommendations shall be presented on a structure-by-structure Basis.

The Geotechnical Report shall be signed by the Contractor-provided Geotechnical Engineer.

The submitted report shall be accompanied by a cover letter identifying any report recommendations of the report proposed to be adopted into the design which are interpreted by the Contractor as a change condition to the Geotechnical or Pavement related requirements of the RFP.

## A10 1.2.2.4 Geotechnical Site Data required in Design Drawings

The Contractor's final design drawings shall include the borings and laboratory test data results performed by the Contractor. The data provided shall include:

a.  Logs of Borings and related summary of laboratory test results and groundwater observations.  Provide 24-hour groundwater observations for at least 20% of the borings, minimum one boring. Provide notes explaining any abbreviations or symbols used and describing any special site preparation requirements.

b.  The locations of all borings shall be indicated on the drawings.  The applicable design drawings shall be revised to reference the Contractor's Geotechnical Report as being a basis for design.

### A10 1.2.3 Pile Driver Analyzer (PDA)

If deemed necessary by the Designer-of-Record's geotechnical engineer, the dynamic wave equation method of analysis, pile driver analyzer, shall be used to validate pile and pile hammer compatibility, establish pile driving criteria, establish terminal penetration resistance, or verify as-driven capacity of the pile. The PDA or static load test(s) shall be required for piles with required allowable design capacity equal to or greater than 40 tons.

## A10 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Verification of satisfactory construction and system performance of the foundations shall be via Performance Verification Testing, and by field inspection, as detailed in this section of the RFP and in UFGS Section 01 45 02.0010 and 01 45 04.00 10. Provide special tests and special inspections in accordance with UFGS Section 01 45 02.0010 and 01 45 04.00 10.

### A10 1.3.1 Earthwork

Perform quality assurance for earthwork in accordance with UFGS Section 31 00 00. A competent person, as defined by COE EM 385-1-1, under supervision of a registered Professional Engineer is required to provide inspection of excavations and soil/groundwater conditions throughout construction. The Engineer shall be responsible for performing periodic site visits throughout construction to assess site conditions. The Engineer, with the concurrence of the contractor and the Contracting Officer, shall update the excavation, sheeting, shoring, and dewatering plans as construction progresses to reflect actual site conditions and shall submit the updated plan and a written report (with professional stamp) at least monthly informing the Contractor and the Contracting Officer of the status of the plan and an accounting of Contractor adherence to the plan; specifically addressing any present or potential problems. The Engineer shall be available to meet with the Contracting Officer at any time throughout the contract duration.

### A10 1.3.2 Deep Foundations

If deep foundations are required, perform quality assurance for pile construction in accordance with UFC 3-220-01A, *Deep Foundations*. Pile installation procedures and installed deep foundations shall be inspected and found to be in compliance with these specifications prior to acceptance of the work.

Install test piles as directed by the Contractor's Geotechnical Engineer. Pile load tests shall be performed in accordance with UFC 3-220-01A. Test pile installation procedures shall be as directed by the Contractor's Geotechnical Engineer. Results of the pile test program and final pile installation criteria shall be submitted to the Contracting Officer prior to installation of the production piles.

If driven piles are used , the dynamic wave equation method of analysis, pile driver analyzer, shall be used to validate pile and pile hammer compatibility, establish pile driving criteria, establish terminal penetration resistance, or verify as-driven capacity of the pile. Perform PDA or static pile load test (ASTM D 1143) on all indicator or test piles. Perform CAPWAP analysis on at least one test (indicator) pile to determine capacity with a minimum three day set-up and develop pile installation criteria.

If drilled shafts/caissons/bored cast-in-place piles are used, the following pile design load and structural integrity tests shall be performed (but not limited to): static pile load test (ASTM D1143), Osterberg Cells, Sonic Logging, Pile Integrity Testing, or Thermal Integrity Profiler.

## A10 1.4 DESIGN SUBMITTALS

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 10.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, UFC 3-220-01N, *Geotechnical Engineering Procedures for Foundation Design of Buildings and Structures, and UFC 1-200-01, General Building Requirements*.

UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. The DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

UFGS Section 31 00 00 *Earthwork*

## A10 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

All structural elements necessary for construction

Contractor-provided geotechnical report

Controlled fill or backfill material tests

Test pile and production pile installation records

Pile integrity testing reports

Pile load testing reports

As-Built drawings - Include a statement on the drawings indicating the method used to verify the allowable design capacity of the piles (load tests or PDA).

## A1010 STANDARD FOUNDATIONS

## A1010 1.1 SHEETING AND SHORING

Provide sheeting and shoring as required. Sheeting and shoring plans shall be signed by the Contractor's Geotechnical Engineer.

## A1010 1.2 TERMITE CONTROL

### A1010 1.2.1 Termite Control Barrier System

Formulate and apply termiticide in accordance with the manufacturer's label directions. The termiticide label shall bear evidence of registration by the U.S. Environmental Protection Agency or appropriate requirements of the host country.

Apply termiticide to the soil that will be covered by or lie immediately adjacent to the building(s) and structure(s), providing a protective barrier against subterranean termites.

Maintain the Pest Management Maintenance Record, DD Form 1532-1 and submit the Pest Management Report, DD Form 1532 as required.

Applicator(s) shall be licensed or certified by the Federal government or the state or the host country, as applicable.

### A1010 1.2.2 Warranty

Furnish a 3 year written warranty against infestations or reinfestation by subterranean termites of the buildings or building additions constructed under this contract. Perform annual inspections of the building(s) or building addition(s). If live subterranean termite infestation or subterranean termite damage is discovered during the warranty period, and building conditions have not been altered in the interim, the Contractor shall:

a.  Perform treatment as necessary for elimination of subterranean termite infestation;

b.  Repair damage caused by termite infestation;

c.  Reinspect the building approximately 180 calendar days after the repair.

### A1010 1.2.3 Visual Inspection Guide

To maintain resistance to termites, complete the system and do not disturb, penetrate or damage during the remaining contract time period. Provide Manufacturer's Guidance for performing a visual assessment of the installed system to ensure the system provides the designed termite physical barrier.

## A101001 WALL FOUNDATIONS

Provide foundation walls as required in accordance with the requirements of this section and other portions of this RFP.

## A101002 COLUMN FOUNDATIONS AND PILE CAPS

Provide column foundations or pile caps and grade beams as required in accordance with the requirements of this section and other portions of this RFP.

## A1020 SPECIAL FOUNDATIONS

## A102001 PILE FOUNDATIONS

Where piles are required, design, install, and test piles (including sheet piles, as applicable) in accordance with UFC 3-220-01A, except as noted otherwise. Provide piles in accordance with the requirements of the Contractor's Geotechnical Engineer, and the following paragraphs.

## A102001 1.1 DRIVING EQUIPMENT

Install piles (including sheet piles, as applicable) to the required tip elevation and capacity with the appropriate equipment as recommended by the Contractor's Geotechnical Engineer. Pile hammer shall be of sufficient weight and energy to suitably install piles without damage.

Drive production piles with the same hammer, cap block, and cushion materials, and using the same operating conditions as test piles, including pre-augering and spudding.

Pile driving equipment shall match the equipment assumptions on which the pile driving formulae used to determine blow counts are based.

## A102001 1.2 INSTALLATION TOLERANCES

The contractor shall provide the pile specification in accordance with the applicable UFGS**A102001 1.3 MISLOCATED AND DAMAGED PILES**

Remove and replace with new piles those piles that are damaged, mislocated, or installed out of alignment tolerance or provide additional piles, installed as directed by the Contractor's Geotechnical Engineer and approved by the Contracting Officer, at no additional cost to the Government.

## A102001 1.4 PILE SPACING

For cast-in-place concrete or augercast piles, provide adequate distance, as determined by the Contractor's Geotechnical/Structural Engineer, between freshly placed concrete and other pile installation operations to avoid damage to concrete. The contractor shall provide the pile specification in accordance with the applicable UFGS.

## A102001 1.5 COATED PILES

Handle treated or coated piles so as to protect the treatment or the coating. Repair damage or defects to treatment or coating.

## A102002 CAISSONS/DRILLED SHAFTS/BORED CAST-IN-PLACE (CIP) PILES

If required, provide caissons as required in accordance with the requirements of this section and other portions of this RFP. Caisson foundation term refers to very large footings which are sunk into position by excavation through or beneath the structure. Caissons are also referred to by other names including drilled shafts, bored cast-in-place (CIP) piles, bored piles (Europe), cast-in-drilled-hole piles (CIDH-Caltrans terminology), drilled piers. Provide caissons/drilled shafts/bored CIP piles in accordance with the requirements of the Contractor's Geotechnical Engineer and UFGS Section 31 63 26, The caissons/drilled shafts/bored CIP piles shall have full length temporary casing to install.

## A102003 UNDERPINNING

If required, underpin existing construction as required in accordance with the requirements of this section and other portions of this RFP.

## A102004 DEWATERING

Based on the previous geotechnical investigations in the vicinity project areas, the groundwater table was encountered at depths between 2.2 m to 3.28 m below existing ground surface. Considering the high groundwater table in this project, the Contractor's Geotechnical Engineer shall determine whether dewatering system will be effective or not and identify the dewatering selection and method based on his/her subsurface exploration and investigation. If dewatering is required, the selection of the dewatering system for foundation construction, shall consider the site soil conditions and local subsurface and surface water, including rainfall, and considering any potential adverse impact on adjacent facilities, including settlement. Dewatering system shall be designed in accordance with UFC 3-220-05.

## A102005 RAFT FOUNDATIONS

If required, provide a raft foundation as required to achieve the requirements of this section and other portions of this RFP and as required by the Contractor's Geotechnical Engineer.

## A102006 PRESSURE INJECTED GROUTING

If required, pressure inject grout as required in accordance with the requirements of this section and other portions of this RFP.

## A1030 SLAB ON GRADE

## A103001 STANDARD SLAB ON GRADE

If allowed by site conditions and recommended by the Contractor-provided Geotechnical Engineer, provide standard concrete slab on grade to meet the required loading requirement in accordance with the requirements of this section and other portions of this RFP.

Floor slab on grade shall be designed and constructed in accordance with EM 1110-1-1904, Settlement Analysis and so that any settlement of the floor slab shall not result in harmful distortion of the floor, nor vertical misalignment of the floor with other building components (such as doorways and trenches), building utilities or with pile-supported building elements.  If these above conditions cannot be met, provide a pile supported slab.

## A103003 TRENCHES

Trenches shall be constructed of reinforced concrete with water proof joints and seals to prevent ground water infiltration.

## A103004 PITS AND BASES

Pits and bases shall be constructed of reinforced concrete with water proof joints and seals to prevent ground water infiltration.

## A103005 FOUNDATION DRAINAGE

## A103005 1.1 PERIMETER FOUNDATION DRAINAGE

Perimeter drainage system shall be provided to remove water away from the foundation of the facility and to be deposited in the storm sewerage system of the site.  Pipe for the foundation drainage system shall be of the type specified, shall be perforated, and shall be of a size sufficient to remove water from the foundation successfully.  Provide one, or a combination of more than one, of the following types of pipe:

a.  Corrugated Polyethylene (PE) Drainage Pipe: ASTM F 405, heavy duty, for pipe 3 to 6 inches in diameter inclusive; ASTM F 667 for pipe 8 to 24 inches in diameter.  Fittings shall be manufacturer's standard type and shall conform to the indicated specification.

b.  Acrylonitrile-Butadiene-Styrene (ABS) Pipe: ASTM D 2751, with a maximum SDR of 35.

c.  Polyvinyl Chloride (PVC) Pipe: ASTM F 758, Type PS 46, ASTM D 3034, or ASTM F 949 with a minimum pipe stiffness of 46 psi.

Installation shall include wrapping the pipe with filter fabric sock and careful bedding of the pipe with appropriate fill material to ensure that the pipe does not become obstructed with the bedding material.

W912ER-11-D-0010-0006

**A103090 OTHER SLAB ON GRADE**

**A103090 1.1 BLOCK OR BOARD PERIMETER INSULATION**

Provide only thermal insulating materials recommended by manufacturer for perimeter insulation.   Provide one of the board or block thermal insulations listed below conforming to the following standards:

a.    Cellular Glass:  ASTM C 552

b.    Extruded Preformed Cellular Polystyrene:  ASTM C 578

The thickness of insulation and thermal resistance value shall be sufficient to meet the applicable building code and energy budget for the facility.

-- End of Section --

SECTION A20

BASEMENT CONSTRUCTION
12/11

**A20 NOT PERMITTED**


-- End of Section --

SECTION B10

SUPERSTRUCTURE
11/10

## B10 GENERAL

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

## B10 1.1 DESIGN GUIDANCE

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

### B10 1.1.1 Government Standards

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs  which include the following significant UFC(s):UFC 3-100-10N, Architecture UFC 3-301-01, Structural Engineering) |
| UFC 4-023-03 | Design of Buildings to Resist Progressive Collapse |

## B10 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Verification of satisfactory construction and system performance shall be via Performance Verification Testing, as detailed in this section of the RFP. Provide special tests and special inspections in accordance with UFGS Section 01 45 02.00 10 and 01 45 02.00 10.

## B10 1.3 DESIGN SUBMITTALS

Design submittals shall be in accordance with Z10, General Performance Technical Specifications, UFGS section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, UFC 3-100-10N, *Architecture*, and UFC 3-300-10N, *Structural Engineering*.

## B10 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

All structural elements necessary for construction of the superstructure.

**B1010 FLOOR CONSTRUCTION**

**B101001 STRUCTURAL FRAME**

Structural frame elements may include columns, girders, beams, trusses, joists, moment frames, shear walls, and bracing.  See Section B20, *Exterior Enclosure*, for additional requirements for exterior walls used as load-bearing walls or shear walls.

**B101002 STRUCTURAL INTERIOR WALLS**

Provide structural interior walls as required in accordance with the requirements of this section and other portions of this RFP.  See Section C10, *Interior Construction*, for additional requirements.

**B101003 FLOOR DECKS AND SLABS**

If required, provide floor decks as required in accordance with the requirements of this section and other portions of this RFP.

**B101005 BALCONY CONSTRUCTION**

Design and construct exterior balconies to drain and with the top of the balcony high-point below the interior floor elevation as required for flashing.

**B101006 RAMPS**

Provide ramps as required in accordance with the requirements of this section and other portions of this RFP.

**B101007 FLOOR RACEWAY SYSTEMS**

See Section D50, Electrical, for floor raceway systems.

**B1020 ROOF CONSTRUCTION**

**B102001 STRUCTURAL FRAME**

Structural frame elements may include columns, girders, beams, trusses, joists, moment frames, shear walls, and bracing.  See Section B20, *Exterior Enclosure*, for additional requirements for exterior walls used as load-bearing walls or shear walls.

**B102002 STRUCTURAL INTERIOR WALLS**

Provide structural interior walls as required in accordance with the requirements of this section and other portions of this RFP.  See Section C10, *Interior Construction*, for additional requirements.

**B102003 ROOF DECKS AND SLABS**

Provide roof deck as required in accordance with the requirements of this section and other portions of this RFP.

**B102004 CANOPIES**

Provide canopies as required in accordance with the requirements of this section and other portions of this RFP.

-- End of Section --

SECTION B20

EXTERIOR ENCLOSURE
11/10

**B20 GENERAL**

**B20 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website , are listed below for basic designation identification.  Comply with the required and advisory portions of the current edition of the referenced standard at the time of contract award.

**B20 1.1.1 Industry Standards and Codes**

NATIONAL LUMBER GRADES AUTHORITY (NLGA)

**B20 1.1.2 Government Standards**

Military Handbook 1013/1A, Design Guidance for Physical Security of Facilities

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01           General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs  which include the following significant UFC(s):UFC 3-101-01, Architecture)

**B20 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory exterior enclosure system performance shall be via Performance Verification Testing, and by field inspection as detailed in this section of the RFP.  Provide special tests and special inspections in accordance with UFGS Section 01 45 02.00 10 and 01 45 04.00 10  The Contractor shall pay the cost of all testing.

**B20 1.2.1 Not Used**

**B20 1.2.2 Air Barrier Field Sample**

Designate a portion of the project that reveals the various edge, seam, transition, and penetration conditions that the air barrier is exposed to.  Determine this location with the Contracting Officer and obtain approval of the sealing methods employed on the project from the air barrier Manufacturer.  Leave sample area exposed to view as long as practical to serve as a construction standard and comparison of future

air barrier construction on the project.  Before construction covers the sample area, provide detailed photographs of the air barrier details for future reference.

### B20 1.2.3 Air Barrier Performance Testing

If required in RFP Part 3, provide air barrier testing and repair as follows:

a.   Provide a testing plan as a part of the Commissioning Plan and notify the Contracting Officer 7 working days before the testing will take place.  Do not test the building until verifying that the continuous air barrier is in place and installed without failures in accordance with installation instructions so that repairs to the continuous air barrier, if needed to comply with the required air leakage rate, can be done in a timely manner.

Also coordinate building access during the test with the Contracting Officer.  Perform pretest inspection with all parties involved in the test and possible repairs of the building envelope.  Record pretest conditions and utilize pictures to assist in the documentation.

b.   Air leakage test shall be performed in accordance with ASTM E-779 (2003) or E-1827-96 (2002), with the following additions and exceptions using either Method 1 or Method 2. The flow rate must not exceed 0.25 CFM at 75 Pa per square foot of building envelope area including roof or ceiling, walls and floor as provided by the DOR.

Method 1: This test consists of measuring the flow rates required to establish 12 positive and 12 negative building pressures from at least 25 Pa to at least 50 Pa. At least 12 bias pressure readings must be taken across the envelope and averaged over 5 seconds each before and after the test. None of these readings must exceed 30% of the minimum test pressure.

Method 2: this test consists of measuring the flow rates required to establish 12 positive building pressures from at least 50 Pa to at least 75 Pa. At least 12 bias pressure readings must be taken across the envelope and averaged over 5 seconds each before and after the test. None of these readings must exceed 20% of the minimum test pressure.

The test results must be either pass or fail.  Provide the theoretical size of the opening that leaks the same amount as the building envelope at 75 Pa, to facilitate the search for leaks and repair of the exterior enclosure.

c.   Provide infrared thermography to determine air leakage paths if facility fails to retain the required air pressure in the test above.   Utilize infrared cameras with a resolution of 0.1 degree C or better.

Perform infrared thermography in accordance with ISO 6781:1983 and ASTM C1060-90(1997).  Determine air leakage pathways in accordance with ASTM E1186-03 *Standard Practices for Air Leakage Site Detection in Building Envelopes and Air Barrier Systems*, and perform corrective work as necessary to achieve the whole building air leakage rate specified.

Modify construction to stop identified air leakage until target

0.25 cfm/ft2 is reached.  Correct air path leaks at the source of the leak, do not use sealant to close air leakage paths that are required to be opened for maintenance of the facility such as fixtures, switches covers, receptacle covers, access doors,...etc.

d.   Air leaks shall be sealed in the following order of priority:

1)  Top of the building.  These include attics, roof/wall intersections, penthouse doors and walls, HVAC equipment.

2)  Bottom of the building.  These include ground floor access doors and inspection hatches, exhaust and air intake vents, service penetrations of enclosure, crawl spaces.

3)  Vertical shafts.  These include gasket stairwell fire doors, fire hose cabinets and recessed toilet accessories connected to vertical shaft, vertical and horizontal utility penetrations in service rooms, elevator rooms and shafts.

4)  Exterior walls.  These include weather strip doors and windows, exhaust fans and ducts, service penetrations, electrical receptacles, wall base.

## B20 1.2.4 Required Records for Concrete Wall Panels

a.   Cast-in-place - Submit to DOR mandatory batch ticket information as ASTM C 94 for each load of ready-mixed concrete.

b.   Submit to DOR commercial testing results in accordance with PCI MNL-117 and as required in paragraph entitled "Sampling and Testing for Precast"

## B20 1.2.5 Precast Concrete Wall Panel Surface Finish Sample

Submit to DOR a concrete wall panel sample 12 inches (300 mm) by 12 inches (300 mm) by approximately 1 1/2 inches (38 mm) in thickness, to illustrate quality, color, and texture of both exposed-to-view surface finish and finish of panel surfaces that will be concealed by other construction. Obtain initial approval of color and texture from DOR prior to submission of sample panels.

### B20 1.2.5.1 Manufacturing Plant Sampling And Testing for Precast

Plant Quality Control - PCI MNL-117 for PCI enrolled plants. Where panels are manufactured by specialists in plants not currently enrolled in the PCI "Quality Control Program," provide a product quality control system in accordance with PCI MNL-117 and perform concrete and aggregate quality control testing using an approved, independent commercial testing laboratory. Submit test results to the Contracting Officer.

a.   Aggregate Tests: ASTM C 33.  Perform one test for each aggregate size, including determination of the specific gravity.

b.   Strength Tests: ASTM C 172.  Provide ASTM C 39 and ASTM C 31/C 31M compression tests.  Perform ASTM C 143 slump tests.  Mold six cylinders each day or for every 20 cubic yards (15 cubic meters) of concrete placed, whichever is greater.  Perform strength tests using two cylinders at 7 days and two at 28 days.  Cure four cylinders in the same

manner as the panels and place at the point where the poorest curing conditions are offered.  Moist cure two cylinders and test at 28 days.

c.  Changes in Proportions: If, the compressive strength falls below that specified, adjust the mix proportions and water content and make necessary changes in the temperature, moisture, and curing procedures to secure the specified strength.  Notify the Contracting Officer of all changes.

d.  Strength Test Results: Evaluate compression test results at 28 days in accordance with ACI 214 using a coefficient of variation of 20 percent.  Evaluate the strength of concrete by averaging the test results (two specimens) of standard cylinders tested at 28 days.  Not more than 20 percent of the individual tests shall have an average compressive strength less than the specified ultimate compressive strength.

### B20 1.2.5.2 Acceptable Appearance

Refer to *Architectural Precast Concrete* by the Prestressed Concrete Institute, in the "Acceptability of Appearance" paragraph for reasons to reject precast panels.  Panels in place may be rejected for any one of the product defects or installation deficiencies remaining after repairs and cleaning have been accomplished.  "Visible" means visible to a person with normal eyesight when viewed from a distance of 20 feet (6 meters) in broad daylight.

### B20 1.2.6 Window Sample Mock-Up

a.  Provide mock up of one (1) typical combination window unit to be used within the project and conduct a field mock-up test in strict compliance with AAMA 502 method A and method B. Each opening will be tested to achieve performance of ASCE 7-02 calculated requirements (PSF or Kg/m2) for water resistance, which shall not exceed .667 % of the products capable water based on AAMA 101/I.S. 2. Allowable rates of air leakage for field testing shall be 1.5 times applicable AAMA 101/I.S.2 rate for the Product Type and Performance Class.

b.  Opening is to be tested under "Quality Control" testing by a designated independent testing agency.

1) Schedule mock up installation sufficiently in advance of need to allow adequate time for cure of sealants, testing and reconstruction, if needed, without delaying the project.

2) Build mock up in building envelope wall in location selected by Owner and Architect.

3) Modify mock up construction and perform additional tests as required to achieve specified minimum acceptable results.  If corrections are not adequate, construct new mock up, at written direction of Owner and Architect.  Co-ordinate construction of mock up with other involved trades.

4) Approved mock ups may become part of completed Work if undisturbed at time of Substantial Completion.

5) Flood test Mockup window subsill and obtain approval of DOR prior to installing window unit.

**B20 1.2.7 Not Used**
.

**B20 1.3 DESIGN SUBMITTALS**

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10 *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, UFC 3-100-10N, *Architecture* and UFC 3-301-01, *Structural Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

UFGS 08 34 16.10, *Steel Sliding Hangar Door*

UFGS 08 34 16.20, *Vertical Lift Fabric Door*

**B20 1.4 CONSTRUCTION SUBMITTALS**

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record(DOR) shall approve the following submittals as a minimum;

Shop drawings for reinforcing steel in masonry walls, doors, door hardware, windows, storefront,curtainwall, glazing, paint, air barrier system, and visible exterior materials.

All structural elements necessary for construction.

**B20 1.4.1 Manufacturer's Verification Inspection Documentation for Galvanized Steel**

Manufacturer's verification inspection documentation shall be submitted for all galvanized steel in accordance with ASTM A123, ASTM A 153, and ASTM A 653.

**B20 1.4.2 Field Inspection of Field-erected Concrete Panels**

a.  Perform field inspection of panel welded connections. Furnish the services of AWS-certified welding inspector for erection inspections. Welding inspector shall visually inspect all welds and identify all defective welds.

b.  The DOR shall be notified in writing of defective welds, bolts, nuts and washers within 7 working days of the date of inspection. All defective connections or welds shall be removed and re-welded or repaired as required by the DOR.

**B2010 EXTERIOR WALLS**

Exterior wall construction shall consist of exterior skin system of non-structural outside face elements with rain-screen back-up wall systems including; flashing (embedded, exposed, and thru-wall), vapor barriers, air barriers, and insulation

systems with interior skin system materials to provide a protective finish on the inside face of exterior walls. Provide all components necessary to direct water that would leak through faulty caulk joints to the outside of wall. Provide flashing, window subsill, caulking, and water barriers around wall openings to direct any water that gets behind the outside surface of the exterior door, window or louver to the exterior of the wall.

All work shall be designed to comply with UFC 3-100-10N, *Architecture*, and UFC 3-301-01, *Structural Engineering*, and the following requirements:

a.    Vapor Transmission Analysis - Perform a job specific vapor transmission analysis in accordance with UFC 3-100-10N, Architecture. The conclusion of the analysis shall indicate the appropriate locations of needed vapor retarders, air barriers, and anticipated dew-point locations in the exterior enclosure during different critical times of the year.

b.    Wind Loads - Provide wind load calculations for exterior cladding in accordance with UFC 1-200-01 and UFC 3-301-01 with comparative analysis of the cladding system to be provided.

c.    Water Penetration - No water penetration shall occur at a pressure of 8 psf (39 Kg/m2) of fixed area when tested in accordance with ASTM E 331.

d.    Insulating Value – The complete wall system shall have a minimum insulating value as required by the building code and as required to meet ASHRAE Standard 90.1 as modified by the Energy Policy Act of 2005.

**B201001 EXTERIOR CLOSURE**

**B201001 1.1 MASONRY VENEER EXTERIOR WALL CLOSURE COMPONENTS**

   **Not Used.**

**B201001 1.2 METAL WALL PANEL EXTERIOR CLOSURE**

   **B201001 1.2.1 General Wall Panel Requirements**

      a.    Factory Color Finish – Panels shall have factory applied, baked coating to the exterior and interior of metal wall panels and metal accessories.  Exterior finish topcoat shall be of 70 percent polyvinylidene fluoride (PVDF) resin with not less than 0.8 mil dry film thickness (DFT).  Exterior primer shall be standard with panel manufacturer with not less than 0.8 mil dry film thickness (DFT).  Panels shall have factory applied 70 percent PVDF clear coating of 0.8 mil DFT over the color topcoat and edge coating for projects within 300 feet (91 meters) of a water shoreline or industrial environment.  Field apply 70 percent PVDF clear coat to unfinished panel edges or field cut panels.  Interior finish exposed to sun or rain shall be the same coating and DFT as the exterior coating.  Interior finish shall be protected from sun or rain exposure.

      b.    Wall system and attachments shall resist wind loads as determined by ASCE 7, with a factor of safety appropriate for the material holding the anchor.  Maximum deflection due to wind on aluminum wall panels shall be 1/60.  Maximum deflection due to wind on steel wall panels and girts behind aluminum or steel wall panels shall be limited to 1/120 of their respective spans, except that when interior finishes are used the maximum allowable deflection shall be limited to 1/180 of their respective spans.  The structural performance test methods and requirements of the wall system and attachments shall be in accordance with ASTM E 1592.

c.    Conformations - Non-insulated steel or aluminum wall panels shall have configurations for overlapping adjacent sheets or interlocking ribs for securing adjacent sheets and shall be fastened to framework using exposed or concealed fasteners, as specified.  Length of sheets shall be sufficient to cover the entire height of any unbroken wall surface when the length of run is 30 feet (9 meters) or less.  Design provisions shall be made for expansion and contraction.  Where required, provide series 305 stainless steel fasteners factory finished to match panels.

d.    Shape - Standard V-beam or boxed beam type having 5 to 8 inch (125 mm to 200 mm) pitch for steel panels or 4 to 8 inch (100 mm to 200 mm) pitch for aluminum panels, and 1.5 inch (38 mm) overall depth, exclusive of coating. Other shapes may be considered if approved by the DOR.

### B201001 1.2.4 Insulated Aluminum or Steel Wall Panels

Insulated wall panels shall be steel or aluminum factory-fabricated units with insulating core between metal face sheets securely fastened together and uniformly separated with rigid spacers.  Panels shall have a factory color finish.  Insulation shall be compatible with adjoining materials and capable of retaining its R-value for the life of the metal facing sheets; and unaffected by extremes of temperature and humidity.   The assembly shall have a flame spread rating not higher than 25, and smoke developed rating not higher than 50 when tested in accordance with ASTM E 84.   Panels shall be not less than 8 inches (200 mm) wide and shall be in one piece for unbroken wall heights.

Wall panels shall have edge configurations with interlocking ribs for securing adjacent panels.  System shall utilize factory fabricated corners and trim pieces at intersections with other materials.   Wall panels shall be fastened to framework using concealed fasteners.  Installation shall be in accordance with DOR-approved shop drawings and manufacturer's recommendations.

a.    Insulated Steel Panels - Zinc-coated steel conforming to ASTM A 653/A 653M; or Aluminum-zinc alloy coated steel conforming to ASTM A 792/A 792M, AZ 55 coating.  Uncoated wall panels shall be 0.024 inch (0.61 mm) thick minimum.

b.    Insulated Aluminum Panels - Alloy conforming to ASTM B209, temper as required for the forming operation, minimum 0.032 inch (0.81 mm) thick.

### B201001 1.3 STUCCO EXTERIOR WALL CLOSURE

#### B201001 1.3.1 Portland Cement Plaster

ASTM C150, gray Portland cement Type II with 1/2 inch (13 mm) maximum chopped alkali resistant fiberglass strands, minimum 1.5 percent by weight to cement; 1 1/2 pounds (.68 kg) per sack of cement.  Lime shall conform to ASTM C206, Type S.  System shall utilize stainless steel or zinc corner beads, J-beads and other accessories.

a.    Unless specifically deleted, the system shall utilize an acrylic admixture or coating to give additional moisture suppression to control fungus growth.

b.    Sand for Portland Cement Stucco ASTM C 144, except gradation of sand shall conform to the following requirements:

    c.    Sand Gradation for Basecoats:Sand Gradation for Basecoats:

       Percentage Retained by weight (plus or minus 2 percent) on each sieve

| Sieve Size | Min. | Max. |
|------------|------|------|
| No. 4   | 0  | 0   |
| No. 8   | 0  | 10  |
| No. 16  | 10 | 40  |
| No. 30  | 30 | 65  |
| No. 50  | 70 | 90  |
| No. 100 | 95 | 100 |

    d.    Sand for Finish Coats: Natural color and graded within the limits shown above for basecoats, except that the sand shall pass the No. 8 sieve, and for smooth finish the sand shall pass the No. 30 sieve.

    e.    Mix scratch coat in proportion of one part by volume Portland cement, 3/4 to 1 1/2 parts by volume hydrated lime and 2 1/2 to 4 parts sand (volume of sand per sum of cement and lime). Mix brown coat in proportion of one part by volume Portland cement, 3/4 to 1 1/2 parts by volume hydrated lime and 3 to 5 parts sand (volume of sand per sum of cement and lime). Mix proportions can vary depending on climate and application variations, with the approval of the DOR.

    f.    Portland Cement Stucco Finish Coat 3 to 5 parts sand (volume of sand per sum of cement and lime).

    g.    Portland cement plaster application shall be in accordance with ASTM C 926. Furring and lath application shall be in accordance with ASTM C 1063.

    h.    Bonding Agents: ASTM C 932. Provide for exterior applications to masonry or concrete substrates.

## B201001 1.4 CONCRETE EXTERIOR WALL CLOSURE

### B201001 1.4.1 Precast Concrete Wall Panels:

ACI 211.1 and ACI 301. PCI MNL-116 or PCI MNL-117. Concrete shall have a minimum 28-day compressive strength of 4000 psi (281 Kg/cm2). Air content of plastic concrete shall be between 4 and 6 percent air by volume. Provide a dosage of air entraining agent, which will produce 19 plus or minus 3 percent air in a 1 to 4 by weight standard sand mortar in accordance ASTM C 185. Provide aggregate in accordance with ASTM C 33. Design for watertight joints, or weeping joints having back-up water penetration protection in precast elements. Cracking potential of precast concrete elements shall be minimized by implementing expansion and control joints in the precast assembly.

Joints shall include properly sized and placed backing material and fully loaded and tooled sealant joint of no less than 6mm (1/4 inch) sealant material thickness.

    a.    Exposed Aggregates - In addition to the above aggregate, facing mixture aggregate, and aggregate for homogeneous panels with exposed aggregate finish, shall be crushed stone.

    b.    Cement - ASTM C 150.

    c.    Admixtures - ASTM C 260 for air-entraining admixtures. Other

        admixtures:  ASTM C 494.  Certify that admixtures are free of chlorides.

d.    Reinforcement - ACI 301.

e.    Inserts - ASTM A 47, Grade 32510 or 35018, or may be medium strength cast steel conforming to ASTM A 27/A 27M, Grade U-60-30. Where exposed to moisture, provide inserts hot-dip galvanized after fabrication in accordance with ASTM A 153/A 153M.

f.    Embedded Plates - ASTM A 36/A 36M.

g.    Flashing Reglets - Fabricate of sheet metal, open-type with continuous groove 1 1/8 inches (28 mm) deep minimum by 3/16 inch (5 mm) wide at opening and sloped upward at 45 degrees.  Top surface shall have toothed lip section to anchor upturned edge of metal snap-lock counter flashing when inserted. Sheet metal shall be stainless steel, 0.011 inch (0.28 mm) minimum thickness, ASTM A 167, Type 302 or Type 304, Number 2D finish, soft temper.

h.    Clip Angles - ASTM A 36/A 36M steel, galvanized after fabrication in accordance with ASTM A 153/A 153M.

i.    Ferrous Casting Clamps - ASTM A 47, Grade 32510 or Grade 35018 malleable iron or cast steel, or ASTM A 27/A 27M, Grade U-60-30, cast steel casting, hot-dip galvanized in accordance with ASTM A 153/A 153M.

j.    Threaded Fasteners – Provide galvanized machine bolts, washers and, when required, nuts.

    1)  Bolts:  ASTM A 307, 3/4 inch (19 mm) diameter machine bolts with hexagon head.

    2)  Washers:  ASTM F844.

    3)  Nuts:  ASTM A 563, Grade A, heavy, hexagon-type nuts.

**B201001 1.6 MANUFACTURED FACED PANELS SYSTEMS EXTERIOR WALL SIDING**

**Not Used.**

**B201001 1.7 OTHER EXTERIOR WALL CLOSURE**

**B201001 1.7.1 Not Used**

**B201001 1.7.2 Concrete Unit Masonry**

Masonry walls shall comply with ACI 530.1.  Load-bearing units: ASTM C90, Non-load bearing- units: ASTM C129, Type I or II.  Provide ground face units, split-faced units, ground-faced units, or split-ribbed units for exposed exterior walls. Provide water repellent admixture to masonry units where the exterior face of the units will not receive a waterproof coating such as paint.  Mortar shall conform to ASTM C 270, Type S.  Test mortar in accordance with ASTM C 780.  Provide water repellent admixture and color additive in mortar for masonry walls that will not receive a waterproof coating such as paint.  Do not use admixtures containing chlorides.  Provide air entrainment, not to exceed 12 percent, in mortar.

a.    Adjustable Anchors for Structural Members - Use adjustable anchors to anchor masonry structural steel columns or beams.

Weld the fixed portion of the anchors (steel anchor rods) to the structural steel member. Provide adjustable anchors 3/16 inch (5 mm) diameter steel wire, triangular-shaped. Anchors attached to steel shall be 5/16 inch (8 mm) diameter steel bars placed to provide 1/16 inch (1.6 mm) play between flexible anchors and structural steel members.

b. Deformed Bars - ASTM A 615/A 615M, ASTM A 616/A 616M, ASTM A 617/A 617M, or ASTM A 706/A 706M.

## B201002 EXTERIOR WALL BACKUP CONSTRUCTION

## B201002 1.1 CONCRETE UNIT MASONRY

Provide concrete unit masonry as described in B201001 1.10.2

Dampproofing – Dampproof the cavity-facing wythe of the backup masonry using asphaltic primer according to ASTM D 41, if dampproofing is not provided by a sprayed on foam or other DOR-approved membrane insulation system. Coordinate dampproofing materials and methods to provide vapor transmission control for the lifetime of the structure. Repair any dampproofing damaged by other construction operations.

## B201002 1.2 LOAD-BEARING METAL FRAMING SYSTEM

Exterior Studs:

Max. Deflection Criteria        Exterior Finish

L/360                           Cement Plaster, Wood Veneer, Synthetic Plaster, Metal Panels
L/600                           Brick Veneer, Stone Panels

Wall deflections shall be computed on the basis that studs withstand all lateral forces independent of any composite action from sheathing materials. Studs abutting windows or louvers shall also be designed not to exceed 1/4-inch maximum deflection and as required in UFC 4-010-01.

a. Studs - ASTM A 1003/ASTM A 1003M, Structural Grade 50, Type H minimum; provide Z180 (G60) galvanized coating in accordance with ASTM A 653/ASTM A 653M. Do not expose studs to direct moisture contact. Studs shall be stamped with manufacturer's name, initials, or logo, an ICBO number, material thickness and yield strength. Size and gage shall be as required to meet the loading requirements specified.

b. Bracing - Provide horizontal bracing in accordance with design calculations and AISI SG-673, consisting of, as a minimum, runner channel cut to fit between and welded to the studs or hot- or cold-rolled steel channels inserted through cutouts in the web of each stud and secured to studs with welded clip angles. Provide bracing, as a minimum, at 5 feet (1.52 meters) o.c. for wind load only, and 3"-4"(1.0 meters) o.c. for axial loads.

c. Sheathing - Provide sheathing to withstand structural loads imposed on the wall structure. Cover sheathing with either a 15 pound asphalt-impregnated building paper, or air barrier as required by the wall moisture analysis. Sheathing shall be one of the following:

1) Plywood: C-D Grade, Exposure 1, with an Identification Index of not less than 24/0.

2) Structural-Use and OSB Panels: Sheathing grade with durability equivalent to Exposure 1, Span Rating of 24/0 or greater.

W912ER-11-D-0010-0006

3)  Gypsum:  ASTM C 79/C 79M and ASTM C 1177/C 1177M, 1/2 inch (13 mm) thick fire retardant (Type X) 5/8 inch (15 mm) thick; 4 feet (1.2 meters) wide with square edge for supports 16 inches (400 mm) o.c. with or without corner bracing of framing.  Gypsum sheathing shall be faced with materials capable of resisting six months of weathering exposure without degradation of the covering or the gypsum.  Seal all joints as recommended by the manufacturer.

## B201002 1.4 CAST-IN-PLACE CONCRETE SYSTEM

a.  Unless otherwise noted herein, all concrete design and construction must be in accordance with UFC 1-200-01.

b.  Concrete construction must be in accordance with ACI 301.

c.  Refer to Performance Verification Testing for Cast-in-place field quality control.

d.  Concrete construction tolerances must be in accordance with ACI 117.

e.  Design for watertight joints, or weeping joints having back-up water penetration protection in precast elements.  Cracking potential of precast concrete elements shall be minimized by implementing expansion and control joints in the precast assembly.

f.  Joints shall include properly sized and placed backing material and fully loaded and tooled sealant joint of no less than 1/4 inch sealant material thickness.

## B201003 INSULATION & VAPOR RETARDER

Insulation, Vapor Retarders, and Air Barrier Systems in or on Exterior Enclosure shall include: insulation, liquid, sheet or continuous film materials installed separately in or on wall assemblies to provide resistance to heat loss/gain, and vapor penetration.

## B201003 1.1 VAPOR RETARDER

Comply with ASTM C755.  Incorporate in the exterior wall system where required by vapor transmission calculations or dew point analysis indicates the need or in conditions of high moisture exposure.

### B201003 1.1.1 Bituminous Dampproofing

Bituminous Dampproofing shall be ASTM D449, Type I or Type II bituminous dampproofing on the exterior surface of the interior wythe of masonry in a cavity wall (back-up wall for masonry veneer).

### B201003 1.1.2 Building Paper

FS UU-B-790, Type I, Grade D, Style 1.  Where required, provide over sheathing on wood or metal framed wall construction to eliminate water penetration.

### B201003 1.1.3 Polyethylene sheeting

ASTM 4397, minimum 6 mil thickness.  Provide typically on the interior face of insulated, wood or metal stud wall construction, unless a moisture vapor analysis indicates otherwise. (Poly sheeting on the interior surface of the studs is not recommended for cold, mixed-humid,

mixed-dry, hot-humid or hot-dry climates.)

### B201003 1.2 AIR BARRIER

Provide continuous air barrier that is durable to last the life of the facility. Seal all holes and seams in the air barrier. Support air barrier to withstand maximum positive and negative air pressure to be placed on the building without displacement, or damage, and transfer the load to the structure. Do not install electrical boxes or fixtures with holes through the air barrier.

Air barrier materials shall have an air permeance not to exceed 0.004 cfm/sf at 0.3"wg (0.02L/s. m2 at 75 Pa) when tested in accordance with ASTM E 2178. Provide installation, seal edges, seal transitions, and seal penetrations as recommended by the air barrier manufacturer. Seal the air barrier in a flexible manner to allow for relative movement of adjacent building envelope components. Air barrier installation at windows shall be in accordance with ASTM E 2112.

Provide building envelope drawings indicating and locating each material that makes up the continuous air barrier. Details of the air barrier shall clarify edges, transitions, and penetrations sealing methods. In addition, identify the boundary limits of the air barrier and of the zone or zones to be tested for building air tightness.

Provide minimum 40 mil DFT elastomeric spray or 36 mil elastomeric sheet barrier when air barriers are used as water barriers.

### B201003 1.3 INSULATION SYSTEMS

Vertical and horizontal polystyrene insulation conforming to ASTM C578 or rigid polyisocyanurate board wall insulating products conforming to ASTM C591 or mineral-fiber blanket insulation conforming to ASTM C 665 shall be provided. Wall insulating product shall have a minimum R-value to meet the code and the energy design of the facility. Seal the joints in rigid insulation within cavity/veneer walls for additional moisture and air infiltration protection.

### B201004  PARAPETS

Avoid parapets when possible, but when necessary, provide parapets with the same materials as the exterior wall construction, including framing members, anchors, flashings, cants, and accessories. Parapets shall be designed to withstand the lateral loads prevailing at the project site and be provided with thruwall flashing below the parapet cap, at structural members, at penetrations, and at the roof level. Provide flashing and scuppers in accordance with SMACNA.

### B201005 EXTERIOR LOUVERS & SCREENS

If required, provide louvers, which are not an integral part of the mechanical equipment, exterior closures, grilles and screens, storm shutters, and other materials used for a variety of purposes including screening of equipment or as louvers for exterior doors.

Louvers, screens, grilles in shall be selected in a color and design that is compatible with the fabric of the exterior architectural character as described below. For frame construction, install in accordance with ASTM E 2112.

### B201005 1.1 WALL LOUVERS

Wall louvers shall be drainable blade type louver with blade slopes of 45 degrees minimum, but provide wind driven rain rated louvers for wall louvered

rooms without a floor drain within the room. Louvers shall be made to withstand a wind load of not less than 30 psf (146 Kg/m2), .08 inch (2 mm) thick 6063-T5 or T52 extruded aluminum in a factory-finished color in accordance with AAMA 2605 with a minimum coating thickness of 1.2 mil to match the building facade. Wall louvers shall bear the AMCA certified ratings program seal for air performance and water penetration in accordance with AMCA 500 , 500L (wind driven rain), and AMCA 511. Provide sill flashing with sloped drain pan at base of louver to collect moisture that migrates down the interior face of the louver. This sill flashing shall drain water to the outside of the building. Louvers shall have bird screens.

Inertial Air Separators

Inertial separators shall be directly connected by ductwork to its respective fan system. Separator shall be fabricated from 11 gauge galvanized steel with all welded construction and be suitable for through wall or in duct installation. Operating principle for sand and dust separator from outside air shall incorporate high approach velocities (1500 fpm maximum) which shall precipitate dust particles to a collection chamber and allow clean air to pass through side slots. Bleed air and dust particles are continuously removed by discharging approximately 10 percent of the air introduced. Inertia separator shall have a minimum efficiency of 92 percent based on Standardized Coarse Air Cleaner Dust No. 1543637: Specific Gravity of 2.54, Duct concentration of 2.37 grams per 1000 cubic feet. Air pressure drop and bleed air pressure drop shall not exceed 19 mm W.C. and 25 mm W.C. respectively.

## B201005 1.2 SCREENED EQUIPMENT ENCLOSURE

Design and fabricate support frames to withstand wind loads. Anchor frames securely in place. Provide secondary horizontal steel or aluminum framing for attachment of screen materials. Screen material shall be factory finished coating in accordance with AAMA 2605 with a minimum coating thickness of 1.2 mils. Formed metal panels from galvanized steel sheet per ASTM A 653 or aluminum sheet per ASTM B 209.

## B201005 1.3 STORM SHUTTERS

**Not Used.**

## B201006 BALCONY WALLS & HANDRAILS

## B201006 1.5 HANDRAILS

Design handrails and anchorage connections to resist loads in accordance with IBC. Provide materials in accordance with NAAMM PR, with the same size handrail and vertical post. Provide series 300 stainless steel pipe collars. Factory coat all metal railings, except ornamental metals such as brass, bronze, and nickel-silver, with a high performance coating in accordance with AAMA 2605 with a minimum coating thickness of 1.2 mils unless otherwise noted.

### B201006 1.5.1 Steel Handrails

Steel handrails, including inserts in concrete, steel pipe conforming to ASTM A 53 or structural tubing conforming to ASTM A 500, Grade A or B of equivalent strength shall be provided. Steel railings shall be of 1 1/2 inches (38 mm) nominal size. Railings shall be hot-dip galvanized, shop primed shop painted for exterior applications.

### B201006 1.5.2 Aluminum Handrails

Aluminum railing shall be of 1-1/2 inch (38 mm) nominal schedule 40 pipe conforming to ASTM B 429 or 1-3/4 inch (44 mm) square aluminum semi-hollow tube with rounded corners conforming to ASTM B 221. Railings shall be coated with a high performance coating or anodized in accordance with AAMA 611, Class I.  All fasteners shall be Series 300 stainless steel.

## B201007 EXTERIOR SOFFITS

Exterior soffit system assemblies shall include trim and necessary accessories including high performance coatings, if required.  Installation shall be crisp, fit and trim with tight joinery to back-up framing.  Soffits shall be designed to be field assembled by lapping side edges of adjacent panels and mechanically attaching through panels to galvanized, non-load bearing framing conforming to ASTM A 653 (G60) and ASTM C 645, using concealed fasteners.  Provide trim accessories of the same material and finish as the soffit material where soffit abuts other materials.

Use adequate backing material to assure snug joints and even face planes.  Where soffits ventilate an attic space, or an otherwise unventilated space, provide a soffit/ridge/louver/ventilator ventilation system  with air quantities complying to the IBC.  For spaces intentionally not vented, provide sealed soffits to maintain the integrity of the air barrier and insulating envelope.

### B201007 1.1 METAL SOFFIT PANELS

Metal soffit panels shall be factory-formed and factory-finished.  Use factory-applied sealant in side laps

### B201007 1.2 Not Used

### B201007 1.3 EXTERIOR GYPSUM BOARD SYSTEM

Exterior gypsum wall board soffit system shall be tapered edge 5/8 inch (16 mm) thick, 48 inch (1.2 meter) wide exterior gypsum board panels conforming to ASTM C 931 and ASTM C 840, mechanically attached to galvanized non-load bearing framing conforming to ASTM A 653, G60 and ASTM C 754. Tape and finish gypsum board joints in accordance with ASTM C840.  Soffit design shall assure that the gypsum soffit material does not have direct water contact.

## B201008 WALL FLASHING

Flashing shall be aluminum or stainless steel or copper.  Aluminum shall conform to ASTM B 209/B 209M, 0.040 inches (1.27 mm) thick and shall be coated to match the item flashed.  Stainless steel shall conform to ASTM A 167, type 302 or 304, 2D finish, fully annealed, dead soft temper.  Thickness shall be a minimum of 0.018 inches (0.4572 mm).  Copper shall conform to ASTM B 370, cold rolled temper. Thickness of copper shall be 20 ounces per square foot (6.125 Kg/m2).

## B201009 EXTERIOR PAINTING AND SPECIAL COATINGS

### B201009 1.1 GENERAL REQUIREMENTS

Painting practices shall comply with applicable federal, state and local laws enacted to insure compliance with Federal Clean Air Standards.  Apply coating materials in accordance with SSPC PA 1.  SSPC PA 1 methods are applicable to all substrates.

All paint shall be in accordance with the Master Painter Institute (MPI) standards for the exterior architectural surface being finished.  The current MPI, "Approved Product List" which lists paint by brand, label, product name and product code as of the date of contract award, will be used

to determine compliance with the submittal requirements of this specification.  The Contractor may choose to use a more current MPI "Approved Product List"; however, only one list may be used for the entire contract. All coats on a particular substrate, or a paint system, must be from a single manufacturer.  No variation from the MPI Approved Products List is acceptable.

MPI paint systems identified in the RFP take precedence over other avilable MPI systems. The RFP does not identify all paint system applicable to all painting of the facility, therefore utilize the *MPI Architectural Painting, Exterior Systems Manual* to identify other appropiate paint systems for the project. Utilize the "Premium Grade" systems and comply with all limitations stated in the MPI "Approved Product List" for each paint product.  Products having an MPI EPR 3 rating shall be given preferential consideration over lower EPR ratings.  Use higher performing paint systems unless the lower performing paint system can be justified based on a lifecycle cost to include surface preparation, application, disposal, environmental impact, and required recoating cycles.  Only use paint products that have been tested for MPI'S "DETAILED PERFORMANCE". Do not use products that have been tested for "INTENDED USE".

Paints and coatings shall comply with Master Painters Institute Green Performance Standard GPS-1-08 which is available at the following website; http://www.specifygreen.com/EvrPerf/EnvironmentalPerformance.html . Choose paints that provide performance, are environmentally friendly, and that conform to but do not exceed EPA or local environmental regulations, whichever requires the lowest VOC content.

Remove dirt, splinters, loose particles, grease, oil, and other foreign matter and substances deleterious to coating performance as specified for each substrate before application of paint or surface treatments.  For existing buildings, use MPI *Maintenance Repainting Manual* to determine the coatings that need to be removed.  Remove deteriorated or loose coatings before repainting begins.  Oil and grease shall be removed prior to mechanical cleaning.  Cleaning shall be programmed so that dust and other contaminants will not fall on wet, newly painted surfaces.  Exposed ferrous metals such as nail heads on or in contact with surfaces to be painted with water-thinned paints, shall be spot-primed with a suitable corrosion-inhibitive primer capable of preventing flash rusting and compatible with the coating specified for the adjacent areas. Notwithstanding MPI requirements, clean exterior ferrous metal that is exposed to weather conditions (wind, precipitation, solar degradation, and humidity) to a SSPC SP 10 level (near white).

### B201009 1.1.1 MPI Gloss Levels

Gloss levels shall comply with the MPI system of determining gloss as defined in the Evaluation sections of the MPI Manuals.  Utilize the performance characteristics of the paint gloss and sheen to categorize paint rather than manufacturers' description of the product.

The MPI gloss Levels are indicated by the notation G1, G2, G3, G4, G5, G6, or G7.  Use G2 "Velvet-like" flat for vertical surfaces and undersides of balconies and soffits.  Use G3 "Eggshell-like" in high "traffic areas for ceilings and walls, when a surface can be touched and a slightly more durable finish is desired, and for dark accent colors. Use G5 Semigloss for ceilings, walls, doors and trim for high durability and cleanability.  Use G6 Gloss only in special situations such as for exterior wood and metal, piping identification, or special effects.  The MPI gloss and sheen standard values are per ASTM D523, method D and are as follows:

Gloss Level Number          Gloss@60 Degrees  Sheen@85 Degrees

```
Gloss Level 1(G1)–Matte or
     Flat                    Max.5 units       Max.10 units
Gloss Level 2(G2)–"Velvet-like"
     Flat                    Max. 10 units     10-35 units
Gloss Level 3(G3)–"Eggshell-
     like"                   Max. 10-25 units  10-35 units
Gloss Level 4(G4)–"Satin-like  Max. 20-35 units  Min. 35 units
Gloss Level 5(G5)-Semi-Gloss   35-70 units
Gloss Level 6(G6)–Gloss        70-85 units
Gloss Level 7(G7)–High Gloss   More than 85 units
```

### B201009 1.1.2 MPI System Designations and Table Abbreviations

The MPI coating system number description is found in either the *MPI Architectural Painting Specification Manual* or the *Maintenance Repainting Manual* and defined as an exterior system

a.  EXT - MPI short-term designation for an exterior coating system on a new surface.

b.  REX - the MPI short term designation for an exterior coating system used in repainting projects or over existing coating systems.

c.  DSD - the MPI short-term designation for Degree of Surface Degradation as defined in the Assessment sections in the *MPI Maintenance Repainting Manual*.  Degree of Surface Degradation designates the MPI Standard for description and appearance of existing condition of surfaces to be painted. This DSD classification is used to determine the proper surface preparation necessary for painting.

d.  DFT – The short-term designation for dry film thickness. DFT is the minimum acceptable depth or thickness of a coating or system in the dry state.   The maximum acceptable DFT is not more than 50% greater than the minimum acceptable DFT (example... DFT = 2 mils, maximum DFT = 3 mils). The DFT indicated in the paint systems below relate to new coatings - MPI INT. MPI RIN will be less than the indicated DFT.

e.  Paint Systems Abbreviations: BF – block filler; C – clear coat; SP – spot primer ;P – primer coat; I – intermediate coat; T – topcoat;

### B201009 1.1.3 Surface Preparation

Comply with the "Exterior Surface Preparation" section of the *MPI Architectural Painting Specification Manual* or the Exterior Surface Preparation" section of the *MPI Maintenance Repainting Manual*. All suggestive language such as "may" or "should" are deleted from the standard and "must" or "shall" inserted in its place. Suggestive language such as "recommended" or "advisable" is deleted from the standard and "require" or "required" inserted in its place. The results of these wording substitutions change this document to required procedures. For surface preparation, determine a MPI DSD Assessment of each surface and comply with the MPI Surface Preparation Requirements relating to the assessments.

### B201009 1.2 EXTERIOR CONCRETE FINISHES

New and Existing, previously painted concrete, vertical surfaces, undersides of balconies and soffits, but excluding tops of slabs:

a.    Latex, System DFT: 3.5 mils

    1)  MPI EXT 3.1A/ REX 3.1L-G3/G4 (Low sheen); P: MPI 3, I: MPI 15, T: MPI 15

New and Existing, previously painted concrete floors, patios, and walkways with low contact and traffic. Not for high abuse, wheel traffic, or high humid area applications:

a.    Latex, System DFT: 3.5 mils

    1)  MPI REX 3.2A-G2/G3 (Low gloss); P: MPI 60, I: MPI 60, T: MPI 60

## B201009 1.3 EXTERIOR CONCRETE MASONRY FINISHES

New and Existing, previously painted concrete masonry:

a.    Latex, System DFT: 11 mils

    1)  MPI EXT 4.2A-G3/G4 (Low sheen) / REX 4.2-G5; BF:MPI 4, P:MPI 15, I: MPI 15, T: MPI 15

New and Existing Profiled Block (Split Faced Block)

a. Latex System DFT: 11 mils

    1) MPI EXT 4.2L-G3/4 (Satin-like) P: MPI 3 I: MPI 15 T: MPI 15

## B201009 1.4 EXTERIOR METAL FINISHES

### B201009 1.4.1 New and existing steel that has been blast cleaned to SSPC SP 6 & 10:

a.    Alkyd, System (in SSPC Zones 1B and 2A) DFT: 5.25 mils

    1)  MPI EXT/ REX 5.1D-G5 (Semigloss); P:MPI 79, I:MPI 94, T:MPI 9

b.    Waterborne Light Industrial (in SSPC Zones 1B, 3A, 3B, and 3C), System DFT: 8.5 mils

    1)  MPI EXT 5.1R-G5 (Semigloss); P:MPI 101, I:MPI 108, T:MPI 163

### B201009 1.4.2 New Galvanized surfaces:

a.    Epoxy P/Waterborne Light Industrial (Use MPI 25 cleaner), System DFT: 4.5 mils

    1)  MPI EXT 5.3K-G5 (Semigloss); P:MPI 101, I:MPI 161, T:MPI 161

### B201009 1.4.3 Galvanized surfaces with slight coating deterioration, with little or no rusting:

a.    Epoxy P/Waterborne Light Industrial Coating (Use MPI 25 cleaner), System DFT: 4.5 mils

    1)  MPI EXT 5.3K-G5 (Semigloss); P:MPI 101, I:N/A, T:MPI 163

### B201009 1.4.4 Galvanized surfaces with severely deteriorated coating or rusting:

a.   Epoxy P/Waterborne Light Industrial Coating (Use MPI 25 cleaner), System DFT:  8.5 mils

1)   MPI EXT 5.3K-G5 (Semigloss); P:MPI 101, I:MPI 163, T:MPI 163

## B201009 1.5 Not Used

## B201009 1.6 EXTERIOR STUCCO FINISHES

### B201009 1.6.1 New and existing stucco or plaster:

a.   Latex, System DFT: 4.5 mils

1)   MPI EXT/REX 9.1J-G3/G4 (Low sheen); P:MPI 3, I:MPI 15, T:MPI 15

2)   MPI EXT/REX 9.1J-G5 (Semigloss); P:MPI 3, I:MPI 11, T:MPI 11

## B201010 EXTERIOR JOINT SEALANT

Sealant joint design, priming, tooling, masking, cleaning and application shall be in accordance with the general requirements of *Sealants: A Professionals' Guide* from the Sealant, Waterproofing & Restoration Institute (SWRI).  All sealant shall conform to ASTM C 920.

Joints shall include proper backing material for sealant support during application, control of sealant depth, and to act as a bond breaker. Use filler boards, backer rods and bond breaker tapes. Provide priming unless specifically not recommended by the sealant manufacturer. Applied sealant shall be tooled. Tooling shall not compact sealant too less than the minimum sealant thickness required. Mask adjacent surfaces to control sealant boundaries during sealant application.

## B201011 SUN CONTROL DEVICES (EXTERIOR)

Sun control devices shall be manufactured devices to provide sun control on exterior windows and storefronts.  Sun control devices shall be designed and installed to withstand the wind loads prevailing at the project site.

## B201011 1.1 EXTERIOR SUN SCREENS

Exterior sun screens shall be of aluminum with 6063-T5/T6 aluminum demountable frame attachment. Screen material shall be formed factory finished metal from aluminum sheet per ASTM B 209. Screen material shall be factory finished coating in accordance with AAMA 2605 with a minimum coating thickness of 1.2 mils. Sunscreen shall be awning, fin or other type appropriate to the installation.

## B201012 SCREEN WALL

Screen walls include attached or unattached walls adjacent to the main building. Screen walls shall conform to the applicable portions of Section B201001 EXTERIOR CLOSURE.

## B201090 OTHER EXTERIOR WALLS

## B2020 EXTERIOR WINDOWS

Standard windows shall be in compliance with ANSI/AAMA/WDMA 101, SWI SWS, UFC 4-010-01, and the design criteria of ASCE 7 for glazed windows to meet the Building Code.

If required, provide windows that meet the requirements of AAMA/WDMA 101/I.S.2. Residential construction shall utilize windows that comply with AAMA LC-25 designation unless the wind pressure on the building exceeds 38 psf (185 Kg/m2). Commercial (non-residential) construction shall utilize windows that comply with AAMA designation HC-40 (60 psf - 293 Kg/m2) for windows that do not have to meet anti-terrorism requirements, and HC-60 (90 psf - 439 Kg/m2) for commercial windows that are required to meet anti-terrorism requirements, unless the wind pressure or blast pressure on the building exceeds the design pressure for these minimum windows. Determine the wind pressure on the building by converting the ASCE-7 basic wind speed to wind pressure and find the corresponding structural test pressure in the AAMA specific requirements or optional performance tables. If the residential window wind pressure exceeds of 38 psf (185 Kg/m2) or the commercial (non-residential) window wind pressure exceeds 60 psf (293 Kg/m2) or exceeds 90 psf (439 Kg/m2), utilize a higher AAMA designated window complying with the calculated wind pressure. Anti- Terrorism window systems (including connections) shall meet the testing requirements of UFC 4-010-01 when tested in accordance with ASTM F1642.

Comply with ASTM E 2112 and with flashing and weather-resistive barrier manufacturers' recommendations to install windows in framed wall construction. Comply with window flashing details from BIA for masonry back-up and veneer walls. Engineer and install window cleaning access and anchorage to the exterior wall for facilities over three stories tall without interior window cleaning access from pivoting or tilting sash. Provide anchors in accordance with OSHA standard 29 CFR Section 1910.66.

Windows shall be provided with sills on the exterior and stools on the interior of the opening. Sills shall be special shape or cut unit masonry or precast concrete in masonry exterior construction and extruded aluminum or aluminum-wrapped wood framing or formed metal in other construction. Positively slope sills away from windows. Window stools shall be slate or solid polymer for commercial construction and painted wood for residential construction.

**B202001 WINDOWS**

Exterior windows shall consist of fixed sash used singly and in multiples. Provide fixed sash in spaces occupied by people as a minimum. Include hardware, non-corroding framed metal screens for fixed sash, integrated blinds set between glass panels and security grilles. Provide jamb support for larger windows where recommended by manufacturer. Metal windows with insulating glass shall have thermally broken frames and sash.

Provide glazing in exterior windows in accordance with section B202004 EXTERIOR GLAZING.

**B202001 1.1 STANDARD WINDOW SYSTEMS**

**B202001 1.1.2 Aluminum Windows**

Conform to ANSI/AAMA/WDMA 101. Factory finish aluminum windows and provide with aluminum frame at fixed sash, hardware and locks, and tinted glazing. Aluminum screens shall comply with ANSI/SMA 1004.

Exposed aluminum surfaces shall be factory finished with an AA 45 anodic coating or an AAMA organic coating. Provide a minimum of architectural Class II anodized coating or a baked enamel finish conforming to AAMA 2604 for residential construction. Provide a minimum of architectural Class I anodized coating or a high-performance organic coating conforming to AAMA 2605 for non-residential (commercial) construction. AAMA coatings shall have a total dry film thickness of 1.2 mils.

### B202001 1.1.3 Security Windows

Security windows delay forced entry into the building through the windows. In addition to meeting the requirements of AAMA 101, windows designated "resistance to forced entry" shall conform to the requirements of AAMA 1302.

## B202002 STOREFRONTS

Not Used.

## B202003 Not Used

## B202004 EXTERIOR GLAZING

Provide setting and sealing materials, stops and gaskets as recommended by the glass or acrylic sheet manufacturer.

Provide warranty for insulating glass units for a period of 10 years against development of material obstruction to vision (such as dust or film formation on the inner glass surfaces) caused by failure of the hermetic seal, other than through glass breakage. The Contractor shall require the glazing warranty for curtain wall glazing to be written directly to the Government.

Provide warranty for polycarbonate sheet glazing for a period of 5-years against breakage, coating delamination, and yellowing.

Glazing thickness indicated in the following paragraphs is the minimum acceptable thickness. Provide thicker glazing if required by the manufacturer for the given application.

Laminated annealed glass glazing lay-ups are required for all blast resistant exterior windows. Required glazing lay-ups depend on standoff distance and window orientation relative to the site perimeter. A minimum glazing lay-up is required to provide fragment protection to meet CENTCOM standards. Some locations may require heavier windows to protect against the design airblast load.

## B202004 1.1 GLASS

### B202004 1.1.1 Clear Glass

Type I, Class 1 (clear), Quality q4 (A).

### B202004 1.1.2 Heat-Absorbing Glass

ASTM 1036, Type I, Class 2 (heat absorbing and light reducing), Quality q3 (select), 1/4 inch (6 mm) thick, with a light transmittance of approximately 45 percent and total solar transmittance of not more than 50 percent for 1/4 inch (6 mm) thickness. Use warm color tint for warm color frames and cool color tints for white and gray frames.

### B202004 1.1.3 Wire Glass

Not Used.

### B202004 1.1.4 Laminated Glass

ASTM 1172, fabricated from two pieces of Type I, Class 1, Quality q3 glass laminated together with a clear 0.030 inch (0.75 mm) thick polyvinyl butyral interlayer. The total thickness shall be nominally 1/4 inch (6 mm). Laminated glass used for anti-terrorism window

assemblies must be a minimum of 1/4 inch (6 mm) thickness.

### B202004 1.1.5 Insulating Glass Units

Provide insulated glass using a combination of the interior and exterior glazing materials listed below filled with a thermal resistive gas. The air space shall be sized to meet the thermal requirements below but not less than one half inch(12 mm) for non-residential construction and one quarter inch(6 mm) minimum for residential construction.

Provide active solar control glazing by using tinting, maximum thermal resistance, special coatings to meet Energy Star climate zone and window type requirements(including frames), and comply with the performance characteristics below. Provide an active low-emissivity coating on glass surface number 2 (the inside surface of the exterior glass pane).

If the building is located in a heat dominated climate zone, the facility is designed to utilize solar heat gain to augment the HVAC system, and the window overhang design prohibits excessive solar gain; a passive low-emissivity coating may be used to accommodate the design. Occupied spaces adjoining passive low-emissivity coated glass must be designed for comfortable use of the space.

Provide two panes of glass separated by a dehydrated airspace and hermetically sealed. Dimensional tolerances shall be as specified in IGMA TR-1200. The units shall conform to ASTM E 773 and ASTM E 774, Class A. Provide primary seal, secondary seal, and spacers to eliminate moisture and hydrocarbon vapor transmission into airspace. Warranty insulating glass units against development of material obstruction to vision (such as dust, fogging, or film formation on the inner glass surfaces) caused by failure of the hermetic seal for a 10-year period following acceptance of the work.

The interior glass pane shall be one of the following:

1.  Typically ASTM C 1036, Type I, Class 1, Quality q4, minimum 1/4 inch (6 mm) thick;

2.  ASTM C 1048, Grade B (fully tempered), Style I (uncoated), Type I, Class 1 (transparent), Quality q4, minimum 1/4 inch (6 mm) thick when required by ANSI Z97.1 or possible human impact is anticipated;

3.  ASTM C 1172, laminated glass as specified above, when required by antiterrorism requirements.

The exterior glass pane shall be one of the following:

1.  Typically ASTM C 1036, Type I, Class 2 (tinted heat absorbing or reflective), Quality q4, minimum 1/4 inch (6 mm) thick;

2.  ASTM C 1048, Grade B (fully tempered), Style I (uncoated), Type I, Class 2 (tinted heat absorbing or reflective), Quality q4, minimum 1/4 inch (6 mm) thick when required by ANSI Z97.1 or possible human impact is anticipated.

Insulating glass performance for active solar control using low-emissivity coatings:

1.  Visible Light Transmission, 66% or lower

W912ER-11-D-0010-0006

**A971**

2.    Outdoor Light Reflectance, 11% or greater

3.    Solar Heat Gain Coefficient, .36 or lower

4.    Winter U-Value, .35 Btu/square foot x hr x degree F or lower for residential construction and .29 Btu/square foot x hr x degree F or lower for all other types of construction.

### B202004 1.1.6 Tempered Glass

ASTM C 1048, Kind FT (fully tempered), Condition A (uncoated), Type I, Class 1 (transparent) or 2 (tinted heat absorbing, Quality q3, 1/4 inch (6 mm) thick.

### B202004 1.1.7 Bullet-Resisting Glass

Not Used.

### B202004 1.1.8 Patterned Glass

Not Used.

### B202004 1.1.9 Spandrel Glass

ASTM C 1048, Kind HS or FT, Condition B (ceramic coated), Type I, Quality q5, 1/4 inch (6 mm) thick.

### B202004 1.1.10 Spandrel Glass with Adhered Backing

Not Used.

## B202004 1.2 Not Used

## B202090 OTHER EXTERIOR WINDOWS

### B202090 1.1 OPERABLE TRAY PASS WINDOWS

Frames and glass channels shall be of heavy type 6063-TS aluminum extrusions with reinforcing as required. Include bullet-resistant glazing and heavy-duty operable pass tray. Unit shall have a minimum of architectural Class I anodized coating or a high-performance organic coating conforming to AAMA 2605. AAMA coatings shall have a total dry film thickness of 1.2 mils.

## B2030 EXTERIOR DOORS

Exterior utility doors shall be heavy duty insulated steel doors and frames for service access. Door frames shall be welded. Corner knockdown door frames are not permitted.

Use heavy-duty overhead holder and closer to protect doors from wind damage. Provide kickplates on the inside face of all exterior doors.

Weather-protect all exterior doors and related construction with low infiltration weatherstripping and sealants. Provide threshold with offset to stop water penetration while maintaining accessibility compliance.

Conform to the design criteria of ASCE 7.

2 + 0 TQ/Combined DFAC
NSA, Bahrain

See section B203008, EXTERIOR DOOR HARDWARE, for door hardware requirements.  For all installations, provide a recessed key box (Knox Box) approximately 7 inches x 7 inches (175 mm x 175 mm) with 4-3/4 inches (120 mm) solid steel door at primary exterior entry for storage of keys and access cards accessible by the fire department.

All other exterior doors are required to meet CENTCOM requirements for fragmentation protection.  At a minimum doors shall be provided that will stop the 50th percentile fragment and as a minimum shall consist of a 1-1/2 inch solid oak core between two layers of 11-gauge steel plate.

**B203001 SOLID DOORS**

**B203001 1.1 STEEL DOORS**

Hardware preparation shall be in accordance with ANSI A250.6.  Doors shall be hung in accordance with ANSI A115.16.

**B203001 1.1.1 Steel Doors**

Steel doors shall be ANSI A250.8, Level 4, exterior, main entry doors, with a physical performance level of, Model 1 or 2.

Doors may be specified to be insulated.  Door selection shall be specified in the project program according to the following:

a.   Standard Duty Doors - Level 1, physical performance Level C, Model 1

b.   Heavy Duty Doors - physical performance Level B, Model 1

c.   Extra Heavy Duty Doors – ANSI A250.8, Level 3, physical performance Level A, Model 1

d.   Maximum Duty Doors – ANSI A250.8, Level 4, physical performance Level A, Model 1

**B203001 1.1.2 Residential Insulated Steel Entry Door Systems**

Not Used.

**B203001 1.1.3 Insulation Cores**

Insulated cores shall be of type specified only at unoccupied spaces (IE: Utility Room), and provide an apparent U-factor of .48 in accordance with SDI 113 and shall conform to:

a.   Rigid Polyurethane Foam:  ASTM C591, Type 1 or 2, foamed-in-place or in board form, with oxygen index of not less than 22 percent when tested in accordance with ASTM D2863; or

b.   Rigid Polystyrene Foam Board:  ASTM C578, Type I or II; or

c.   Mineral board:  ASTM C612, Type I.

**B203001 1.1.4 Accessories**

a.   Louvers shall comply with SDI 111-C, shall be stationary, sight-proof type.  Use lightproof louvers if function of room requires darkness. Louver frames shall be 20-gage steel with louver blades minimum 24 gage.

b.   Astragals: For pairs of exterior steel doors that will not have aluminum astragals or removable mullions, provide overlapping steel astragals with the doors.

c.   Moldings: Provide moldings around glass of exterior doors and louvers.   Provide non-removable moldings on outside of exterior doors. Secure inside moldings to stationary moldings, or provide snap-on moldings.   Muntins shall interlock at intersections and shall be fitted and welded to stationary moldings.

### B203001 1.1.5 Standard Steel Frames

ANSI A 250.8. Form frames with welded corners for installation in exterior walls.   Form stops and beads of 20 gage steel.   Frames shall be set in accordance with ASTM A250.11. Frames used with solid oak steel faced doors described in paragraph B2030 shall be 16 gauge.

### B203001 1.1.6 Anchors

Anchor all frames with a minimum of three jamb anchors and base steel anchors per frame, zinc-coated or painted with rust-inhibitive paint, not lighter than 18 gage.   Mortar infill frames in masonry walls, and infill with gypsum board compound at each jamb anchor in metal frame walls.   Only use surface exposed bolted anchors in concrete walls. Anchors on steel faced oak doors shall be 460 mm on center minimum with anchors no more than 75 mm from the corners.

### B203001 1.1.7 Finishes

a.   Exterior Doors, Factory-Primed and Field Painted Finish – Doors and frames shall be factory primed with a rust inhibitive coating as specified in ANSI A250.8.   Factory prime doors on six sides of the door. Manufacturer's primer and field painting shall be compatible with finish system in the paragraph "EXTERIOR PAINTING AND SPECIAL COATINGS".

b.   Exterior Doors Galvanized Finish – Shall be Commercial Quality, Coating Class A, zinc coating in accordance with ASTM A 591 when facility is located further than 300 feet (91 meters) from the ocean.   When facility is located within 300 feet (91 meters) of the ocean, provide G60 galvanized coating in accordance with ASTM A 924/A 924M and ASTM A 653/A 653M.

### B203001 1.2 WOOD DOORS

Solid wood or particleboard core with solid wood edge bands and reinforced at all hardware attachments to door with sound grade hardwood.   Exterior wood doors are only allowed in residential construction where facility design, overhangs and porches eliminate direct rain/moisture contact from wind driven rain.

### B203001 1.2.1 Stile and Rail Doors

Stile and rail doors shall be premium or custom grade Ponderosa pine stile and rail doors conforming to WDMA I.S.6A-01, heavy duty.

### B203001 1.2.2 Flush Doors

Flush doors shall conform to WDMA I.S.1-A.

Exterior Flush Doors - Solid wood core, Type I conforming to WDMA I.S.

1-A.

### B203001 1.2.3 Wood Door Louvers

Door louvers shall be of the manufacturer's standard design and shall transmit a minimum of 35 percent free air. Louver shall be a galvanized coated louvers with insect screens and comply with SDI 111-C, shall be stationary, sight-proof type.  Use lightproof louvers if function of room requires darkness.

### B203001 1.2.4 Door Light Openings

Where glazed openings are required, use the manufacturer's standard wood moldings. Moldings for doors to receive a natural finish shall be of the same species and color of the face veneer.

### B203001 1.2.5 Fabrication

a.   Marking - Each door shall bear a stamp, brand or other identifying mark indicating quality and construction of the door.

b.   Adhesives and Bonds - WDMA I.S. 1-A.  Use Type I bond for exterior doors.  Adhesive for doors to receive a natural finish shall be non-staining.

## B203002 GLAZED DOORS

Not Used.

## B203008 EXTERIOR DOOR HARDWARE

Provide the services of an Architectural Hardware Consultant(AHC), Certified Door Consultant(CDC), or an Electrified Hardware Consultant(EHC) to assist the Designer of Record in preparation of the door hardware schedule and product selection.   The hardware consultant shall sign and seal the door hardware construction submittal. Provide, as far as possible, door hardware of one manufacturer's make.  All hardware shall be clearly and permanently marked by the manufacturer where it will be visible after installation.

### B203008 1.1 HINGES

BHMA A156.1, size to match door size, but in no case less than 4-1/2 x 4-1/2 inches (114 mm x 114 mm), with non-removable pin and anti-friction bearing hinges.  Use two hinges for doors 60 inches (1500 mm) or less in height and one additional hinge for each additional 30 inches (750 mm), or fraction thereof, in door height. Use continuous hinges on steel faced solid oak core doors.

### B203008 1.2 PIVOTS

BHMA A156.4.

### B203008 1.3 LOCKS AND LATCHES

Commercial (all construction except family housing) buildings locks and latches shall be BHMA A 156.13, Series 1000, Operational Grade 1, Security Grade 2 for exterior building entrances and other high-use doors not requiring exit devices.  Use BHMA A 156.2, Series 4000, Grade 1 for all Commercial buildings locks and latches not using Series 1000 hardware.

For Residential (family housing) projects, use Series 4000, Grade 2 hardware.

**B203008 1.4 CARD KEY SYSTEM**

Where required, provide card key type access units. Provide lithium battery powered, magnetic stripe keycard locksets that are ANSI/BHMA A156.13, Series 1000, Grade 1, mortise or ANSI/BHMA A156.2, Series 4000, Grade 1, cylindrical locks, tamper resistant, UL listed with 1 inch (25 mm) throw deadbolt, 3/4-inch (19 mm) throw latch bolt, auxiliary deadlocking latch, and 2-3/4 inch (68.75 mm) backset. The latch bolt and the dead bolt shall be operated simultaneously by rotating inside lever. Locks with mechanical override lock cylinders are not acceptable. Locks shall be operated only by a correctly encoded keycard. Use of a newly issued keycard automatically re-keys the lock and voids the previous keycard. The lock shall re-lock immediately after outside lever is turned and latch retracted. Locks shall have memory that is capable of recording up to 140 entries into each room, identification of the keycard used to access the room, the date and time of entry. Entry information of the lock shall be retrievable by a data key that can be inserted into the lock and then taken to the front desk printer to display information. Other components that are required for this system at the front desk are a personal or laptop computer, printer and encoder to program each key.

For exit device locks with card key access, provide mortise type, narrow stile exit devices with 24 volt DC, solenoid option for card key exterior access at aluminum storefront doors. Provide mortise type exit devices with 24 volt DC, solenoid option with alarm and remote exterior access for card key access at insulated hollow metal doors. The alarmed exit device shall sound when exiting only.

System shall be capable of accepting a minimum of 12 keycard access levels, security auditing and computer interfacing with existing installations management system. Provide a single point of contact customer service representative accessible by telephone with a 10-digit telephone number without additional dialing hierarchies except that a maximum 4-digit extension is permissible. On-site service shall be provided within 3 hours from request within the first 12 months of occupancy. Provide a 5-year parts and labor warranty.

**B203008 1.5 EXIT DEVICES**

BHMA A 156.3, Grade 1. Provide on exit doors if it is anticipated that more than 50 people may use a particular door in an emergency exit situation. Touch bars shall be provided in lieu of conventional crossbars and arms. Use manufacturer's integral touch bars in aluminum storefront doors.

**B203008 1.6 EXIT LOCKS WITH ALARM**

BHMA A 156.5.

**B203008 1.7 CYLINDERS AND CORES**

If required, provide cylinders and cores for new locks, including locks provided under other sections of this specification. Cylinders and cores shall have seven pin tumblers. Cylinders shall be products of one manufacturer, and cores shall be the products of one manufacturer. Rim cylinders, mortise cylinders, and knobs of bored locksets shall have interchangeable cores, which are removable by special control keys. Stamp each interchangeable core with a key control symbol in a concealed place on the core.

**B203008 1.8 KEYING SYSTEM**

Keying system shall be a master key system for the facility, unless more than

one tenant/tenant command shall reside in a facility, or a grand master keying system, or great, grand master keying system if multiple tenants or buildings are required.  The keying system shall be an extension of the existing keying system for additions to existing facilities.  The keying system shall allow for construction interchangeable cores when subcontractors require keys during construction.  If required, provide a key cabinet.

The Contractor shall coordinate a keying system meeting.  The Contractor's Project Manager, Superintendent, Hardware Subcontractor, Electrical Subcontractor (if keying hardware is electric), Designer of Record, Contracting Officer, Public Works Base Hardware Specialist, and the Using Activity shall attend this meeting to establish the keying system for the project.  This meeting is intended to identify base limitations, the necessary security, and access control within the facility.  The meeting shall produce a marked up copy of the floor plan indicating the doors to receive locks and the doors to be keyed together, and any master keying or grand master keying.

## B203008 1.9 KEYS

Furnish one file key, one duplicate key and one working key for each key exchange and for each master and grand master keying system.

## B203008 1.10 LOCK TRIM

Cast, forged or heavy wrought construction and commercial plain in design.

### B203008 1.10.1 Knobs and Roses

Knobs and roses shall meet test requirements of BHMA A 156.2 and BHMA A 156.13.

### B203008 1.10.2 Lever Handles

Provide lever handles in lieu of knobs as required by DoD ABAAS. Lever handles shall meet the test requirements of BHMA A 156.13 for mortise locks.  All lever handles (mortise or cylinder) shall be the freewheeling type.

## B203008 1.11 DOOR BOLTS

BHMA A 156.16, Grade 1.  Provide two flush bolts for each inactive leaf of a pair of doors.

## B203008 1.12 CLOSERS

BHMA A 156.4, Series C02000, Grade 1, with PT 4C, 1-1/2 inch piston, heavy duty forged arm, full size case.  Provide closers for all exterior doors, fire-rated doors, corridor doors, stairway doors, and secure area doors, for non-residential (commercial) construction, as a minimum.

## B203008 1.13 OVERHEAD HOLDERS

BHMA A 156.8, Grade 1.  Provide for exterior doors for non-residential (commercial) construction.

## B203008 1.14 DOOR PROTECTION PLATES

Kick plates shall conform to BHMA A 156.6.  Provide kick plates on all doors with closers and all doors leading to corridors or circulation spaces. Provide armor plates on all doors to receive cart traffic.  Provide mop

plates on all doors in rooms with a mopable floor finish that do not have kick plates.

## B203008 1.15 DOOR STOPS AND SILENCERS

BHMA A 156.16.  Provide silencers, Type L03011, three per single door and four per double door, for doors in hollow metal frames.

## B203008 1.16 THRESHOLDS

BHMA A 156.21.  Provide thresholds with offset to stop water infiltration, while maintaining accessibility requirements.

## B203008 1.17 WEATHERSTRIPPING

BHMA A 156.22.  Air leakage of weatherstripped doors shall not exceed 0.5 CFM of air per square foot of door for residential doors, and 1.25 CFM for non-residential doors (unless a more restrictive infiltration level is specified).

## B203008 1.18 RAIN DRIPS

For all exterior doors that open to the outside, where the door swing area is not covered by an overhang, provide top and bottom rain drips complying with ANSI R3Y535 as a minimum.  Greater weathersealing may be required by the geographic location of the project.

## B203008 1.19 FINISHES

One of the following hardware finish systems shall be provided, and match the interior door hardware:

a.   BHMA A156.18.  Hardware shall have BHMA 630 finish (satin stainless steel), unless specified otherwise.  Provide items not manufactured in stainless steel in BHMA 626 finish (satin chromium plated) over brass or bronze, except surface door closers which shall have aluminum paint finish, and except steel hinges which shall have BHMA 652 finish (satin chromium plated).  Hinges for exterior doors shall be stainless steel with BHMA 630 finish or chromium plated brass or bronze with BHMA 626 finish.  Exit devices may be provided in BHMA 626 finish in lieu of BHMA 630 finish.  Exposed parts of concealed closers shall have finish to match lock and door trim. Hardware for aluminum doors shall be finished to match the doors.

b.   BHMA A156.18.  Hardware shall have BHMA 612 finish (satin bronze), unless specified otherwise.  Surface door closers shall have bronze paint finish.  Steel hinges shall have BHMA 639 finish (satin bronze plated).  Exposed parts of concealed closers shall have finish to match lock and door trim.  Hardware for aluminum doors shall be finished to match the doors. Hardware showing on interior of bathrooms, shower rooms, toilet rooms, washrooms, laundry rooms, and kitchens shall have BHMA 629 finish (bright stainless steel) or BHMA 625 finish (bright chromium plated).

-- End of Section --

SECTION B30
ROOFING
11/10

**B30 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**B30 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards that are referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website  are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

**B30 1.1.1 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01              General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs , which include the following significant UFC(s):UFC 3-101-01  Architecture UFC 3-110-03 Roofing)

**B30 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory roofing system performance shall be via Performance Verification Testing, and by field inspection as detailed in this section of the RFP.  All performance and acceptance testing including final/warranty inspections shall be witnessed by the Contracting Officer on all significant roof projects.

A significant roof project is a single or group of buildings greater than 15,000 square feet (1,400 m2) in size, or where extenuating circumstances of the roof project such as building use, content, safety, or visibility determine the roof design.

**B30 1.2.1 Pre-Roofing Design Conference**

If required in RFP Part 3, the Contractor shall hold a Pre-Roofing

Design Conference with the Contracting Officer. Schedule this conference prior to the roof design and roof layout of the facility. Attendee's shall include the DOR, DQC Manager, Roof Design Assurance Consultant (if applicable), Commissioning Authority, and Subcontractors directly responsible for installing the roof and equipment that will be mounted on the roof. Discuss and coordinate the following as a minimum:

a. Sustainable systems to be mounted on the roof and interface with building systems and utilities,

b. Allocation of space on the roof for different functions,

c. Impact of sustainable systems and building orientation to the suns path,

d. Waterproofing, flashing, and future reroofing considerations of the facility resulting from sustainable systems inclusion on the roof,

e. Measures taken to eliminate penetration of the roof membrane. NRCA roof details proposed for each necessary penetration,

f. Structural requirements to support roof mounted equipment,

g. Aesthetic impact of roof mounted equipment on the facility and measures taken to mitigate negative appearances of equipment.

h. Maintenance and Commissioning requirements of the roof and roof mounted equipment to facilitate final testing and provide proper access and roof membrane protection.

## B30 1.2.2 Pre-Roofing Conference

Prior to beginning roofing work, the Contractor shall hold a Pre-Roofing Conference with the Contracting Officer. Attendees' shall include personnel directly responsible for the roofing systems design and construction, DQC Manager, Commissioning Authority, as well as the roofing manufacturer's technical representative, and Roof Design Consultant (if applicable). At this time the Contractor will address any conflicts between the proposed roofing system, the design documents, and the scheduling of work / workers (trades) to assure a watertight roofing installation. Resolutions will be obtained and documented in writing prior to the start of roofing work. A quality assurance/quality control plan shall also be established at this time, inclusive of the roofing manufacturer's recommended testing and inspections procedures, and in accordance with industry standard guidelines.

Contractor shall provide the following additional information at the pre-roofing conference: Procedure for the roof manufacturer's technical representative's onsite inspection and acceptance of the roofing substrate, roof insulation, and installation of the roofing in accordance with the roof system warranty, the name of the manufacturer's technical representatives, the frequency of the onsite visits, copies of the roof status reports from the technical representatives to the roof manufacturer, and pertinent structural details to the roofing system.

## B30 1.2.3 Roof Design Assurance

If the roofing project is significant (defined above) or where extenuating circumstances of the roof project such as building use,

content, safety, or visibility require a roofing consultant, the Contractor shall utilize the services of a Registered Roof Consultant (RRC) certified by the Roof Consultant Institute, or a Registered Professional architect or Engineer who specializes in roofing, to approve the roof design. The roof consultant must be engaged in roofing design and roofing construction as his primary endeavor. The roof consultant shall verify in writing that the design for the project is in accordance with the current edition of NRCA *Roofing and Waterproofing Manual*, UFC's, and RFP, and standard industry practices and building codes.

If a Roof Design Assurance Consultant is needed, consider using a Registered Roof Observer as a QC specialist in UFGS Section 01 45 00.05 20, *Design and Construction Quality Control*.

### B30 1.2.4 Low Slope Roof Drain Test

Plug roof drains and fill with water to the edge of the drain sump for 24 hours. Not all drains shall be tested at one time. Measure water at the beginning and end of the 24 hour time period to ensure there is no leakage. Repeat testing until all leaks have been located, corrected, and no leaks found.

### B30 1.2.5 Tests for Surface Dryness

Prior to application of roofing materials, perform surface dryness tests in presence of DOR. Asphalt of 350 to 400 degrees F (177 to 204 degrees C) shall not foam upon contact with substrate. After foaming test is performed, test for strippability (adherence).

### B30 1.2.6 Quality Control Program

Contractor shall establish a quality control program to assure adherence to NRCA recommended Quality Control Guidelines for the Application of Roofing Systems and other specified application requirements. Compliance with UFGS Section 01 45 00.05 20, *Design and Construction Quality Control*, is required.

## B30 1.3 DESIGN SUBMITTALS

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10 , *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and UFC 3-101-01, *Architecture*.

## B30 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

Test reports, color samples, certificates of conformance, warranties, close out documentation, and manufacturer's instructions for application and installation on all products used on the roof. Products used on the roof consist of but are not limited to structural deck, insulation, membrane or panels, Standing Seam Metal Roofing (SSMR), flashing, fasteners, nailers, accessories and equipment support curbs or equipment support stands for solar equipment, equipment roof plan, maintenance access and paths.

## B3010  ROOF COVERINGS

W912ER-11-D-0010-0006

Government Rule 4 File

**A981**

Roof coverings shall comply with the requirements of UFC 3-110-03, *Roofing*, and NRCA, *Roofing and Waterproofing Manual* found at http://www.nrca.net/rp/technical/manual/manual.aspx as the primary NAVFAC roofing criteria. Roof selection shall comply with UFC 3-330-02A, *Design: Commentary on Roof Systems*. Determine wind uplift using wind speed in accordance with ASCE-7.

Submit the INFORMATION CARD (see "Form 1" at the end of this section) Provide a typewritten card, laminated in plastic and framed in a weather-tight frame, or a photoengraved 0.032-inch (0.81 mm) thick aluminum card for the roof. This card shall be a minimum size of 8 1/2 x 11 inch (216 x 280 mm) and contain information listed in the attached Form 1. Install the card where directed. Furnish framed card and a duplicate card to the Designer of Record.

## B301002 LOW SLOPE ROOF SYSTEMS

### B301002 1.1 GENERAL REQUIREMENTS

a.  Warranty (Except SSSMRS) - Furnish the roofing system manufacturer's materials and workmanship warranty for the roofing system. The warranty period shall not be less than 20 years from the date the Government acceptance of the work. The warranty shall be issued directly to the Government and shall not be limited in dollar value. The system warranty shall include roofing membrane, insulation, flashings, accessories and attachments.

b.  Wind Uplift - The complete roof covering assembly shall be rated in accordance with FM P7825, capable of withstanding an uplift pressure as determined by ASCE-7, and FM I-49 for perimeter and flashing attachment.

c.  Fire Safety - The complete roof covering assembly shall meet ASTM E 108, Class 1A or UL 790, Class A; and be listed as Fire-Classified roof deck construction in the UL RMSD, or Class I roof deck construction in FM P7825. All components of the system shall be UL labeled. Complete roof covering assembly shall:

    1)  Be Class A or B rated in accordance with ASTM E 108 , FM 4470, or UL 790; and2) Be listed as part of Fire-Classified roof deck construction in UL RMSD, or Class I roof deck construction in FM P7825c.

d.  Traffic Pads - Provide on roof system to protect roof from foot traffic. Provide traffic pads from roof access to and around roof mounted mechanical equipment and underneath removable mechanical equipment access panels. Traffic pads shall be of compatible material to roof.

### B301002 1.2 BUILT-UP ASPHALT ROOFING (AGGREGATE SURFACED)

This paragraph covers the requirements for aggregate surfaced bituminous built-up roofing made up of glass felt, asphalt bitumen, and aggregate surfaced or modified bitumen cap sheet.

#### B301002 1.2.1 Materials

a.  Asphalt - ASTM D 312, Type II, III or IV

b.  Felts - Base Sheet (GB) – ASTM D 4601, Type II without perforations

    1)  Ply Felt (GA) – ASTM D 2178, Type IV or VI

    2) Ventilating Base Sheet VB) – ASTM D 4897

PART 4: 2 + 0 TQ - SECTION B30 - Page 4

W912ER-11-D-0010-0006

3) Flashing Felt (SBS Modified Base Sheet - MB) per ASTM D 6162 (with combined polyester and glass fiber reinforcing), Type II, Grade G (weighing 4.3(90 lbs./100sf), and a thickness of 130 mils) or Grade S (weighing 58 lbs./100sf and a thickness of 85 mils), ASTM D 6163 (with glass fiber reinforcing), Type II, Grade G (weighing 90 lbs./100sf, and a thickness of 130 mils) or S (weighing 58 lbs./100sf and a thickness of 85 mils), ASTM D 6164 (with polyester reinforcing), Type II, Grade G (weighing 90 lbs./100sf, and a thickness of 130 mils) or S (weighing 70 lbs./100sf and a thickness of 115 mils).

4) SBS Bitumen Cap Sheet (RSS) – ASTM D 6162 (with combined polyester and glass fiber reinforcing), Type II, Grade G (weighing 90 lbs./100sf, and a thickness of 130 mils), ASTM D 6163 (with glass fiber reinforcing), Type II, Grade G (weighing 90 lbs./100sf, and a thickness of 130 mils), ASTM D 6164 (with polyester reinforcing),

c. Primer - ASTM D 41

d. Asphalt Roof Cement - ASTM D 4586, Type II for vertical surfaces and Type I for horizontal surfaces.

e. Aggregate for Surfacing Built-up Roofing - ASTM D 1863

f. Fasteners - Provide metal fasteners of copper, aluminum or stainless steel, compatible with materials to be penetrated. Fasteners shall be of sufficient length to achieve appropriate embedment or penetration into the substrate below.

g. Metal Discs - Flat discs or caps of zinc-coated steel not less than 28 gage and not less than 1-3/8 inches (35 mm) in diameter.

h. Traffic Pads - Preformed reprocessed rubber, compatible with the roof membrane, 1/4-inch (6.35 mm) minimum thickness, weighing not less than 1-1/2 pounds per square foot, to protect roof from foot traffic. Provide traffic pads around roof access and around roof mounted equipment and underneath removable mechanical equipment access panels.

## B301002 1.2.2 FIELD QUALITY CONTROL

a. Tests for Surface Dryness - see paragraph B301002 1.2 for Performance Verification and Acceptance Testing requirements.

## B301002 1.3 ETHYLENE PROPYLENE DIENE MONOMER (EPDM)

Not used.

## B301002 1.4 MODIFIED BITUMINOUS MEMBRANE ROOFING

Not Used.

## B301002 1.5 Not Used

## B301003 ROOF INSULATION & FILL

The insulation system shall be coordinated with the mechanical design to suit the energy requirements of the facility.

## B301003 1.1 MINERAL FIBER BLANKET INSULATION

This paragraph covers the requirements for mineral fiber blanket thermal insulation in attics and above ceilings.

### B301003 1.1.1 Products

a.  Blanket Insulation - ASTM C 665, Type I, II, or III, as appropriate for the installation, Class A, membrane-faced surface with a flame spread of 25 or less; and a smoke developed rating of 150 or less when tested in accordance with ASTM E 84. Indicate insulation R-values on the design drawings.

b.  Blocking – Treated wood, metal, un-faced mineral fiber blankets in accordance with ASTM C665, Type I.  Blocking around chimneys and other heat producing devices shall be non-combustible and shall meet the requirements of ASTM E 136.

c.  Vapor Retarder - 6 mil (minimum) thick polyethylene sheeting conforming to ASTM D 4397, with a water permeance value of 1 perm or less when tested according with ASTM E 96.

## B301003 1.2 ROOF AND DECK INSULATION

This paragraph covers the requirements for insulation materials used below the roofing systems.

### B301003 1.2.1 Insulation Types

Roof insulation shall have an R-value determined per ASHRAE Standard 90.1 (latest edition) and be one or an assembly of a maximum of three of the following materials and compatible with attachment methods for the specified insulation and roof system:

a.  Expanded Perlite Board – ASTM C 728, minimum thickness of 3/4" boards, and 4' by 4' board size.

b.  Polyisocyanurate Board – ASTM C 1289, with a minimum compressive strength of 138 kPa (20 psi), unless overlaid with another board with a comparable or greater compressive strength. Use insulation facer as recommended by the roofing material manufacturer.  Board size shall be restricted to 4' by 4' when applied in direct contact with concrete deck.

c.  Composite Boards – ASTM C 984 (Polyisocyanurate-perlite) or ASTM C 1050 (Polystyrene-wood fiberboard), Type III, Grade 1, Class A, or ASTM C 1289, Type V, oriented strand board or waferboard on one side and fibrous felt or glass fiber mat membrane or aluminum foil on the other.

d.  Wood Fiber (high density) – ASTM C 208

### B301003 1.2.2 Tapered Roof Insulation

On portions of the roof where the sloping of structure does not allow the minimum slopes, provide a factory tapered roof insulation system to provide positive drainage of roof system, and to include drainage around curbs, penetrations, and projections through the roof plane. For new construction, provide one layer of the tapered roof insulation assembly factory tapered to a slope not less than 1/2" per foot (13 mm per 300 mm).  For re-roofing applications where slopes of 1/2" per foot (13 mm per 300 mm) cannot be achieved, provide a minimum of 1/4" per foot (6.35 mm per 300 mm) slope.

### B301003 1.2.3 Protection Board

Provide for use as a thermal barrier (underlayment) or protection board for hot-mopped applications.

### B301003 1.2.4 Glass Mat Gypsum Roof Board

ASTM C 1177, with a 0 Flame Spread and 0 Smoke Developed when tested in accordance with ASTM E 84.

### B301003 1.2.5 Bitumens

a.    Asphalt Primer - ASTM D 41

b.    Asphalt - ASTM D 312, Type III or IV

c.    Asphalt Roof Cement - ASTM D 4586, Type I for horizontal surfaces, Type II for vertical and sloped surfaces.  Roof cement shall be compatible with membrane materials.

### B301003 1.2.6 Underlayment

a.    Asphalt-Saturated Felt Base Sheet for Single Layer Application - ASTM D 4869, Type II or ASTM D 226, Type II (30 pounds).

b.    Polymer-Modified Self-Adhering Bitumen Sheet, 40 mil (1.1 mm) minimum thickness.  Provide at roof perimeter, valley and roof penetration locations as a minimum.

### B301003 1.2.7 Seal at Penetrations

Provide pre-manufactured flashing components for use in single-ply roofing applications.  Seal laps and penetrations to prevent moisture vapor penetration.  Adhesives, sealants, prefabricated components and spray foam products may be required.

### B301003 1.2.8 Fasteners

Fasteners shall be flat, round or hexagonal steel (not less than 1-3/8"(35 mm) diameter) and 28 gage, or plastic plates (not less than 3 inches (75 mm) in diameter).

Fasteners in lightweight cellular concrete decks shall penetrate at least 1 inch (25 mm) but not more than 1-1/2 inches (32 mm) into the deck.  Withdrawal resistance from lightweight cellular concrete deck shall be not less than 40 lbs.(18 kg) each, or 120 lbs. (54 kg) each in metal deck.

Fasteners in steel decks shall be hardened fasteners or screws conforming to FM A/S4470 and listed in FM P7825 for Class I roof deck construction.

Fasteners shall be place to withstand an uplift pressure required by the project program in the field of the roof and FM LPDS 1-49 for perimeter component and flashing attachment.

Roofing Nails - Provide corrosion resistant ring shank nails of sufficient length to penetrate a minimum of 1 inch (25 mm) into wood nailers or so as to provide appropriate embedment in substrate below. Fasteners shall conform to FM A/S4470, and be placed to withstand an uplift pressure of 90 psf (4.3 kPa) conforming to FM P7825, and FM 1-49 for perimeter fasteners.

### B301003 1.2.9 Wood Nailers

Wood nailers shall be pressure-preservative-treated in accordance with AWPA M2 Standards, permanently marked or branded, and installed flush with the top of the adjacent insulation board.  Separate treated wood nailers from roofing metals with underlayment.

### B301003 1.2.9.1 Fasteners

Provide stainless steel, double hot-dipped galvanized or other corrosion resistant fasteners recommended by the treatment manufacturer for use with treated wood.

## B301004 FLASHINGS & TRIM

## B301004 1.1 FLASHING AND SHEET METAL

This paragraph covers the requirements for flashing and sheet metal work including scuppers, splash pans, and sheet metal roofing.  Flashing and sheet metal shall be provided in accordance with roof manufacturer's printed installation instructions and in compliance with NRCA and SMACNA recommendations.

### B301004 1.1.1 Materials

Furnish sheet metal items in minimum 8 to 10 foot (2.44 to 3.05 meter) lengths. Sheet metal items include the following: gutters, including hangers; downspouts; counter-flashings; gravel stops and fascias; cap, valley, stepped, base and eave flashings and related accessories.

a. Copper, Sheet and Strip - ASTM B 370, cold-rolled temper.

b. Lead-Coated Copper Sheet - ASTM B 101

c. Lead Sheet - Minimum weight 4 pounds per square foot (.19 kPa).

d. Steel Sheet, Zinc-Coated (Galvanized) - ASTM A 653/ A 653M. Galvanized steel items shall have a baked-on, factory applied finish of polyvinylidene fluoride or an equivalent fluorocarbon coating with a minimum thickness of 0.8 to 1.3 mils.

e. Stainless Steel - ASTM A 167, Type 302 or 304, 2D finish, fully annealed, dead-soft temper.

f. Aluminum Alloy Sheet and Plate - ASTM B 209

g. Pre-Finished Aluminum - Provide trim, gravel stops and fascias of Pre-finished aluminum.  Finish shall be baked-on factory applied color coating of polyvinylidene fluoride (PVF2) or other equivalent fluorocarbon coating with a minimum thickness of 0.8 to 1.3 mils.

h. Aluminum alloy, Extruded Bars, Rods, Shapes, and Tubes - ASTM B 221

i. Solder - ASTM B 32

j. Polyvinyl Chloride Reglet - ASTM D 1784, Type II

k. Asphalt Primer - ASTM D 41

l. Fasteners - Fasteners shall be of the same or compatible metal with the item being fastened. Stainless steel fasteners shall

be used to fasten dissimilar materials.

### B301004 1.1.2 Field Quality Control

Fabrication and installation of sheet metal items shall be as follows:

a. Install work with watertight and hairline joints, without waves, warps, buckles, fastening stresses, or distortion, allowing for expansion and contraction.

b. Make surfaces to receive sheet metal plumb and true, clean, even, smooth, dry and free of defects and projections that could affect the application.

c. Provide sheet metal flashing in angles formed where roof decks abut walls, curbs, ventilators, pipes, or other vertical surfaces and wherever indicated and necessary to make the work watertight.

d. Provide prefabricated inside and outside corners at all sheet metal intersection pieces. Minimum leg length shall be 12 inches (300 mm), maximum length shall be 18 inches (450 mm).

e. Sheet metal shall be fabricated to conform to the contours of surfaces to which applied.

f. All sheet metal cap flashings shall have waterproof membrane underlayment installed behind or below the metal components.

g. Provide conforming sheet metal closures at all flashing termination conditions.

h. Provide fastenings and accessories as required to provide a securely attached, watertight construction. Cleats shall be a minimum of one gage heavier than the component to be attached.

i. Where sheet metal components are to be embedded in the roofing system, prime both sides of all metal flanges prior to installation.

## B301005 Scuppers AND DOWNSPOUTS

Provide Scuppers and downspouts compatible with roofing material and finish. Concealed (interior) gutters and downspouts are prohibited. The primary and secondary drainage systems shall be sized per applicable Plumbing and Building Codes. Finish shall be baked-on factory applied color coating of polyvinylidene fluoride (PVF2) or other equivalent fluorocarbon coating with a minimum thickness of 0.8 to 1.3 mils.

## B301006  ROOF OPENINGS AND SUPPORTS

### B301006  1.1 GENERAL REQUIREMENTS

Provide flashings for roof openings and supports as recommended by the NRCA and as specified below:

When existing pitch pans cannot be avoided and must be utilized, insure pitch pan is a preformed pan with minimum 4-inch (100 mm) height and 2-inch (50 mm) flange with 2-inch (50 mm) clearance on all sides of the penetration. Fill bottom 1/3 with non-shrink grout. Fill remainder with pourable elastomeric sealer sloped to drain. For round penetrations, provide a metal umbrella cap clamped to the penetration.

Assure all penetration flashings extend minimum 8 inches (200 mm) above the finished roof surface. Use round shapes to construct equipment supports. Equipment supports should be raised on a continuous curb a minimum of 14 inches (350 mm), but not less than as required by the NRCA.

## B301006  1.2 ROOF HATCHES

Construct using NRCA approved techniques and details. Provide roof hatch where required by OSHA, or as access to roof when roof mounted equipment is used or other routine roof maintenance is required.

### B301006  1.2.1 Construction

Provide insulated roof hatches of 14 gage galvanized steel with 22 gage galvanized steel liner or 18 gage aluminum liner, and have integral curb, flange and flashings for securing to roof deck. Hinge shall be heavy-duty zinc plated steel with non-removable pins. Latching mechanism shall be zinc-coated steel slam latch with inside and outside levers. Springs shall be greased compression springs in telescopic tubes. Provide interior locking of roof hatch. Provide a safety rail or ladder extension. Size roof hatch to allow access of routine maintenance equipment, but not less than 2'-6" x 3'-0" (750 mm x 900 mm). Hatch and access ladders shall conform to OSHA and other applicable safety standards.

## B301006  1.3 Not Used

### B301006  1.3.1 Warranty

The contractor shall furnish to the Government the manufacturer's complete warranty for materials, workmanship and installation. The warranty is for 10 years from the time of project completion. The warranty shall guarantee, but shall not be limited to, the following:

a.   Light transmission and color of the panels shall not change after exposure to heat of 300 degrees F (149 degrees C) for 25 minutes.

b.   There is no delamination of the panel affecting appearance, performance, weatherability or structural integrity of the panels or the completed system.

c.   There is no fiberbloom on the panel face.

d.   Change in light transmission of no more than 6% per ASTM D 1003, and in color (yellowing index) no more than 10 points in comparison to the original specified value over a 10 year period.

### B301006  1.3.2 Not Used

### B301006  1.3.3 Thermoplastic Polycarbonate Panels

Not Used.

## B301006  1.4 GUARDS

Provide rails or guards as required by the OSHA, the International Building Code or other applicable safety standards.

## B301090   OTHER ROOFING

## B301090  1.1 LIGHTNING PROTECTION

2 + 0 TQ/Combined DFAC
NSA, Bahrain

Not Used

-- End of Section --

FORMS

ROOFING SYSTEM COMPONENTS

1.  Contract Number: _____

2.  Building Number and Location: _____

3.  NAVFAC Specification Number: _____

4.  Deck Type: _____

5.  Slope of Deck: _____

6.  Insulation Type and Thickness:_____

7.  Insulation Manufacturer: _____

8.  Vapor Retarder    (_____) Yes    (_____) No

9.  Vapor Retarder Type: _____

10. Roofing Description: _____

    Manufacturer (Name, address, and phone no.): _____

    _____

    Type: _____

    Method of attachment: _____

11. Statement of Compliance or Exception: _____

    _____

    _____

12. Date Roof Completed: _____

13. Warranty Period: _____

14. Roofing Contractor (Name and Address):

    _____

    _____

    _____

15. Prime Contractor (Name and Address):

    _____

    _____

    _____

2 + 0 TQ/Combined DFAC
NSA, Bahrain

Contractor's Signature _____   Date: _____

Inspector's Signature _____   Date: _____

Form page 1

**CONTRACTOR'S FIVE (5) YEAR NO PENAL SUM WARRANTY FOR STRUCTURAL STANDING SEAM METAL ROOF (SSSMR) SYSTEM**

FACILITY DESCRIPTION_____

BUILDING NUMBER:_____

CONTRACT NUMBER:_____

CONTRACTOR

CONTRACTOR:_____

ADDRESS:_____

POINT OF CONTACT:_____

TELEPHONE NUMBER:_____

OWNER

OWNER:_____

ADDRESS:_____

POINT OF CONTACT:_____

TELEPHONE NUMBER:_____

CONSTRUCTION AGENT

CONSTRUCTION AGENT:_____

ADDRESS:_____

POINT OF CONTACT:_____

TELEPHONE NUMBER:_____

Warranty page 1

**CONTRACTOR'S FIVE (5) YEAR NO PENAL SUM WARRANTY FOR STRUCTURAL STANDING SEAM METAL
ROOF (SSSMR) SYSTEM (continued)**

THE SSSMR SYSTEM INSTALLED ON THE ABOVE NAMED BUILDING IS WARRANTED BY
_____ FOR A PERIOD OF FIVE (5) YEARS AGAINST WORKMANSHIP
AND MATERIAL DEFICIENCES, WIND DAMAGE, STRUCTURAL FAILURE, AND LEAKAGE.  THE SSSMR
SYSTEM COVERED UNDER THIS WARRANTY SHALL INCLUDE, BUT SHALL NOT BE LIMITED TO, THE
FOLLOWING:  THE ENTIRE ROOFING SYSTEM, MANUFACTURER SUPPLIED FRAMING AND
STRUCTURAL MEMBERS, METAL ROOF PANELS, FASTENERS, CONNECTORS, ROOF SECUREMENT
COMPONENTS, AND ASSEMBLIES TESTED AND APPROVED IN ACCORDANCE WITH ASTM E 1592.  IN
ADDITION, THE SYSTEM PANEL FINISHES, SLIP SHEET, INSULATION, VAPOR RETARDER, ALL
ACCESSORIES, COMPONENTS, AND TRIM AND ALL CONNECTIONS ARE INCLUDED.  THIS INCLUDES
ROOF PENETRATION ITEMS SUCH AS VENTS, CURBS, SKYLIGHTS; INTERIOR OR EXTERIOR
GUTTERS AND DOWNSPOUTS; EAVES, RIDGE, HIP, VALLEY, RAKE, GABLE, WALL, OR OTHER ROOF
SYSTEM FLASHINGS INSTALLED AND ANY OTHER COMPONENTS SPECIFIED WITHIN THIS CONTRACT
TO PROVIDE A WEATHERTIGHT ROOF SYSTEM; AND ITEMS SPECIFIED IN OTHER SECTIONS OF

THE SPECIFICATIONS THAT ARE PART OF THE SSSMR SYSTEM.

ALL MATERIAL DEFICIENCIES, WIND DAMAGE, STRUCTURAL FAILURE, AND LEAKAGE ASSOCIATED WITH THE SSSMR SYSTEM COVERED UNDER THIS WARRANTY SHALL BE REPAIRED AS APPROVED BY THE CONTRACTING OFFICER.  THIS WARRANTY SHALL COVER THE ENTIRE COST OF REPAIR OR REPLACEMENT, INCLUDING ALL MATERIAL, LABOR, AND RELATED MARKUPS.  THE ABOVE REFERENCED WARRANTY COMMENCED ON THE DATE OF FINAL ACCEPTANCE ON _____ AND WILL REMAIN IN EFFECT FOR STATED DURATION FROM THIS DATE.

SIGNED, DATED, AND NOTARIZED (BY COMPANY PRESIDENT)


_____

        (Company President)                    (Date)


Warranty page 2

**CONTRACTOR'S FIVE (5) YEAR NO PENAL SUM WARRANTY FOR STRUCTURAL STANDING SEAM METAL ROOF (SSSMR) SYSTEM (continued)**

THE CONTRACTOR SHALL SUPPLEMENT THIS WARRANTY WITH WRITTEN WARRANTIES FROM THE MANUFACTURER AND INSTALLER OF THE SSSMR SYSTEM, WHICH SHALL BE SUBMITTED ALONG WITH THE CONTRACTOR'S WARRANTY.  HOWEVER, THE CONTRACTOR WILL BE ULTIMATELY RESPONSIBLE FOR THIS WARRANTY AS OUTLINED IN THE SPECIFICATIONS AND AS INDICATED IN THIS WARRANTY EXAMPLE.


EXCLUSIONS FROM COVERAGE

1.  NATURAL DISASTERS, ACTS OF GOD (LIGHTNING, FIRE, EXPLOSIONS, SUSTAINED WIND FORCES IN EXCESS OF THE DESIGN CRITERIA, EARTHQUAKES, AND HAIL).

2.  ACTS OF NEGLIGENCE OR ABUSE OR MISUSE BY GOVERNMENT OR OTHER PERSONNEL, INCLUDING ACCIDENTS, VANDALISM, CIVIL DISOBEDIENCE, WAR, OR DAMAGE CAUSED BY FALLING OBJECTS.

3.  DAMAGE BY STRUCTURAL FAILURE, SETTLEMENT, MOVEMENT, DISTORTION, WARPAGE, OR DISPLACEMENT OF THE BUILDING STRUCTURE OR ALTERATIONS MADE TO THE BUILDING.

4.   CORROSION CAUSED BY EXPOSURE TO CORROSIVE CHEMICALS, ASH OR FUMES GENERATED OR RELEASED INSIDE OR OUTSIDE THE BUILDING FROM CHEMICAL PLANTS, FOUNDRIES, PLATING WORKS, KILNS, FERTILIZER FACTORIES, PAPER PLANTS, AND THE LIKE.

5.   FAILURE OF ANY PART OF THE SSSMR SYSTEM DUE TO ACTIONS BY THE OWNER TO INHIBIT FREE DRAINAGE OF WATER FROM THE ROOF AND GUTTERS AND DOWNSPOUTS OR ALLOW PONDING WATER TO COLLECT ON THE ROOF SURFACE.  CONTRACTOR'S DESIGN SHALL INSURE FREE DRAINAGE FROM THE ROOF AND NOT ALLOW PONDING WATER.

6.   THIS WARRANTY APPLIES TO THE SSSMR SYSTEM.  IT DOES NOT INCLUDE ANY CONSEQUENTIAL DAMAGE TO THE BUILDING INTERIOR OR CONTENTS THAT IS COVERED BY THE WARRANTY OF CONSTRUCTION CLAUSE INCLUDED IN THIS CONTRACT.

7.   THIS WARRANTY CANNOT BE TRANSFERRED TO ANOTHER OWNER WITHOUT WRITTEN CONSENT OF THE CONTRACTOR; AND THIS WARRANTY AND THE CONTRACT PROVISIONS WILL TAKE PRECEDENCE OVER ANY CONFLICTS WITH STATE STATUTES.

**

Warranty page 3

**CONTRACTOR'S FIVE (5) YEAR NO PENAL SUM WARRANTY FOR STRUCTURAL STANDING SEAM METAL ROOF (SSSMR) SYSTEM (continued)**

**REPORTS OF LEAKS AND SSSMR SYSTEM DEFICIENCIES SHALL BE RESPONDED TO WITHIN 48 HOURS OF RECEIPT OF NOTICE, BY TELEPHONE OR IN WRITING, FROM EITHER THE OWNER OR CONTRACTING OFFICER.  EMERGENCY REPAIRS TO PREVENT FURTHER ROOF LEAKS SHALL BE INITIATED IMMEDIATELY; A WRITTEN PLAN SHALL BE SUBMITTED FOR APPROVAL TO REPAIR OR REPLACE THIS SSSMR SYSTEM WITHIN SEVEN (7) CALENDAR DAYS.  ACTUAL WORK FOR PERMANENT REPAIRS OR REPLACEMENT SHALL BE STARTED WITHIN 30 DAYS AFTER RECEIPT OF NOTICE, AND COMPLETED WITHIN A REASONABLE TIME FRAME.  IF THE CONTRACTOR FAILS TO ADEQUATELY RESPOND TO THE WARRANTY PROVISIONS, AS STATED IN THE CONTRACT AND AS CONTAINED HEREIN, THE CONTRACTING OFFICER MAY HAVE THE SSSMR SYSTEM REPAIRED OR REPLACED BY OTHERS AND CHARGE THE COST TO THE CONTRACTOR.

IN THE EVENT THE CONTRACTOR DISPUTES THE EXISTENCE OF A WARRANTABLE DEFECT, THE CONTRACTOR MAY CHALLENGE THE OWNER'S DEMAND FOR REPAIRS OR REPLACEMENT DIRECTED BY THE OWNER OR CONTRACTING OFFICER EITHER BY REQUESTING A CONTRACTING OFFICER'S DECISION UNDER THE CONTRACT DISPUTES ACT, OR BY REQUESTING THAT AN ARBITRATOR RESOLVE THE ISSUE.  THE REQUEST FOR AN ARBITRATOR MUST BE MADE WITHIN 48 HOURS OF BEING NOTIFIED OF THE DISPUTED DEFECTS.  UPON BEING INVOKED, THE PARTIES SHALL, WITHIN TEN (10) DAYS, JOINTLY REQUEST A LIST OF FIVE (5) ARBITRATORS FROM THE FEDERAL MEDIATION AND CONCILIATION SERVICE.  THE PARTIES SHALL CONFER WITHIN TEN (10) DAYS AFTER RECEIPT OF THE LIST TO SEEK AGREEMENT ON AN ARBITRATOR.  IF THE PARTIES CANNOT AGREE ON AN ARBITRATOR, THE CONTRACTING OFFICER AND THE PRESIDENT OF THE CONTRACTOR'S COMPANY WILL STRIKE ONE (1) NAME FROM THE LIST ALTERNATIVELY UNTIL ONE (1) NAME REMAINS.  THE REMAINING PERSON SHALL BE THE DULY SELECTED ARBITRATOR. THE COSTS OF THE ARBITRATION, INCLUDING THE ARBITRATOR'S FEE AND EXPENSES, COURT REPORTER, COURTROOM OR SITE SELECTED, ETC., SHALL BE BORNE EQUALLY BETWEEN THE PARTIES.  EITHER PARTY DESIRING A COPY OF THE TRANSCRIPT SHALL PAY FOR THE TRANSCRIPT.  A HEARING WILL BE HELD AS SOON AS THE PARTIES CAN MUTUALLY AGREE.  A WRITTEN ARBITRATOR'S DECISION WILL BE REQUESTED NOT LATER THAN 30 DAYS FOLLOWING

2 + 0 TQ/Combined DFAC
NSA, Bahrain


THE HEARING.  THE DECISION OF THE ARBITRATOR WILL NOT BE BINDING; HOWEVER, IT WILL
BE ADMISSIBLE IN ANY SUBSEQUENT APPEAL UNDER THE CONTRACT DISPUTES ACT.

A FRAMED COPY OF THIS WARRANTY SHALL BE POSTED IN THE MECHANICAL ROOM OR OTHER
APPROVED LOCATION DURING THE ENTIRE WARRANTY PERIOD.


                            Warranty page 4

SECTION C10

INTERIOR CONSTRUCTION
11/10

**C10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**C10 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards that are referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website , are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

**C10 1.1.1 Industry Standards and Codes**

Sealant, Waterproofing & Restoration Institute

**C10 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01            General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs , which include the following significant UFC(s):UFC 3-101-01, Architecture UFC 3-120-10, Interior Design)

**C10 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory interior construction assemblies' performance shall be via Performance Verification Testing, as detailed in this section of the RFP.   Provide special tests and special inspections in accordance with UFGS Section 01 45 02.00 10 and 01 45 04.00 10.  The Contractor shall pay the cost of all testing.

**C10 1.2.1 Slump and Compressive Strength Tests for Grout**

Slump between 8 and 11 inches (200 and 275 mm).  Provide minimum grout strength of 2000 PSI in 28 days, as tested per ASTM C 1019.

**C10 1.2.2 Door Closure Field Test for Demountable Partitions, Retractable Partitions, Operable Panels, and Accordion Partitions**

Perform a flashlight test of all joints in partitions and partition

to wall, floor, and ceiling.  No light from a flashlight shall be visible from the opposite side of the partition.  Adjust partition at locations where light is visible, and re-test.

### C10 1.2.3 Field Test for Sprayed Fire-Resistive Materials

A qualified testing and inspection agency shall be engaged to prepare testing and adhesion reports to test for bond strength.   Bond strength shall be tested per ASTM E 736 and be found to meet the requirements in UL's *Fire Resistance Directory* for coating materials.

## C10 1.3 DESIGN SUBMITTALS

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10 , *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, UFC 3-101-01, *Architecture*, and UFC 3-301-01, *Structural Engineering*.

## C10 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.   In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

Doors, door hardware, windows and glazing, cabinets and countertops, casework, and fireproofing/firestopping.

All structural elements necessary for construction

## C1010 PARTITIONS

For general use CMU with prime filler coat, or CMU/cast-in-place concrete with GWB or skim coat plaster are acceptable unless shown otherwise in the Project Program. Reinforce points where doorknobs can strike a wall and anchorage points for wall mounted equipment.

Provide control joints and installation techniques as recommended by the manufacturer.  See PTS Section C30, *Interior Finishes*, for additional information.

Provide painted GWB with access panels at surfaces furred for HVAC, plumbing and other utility services and controls behind wall surfaces.

Acceptable systems where "IMPACT RESISTANCE" (areas subject to physical abuse or wear) is designated in the project program requirements for impact resistance systems include:

a.   CMU/cast-in-place concrete with or without plaster or furred impact resistant GWB or surface applied impact resistant textured acrylic architectural coating system.

## C101001 FIXED PARTITIONS

Provide fixed partitions, except where demountable or retractable partitions are specifically required by the "Room Requirements", to include GWB, plaster, masonry, and cast-in-place concrete walls.  Sound-rated partition assemblies shall have a minimum Sound Transmission Coefficient (STC) as required by the project program. Construct sound-rated bulkheads above partition assemblies for continuity to the deck above.

## C101001 1.1 CAST-IN-PLACE INTERIOR CONCRETE WALLS

Accomplish work in accordance with UFC 1-200-01, ACI 117 and 301/301M. Concrete Mix Design shall be suitable for the job conditions.

## C101001 1.2 MASONRY PARTITIONS

Accomplish work in accordance with ACI 530.1/ASCE 6/TMS 602 and associated ASTM Standards for concrete masonry wall construction.

### C101001 1.2.1 Testing

Masonry strength shall be determined in accordance with ACI 530.1. Where fire-rated assemblies are indicated, provide concrete masonry units that have been tested in conformance with ASTM E 119. Provide certificate of compliance to the Designer of Record (DOR) that the materials and assemblies meet the fire ratings indicated on the drawings.

### C101001 1.2.2 Masonry Units Types

#### C101001 1.2.2.1 Concrete Masonry Units

Units of modular dimensions and air, water or steam cured. Surfaces of units to be plastered or stuccoed shall be sufficiently rough to provide bond and exposed surfaces of units shall be smooth and of uniform texture.

a. Hollow Load-Bearing Units: ASTM C 90, Type I or II, made of lightweight or normal weight aggregate.

b. Hollow Non-Load-Bearing Units: ASTM C 129, Type I or II, made with lightweight or normal weight aggregate.

c. Special Shapes: Provide special shapes as necessary to complete the work.

d. Fire-Rated CMU: Products shall be tested and approved by United Laboratories (UL) according to testing methods described in ASTM E 119, and listed as 2, 3 or 4-hour fire-rated.

#### C101001 1.2.2.2 Glazed Structural Clay Tile

Provide glazed tile of Grade S, Type I, conforming to ASTM C 126. Tile for fire-rated walls shall have the percent of solid required for that rating.

#### C101001 1.2.2.3 Pre-Faced Concrete Masonry Units

Provide pre-faced concrete masonry units conforming to ASTM C 744, load-bearing or non-load-bearing, lightweight, Grade N, Type I.

#### C101001 1.2.2.4 Glass Masonry Units

Provide glass block units made of clear colorless glass with polyvinyl butyl edge coating. Provide all aggregates, horizontal and vertical joint reinforcing, panel anchors, and expansion strip as recommended by the glass block manufacturer.

### C101001 1.2.3 Masonry Partition Materials

a. Mortar - Provide ASTM C 270, Type N or S for non-shear-wall interior masonry. For Glass Block use Type S, White Portland

cement.

b. Portland Cement - ASTM C 150, Type I, II, or III.

c. Masonry Cement - ASTM C 91, Type N, S, or M.

d. Sand - ASTM C144.

e. Grout - ASTM C 476, Fine aggregate for grouting cells / spaces 3" (75 mm) or less, or coarse aggregate for grouting cells / spaces greater than 3" (75 mm). Slump between 8 and 11 inches (200 and 275 mm). Provide minimum grout strength of 2000 PSI in 28 days, as tested per ASTM C 1019.

### C101001 1.2.4 Masonry Accessories

a. Horizontal Joint Reinforcement – Fabricate from cold drawn steel wire, ASTM A 82. Wire shall be hot-dipped galvanized after fabrication in accordance with ASTM A 153/ A 153M, Class B-2, 1.5 ounces of zinc per square foot (42.52 g / 0.0929 sq. meter ).

b. Anchors and Wall Ties – Provide of stainless steel, ASTM A 167, Type 304, or zinc-coated steel.

c. Reinforcing Bars – ASTM A 615 / A 615M.

### C101001 1.3 COLD-FORMED METAL FRAMING

Not Used.

### C101001 1.5 ROUGH CARPENTRY

Not Used.

### C101002 DEMOUNTABLE PARTITIONS

Not Used.

### C101002 1.2 WIRE MESH PARTITIONS

Not Used.

### C101003 RETRACTABLE PARTITIONS

Not Used.

### C101003 1.2 PARTITION MATERIALS

Not Used.

### C101004 INTERIOR GUARDRAILS & SCREENS

This paragraph covers assemblies to include interior guardrails associated with open sides of floors, but not stairs' handrails. Also included are screens and associated work to include tracks and anchoring systems.

### C101004 1.1 MATERIALS

a. Structural Carbon Steel - ASTM A 36/ A 36M

b. Structural Tubing - ASTM A 500

c. Steel Pipe - ASTM A 53, Type E or S, Grade B

d.  Aluminum Alloy products - Products shall conform to ASTM B 209 for sheet plate, and ASTM B 221 for extrusions, and ASTM B 26/B 26M or ASTM B 108 for castings, as applicable.

### C101004 1.2 FABRICATION FINISHES

#### C101004 1.2.1 Galvanizing

Hot-dip galvanize steel items to be exposed to water contact. Zinc-coat steel in the largest unit possible. Galvanize per ASTM A 123/ A 123M, ASTM A 153/ A 153M or ASTM A 653/ A 653M, G90, as applicable.

#### C101004 1.2.2 Non-Ferrous Metal Surfaces

Protect by plating, Class I anodic coatings, or 70% polyvinylidene fluoride organic coatings.  See Section C30 for additional coatings/finish information.

### C101004 1.3 GUARDRAILS

Design guardrails in accordance with the IBC, except delete the handrail design load reduction for code exceptions for residential, prisons, industrial, high hazard, and storage facilities.  Provide materials in accordance with NAAMM PR, and provide the same size rail and post.  Provide pipe collars of the same material and finish as the handrail and posts.

### C101005 INTERIOR WINDOWS

For fixed interior windows, assemblies include frames, glazing, caulking, and other associated work.  For other window types, see PTS Section B20, *Exterior Enclosure*. Glazing for windows specified under this section is located in C101007, "Interior Glazing."

### C101005 1.1 ALUMINUM WINDOWS

Each window unit shall be a complete factory assembled unit with or without glass installed.  Fabrication of window units shall comply with AAMA 101.

a.  Fixed Windows - Type F, LC25 for residential, or HC40 for non-residential (commercial).

b.  Sliding Glass Pass Windows - Frames and glass channels shall be of heavy type 6063-TS aluminum extrusions. Provide 1/4-inch (6.35 mm) clear tempered glass.

c.  Bullet-Resistant Pass Windows - Conform to UL classification (1 through 8) as required by the installation.  Provide fixed, bullet-resistant glazing with pass tray for installations requiring high levels of security.

### C101005 1.2 VISION PANELS

a.  Wood Windows

Wood windows shall consist of complete units, including sash, glass, frame and hardware.  Window units shall meet the Grade 40 requirements of AAMA 101.  Wood members that will receive a transparent finish shall be in one piece, not finger-jointed.

b.  Plastic Windows

Provide PVC windows, reinforcing members, welded corners, fasteners,

2 + 0 TQ/Combined DFAC
NSA, Bahrain

hardware and anchors conforming to AAMA 101 or ASTM D 4099.

1) Windows shall be fixed or operable, as stated in the project program.

2) Material and Color - Window (PVC) color shall be a consistent color all the way through the material.

c. Hollow Metal Vision Panels – shall meet the requirements of hollow metal frames, paragraph C102001.

## C101005 1.3 BULLET RESISTANT WINDOWS

Not Used.

## C101005 1.4 FINISHES

Finish exposed aluminum or steel window surfaces as follows:

a. Anodic Coating

Architectural Class I (0.7 mil or thicker), designation AA-M10-C22-A41, clear (natural) or A42, integral color or A44, electrolytically deposited color anodized.

b. Organic Coating

Provide a high-performance coating in accordance with AAMA 2605 with a total dry film thickness not less than 1.2 mils (0.03 mm).

## C101006 GLAZED PARTITIONS & STOREFRONTS

This paragraph covers fixed interior glazed partitions, including interior storefronts with doors. Assemblies include frames, glazing, caulking, and other associated work. See Section B20, *Exterior Enclosure*, for aluminum storefront framing components and performance requirements.

## C101006 1.1 GLASS

Refer to "Interior Glazing".

## C101006 1.2 SETTING AND SEALING MATERIALS

Provide as specified in the *GANA Glazing Manual*, SIGMA TM-3000 and SIGMA TB-3001, and per manufacturers recommendations.

## C101007 INTERIOR GLAZING

ASTM C 1036, unless specified otherwise. Provide patterned glass where required to obscure view into bathrooms and dressing rooms.

Provide setting and sealing materials, stops and gaskets as recommended by the glass or acrylic sheet manufacturer.

Glazing thickness indicated in the following paragraphs is the minimum acceptable thickness. Provide thicker glazing if required by the code or the manufacturer for the given application.

## C101007 1.1 GLASS

### C101007 1.1.1 Clear Glass

Type I, class I (clear), quality q4 or q5 for patterned glass.

### C101007 1.1.2 Wire Glass

Provide glazing of Type II, Class I, Form I, Quality q8 mesh stainless steel, diamond pattern, 1/4 inch (6.35 mm) thick.  Glass shall comply with ASTM E 163.

### C101007 1.1.3 Patterned Glass

Type II, Class 1 (translucent), Form 3 (patterned), quality q7 (decorative), Finish f2 (patterned two sides), 1/8 inch (3.2 mm).

### C101007 1.1.4 Laminated Glass

Fabricate from two pieces of Type I, Class 1, quality q3 glass laminated together with a clear, 0.030 inch (0.75 mm) thick polyvinyl butyral interlayer.  Total thickness shall be nominally 1/4 inch (6.35 mm).

### C101007 1.1.5 Bullet-Resistant Glass

Not Used.

### C101007 1.1.6 Tempered Glass

ASTM C 1048, Kind FT (fully tempered), Condition A (uncoated), Type I, Class 1 (clear), quality q3.

## C101007 1.2 PLASTIC GLAZING

Not Used.

## C101008   INTERIOR JOINT SEALANT

Sealant joint design and application shall be in accordance with the general requirements of *Sealants: A Professionals' Guide* from the Sealant, Waterproofing & Restoration Institute.  Refer to manufacturers' recommendations for chemical resistance.

## C101008  1.1 JOINT SEALANT TYPES FOR INTERIOR WORK

Sealants shall be paintable, and shall match the color of adjacent surfaces.

a.    Vertical Surfaces - ASTM C 920, Type M, Grade NS, Class 25, Use NT.

b.    Horizontal Surfaces - ASTM C 920, ASTM D 1190 for traffic surfaces, Type M, Class 25, Use T.

c.    Pools and pool decks – for vertical joints, Gun grade: ASTM C 920, Type M, Grade NS, Class 25, NT;  for horizontal deck traffic joints pourable: ASTM C 920, Type M, Grade P, Class 25, T

d.    Food Service – Use a Vinyl Acetate Homopolymer, or other low VOC, non-toxic sealant approved for use in food preparation areas.

e.    Chemical Resistance - Ensure that all sealants are chemically compatible or resistant to adjacent materials, or materials that may come into contact with the sealants in the course of the building life.

## C1020 INTERIOR DOORS

Door hardware shall be as specified in "Interior Door Hardware" in this section.

## C102001 STANDARD INTERIOR DOORS

This paragraph covers all standard interior wood or hollow metal doors with frames, hardware, locks, and finish.

### C102001 1.1 STEEL DOORS

Hardware preparation shall be in accordance with SDI 17, ANSI/DHI A115 and ANSI/SDI 100.  Doors shall be hung in accordance with ANSI/SDI 100.

#### C102001 1.1.1 Standard Steel Doors

ANSI A 250.8, Level 1, (occasional use, low abuse types such as closet doors without locks); Level 2, (low use, moderate abuse types such as office/storeroom doors); Level 3, (moderate use, high abuse types such as BEQ sleeping room doors); Level 4, (high use, high abuse types such as corridors, stairways, assembly spaces, and main entry doors), with a physical performance level of 'A'. Maximum door undercut shall not exceed 3/4 inch (19 mm).

#### C102001 1.1.2 Sound Insulated Doors and Frames

Provide sound insulated door and frame assemblies into rooms requiring wall assemblies to be sound insulated with a Sound Transmission Class (STC) rating as required.  The STC rating for the door and frame assembly shall be not less than the wall assembly STC rating.

#### C102001 1.1.3 Accessories

a.    Shelves for Dutch doors shall comply with SDI 111-B, and be of steel not lighter than 16 gage.

b.    Louver shall comply with SDI 111-C, shall be stationary, sight-proof type.  Use lightproof louvers if function of room requires darkness.  Louver frames shall be 20-gage steel with louver blades minimum 24 gage.

### C102001 1.2 STANDARD STEEL FRAMES

ANSI A 250.8. Form frames with welded corners for installation in masonry partitions and knock-down field assembled corners for installation in metal stud and GWB partitions.  Frames shall be set in accordance with SDI 105. Form stops and beads with 20 gauge steel.

Provide a minimum of three jamb anchors and base steel anchors per frame, zinc-coated or painted with rust-inhibitive paint, not lighter the 18 gauge. Secure frames to previously installed concrete or masonry with expansion bolts in accordance with SDI 11-F.  Provide mortar infill of frames in masonry walls, and gypsum board compound infill at each jamb anchor in metal frame walls.

### C102001 1.3 FINISHES

a.    Factory-Primed Finish.  Doors and frames in non-humid, non-corrosive environments shall be factory primed with a rust inhibitive coating as specified in ANSI A 250.8.  Factory prime doors on six sides of the door.

b.    Zinc-Iron Alloy Coating (Galvanealed) and Factory Primed Finish

c.    Fabricate interior doors and frames (for installation in such rooms as kitchens, laboratories, battery charging, utility rooms and humid areas such as   shower/drying areas, areas with frequent floor mopping, or corrosive chemical atmospheres) from zinc coated steel, alloyed type, complying with ASTM A 653/ A 653M. Factory prime doors and frames

as specified in ANSI A 250.8.

d. Manufacturer's primer shall be compatible with door finish system in C30, Interior Coatings.

## C102001 1.4 WOOD DOORS

### C102001 1.4.1 Wood Doors and Frames

Install wood doors and frames according to workmanship requirements of the Architectural Woodwork Institute Quality Standard 900-T-4 Custom Grade. Wood door frames may only be used in residential construction.

For non-residential buildings provide extra-heavy doors for stairways, building entrances, corridors, assembly spaces, and other high use interior doors. Provide heavy duty doors for other non-residential locations and for residential buildings.

Wood doors shall be solid wood doors with wood core and solid wood edge bands. Vertical edge bands shall be one piece or laminated two-piece solid lumber to match face veneer species for natural finish wood doors. Reinforce door at all hardware attachments to door with sound grade hardwood. Horizontal edge bands shall be solid wood or structural composite lumber.

a. Stile and Rail Doors Provide premium or select grade Ponderosa pine, Douglas Fir, White Pine, or Yellow Poplar stile and rail doors conforming to WDMA I.S.6A-01. Doors shall be premium grade, heavy duty or as required by the project program.

b. Interior Flush Doors - Flush doors shall conform to WDMA I.S.6A-01. Doors shall be premium grade, heavy duty, or otherwise as required by the project program. Provide WDMA I.S. 1A-04 SCLC-5 structural composite lumber core, or staved lumber core, or PC-5 particleboard core construction. Do not use particleboard cores where it is anticipated that hardware may be screw mounted to the doors. Provide hardwood or softwood veneers cut for the best presentation for natural finishing of doors. Set match veneers of all components of a door opening. Face veneers shall be 1/20" thick before sanding.

c. Closet Doors – Provide flush, paneled, or louvered doors of premium or custom grade, conforming to WDMA I.S.1A-01, premium or custom grade, heavy duty. Doors shall be hinged or sliding.

d. Acoustical Doors and Frames - WDMA I.S 1-A-2004 WDMA I.S.6A-01. Doors shall be premium or custom grade, heavy duty as required by the project program. Provide acoustical doors in solid core, constructed for door, hardware, and frame to provide a Sound Transmission Class (STC) rating of 39 (minimum) when tested in accordance with ASTM E 90.

### C102001 1.4.2 Wood Door Accessories

a. Door Louvers - Louver shall comply with SDI 111-C. Louver frames shall be 20-gage steel with louver blades minimum 24 gage.

b. Door Light Openings - Provide glazed openings with the manufacturer's standard wood moldings. Moldings for doors to receive a natural finish shall be of the same species and color of the face veneer.

### C102001 1.4.3 Fabrication

a. Marking - Each door shall bear a stamp, brand or other identifying mark indicating quality and construction of the door.

b. Adhesives and Bonds - WDMA I.S. 1-A. Use Type I (water-proof) adhesive for assembly of interior doors and for the fabrication of stiles, rails, crossbands, and veneers. Adhesive for doors to receive a natural finish shall be non-staining. Type II (water resistant) is allowed for fabrication of core parts.

### C102001 1.4.4 Finishes

Unless required otherwise by the project program, typically provide natural finish wood doors. Factory prime and or seal on all six sides of doors.

a. Factory Finish - Provide doors finished at the factory as follows: AWI Quality Standards Section 1500, specification for Conversion varnish, alkyd urea catalyzed polyurethane, or acrylated UV curable epoxy. The coating shall be AWI Quality Standards premium, medium rubbed sheen, with an open or closed grain effect. Poly-wrap prefinished wood doors at factory for shipping.

b. Field Finish - Prepare doors in accordance with WDMA I.S.1-A-2004. Factory prime or seal doors. Manufacturer's primer or sealer shall be compatible with door finish system in Section C30, *Interior Finishes*.

c. Plastic Laminate Finish - Factory applied, NEMA LD 3, 0.050 inch (1.27 mm) minimum thickness.

## C102002 GLAZED INTERIOR DOORS

This paragraph covers all glazed interior doors with glass, frames, hardware and locking devices. See paragraph entitled "Interior Glazing" in this section for glazing options.

### C102002 1.1 ALUMINUM DOORS, FRAMES AND STOREFRONT

Provide swing-type aluminum doors and frames complete with framing members, transoms, side-lites, and accessories. Fabricate of ASTM B 221, Alloy 6063-TS for extrusions.

### C102002 1.2 FABRICATION

#### C102002 1.2.1 Aluminum Frames

Provide frames with removable glass stops and glazing beads to accommodate fixed glazing. Countersink screws for exposed fastenings. Jointing of framing members shall obtain hairline fit, be reinforced, and mechanically secured.

#### C102002 1.2.2 Aluminum Doors

Doors shall be not less than 1-3/4 inches (44 mm) thick, with a minimum wall thickness of 0.125 inch (3.2 mm), except beads and trim, 0.050 inch (1.27 mm). Full glazed stile and rail doors shall have medium or wide stiles and rails. Maximum water leakage of the door and frame shall be "no uncontrolled water penetrating systems or appearing on systems' normally exposed interior surfaces from sources other than condensation." Water controlled by flashing and gutters that is drained to exterior and cannot damage adjacent materials or finishes

is not considered water leakage.

### C102002 1.2.3 Welding and Fastening

Locate welds and fasteners on unexposed surfaces, where possible. Exposed welds shall be dressed smoothly. Exposed fasteners shall have counter-sunk heads. Weld concealed reinforcements for hardware in place. Hardware reinforcements shall be of stainless steel or steel with a hot-dipped galvanized finish, and shall be secured with stainless steel screws.

### C102002 1.2.4 Finishes

Provide exposed aluminum surfaces with factory finish of anodic or organic coating. Anodic coatings shall conform to AA 45, with an Architectural Class I finish, 0.7 mil or thicker. Organic coatings shall be a baked enamel finish in accordance with AAMA 2605 with a total dry film thickness not less than 1.2 mil. Exposed fasteners to match the door finish.

## C102003 FIRE DOORS

This paragraph covers all interior fire doors, including all necessary frames, hardware, closing devices, and alarms associated with the door.

### C102003 1.1 FIRE AND SMOKE DOORS AND FRAMES

Provide in conformance with NFPA 80 an NFPA 105. Fire doors and frames shall bear the label of UL, FM or WHI attesting to the rating required. Door and frame assemblies shall be tested for conformance per NFPA 252 or UL 10C (for positive pressure). Wood fire doors shall also comply with ASTM E 152.

Provide stainless steel astragals complying with NFPA 80 for fire-rated assemblies and NFPA 105 for smoke control assemblies.

## C102004 SLIDING AND FOLDING DOORS

Provide paneled or louvered closet doors of premium or custom grade, conforming to WDMA I.S.6A-01, heavy duty. Doors shall be sliding or bi-folding, as required by the program.

## C102006 INTERIOR GATES

Any special type gate installed in the interior of a facility, including frames, hardware, hoisting devices, finish, and other associated work.

## C102007 INTERIOR DOOR HARDWARE

### C102007 1.1 DOOR HARDWARE

Provide the services of an Architectural Hardware Consultant (AHC), Certified Door Consultant (CDC), or an Electrified Hardware Consultant (EHC) to assist the Designer of Record in preparation of the door hardware schedule and product selection. The hardware consultant shall sign and seal the door hardware construction submittal. Provide, as far as feasible, locks, hinges, pivots, and closers from one lock, hinge, pivot, or closer manufacturer's make. All door hardware shall be clearly and permanently marked by the manufacturer, on a location to be visible after installation. Modify hardware as necessary to provide features indicated or specified. For necessary hardware items not indicated in these specification sections, provide ANSI/BHMA grade 1 rated hardware.

### C102007 1.1.1 Hardware for Fire Doors

W912ER-11-D-0010-0006

**A1006**

All hardware provided shall meet the requirements of NFPA 80 for Fire Doors and NFPA 101 for exit doors. Hardware shall bear the label of Underwriter's Laboratories, Inc., and be listed in UL BMD or labeled and listed by another testing laboratory acceptable to the contracting officer. Comply with NFPA 105 for smoke control assemblies.

### C102007 1.1.2 Hinges

BHMA A156.1, Grade 1, 4-1/2 x 4-1/2 inches (108 x 108 mm) with non-removable pin or anti-friction bearing hinges.

### C102007 1.1.3 Locks and Latches

For non-residential buildings use Series 1000, Operational Grade 1, Security Grade 2 for stairways, building entrances, corridors, assembly spaces, and other high use interior doors. Use Series 4000, Grade 1 for non-residential locations not using Series 1000 hardware. For residential buildings use Series 4000, Grade 2 for interior doors.

a. Mortise Locks and Latches - BHMA A 156.13, Series 1000, Operation Grade 1, Security Grade 2.

b. Bored Locks and Latches - BHMA A 156.2, Series 4000, Grade 1, or Grade 2.

### C102007 1.1.4 Combination Locks

BHMA A 156.2. Heavy-duty, mechanical combination lockset with 5 pushbuttons, standard-sized knob or lever, 3/4-inch (19 mm) deadlocking latch, 2-3/4 inch (70 mm) back-set. Provide deadbolt key override option. Safelock, Simplex, and Venn are acceptable manufacturers. Provide a hardware grade equivalent to Grade 1, series 4000. Provide a 5-year parts and labor warranty.

A door into a sensitive area shall be fitted with a FF-L-2740A X-09 Heavy-duty, combination Electromechanical Deadbolt lock for pedestrian doors, with a drill resistant dial ring mounting plate, 2-3/4 inch (70 mm) back-set, with Automatic Lock Reset, High-Security combination scramble, and resistant to all forms of external manipulation and environmental attack. KABA-MAS is the acceptable manufacturer. Three Modes of Operation: 1) The Single Combination Mode allows access by dialing a six-digit combination. 2) The Dual Combination Mode allows access only when two separate codes are entered within 10 seconds of one another. 3) The Supervisory/Subordinate Mode allows access by a subordinate only after a supervisor code has been entered. Audit Feature: Lock shall have a full compliment of auditing features, including non-resettable openings log, and unsuccessful attempts log (audits after 3 unsuccessful attempts) that resets once the proper access code is entered. Lock shall generate its own electrical energy with each turn of the dial, with no batteries or wires required. Lock shall be designed to fit industry standard door mounting pattern.

### C102007 1.1.5 Card Key System

Provide card key type access units for specialized entries as required by the program. Provide lithium battery powered, magnetic stripe keycard locksets that are ANSI/BHMA A156.13, Series 1000, Grade 1, mortise or ANSI/BHMA A156.2, Series 4000, Grade 1, cylindrical locks, tamper resistant, UL listed with 1 inch (25 mm) throw deadbolt, 3/4-inch (19 mm) throw latch bolt, auxiliary dead-locking latch, and 2-3/4 inch (68.75 mm) backset. The latch bolt and the dead bolt shall

W912ER-11-D-0010-0006

**A1007**

be operated simultaneously by rotating inside lever. Locks with mechanical override lock cylinders are not acceptable. Locks shall be operated only by a correctly encoded keycard. Use of a newly issued keycard automatically re-keys the lock and voids the previous keycard. The lock shall re-lock immediately after outside lever is turned and latch retracted. Locks shall have memory that is capable of recording up to 140 entries into each room, identification of the keycard used to access the room, the date and time of entry. Entry information of the lock shall be retrievable by a data key that can be inserted into the lock and then taken to the front desk printer to display information. Other components that are required for this system at the front desk are a personal or laptop computer, printer and encoder to program each key.

For exit device locks with card key access, provide mortise type, narrow stile exit devices with 24 volt DC, solenoid option for card key exterior access at aluminum storefront doors. Provide mortise type exit devices with 24 volt DC, solenoid option with alarm and remote exterior access for card key access at insulated hollow metal doors. The alarmed exit device shall sound when exiting only.

System shall be capable of accepting a minimum of 12 keycard access levels, security auditing and computer interfacing with the existing or new management system. Provide a single point of contact customer service representative accessible by telephone with a 10-digit telephone number without additional dialing hierarchies except that a maximum 4-digit extension is permissible. On-site service shall be provided within 3 hours from request within the first 12 months of occupancy. Provide a 5-year parts and labor warranty.

### C102007 1.1.6 Exit Devices

BHMA A 156.3, Grade 1. Touch bars shall be provided in lieu of conventional crossbars and arms. Use manufacturer's integral touch bars in aluminum storefront doors.

### C102007 1.1.7 Cylinders and Cores

Provide cylinders and cores for new locks, including locks provided under other sections of this specification. Cylinders and cores shall have seven pin tumblers. Cylinders shall be products of one manufacturer, and cores shall be the products of one manufacturer. Rim cylinders, mortise cylinders, and knobs of bored locksets shall have interchangeable cores, which are removable by special control keys. Stamp each interchangeable core with a key control symbol in a concealed place on the core.

### C102007 1.1.8 Keying System

Provide a master key system for the facility unless more than one tenant/tenant command shall reside in a facility. Provide a grand master keying system, or great, grand master keying system if multiple tenants or multiple buildings are required. Provide an extension of the existing keying system for existing facility additions. Name the manufacturer of the existing locks, and indicate if they have interchangeable cores. Provide construction interchangeable cores when subcontractors require keys during construction.

The Contractor shall coordinate a keying system meeting. The Contractor's Project Manager, Superintendent, Hardware Subcontractor, Electrical Subcontractor (if keying hardware is electric), Designer of Record, Contracting Officer, Public Works Base Hardware Specialist, and the Using Activity shall attend this meeting

W912ER-11-D-0010-0006

**A1008**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

to establish the keying system for the project.  This meeting is intended to identify base limitations, the necessary security, and access control within the facility.  The meeting shall produce a marked up copy of the floor plan indicating the doors to receive locks and the doors to be keyed together, and any master keying or grand master keying

### C102007 1.1.9 Keys

Furnish one file key, one duplicate key and one working key for each key exchange and for each master and grand master keying system.

### C102007 1.1.10 Key Cabinet and Control System

BHMA A 156.5 Provide key cabinet with 25% more key hooks than required for interior and exterior doors.

### C102007 1.1.11 Lock Trim

Cast, forged or heavy wrought construction and commercial plain in design.

a.  Knobs and Roses - Knobs and roses shall meet test requirements of BHMA A 156.2 and BHMA A 156.13.

b.  Lever Handles - Provide lever handles in lieu of knobs, as required by DoD ABAAS. All lever handles shall have the freewheeling feature.

### C102007 1.1.12 Door Bolts

BHMA A 156.16. Provide automatic latching flush bolts for double doors with both door leafs active, BHMA A 156.3, Type 25.

### C102007 1.1.13 Closers

BHMA A 156.4, Series C02000, Grade 1, with PT 4C, 1-1/2 inch piston, heavy duty forged arm, with full size cover.

### C102007 1.1.14 Overhead Holders

BHMA A 156.8, Grade 1.

### C102007 1.1.15 Closer Holder-Release Devices

BHMA A 156.15, Grade 1.

### C102007 1.1.16 Door Protection Plates

Provide armor, mop, and kick plates conforming to BHMA A 156.6. Provide door kick plates on all doors with closers and doors leading to corridors or circulation spaces.  Provide armor plates on all doors that receive cart traffic.  Provide mop plates on all doors in rooms that have a mop-able floor finish.

### C102007 1.1.17 Door Stops and Silencers

BHMA A 156.16, Type L03011, three per single door and four per double door.

### C102007 1.1.18 Thresholds

PART 4: 2 + 0 TQ - SECTION C10 - Page 14

W912ER-11-D-0010-0006

581 of 1610
Government Rule 4 File

**A1009**

BHMA A 156.21.

### C102007 1.1.19 Door Gasketing

BHMA A 156.22. Use light-proof gasketing for room functions that require darkness and integral sound-proof gasketing on acoustically rated doors.

### C102007 1.1.20 Finishes

Provide one of the following hardware finish systems, matching the exterior hardware finish system.

a.  BHMA A156.18. Hardware shall have BHMA 630 finish (satin stainless steel), unless specified otherwise. Provide items not manufactured in stainless steel in BHMA 626 finish (satin chromium plated) over brass or bronze, except surface door closers which shall have aluminum paint finish, and except steel hinges which shall have BHMA 652 finish (satin chromium plated). Hinges for exterior doors shall be stainless steel with BHMA 630 finish or chromium plated brass or bronze with BHMA 626 finish. Exit devices may be provided in BHMA 626 finish in lieu of BHMA 630 finish except where BHMA 630 is specified under paragraph entitled "Hardware Sets". Exposed parts of concealed closers shall have finish to match lock and door trim. Hardware for aluminum doors shall be finished to match the doors.

b.  BHMA A156.18. Hardware shall have BHMA 612 finish (satin bronze), unless specified otherwise. Surface door closers shall have bronze paint finish. Steel hinges shall have BHMA 639 finish (satin bronze plated). Exposed parts of concealed closers shall have finish to match lock and door trim. Hardware for aluminum doors shall be finished to match the doors. Hardware showing on interior of bathrooms, shower rooms, toilet rooms, washrooms, laundry rooms, and kitchens shall have BHMA 629 finish (bright stainless steel) or BHMA 625 finish (bright chromium plated).

## C102090 OTHER INTERIOR SPECIALTY DOORS

Not Used.

## C1030 SPECIALTIES

## C103001 COMPARTMENTS, CUBICLES AND TOILET PARTITIONS

This paragraph covers assemblies for individual compartments, cubicles, toilet partitions and urinal screens.

### C103001 1.1 TOILET PARTITIONS

FS A-A-60003. Provide toilet compartments at multi-fixture toilet rooms of Type I, Style B-Ceiling Hung, C-Overhead Braced, or F-Overhead braced-alcove. Reinforce panels to receive partition-mounted accessories. Steel and Plastic toilet partitions shall have a recovered materials content of 20 to 30 percent.

### C103001 1.2 URINAL SCREENS

FS A-A-60003. Type III, Style A, floor supported and wall hung or Style D, wall hung. Wall hung urinal screens shall be secured with continuous flanges to urinal screen and wall.

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## C103001 1.3 HARDWARE AND FITTINGS

Chrome-plated or stainless steel door latches and coat hooks.  Provide one coat hook per compartment door.  Latches and hinges for handicapped compartments shall comply with DoD ABAAS.

## C103001 1.4 FINISHES

Finishes shall comply with FS A-A-60003.  Use only one type of partition per building.

a.   Metal toilet partitions and urinal screens shall be made of stainless steel.

b.   Solid plastic partitions shall be fabricated of polymer resins (polyethylene) formed under high pressure forming a single component section one inch thick. Color shall extend throughout the panel thickness.

c.   Phenolic core panels.

d.   Laminated plastic partitions are acceptable in low or limited use applications (one or two toilet stalls per toilet room).

## C103002 TOILET AND BATH ACCESSORIES

This paragraph covers toilet and bath accessories including, but not limited to, soap dispensers, paper holders, towel receptacles, grab bars, and bathroom mirrors.

## C103002 1.1 TOILET AND BATH ACCESSORIES

### C103002 1.1.1 Toilet Tissue Dispensers

Provide surface or recessed mounted dispensers fabricated of stainless steel.  Provide one horizontally or vertically mounted double-roll dispenser per toilet compartment, unless otherwise indicated.

### C103002 1.1.2 Paper Towel Dispensers

Provide one per pair of sinks in toilet rooms without electric hand dryers, and one per room with electric hand dryers, unless otherwise indicated.  Provide surface or recessed mounted towel dispenser constructed of a minimum 0.7mm 0.03 inch Type 304 stainless steel.

### C103002 1.1.3 Combination Paper Towel Dispenser / Waste Receptacle

Provide a recessed or semi-recessed type with a capacity of 400 sheets of C-fold, single-fold, or quarter-fold towel and be constructed of 22-gage stainless steel.  Provide one per pair of sinks, unless otherwise indicated.  Provide the towel compartment door with a tumbler key lock locking mechanism.

### C103002 1.1.4 Sanitary Napkin Disposal Units

Units shall be toilet partition or wall mounted of not less than 22 gage stainless steel, with top and bottom hinged access doors. Provide one in each Woman's toilet stall, unless otherwise indicated. Each unit shall have leak-proof receptacle for disposable liners. Provide fifty disposable liners of the type standard with the manufacturer.

### C103002 1.1.5 Medicine Cabinets

Provide units with plate or float glass mirrors on doors. Provide doors and frames of 16-gage steel with a continuous piano hinge and flush magnetic latch.

### C103002 1.1.6 Towel Bars

Provide stainless steel towel bars with a minimum thickness of 0.015 inch (0.4 mm).

### C103002 1.1.7 Grab Bars

Provide stainless steel grab bars per DoD ABAAS.

### C103002 1.1.8 Robe Hooks

Provide stainless steel two-hook shape with integral wall flange, with a projection not less than 1-5/8 inches (41 mm).

### C103002 1.1.9 Mirrors

Provide one manufactured framed electro-copper plated mirror per sink, or one full-size mirror for all sinks, unless otherwise indicated.

### C103002 1.1.10 Soap Dispensers

Provide one soap dispenser per two sinks, with mechanical action dispensing valve. Do not mount soap dispenser on mirror. Surface mounted liquid type shall consist of a vertical Type 304 stainless steel tank with holding capacity of 1.2L (40 fluid ounces) with a corrosion-resistant all-purpose valve.

### C103002 1.1.11 Electric Hand Dryer

Provide wall mount and electric hand dryer designed to operate at 230 volts, 50 cycles, single phase alternating current with a heating element core rating of a maximum 2100 watts. Provide dryer housing of single piece construction and of chrome plated steel. Provide one unit per three sinks, unless otherwise indicated.

## C103003 MARKER BOARDS AND TACK BOARDS

Not Used.

## C103004 IDENTIFYING DEVICES

This paragraph covers all signs, plaques, and traffic markers.

## C103004 1.1 ASSEMBLIES

The signage system assemblies shall consist of three primary elements; a structural rail (with coordinating rail joiners to increase sign height in the field), removable copy inserts, and interlocking end caps or frame, and trim.

### C103004 1.1.1 Inserts

The signage rails shall be designed as to accept ABS plastic signage inserts.

#### C103004 1.1.1.1 Insert Fabrication

The insert is the signage member to which message signage copy

**A1012**

in the form of letters, numbers, and symbols shall be applied, and shall be interchangeable with similar sized rails of any other sign of equal or greater width and height. The ends of the rail and insert assembly shall be enclosed by end caps of prefinished 6064T5 extruded aluminum. Inserts shall be fabricated from 0.090 minimum ultra-violet resistant thickness extruded ABS Acrylic sheet core with 20.003 polycarbonate non-glare clear cap bonded to the core during the extrusion texturing process.

### C103004 1.1.2 End Caps

End caps shall be injection-molded ABS plastic with integral color. The end caps shall be interchangeable to either end of each sign type, and any other similar sign of equal height. The end caps shall be interlocking mechanically with the inserts, and rail, requiring no tools for assembly. End caps shall utilize straight corners (instead of radius corners). Spring clips shall be steel. Plastic spring clips are not acceptable.

### C103004 1.1.3 Trim

Optional accessory top and bottom trim frames of prefinished (color as indicated 6063T5 extruded aluminum shall be provided to the signage types indicated.

### C103004 1.1.4 Mounting

Mounting of the modular signage system shall include surface mounting with screw-on applications for interior and exterior walls and on selected doors as indicated, at the locations indicated, and other mounting devices as indicated.

### C103004 1.1.5 Graphics Application

a.   Tactile Letters and Symbols

Chemically weld tactile letters and symbols to front surface of signage inserts where indicated and where required by DoD ABAAS. Tactile letters and symbols shall be sized as indicated.

b.   Braille

Grade II Braille. Provide Grad II Braille inlaid strip as indicated to match sign color.

## C103004 1.2 ALUMINUM ALLOY PRODUCTS

Provide ASTM B 209 for aluminum sheet or plate, ASTM B 221 for aluminum extrusions and ASTM B 26/B 26M or ASTM B 108 for aluminum castings. Provide aluminum extrusions at least 1/8-inch (3.2 mm) thick and aluminum plate or sheet at least 16 gage thick. Provide aluminum castings of solid aluminum cast certified by AA 46 alloy designation B443.0. Where anodic coatings are specified, alloy shall conform to Aluminum Association's alloy designation 514.0 or A514.0.

### C103004 1.2.1 Aluminum Finishes

Provide exposed aluminum finishes with either mill finish, factory finished with anodic coating or organic coating. Anodized finishes shall conform to AA 45, Architectural Class I or II, with a coating thickness 0.7 mil or thicker. Organic coatings shall be a baked enamel finish with a dry film thickness not less than 1.2 mils, conforming

to AAMA 605.2.

## C103004 1.3 STEEL PRODUCTS

Provide ASTM A 36/A 36M for structural steel, ASTM A 167 for sheet and plates.

## C103004 1.4 CAST METAL

a.    Cast Aluminum, ASTM B 108

b.    Cast Bronze, ASTM B 62

## C103004 1.5 GLASS

ASTM C 1036, Type 1, Class 1, Quality q3

## C103004 1.6 FIBER-REINFORCED POLYESTER (FRP)

ASTM D 3841, Type II, Grade 1

## C103004 1.7 ACRYLIC SHEET

ASTM D 4802, Type III

## C103004 1.8 POLYCARBONATE SHEET

SAE AMS 3611

## C103004 1.9 EXTERIOR POST AND PANEL SIGNS

### C103004 1.9.1 Posts and Panels

Provide one-piece extruded aluminum posts with not less than 0.125 inch (3.2 mm) wall thickness.  Posts shall permit attachment of panel framing system. Provide cap for each post.  Panel framing system shall consist of aluminum extrusions and interlocking track components designed to interlock with concealed fasteners.  Panels shall be fabricated of rectangular extruded tubular aluminum with a minimum wall thickness of 0.125 inches.  Panels shall be removable and interchangeable.  Posts shall be embedded in solid concrete foundation.

### C103004 1.9.2 Illumination

Provide concealed lighting within panel framing members.  Provide T-8lamps,.  Ballast shall be integrally mounted with high power factor and rated for use in up to minus 20 degrees F (minus 29 degrees C) ambient starting temperature.

## C103006 SHELVING

Assemblies include all types of shelving with brackets and all supporting materials and finish, if required.

## C103007 FIRE EXTINGUISHER CABINETS

Cabinet shall be constructed of 16 gauge cold-rolled steel door panel / front, and a 22 gauge cold-rolled steel tub.  Cabinet shall be fire-rated if located in a fire rated wall assembly, and have a full-length piano hinge, and baked enamel finish. Provide a stainless steel cabinet door if cabinet is exposed to the environment. Size and locate fire extinguisher cabinets to encase extinguisher as required by NFPA 10 & 101.

**C103008 COUNTERS**

**C103008 1.1 LAMINATE COVERED COUNTER TOPS**

    Not used

**C103008 1.2 ACRYLIC COUNTER TOPS**

    Provide 100% acrylic counter tops for use in non-residential construction.

    Solid surfacing material shall consist of 100% pure acrylic polymer, mineral fillers, and pigments. The material shall be homogenous, not coated or laminated. Superficial damage to a depth of 0.010 inch (.254 mm) shall be repairable by sanding or polishing. Install with factory recommended fasteners/adhesives/sealant. Provide the following performance characteristics:

    a.    Tensile strength, ASTM D 638: 5800 psi minimum

    b.    Hardness, ASTM D 2583: Barcol Impressor 55 minimum

    c.    Flammability, ASTM E 84: Class I/A, flame spread 25 maximum; smoke developed 30 maximum

    d.    Thermal Expansion, ASTM D 696:.00002 in/in/F maximum

    e.    Boiling water resistance, NEMA LD 3: No effect

    f.    High temperature resistance, NEMA LD 3: No effect

    g.    Liquid absorption, ASTM D 570 (24 hours): 0.10 percent maximum

    h.    Mold and mildew growth, ASTM G 21: No growth, no effect

    i.    Bacteria growth, ASTM G 22: No growth, no effect

    j.    Sanitation, NSF 51: "Food Contact" approval for food area applications

    k.    Impact resistance, NEMA LD 3 (1/2 lb. ball drop): 1/4 inch material, 36 inch drop, no failure 1/2 inch material, 120 inch drop, no failure

**C103009 CABINETS**

This paragraph includes casework items that are permanently fixed in-place. Included are all cabinetry and millwork items with their associated accessories and anchoring devices.

**C103009 1.1 WALL AND BASE CABINETS**

    Wall and base cabinets shall be of the same construction and appearance, with solid ends and frame fronts, or with frames all around. Frames shall be not less than 3/4 inch by 1 1/2 inches (19 mm by 38 mm) hardwood. All ends, bottoms, backs, and partitions shall be hardwood plywood. Cabinet doors and drawer fronts shall be a minimum 3/4 inch (19 mm) of either plywood or medium density fiberboard cores with solid edge bands.

    **C103009 1.1.1 Quality Standards**

        Wall and base cabinets shall be constructed to meet "Custom" quality grade as defined in AWI Quality Standards, except where this specification exceeds AWI Custom.

### C103009 1.1.2 Hardware

Provide cabinet hardware including two self-closing hinges for each door and two side-mounted metal drawer slides for each drawer and pulls for all doors and drawers as follows. All cabinet hardware exposed to view shall be ANSI/BHMA 156.9, Grade 1, and comply with the following requirements:

    a.    Concealed Euro-Style, back mounted hinges with opening to 165 degrees and a self-closing feature at less than 90 degrees.

    b.    Drawer slides shall have a static rating capacity of 100 lbs. (444 N).

    c.    Provide adjustable shelving standards with shelf support hardware for wall cabinets.

    d.    Provide heavy-duty magnetic latch and door and drawer catch

### C103009 1.1.3 Finish

Provide plastic laminate (NEMA LD3) or transparent finish with sealer and varnish as selected by Designer of Record.

### C103010 CASEWORK

This paragraph includes all built-in premanufactured metal cabinetry for specialized functions such as labs, libraries, medical and dental facilities. At a minimum, all casework shall conform to the following chart:

| Metals | Thickness and Material |
|---|---|
| Uprights (all) | |
|   Horizontal foot | 4" x 2" (101.6mm x 50.8mm) tube, 14 ga. (.075") HRPO Steel (1.897 mm) |
|   Vertical upright | 6" x 2" (152.4mm x 50.8mm) tube, 11 ga. (.118") HRPO Steel (3.038mm) |
|   Leveler | Threaded steel with plastic foot and rubber boot |
| Bridge Channels | |
|   Channel (halves) | 14 ga. (.075") CQCR Steel (1.897 mm) |
| Utility Rails | |
|   Top and Bottom Channels | 18 ga. (.047") CQCR Steel (1.214 mm) |
|   Covers | 18 ga. (.047") CQCR Steel (1.214 mm) |
|   Dividers | 16 ga. (.059") CQCR Steel (1.519 mm) |
|   End Brackets | 22 ga. (.030") CQCR Steel (0.912 mm) |
| Top Stretchers | |
|   Channel | 14 ga. (.075") CQCR Steel (1.897 mm) |
|   End Brackets | 18 ga. (.047") CQCR Steel (1.214 mm) |
|   Vertical Utility Chase | |

Chase Assembly

Upper Chase Cover

Cover                          16 ga. (.059") CQCR Steel (1.519 mm)

Middle Chase Cover

Cover                          16 ga. (.059") CQCR Steel (1.519 mm)

Lower Chase Cover

Cover                          16 ga. (.059") CQCR Steel (1.519 mm)

Attachment Bracket   11 ga. (.118") CQCR Steel (3.038mm)

Chase Cover

Panel                          18 ga. (.047") CQCR Steel (1.214 mm)

Bridge Cover Extension

Panel                          18 ga. (.047") CQCR Steel (1.214 mm)

Chase Cabinet Filler

Panel                          18 ga. (.047") CQCR Steel (1.214 mm)

Cantilever

Cantilever                     11 ga. (.118") HRPO Steel (3.038mm)

End Panel

Outer Cover                    11 ga. (.118") HRPO Steel (3.038mm)

Inner Cover                    20 ga. (.036") CQCR Steel (0.912 mm)

Angle Bracket                  16 ga. (.059") CQCR Steel (1.519 mm)

Shelves

Shelf (all)                    16 ga. (.059") CQCR Steel (1.519 mm)

End Panels (all)               14 ga. (.075") CQCR Steel (1.519 mm)

Reinforcement Channel (Flat and 16 ga. (.059") CQCR Steel (1.519 mm)
Seismic Flat Shelves)

Seismic Shelf Support Lip      20 ga. (.036") CQCR Steel (0.912 mm)

Laminate Overhead Storage Cabinets

Hanger bracket                 14 ga. (.075") CQCR Steel (1.897 mm)

Solid door pull                Steel, aluminum or zinc

Glass door pull                Steel

Glass door track               Aluminum

Reinforcing hat channel for shelf 11 ga. (.118") HRPO Steel (3.038 mm)

Steel Overhead Storage Cabinets

    Sides, Back and Door          20 ga. (.036") CQCR Steel (0.912 mm)

    Top, Bottom and Shelf       18 ga. (.047") CQCR Steel (1.214 mm)

    Hanger bracket              14 ga. (.075") CQCR Steel (1.897 mm)

    Solid door pull             Steel, aluminum or zinc

    Glass door pull             Steel

    Glass door track            Aluminum

    Reinforcing hat channel for shelf11 ga. (.118") HRPO Steel (3.038 mm)


Laminate Storage and Sink Cabinets

    Drawer glides               Steel rails with ball bearings

    Door hinges                Steel

    Door and Drawer pulls       Steel, aluminum or zinc

    Leveler bracket             11 ga. (.118") HRPO Steel (3.038 mm)

    Leveler                    Threaded steel with plastic foot and rubber boot

    Reinforcing hat channel for shelf11 ga. (.118") HRPO Steel(3.038 mm)


Steel Storage and Sink Cabinets

    Sides, Back and Top         20 ga. (.036") CQCR Steel (0.912 mm)

    Base, Bottom and Shelf      18 ga. (.047") CQCR Steel (1.214 mm)

    Door (interior and exterior   20 ga. (.036") CQCR Steel (0.912 mm)
panels)

    Drawer glides               Steel rails with ball bearings

    Door hinges                Steel

    Door and Drawer pulls       Steel, aluminum or zinc

    Leveler bracket             11 ga. (.118") HRPO Steel (3.038 mm)

    Leveler                    Threaded steel with plastic foot and rubber boot

    Reinforcing hat channel for shelf11 ga. (.118") HRPO Steel (3.038 mm)

Cord Reel

    Cord Reel                 11 ga. (.118") HRPO Steel (3.038 mm)

Cable Storage Tray

    Tray                      24 ga. (.024") CQCR Steel (0.607 mm)

**A1018**

2 + 0 TQ/Combined DFAC
NSA, Bahrain


Phenolic Drying Rack

     Mounting brackets, in-line     14 ga. (.075") CQCR Steel (1.897 mm)

     Mounting brackets, end-of-bench14 ga. (.075") CQCR Steel (1.897 mm)

Modular Power Block with GFCI
Receptacle

     Housing and back bracket     16 ga. (.059") CQCR Steel (1.519 mm)

Modular Connector Faceplates

     Faceplate     16 ga. (.059") CQCR Steel (1.519 mm)

| Non-Metals | Thickness and Material |
|---|---|

Laminate Worksurfaces

     Worksurface core     1.12" X 45 lb/cu ft medium density particle board (28.45mm x 720.83 kil/cu M)

     Top and bottom laminate (standard)     .012" thick laminate

     Front edge banding     3mm thick rigid plastic

     Side and back edge banding     1mm thick, flat profile rigid plastic

Chemsurf® Chemical-Resistant
Laminate Worksurfaces

     Worksurface core     1.12" X 45 lb/cu ft medium density particle board (28.45mm x 720.83 kil/cu M)

     Chemsurf® (option)     VGP grade, resin-impregnated kraft paper

     Front edge banding     3mm thick rigid plastic

     Side and back edge banding     1mm thick, flat profile rigid plastic

Phenolic Resin Worksurfaces

     Worksurface core     .75" thick, phenolic resin-impregnated kraft paper (19.05mm)

Phenolic Drying Rack

     Panel     1.00" thick, phenolic resin-impregnated kraft paper (25.4mm)

     Pegs     .38" dia x 5" long polypropylene pegs (245.16 mm dia x 127mm)

Phenolic Drip Trough

     Trough     1.00" thick, phenolic resin-impregnated kraft paper (25.4mm)

W912ER-11-D-0010-0006

**A1019**

| | |
|---|---|
| Drain tube | .50" OD rigid phenolic tube (12.7 mm) |
| Drain flexible tube | .50" OD x 3' long flexible clear PVC tubing (12.7mm OD x .9144M) |

Laminate Overhead Storage Cabinets

| | |
|---|---|
| Panel core (Top, Bottom, Ends, Back, Door, Shelf) | .75" X 45 lb/cu ft industrial grade particle board (19.05mm x 720.83 kil/cu M) |
| Laminate | .012" thick laminate (.305 mm) |
| Cabinet edge banding | 1mm thick, flat profile rigid plastic |
| Door edge banding | 2mm thick, flat profile rigid plastic |
| Glass door | .25" thick tempered safety glass (6.35 mm) |

Steel Overhead Storage Cabinets

| | |
|---|---|
| Glass door | .25" thick tempered safety glass (6.35 mm) |

Laminate Storage and Sink Cabinets

| | |
|---|---|
| Panel core (Top, Bottom, Base, Ends, Back, Door, and Shelf) | .75" X 45 lb/cu ft industrial grade particle board (19.05mm x 720.83 kil/cu M) |
| Laminate | .012" thick laminate (.305 mm) |
| Cabinet edge banding | 1mm thick, flat profile rigid plastic |
| Drawer/Door edge banding | 2mm thick, flat profile rigid plastic |
| Drawer/Door stop | Rubber |

Steel Storage and Sink Cabinets

| | |
|---|---|
| Drawer/Door stop | Rubber |

Power Block

| | |
|---|---|
| Housing | Ultramid Nylon |

Harness-to-Harness Connector

| | |
|---|---|
| Housing | Ultramid Nylon |

Duplex Receptacles

| | |
|---|---|
| Housing | Ultramid Nylon |

Modular Harnesses and Multipurpose Power Infeeds

| | |
|---|---|
| Connector housing | Ultramid Nylon |

Wire Manager

| | |
|---|---|
| Channel | Rigid plastic |

## C103011 CLOSETS

This paragraph includes all built-in closets with associated work and finishes.

## C103012 FIRESTOPPING PENETRATIONS

This paragraph covers fire-stopping assemblies to include sleeves, caulking and flashing. See PTS Section D40, *Fire Protection*, for additional requirements.

### C103012 1.1 FIRESTOPPING

Provide asbestos-free firestopping material capable of maintaining an effective barrier against flame, gases and temperature. Provide non-combustible firestopping that is non-toxic to human beings during installation or during fire conditions. Devices and equipment for firestopping service shall be UL FRD listed or FM P7825 approved for use with applicable construction, and penetrating items.

#### C103012 1.1.1 Fire Hazard Classification

Material shall have a flame-spread of 25 or less, a smoke developed rating of 50 or less when tested in accordance with UL 723 or UL listed and accepted.

#### C103012 1.1.2 Firestopping Rating

Firestopping materials shall be UL FRD listed or FM P7825 approved for "F" and "T" ratings at least equal to the fire-rating of the fire wall in which penetrated openings are to be protected.

## C103013 SPRAYED FIRE-RESISTIVE MATERIALS

See PTS Section D40, *Fire Protection*, for additional requirements.

### C103013 1.1 SPRAYED FIRE-RESISTIVE MATERIALS

#### C103013 1.1.1 Quality Assurance

A pre-installation conference shall be held with the manufacturer's approved installer prior to the application of the sprayed fire-resistive materials. See Paragraph C10 1.2 for field testing requirements for the fire-resistive material. Products provided shall not contain asbestos per 40 CFR 763.

#### C103013 1.1.2 Warranty

Contractor shall provide manufacturer's standard materials and workmanship warranty stating that the manufacturer agrees to repair or replace materials that fail within 2 years, or as required by the project program, from date of Substantial Completion.

#### C103013 1.1.3 Material Composition

Provide sprayed fire-resistive material consisting of factory-mixed, dry formulation of gypsum or Portland cement binders and light-weight mineral or synthetic aggregates mixed with water at the Project site, or provide sprayed-fiber fire-resistive material consisting of factory-mixed, dry formulation of inorganic binders, mineral fibers, fillers, and additives conveyed in a dry state by pneumatic equipment and mixed with water at a spray nozzle to form a damp, as-applied product.

#### C103013 1.1.4 Physical Properties

a. Dry Density: 15 lb/cubic foot (240 kg/cubic meter) for referenced fire-resistance design to attain the ratings indicated, per ASTM E 605.

b. Thickness: Provide minimum average thickness required for fire-resistance design indicated according to the following criteria, but not less than 0.375 inch (9 mm), per ASTM E 605:

1) Where the referenced fire-resistance design lists a thickness of 1 inch (25 mm) or greater, the minimum allowable individual thickness of sprayed fire-restive material is the design thickness minus 0.25 inch (6 mm).

2) Where the referenced fire-resistance design lists a thickness of less than 1 inch (25 mm) but more than 0.375 inch (9 mm), the minimum allowable individual thickness of sprayed fire-resistive material is the greater of 0.375 inch (9 mm) or 75 percent of the design thickness.

3) No reduction in design thickness is permitted for those fire-resistance designs whose fire-resistance ratings were established at densities of less than 15 lb/cubic foot (240 kg/cubic meter).

c. Bond Strength: 150 lb/sq. ft. (7.2 kPa) minimum per ASTM E 736.

d. Compressive Strength: 5.21 lb/sq. in. (35.9 kPa) as determined per ASTM E 761. Minimum thickness of sprayed fire-resistive material tested shall be 0.75 inch (19 mm) and minimum dry density shall be as specified, but not less than 15 lb/cubic foot (240 kg/cubic meter).

e. Corrosion Resistance: No evidence of corrosion per ASTM E 937.

f. Deflection: No cracking, spalling, or delaminating per ASTM E 759.

g. Effect of Impact on Bonding: No cracking, spalling, or delaminating per ASTM E 759.

h. Air Erosion: Maximum weight loss of 0.025 g/sq. foot (0.270 g/sq. meter) in 24 hours per ASTM E 859.

i. Fire-Test-Response Characteristics: Provide sprayed fire-resistive materials with the following surface-burning characteristics per ASTM E 84 by United Laboratories: flame-spread index of 10 or less and a smoke developed index of 0.

j. Fungal Resistance: No observed growth on specimens per ASTM G 21.

## C103014 ENTRANCE FLOOR GRILLES AND MATS

Provide recessed entrance mats at all entrances to the facility. Entranceway mats require the use of a transition edge where he mat adjoins other floor materials. Mat system shall meet ASTM D-2047 coefficient of friction requirements for dry and wet surfaces. All portions of mat system shall comply with ASTM E 648, Class I for flammability and ASTM E 662 for smoke development of â‰¤ 450. Fasteners shall be non-corrosive screws and anchors for securing frames together to floors. Provide continuous vinyl bottom cushion to quiet clatter at recessed entrance mat systems. Hinges shall be flexible aluminum or thermoplastic hinge retained in aluminum tread port, and allow debris and moisture to flow through recessed mat. Provide ball

and socket hinge for easy roll-up of recessed mat inserts for cleaning. Recessed entrance mat systems shall use either an aluminum or thermoplastic framework and shall have replaceable wearing surface inserts. Provide inserts as follows:

a.    Vinyl or Rubber Inserts - Vinyl or rubber inserts shall be removable and be made from recycled materials wherever possible.  Inserts shall have serrated edges for scraping purposed or flexible abrasive grit tape, bonded to a rigid vinyl tread insert.

## C103014 1.1 RECESSED MAT THERMOPLASTIC FRAME PROPERTIES

Thermoplastic frame shall be colorfast and UV-resistant.  Tensile strength of frame shall comply with ASTM D 638.  Tensile impact of frame shall comply with ASTM D 1822.  Flexural strength of frame shall comply with ASTM D 790. Shore D hardness of frame shall comply with ASTM D 2240.  Rockwell R hardness of frame shall comply with ASTM D 785.  Coefficient of thermal expansion of frame shall comply with ASTM D 696.

## C103014 1.2 RECESSED MAT ALUMINUM FRAME REQUIREMENTS

Aluminum frame and rail shall comply with ASTM B 221, alloy 6063-T5. Frame shall have butted corners and be factory coated with zinc chromate or manufacturer's standard protective finish where surfaces are in contact with concrete.  Provide standard mill finish, color anodized finish complying with AAMA 606.1, clear anodized finish complying with AAMA 607.1, or bronze complying with ASTM B455, alloy 385.

## C103015 ORNAMENTAL METALWORK

Building components made from ornamental metals. Ornamental stair handrails are included in B1010 EXTERIOR STAIRS and PTS C20, *Stairs*.

## C103090 OTHER INTERIOR SPECIALTIES

This paragraph covers other interior specialties not described by other assembly categories listed previously.

## C103090 1.1 OTHER INTERIOR SPECIALTIES

Also see PTS Sections C20 and C30 for additional interior specialties not specified here.

-- End of Section --

SECTION C20

STAIRS
11/10

**C20 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**C20 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and government standards that are referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website , are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

**C20 1.1.1 Industry Standards and Codes**

AISC American Institute of Steel Construction

**C20 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01                 General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs , which include the following significant UFC(s):UFC 3-101-01, Architecture)

**C20 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory stair performance shall be via Performance Verification Testing, as detailed in this section of the RFP.

**C20 1.2.1 Field Testing for Concrete**

Field Quality Control Test Reports to be submitted to DOR shall comply with ACI 301.  If concrete is found to be below the strength required in the tests, Contractor shall remove and replace that concrete and all associated building components at his own expense.

**C20 1.3 DESIGN SUBMITTALS**

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 10.05 20, *Design Submittal*

*Procedures*, the MED Design Instruction Manual, and UFC 3-101-01, *Architecture*.

## C20 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specification*. In addition to the Z10 requirements the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Stairs, handrails.

## C2010 STAIR CONSTRUCTION

## C201001 INTERIOR AND EXTERIOR STAIRS

Provide primed and painted steel stairs with concrete filled pans or cast-in-place concrete stairs for industrial and commercial construction. Design load shall not be less than 100 PSF (4.8 kPa) for live load, and 300 pounds (136 kg) for concentrated loads. Required means of egress stairs shall conform to NFPA 101. Provide steel guard and handrails.

### C201001 1.1 STEEL STAIRS

Design shall conform to AISC S335 or AISC S342L.

#### C201001 1.1.1 Materials

    a.    Structural Carbon Steel - ASTM A 36/A 36M

    b.    Structural Tubing - ASTM A 500

    c.    Steel Pipe - ASTM A 47

    d.    Gratings - Gray cast iron ASTM A 48, Class 40

    e.    Metal plank grating, non-slip requirement, FS RR-G-1602 aluminum ASTM B 209, 6061-T6; steel ASTM A 653/ A 653M, G90.

    f.    Floor Plates, Patterned - ASTM A 786/A 786M, 14 gage.

    g.    Anchor Bolts - ASTM A 307

    h.    Galvanized Structural Steel - All steel exposed to the environment or direct water contact shall be galvanized in accordance with ASTM A 123 /A123M, ASTM A153/A153M, and ASTM A653/A653M, Z275 (G90) coating. Galvanize all components after fabrication in accordance with ASTM A385. Fabricate all steel components in the largest units practical using bolted connections for field assembly. Repair damage to, or voids in, galvanizing in accordance with ASTM A780, Annex A1 or Annex A3.

### C201001 1.2 ALUMINUM ALLOY PRODUCTS

Conform to ASTM B 209 for sheet plate, ASTM B 221 for extrusions and ASTM B 26/B 26M or ASTM B 108 for castings. Aluminum extrusions shall be at least 1/8-inch (3.2 mm) thick and aluminum plate or sheet at least 0.050 inch (1.27 mm) thick.

### C201001 1.3 FINISHES

#### C201001 1.3.1 Galvanizing

Hot-dip galvanizing: ASTM A 123/A123M, ASTM A 153/A 153M or ASTM A 653/A 653M, G90, as applicable.

### C201001 1.3.2 Aluminum Finishes

Protect by plating, Class I anodic coatings, or 70% polyvinylidene fluoride organic coatings.  See PTS Section C30 for additional coatings/finish information.

### C201001 1.3.3 Safety Treads

NAAMM BG steel, Type W (welded).

### C201001 1.3.4 Other Coatings

See PTS Section C30, *Interior Finishes*, for painted finishes.

## C201001 1.4 CONCRETE STAIRS / STEPS

Provide interior or exterior concrete steps and stair with non-slip finish. For interior stairs, provide rubber or other finish treads.  For exterior stairs, provide cast-in-place abrasive nosing. Provide steel guard and handrails as necessary. Fire stairs shall comply to NFPA 101.

### C201001 1.4.1 Materials

a.  Concrete - ACI 211.1, ACI 301/301M, and ACI 318/318M, with a compressive strength of 3,000 psi (20,680 kPa) or greater. Concrete Mix Design shall be suitable for the job conditions.

b.  Reinforcements - Bars, fabrics, connectors, and chairs shall be galvanized.

c.  Reinforcing Bars - ACI 301/301M

d.  Welded Wire Fabric - ASTM A 185 or ASTM A 497

e.  Cast Aluminum Safety Nosings – For exterior concrete stairs, provide safety nosings of cast aluminum with abrasive surfaces or with abrasive inserts.

## C201002 FIRE ESCAPE STAIRS

Design fire escapes of the type and arrangement to conform to Fire Escape Stairs, of NFPA 101, Life Safety Code.  Escape stairs shall be of steel or aluminum, conforming to the requirements of this specification section.

## C201090 STAIR HANDRAILS, GUARDRAILS, AND ACCESSORIES

## C201090 1.1 HANDRAILS

Design handrails in accordance with the IBC, except delete the handrail design load reduction code exceptions for residential, prisons, industrial, high hazard, and storage facilities.  NAAMM PR, provide the same size rail and post.  Provide series 300 stainless steel pipe collars. Factory coat all metal railings (except for ornamental metals such as brass, bronze, stainless steel, and nickel-silver) with a high performance coating in accordance with AAMA 2605, with a minimum coating thickness of 1.2 mils unless otherwise noted.

**A1026**

### C201090 1.1.1 Steel Handrails

Provide steel handrails, including inserts in concrete, steel pipe conforming to ASTM A 53 or structural tubing conforming to ASTM A 500, Grade A or B of equivalent strength. Railings shall be hot-dip galvanized and shop painted for exterior applications and primed and shop painted for interior applications. Railing may be unpainted hot-dip galvanized in industrial areas.

### C201090 1.1.3 Ornamental Handrails

Provide ornamental railings. Provide anchorage and fasteners as recommended by the product manufacturer. Railing system shall conform to ASTM E 985, minimum concentrated test load requirement.

## C201090 1.2 METAL LADDERS

### C201090 1.2.1 Metal Ladders

Provide vertical ladders conforming to Section 7 of 29 CFR 1910.27.

### C201090 1.2.2 Installation

Offset distance from the rungs to the finished wall surface not less than 7 inches (175 mm). Provide heavy clip angles riveted or bolted to the stringer and drilled for not less than two 1/2-inch (12 mm) diameter expansion bolts as indicated. Provide intermediate clip angles not over 48 inches (1200 mm) on center.

### C201090 1.2.3 Ladder Cages

Where the height of the ladder is greater than 20 feet (6000 mm), provide a cage to conform to 29 CFR 1910.27.

a. Cage fabrication – Provide attachments for fastening bands to the side rails of ladders or directly to the structure.


-- End of Section --

SECTION C30

INTERIOR FINISHES
11/10

**C30 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**C30 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website , are listed below for basic designation identification.  Comply with the required and advisory portions of the current edition of the referenced standard at the time of contract award.

**C30 1.1.1 Industry Standards And Codes**

FLOOR COVERING INSTALLATION CONTRACTOR'S ASSOCIATION (FCICA)

FLOOR COVERING INSTALLATION BOARD (FCIB)

**C30 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01                 General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs  which include the following significant UFC(s):UFC 3-101-01, Architecture UFC 3-120-10, Interior Design)

**C30 1.2 QUALITY ASSURANCE**

**C30 1.2.1 Paint Applicators Qualifications**

**C30 1.2.1.1 SSPC QP 1 Certification**

For the application of industrial coatings identified in the Project Program, all contractors and subcontractors that perform surface preparation or coating application shall be certified by the Society for Protective Coatings (formerly Steel Structures Painting Council) (SSPC) to the requirements of SSPC QP 1 prior to contract award, and shall remain certified while accomplishing any surface preparation or coating application.

The painting contractors and painting subcontractors must remain so certified for the duration of the project. If a contractor's or subcontractor's certification expires, the firm will not be allowed to perform any work until the certification is reissued. Requests for extension of time for any delay to the completion of the project due to an inactive certification will not be considered and liquidated damages will apply. Notify the Contracting Officer of any change in contractor certification status.

## C30 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Verification of satisfactory interior finish assemblies' performance shall be via Performance Verification Testing, as detailed in this section of the RFP.

### C30 1.3.1

Provide sample of textured ceiling application for DOR approval before resuming work. Sample shall be used as a reference for remaining application.

### C30 1.3.2

Provide sample of multicolor paint application for DOR approval before resuming work. Sample shall be used as a reference for remaining application.

### C30 1.3.3

Provide sample of terrazzo and/ or architectural cast-in-place concrete floor application for DOR approval before resuming work. Sample shall be used as a reference for remaining application.

## C30 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and UFC 3-101-01, *Architecture*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, General Performance Technical Specifications.

## C30 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Paint, Finish materials, Finish colors

Installation drawings for floors with carpet, tile, stone, architectural cast-in-place concrete or terrazzo to include locations and details of seams, color and material transitions, details of divider strips, control joints, and crack control solutions.

Changes shall not be made to the finishes that are submitted and approved by the Government during the design phase. In the event that revisions may be required because of unforeseen conditions such as discontinued product, the revisions must be approved by the DOR and then submitted to the Government Interior Designer for approval before substitutions can be made.

## C3010 WALL FINISHES

Interior wall finishes shall be moisture and mildew resistant, easily maintained, and suitable in accordance with industry standards for the architectural surface being finished. For painted wall finishes, refer to C3040 "INTERIOR PAINTING AND SPECIAL COATINGS".

## C301001 CONCRETE WALL FINISHES

### C301001 1.1 SPECIAL OR ARCHITECTURAL FINISHES ON INTERIOR CONCRETE WALLS

Cast-in-place or pre-cast concrete wall finishes shall include, but are not limited to, abrasive blasted surfaces, colored surfaces, exposed aggregate, grooved surfaces, or tooled surfaces.

## C301002 PLASTER WALL FINISHES

Veneer plaster shall be gypsum plaster veneer finish on gypsum base finishes, or cement plaster veneer finish on concrete or masonry. Refer to Section C3040 for paint system and gloss level.

### C301002 1.1 GYPSUM PLASTER

Not Used.

### C301002 1.2 CEMENT PLASTER

#### C301002 1.2.1

Portland cement plaster base coat in accordance with ASTM C150, gray portland cement. Use Type I when no special characteristics are required, Type II when plaster and stucco will be exposed to moderate sulfate (alkali) action, Type III when early strength is needed as in cold weather, and Type V when high resistance to sulfate is required.

#### C301002 1.2.2

Portland cement plaster finish coat in accordance with ASTM C150, gray portland cement Type I when no special characteristics are required, Type II when plaster and stucco will be exposed to moderate sulfate (alkali) action, Type III when early strength is needed as in cold weather.

#### C301002 1.2.3

Factory-mixed finish coat according to the manufacturer's instructions.

## C301003 GYPSUM WALLBOARD FINISHES

Conform to specifications, standards and requirements in accordance with Gypsum Association GA 214, GA 216 and GA 224. Provide asbestos free materials only. Provide Type X gypsum board in fire rated assemblies. Provide a foil back gypsum board when a vapor retarder is required.

## C301003 1.1 REGULAR GYPSUM BOARD

ASTM C36/C36M and ASTM C1396/C1396M 1/2 or 5/8 inch (12.7 mm or 15.9 mm) thick in residential construction, and 5/8 inch (15.9 mm) thick in non-residential construction, tapered edges.

## C301003 1.2 MOISTURE RESISTANT GYPSUM BOARD

ASTM C630/C630M, 1/2 or 5/8 inch (12.7 mm or 15.9 mm) thick in residential construction, and 5/8 inch (15.9 mm) thick in non-residential construction. Use in humid areas or spaces but not as a substrate in tiled areas where wall tile is exposed to direct moisture contact or condensation accumulation.

## C301003 1.3 CEMENTITIOUS BACKING UNITS

ANSI A108.11 and ANSI A118.9, 5/8 inch (15.9 mm) thick; use as a substrate for ceramic tile in wet areas that are exposed to direct moisture contact or condensation accumulation for areas including, but not limited to, tubs, shower enclosures, saunas, steam rooms, gang shower rooms, and shower drying rooms. Provide screws specifically designed for use with cement panels.

## C301003 1.4 IMPACT RESISTANT GYPSUM BOARD

Reinforced gypsum panel with imbedded fiber mesh or polycarbonate resin thermoplastic backing, 5/8 inch (15.9 mm) thick, tapered edges, in accordance with Structural Failure Test; ASTM E695 or ASTM D2394 and Indentation Test; ASTM D5420 or ASTM D1037. Provide metal framing of 20-gauge minimum. Provide fasteners that meet manufacturer requirements and specifications. Impact resistant gypsum board shall have a flame spread rating of 25 or less and a smoke developed rating of 50 or less, ASTM E84. Finish with a high strength plaster veneer. Refer to PTS C10 for further requirements on impact resistant wall construction.

## C301003 1.5 JOINT TREATMENT

ASTM C475, Joint compound shall be specifically formulated and manufactured for use with and compatible with tape, substrate and fasteners as recommended by the manufacturer. Tape and finish gypsum board in accordance with ASTM C840, GA 214 and GA 216. Provide premanufactured joints at all structural expansion joints, crack control joints, and change of materials as recommended by the manufacturer and in accordance with GA 216.

## C301003 1.6 FASTENERS

ASTM C514. Fasteners shall be compatible with each type of gypsum board material as recommended by the gypsum board manufacturer and in accordance with GA 216 and GA 224.

## C301003 1.7 ACCESSORIES

ASTM C1047. Fabricate from corrosion protected steel or plastic designed for intended use. Accessories manufactured with paper flanges are not acceptable. Flanges shall be free of dirt, grease, and other materials that may adversely affect bond of joint treatment. Provide prefinished or job decorated materials. For predecorated gypsum board provide prefinished metal or plastic trim to match predecorated gypsum board. Install as recommended by GA 214, GA 216 and GA 224.

## C301003 1.8 LEVEL OF FINISH

### C301003 1.8.1

Tape and finish gypsum board in accordance with ASTM C840, GA 214 and GA 216.  Plenum areas above ceilings shall be finished to GA 214, Level 1.  Water resistant gypsum backing board, ASTM C630/C630M, to receive ceramic tile shall be finished to GA 214, Level 2.  Walls to receive a heavy-grade wall covering or have textured finish before painting shall be finished to GA 214 Level 3.  Walls without wall wash lighting to receive paint (MPI Gloss Level 2), light textures, or wall coverings shall be finished to GA 214 Level 4.  Unless otherwise specified, all gypsum board walls, partitions shall be finished to GA 214 Level 5. Provide joint, fastener depression, and corner treatment.  Do not use fiberglass mesh tape with conventional drying type joint compounds; use setting or hardening type compounds only.  Provide treatment for water-resistant gypsum board as recommended by the gypsum board manufacturer.

**C301003 1.8.2**

Wherever gypsum board is to receive eggshell (MPI Gloss Level 3), semigloss (MPI Gloss Level 5), or gloss (MPI Gloss Level 6) paint finish, finish gypsum wall surface to GA 214 Level 5.

**C301003 1.8.3**

Where wall wash lighting will accent the flatness of the wall and surface irregularities in gypsum board joints, provide feature edge gypsum board and two coat joint compound fillers.  Provide this special joint treatment at up lighting, down lighting and horizontal lighting at the end of a passageway wall.

**C301004 TILE AND TERRAZZO WALL FINISHES**

**C301004 1.1 CERAMIC TILE WALL SYSTEM FINISHES**

Provide ceramic tile wall systems as defined in the Tile Council of America (TCA) handbook for ceramic tile installations suitable for the service requirements listed. Install systems in accordance with ANSI A108/A118 series standards. Colored grout with sealer shall be provided. Coordinate with ceramic bath accessories for modularity. Include all trim pieces, caps, stops, and returns to complete installation.

**C301004 1.1.1**

Ceramic Mosaic Wall Tile shall be a minimum of 1/4 inch (6 mm) thick and installed from floor to ceiling, unless otherwise noted.

**C301004 1.1.2**

Wall tile shall be glazed, matte glazed or unglazed finish. Refer to project program for tile type, pattern, and surface texture.

**C301004 1.1.3**

Porcelain wall tile shall be through color, polished or unpolished. Refer to project program for tile type, pattern, and surface texture.

**C301004 1.1.4**

Provide wall tile color and style selections a minimum of one grade above base grade.

**C301004 1.1.5**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

        Provide Designer accent tile, accent strips and accessory ceramic tile shapes as an integral part of the ceramic wall tile system.

## C301005 WALL COVERINGS

Wall coverings shall be material designed specifically for the specified use.  The wallcovering shall contain a non-mercury based anti-microbial.  The wallcovering shall be the type made without the use of cadmium-based stabilizers.  Wallcovering shall have a Class A flame spread rating of 0-25 and smoke development rating of 0-50 when tested in accordance with ASTM E84.  The wall preparation, trimming, adhesive and application shall be according to the manufacturer's printed directions. The manufacturer shall approve the installers in writing.  The material must be easily cleaned by traditional methods such as washing, wiping, or vacuuming.  Primer and adhesive shall be of a type recommended by the wallcovering manufacturer and shall contain a non-mercury based anti-microbial. Adhesive shall be strippable type. Do not apply wall coverings to the interior surface of exterior walls.

## C301005 1.2 FABRIC WALL COVERING

        Not Used.

## C301005 1.3 WALLCOVERING BORDER

        Not Used.

## C301005 1.4 SURFACE PREPARATION FOR UNEVEN WALLS

        Not Used.

## C301005 1.5 CORNER GUARDS

### C301005 1.5.1

        Corner guards shall be 3/32 inch (2.4 mm) thick and shall cover 1 inch (25 mm) each side of corner at right angles.  Corner guards shall be clear polycarbonate.  Use in executive areas, office areas, and wall-covered areas subject to cart traffic as a minimum.

### C301005 1.5.2

        Corner guards shall be 3/32 inch thick and shall cover 2-1/2 inches (64 mm) each side of corner at right angles.  Corner guards shall be through color polycarbonate or rubber. Use in corridors or other high traffic areas.

        If protective wall components from paragraphs C301090 – 1.5 and 1.6 are provided, corner guards shall be from the same lot and color as protective wall components.

## C301005 1.6 WAINSCOT CAP

        Not Used.

## C301006 ACOUSTICAL PANELS ADHERED TO WALLS

        Not Used.

## C301090 OTHER WALL FINISHES

PART 4: 2 + 0 TQ - SECTION C30   - Page 6

W912ER-11-D-0010-0006

605 of 1610
Government Rule 4 File

**A1033**

**C301090 1.1 SOLID SURFACING WALL FINISHES**

Not Used.

**C301090 1.2 PLASTIC LAMINATE WALL FINISHES**

Not Used.

**C301090 1.3 DECORATIVE PANELING SYSTEM**

Not Used.

**C301090 1.4 WOOD TRIM AND DETAILING FINISHES**

Not Used.

**C301090 1.5 IMPACT RESISTANT PANEL OR WAINSCOT WALL FINISHES**

The wall covering panel system, or wainscot, shall be an impact-resistant acrylic PVC sheet of a minimum 0.060 inch (1.5 mm) thickness in 4 foot by 8 foot (1219 mm by 2438 mm) sheets. The system shall be Class A (ASTM E84), UL listed, and chemical and stain resistant. It shall include all accessories, such as top caps, joint covers, and inside and outside corners, necessary for a complete installation. A full range of colors and textures shall be included. The wall panel system shall have coordinating color and pattern options for all components within the system. The wall panel system shall offer a 21 ounce (595 g) fabric backed vinyl wallcovering laminated to a 0.020 inch (.51 mm) rigid acrylic/PVC backing capped with 1 mil of protective film.

**C301090 1.5.1**

Impact Resistant Trim Finishes - Impact resistant chair or handrail system shall be a formed rigid PVC product. Chair or handrail shall be a minimum of 3 inches (76 mm) high and be mounted with concealed hardware. Chair or handrail system shall be chemical, stain, and bacteria resistant. Chair rail shall be UL classified, conforming to NFPA Class A fire rating and ASTM D256-90b for impact strength of 30.2 ft-lbs/inch thick.

**C301090 1.6 CORNER AND WALL GUARDS**

Corner and wall guards shall be high-impact formed polyvinyl chloride a minimum of 0.078 inch (2 mm) with concealed mounting hardware and end closure. If used with an impact resistant panels system, the guards shall be from the same manufacturer as the impact resistant wall panel system, chair or hand rail system and shall include all accessories necessary for a complete installation. A full range of styles, colors and textures shall be included.

**C3020 FLOOR FINISHES**

Refer to C3040 "INTERIOR PAINTING AND SPECIAL FINISHES" for painted floor coatings.

**C302001 TILE FLOOR FINISHES**

Provide ceramic tile floor systems as defined in the Tile Council of America (TCA) handbook for ceramic tile installation and materials for the service requirements listed. Provide installation and materials in accordance with ANSI A108/A118 series standards, except do not use organic adhesives. Provide manufacturer's full range of colors and styles. Tile shall be a minimum of one grade above base grade.

Mortar shall be Portland cement, ANSI A108.1A/1B/1C/ A118.1, Latex-portland

cement, ANSI A108.5/A118.4 or Epoxy ANSI A108.6/A118.3.

Grout shall be factory sanded Portland cement, ANSI A108.10/A118.6, Latex-portland cement, ANSI A108.10/A118.7 or Epoxy ANSI A108.6/A118.3. Provide tile joint grout sealer on white, light colored areas that are routinely exposed to water and liquid cleaning materials, entrance areas, and areas that require a high degree of stain resistance, and as required by the manufacturer. Provide chemical resistant epoxy resin for kitchens and other areas where high resistance to staining and absorption are required, ANSI A118.3.

Slip resistant tile shall have a minimum Coefficient of Friction (wet and dry) of 0.6, ASTM C1028. Tile shall have smooth, non-slip or textured surface and a glazed or unglazed finish. Non-slip or textured surface required for tile in areas where there is excessive water or grease and oils such as kitchens, dining facilities, toilets, and in industrial and maintenance facilities.

### C302001 1.3 PORCELAIN FLOOR TILE

Porcelain floor tiles shall be a minimum of 5/16 inch (8 mm) thick with a maximum of 1/4 inch (6 mm) grout width with cushioned edge. Tile shall have a minimum breaking strength of 300 pounds (202 kg), ASTM C648 and a maximum absorption rate of 0.5%, ASTM C373. Use in lobbies, corridors, toilets, kitchens, dining facilities, and other areas with minimal maintenance requirements, high resistance to staining, absorption and high durability requirements. Tile shall be color through, impervious, unglazed or glazed finish with an unpolished, semi-polished, polished, or textured surface.

### C302001 1.4 Terrazzo FLOOR TILE

Terrazzo floor tiles shall be a minimum of 1/2 inch (12.7 mm) thick tiles with a maximum of 1/4 inch (6 mm) grout width. Tile shall have a minimum breaking strength of 350 pounds (158 kg), ASTM C648 and a maximum absorption rate of 3%, ASTM C373. Use in lobbies, corridors, kitchens, dining facilities, and other areas with high durability requirements. Use grout release for darker pigmented grout colors. Tile shall have a maximum of 3.0 percent water absorption rate when tested in accordance with ASTM C373. Non-slip, abrasive grain or textured surface required for tile in areas where there is excessive water or grease and oils. Tile shall consist of semi-vitreous, vitreous or clay material with smooth or textured surface and unglazed finish.

### C302002 TERRAZZO FLOOR FINISHES

Refer to Project Program for special design requirements.

### C302002 1.1 BONDED TERRAZZO

Provide terrazzo, bonded to concrete, consisting of a terrazzo topping over an underbed. Use in all general areas requiring terrazzo. Where structural movement is anticipated which may injure the terrazzo, use the sand cushion (floating) method. Provide cementitious terrazzo in accordance with the NTMA bonded terrazzo specification.

### C302002 1.2 RESINOUS TERRAZZO

Resinous terrazzo flooring shall be an epoxy terrazzo system that conforms to the requirements specified in the NTMA resinous epoxy specification.

### C302003 WOOD FLOORING

Not Used

## C302004 RESILIENT FLOOR FINISHES

All resilient flooring shall meet or exceed applicable ADA horizontal requirements. Each type of flooring shall be installed with recommended adhesive in accordance with the manufacturers' written instructions. Installers shall be approved by the manufacturer in writing and shall have a minimum of 3 yrs experience for each type of flooring to be installed. A minimum of 2% total quantity for each type flooring, color and pattern shall be provided and stored within each building for future replacement and patching. Provide manufacturers full line of color and pattern selections, including multi-color patterns. Use the resilient floor finishes as identified in the Project Program or as directed below.

### C302004 1.1 RESILIENT SHEET FLOORING SYSTEMS

Not Used.

### C302004 1.2 RESILIENT TILE FLOORING SYSTEM

#### C302004 1.2.1

Resilient vinyl composition tile (VCT) shall be commercial grade, asbestos free, with a nominal overall gauge of 1/8 inch (3 mm) and a wear layer thickness of 1/8 inch (3 mm) nominal. The tile shall be manufactured in accordance with Federal Specification SS-T-312B (1), Type IV, Comp. 1, Class 2, through pattern. Tile shall be finished in accordance with manufacturer's written instructions.

## C302005 CARPETING

### C302005 1.1 GENERAL

Installer(s) shall be approved by the manufacturer in writing. Carpet manufacturer shall be established and in good standing with the industry. A minimum of 5% total quantity for each color and pattern shall be provided and stored within the building for future replacement patching.

### C302005 1.2 CARPET CONSTRUCTION

Provide carpet types based on Table I, "Carpet Construction Type by Facility."

TABLE I - CARPET CONSTRUCTION TYPE BY FACILITY

| Facility Type | Tufted Cut Pile | Tufted Loop Pile | Tufted Cut and Loop | Tufted Tip Shear | Tufted Frieze | Woven Loop or Cut & Loop | Carpet Tile |
|---|---|---|---|---|---|---|---|
| Administrative | - | X | - | - | - | - | X |
| Open Plan Offices | - | X | - | - | - | - | X |
| Private Offices | - | X | - | - | - | - | X |
| Corridors | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |

W912ER-11-D-0010-0006

**A1036**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - |
| | | | | - | - | - | - |
| Bachelor Enlisted Quarters | - | X | - | - | - | - | X |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| Borders and insets | - | - | - | - | - | - | - |
| | | | | | | | |

**C302005 1.3 CARPET SEVERE WEAR SPECIFICATIONS**

Provide carpet that complies with Table II, "Carpet Specifications for Severe Wear Classification."

TABLE II - CARPET SPECIFICATIONS FOR SEVERE WEAR CLASSIFICATION

| Carpet Construction | Pile Fiber | Weight oz/SY (kg/m2) min. x.037 | Pile Height in.(mm) min. | Gauge min. | Pile Density oz/cuyd (kg/m3) min. |
|---|---|---|---|---|---|
| | | | . | | |
| Tufted Loop Pile | CF NYLON | 26(0.82) | .120(3.05) | 1/10 | 6600 (270) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**C302005 1.4 CARPET PILE FIBER**

Provide one of the following:

a.   100% premium branded, solution-dyed, Type 6 or Type 6.6 continuous hollow filament nylon

**C302005 1.5 CARPET BACKING REQUIREMENTS**

a.   Provide manufacturer's standard high performance carpet backing.

**C302005 1.6 CARPET PERFORMANCE CHARACTERISTICS**

a. Flammability: Carpet shall meet the Critical Radiant Flux Classification of not less than 0.45 W/sq. cm. when tested in accordance with ASTM E648. Carpet shall generate less than 450 rating when tested in accordance with ASTM E662

b. Static Control: Carpet shall include a permanent static control system to control static build-up to less than 3.0 KV in accordance with AATCC-134.

c. Dimensional Stability: Carpet shall be permanently dimensionally stable with no delamination of components or any edge raveling or zippering.

d. Colorfastness to Crocking: Not less than 4, wet and dry, per AATCC-165.

e. Colorfastness to Light: Not less than 4 after 40 AFU (AATCC fading units) per AATCC-16.

f. Antimicrobial Activity: Not less than 0.08-inch (2-mm) halo of inhibition for gram-positive bacteria; not less than 0.04-inch (1-mm) halo of inhibition for gram-negative bacteria; no fungal growth, per AATCC-174.

g. Sustainability; Provide carpets with recycled fiber content, and renewable material content in the attached cushion or backing materials certified by an independent testing agency.

h. Written Warranty: Lifetime commercial warranty for texture retention and edge raveling, zippering, delamination is required. Seam preparation and adhesives shall be recommended by the carpet manufacturer in accordance with the warranty.

i. Appearance Retention: Provide carpet with a multi-color pattern for excellent appearance retention and soil hiding characteristics.

j. Indoor Air Quality: Provide carpets that meet the criteria of the CRI "Green Label" Indoor Air Quality Testing Program. Carpet adhesive VOC's shall be less than 50 g/L.

## C302005 1.7 CARPET INSTALLATION

Install carpet by one of the following methods in accordance the manufacturer's recommendations and in accordance with the Carpet and Rug Institute, CRI-104, Standard for Installation Specification of Commercial Carpet, compatible with the construction, backing, and pattern characteristics of each carpet provided.

a. Direct Glue Down Carpet Installation

b. Double Glue Down Carpet and Pad Installation

c. Carpet with Attached-Cushion Installation

d. Preapplied releasable "dry" adhesive system installation.

e. Stretch-In Carpet Installation with tack strips and pad

## C302006 Not Used.

## C302007 WALL BASE FINISHES

Provide a wall base for transition between floor and wall finish. If no other type of base is required, provide vinyl straight base at carpet installations, vinyl cove base at exposed concrete or resilient tile floors, and a base to match the floor material at hard surface tile floors, or as required in the project program.

## C302007 1.1 RESILIENT WALL BASE FINISHES

### C302007 1.1.1

All rubber wall base shall be 4 inch (100 mm) high and 1/8 inch (3.2 mm) thick as required unless indicated otherwise. The wall base shall include inside and outside corners and shall conform to ASTM F1861-98, Type TS. Provide wall base in rolls and not 4 foot lengths.

### C302007 1.1.2

Flash-coved integral resilient sheet wall bases shall be installed in accordance with the manufacturers' printed instructions to include a cove stick having a minimum radius of 3/4 inch (19 mm) and finished with an approved cap strip.

## C302007 1.2 CARPET WALL BASE FINISHES

Carpet wall base finishes shall consist of a strip of carpet matching or contrasting adjacent carpet, 4 inch (100 mm) high, with the top edge finished with an aluminum or vinyl edge profile; or an edge binding material matching the carpet.

## C302007 1.3 WOOD BASE FINISHES

Not Used.

## C302007 1.4 STONE AND MARBLE BASE FINISHES

Not Used.

## C302007 1.5 TILE BASE FINISHES

Coordinate tile base with ceramic wall and floor tile for color, material match and modularity. Include all pre-manufactured trim pieces, special shapes, caps, stops, and returns to provide a complete installation. Provide coordinating wall, base and floor tile for curb construction at showers.

## C302008 STAIR FINISHES

## C302008 1.1 RESILIENT STAIR TREADS, RISERS AND LANDINGS

Refer to C302004 for resilient landing finishes. Provide rubber risers to match treads or one piece tread/risers. Provide treads with raised patterns and visually impaired nosing inserts as required.

## C302008 1.2 PORCELAIN AND STONE STAIR TREADS, RISERS AND LANDINGS

Not Used.

## C302008 1.3 CARPETED STAIR TREADS, RISERS AND LANDINGS

Not Used.

## C302009 FLOOR TOPPINGS AND TRAFFIC MEMBRANES

2 + 0 TQ/Combined DFAC
NSA, Bahrain

Not Used.

**C302010 HARDENERS AND SEALERS**

**C302010 1.1 HARDENED AND SEALED CURE CONCRETE FLOORS**

Harden and seal concrete floors in accordance with the finished floor manufacture requirements. Utilize other methods of concrete curing if the floor finish manufacturer does not recommend a chemical hardener or sealer. Concrete floors that can utilize a hardener-sealer and will be exposed to traffic shall receive a minimum of two coats of hardener-sealer curing agent for dust protection. These hardener-sealer-cured floors shall be finished with a curing agent that shall penetrate the concrete to permanently seal the floor against moisture and the penetration of contaminants. The curing agent shall be non-toxic, non-flammable, and non-combustible and shall be installed in accordance with the manufacturer's printed instructions. The finished floor shall be dust-free.

**C302010 1.2 COLORED CONCRETE FLOORS**

Not Used.

**C302011 RAISED ACCESS FLOORING**

Not Used.

**C3030 CEILING FINISHES**

Refer to C3040 "INTERIOR PAINTING AND SPECIAL COATINGS" for painted ceiling finishes.

**C303001 ACOUSTICAL CEILING TILES AND PANELS**

Not Used.

**C303002 GYPSUM WALLBOARD CEILING FINISHES**

Conform to specifications, standards and requirements in accordance with Gypsum Association GA 214, GA 216 and GA 224.  Provide asbestos free materials only. Provide featured edge gypsum board on all gypsum surfaces that flatness of joints will be visible, such as uplighted ceilings, window lighted ceilings, and as recommended by the manufacturer.  Provide Type X gypsum board in fire rated assemblies.

**C303002 1.1 REGULAR GYPSUM BOARD**

ASTM C36/C36M and ASTM C1396/C1396M, 1/2 or 5/8 inch(12.7 mm or 15.9 mm) thick, tapered edge.  Provide 5/8 inch (15.9 mm) for all projects except for single family residential, which may utilize 1/2 inch (12.7 mm) if other requirements, such as sound control, are met.

**C303002 1.2 MOISTURE RESISTANT GYPSUM BOARD**

ASTM C630/C630M, 1/2 or 5/8 inch (12.7 mm or 15.9 mm) thick, tapered edges. Use for ceilings in humid areas. Do not use as a substrate in tiled areas where tile will be exposed to direct moisture contact or condensation accumulation. Support moisture resistant gypsum board at 12 inches (305 mm) on center.  Provide 1/2 inch (12.7 mm) for single-family residential projects only.  Provide 5/8 inch (15.9 mm) for all other projects.

**C303002 1.3 CEMENTITIOUS BACKING UNITS**

ANSI A108.11 and ANSI A118.9, 1/2 or 5/8 inch (12.7 mm or 15.9 mm) thick;

use for adhesive applied ceramic tile in wet areas (tubs, shower enclosures, saunas, steam rooms, gang shower rooms, or for shower areas with a veneer plaster finish. Support cementitious backing units at 12 inches  (305 mm) on center. Provide screws specifically designed for use with cement panels.

## C303002 1.4  IMPACT RESISTANT GYPSUM BOARD

Reinforced gypsum panel with imbedded fiber mesh or polycarbonate resin thermoplastic backing, 5/8 inch (15.9mm) thick, tapered edges, in accordance with Structural Failure Test; ASTM E695 or ASTM D2394 and Indentation Test; ASTM D5420 or ASTM D1037.  For use whenever gypsum board partitions are allowed for barracks, training facilities, and industrial facilities. Provide metal framing of 20-gauge minimum. Provide fasteners that meet manufacturer requirements and specifications.  Impact resistant gypsum board shall have a flame spread rating of 25 or less and a smoke developed rating of 50 or less, ASTM E84. Finish with a high strength veneer plaster.

## C303002 1.5  TEXTURED CEILING FINISH SYSTEM

Applied textured ceiling finish shall be plaster based.  Refer to paragraph "C301002 – 1.1  GYPSUM PLASTER" for finish requirements.

## C303002 1.6  JOINT TREATMENT

ASTM C475, Joint compound shall be specifically formulated and manufactured for use with and compatible with tape, substrate and fasteners as recommended by the manufacturer. Tape and finish gypsum board in accordance with ASTM C840, GA 214 and GA 216.  Provide premanufactured joints at all structural expansion joints, crack control joints, and change of materials as recommended by the manufacturer and in accordance with GA 216.

## C303002 1.7  FASTENERS

ASTM C514, Fasteners shall be compatible with each type of gypsum board material as recommended by the gypsum board manufacturer and in accordance with GA 216 and GA 224.

## C303002 1.8  ACCESSORIES

ASTM C1047, Fabricate from corrosion protected steel or plastic designed for intended use.  Accessories manufactured with paper flanges are not acceptable.  Flanges shall be free of dirt, grease, and other materials that may adversely affect bond of joint treatment.  Provide prefinished or job decorated materials. Install as recommended by GA 214, GA 216 and GA 224.

## C303002 1.9  LEVEL OF FINISH

### C303002 1.9.1

Tape and finish gypsum board in accordance with ASTM C840, GA 214 and GA 216.  Ceilings to receive a heavy-grade wall covering or heavy textured finish before painting shall be finished to GA 214, Level 3. Ceilings without critical lighting to receive flat paints, light textures, or wall coverings shall be finished to GA 214, Level 4. Unless otherwise specified, all gypsum board walls, partitions and ceilings shall be finished to GA 214, Level 5.  Provide joint, fastener depression, and corner treatment.  Do not use fiberglass mesh tape with conventional drying type joint compounds; use setting or hardening type compounds only.  Provide treatment for water-resistant gypsum board as recommended by the gypsum board manufacturer.

### C303002 1.9.2

W912ER-11-D-0010-0006

**A1041**

Wherever gypsum board is to receive eggshell, semigloss or gloss paint finish, or where severe, up or down lighting conditions occur, finish gypsum wall surface to GA 214 Level 5.  In accordance with GA 214 Level 5, apply a thin skim coat of joint compound to the entire gypsum board surface, after the two-coat joint and fastener treatment is complete and dry.

## C303003 PLASTER CEILING FINISHES

Not Used.

## C303004 WOOD CEILINGS

Not Used.

## C303005 SUSPENSION SYSTEMS

## C303005 1.3 SUSPENDED AND FURRED CEILING SYSTEMS

ASTM C841 (for lath); ASTM C645 (for GWB).

Provide steel materials for metal support systems with galvanized coating per ASTM A653/A653M, G60; aluminum coating ASTM A463/A463M, T1-25; or a 55% aluminum-zinc coating.  Provide suspended ceiling framing in accordance with ASTM C754, except framing members shall be  16 inches (400mm) unless otherwise noted.

## C303006 METAL STRIP CEILINGS

Not Used.

## C303090 OTHER CEILING AND CEILING FINISHES

## C3040  INTERIOR COATINGS AND SPECIAL FINISHES

The following coatings are applied directly to all surfaces of interior construction.

## C304001 GENERAL REQUIREMENTS

All paint shall be suitable in accordance with the Master Painter Institute (MPI) standards for the interior architectural surface being finished.  The current MPI, "Approved Product List" as of the date of contract award, will be used to determine compliance with the submittal requirements of this specification.  The Contractor may choose to use a more current MPI "Approved Product List"; however, only one list may be used for the entire contract. All coats on a particular substrate, or a paint system, must be from a single manufacturer.  No variation from the MPI Approved Products List is acceptable.

Paints and coatings shall comply with Master Painters Institute Green Performance Standard GPS-1-08 which is available at the following website; http://www.specifygreen.com/EvrPerf/EnvironmentalPerformance.html  .  Provide Interior flat intermediate and topcoats of a maximum of 50 g/L VOC and interior non-flat intermediate and topcoats of a maximum 150 g/L VOC.  Choose paints that provide performance and are environmentally friendly by using LEED VOC Budgeting to analyze the total impact of all flat, non-flat and special purpose coatings on the project.

MPI paint systems identified in the RFP take precedence over other avilable MPI systems. The RFP does not identify all paint system applicable to all painting of

the facility, therefore utilize the *MPI Architectural Painting, Interior Systems Manual* to identify other appropiate paint systems for the project. Utilize the "Premium Grade" systems and comply with all limitations stated in the MPI "Approved Product List" for each paint product.  Products having an MPI EPR 3 rating shall be given preferential consideration over lower EPR ratings.  Use higher performing paint systems unless the lower performing paint system can be justified based on a lifecycle cost to include surface preparation, application, disposal, environmental impact, and required recoating cycles.  Only use paint products that have been tested for MPI'S "DETAILED PERFORMANCE". Do not use products that have been tested for "INTENDED USE".

## C304001 1.1 MPI GLOSS LEVELS

Gloss levels shall comply with the MPI system of determining gloss as defined in the Evaluation sections of the MPI Manuals. Utilize the performance characteristics of the paint gloss and sheen to categorize paint rather than manufactures' description of his product.

The MPI Gloss Levels are indicated by the notation G1, G2, G3, G4, G5, G6, or G7.  Use G2 "Velvet-like" Flat for ceilings, residential walls away from human contact and low traffic areas.  Use G3 "Eggshell-like" in high traffic areas for ceilings and walls, when human contact with the wall is limited, and for dark accent colors. Use G5 Semigloss for ceilings, walls, doors and trim for high durability and clean ability when a surface is expected to have human contact and is routinely touched.  Use G6 Gloss only in special situations such as for piping identification or special effects.  The MPI Gloss and Sheen Standard values are measured per ASTM D523, method D and are as follows:

| Gloss Level Number | Gloss@ 60 Degrees | Sheen@85 Degrees |
|---|---|---|
| Gloss Level 1(G1) – Matte or Flat | Max.5 units | Max.10 units |
| Gloss Level 2(G2) – "Velvet-like" Flat | Max. 10 units | 10-35 units |
| Gloss Level 3(G3) – "Eggshell-like" | Max. 10-25 units | 10-35 units |
| Gloss Level 4(G4) – "Satin-like" | Max. 20-35 units | Min. 35 units |
| Gloss Level 5(G5) – Semi-Gloss | 35-70 units | |
| Gloss Level 6(G6) – Gloss | 70-85 units | |
| Gloss Level 7(G7) – High Gloss | More than 85 units | |

## C304001 1.2 MPI SYSTEM DESIGNATIONS AND ABBREVIATIONS

The MPI coating system number in each Division is found in either the *MPI Architectural Painting Specification Manual* or the *Maintenance Repainting Manual* and defined as an interior system (INT/RIN).

a.   INT designates an interior coating system for new surfaces.

b.   RIN designates an interior coating system used in repainting projects or over existing coating systems.

c.   DSD – the MPI short-term designation for Degree of Surface Degradation as defined in the Assessment sections in the *MPI Maintenance Repainting Manual*.  Degree of Surface Degradation designates the MPI Standard for description and appearance of existing condition of surfaces to be painted. This DSD classification is used to determine the proper surface preparation necessary for painting.

d.   DFT – The short-term designation for dry film thickness. DFT is the minimum acceptable depth or thickness of a coating or system in the dry state.  The maximum acceptable DFT is not more than 50% greater than the minimum acceptable DFT (example... DFT = 2 mils, maximum DFT = 3 mils). The DFT indicated in the paint systems below relate to new coatings - MPI INT. MPI RIN will be less than the indicated DFT.

e.    Paint System Abbreviations: BF - Block Filler; C – Clear coat; P – Primer coat; I – Intermediate coat; T – Topcoat.

## C304001 1.3 SURFACE PREPARATION

Comply with the "Interior Surface Preparation" section of the *MPI Architectural Painting Specification Manual* or the "Interior Surface Preparation" section of the *MPI Maintenance Repainting Manual*. All suggestive language such as "may" or "should" are deleted from the standard and "must" or "shall" inserted in its place. Suggestive language such as "recommended" or "advisable" is deleted from the standard and "require" or 'required' inserted in its place. The results of these wording substitutions change this document to required procedures. For surface preparation, determine a MPI DSD Assessment of each surface and comply with the MPI Surface Preparation Requirements relating to the assessments. Notwithstanding MPI requirements, clean interior ferrous metal to a SSPC SP 10 level (near white) that have aggressive chemical environments (SSPC Zones 3A, 3B, 3C, 3D, and 3E) or waterfront exposure to open structures (SSPC Zones 2A or 2B). Examples of these types of facilities are indoor water training facilities, indoor swimming pools, and open or mostly open waterfront maintenance buildings/ waterfront warehouses/ canopies.

## C304002 CONCRETE FINISHES

### C304002 1.1

New and uncoated existing vertical concrete surfaces and underside of mezzanines/ stairs, and previously painted concrete surfaces:

a.    High Performance Architectural Latex, System DFT:  4 mils

1)  MPI INT 3.1C-G2/RIN 3.1J-G2 (Flat); P: MPI 3, I: MPI 138, T: MPI 138

2)  MPI INT 3.1C-G3/RIN 3.1J-G3 (Eggshell-like); P: MPI 3, I: MPI 139, T: MPI 139

3)  MPI INT 3.1C-G5/RIN 3.1J-G5 (Semigloss); P: MPI 3, I: MPI 141, T: MPI 141

b.    Institutional Low Odor / Low VOC Latex (for repaint of existing occupied spaces), System DFT:  4 mils

1)  MPI RIN 3.1L-G3 (Eggshell-like); P: MPI 3, I: MPI 145, T: MPI 145

2) MPI RIN 3.1L-G5 (Semigloss); P: MPI 3, I: MPI 147, T: MPI 147

### C304002 1.2

New and uncoated existing and Existing, previously painted Concrete surfaces in toilets, food-preparation, food-serving, restrooms, laundry areas, shower areas, areas requiring a high degree of sanitation, and other high humidity areas unless otherwise specified, (Fill all holes in masonry surface):

a.    Epoxy, System DFT:  4 mils

1)  MPI INT 3.1P-G3/4  /RIN 3.1E-G3/4 (Low gloss);  P: MPI  108,  I: MPI N/A,  T: MPI  108

2)  MPI INT 3.1Q-G6  /RIN 3.1E-G6 (Gloss); P: MPI  108, I: MPI N/A, T: MPI  98

**C304002 1.3**

New and uncoated existing concrete floors:

a.   Latex Floor Paint (Not for heavy foot traffic or vehicular traffic - only use as recommended by MPI's Evaluation of Interior Systems for Architectural Painting),  MPI INT/RIN 3.2A-G2 (Flat); System DFT:  5 mils, P: MPI 60, I: MPI 60, T: MPI 60

b.   Epoxy (not for vehicular traffic), DFT:  5 mils

1) MPI INT 3.2L-G3/4 (Low gloss), System , P: MPI 108, I: N/A, T: MPI 108

2) MPI INT 3.2M-G6 (Gloss), P: MPI 108, I: N/A, T: MPI 98 (Add slip resistant additive),

**C304003 CONCRETE MASONRY FINISHES**

**C304003 1.1**

New Concrete masonry (not for profiled/split faced block):

a.   High Performance Architectural Latex, System DFT:  11 mils

1)  MPI INT 4.2D-G2 (Flat); BF: MPI 4, P: N/A, I: MPI 138, T: MPI 138

2)  MPI INT 4.2D-G3 (Eggshell-like); BF: MPI 4, P: N/A, I: MPI 139, T: MPI 139

3)  MPI INT 4.2D-G5 (Semigloss); BF: MPI 4, P: N/A, I: MPI 141, T: MPI 141

b.   Multi-color, MPI INT 4.2H, BF: MPI 4, P: MPI 125, I: MPI 112, T: MPI 112, C: MPI 121

**C304003 1.2**

Not Used.

**C304003 1.3**

New Concrete masonry units in toilets, food-preparation, food-serving, restrooms, laundry areas, shower areas, areas requiring a high degree of sanitation, and other high humidity areas unless otherwise specified, (Patch imperfections and fill all masonry surface voids with block filler):

a.   Epoxy, System DFT:  10 mils

1)  MPI INT 4.2R-G3/4 (Low gloss); BF: MPI 116, P: 108, I: N/A, T: MPI 108

2)  MPI INT 4.2S-G6 (Gloss); BF: MPI 116, P: 108, I: N/A, T: MPI 98

**C304003 1.4**

Not Used.

**C304004 METAL FINISHES**

**C304004 1.1**

New steel/ferrous surfaces not otherwise specified:

a.    High Performance Architectural Latex, System DFT:  5 mils

1)  MPI INT 5.1R-G3 (Eggshell-like); P: MPI 79, I: MPI 139, T: MPI 139

2)  MPI INT 5.1R-G5 (Semigloss); P: MPI 79, I: MPI 141, T: MPI 141

**C304004 1.2**

New steel/ferrous surfaces in toilet, food preparation, food serving, restrooms, shower areas and areas requiring a high degree of sanitation and other high humidity areas not otherwise specified except floors, hot metal surfaces, and new prefinished equipment:

a.    Epoxy, System DFT: 10 mils

1)  MPI INT 5.1Y/ RIN 5.1Y-G5 (Semigloss); P: MPI 101, I: MPI 108, T: MPI 108

2) MPI INT 5.1Z/ RIN 5.1Z-G5 (Semigloss); P: MPI 101, I: MPI 98, T: MPI 98

**C304004 1.3**

New miscellaneous non-ferrous (non-hand contact aluminum and copper) surfaces not otherwise specified:

a.    High Performance Architectural Latex, System . MPI INT 5.4F-G5 (Semigloss), DFT:  5 mils; P: MPI 95, I: MPI 141, T: MPI 141

**C304004 1.4**

New galvanized doors not otherwise specified:

a.    Epoxy, System, MPI INT 5.3D-G6 (Gloss); P: MPI 101, I: MPI 77, T: MPI 77


**C304005 INTERIOR WOOD FINISHES**

Not Used.

**C304006 GYPSUM WALL BOARD FINISHES**

**C304006 1.1**

New and Existing, previously painted Gypsum Wallboard not otherwise specified (interior gypsum finish of exterior wall):

a.    High Performance Architectural Latex, System DFT:  4 mils

1)  MPI INT/RIN 9.2B-G2 (Flat); P: MPI 50, I: MPI 138, T: MPI 138

2)  MPI INT/RIN 9.2B-G3 (Eggshell-like); P: MPI 50, I: MPI 139, T: MPI 139

3)  MPI INT/RIN 9.2B-G5 (Semigloss); P: MPI 50, I: MPI 141, T: MPI 141

b.    Institutional Low Odor / Low VOC Latex (for repaint of existing

occupied spaces), System DFT: 4 mils

    1)  MPI RIN 9.2M-G3 (Eggshell-like); P: MPI 50, I: MPI 145, T: MPI 145

    2)  MPI RIN 9.2M-G4 (Satin-like); P: MPI 50, I: MPI 146, T: MPI 146

    3)  MPI RIN 9.2M-G5 (Semigloss); P: MPI 50, I: MPI 147, T: MPI 147

c.    Multi-color, MPI INT9.2G; P: MPI 125, I: MPI 112, T: MPI 112, Clear Coat: MPI 121

## C304006 1.2

New and Existing, previously painted Gypsum Wallboard in toilets, food-preparation, food-serving, restrooms, laundry areas, shower areas, areas requiring a high degree of sanitation, and other high humidity areas not otherwise specified:

a.    Epoxy, Use for high humidity areas requiring easy cleaning enamel finishes. System DFT:  4 mils,

    1)  MPI INT 9.2N-G3/4 / MPI RIN 9.2N-G3/4 (Low gloss) P: MPI 50, I: MPI 108, T: MPI 108

    2)  MPI INT 9.2P-G6 / MPI RIN 9.2P-G6 (Gloss) P: MPI 50, I: MPI 98, T: MPI 98

## C304007 SPECIAL COATINGS TO WALLS

### C304007 1.1 HIGH PERFORMANCE ARCHITECTURAL COATING (HIPAC)

HIPAC shall be a durable, organic system applied to a continuous (seamless) high-build film and cure to a hard glaze finish. They shall be resistant to continuous heat and humidity, abrasion, staining, chemicals, and biological growth.  Coating shall be installed as a complete system, and as recommended by the manufacturer and have a flame spread index of not more than 25 and a smoke developed index of not more than 50 when tested in accordance with ASTM E84.

#### C304007 1.1.1

Two-component, epoxy-polyamide shall be chemical and corrosion-resistant, adhesive, alkali-resistant, and water-tolerant for metal, wood, concrete, masonry surfaces, and painted surfaces where high gloss or glaze type finish, extreme workability and resistance to abrasion and stains is required.  Minimum dry film thickness is 3 mils for each of two coats.  Furnish Gloss or Semigloss finish.  Maximum volatile organic compounds (VOC) shall be 340 grams/liter.

#### C304007 1.1.2

Single Component, Moisture-Curing Urethane shall be a flexible, abrasion- and impact-resistant, use for floors, walls, machinery, equipment and other surfaces where good abrasion resistance, color retention, gloss retention, graffiti resistance and good resistance to acids, alkalis, solvents, strong cleaners and sanitizers, fuel and chemicals are necessary.  Can also be used on concrete floors, brick and masonry surfaces (properly conditioned), metals (properly primed), and wood (properly prepared and sealed.)  Minimum dry film thickness is 3 mils for each of 3 coats. Use Type I, Aliphatic, for exterior use except for oily or resinous exterior wood surfaces. Use

Type II, Aromatic, for interior use.

**C304007 1.2 IMPACT RESISTANT WALL FINISHES**

Provide textured acrylic architectural coating system: a seamless textured acrylic water-based coating system, having a thickness of at least 20 mils, on surfaces scheduled to receive it. System shall be composed of pure acrylic polymers, silica dioxide, ethylene dioxide and pigments. System shall have a Barcoll Hardness Index of 35.0 or greater, a flame spread of 8.5 or less as determined by ASTM E84, smoke contribution of 7.0 or less, and have water vapor permeability of 27.5 English Perms or greater when tested in accordance with ASTM E96. (MPI 42)

Finish may only be installed by factory-qualified applicators in accordance with the manufacturer's printed instructions and recommendations, to fulfill warranty requirements. All coating system components shall be products of the same manufacturer. A minimum of one sample wall application shall be provided. Upon approval of the sample wall by the project manager, the application shall serve as a standard for the remaining work. The manufacturer's certified representative shall provide an on-site training demonstration of the application and care of the finish for the end-user's facility manager or other representative.

-- End of Section --

SECTION D10

CONVEYING
11/10

**D10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements. The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**D10 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references. This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards. The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards referenced in the section text that are **not** found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB) at the Whole Building Design Guide Website , are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the referenced standard at the time of contract award.

**D10 1.1.1 Industry Standards and Codes**

Although some the following references are listed in the UMRL, they are repeated here for emphasis.

ASME A17.1, *Safety Code for Elevators and Escalators*

ASME A17.2, *Guide for Inspection of Elevators, Escalators, and Moving Walks*

ASME A18.1, *Safety Standard for Platform Lifts and Stairway Chairlifts*

ASME B20.1, *Safety Standards for Conveyors and Related Equipment*

ASME B30.11, *Safety Standard for Monorails and Underhung Cranes*

ASME B30.16, *Safety Standard for Overhead Hoists*

ASME B30.17, *Safety Standard for  Overhead and Gantry Cranes (Top Running Bridge, Single Girder, Underhung Hoists)*

**D10 1.1.2 Government Standards**

NAVAL FACILITIES ENGINEERING COMMAND (NAVFAC)

*ITG NAVFAC Elevator Design Guide* (2001) – (This guide can be found at the following web address: http://www.wbdg.org/ccb/NAVFAC/INTCRIT/fy01_01.pdf )

**A1049**

**D10 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory Conveying systems performance shall be via Performance Verification Testing, as detailed in this section of the RFP.

**D10 1.2.1 Testing and Inspections for Elevators**

a.  All testing and inspections shall be conducted in the presence of both the Elevator Specialist and a NAVFAC Certified Elevator Inspector. The Elevator Inspector shall complete, sign and post the results of all tests and inspection results after successful completion of inspection and testing. The Contractor is responsible for all costs involved with reinspection and retesting required to correct discrepancies discovered during testing and the subsequent retesting required, including all costs and expenses incurred by the Government Furnished Inspector.

b.  Testing Materials and Instruments

Provide testing materials and instruments required for final inspection, including a current equipment calibration certification.

c.  Field Tests for Elevators

In addition to the tests required by ASME A17.1 AND ASME A17.2, perform the following:

1)  Endurance Tests - Test each elevator for a period of one hour continuous run, with specified rated load in the car. Restart the one hour test period from beginning, following any shutdown or failure. During the test run, stop car at each floor in both directions of travel for standing period of 10 seconds per floor. The requirements for Rated Speed, Leveling, Temperature Rise, and Motor Amperes testing specified herein shall be met throughout the duration of the Endurance test.

2)  Speed Tests - Determine actual speed of each elevator in both directions of travel with rated load and with no load in elevator car. Minimum acceptable elevator speed is the Rated speed specified.  Maximum acceptable elevator speed is 110 percent of Rated speed.

3)  Leveling Tests - Test elevator car leveling devices for landing accuracy of plus or minus 1/4-inch (6 mm) at each floor with no load in car, symmetrical load in car, and with rated load in car in both directions of travel. Car sill must be level with landing sills.

4)  Temperature Rise Tests - Determine temperature rise of elevator hoisting motor, motor-generator, exciter, and booster during full-load test run for one hour minimum. Under these conditions, maximum acceptable temperature rise shall not exceed acceptable temperature rise indicated on manufacturer's data plate. Start test only when equipment is within 9 degrees F (5 degrees C) of ambient temperature.

5)  Motor Ampere Tests - Measure and record motor amperage when motor is running and elevator is lifting at rated load and speed. Measure and record motor amperage at beginning and end of Endurance test.  Test results must not exceed nameplate amperage when motor is running and elevator is lifting at rated load speed.

6)  Balance Load for Electric Elevators Tests - Perform electrical and mechanical balance load tests of car and counterweight.

7)  Automatic Shutoff Valve Tests - Test the automatic shutoff valve twice. Once at beginning of acceptance test and again at conclusion of one-hour Endurance test to ensure consistent performance of shutoff valve, regardless of temperature of equipment and oil.

8)  Perform miscellaneous tests called for in this Section.

## D10 1.3 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 12.00 10, *Submittal Procedures for design-Build Projects*, the MED Design Instruction Manual, UFC 3-100-10N, *Architecture* and UFC 3-301-01, *Structural Engineering*.

## D10 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

a.    Shop Drawings for Vertical Transportation Equipment (VTE)

1)  Elevator Construction Submittals:

In addition to the submittal requirements of ASME A17.1, provide the following submittals:

Detail drawings must include dimensioned layouts in plan and elevation showing the arrangement of elevator equipment, accessories, supporting systems, anchorage of equipment, clearances for maintenance and operation; and details on hoistway, doors and frames, operation and signal stations, controllers, motors, guide rails and brackets, and points of interface with normal power, fire alarm system, HVAC or exhaust systems, and interface with emergency power systems. Drawings shall show any revised building electrical system required to make supplied elevator system function as specified. Drawings shall contain complete wiring diagrams showing electrical connections and other details required to demonstrate sequence of operations and functions of system devices. Drawings shall include the appropriate sizing of electrical protective devices, which are frequently different from National Electrical Code standard sizes.
Submit one set of wiring diagrams in plastic or glass cover, framed and mounted in elevator machine room. Deliver other sets to Contracting Officer. Coded diagrams are not acceptable unless adequately identified.

2)  Construction Submittals for OMSI:

Submit final submittals for OMSI Manual.  After approval by the DOR and sign-offs by the elevator inspector, assimilate construction submittals into the OMSI manuals as required in the specifications.

b.    Construction Submittals for  Weight Handling Equipment (WHE):

**A1051**

1)   Submit to DOR drawings showing the general arrangement of the track beam system, including curves and switches, clearances, principal dimensions, details of structural connections, and all component details. Other items to be submitted for review and approval include electrical one-line diagrams, and catalog cuts for all major components.  General arrangements shall show clearances between crane structure and building interferences and maximum crane wheel loads.  Manufacturer's catalog data will suffice for items of standard manufacturer.

2) Construction Submittals for OMSI:

Submit final submittals for OMSI Manual.  After approval by the DOR, assimilate construction submittals into the OMSI manuals as required in the specifications.

c.    Field Test Reports

## D1010 ELEVATORS AND LIFTS

The design and construction of elevators shall comply with the *ITG Elevator Design Guide*.

## D1010 1.1 QUALIFICATION OF MANUFACTURER AND INSTALLER

Provide elevator by manufacturer regularly engaged in the manufacture of elevator systems.  Manufacturer shall either install elevator system or shall provide letter of endorsement certifying that installer is acceptable to manufacturer.  Installer is required to be regularly engaged in installation and maintenance of elevator systems.

Only in the State of Hawaii, use this paragraph:  Perform work involving the installation or repair of elevator equipment under the supervision of a person who is licensed in elevator repair in the State of Hawaii or who possesses the equivalent experience.  Furnish data to the Contracting Officer for verification that the person exercising direct supervision of the work possesses such experience.

## D101001 GENERAL CONSTRUCTION ITEMS

Comply with ASME A17.1 AND ASME A17.2 in their entirety, and additional requirements specified herein.  Install in accordance with manufacturer's instructions, ASME A17.1, DoD ABAAS, and NFPA 70.  Do not cut or alter Structural Members.  Restore damaged or defaced work to original condition. Include recesses, cutouts, slots, holes, patching, grouting, and refinishing to accommodate installation.  Use core drilling to drill new holes in concrete.  Finish work to be straight, level, and plumb.  During installation, protect machinery and equipment from dirt, water, or mechanical damage.  At completion, clean all work, and repair any prefinished items that have been damaged during the performance of the work.

Elevators that are intended to carry personnel other than one (1) operator must be classified as a passenger elevator. Passenger elevators that are intended to carry furniture or equipment, must have an oversized cab.  Refer to the Project Program for the type of elevator required.

## D101001 1.1 TRAFFIC ANALYSIS

Provide a traffic analysis in accordance with criteria established by a nationally recognized elevator manufacturer's association and conduct interviews with the U ser to determine the following:

a.    Passenger or Freight

b.    Rated load

c.    Rated speed

d.    Travel length

e.    Number of stops

f.    Number of hoistway openings

g.    Car platform, car inside, and hoistway door opening dimensions

h.    Hoistway Door Types

i.    Car Door type

j.    For Freight Elevators, identify Class Loading Type - Class A, B, or C, to handle loads as indicated on the project program.

## D101001 1.2 ELEVATOR MACHINE ROOM

Provide a machine room for every elevator.  Locate the elevator machine and controller in the Elevator Machine Room.

## D101002 PASSENGER ELEVATORS

## D101002 1.1 HOISTWAY AND CAR EQUIPMENT

### D101002 1.1.1 Car and Counterweight Guide Rails and Fastenings

Paint rail shanks with one coat of black enamel. Only T-section type guide rail is acceptable.

### D101002 1.1.2 Pit Channel

Provide pit channel for anchorage of main guide rail brackets and also for anchorage of counterweight guide rail brackets and buffer for electric elevators. Each channel shall span distance between guides. On completion of guide rail and buffer installation, both pit channels shall be fully grouted.

### D101002 1.1.3 Pit "STOP" Switch

Provide push/pull type pit "STOP".

### D101002 1.1.4 Wiring and Traveling Cables

Cables shall be suspended by means of self-tightening webbed devices.

## D101002 1.2 CAR AND LANDING DOOR EQUIPMENT

### D101002 1.2.1 Infrared Curtain Unit

Provide Infrared Curtain Unit (ICU) with multiple infrared beams that protect to the full height of the door opening. Minimum coverage shall extend from 2 inches (50 mm) off the floor to 70 inches (1778 mm) above floor level.

### D101002 1.2.2 Hoistway Entrance Frames

Door frame shall be 14 gage (1.8 mm) thick #4 brushed stainless steel unless directed otherwise by Contracting Officer. Solidly grout uprights of entrance ways to height of 5 feet (1500 mm).

### D101002 1.2.3 Car and Hoistway Landing Sills

Car and Hoistway Landing Sill - Provide one piece cast solid white bronze or nickel silver entrance sill. Use same material for hoistway and car entrance sills. Solidly grout under full length of sill.

## D101002 1.3 IN-CAR AND LANDING FIXTURES

### D101002 1.3.1 Car and Hall Buttons

Provide recessed vandal-resistant push buttons of minimum 3/4-inch (19 mm) size satin-finish stainless steel with illuminating jewel center.

### D101002 1.3.2 Position and Direction Indicators

Provide position and direction indicators in car and at each landing.

### D101002 1.3.3 Direction Audible Signals

Provide audible signals in car and at each landing.

## D101002 1.4 CAR AND CAB EQUIPMENT

### D101002 1.4.1 Roller Guides

Provide coil-spring loaded roller guide assemblies in adjustable mountings on each side of car and counterweight frames in accurate alignment at top and bottom of frames.

### D101002 1.4.2 Certificate Window

Provide 4 inch (100 mm) high by 6 inch (150 mm) wide certificate window in car operating panel for elevator inspection certificate.

### D101002 1.4.3 Cab Ventilation

Provide natural and forced ventilation with two-speed fan.

### D101002 1.4.4 Protection Pads and Mounting Hooks

Provide stainless-steel hooks and fire retardant protective pads for one elevator in a set.

### D101002 1.4.5 Car Enclosure

Car Shell Return Panels, Entrance Columns, Cove Base, and Transom: Provide 14 gage (1.9 mm) minimum non perforated steel. Apply sound-deadening mastic on all exterior components.

Provide finishes for the elevator cab interior that are appropriate for the type of facility. Finishes shall not exceed the flame spread rates mandated by ASME A17.1.

### D101002 1.4.6 Car Size

Provide at least one elevator of a size and arrangement to accommodate an ambulance stretcher in the open, horizontal position. The minimum size of the ambulance stretcher used to design the elevator shall be 24 inch by 84 inch (609.6 mm by 2133.6 mm) with not less than 5 inch (127 mm) radius corners. Identify all stretcher accessible elevators with the international symbol for emergency medical services (Star of Life).

### D101002 1.5 ELEVATOR CONTROLLER

#### D101002 1.5.1 Non-proprietary Controller

Provide micro-processor controllers from controller manufacturers who provide generic controllers that are designed to function with all or most manufacturers elevator equipment. The manufacturer of the controller shall engage solely in the manufacture and sale of controllers to the elevator industry and not engage in the elevator installation, service, or maintenance. The follow controller manufactures comply with this requirement:

a. Elevator Controls Corporation, 3525 La Grande Boulevard, Sacramento, CA 95823

b. G.A.L. Manufacturing Corporation, 50 East 153th Street, Bronx, New York 10451

c. Motion Control Engineering, Inc., 11354 Whiterock Road, Rancho Cordova, CA 95742-6522

d. Virginia Controls, Inc., 2513 Mechanicsville Turnpike, Richmond, VA 23223

e. Computerized Elevator Control Corporation (Swift), 24 Empire Blvd., Moonachie, NJ 07074-1303

The following are required features of the generic micro-processor controllers and manufacturers training:

a. On-Board Diagnostic Panel

   1) Provide a non-proprietary micro-processor controller for each individual elevator and group controller. Provide an on-board diagnostic control and LCD display panel that allows unrestricted access to the comprehensive range of adjustable parameters necessary to perform installation, adjusting, service, maintenance, and testing of the elevator.

   2) Provide LCD displays with the capability to display, monitor, and diagnose any and all fault logs, fault history, trouble calls, and diagnostics. Provide three (3) copies of the complete manufacturer's software program, with complete software documentation, that shall enable the same level of unrestricted access to all controllers of the same make and model, regardless of the installation date or location.

b. External Port - For each individual elevator and group controller, provide a USB port or an RS 232 port that allows connection to an on-site portable laptop computer. Provide the same level of unrestricted access as the on-board diagnostic panel.

c. Repair Requirements - For repair of the microprocessor control system(s), provide maintenance tools, supporting computer software,

W912ER-11-D-0010-0006

and software documentation required for complete maintenance of elevator system including diagnostics and adjustments. On-board diagnostic panels shall not require recharging to maintain their memory or authorization for use. Software shall not require periodic reprogramming, or reauthorization. Programs shall be stored in non-volatile memory.

d. Training - The elevator controller manufacturer shall offer and conduct technical support and factory training that is available to all state licensed elevator service providers qualified to bid on navy elevator maintenance service contracts. The factory training shall include all aspects of the installation, service, and maintenance of the elevator controller.

## D101002 1.6 OPERATIONAL CONTROLS

### D101002 1.6.1 Independent Service

Provide exposed key-operated switch in car operating panel to enable independent service.

### D101002 1.6.2 Hoistway Access Switches

Provide key-operated hoistway access switch to permit limited movement of car at terminal floors for car positioning, operative only when "INSPECTION" switch in car operating panel is in the "INSPECTION" position. Locate switch 6 feet (1800 mm) above floor level, within 12 inches (300 mm) of hoistway entrance frame or with only ferrule exposed when located in entrance frame.

### D101002 1.6.3 Emergency Commandeering Service

Provide momentary pressure "ON-OFF" key switch and indicator light at all landings. Provide indicator lights that automatically illuminate during emergency service. Key must be removable only when key is in "OFF" position. Provide in accordance with ASME A17.1.

### D101002 1.6.4 Keys for Elevator Key Switches

Provide minimum of twelve keys per unique cylinder used on all key switches for single elevator.

## D101002 1.7 MAINTENANCE AND DIAGNOSTIC COMPONENTS

### D101002 1.7.1 Maintenance and Diagnostic Tools

Provide all special tools and software necessary to service and maintain each elevator; deliver at time of final acceptance. Provide one of each tool for each elevator machine room.

## D101002 1.8 ADDITIONAL REQUIREMENTS FOR HYDRAULIC ELEVATORS

### D101002 1.8.1 Hydraulic System

Provide hydraulic system which operates at a maximum working pressure of less than 500 psig.

a. Scavenger Pump Unit - Provide a scavenge oil reservoir, with strainer and transfer pump. Provide a manual-reset pit flood switch to prevent pump operation if pit is flooded. Anchor pump and oil reservoir to the pit floor.

b. Pressure Piping and Accessories - Provide ASTM A 53/A 53M or ASTM A 106/A 106M, Schedule 80, black steel piping with ASME B16.9 or ASME B16.11 fittings for supply piping. Provide welded or threaded forged pipe fittings that are located between the pump control valve body and the cylinder inlet. Extend Schedule 80 piping from the pump control valve body, inside the pump unit, to the hydraulic cylinder in the hoistway. Provide dielectric union at each end of the "pump to cylinder" oil supply line. Provide hangers or supports for all piping.

c. Oil Temperature Device - Provide means to maintain oil temperature between 80 and 120 degrees F (27 and 49 degrees C) regardless of ambient temperature.

### D101002 1.8.2 Cylinder-Plunger Unit

Provide a plunger of single-piece seamless steel construction. Provide threaded 1/4-inch (6 mm) bleeder valve at top of cylinder just below packing gland. Telescopic or inverted cylinder-plunger units are not acceptable. Provide cylinder with self-stabilizing mount that will support and hold cylinder plumb without the need for stabilization means at the bottom of the cylinder.

### D101002 1.8.3 Automatic Shutoff Valve

Provide automatic shut-off valve in oil supply line as close to cylinder inlet as possible. Provide threaded pipe connections to the valve. Provide manual lowering feature on valve. Provide exposed adjustments of automatic shut-off valve with means of adjustment sealed by certified elevator inspector after being set to correct position and tested.

### D101002 1.8.4 Well Casing

Line well with steel casing, minimum 1/4-inch (6 mm) wall with welded 1/2-inch (10 mm) steel bottom, set plumb. Install cylinder well casing plumb using spider bob method.

a. PVC Liner - Provide Schedule 80 PVC pipe liner with bottom cap and couplings; joints sealed watertight using PVC pipe manufacturer's recommended adhesive or heat welding methods. Provide liner inside diameter not less than 3-inch (76 mm) larger than elevator cylinder maximum outside diameter. Set PVC liner into well casing, centered and plumb. PVC liner may be provided as a manufacture's applied liner or as a separate component.

b. Cylinder Installation - Install Cylinder plumb into PVC.

c. Cylinder Evacuation Tube - Provide a 3/4-inch (19 mm) PVC evacuation tube with strainer located within 6 inch (152 mm) of bottom of liner. Provide top of test tube with removable cap to exclude foreign matter.

d. Pressure Test - Test liner-cylinder assembly as a sealed unit. Provide safety relief valve set to relieve at 10 psig (69 kPag); 4.5 inch (114 mm) diameter dial pressure gage scaled for 0 to 50 psig (0 to 175 kPag) and calibrated to 0.5 percent accuracy; and an air pressure admission throttling and shutoff valve. Perform air pressure test in the presence of the Elevator Inspector. For safety, pressure test shall only be performed when liner and cylinder are fully inserted and assembled in the well casing. Perform the test from remote location outside of

the elevator pit.

e.    Secure cylinder/PVC liner assembly as recommended by cylinder
      manufacturer.

f.    Seal - Seal gap between steel well casing and PVC liner with foam
      insert strong enough to retain and support final grouting.
      Provide 3000 psi (21 MPa) grout to a minimum of 4 inch (102 mm)
      thickness and level top of final grouting with pit floor.

g.    Containment - Protect exposed portions of hydraulic elevator oil
      supply line that are installed below ground, including portions
      encapsulated in concrete, or covered by construction, with
      continuous Schedule 80 PVC containment.

-- End of Section --

SECTION D20

PLUMBING
11/10

**D20 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements. The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project. Other RFP Part 4 requirements are not required.

**D20 1.1 NARRATIVE**

This section must be used in conjunction with all parts of the Design Build (D/B) Request for Proposal (RFP) to determine the full requirements of this solicitation.

This section includes the construction of interior plumbing systems. This section covers installations inside the facility and out to the 1.5 meter (5 ft) line. See Section G30, *Site Mechanical Utilities*, for continuation of systems beyond the five foot line.

**D20 1.2 PLUMBING DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references. This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards. The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**D20 1.2.1 Government Standards**

Federal Energy Management Program (FEMP)

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs which include the following significant UFC(s):UFC 3-400-10N, Mechanical Engineering, UFC 3-420-01, Design: Plumbing Systems) |

**D20 1.3 DESIGN SUBMITTALS**

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10, *Submittal Procedures For Design-Build Project*.

**D20 1.4 CONSTRUCTION SUBMITTALS**

Submit construction submittals in accordance with PTS section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

W912ER-11-D-0010-0006

Fixtures, equipment, and OMSI information for all equipment and fixtures.

## D2010 PLUMBING FIXTURES

Plumbing fixtures shall be provided in accordance with the IBC, IPC, and as specified.

### D201001  WATER CLOSETS

### D201001  1.2 DUAL FUNCTION FLUSH VALVE WATER CLOSETS

ASME A112.19.2, white vitreous china, siphon jet. Provide ASME A112.19.5 trim.  Provide self-closing metering type dual function flush valve, unless electronic flush control is specified in the ESR Section D20. Electronic flush control shall conform to UL 1951 and ASSE 1037. Dual function flush valve shall provide a flush of 0.8 to 1.1 GPF (3.0 to 4.2 LPF) or 1.28 GPF (4.8 LPF). Maximum flush volume shall not exceed 1.28 GPF (4.8 LPF). Handicapped fixture mounting height and appurtenances shall be in accordance with UFAS and ADAAG.

### D201002 URINALS

### D201002 1.2 NON WATER USE URINALS

ASME A112.19.2, white vitreous china, wall-mounted, wall outlet, non-water using, integral drain line connection, with sealed replaceable cartridge or integral liquid seal trap insert.  The urinal and trap assembly shall maintain a sufficient barrier of a biodegradable immiscible liquid to provide the trap seal and inhibit the backflow of sewer gases.  For urinals that use a replaceable cartridge, provide four additional cartridges for each urinal installed.  Provide an additional quart of biodegradable liquid for each urinal installed.  Provide ASME A112.6.1M concealed chair carriers. Installation and testing shall be in accordance with the manufacturers' recommendations.  Drain lines that connect to the urinal outlet shall not be made of copper tube or pipe.  Urinal design and installation shall be ADA compliant.  Slope the sanitary sewer branch line for non-water use urinals a minimum of 2% (21mm per meter).  Manufacturer shall provide an operating manual and on-site training for the proper care and maintenance of the urinal.

### D201003 LAVATORIES

### D201003 1.1 COUNTERTOP LAVATORIES

Unless integral bowl is specified elsewhere, lavatories shall be white, ASME A112.19.2 vitreous china lavatories with minimum dimensions of 20 inches (508 mm) wide x 18 inches (457 mm) front to rear, and self-rimming type.  Provide ASME 112.18.1 copper alloy centerset faucets unless self closing metering or electronic control is specified in ESR section D20.  Provide with aerator, adjustable P-traps, and perforated grid strainers, unless pop-up drain fittings are specified in ESR section D20.

### D201003 1.2 WALL-MOUNTED LAVATORIES

Not used.
### D201003 1.3 HANDICAPPED LAVATORIES

Same as Paragraphs 1.1 or 1.2, except height and appurtenances shall be in accordance with UFAS and ADAAG.

### D201004 SINKS

### D201004 1.1 COUNTERTOP SINKS

**A1060**

ASME A112.19.3 sink, 20 gage stainless steel with integral mounting rim, minimum dimensions of 33 inches (840 mm) wide for two compartment or 21 inches (560 mm) wide for one compartment by 21 inches (560 mm) front to rear, with ledge back and undersides coated with sound dampening material. Provide top-mounted ASME A112.18.1 copper alloy faucets, swing spout with aerator, and stainless steel drain outlets with cup strainers. Provide adjustable P-trap with drain piping to vertical vent stack. If specified in ESR section D20, provide UL 430 waste disposer unit in right compartment.

**D201004 1.3 MOP SINKS**

Pre-cast terrazzo floor-mounted mop sink, 36 inches x 36 inches x 12 inches (914 mm x 914 mm x 305 mm) shall be made of marble chips cast in white Portland cement to a compressive strength of not less than 3625 PSI (25 mPa) 7 days after casting. Provide brass body drains with nickel bronze strainers cast integral with terrazzo. Provide stainless steel rim guard for mop sink. Provide chrome-plated exposed hot and cold water faucets ASME A112.18.1 wall-mounted copper alloy faucets swing spout with 3/4 inch (20 mm) hose connection, vacuum breaker, and pail hook. Provide mop hanger on wall above sink suitable for four mops.

**D201004 1.4 LAUNDRY SINKS**

IAPMO Z124.6, plastic, two compartment, minimum dimensions of 40 inches wide by 21 inches (1016 mm wide by 533 mm) front to rear, with floor-supported steel mounting frame secured to wall. Provide ASME A112.18.1 copper alloy centerset faucets, swing spout with aerator, and stainless steel drain outlets with cup strainers, and 1.5 inch (40 mm) adjustable P-trap with drain piping to vertical vent stack.

**D201005 SHOWERS/TUBS**

**D201005 1.2 SHOWER FLOORS**

Precast terrazzo or Acrylic Shower Floors: Terrazzo shall be made of marble chips cast in white Portland cement to produce a compressive strength of not less than 3625 psi (25 MPa) 7 days after casting. Provide brass body drains with nickel bronze strainers cast integral with terrazzo.

**D201005 1.4 SHOWER SUPPLY FITTINGS**

ASME A112.18.1, ball joint, self-cleaning, adjustable spray pattern shower heads, connected to concealed pipe connected to copper alloy pressure balance single control type mixing valves with front access integral screwdriver stops. Anchor the mixing valves and the pipe to each showerhead in wall to prevent movement.

**D201005 1.5 HANDHELD SHOWER HEAD**

ASSE 1014, adjustable spray hand-held shower head with swivel fitting, 60 inch (1524 mm) minimum flexible chrome plated copper alloy hose and in-line vacuum breaker. Provide push button flow control if specified in ESR section D20. Provide 25 inch (635 mm) grab bar with sliding spray holder that locks at any height.

**D201006 WATER COOLERS**

**D201006 1.2 ELECTRIC WATER COOLERS**

AHRI 1010, wall-mounted, bubbler style, air-cooled condensing unit, 4.0 gph (4.20 mL per second) minimum capacity, stainless steel splash receptor,

double wall heat exchanger, and all stainless steel cabinet. Provide ASME A112.6.1M concealed wall hangers with thru-bolts and back plates. Handicapped fixture mounting height and appurtenances shall be in accordance with UFAS and ADAAG.

## D2020  DOMESTIC WATER DISTRIBUTION

### D202001 PIPES & FITTINGS

### D202001 1.1 COPPER

Use copper tubing and fittings for pipe sizes 4 inches (100 mm) or smaller. Use type L tubing above ground with either solder fittings, or press-on copper fittings. For buried piping, use type K tubing with either solder fittings, or press-on copper fittings.

### D202001 1.2 CHLORINATED POLYVINYL CHLORIDE (CPVC)

When specified in ESR section D20, provide CPVC pipe, fittings, and solvent cement per ASTM D 2846/D 2846M for sizes 4 inches (100 mm) and smaller. Provide transition union connections or threaded gate valve between metallic piping and CPVC piping.

### D202002 VALVES & HYDRANTS

### D202002 1.1 VALVES

Provide valves at water supplies to fixtures and to provide ease of maintenance as required in the IPC.

### D202002 1.2 HOSE BIBBS & HYDRANTS

Use non-freeze wall hydrants where the winter design temperature is at or below freezing. Hose bibbs are acceptable for use elsewhere.

#### D202002 1.2.1 Hose bibbs

Angle type, copper alloy hose bibbs with vacuum breaker.

#### D202002 1.2.2 Wall Hydrants

Non-freeze, ASSE 1019, cast bronze, with vacuum breaker, locking shield and tee-handle.

### D202003 DOMESTIC WATER EQUIPMENT

### D202003 1.1 BACKFLOW PREVENTERS

Furnish proof that each make, model/design, and size of backflow preventer being furnished for the project is approved by and has a current "Certificate of Approval" from the Foundation for Cross-Connection Control and Hydraulic Research (FCCCHR)-USC. Listing of the particular make, model/design, and size in the current FCCCHR-USC will be acceptable as the required proof.

### D202003 1.2 WATER HEATERS

#### D202003 1.2.1 Electric Water Heaters

Electric water heaters with double heating element per UL 174 for water heaters with less than 120 gallons of storage and 200,000 btuh input. Provide water heater per UL 1453 for commercial water heaters with 120

**A1062**

gallons of storage or more and 200,000 btuh input or more. Water heaters shall be equipped with glass-lined steel tanks, high efficiency type, insulated with polyurethane foam insulation, replaceable anodes, and adjustable range thermostat to allow hot water settings between 110 and 160 degrees F (43 and 71 degrees C). Water heater warranty shall be a minimum of 5 years.

## D202003 1.3 PUMPS

### D202003 1.3.1 Inline Pumps

In-line circulator for service water distribution system. Factory assembled and UL listed pumps constructed of materials suitable for hot domestic water service.

### D202003 1.3.2 Base Mounted Pumps

Potable water service, base mounted, UL listed end suction pumps with mechanical seals and drip-proof electric motors constructed of materials suitable for hot domestic water service.

## D202003 1.5 EXPANSION TANKS

Steel expansion tank with potable water rated polypropylene or butyl lined diaphragm at water heater.

## D202003 1.6 WATER METERS

AWWA C701 turbine type, with register reading in liters and U.S. gallons.

## D202004 INSULATION & IDENTIFICATION

## D202004 1.1 PIPING INSULATION

Mineral fiber insulation on domestic hot water supply and recirculation piping. Insulate domestic cold water piping with cellular glass insulation (ASTM C 552, Type II, and Type III) or polyisocyanurate insulation (ASTM C 591, type I).

## D202004 1.2 PIPING & EQUIPMENT IDENTIFICATION

In addition to the requirements in Section Z10, *General Performance Technical Specification*, provide laminated plastic nameplates for valves. Stop valves in supplies to fixtures will not require nameplates. Identify above ground pipe with the type of service and direction of flow. Letter size, lengths and colors shall be per ANSI A13.1.

## D202005 SPECIALTIES

## D202005 1.1 WASHING MACHINE CONNECTOR BOX

Recessed wall box fabricated of PVC plastic. Provide bronze dual washing machine valve with single lever shut-off.

## D202005 1.2 VALVE BOXES

For each buried valve provide cast-iron, ductile-iron box of a suitable size. Provide cast-iron or ductile-iron cover for the box with the word "WATER" cast on the cover.

## D202005 1.3 WATER HAMMER ARRESTORS

PDI WH 201, water hammer arrestors in lieu of air chambers.

### D202005 1.4 ICEMAKER CONNECTOR BOX

Recessed wall box fabricated of PVC plastic.  Provide bronze shut-off valve.

### D202006  SOLAR ENERGY SUPPLY SYSTEM

Design and build each solar domestic hot water heating system meeting the requirements of UFC 3-440-04N *Solar Heating of Buildings and Domestic Hot Water*. Each system shall be fully integrated with the building DDC controls system.

Provide complete solar domestic hot water system designed and built by a single contractor who specializes in solar heated water systems.  System shall be designed, built, and tested by this contractor who shall be responsible for the provided system to operate as proposed.  This design-build contractor must be endorsed in writing, prior to system design, by the manufacturer of the solar plate collectors provided for this solicitation.

The solar domestic hot water system designer shall work with the building designers to optimize the roof area, slope and orientation available for solar domestic hot water.  Coordinate with other solar systems utilizing the roof area such as photovoltaic systems.

Provide solar liquid flat plate collector systems to comply with the requirements specified in UFGS Section 48 14 13.00 20, *Solar Liquid Flat Plate Collectors.*

### D202090 OTHER DOMESTIC WATER SUPPLY

### D202090 1.1 SUPPORTS

Provide piping supports in accordance with the IPC.

### D202090 1.2 INSPECTIONS

Prior to initial operation, inspect piping system for compliance with drawings, specifications, and manufacturer's submittals.

### D202090 1.3 DISINFECTION

Upon completion of the installation, disinfect all systems per the IPC.

### D202090 1.4 PLUMBING SYSTEMS TESTING

Upon completion of the installation test all systems per the IPC.

### D2030    SANITARY WASTE

### D203001    WASTE PIPE & FITTINGS

### D203001    1.1 ABOVE AND BELOW-GROUND PIPING

Below ground piping shall be plastic PVC piping, fittings, and solvent cement per ASTM D 2665 or ASTM D 2661.

Above ground piping shall be cast-iron hub and spigot pipe and fittings, rubber compression gasket joints. Plastic PVC or ABS piping, fittings, and solvent cement per ASTM D 2665 or ASTM D 2661 may be provided as an alternative. Plastic piping shall be equipped with approved firestopping

devices as required by code.

### D203001     1.2 CLEANOUTS

Provide cleanouts as required by the IPC.   Material shall be consistent with the piping system materials.

### D203002 VENT PIPE & FITTINGS

Cast-iron hubless pipe and fittings, CISPI 301 with CISPI 310 couplings. Where indicated in ESR section D20, plastic PVC or ABS piping, fittings, and solvent cement per ASTM D 2665 or ASTM D 2661. PVC piping shall be equipped with approved firestopping devices as required by code. Single drainage/vent stack systems and mechanical air admittance valves are not acceptable.

### D203003     FLOOR DRAINS

Floor drains shall be flush strainer or extended rim type as required by the IPC. Provide in mechanical rooms, restrooms, fire pump room, laundry room, and plumbing chase areas.  Provide floor sinks in kitchens.  Provide floor sinks where required for interior air handling unit condensate drains. Condensate generated by air handlers and fan coil units may be collected in a separate waste system to be used for other purposes (e.g., planter watering) in order to attain additional LEED credits.

-- End of Section --

SECTION D30

HVAC
11/10

**D30 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**D30 1.1 NARRATIVE**

This section includes the construction of interior mechanical systems. This section covers installations inside the facility and out to the 1.5 meter (5 ft) line. See Section G30, *Site Civil/Mechanical Utilities*, for continuation of systems beyond the 1.5 meter (5 ft) line.

**D30 1.2 MECHANICAL DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**D30 1.2.1 Government Standards**

Federal Energy Management Program (FEMP)

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs which include the following significant UFC(s):UFC 3-400-10N, Mechanical Engineering, UFC 3-420-01, Plumbing Systems) |
| UFC 3-440-04N | Solar Heating of Buildings and Domestic Hot Water |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

| | |
|---|---|
| UFGS 23 05 93 | Testing, Adjusting, and Balancing for HVAC |
| UFGS 23 09 23 | Lonworks Direct Digital Control for HVAC and Other Building Control Systems |

**D30 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

a.   Verification of satisfactory HVAC system performance shall be via Performance Verification Testing, as detailed in this section.

b.   The Government reserves the right to witness all Acceptance Tests and Inspections, review data, and request other such additional inspections and repeat tests as necessary to ensure that the system and provided services conform to the stated requirements.

c.   The Qualified Testing Organization shall provide the Acceptance Tests and Inspections test plan and perform the acceptance tests and inspections. Test methods, procedures, and test values shall be performed and evaluated in accordance with appropriate standards, and the manufacturer's recommendations. Equipment shall be placed in service only after completion of required tests and evaluation of the test results have been completed. Contractor shall supply to the testing organization complete sets of shop drawings, settings of adjustable devices, and other information necessary for an accurate test and inspection of the system prior to the performance of any final testing. Perform acceptance tests and inspections on Computer Room Air Conditioning Units, Direct Digital Control System, and HVAC Testing/Adjusting/Balancing.

## D30 1.4 HVAC COMMISSIONING

Commission the HVAC systems per the Commissioning Plan as required by UFGS Specification Section 01 45 02.00 10, *Quality Control Systems*.  HVAC system commissioning shall coordinate with and incorporate the testing, reporting, training & O&M documentation requirements of UFGS 23 05 93, *Testing, Adjusting, and Balancing for HVAC* and UFGS 23 09 23, *Lonworks Direct Digital Control for HVAC and Other Building Control Systems*.

## D30 1.5 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and UFC 3-400-10N, *Mechanical Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification.  Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

UFGS 23 09 23., *Lonworks Direct Digital Control for HVAC and Other building Control Systems*

UFGS 23 05 93, *Testing, Adjusting, and Balancing for HVAC*

UFGS 48 14 13.00 20, *Solar Liquid Flat Plate Collectors*

## D30 1.6 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Solar hot water heating system fixtures and equipment, and OMSI

information for all equipment and fixtures.

## D30 1.7 MOTORS

Single-phase fractional-horsepower alternating-current motors shall be high efficiency types corresponding to the applications listed in NEMA MG 11. Select polyphase motors based on high efficiency characteristics relative to the applications as listed in NEMA MG 10. Additionally, all polyphase squirrel-cage medium induction motors with continuous ratings shall meet or exceed energy efficient ratings per Table 12-10 of NEMA MG 1. Provide controllers for 3-phase motors rated 1 hp (0.75 kW) and above with phase voltage monitors designed to protect motors from phase loss and over/under-voltage. Provide means to prevent automatic restart by a time adjustable restart relay. For packaged equipment, the manufacturer shall provide controllers including the required monitors and timed restart. Provide reduced voltage starters for all motors 25 hp and larger.

## D3010  ENERGY SUPPLY

Not used.

## D3030 COOLING GENERATING SYSTEMS

If coatings are indicated in ESR Section D30, provide with copper tube/copper fin construction or immersion applied, baked phenolic or other approved coating that passes the 3000 hour salt spray resistance test using the ASTM B117 procedure. Field applied coatings are not acceptable.

## D303001 CHILLED WATER SYSTEMS

The building will be connected to the existing base central chilled water system. The contractor shall coordinate the flow and pressure requirements for this building with the contracting officer and USACE-TAM to determine if auxiliary pumping is required. The chilled water system within the building shall be zoned so that entire 'wings' of the building can be isolated for low occupancy levels, thus reducing the total chilled water required.

## D3040 DISTRIBUTION SYSTEMS

## D304001 AIR DISTRIBUTION, HEATING & COOLING

## D304001 1.1 DUCTWORK

Except as specified herein, provide ductwork constructed, braced, reinforced, installed, supported, and sealed per SMACNA standards.

### D304001 1.1.1 Flexible Ducts

Use insulated flexible duct only for connections to air distribution devices to adapt to minor offsets. Flexible duct shall be UL 181 listed and per SMACNA 1966 duct construction standards with a minimum R value of 4. Maximum length of flexible ductwork shall be 6 feet (2 meters).

### D304001 1.1.2 Flexible Connections

Provide flexible connectors between fans and ducts.

### D304001 1.1.3 Volume Dampers

Provide manual volume dampers in each branch take-off from the main duct to control air quantity.  Dampers shall conform to SMACNA 1966 duct construction standards and shall be seal class "A" construction.

### D304001 1.1.4 Fire Dampers

Fire dampers shall be rated per UL 555.  Fire dampers shall be dynamic type rated for closure against a moving airstream.  Provide fire dampers that do not intrude into the air stream when in the open position.

### D304001 1.1.5 Smoke Dampers

Smoke dampers shall be rated per UL 555S.

### D304001 1.1.6 Sound Attenuators

Fabricated attenuators that will reduce the rated sound pressure level of the fan down to at least 65 decibels in the 250 Hz (third octave band) center frequency by using a reference sound source calibrated in decibels of sound power at 10 to 12 watts.  Maximum permissible pressure drop shall not exceed 0.63 inch of water (157 Pa).

## D304001 1.2 LOUVERS & HOODS

### D304001 1.2.1 Louvers

Louvers shall bear AMCA ratings seal for air performance and water penetration in accordance with AMCA 500L and AMCA 511.  Louvers shall be constructed of anodized aluminum alloy or stainless steel.  Provide birdscreens.

### D304001 1.2.2 Hoods

Hoods shall be constructed of anodized aluminum alloy or stainless steel.  Provide with birdscreens.

## D304001 1.3 GRILLES, REGISTERS, & DIFFUSERS

Factory-finished grilles, registers, and diffusers.  Exterior and exposed edges shall be rolled, or otherwise stiffened and rounded.

## D304001 1.4 INSULATION

Provide external thermal insulation for all ductwork.  Insulate ductwork in concealed spaces with blanket flexible mineral fiber.  Insulate ductwork in Mechanical Rooms and exposed locations with rigid mineral fiber insulation.  Internal insulation of ductwork is not acceptable.  Sound attenuation blankets may be installed inside ducting, only if necessary, and may be no closer than 1.5 meters (5 Ft.) from the air handler discharge opening.

Provide insulation with factory applied all-purpose jacket with integral vapor retarder. In exposed locations, provide a jacket with white surface suitable for painting.  Flame spread/smoke developed rating for all insulation shall not exceed 25/50.  Minimum insulation thickness shall be the minimum thickness required by ASHRAE 90.1.  Insulate the backs of all supply air diffusers with blanket flexible mineral fiber insulation.

## D304006 CHILLED WATER DISTRIBUTION SYSTEMS

### D304006 1.1 ABOVEGROUND CHILLED WATER PIPING

Aboveground chilled water piping shall be electric resistance welded or seamless Schedule 40 black steel pipe conforming to ASTM A 53/A 53M.  Piping 4 inch (100 mm) and smaller may be ASTM B 88 Type K or L copper.

### D304006 1.2 STEEL PIPE FITTINGS

For piping 2 inch (50 mm) and smaller, provide ASME B16.3 malleable iron screwed fittings or ASME B16.11 socket welding (Class 3000) or threaded type (Class 2000).  Provide ASME B16.9 butt-welding fittings or ASME B16.5 flanged type for piping 2-1/2 inch (63 mm) and larger.

### D304006 1.3 COPPER FITTINGS

ASME B16.18 cast bronze solder joint type or ASME B16.22 wrought copper solder joint type.

### D304006 1.4 ISOLATION VALVES

Provide isolation valves on supply and return lines at take-offs for service to each building(s).  Valves shall be located in valve boxes.

### D304006 1.5 INSULATION

Insulate chilled water pumps, if provided, and accessories for the temperature and service in rigid block, semi-rigid board, or flexible unicellular insulation to fit as closely as possible to equipment.  Insulate above ground chilled water piping with cellular glass insulation (ASTM C 552, Type II, and Type III) or polyisocyanurate insulation (ASTM C 591, type I).  Flexible unicellular insulation may be used on small piping runouts.  Provide all-purpose jacket with vapor retarder.  Provide aluminum metal wrap over insulation for all exterior piping.

### D304006 1.6 VALVES

Provide shut off valves, appropriately sized relief valves, and appropriately sized balancing valves as necessary to balance water flows, protect components and isolate equipment for service and repairs.

### D304006 1.7 TEST PORTS

Provide test ports in piping at inlet and outlet of all major system components including pumps, if provided, and other equipment as required.

### D304007 EXHAUST SYSTEMS

### D304007 1.1 FANS

Fans shall be AMCA 210 certified, with AMCA seal.  Fan bearings shall have a minimum average life of 200,000 hours at design operating conditions.  Provide bird screens for outdoor inlets and outlets.  Provide direct-drive type fans with means for verifying operation via the building DDC system or with speed controllers

### D304007 1.2 IN-LINE FANS

UL-Listed centrifugal fans.

### D304007 1.3 WALL FANS

**A1070**

Provide centrifugal fans with backdraft dampers and wall bracket.

## D304007 1.4 ROOFTOP FANS

UL-Listed centrifugal fans with roof curb.

## D304008 AIR HANDLING UNITS

AMCA 210 certified fans with AMCA seal.  Fan bearings shall have a minimum average life of 200,000 hours at design operating conditions.  Provide bird screens for outdoor inlets and outlets.

## D304008 1.1 CENTRAL STATION AIR HANDLERS

Modular construction, double wall air handling units with minimum of 1 inch (25 mm) casing insulation.  Provide AHRI 430 certified fans and AHRI certified coils.  Provide stainless steel, positive draining condensate drain pan.  For 100% outside air units provide capability for cooling, heating, dehumidification and reheat.  Cooling/dehumidification shall be accomplished by means of run-around coils with the cool water used for pre-cooling the outdoor air and the warm water used for reheating the cold air.  Winter heating shall be accomplished with electric resistance heaters located in the air handlers or duct mounted downstream of the unit.

### D304008 1.1.1 Ultraviolet Disinfection System

For central station air handling units provide an ultra violet c-band (UVC) disinfection system for mold, bacteria and odor control in each air handler that has a chilled water coil.  Irradiation-emitters and fixtures are to be installed in sufficient quantity and in such an arrangement so as to provide an equal distribution of UVC energy on the coil and in the drain pan.  To maintain energy efficiency, the UVC energy produced shall be of the lowest possible reflected and shadowed losses.  Energy Efficiency - Power supplies shall be of the high efficiency electronic type and matched to the emitter.  Intensity - The minimal UVC energy striking the leading edge (if installed upstream) or trailing edge (if installed downstream) of all the coil fins shall not be less than 820 µW/cm2 at the closest point and through placement, not less than 60% of that value at the farthest point.  Equal amounts are to strike the drain pan, either directly or indirectly through reflection.  The foregoing sets the placement and minimum quantity of fixtures to be installed.  Installation - emitters and fixtures shall be installed at right angles to the conforming lines of the coil fins, such that through incident angle reflection, UVC energy bathes all surfaces of the coil and drain pan as well as all of the available line of sight airstream.  One complete set of spare bulbs will be supplied.

## D304090 OTHER DISTRIBUTION SYSTEMS

## D304090 1.1 PUMPS

Centrifugal circulating pumps with motor, motor starter, and motor enclosure conforming to the appropriate NEMA standards.  Provide suction diffusers on base-mounted pumps.  Insulate pumps used for chilled water service, if provided.

### D304090 1.1.1 Base Mounted Pumps

Single stage end suction pumps suitable for chilled, condenser, and hot water heating systems.

**D304090 1.2 VARIABLE FREQUENCY DRIVES (VFD)**

Factory-assembled variable frequency drive control systems for variable speed control. All air handling unit and pump VFD's shall be from the same manufacturer. Each VFD shall include motor starter, motor disconnects and controls as required for a complete system. Units shall be UL-listed and comply with the National Electric Code.

Provide the following accessories:

Disconnect switch

Control circuit transformer, with primary and secondary fuses

Manual bypass

System hand-off-auto switch with provisions for remote start/stop of the system.

System initialized light

Run light

Failure alarm

LCD digital display with numeric keypad

Provide a control interface for remote monitoring of VFD functions and alarms from the DDC control system computer.

**D304090 1.3 CHILLED WATER AIR SEPARATORS**

ASME rated air separators with tangential inlet and outlet connections and automatic air vent.

**D304090 1.5 EXPANSION TANKS**

ASME rated expansion tanks with polypropylene or butyl diaphragm or compression tanks as indicated in UFC 3-400-10N.

**D304090 1.8 CONDENSATE DRAIN PIPING**

ASTM B 88, Type M or L hard drawn copper or PVC.

**D304090 1.9 CONDENSATE DRAIN INSULATION**

Insulate condensate drain piping with flexible cellular insulation.

**D304090 1.11 PIPING IDENTIFICATION**

Provide piping identification labels or Stencil names or code letters for piping systems in clearly visible letters and symbols. Provide arrow-shaped markings to indicate direction of flow.

**D304090 1.12 PIPE SLEEVES**

Provide pipe sleeves at each wall and floor penetration. The sleeve shall be of a material suitable to protect the carrier pipe (two pipe sizes larger) and sealed with an appropriate flexible material. Provide fire stopping in

fire rated walls in accordance with IBC.

## D304090 1.13 SYSTEM FLUSHING

Thoroughly flush hydronic systems prior to system startup.  Isolate coils during initial flushing until water is clear.

## D3050 TERMINAL & PACKAGE UNITS

## D305003 FAN COIL UNITS

UL-Listed, factory assembled and tested fan coils, AHRI 440 and AHRI certified.

## D3060 CONTROLS AND INSTRUMENTATION

## D306001 HVAC CONTROLS

## D306001 1.1 DIRECT DIGITAL CONTROLS

Provide one of the following as directed in ESR Section D30.

a.  Provide Direct Digital Controls (DDC) to comply with the requirements specified in UFGS Section 23 09 23, *Lonworks Direct Digital Control for HVAC and Other Building Control Systems*.

b.  Provide a partial direct digital control (DDC) system to that will communicate with the existing DDC system.  Notwithstanding any other provisions of this contract, no other product will be acceptable other than that indicated in ESR Section D30.  Provide a distributed control system.  Integrate all new DDC points on the existing server providing a seamless logical flow from the existing facilities to the new integrated facility.

The Designer of Record shall use UFGS Section 23 09 23, *Lonworks Direct Digital Control for HVAC and Other Building Control Systems*, and submit the edited specification section as a part of the project design submittal.

Design requirements shall be in accordance with all specification notes and the BAS Owner shall be identified and designated early in the design documentation.

The system shall have stand alone digital controllers, a communication network, and a workstation computer with control software.  Provide stand-alone control routines that operate without connection to the network during a loss of communication.  Provide trending, scheduling and alarm tables (may be included with the sequence of operation).  Use alarming and trending services during performance testing or commissioning.  Alarm every sequence routine when out-of-limits or control/response failure occurs. Display all graphic floor plans, equipment graphics, DDC ladder diagrams, and sequence of operations graphic pages.

All 230-volt wiring shall comply with NFPA 70.  All 24-volt wiring shall comply with the IMC and terminal device manufacturer's recommendations.

Provide training on the installed system according to the maximum training days in UFGS 23 09 23.  All operator workstation functions requiring Lonworks services, i.e., navigating through the graphic displays, trending, alarming and monitoring of the new controls system must be demonstrated from the existing operator workstation using only the existing application software and without the need to launch other applications or logon to other vendor applications.

## D306001 1.2  ELECTRONIC CONTROLS

If required, provide programmable thermostats with built in keypads for scheduling of day and night temperatures with two setback periods per day. Provide independent summer and winter programs.  Thermostats shall have temporary and manual override of schedule and battery backup.

## D3070 SYSTEMS TESTING AND BALANCING

## D3070 1.1 HVAC SYSTEM

Provide HVAC systems testing and balancing that complies with the requirements specified in UFGS Specification Section 23 05 93, *Testing, Adjusting, and Balancing for HVAC*.  The Designer of Record shall prepare UFGS Specification Section 23 05 93, as a part of the project specification and shall include the prepared specification section in the design submittal for the project.

## D3090 OTHER HVAC SYSTEMS AND EQUIPMENT

## D309001 GENERAL CONSTRUCTION ITEMS

## D309001 1.1 SEISMIC DESIGN

Provide in accordance with UFC 3-400-10N, *Mechanical Engineering*.

## D309090 OTHER SPECIAL MECHANICAL SYSTEMS

## D309090 1.1 AIR CURTAINS

Provide fans that conform to AMCA 220 with AMCA seal. Furnish air curtains with a weatherproof housing constructed of high impact plastic or minimum 1.3 mm 18 gauge rigid welded steel. Provide backward curved, non-overloading, centrifugal type fan wheels, accurately balanced statically and dynamically. Provide motors with totally enclosed fan cooled enclosures. Provide remote manual type motor starters with weather-resistant enclosure actuated when the doorway served is open. Provide air curtains that attain the air velocities specified within 2 seconds following activation. Provide bird screens at air intake and discharge openings. Provide air curtain unit or a multiple unit installation that is at least as wide as the opening to be protected. Provide the air discharge openings to permit outward adjustment of the discharge air. Place installation and adjust according to the manufacturer's written recommendation. Design air curtains to prevent the adjustment of the air velocities specified. Make the interior surfaces of the air curtain units accessible for cleaning. Provide certified test data indicating that the fan can provide the air velocities required when fan is mounted per the manufacturer's written instructions. Provide air curtains designed as fly fans as a minimum. Provide air curtains designed for use on customer entranceways that develop an air curtain not less than 200 mm thick at the discharge opening. Provide velocity that is not less than 3 m/s across the entire entryway when measured 900 mm above the floor. Equip recirculating type air curtains with readily removable filters, or design the filters for in-position cleaning. Provide readily accessible and easily cleanable air capture compartment or design for in-position cleaning.

-- End of Section --

SECTION D40
FIRE PROTECTION
11/10

**D40 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project.  Other RFP Part 4 requirements are not required.

**D40 1.1 DESIGN GUIDANCE**

Provide the design and installation of fire protection systems in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification.*

**D40 1.1.1 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 3-600-01 | Fire Protection Engineering for Facilities |
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs which include the following significant UFC(s):UFC 3-600-01, Fire Protection Engineering for Facilities) |
| UFC 3-600-10N | Fire Protection Engineering |

**D40 1.2 QUALITY ASSURANCE**

Materials and assemblies installed in the work shall be inspected and found to be in compliance with industry standards and these specifications prior to acceptance of the work. Items found not to be in compliance shall be removed, or corrective measures taken, to assure compliance with the referenced standard.

Qualifications, Training Plans, and Test Plans and Procedures indicated herein, shall be submitted 45 calendar days prior to the expected date of execution. Notify the Contracting Officer 14 calendar days prior to all testing. Submit test results within 7 calendar days of completion of testing.

**D40 1.2.1 Qualified Workers**

**D40 1.2.1.1 Fire Protection Designer of Record (FPDOR)**

Services and qualifications of the FPDOR shall be as specified in UFC 3-600-01 as a Fire Protection Engineer and UFC 3-600-10N. The FPDOR shall review and approve all fire protection engineering submittals.

### D40 1.2.1.2 Fire Protection Engineering Technicians

Workers required herein to be certified by the National Institute for Certification in Engineering Technologies (NICET) as an engineering technician in the Fire Protection Engineering Technology program shall be thoroughly trained and experienced, and completely familiar with the specified requirements and the methods needed for proper performance of the work in this section.  All documentation required to be submitted for record and/or approval shall include the NICET engineering technician's signature, along with the technician's current NICET certification number, certification subfield, and level.

Installation drawings, shop drawings or working plans, calculations, other required pre-construction documentation and as-built drawings shall be prepared by, or under the direct supervision of a NICET engineering technician as specified in Section 6 D40 of Part 3.

### D40 1.2.1.3 Qualified System Installers

Fire Suppression System and Fire Alarm System installers shall be regularly engaged in the installation of the type and complexity of system specified in the Contract documents, and shall have served in a similar capacity for at least three systems that have performed in the manner intended for a period of not less than 6 months.

Installers of Chlorinated Poly Vinyl Chloride (CPVC) sprinkler systems shall be certified by the manufacturer and maintain a copy of their certification on hand at all times.

### D40 1.2.2 Fire Protection QC Specialist

The Fire Protection (FP) QC Specialist shall be a U.S. Registered Fire Protection Engineer (FPE) and shall be an integral part of the Prime Contractor's Quality Control Organization.  This FPE shall have no business relationships (owner, partner, operating officer, distributor, salesman, or technical representative) with any fire protection equipment device manufacturers, suppliers or installers for any such equipment provided as part of this project.  The Fire Protection Designer of Record (FPDOR) may serve as the FPQC Specialist provided the following qualifications are met.

a.    Qualifications/Experience:  The FPQC Specialist shall have obtained their professional registration by successfully completing the Fire Protection Engineering discipline examination.  This FPE shall have a minimum of 5 years full time and exclusive experience in every aspect of facility design and construction as it relates to fire protection, which includes, but is not limited to, building code analysis, life safety code analysis, design of automatic detection and suppression systems, passive fire protection design, water supply analysis, and a multi-discipline coordination reviews, and construction surveillance.

b.    Area of Responsibility:  The FPQC Specialist is responsible for assuring the proper construction and installation of life safety and fire protection features across all disciplines and trades. The FPQC Specialist shall be responsible for assuring that life safety and fire protection features are provided in accordance with the design documents, approved construction submittals, and manufacturer's requirements.  Examples include, but are not

limited to, water distribution systems including fire pumps and fire hydrants, fire resistive assemblies such as spray-applied fire proofing of structural components and fire rated walls/partitions, fire alarm and detection systems, fire suppression and standpipe systems, and emergency and exit lighting fixtures.

c.   Construction Surveillance:   The FPQC Specialist shall visit the construction site as necessary to ensure life safety and fire protection systems are being constructed, applied, and installed in accordance with the approved design documents, approved construction submittals, and manufacturer's requirements.   Frequency and duration of the field visits are dependent upon particular system components, system complexity, and phase of construction.   At a minimum, field visits shall occur just prior to installation of suspended ceiling system to inspect the integrity of passive fire protection features and fire suppression system piping, preliminary inspections of fire alarm/detection and suppression systems, and final acceptance testing of fire alarm/detection and suppression systems.   The FPQC Specialist shall prepare a written report detailing compliance of any outstanding submittal review comments, summarizing the results of all tests, detailing all discrepancies discovered, corrective action taken, all forms as required by the respective NFPA codes, and recommendations/certifications for acceptance. Forward one copy of the report with attachments to the Naval Facilities Engineering Command Fire Protection Engineer.

## D40 1.2.3 Performance Verification Testing

All systems shall have operational tests to demonstrate compliance with contract requirements and respective NFPA codes, International Building Code and as noted below.   Test procedures shall be in full compliance with the respective NFPA codes, the equipment manufacturer recommendations, UFC 3-600-01, and UFC 3-600-10N.   Provide all personnel, equipment, and materials for tests.   Return trips to witness repeat acceptance tests due to failure of previous tests will be at the Contractor's expense.

### D40 1.2.3.1 Preliminary Inspections and Final Acceptance Testing

The FPQC Specialist shall personally witness all preliminary inspections of fire alarm/detection and suppression systems. Once preliminary inspections have been successfully completed, the FPQC Specialist shall submit a signed certificate to the QC Manager that systems are ready for final inspection and testing. The Naval Facilities Engineering Command Fire Protection Engineer and the MED Fire Protection Engineer will witness formal tests and approve all systems before they are accepted. The QC Manager shall submit the request for formal inspection at least 15 days prior to the date the inspection is to take place.   The QC manager shall provide 10 days advance notice to the Contracting Officer and the activity Fire Inspection Office of scheduled final inspections.

### D40 1.2.3.2 Final Life Safety/Fire Protection Certification

The FPQC Specialist shall provide certification that all life safety and fire protection systems have been installed in accordance with the contract documents, approved submittals, and manufacturer's requirements.   This certification shall summarize all life safety and fire protection features, and

shall bear the professional seal of the FPQC Specialist.

### D40 1.2.3.3 System Manufacturers Representatives

The systems manufacturer technical representative shall be present for the final inspection and test for the following systems: fire alarm and detection, fire pump, carbon dioxide, foam generating and clean agent extinguishing.

### D40 1.2.3.4 Fire Suppression Water Supply and Equipment

The fire hydrants shall be inspected prior to backfilling the trench surrounding the fire hydrants. A report, including pictures, shall be provided to the Contracting Officer.

Fire pump tests shall be conducted in the presence of the pump, controller, and engine manufacturer technical representatives. The fire pump manufacturer shall also be present for the preliminary test of the fire pump system. Fire pump tests shall be conducted flowing water thru a test header.

### D40 1.2.3.5 Spray-Applied Fire Proofing and Fire Stopping

See Section C1030 for requirements.

## D40 1.2.4 Training

The contractor shall provide training for the active systems within 6 weeks of final acceptance of the systems. The training shall be scheduled at least 2 weeks in advance.

# D40 1.3 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10, *Submittal Procedures For Design-Build Project*, the MED Design Instruction Manural, *UFC 3-600-01, Fire Protection Engineering for Facilities,* and UFC 3-600-10N, *Fire Protection Engineering*.

# D40 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

All fire protection engineering submittals including:

a.    Shop Drawings.  Provide shop drawings for all systems.

b.    Product Data.  Provide product data for all equipment.

c.    Design Data.  Provide design data for all system calculations.

d.    Test Reports

e.    Certificates

# D4010 FIRE ALARM AND DETECTION SYSTEMS

# D401001 FIRE ALARM DISTRIBUTION

**D401001 1.1 REMOTE ANNUNCIATORS**

Remote annunciators shall have a minimum 80 character alphanumeric display with alarm acknowledge, alarm silence, and reset functions.

**D401001 1.2 TRANSMITTED SIGNALS**

Provide the following signals to be sent to the fire alarm receiving station:

a.   Sprinkler Water Flow

b.   Smoke Detector

c.   Manual Pull Station

d.   Supervisory (i.e., valve tamper switch, fire pump loss of power, fire pump phase reversal)

e.   Duct Smoke Detector

f.   Fire Pump Running

g.   Sleeping Room Smoke Detector

h.   System Trouble

**D4020 FIRE SUPPRESSION WATER SUPPLY AND EQUIPMENT**

**D402001 FIRE PROTECTION WATER PIPING AND EQUIPMENT**

The water supply for NSA, Bahrain is supplied by a combined domestic/fire water system.  Current tank size has 2 cells holding 105,750 gallons each.  The pumps are 2ea 100gpm variable speed pumps which alternate start up followed by 3ea 500gpm variable speed pumps.  Two variable frequency drives(VFDs) are provided, 1ea for the 100gpm pumps and 1ea for the 500gpm pumps.  The VFDs take roughly 35 seconds to ramp up to full capacity before initiating the start up of the superseding pump.

At the point of connection for this building you can expect the following flow in the 10in main:

Static Pressure:  90Psi

Residual Pressure:  50psi @ 2,000gpm (Fire Flow at P-935) + 609gpm (Domestic)

These numbers must be field verified by the contractor prior to any design work is submitted.

**D4040 SPRINKLERS**

**D404001 SPRINKLERS & RELEASING DEVICES**

**D404001 1.1 DESCRIPTION**

Although none are anticipated, areas subject to freezing shall be provided with a dry pipe system. Loading docks may be protected with dry-type sidewall sprinklers supplied by the wet-pipe system.  No residential occupancies can be a dry-system.  Heat must be provided for Residential systems.

**D404001 1.2 REQUIREMENTS**

Utilize upright sprinklers with ordinary temperature rating and color to match finish in normally occupied rooms without a finished ceiling (i.e., laboratories, and other spaces with exposed ceilings).

--End Of Section--

SECTION D50

ELECTRICAL
11/10

**D50 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**D50 1.1 NARRATIVE**

This section covers installations inside the facility and out to the 1.5 Meters line. See PTS Section G40, *Site Electrical*, for continuation of systems beyond the 1.5 Meters line.

**D50 1.2 ELECTRICAL DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

When all product Quality Control information is included in the Unified Facility Criteria (UFC) and there are requirement options identified in the ESR, then the Uniformat Level 4 titles (and possible subtitles) are included without additional verbiage.  One example of this is D501090, OTHER SERVICE AND DISTRIBUTION.

**D50 1.2.1 Government Publications**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs , which include the following significant UFC(s):UFC 3-501-01, Electrical Engineering) |
| UFC 3-580-10 | Navy and Marine Corps Intranet (NMCI) Standard Construction Practices |
| UFC 3-580-01 | Telecommunications Building Cabling Systems Planning & Design |
| UFC-3-501 | Electrical Engineering |
| UFC-3-510-01 | Foreign Voltages & Frequencies Guide |
| UFC 3-520-01 | Interior Electrical Systems |
| UFC 3-530-01 | Interior & Exterior Lighting Controls |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

| UFGS 26 29 23 | Variable Frequency Drive Systems Under 600 Volts |
|---|---|
| UFGS 27 10 00 | Building Telecommunications Cabling System |
| UFGS 27 05 14.00 10 | Cable Television Premises Distribution System |
| UFGS 27 51 16 | Radio and Public Address Systems |
| UFGS 27 54 00.00 20 | Community Antenna Television (CATV) System |
| UFGS 26 32 13.00 20 | Single Operation Generator Sets |
| UFGS 26 36 23.00 20 | Automatic Transfer Switches |
| UFGS 28 20 00.00 20 | Electronic Security System (ESS), Commercial |

National Fire Protection Association, NFPA 70 2011 (National Electric Code)

National Fire Protection Association, NFPA 72 2010 (National Fire Alarm Code)

British Standards, BS 7671 (Requirements for Electrical Installations)

British Standards, BS 1363-2 (13A Plugs, Socket-outlets & adapters-Specifications for 13A switched & unswitched socket-outlets

### D50 1.3 QUALITY ASSURANCE

Qualifications, certifications, and Test Plans indicated herein shall be submitted 45 calendar days prior to the expected date of execution. Notify the Contracting Officer 14 calendar days prior to all testing. Submit test results within 7 calendar days of completion of testing.

The Designer of Record is responsible for approving the submittals listed below.

### D50 1.3.1 Qualified Testing Organization

Contractor shall engage the services of a qualified testing organization to provide inspection, testing, calibration, and adjustment of the electrical distribution system and equipment listed in paragraph entitled "Acceptance Tests and Inspections" herein. Organization shall be independent of the supplier, manufacturer, and installer of the equipment. The organization shall be a first tier subcontractor.

Submit name and qualifications of organization. Organization shall have been regularly engaged in the testing of electrical materials, devices, installations, and systems for a minimum of 5 years. The organization shall have a calibration program, and test instruments used shall be calibrated in accordance with NETA ATS.

Submit name and qualifications of the lead engineering technician

performing the required testing services. Include a list of three comparable jobs performed by the technician with specific names and telephone numbers for reference. Testing, inspection, calibration, and adjustments shall be performed by an engineering technician, certified by NETA or the National Institute for Certification in Engineering Technologies (NICET) with a minimum of 5 years' experience inspecting, testing, and calibrating electrical distribution and generation equipment, systems, and devices.

### D50 1.3.2 NEC Qualified Worker

Provide in accordance with NFPA 70 and British Standard BS 7671. Qualified Workers shall be allowed to be assisted by helpers on a 1 to 1 ratio, provided such helpers are registered in recognized apprenticeship programs. Submit a certification confirming NEC Qualified Worker requirements.

### D50 1.3.3 Qualified Telecommunications Worker

All installers assigned to the installation of telecommunications systems or any of its components shall be Building Industry Consulting Services International (BICSI) Registered Cabling Installation Technicians or have a minimum of 3 years experience in the installation of the specified copper and fiber optic cable and components. Include names and locations of two projects successfully completed using optical fiber and copper communications cabling systems. Include written certification from users that systems have performed satisfactorily for not less than 18 months. Include specific experience in installing and testing structured telecommunications distribution systems using optical fiber and Category 6 cabling systems.

### D50 1.3.4 Material Standards

Ensure service support and provide manufacturer's nameplate in accordance with PTS Section Z10, *General Performance Technical Specification*.

#### D50 1.3.4.1 Warning Labels

Provide arc flash warning labels.

#### D50 1.3.4.2 Field-Required Nameplates

Provide laminated plastic nameplates for each switchboard, switchgear, panelboard, equipment enclosure, motor controller, relay, and switch. Each nameplate must identify the function and, when applicable, the position. Provide melamine plastic nameplates, 0.125 inch (3 mm) thick, white with black center core. Surface shall be matte finish. Corners shall be square. Accurately align lettering and engrave into the core. Minimum size of nameplates shall be 1-inch by 2-1/2 inches (25 mm by 65 mm). Lettering shall be a minimum of 0.25 inch (6.35 mm) high normal block style.

### D50 1.3.5 Factory Testing

The Government reserves the right to witness all factory testing. The manufacturer shall have a calibration program that assures that all applicable test instruments are maintained within rated accuracy.

### D50 1.3.6 Electrical System Startup and Testing

Submit test plans for approval. The test plans shall be tailored to the systems provided.

The test plan shall list make and model and provide functional description of the test instruments and accessories and shall describe the setup of the tests to be conducted. Test instruments shall be capable of measuring and recording or displaying test data at a higher resolution and greater accuracy than specified for the equipment's performance.

**D50 1.3.6.1 Factory Trained Engineer**

Provide a factory trained engineer to supervise start-up and testing as required in referenced specifications.

**D50 1.3.6.2 Performance Verification Testing**

The Contractor shall show by demonstration in service that all circuits and devices are in operating condition. Tests shall be such that each item of control equipment will function not less than five times. The Contractor shall provide all necessary test equipment, tools, fuel, load banks, labor, and materials for testing. As a minimum, all systems shall be tested in accordance with manufacturer's recommendations. Additional testing requirements for the various systems are described with those systems, hereinafter. The Contractor shall assure that all applicable test instruments are maintained within rated accuracy. Dated calibration labels shall be visible on all test equipment.

Submit a separate electrical field test plan in accordance with manufacturer's recommendations and that conforms to NETA ATS for each piece of Electrical Distribution Equipment and System requiring Performance Verification Testing.

The following items identify specific test requirements. Additional test requirements are contained in the applicable UFGS.

a.    Panelboards - Field test each GFI and AFI circuit breaker with a UL 1436-certified outlet circuit tester to verify correct operation.

b.    Motor starters – Test  motor starters in accordance with NETA ATS.

c.    Transient voltage surge suppressors(TVSS) –

1)  Inspect for physical damage and compare nameplate data with the drawings and specifications, if applicable. Verify from the nameplate data that the TVSS equipment is appropriate for the system voltage.

2)  Verify lead length between the TVSS equipment and the circuit connection is less than one foot.

3)  Verify wiring between the TVSS equipment and the circuit connection does not include high-inductance coils or sharp bends.

4)  Confirm circuit breaker used for TVSS circuit connection is sized in accordance with TVSS

manufacturer's requirements.

5) Ensure TVSS equipment is grounded in accordance with TVSS manufacturer's requirements. Check the ground lead on each device for individual attachment to the ground bus or electrode.

6) Check tightness of connections in accordance with NETA ATS.

7) For TVSS equipment with visual indications of proper operation, verify that it displays normal operating characteristics.

d. Busway – Conduct standard tests for busway in accordance with NETA ATS.

e. Receptacles – Test GFI receptacles with a UL 1436-certified outlet circuit tester to verify correct operation.

f. Lighting - Aim photocell switches and locate light level sensors in accordance with the manufacturer's recommendations. Verify that equipment operates in accordance with user's requirements and in accordance with manufacturer's recommendations. Fluorescent lamps on electronic dimming ballast control shall be burned in at full light output for 100 hours before dimming.

g. Telecommunication - Test telecommunications systems in accordance with applicable EIA/TIA requirements.

h. Personnel Alerting System - Tests shall include originating and accepting messages at each station, at proper volume levels, without cross-talk or noise from other links or non-designated units. Test shall utilize the phonetically balanced monosyllabic work intelligibility test in accordance with ANSI S3.2 (ASA 85). In order to be acceptable, a score of at least 75 percent must be obtained for each system test.

i. Community Antenna Television Systems - Confirm design and installation is in compliance with NCTA-02, 47 CFR 76.605 and in accordance with FCC proof of performance requirements. Test plan shall define tests required to ensure that the system meets technical, operational, and performance specifications. Test plan shall include plan for testing for signal leakage.

j. Electronic security systems (ESS) – Test ESS in accordance with UFGS requirements.

k. Grounding systems - Test the grounding system in accordance with NETA ATS.

l. Lightning protection (If Required) - Upon completion of the installation, Contractor shall furnish the UL Lightning Protection Inspection Certificate certified to UL 96A for the system.

m. Emergency lighting - Test emergency lighting that is intended for means of egress in accordance with NFPA 101, Section 5-9. Confirm the emergency lighting system operates for a minimum of 90 minutes and emergency illumination satisfies NFPA 101, Section 5-9, specified

levels.

### D50 1.3.6.3 Acceptance Tests and Inspections

The Government reserves the right to witness all Acceptance Tests and Inspections, review data, and request other such additional inspections and repeat tests as necessary to ensure that the system and provided services conform to the stated requirements.

The Qualified Testing Organization shall provide the Acceptance Tests and Inspections test plan and perform the acceptance tests and inspections. Test methods, procedures, and test values shall be performed and evaluated in accordance with NETA ATS, the manufacturer's recommendations, and paragraph entitled "Field Quality Control" of each applicable specification section. Tests identified as optional in NETA ATS are not required unless otherwise specified. Equipment shall be placed in service only after completion of required tests and evaluations of the test results have been completed. Contractor shall supply to the testing organization complete sets of shop drawings, settings of adjustable devices, and other information necessary for an accurate test and inspection of the system prior to the performance of any final testing. Perform acceptance tests and inspections on Switchboards and Switchgear.

### D50 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with PTS Section Z10, *General Performance Technical Specifications*, UFGS Section 01 33 00.12 00, *Submittal Procedures for Design-Build Project*, the MED Design Instruction Manual, and UFC 3-501-01, *Electrical Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS Section Z10, *General Performance Technical Specifications*.

| | |
|---|---|
| UFGS 26 20 00 | Interior Distribution System |
| UFGS 26 23 00 | Switchboards and Switchgear |
| UFGS 26 29 23 | Variable Frequency Drive Systems Under 600 Volts |
| UFGS 27 10 00 | Building Telecommunications Cabling System |
| UFGS 27 05 14.00 10 | Cable Television Premises Distribution System |
| UFGS 27 51 16 | Radio and Public Address Systems |
| UFGS 27 54 00.00 20 | Community Antenna Television (CATV) System |
| UFGS 26 32 13.00 20 | Single Operation Generator Sets |
| UFGS 26 36 23.00 20 | Automatic Transfer Switches |

**A1086**

UFGS 28 20 00.00 20      Electronic Security System (ESS),
                         Commercial

## D50 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the PTS Section Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Electrical Equipment, OMSI information for equipment, and Quality Assurance Submittals listed above.

Provide certification that all adjustable protective device settings have been set in accordance with the coordination study for the as-built equipment and configuration.

## D5010  ELECTRICAL SERVICE AND DISTRIBUTION

### D501001 MAIN TRANSFORMERS

Building installed unit substation transformers shall be in accordance with PTS Section G40, *Site Electrical Utilities*.

### D501002 SERVICE ENTRANCE EQUIPMENT

When a switchboard or switchgear is required, the Designer of Record shall utilize UFGS Section 26 23 00 for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

### D501003 INTERIOR DISTRIBUTION TRANSFORMERS

### D501004  PANELBOARDS

Panelboards shall comply with UL 67 and UL 50. UL 869A shall apply if used as service entrance equipment. Panelboards for non-linear loads shall be UL listed, including heat rise tested, in accordance with UL 67, except with the neutral assembly installed and carrying 200 percent of the phase bus current during testing.

Provide molded case circuit breakers in accordance with UL 489.  Ground fault circuit interrupting circuit breakers shall comply with UL 943. Arc fault circuit breakers shall comply with UL 489 and UL 1699.

### D501005 ENCLOSED CIRCUIT BREAKERS

Provide molded case circuit breakers in accordance with UL 489. UL 869A shall apply if used as service entrance equipment. Provide with solid neutral when grounded conductor is present.

### D501006 MOTOR CONTROL CENTERS

Motor control centers shall complywith UL 845, NEMA ICS 2, and NEMA ICS 3. Motor controllers shall comply with UL 508. Provide disconnecting means capable of being locked out for machines and other equipment to prevent unexpected startup or release of stored energy in accordance with 29 CFR 1910.147.

### D501006 1.1 VARIABLE FREQUENCY DRIVES (VFD)

When Variable Frequency Drives are required, the Designer of Record shall utilize UFGS Section 26 29 23 for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

## D501090 OTHER SERVICE AND DISTRIBUTION

## D501090 1.1 TRANSIENT VOLTAGE SURGE SUPRESSORS (TVSS)

## D501090 1.2 BUSWAY

## D5020 LIGHTING AND BRANCH WIRING

## D502001 BRANCH WIRING

Provide wiring and connections for special outlets and ceiling fans where required.

All homerun circuits must contain no more than 3 phase conductors.

Switches shall comply with NEMA WD-1 and UL 20.

## D502002 LIGHTING EQUIPMENT

Installation shall meet requirements of manufacturer's recommendations and the additional requirements for "Severe Seismic Disturbance" contained in ASTM E 580. Fixture support wires shall conform with ASTM A 641/A 641M, galvanized regular coating, soft temper.

## D502002 1.1 BALLASTS

Electronic ballasts shall include a 5-year warranty.

## D5030 COMMUNICATIONS AND SECURITY

## D503001 TELECOMMUNICATIONS SYSTEMS

Design a telecommunications distribution system using a hierarchical star topology. ISP systems shall use cable trays with conduits (RGS or EMT) from the cable tray to the outlet in accordance with 569-B. The entire system will be a true Ethernet, end-to-end Category 6 horizontal system. All cables shall be plenum rated. All systems will comply with TIA/EIA 568-C standards.

## D503002 PERSONNEL ALERTING SYSTEM

See Part 3 and Performance Specification UFGS 27 51 16 Radio and Public Address Systems.

## D503003 INTERCOMMUNICATIONS SYSTEMS

Not required.

## D503004 TELEVISION SYSTEMS

## D503004 1.1 Not Used.

## D503004 1.2 COMMUNITY ANTENNA SYSTEM (CATV)

The CATV system shall comply with UFGS specification listed at the front of section

D50, Part 4.  All ISP cable shall be UL listed and plenum rated.

**D503005 SECURITY SYSTEMS D503005 1.1 ELECTRONIC SECTURITY SYSTEMS (ESS)**

When an ESS system is required, the Designer of Record shall utilize UFGS Section 28 20 00.00 20 for the project specification and shall submit the edited specification section as a part of the design submittal for the project.

**D503005 1.2 PROTECTED DISTRIBUTION SYSTEMS (PDS)**

Not used.

**D503005 1.3 SENSITIVE COMPARTMENTED INFORMATION FACILITIES (SCIF)**

Not used.

**D503090 OTHER COMMUNICATIONS AND ALARM SYSTEMS**

There are no other requirements for this project.

**D5090  OTHER ELECTRICAL SERVICES**

**D509001 GENERAL CONSTRUCTION ITEMS (ELECTRICAL)**

**D509002 EMERGENCY LIGHTING AND POWER**

**D509002 1.1 EMERGENCY LIGHTING**

**D509002 1.2 EMERGENCY GENERATORS**

Not Used.

**D509002 1.3 AUTOMATIC TRANSFER AND BYPASS/ISOLATION SWITCHES**

Not Used.

**D509002 1.4 UNINTERRUPTIBLE POWER SUPPLY (UPS) SYSTEM**

Not Used.

**D509003  GROUNDING SYSTEMS**

**D509004  LIGHTNING PROTECTION**

**D509005 ELECTRIC HEATING**

**D509006  ENERGY MANAGEMENT CONTROL SYSTEM**

**D509007 BUILDING PHOTOVOLTAIC SYSTEM (Optional)**

Provide building integrated or mounted photovoltaic (BIMPV) systems on building rooftops.  System shall be a non grid-tied system and the system output voltage shall match the building voltage and be a 3-phase, 4-wire system.

Provide all labor, materials, equipment and supervision required to implement the design and to provide a fully operational system;

W912ER-11-D-0010-0006

Provide PV modules with a 20-year limited manufacturer warranty that generates no less than 80% of the rated output under Standard Test Conditions (STC).

Provide manufacturer start-up, testing and balancing, and document final operation testing.

## D509007 1.1 CODES AND STANDARDS

The PV system hardware and services shall meet or exceed all local, State and utility requirements, conform to the applicable codes and standards, and have passed the listing and qualification tests, listed below. (Comply with the most recent version of each document).

a.  IEEE 1262 "Recommended Practice for Qualifications of Photovoltaic Modules".

b.  PowerMark certification for PV modules.
c.  IEEE Standard 928-1986, Recommended Criteria for Terrestrial Photovoltaic Power Systems (PV system performance criteria).
d.  IEEE 929-2000, Recommended Practice for Utility Interface of Photovoltaic (PV) Systems.

e.  Underwriters Laboratories 1741-2001 (UL Standard for Inverters and Charge Controllers).
f.  Underwriters Laboratories 1703 (UL Standard for Listing Photovoltaic Modules).
g.  Certification of PV Equipment: All PV modules, inverters, and electrical components shall be required to be listed or recognized by an appropriate and recognized United States Safety Laboratory (for example: UL or ETL).

## D509007 1.2 PHOTOVOLTAIC ROOFTOP APPLICATION ANALYSIS

Provide a comprehensive "Photovoltaic Application Analysis" with a detailed description of system, application, site shading conditions and expected kW output of the rooftop photovoltaic applications. The analysis shall utilize the Solmetric Suneye or the Solar Pathfinderr shading analyzers to analyze the effects of the existing site shading conditions. Analysis shall include thick crystal vs thin film system options and anticipated PV output in kW and kWh per year. Coordinate rooftop application analysis with other equipment that is required to be placed on the roof to determine space available and proper solar orientation for photovoltaic equipment.

## D509007 1.3 TECHNICAL REQUIREMENTS

The contractor work responsibilities include at a minimum: system design, equipment selection, and PV system installations. System shall be individually capable of providing peak power output of at least proposed PV system size, 208 or 480 volt, 3-phase, 4-wire power.

The final System configuration shall allow automatic operation without operator intervention. System design and equipment specifications shall minimize maintenance requirements. System shall include metering that must be incorporated with current AMI network (Advanced Metering Infrastructure) and planned energy metering projects.

The inverter(s) disconnects and associated electrical equipment must be located in an area that is accessible, weather-protected, and secure from vandalism and personal injury.

Disconnects and over current devices shall be mounted in approved boxes, enclosures, or panel boards. Disconnects and switches shall be DC rated when used in DC applications. Metal enclosures and boxes shall be bonded to the

grounding conductor.

At a minimum, electrical meters shall capture the following data on individual system performance (minimum solar irradiance, DC power, AC real power, AC current, AC voltage, and power factor (recommend ION 8600 for AC); ambient air temperature, PV cell temperature, kW, and kWh). This data shall be captured at hourly intervals for a minimum one year. Units of temperature, power, and current shall be in Fahrenheit, Watts, and Amps respectively.

Transformers, if required, shall have a minimum efficiency based on factory test results of not less than the efficiency indicated in 10 CFR 431, Subpart K, paragraph 431.196(b). Transformers shall be housed in a NEMA 4X enclosures.

Mounting structures shall be corrosion resistant to marine environment.

### D509007 1.4 OPERATORS MANUALS AND TRAINING

Operators manuals for each system component shall include detailed instructions on how to operate the system, programming and installation instructions, emergency operating procedures, default program values and set points, listing of field programmed variables and set points, equipment wiring diagrams, product model number, with Name, Address and Telephone number of local representative, and starting, operating, and shut down procedures. Include normal and emergency shut down procedures, schedule of maintenance work, if any, recommended cleaning agents and methods, replacement parts list, including internal fuses, and warranty information.

Provide a formal 2-hour on-site training session instructing operators in the operation and maintenance of the new system, including operation and maintenance of inverters, disconnects and other system components. Instruct personnel in removal and installation of panels, including wiring and all connections. At the time of training the Contractor shall furnish, for the equipment specified, operation and maintenance manuals, record drawings and recommended spare parts lists identifying components adequate for competitive supply procurement for operation and maintenance of system.

### D509090 OTHER SPECIAL SYSTEMS AND DEVICES

Not Used

--End Of Section--

SECTION E10

EQUIPMENT
11/10

**E10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**E10 1.1 GENERAL REQUIREMENTS**

Where required by the project program, the contractor shall obtain the services of equipment specialists to specify any audiovisual, shop, fitness equipment, or other specialty equipment.  Equipment specialists shall not have any affiliation with the product specified.  All specialty equipment will be installed by qualified installers regularly engaged in installing the specialty equipment. Systems furnishings installers must be the systems furniture manufacturer's dealer of record.

**E10 1.2 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards that are referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website , are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

**E10 1.2.1 Industry Standards and Codes**

Loading Dock Equipment Manufacturers' Association (LODEM)

**E10 1.2.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01          General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs that are listed in UFGS Section 01 33 10.05 20, which includes the following significant UFC(s):UFC 3-100-10N, Architecture UFC 3-120-10, Interior Design)

Make joints flat, continuous and homogeneous with the sheet.

**E109002 1.2 RESIDENTIAL OR LIGHT COMMERCIAL ELECTRIC KITCHEN EQUIPMENT**

**E109002 1.2.1 Refrigerator**

UL 250, refrigerator with frost-proof freezer, minimum 14.6 cubic feet (0.41 cubic meters).

**E109002 1.2.2 Freestanding Ice Maker**

UL listed and NSF approved; self-contained, air-cooled model, minimum ice production of 355 pounds (161 kg) per 24 hours, and a minimum bin storage capacity of 180 pounds (82 kg) of ice cubes.

**E109002 1.2.3 Microwave Oven**

UL 923, minimum 1 cubic foot (0.03 cubic meter) capacity.

**E109002 1.2.4 Residential Garbage Disposal**

UL 430, stainless steel, continuous feed with minimum 1/3 hp motor.

-- End of Section --

2 + 0 TQ/Combined DFAC
NSA, Bahrain

SECTION E20

FURNISHINGS
11/10

**E20 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**E20 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB) at the Whole Building Design Guide Website, are listed below for basic designation identification.   Comply with the required and advisory portions of the current edition of the standard at the time of contract award:

**E20 1.1.1 Industry Standards and Codes**

**E20 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs, which includes the following significant UFC(s):UFC 3-100-10N, Architecture UFC 03-120-10, Interior Design) |
| | UFC 4-720-01 Lodging |

**E20 1.2 GENERAL REQUIREMENTS**

The Contractor shall have an Interior Designer, certified by the National Council for Interior Design Qualification (NCIDQ), or a state and/or jurisdiction Certified, Registered, or Licensed Interior Designer prepare both the FF&E and the SID Package and participate in any design charettes to develop the building floor plan. The Interior Designer shall coordinate with the CNIC (Commander Navy Intallation Command) for input previous to starting the design process   As required, the Contractor shall obtain services of equipment specialists to specify the audiovisual, shop, commercial kitchen, or specialty equipment.  The Interior Designer and any specialists shall not be affiliated with any furniture dealership/vendor or manufacturer. The Government Interior Designer reserves the right to approve/disapprove the qualifications of the Contractor's Interior Designer.

**A1094**

Systems furnishings installers must be the systems furniture manufacturer's approved dealer of record.

## E20 1.3 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 10.05 20, *Design Submittal Procedures*, the MED Design Instruction Manual, and UFC 03-120-10, *Interior Design*.

## E20 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) and Government Interior Designer shall approve the following construction submittals as a minimum:

Artwork and FF&E Package

## E2010 FIXED FURNISHINGS
## E201001 FIXED ARTWORK

## E201002 WINDOW TREATMENTS

Provide interior window coverings, associated hardware and controls at each exterior window and at any interior view window where privacy may be required. Refer to the Project Program for size, pattern and style of window treatments.  At a minimum, functional window coverings such as blinds or solar shades are required on all projects.  In guest rooms, provide lined draperies and sheers in addition to the SID window treatments of blinds or shades.

## E201002 1.1 BLINDS

Venetian blinds shall be one-inch horizontal room-darkening commercial grade aluminum at a minimum thickness of 0.2mm (.008") (after coating) with a minimum of 45.72 slats per meter (15 slats per foot). Blinds shall be provided at each exterior window and at any interior window where privacy may be required.  One full size sample shall be provided and installed for review and approval.

## E201002 1.2 SHADES

Provide energy efficient solar shading systems for exterior windows.  The system shall maintain visibility while reducing glare, solar heat gain during the summer and heat loss during the winter.  Openness configuration shall be no more than 5% for most areas.  The system fabrics and components shall be dimensionally stable and shall be manufactured to withstand fading, fire, mildew, and soiling.

## E201002 1.3 DRAPERIES AND HARDWARE

Draperies shall be manufactured as part of FF&E.  Drapery can be accordion-fold, ripple-fold, or pinch-pleat with associated hardware suitable for the project requirements. All draperies shall meet the NFPA Code 701 California Fire Marshall's flame retardant requirements.

## E201003 SEATING (FIXED)

## E201003 1.1 AUDITORIUM, LECTURE AND CLASSROOM SEATING

Not Used

**E201003 1.2 FIXED TABLES FOR AUDITORIUM, LECTURE AND CLASSROOMS**

Not Used

**E2020 MOVABLE FURNISHINGS**

Furnishings, Fixtures, and Equipment (FF&E) shall include freestanding furniture, appliances, audiovisual equipment, dormitory furniture, outdoor furniture, window treatments, linens, bedding, artwork, lounge furniture, office furniture, shelving, and specialty equipment. FF&E shall be fully integrated with the building systems and finishes. FF&E may also include specialty items for which the customer activity shall be responsible for specifying.

Design and provide as required FF&E for all areas as developed during client programming. Design an FF&E package and prepare supporting plans and procurement data in accordance with the general interior design requirements in UFC 3-120-10 and UFC 4-720-01 *Lodging*.

**E2020 1.1 FF&E PACKAGE**

FF&E Package: Design and provide a fully usable and complete facility to include a FF&E movable furnishings. The FF&E will include, but not limited to, systems and modular furniture, training and conference furniture, seating, tables, artwork, decorative window covering, specialty furniture and equipment, dormitory room furnishings, and accessories. The government will provide separate funding for the FF&E package. Construction funds will not be used. The FF&E Package must include shipping, freight, handling, installation and the HAR percentage as applied to the final FF&E total cost.

**E2020 1.1.1 Authorization**

The government will provide separate funding for procurement of the FF&E package. Upon receipt of required funding, the Contractor shall be authorized by the Contracting Officer as a planned line item modification to the contract/task order to procure all FF&E. The amount of the modification will be the actual cost of these items , including any freight and installation charges from the furniture supplier as well as the contractor's FF&E Handling and Administration Rate (HAR). The HAR includes all of the prime contractor's effort related to storage, coordination, handling, administration of subcontractors, and all other associated costs and profit for the procurement of FF&E. The prime contractor will propose in the contract/task order solicitation the FF&E HAR. The contractor's proposed HAR may not exceed 5% of the total FF&E costs, as noted on the bid schedule. No other charges, expenses, fees, markups, etc will be authorized.

The government Interior Designer will approve the final FF&E submittal. The FF&E package will be presented to the Contracting Officer and the Contractor shall provide the FF&E exactly as specified and approved.

**E2020 1.2 PURCHASE AND INSTALLATION**

The Contractor shall coordinate the building completion date with the installation dealer specified in the FF&E Package. The Contractor or contractor's representative is responsible for the following: issuing purchase orders, receiving acknowledgements, sending copies of purchase orders to the installation dealer(s) specified in the FF&E package, and providing necessary deposits to furniture manufacturers.

The FF&E installation dealer(s) is responsible for the following: Receiving and installing all FF&E specified in the FF&E package, coordinating delivery and installation with the Contractor, inspecting for damage, providing delivery receipts to the Contractor, filing necessary freight claims, hanging artwork, bulletin boards, etc., removing packaging material, cleaning up the site upon completion, and adhering to Contractor's safety requirements.

### E2020 1.2.1 Use of GSA Schedules and Blanket Purchase Agreements (BPAs)

Not Used

### E2020 1.2.2 Deposits

The Contractor should anticipate providing a deposit of between 30% to 50% of the furniture costs when placing their order.

The Contractor shall also anticipate possible manufacturer price increases. Recommend ordering FF&E product once funds are received to avoid incurring additional costs. Delayed production and delivery dates can be noted at the time of order placement to coincide with building completion dates. Any costs incurred due to manufacturer price increases will be the burden of the contractor.

### E2020 1.2.3 Davis Bacon Wages

Not Used

### E2020 1.2.4 Sales Tax

Exemptions for certain State or Local taxes may be available to the contractor and/or its subcontractors. The contractor shall take maximum advantage of all exemptions, including obtaining a resale permit, from State and Local taxation authorities whether available to it directly or available to the contractor based on an exemption afforded the government. The responsibility for paying applicable taxes rests with the contractor. State and local taxes applicable to the FF&E line will be included with the subcontractor's quote, if applicable. Any items purchased as building materials such as carpet are taxable.

### E2020 1.2.5 Installation

The FF&E package includes the installation of all furniture and furnishings as specified in the FF&E package. The installation dealer specified in the FF&E package will receive, store, if required, transport to the project site, off load, inside deliver, unpack, assemble, place/install, clean, if required, and dispose of all the trash for all furniture and furnishings. The Contractor's Interior Designer shall be responsible for specifying installation services and warehousing, as required, for all collateral equipment. It is the Contractor's responsibility to coordinate the building completion, occupancy, and furniture installation dates with the installation dealer specified in the FF&E package. Any costs associated with storing or delaying furniture shipments is the responsibility of the construction contractor.

### E2020 1.2.6 Installation Warranty

All movable furnishings shall be installed in accordance with the manufacturer's instructions and warranty requirements. All movable furnishings shall be level and aligned and all doors, drawers and

accessories shall be level and aligned to open, close and otherwise operate smoothly and securely. All systems furniture shall be installed by the systems furniture manufacturer's dealer of record and not the General Contractor. The Contractor shall repair, to the customer's satisfaction, any/all damage to any facility finish that is a result of the furniture installation and correct all punch list items for the furniture/furnishings.

### E2020 1.2.7 Ordering Documentation

Two copies of all ordering documentation shall be provided to the Contracting Officer including Factory Order number (FO) and warranty information.

### E2020 1.2.8 Post Award Changes

After award of the FF&E line item modification, any request to change the FF&E items must be submitted on the Contracting Officer. The FF&E modification has been accepted, priced, and negotiated based on specific line items as detailed in the final package. Those items have been agreed to considering color, specific type and quality of material, price, sustainability, life cycle, and dealership service. The Government will expect and require the contractor to provide exactly those items. Should changes become necessary, careful consideration is required to ensure that equivalent quality, price and other aspects of the item is maintained. Otherwise, price adjustments must be negotiated. The Contracting Officer will obtain approval from the Government Interior Designer/Collateral Equipment Manager in consultation with the client for any changes to the FF&E.

Post award FF&E manufacturer's price increases are the responsibility of the Contractor and shall not be transferred to the government. Recommend ordering FF&E product once funds are received to avoid incurring additional costs. Delayed production and delivery dates can be noted at the time of order placement to coincide with building completion dates.

## E2020 1.3 MINIMUM FF&E REQUIREMENTS

See room by room minimum FF&E requirements in Part 6, Attachments, FF&E Documents.

## E202001 MOVABLE ART WORK

The Contractor shall provide artwork for wall installation as part of the FF&E Submittal according to the project program. Installation of artwork to be completed by installation dealer specified in the approved FF&E package. Type of artwork to be determined by client requirements and budget as described in the Project Program for the project. Install framed artwork 63 inches (1600 mm) on center above finished floor. Include security mounting hardware.

## E202002 MODULAR PREFABRICATED FURNITURE

## E202002 1.1 FURNITURE SYSTEMS

The Government Interior Designer must approve systems furniture manufacturer. The typical workstation shall maximize each allocated space with worksurfaces and overhead closed storage with a surface to accommodate a Government provided computer. An attached articulated keyboard/mouse tray shall be selected or provided. Provide hutches with task lights and tackboards.

Powered raceways that will accommodate data and voice wire management shall be completely coordinated with all facility systems. The Contractor's Interior Designer shall ensure the coordination of all electrical/data and furniture locations. Use of power poles will not be permitted to power FF&E. The Contractor shall provide and coordinate all telecommunication receptacles and outlet requirements (i.e. RJ 11/45 receptacles and cover plates) with the Contractor's Interior Designer and the systems furniture installer. The Contractor shall hardwire all pre-wired furniture with the building systems, and coordinate all IT and telephone connections.

## E202002 1.2 MODULAR FREESTANDING FURNITURE AND WORKSTATIONS

Provide modular furniture with electrical/data cable trays and grommet holes for private offices and smaller work areas. An attached articulated keyboard/mouse tray shall be selected. Wood surfaces shall be provided as appropriate. Include accommodation for a Government provided computer and printer.

## E202003 FREESTANDING FURNITURE

See attachement MED Furniture Fixture & Equipment (FF&E) Design Guidance for further information on item selection.

### E202003 1.1 SEATING

#### E202003 1.1.1 Task Seating

Provide task seating that is fully ergonomic and coordinated by finish and scale to the workstation. Seating specifications to include: adjustable arms, back, height, and seat pan; 5 star base, appropriate castors for floor surface, lumbar support and availability in a minimum of two (2) sizes. Task seating can be from the same manufacturer as the systems or major furniture supplier or other seating manufacturer as approved by the government Interior Designer.

#### E202003 1.1.2 Lobby, Lounge, Reception and Guest Seating

Provide lounge, reception and guest seating with upholsteries consistent with the Project Program. Seating shall be easily reupholstered or have removable covers. Provide end tables and coffe tables as needed or required.

#### E202003 1.1.3 Training Room Seating

Provide seating with passive ergonomic features in that the seat and back offers some synchronized movement to allow the person seated to change positions. The support can be legs, or single pedestal with 5 star base and casters as determined by user requirements. Provide high density stack chairs or nesting chairs as required. Provide attached, storable tablet arm as required. Provide storage carts and trolleys as required.

### E202003 1.2 STORAGE AND FILING

Provide freestanding storage units, file cabinets and file safes to accommodate the specific and unique storage requirements of the user. Provide files with counterweights.

### E202003 1.3 CHILD DEVELOPMENT CENTERS

Not Used

## 3 1.4 TRAINING/CONFERENCE ROOM FURNISHINGS

### E202003 1.4.1 Tables

Provide single or multi-person worksurfaces or tables as determined from user requirements. Where computers are used, provide tables with wire management capability or pre-wired tables to accommodate data/telecommunications requirements. Powered raceways that will accommodate data and voice wire management shall be completely coordinated with all facility systems. The Contractor's Interior Designer shall ensure the coordination of all electrical/data and furniture locations. The Contractor shall provide and coordinate all telecommunication receptacles and outlet requirements, hardwire all pre-wired furniture with the building systems and coordinate all IT and telephone connections.

### E202003 1.4.2 Fixed Presentation Furnishings

Provide markerboards with porcelain on steel writing surfaces. Coordinate with building construction to include appropriate blocking or structural support for the installation of markerboards and tackboards.

### E202003 1.4.3 Movable Presentation Furnishings

Provide audio-visual carts, lecterns, multi-media presentation cabinets to accommodate power/data requirements as required.

## E202003 1.5 DINING ROOM FURNISHINGS

### E202003 1.5.1 Cafeteria, Dining Hall Furnishings

Not Used

### E202003 1.5.2 Executive Dining Furnishings

Not Used

## E202004 RUGS & ACCESSORIES

## E202004 1.1 RUGS

Not Used

## E202004 1.2 LAMPS

Provide decorative and task lamps. Refer to the Project Program for requirements.

## E202004 1.3 INTERIOR LANDSCAPING

Provide artificial plants of a variety of sizes and 'species' to provide interior landscaping, including planters or containers for artificial plants to coordinate with the interior finishes and furnishings of the project.

## E202004 1.4 OTHER DECORATIVE ITEMS

Refer to the Project Program for requirements.

**E202090 OTHER MOVABLE FURNISHINGS**

**E202090 1.1 DORMITORY FURNITURE**

Provide high quality solid hardwood commercial dormitory furniture, either maple or oak. Coordinate with Activity as to service specific branding concepts and Base standards. See attachment Barracks Furniture Specification for minimum specification requirements.

Provide mattresses, bedding, linens, towels and pillows. Provide mattresses with a 10 year warranty. Provide bedding, linens, towels and pillows as standard hospitality items.

**E202090 1.2 MISCELLANEOUS ITEMS**

**E202090 1.2.1 Containers**

Provide waste receptacles, recycling containers, and ash urns as required.

**E202090 1.2.2 Accessories**

Provide clocks, wall mounted or freestanding literature and coat racks, and mirrors as required.

**E202090 1.2.3 Small Equipment**

Provide small appliances such as coffee pots, microwaves, toasters, refrigerators, washers, dryers, and icemakers, message display units as required. Provide each bedroom with a microwave, microfridge and toaster. Provide each bedroom with a hair dryer, 1600 watts or equivalent.

**E202090 1.2.4 Special Equipment**

Provide mailroom work and storage tables, mail sorter units, carts and equipment tables as required.

Provide an option for the following high quality commercial fitness equipment:

1 each recumbent bicycle

1 each treadmill

1 each elliptical

1 each stair climber

**E202090 1.2.5 Patio Furniture**

Provide high quality patio furniture.

-- End of Section --

SECTION F10

SPECIAL CONSTRUCTION
11/10

**NOT USED**

W912ER-11-D-0010-0006

**A1102**

SECTION F20

SELECTIVE BUILDING DEMOLITION
02/11

**NOT USED**

W912ER-11-D-0010-0006

SECTION G10

SITE PREPARATION
11/10

**G10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provides project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**G10 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**G10 1.1.1 Industry Standards and Codes**

Refer to UMRL for reference designation identification.

**G10 1.1.2 Government Standards**

CORPS OF ENGINEERS (COE)

COE EM 385-1-1          Safety and Health Requirements Manual

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01            General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs, which includes the following significant UFC(s):UFC 3-200-10N, Civil Engineering; UFC 3-220-01N, Geotechnical Engineering)

UFC 3-800-10N           Environmental Engineering for Facility Construction

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

UFGS 31  00 00          Earthwork

**G10 1.2 PERFORMANCE VERIFICATION AND ACCEPTABLE TESTING**

Compliance with the requirements will be determined by a review of the design and construction submittals and by field inspection.  See Section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects* for additional requirements.  Verification of satisfactory earthwork performance shall be via testing detailed in the paragraph, "Field Quality Control", in UFGS Specification Section 31  00 00, *Earthwork*.

**G10 1.3 DESIGN SUBMITTALS**

W912ER-11-D-0010-0006

**A1104**

Design Submittals shall be in accordance with UFGS section 01 33 00.12 00, *Submittal Procedures for Design-build Projects*, the MED Design Instruction Manual, UFC 3-200-10N, *Civil Engineering*, and UFC 3-220-01N.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

UFGS 31 00 00, *Earthwork*

## G10 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Submittals in UFGS 01 57 20.00 10, Environmental Protection.

Submittals in UFGS 01 57 23, Temporary Storm Water Pollution Control.

Submittals in UFGS Specification Section 31 00 00, Earthwork.

## G10 1.5 GEOTECHNICAL REPORT

### G10 1.5.1 Subsurface Soils Information

A geotechnical investigation was performed in the vicinity of this project in 2011. The results of this investigation are included in a report entitled "Waterfront Area Geotechnical Investigation Naval Support Activity, Mina Slaman Port, Bahrain". A copy of this report is available for inspection. The exploration logs from the report are contained in Part 6-Attachment of this contract. The report and exploration logs are "FOR **INFORMATION ONLY"**, and is not guaranteed to fully represent all subsurface conditions. **Contractor is required to perform a site specific geotechnical investigation for the design and construction of the foundation system.**

### G10 1.5.2 Contractor-provided Geotechnical Engineer

The Contractor is required to retain a experienced and licensed Geotechnical Engineer and develop requirements for bidding. Any provided subsurface soil information is **"FOR INFORMATION ONLY"**. A site specific geotechnical investigation is not available and it is contractor's responsibility to provide it for the design and construction of the foundation system. Requirements stated in Parts 3 and 4 of the RFP take precedence over any content of any included geotechnical report. Additional requirements for the geotechnical design of this project are provided elsewhere in this RFP.

All work by the Contractor-provided Geotechnical Engineer at the project location shall be coordinated with the Contracting Officer and shall not interfere with normal base operations. When providing the Foundation Work Design submittal, provide the Contractor's Geotechnical Report (an Adobe Acrobat PDF version on CD and two printed copies) for review and record keeping

purposes. The report shall become the property of the Government. Provide the Geotechnical reports generated during construction, such as pile load tests or PDA results, pile driving results and analysis, to the Contracting Officer (an Adobe Acrobat PDF version and two printed copies) for record keeping purposes. If driven pile is used, provide the dynamic wave analyses in the report.

### G10 1.5.3 Contractor-Provided Geotechnical Report

Submit a written Geotechnical report based upon Contractor's subsurface investigation data and all additional field and laboratory testing accomplished at the discretion of the Contractor's Geotechnical Engineer. As a minimum, the Geotechnical Report shall include the following:

a.   The project site description, vicinity map and site map indicating the location of borings and any other sampling locations. Provide 24 hour groundwater observations for at least 20% of the borings, minimum one boring. Provide notes explaining any abbreviations or symbols used and describing any special site preparation requirements.

b.   Results of all applicable field and laboratory testing. Address existing subsurface conditions, selection and his design of the foundation and floor slab, all underground construction including utility installation and all other site-specific requirements (such as soil stabilization and slope stability, if necessary).

c.   Engineering analysis, discussion and recommendations addressing:

1)   Settlement analysis. Settlement shall be limited as required in EM 1110-1-1904, *Settlement Analysis*

2)   Bearing Capacity Analysis for shallow foundation system. Pile capacity for deep foundation system, including skin friction and end bearing versus depth.

3)   Foundation selection and construction considerations (shallow, deep, special); dimensions, and installation procedures. Foundation design confirmation/acceptance testing requirements.

4)   Site preparation (earthwork procedures and equipment), compaction requirements, building slab preparation (as applicable), soil sensitivity to weather and equipment, groundwater influence on construction, mitigation of expansive soils or liquefaction potential, dewatering requirements, slope stability, and other necessary instructions.

5)   Sheeting and shoring considerations, as applicable

6)   Pavement design calculations with parameters defined, actual or assumed, and recommended thicknesses and materials, whether for design or for proposed modifications to the RFP provided pavement design.

7)   Haul routes and stockpile locations for earthwork, as applicable.

8)   Calculations to support conclusions and

recommendations.

9)  Recommendations shall be presented on a structure-by-structure Basis.

The Geotechnical Report shall be signed by the Contractor-provided Geotechnical Engineer.

The submitted report shall be accompanied by a cover letter identifying any report recommendations of the report proposed to be adopted into the design which are interpreted by the Contractor as a change condition to the Geotechnical or Pavement related requirements of the RFP.

### G10 1.5.4 Geotechnical Site Data required in Design Drawings

The Contractor's final design drawings shall include the Government-provided subsurface data presented in the RFP, as well as any additional borings and laboratory test result data performed by the Contractor.  The data provided shall include:

a.  Logs of Borings and related summary of laboratory test results and groundwater observations.  Provide 24 hour groundwater observations for at least 20% of the borings, minimum one boring.  Provide notes explaining any abbreviations or symbols used and describing any special site preparation requirements.

b.  The locations of all borings shall be indicated on the drawings.  The applicable design drawings shall be revised to reference the Contractor's Geotechnical Report as being a basis for design.

## G1010 SITE CLEARING

## G1010 1.1 GENERAL

Not used.

## G1010 1.2 BURNING

Burning is not permitted.

## G101001 CLEARING

## G101001 1.1 CLEARING

Not used.

## G101001 1.2 PRESERVATION

Not used.

## G101002 TREE REMOVAL

Not used.

## G101003 STUMP REMOVAL

Not used.

## G101004 GRUBBING

Not used.

## G101005 SELECTIVE THINNING

Not used.

## G101005 1.1 TREE THINNING

Not used.

## G101006 DEBRIS DISPOSAL

Prevent spillage on pavements, streets, or adjacent areas.  Dispose of all surplus and unsuitable material off of Government property in accordance with Host Nation laws.  The distance to the disposal area is unknown but is assumed to be within 50 km of the project site.

## G1020 SITE DEMOLITION & RELOCATIONS

### G1020 1.1 GENERAL

Demolition work shall include the demolition, removal and legal disposal of existing construction debris as required to accommodate the new construction.  The Contractor shall take care to prevent damages to existing utilities, construction and materials not scheduled for demolition, repair or replacement, and shall repair damages to the construction and materials to the satisfaction of the Contracting Officer and at no additional cost to the Government.

### G1020 1.2 AUTHORIZATION

Do not begin demolition until the Demolition Plan has been approved by and authorization is received from the Contracting Officer.

### G1020 1.3 TITLE TO MATERIALS

Whenever possible, all features demolished shall be salvaged or recycled in lieu of being disposed of as waste in a landfill.  Existing features to be demolished which are not salvageable or reused, shall become the property of the Contractor and shall be removed from project site.  The Government will not be responsible for the condition, loss of, or damage to, such property after contract award.  Materials and equipment shall not be viewed by prospective purchasers or sold on the site.

### G1020 1.4 REUSE OF MATERIALS AND EQUIPMENT

Remove and store materials and equipment to be reused or relocated to prevent damage, and reinstall as the work progresses.

### G1020 1.5 SALVAGED MATERIALS AND EQUIPMENT

Salvage materials and equipment that are to be removed by the Contractor and that are to remain the property of the Government, and deliver to a storage site on the station in accordance with instructions of the Contracting Officer.

## G102001 BUILDING MASS DEMOLITION

Not used.

**G102002 ABOVEGROUND SITE DEMOLITION**

**G102002 1.1 DUST AND DEBRIS CONTROL**

Prevent the spread of dust and debris to occupied portions of a building or on pavements and avoid the creation of a nuisance or hazard in the surrounding area. Do not use water for dust control if it results in hazardous or objectionable conditions such as, but not limited to, flooding, or pollution.

**G102002 1.2 PROTECTION**

**G102002 1.2.1 Traffic Control**

Where pedestrian and driver safety is endangered in the area of removal work, use traffic barricades with flashing lights to indicate the potential hazard.

**G102002 1.2.2 Foreign Object Damage (FOD)**

Not used.

**G102002 1.2.3 Existing Work**

Before beginning and demolition or deconstruction work, survey the site and determine the extent of the work. Record existing conditions in the presence of the Contracting Officer showing the condition of structures and other facilities adjacent to areas of alteration or removal. Photographs sized 100 mm will be acceptable as a record of existing conditions. Include in the record the elevation of the top of foundation walls, finished floor elevations, possible conflicting electrical conduits, plumbing lines, alarm systems, the location and extent of cracks and other damage and description of surface conditions that exist prior to starting work.

**G102002 1.2.4 Noise Pollution**

Not used.

**G102002 1.3 PAVING AND SLABS**

Remove concrete and asphaltic concrete paving and slabs as required for construction of project. Remove the existing aggregate base in areas to receive new pavement to the depth of the proposed pavement section below new finish grade. Completely remove the existing aggregate base in areas not to receive new pavement Provide neat sawcuts at limits of pavement removal; protect sawcuts so that new pavement will butt against the existing without feathering.

**G102002 1.4 ABOVEGROUND STORAGE TANKS**

Not used.

**G102003 UNDERGROUND SITE DEMOLITION**

**G102003 1.1 UTILITY TERMINATION**

Terminate utilities in accordance with Host Nation code; U.S. Navy Department of Public Works rules and regulations; UFC 3-200-10N, *Civil Engineering*; and approved by the Contracting Officer.

**G102003 1.2 PROTECTION OF EXISTING UTILITIES**

Protect existing utilities to remain. Where removal of existing utilities and pavement is required, provide approved barricades, temporary covering of exposed areas, and temporary services or connections. Repair damage to existing utilities to remain at no additional expense to the government.

**G102003  1.3 UNDERGROUND STORAGE TANKS**

Not used.

**G102004 BUILDING RELOCATION**

Not used.

**G102005 UTILITY RELOCATION**

Repair relocated items that are damaged or replace damaged items with new undamaged items as approved by the Contracting Officer and at no additional expense to the government.

**G102006 FENCING RELOCATION**

Not used.

**G102007 SITE CLEANUP**

Remove rubbish and debris from the station daily; do not allow accumulations inside or outside the building(s) or on pavements. Store materials that cannot be removed daily in areas specified by the Contracting Officer.

**G1030 SITE EARTHWORK**

**G1030 1.1 GENERAL**

This section includes the design and construction requirements for earthwork and grading related to construction of the roadways, parking, paved areas and other related site work. Refer to Section A10 for earthwork related to construction of structures, including building, footings, foundations, retaining walls, slabs, tanks, and utility appurtenances.

The Designer of Record shall utilize UFGS Specification Section 31 00 00, *Earthwork*, for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

**G103001 GRADING**

**G103001 1.1 ELEVATIONS**

Establish finish floor elevations as required by UFC 3-200-10N, *Civil Engineering*.

**G103001 1.2 SITE GRADING**

The Contractor shall grade the site to drain to landscaped areas to the maximum extent possible and minimize the amount of surface runoff leaving the site. Provide site grading in accordance with the requirements of the UFC 3-200-10N, *Civil Engineering*.

**G103001 1.3 FINISHED SURFACES**

Finish grading shall provide drainage towards new landscaped areas and

existing drainage features. Finish grading shall not result in low spots that hold water, other than landscaped areas. Finish grading shall be in accordance with the requirements of the UFC 3-200-10N, *Civil Engineering*.

## G103002 COMMON EXCAVATION

The Contractor shall preserve natural topographic features to minimize cut and fill requirements. All unsuitable material and surplus excavation shall become the property of the Contractor and shall be disposed of as indicated in the Project Program.

## G103003 ROCK EXCAVATION

Blasting is not allowed

Requests for additional compensation shall not be made by the Contractor for degree of hardness or difficulty encountered in removal of material. All unsuitable material and surplus excavation shall become the property of the Contractor and shall be disposed of as indicated in Project Program.

## G103004 FILL & BORROW

### G103004 1.1 SOURCES

Where sufficient topsoil and satisfactory materials are not available on the project site, provide suitable borrow materials from off site.

### G103004 1.2 UNSATISFACTORY SOIL MATERIALS

Remove unsatisfactory soil materials from the site in accordance with the Project Program and replace with satisfactory soil materials in accordance with UFGS Specification Section 31 00 00, *Earthwork*.

### G103004 1.3 TOPSOIL

Not used.

## G103005 COMPACTION

Provide compaction in accordance with UFGS Specification Section 31 00 00, *Earthwork*, and the recommendations of the Contractor's Geotechnical Engineer, whichever is greater.

## G103006 SOIL STABILIZATION

If necessary, provide soil stabilization designed to function as required by site conditions in accordance with the UFGS Specifications Section 31 00 00, *Earthwork* and standards of the Host Nation where the project is located. Apply and install geosynthetics in accordance with the manufacturer's written instructions.

## G103007 SLOPE STABILIZATION

If necessary, provide slope stabilization methods in accordance with the Host Nation specifications and standards where the project is located. Design and install manufactured products, gabions, geogrids and rock anchors in accordance with the manufacturer's written instructions.

## G103008 SOIL TREATMENT

### G103008 1.1 TERMITE CONTROL

Refer to Section A1010 1.2, "Termite Control".

## G103008 1.2 RODENT AND VEGETATION CONTROL

Prevent and eliminate standing water.

## G103009 SHORING

Provide sheeting, shoring, bracing, cribbing and underpinning in accordance with the Army Corps of Engineer's Safety and Health Requirements Manual (COE EM 385-1-1), UFC 3-220-01N, *Geotechnical Engineering*, UFC 3-301-01N, *Structural Engineering*, and all other applicable Federal, State and local codes and requirements.

Provide protection of existing structures.

## G103010   TEMPORARY DEWATERING

The design of the temporary dewatering system shall account for soil conditions, rainfall, fluctuations in the groundwater elevations and the potential settlement impact on adjacent facilities due to dewatering.   Provide dewatering in accordance with UFGS Specification Section 31  00 00 and UFC 3-220-05, *Dewatering and Groundwater Control*.  While the excavation is open, the water level shall be maintained continuously, at least 0.30 m below the working level.

French drains, sumps, ditches or trenches will not be permitted within 0.9 m of the foundation of any structure without written approval of the NAVFAC Civil/Geotechnical Reviewer.

## G103011   TEMPORARY EROSION & SEDIMENT CONTROL

### G103011  1.1 TEMPORARY EROSION & SEDIMENT CONTROL

Develop and implement temporary erosion and sediment control measures and other Best Management Practices (BMPs) prior to or in conjunction with commencement of earthwork in accordance with the Host Nation Erosion and Sediment Control Laws and Regulations.  Remove all non-permanent erosion control measures after vegetation is fully established or pavements have been installed.

### G103011  1.2 MAINTENANCE

Maintain temporary erosion control measures in accordance with Host Nation Erosion and Sediment Control Laws and Regulations and the Storm Water Pollution Prevention Plan throughout the project until areas are fully stabilized.

## G103090 OTHER SITE EARTHWORK

### G103090 1.1 HISTORIC AND ARCHAEOLOGIC ARTIFACTS

Not used.

### G103090 1.2 PIPELINE CASING UNDER PAVEMENTS

Where required by code or local practice provide casing for piping under pavements.  The Contractor is responsible for obtaining permits from all government and nongovernment owners/agencies in designing and providing the work.

### G103090 1.3 TOPSOIL AND SEED

Not used.

**G1040   HAZARDOUS WASTE REMEDIATION**

**G1040   1.1 EXCAVATION**

Perform excavation of contaminated soil and groundwater as indicated in the RFP, in accordance with the ESR and the approved contaminated soil and groundwater removal work plan as described in Section 01 57 20.00 10, *Environmental Protection*.   Areas of contamination shall be excavated to the depth noted elsewhere in the RFP.   Select methods and equipment to minimize disturbance to areas beyond the limits of the excavation area.   Material that becomes contaminated as a result of the Contractor's operations shall be removed and disposed of at no additional cost to the Government.   Where excavation extends into groundwater levels, dewatering methods shall be employed on a localized basis to facilitate excavation operations.   Water generated by dewatering during excavation shall be collected and tested in accordance with the ESR and the approved work plan.

Water that contains contaminants above the levels indicated in the ESR shall be disposed of in accordance with the ESR and the approved work plan.

Non-contaminated water may be disposed of on-site.

**G1040   1.2 STOCKPILED SOILS**

Soils determined to be contaminated in accordance with the criteria in the ESR must be stockpiled in accordance with the contaminated soil and groundwater removal work plan as described in Section 01 57 20.00 10, *Environmental Protetion*, and shall be disposed of in accordance with the requirements of the ESR.

Soils that are determined to contain contaminants below the criteria listed in the ESR may be used as clean fill.

**G1040   1.3 CLEAN FILL**

Soils that are determined as clean fill via testing shall be backfilled and compacted in accordance with the requirements listed in the ESR.

**G1040   1.4 SPILLS**

In the event of a spill or release of hazardous substances, pollutant, contaminant or oil, notify the Contracting Officer immediately. Containment actions shall be taken immediately to minimize the effect of any spill or leak.   Clean up shall be performed at the Contractor's expense in accordance with the ESR and the approved spill work plan as described in Section 01 57 20.00 10, *Environmental Protection*.

**G1040   1.5 DISPOSAL**

All waste materials shall become the property of the Contractor and shall be transported, disposed of in accordance with the criteria listed in the ESR and the approved disposal plan as described in Section 01 57 20.00 10, *Environmental Protection*.

-- End of Section --

SECTION G20

SITE IMPROVEMENTS
11/10

**G20 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provides project specific requirements. The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**G20 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references. This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards. The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**G20 1.1.1 Industry Standards and Codes**

U.S CONSUMER PRODUCT SAFETY COMMISSION, PUBLICATION NO. 325

**G20 1.1.2 Government Standards**

CORPS OF ENGINEERS (COE)

| | |
|---|---|
| TM 5-822-5 | Pavement Design for Roads, Streets, Walks, and Open Storage Areas |

NAVAL FACILITIES ENGINEERING COMMAND (NAVFACENGCOM)

| | |
|---|---|
| Penn Memo | Department of the Navy Low Impact Development (LID) Policy for Storm Water Management |

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs, which includes the following significant UFC(s):UFC 3-200-10N, Civil Engineering, UFC 3-201-02, Landscape Architecture, UFC 3-220-01N, Geotechnical Engineering Procedures for Foundation Design of Buildings and Structures) |
| UFC 3-200-10N | Civil Engineering |
| UFC 3-201-02 | Landscape Architecture, with Change 1 |
| UFC 3-210-06A | Site Planning and Design |
| UFC 3-210-10 | Low Impact Development |

W912ER-11-D-0010-0006

A1114

| UFC 3-250-01FA | Pavement Design for Roads, Streets, Walks and Open Storage Areas |
|---|---|
| UFC 3-250-03 | Standard Practice Manual for Flexible Pavements |
| UFC 3-800-10N | Environmental Engineering for Facility Construction |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

| UFGS 32 05 33 | Landscape Establishment |
|---|---|
| UFGS 32 11 16.16 | Subbase Course for Flexible Paving |
| UFGS 32 11 24 | Graded Crushed Aggregate Base Course for Flexible Pavement |
| UFGS 32 12 17 | Hot Mix Bituminous Pavement |
| UFGS 32 16 15 | Concrete Block Pavements |

## G20 1.2 QUALITY ASSURANCE

### G20 1.2.1 Qualifications of Tree Location Contractor

Contractor shall be a professional tree moving company holding landscape contractor's license in the Host Nation where the work is to be performed and have a minimum ten years of tree relocation experience.

### G20 1.2.2 Qualifications of New Landscape Contractor

Construction Company shall hold a landscape contractor's license in the Host Nation where the work is to be performed and have a minimum five years of landscape construction experience.

## G20 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Compliance with the requirements will be determined by a review of the design and construction submittals and by field inspection.  See Section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects* for additional requirements.

Verification of satisfactory performance shall be via Performance Verification, as detailed in this section of the RFP.  Verification of satisfactory performance shall also be via testing as detailed in the paragraph, Field Quality Control, in applicable UFGS Specification Sections utilized.

### G20 1.3.1 Subgrade Preparation Performance Verification

Perform subgrade preparation in accordance with PTS Section G10 and UFGS 31 00 00, *Earthwork*.  If required by the Designer of Record, perform proof rolling.  Proof rolling shall be performed in the presence of the Contracting Officer.  Rutting or pumping of material shall be undercut as directed by the Contracting Officer and replaced with satisfactory soil materials as defined in Section G10, *Site*

*Preparation* and UFGS 31 00 00, *Earthwork*.

## G20 1.3.2 Base Course Performance Verification

### G20 1.3.2.1 Aggregate Base Course

a.   Sampling:  ASTM D 75M.

b.   Gradation:  ASTM C 136.

c.   Thickness:  Confirm in-place compacted thickness. Acceptable tolerances are plus or minus 13 mm.  One test for every 400 square meters, minimum 2 tests.

d.   Density:  ASTM D 1556 or ASTM D 2922 and ASTM D 3017.  One field test for every 400 square meters, minimum 2 tests. ASTM D 1557, Method D, one laboratory test for the project.

e.   Visual:  Surface shall be smooth with no ruts.

### G20 1.3.2.2 Bedding Sand

a.   Sampling:  ASTM D 75M.

b.   Gradation:  ASTM C 136.

c.   Thickness:  Confirm in-place uncompacted thickness of 30 mm.  Acceptable tolerances are plus or minus 6 mm.  One test for every 400 square meters, minimum 2 tests.

d.   Visual:  Surface shall be smooth with no ruts.

### G20 1.3.2.3 Other Types of Base Courses

For other types of base courses, provide field testing in accordance with the Host Nation Specifications (HNS).

## G20 1.3.3 Bituminous Concrete Pavement Performance Verification

Contractor shall follow UFGS 32 12 17 Hot Mix Bituminous Pavement for any requirements not listed below.

a.   Visual:  Finished surface shall be uniform in texture and appearance and free of cracks and creases.

b.   Sampling:  ASTM D 979M.

c.   Job Mix:  Determine gradation and bitumen content.  One sample for every 455 metric tons, minimum 1 test.

d.   Thickness:  ASTM D 3549.  Confirm in-place compacted thickness.  Acceptable tolerances are plus or minus 6 mm for bituminous surface course.  One test for every 455 metric tons, minimum 2 tests.

e.   Surface Smoothness:  Test surface smoothness by using a 3 meter straightedge in transverse and longitudinal directions to pavement.  Acceptable tolerances are plus or minus 3 mm for bituminous surface courses.

f.   Density: Conduct field density of in-place compacted pavement in accordance with ASTM D 1559.  One field test for every 1672 square meters, minimum 2 tests.  One laboratory test for the

W912ER-11-D-0010-0006

project.

### G20 1.3.4 Portland Cement Concrete Pavement Performance Verification

Not used.

### G20 1.3.5 Concrete Joint Performance Verification

Not used.

### G20 1.3.6 Topsoil Performance Verification

Prior to planting design, provide a commercial soil analysis. Amend planting areas based on the soil test's interpretation, amendment type, and quantity recommendations (including soil nutrients and texture, with percentages shown). Additional topsoil shall be used only in areas where soil analysis shows that the existing soil is inadequate for growth of plant materials.

### G20 1.3.7 Final Inspection for Planting and Irrigation

Final inspection shall be made upon written request from the Contractor at least 10 days prior to the last day of the planting and irrigation Establishment Period. The Landscape Contractor shall attend the inspection with the Contracting Officer and document the inspection. The Landscape Architect-of-Record shall also attend the inspection and provide the Contracting Officer with a letter certifying that the planting and irrigation is installed per the plans and irrigation coverage is correct and appropriate for optimum plant survival. At the end of the Establishment Period, remove all stakes and guy cables.

### G20 1.3.8 Landscape and Irrigation Establishment Period and Guarantee

All transplanted trees, newly planted trees, shrubs, ground covers, and irrigation systems shall be guaranteed for a period of one year after the Contracting Officer's final acceptance. This acceptance, and the submittal of irrigation as-builts and controller charts, shall begin the Establishment Period. All trees, shrubs, and ground covers that die or have 20 percent or more of their crowns that die during planting operations or the guarantee period shall be replaced with healthy plants of the same species or variety during the appropriate planting season. The Landscape Architect-of-Record shall, along with the Contracting Officer, attend, approve and document the start of the Establishment Period and document quarterly and final inspections. During this period, the Contractor shall perform tasks which shall include, but not be limited to: watering, fertilizing, mulching, pruning, weeding, eradicating pests (rodents, rabbits, insects, mammals and fungus), restaking, adjusting guy wires, adjusting irrigation systems, and replenishing mulch to assure all plant material is in a healthy and thriving condition or the Contractor shall replace plant material at his own expense.

## G20 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with UFC 1-200-01, General Building Requirements, UFGS section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and UFC 3-200-10N, *Civil Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall

edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

    32 05 33, *Landscape Establishment*

    32 11 16.16, *Subbase Course for Flexible Paving*

    32 11 24, *Graded Crushed Aggregate Base Course for Flexible Pavement*

    32 12 17, *Hot Mix Bituminous Pavement*

    32 16 15, *Concrete Block Pavements*

## G20 1.5 CONSTRUCTION SUBMITTALS

Provide product data for all exterior furnishings.

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Provide product data for all exterior furnishings, field test reports, transporting plan, and irrigation plan.

### G20 1.5.1 Transplanting Plan

Not used.

### G20 1.5.2 As-Builts

Submit a complete set of irrigation as-builts to the Contracting Officer, to include the recording of measurements onto a record set of full-size project irrigation plans. Measurements shall locate water meters, pressure supply lines at 30 m intervals, backflow prevention devices, rain sensors, valves (including quick couplers and hose bibbs), controllers (and control wire, if routed separately from pressure supply line); all dimensioned from two permanent points of reference, such as building corners, sidewalks, and other permanent features.

## G20 1.6 ANTITERRORISM (AT) STANDARDS

INCORPORATE THE MINIMUM AT STANDARDS INDICATED IN UFC 4-010-01, *DOD MINIMUM ANTITERRORISM STANDARD FOR BUILDINGS*.

## G20 1.7 PROJECT LIMITATIONS

Prior to the start of design, the Contractor shall determine the exact limit-of-work line for the project periphery, considering items such as, but not limited to, utility work, landscaping of disturbed areas, and laydown areas. The Designer of Record shall determine limit-of-work lines.

## G2010 ROADWAYS

## G2010 1.1 PAVEMENT DESIGN

Provide geometric and pavement design, including minimum pavement sections, in accordance with UFC 3-200-10N, *Civil Engineering*, and the Host Nation.

W912ER-11-D-0010-0006

Provide pavement calculations in accordance with the MED Design Instruction Manual..  Provide any required additional pavement design to provide a complete and useable facility.

**G2010 1.2 PAVEMENT AESTHETICS**

Provide surfaces consistent in color and finish.

**G2010 1.3 LANDSCAPING**

Not used.

**G2010 1.4 TRAFFIC CONTROL DEVICES**

New traffic control devices (i.e., signs and markings) shall be provided and installed in accordance with the Host Nation standards.  New traffic control devices shall also be provided along/in the existing streets adjacent to the project site as necessary to provide complete traffic control to the new facilities.

**G2010 1.5 EXISTING UTILITY STRUCTURES**

Existing utility structures shall be adjusted to meet the new finished pavement grades as required.

**G201001 BASES & SUBBASES**

Prepare subgrade in accordance with Section G10, *Site Preparation*.  Geotextiles may be used for separation or reinforcement in accordance with manufacturer's instructions. Provide base course under paved areas in accordance with the Host Nation specifications (HNS) in the country where the project is located

Place base course in accordance with the HNS for that particular base course and in layers of equal thickness with no compacted layer more than 150 mm thick. Compact base course at the optimum moisture content to 100 percent ASTM D 1557 maximum dry density.

Where HNS are not available or applicable, the Designer of Record shall utilize the applicable UFGS Specification Sections referenced under paragraph 1.1.2 entitled "Government Standards" for the project specification.  Submit these specifications in edited form as a part of the design submittal for the project.

**G201002 CURBS & GUTTERS**

Provide concrete curbs in accordance with the HNS and standards or as specified in UFC 3-200-10N, Civil Engineering, whichever is more stringent.  Where the HNS do not include concrete materials for curbs, provide concrete in accordance with the applicable standard mix of the HNS for a minimum compressive strength at 28 days of 25 MPa concrete.

**G201003 NEW ROADWAY PAVED SURFACES**

New roadways are to be concrete paver blocks.  Concrete paver blocks shall conform to ASTM C 936M and shall be rectangular in shape with a minimum thickness of 80 mm.  Concrete paver blocks shall have a minimum Solar Reflectance Index (SRI) of 29.  The approximate size of the concrete paver blocks shall be 200 mm long by 100 mm wide and are to be set on a 50 mm sand bedding layer.

**G201003 1.1 Joints**

Joint sand shall consist of crushed sand, natural sand, or a combination of

crushed and natural sand in conformance with *UFGS 32 16 15*.

## G201004 MARKING & SIGNAGE

### G201004 1.1 MARKING

Pavement marking for concrete block pavement roadways shall be provided using contrasting color concrete block pavers.

Mark neatly to denote traffic lanes.

### G201004 1.2 SIGNAGE

Provide signage in accordance with the HNS and MUTCD.

## G201005 PAVEMENT REPLACEMENT PAVED SURFACES

Where HNS are not available or applicable, the Designer of Record shall utilize the applicable UFGS Specification Sections referenced under paragraph 1.1.2 entitled "Government Standards" for the project specification. Submit these specifications in edited form as a part of the design submittal for the project.

### G201005 1.1 PAVEMENT MIX

#### G201005 1.1.1 Bituminous Concrete Pavement

Provide bituminous concrete pavement in accordance with the applicable standard mix of the HNS based on the pavement design and vehicle loading indicated in this RFP.

##### G201005 1.1.1.1 Bituminous Concrete Placement

Bituminous concrete placement, including minimum temperature during placement, joints, and maximum lift thickness shall be in accordance with the HNS. Compact bituminous concrete in accordance with the HNS, modified to 96 percent of maximum laboratory density.

#### G201005 1.1.2 Portland Cement Concrete Pavement

Not used.

### G201005 1.2 JOINTS FOR PORTLAND CEMENT CONCRETE PAVEMENT

Not used.

#### G201005 1.2.1 Expansion Joints

Not used.

#### G201005 1.2.2 Isolation Joints

Not used.

#### G201005 1.2.3 Contraction Joints

Not used.

#### G201005 1.2.4 Construction Joints

Not used.

**G201005 1.2.5 Joint Sealants**

Not used.

**G201005 1.2.6 Preformed Compression Seals**

Not used.

## G201005 1.3 PRIME COAT

Use prime coat in accordance with the Host Nation Specifications or UFC 3-250-03, whichever is more stringent.  Prime coat shall be emulsified asphalt materials.  Prime coat shall be applied to the compacted aggregate base course for all areas of pavement replacement due to utility installation.

## G201005 1.4 TACK COAT

Tack coat is required for bituminous pavement replacement due to utility installation on the vertical cut faces of the existing pavement.  Tack coat shall be in accordance with the Host Nation Specifications or UFC 3-250-03, whichever is more stringent.

## G201005 1.5 PAVEMENT PATCHES

Provide pavement patches for existing pavements where required for installation of utility trenches.  Saw cut 300 mm beyond edge of trench.  Thicknesses of pavement materials shall be equal to or greater than the existing pavement section.

## G201006 MARKING & SIGNAGE

## G201006 1.1 MARKING

Pavement markings shall be in accordance with the HNS.  Materials shall be designed for life expectancy of at least 3 years under an average daily traffic count per lane of approximately 9000 vehicles.  Water based paints shall have durability rating of at least 4 when determined in the wheel path area.

Provide a half-rate initial marking application on bituminous pavements.  Provide the remaining application at the end of the normal curing period.

## G201006 1.2 SIGNAGE

Provide signage in accordance with the HNS and MUTCD.

## G201007 GUARDRAILS & BARRIERS

## G201007 1.1 GUARDRAILS

Not used.

## G201007 1.2 BOLLARDS

Bollards shall be 100 mm diameter minimum steel pipe filled with concrete and embedded in a Portland cement concrete foundation.

## G201008 RESURFACING

Not used.

**G201008 1.1 SLURRY SEAL**

    Not used.

**G201008 1.2 BITUMINOUS CONCRETE OVERLAY**

    Not used.

**G201008 1.3 CRACK SEALING**

    Not used.

**G2020 PARKING LOTS**

**G202001 BASES & SUBBASES**

Refer to Section G201001.

**G202002 CURBS & GUTTERS**

Refer to Section G201002.

**G202003 PAVED SURFACES**

Parking lots are to be concrete paver blocks.  Concrete paver blocks shall conform to ASTM C 936M and shall be rectangular in shape with a minimum thickness of 80 mm.  Concrete paver blocks shall have a minimum Solar Reflectance Index (SRI) of 29.  The approximate size of the concrete paver blocks shall be 200 mm long by 100 mm wide and are to be set on a 50 mm sand bedding layer.

**G202003 1.1 Joints**

    Joint sand shall consist of crushed sand, natural sand, or a combination of crushed and natural sand in conformance with *UFGS 32 16 15*.

**G202004 MARKING & SIGNAGE**

Pavement marking for concrete block pavement parking lots shall be provided using contrasting color concrete block pavers.

Mark neatly to denote traffic lanes and parking spaces.

**G202005 BARRIERS**

Refer to Section G201005.

**G202005 1.1 WHEELSTOPS**

    Provide precast concrete wheelstops.

**G202006 RESURFACING**

Not used.

**G2030 PEDESTRIAN PAVING**

Pedestrian paving is to be concrete paver blocks.  Locate new pedestrian pavements such that they maintain continuity of pedestrian traffic to and from the existing sidewalks adjacent to the site(s).  Concrete paver blocks are to be 60 mm thick with a minimum SRI of 29.  The approximate size of the concrete paver blocks shall be 200 mm long by 100 mm wide and are to be set on a 50 mm sand bedding layer.

**G203001 BASES & SUBBASES**

Provide as required by Host Nation standards or geotechnical report; refer to Section G201001.

**G203003 PAVED SURFACES**

**G203003 1.1 SIDEWALKS**

Not used.

**G203003 1.1.1 Joints**

Not used.

**G203003 1.2 CONCRETE PAVERS**

Sidewalks shall be concrete paver blocks.  Concrete paver blocks shall conform to ASTM C 936M and shall be rectangular in shape with a minimum thickness of 60 mm.  Concrete paver blocks shall have a minimum Solar Reflectance Index (SRI) of 29.  Sidewalks shall be a minimum of 1.5 meters wide.

**G203003 1.2.1 Joints**

Joint sand shall consist of crushed sand, natural sand, or a combination of crushed and natural sand in conformance with *UFGS 32 16 15*.

**G203003 1.3 HANDICAPPED RAMPS**

Provide handicapped ramps of concrete paver blocks. Concrete paver blocks shall conform to ASTM C 936M and shall be rectangular in shape with a minimum thickness of 60 mm.  Concrete paver blocks shall have a minimum Solar Reflectance Index (SRI) of 29.

**G203004 BARRIERS**

Refer to Section G201005.

**G2040 SITE DEVELOPMENT**

**G204001 FENCING & GATES**

**G204001 1.1 CHAIN LINK FENCE**

Not used.

**G204001 1.1.1 Tensions Wires and Top Rails**

Not used.

**G204001 1.1.2 Gates**

Not used.

**G204001 1.1.3 Posts and Braces**

Not used.

**G204001 1.1.4 Fencing Accessories**

Not used.

**G204001 1.2 ORNAMENTAL FENCE**

Not used.

**G204001 1.3 SECURITY FENCE**

Not used.

**G204001 1.3.1 Chain Link Security Fence**

Not used.

**G204001 1.3.2 Signage**

Not used.

**G204001 1.3.3 Drainage Culverts and Utility Openings**

Not used.

**G204001 1.4 OPENINGS IN PERIMETER AND SECURITY FENCING**

Not used.

**G204001 1.5 FENCE GROUNDING**

Not used.

**G204001 1.6 ENCLOSURES FOR UTILITY EQUIPMENT**

Not used.

**G204002 FREESTANDING WALLS**

Provide freestanding walls as an enclosure for trash dumpsters, recycling areas and utility equipment.  Ensure a minimum clearance is provided no less that 900 mm around equipment to permit maintenance access and ventilation.  Freestanding walls shall conform to the Base Exterior Architecture Plan (BEAP) and or Installation Appearance Plan.

**G204003 EXTERIOR FURNISHINGS**

Refer to ESR G20 and other portions of the RFP for exterior furnishings required on this project.  All site furnishings shall be permanently attached to concrete pads.  Site furnishings shall conform to the Base Exterior Architecture Plan (BEAP) and or Installation Appearance Plan for each Activity.  If no product guidance is given, coordinate material, finish and color with architecture (fiberglass and aluminum are not acceptable) and provide to the greatest extent possible, materials with industrial recycled content, preferably from regionally local manufacturers.

**G204003 1.1 PICNIC AND PASSIVE RECREATION AREAS**

Not used.

**G204003 1.2 TRASH RECEPTACLES**

Trash receptacles, with drain hole, shall have stationary or self-closing

lids with anchor chains secured to the receptacle to protect the contents from weather. Receptacles shall be designed to hold heavy-duty plastic or galvanized steel liners of the same manufacturer. Consideration shall be given to potential weight of full containers when deciding on 'top loading' or 'side loading' receptacles. Trash receptacles shall include a concrete pad 300 mm larger on all sides than the size of the trash receptacles.

## G204003 1.3 BENCH

Minimum 1.8 meter length to match trash and recycling receptacle material & color, installed a minimum of 450 mm above finish grade, permanently installed with anchor bolts or in-ground. Benches shall be constructed of durable, long-lasting materials.

## G204003 1.4 RECYCLING RECEPTACLES

Single-piece with separate slots for cans, bottles and newspaper. Height, material, and style shall match trash receptacle.

## G204003 1.5 BARBEQUE

Not used.

## G204003 1.6 HOT ASH RECEPTACLE

Not used.

## G204004 SECURITY STRUCTURES

Not used.

## G204005 SIGNAGE

Provide facility signage as required by local code, the Installation and Appearance Guide, the Base Exterior Architectural Plan (BEAP) and this RFP.

Size messages and graphics on signs according to the functional viewing distance. Typically, at least 25 mm of letter height per 7.62 meters of viewing distance is required for readability.

Refer to Section G201004, "Marking & Signage" for traffic signage.

## G204007 PLAYING FIELDS

## G204007 1.1 PLAYGROUNDS

Not used.

### G204007 1.1.1 Tot Lots

Not used.

### G204007 1.1.2 Play Lots

Not used.

### G204007 1.1.3 Equipment

Not used.

### G204007 1.1.4 CCA-Treated Lumber

Not used.

### G204007 1.1.5 Playground Safety Surface

Not used.

## G204007 1.2 PLAYING FIELDS

Not used.

## G204090 OTHER SITE IMPROVEMENTS

Other site improvements shall conform to the BEAP or Installation Appearance Plan (whichever is applicable) and to the requirements of UFC 4-010-01.

## G204090 1.1 DUMPSTER PADS, RECYCLING AREA AND ENCLOSURES

Dumpster pad enclosures and recycling area enclosures shall conform to the BEAP or Installation Appearance Plan and to the requirements of UFC 3-200-10N. All dumpster pad and recycling area enclosures will have a double swing gate in the enclosure will provide vehicle access to the pads. The size and number of dumpsters shall be determined based on the maximum design population of the facility with a weekly trash pick-up schedule and the dumpster enclosure shall be large enough for the removal and replacement of the dumpsters. The size of the recycling enclosure shall match the size of the dumpster enclosure.

## G2050 LANDSCAPING

## G2050 1.1 DESIGN

The design of landscaped areas shall be in accordance with Presidential Executive Order 13148 of April 2000, with a goal to reduce fertilizers, pesticides, and water use. The intent is to achieve a base-wide ratio of 20 percent maximum non-native plants and 80 percent minimum locally or regionally native plants. Do not use plants deemed invasive by the project Host Nation or local chapter of the Landscape Architects as a threat to ecosystems or agriculture. All non-paved site areas inside the project limits or outside the project limits disturbed by construction operations, after meeting plant quantity requirements, shall be covered with plant material or inorganic mulch. Stabilized soil or organic mulch is not acceptable as a ground cover. Provide landscape architectural work in accordance with UFC 3-201-02, *Landscape Architecture*. All projects with planting and or irrigation areas shall utilize the design services of a Landscape Architect licensed in the Host Nation of the project. The Landscape Architect of Record shall visit the site at least once prior to design, twice during construction, and quarterly during the Establishment Period, including the Establishment Period start and completion.

## G205001 FINE GRADING AND SOIL PREPARATION

See Section G10, Site Preparation.

## G205002 EROSION CONTROL MEASURES

See Section G10, Site Preparation.

## G205003 TOP SOIL AND PLANTING BEDS

See paragraph titled, G205005 PLANTINGS.

**G205004 SEEDING, SPRIGGING, AND SODDING**

Not used.

**G205005 PLANTINGS**

**G205005 1.1 EXISTING PLANT MATERIAL TO REMAIN OR BE TRANSPLANTED**

Not used.

**G205005 1.2 UTILITIES**

Trees shall not be placed within 3 meter of any above or below-grade utility line or structure.  Within roadway sightlines, mature shrubs shall not be greater than 1 m in height and trees shall be limbed up a minimum of 2 m so their mature growth will not obstruct views from vehicle intersections or points of vehicle ingress or egress.

**G205005 1.3 RECYCLING**

Green waste:  Contact the Public Works Department for potential green waste collection and hauling by the Contractor.  Green waste collected by the Contractor shall be separated from construction debris and delivered to the local landfill's green waste recycling area.  Quantify and report diverted waste to the Contracting Officer.

**G205005 1.4 PLANTING**

**G205005 1.4.1 Plant Quantities**

Provide trees at the rate of one (1) tree per 92.9 square meters of Landscape Area.  Landscape area is defined as all permeable areas within the project boundaries not covered by buildings, roads, parking lots, sidewalks, and other non-permeable areas.  Total minimum quantities may be reduced only by the reviewing Government Landscape Architect.  For bioretention areas, minimum quantities of trees, shrubs, and ground covers shall be as required by Host Nation regulations.  Provide a minimum tree size of 600 mm box/50 mm caliper, or if within an anti-terrorism zone provide a minimum size of 910 mm box/76 mm caliper. For trees within concrete or other non-permeable paved areas, allow a minimum non-paved planting area of 1.2 m by 2.4 m per tree.

A minimum of sixty percent (60%) of the landscaped areas shall be planted with shrubs and groundcover so that at 50 percent (50%) plant maturity, they will form mass plantings.  Utilize a minimum ratio of 60 percent (60%) 18.9 liter shrubs or groundcover and 40 percent (40%) 3.79 liter shrubs or groundcover.  The remaining forty percent (40%) of the landscape area may be inorganic mulch, decomposed granite, planted or a combination.  For inorganic mulch, provide 76 mm depth of 19 mm and smaller rock, and for larger than 19 mm size, assure complete ground surface coverage.  For decomposed granite, provide 50 mm minimum depth. Do not use decomposed granite as a ground cover on slopes 5:1 and greater.

**G205005 1.4.2 Plant Quality**

All plants shall comply with ANSI Z60.1 and ANSI Z133.1, current editions.  All plants shall be in a healthy, disease and pest free condition.

**G205005 1.4.3 Plant Selection**

The reviewing Government Landscape Architect shall have final approval authority on all selected plant material.  Species deemed unsuitable for planting by the Government Landscape Architect will not be allowed.

### G205005 1.4.4 Plant Installation

Planting operations, including but not limited to planting soil mixes and fertilization, shall comply with local established practices. Stake or guy new or transplanted trees with three stakes 63.5 mm x 2.4 m hardwood, or three guy cables five-strand, 5 mm diameter galvanized steel cable.

### G205005 1.4.5 Edging Materials and Mulching Materials

Provide 150 mm by 150 mm concrete edging dividing all planted and non-planted areas.  Plastic edging is not allowed.  Mulch planted areas not mulched with inorganic mulch or stabilized decomposed granite with a 75 mm depth of organic shredded hardwood mulch during the Establishment Period while plants are growing to form a mass.

### G205005 1.4.6 Fertilizer

Fertilize all transplanted trees, new trees, shrubs, ground covers, perennials and ornamental grasses as recommended by local practices.

### G205005 1.4.7 Weed Fabric and Erosion Control Fabric

Provide a weed barrier fabric of sheet polypropylene or polyester fabric specifically designed for weed control purposes beneath all planted or mulched non-planted areas.  Fabric shall be treated for protection against deterioration due to ultraviolet radiation. Fabric shall be a minimum 99 percent opaque to prevent photosynthesis and seed germination from occurring, yet allowing air, water and nutrients to pass through to the roots.  Minimum weight shall be 0.11 kg per square meter with a minimum thickness of 0.50 mm with a 20 year minimum guarantee.  Provide a biodegradable product designed specifically for erosion control on all sloped areas 3:1 and greater in slope.

### G205005 1.4.8 Drainage

Provide for proper grading and drainage of planting areas.  Provide sub-surface drainage where soil or other conditions do not allow surface drainage.

## G205007 IRRIGATION SYSTEMS

## G205007 1.1 IRRIGATION

Where irrigation system is required per other parts of this RFP, provide a permanent, below-grade system.  Provide a drip irrigation system to adequately irrigate all landscaped areas.  Verify adequate water pressure for irrigation purposes and provide booster pumps and or pressure regulation as required.  Provide minimum 300 mm cover over PVC irrigation pipe.  The Landscape Contractor shall test the entire system in the presence of the Contracting Officer and Landscape Architect-of-Record to ensure proper performance.  All irrigation components shall be commercial or institutional quality.  Provide rain shut-off device and watertight splices.  Drip irrigation components shall be of the same manufacturer.

## G205007 1.2 OPERATION AND CONTROL

Assure systems will automatically operate on an "irrigation window" between 2130-0530. Provide compatible and fully functional control if a central control system exists on base. Otherwise, provide evapotranspiration-measuring control with flow meter and master valve with controller capable of indicating visible or auditory notification, such as a blinking light or beeping sound, of system shut-off.

## G205007 1.3 ZONING

Provide separate control valves for differing solar exposures, for areas with differing irrigation head types or differing precipitation rates, and top and bottom of slopes. Provide separate concrete valve box with cast iron lid and valve ID for each valve and wire splice. Provide quick coupling valves at 30 m on center.

## G205007 1.4 TEMPORARY IRRIGATION

Provide ultra-violet resistant pipe and fittings for above-grade, temporary irrigation. Only non-pressure pipe is allowed above grade. Irrigation systems intended to remain in place longer than one year shall be installed below grade.

## G205007 1.5 NON-POTABLE IRRIGATION

Provide lavender-colored pipe, sprinkler head and quick coupler caps, valve tags, signage, and associated filtration equipment.

### G205007 1.5.1 Controller Charts

Provide one chart for each new controller or existing re-sequenced controller. The chart shall be an actual plan reduced to fit inside maximum dimensions of the controller housing. Use black line print for chart and a different color to indicate each station area of coverage. After chart is completed and approved for final acceptance, seal chart between two 0.5 mm pieces of clear plastic. The chart shall be affixed to the inside of the controller cabinet door using approved mastic or fastening system.

-- End of Section --

SECTION G30

SITE CIVIL/MECHANICAL UTILITIES
11/10

**G30 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provides project specific requirements. The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**G30 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references. This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards. The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**G30 1.1.1 Industry Standards and Codes**

AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ASME)

**G30 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs, which includes the following significant UFC(s):UFC 3-200-10N, Civil Engineering; UFC 3-400-10N, Mechanical Engineering) |
| UFC 3-800-10N | Environmental Engineering for Facility Construction |

**G30 1.2 QUALITY ASSURANCE**

Materials and assemblies installed in the work shall be inspected and found to be in compliance with industry standards and these specifications prior to acceptance of the work. Items found not to be in compliance shall be removed or corrective measures taken, to assure compliance with the referenced standard. The Contractor shall perform field tests and provide labor, equipment and incidentals required for testing.

**G30 1.2.1 Materials**

All materials shall be new, and shall bear the label of standardizing agency whenever standards have been established and label service is normally and regularly furnished by the agency. All equipment provided shall be listed and labeled suitable for the specified purpose, environment, and application and installed in accordance with manufacturer's recommendations.

**G30 1.2.2 Additional Work**

Provide such other labor and materials as are required for a complete

and usable system in accordance with the requirements of the criteria listed, regardless of whether such materials and associated labor are called for elsewhere in this RFP.

### G30 1.2.3 Qualifications of Well Drillers for Water Supply Wells

Not used.

### G30 1.2.4 Qualifications of Coating Contractors for Water Storage Tanks

Not used.

### G30 1.2.5 Qualifications of Oil/Water Separator Manufacturers

Not used.

## G30 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Compliance with the requirements will be determined by a review of the design and construction submittals and by field inspection. See Section 01 33 00.12 00, *Submittal Procedures for Deisgn-Build Projects* for additional requirements.

Verification of satisfactory utility system performance shall be via Performance Verification Testing, as detailed in this section of the RFP. Verification of satisfactory performance shall also be via testing as detailed in the paragraph, "Field Quality Control", in applicable UFGS Specification Sections utilized.

### G30 1.3.1 Water Supply Well Performance Verification

Not used.

### G30 1.3.2 Water Distribution System Verification Testing

Provide testing on water mains and service lines in accordance with the Host Nation waterworks' regulations and the following:

a.    Ductile Iron and other materials:  AWWA C600.

b.    PVC:  AWWA C605.

Do not begin testing on any section of a pipeline where concrete thrust blocks have been provided until at least 5 days after placing of the concrete.

### G30 1.3.3 Water Booster Pump Station Verification Testing

Not used.

### G30 1.3.4 Sanitary Sewer Distribution System Verification Testing

Provide testing on sewer mains and laterals in accordance with the Host Nation sewerage regulations.

#### G30 1.3.4.1 Deflection Test

Deflection of pipe in the installed pipeline under external loads shall not exceed 4.5 percent of the average inside diameter of pipe, in accordance with ASTM D 2412.

### G30 1.3.4.2 Leakage Tests

Test lines for leakage by either infiltration tests or exfiltration tests, or by low-pressure air tests. Prior to testing for leakage, backfill trench up to at least lower half of pipe. When necessary to prevent pipeline movement during testing, place additional backfill around pipe sufficient to prevent movement, but leaving joints uncovered to permit inspection. When leakage or pressure drop exceeds the allowable amount specified, make satisfactory correction and retest pipeline section in the same manner. Correct visible leaks regardless of leakage test results.

a.   Infiltration tests and exfiltration tests: Perform these tests for sewer lines made of the specified materials, not only concrete, in accordance with ASTM C 969M. Make calculations in accordance with the Appendix to ASTM C 969M.

b.   Low-pressure air tests: Perform tests as follows:

   (1)   Ductile-iron pipelines: Test in accordance with the applicable requirements of ASTM C 924M. Allowable pressure drop shall be as given in ASTM C 924M. Make calculations in accordance with the Appendix to ASTM C 924M.

   (2)   PVC plastic pipelines: Test in accordance with UBPPA UNI-B-6. Allowable pressure drop shall be as given in UBPPA UNI-B-6. Make calculations in accordance with the Appendix to UBPPA UNI-B-6.

## G30 1.3.5 Sanitary Sewer Manholes Verification Testing

Provide testing on sanitary sewer manholes in accordance with the Host Nation sewerage regulations. At minimum, perform hydraulic testing in accordance with ASTM C 969M.

## G30 1.3.6 Wastewater Pump Station Verification Testing

Not used.

## G30 1.3.7 Storm Sewer System Verification Testing

### G30 1.3.7.1 Deflection Test

Deflection of pipe in the installed pipeline under external loads shall not exceed 4.5 percent of the average inside diameter of pipe, in accordance with ASTM D 2412.

### G30 1.3.7.2 Leakage Tests for Storm Sewer Under Pavements

Test lines for leakage by either infiltration tests or exfiltration tests, or by low-pressure air tests in accordance with the following:

a.   Exfiltration Tests:

   ASTM C 969M and perform calculations in accordance with its Appendix.

b.   Low-pressure Air Tests:

   1)   Pipelines:  ASTM C 924M and perform calculations in

accordance with its Appendix.

2)   PVC plastic pipelines:  UBPPA UNI-B-6 and perform calculations in accordance with its Appendix.

## G30 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with UFGS section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, UFC 3-200-10N, *Civil Engineering*, and UFC 3-400-10N, *Mechanical Engineering*.

In addition, UFGS sections listed below or in the body of the text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification.  Edit the specification sections in accordance with the limitations stated in section Z10, General Performance Technical Specifications.

## G30 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

All test reports.

## G30 1.6 COORDINATION

To the extent that site work is indicated on the RFP drawings, the Contractor shall verify that the locations and inverts of all site utility lines are coordinated with building utility lines.  If necessary, the Contractor shall make adjustments to the locations and inverts indicated on the RFP drawings in accordance with applicable codes and standards.

## G30 1.7 ANTITERRORISM (AT) STANDARDS

Incorporate the minimum AT standards indicated in UFC 4-010-01, *DoD Minimum Antiterrorism Standards for Buildings*.

## G30 1.8 BACKFLOW PREVENTION

The Contractor shall submit backflow prevention training certificates and backflow preventer devices certification in accordance with Section 01 50 00.05 20 (01501N), *Temporary Facilities and Controls for Design-Build*.

## G30 1.9 WATER STORAGE TANK

Not used.

## G30 1.10 NACE CERTIFIED CATHODIC PROTECTION SPECIALIST QUALIFICATIONS

Submit prior to site welding.  Certifications shall not be more than one year old. Submit documentation of NACE certification.

## G30 1.11 EXCAVATION, BACKFILLING AND COMPACTION OF UTILITIES

Refer to Section G10, *Site Preparation*.

## G30 1.12 DELIVERY, STORAGE AND HANDLING OF MATERIALS

W912ER-11-D-0010-0006

**A1133**

Inspect materials delivered to site for damage.  Unload and store with minimum handling.  Store materials on site in enclosures or under protective covering.  Store plastic piping, jointing materials and rubber gaskets under cover out of direct sunlight.  Do not store materials directly on the ground. Keep inside of pipes, fittings, valves, and hydrants free of dirt and debris. Handle in a manner to ensure delivery to the trench in sound undamaged condition.  Take special care to avoid injury to coatings and linings on pipe and fittings; make satisfactory repairs if coatings or linings are damaged. Carry, do not drag pipe to the trench.

**G3010  WATER SUPPLY**

**G3010  1.1 WATER SYSTEM DESIGN**

The Contractor shall determine domestic and fire demands for the facility and shall verify the design of all components of the domestic and fire protection supply systems.  The water system design and construction shall be in accordance with UFC 3-200-10N, *Civil Engineering*, the state waterworks' regulations, and the utility provider's requirements. Design the water supply systems to provide required flows and maintain residual pressures based upon peak demands.

If the new water system is an extension of an existing water system, the Contractor shall obtain all necessary static pressure, residual pressure and flow characteristics of the existing distribution system by actual field tests.  The Contractor shall conduct flow and pressure tests and provide design calculations that show the existing lines are capable of handling the additional flows.  The new water system shall connect to the nearest existing fitting or water line.

The Contractor shall design the connections to the water system including the necessary meter assemblies and backflow-preventing devices in accordance with the requirements of the Activity or utility provider and the state waterworks regulations.

Wherever possible, valve boxes and all other utility access structures shall be located out of paved areas.

**G301001  WELL SYSTEMS**

Not used.

**G301001 1.1 WATER METER**

Not used.

**G301001 1.2 TEST HOLE**

Not used.

**G301001 1.3 WELL CONSTRUCTION**

**G301001 1.3.1 Well Development**

Not used.

**G301001 1.3.2 Disinfection**

Not used.

**G301001 1.4 ABANDONMENT OF EXISTING WELLS**

Not used.

**G301002 POTABLE WATER DISTRIBUTION**

**G301002 1.1 WATER SYSTEM DESIGN**

Provide all materials, equipment, labor, testing, and miscellaneous related items for water distribution mains and service lines to the facility and connections to the existing water system in accordance with UFC 3-200-10N, *Civil Engineering*; the U.S. Navy Department of Public Works requirements; and the Host Nation waterworks' regulations; whichever is more stringent.

Available flow at the residual pressure at each point of connection shall be determined by conducting flow tests in accordance with AWWA M17 and NFPA 291.

Water main piping, service lines, fittings, valves, accessories and all other materials shall meet the American Water Works Association (AWWA) standards for a minimum system working pressure of 1050 kPa.

**G301002 1.2 WATER DISTRIBUTION MAINS**

For underground applications, water mains 300 mm in diameter and less shall be ductile iron, or PVC.  Water mains deeper than 3.0 m or larger than 300 mm in diameter shall be ductile iron.

For aboveground applications, water mains shall be flanged ductile iron pipe.

**G301002 1.2.1 Materials**

    a.    Ductile Iron Pressure Pipe

        1)  Pipe:  AWWA C151, Pressure Class 350.

        2)  Fittings:  AWWA C110 or AWWA C153.

        3)  Interior Lining:  AWWA C104.

        4)  Exterior Protection (if required):  AWWA C105, polyethylene encasement.

    b.    PVC Pressure Pipe

        1)  Pipe:  AWWA C900, Pressure Class 150.

        2)  Fittings:  Ductile Iron (AWWA C110 or AWWA C153).

    c.    Flanged Ductile Iron Pipe

        1)  Pipe:  AWWA C115 and its appendices.

        2)  Fittings:  AWWA C110 or AWWA C153.

        3)  Lining:  AWWA C104.

**G301002 1.2.2 Installation**

    a.    Ductile Iron:  AWWA C600.

    b.    PVC:  AWWA C605.

**A1135**

Provide a continuous length of tracer wire for the full length of each run of nonmetallic pipe.

### G301002 1.2.3 Connections to Existing Water Lines

Make connections to existing water lines after approval from the U.S. Navy Department of Public Works and the U.S. Army Corps of Engineers is obtained and with a minimum interruption of service on the existing line. Make connections to existing lines under pressure in accordance with the recommended procedures of the manufacturer of the pipe being tapped.

### G301002 1.3 WATER SERVICE LINES

Water service lines less than 100 mm in diameter shall be copper tubing, PVC, or polyethylene (PEX) tubing. Water service lines 100 mm and 150 mm in diameter shall be ductile iron pipe or PVC pressure pipe; see G301002, paragraph 1.2, "Water Distribution Mains" for additional requirements for ductile iron and PVC piping.

### G301002 1.3.1 Materials

a.  Copper Tubing

   1)  Pipe:  ASTM B 88M, Type K.

   2)  Fittings for Solder-Type Joint:  ANSI B16.8 or ASME B16.22.

   3)  Fittings for Compression-Type Joint:  ASME B16.26, flared tube type.

b.  PVC Pressure Pipe

   1)  Pipe:  ASTM D1785, Schedule 40 or ASTM D 2241, with SDR rating for 160 psi (1.1 MPa) pressure rating.

   2)  Fittings:  ASTM D 2466.

   3)  Joints:  Elastomeric gaskets for pressure rating; solvent cement joints, ASTM D 2564.

c.  Polyethylene Tubing:  AWWA C901.

### G301002 1.3.2 Service Connections

Connect service lines 50 mm diameter or less to the main by a corporation stop and install a gate valve on service line.

a.  Ductile-iron water mains: AWWA C600.

b.  PVC water mains: UBPPA UNI-B-8 and the recommendations of AWWA M23, Chapter 9, "Service Connections."

### G301002 1.3.3 Installation

Install pipe, fittings and accessories in accordance with manufacturer's instructions.

a.  Metallic Piping:  applicable requirements of AWWA C600.

b.  PVC:  applicable requirements of ASTM D 2774 and ASTM D 2855.

      c.    Polyethylene:  applicable requirements of ASTM D 2774 and ASTM F 645.

## G301002 1.4 CORROSION PROTECTION

### G301002 1.4.1 Insulating Joints

Provide insulating joints to prevent contact between dissimilar metals at the joint between adjacent sections of piping in accordance with the pipe manufacturer's recommendations.  Ensure that there is no metal-to-metal contact between dissimilar metals after the joint has been assembled.

To prevent the possibility of bi-metallic corrosion, service lines of dissimilar metal to the water mains and the attendant corporation stops shall be wrapped with polyethylene or suitable dielectric tape for a minimum clear distance of 900 mm from the main.

## G301002 1.5 VALVES

Valves shall be the same diameter and have the same joint ends as the mains to which they are installed.  Each type of valve shall be of one manufacturer.

### G301002 1.5.1 Gate Valves

#### G301002 1.5.1.1 Location

Valves shall be installed at all new points of connection.  At a minimum, valves shall be located to ensure that no more than two fire hydrants will be out of service in the event of a single break in a water main.  Valves shall be located outside of pavement and heavy traffic areas whenever possible.

#### G301002 1.5.1.2 Gate Valves 75 mm and Larger in Diameter

      a.    Valves (500 mm and smaller in diameter):  AWWA C509 or AWWA C515, nonrising stem and of one manufacturer.

      b.    Valves (greater than 500 mm in diameter):  AWWA C500.

      c.    Valves for Indicator Post:  AWWA C500 with indicator post flange in accordance with applicable requirements of UL 262.

      d.    Interior Coating:  AWWA C550.

#### G301002 1.5.1.3 Gate Valves Smaller than 75 mm in Diameter

MSS SP-80, Class 150, solid wedge. Valves shall have flanged or threaded end connections, with unions on both sides of the valve and a handwheel operator.

#### G301002 1.5.1.4 Valve Box

Provide a cast iron, adjustable, valve box for each gate valve on buried piping.  Valve boxes shall be of a size suitable for the valve on which it is to be used with a minimum diameter of 130 mm. Provide a round head and cast the word "WATER" on the lid.

### G301002 1.5.2 Check Valves

Valves sized 50 mm to 600 mm shall be swing-check type (AWWA C508) and have a protective epoxy interior coating conforming to AWWA C550.  For underground applications, provide check valve in a valve vault.

### G301002 1.5.3 Air Release, Air/Vacuum, and Combination Air Valves

AWWA C512 and AWWA M51.

### G301002 1.5.4 Corporation Stops

If service lines 50 mm diameter or less are tapping water mains, provide corporation stops.  The corporation stops shall be ground key type, bronze, ASTM B61 or ASTM B62.

### G301002 1.5.5 Installation of Valves

Make and assemble joints to valves as specified for making and assembling the same type of joints between pipe and fittings.

## G301002 1.6 WATER METERS

Not used.

## G301002 1.7 BACKFLOW PREVENTION

Provide backflow prevention and cross connection control in accordance with AWWA M-14 and governing local/state plumbing codes and waterworks' regulations.

## G301002 1.8 FIRE HYDRANTS

Fire hydrants shall all be of one manufacturer. Provide protection for fire hydrants located in areas subject to vehicle damage.  Fire hydrants shall have Bahraini National Standard threads on hose and pumper connections.  Provide a 150 mm inlet, two 62 mm hose connections and one pumper connection sized to accommodate local fire department equipment requirements.  Stencil hydrant number and main size on the hydrant barrel using black stencil paint.

a.  Wet Barrel Fire Hydrants:  AWWA C503 or UL 246, "Wet Barrel" design, with breakable features.

b.  Installation:  Install hydrants with the pumper connection facing the adjacent paved surface.  If there are two, paved adjacent surfaces, contact the Contracting Officer for further direction.

## G301002 1.9 FIRE HYDRANT HOSE HOUSE

A hose house conforming to the requirements of NFPA 24 shall be provided are each new fire hydrant.  The following equipment, in addition to that listed in NFPA 24 shall be provided with each hose house.

a.  60 m of 65 mm woven jacketed, rubber lined hose conforming to NFPA 1961 with a minimum service test pressure of 2.06 MPa.

b.  30 m of 40 mm woven jacketed, rubber lined hose conforming to NFPA 1961 with a minimum service test pressure of 2.06 MPa.

c.  One gated 65 by 40 by 40 mm wye.

d.  One playpipe for 65 mm hose with 25 mm shutoff nozzle tip.

e.   One playpipe for 40 mm hose with 13 mm shutoff noxxle fo combination nozzle.

f.   Two adapter fittings, 65 to 40 mm.

g.   Two spanners for 40 mm hose.

h.   Fire axe.

## G301002 1.10 THRUST RESTRAINT

Provide thrust restraint for all piping, valves, fittings, and other appurtenances of the water distribution system.

a.   Concrete Thrust Blocks:  AWWA C600.

## G301002 1.11 DISINFECTION

Disinfect new water piping and existing water piping affected by Contractor's operations in accordance with the state waterworks' regulations and AWWA C651.

## G301003 POTABLE WATER STORAGE

## G301003 1.1 POTABLE WATER STORAGE TANKS

Not used.

## G301003 1.2 TANK ACCESSORIES

Not used.

## G301003 1.3 TANK COATINGS

### G301003 1.3.1 Interior Coating System

Not used.

### G301003 1.3.2 Exterior Coating System
Not used.

## G301004 FIRE PROTECTION WATER DISTRIBUTION

## G301004 1.1 GENERAL REQUIREMENTS

Fire protection water distribution shall be provided by the existing water distribution system. Any new fire main piping, service lines, fittings, valves, accessories and all other materials required to provide fire service for this project shall meet the American Water Works Association (AWWA) standards for a minimum system working pressure of 1380 kPa.

## G301004 1.2 DETECTOR CHECKS

UL 312; detector check shall include bypass meter, piping, gate valves, check valve and connections to detector check valve.  Set valve to allow minimal water flow through bypass meter when major water flow is required.

## G301004 1.3 FIRE DEPARTMENT CONNECTIONS

UL 405.

**G301004 1.4 INDICATOR POSTS**

UL 789.

**G301005 FIRE PROTECTION WATER STORAGE**

Not used.

**G301006 NON-POTABLE WATER DISTRIBUTION**

Refer to G301002; note that system disinfection is not required.

**G301007 PUMPING STATIONS**

Not used.

**G301008 PACKAGED WATER TREATMENT PLANTS**

Not used.

**G3020 SANITARY SEWER**

**G3020 1.1 GENERAL REQUIREMENTS**

The gravity sanitary sewage collection system shall be designed and constructed in accordance with UFC 3-200-10N, *Civil Engineering*, and the Host Nation sewer collection and treatment regulations. The new sanitary sewage collection system shall connect to the nearest existing sanitary manholes or sanitary line adjacent to the project site. The Contractor shall provide design calculations that show the existing system is capable of handling the additional flows.

In areas where chemicals and other substances may be stored (including mechanical and electrical rooms), the contractor shall eliminate floor drains or shall make provisions made to prevent spills from entering the sanitary sewer system.  If there is process flow from equipment, discharge can be hard piped, with air gap, to the sanitary sewer.

Wherever possible, manholes and all other utility access structures shall be located out of paved areas.

**G302001 SANITARY SEWER PIPING**

**G302001 1.1 GENERAL REQUIREMENTS**

Provide all materials, equipment, labor, testing, and miscellaneous related items to provide sanitary sewage lines necessary for collection and services from the buildings.

**G302001 1.2 GRAVITY SEWER PIPING**

Gravity sewer mains and laterals shall be PVC sewer pipe and fittings, except at depths greater than 3.0 m where ductile iron pipe shall be provided.

### G302001 1.2.1 Materials

    a.   PVC Gravity Sewer Pipe

       1)  Piping and Fittings:  ASTM D 3034, SDR 35.

       2)  Joints:  ASTM D 3212 and ASTM F 477.

      b.    Ductile Iron Gravity Sewer Pipe

        1)  Piping:  ASTM A 746. Provide required Thickness Class based on design information and methods in ASTM A 746.

        2)  Fittings:  AWWA C110 or AWWA C153.

        3)  Joints:  AWWA C111.

        4)  Interior Coating:  AWWA C104.

        5)  Exterior Protection (if required):  AWWA C105, polyethylene encasement.

### G302001 1.2.2 Connections to Existing Lines

Obtain approval from the Contracting Officer before making a connection to an existing line.  Conduct work so that there is minimum interruption of service on existing line and provide a new manhole at the connection point.

### G302001 1.2.3 Installation

Install pipe, fittings and accessories in accordance with manufacturer's instructions.

      a.    PVC:  ASTM D 2321.  Do not use ASTM D 2321 Class IV or V materials for bedding, haunching or initial backfill materials.

      b.    Ductile Iron:  AWWA C600.

## G302001 1.3 PIPING FOR CLEANOUTS

### G302001 1.3.1 Materials

      a.    Cast-Iron Soil Pipe for Cleanouts

        1)  Pipe:  ASTM A 74, service.

        2)  Joints:  ASTM C 564 compression-type rubber gaskets.

        3)  Exterior Protection (if required):  AWWA C105, polyethylene encasement.

### G302001 1.3.2 Installation

Install cast iron pipe and fittings in accordance with the recommendations of the pipe manufacturer.

## G302002 SANITARY SEWER MANHOLES & CLEANOUTS

## G302002 1.1 GENERAL REQUIREMENTS

Provide all materials, equipment, labor, testing, and miscellaneous related items for the sanitary manholes in accordance with the following:

      a.    Manhole rim elevations shall be set flush with finished surface of paved areas or 25 mm above finished grade in unpaved areas.

      b.    Resilient connectors for making joints between manhole and pipes entering manhole shall conform to ASTM C 923M.

    c.    Provide drop manholes when a gravity sewer pipe enters a manhole at an elevation of 610 mm or more above the manhole invert.

## G302002 1.2 PRECAST CONCRETE MANHOLES

ASTM C 478M; base and first riser shall be monolithic.

Precast manhole sections shall have:

a.    ASTM C 990M butyl gaskets;

b.    ASTM C 443M rubber O-ring joints; or

c.    AASHTO M 198, Type B preformed plastic gaskets.

## G302002 1.3 CAST-IN-PLACE CONCRETE MANHOLES

Reinforced concrete; designed according to ASTM C 890 for A-16 (AASHTO HS20-44), heavy-traffic, structural loading.  Concrete work shall be in accordance with ACI 301M and ACI 350-01; provide a minimum compressive strength of 28 MPa.

## G302002 1.4 MANHOLE FRAMES AND COVERS

FS A-A-60005; cast iron or ductile iron; designed to accommodate the traffic loadings.  The word "Sewer" shall be stamped or cast into covers so that it is plainly visible.

## G302002 1.5 MANHOLE STEPS

a.    Zinc-coated steel:  29 CFR 1910.27.

b.    Plastic or rubber coating pressure molded to steel:  ASTM D 4101, copolymer polypropylene; or ASTM C 443M, except shore A durometer hardness shall be 70 plus or minus 5.

Aluminum steps or rungs will not be permitted.

Steps are not required in manholes less than 1.2 m deep.

## G302002 1.6 MANHOLE CONSTRUCTION

Where a new manhole is constructed on an existing line, remove existing pipe as necessary to construct the manhole.  Cut existing pipe so that pipe ends are approximately flush with the interior face of manhole wall, but not protruding into the manhole.  For changes in direction of the sewer and entering branches into the manhole, make a circular curve in the manhole invert of as large a radius as manhole size will permit.  For cast-in-place concrete, no parging will be permitted on interior manhole walls.

## G302002 1.7 CONNECTIONS TO EXISTING MANHOLES

Pipe connections to existing manholes shall be centered on the manhole. Holes for the new pipe shall be of sufficient diameter to allow packing cement mortar around the entire periphery of the pipe but no larger than 1.5 times the diameter of the pipe.  Cutting the manhole shall be done in a manner that will cause the least damage to the walls.

## G302002 1.8 CLEANOUTS

W912ER-11-D-0010-0006

**A1142**

Construct cleanouts of cast iron soil pipe and fittings; see G302001, paragraph 1.3.

**G302003 LIFT STATIONS AND PUMPING STATIONS**

**G302003 1.1 GENERAL REQUIREMENTS**

Not used.

**G302003 1.2 SUBMERSIBLE PUMPS**

Not used.

**G302003 1.3 GRINDER PUMPS**

Not used.

**G302003 1.4 SUCTION LIFT PUMPS**

Not used.

**G302003 1.5 PUMP MOTOR**

Not used.

**G302003 1.6 STATION PIPING WITHIN WET WELL AND VALVE VAULT**

**G302003 1.6.1 Piping Less than 100 mm in Diameter**

Not used.

**G302003 1.6.2 Piping 100 mm Diameter and Larger**

Not used.

**G302003 1.7 FORCE MAINS**

**G302003 1.7.1 Force Mains for Submersible and Suction Lift Pumps**

Not used.

**G302003 1.7.2 Force Mains for Grinder Pumps**

Not used.

**G302003 1.8 PIPING ACCESSORIES**

**G302003 1.8.1 Insulating Joints**

Not used.

**G302003 1.8.2 Accessories**

Not used.

**G302003 1.8.3 Flexible Flanged Coupling**

Not used.

W912ER-11-D-0010-0006

**A1143**

**G302003 1.9 VALVES**

Not used.

**G302003 1.9.1 Shut Off Valves**

**G302003 1.9.1.1 Shut Off Valves Less than 100 mm in Diameter**

Not used.

**G302003 1.9.1.2 Shut Off Valves 100 mm and Larger in Diameter**

Not used.

**G302003 1.9.2 Check Valves**

**G302003 1.9.2.1 Check Valves Less than 100 mm in Diameter**

Not used.

**G302003 1.9.2.2 Check Valves 100 mm and Larger in Diameter**

Not used.

**G302003 1.9.3 Air Relief Valves**

Not used.

**G302003 1.10 IDENTIFICATION TAGS AND PLATES**

Not used.

**G302003 1.11 THRUST RESTRAINT**

Not used.

**G302003 1.12 STATION CONTROL SYSTEM**

**G302003 1.12.1 Operating Controls**

Not used.

**G302003 1.12.2 Alarm Controls**

Not used.

**G302003 1.12.3 Telemetry**

Not used.

**G302003 1.13 UNDERGROUND ENCLOSURES**

Not used.

**G302003 1.14 STATION ACCESSORIES**

**G302003 1.14.1 Ventilation**

Not used.

### G302003 1.14.2 Metering

Not used.

### G302003 1.14.3 Pipe and Valve Supports

Not used.

### G302003 1.14.4 Miscellaneous Metals

Not used.

## G302004 PACKAGED SANITARY SEWER TREATMENT PLANTS

Not used.

## G302005 SEPTIC TANKS

Not used.

## G302006 DRAIN FIELDS

Not used.

## G302090 OTHER SANITARY SEWER

## G302090 1.1 OIL/WATER SEPARATOR

Not used.

## G3030 STORM SEWER

Provide all materials, equipment, labor, testing, and miscellaneous related items to provide storm drainage collection system necessary to drain the site.   The storm sewer collection system shall be designed and constructed in accordance with UFC 3-200-10N, *Civil Engineering*; the utility provider's requirements; and the Host Nation storm water management laws and regulations.   Design project site to prevent storm water runoff in excess of the capacity of the existing utility system.

## G303001 STORM SEWER PIPING

## G303001 1.1 PIPING

Storm sewer piping less than 300 mm in diameter shall be PVC or ductile iron. Storm sewer piping 300 mm and larger in diameter shall be PVC or reinforced concrete.

Subsurface drainage piping shall be perforated PVC.

### G303001 1.1.1 Materials

a.   PVC Pipe

1)  Piping and Fittings:  ASTM D 3034, SDR 35.

2)  Joints:  ASTM D 3212 and ASTM F 477.

b.   Ductile Iron Pipe

1)  Piping:  ASTM A 746. Provide required Thickness Class based on design information and methods in ASTM A 746.

2) Fittings:  AWWA C110 or AWWA C153.

3) Joints:  AWWA C111.

4) Interior Coating:  AWWA C104.

5) Exterior Protection (if required):  AWWA C105, polyethylene encasement.

c. Reinforced Concrete Pipe

1) Circular Pipe:  ASTM C 76M.  Provide required Class based on design information and methods in ASTM C 76M.  Class III minimum.

2) Elliptical Pipe:  ASTM C 507M).  Provide required Class based on design information and methods in ASTM C 76M.

3) Joints:
  a) ASTM C 990M  butyl gaskets;

  b) ASTM C 443M rubber O-ring joints; or

  c) AASHTO M 198, Type B preformed plastic gaskets.

d. Perforated PVC Pipe:  ASTM D 2729.

### G303001 1.1.2 Installation

Install piping in accordance with manufacturer's recommendations.

a. PVC:  ASTM D 2321.  Do not use ASTM D 2321 Class IV or V materials for bedding, haunching or initial backfill materials.

b. Ductile Iron:  AWWA C600.

c. Reinforced Concrete:  ACPA 01-102 and 01-103.

d. Perforated PVC:  ASTM D 2321. Do not use ASTM D 2321 Class IV or V materials for bedding, haunching or initial backfill materials.

## G303001 1.2 PIPING FOR CLEANOUTS

### G303001 1.2.1 Materials

a. Cast-Iron Soil Pipe for Cleanouts

1) Pipe:  ASTM A 74, service.

2) Joints:  ASTM C 564 compression-type rubber gaskets.

3) Exterior Protection (if required):  AWWA C105, polyethylene encasement.

### G303001 1.2.2 Installation

Install cast iron pipe and fittings in accordance with the recommendations of the pipe manufacturer.

## G303002 STORM SEWER STRUCTURES

**G303002 1.1 GENERAL REQUIREMENTS**

Provide all materials, equipment, labor, testing, and miscellaneous related items for the drainage structures in accordance with the following:

a.  Structure rim elevations shall be set flush with finished surface of paved areas or 25 mm above finished grade in unpaved areas.

b.  Resilient connectors for making joints between manhole and pipes entering manhole shall conform to ASTM C 923M.

c.  Provide precast or cast-in-place concrete drainage structures, headwalls and gutters.

**G303002 1.2 PRECAST CONCRETE INLETS**

Provide work and materials in accordance with applicable requirements of the Host Nation Specifications (HNS) and standards where the project is located.

**G303002 1.3 CAST-IN-PLACE CONCRETE DRAINAGE STRUCTURES**

Provide work and materials in accordance with drainage structures indicated in the Host Nation Specifications (HNS) and standards where the project is located.

**G303002 1.4 DRAINAGE STRUCTURE FRAMES AND COVERS**

FS A-A-60005; cast iron or ductile iron; designed to accommodate the traffic loadings.  The word "Storm" shall be stamped or cast into covers so that it is plainly visible.

Covers shall be of the same material as the frames (i.e. ductile iron frame with ductile iron cover).  Proof loading shall be performed in accordance with FS A-A-60005 and ASTM A 48/A 48M.  The finished structure shall be level and non-rocking, with the top flush with the surrounding pavement.

**G303002 1.5 DRAINAGE STRUCTURE STEPS**

a.  Zinc-coated steel:  29 CFR 1910.27.

b.  Plastic or rubber coating pressure molded to steel:  ASTM D 4101, copolymer polypropylene; or ASTM C 443M, except shore A durometer hardness shall be 70 plus or minus 5.

Aluminum steps or rungs will not be permitted.

Steps are not required in structures less than 1.2 m deep.

**G303002 1.6 DRAINAGE STRUCTURE CONSTRUCTION**

Where a new structure is constructed on an existing line, remove existing pipe as necessary to construct the structure.  Cut existing pipe so that pipe ends are approximately flush with the interior face of structure wall, but not protruding into the structure.

**G303002 1.7 CONNECTIONS TO EXISTING STRUCTURES**

Pipe connections to existing structures shall be centered on the structure. Holes for the new pipe shall be of sufficient diameter to allow packing cement mortar around the entire periphery of the pipe but no larger than 1.5 times

the diameter of the pipe. Cutting the structure shall be done in a manner that will cause the least damage to the walls.

## G303002 1.8 CLEANOUTS

Construct cleanouts of cast iron soil pipe and fittings; see G303001, paragraph 1.2.

## G303003 LIFT STATIONS

A storm water pump station(s) will not be allowed.

## G303004 CULVERTS

Not used.

## G303005 HEADWALLS

Not used.

## G303006 EROSION & SEDIMENT CONTROL MEASURES

Refer to Section G103011.

## G303007 STORMWATER MANAGEMENT

## G303007 1.1 STORMWATER COLLECTION AND STORAGE

Provide permanent detention/retention ponds and other drainage features to regulate storm water runoff and to prevent damage to the site and off-site. Integrate permanent storm water management ponds, swales, and other storm water management features, into the total site design to provide an aesthetically pleasing and harmonious landscape. Develop and construct the ponds and other drainage features in accordance with UFC 3-200-10N, *Civil Engineering*, and the Host Nation storm water management Laws and Regulations.

## G303090 OTHER STORM SEWER

## G303090 1.1 OIL/WATER SEPARATOR

Not used.

## G3040 HEATING DISTRIBUTION

Not used.

## G3050 COOLING DISTRIBUTION

## G305001 OVERHEAD COOLING SYSTEMS

## G305001 1.1 PIPING & FITTINGS

### G305001 1.1.1 Chilled Water Piping

Chilled water piping shall be electric resistance welded or seamless Schedule 40 black steel pipe conforming to ASTM A 53. Piping 4 inch (100 mm) and smaller may be ASTM B 88 Type K or L copper.

### G305001 1.1.2 Steel Pipe Fittings

For piping 2 inch (50 mm) and smaller, provide ANSI/ASME B16.3 malleable iron screwed fittings or ASME B16.11 socket welding (Class 3000) or threaded type (Class 2000).  Provide ASME/ANSI B16.9 butt-welding fittings or ASME/ANSI B16.5 flanged type for piping 2-1/2 inch (63 mm) and larger.

### G305001 1.1.3 Copper Fittings

Provide ANSI B16.18 cast bronze solder joint type or ASME/ANSI B16.22 wrought copper solder joint type.

## G305001 1.2 INSULATION

Mineral fiber, Urethane, cellular glass, Faced Phenolic Foam, or Flexible Cellular pipe insulation with aluminum jacket in accordance with ESR Section G30.  The minimum insulation thickness shall be in accordance with the following table:

Table 1  Insulation Thickness for Cold Water Systems

| Nominal Pipe Diameter inches (mm) | Mineral Fiber inches (mm) | Urethane inches (mm) | Cellular Glass inches (mm) | Faced Phenolic Foam inches (mm) | Flexible Cellular inches (mm) |
|---|---|---|---|---|---|
| 1.00 (25) | 1.00 (25) | 0.75 (19) | 1.5 (38) | 1.00 (25) | 0.75 (19) |
| 1.5 (38) | 1.00 (25) | 0.75 (19) | 1.5 (38) | 1.00 (25) | 0.75 (19) |
| 2.0 (51) | 1.00 (25) | 0.75 (19) | 1.5 (38) | 1.00 (25) | 0.75 (19) |
| 2.5 (64) | 1.00 (25) | 0.75 (19) | 1.5 (38) | 1.00 (25) | 0.75 (19) |
| 3.0 (76) | 1.00 (25) | 0.75 (19) | 1.5 (38) | 1.00 (25) | 0.75 (19) |
| 4.0 (100) | 1.5 (38) | 0.75 (19) | 1.5 (38) | 1.00 (25) | 0.75 (19) |
| 5.0 (125) | 1.5 (38) | 0.75 (19) | 1.5 (38) | 1.00 (25) | 0.75 (19) |
| 6.0 (150) | 1.5 (38) | 1.00 (25) | 1.5 (38) | 1.5 (38) | 1.00 (25) |
| 8.0 (200) | 1.5 (38) | 1.00 (25) | 1.5 (38) | 1.5 (38) | 1.00 (25) |
| 10.0 (250) | 1.5 (38) | 1.00 (25) | 1.5 (38) | 1.5 (38) | 1.00 (25) |
| 12.0 (300) | 1.5 (38) | 1.00 (25) | 1.5 (38) | 1.5 (38) | 1.00 (25) |
| 14.0 (350) | 1.5 (38) | 1.00 (25) | 1.5 (38) | 1.5 (38) | 1.00 (25) |
| 16.0 (400) | 1.5 (38) | 1.00 (25) | 1.5 (38) | 1.5 (38) | 1.00 (25) |
| 18.0 (450) | 1.5 (38) | 1.00 (25) | 1.5 (38) | 1.5 (38) | 1.00 (25) |

## G305001 1.3 SUPPORTS

Provide MSS SP-58 and MSS SP-69, adjustable supports with insulation protection saddles.  Provide stainless steel axles for rollers.  Provide

support poles with guy wires and hardware.

### G305001 1.4 EXPANSION

Compensate for piping expansion by utilizing expansion loops and joints. Provide guided slip or flexible ball type expansion joints.

### G305002 UNDERGROUND COOLING SYSTEMS

### G305002 1.1 PIPING & FITTINGS

Direct buried, factory-prefabricated, pre-insulated, chilled water piping systems. All fittings and accessories shall be designed and factory-fabricated to prevent moisture from entering into the system. Backfill and overall installation shall meet the requirements of the piping system manufacturer. Underground chilled water piping shall match existing.

### G305002 1.2 VALVES

Provide isolation valves on supply and return lines at take-offs for service to each building. Valves shall be located in valve boxes.

### G305090 OTHER COOLING DISTRIBUTION

### G305090 1.1 EXPANSION

Compensate for piping expansion by utilizing expansion loops. Locate anchors outside manholes.

### G305090 1.2 WARNING & IDENTIFICATION TAPE

Polyethylene plastic tape manufactured specifically for warning and identifying buried utility lines.

### G305090 1.3 CORROSION PROTECTION

Provide a cathodic protection system for the underground chilled water and condenser water piping system. System shall be designed by a National Association of Corrosion Engineers (NACE) certified Cathodic Protection Engineer. The corrosion engineer shall obtain soil data and existing system conditions. Corrosion engineer shall supervise, inspect and test the installation and performance of the cathodic protection system. Test stations shall be post mounted and placed at the manhole or nearby building. Test stations shall be located at each end of each cathodically protected section.

### G3060 FUEL DISTRIBUTION

Not used.

-- End of Section --

SECTION G40

SITE ELECTRICAL UTILITIES
12/11

**G40 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**G40 1.1 NARRATIVE**

This section covers installations exterior to the facility up to the 1.5 Meter line. See  Section D50, *Electrical*, for continuation of systems into the building.

**G40 1.2 ELECTRICAL DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

When all product Quality Control information is included in the Unified Facility Criteria (UFC) and there are requirement options identified in the ESR, then the Uniformat Level 4 titles (and possible subtitles) are included without additional verbiage.  One example of this is G401008, GROUNDING SYSTEMS.

**G40 1.2.1 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs , which include the following significant UFC(s):UFC 3-501-01, Electrical Engineering) |
| UFC 3-570-02N | Electrical Engineering Cathodic Protection |
| UFC 3-580-01 | Telecommunications Building Cabling Systems Planning and Design |
| UFC 3-501-1 | Electrical Engineering |
| UFC 3-510-01 | Foreign Voltages & Frequencies Guide |
| UFC 3-530-01 | Interior & Exterior Lighting Controls |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

| | |
|---|---|
| UFGS 26 11 13.00 20 | Primary Unit Substation |

W912ER-11-D-0010-0006

**A1151**

| | | |
|---|---|---|
| UFGS 26 11 16 | | Secondary Unit Substations |
| UFGS 26 12 19.10 | | Three-Phase Pad-Mounted Transformers |
| UFGS 26 12 19.20 | | Single-Phase Pad-Mounted Transformers Interior Distribution System |
| UFGS 26 20 00 | | |
| UFGS 26 13 00.00 20 | | SF6 Insulated Pad-Mounted Switchgear |
| UFGS 26 23 00 | | Switchboards and Switchgear |
| UFGS 27 05 14.00 10 | | Cable Television Premises Distribution System |
| UFGS 27 10 00 | | Building Telecommunications Cabling System |
| UFGS 27 41 16.00 10 | | Television Signal Distribution System |
| UFGS 33 70 01.00 20 | | Electrical Distribution System, Underground |
| UFGS 33 71 01.00 20 | | Overhead Transmission and Distribution |
| UFGS 33 82 00 | | Telecommunications Outside Plant (OSP) |

National Fire Protection Association, NFPA 70 2011 (National Electric Code)

National Fire Protection Association, NFPA 72 2010 (National Fire Alarm Code)

British Standards, BS 7671 (Requirements for Electrical Installations)

## G40 1.3 QUALITY ASSURANCE

Qualifications, certifications, and Test Plans indicated herein shall be submitted 45 calendar days prior to the expected date of execution. Notify the Contracting Officer 14 calendar days prior to all testing. Submit test results within 7 calendar days of completion of testing.

The Designer of Record is responsible for approving the submittals listed below.

### G40 1.3.1 Qualified Testing Organization

Contractor shall engage the services of a qualified testing organization to provide inspection, testing, calibration, and adjustment of the electrical distribution system and equipment listed in paragraph entitled "Acceptance Tests and Inspections" herein. Organization shall be independent of the supplier, manufacturer, and installer of the equipment. The organization shall be a first tier subcontractor.

a. Submit name and qualifications of organization. Organization shall have been regularly engaged in the testing of electrical materials, devices, installations, and systems for a minimum of 5 years. The organization shall have a calibration program, and

test instruments used shall be calibrated in accordance with NETA ATS.

b.  Submit name and qualifications of the lead engineering technician performing the required testing services. Include a list of three comparable jobs performed by the technician with specific names and telephone numbers for reference. Testing, inspection, calibration, and adjustments shall be performed by an engineering technician, certified by NETA or the National Institute for Certification in Engineering Technologies (NICET) with a minimum of 5 years' experience inspecting, testing, and calibrating electrical distribution and generation equipment, systems, and devices.

### G40 1.3.2 NEC Qualified Worker

Provide in accordance with NFPA 70 and British Standard BS 7671. Qualified Workers shall be allowed to be assisted by helpers on a 1 to 1 ratio, provided such helpers are registered in recognized apprenticeship programs. Submit a certification confirming NEC Qualified Worker requirements.

### G40 1.3.3 Qualified Medium Voltage Electrician

All workers on medium voltage electrical crews shall have 5 years experience working medium voltage systems on similar projects involving the same or higher voltage.

### G40 1.3.4 Qualified Cable Splicer (Medium Voltage Cable)

The cable splicer/terminator must have a certification from the National Cable Splicing Certification Board (NCSCB) in the field of splicing and terminating shielded medium voltage (5 kV to 35 kV) power cable using pre-manufactured kits (pre-molded, heat-shrink, cold-shrink). Proof of certification for the individuals that will be performing cable splicer and termination work shall be submitted 30 days before splices or terminations are to be made.

### G40 1.3.5 Qualified Cable Splicer (Telecommunications)

Certification shall include the training, and experience of the individual on specific type and classification of telecommunications cable to be provided under this contract.

### G40 1.3.6 Qualified Cable Installer and Splicer (Fiber Optic Cable)

Certification shall include the training, and experience of the individual on specific type and classification of Fiber Optic media to be provided under this contract.

### G40 1.3.7 Qualified Fiber Optic (FO) Cable Manufacturer

The FO media manufacturer shall have a minimum of 3 years experience in the manufacturing, assembly, and factory testing of FO media that complies with RUS REA Bull 1753F-601 (PE-90). Manufacturer shall provide a list of customers with 3 years of maintenance logs documenting experience with government customers.

### G40 1.3.8 Material Standards

Ensure service support and provide manufacturer's nameplate in accordance with PTS Section Z10, *General Performance Technical*

*Specification.*

### G40 1.3.8.1 Warning Labels

Each enclosure of electrical equipment, including substations, and switchgear, shall have a warning label identifying the enclosure as 1) containing energized electrical equipment and 2) an arc flash hazard.

### G40 1.3.9 Factory Testing

The Government reserves the right to witness all factory testing. The manufacturer shall have a calibration program that assures that all applicable test instruments are maintained within rated accuracy.

### G40 1.3.10 Electrical System Startup and Testing

Submit test plans for approval. The test plans shall be tailored to the systems provided.

The test plan shall list make and model and provide functional description of the test instruments and accessories and shall describe the setup of the tests to be conducted. Test instruments shall be capable of measuring and recording or displaying test data at a higher resolution and greater accuracy than specified for the equipment's performance.

### G40 1.3.10.1 Factory Trained Engineer

Provide a factory trained engineer to supervise start-up and testing as required in referenced specifications.

### G40 1.3.10.2 Performance Verification Testing

The Contractor shall show by demonstration in service that all circuits and devices are in operating condition. Tests shall be such that each item of control equipment will function not less than five times. The Contractor shall provide all necessary test equipment, tools, fuel, load banks, labor, and materials for testing. As a minimum, all systems shall be tested in accordance with manufacturer's recommendations. Additional testing requirements for the various systems are described with those systems, hereinafter. The Contractor shall assure that all applicable test instruments are maintained within rated accuracy. Dated calibration labels shall be visible on all test equipment.

Submit a separate electrical field test plan in accordance with manufacturer's recommendations and that conforms to NETA ATS for each piece of Electrical Distribution Equipment and System requiring Performance Verification Testing.

The following items identify specific test requirements. Additional test requirements are contained in the applicable UFGS.

a.   Cable – Test cable in accordance with the manufacturer's recommendations and NETA ATS. Adhere to precautions and limits as specified in the applicable NEMA/ICEA Standard for the specific cable.

b.   Grounding - Test ground systems in accordance with the

        manufacturer's recommendations and NETA ATS.

c. Site Lighting - Contractor's Quality Control (CQC) representative shall perform a field survey of site lighting systems in accordance with IESNA for acceptance. Show that the lighting system operates in accordance with the user's requirements and is in accordance with designed levels. Provide certification that the measured lighting levels conform to the design requirements.

d. Telecommunications wiring - Test all cables in accordance with industry standards.

### G40 1.3.10.3 Acceptance Tests and Inspections

The Qualified Testing Organization shall provide the Acceptance Tests and Inspections test plan and procedures and perform the acceptance tests and inspections. Test methods, procedures, and test values shall be performed and evaluated in accordance with NETA ATS, the manufacturer's recommendations, and paragraph entitled "Field Quality Control" of each applicable specification section. Tests identified as optional in NETA ATS are not required unless otherwise specified. Equipment shall be placed in service only after completion of required tests and evaluation of the test results have been completed. Contractor shall supply to the testing organization complete sets of shop drawings, settings of adjustable devices, and other information necessary for an accurate test and inspection of the system prior to the performance of any final testing.

Specific test requirements are contained in the UFGS for equipment.

### G40 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with PTS Section Z10, *General Performance Technical Specifications*, UFGS Section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and UFC 3-501-01, *Electrical Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS Section Z10, *General Performance Technical Specifications*.

UFGS 26 11 13.00 20, *Primary Unit Substation*

UFGS 26 11 16, *Secondary Unit Substations*

UFGS 26 12 19.10, *Three-Phase Pad-Mounted Transformers*

UFGS 26 12 19.20, *Single-Phase Pad-Mounted Transformers*

UFGS 26 13 00.00 20, *SF6 Insulated Pad-Mounted Switch Gear*

UFGS 26 20 00, *Interior Distribution System*

UFGS 26 23 00, *Switchboards and Switchgear*

UFGS 27 05 14.00 10, *Cable Television Premises Distribution System*

UFGS 27 10 00, *Building Telecommunications Cabling System*

UFGS 27 41 16.00 10, *Television Signal Distribution System*

UFGS 33 70 02.00 10 Electrical Distribution System, Underground

UFGS 33 71 01.00 20, *Overhead Transmission and Distribution*

UFGS 33 82 00, *Telecommunications Outside Plant (OSP)*

## G40 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the PTS Section Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

OMSI Information for Electrical Equipment (if OMSI Manual for the entire project is not already required); all "G" item submittals listed in the submittals of the specifications sections identified in the Design Submittals paragraph above; and all "G" item submittals listed in Government Surveillance UFGS Section 01 33 00.12 10, Submittal Procedures for Design-Build Projects.

Provide certification that all adjustable protective device settings have been set in accordance with the coordination study for the as-built equipment and configuration.

## G4010 ELECTRICAL DISTRIBUTION

## G401001 SUBSTATIONS

When secondary unit substations are required, the Designer of Record shall utilize UFGS Section 26 11 16, *Secondary Unit Substation*, and UFGS Section 26 23 00, *Switchboards and Switchgear*, for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

## G401002 TRANSFORMERS

When transformers are required, the Designer of Record shall utilize UFGS Section UFGS 33 70 02.00 10 Electrical Distribution System, Underground for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

## G401003 SWITCHES, CONTROLS AND DEVICES

When switches or control devices are required, the Designer of Record shall utilize UFGS Section *33 70 02.00 10 Electrical Distribution System, Underground*, for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

## G401004 OVERHEAD ELECTRIC CONDUCTORS

Not Used

## G401005 TOWERS, POLES, CROSSARMS AND INSULATORS

Not Used

W912ER-11-D-0010-0006

**A1156**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

## G401006 UNDERGROUND ELECTRIC CONDUCTORS

Route underground cables to minimize splices. Cable pulling tensions shall not exceed the maximum pulling tension recommended by the cable manufacturer. Medium voltage cable termination shall be suitable for the location installed and meet IEEE Std. 48 Class 1 requirements.

## G401007 DUCTBANKS, MANHOLES, HANDHOLES AND RACEWAYS

Concrete manholes and handholes shall be standard type pre-cast concrete. Load ratings of manholes and handholes shall be suitable for the location installed.

## G401008 GROUNDING SYSTEMS

## G401009 METERING

## G401010 CATHODIC PROTECTION SYSTEMS

Not Used

## G401011 EQUIPMENT REQUIREMENTS FOR COASTAL AND HIGH HUMIDITY AREAS

## G4020 SITE LIGHTING

## G402001 EXTERIOR LIGHTING FIXTURES AND CONTROLS

Maintained mean area lighting levels shall be 6 lux (0.5 fc). Lighting uniformity shall be maintained with the following average to minimum (avg/min) uniformity ratios:

a.   Area and Parking Lighting, 6:1

## G402002 SPECIAL SECURITY LIGHTING SYSTEM

Not Used

## G402003 OTHER AREA LIGHTING

Not Used

## G402004 LIGHTING POLES

Poles shall meet Uniform Building Code for street lighting poles, and AASHTO loadings for street lighting poles taking into account the effective projected areas of the luminaries provided. Poles shall be anchor-base type designed for use with underground supply conductors.

## G402005 UNDERGROUND ELECTRIC CONDUCTORS

Provide in accordance with Paragraph G401006.

## G402006 DUCTBANKS, MANHOLES AND HANDHOLES

Handholes and underground conduits for site lighting shall be in accordance with Paragraph G401007.

**A1157**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

**G402007 GROUNDING SYSTEMS**

Design a complete grounding and bonding system for all Outside Plant systems and supporting infrastructure, to include manholes/handholes racks and all metallic components, and cable terminations, transitions, and splices.  Terminals at this site are Krone and utilize LSA-GDT Magazine & 3 Pole MK Overvoltage Arresters 230v, 10kA.  Ensure earth bars are used and a complete bond is established to ground for all termination blocks.

**G4030 SITE COMMUNICATION AND SECURITY**

See G40 Part 3

**G403001 TELECOMMUNICATIONS SYSTEMS**
See G40 Part 3

**G403002 CABLE TV SYSTEMS (CATV)**
See G40 Part 3

**G403003 CABLES AND WIRING**

Provide underground copper cable pair in accordance with RUS 345-67. Screen-compartmental core cable shall be filled cable meeting the requirements of RUS 345-67. Fiber optic media shall meet all performance requirements of EIA/TIA-568-A and the physical requirements of ICEA S 87-640 and EIA/TIA-598-A.

**G403004 DUCTBANKS, MANHOLES AND HANDHOLES**

Provide in accordance with paragraph G401007.

**G403005 TOWERS, POLES AND STANDS**

Not Used

**G403006 TV CAMERAS AND MONITORS**

Not Used

**G403007 ELECTRONIC SECURITY SYSTEM (ESS)**

**G403008 OTHER COMMUNICATION AND ALARM**

**G403009 GROUNDING SYSTEMS**


**G4090 OTHER ELECTRICAL UTILITIES**


--End of Section--

W912ER-11-D-0010-0006

**A1158**

SECTION Z10

GENERAL PERFORMANCE TECHNICAL SPECIFICATION
11/10

**Z10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements. The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**Z10 1.1 NARRATIVE**

All Performance Technical Specification (PTS) sections must be used in conjunction with all parts of the Design Build (D/B) Request for Proposal (RFP) to determine the full requirements of this solicitation. This PTS section provides general requirements for the other PTS sections of this RFP and is used in conjunction with the other PTS sections.

Refer to UFGS section 01 33 00.12 00, *DSubmittal Procedures for Design-Build Projects* for the Order of Precedence of the RFP Parts. Requirements listed in the Project Program take precedence over the PTS sections requirements; therefore, requirements identified in the Project Program eliminate options related to that requirement in the PTS sections.

**Z10 1.2 DESIGN GUIDANCE**

Provide work in compliance with the following design standards and codes, as a minimum. Government standards listed in this RFP take precedence over industry standards.

The PTS Sections reference published standards, the titles of which can be found in the *Unified Master Reference List (UMRL)* on the Whole Building Design Guide at the <u>Unified Facilities Guide Specification (UFGS) Website</u> . The publications referenced form a part of this specification to the extent referenced. The publications are referred to in the section text by the basic designation only. Industry standards, codes, and Government standards referenced in the section text, and not found in the UMRL, are listed at the beginning of the PTS sections.

The advisory provisions of all referenced codes, standards, and specifications shall be mandatory; substitute words such as "shall", "must", or "required" for words such as "should", "may", or "recommended," wherever they appear. The results of these wording substitutions incorporate these code and standard statements as requirements. Reference to the "authority having jurisdiction" for variance from criteria shall be interpreted to mean the "Chief Engineer, NAVFAC" and for contractual obligations on this project shall be interpreted to mean the "Contracting Officer". Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

The following list of codes and standards is not comprehensive and is augmented by other codes and standards referenced and cross-referenced in the RFP.

**Z10 1.2.1 INDUSTRY CODES**

INTERNATIONAL BUILDING CODE (IBC) as modified by UFC 1-200-01. UFC

W912ER-11-D-0010-0006

**A1159**

1-200-01 applies the IBC to the project and references other commercial standards and UFC criteria that become part of the contract.

## Z10 1.2.2 INDUSTRY REQUIREMENTS

WHOLE BUILDING DESIGN GUIDE (WBDG)

WHOLE BUILDING DESIGN GUIDE, Ensure Occupant Safety and Health (Systems Safety Engineering) at http://www.wbdg.org/design/ensure_health.php

## Z10 1.2.3 GOVERNMENT STANDARDS

### Z10 1.2.3.1 UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01     General Building Requirements(UFC 1-200-01 is a hub document that provides general building requirements and references other critical UFCs.  A reference to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs.

### Z10 1.2.3.2 FEDERAL STANDARDS

DoD Architectural Barriers Act Accessibility Standard with DEPSECDEF Memorandum

Occupational Safety and Health Association (OSHA)

## Z10 1.3 MATERIALS AND EQUIPMENT REQUIREMENTS IDENTIFICATION

### Z10 1.3.1 MATERIALS STANDARD

Refer to the Project Program for identification of Government Furnished Equipment.

The equipment items shall be supported by service organizations that are convenient to the equipment installation in order to render satisfactory service to the equipment on a regular and emergency basis during the warranty period of the contract.

Materials, equipment, fixtures, and other appurtenances shall comply with applicable Underwriters Laboratories, (UL) Inc., American National Standards Institute, Inc., and National Electrical Manufacturer's Association standards or applicable standards of a similar independent testing organization. All materials shall be new, and shall bear the label of Underwriters Laboratories whenever standards have been established and label service is normally and regularly furnished by the agency. All equipment provided shall be listed and labeled suitable for the specified purpose, environment, and application and installed in accordance with manufacturer's recommendations.  Insulation shall be asbestos free.

### Z10 1.3.2 EQUIPMENT NAMEPLATE IDENTIFICATION

Each item of equipment shall have a nameplate bearing the manufacturer's name, address, model number, and serial number securely affixed in a conspicuous place. The nameplate of the distributing agent will not be acceptable.

### Z10 1.3.3 FIELD-APPLIED NAMEPLATES

Provide laminated plastic nameplates for each piece of equipment. Each nameplate must identify the function and, when applicable, the number designation of that piece of equipment as used in the design documents. Provide melamine plastic nameplates, 0.125 inch (3 mm) thick, white with black center core.

## Z10 1.4 COMMISSIONING

Commission the building systems identified in the Project Program paragraph 2.3.4. Refer to UFGS section 01 45 04.00 10, Contractor Quality Control for commissioning requirements. Test reports must be certified by the Commissioning Authority (CA), that work is in compliance with requirements of the RFP.

## Z10 1.5 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTS

Verification of satisfactory construction and system performance shall be via Performance Verification Testing, Acceptance Tests, and submittal of test reports certified by the Designer of Record (DOR), that work is in compliance with requirements of the RFP. The Government reserves the right to witness all Performance Verification and Acceptance Tests, review data, and request other such additional inspections and repeat tests as necessary to ensure that the work and provided services conform to the stated requirements. Contractor shall pay the cost of all testing.

Refer to each PTS section to identify Performance Verification and Acceptance Testing required by the work specified in that PTS section.

## Z10 1.6 SUBMITTALS

Contractor's design submittals that combines design and construction submittals, and construction submittals that are submitted separate from the design submittals must both comply with UFGS 01 33 00.12 10 Submittal Procedures for Design-Build Projects.

Refer to ""Construction Quality Control" in UFGS 01 33 00.12 10, *CSubmittal Procedures for Design-Build Projects* and 01 45 04.00 10, Contractor *Quality Control* to define reviewing and approving Authority of design and construction submittals.

### Z10 1.6.1 DESIGN SUBMITTALS

Design submittals shall be in accordance with Unified Facility Guide Specification (UFGS) section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and other discipline-specific guidelines listed in the applicable PTS sections.

UFGS Section 01 33 00.12 10, *D Submittal Procedures for Design-Build Projects* and some PTS sections requires the use of UFGS sections in the development on the contractor originated specification. The Designer of Record (DOR) shall edit the UFGS sections for the project and submit the edited specification as a part of the design submittal. The DOR shall edit the UFGS as follows:

(1) Prepare UFGS Specifications as part of the project specification,

(2) Delete only portions of the UFGS specification that are not applicable to the project,

(3) Edit only the bracketed choices that are within the UFGS

specification text,

(4) Edit blank bracketed options to include requirements that exercise prudence and adherence to acceptable industry standards,

(5) Comply with the directions, directives, and requirements of all UFGS Criteria Notes.  The UFGS Criteria Notes are typically bordered on the top and bottom by a line of asterisks to highlight their location.

(6) If proprietary information is provided or required to streamline the construction submittal process, include proprietary information in the edited UFGS sections and added to the end of each UFGS section. Confirm that the proprietary products, materials, and systems listed in the specifications are in compliance with the requirements of the RFP.

### Z10 1.6.2 CONSTRUCTION SUBMITTALS

Submit for approval to the Designer of Record (DOR), construction submittals, product data, manufacturer's information, shop drawings, and test reports on all materials and systems installed in the project, unless the DOR designates submittal for QC approval. Refer to each PTS section for further construction submittal requirements relating to the work identified in that particular PTS section. Some PTS sections reference UFGS sections that will require more construction submittals for DOR approval than is stated above.  Refer to Section 01 33 00.12 10 for the list of construction submittals reserved for Government Approval and Government Surveillance.

-- End of Section --

# PART FOUR: Combined DFAC - PERFORMANCE TECHNICAL SPECIFICATIONS

## TABLE OF CONTENTS

---

### COVER PAGE

### TABLE OF CONTENTS

A10    FOUNDATIONS
A20    BASEMENT CONSTRUCTION
B10    SUPERSTRUCTURE
B20    EXTERIOR ENCLOSURE
B30    ROOFING
B30a   ROOFING SYSTEM COMPONENTS FORM
C10    INTERIOR CONSTRUCTION
C20    STAIRS
C30    INTERIOR FINISHES
D10    CONVEYING
D20    PLUMBING
D30    HVAC
D40    FIRE PROTECTION
D50    ELECTRICAL
E10    EQUIPMENT
E20    FURNISHINGS
F10    SPECIAL CONSTRUCTION
F20    SELECTIVE BUILDING DEMOLITION
G10    SITE PREPARATION
G20    SITE IMPROVEMENTS
G30    SITE CIVIL/MECHANICAL UTILITIES
G40    SITE ELECTRICAL UTILITIES
Z10    GENERAL PERFORMANCE TECHNICAL SPECIFICATION

SECTION A10

FOUNDATIONS
12/11

**A10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**A10 1.1 DESIGN GUIDANCE**

> Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**A10 1.1.1 Government Standards**

> UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs  which include the following significant UFC(s):UFC 3-100-10N, Architecture UFC 3-220-01N, Geotechnical Engineering Procedures for Foundation Design of Buildings and Structures UFC 3-301-01, Structural Engineering) |

> UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

> UFGS Section 31 00 00   Earthwork

**A10 1.2 GENERAL REQUIREMENTS**

**A10 1.2.1 Earthwork**

> The Designer of Record shall utilize the following UFGS Specifications and shall include the prepared specification section in the project specification:

> > Section 31 00 00 *Earthwork*

**A10 1.2.2 Geotechnical Report**

**A10 1.2.2.1 Subsurface Soils Information**

> A geotechnical investigation was performed in the vicinity of this project in 2011. The results of this investigation are included in a report entitled "Waterfront Area Geotechnical Investigation Naval Support Activity, Mina Slaman Port,

Bahrain". A copy of this report is available for inspection. The exploration logs from the report are contained in Part 6-Attachment of this contract. The report and exploration logs are "FOR **INFORMATION ONLY"**, and is not guaranteed to fully represent all subsurface conditions. Contractor is required to perform a site specific geotechnical investigation for the design and construction of the foundation system.

### A10 1.2.2.2 Contractor-provided Geotechnical Engineer

The Contractor is required to retain a experienced and licensed Geotechnical Engineer and develop requirements for bidding. Any provided subsurface soil information is **"FOR INFORMATION ONLY"**. A site specific geotechnical investigation is not available and it is contractor's responsibility to provide it for the design and construction of the foundation system. Requirements stated in Parts 3 and 4 of the RFP take precedence over any content of any included geotechnical report. Additional requirements for the geotechnical design of this project are provided elsewhere in this RFP.

All work by the Contractor-provided Geotechnical Engineer at the project location shall be coordinated with the Contracting Officer and shall not interfere with normal base operations. When providing the Foundation Work Design submittal, provide the Contractor's Geotechnical Report (an Adobe Acrobat PDF version on CD and two printed copies) for review and record keeping purposes. The report shall become the property of the Government. Provide the Geotechnical reports generated during construction, such as pile load tests or PDA results, pile driving results and analysis, to the Contracting Officer (an Adobe Acrobat PDF version and two printed copies) for record keeping purposes. If driven pile is used, provide the dynamic wave analyses in the report.

### A10 1.2.2.3 Contractor-Provided Geotechnical Report

Submit a written Geotechnical report based upon Contractor's subsurface investigation data and all additional field and laboratory testing accomplished at the discretion of the Contractor's Geotechnical Engineer. As a minimum, the Geotechnical Report shall include the following:

a.  The project site description, vicinity map and site map indicating the location of borings and any other sampling locations. Provide 24 hour groundwater observations for at least 20% of the borings, minimum one boring. Provide notes explaining any abbreviations or symbols used and describing any special site preparation requirements.

b.  Results of all applicable field and laboratory testing. Address existing subsurface conditions, selection and his design of the foundation and floor slab, all underground construction including utility installation and all other site-specific requirements (such as soil stabilization and slope stability, if necessary).

c.  Engineering analysis, discussion and recommendations addressing:

1) Settlement analysis. Settlement shall be limited as required in EM 1110-1-1904, *Settlement Analysis*

2)  Bearing Capacity Analysis for shallow foundation system. Pile capacity for deep foundation system, including skin friction and end bearing versus depth.

3)  Foundation selection and construction considerations (shallow, deep, special); dimensions, and installation procedures. Foundation design confirmation/acceptance testing requirements.

4)  Site preparation (earthwork procedures and equipment), compaction requirements, building slab preparation (as applicable), soil sensitivity to weather and equipment, groundwater influence on construction, mitigation of expansive soils or liquefaction potential, dewatering requirements, slope stability, and other necessary instructions.

5)  Sheeting and shoring considerations, as applicable

6)  Pavement design calculations with parameters defined, actual or assumed, and recommended thicknesses and materials, whether for design or for proposed modifications to the RFP provided pavement design.

7)  Haul routes and stockpile locations for earthwork, as applicable.

8)  Calculations to support conclusions and recommendations.

9)  Recommendations shall be presented on a structure-by-structure Basis.

The Geotechnical Report shall be signed by the Contractor-provided Geotechnical Engineer.

The submitted report shall be accompanied by a cover letter identifying any report recommendations of the report proposed to be adopted into the design which are interpreted by the Contractor as a change condition to the Geotechnical or Pavement related requirements of the RFP.

### A10 1.2.2.4 Geotechnical Site Data required in Design Drawings

The Contractor's final design drawings shall include the borings and laboratory test data results performed by the Contractor. The data provided shall include:

a.  Logs of Borings and related summary of laboratory test results and groundwater observations.  Provide 24-hour groundwater observations for at least 20% of the borings, minimum one boring. Provide notes explaining any abbreviations or symbols used and describing any special site preparation requirements.

b.  The locations of all borings shall be indicated on the drawings.  The applicable design drawings shall be revised to reference the Contractor's Geotechnical Report as being a basis for design.

### A10 1.2.3 Pile Driver Analyzer (PDA)

If deemed necessary by the Designer-of-Record's geotechnical

engineer, the dynamic wave equation method of analysis, pile driver analyzer, shall be used to validate pile and pile hammer compatibility, establish pile driving criteria, establish terminal penetration resistance, or verify as-driven capacity of the pile. The PDA or static load test(s) shall be required for piles with required allowable design capacity equal to or greater than 40 tons.

## A10 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Verification of satisfactory construction and system performance of the foundations shall be via Performance Verification Testing, and by field inspection, as detailed in this section of the RFP and in UFGS Section 01 45 02.0010 and 01 45 04.00 10. Provide special tests and special inspections in accordance with UFGS Section 01 45 02.0010 and 01 45 04.00 10.

### A10 1.3.1 Earthwork

Perform quality assurance for earthwork in accordance with UFGS Section 31 00 00. A competent person, as defined by COE EM 385-1-1, under supervision of a registered Professional Engineer is required to provide inspection of excavations and soil/groundwater conditions throughout construction. The Engineer shall be responsible for performing periodic site visits throughout construction to assess site conditions. The Engineer, with the concurrence of the contractor and the Contracting Officer, shall update the excavation, sheeting, shoring, and dewatering plans as construction progresses to reflect actual site conditions and shall submit the updated plan and a written report (with professional stamp) at least monthly informing the Contractor and the Contracting Officer of the status of the plan and an accounting of Contractor adherence to the plan; specifically addressing any present or potential problems. The Engineer shall be available to meet with the Contracting Officer at any time throughout the contract duration.

### A10 1.3.2 Deep Foundations

If deep foundations are required, perform quality assurance for pile construction in accordance with UFC 3-220-01A, *Deep Foundations*. Pile installation procedures and installed deep foundations shall be inspected and found to be in compliance with these specifications prior to acceptance of the work.

Install test piles as directed by the Contractor's Geotechnical Engineer. Pile load tests shall be performed in accordance with UFC 3-220-01A. Test pile installation procedures shall be as directed by the Contractor's Geotechnical Engineer. Results of the pile test program and final pile installation criteria shall be submitted to the Contracting Officer prior to installation of the production piles.

If driven piles are used , the dynamic wave equation method of analysis, pile driver analyzer, shall be used to validate pile and pile hammer compatibility, establish pile driving criteria, establish terminal penetration resistance, or verify as-driven capacity of the pile. Perform PDA or static pile load test (ASTM D 1143) on all indicator or test piles. Perform CAPWAP analysis on at least one test (indicator) pile to determine capacity with a minimum three day set-up and develop pile installation criteria.

If drilled shafts/caissons/bored cast-in-place piles are used, the following pile design load and structural integrity tests shall be performed (but not limited to): static pile load test (ASTM D1143), Osterberg Cells, Sonic Logging, Pile Integrity Testing, or Thermal Integrity Profiler.

## A10 1.4 DESIGN SUBMITTALS

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 10.12 10, *Submittal Procedures for Design-Build Projects*, The MED Design Instruction Manual, UFC 3-220-01N, *Geotechnical Engineering Procedures for Foundation Design of Buildings and Structures, and UFC 1-200-01, General Building Requirements*.

UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. The DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

UFGS Section 31 00 00 *Earthwork*

## A10 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

All structural elements necessary for construction

Contractor-provided geotechnical report

Controlled fill or backfill material tests

Test pile and production pile installation records

Pile integrity testing reports

Pile load testing reports

As-Built drawings - Include a statement on the drawings indicating the method used to verify the allowable design capacity of the piles (load tests or PDA).

## A1010 STANDARD FOUNDATIONS

## A1010 1.1 SHEETING AND SHORING

Provide sheeting and shoring as required. Sheeting and shoring plans shall be signed by the Contractor's Geotechnical Engineer.

## A1010 1.2 TERMITE CONTROL

### A1010 1.2.1 Termite Control Barrier System

Formulate and apply termiticide in accordance with the manufacturer's label directions. The termiticide label shall bear evidence of registration by the U.S. Environmental Protection Agency or appropriate requirements of the host country.

Apply termiticide to the soil that will be covered by or lie immediately adjacent to the building(s) and structure(s), providing a protective barrier against subterranean termites.

Maintain the Pest Management Maintenance Record, DD Form 1532-1 and submit the Pest Management Report, DD Form 1532 as required.

Applicator(s) shall be licensed or certified by the Federal government or the state or the host country, as applicable.

### A1010 1.2.2 Warranty

Furnish a 3 year written warranty against infestations or reinfestation by subterranean termites of the buildings or building additions constructed under this contract. Perform annual inspections of the building(s) or building addition(s). If live subterranean termite infestation or subterranean termite damage is discovered during the warranty period, and building conditions have not been altered in the interim, the Contractor shall:

a. Perform treatment as necessary for elimination of subterranean termite infestation;

b. Repair damage caused by termite infestation;

c. Reinspect the building approximately 180 calendar days after the repair.

### A1010 1.2.3 Visual Inspection Guide

To maintain resistance to termites, complete the system and do not disturb, penetrate or damage during the remaining contract time period. Provide Manufacturer's Guidance for performing a visual assessment of the installed system to ensure the system provides the designed termite physical barrier.

## A101001 WALL FOUNDATIONS

Provide foundation walls as required in accordance with the requirements of this section and other portions of this RFP.

## A101002  COLUMN FOUNDATIONS AND PILE CAPS

Provide column foundations or pile caps and grade beams as required in accordance with the requirements of this section and other portions of this RFP.

## A1020 SPECIAL FOUNDATIONS

## A102001 PILE FOUNDATIONS

Where piles are required, design, install, and test piles (including sheet piles, as applicable) in accordance with UFC 3-220-01A, except as noted otherwise. Provide piles in accordance with the requirements of the Contractor's Geotechnical Engineer, and the following paragraphs.

## A102001 1.1 DRIVING EQUIPMENT

Install piles (including sheet piles, as applicable) to the required tip elevation and capacity with the appropriate equipment as recommended by the Contractor's Geotechnical Engineer. Pile hammer shall be of sufficient weight and energy to suitably install piles without damage.

Drive production piles with the same hammer, cap block, and cushion materials, and using the same operating conditions as test piles, including pre-augering and spudding.

Pile driving equipment shall match the equipment assumptions on which the pile driving formulae used to determine blow counts are based.

# A1170

**A102001 1.2 INSTALLATION TOLERANCES**

The contractor shall provide the pile specification in accordance with the applicable UFGS

**A102001 1.3 MISLOCATED AND DAMAGED PILES**

Remove and replace with new piles those piles that are damaged, mislocated, or installed out of alignment tolerance or provide additional piles, installed as directed by the Contractor's Geotechnical Engineer and approved by the Contracting Officer, at no additional cost to the Government.

**A102001 1.4 PILE SPACING**

For cast-in-place concrete or augercast piles, provide adequate distance, as determined by the Contractor's Geotechnical/Structural Engineer, between freshly placed concrete and other pile installation operations to avoid damage to concrete. The contractor shall provide the pile specification in accordance with the applicable UFGS.

**A102001 1.5 COATED PILES**

Handle treated or coated piles so as to protect the treatment or the coating. Repair damage or defects to treatment or coating.

**A102002 CAISSONS/DRILLED SHAFTS/BORED CAST-IN-PLACE (CIP) PILES**

If required, provide caissons as required in accordance with the requirements of this section and other portions of this RFP. Caisson foundation term refers to very large footings which are sunk into position by excavation through or beneath the structure. Caissons are also referred to by other names including drilled shafts, bored cast-in-place (CIP) piles, bored piles (Europe), cast-in-drilled-hole piles (CIDH-Caltrans terminology), drilled piers. Provide caissons/drilled shafts/bored CIP piles in accordance with the requirements of the Contractor's Geotechnical Engineer and UFGS Section 31 63 26, The caissons/drilled shafts/bored CIP piles shall have full length temporary casing to install.

**A102003 UNDERPINNING**

If required, underpin existing construction as required in accordance with the requirements of this section and other portions of this RFP.

**A102004 DEWATERING**

Based on the previous geotechnical investigations in the vicinity project areas, the groundwater table was encountered at depths between 2.2 m to 3.28 m below existing ground surface. Considering the high groundwater table in this project, the Contractor's Geotechnical Engineer shall determine whether dewatering system will be effective or not and identify the dewatering selection and method based on his/her subsurface exploration and investigation. If dewatering is required, the selection of the dewatering system for foundation construction, shall consider the site soil conditions and local subsurface and surface water, including rainfall, and considering any potential adverse impact on adjacent facilities, including settlement. Dewatering system shall be designed in accordance with UFC 3-220-05.

**A102005 RAFT FOUNDATIONS**

If required, provide a raft foundation as required to achieve the requirements of this section and other portions of this RFP and as required by the Contractor's Geotechnical Engineer.

**A102006 PRESSURE INJECTED GROUTING**

If required, pressure inject grout as required in accordance with the requirements of this section and other portions of this RFP.

**A1030 SLAB ON GRADE**

**A103001 STANDARD SLAB ON GRADE**

If allowed by site conditions and recommended by the Contractor-provided Geotechnical Engineer, provide standard concrete slab on grade to meet the required loading requirement in accordance with the requirements of this section and other portions of this RFP.

Floor slab on grade shall be designed and constructed in accordance with EM 1110-1-1904, Settlement Analysis and so that any settlement of the floor slab shall not result in harmful distortion of the floor, nor vertical misalignment of the floor with other building components (such as doorways and trenches), building utilities or with pile-supported building elements. If these above conditions cannot be met, provide a pile supported slab.

**A103003 TRENCHES**

Trenches shall be constructed of reinforced concrete with water proof joints and seals to prevent ground water infiltration.

**A103004 PITS AND BASES**

Pits and bases shall be constructed of reinforced concrete with water proof joints and seals to prevent ground water infiltration.

**A103005 FOUNDATION DRAINAGE**

**A103005 1.1 PERIMETER FOUNDATION DRAINAGE**

Perimeter drainage system shall be provided to remove water away from the foundation of the facility and to be deposited in the storm sewerage system of the site. Pipe for the foundation drainage system shall be of the type specified, shall be perforated, and shall be of a size sufficient to remove water from the foundation successfully. Provide one, or a combination of more than one, of the following types of pipe:

a.   Corrugated Polyethylene (PE) Drainage Pipe: ASTM F 405, heavy duty, for pipe 3 to 6 inches in diameter inclusive; ASTM F 667 for pipe 8 to 24 inches in diameter. Fittings shall be manufacturer's standard type and shall conform to the indicated specification.

b.   Acrylonitrile-Butadiene-Styrene (ABS) Pipe: ASTM D 2751, with a maximum SDR of 35.

c.   Polyvinyl Chloride (PVC) Pipe: ASTM F 758, Type PS 46, ASTM D 3034, or ASTM F 949 with a minimum pipe stiffness of 46 psi.

Installation shall include wrapping the pipe with filter fabric sock and careful bedding of the pipe with appropriate fill material to ensure that the pipe does not become obstructed with the bedding material.

**A103090 OTHER SLAB ON GRADE**

**A103090 1.1 BLOCK OR BOARD PERIMETER INSULATION**

Provide only thermal insulating materials recommended by manufacturer for perimeter insulation.   Provide one of the board or block thermal insulations listed below conforming to the following standards:

a.    Cellular Glass:  ASTM C 552

b.    Extruded Preformed Cellular Polystyrene:  ASTM C 578

The thickness of insulation and thermal resistance value shall be sufficient to meet the applicable building code and energy budget for the facility.

-- End of Section --

The MED Design Instruction Manual

2 + 0 TQ/Combined DFAC
NSA, Bahrain

SECTION A20

BASEMENT CONSTRUCTION
12/11

**A20 NOT PERMITTED**

-- End of Section --

SECTION B10

SUPERSTRUCTURE
11/10

**B10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project other RFP Part 4 requirements are not required.

**B10 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

### B10 1.1.1 Government Standards

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs  which include the following significant UFC(s):UFC 3-100-10N, Architecture UFC 3-301-01, Structural Engineering) |

**B10 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory construction and system performance shall be via Performance Verification Testing, as detailed in this section of the RFP. Provide special tests and special inspections in accordance with UFGS Section 01 45 02.00 10 and 01 45 02.00 10.

**B10 1.3 DESIGN SUBMITTALS**

Design submittals shall be in accordance with Z10, General Performance Technical Specifications, UFGS section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects*, The MED Design Instruction Manual, UFC 3-100-10N, *Architecture*, and UFC 3-300-10N, *Structural Engineering*.

**B10 1.4 CONSTRUCTION SUBMITTALS**

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

All structural elements necessary for construction of the superstructure

**B1010 FLOOR CONSTRUCTION**

**B101001 STRUCTURAL FRAME**

Structural frame elements may include columns, girders, beams, trusses, joists, moment frames, shear walls, and bracing. See Section B20, *Exterior Enclosure*, for additional requirements for exterior walls used as load-bearing walls or shear walls.

**B101002 STRUCTURAL INTERIOR WALLS**

Provide structural interior walls as required in accordance with the requirements of this section and other portions of this RFP. See Section C10, *Interior Construction*, for additional requirements.

**B101003 FLOOR DECKS AND SLABS**

If required, provide floor decks as required in accordance with the requirements of this section and other portions of this RFP.

**B101005 BALCONY CONSTRUCTION**

Design and construct exterior balconies to drain and with the top of the balcony high-point below the interior floor elevation as required for flashing.

**B101006 RAMPS**

Provide ramps as required in accordance with the requirements of this section and other portions of this RFP.

**B101007 FLOOR RACEWAY SYSTEMS**

See Section D50, Electrical, for floor raceway systems.

**B1020 ROOF CONSTRUCTION**

**B102001 STRUCTURAL FRAME**

Structural frame elements may include columns, girders, beams, trusses, joists, moment frames, shear walls, and bracing. See Section B20, *Exterior Enclosure*, for additional requirements for exterior walls used as load-bearing walls or shear walls.

**B102002 STRUCTURAL INTERIOR WALLS**

Provide structural interior walls as required in accordance with the requirements of this section and other portions of this RFP. See Section C10, *Interior Construction*, for additional requirements.

**B102003 ROOF DECKS AND SLABS**

Provide roof deck as required in accordance with the requirements of this section and other portions of this RFP.

**B102004 CANOPIES**

Provide canopies as required in accordance with the requirements of this section and other portions of this RFP.

-- End of Section --

SECTION B20

EXTERIOR ENCLOSURE
11/10

**B20 GENERAL**

**B20 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website , are listed below for basic designation identification.  Comply with the required and advisory portions of the current edition of the referenced standard at the time of contract award.

**B20 1.1.1 Industry Standards and Codes**

NATIONAL LUMBER GRADES AUTHORITY (NLGA)

**B20 1.1.2 Government Standards**

Military Handbook 1013/1A, Design Guidance for Physical Security of Facilities

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01          General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs  which include the following significant UFC(s):UFC 3-101-01, Architecture)

**B20 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory exterior enclosure system performance shall be via Performance Verification Testing, and by field inspection as detailed in this section of the RFP.  Provide special tests and special inspections in accordance with UFGS Section 01 45 02.00 10 and 01 45 04.00 10  The Contractor shall pay the cost of all testing.

**B20 1.2.1 Not Used**

**B20 1.2.2 Air Barrier Field Sample**

Designate a portion of the project that reveals the various edge, seam, transition, and penetration conditions that the air barrier is exposed to.  Determine this location with the Contracting Officer and obtain approval of the sealing methods employed on the project from the air barrier Manufacturer.  Leave sample area exposed to view as long as practical to serve as a construction standard and comparison of future air barrier construction on the project.  Before construction covers the sample area, provide detailed photographs of the air barrier

details for future reference.

### B20 1.2.3 Air Barrier Performance Testing

If required in RFP Part 3, provide air barrier testing and repair as follows:

a.  Provide a testing plan as a part of the Commissioning Plan and notify the Contracting Officer 7 working days before the testing will take place.  Do not test the building until verifying that the continuous air barrier is in place and installed without failures in accordance with installation instructions so that repairs to the continuous air barrier, if needed to comply with the required air leakage rate, can be done in a timely manner.

    Also coordinate building access during the test with the Contracting Officer.  Perform pretest inspection with all parties involved in the test and possible repairs of the building envelope.  Record pretest conditions and utilize pictures to assist in the documentation.

b.  Air leakage test shall be performed in accordance with ASTM E-779 (2003) or E-1827-96 (2002), with the following additions and exceptions using either Method 1 or Method 2. The flow rate must not exceed 0.25 CFM at 75 Pa per square foot of building envelope area including roof or ceiling, walls and floor as provided by the DOR.

    Method 1: This test consists of measuring the flow rates required to establish 12 positive and 12 negative building pressures from at least 25 Pa to at least 50 Pa. At least 12 bias pressure readings must be taken across the envelope and averaged over 5 seconds each before and after the test. None of these readings must exceed 30% of the minimum test pressure.

    Method 2: this test consists of measuring the flow rates required to establish 12 positive building pressures from at least 50 Pa to at least 75 Pa. At least 12 bias pressure readings must be taken across the envelope and averaged over 5 seconds each before and after the test. None of these readings must exceed 20% of the minimum test pressure.

    The test results must be either pass or fail.  Provide the theoretical size of the opening that leaks the same amount as the building envelope at 75 Pa, to facilitate the search for leaks and repair of the exterior enclosure.

c.  Provide infrared thermography to determine air leakage paths if facility fails to retain the required air pressure in the test above.  Utilize infrared cameras with a resolution of 0.1 degree C or better.

    Perform infrared thermography in accordance with ISO 6781:1983 and ASTM C1060-90(1997).  Determine air leakage pathways in accordance with ASTM E1186-03 *Standard Practices for Air Leakage Site Detection in Building Envelopes and Air Barrier Systems*, and perform corrective work as necessary to achieve the whole building air leakage rate specified.

    Modify construction to stop identified air leakage until target 0.25 cfm/ft2 is reached.  Correct air path leaks at the source of the leak, do not use sealant to close air leakage paths that

are required to be opened for maintenance of the facility such as fixtures, switches covers, receptacle covers, access doors,...etc.

d.   Air leaks shall be sealed in the following order of priority:

1)   Top of the building.  These include attics, roof/wall intersections, penthouse doors and walls, HVAC equipment.

2)   Bottom of the building.  These include ground floor access doors and inspection hatches, exhaust and air intake vents, service penetrations of enclosure, crawl spaces.

3)   Vertical shafts.  These include gasket stairwell fire doors, fire hose cabinets and recessed toilet accessories connected to vertical shaft, vertical and horizontal utility penetrations in service rooms, elevator rooms and shafts.

4)   Exterior walls.  These include weather strip doors and windows, exhaust fans and ducts, service penetrations, electrical receptacles, wall base.

### B20 1.2.4 Required Records for Concrete Wall Panels

a.   Cast-in-place - Submit to DOR mandatory batch ticket information as ASTM C 94 for each load of ready-mixed concrete.

b.   Submit to DOR commercial testing results in accordance with PCI MNL-117 and as required in paragraph entitled "Sampling and Testing for Precast"

### B20 1.2.5 Precast Concrete Wall Panel Surface Finish Sample

Submit to DOR a concrete wall panel sample 12 inches (300 mm) by 12 inches (300 mm) by approximately 1 1/2 inches (38 mm) in thickness, to illustrate quality, color, and texture of both exposed-to-view surface finish and finish of panel surfaces that will be concealed by other construction. Obtain initial approval of color and texture from DOR prior to submission of sample panels.

### B20 1.2.5.1 Manufacturing Plant Sampling And Testing for Precast

Plant Quality Control - PCI MNL-117 for PCI enrolled plants. Where panels are manufactured by specialists in plants not currently enrolled in the PCI "Quality Control Program," provide a product quality control system in accordance with PCI MNL-117 and perform concrete and aggregate quality control testing using an approved, independent commercial testing laboratory. Submit test results to the Contracting Officer.

a.   Aggregate Tests: ASTM C 33.  Perform one test for each aggregate size, including determination of the specific gravity.

b.   Strength Tests: ASTM C 172.  Provide ASTM C 39 and ASTM C 31/C 31M compression tests.  Perform ASTM C 143 slump tests.  Mold six cylinders each day or for every 20 cubic yards (15 cubic meters) of concrete placed, whichever is greater.  Perform strength tests using two cylinders at 7 days and two at 28 days.  Cure four cylinders in the same manner as the panels and place at the point where the poorest curing conditions are offered.  Moist cure two

cylinders and test at 28 days.

c.  Changes in Proportions: If, the compressive strength falls below that specified, adjust the mix proportions and water content and make necessary changes in the temperature, moisture, and curing procedures to secure the specified strength.  Notify the Contracting Officer of all changes.

d.  Strength Test Results: Evaluate compression test results at 28 days in accordance with ACI 214 using a coefficient of variation of 20 percent.  Evaluate the strength of concrete by averaging the test results (two specimens) of standard cylinders tested at 28 days.  Not more than 20 percent of the individual tests shall have an average compressive strength less than the specified ultimate compressive strength.

### B20 1.2.5.2 Acceptable Appearance

Refer to *Architectural Precast Concrete* by the Prestressed Concrete Institute, in the "Acceptability of Appearance" paragraph for reasons to reject precast panels.  Panels in place may be rejected for any one of the product defects or installation deficiencies remaining after repairs and cleaning have been accomplished.  "Visible" means visible to a person with normal eyesight when viewed from a distance of 20 feet (6 meters) in broad daylight.

### B20 1.2.6 Window Sample Mock-Up

a.  Provide mock up of one (1) typical combination window unit to be used within the project and conduct a field mock-up test in strict compliance with AAMA 502 method A and method B. Each opening will be tested to achieve performance of ASCE 7-02 calculated requirements (PSF or Kg/m2) for water resistance, which shall not exceed .667 % of the products capable water based on AAMA 101/I.S. 2. Allowable rates of air leakage for field testing shall be 1.5 times applicable AAMA 101/I.S.2 rate for the Product Type and Performance Class.

b.  Opening is to be tested under "Quality Control" testing by a designated independent testing agency.

1) Schedule mock up installation sufficiently in advance of need to allow adequate time for cure of sealants, testing and reconstruction, if needed, without delaying the project.

2) Build mock up in building envelope wall in location selected by Owner and Architect.

3) Modify mock up construction and perform additional tests as required to achieve specified minimum acceptable results.  If corrections are not adequate, construct new mock up, at written direction of Owner and Architect.  Co-ordinate construction of mock up with other involved trades.

4) Approved mock ups may become part of completed Work if undisturbed at time of Substantial Completion.

5) Flood test Mockup window subsill and obtain approval of DOR prior to installing window unit.

### B20 1.2.7

.

## B20 1.3 DESIGN SUBMITTALS

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10 *Submittal Procedures for Design-Build Projects*, The MED Design Instruction Manual, UFC 3-100-10N, *Architecture* and UFC 3-301-01, *Structural Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

UFGS 08 34 16.10, *Steel Sliding Hangar Door*

UFGS 08 34 16.20, *Vertical Lift Fabric Door*

## B20 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record(DOR) shall approve the following submittals as a minimum;

Shop drawings for reinforcing steel in masonry walls, doors, door hardware, windows, storefront curtainwall, glazing, paint, air barrier system, and visible exterior materials.

All structural elements necessary for construction

### B20 1.4.1 Manufacturer's Verification Inspection Documentation for Galvanized Steel

Manufacturer's verification inspection documentation shall be submitted for all galvanized steel in accordance with ASTM A123, ASTM A 153, and ASTM A 653.

### B20 1.4.2 Field Inspection of Field-erected Concrete Panels

a.   Perform field inspection of panel welded connections. Furnish the services of AWS-certified welding inspector for erection inspections. Welding inspector shall visually inspect all welds and identify all defective welds.

b.   The DOR shall be notified in writing of defective welds, bolts, nuts and washers within 7 working days of the date of inspection. All defective connections or welds shall be removed and re-welded or repaired as required by the DOR.

## B2010 EXTERIOR WALLS

Exterior wall construction shall consist of exterior skin system of non-structural outside face elements with rain-screen back-up wall systems including; flashing (embedded, exposed, and thru-wall), vapor barriers, air barriers, and insulation systems with interior skin system materials to provide a protective finish on the inside face of exterior walls. Provide all components necessary to direct water that would leak through faulty caulk joints to the outside of wall. Provide flashing, window subsill, caulking, and water barriers around wall openings to direct any water that gets behind the outside surface of the exterior door, window

or louver to the exterior of the wall.

All work shall be designed to comply with UFC 3-100-10N, *Architecture*, and UFC 3-301-01, *Structural Engineering*, and the following requirements:

a.  Vapor Transmission Analysis - Perform a job specific vapor transmission analysis in accordance with UFC 3-100-10N, Architecture. The conclusion of the analysis shall indicate the appropriate locations of needed vapor retarders, air barriers, and anticipated dew-point locations in the exterior enclosure during different critical times of the year.

b.  Wind Loads - Provide wind load calculations for exterior cladding in accordance with UFC 1-200-01 and UFC 3-301-01 with comparative analysis of the cladding system to be provided.

c.  Water Penetration - No water penetration shall occur at a pressure of 8 psf (39 Kg/m2) of fixed area when tested in accordance with ASTM E 331.

d.  Insulating Value – The complete wall system shall have a minimum insulating value as required by the building code and as required to meet ASHRAE Standard 90.1 as modified by the Energy Policy Act of 2005.

**B201001 EXTERIOR CLOSURE**

**B201001 1.1 MASONRY VENEER EXTERIOR WALL CLOSURE COMPONENTS**

Not Used.

**B201001 1.2 METAL WALL PANEL EXTERIOR CLOSURE B201001 1.2.1 General Wall Panel Requirements**

a.  Factory Color Finish – Panels shall have factory applied, baked coating to the exterior and interior of metal wall panels and metal accessories.  Exterior finish topcoat shall be of 70 percent polyvinylidene fluoride (PVDF) resin with not less than 0.8 mil dry film thickness (DFT).  Exterior primer shall be standard with panel manufacturer with not less than 0.8 mil dry film thickness (DFT). Panels shall have factory applied 70 percent PVDF clear coating of 0.8 mil DFT over the color topcoat and edge coating for projects within 300 feet (91 meters) of a water shoreline or industrial environment. Field apply 70 percent PVDF clear coat to unfinished panel edges or field cut panels.  Interior finish exposed to sun or rain shall be the same coating and DFT as the exterior coating.  Interior finish shall be protected from sun or rain exposure.

b.  Wall system and attachments shall resist wind loads as determined by ASCE 7, with a factor of safety appropriate for the material holding the anchor.  Maximum deflection due to wind on aluminum wall panels shall be 1/60.  Maximum deflection due to wind on steel wall panels and girts behind aluminum or steel wall panels shall be limited to 1/120 of their respective spans, except that when interior finishes are used the maximum allowable deflection shall be limited to 1/180 of their respective spans.  The structural performance test methods and requirements of the wall system and attachments shall be in accordance with ASTM E 1592.

c.  Conformations - Non-insulated steel or aluminum wall panels shall have configurations for overlapping adjacent sheets or interlocking ribs for securing adjacent sheets and shall be fastened to framework using exposed or concealed fasteners, as specified.  Length of sheets shall be sufficient to cover the entire height of any unbroken wall surface when the length of run is 30 feet (9 meters) or less.  Design provisions shall be made for expansion and contraction.  Where required, provide

series 305 stainless steel fasteners factory finished to match panels.

d.   Shape - Standard V-beam or boxed beam type having 5 to 8 inch (125 mm to 200 mm) pitch for steel panels or 4 to 8 inch (100 mm to 200 mm) pitch for aluminum panels, and 1.5 inch (38 mm) overall depth, exclusive of coating. Other shapes may be considered if approved by the DOR.

**B201001 1.2.4 Insulated Aluminum or Steel Wall Panels**

Insulated wall panels shall be steel or aluminum factory-fabricated units with insulating core between metal face sheets securely fastened together and uniformly separated with rigid spacers.  Panels shall have a factory color finish.  Insulation shall be compatible with adjoining materials and capable of retaining its R-value for the life of the metal facing sheets; and unaffected by extremes of temperature and humidity.  The assembly shall have a flame spread rating not higher than 25, and smoke developed rating not higher than 50 when tested in accordance with ASTM E 84.  Panels shall be not less than 8 inches (200 mm) wide and shall be in one piece for unbroken wall heights.

Wall panels shall have edge configurations with interlocking ribs for securing adjacent panels.  System shall utilize factory fabricated corners and trim pieces at intersections with other materials.  Wall panels shall be fastened to framework using concealed fasteners. Installation shall be in accordance with DOR-approved shop drawings and manufacturer's recommendations.

a.   Insulated Steel Panels - Zinc-coated steel conforming to ASTM A 653/A 653M; or Aluminum-zinc alloy coated steel conforming to ASTM A 792/A 792M, AZ 55 coating.  Uncoated wall panels shall be 0.024 inch (0.61 mm) thick minimum.

b.   Insulated Aluminum Panels - Alloy conforming to ASTM B209, temper as required for the forming operation, minimum 0.032 inch (0.81 mm) thick.

**B201001 1.3 STUCCO EXTERIOR WALL CLOSURE**

**B201001 1.3.1 Portland Cement Plaster**

ASTM C150, gray Portland cement Type II with 1/2 inch (13 mm) maximum chopped alkali resistant fiberglass strands, minimum 1.5 percent by weight to cement; 1 1/2 pounds (.68 kg) per sack of cement.  Lime shall conform to ASTM C206, Type S.  System shall utilize stainless steel or zinc corner beads, J-beads and other accessories.

a.   Unless specifically deleted, the system shall utilize an acrylic admixture or coating to give additional moisture suppression to control fungus growth.

b.   Sand for Portland Cement Stucco ASTM C 144, except gradation of sand shall conform to the following requirements:

c.   Sand Gradation for Basecoats:Sand Gradation for Basecoats:

Percentage Retained by weight (plus or minus 2 percent) on each sieve

| Sieve Size | Min. | Max. |
|---|---|---|
| No. 4 | 0 | 0 |
| No. 8 | 0 | 10 |
| No. 16 | 10 | 40 |

| | | |
|---|---|---|
| No. 30 | 30 | 65 |
| No. 50 | 70 | 90 |
| No. 100 | 95 | 100 |

d.  Sand for Finish Coats: Natural color and graded within the limits shown above for basecoats, except that the sand shall pass the No. 8 sieve, and for smooth finish the sand shall pass the No. 30 sieve.

e.  Mix scratch coat in proportion of one part by volume Portland cement, 3/4 to 1 1/2 parts by volume hydrated lime and 2 1/2 to 4 parts sand (volume of sand per sum of cement and lime). Mix brown coat in proportion of one part by volume Portland cement, 3/4 to 1 1/2 parts by volume hydrated lime and 3 to 5 parts sand (volume of sand per sum of cement and lime).  Mix proportions can vary depending on climate and application variations, with the approval of the DOR.

f.  Portland Cement Stucco Finish Coat 3 to 5 parts sand (volume of sand per sum of cement and lime).

g.  Portland cement plaster application shall be in accordance with ASTM C 926.  Furring and lath application shall be in accordance with ASTM C 1063.

h.  Bonding Agents: ASTM C 932.  Provide for exterior applications to masonry or concrete substrates.

## B201001 1.4 CONCRETE EXTERIOR WALL CLOSURE

### B201001 1.4.1 Precast Concrete Wall Panels:

ACI 211.1 and ACI 301. PCI MNL-116 or PCI MNL-117. Concrete shall have a minimum 28-day compressive strength of 4000 psi (281 Kg/cm2).  Air content of plastic concrete shall be between 4 and 6 percent air by volume.  Provide a dosage of air entraining agent, which will produce 19 plus or minus 3 percent air in a 1 to 4 by weight standard sand mortar in accordance ASTM C 185. Provide aggregate in accordance with ASTM C 33. Design for watertight joints, or weeping joints having back-up water penetration protection in precast elements.  Cracking potential of precast concrete elements shall be minimized by implementing expansion and control joints in the precast assembly.

Joints shall include properly sized and placed backing material and fully loaded and tooled sealant joint of no less than 6mm (1/4 inch) sealant material thickness.

a.  Exposed Aggregates - In addition to the above aggregate, facing mixture aggregate, and aggregate for homogeneous panels with exposed aggregate finish, shall be crushed stone.

b.  Cement - ASTM C 150.

c.  Admixtures - ASTM C 260 for air-entraining admixtures.  Other admixtures:  ASTM C 494.  Certify that admixtures are free of chlorides.

d.  Reinforcement - ACI 301.

e.  Inserts - ASTM A 47, Grade 32510 or 35018, or may be medium strength cast steel conforming to ASTM A 27/A 27M, Grade U-60-30. Where exposed to moisture, provide inserts hot-dip galvanized after fabrication in accordance with ASTM A 153/A 153M.

f.   Embedded Plates - ASTM A 36/A 36M.

g.   Flashing Reglets - Fabricate of sheet metal, open-type with continuous groove 1 1/8 inches (28 mm) deep minimum by 3/16 inch (5 mm) wide at opening and sloped upward at 45 degrees.  Top surface shall have toothed lip section to anchor upturned edge of metal snap-lock counter flashing when inserted. Sheet metal shall be stainless steel, 0.011 inch (0.28 mm) minimum thickness, ASTM A 167, Type 302 or Type 304, Number 2D finish, soft temper.

h.   Clip Angles - ASTM A 36/A 36M steel, galvanized after fabrication in accordance with ASTM A 153/A 153M.

i.   Ferrous Casting Clamps - ASTM A 47, Grade 32510 or Grade 35018 malleable iron or cast steel, or ASTM A 27/A 27M, Grade U-60-30, cast steel casting, hot-dip galvanized in accordance with ASTM A 153/A 153M.

j.   Threaded Fasteners – Provide galvanized machine bolts, washers and, when required, nuts.

   1)   Bolts:  ASTM A 307, 3/4 inch (19 mm) diameter machine bolts with hexagon head.

   2)   Washers:  ASTM F844.

   3)   Nuts:  ASTM A 563, Grade A, heavy, hexagon-type nuts.

## B201001 1.6 MANUFACTURED FACED PANELS SYSTEMS EXTERIOR WALL SIDING

Not Used.

## B201001 1.7 OTHER EXTERIOR WALL CLOSURE

### B201001 1.7.1 Not Used

### B201001 1.7.2 Concrete Unit Masonry

Masonry walls shall comply with ACI 530.1.  Load-bearing units: ASTM C90, Non-load bearing- units: ASTM C129, Type I or II.  Provide ground face units, split-faced units, ground-faced units, or split-ribbed units for exposed exterior walls. Provide water repellent admixture to masonry units where the exterior face of the units will not receive a waterproof coating such as paint.  Mortar shall conform to ASTM C 270, Type S.  Test mortar in accordance with ASTM C 780.  Provide water repellent admixture and color additive in mortar for masonry walls that will not receive a waterproof coating such as paint.  Do not use admixtures containing chlorides.  Provide air entrainment, not to exceed 12 percent, in mortar.

a.   Adjustable Anchors for Structural Members - Use adjustable anchors to anchor masonry structural steel columns or beams. Weld the fixed portion of the anchors (steel anchor rods) to the structural steel member.  Provide adjustable anchors 3/16 inch (5 mm) diameter steel wire, triangular-shaped.  Anchors attached to steel shall be 5/16 inch (8 mm) diameter steel bars placed to provide 1/16 inch (1.6 mm) play between flexible anchors and structural steel members.

b.   Deformed Bars - ASTM A 615/A 615M, ASTM A 616/A 616M, ASTM A 617/A 617M, or ASTM A 706/A 706M.

W912ER-11-D-0010-0006

**A1185**

## B201002 EXTERIOR WALL BACKUP CONSTRUCTION

### B201002 1.1 CONCRETE UNIT MASONRY

Provide concrete unit masonry as described in B201001  1.10.2

Dampproofing – Dampproof the cavity-facing wythe of the backup masonry using asphaltic primer according to ASTM D 41, if dampproofing is not provided by a sprayed on foam or other DOR-approved membrane insulation system. Coordinate dampproofing materials and methods to provide vapor transmission control for the lifetime of the structure.  Repair any dampproofing damaged by other construction operations.

### B201002 1.2 LOAD-BEARING METAL FRAMING SYSTEM

Exterior Studs:

Max. Deflection Criteria       Exterior Finish

L/360                          Cement Plaster, Wood Veneer, Synthetic Plaster, Metal Panels
L/600                          Brick Veneer, Stone Panels

Wall deflections shall be computed on the basis that studs withstand all lateral forces independent of any composite action from sheathing materials. Studs abutting windows or louvers shall also be designed not to exceed 1/4-inch maximum deflection and as required in UFC 4-010-01.

a.   Studs - ASTM A 1003/ASTM A 1003M, Structural Grade 50, Type H minimum; provide Z180 (G60) galvanized coating in accordance with ASTM A 653/ASTM A 653M.  Do not expose studs to direct moisture contact. Studs shall be stamped with manufacturer's name, initials, or logo, an ICBO number, material thickness and yield strength.  Size and gage shall be as required to meet the loading requirements specified.

b.   Bracing - Provide horizontal bracing in accordance with design calculations and AISI SG-673, consisting of, as a minimum, runner channel cut to fit between and welded to the studs or hot- or cold-rolled steel channels inserted through cutouts in the web of each stud and secured to studs with welded clip angles.  Provide bracing, as a minimum, at 5 feet (1.52 meters) o.c. for wind load only, and 3"-4"(1.0 meters) o.c. for axial loads.

c.   Sheathing - Provide sheathing to withstand structural loads imposed on the wall structure.  Cover sheathing with either a 15 pound asphalt-impregnated building paper, or air barrier as required by the wall moisture analysis.  Sheathing shall be one of the following:

1)  Plywood:  C-D Grade, Exposure 1, with an Identification Index of not less than 24/0.

2)  Structural-Use and OSB Panels:  Sheathing grade with durability equivalent to Exposure 1, Span Rating of 24/0 or greater.

3)  Gypsum:  ASTM C 79/C 79M and ASTM C 1177/C 1177M, 1/2 inch (13 mm) thick fire retardant (Type X) 5/8 inch (15 mm) thick; 4 feet (1.2 meters) wide with square edge for supports 16 inches (400 mm) o.c. with or without corner bracing of framing.  Gypsum sheathing shall be faced with materials capable of resisting six months of weathering exposure without degradation of the covering or the gypsum.  Seal all joints as recommended by the manufacturer.

**B201002 1.4 CAST-IN-PLACE CONCRETE SYSTEM**

a.   Unless otherwise noted herein, all concrete design and construction must be in accordance with UFC 1-200-01.

b.   Concrete construction must be in accordance with ACI 301.

c.   Refer to Performance Verification Testing for Cast-in-place field quality control.

d.   Concrete construction tolerances must be in accordance with ACI 117.

e.   Design for watertight joints, or weeping joints having back-up water penetration protection in precast elements.  Cracking potential of precast concrete elements shall be minimized by implementing expansion and control joints in the precast assembly.

f.   Joints shall include properly sized and placed backing material and fully loaded and tooled sealant joint of no less than 1/4 inch sealant material thickness.

**B201003 INSULATION & VAPOR RETARDER**

Insulation, Vapor Retarders, and Air Barrier Systems in or on Exterior Enclosure shall include: insulation, liquid, sheet or continuous film materials installed separately in or on wall assemblies to provide resistance to heat loss/gain, and vapor penetration.

**B201003 1.1 VAPOR RETARDER**

Comply with ASTM C755.  Incorporate in the exterior wall system where required by vapor transmission calculations or dew point analysis indicates the need or in conditions of high moisture exposure.

**B201003 1.1.1 Bituminous Dampproofing**

Bituminous Dampproofing shall be ASTM D449, Type I or Type II bituminous dampproofing on the exterior surface of the interior wythe of masonry in a cavity wall (back-up wall for masonry veneer).

**B201003 1.1.2 Building Paper**

FS UU-B-790, Type I, Grade D, Style 1.  Where required, provide over sheathing on wood or metal framed wall construction to eliminate water penetration.

**B201003 1.1.3 Polyethylene sheeting**

ASTM 4397 minimum 6 mil thickness; Provide typically on the interior face of insulated, wood or metal stud wall construction, unless a moisture vapor analysis indicates otherwise. (Poly sheeting on the interior surface of the studs is not recommended for cold, mixed-humid, mixed-dry, hot-humid or hot-dry climates.)

**B201003 1.2 AIR BARRIER**

Provide continuous air barrier that is durable to last the life of the facility. Seal all holes and seams in the air barrier.  Support air barrier to withstand maximum positive and negative air pressure to be placed on the building without displacement, or damage, and transfer the load to the

structure. Do not install electrical boxes or fixtures with holes through the air barrier.

Air barrier materials shall have an air permeance not to exceed 0.004 cfm/sf at 0.3"wg (0.02L/s. m2 at 75 Pa) when tested in accordance with ASTM E 2178. Provide installation, seal edges, seal transitions, and seal penetrations as recommended by the air barrier manufacturer. Seal the air barrier in a flexible manner to allow for relative movement of adjacent building envelope components. Air barrier installation at windows shall be in accordance with ASTM E 2112.

Provide building envelope drawings indicating and locating each material that makes up the continuous air barrier. Details of the air barrier shall clarify edges, transitions, and penetrations sealing methods. In addition, identify the boundary limits of the air barrier and of the zone or zones to be tested for building air tightness.

Provide minimum 40 mil DFT elastomeric spray or 36 mil elastomeric sheet barrier when air barriers are used as water barriers.

## B201003 1.3 INSULATION SYSTEMS

Vertical and horizontal polystyrene insulation conforming to ASTM C578 or rigid polyisocyanurate board wall insulating products conforming to ASTM C591 or mineral-fiber blanket insulation conforming to ASTM C 665 shall be provided. Wall insulating product shall have a minimum R-value to meet the code and the energy design of the facility. Seal the joints in rigid insulation within cavity/veneer walls for additional moisture and air infiltration protection.

## B201004 PARAPETS

Avoid parapets when possible, but when necessary, provide parapets with the same materials as the exterior wall construction, including framing members, anchors, flashings, cants, and accessories. Parapets shall be designed to withstand the lateral loads prevailing at the project site and be provided with thruwall flashing below the parapet cap, at structural members, at penetrations, and at the roof level. Provide flashing and scuppers in accordance with SMACNA.

## B201005 EXTERIOR LOUVERS & SCREENS

If required, provide louvers, which are not an integral part of the mechanical equipment, exterior closures, grilles and screens, storm shutters, and other materials used for a variety of purposes including screening of equipment or as louvers for exterior doors.

Louvers, screens, grilles in shall be selected in a color and design that is compatible with the fabric of the exterior architectural character as described below. For frame construction, install in accordance with ASTM E 2112.

## B201005 1.1 WALL LOUVERS

Wall louvers shall be drainable blade type louver with blade slopes of 45 degrees minimum, but provide wind driven rain rated louvers for wall louvered rooms without a floor drain within the room. Louvers shall be made to withstand a wind load of not less than 30 psf (146 Kg/m2), .08 inch (2 mm) thick 6063-T5 or T52 extruded aluminum in a factory-finished color in accordance with AAMA 2605 with a minimum coating thickness of 1.2 mil to match the building facade. Wall louvers shall bear the AMCA certified ratings program seal for air performance and water penetration in accordance with AMCA 500 , 500L (wind driven rain), and AMCA 511. Provide sill flashing with sloped drain pan at base of louver to collect moisture that migrates down

the interior face of the louver. This sill flashing shall drain water to the outside of the building.  Louvers shall have bird screens.

Inertial Air Separators

Inertial separators shall be directly connected by ductwork to its respective fan system.  Separator shall be fabricated from 11 gauge galvanized steel with all welded construction and be suitable for through wall or in duct installation.  Operating principle for sand and dust separator from outside air shall incorporate high approach velocities (1500 fpm maximum) which shall precipitate dust particles to a collection chamber and allow clean air to pass through side slots.  Bleed air and dust particles are continuously removed by discharging approximately 10 percent of the air introduced. Inertia separator shall have a minimum  efficiency of 92 percent based on Standardized Coarse Air Cleaner Dust No. 1543637: Specific Gravity of 2.54, Duct concentration of 2.37 grams per 1000 cubic feet.  Air pressure drop and bleed air pressure drop shall not exceed 19 mm W.C. and 25 mm W.C. respectively.

## B201005 1.2 SCREENED EQUIPMENT ENCLOSURE

Design and fabricate support frames to withstand wind loads.  Anchor frames securely in place. Provide secondary horizontal steel or aluminum framing for attachment of screen materials. Screen material shall be factory finished coating in accordance with AAMA 2605 with a minimum coating thickness of 1.2 mils.  Formed metal panels from galvanized steel sheet per ASTM A 653 or aluminum sheet per ASTM B 209.

## B201005 1.3 STORM SHUTTERS

Not Used.

## B201006 BALCONY WALLS & HANDRAILS

## B201006 1.5 HANDRAILS

Design handrails and anchorage connections to resist loads in accordance with IBC.  Provide materials in accordance with NAAMM PR, with the same size handrail and vertical post.  Provide series 300 stainless steel pipe collars.  Factory coat all metal railings, except ornamental metals such as brass, bronze, and nickel-silver, with a high performance coating in accordance with AAMA 2605 with a minimum coating thickness of 1.2 mils unless otherwise noted.

### B201006 1.5.1 Steel Handrails

Steel handrails, including inserts in concrete, steel pipe conforming to ASTM A 53 or structural tubing conforming to ASTM A 500, Grade A or B of equivalent strength shall be provided.  Steel railings shall be of 1 1/2 inches (38 mm) nominal size.  Railings shall be hot-dip galvanized, shop primed shop painted for exterior applications.

### B201006 1.5.2 Aluminum Handrails

Aluminum railing shall be of 1-1/2 inch (38 mm) nominal schedule 40 pipe conforming to ASTM B 429 or 1-3/4 inch (44 mm) square aluminum semi-hollow tube with rounded corners conforming to ASTM B 221. Railings shall be coated with a high performance coating or anodized in accordance with AAMA 611, Class I.  All fasteners shall be Series 300 stainless steel.

## B201007 EXTERIOR SOFFITS

Exterior soffit system assemblies shall include trim and necessary accessories including high performance coatings, if required.  Installation shall be crisp, fit and trim with tight joinery to back-up framing.  Soffits shall be designed to be field assembled by lapping side edges of adjacent panels and mechanically attaching through panels to galvanized, non-load bearing framing conforming to ASTM A 653 (G60) and ASTM C 645, using concealed fasteners.  Provide trim accessories of the same material and finish as the soffit material where soffit abuts other materials.

Use adequate backing material to assure snug joints and even face planes.  Where soffits ventilate an attic space, or an otherwise unventilated space, provide a soffit/ridge/louver/ventilator ventilation system  with air quantities complying to the IBC.  For spaces intentionally not vented, provide sealed soffits to maintain the integrity of the air barrier and insulating envelope.

### B201007 1.1 METAL SOFFIT PANELS

Metal soffit panels shall be factory-formed and factory-finished.  Use factory-applied sealant in side laps

### B201007 1.2 Not Used

### B201007 1.3 EXTERIOR GYPSUM BOARD SYSTEM

Exterior gypsum wall board soffit system shall be tapered edge 5/8 inch (16 mm) thick, 48 inch (1.2 meter) wide exterior gypsum board panels conforming to ASTM C 931 and ASTM C 840, mechanically attached to galvanized non-load bearing framing conforming to ASTM A 653, G60 and ASTM C 754. Tape and finish gypsum board joints in accordance with ASTM C840.  Soffit design shall assure that the gypsum soffit material does not have direct water contact.

### B201008 WALL FLASHING

Flashing shall be aluminum or stainless steel or copper.  Aluminum shall conform to ASTM B 209/B 209M, 0.040 inches (1.27 mm) thick and shall be coated to match the item flashed.  Stainless steel shall conform to ASTM A 167, type 302 or 304, 2D finish, fully annealed, dead soft temper.  Thickness shall be a minimum of 0.018 inches (0.4572 mm).  Copper shall conform to ASTM B 370, cold rolled temper. Thickness of copper shall be 20 ounces per square foot (6.125 Kg/m2).

### B201009 EXTERIOR PAINTING AND SPECIAL COATINGS

### B201009 1.1 GENERAL REQUIREMENTS

Painting practices shall comply with applicable federal, state and local laws enacted to insure compliance with Federal Clean Air Standards.  Apply coating materials in accordance with SSPC PA 1.  SSPC PA 1 methods are applicable to all substrates.

All paint shall be in accordance with the Master Painter Institute (MPI) standards for the exterior architectural surface being finished.  The current MPI, "Approved Product List" which lists paint by brand, label, product name and product code as of the date of contract award, will be used to determine compliance with the submittal requirements of this specification.  The Contractor may choose to use a more current MPI "Approved Product List"; however, only one list may be used for the entire contract. All coats on a particular substrate, or a paint system, must be from a single manufacturer.  No variation from the MPI Approved Products List is acceptable.

MPI paint systems identified in the RFP take precedence over other avilable

MPI systems. The RFP does not identify all paint system applicable to all painting of the facility, therefore utilize the *MPI Architectural Painting, Exterior Systems Manual* to identify other approiate paint systems for the project. Utilize the "Premium Grade" systems and comply with all limitations stated in the MPI "Approved Product List" for each paint product.  Products having an MPI EPR 3 rating shall be given preferential consideration over lower EPR ratings.  Use higher performing paint systems unless the lower performing paint system can be justified based on a lifecycle cost to include surface preparation, application, disposal, environmental impact, and required recoating cycles.  Only use paint products that have been tested for MPI'S "DETAILED PERFORMANCE". Do not use products that have been tested for "INTENDED USE".

Paints and coatings shall comply with Master Painters Institute Green Performance Standard GPS-1-08 which is available at the following website; http://www.specifygreen.com/EvrPerf/EnvironmentalPerformance.html .  Choose paints that provide performance, are environmentally friendly, and that conform to but do not exceed EPA or local environmental regulations, whichever requires the lowest VOC content.

Remove dirt, splinters, loose particles, grease, oil, and other foreign matter and substances deleterious to coating performance as specified for each substrate before application of paint or surface treatments.  For existing buildings, use MPI *Maintenance Repainting Manual* to determine the coatings that need to be removed.  Remove deteriorated or loose coatings before repainting begins.  Oil and grease shall be removed prior to mechanical cleaning.  Cleaning shall be programmed so that dust and other contaminants will not fall on wet, newly painted surfaces.  Exposed ferrous metals such as nail heads on or in contact with surfaces to be painted with water-thinned paints, shall be spot-primed with a suitable corrosion-inhibitive primer capable of preventing flash rusting and compatible with the coating specified for the adjacent areas.  Notwithstanding MPI requirements, clean exterior ferrous metal that is exposed to weather conditions (wind, precipitation, solar degradation, and humidity) to a SSPC SP 10 level (near white).

### B201009 1.1.1 MPI Gloss Levels

Gloss levels shall comply with the MPI system of determining gloss as defined in the Evaluation sections of the MPI Manuals.  Utilize the performance characteristics of the paint gloss and sheen to categorize paint rather than manufacturers' description of the product.

The MPI gloss Levels are indicated by the notation G1, G2, G3, G4, G5, G6, or G7.  Use G2 "Velvet-like" flat for vertical surfaces and undersides of balconies and soffits.  Use G3 "Eggshell-like" in high "traffic areas for ceilings and walls, when a surface can be touched and a slightly more durable finish is desired, and for dark accent colors. Use G5 Semigloss for ceilings, walls, doors and trim for high durability and cleanability.  Use G6 Gloss only in special situations such as for exterior wood and metal, piping identification, or special effects.  The MPI gloss and sheen standard values are per ASTM D523, method D and are as follows:

| Gloss Level Number | Gloss@60 Degrees | Sheen@85 Degrees |
|---|---|---|
| Gloss Level 1(G1)—Matte or Flat | Max.5 units | Max.10 units |
| Gloss Level 2(G2)—"Velvet-like" Flat | Max. 10 units | 10-35 units |
| Gloss Level 3(G3)—"Eggshell-like" | Max. 10-25 units | 10-35 units |
| Gloss Level 4(G4)-"Satin-like | Max. 20-35 units | Min. 35 units |
| Gloss Level 5(G5)-Semi-Gloss | 35-70 units | |

Gloss Level 6(G6)–Gloss          70-85 units
Gloss Level 7(G7)–High Gloss     More than 85 units

### B201009 1.1.2 MPI System Designations and Table Abbreviations

The MPI coating system number description is found in either the *MPI Architectural Painting Specification Manual* or the *Maintenance Repainting Manual* and defined as an exterior system

a.   EXT - MPI short-term designation for an exterior coating system on a new surface.

b.   REX - the MPI short term designation for an exterior coating system used in repainting projects or over existing coating systems.

c.   DSD - the MPI short-term designation for Degree of Surface Degradation as defined in the Assessment sections in the *MPI Maintenance Repainting Manual*.  Degree of Surface Degradation designates the MPI Standard for description and appearance of existing condition of surfaces to be painted. This DSD classification is used to determine the proper surface preparation necessary for painting.

d.   DFT – The short-term designation for dry film thickness. DFT is the minimum acceptable depth or thickness of a coating or system in the dry state.   The maximum acceptable DFT is not more than 50% greater than the minimum acceptable DFT (example... DFT = 2 mils, maximum DFT = 3 mils). The DFT indicated in the paint systems below relate to new coatings - MPI INT. MPI RIN will be less than the indicated DFT.

e.   Paint Systems Abbreviations: BF – block filler; C – clear coat; SP – spot primer ;P – primer coat; I – intermediate coat; T – topcoat; .

### B201009 1.1.3 Surface Preparation

Comply with the "Exterior Surface Preparation" section of the *MPI Architectural Painting Specification Manual* or the Exterior Surface Preparation" section of the *MPI Maintenance Repainting Manual*. All suggestive language such as "may" or "should" are deleted from the standard and "must" or "shall" inserted in its place. Suggestive language such as "recommended" or "advisable" is deleted from the standard and "require" or "required" inserted in its place. The results of these wording substitutions change this document to required procedures. For surface preparation, determine a MPI DSD Assessment of each surface and comply with the MPI Surface Preparation Requirements relating to the assessments.

### B201009 1.2 EXTERIOR CONCRETE FINISHES

New and Existing, previously painted concrete, vertical surfaces, undersides of balconies and soffits, but excluding tops of slabs:

a.   Latex, System DFT: 3.5 mils

1)   MPI EXT 3.1A/ REX 3.1L-G3/G4 (Low sheen); P: MPI 3, I: MPI 15, T: MPI 15

New and Existing, previously painted concrete floors, patios, and walkways with low contact and traffic. Not for high abuse, wheel traffic, or high humid area applications:

     a.    Latex, System DFT: 3.5 mils

       1)  MPI REX 3.2A-G2/G3 (Low gloss); P: MPI 60, I: MPI 60, T: MPI 60

## B201009 1.3 EXTERIOR CONCRETE MASONRY FINISHES

New and Existing, previously painted concrete masonry:

     a.    Latex, System DFT: 11 mils

       1)  MPI EXT 4.2A-G3/G4 (Low sheen) / REX 4.2-G5; BF:MPI 4, P:MPI 15, I: MPI 15, T: MPI 15

New and Existing Profiled Block (Split Faced Block)

     a. Latex System DFT: 11 mils

       1) MPI EXT 4.2L-G3/4 (Satin-like) P: MPI 3 I: MPI 15 T: MPI 15

## B201009 1.4 EXTERIOR METAL FINISHES

### B201009 1.4.1 New and existing steel that has been blast cleaned to SSPC SP 6 & 10:

     a.    Alkyd, System (in SSPC Zones 1B and 2A) DFT: 5.25 mils

       1)  MPI EXT/ REX 5.1D-G5 (Semigloss); P:MPI 79, I:MPI 94, T:MPI 9

     b.    Waterborne Light Industrial (in SSPC Zones 1B, 3A, 3B, and 3C), System DFT: 8.5 mils

       1)  MPI EXT 5.1R-G5 (Semigloss); P:MPI 101, I:MPI 108, T:MPI 163

### B201009 1.4.2 New Galvanized surfaces:

     a.    Epoxy P/Waterborne Light Industrial (Use MPI 25 cleaner), System DFT: 4.5 mils

       1)  MPI EXT 5.3K-G5 (Semigloss); P:MPI 101, I:MPI 161, T:MPI 161

### B201009 1.4.3 Galvanized surfaces with slight coating deterioration, with little or no rusting:

     a.    Epoxy P/Waterborne Light Industrial Coating (Use MPI 25 cleaner), System DFT: 4.5 mils

       1)  MPI EXT 5.3K-G5 (Semigloss); P:MPI 101, I:N/A, T:MPI 163

### B201009 1.4.4 Galvanized surfaces with severely deteriorated coating or rusting:

     a.    Epoxy P/Waterborne Light Industrial Coating (Use MPI 25 cleaner), System DFT:  8.5 mils

       1)  MPI EXT 5.3K-G5 (Semigloss); P:MPI 101, I:MPI 163, T:MPI 163

## B201009 1.5 Not Used

## B201009 1.6 EXTERIOR STUCCO FINISHES

**B201009 1.6.1 New and existing stucco or plaster:**

    a.   Latex, System DFT: 4.5 mils

        1)  MPI EXT/REX 9.1J-G3/G4 (Low sheen); P:MPI 3, I:MPI 15, T:MPI 15

        2)  MPI EXT/REX 9.1J-G5 (Semigloss); P:MPI 3, I:MPI 11, T:MPI 11

## B201010 EXTERIOR JOINT SEALANT

Sealant joint design, priming, tooling, masking, cleaning and application shall be in accordance with the general requirements of *Sealants: A Professionals' Guide* from the Sealant, Waterproofing & Restoration Institute (SWRI).  All sealant shall conform to ASTM C 920.

Joints shall include proper backing material for sealant support during application, control of sealant depth, and to act as a bond breaker. Use filler boards, backer rods and bond breaker tapes. Provide priming unless specifically not recommended by the sealant manufacturer. Applied sealant shall be tooled. Tooling shall not compact sealant too less than the minimum sealant thickness required. Mask adjacent surfaces to control sealant boundaries during sealant application.

## B201011 SUN CONTROL DEVICES (EXTERIOR)

Sun control devices shall be manufactured devices to provide sun control on exterior windows and storefronts.  Sun control devices shall be designed and installed to withstand the wind loads prevailing at the project site.

## B201011 1.1 EXTERIOR SUN SCREENS

Exterior sun screens shall be of aluminum with 6063-T5/T6 aluminum demountable frame attachment. Screen material shall be formed factory finished metal from aluminum sheet per ASTM B 209. Screen material shall be factory finished coating in accordance with AAMA 2605 with a minimum coating thickness of 1.2 mils. Sunscreen shall be awning, fin or other type appropriate to the installation.

## B201012 SCREEN WALL

Screen walls include attached or unattached walls adjacent to the main building. Screen walls shall conform to the applicable portions of Section B201001 EXTERIOR CLOSURE.

## B201090 OTHER EXTERIOR WALLS

## B2020 EXTERIOR WINDOWS

Standard windows shall be in compliance with ANSI/AAMA/WDMA 101, SWI SWS, UFC 4-010-01, and the design criteria of ASCE 7 for glazed windows to meet the Building Code.

If required, provide windows that meet the requirements of AAMA/WDMA 101/I.S.2. Residential construction shall utilize windows that comply with AAMA LC-25 designation unless the wind pressure on the building exceeds 38 psf (185 Kg/m2). Commercial (non-residential) construction shall utilize windows that comply with AAMA designation HC-40 (60 psf - 293 Kg/m2) for windows that do not have to meet anti-terrorism requirements, and HC-60 (90 psf - 439 Kg/m2) for commercial windows that are required to meet anti-terrorism requirements, unless the wind pressure or blast pressure on the building exceeds the design pressure for these minimum

windows. Determine the wind pressure on the building by converting the ASCE-7 basic wind speed to wind pressure and find the corresponding structural test pressure in the AAMA specific requirements or optional performance tables. If the residential window wind pressure exceeds of 38 psf (185 Kg/m2) or the commercial (non-residential) window wind pressure exceeds 60 psf (293 Kg/m2) or exceeds 90 psf (439 Kg/m2), utilize a higher AAMA designated window complying with the calculated wind pressure. Anti- Terrorism window systems (including connections) shall meet the testing requirements of UFC 4-010-01 when tested in accordance with ASTM F1642.

Comply with ASTM E 2112 and with flashing and weather-resistive barrier manufacturers' recommendations to install windows in framed wall construction. Comply with window flashing details from BIA for masonry back-up and veneer walls. Engineer and install window cleaning access and anchorage to the exterior wall for facilities over three stories tall without interior window cleaning access from pivoting or tilting sash. Provide anchors in accordance with OSHA standard 29 CFR Section 1910.66.

Windows shall be provided with sills on the exterior and stools on the interior of the opening. Sills shall be special shape or cut unit masonry or precast concrete in masonry exterior construction and extruded aluminum or aluminum-wrapped wood framing or formed metal in other construction. Positively slope sills away from windows. Window stools shall be slate or solid polymer for commercial construction and painted wood for residential construction.

## B202001 WINDOWS

Exterior windows shall consist of fixed sash used singly and in multiples. Provide fixed sash in spaces occupied by people as a minimum. Include hardware, non-corroding framed metal screens for fixed sash, integrated blinds set between glass panels and security grilles. Provide jamb support for larger windows where recommended by manufacturer. Metal windows with insulating glass shall have thermally broken frames and sash.

Provide glazing in exterior windows in accordance with section B202004 EXTERIOR GLAZING.

### B202001 1.1 STANDARD WINDOW SYSTEMS

#### B202001 1.1.2 Aluminum Windows

Conform to ANSI/AAMA/WDMA 101. Factory finish aluminum windows and provide with aluminum frame at fixed sash, hardware and locks, and tinted glazing. Aluminum screens shall comply with ANSI/SMA 1004.

Exposed aluminum surfaces shall be factory finished with an AA 45 anodic coating or an AAMA organic coating. Provide a minimum of architectural Class II anodized coating or a baked enamel finish conforming to AAMA 2604 for residential construction. Provide a minimum of architectural Class I anodized coating or a high-performance organic coating conforming to AAMA 2605 for non-residential (commercial) construction. AAMA coatings shall have a total dry film thickness of 1.2 mils.

#### B202001 1.1.3 Security Windows

Security windows delay forced entry into the building through the windows. In addition to meeting the requirements of AAMA 101, windows designated "resistance to forced entry" shall conform to the requirements of AAMA 1302.

**B202002 STOREFRONTS**

Not Used.

**B202003 Not Used**

**B202004 EXTERIOR GLAZING**

Provide setting and sealing materials, stops and gaskets as recommended by the glass or acrylic sheet manufacturer.

Provide warranty for insulating glass units for a period of 10 years against development of material obstruction to vision (such as dust or film formation on the inner glass surfaces) caused by failure of the hermetic seal, other than through glass breakage. The Contractor shall require the glazing warranty for curtain wall glazing to be written directly to the Government.

Provide warranty for polycarbonate sheet glazing for a period of 5-years against breakage, coating delamination, and yellowing.

Glazing thickness indicated in the following paragraphs is the minimum acceptable thickness. Provide thicker glazing if required by the manufacturer for the given application.

Laminated annealed glass glazing lay-ups are required for all blast resistant exterior windows. Required glazing lay-ups depend on standoff distance and window orientation relative to the site perimeter. A minimum glazing lay-up is required to provide fragment protection to meet CENTCOM standards. Some locations may require heavier windows to protect against the design airblast load.

**B202004 1.1 GLASS**

**B202004 1.1.1 Clear Glass**

Type I, Class 1 (clear), Quality q4 (A).

**B202004 1.1.2 Heat-Absorbing Glass**

ASTM 1036, Type I, Class 2 (heat absorbing and light reducing), Quality q3 (select), 1/4 inch (6 mm) thick, with a light transmittance of approximately 45 percent and total solar transmittance of not more than 50 percent for 1/4 inch (6 mm) thickness. Use warm color tint for warm color frames and cool color tints for white and gray frames.

**B202004 1.1.3 Wire Glass**

Not Used.

**B202004 1.1.4 Laminated Glass**

ASTM 1172, fabricated from two pieces of Type I, Class 1, Quality q3 glass laminated together with a clear 0.030 inch (0.75 mm) thick polyvinyl butyral interlayer. The total thickness shall be nominally 1/4 inch (6 mm). Laminated glass used for anti-terrorism window assemblies must be a minimum of 1/4 inch (6 mm) thickness.

**B202004 1.1.5 Insulating Glass Units**

Provide insulated glass using a combination of the interior and exterior glazing materials listed below filled with a thermal resistive gas. The air space shall be sized to meet the thermal

requirements below but not less than one half inch(12 mm) for non-residential construction and one quarter inch(6 mm) minimum for residential construction.

Provide active solar control glazing by using tinting, maximum thermal resistance, special coatings to meet Energy Star climate zone and window type requirements(including frames), and comply with the performance characteristics below. Provide an active low-emissivity coating on glass surface number 2 (the inside surface of the exterior glass pane).

If the building is located in a heat dominated climate zone, the facility is designed to utilize solar heat gain to augment the HVAC system, and the window overhang design prohibits excessive solar gain; a passive low-emissivity coating may be used to accommodate the design. Occupied spaces adjoining passive low-emissivity coated glass must be designed for comfortable use of the space.

Provide two panes of glass separated by a dehydrated airspace and hermetically sealed. Dimensional tolerances shall be as specified in IGMA TR-1200. The units shall conform to ASTM E 773 and ASTM E 774, Class A. Provide primary seal, secondary seal, and spacers to eliminate moisture and hydrocarbon vapor transmission into airspace. Warranty insulating glass units against development of material obstruction to vision (such as dust, fogging, or film formation on the inner glass surfaces) caused by failure of the hermetic seal for a 10-year period following acceptance of the work.

The interior glass pane shall be one of the following:

1.  Typically ASTM C 1036, Type I, Class 1, Quality q4, minimum 1/4 inch (6 mm) thick;

2.  ASTM C 1048, Grade B (fully tempered), Style I (uncoated), Type I, Class 1 (transparent), Quality q4, minimum 1/4 inch (6 mm) thick when required by ANSI Z97.1 or possible human impact is anticipated;

3.  ASTM C 1172, laminated glass as specified above, when required by antiterrorism requirements.

The exterior glass pane shall be one of the following:

1.  Typically ASTM C 1036, Type I, Class 2 (tinted heat absorbing or reflective), Quality q4, minimum 1/4 inch (6 mm) thick;

2.  ASTM C 1048, Grade B (fully tempered), Style I (uncoated), Type I, Class 2 (tinted heat absorbing or reflective), Quality q4, minimum 1/4 inch (6 mm) thick when required by ANSI Z97.1 or possible human impact is anticipated.

Insulating glass performance for active solar control using low-emissivity coatings:

1.  Visible Light Transmission, 66% or lower

2.  Outdoor Light Reflectance, 11% or greater

3.  Solar Heat Gain Coefficient, .36 or lower

4.  Winter U-Value, 35 Btu/square foot x hr x degree F or lower for residential construction and .29 Btu/square foot x hr x degree

F or lower for all other types of construction.

### B202004 1.1.6 Tempered Glass

ASTM C 1048, Kind FT (fully tempered), Condition A (uncoated), Type I, Class 1 (transparent) or 2 (tinted heat absorbing, Quality q3, 1/4 inch (6 mm) thick.

### B202004 1.1.7 Bullet-Resisting Glass

Not Used.

### B202004 1.1.8 Patterned Glass

Not Used.

### B202004 1.1.9 Spandrel Glass

ASTM C 1048, Kind HS or FT, Condition B (ceramic coated), Type I, Quality q5, 1/4 inch (6 mm) thick.

### B202004 1.1.10 Spandrel Glass with Adhered Backing

Not Used.

## B202004 1.2 Not Used

## B202090 OTHER EXTERIOR WINDOWS

## B202090 1.1 OPERABLE TRAY PASS WINDOWS

Frames and glass channels shall be of heavy type 6063-TS aluminum extrusions with reinforcing as required. Include bullet-resistant glazing and heavy-duty operable pass tray. Unit shall have a minimum of architectural Class I anodized coating or a high-performance organic coating conforming to AAMA 2605. AAMA coatings shall have a total dry film thickness of 1.2 mils.

## B2030 EXTERIOR DOORS

Exterior utility doors shall be heavy duty insulated steel doors and frames for service access. Door frames shall be welded. Corner knockdown door frames are not permitted.

Use heavy-duty overhead holder and closer to protect doors from wind damage. Provide kickplates on the inside face of all exterior doors.

Weather-protect all exterior doors and related construction with low infiltration weatherstripping and sealants. Provide threshold with offset to stop water penetration while maintaining accessibility compliance.

Conform to the design criteria of ASCE 7.

See section B203008, EXTERIOR DOOR HARDWARE, for door hardware requirements. For all installations, provide a recessed key box (Knox Box) approximately 7 inches x 7 inches (175 mm x 175 mm) with 4-3/4 inches (120 mm) solid steel door at primary exterior entry for storage of keys and access cards accessible by the fire department.

All other exterior doors are required to meet CENTCOM requirements for fragmentation protection. At a minimum doors shall be provided that will stop the

50th percentile fragment and as a minimum shall consist of a 1-1/2 inch solid oak core between two layers of 11-gauge steel plate.

## B203001 SOLID DOORS

## B203001 1.1 STEEL DOORS

Hardware preparation shall be in accordance with ANSI A250.6.  Doors shall be hung in accordance with ANSI A115.16.

### B203001 1.1.1 Steel Doors

Steel doors shall be ANSI A250.8, Level 4, exterior, main entry doors, with a physical performance level of, Model 1 or 2.

Doors may be specified to be insulated.  Door selection shall be specified in the project program according to the following:

a.  Standard Duty Doors - Level 1, physical performance Level C, Model 1

b.  Heavy Duty Doors - physical performance Level B, Model 1

c.  Extra Heavy Duty Doors – ANSI A250.8, Level 3, physical performance Level A, Model 1

d.  Maximum Duty Doors – ANSI A250.8, Level 4, physical performance Level A, Model 1

### B203001 1.1.2 Residential Insulated Steel Entry Door Systems

Not Used.

### B203001 1.1.3 Insulation Cores

Insulated cores shall be of type specified only at unoccupied spaces (IE: Utility Room), and provide an apparent U-factor of .48 in accordance with SDI 113 and shall conform to:

a.  Rigid Polyurethane Foam:  ASTM C591, Type 1 or 2, foamed-in-place or in board form, with oxygen index of not less than 22 percent when tested in accordance with ASTM D2863; or

b.  Rigid Polystyrene Foam Board:  ASTM C578, Type I or II; or

c.  Mineral board:  ASTM C612, Type I.

### B203001 1.1.4 Accessories

a.  Louvers shall comply with SDI 111-C, shall be stationary, sight-proof type.  Use lightproof louvers if function of room requires darkness. Louver frames shall be 20-gage steel with louver blades minimum 24 gage.

b.  Astragals: For pairs of exterior steel doors that will not have aluminum astragals or removable mullions, provide overlapping steel astragals with the doors.

c.  Moldings: Provide moldings around glass of exterior doors and louvers.  Provide non-removable moldings on outside of exterior doors. Secure inside moldings to stationary moldings, or provide snap-on moldings.  Muntins shall interlock at intersections and

shall be fitted and welded to stationary moldings.

### B203001 1.1.5 Standard Steel Frames

ANSI A 250.8. Form frames with welded corners for installation in exterior walls.  Form stops and beads of 20 gage steel.  Frames shall be set in accordance with ASTM A250.11.Frames used with solid oak steel faced doors described in paragraph B2030 shall be 16 gauge.

### B203001 1.1.6 Anchors

Anchor all frames with a minimum of three jamb anchors and base steel anchors per frame, zinc-coated or painted with rust-inhibitive paint, not lighter than 18 gage.  Mortar infill frames in masonry walls, and infill with gypsum board compound at each jamb anchor in metal frame walls.  Only use surface exposed bolted anchors in concrete walls.Anchors on steel faced oak doors shall be 460 mm on center minimum with anchors no more than 75 mm from the corners.

### B203001 1.1.7 Finishes

a.    Exterior Doors, Factory-Primed and Field Painted Finish – Doors and frames shall be factory primed with a rust inhibitive coating as specified in ANSI A250.8.  Factory prime doors on six sides of the door. Manufacturer's primer and field painting shall be compatible with finish system in the paragraph "EXTERIOR PAINTING AND SPECIAL COATINGS".

b.    Exterior Doors Galvanized Finish – Shall be Commercial Quality, Coating Class A, zinc coating in accordance with ASTM A 591 when facility is located further than 300 feet (91 meters) from the ocean.  When facility is located within 300 feet (91 meters) of the ocean, provide G60 galvanized coating in accordance with ASTM A 924/A 924M and ASTM A 653/A 653M.

## B203001 1.2 WOOD DOORS

Solid wood or particleboard core with solid wood edge bands and reinforced at all hardware attachments to door with sound grade hardwood.  Exterior wood doors are only allowed in residential construction where facility design, overhangs and porches eliminate direct rain/moisture contact from wind driven rain.

### B203001 1.2.1 Stile and Rail Doors

Stile and rail doors shall be premium or custom grade Ponderosa pine stile and rail doors conforming to WDMA I.S.6A-01, heavy duty.

### B203001 1.2.2 Flush Doors

Flush doors shall conform to WDMA I.S.1-A.

Exterior Flush Doors - Solid wood core, Type I conforming to WDMA I.S. 1-A.

### B203001 1.2.3 Wood Door Louvers

Door louvers shall be of the manufacturer's standard design and shall transmit a minimum of 35 percent free air. Louver shall be a galvanized coated louvers with insect screens and comply with SDI 111-C, shall be stationary, sight-proof type.  Use lightproof louvers if function of room requires darkness.

### B203001 1.2.4 Door Light Openings

Where glazed openings are required, use the manufacturer's standard wood moldings. Moldings for doors to receive a natural finish shall be of the same species and color of the face veneer.

### B203001 1.2.5 Fabrication

a.  Marking - Each door shall bear a stamp, brand or other identifying mark indicating quality and construction of the door.

b.  Adhesives and Bonds - WDMA I.S. 1-A.  Use Type I bond for exterior doors.  Adhesive for doors to receive a natural finish shall be non-staining.

## B203002 GLAZED DOORS

Not Used.

## B203008 EXTERIOR DOOR HARDWARE

Provide the services of an Architectural Hardware Consultant(AHC), Certified Door Consultant(CDC), or an Electrified Hardware Consultant(EHC) to assist the Designer of Record in preparation of the door hardware schedule and product selection.   The hardware consultant shall sign and seal the door hardware construction submittal. Provide, as far as possible, door hardware of one manufacturer's make.  All hardware shall be clearly and permanently marked by the manufacturer where it will be visible after installation.

## B203008 1.1 HINGES

BHMA A156.1, size to match door size, but in no case less than 4-1/2 x 4-1/2 inches (114 mm x 114 mm), with non-removable pin and anti-friction bearing hinges.  Use two hinges for doors 60 inches (1500 mm) or less in height and one additional hinge for each additional 30 inches (750 mm), or fraction thereof, in door height. Use continuous hinges on steel faced solid oak core doors.

## B203008 1.2 PIVOTS

BHMA A156.4.

## B203008 1.3 LOCKS AND LATCHES

Commercial (all construction except family housing) buildings locks and latches shall be BHMA A 156.13, Series 1000, Operational Grade 1, Security Grade 2 for exterior building entrances and other high-use doors not requiring exit devices.  Use BHMA A 156.2, Series 4000, Grade 1 for all Commercial buildings locks and latches not using Series 1000 hardware.

For Residential (family housing) projects, use Series 4000, Grade 2 hardware.

## B203008 1.4 CARD KEY SYSTEM

Where required, provide card key type access units. Provide lithium battery powered, magnetic stripe keycard locksets that are ANSI/BHMA A156.13, Series 1000, Grade 1, mortise or ANSI/BHMA A156.2, Series 4000, Grade 1, cylindrical locks, tamper resistant, UL listed with 1 inch (25 mm) throw deadbolt, 3/4-inch (19 mm) throw latch bolt, auxiliary deadlocking latch, and 2-3/4 inch (68.75 mm) backset.  The latch bolt and the dead bolt shall be operated simultaneously by rotating inside lever.  Locks with mechanical override

lock cylinders are not acceptable. Locks shall be operated only by a correctly encoded keycard. Use of a newly issued keycard automatically re-keys the lock and voids the previous keycard. The lock shall re-lock immediately after outside lever is turned and latch retracted. Locks shall have memory that is capable of recording up to 140 entries into each room, identification of the keycard used to access the room, the date and time of entry. Entry information of the lock shall be retrievable by a data key that can be inserted into the lock and then taken to the front desk printer to display information. Other components that are required for this system at the front desk are a personal or laptop computer, printer and encoder to program each key.

For exit device locks with card key access, provide mortise type, narrow stile exit devices with 24 volt DC, solenoid option for card key exterior access at aluminum storefront doors. Provide mortise type exit devices with 24 volt DC, solenoid option with alarm and remote exterior access for card key access at insulated hollow metal doors. The alarmed exit device shall sound when exiting only.

System shall be capable of accepting a minimum of 12 keycard access levels, security auditing and computer interfacing with existing installations management system. Provide a single point of contact customer service representative accessible by telephone with a 10-digit telephone number without additional dialing hierarchies except that a maximum 4-digit extension is permissible. On-site service shall be provided within 3 hours from request within the first 12 months of occupancy. Provide a 5-year parts and labor warranty.

## B203008 1.5 EXIT DEVICES

BHMA A 156.3, Grade 1. Provide on exit doors if it is anticipated that more than 50 people may use a particular door in an emergency exit situation. Touch bars shall be provided in lieu of conventional crossbars and arms. Use manufacturer's integral touch bars in aluminum storefront doors.

## B203008 1.6 EXIT LOCKS WITH ALARM

BHMA A 156.5.

## B203008 1.7 CYLINDERS AND CORES

If required, provide cylinders and cores for new locks, including locks provided under other sections of this specification. Cylinders and cores shall have seven pin tumblers. Cylinders shall be products of one manufacturer, and cores shall be the products of one manufacturer. Rim cylinders, mortise cylinders, and knobs of bored locksets shall have interchangeable cores, which are removable by special control keys. Stamp each interchangeable core with a key control symbol in a concealed place on the core.

## B203008 1.8 KEYING SYSTEM

Keying system shall be a master key system for the facility, unless more than one tenant/tenant command shall reside in a facility, or a grand master keying system, or great, grand master keying system if multiple tenants or buildings are required. The keying system shall be an extension of the existing keying system for additions to existing facilities. The keying system shall allow for construction interchangeable cores when subcontractors require keys during construction. If required, provide a key cabinet.

The Contractor shall coordinate a keying system meeting. The Contractor's Project Manager, Superintendent, Hardware Subcontractor, Electrical

Subcontractor (if keying hardware is electric), Designer of Record, Contracting Officer, Public Works Base Hardware Specialist, and the Using Activity shall attend this meeting to establish the keying system for the project.  This meeting is intended to identify base limitations, the necessary security, and access control within the facility.  The meeting shall produce a marked up copy of the floor plan indicating the doors to receive locks and the doors to be keyed together, and any master keying or grand master keying.

**B203008 1.9 KEYS**

Furnish one file key, one duplicate key and one working key for each key exchange and for each master and grand master keying system.

**B203008 1.10 LOCK TRIM**

Cast forged or heavy wrought construction and commercial plain in design.

### B203008 1.10.1 Knobs and Roses

Knobs and roses shall meet test requirements of BHMA A 156.2 and BHMA A 156.13.

### B203008 1.10.2 Lever Handles

Provide lever handles in lieu of knobs as required by DoD ABAAS. Lever handles shall meet the test requirements of BHMA A 156.13 for mortise locks.  All lever handles (mortise or cylinder) shall be the freewheeling type.

**B203008 1.11 DOOR BOLTS**

BHMA A 156.16, Grade 1.  Provide two flush bolts for each inactive leaf of a pair of doors.

**B203008 1.12 CLOSERS**

BHMA A 156.4, Series C02000, Grade 1, with PT 4C, 1-1/2 inch piston, heavy duty forged arm, full size case.  Provide closers for all exterior doors, fire-rated doors, corridor doors, stairway doors, and secure area doors, for non-residential (commercial) construction, as a minimum.

**B203008 1.13 OVERHEAD HOLDERS**

BHMA A 156.8, Grade 1.  Provide for exterior doors for non-residential (commercial) construction.

**B203008 1.14 DOOR PROTECTION PLATES**

Kick plates shall conform to BHMA A 156.6.  Provide kick plates on all doors with closers and all doors leading to corridors or circulation spaces. Provide armor plates on all doors to receive cart traffic.  Provide mop plates on all doors in rooms with a mopable floor finish that do not have kick plates.

**B203008 1.15 DOOR STOPS AND SILENCERS**

BHMA A 156.16.  Provide silencers, Type L03011, three per single door and four per double door, for doors in hollow metal frames.

**B203008 1.16 THRESHOLDS**

W912ER-11-D-0010-0006

**A1203**

BHMA A 156.21.  Provide thresholds with offset to stop water infiltration, while maintaining accessibility requirements.

**B203008 1.17 WEATHERSTRIPPING**

BHMA A 156.22.  Air leakage of weatherstripped doors shall not exceed 0.5 CFM of air per square foot of door for residential doors, and 1.25 CFM for non-residential doors (unless a more restrictive infiltration level is specified).

**B203008 1.18 RAIN DRIPS**

For all exterior doors that open to the outside, where the door swing area is not covered by an overhang, provide top and bottom rain drips complying with ANSI R3Y535 as a minimum.  Greater weathersealing may be required by the geographic location of the project.

**B203008 1.19 FINISHES**

One of the following hardware finish systems shall be provided, and match the interior door hardware:

a.    BHMA A156.18.  Hardware shall have BHMA 630 finish (satin stainless steel), unless specified otherwise.  Provide items not manufactured in stainless steel in BHMA 626 finish (satin chromium plated) over brass or bronze, except surface door closers which shall have aluminum paint finish, and except steel hinges which shall have BHMA 652 finish (satin chromium plated).  Hinges for exterior doors shall be stainless steel with BHMA 630 finish or chromium plated brass or bronze with BHMA 626 finish.  Exit devices may be provided in BHMA 626 finish in lieu of BHMA 630 finish.  Exposed parts of concealed closers shall have finish to match lock and door trim. Hardware for aluminum doors shall be finished to match the doors.

b.    BHMA A156.18.  Hardware shall have BHMA 612 finish (satin bronze), unless specified otherwise.  Surface door closers shall have bronze paint finish.  Steel hinges shall have BHMA 639 finish (satin bronze plated).  Exposed parts of concealed closers shall have finish to match lock and door trim.  Hardware for aluminum doors shall be finished to match the doors. Hardware showing on interior of bathrooms, shower rooms, toilet rooms, washrooms, laundry rooms, and kitchens shall have BHMA 629 finish (bright stainless steel) or BHMA 625 finish (bright chromium plated).

-- End of Section --

SECTION B30
ROOFING
11/10

**B30 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements. The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**B30 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references. This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards. The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards that are referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB) at the Whole Building Design Guide Website are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

**B30 1.1.1 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs , which include the following significant UFC(s):UFC 3-101-01 Architecture UFC 3-110-03 Roofing) |

**B30 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory roofing system performance shall be via Performance Verification Testing, and by field inspection as detailed in this section of the RFP. All performance and acceptance testing including final/warranty inspections shall be witnessed by the Contracting Officer on all significant roof projects.

A significant roof project is a single or group of buildings greater than 15,000 square feet (1,400 m2) in size, or where extenuating circumstances of the roof project such as building use, content, safety, or visibility determine the roof design.

**B30 1.2.1 Pre-Roofing Design Conference**

If required in RFP Part 3, the Contractor shall hold a Pre-Roofing Design Conference with the Contracting Officer. Schedule this conference prior to the roof design and roof layout of the facility.

Attendee's shall include the DOR, DQC Manager, Roof Design Assurance Consultant (if applicable), Commissioning Authority, and Subcontractors directly responsible for installing the roof and equipment that will be mounted on the roof. Discuss and coordinate the following as a minimum:

a.   Sustainable systems to be mounted on the roof and interface with building systems and utilities,

b.   Allocation of space on the roof for different functions,

c.   Impact of sustainable systems and building orientation to the suns path,

d.   Waterproofing, flashing, and future reroofing considerations of the facility resulting from sustainable systems inclusion on the roof,

e.   Measures taken to eliminate penetration of the roof membrane. NRCA roof details proposed for each necessary penetration,

f.   Structural requirements to support roof mounted equipment,

g.   Aesthetic impact of roof mounted equipment on the facility and measures taken to mitigate negative appearances of equipment.

h.   Maintenance and Commissioning requirements of the roof and roof mounted equipment to facilitate final testing and provide proper access and roof membrane protection.

## B30 1.2.2 Pre-Roofing Conference

Prior to beginning roofing work, the Contractor shall hold a Pre-Roofing Conference with the Contracting Officer. Attendees' shall include personnel directly responsible for the roofing systems design and construction, DQC Manager, Commissioning Authority, as well as the roofing manufacturer's technical representative, and Roof Design Consultant (if applicable). At this time the Contractor will address any conflicts between the proposed roofing system, the design documents, and the scheduling of work / workers (trades) to assure a watertight roofing installation. Resolutions will be obtained and documented in writing prior to the start of roofing work. A quality assurance/quality control plan shall also be established at this time, inclusive of the roofing manufacturer's recommended testing and inspections procedures, and in accordance with industry standard guidelines.

Contractor shall provide the following additional information at the pre-roofing conference: Procedure for the roof manufacturer's technical representative's onsite inspection and acceptance of the roofing substrate, roof insulation, and installation of the roofing in accordance with the roof system warranty, the name of the manufacturer's technical representatives, the frequency of the onsite visits, copies of the roof status reports from the technical representatives to the roof manufacturer, and pertinent structural details to the roofing system.

## B30 1.2.3 Roof Design Assurance

If the roofing project is significant (defined above) or where extenuating circumstances of the roof project such as building use, content, safety, or visibility require a roofing consultant, the Contractor shall utilize the services of a Registered Roof Consultant

(RRC) certified by the Roof Consultant Institute, or a Registered Professional architect or Engineer who specializes in roofing, to approve the roof design. The roof consultant must be engaged in roofing design and roofing construction as his primary endeavor. The roof consultant shall verify in writing that the design for the project is in accordance with the current edition of NRCA *Roofing and Waterproofing Manual*, UFC's, and RFP, and standard industry practices and building codes.

If a Roof Design Assurance Consultant is needed, consider using a Registered Roof Observer as a QC specialist in UFGS Section 01 45 00.05 20, *Design and Construction Quality Control*.

### B30 1.2.4 Low Slope Roof Drain Test

Plug roof drains and fill with water to the edge of the drain sump for 24 hours. Not all drains shall be tested at one time. Measure water at the beginning and end of the 24 hour time period to ensure there is no leakage. Repeat testing until all leaks have been located, corrected, and no leaks found.

### B30 1.2.5 Tests for Surface Dryness

Prior to application of roofing materials, perform surface dryness tests in presence of DOR. Asphalt of 350 to 400 degrees F (177 to 204 degrees C) shall not foam upon contact with substrate. After foaming test is performed, test for strippability (adherence).

### B30 1.2.6 Quality Control Program

Contractor shall establish a quality control program to assure adherence to NRCA recommended Quality Control Guidelines for the Application of Roofing Systems and other specified application requirements. Compliance with UFGS Section 01 45 00.05 20, *Design and Construction Quality Control*, is required.

## B30 1.3 DESIGN SUBMITTALS

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10 , *Submittal Procedures for Design-Build Projects*, The MED Design Instruction Manual, and UFC 3-101-01, *Architecture*.

## B30 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

Test reports, color samples, certificates of conformance, warranties, close out documentation, and manufacturer's instructions for application and installation on all products used on the roof. Products used on the roof consist of but are not limited to structural deck, insulation, membrane or panels, Standing Seam Metal Roofing (SSMR), flashing, fasteners, nailers, accessories and equipment support curbs or equipment support stands for solar equipment, equipment roof plan, maintenance access and paths.

## B3010 ROOF COVERINGS

Roof coverings shall comply with the requirements of UFC 3-110-03, *Roofing*, and NRCA, *Roofing and Waterproofing Manual* found at

http://www.nrca.net/rp/technical/manual/manual.aspx as the primary NAVFAC roofing criteria. Roof selection shall comply with UFC 3-330-02A, *Design: Commentary on Roof Systems*. Determine wind uplift using wind speed in accordance with ASCE-7.

Submit the INFORMATION CARD (see "Form 1" at the end of this section) Provide a typewritten card, laminated in plastic and framed in a weather-tight frame, or a photoengraved 0.032-inch (0.81 mm) thick aluminum card for the roof. This card shall be a minimum size of 8 1/2 x 11 inch (216 x 280 mm) and contain information listed in the attached Form 1. Install the card where directed. Furnish framed card and a duplicate card to the Designer of Record.

**B301002 LOW SLOPE ROOF SYSTEMS**

**B301002 1.1 GENERAL REQUIREMENTS**

    a.    Warranty (Except SSSMRS) - Furnish the roofing system manufacturer's materials and workmanship warranty for the roofing system. The warranty period shall not be less than 20 years from the date the Government acceptance of the work. The warranty shall be issued directly to the Government and shall not be limited in dollar value. The system warranty shall include roofing membrane, insulation, flashings, accessories and attachments.

    b.    Wind Uplift - The complete roof covering assembly shall be rated in accordance with FM P7825, capable of withstanding an uplift pressure as determined by ASCE-7, and FM I-49 for perimeter and flashing attachment.

    c.    Fire Safety - The complete roof covering assembly shall meet ASTM E 108, Class 1A or UL 790, Class A; and be listed as Fire-Classified roof deck construction in the UL RMSD, or Class I roof deck construction in FM P7825. All components of the system shall be UL labeled. Complete roof covering assembly shall:

        1)    Be Class A or B rated in accordance with ASTM E 108 , FM 4470, or UL 790; and2) Be listed as part of Fire-Classified roof deck construction in UL RMSD, or Class I roof deck construction in FM P7825c.

    d.    Traffic Pads - Provide on roof system to protect roof from foot traffic. Provide traffic pads from roof access to and around roof mounted mechanical equipment and underneath removable mechanical equipment access panels. Traffic pads shall be of compatible material to roof.

**B301002 1.2 BUILT-UP ASPHALT ROOFING (AGGREGATE SURFACED)**

This paragraph covers the requirements for aggregate surfaced bituminous built-up roofing made up of glass felt, asphalt bitumen, and aggregate surfaced or modified bitumen cap sheet.

**B301002 1.2.1 Materials**

    a.    Asphalt - ASTM D 312, Type II, III or IV

    b.    Felts - Base Sheet (GB) – ASTM D 4601, Type II without perforations

        1)  Ply Felt (GA) – ASTM D 2178, Type IV or VI

        2) Ventilating Base Sheet VB) – ASTM D 4897

        3) Flashing Felt (SBS Modified Base Sheet - MB) per ASTM D 6162

(with combined polyester and glass fiber reinforcing), Type II, Grade G (weighing 4.3(90 lbs./100sf), and a thickness of 130 mils) or Grade S (weighing 58 lbs./100sf and a thickness of 85 mils), ASTM D 6163 (with glass fiber reinforcing), Type II, Grade G (weighing 90 lbs./100sf, and a thickness of 130 mils) or S (weighing 58 lbs./100sf and a thickness of 85 mils), ASTM D 6164 (with polyester reinforcing), Type II, Grade G (weighing 90 lbs./100sf, and a thickness of 130 mils) or S (weighing 70 lbs./100sf and a thickness of 115 mils).

4) SBS Bitumen Cap Sheet (RSS) – ASTM D 6162 (with combined polyester and glass fiber reinforcing), Type II, Grade G (weighing 90 lbs./100sf, and a thickness of 130 mils), ASTM D 6163 (with glass fiber reinforcing), Type II, Grade G (weighing 90 lbs./100sf, and a thickness of 130 mils), ASTM D 6164 (with polyester reinforcing),

c.  Primer - ASTM D 41

d.  Asphalt Roof Cement - ASTM D 4586, Type II for vertical surfaces and Type I for horizontal surfaces.

e.  Aggregate for Surfacing Built-up Roofing - ASTM D 1863

f.  Fasteners - Provide metal fasteners of copper, aluminum or stainless steel, compatible with materials to be penetrated. Fasteners shall be of sufficient length to achieve appropriate embedment or penetration into the substrate below.

g.  Metal Discs - Flat discs or caps of zinc-coated steel not less than 28 gage and not less than 1-3/8 inches (35 mm) in diameter.

h.  Traffic Pads - Preformed reprocessed rubber, compatible with the roof membrane, 1/4-inch (6.35 mm) minimum thickness, weighing not less than 1-1/2 pounds per square foot, to protect roof from foot traffic. Provide traffic pads around roof access and around roof mounted equipment and underneath removable mechanical equipment access panels.

### B301002 1.2.2 FIELD QUALITY CONTROL

a.  Tests for Surface Dryness - see paragraph B301002 1.2 for Performance Verification and Acceptance Testing requirements.

### B301002 1.3 ETHYLENE PROPYLENE DIENE MONOMER (EPDM)

Not used.

### B301002 1.4 MODIFIED BITUMINOUS MEMBRANE ROOFING

Not Used.

### B301002 1.5 Not Used

### B301003 ROOF INSULATION & FILL

The insulation system shall be coordinated with the mechanical design to suit the energy requirements of the facility.

### B301003 1.1 MINERAL FIBER BLANKET INSULATION

This paragraph covers the requirements for mineral fiber blanket thermal

insulation in attics and above ceilings.

### B301003 1.1.1 Products

a. Blanket Insulation - ASTM C 665, Type I, II, or III, as appropriate for the installation, Class A, membrane-faced surface with a flame spread of 25 or less; and a smoke developed rating of 150 or less when tested in accordance with ASTM E 84. Indicate insulation R-values on the design drawings.

b. Blocking – Treated wood, metal, un-faced mineral fiber blankets in accordance with ASTM C665, Type I. Blocking around chimneys and other heat producing devices shall be non-combustible and shall meet the requirements of ASTM E 136.

c. Vapor Retarder - 6 mil (minimum) thick polyethylene sheeting conforming to ASTM D 4397, with a water permeance value of 1 perm or less when tested according with ASTM E 96.

## B301003 1.2 ROOF AND DECK INSULATION

This paragraph covers the requirements for insulation materials used below the roofing systems.

### B301003 1.2.1 Insulation Types

Roof insulation shall have an R-value determined per ASHRAE Standard 90.1 (latest edition) and be one or an assembly of a maximum of three of the following materials and compatible with attachment methods for the specified insulation and roof system:

a. Expanded Perlite Board – ASTM C 728, minimum thickness of 3/4" boards, and 4' by 4' board size.

b. Polyisocyanurate Board – ASTM C 1289, with a minimum compressive strength of 138 kPa (20 psi), unless overlaid with another board with a comparable or greater compressive strength. Use insulation facer as recommended by the roofing material manufacturer. Board size shall be restricted to 4' by 4' when applied in direct contact with concrete deck.

c. Composite Boards – ASTM C 984 (Polyisocyanurate-perlite) or ASTM C 1050 (Polystyrene-wood fiberboard), Type III, Grade 1, Class A, or ASTM C 1289, Type V, oriented strand board or waferboard on one side and fibrous felt or glass fiber mat membrane or aluminum foil on the other.

d. Wood Fiber (high density) – ASTM C 208

### B301003 1.2.2 Tapered Roof Insulation

On portions of the roof where the sloping of structure does not allow the minimum slopes, provide a factory tapered roof insulation system to provide positive drainage of roof system, and to include drainage around curbs, penetrations, and projections through the roof plane. For new construction, provide one layer of the tapered roof insulation assembly factory tapered to a slope not less than 1/2" per foot (13 mm per 300 mm). For re-roofing applications where slopes of 1/2" per foot (13 mm per 300 mm) cannot be achieved, provide a minimum of 1/4" per foot (6.35 mm per 300 mm) slope.

### B301003 1.2.3 Protection Board

Provide for use as a thermal barrier (underlayment) or protection board for hot-mopped applications.

### B301003 1.2.4 Glass Mat Gypsum Roof Board

ASTM C 1177, with a 0 Flame Spread and 0 Smoke Developed when tested in accordance with ASTM E 84.

### B301003 1.2.5 Bitumens

a.   Asphalt Primer - ASTM D 41

b.   Asphalt - ASTM D 312, Type III or IV

c.   Asphalt Roof Cement - ASTM D 4586, Type I for horizontal surfaces, Type II for vertical and sloped surfaces.   Roof cement shall be compatible with membrane materials.

### B301003 1.2.6 Underlayment

a.   Asphalt-Saturated Felt Base Sheet for Single Layer Application - ASTM D 4869, Type II or ASTM D 226, Type II (30 pounds).

b.   Polymer-Modified Self-Adhering Bitumen Sheet, 40 mil (1.1 mm) minimum thickness.   Provide at roof perimeter, valley and roof penetration locations as a minimum.

### B301003 1.2.7 Seal at Penetrations

Provide pre-manufactured flashing components for use in single-ply roofing applications.   Seal laps and penetrations to prevent moisture vapor penetration.   Adhesives, sealants, prefabricated components and spray foam products may be required.

### B301003 1.2.8 Fasteners

Fasteners shall be flat, round or hexagonal steel (not less than 1-3/8"(35 mm) diameter) and 28 gage, or plastic plates (not less than 3 inches (75 mm) in diameter).

Fasteners in lightweight cellular concrete decks shall penetrate at least 1 inch (25 mm) but not more than 1-1/2 inches (32 mm) into the deck.   Withdrawal resistance from lightweight cellular concrete deck shall be not less than 40 lbs.(18 kg) each, or 120 lbs. (54 kg) each in metal deck.

Fasteners in steel decks shall be hardened fasteners or screws conforming to FM A/S4470 and listed in FM P7825 for Class I roof deck construction.

Fasteners shall be place to withstand an uplift pressure required by the project program in the field of the roof and FM LPDS 1-49 for perimeter component and flashing attachment.

Roofing Nails - Provide corrosion resistant ring shank nails of sufficient length to penetrate a minimum of 1 inch (25 mm) into wood nailers or so as to provide appropriate embedment in substrate below. Fasteners shall conform to FM A/S4470, and be placed to withstand an uplift pressure of 90 psf (4.3 kPa) conforming to FM P7825, and FM 1-49 for perimeter fasteners.

### B301003 1.2.9 Wood Nailers

Wood nailers shall be pressure-preservative-treated in accordance with AWPA M2 Standards, permanently marked or branded, and installed flush with the top of the adjacent insulation board.  Separate treated wood nailers from roofing metals with underlayment.

### B301003 1.2.9.1 Fasteners

Provide stainless steel, double hot-dipped galvanized or other corrosion resistant fasteners recommended by the treatment manufacturer for use with treated wood.

## B301004 FLASHINGS & TRIM

## B301004 1.1 FLASHING AND SHEET METAL

This paragraph covers the requirements for flashing and sheet metal work including scuppers, splash pans, and sheet metal roofing.  Flashing and sheet metal shall be provided in accordance with roof manufacturer's printed installation instructions and in compliance with NRCA and SMACNA recommendations.

### B301004 1.1.1 Materials

Furnish sheet metal items in minimum 8 to 10 foot (2.44 to 3.05 meter) lengths. Sheet metal items include the following: gutters, including hangers; downspouts; counter-flashings; gravel stops and fascias; cap, valley, stepped, base and eave flashings and related accessories.

a.   Copper, Sheet and Strip - ASTM B 370, cold-rolled temper.

b.   Lead-Coated Copper Sheet - ASTM B 101

c.   Lead Sheet - Minimum weight 4 pounds per square foot (.19 kPa).

d.   Steel Sheet, Zinc-Coated (Galvanized) - ASTM A 653/ A 653M. Galvanized steel items shall have a baked-on, factory applied finish of polyvinylidene fluoride or an equivalent fluorocarbon coating with a minimum thickness of 0.8 to 1.3 mils.

e.   Stainless Steel - ASTM A 167, Type 302 or 304, 2D finish, fully annealed, dead-soft temper.

f.   Aluminum Alloy Sheet and Plate - ASTM B 209

g.   Pre-Finished Aluminum - Provide trim, gravel stops and fascias of Pre-finished aluminum.  Finish shall be baked-on factory applied color coating of polyvinylidene fluoride (PVF2) or other equivalent fluorocarbon coating with a minimum thickness of 0.8 to 1.3 mils.

h.   Aluminum alloy, Extruded Bars, Rods, Shapes, and Tubes - ASTM B 221

i.   Solder - ASTM B 32

j.   Polyvinyl Chloride Reglet - ASTM D 1784, Type II

k.   Asphalt Primer - ASTM D 41

l.   Fasteners - Fasteners shall be of the same or compatible metal with the item being fastened. Stainless steel fasteners shall

be used to fasten dissimilar materials.

**B301004 1.1.2 Field Quality Control**

Fabrication and installation of sheet metal items shall be as follows:

a.  Install work with watertight and hairline joints, without waves, warps, buckles, fastening stresses, or distortion, allowing for expansion and contraction.

b.  Make surfaces to receive sheet metal plumb and true, clean, even, smooth, dry and free of defects and projections that could affect the application.

c.  Provide sheet metal flashing in angles formed where roof decks abut walls, curbs, ventilators, pipes, or other vertical surfaces and wherever indicated and necessary to make the work watertight.

d.  Provide prefabricated inside and outside corners at all sheet metal intersection pieces.  Minimum leg length shall be 12 inches (300 mm), maximum length shall be 18 inches (450 mm).

e.  Sheet metal shall be fabricated to conform to the contours of surfaces to which applied.

f.  All sheet metal cap flashings shall have waterproof membrane underlayment installed behind or below the metal components.

g.  Provide conforming sheet metal closures at all flashing termination conditions.

h.  Provide fastenings and accessories as required to provide a securely attached, watertight construction.  Cleats shall be a minimum of one gage heavier than the component to be attached.

i.  Where sheet metal components are to be embedded in the roofing system, prime both sides of all metal flanges prior to installation.

## B301005  SCUPPERS AND DOWNSPOUTS

Provide Scuppers and downspouts compatible with roofing material and finish. Concealed (interior) gutters and downspouts are prohibited.  The primary and secondary drainage systems shall be sized per applicable Plumbing and Building Codes.  Finish shall be baked-on factory applied color coating of polyvinylidene fluoride (PVF2) or other equivalent fluorocarbon coating with a minimum thickness of 0.8 to 1.3 mils.

## B301006  ROOF OPENINGS AND SUPPORTS

## B301006  1.1 GENERAL REQUIREMENTS

Provide flashings for roof openings and supports as recommended by the NRCA and as specified below:

When existing pitch pans cannot be avoided and must be utilized, insure pitch pan is a preformed pan with minimum 4-inch (100 mm) height and 2-inch (50 mm) flange with 2-inch (50 mm) clearance on all sides of the penetration. Fill bottom 1/3 with non-shrink grout.  Fill remainder with pourable elastomeric sealer sloped to drain.  For round penetrations, provide a metal umbrella cap clamped to the penetration.

Assure all penetration flashings extend minimum 8 inches (200 mm) above the finished roof surface.  Use round shapes to construct equipment supports.  Equipment supports should be raised on a continuous curb a minimum of 14 inches (350 mm), but not less than as required by the NRCA.

## B301006  1.2 ROOF HATCHES

Construct using NRCA approved techniques and details.  Provide roof hatch where required by OSHA, or as access to roof when roof mounted equipment is used or other routine roof maintenance is required.

### B301006  1.2.1 Construction

Provide insulated roof hatches of 14 gage galvanized steel with 22 gage galvanized steel liner or 18 gage aluminum liner, and have integral curb, flange and flashings for securing to roof deck.  Hinge shall be heavy-duty zinc plated steel with non-removable pins.  Latching mechanism shall be zinc-coated steel slam latch with inside and outside levers.  Springs shall be greased compression springs in telescopic tubes.  Provide interior locking of roof hatch.  Provide a safety rail or ladder extension.  Size roof hatch to allow access of routine maintenance equipment, but not less than 2'-6" x 3'-0" (750 mm x 900 mm).  Hatch and access ladders shall conform to OSHA and other applicable safety standards.

## B301006  1.3 Not Used

### B301006  1.3.1 Warranty

The contractor shall furnish to the Government the manufacturer's complete warranty for materials, workmanship and installation.  The warranty is for 10 years from the time of project completion.  The warranty shall guarantee, but shall not be limited to, the following:

a.  Light transmission and color of the panels shall not change after exposure to heat of 300 degrees F (149 degrees C) for 25 minutes.

b.  There is no delamination of the panel affecting appearance, performance, weatherability or structural integrity of the panels or the completed system.

c.  There is no fiberbloom on the panel face.

d.  Change in light transmission of no more than 6% per ASTM D 1003, and in color (yellowing index) no more than 10 points in comparison to the original specified value over a 10 year period.

### B301006  1.3.2 Not Used

### B301006  1.3.3 Thermoplastic Polycarbonate Panels

Not Used.

## B301006  1.4 GUARDS

Provide rails or guards as required by the OSHA, the International Building Code or other applicable safety standards.

## B301090  OTHER ROOFING

## B301090  1.1 LIGHTNING PROTECTION

Not Used

-- End of Section --

FORMS

ROOFING SYSTEM COMPONENTS

1. Contract Number: _____

2. Building Number and Location: _____

3. NAVFAC Specification Number: _____

4. Deck Type: _____

5. Slope of Deck: _____

6. Insulation Type and Thickness:_____

7. Insulation Manufacturer: _____

8. Vapor Retarder   (_____) Yes    (_____) No

9. Vapor Retarder Type: _____

10. Roofing Description: _____

     Manufacturer (Name, address, and phone no.): _____

     _____

     Type: _____

     Method of attachment: _____

11. Statement of Compliance or Exception: _____

     _____

     _____

12. Date Roof Completed: _____

13. Warranty Period: _____

14. Roofing Contractor (Name and Address):

     _____

     _____

     _____

15. Prime Contractor (Name and Address):

     _____

     _____

     _____

**A1216**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

Contractor's Signature _____   Date: _____

Inspector's Signature _____   Date: _____

Form page 1

**CONTRACTOR'S FIVE (5) YEAR NO PENAL SUM WARRANTY FOR STRUCTURAL STANDING SEAM METAL ROOF (SSSMR) SYSTEM**

FACILITY DESCRIPTION_____

BUILDING NUMBER:_____

CONTRACT NUMBER:_____

CONTRACTOR

2 + 0 TQ/Combined DFAC
NSA, Bahrain

CONTRACTOR:_____

ADDRESS:_____

POINT OF CONTACT:_____

TELEPHONE NUMBER:_____

OWNER

OWNER:_____

ADDRESS:_____

POINT OF CONTACT:_____

TELEPHONE NUMBER:_____

CONSTRUCTION AGENT

CONSTRUCTION AGENT:_____

ADDRESS:_____

POINT OF CONTACT:_____

TELEPHONE NUMBER:_____


Warranty page 1

**CONTRACTOR'S FIVE (5) YEAR NO PENAL SUM WARRANTY FOR STRUCTURAL STANDING SEAM METAL ROOF (SSSMR) SYSTEM (continued)**

THE SSSMR SYSTEM INSTALLED ON THE ABOVE NAMED BUILDING IS WARRANTED BY
_____ FOR A PERIOD OF FIVE (5) YEARS AGAINST WORKMANSHIP
AND MATERIAL DEFICIENCES, WIND DAMAGE, STRUCTURAL FAILURE, AND LEAKAGE.  THE SSSMR
SYSTEM COVERED UNDER THIS WARRANTY SHALL INCLUDE, BUT SHALL NOT BE LIMITED TO, THE
FOLLOWING:  THE ENTIRE ROOFING SYSTEM, MANUFACTURER SUPPLIED FRAMING AND
STRUCTURAL MEMBERS, METAL ROOF PANELS, FASTENERS, CONNECTORS, ROOF SECUREMENT
COMPONENTS, AND ASSEMBLIES TESTED AND APPROVED IN ACCORDANCE WITH ASTM E 1592.  IN
ADDITION, THE SYSTEM PANEL FINISHES, SLIP SHEET, INSULATION, VAPOR RETARDER, ALL
ACCESSORIES, COMPONENTS, AND TRIM AND ALL CONNECTIONS ARE INCLUDED.  THIS INCLUDES
ROOF PENETRATION ITEMS SUCH AS VENTS, CURBS, SKYLIGHTS; INTERIOR OR EXTERIOR
GUTTERS AND DOWNSPOUTS; EAVES, RIDGE, HIP, VALLEY, RAKE, GABLE, WALL, OR OTHER ROOF
SYSTEM FLASHINGS INSTALLED AND ANY OTHER COMPONENTS SPECIFIED WITHIN THIS CONTRACT
TO PROVIDE A WEATHERTIGHT ROOF SYSTEM; AND ITEMS SPECIFIED IN OTHER SECTIONS OF

2 + 0 TQ/Combined DFAC
NSA, Bahrain

THE SPECIFICATIONS THAT ARE PART OF THE SSSMR SYSTEM.

ALL MATERIAL DEFICIENCIES, WIND DAMAGE, STRUCTURAL FAILURE, AND LEAKAGE ASSOCIATED WITH THE SSSMR SYSTEM COVERED UNDER THIS WARRANTY SHALL BE REPAIRED AS APPROVED BY THE CONTRACTING OFFICER.  THIS WARRANTY SHALL COVER THE ENTIRE COST OF REPAIR OR REPLACEMENT, INCLUDING ALL MATERIAL, LABOR, AND RELATED MARKUPS.  THE ABOVE REFERENCED WARRANTY COMMENCED ON THE DATE OF FINAL ACCEPTANCE ON
_____ AND WILL REMAIN IN EFFECT FOR STATED DURATION FROM THIS DATE.

SIGNED, DATED, AND NOTARIZED (BY COMPANY PRESIDENT)


_____

     (Company President)                    (Date)


Warranty page 2

**CONTRACTOR'S FIVE (5) YEAR NO PENAL SUM WARRANTY FOR STRUCTURAL STANDING SEAM METAL ROOF (SSSMR) SYSTEM (continued)**

THE CONTRACTOR SHALL SUPPLEMENT THIS WARRANTY WITH WRITTEN WARRANTIES FROM THE MANUFACTURER AND INSTALLER OF THE SSSMR SYSTEM, WHICH SHALL BE SUBMITTED ALONG WITH THE CONTRACTOR'S WARRANTY.  HOWEVER, THE CONTRACTOR WILL BE ULTIMATELY RESPONSIBLE FOR THIS WARRANTY AS OUTLINED IN THE SPECIFICATIONS AND AS INDICATED IN THIS WARRANTY EXAMPLE.


EXCLUSIONS FROM COVERAGE

1.  NATURAL DISASTERS, ACTS OF GOD (LIGHTNING, FIRE, EXPLOSIONS, SUSTAINED WIND FORCES IN EXCESS OF THE DESIGN CRITERIA, EARTHQUAKES, AND HAIL).

2.  ACTS OF NEGLIGENCE OR ABUSE OR MISUSE BY GOVERNMENT OR OTHER PERSONNEL, INCLUDING ACCIDENTS, VANDALISM, CIVIL DISOBEDIENCE, WAR, OR DAMAGE CAUSED BY FALLING OBJECTS.

3.  DAMAGE BY STRUCTURAL FAILURE, SETTLEMENT, MOVEMENT, DISTORTION, WARPAGE, OR DISPLACEMENT OF THE BUILDING STRUCTURE OR ALTERATIONS MADE TO THE BUILDING.

4.   CORROSION CAUSED BY EXPOSURE TO CORROSIVE CHEMICALS, ASH OR FUMES GENERATED OR RELEASED INSIDE OR OUTSIDE THE BUILDING FROM CHEMICAL PLANTS, FOUNDRIES, PLATING WORKS, KILNS, FERTILIZER FACTORIES, PAPER PLANTS, AND THE LIKE.

5.   FAILURE OF ANY PART OF THE SSSMR SYSTEM DUE TO ACTIONS BY THE OWNER TO INHIBIT FREE DRAINAGE OF WATER FROM THE ROOF AND GUTTERS AND DOWNSPOUTS OR ALLOW PONDING WATER TO COLLECT ON THE ROOF SURFACE.   CONTRACTOR'S DESIGN SHALL INSURE FREE DRAINAGE FROM THE ROOF AND NOT ALLOW PONDING WATER.

6.   THIS WARRANTY APPLIES TO THE SSSMR SYSTEM.   IT DOES NOT INCLUDE ANY CONSEQUENTIAL DAMAGE TO THE BUILDING INTERIOR OR CONTENTS THAT IS COVERED BY THE WARRANTY OF CONSTRUCTION CLAUSE INCLUDED IN THIS CONTRACT.

7.   THIS WARRANTY CANNOT BE TRANSFERRED TO ANOTHER OWNER WITHOUT WRITTEN CONSENT OF THE CONTRACTOR; AND THIS WARRANTY AND THE CONTRACT PROVISIONS WILL TAKE PRECEDENCE OVER ANY CONFLICTS WITH STATE STATUTES.


**


Warranty page 3

**CONTRACTOR'S FIVE (5) YEAR NO PENAL SUM WARRANTY FOR STRUCTURAL STANDING SEAM METAL ROOF (SSSMR) SYSTEM (continued)**

**REPORTS OF LEAKS AND SSSMR SYSTEM DEFICIENCIES SHALL BE RESPONDED TO WITHIN 48 HOURS OF RECEIPT OF NOTICE, BY TELEPHONE OR IN WRITING, FROM EITHER THE OWNER OR CONTRACTING OFFICER.   EMERGENCY REPAIRS TO PREVENT FURTHER ROOF LEAKS SHALL BE INITIATED IMMEDIATELY; A WRITTEN PLAN SHALL BE SUBMITTED FOR APPROVAL TO REPAIR OR REPLACE THIS SSSMR SYSTEM WITHIN SEVEN (7) CALENDAR DAYS.   ACTUAL WORK FOR PERMANENT REPAIRS OR REPLACEMENT SHALL BE STARTED WITHIN 30 DAYS AFTER RECEIPT OF NOTICE, AND COMPLETED WITHIN A REASONABLE TIME FRAME.   IF THE CONTRACTOR FAILS TO ADEQUATELY RESPOND TO THE WARRANTY PROVISIONS, AS STATED IN THE CONTRACT AND AS CONTAINED HEREIN, THE CONTRACTING OFFICER MAY HAVE THE SSSMR SYSTEM REPAIRED OR REPLACED BY OTHERS AND CHARGE THE COST TO THE CONTRACTOR.

IN THE EVENT THE CONTRACTOR DISPUTES THE EXISTENCE OF A WARRANTABLE DEFECT, THE CONTRACTOR MAY CHALLENGE THE OWNER'S DEMAND FOR REPAIRS OR REPLACEMENT DIRECTED BY THE OWNER OR CONTRACTING OFFICER EITHER BY REQUESTING A CONTRACTING OFFICER'S DECISION UNDER THE CONTRACT DISPUTES ACT, OR BY REQUESTING THAT AN ARBITRATOR RESOLVE THE ISSUE.   THE REQUEST FOR AN ARBITRATOR MUST BE MADE WITHIN 48 HOURS OF BEING NOTIFIED OF THE DISPUTED DEFECTS.   UPON BEING INVOKED, THE PARTIES SHALL, WITHIN TEN (10) DAYS, JOINTLY REQUEST A LIST OF FIVE (5) ARBITRATORS FROM THE FEDERAL MEDIATION AND CONCILIATION SERVICE.   THE PARTIES SHALL CONFER WITHIN TEN (10) DAYS AFTER RECEIPT OF THE LIST TO SEEK AGREEMENT ON AN ARBITRATOR.   IF THE PARTIES CANNOT AGREE ON AN ARBITRATOR, THE CONTRACTING OFFICER AND THE PRESIDENT OF THE CONTRACTOR'S COMPANY WILL STRIKE ONE (1) NAME FROM THE LIST ALTERNATIVELY UNTIL ONE (1) NAME REMAINS.   THE REMAINING PERSON SHALL BE THE DULY SELECTED ARBITRATOR. THE COSTS OF THE ARBITRATION, INCLUDING THE ARBITRATOR'S FEE AND EXPENSES, COURT REPORTER, COURTROOM OR SITE SELECTED, ETC., SHALL BE BORNE EQUALLY BETWEEN THE PARTIES.   EITHER PARTY DESIRING A COPY OF THE TRANSCRIPT SHALL PAY FOR THE TRANSCRIPT.   A HEARING WILL BE HELD AS SOON AS THE PARTIES CAN MUTUALLY AGREE.   A WRITTEN ARBITRATOR'S DECISION WILL BE REQUESTED NOT LATER THAN 30 DAYS FOLLOWING

THE HEARING.  THE DECISION OF THE ARBITRATOR WILL NOT BE BINDING; HOWEVER, IT WILL
BE ADMISSIBLE IN ANY SUBSEQUENT APPEAL UNDER THE CONTRACT DISPUTES ACT.

A FRAMED COPY OF THIS WARRANTY SHALL BE POSTED IN THE MECHANICAL ROOM OR OTHER
APPROVED LOCATION DURING THE ENTIRE WARRANTY PERIOD.

Warranty page 4

SECTION C10

INTERIOR CONSTRUCTION
11/10

**C10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**C10 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards that are referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website , are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

**C10 1.1.1 Industry Standards and Codes**

Sealant, Waterproofing & Restoration Institute

**C10 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs , which include the following significant UFC(s):UFC 3-101-01, Architecture UFC 3-120-10, Interior Design) |

**C10 1.2 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory interior construction assemblies' performance shall be via Performance Verification Testing, as detailed in this section of the RFP.  Provide special tests and special inspections in accordance with UFGS Section 01 45 02.00 10 and 01 45 04.00 10.  The Contractor shall pay the cost of all testing.

**C10 1.2.1 Slump and Compressive Strength Tests for Grout**

Slump between 8 and 11 inches (200 and 275 mm).  Provide minimum grout strength of 2000 PSI in 28 days, as tested per ASTM C 1019.

**C10 1.2.2 Door Closure Field Test for Demountable Partitions, Retractable Partitions, Operable Panels, and Accordion Partitions**

Perform a flashlight test of all joints in partitions and partition to wall, floor, and ceiling.  No light from a flashlight shall be visible from the opposite side of the partition.  Adjust partition at locations where light is visible, and re-test.

### C10 1.2.3 Field Test for Sprayed Fire-Resistive Materials

A qualified testing and inspection agency shall be engaged to prepare testing and adhesion reports to test for bond strength.  Bond strength shall be tested per ASTM E 736 and be found to meet the requirements in UL's *Fire Resistance Directory* for coating materials.

### C10 1.3 DESIGN SUBMITTALS

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10 , *Submittal Procedures for Design-Build Projects*, The MED Design Instruction Manual, UFC 3-101-01, *Architecture*, and UFC 3-301-01, *Structural Engineering*.

### C10 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

Doors, door hardware, windows and glazing, cabinets and countertops, casework, and fireproofing/firestopping.

All structural elements necessary for construction

### C1010 PARTITIONS

For general use CMU with prime filler coat, or CMU/cast-in-place concrete with GWB or skim coat plaster are acceptable unless shown otherwise in the Project Program. Reinforce points where doorknobs can strike a wall and anchorage points for wall mounted equipment.

Provide control joints and installation techniques as recommended by the manufacturer.  See PTS Section C30, *Interior Finishes*, for additional information.

Provide painted GWB with access panels at surfaces furred for HVAC, plumbing and other utility services and controls behind wall surfaces.

Acceptable systems where "IMPACT RESISTANCE" (areas subject to physical abuse or wear) is designated in the project program requirements for impact resistance systems include:

a.    CMU/cast-in-place concrete with or without plaster or furred impact resistant GWB or surface applied impact resistant textured acrylic architectural coating system.

### C101001 FIXED PARTITIONS

Provide fixed partitions, except where demountable or retractable partitions are specifically required by the "Room Requirements", to include GWB, plaster, masonry, and cast-in-place concrete walls.  Sound-rated partition assemblies shall have a minimum Sound Transmission Coefficient (STC) as required by the project program. Construct sound-rated bulkheads above partition assemblies for continuity to the

deck above.

## C101001 1.1 CAST-IN-PLACE INTERIOR CONCRETE WALLS

Accomplish work in accordance with UFC 1-200-01, ACI 117 and 301/301M. Concrete Mix Design shall be suitable for the job conditions.

## C101001 1.2 MASONRY PARTITIONS

Accomplish work in accordance with ACI 530.1/ASCE 6/TMS 602 and associated ASTM Standards for concrete masonry wall construction.

### C101001 1.2.1 Testing

Masonry strength shall be determined in accordance with ACI 530.1. Where fire-rated assemblies are indicated, provide concrete masonry units that have been tested in conformance with ASTM E 119. Provide certificate of compliance to the Designer of Record (DOR) that the materials and assemblies meet the fire ratings indicated on the drawings.

### C101001 1.2.2 Masonry Units Types

#### C101001 1.2.2.1 Concrete Masonry Units

Units of modular dimensions and air, water or steam cured. Surfaces of units to be plastered or stuccoed shall be sufficiently rough to provide bond and exposed surfaces of units shall be smooth and of uniform texture.

a.  Hollow Load-Bearing Units: ASTM C 90, Type I or II, made of lightweight or normal weight aggregate.

b.  Hollow Non-Load-Bearing Units: ASTM C 129, Type I or II, made with lightweight or normal weight aggregate.

c.  Special Shapes: Provide special shapes as necessary to complete the work.

d.  Fire-Rated CMU: Products shall be tested and approved by United Laboratories (UL) according to testing methods described in ASTM E 119, and listed as 2, 3 or 4-hour fire-rated.

#### C101001 1.2.2.2 Glazed Structural Clay Tile

Provide glazed tile of Grade S, Type I, conforming to ASTM C 126. Tile for fire-rated walls shall have the percent of solid required for that rating.

#### C101001 1.2.2.3 Pre-Faced Concrete Masonry Units

Provide pre-faced concrete masonry units conforming to ASTM C 744, load-bearing or non-load-bearing, lightweight, Grade N, Type I.

#### C101001 1.2.2.4 Glass Masonry Units

Provide glass block units made of clear colorless glass with polyvinyl butyl edge coating. Provide all aggregates, horizontal and vertical joint reinforcing, panel anchors, and expansion strip as recommended by the glass block manufacturer.

### C101001 1.2.3 Masonry Partition Materials

a.   Mortar - Provide ASTM C 270, Type N or S for non-shear-wall interior masonry.  For Glass Block use Type S, White Portland cement.

b.   Portland Cement - ASTM C 150, Type I, II, or III.

c.   Masonry Cement - ASTM C 91, Type N, S, or M.

d.   Sand  - ASTM C144.

e.   Grout - ASTM C 476, Fine aggregate for grouting cells / spaces 3" (75 mm) or less, or coarse aggregate for grouting cells / spaces greater than 3" (75 mm).  Slump between 8 and 11 inches (200 and 275 mm).  Provide minimum grout strength of 2000 PSI in 28 days, as tested per ASTM C 1019.

### C101001 1.2.4 Masonry Accessories

a.   Horizontal Joint Reinforcement – Fabricate from cold drawn steel wire, ASTM A 82.  Wire shall be hot-dipped galvanized after fabrication in accordance with ASTM A 153/ A 153M, Class B-2, 1.5 ounces of zinc per square foot (42.52 g / 0.0929 sq. meter ).

b.   Anchors and Wall Ties – Provide of stainless steel, ASTM A 167, Type 304, or zinc-coated steel.

c.   Reinforcing Bars – ASTM A 615 / A 615M.

## C101001 1.3 COLD-FORMED METAL FRAMING

Not Used.

## C101001 1.5 ROUGH CARPENTRY

Not Used.

## C101002 DEMOUNTABLE PARTITIONS

Not Used.

## C101002 1.2 WIRE MESH PARTITIONS

Not Used.

## C101003 RETRACTABLE PARTITIONS

Not Used.

## C101003 1.2 PARTITION MATERIALS

Not Used.

## C101004 INTERIOR GUARDRAILS & SCREENS

This paragraph covers assemblies to include interior guardrails associated with open sides of floors, but not stairs' handrails. Also included are screens and associated work to include tracks and anchoring systems.

## C101004 1.1 MATERIALS

    a.    Structural Carbon Steel - ASTM A 36/ A 36M

    b.    Structural Tubing - ASTM A 500

    c.    Steel Pipe - ASTM A 53, Type E or S, Grade B

    d.    Aluminum Alloy products - Products shall conform to ASTM B 209 for sheet plate, and ASTM B 221 for extrusions, and ASTM B 26/B 26M or ASTM B 108 for castings, as applicable.

## C101004 1.2 FABRICATION FINISHES

### C101004 1.2.1 Galvanizing

Hot-dip galvanize steel items to be exposed to water contact. Zinc-coat steel in the largest unit possible. Galvanize per ASTM A 123/ A 123M, ASTM A 153/ A 153M or ASTM A 653/ A 653M, G90, as applicable.

### C101004 1.2.2 Non-Ferrous Metal Surfaces

Protect by plating, Class I anodic coatings, or 70% polyvinylidene fluoride organic coatings. See Section C30 for additional coatings/finish information.

## C101004 1.3 GUARDRAILS

Design guardrails in accordance with the IBC, except delete the handrail design load reduction for code exceptions for residential, prisons, industrial, high hazard, and storage facilities. Provide materials in accordance with NAAMM PR, and provide the same size rail and post. Provide pipe collars of the same material and finish as the handrail and posts.

## C101005 INTERIOR WINDOWS

For fixed interior windows, assemblies include frames, glazing, caulking, and other associated work. For other window types, see PTS Section B20, *Exterior Enclosure*. Glazing for windows specified under this section is located in C101007, "Interior Glazing."

## C101005 1.1 ALUMINUM WINDOWS

Each window unit shall be a complete factory assembled unit with or without glass installed. Fabrication of window units shall comply with AAMA 101.

    a.    Fixed Windows - Type F, LC25 for residential, or HC40 for non-residential (commercial).

    b.    Sliding Glass Pass Windows - Frames and glass channels shall be of heavy type 6063-TS aluminum extrusions. Provide 1/4-inch (6.35 mm) clear tempered glass.

    c.    Bullet-Resistant Pass Windows - Conform to UL classification (1 through 8) as required by the installation. Provide fixed, bullet-resistant glazing with pass tray for installations requiring high levels of security.

## C101005 1.2 VISION PANELS

    a.    Wood Windows

Wood windows shall consist of complete units, including sash, glass,

frame and hardware.   Window units shall meet the Grade 40 requirements of AAMA 101.   Wood members that will receive a transparent finish shall be in one piece, not finger-jointed.

b.   Plastic Windows

Provide PVC windows, reinforcing members, welded corners, fasteners, hardware and anchors conforming to AAMA 101 or ASTM D 4099.

1)   Windows shall be fixed or operable, as stated in the project program.

2)   Material and Color - Window (PVC) color shall be a consistent color all the way through the material.

c.   Hollow Metal Vision Panels – shall meet the requirements of hollow metal frames, paragraph C102001.

## C101005 1.3 BULLET RESISTANT WINDOWS

Not Used.

## C101005 1.4 FINISHES

Finish exposed aluminum or steel window surfaces as follows:

a.   Anodic Coating

Architectural Class I (0.7 mil or thicker), designation AA-M10-C22-A41, clear (natural) or A42, integral color or A44, electrolytically deposited color anodized.

b.   Organic Coating

Provide a high-performance coating in accordance with AAMA 2605 with a total dry film thickness not less than 1.2 mils (0.03 mm).

## C101006 GLAZED PARTITIONS & STOREFRONTS

This paragraph covers fixed interior glazed partitions, including interior storefronts with doors.   Assemblies include frames, glazing, caulking, and other associated work.   See Section B20, *Exterior Enclosure*, for aluminum storefront framing components and performance requirements.

## C101006 1.1 GLASS

Refer to "Interior Glazing".

## C101006 1.2 SETTING AND SEALING MATERIALS

Provide as specified in the *GANA Glazing Manual*, SIGMA TM-3000 and SIGMA TB-3001, and per manufacturers recommendations.

## C101007 INTERIOR GLAZING

ASTM C 1036, unless specified otherwise.   Provide patterned glass where required to obscure view into bathrooms and dressing rooms.

Provide setting and sealing materials, stops and gaskets as recommended by the glass or acrylic sheet manufacturer.

Glazing thickness indicated in the following paragraphs is the minimum acceptable

thickness.  Provide thicker glazing if required by the code or the manufacturer for the given application.

### C101007 1.1 GLASS

#### C101007 1.1.1 Clear Glass

Type I, class I (clear), quality q4 or q5 for patterned glass.

#### C101007 1.1.2 Wire Glass

Provide glazing of Type II, Class I, Form I, Quality q8 mesh stainless steel, diamond pattern, 1/4 inch (6.35 mm) thick.  Glass shall comply with ASTM E 163.

#### C101007 1.1.3 Patterned Glass

Type II, Class 1 (translucent), Form 3 (patterned), quality q7 (decorative), Finish f2 (patterned two sides), 1/8 inch (3.2 mm).

#### C101007 1.1.4 Laminated Glass

Fabricate from two pieces of Type I, Class 1, quality q3 glass laminated together with a clear, 0.030 inch (0.75 mm) thick polyvinyl butyral interlayer.  Total thickness shall be nominally 1/4 inch (6.35 mm).

#### C101007 1.1.5 Bullet-Resistant Glass

Not Used.

#### C101007 1.1.6 Tempered Glass

ASTM C 1048, Kind FT (fully tempered), Condition A (uncoated), Type I, Class 1 (clear), quality q3.

### C101007 1.2 PLASTIC GLAZING

Not Used.

### C101008  INTERIOR JOINT SEALANT

Sealant joint design and application shall be in accordance with the general requirements of *Sealants: A Professionals' Guide* from the Sealant, Waterproofing & Restoration Institute.  Refer to manufacturers' recommendations for chemical resistance.

### C101008  1.1 JOINT SEALANT TYPES FOR INTERIOR WORK

Sealants shall be paintable, and shall match the color of adjacent surfaces.

a.   Vertical Surfaces - ASTM C 920, Type M, Grade NS, Class 25, Use NT.

b.   Horizontal Surfaces - ASTM C 920, ASTM D 1190 for traffic surfaces, Type M, Class 25, Use T.

c.   Pools and pool decks – for vertical joints, Gun grade: ASTM C 920, Type M, Grade NS, Class 25, NT;  for horizontal deck traffic joints pourable: ASTM C 920, Type M, Grade P, Class 25, T

d.   Food Service – Use a Vinyl Acetate Homopolymer, or other low VOC, non-toxic sealant approved for use in food preparation areas.

e.   Chemical Resistance - Ensure that all sealants are chemically compatible or resistant to adjacent materials, or materials that may come into contact with the sealants in the course of the building life.

## C1020 INTERIOR DOORS

Door hardware shall be as specified in "Interior Door Hardware" in this section.

### C102001 STANDARD INTERIOR DOORS

This paragraph covers all standard interior wood or hollow metal doors with frames, hardware, locks, and finish.

### C102001 1.1 STEEL DOORS

Hardware preparation shall be in accordance with SDI 17, ANSI/DHI A115 and ANSI/SDI 100.  Doors shall be hung in accordance with ANSI/SDI 100.

#### C102001 1.1.1 Standard Steel Doors

ANSI A 250.8, Level 1, (occasional use, low abuse types such as closet doors without locks); Level 2, (low use, moderate abuse types such as office/storeroom doors); Level 3, (moderate use, high abuse types such as BEQ sleeping room doors); Level 4, (high use, high abuse types such as corridors, stairways, assembly spaces, and main entry doors), with a physical performance level of 'A'. Maximum door undercut shall not exceed 3/4 inch (19 mm).

#### C102001 1.1.2 Sound Insulated Doors and Frames

Provide sound insulated door and frame assemblies into rooms requiring wall assemblies to be sound insulated with a Sound Transmission Class (STC) rating as required.  The STC rating for the door and frame assembly shall be not less than the wall assembly STC rating.

#### C102001 1.1.3 Accessories

a.   Shelves for Dutch doors shall comply with SDI 111-B, and be of steel not lighter than 16 gage.

b.   Louver shall comply with SDI 111-C, shall be stationary, sight-proof type.  Use lightproof louvers if function of room requires darkness.  Louver frames shall be 20-gage steel with louver blades minimum 24 gage.

### C102001 1.2 STANDARD STEEL FRAMES

ANSI A 250.8. Form frames with welded corners for installation in masonry partitions and knock-down field assembled corners for installation in metal stud and GWB partitions.  Frames shall be set in accordance with SDI 105. Form stops and beads with 20 gauge steel.

Provide a minimum of three jamb anchors and base steel anchors per frame, zinc-coated or painted with rust-inhibitive paint, not lighter the 18 gauge. Secure frames to previously installed concrete or masonry with expansion bolts in accordance with SDI 11-F.  Provide mortar infill of frames in masonry walls, and gypsum board compound infill at each jamb anchor in metal frame walls.

### C102001 1.3 FINISHES

a.    Factory-Primed Finish.  Doors and frames in non-humid, non-corrosive environments shall be factory primed with a rust inhibitive coating as specified in ANSI A 250.8.  Factory prime doors on six sides of the door.

b.    Zinc-Iron Alloy Coating (Galvanealed) and Factory Primed Finish

c.    Fabricate interior doors and frames (for installation in such rooms as kitchens, laboratories, battery charging, utility rooms and humid areas such as   shower/drying areas, areas with frequent floor mopping, or corrosive chemical atmospheres) from zinc coated steel, alloyed type, complying with ASTM A 653/ A 653M. Factory prime doors and frames as specified in ANSI A 250.8.

d.    Manufacturer's primer shall be compatible with door finish system in C30, Interior Coatings.

## C102001 1.4 WOOD DOORS

### C102001 1.4.1 Wood Doors and Frames

Install wood doors and frames according to workmanship requirements of the Architectural Woodwork Institute Quality Standard 900-T-4 Custom Grade. Wood door frames may only be used in residential construction.

For non-residential buildings provide extra-heavy doors for stairways, building entrances, corridors, assembly spaces, and other high use interior doors.  Provide heavy duty doors for other non-residential locations and for residential buildings.

Wood doors shall be solid wood doors with wood core and solid wood edge bands. Vertical edge bands shall be one piece or laminated two-piece solid lumber to match face veneer species for natural finish wood doors. Reinforce door at all hardware attachments to door with sound grade hardwood. Horizontal edge bands shall be solid wood or structural composite lumber.

a.    Stile and Rail Doors Provide premium or select grade Ponderosa pine, Douglas Fir, White Pine, or Yellow Poplar stile and rail doors conforming to WDMA I.S.6A-01. Doors shall be premium grade, heavy duty or as required by the project program.

b.    Interior Flush Doors - Flush doors shall conform to WDMA I.S.6A-01. Doors shall be premium grade, heavy duty, or otherwise as required by the project program.Provide WDMA I.S. 1A-04 SCLC-5 structural composite lumber core, or staved lumber core, or PC-5 particleboard core construction. Do not use particleboard cores where it is anticipated that hardware may be screw mounted to the doors.  Provide hardwood or softwood veneers cut for the best presentation for natural finishing of doors.  Set match veneers of all components of a door opening. Face veneers shall be 1/20" thick before sanding.

c.    Closet Doors – Provide flush, paneled, or louvered doors of premium or custom grade, conforming to WDMA I.S.1A-01, premium or custom grade, heavy duty.  Doors shall be hinged or sliding.

d.    Acoustical Doors and Frames - WDMA I.S 1-A-2004 WDMA I.S.6A-01. Doors shall be premium or custom grade, heavy duty as required by the project program. Provide acoustical doors in solid core, constructed for door, hardware, and frame to provide a Sound

Transmission Class (STC) rating of 39 (minimum) when tested in accordance with ASTM E 90.

### C102001 1.4.2 Wood Door Accessories

a.  Door Louvers - Louver shall comply with SDI 111-C.  Louver frames shall be 20-gage steel with louver blades minimum 24 gage.

b.  Door Light Openings - Provide glazed openings with the manufacturer's standard wood moldings.  Moldings for doors to receive a natural finish shall be of the same species and color of the face veneer.

### C102001 1.4.3 Fabrication

a.  Marking - Each door shall bear a stamp, brand or other identifying mark indicating quality and construction of the door.

b.  Adhesives and Bonds - WDMA I.S. 1-A.  Use Type I (water-proof) adhesive for assembly of interior doors and for the fabrication of stiles, rails, crossbands, and veneers. Adhesive for doors to receive a natural finish shall be non-staining. Type II (water resistant) is allowed for fabrication of core parts.

### C102001 1.4.4 Finishes

Unless required otherwise by the project program, typically provide natural finish wood doors.  Factory prime and or seal on all six sides of doors.

a.  Factory Finish - Provide doors finished at the factory as follows:  AWI Quality Standards Section 1500, specification for Conversion varnish, alkyd urea catalyzed polyurethane, or acrylated UV curable epoxy.  The coating shall be AWI Quality Standards premium, medium rubbed sheen, with an open or closed grain effect.  Poly-wrap prefinished wood doors at factory for shipping.

b.  Field Finish - Prepare doors in accordance with WDMA I.S.1-A-2004.  Factory prime or seal doors. Manufacturer's primer or sealer shall be compatible with door finish system in Section C30, *Interior Finishes*.

c.  Plastic Laminate Finish - Factory applied, NEMA LD 3, 0.050 inch (1.27 mm) minimum thickness.

## C102002 GLAZED INTERIOR DOORS

This paragraph covers all glazed interior doors with glass, frames, hardware and locking devices.  See paragraph entitled "Interior Glazing" in this section for glazing options.

### C102002 1.1 ALUMINUM DOORS, FRAMES AND STOREFRONT

Provide swing-type aluminum doors and frames complete with framing members, transoms, side-lites, and accessories.  Fabricate of ASTM B 221, Alloy 6063-TS for extrusions.

### C102002 1.2 FABRICATION

#### C102002 1.2.1 Aluminum Frames

## A1231

Provide frames with removable glass stops and glazing beads to accommodate fixed glazing. Countersink screws for exposed fastenings. Jointing of framing members shall obtain hairline fit, be reinforced, and mechanically secured.

### C102002 1.2.2 Aluminum Doors

Doors shall be not less than 1-3/4 inches (44 mm) thick, with a minimum wall thickness of 0.125 inch (3.2 mm), except beads and trim, 0.050 inch (1.27 mm). Full glazed stile and rail doors shall have medium or wide stiles and rails. Maximum water leakage of the door and frame shall be "no uncontrolled water penetrating systems or appearing on systems' normally exposed interior surfaces from sources other than condensation." Water controlled by flashing and gutters that is drained to exterior and cannot damage adjacent materials or finishes is not considered water leakage.

### C102002 1.2.3 Welding and Fastening

Locate welds and fasteners on unexposed surfaces, where possible. Exposed welds shall be dressed smoothly. Exposed fasteners shall have counter-sunk heads. Weld concealed reinforcements for hardware in place. Hardware reinforcements shall be of stainless steel or steel with a hot-dipped galvanized finish, and shall be secured with stainless steel screws.

### C102002 1.2.4 Finishes

Provide exposed aluminum surfaces with factory finish of anodic or organic coating. Anodic coatings shall conform to AA 45, with an Architectural Class I finish, 0.7 mil or thicker. Organic coatings shall be a baked enamel finish in accordance with AAMA 2605 with a total dry film thickness not less than 1.2 mil. Exposed fasteners to match the door finish.

## C102003 FIRE DOORS

This paragraph covers all interior fire doors, including all necessary frames, hardware, closing devices, and alarms associated with the door.

### C102003 1.1 FIRE AND SMOKE DOORS AND FRAMES

Provide in conformance with NFPA 80 an NFPA 105. Fire doors and frames shall bear the label of UL, FM or WHI attesting to the rating required. Door and frame assemblies shall be tested for conformance per NFPA 252 or UL 10C (for positive pressure). Wood fire doors shall also comply with ASTM E 152.

Provide stainless steel astragals complying with NFPA 80 for fire-rated assemblies and NFPA 105 for smoke control assemblies.

## C102004 SLIDING AND FOLDING DOORS

Provide paneled or louvered closet doors of premium or custom grade, conforming to WDMA I.S.6A-01, heavy duty. Doors shall be sliding or bi-folding, as required by the program.

## C102006 INTERIOR GATES

Any special type gate installed in the interior of a facility, including frames, hardware, hoisting devices, finish, and other associated work.

**C102007 INTERIOR DOOR HARDWARE**

**C102007 1.1 DOOR HARDWARE**

Provide the services of an Architectural Hardware Consultant (AHC), Certified Door Consultant (CDC), or an Electrified Hardware Consultant (EHC) to assist the Designer of Record in preparation of the door hardware schedule and product selection. The hardware consultant shall sign and seal the door hardware construction submittal. Provide, as far as feasible, locks, hinges, pivots, and closers from one lock, hinge, pivot, or closer manufacturer's make. All door hardware shall be clearly and permanently marked by the manufacturer, on a location to be visible after installation. Modify hardware as necessary to provide features indicated or specified. For necessary hardware items not indicated in these specification sections, provide ANSI/BHMA grade 1 rated hardware.

**C102007 1.1.1 Hardware for Fire Doors**

All hardware provided shall meet the requirements of NFPA 80 for Fire Doors and NFPA 101 for exit doors. Hardware shall bear the label of Underwriter's Laboratories, Inc., and be listed in UL BMD or labeled and listed by another testing laboratory acceptable to the contracting officer. Comply with NFPA 105 for smoke control assemblies.

**C102007 1.1.2 Hinges**

BHMA A156.1, Grade 1, 4-1/2 x 4-1/2 inches (108 x 108 mm) with non-removable pin or anti-friction bearing hinges.

**C102007 1.1.3 Locks and Latches**

For non-residential buildings use Series 1000, Operational Grade 1, Security Grade 2 for stairways, building entrances, corridors, assembly spaces, and other high use interior doors. Use Series 4000, Grade 1 for non-residential locations not using Series 1000 hardware. For residential buildings use Series 4000, Grade 2 for interior doors.

a.   Mortise Locks and Latches - BHMA A 156.13, Series 1000, Operation Grade 1, Security Grade 2.

b.   Bored Locks and Latches - BHMA A 156.2, Series 4000, Grade 1, or Grade 2.

**C102007 1.1.4 Combination Locks**

BHMA A 156.2. Heavy-duty, mechanical combination lockset with 5 pushbuttons, standard-sized knob or lever, 3/4-inch (19 mm) deadlocking latch, 2-3/4 inch (70 mm) back-set. Provide deadbolt key override option. Safelock, Simplex, and Venn are acceptable manufacturers. Provide a hardware grade equivalent to Grade 1, series 4000. Provide a 5-year parts and labor warranty.

A door into a sensitive area shall be fitted with a FF-L-2740A X-09 Heavy-duty, combination Electromechanical Deadbolt lock for pedestrian doors, with a drill resistant dial ring mounting plate, 2-3/4 inch (70 mm) back-set, with Automatic Lock Reset, High-Security combination scramble, and resistant to all forms of external manipulation and environmental attack. KABA-MAS is the acceptable manufacturer. Three Modes of Operation: 1) The Single Combination Mode allows access by dialing a six-digit combination. 2) The Dual Combination Mode allows access only when two separate codes are entered within 10 seconds of one another. 3) The Supervisory/Subordinate Mode

allows access by a subordinate only after a supervisor code has been entered. Audit Feature: Lock shall have a full compliment of auditing features, including non-resettable openings log, and unsuccessful attempts log (audits after 3 unsuccessful attempts) that resets once the proper access code is entered. Lock shall generate its own electrical energy with each turn of the dial, with no batteries or wires required. Lock shall be designed to fit industry standard door mounting pattern.

## C102007 1.1.5 Card Key System

Provide card key type access units for specialized entries as required by the program. Provide lithium battery powered, magnetic stripe keycard locksets that are ANSI/BHMA A156.13, Series 1000, Grade 1, mortise or ANSI/BHMA A156.2, Series 4000, Grade 1, cylindrical locks, tamper resistant, UL listed with 1 inch (25 mm) throw deadbolt, 3/4-inch (19 mm) throw latch bolt, auxiliary dead-locking latch, and 2-3/4 inch (68.75 mm) backset. The latch bolt and the dead bolt shall be operated simultaneously by rotating inside lever. Locks with mechanical override lock cylinders are not acceptable. Locks shall be operated only by a correctly encoded keycard. Use of a newly issued keycard automatically re-keys the lock and voids the previous keycard. The lock shall re-lock immediately after outside lever is turned and latch retracted. Locks shall have memory that is capable of recording up to 140 entries into each room, identification of the keycard used to access the room, the date and time of entry. Entry information of the lock shall be retrievable by a data key that can be inserted into the lock and then taken to the front desk printer to display information. Other components that are required for this system at the front desk are a personal or laptop computer, printer and encoder to program each key.

For exit device locks with card key access, provide mortise type, narrow stile exit devices with 24 volt DC, solenoid option for card key exterior access at aluminum storefront doors. Provide mortise type exit devices with 24 volt DC, solenoid option with alarm and remote exterior access for card key access at insulated hollow metal doors. The alarmed exit device shall sound when exiting only.

System shall be capable of accepting a minimum of 12 keycard access levels, security auditing and computer interfacing with the existing or new management system. Provide a single point of contact customer service representative accessible by telephone with a 10-digit telephone number without additional dialing hierarchies except that a maximum 4-digit extension is permissible. On-site service shall be provided within 3 hours from request within the first 12 months of occupancy. Provide a 5-year parts and labor warranty.

## C102007 1.1.6 Exit Devices

BHMA A 156.3, Grade 1. Touch bars shall be provided in lieu of conventional crossbars and arms. Use manufacturer's integral touch bars in aluminum storefront doors.

## C102007 1.1.7 Cylinders and Cores

Provide cylinders and cores for new locks, including locks provided under other sections of this specification. Cylinders and cores shall have seven pin tumblers. Cylinders shall be products of one manufacturer, and cores shall be the products of one manufacturer. Rim cylinders, mortise cylinders, and knobs of bored locksets shall have interchangeable cores, which are removable by special control keys. Stamp each interchangeable core with a key control symbol in

a concealed place on the core.

### C102007 1.1.8 Keying System

Provide a master key system for the facility unless more than one tenant/tenant command shall reside in a facility. Provide a grand master keying system, or great, grand master keying system if multiple tenants or multiple buildings are required. Provide an extension of the existing keying system for existing facility additions. Name the manufacturer of the existing locks, and indicate if they have interchangeable cores. Provide construction interchangeable cores when subcontractors require keys during construction.

The Contractor shall coordinate a keying system meeting. The Contractor's Project Manager, Superintendent, Hardware Subcontractor, Electrical Subcontractor (if keying hardware is electric), Designer of Record, Contracting Officer, Public Works Base Hardware Specialist, and the Using Activity shall attend this meeting to establish the keying system for the project. This meeting is intended to identify base limitations, the necessary security, and access control within the facility. The meeting shall produce a marked up copy of the floor plan indicating the doors to receive locks and the doors to be keyed together, and any master keying or grand master keying

### C102007 1.1.9 Keys

Furnish one file key, one duplicate key and one working key for each key exchange and for each master and grand master keying system.

### C102007 1.1.10 Key Cabinet and Control System

BHMA A 156.5 Provide key cabinet with 25% more key hooks than required for interior and exterior doors.

### C102007 1.1.11 Lock Trim

Cast, forged or heavy wrought construction and commercial plain in design.

a.   Knobs and Roses - Knobs and roses shall meet test requirements of BHMA A 156.2 and BHMA A 156.13.

b.   Lever Handles - Provide lever handles in lieu of knobs, as required by DoD ABAAS. All lever handles shall have the freewheeling feature.

### C102007 1.1.12 Door Bolts

BHMA A 156.16. Provide automatic latching flush bolts for double doors with both door leafs active, BHMA A 156.3, Type 25.

### C102007 1.1.13 Closers

BHMA A 156.4, Series C02000, Grade 1, with PT 4C, 1-1/2 inch piston, heavy duty forged arm, with full size cover.

### C102007 1.1.14 Overhead Holders

BHMA A 156.8, Grade 1.

### C102007 1.1.15 Closer Holder-Release Devices

BHMA A 156.15, Grade 1.

### C102007 1.1.16 Door Protection Plates

Provide armor, mop, and kick plates conforming to BHMA A 156.6. Provide door kick plates on all doors with closers and doors leading to corridors or circulation spaces.  Provide armor plates on all doors that receive cart traffic.  Provide mop plates on all doors in rooms that have a mop-able floor finish.

### C102007 1.1.17 Door Stops and Silencers

BHMA A 156.16, Type L03011, three per single door and four per double door.

### C102007 1.1.18 Thresholds

BHMA A 156.21.

### C102007 1.1.19 Door Gasketing

BHMA A 156.22.  Use light-proof gasketing for room functions that require darkness and integral sound-proof gasketing on acoustically rated doors.

### C102007 1.1.20 Finishes

Provide one of the following hardware finish systems, matching the exterior hardware finish system.

a.   BHMA A156.18.  Hardware shall have BHMA 630 finish (satin stainless steel), unless specified otherwise.  Provide items not manufactured in stainless steel in BHMA 626 finish (satin chromium plated) over brass or bronze, except surface door closers which shall have aluminum paint finish, and except steel hinges which shall have BHMA 652 finish (satin chromium plated). Hinges for exterior doors shall be stainless steel with BHMA 630 finish or chromium plated brass or bronze with BHMA 626 finish. Exit devices may be provided in BHMA 626 finish in lieu of BHMA 630 finish except where BHMA 630 is specified under paragraph entitled "Hardware Sets".  Exposed parts of concealed closers shall have finish to match lock and door trim. Hardware for aluminum doors shall be finished to match the doors.

b.   BHMA A156.18.  Hardware shall have BHMA 612 finish (satin bronze), unless specified otherwise.  Surface door closers shall have bronze paint finish. Steel hinges shall have BHMA 639 finish (satin bronze plated).  Exposed parts of concealed closers shall have finish to match lock and door trim.  Hardware for aluminum doors shall be finished to match the doors. Hardware showing on interior of bathrooms, shower rooms, toilet rooms, washrooms, laundry rooms, and kitchens shall have BHMA 629 finish (bright stainless steel) or BHMA 625 finish (bright chromium plated).

## C102090 OTHER INTERIOR SPECIALTY DOORS

Not Used.

## C1030 SPECIALTIES

**C103001 COMPARTMENTS, CUBICLES AND TOILET PARTITIONS**

This paragraph covers assemblies for individual compartments, cubicles, toilet partitions and urinal screens.

**C103001 1.1 TOILET PARTITIONS**

FS A-A-60003. Provide toilet compartments at multi-fixture toilet rooms of Type I, Style B-Ceiling Hung, C-Overhead Braced, or F-Overhead braced-alcove. Reinforce panels to receive partition-mounted accessories. Steel and Plastic toilet partitions shall have a recovered materials content of 20 to 30 percent.

**C103001 1.2 URINAL SCREENS**

FS A-A-60003. Type III, Style A, floor supported and wall hung or Style D, wall hung. Wall hung urinal screens shall be secured with continuous flanges to urinal screen and wall.

**C103001 1.3 HARDWARE AND FITTINGS**

Chrome-plated or stainless steel door latches and coat hooks. Provide one coat hook per compartment door. Latches and hinges for handicapped compartments shall comply with DoD ABAAS.

**C103001 1.4 FINISHES**

Finishes shall comply with FS A-A-60003. Use only one type of partition per building.

a.   Metal toilet partitions and urinal screens shall be made of stainless steel.

b.   Solid plastic partitions shall be fabricated of polymer resins (polyethylene) formed under high pressure forming a single component section one inch thick. Color shall extend throughout the panel thickness.

c.   Phenolic core panels.

d.   Laminated plastic partitions are acceptable in low or limited use applications (one or two toilet stalls per toilet room).

**C103002 TOILET AND BATH ACCESSORIES**

This paragraph covers toilet and bath accessories including, but not limited to, soap dispensers, paper holders, towel receptacles, grab bars, and bathroom mirrors.

**C103002 1.1 TOILET AND BATH ACCESSORIES**

**C103002 1.1.1 Toilet Tissue Dispensers**

Provide surface or recessed mounted dispensers fabricated of stainless steel. Provide one horizontally or vertically mounted double-roll dispenser per toilet compartment, unless otherwise indicated.

**C103002 1.1.2 Paper Towel Dispensers**

Provide one per pair of sinks in toilet rooms without electric hand dryers, and one per room with electric hand dryers, unless otherwise

indicated.  Provide surface or recessed mounted towel dispenser constructed of a minimum 0.7mm 0.03 inch Type 304 stainless steel.

### C103002 1.1.3 Combination Paper Towel Dispenser / Waste Receptacle

Provide a recessed or semi-recessed type with a capacity of 400 sheets of C-fold, single-fold, or quarter-fold towel and be constructed of 22-gage stainless steel.  Provide one per pair of sinks, unless otherwise indicated.  Provide the towel compartment door with a tumbler key lock locking mechanism.

### C103002 1.1.4 Sanitary Napkin Disposal Units

Units shall be toilet partition or wall mounted of not less than 22 gage stainless steel, with top and bottom hinged access doors. Provide one in each Woman's toilet stall, unless otherwise indicated. Each unit shall have leak-proof receptacle for disposable liners. Provide fifty disposable liners of the type standard with the manufacturer.

### C103002 1.1.5 Medicine Cabinets

Provide units with plate or float glass mirrors on doors.  Provide doors and frames of 16-gage steel with a continuous piano hinge and flush magnetic latch.

### C103002 1.1.6 Towel Bars

Provide stainless steel towel bars with a minimum thickness of 0.015 inch (0.4 mm).

### C103002 1.1.7 Grab Bars

Provide stainless steel grab bars per DoD ABAAS.

### C103002 1.1.8 Robe Hooks

Provide stainless steel two-hook shape with integral wall flange, with a projection not less than 1-5/8 inches (41 mm).

### C103002 1.1.9 Mirrors

Provide one manufactured framed electro-copper plated mirror per sink, or one full-size mirror for all sinks, unless otherwise indicated.

### C103002 1.1.10 Soap Dispensers

Provide one soap dispenser per two sinks, with mechanical action dispensing valve.  Do not mount soap dispenser on mirror.  Surface mounted liquid type shall consist of a vertical Type 304 stainless steel tank with holding capacity of 1.2L (40 fluid ounces) with a corrosion-resistant all-purpose valve.

### C103002 1.1.11 Electric Hand Dryer

Provide wall mount and electric hand dryer designed to operate at 230 volts, 50 cycles, single phase alternating current with a heating element core rating of a maximum 2100 watts. Provide dryer housing of single piece construction and of chrome plated steel. Provide one unit per three sinks, unless otherwise indicated.

**C103003 MARKER BOARDS AND TACK BOARDS**

Not Used.

**C103004 IDENTIFYING DEVICES**

This paragraph covers all signs, plaques, and traffic markers.

**C103004 1.1 ASSEMBLIES**

The signage system assemblies shall consist of three primary elements; a structural rail (with coordinating rail joiners to increase sign height in the field), removable copy inserts, and interlocking end caps or frame, and trim.

**C103004 1.1.1 Inserts**

The signage rails shall be designed as to accept ABS plastic signage inserts.

**C103004 1.1.1.1 Insert Fabrication**

The insert is the signage member to which message signage copy in the form of letters, numbers, and symbols shall be applied, and shall be interchangeable with similar sized rails of any other sign of equal or greater width and height. The ends of the rail and insert assembly shall be enclosed by end caps of prefinished 6064T5 extruded aluminum. Inserts shall be fabricated from 0.090 minimum ultra-violet resistant thickness extruded ABS Acrylic sheet core with 20.003 polycarbonate non-glare clear cap bonded to the core during the extrusion texturing process.

**C103004 1.1.2 End Caps**

End caps shall be injection-molded ABS plastic with integral color. The end caps shall be interchangeable to either end of each sign type, and any other similar sign of equal height. The end caps shall be interlocking mechanically with the inserts, and rail, requiring no tools for assembly. End caps shall utilize straight corners (instead of radius corners). Spring clips shall be steel. Plastic spring clips are not acceptable.

**C103004 1.1.3 Trim**

Optional accessory top and bottom trim frames of prefinished (color as indicated 6063T5 extruded aluminum shall be provided to the signage types indicated.

**C103004 1.1.4 Mounting**

Mounting of the modular signage system shall include surface mounting with screw-on applications for interior and exterior walls and on selected doors as indicated, at the locations indicated, and other mounting devices as indicated.

**C103004 1.1.5 Graphics Application**

a.  Tactile Letters and Symbols

Chemically weld tactile letters and symbols to front surface of

PART 4: Combined DFAC - SECTION C10 - Page 18

signage inserts where indicated and where required by DoD ABAAS. Tactile letters and symbols shall be sized as indicated.

b.   Braille

Grade II Braille.  Provide Grad II Braille inlaid strip as indicated to match sign color.

## C103004 1.2 ALUMINUM ALLOY PRODUCTS

Provide ASTM B 209 for aluminum sheet or plate, ASTM B 221 for aluminum extrusions and ASTM B 26/B 26M or ASTM B 108 for aluminum castings.  Provide aluminum extrusions at least 1/8-inch (3.2 mm) thick and aluminum plate or sheet at least 16 gage thick.  Provide aluminum castings of solid aluminum cast certified by AA 46 alloy designation B443.0.  Where anodic coatings are specified, alloy shall conform to Aluminum Association's alloy designation 514.0 or A514.0.

### C103004 1.2.1 Aluminum Finishes

Provide exposed aluminum finishes with either mill finish, factory finished with anodic coating or organic coating.  Anodized finishes shall conform to AA 45, Architectural Class I or II, with a coating thickness 0.7 mil or thicker. Organic coatings shall be a baked enamel finish with a dry film thickness not less than 1.2 mils, conforming to AAMA 605.2.

## C103004 1.3 STEEL PRODUCTS

Provide ASTM A 36/A 36M for structural steel, ASTM A 167 for sheet and plates.

## C103004 1.4 CAST METAL

a.   Cast Aluminum, ASTM B 108

b.   Cast Bronze, ASTM B 62

## C103004 1.5 GLASS

ASTM C 1036, Type 1, Class 1, Quality q3

## C103004 1.6 FIBER-REINFORCED POLYESTER (FRP)

ASTM D 3841, Type II, Grade 1

## C103004 1.7 ACRYLIC SHEET

ASTM D 4802, Type III

## C103004 1.8 POLYCARBONATE SHEET

SAE AMS 3611

## C103004 1.9 EXTERIOR POST AND PANEL SIGNS

### C103004 1.9.1 Posts and Panels

Provide one-piece extruded aluminum posts with not less than 0.125 inch (3.2 mm) wall thickness.  Posts shall permit attachment of panel framing system. Provide cap for each post.  Panel framing system shall consist of aluminum extrusions and interlocking track components

designed to interlock with concealed fasteners.  Panels shall be fabricated of rectangular extruded tubular aluminum with a minimum wall thickness of 0.125 inches.  Panels shall be removable and interchangeable.  Posts shall be embedded in solid concrete foundation.

### C103004 1.9.2 Illumination

Provide concealed lighting within panel framing members.  Provide T-8lamps,.   Ballast shall be integrally mounted with high power factor and rated for use in up to minus 20 degrees F (minus 29 degrees C) ambient starting temperature.

## C103006 SHELVING

Assemblies include all types of shelving with brackets and all supporting materials and finish, if required.

## C103007 FIRE EXTINGUISHER CABINETS

Cabinet shall be constructed of 16 gauge cold-rolled steel door panel / front, and a 22 gauge cold-rolled steel tub.  Cabinet shall be fire-rated if located in a fire rated wall assembly, and have a full-length piano hinge, and baked enamel finish. Provide a stainless steel cabinet door if cabinet is exposed to the environment. Size and locate fire extinguisher cabinets to encase extinguisher as required by NFPA 10 & 101.

## C103008 COUNTERS

## C103008 1.1 LAMINATE COVERED COUNTER TOPS

Not used

## C103008 1.2 ACRYLIC COUNTER TOPS

Provide 100% acrylic counter tops for use in non-residential construction.

Solid surfacing material shall consist of 100% pure acrylic polymer, mineral fillers, and pigments. The material shall be homogenous, not coated or laminated. Superficial damage to a depth of 0.010 inch (.254 mm) shall be repairable by sanding or polishing.  Install with factory recommended fasteners/adhesives/sealant.  Provide the following performance characteristics:

a.   Tensile strength, ASTM D 638:  5800 psi minimum

b.   Hardness, ASTM D 2583:  Barcol Impressor 55 minimum

c.   Flammability, ASTM E 84:  Class I/A, flame spread 25 maximum; smoke developed 30 maximum

d.   Thermal Expansion, ASTM D 696:.00002 in/in/F maximum

e.   Boiling water resistance, NEMA LD 3:  No effect

f.   High temperature resistance, NEMA LD 3:  No effect

g.   Liquid absorption, ASTM D 570 (24 hours):  0.10 percent maximum

h.   Mold and mildew growth, ASTM G 21:  No growth, no effect

i.   Bacteria growth, ASTM G 22:  No growth, no effect

   j.    Sanitation, NSF 51:  "Food Contact" approval for food area
         applications

   k.    Impact resistance, NEMA LD 3 (1/2 lb. ball drop): 1/4 inch material,
         36 inch drop, no failure 1/2 inch material, 120 inch drop, no failure

## C103009 CABINETS

This paragraph includes casework items that are permanently fixed in-place.
Included are all cabinetry and millwork items with their associated accessories
and anchoring devices.

### C103009 1.1 WALL AND BASE CABINETS

Wall and base cabinets shall be of the same construction and appearance, with
solid ends and frame fronts, or with frames all around.  Frames shall be not
less than 3/4 inch by 1 1/2 inches (19 mm by 38 mm) hardwood.  All ends,
bottoms, backs, and partitions shall be hardwood plywood.  Cabinet doors and
drawer fronts shall be a minimum 3/4 inch (19 mm) of either plywood or medium
density fiberboard cores with solid edge bands.

#### C103009 1.1.1 Quality Standards

Wall and base cabinets shall be constructed to meet "Custom" quality
grade as defined in AWI Quality Standards, except where this
specification exceeds AWI Custom.

#### C103009 1.1.2 Hardware

Provide cabinet hardware including two self-closing hinges for each
door and two side-mounted metal drawer slides for each drawer and pulls
for all doors and drawers as follows.  All cabinet hardware exposed
to view shall be ANSI/BHMA 156.9, Grade 1, and comply with the following
requirements:

   a.    Concealed Euro-Style, back mounted hinges with opening to 165
         degrees and a self-closing feature at less than 90 degrees.

   b.    Drawer slides shall have a static rating capacity of 100 lbs.
         (444 N).

   c.    Provide adjustable shelving standards with shelf support
         hardware for wall cabinets.

   d.    Provide heavy-duty magnetic latch and door and drawer catch

#### C103009 1.1.3 Finish

Provide plastic laminate (NEMA LD3) or transparent finish with sealer
and varnish as selected by Designer of Record.

## C103010 CASEWORK

This paragraph includes all built-in premanufactured metal cabinetry for
specialized functions such as labs, libraries, medical and dental facilities.  At
a minimum, all casework shall conform to the following chart:

| Metals | Thickness and Material |
|---|---|
| Uprights (all) | |

| | |
|---|---|
| Horizontal foot | 4" x 2" tube, 14 ga. (.075") HRPO Steel |
| Vertical upright | 6" x 2" tube, 11 ga. (.118") HRPO Steel |
| Leveler | Threaded steel with plastic foot and rubber boot |

Bridge Channels

| | |
|---|---|
| Channel (halves) | 14 ga. (.075") CQCR Steel |

Utility Rails

| | |
|---|---|
| Top and Bottom Channels | 18 ga. (.047") CQCR Steel |
| Covers | 18 ga. (.047") CQCR Steel |
| Dividers | 16 ga. (.059") CQCR Steel |
| End Brackets | 22 ga. (.030") CQCR Steel |

Top Stretchers

| | |
|---|---|
| Channel | 14 ga. (.075") CQCR Steel |
| End Brackets | 18 ga. (.047") CQCR Steel |

Vertical Utility Chase

Chase Assembly

Upper Chase Cover

| | |
|---|---|
| Cover | 16 ga. (.059") CQCR Steel |

Middle Chase Cover

| | |
|---|---|
| Cover | 16 ga. (.059") CQCR Steel |

Lower Chase Cover

| | |
|---|---|
| Cover | 16 ga. (.059") CQCR Steel |
| Attachment Bracket | 11 ga. (.118") CQCR Steel |

Chase Cover

| | |
|---|---|
| Panel | 18 ga. (.047") CQCR Steel |

Bridge Cover Extension

| | |
|---|---|
| Panel | 18 ga. (.047") CQCR Steel |

Chase Cabinet Filler

| | |
|---|---|
| Panel | 18 ga. (.047") CQCR Steel |

Cantilever

| | |
|---|---|
| Cantilever | 11 ga. (.118") HRPO Steel |

End Panel

|  |  |
|---|---|
| Outer Cover | 11 ga. (.118") HRPO Steel |
| Inner Cover | 20 ga. (.036") CQCR Steel |
| Angle Bracket | 16 ga. (.059") CQCR Steel |

Shelves

|  |  |
|---|---|
| Shelf (all) | 16 ga. (.059") CQCR Steel |
| End Panels (all) | 14 ga. (.075") CQCR Steel |
| Reinforcement Channel (Flat and Seismic Flat Shelves) | 16 ga. (.059") CQCR Steel |
| Seismic Shelf Support Lip | 20 ga. (.036") CQCR Steel |

Laminate Overhead Storage Cabinets

|  |  |
|---|---|
| Hanger bracket | 14 ga. (.075") CQCR Steel |
| Solid door pull | Steel, aluminum or zinc |
| Glass door pull | Steel |
| Glass door track | Aluminum |
| Reinforcing hat channel for shelf | 11 ga. (.118") HRPO Steel |

Steel Overhead Storage Cabinets

|  |  |
|---|---|
| Sides, Back and Door | 20 ga. (.036") CQCR Steel |
| Top, Bottom and Shelf | 18 ga. (.047") CQCR Steel |
| Hanger bracket | 14 ga. (.075") CQCR Steel |
| Solid door pull | Steel, aluminum or zinc |
| Glass door pull | Steel |
| Glass door track | Aluminum |
| Reinforcing hat channel for shelf | 11 ga. (.118") HRPO Steel |

Laminate Storage and Sink Cabinets

|  |  |
|---|---|
| Drawer glides | Steel rails with ball bearings |
| Door hinges | Steel |
| Door and Drawer pulls | Steel, aluminum or zinc |
| Leveler bracket | 11 ga. (.118") HRPO Steel |
| Leveler | Threaded steel with plastic foot and rubber boot |

| | |
|---|---|
| Reinforcing hat channel for shelf | 11 ga. (.118") HRPO Steel |

**Steel Storage and Sink Cabinets**

| | |
|---|---|
| Sides, Back and Top | 20 ga. (.036") CQCR Steel |
| Base, Bottom and Shelf | 18 ga. (.047") CQCR Steel |
| Door (interior and exterior panels) | 20 ga. (.036") CQCR Steel |
| Drawer glides | Steel rails with ball bearings |
| Door hinges | Steel |
| Door and Drawer pulls | Steel, aluminum or zinc |
| Leveler bracket | 11 ga. (.118") HRPO Steel |
| Leveler | Threaded steel with plastic foot and rubber boot |
| Reinforcing hat channel for shelf | 11 ga. (.118") HRPO Steel |

**Cord Reel**

| | |
|---|---|
| Cord Reel | 11 ga. (.118") HRPO Steel |

**Cable Storage Tray**

| | |
|---|---|
| Tray | 24 ga. (.024") CQCR Steel |

**Phenolic Drying Rack**

| | |
|---|---|
| Mounting brackets, in-line | 14 ga. (.075") CQCR Steel |
| Mounting brackets, end-of-bench | 14 ga. (.075") CQCR Steel |

**Modular Power Block with GFCI Receptacle**

| | |
|---|---|
| Housing and back bracket | 16 ga. (.059") CQCR Steel |

**Modular Connector Faceplates**

| | |
|---|---|
| Faceplate | 16 ga. (.059") CQCR Steel |

| Non-Metals | Thickness and Material |
|---|---|

**Laminate Worksurfaces**

| | |
|---|---|
| Worksurface core | 1.12" X 45 lb/cu ft medium density particle board |
| Top and bottom laminate (standard) | .012" thick laminate |
| Front edge banding | 3mm thick rigid plastic |

| | |
|---|---|
| Side and back edge banding | 1mm thick, flat profile rigid plastic |

Chemsurf® Chemical-Resistant
Laminate Worksurfaces

| | |
|---|---|
| Worksurface core | 1.12" X 45 lb/cu ft medium density particle board |
| Chemsurf® (option) | VGP grade, resin-impregnated kraft paper |
| Front edge banding | 3mm thick rigid plastic |
| Side and back edge banding | 1mm thick, flat profile rigid plastic |

Phenolic Resin Worksurfaces

| | |
|---|---|
| Worksurface core | .75" thick, phenolic resin-impregnated kraft paper |

Phenolic Drying Rack

| | |
|---|---|
| Panel | 1.00" thick, phenolic resin-impregnated kraft paper |
| Pegs | .38" dia x 5" long polypropylene pegs |

Phenolic Drip Trough

| | |
|---|---|
| Trough | 1.00" thick, phenolic resin-impregnated kraft paper |
| Drain tube | .50" OD rigid phenolic tube |
| Drain flexible tube | .50" OD x 3' long flexible clear PVC tubing |

Laminate Overhead Storage Cabinets

| | |
|---|---|
| Panel core (Top, Bottom, Ends, Back, Door, Shelf) | .75" X 45 lb/cu ft industrial grade particle board |
| Laminate | .012" thick laminate |
| Cabinet edge banding | 1mm thick, flat profile rigid plastic |
| Door edge banding | 2mm thick, flat profile rigid plastic |
| Glass door | .25" thick tempered safety glass |

Steel Overhead Storage Cabinets

| | |
|---|---|
| Glass door | .25" thick tempered safety glass |

Laminate Storage and Sink Cabinets

| | |
|---|---|
| Panel core (Top, Bottom, Base, Ends, Back, Door, and Shelf) | .75" X 45 lb/cu ft industrial grade particle board |
| Laminate | .012" thick laminate |

W912ER-11-D-0010-0006

Government Rule 4 File

**A1246**

| | |
|---|---|
| Cabinet edge banding | 1mm thick, flat profile rigid plastic |
| Drawer/Door edge banding | 2mm thick, flat profile rigid plastic |
| Drawer/Door stop | Rubber |

Steel Storage and Sink Cabinets

| | |
|---|---|
| Drawer/Door stop | Rubber |

Power Block

| | |
|---|---|
| Housing | Ultramid Nylon |

Harness-to-Harness Connector

| | |
|---|---|
| Housing | Ultramid Nylon |

Duplex Receptacles

| | |
|---|---|
| Housing | Ultramid Nylon |

Modular Harnesses and Multipurpose
Power Infeeds

| | |
|---|---|
| Connector housing | Ultramid Nylon |

Wire Manager

| | |
|---|---|
| Channel | Rigid plastic |

## C103011 CLOSETS

This paragraph includes all built-in closets with associated work and finishes.

## C103012 FIRESTOPPING PENETRATIONS

This paragraph covers fire-stopping assemblies to include sleeves, caulking and flashing. See PTS Section D40, *Fire Protection*, for additional requirements.

### C103012 1.1 FIRESTOPPING

Provide asbestos-free firestopping material capable of maintaining an effective barrier against flame, gases and temperature. Provide non-combustible firestopping that is non-toxic to human beings during installation or during fire conditions. Devices and equipment for firestopping service shall be UL FRD listed or FM P7825 approved for use with applicable construction, and penetrating items.

#### C103012 1.1.1 Fire Hazard Classification

Material shall have a flame-spread of 25 or less, a smoke developed rating of 50 or less when tested in accordance with UL 723 or UL listed and accepted.

#### C103012 1.1.2 Firestopping Rating

Firestopping materials shall be UL FRD listed or FM P7825 approved for "F" and "T" ratings at least equal to the fire-rating of the fire wall in which penetrated openings are to be protected.

## C103013 SPRAYED FIRE-RESISTIVE MATERIALS

See PTS Section D40, *Fire Protection*, for additional requirements.

## C103013 1.1 SPRAYED FIRE-RESISTIVE MATERIALS

### C103013 1.1.1 Quality Assurance

A pre-installation conference shall be held with the manufacturer's approved installer prior to the application of the sprayed fire-resistive materials.  See Paragraph C10 1.2 for field testing requirements for the fire-resistive material. Products provided shall not contain asbestos per 40 CFR 763.

### C103013 1.1.2 Warranty

Contractor shall provide manufacturer's standard materials and workmanship warranty stating that the manufacturer agrees to repair or replace materials that fail within 2 years, or as required by the project program, from date of Substantial Completion.

### C103013 1.1.3 Material Composition

Provide sprayed fire-resistive material consisting of factory-mixed, dry formulation of gypsum or Portland cement binders and light-weight mineral or synthetic aggregates mixed with water at the Project site, or provide sprayed-fiber fire-resistive material consisting of factory-mixed, dry formulation of inorganic binders, mineral fibers, fillers, and additives conveyed in a dry state by pneumatic equipment and mixed with water at a spray nozzle to form a damp, as-applied product.

### C103013 1.1.4 Physical Properties

a.  Dry Density: 15 lb/cubic foot (240 kg/cubic meter) for referenced fire-resistance design to attain the ratings indicated, per ASTM E 605.

b.  Thickness: Provide minimum average thickness required for fire-resistance design indicated according to the following criteria, but not less than 0.375 inch (9 mm), per ASTM E 605:

1) Where the referenced fire-resistance design lists a thickness of 1 inch (25 mm) or greater, the minimum allowable individual thickness of sprayed fire-restive material is the design thickness minus 0.25 inch (6 mm).

2) Where the referenced fire-resistance design lists a thickness of less than 1 inch (25 mm) but more than 0.375 inch (9 mm), the minimum allowable individual thickness of sprayed fire-resistive material is the greater of 0.375 inch (9 mm) or 75 percent of the design thickness.

3) No reduction in design thickness is permitted for those fire-resistance designs whose fire-resistance ratings were established at densities of less than 15 lb/cubic foot (240 kg/cubic meter).

    c.    Bond Strength: 150 lb/sq. ft. (7.2 kPa) minimum per ASTM E 736.

    d.    Compressive Strength: 5.21 lb/sq. in. (35.9 kPa) as determined per ASTM E 761. Minimum thickness of sprayed fire-resistive material tested shall be 0.75 inch (19 mm) and minimum dry density shall be as specified, but not less than 15 lb/cubic foot (240 kg/cubic meter).

    e.    Corrosion Resistance: No evidence of corrosion per ASTM E 937.

    f.    Deflection: No cracking, spalling, or delaminating per ASTM E 759.

    g.    Effect of Impact on Bonding: No cracking, spalling, or delaminating per ASTM E 759.

    h.    Air Erosion: Maximum weight loss of 0.025 g/sq. foot (0.270 g/sq. meter) in 24 hours per ASTM E 859.

    i.    Fire-Test-Response Characteristics: Provide sprayed fire-resistive materials with the following surface-burning characteristics per ASTM E 84 by United Laboratories: flame-spread index of 10 or less and a smoke developed index of 0.

    j.    Fungal Resistance: No observed growth on specimens per ASTM G 21.

## C103014 ENTRANCE FLOOR GRILLES AND MATS

Provide recessed entrance mats at all entrances to the facility. Entranceway mats require the use of a transition edge where he mat adjoins other floor materials. Mat system shall meet ASTM D-2047 coefficient of friction requirements for dry and wet surfaces. All portions of mat system shall comply with ASTM E 648, Class I for flammability and ASTM E 662 for smoke development of â&¤ 450. Fasteners shall be non-corrosive screws and anchors for securing frames together to floors. Provide continuous vinyl bottom cushion to quiet clatter at recessed entrance mat systems. Hinges shall be flexible aluminum or thermoplastic hinge retained in aluminum tread port, and allow debris and moisture to flow through recessed mat. Provide ball and socket hinge for easy roll-up of recessed mat inserts for cleaning. Recessed entrance mat systems shall use either an aluminum or thermoplastic framework and shall have replaceable wearing surface inserts. Provide inserts as follows:

a.    Vinyl or Rubber Inserts - Vinyl or rubber inserts shall be removable and be made from recycled materials wherever possible. Inserts shall have serrated edges for scraping purposed or flexible abrasive grit tape, bonded to a rigid vinyl tread insert.

## C103014 1.1 RECESSED MAT THERMOPLASTIC FRAME PROPERTIES

Thermoplastic frame shall be colorfast and UV-resistant. Tensile strength of frame shall comply with ASTM D 638. Tensile impact of frame shall comply with ASTM D 1822. Flexural strength of frame shall comply with ASTM D 790. Shore D hardness of frame shall comply with ASTM D 2240. Rockwell R hardness of frame shall comply with ASTM D 785. Coefficient of thermal expansion of frame shall comply with ASTM D 696.

## C103014 1.2 RECESSED MAT ALUMINUM FRAME REQUIREMENTS

Aluminum frame and rail shall comply with ASTM B 221, alloy 6063-T5. Frame shall have butted corners and be factory coated with zinc chromate or manufacturer's standard protective finish where surfaces are in contact with

**A1249**

concrete.  Provide standard mill finish, color anodized finish complying with AAMA 606.1, clear anodized finish complying with AAMA 607.1, or bronze complying with ASTM B455, alloy 385.

## C103015 ORNAMENTAL METALWORK

Building components made from ornamental metals. Ornamental stair handrails are included in B1010 EXTERIOR STAIRS and PTS C20, *Stairs*.

## C103090 OTHER INTERIOR SPECIALTIES

This paragraph covers other interior specialties not described by other assembly categories listed previously.

## C103090 1.1 OTHER INTERIOR SPECIALTIES

Also see PTS Sections C20 and C30 for additional interior specialties not specified here.

-- End of Section --

2 + 0 TQ/Combined DFAC
NSA, Bahrian

SECTION C20

STAIRS
11/10

**NOT USED**

SECTION C30

INTERIOR FINISHES
11/10

**C30 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**C30 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB)  at the Whole Building Design Guide Website , are listed below for basic designation identification.  Comply with the required and advisory portions of the current edition of the referenced standard at the time of contract award.

**C30 1.1.1 Industry Standards And Codes**

FLOOR COVERING INSTALLATION CONTRACTOR'S ASSOCIATION (FCICA)

FLOOR COVERING INSTALLATION BOARD (FCIB)

**C30 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01              General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs  which include the following significant UFC(s):UFC 3-101-01, ArchitectureUFC 3-120-10, Interior Design)

**C30 1.2 QUALITY ASSURANCE**

**C30 1.2.1 Paint Applicators Qualifications**

**C30 1.2.1.1 SSPC QP 1 Certification**

For the application of industrial coatings identified in the Project Program, all contractors and subcontractors that perform surface preparation or coating application shall be certified by the Society for Protective Coatings (formerly Steel Structures Painting Council) (SSPC) to the requirements of SSPC QP 1 prior to contract award, and shall remain certified while

accomplishing any surface preparation or coating application. The painting contractors and painting subcontractors must remain so certified for the duration of the project. If a contractor's or subcontractor's certification expires, the firm will not be allowed to perform any work until the certification is reissued. Requests for extension of time for any delay to the completion of the project due to an inactive certification will not be considered and liquidated damages will apply. Notify the Contracting Officer of any change in contractor certification status.

## C30 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Verification of satisfactory interior finish assemblies' performance shall be via Performance Verification Testing, as detailed in this section of the RFP.

### C30 1.3.1

Provide sample of textured ceiling application for DOR approval before resuming work. Sample shall be used as a reference for remaining application.

### C30 1.3.2

Provide sample of multicolor paint application for DOR approval before resuming work. Sample shall be used as a reference for remaining application.

### C30 1.3.3

Provide sample of terrazzo and/ or architectural cast-in-place concrete floor application for DOR approval before resuming work. Sample shall be used as a reference for remaining application.

## C30 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual and UFC 3-101-01, *Architecture*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, General Performance Technical Specifications.

## C30 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Paint, Finish materials, Finish colors

Installation drawings for floors with carpet, tile, stone, architectural cast-in-place concrete or terrazzo to include locations and details of seams, color and material transitions, details of

divider strips, control joints, and crack control solutions.

Changes shall not be made to the finishes that are submitted and approved by the Government during the design phase. In the event that revisions may be required because of unforeseen conditions such as discontinued product, the revisions must be approved by the DOR and then submitted to the Government Interior Designer for approval before substitutions can be made.

## C3010 WALL FINISHES

Interior wall finishes shall be moisture and mildew resistant, easily maintained, and suitable in accordance with industry standards for the architectural surface being finished. For painted wall finishes, refer to C3040 "INTERIOR PAINTING AND SPECIAL COATINGS".

## C301001 CONCRETE WALL FINISHES

### C301001 1.1 SPECIAL OR ARCHITECTURAL FINISHES ON INTERIOR CONCRETE WALLS

Cast-in-place or pre-cast concrete wall finishes shall include, but are not limited to, abrasive blasted surfaces, colored surfaces, exposed aggregate, grooved surfaces, or tooled surfaces.

## C301002 PLASTER WALL FINISHES

Veneer plaster shall be gypsum plaster veneer finish on gypsum base finishes, or cement plaster veneer finish on concrete or masonry. Refer to Section C3040 for paint system and gloss level.

### C301002 1.1 GYPSUM PLASTER

Not Used.

### C301002 1.2 CEMENT PLASTER

#### C301002 1.2.1

Portland cement plaster base coat in accordance with ASTM C150, gray portland cement. Use Type I when no special characteristics are required, Type II when plaster and stucco will be exposed to moderate sulfate (alkali) action, Type III when early strength is needed as in cold weather, and Type V when high resistance to sulfate is required.

#### C301002 1.2.2

Portland cement plaster finish coat in accordance with ASTM C150, gray portland cement Type I when no special characteristics are required, Type II when plaster and stucco will be exposed to moderate sulfate (alkali) action, Type III when early strength is needed as in cold weather.

#### C301002 1.2.3

Factory-mixed finish coat according to the manufacturer's instructions.

## C301003 GYPSUM WALLBOARD FINISHES

Conform to specifications, standards and requirements in accordance with Gypsum Association GA 214, GA 216 and GA 224. Provide asbestos free materials only. Provide Type X gypsum board in fire rated assemblies. Provide a foil back gypsum

board when a vapor retarder is required.

### C301003 1.1 REGULAR GYPSUM BOARD

ASTM C36/C36M and ASTM C1396/C1396M 1/2 or 5/8 inch (12.7 mm or 15.9 mm) thick in residential construction, and 5/8 inch (15.9 mm) thick in non-residential construction, tapered edges.

### C301003 1.2 MOISTURE RESISTANT GYPSUM BOARD

ASTM C630/C630M, 1/2 or 5/8 inch (12.7 mm or 15.9 mm) thick in residential construction, and 5/8 inch (15.9 mm) thick in non-residential construction. Use in humid areas or spaces but not as a substrate in tiled areas where wall tile is exposed to direct moisture contact or condensation accumulation.

### C301003 1.3 CEMENTITIOUS BACKING UNITS

ANSI A108.11 and ANSI A118.9, 5/8 inch (15.9 mm) thick; use as a substrate for ceramic tile in wet areas that are exposed to direct moisture contact or condensation accumulation for areas including, but not limited to, tubs, shower enclosures, saunas, steam rooms, gang shower rooms, and shower drying rooms. Provide screws specifically designed for use with cement panels.

### C301003 1.4 IMPACT RESISTANT GYPSUM BOARD

Reinforced gypsum panel with imbedded fiber mesh or polycarbonate resin thermoplastic backing, 5/8 inch (15.9 mm) thick, tapered edges, in accordance with Structural Failure Test; ASTM E695 or ASTM D2394 and Indentation Test; ASTM D5420 or ASTM D1037. Provide metal framing of 20-gauge minimum. Provide fasteners that meet manufacturer requirements and specifications. Impact resistant gypsum board shall have a flame spread rating of 25 or less and a smoke developed rating of 50 or less, ASTM E84. Finish with a high strength plaster veneer. Refer to PTS C10 for further requirements on impact resistant wall construction.

### C301003 1.5 JOINT TREATMENT

ASTM C475, Joint compound shall be specifically formulated and manufactured for use with and compatible with tape, substrate and fasteners as recommended by the manufacturer. Tape and finish gypsum board in accordance with ASTM C840, GA 214 and GA 216. Provide premanufactured joints at all structural expansion joints, crack control joints, and change of materials as recommended by the manufacturer and in accordance with GA 216.

### C301003 1.6 FASTENERS

ASTM C514. Fasteners shall be compatible with each type of gypsum board material as recommended by the gypsum board manufacturer and in accordance with GA 216 and GA 224.

### C301003 1.7 ACCESSORIES

ASTM C1047. Fabricate from corrosion protected steel or plastic designed for intended use. Accessories manufactured with paper flanges are not acceptable. Flanges shall be free of dirt, grease, and other materials that may adversely affect bond of joint treatment. Provide prefinished or job decorated materials. For predecorated gypsum board provide prefinished metal or plastic trim to match predecorated gypsum board. Install as recommended by GA 214, GA 216 and GA 224.

### C301003 1.8 LEVEL OF FINISH

**C301003 1.8.1**

Tape and finish gypsum board in accordance with ASTM C840, GA 214 and GA 216. Plenum areas above ceilings shall be finished to GA 214, Level 1. Water resistant gypsum backing board, ASTM C630/C630M, to receive ceramic tile shall be finished to GA 214, Level 2. Walls to receive a heavy-grade wall covering or have textured finish before painting shall be finished to GA 214 Level 3. Walls without wall wash lighting to receive paint (MPI Gloss Level 2), light textures, or wall coverings shall be finished to GA 214 Level 4. Unless otherwise specified, all gypsum board walls, partitions shall be finished to GA 214 Level 5. Provide joint, fastener depression, and corner treatment. Do not use fiberglass mesh tape with conventional drying type joint compounds; use setting or hardening type compounds only. Provide treatment for water-resistant gypsum board as recommended by the gypsum board manufacturer.

**C301003 1.8.2**

Wherever gypsum board is to receive eggshell (MPI Gloss Level 3), semigloss (MPI Gloss Level 5), or gloss (MPI Gloss Level 6) paint finish, finish gypsum wall surface to GA 214 Level 5.

**C301003 1.8.3**

Where wall wash lighting will accent the flatness of the wall and surface irregularities in gypsum board joints, provide feature edge gypsum board and two coat joint compound fillers. Provide this special joint treatment at up lighting, down lighting and horizontal lighting at the end of a passageway wall.

**C301004 TILE AND TERRAZZO WALL FINISHES**

**C301004 1.1 CERAMIC TILE WALL SYSTEM FINISHES**

Provide ceramic tile wall systems as defined in the Tile Council of America (TCA) handbook for ceramic tile installations suitable for the service requirements listed. Install systems in accordance with ANSI A108/A118 series standards. Colored grout with sealer shall be provided. Coordinate with ceramic bath accessories for modularity. Include all trim pieces, caps, stops, and returns to complete installation.

**C301004 1.1.1**

Ceramic Mosaic Wall Tile shall be a minimum of 1/4 inch (6 mm) thick and installed from floor to ceiling, unless otherwise noted.

**C301004 1.1.2**

Wall tile shall be glazed, matte glazed or unglazed finish. Refer to project program for tile type, pattern, and surface texture.

**C301004 1.1.3**

Porcelain wall tile shall be through color, polished or unpolished. Refer to project program for tile type, pattern, and surface texture.

**C301004 1.1.4**

Provide wall tile color and style selections a minimum of one grade above base grade.

### C301004 1.1.5

Provide Designer accent tile, accent strips and accessory ceramic tile shapes as an integral part of the ceramic wall tile system.

## C301005 WALL COVERINGS

Wall coverings shall be material designed specifically for the specified use. The wallcovering shall contain a non-mercury based anti-microbial. The wallcovering shall be the type made without the use of cadmium-based stabilizers. Wallcovering shall have a Class A flame spread rating of 0-25 and smoke development rating of 0-50 when tested in accordance with ASTM E84. The wall preparation, trimming, adhesive and application shall be according to the manufacturer's printed directions. The manufacturer shall approve the installers in writing. The material must be easily cleaned by traditional methods such as washing, wiping, or vacuuming. Primer and adhesive shall be of a type recommended by the wallcovering manufacturer and shall contain a non-mercury based anti-microbial. Adhesive shall be strippable type. Do not apply wall coverings to the interior surface of exterior walls.

## C301005 1.2 FABRIC WALL COVERING

Not Used.

## C301005 1.3 WALLCOVERING BORDER

Not Used.

## C301005 1.4 SURFACE PREPARATION FOR UNEVEN WALLS

Not Used.

## C301005 1.5 CORNER GUARDS

### C301005 1.5.1

Corner guards shall be 3/32 inch (2.4 mm) thick and shall cover 1 inch (25 mm) each side of corner at right angles. Corner guards shall be clear polycarbonate. Use in executive areas, office areas, and wall-covered areas subject to cart traffic as a minimum.

### C301005 1.5.2

Corner guards shall be 3/32 inch thick and shall cover 2-1/2 inches (64 mm) each side of corner at right angles. Corner guards shall be through color polycarbonate or rubber. Use in corridors or other high traffic areas.

If protective wall components from paragraphs C301090 – 1.5 and 1.6 are provided, corner guards shall be from the same lot and color as protective wall components.

## C301005 1.6 WAINSCOT CAP

Not Used.

## C301006 ACOUSTICAL PANELS ADHERED TO WALLS

Not Used.

## C301090 OTHER WALL FINISHES

**C301090 1.1 SOLID SURFACING WALL FINISHES**

Not Used.

**C301090 1.2 PLASTIC LAMINATE WALL FINISHES**

Not Used.

**C301090 1.3 DECORATIVE PANELING SYSTEM**

Not Used.

**C301090 1.4 WOOD TRIM AND DETAILING FINISHES**

Not Used.

**C301090 1.5 IMPACT RESISTANT PANEL OR WAINSCOT WALL FINISHES**

The wall covering panel system, or wainscot, shall be an impact-resistant acrylic PVC sheet of a minimum 0.060 inch (1.5 mm) thickness in 4 foot by 8 foot (1219 mm by 2438 mm) sheets.  The system shall be Class A (ASTM E84), UL listed, and chemical and stain resistant.  It shall include all accessories, such as top caps, joint covers, and inside and outside corners, necessary for a complete installation.  A full range of colors and textures shall be included.  The wall panel system shall have coordinating color and pattern options for all components within the system.  The wall panel system shall offer a 21 ounce (595 g) fabric backed vinyl wallcovering laminated to a 0.020 inch (.51 mm) rigid acrylic/PVC backing capped with 1 mil of protective film.

**C301090 1.5.1**

Impact Resistant Trim Finishes - Impact resistant chair or handrail system shall be a formed rigid PVC product. Chair or handrail shall be a minimum of 3 inches (76 mm) high and be mounted with concealed hardware.  Chair or handrail system shall be chemical, stain, and bacteria resistant.  Chair rail shall be UL classified, conforming to NFPA Class A fire rating and ASTM D256-90b for impact strength of 30.2 ft-lbs/inch thick.

**C301090 1.6 CORNER AND WALL GUARDS**

Corner and wall guards shall be high-impact formed polyvinyl chloride a minimum of 0.078 inch (2 mm) with concealed mounting hardware and end closure. If used with an impact resistant panels system, the guards shall be from the same manufacturer as the impact resistant wall panel system, chair or hand rail system and shall include all accessories necessary for a complete installation.  A full range of styles, colors and textures shall be included.

**C3020 FLOOR FINISHES**

Refer to C3040 "INTERIOR PAINTING AND SPECIAL FINISHES" for painted floor coatings.

**C302001 TILE FLOOR FINISHES**

Provide ceramic tile floor systems as defined in the Tile Council of America (TCA) handbook for ceramic tile installation and materials for the service requirements listed. Provide installation and materials in accordance with ANSI A108/A118 series standards, except do not use organic adhesives. Provide manufacturer's full range of colors and styles. Tile shall be a minimum of one grade above base grade.

Mortar shall be Portland cement, ANSI A108.1A/1B/1C/ A118.1, Latex-portland cement, ANSI A108.5/A118.4 or Epoxy ANSI A108.6/A118.3.

Grout shall be factory sanded Portland cement, ANSI A108.10/A118.6, Latex-portland cement, ANSI A108.10/A118.7 or Epoxy ANSI A108.6/A118.3. Provide tile joint grout sealer on white, light colored areas that are routinely exposed to water and liquid cleaning materials, entrance areas, and areas that require a high degree of stain resistance, and as required by the manufacturer. Provide chemical resistant epoxy resin for kitchens and other areas where high resistance to staining and absorption are required, ANSI A118.3.

Slip resistant tile shall have a minimum Coefficient of Friction (wet and dry) of 0.6, ASTM C1028. Tile shall have smooth, non-slip or textured surface and a glazed or unglazed finish. Non-slip or textured surface required for tile in areas where there is excessive water or grease and oils such as kitchens, dining facilities, toilets, and in industrial and maintenance facilities.

## C302001 1.3 PORCELAIN FLOOR TILE

Porcelain floor tiles shall be a minimum of 5/16 inch (8 mm) thick with a maximum of 1/4 inch (6 mm) grout width with cushioned edge. Tile shall have a minimum breaking strength of 300 pounds (202 kg), ASTM C648 and a maximum absorption rate of 0.5%, ASTM C373. Use in lobbies, corridors, toilets, kitchens, dining facilities, and other areas with minimal maintenance requirements, high resistance to staining, absorption and high durability requirements.  Tile shall be color through, impervious, unglazed or glazed finish with an unpolished, semi-polished, polished, or textured surface.

## C302001 1.4 Terrazzo FLOOR TILE

Terrazzo floor tiles shall be a minimum of 1/2 inch (12.7 mm) thick tiles with a maximum of 1/4 inch (6 mm) grout width.  Tile shall have a minimum breaking strength of 350 pounds (158 kg), ASTM C648 and a maximum absorption rate of 3%, ASTM C373. Use in lobbies, corridors, kitchens, dining facilities, and other areas with high durability requirements. Use grout release for darker pigmented grout colors.  Tile shall have a maximum of 3.0 percent water absorption rate when tested in accordance with ASTM C373. Non-slip, abrasive grain or textured surface required for tile in areas where there is excessive water or grease and oils.  Tile shall consist of semi-vitreous, vitreous or clay material with smooth or textured surface and unglazed finish.

## C302002 TERRAZZO FLOOR FINISHES

Refer to Project Program for special design requirements.

## C302002 1.1 BONDED TERRAZZO

Provide terrazzo, bonded to concrete, consisting of a terrazzo topping over an underbed.  Use in all general areas requiring terrazzo.  Where structural movement is anticipated which may injure the terrazzo, use the sand cushion (floating) method.  Provide cementitious terrazzo in accordance with the NTMA bonded terrazzo specification.

## C302002 1.2 RESINOUS TERRAZZO

Resinous terrazzo flooring shall be an epoxy terrazzo system that conforms to the requirements specified in the NTMA resinous epoxy specification.

## C302003 WOOD FLOORING Not Used

## C302004 RESILIENT FLOOR FINISHES

All resilient flooring shall meet or exceed applicable ADA horizontal requirements. Each type of flooring shall be installed with recommended adhesive in accordance with the manufacturers' written instructions. Installers shall be approved by the manufacturer in writing and shall have a minimum of 3 yrs experience for each type of flooring to be installed. A minimum of 2% total quantity for each type flooring, color and pattern shall be provided and stored within each building for future replacement and patching. Provide manufacturers full line of color and pattern selections, including multi-color patterns. Use the resilient floor finishes as identified in the Project Program or as directed below.

## C302004 1.1 RESILIENT SHEET FLOORING SYSTEMS

Not Used.

## C302004 1.2 RESILIENT TILE FLOORING SYSTEM

### C302004 1.2.1

Resilient vinyl composition tile (VCT) shall be commercial grade, asbestos free, with a nominal overall gauge of 1/8 inch (3 mm) and a wear layer thickness of 1/8 inch (3 mm) nominal. The tile shall be manufactured in accordance with Federal Specification SS-T-312B (1), Type IV, Comp. 1, Class 2, through pattern. Tile shall be finished in accordance with manufacturer's written instructions.

## C302005 CARPETING

## C302005 1.1 GENERAL

Installer(s) shall be approved by the manufacturer in writing. Carpet manufacturer shall be established and in good standing with the industry. A minimum of 5% total quantity for each color and pattern shall be provided and stored within the building for future replacement patching.

## C302005 1.2 CARPET CONSTRUCTION

Provide carpet types based on Table I, "Carpet Construction Type by Facility."

TABLE I - CARPET CONSTRUCTION TYPE BY FACILITY

| Facility Type | Tufted Cut Pile | Tufted Loop Pile | Tufted Cut and Loop | Tufted Tip Shear | Tufted Frieze | Woven Loop or Cut & Loop | Carpet Tile |
|---|---|---|---|---|---|---|---|
| Administrative | - | X | - | - | - | - | X |
| Open Plan Offices | - | X | - | - | - | - | X |
| Private Offices | - | X | - | - | - | - | X |
| Corridors | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - |
| | | | | - | - | - | - |
| Bachelor Enlisted Quarters | - | X | - | - | - | - | X |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| Borders and insets | - | - | - | - | - | - | - |
| | | | | | | | |

## C302005 1.3 CARPET SEVERE WEAR SPECIFICATIONS

Provide carpet that complies with Table II, "Carpet Specifications for Severe Wear Classification."

TABLE II - CARPET SPECIFICATIONS FOR SEVERE WEAR CLASSIFICATION

| Carpet Construction | Pile Fiber | Weight oz/SY (kg/m2) min. x.037 | Pile Height in.(mm) min. | Gauge min. | Pile Density oz/cuyd (kg/m3) min. |
|---|---|---|---|---|---|
| | | | . | | |
| Tufted Loop Pile | CF NYLON | 26(0.82) | .120(3.05) | 1/10 | 6600 (270) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## C302005 1.4 CARPET PILE FIBER

Provide one of the following:

b.   100% premium branded, solution-dyed, Type 6 or Type 6.6 continuous hollow filament nylon

## C302005 1.5 CARPET BACKING REQUIREMENTS

a.   Provide manufacturer's standard high performance carpet backing.

## C302005 1.6 CARPET PERFORMANCE CHARACTERISTICS

a.   Flammability:  Carpet shall meet the Critical Radiant Flux
     Classification of not less than 0.45 W/sq. cm. when tested in
     accordance with ASTM E648.   Carpet shall generate less than 450 rating
     when tested in accordance with ASTM E662

b.   Static Control:  Carpet shall include a permanent static control
     system to control static build-up to less than 3.0 KV in accordance
     with AATCC-134.

c.   Dimensional Stability:  Carpet shall be permanently dimensionally
     stable with no delamination of components or any edge raveling or
     zippering.

d.   Colorfastness to Crocking:  Not less than 4, wet and dry, per
     AATCC-165.

e.   Colorfastness to Light:  Not less than 4 after 40 AFU (AATCC fading
     units) per AATCC-16.

f.   Antimicrobial Activity:  Not less than 0.08-inch (2-mm) halo of
     inhibition for gram-positive bacteria; not less than 0.04-inch (1-mm)
     halo of inhibition for gram-negative bacteria; no fungal growth, per
     AATCC-174.

g.   Sustainability;  Provide carpets with recycled fiber content, and
     renewable material content in the attached cushion or backing
     materials certified by an independent testing agency.

h.   Written Warranty: Lifetime commercial warranty for texture retention
     and edge raveling, zippering, delamination is required. Seam
     preparation and adhesives shall be recommended by the carpet
     manufacturer in accordance with the warranty.

i.   Appearance Retention:  Provide carpet with a multi-color pattern for
     excellent appearance retention and soil hiding characteristics.

j.   Indoor Air Quality:  Provide carpets that meet the criteria of the CRI
     "Green Label" Indoor Air Quality Testing Program.  Carpet adhesive
     VOC's shall be less than 50 g/L.

## C302005 1.7 CARPET INSTALLATION

Install carpet by one of the following methods in accordance the
manufacturer's recommendations and in accordance with the Carpet and Rug
Institute, CRI-104, Standard for Installation Specification of Commercial
Carpet, compatible with the construction, backing, and pattern
characteristics of each carpet provided.

a.   Direct Glue Down Carpet Installation

b.   Double Glue Down Carpet and Pad Installation

c.   Carpet with Attached-Cushion Installation

d.   Preapplied releasable "dry" adhesive system installation.

e.   Stretch-In Carpet Installation with tack strips and pad

## C302006 Not Used.
## C302007 WALL BASE FINISHES

Provide a wall base for transition between floor and wall finish.   If no other type

of base is required, provide vinyl straight base at carpet installations, vinyl cove base at exposed concrete or resilient tile floors, and a base to match the floor material at hard surface tile floors, or as required in the project program.

## C302007 1.1 RESILIENT WALL BASE FINISHES

### C302007 1.1.1

All rubber wall base shall be 4 inch (100 mm) high and 1/8 inch (3.2 mm) thick as required unless indicated otherwise. The wall base shall include inside and outside corners and shall conform to ASTM F1861-98, Type TS. Provide wall base in rolls and not 4 foot lengths.

### C302007 1.1.2

Flash-coved integral resilient sheet wall bases shall be installed in accordance with the manufacturers' printed instructions to include a cove stick having a minimum radius of 3/4 inch (19 mm) and finished with an approved cap strip.

## C302007 1.2 CARPET WALL BASE FINISHES

Carpet wall base finishes shall consist of a strip of carpet matching or contrasting adjacent carpet, 4 inch (100 mm) high, with the top edge finished with an aluminum or vinyl edge profile; or an edge binding material matching the carpet.

## C302007 1.3 WOOD BASE FINISHES

Not Used.

## C302007 1.4 STONE AND MARBLE BASE FINISHES

Not Used.

## C302007 1.5 TILE BASE FINISHES

Coordinate tile base with ceramic wall and floor tile for color, material match and modularity. Include all pre-manufactured trim pieces, special shapes, caps, stops, and returns to provide a complete installation. Provide coordinating wall, base and floor tile for curb construction at showers.

## C302008 STAIR FINISHES

## C302008 1.1 RESILIENT STAIR TREADS, RISERS AND LANDINGS

Refer to C302004 for resilient landing finishes. Provide rubber risers to match treads or one piece tread/risers. Provide treads with raised patterns and visually impaired nosing inserts as required.

## C302008 1.2 PORCELAIN AND STONE STAIR TREADS, RISERS AND LANDINGS

Not Used.

## C302008 1.3 CARPETED STAIR TREADS, RISERS AND LANDINGS

Not Used.

## C302009 FLOOR TOPPINGS AND TRAFFIC MEMBRANES

Not Used.

W912ER-11-D-0010-0006

## C302010 HARDENERS AND SEALERS

### C302010 1.1 HARDENED AND SEALED CURE CONCRETE FLOORS

Harden and seal concrete floors in accordance with the finished floor manufacture requirements. Utilize other methods of concrete curing if the floor finish manufacturer does not recommend a chemical hardener or sealer. Concrete floors that can utilize a hardener-sealer and will be exposed to traffic shall receive a minimum of two coats of hardener-sealer curing agent for dust protection. These hardener-sealer-cured floors shall be finished with a curing agent that shall penetrate the concrete to permanently seal the floor against moisture and the penetration of contaminants. The curing agent shall be non-toxic, non-flammable, and non-combustible and shall be installed in accordance with the manufacturer's printed instructions. The finished floor shall be dust-free.

### C302010 1.2 COLORED CONCRETE FLOORS

Not Used.

## C302011 RAISED ACCESS FLOORING

Not Used.

## C3030 CEILING FINISHES

Refer to C3040 "INTERIOR PAINTING AND SPECIAL COATINGS" for painted ceiling finishes.

### C303001 ACOUSTICAL CEILING TILES AND PANELS

Not Used.

### C303002 GYPSUM WALLBOARD CEILING FINISHES

Conform to specifications, standards and requirements in accordance with Gypsum Association GA 214, GA 216 and GA 224. Provide asbestos free materials only. Provide featured edge gypsum board on all gypsum surfaces that flatness of joints will be visible, such as uplighted ceilings, window lighted ceilings, and as recommended by the manufacturer. Provide Type X gypsum board in fire rated assemblies.

### C303002 1.1 REGULAR GYPSUM BOARD

ASTM C36/C36M and ASTM C1396/C1396M, 1/2 or 5/8 inch(12.7 mm or 15.9 mm) thick, tapered edge. Provide 5/8 inch (15.9 mm) for all projects except for single family residential, which may utilize 1/2 inch (12.7 mm) if other requirements, such as sound control, are met.

### C303002 1.2 MOISTURE RESISTANT GYPSUM BOARD

ASTM C630/C630M, 1/2 or 5/8 inch (12.7 mm or 15.9 mm) thick, tapered edges. Use for ceilings in humid areas. Do not use as a substrate in tiled areas where tile will be exposed to direct moisture contact or condensation accumulation. Support moisture resistant gypsum board at 12 inches (305 mm) on center. Provide 1/2 inch (12.7 mm) for single-family residential projects only. Provide 5/8 inch (15.9 mm) for all other projects.

### C303002 1.3 CEMENTITIOUS BACKING UNITS

ANSI A108.11 and ANSI A118.9, 1/2 or 5/8 inch (12.7 mm or 15.9 mm) thick; use for adhesive applied ceramic tile in wet areas (tubs, shower enclosures,

saunas, steam rooms, gang shower rooms, or for shower areas with a veneer plaster finish. Support cementitious backing units at 12 inches (305 mm) on center. Provide screws specifically designed for use with cement panels.

## C303002 1.4 IMPACT RESISTANT GYPSUM BOARD

Reinforced gypsum panel with imbedded fiber mesh or polycarbonate resin thermoplastic backing, 5/8 inch (15.9mm) thick, tapered edges, in accordance with Structural Failure Test; ASTM E695 or ASTM D2394 and Indentation Test; ASTM D5420 or ASTM D1037. For use whenever gypsum board partitions are allowed for barracks, training facilities, and industrial facilities. Provide metal framing of 20-gauge minimum. Provide fasteners that meet manufacturer requirements and specifications. Impact resistant gypsum board shall have a flame spread rating of 25 or less and a smoke developed rating of 50 or less, ASTM E84. Finish with a high strength veneer plaster.

## C303002 1.5 TEXTURED CEILING FINISH SYSTEM

Not Used.

## C303002 1.6 JOINT TREATMENT

ASTM C475, Joint compound shall be specifically formulated and manufactured for use with and compatible with tape, substrate and fasteners as recommended by the manufacturer. Tape and finish gypsum board in accordance with ASTM C840, GA 214 and GA 216. Provide premanufactured joints at all structural expansion joints, crack control joints, and change of materials as recommended by the manufacturer and in accordance with GA 216.

## C303002 1.7 FASTENERS

ASTM C514, Fasteners shall be compatible with each type of gypsum board material as recommended by the gypsum board manufacturer and in accordance with GA 216 and GA 224.

## C303002 1.8 ACCESSORIES

ASTM C1047, Fabricate from corrosion protected steel or plastic designed for intended use. Accessories manufactured with paper flanges are not acceptable. Flanges shall be free of dirt, grease, and other materials that may adversely affect bond of joint treatment. Provide prefinished or job decorated materials. Install as recommended by GA 214, GA 216 and GA 224.

## C303002 1.9 LEVEL OF FINISH

### C303002 1.9.1

Tape and finish gypsum board in accordance with ASTM C840, GA 214 and GA 216. Ceilings to receive a heavy-grade wall covering or heavy textured finish before painting shall be finished to GA 214, Level 3. Ceilings without critical lighting to receive flat paints, light textures, or wall coverings shall be finished to GA 214, Level 4. Unless otherwise specified, all gypsum board walls, partitions and ceilings shall be finished to GA 214, Level 5. Provide joint, fastener depression, and corner treatment. Do not use fiberglass mesh tape with conventional drying type joint compounds; use setting or hardening type compounds only. Provide treatment for water-resistant gypsum board as recommended by the gypsum board manufacturer.

### C303002 1.9.2

Wherever gypsum board is to receive eggshell, semigloss or gloss paint

W912ER-11-D-0010-0006

**A1265**

finish, or where severe, up or down lighting conditions occur, finish gypsum wall surface to GA 214 Level 5. In accordance with GA 214 Level 5, apply a thin skim coat of joint compound to the entire gypsum board surface, after the two-coat joint and fastener treatment is complete and dry.

## C303003 PLASTER CEILING FINISHES

Not Used.

## C303004 WOOD CEILINGS

Not Used.

## C303005 SUSPENSION SYSTEMS

## C303005 1.3 SUSPENDED AND FURRED CEILING SYSTEMS

ASTM C841 (for lath); ASTM C645 (for GWB).

Provide steel materials for metal support systems with galvanized coating per ASTM A653/A653M, G60; aluminum coating ASTM A463/A463M, T1-25; or a 55% aluminum-zinc coating. Provide suspended ceiling framing in accordance with ASTM C754, except framing members shall be 16 inches (400mm) unless otherwise noted.

## C303006 METAL STRIP CEILINGS

Not Used.

## C303090 OTHER CEILING AND CEILING FINISHES

## C3040 INTERIOR COATINGS AND SPECIAL FINISHES

The following coatings are applied directly to all surfaces of interior construction.

## C304001 GENERAL REQUIREMENTS

All paint shall be suitable in accordance with the Master Painter Institute (MPI) standards for the interior architectural surface being finished. The current MPI, "Approved Product List" as of the date of contract award, will be used to determine compliance with the submittal requirements of this specification. The Contractor may choose to use a more current MPI "Approved Product List"; however, only one list may be used for the entire contract. All coats on a particular substrate, or a paint system, must be from a single manufacturer. No variation from the MPI Approved Products List is acceptable.

Paints and coatings shall comply with Master Painters Institute Green Performance Standard GPS-1-08 which is available at the following website; http://www.specifygreen.com/EvrPerf/EnvironmentalPerformance.html . Provide Interior flat intermediate and topcoats of a maximum of 50 g/L VOC and interior non-flat intermediate and topcoats of a maximum 150 g/L VOC. Choose paints that provide performance and are environmentally friendly by using LEED VOC Budgeting to analyze the total impact of all flat, non-flat and special purpose coatings on the project.

MPI paint systems identified in the RFP take precedence over other avilable MPI systems. The RFP does not identify all paint system applicable to all painting of the facility, therefore utilize the *MPI Architectural Painting, Interior Systems Manual* to identify other appropriate paint systems for the project. Utilize the "Premium Grade" systems and comply with all limitations stated in the MPI "Approved

Product List" for each paint product.  Products having an MPI EPR 3 rating shall be given preferential consideration over lower EPR ratings.  Use higher performing paint systems unless the lower performing paint system can be justified based on a lifecycle cost to include surface preparation, application, disposal, environmental impact, and required recoating cycles.  Only use paint products that have been tested for MPI'S "DETAILED PERFORMANCE". Do not use products that have been tested for "INTENDED USE".

## C304001 1.1 MPI GLOSS LEVELS

Gloss levels shall comply with the MPI system of determining gloss as defined in the Evaluation sections of the MPI Manuals. Utilize the performance characteristics of the paint gloss and sheen to categorize paint rather than manufactures' description of his product.

The MPI Gloss Levels are indicated by the notation G1, G2, G3, G4, G5, G6, or G7.  Use G2 "Velvet-like" Flat for ceilings, residential walls away from human contact and low traffic areas.  Use G3 "Eggshell-like" in high traffic areas for ceilings and walls, when human contact with the wall is limited, and for dark accent colors. Use G5 Semigloss for ceilings, walls, doors and trim for high durability and clean ability when a surface is expected to have human contact and is routinely touched.  Use G6 Gloss only in special situations such as for piping identification or special effects.  The MPI Gloss and Sheen Standard values are measured per ASTM D523, method D and are as follows:

```
Gloss Level Number                     Gloss@ 60 Degrees   Sheen@85
Degrees
Gloss Level 1(G1) – Matte or Flat      Max.5 units         Max.10 units
Gloss Level 2(G2) – "Velvet-like" Flat Max. 10 units       10-35 units
Gloss Level 3(G3) – "Eggshell-like"    Max. 10-25 units    10-35 units
Gloss Level 4(G4) - "Satin-like"       Max. 20-35 units    Min. 35 units
Gloss Level 5(G5) - Semi-Gloss         35-70 units
Gloss Level 6(G6) – Gloss              70-85 units
Gloss Level 7(G7) – High Gloss         More than 85 units
```

## C304001 1.2 MPI SYSTEM DESIGNATIONS AND ABBREVIATIONS

The MPI coating system number in each Division is found in either the *MPI Architectural Painting Specification Manual* or the *Maintenance Repainting Manual* and defined as an interior system (INT/RIN).

a.    INT designates an interior coating system for new surfaces.

b.    RIN designates an interior coating system used in repainting projects or over existing coating systems.

c.    DSD – the MPI short-term designation for Degree of Surface Degradation as defined in the Assessment sections in the *MPI Maintenance Repainting Manual*.  Degree of Surface Degradation designates the MPI Standard for description and appearance of existing condition of surfaces to be painted. This DSD classification is used to determine the proper surface preparation necessary for painting.

d.    DFT – The short-term designation for dry film thickness. DFT is the minimum acceptable depth or thickness of a coating or system in the dry state.  The maximum acceptable DFT is not more than 50% greater than the minimum acceptable DFT (example... DFT = 2 mils, maximum DFT = 3 mils). The DFT indicated in the paint systems below relate to new coatings - MPI INT. MPI RIN will be less than the indicated DFT.

e.    Paint System Abbreviations: BF - Block Filler; C – Clear coat; P – Primer coat; I – Intermediate coat; T – Topcoat.

### C304001 1.3 SURFACE PREPARATION

Comply with the "Interior Surface Preparation" section of the *MPI Architectural Painting Specification Manual* or the "Interior Surface Preparation" section of the *MPI Maintenance Repainting Manual*. All suggestive language such as "may" or "should" are deleted from the standard and "must" or "shall" inserted in its place. Suggestive language such as "recommended" or "advisable" is deleted from the standard and "require" or 'required' inserted in its place. The results of these wording substitutions change this document to required procedures. For surface preparation, determine a MPI DSD Assessment of each surface and comply with the MPI Surface Preparation Requirements relating to the assessments. Notwithstanding MPI requirements, clean interior ferrous metal to a SSPC SP 10 level (near white) that have aggressive chemical environments (SSPC Zones 3A, 3B, 3C, 3D, and 3E) or waterfront exposure to open structures (SSPC Zones 2A or 2B). Examples of these types of facilities are indoor water training facilities, indoor swimming pools, and open or mostly open waterfront maintenance buildings/ waterfront warehouses/ canopies.

### C304002 CONCRETE FINISHES

### C304002 1.1

New and uncoated existing vertical concrete surfaces and underside of mezzanines/ stairs, and previously painted concrete surfaces:

a.  High Performance Architectural Latex, System DFT:  4 mils

   1)  MPI INT 3.1C-G2/RIN 3.1J-G2 (Flat); P: MPI 3, I: MPI 138, T: MPI 138

   2)  MPI INT 3.1C-G3/RIN 3.1J-G3 (Eggshell-like); P: MPI 3, I: MPI 139, T: MPI 139

   3)  MPI INT 3.1C-G5/RIN 3.1J-G5 (Semigloss); P: MPI 3, I: MPI 141, T: MPI 141

b.  Institutional Low Odor / Low VOC Latex (for repaint of existing occupied spaces), System DFT:  4 mils

   1)  MPI RIN 3.1L-G3 (Eggshell-like); P: MPI 3, I: MPI 145, T: MPI 145

   2) MPI RIN 3.1L-G5 (Semigloss); P: MPI 3, I: MPI 147, T: MPI 147

### C304002 1.2

New and uncoated existing and Existing, previously painted Concrete surfaces in toilets, food-preparation, food-serving, restrooms, laundry areas, shower areas, areas requiring a high degree of sanitation, and other high humidity areas unless otherwise specified, (Fill all holes in masonry surface):

• Epoxy, System DFT:  4 mils

   1)  MPI INT 3.1P-G3/4  /RIN 3.1E-G3/4 (Low gloss);  P: MPI  108, I: MPI N/A,  T: MPI  108

   2)  MPI INT 3.1Q-G6  /RIN 3.1E-G6 (Gloss); P: MPI  108, I: MPI N/A, T: MPI  98

### C304002 1.3

New and uncoated existing concrete floors:

a.   Latex Floor Paint (Not for heavy foot traffic or vehicular traffic - only use as recommended by MPI's Evaluation of Interior Systems for Architectural Painting),  MPI INT/RIN 3.2A-G2 (Flat); System DFT:  5 mils, P: MPI 60, I: MPI 60, T: MPI 60

b.   Epoxy (not for vehicular traffic), DFT:  5 mils

     1) MPI INT 3.2L-G3/4 (Low gloss), System , P: MPI 108, I: N/A, T: MPI 108

     2) MPI INT 3.2M-G6 (Gloss), P: MPI 108, I: N/A, T: MPI 98 (Add slip resistant additive),

## C304003 CONCRETE MASONRY FINISHES

### C304003 1.1

New Concrete masonry (not for profiled/split faced block):

a.   High Performance Architectural Latex, System DFT:  11 mils

     1)  MPI INT 4.2D-G2 (Flat); BF: MPI 4, P: N/A, I: MPI 138, T: MPI 138

     2)  MPI INT 4.2D-G3 (Eggshell-like); BF: MPI 4, P: N/A, I: MPI 139, T: MPI 139

     3)  MPI INT 4.2D-G5 (Semigloss); BF: MPI 4, P: N/A, I: MPI 141, T: MPI 141

b.   Multi-color, MPI INT 4.2H, BF: MPI 4, P: MPI 125, I: MPI 112, T: MPI 112, C: MPI 121

### C304003 1.2

Not Used.

### C304003 1.3

New Concrete masonry units in toilets, food-preparation, food-serving, restrooms, laundry areas, shower areas, areas requiring a high degree of sanitation, and other high humidity areas unless otherwise specified, (Patch imperfections and fill all masonry surface voids with block filler):

a.   Epoxy, System DFT:  10 mils

     1)  MPI INT 4.2R-G3/4 (Low gloss); BF: MPI 116, P: 108, I: N/A, T: MPI 108

     2)  MPI INT 4.2S-G6 (Gloss); BF: MPI 116, P: 108, I: N/A, T: MPI 98

### C304003 1.4

Not Used.

## C304004 METAL FINISHES

### C304004 1.1

New steel/ferrous surfaces not otherwise specified:

    a.    High Performance Architectural Latex, System DFT:  5 mils

        1)  MPI INT 5.1R-G3 (Eggshell-like); P: MPI 79, I: MPI 139, T: MPI 139

        2)  MPI INT 5.1R-G5 (Semigloss); P: MPI 79, I: MPI 141, T: MPI 141

**C304004 1.2**

New steel/ferrous surfaces in toilet, food preparation, food serving, restrooms, shower areas and areas requiring a high degree of sanitation and other high humidity areas not otherwise specified except floors, hot metal surfaces, and new prefinished equipment:

    a.    Epoxy, System DFT: 10 mils

        1)  MPI INT 5.1Y/ RIN 5.1Y-G5 (Semigloss); P: MPI 101, I: MPI 108, T: MPI 108

        2) MPI INT 5.1Z/ RIN 5.1Z-G5 (Semigloss); P: MPI 101, I: MPI 98, T: MPI 98

**C304004 1.3**

New miscellaneous non-ferrous (non-hand contact aluminum and copper) surfaces not otherwise specified:

    a.    High Performance Architectural Latex, System . MPI INT 5.4F-G5 (Semigloss), DFT:  5 mils; P: MPI 95, I: MPI 141, T: MPI 141

**C304004 1.4**

New galvanized doors not otherwise specified:

    a.    Epoxy, System, MPI INT 5.3D-G6 (Gloss); P: MPI 101, I: MPI 77, T: MPI 77

**C304005 INTERIOR WOOD FINISHES**

Not Used.

**C304006 GYPSUM WALL BOARD FINISHES**

**C304006 1.1**

New and Existing, previously painted Gypsum Wallboard not otherwise specified (interior gypsum finish of exterior wall):

    a.    High Performance Architectural Latex, System DFT:  4 mils

        1)  MPI INT/RIN 9.2B-G2 (Flat); P: MPI 50, I: MPI 138, T: MPI 138

        2)  MPI INT/RIN 9.2B-G3 (Eggshell-like); P: MPI 50, I: MPI 139, T: MPI 139

        3)  MPI INT/RIN 9.2B-G5 (Semigloss); P: MPI 50, I: MPI 141, T: MPI 141

    b.    Institutional Low Odor / Low VOC Latex (for repaint of existing occupied spaces), System DFT: 4 mils

        1)  MPI RIN 9.2M-G3 (Eggshell-like); P: MPI 50, I: MPI 145, T: MPI 145

        2)  MPI RIN 9.2M-G4 (Satin-like); P: MPI 50, I: MPI 146, T: MPI 146

        3)  MPI RIN 9.2M-G5 (Semigloss); P: MPI 50, I: MPI 147, T: MPI 147

c.     Multi-color, MPI INT9.2G; P: MPI 125, I: MPI 112, T: MPI 112, Clear Coat: MPI 121

## C304006 1.2

New and Existing, previously painted Gypsum Wallboard in toilets, food-preparation, food-serving, restrooms, laundry areas, shower areas, areas requiring a high degree of sanitation, and other high humidity areas not otherwise specified:

a.     Epoxy, Use for high humidity areas requiring easy cleaning enamel finishes. System DFT:  4 mils,

        1)  MPI INT 9.2N-G3/4 / MPI RIN 9.2N-G3/4 (Low gloss) P: MPI 50, I: MPI 108, T: MPI 108

        2)  MPI INT 9.2P-G6 / MPI RIN 9.2P-G6 (Gloss) P: MPI 50, I: MPI 98, T: MPI 98

## C304007 SPECIAL COATINGS TO WALLS

## C304007 1.1 HIGH PERFORMANCE ARCHITECTURAL COATING (HIPAC)

HIPAC shall be a durable, organic system applied to a continuous (seamless) high-build film and cure to a hard glaze finish. They shall be resistant to continuous heat and humidity, abrasion, staining, chemicals, and biological growth.  Coating shall be installed as a complete system, and as recommended by the manufacturer and have a flame spread index of not more than 25 and a smoke developed index of not more than 50 when tested in accordance with ASTM E84.

### C304007 1.1.1

Two-component, epoxy-polyamide shall be chemical and corrosion-resistant, adhesive, alkali-resistant, and water-tolerant for metal, wood, concrete, masonry surfaces, and painted surfaces where high gloss or glaze type finish, extreme workability and resistance to abrasion and stains is required.  Minimum dry film thickness is 3 mils for each of two coats.  Furnish Gloss or Semigloss finish.  Maximum volatile organic compounds (VOC) shall be 340 grams/liter.

### C304007 1.1.2

Single Component, Moisture-Curing Urethane shall be a flexible, abrasion- and impact-resistant, use for floors, walls, machinery, equipment and other surfaces where good abrasion resistance, color retention, gloss retention, graffiti resistance and good resistance to acids, alkalis, solvents, strong cleaners and sanitizers, fuel and chemicals are necessary.  Can also be used on concrete floors, brick and masonry surfaces (properly conditioned), metals (properly primed), and wood (properly prepared and sealed.)  Minimum dry film thickness is 3 mils for each of 3 coats. Use Type I, Aliphatic, for exterior use except for oily or resinous exterior wood surfaces. Use Type II, Aromatic, for interior use.

## C303002 1.5 TEXTURED CEILING FINISH SYSTEM

Applied textured ceiling finish shall be plaster based.  Refer to paragraph "C301002 – 1.1  GYPSUM PLASTER" for finish requirements.

## C304007 1.2 IMPACT RESISTANT WALL FINISHES

Provide textured acrylic architectural coating system: a seamless textured acrylic water-based coating system, having a thickness of at least 20 mils, on surfaces scheduled to receive it.  System shall be composed of pure acrylic polymers, silica dioxide, ethylene dioxide and pigments.  System shall have a Barcoll Hardness Index of 35.0 or greater, a flame spread of 8.5 or less as determined by ASTM E84, smoke contribution of 7.0 or less, and have water vapor permeability of 27.5 English Perms or greater when tested in accordance with ASTM E96. (MPI 42)

Finish may only be installed by factory-qualified applicators in accordance with the manufacturer's printed instructions and recommendations, to fulfill warranty requirements. All coating system components shall be products of the same manufacturer. A minimum of one sample wall application shall be provided.  Upon approval of the sample wall by the project manager, the application shall serve as a standard for the remaining work. The manufacturer's certified representative shall provide an on-site training demonstration of the application and care of the finish for the end-user's facility manager or other representative.

-- End of Section --

SECTION D10

CONVEYING
11/10

**NOT USED**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

SECTION D20

PLUMBING
11/10

**D20 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**D20 1.1 NARRATIVE**

This section must be used in conjunction with all parts of the Design Build (D/B) Request for Proposal (RFP) to determine the full requirements of this solicitation.

This section includes the construction of interior plumbing systems. This section covers installations inside the facility and out to the 1.5 meter (5 foot) line. See Section G30, *Site Mechanical Utilities*, for continuation of systems beyond the 1.5 meter (5 foot) line.

**D20 1.2 PLUMBING DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**D20 1.2.1 Government Standards**

Federal Energy Management Program (FEMP)

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01              General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs which include the following significant UFC(s):UFC 3-400-10N, Mechanical Engineering; UFC 3-420-01, Design: Plumbing Systems)

**D20 1.3 DESIGN SUBMITTALS**

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10, *Design Submittal Procedures For Design-Build Project*.

**D20 1.4 CONSTRUCTION SUBMITTALS**

Submit construction submittals in accordance with PTS section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

W912ER-11-D-0010-0006

A1274

Fixtures, equipment, and OMSI information for all equipment and fixtures.

## D2010 PLUMBING FIXTURES

Plumbing fixtures shall be provided in accordance with the IBC, IPC, and as specified.

### D201001  WATER CLOSETS

### D201001  1.2 DUAL FUNCTION FLUSH VALVE WATER CLOSETS

ASME A112.19.2, white vitreous china, siphon jet. Provide ASME A112.19.5 trim.  Provide self-closing metering type dual function flush valve, unless electronic flush control is specified in the ESR Section D20. Electronic flush control shall conform to UL 1951 and ASSE 1037. Dual function flush valve shall provide a flush of 0.8 to 1.1 GPF (3.0 to 4.2 LPF) or 1.28 GPF (4.8 LPF). Maximum flush volume shall not exceed 1.28 GPF (4.8 LPF). Handicapped fixture mounting height and appurtenances shall be in accordance with UFAS and ADAAG.

### D201002 URINALS

### D201002 1.2 NON WATER USE URINALS

ASME A112.19.2, white vitreous china, wall-mounted, wall outlet, non-water using, integral drain line connection, with sealed replaceable cartridge or integral liquid seal trap insert.  The urinal and trap assembly shall maintain a sufficient barrier of a biodegradable immiscible liquid to provide the trap seal and inhibit the backflow of sewer gases.  For urinals that use a replaceable cartridge, provide four additional cartridges for each urinal installed.  Provide an additional quart of biodegradable liquid for each urinal installed.  Provide ASME A112.6.1M concealed chair carriers. Installation and testing shall be in accordance with the manufacturers' recommendations.  Drain lines that connect to the urinal outlet shall not be made of copper tube or pipe.  Urinal design and installation shall be ADA compliant.  Slope the sanitary sewer branch line for non-water use urinals a minimum of 2% (21 mm per meter).  Manufacturer shall provide an operating manual and on-site training for the proper care and maintenance of the urinal.

### D201003 LAVATORIES

### D201003 1.1 COUNTERTOP LAVATORIES

Unless integral bowl is specified elsewhere, lavatories shall be white, ASME A112.19.2 vitreous china lavatories with minimum dimensions of 20 inches (508 mm) wide x 18 inches (457 mm) front to rear, and self-rimming type.  Provide ASME 112.18.1 copper alloy centerset faucets unless self closing metering or electronic control is specified in ESR section D20.  Provide with aerator, adjustable P-traps, and perforated grid strainers, unless pop-up drain fittings are specified in ESR section D20.

### D201003 1.2 WALL-MOUNTED LAVATORIES

ASME A112.19.1, white enameled cast-iron or ASME A112.19.2 white vitreous china with ASME A112.6.1M concealed arm carrier support, with minimum dimensions of 20 inches wide by 18 inches (508 mm wide by 457 mm) front to rear.  Provide ASME 112.18.1 copper alloy centerset faucets unless self closing metering or electronic control is specified in ESR section D20. Provide with aerator, adjustable P-traps, and perforated grid strainers, unless pop-up drain fittings are specified in ESR section D20.

### D201003 1.3 HANDICAPPED LAVATORIES

Same as Paragraphs 1.1 or 1.2, except height and appurtenances shall be in accordance with UFAS and ADAAG.

## D201004 SINKS

### D201004 1.1 COUNTERTOP SINKS

ASME A112.19.3 sink, 20 gage stainless steel with integral mounting rim, minimum dimensions of 33 inches (840 mm) wide for two compartment or 21 inches (560 mm) wide for one compartment by 21 inches (560 mm) front to rear, with ledge back and undersides coated with sound dampening material.  Provide top-mounted ASME A112.18.1 copper alloy faucets, swing spout with aerator, and stainless steel drain outlets with cup strainers.  Provide adjustable P-trap with drain piping to vertical vent stack.  If specified in ESR section D20, provide UL 430 waste disposer unit in right compartment.

### D201004 1.2 SERVICE SINKS

ASME A112.19.1, white enameled cast-iron or ASME A112.19.2 white vitreous china, wall mounted and floor supported by wall outlet cast-iron P-trap, minimum dimensions of 22 inches (560 mm) wide by 18 inches (457 mm) front to rear with 9 inch (230 mm) splashback, and stainless steel rim guard. Provide ASME A112.18.1 copper alloy back-mounted combination faucets with vacuum breaker and 0.75 inch (20 mm) external hose threads.

### D201004 1.3 MOP SINKS

Pre-cast terrazzo floor-mounted mop sink, 36 inches x 36 inches x 12 inches (914 mm x 914 mm x 305 mm) shall be made of marble chips cast in white Portland cement to a compressive strength of not less than 3625 PSI (25 mPa) 7 days after casting.  Provide brass body drains with nickel bronze strainers cast integral with terrazzo.  Provide stainless steel rim guard for mop sink. Provide chrome-plated exposed hot and cold water faucets ASME A112.18.1 wall-mounted copper alloy faucets swing spout with 3/4 inch (20 mm) hose connection, vacuum breaker, and pail hook.  Provide mop hanger on wall above sink suitable for four mops.

## D201005 SHOWERS/TUBS
Not used.

## D201006  WATER COOLERS

### D201006  1.1 ELECTRIC WATER COOLERS

AHRI 1010, wall-mounted, bubbler style, air-cooled condensing unit, 4.0 gph (4.20 mL per second) minimum capacity, stainless steel splash receptor, double wall heat exchanger, and all stainless steel cabinet.  Provide ASME A112.6.1M concealed wall hangers with thru-bolts and back plates. Handicapped fixture mounting height and appurtenances shall be in accordance with UFAS and ADAAG.

## D2020  DOMESTIC WATER DISTRIBUTION

## D202001 PIPES & FITTINGS

### D202001 1.1 COPPER

Use copper tubing and fittings for pipe sizes 4 inches (100 mm) or smaller. Use type L tubing above ground with either solder fittings, or press-on copper fittings.  For buried piping, use type K tubing with either solder fittings,

or press-on copper fittings.

### D202001 1.2 CHLORINATED POLYVINYL CHLORIDE (CPVC)

When specified in ESR section D20, provide CPVC pipe, fittings, and solvent cement per ASTM D 2846/D 2846M for sizes 4 inches (100 mm) and smaller. Provide transition union connections or threaded gate valve between metallic piping and CPVC piping.

### D202002 VALVES & HYDRANTS

### D202002 1.1 VALVES

Provide valves at water supplies to fixtures and to provide ease of maintenance as required in the IPC.

### D202002 1.2 HOSE BIBBS & HYDRANTS

Use non-freeze wall hydrants where the winter design temperature is at or below freezing.  Hose bibbs are acceptable for use elsewhere.

#### D202002 1.2.1 Hose bibbs

Angle type, copper alloy hose bibbs with vacuum breaker.

#### D202002 1.2.2 Wall Hydrants

Non-freeze, ASSE 1019, cast bronze, with vacuum breaker, locking shield and tee-handle.

### D202003 DOMESTIC WATER EQUIPMENT

### D202003 1.1 BACKFLOW PREVENTERS

Furnish proof that each make, model/design, and size of backflow preventer being furnished for the project is approved by and has a current "Certificate of Approval" from the Foundation for Cross-Connection Control and Hydraulic Research (FCCCHR)-USC.  Listing of the particular make, model/design, and size in the current FCCCHR-USC will be acceptable as the required proof.

### D202003 1.2 WATER HEATERS

#### D202003 1.2.1 Electric Water Heaters

Electric water heaters with double heating element per UL 174 for water heaters with less than 120 gallons of storage and 200,000 btuh input. Provide water heater per UL 1453 for commercial water heaters with 120 gallons of storage or more and 200,000 btuh input or more. Water heaters shall be equipped with glass-lined steel tanks, high efficiency type, insulated with polyurethane foam insulation, replaceable anodes, and adjustable range thermostat to allow hot water settings between 110 and 160 degrees F (43 and 71 degrees C). Water heater warranty shall be a minimum of 5 years.

### D202003 1.3 PUMPS

#### D202003 1.3.1 Inline Pumps

In-line circulator for service water distribution system. Factory assembled and tested pumps constructed of materials suitable for hot domestic water service.

### D202003 1.3.2 Base Mounted Pumps

Potable water service, base mounted, end suction pumps with mechanical seals and drip-proof electric motors constructed of materials suitable for hot domestic water service.

### D202003 1.5 EXPANSION TANKS

Steel expansion tank with potable water rated polypropylene or butyl lined diaphragm at water heater.

### D202003 1.6 WATER METERS

AWWA C701 turbine type, with register reading in liters and U.S. gallons.

### D202004 INSULATION & IDENTIFICATION

### D202004 1.1 PIPING INSULATION

Mineral fiber insulation on domestic hot water supply and recirculation piping. Insulate domestic cold water piping with cellular glass insulation (ASTM C 552, Type II, and Type III) or polyisocyanurate insulation (ASTM C 591, type I).

### D202004 1.2 PIPING & EQUIPMENT IDENTIFICATION

In addition to the requirements in Section Z10, *General Performance Technical Specification*, provide laminated plastic nameplates for valves. Stop valves in supplies to fixtures will not require nameplates. Identify above ground pipe with the type of service and direction of flow. Letter size, lengths and colors shall be per ANSI A13.1.

### D202005 SPECIALTIES

### D202005 1.2 VALVE BOXES

For each buried valve provide cast-iron, ductile-iron box of a suitable size. Provide cast-iron or ductile-iron cover for the box with the word "WATER" cast on the cover.

### D202005 1.3 WATER HAMMER ARRESTORS

PDI WH 201, water hammer arrestors in lieu of air chambers.

### D202006 SOLAR ENERGY SUPPLY SYSTEM

Design and build each solar domestic hot water heating system meeting the requirements of UFC 3-440-04N *Solar Heating of Buildings and Domestic Hot Water*. Each system shall be fully integrated with the building DDC controls system.

Provide complete solar domestic hot water system designed and built by a single contractor who specializes in solar heated water systems. System shall be designed, built, and tested by this contractor who shall be responsible for the provided system to operate as proposed. This design-build contractor must be endorsed in writing, prior to system design, by the manufacturer of the solar plate collectors provided for this solicitation.

The solar domestic hot water system designer shall work with the building designers to optimize the roof area, slope and orientation available for solar domestic hot water. Coordinate with other solar systems utilizing the roof area such as photovoltaic systems.

Provide solar liquid flat plate collector systems to comply with the requirements specified in UFGS Section 48 14 13.00 20, *Solar Liquid Flat Plate Collectors.*

## D202090 OTHER DOMESTIC WATER SUPPLY

### D202090 1.1 SUPPORTS

Provide piping supports in accordance with the IPC.

### D202090 1.2 INSPECTIONS

Prior to initial operation, inspect piping system for compliance with drawings, specifications, and manufacturer's submittals.

### D202090 1.3 DISINFECTION

Upon completion of the installation, disinfect all systems per the IPC.

### D202090 1.4 PLUMBING SYSTEMS TESTING

Upon completion of the installation test all systems per the IPC.

## D2030 SANITARY WASTE

## D203001 WASTE PIPE & FITTINGS

### D203001 1.1 PIPING AND FITTINGS

Cast iron hub and spigot pipe and fittings, rubber compression gasket joints, CISPI 301 with CISPI 310 couplings. Where indicated in ESR Section D20, plastic PVC piping, fittings, and solvent cement per ASTM D 2665 or ASTM D 2661 may be provided. Plastic piping shall be equipped with approved firestopping devices as required by code.

### D203001 1.2 CLEANOUTS

Provide cleanouts as required by the IPC. Material shall be consistent with the piping system materials.

## D203002 VENT PIPE & FITTINGS

Cast-iron hubless pipe and fittings, CISPI 301 with CISPI 310 couplings. Where indicated in ESR Section D20, plastic PVC piping, fittings, and solvent cement per ASTM D 2665 or ASTM D 2661. PVC piping shall be equipped with approved firestopping devices as required by code. Single drainage/vent stack systems (such as Philadelphia system) and mechanical air admittance valves are not acceptable.

## D203003 FLOOR DRAINS

Floor drains shall be flush strainer or extended rim type as required by the IPC. Provide in mechanical rooms, restrooms, fire pump room, laundry room, and plumbing chase areas. Provide floor sinks in kitchens. Provide floor sinks where required for interior air handling unit condensate drains. Air handling unit and fan coil unit condensate shall be collected and routed to the base condensate collection system.

## D203004 SANITARY & VENT EQUIPMENT

### D203004 1.1 PUMPS

#### D203004 1.1.1 Submersible Sump Pumps

Factory assembled and tested submersible type pumps for operation under water.

### D203004  1.1.2 Sewage Pumps

FS A-A-50555, single or duplex type to meet demand.  Duplex types shall be provided with automatic controls to alternate the operation from one pump to the other.

## D2090 OTHER PLUMBING SYSTEMS

## D209001 SPECIAL PIPING SYSTEMS

## D209003 INTERCEPTORS

## D209003 1.2 GREASE INTERCEPTORS

Provide in accordance with the IPC and PDI G 101.

-- End of Section --

SECTION D30

HVAC
11/10

## D30 GENERAL

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

## D30 1.1 NARRATIVE

This section includes the construction of interior mechanical systems. This section covers installations inside the facility and out to the 1.5 meter (5 ft) line. See Section G30, *Site Civil/Mechanical Utilities*, for continuation of systems beyond the 1.5 meter (5-ft) line.

## D30 1.2 MECHANICAL DESIGN GUIDANCE

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

### D30 1.2.1 Government Standards

Federal Energy Management Program (FEMP)

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs which include the following significant UFC(s):UFC 3-400-10N, Mechanical Engineering; UFC 3-420-01, Plumbing Systems) |
| UFC 3-440-04N | Solar Heating of Buildings and Domestic Hot Water |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

| | |
|---|---|
| UFGS 23 05 93 | Testing, Adjusting, and Balancing for HVAC |
| UFGS 23 09 23 | Lonworks Direct Digital Control for HVAC and Other Building Control Systems |

## D30 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

a.  Verification of satisfactory HVAC system performance shall be via Performance Verification Testing, as detailed in this section.

b.  The Government reserves the right to witness all Acceptance Tests and Inspections, review data, and request other such additional inspections and repeat tests as necessary to ensure that the system and provided services conform to the stated requirements.

c.  The Qualified Testing Organization shall provide the Acceptance Tests and Inspections test plan and perform the acceptance tests and inspections. Test methods, procedures, and test values shall be performed and evaluated in accordance with appropriate standards, and the manufacturer's recommendations. Equipment shall be placed in service only after completion of required tests and evaluation of the test results have been completed. Contractor shall supply to the testing organization complete sets of shop drawings, settings of adjustable devices, and other information necessary for an accurate test and inspection of the system prior to the performance of any final testing. Perform acceptance tests and inspections on Computer Room Air Conditioning Units, Direct Digital Control System, and HVAC Testing/Adjusting/Balancing.

## D30 1.4 HVAC COMMISSIONING

Commission the HVAC systems per the Commissioning Plan as required by UFGS Specification Section 01 45 02.00 10, *Quality Control Systems*.  HVAC system commissioning shall coordinate with and incorporate the testing, reporting, training & O&M documentation requirements of UFGS 23 05 93, *Testing, Adjusting, and Balancing for HVAC* and UFGS 23 09 23, *Lonworks Direct Digital Control for HVAC and Other Building Control Systems*.

## D30 1.5 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and UFC 3-400-10N, *Mechanical Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification.  Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

UFGS 23 09 23, *Lonworks Direct Digital Control for HVAC and Other building Control Systems*

UFGS 23 05 93, *Testing, Adjusting, and Balancing for HVAC*

UFGS 48 14 13.00 20, *Solar Liquid Flat Plate Collectors*

## D30 1.6 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Solar hot water heating system fixtures and equipment, and OMSI information for all equipment and fixtures.

**D30 1.7 MOTORS**

Single-phase fractional-horsepower alternating-current motors shall be high efficiency types corresponding to the applications listed in NEMA MG 11. Select polyphase motors based on high efficiency characteristics relative to the applications as listed in NEMA MG 10. Additionally, all polyphase squirrel-cage medium induction motors with continuous ratings shall meet or exceed energy efficient ratings per Table 12-10 of NEMA MG 1. Provide controllers for 3-phase motors rated 1 hp (0.75 kW) and above with phase voltage monitors designed to protect motors from phase loss and over/under-voltage. Provide means to prevent automatic restart by a time adjustable restart relay. For packaged equipment, the manufacturer shall provide controllers including the required monitors and timed restart. Provide reduced voltage starters for all motors 25 hp and larger.

**D3010 ENERGY SUPPLY**

Not used.

**D3030 COOLING GENERATING SYSTEMS**

If coatings are indicated in ESR Section D30, provide with copper tube/copper fin construction or immersion applied, baked phenolic or other approved coating that passes the 3000 hour salt spray resistance test using the ASTM B117 procedure. Field applied coatings are not acceptable.

**D303001 CHILLED WATER SYSTEMS**

The building will be connected to the existing base central chilled water system. The contractor shall coordinate the flow and pressure requirements for this building with the contracting officer and USACE-TAM to determine if auxiliary pumping is required. The chilled water system within the building shall be zoned so that entire areas of the building can be isolated for low occupancy levels, thus reducing the total chilled water required.

**D3040 DISTRIBUTION SYSTEMS**

**D304001 AIR DISTRIBUTION, HEATING & COOLING**

**D304001 1.1 DUCTWORK**

Except as specified herein, provide ductwork constructed, braced, reinforced, installed, supported, and sealed per SMACNA standards.

**D304001 1.1.1 Flexible Ducts**

Use insulated flexible duct only for connections to air distribution devices to adapt to minor offsets. Flexible duct shall be UL 181 listed and per SMACNA 1966 duct construction standards with a minimum R value of 4. Maximum length of flexible ductwork shall be 6 feet (2 meters).

**D304001 1.1.2 Flexible Connections**

Provide flexible connectors between fans and ducts.

**D304001 1.1.3 Volume Dampers**

Provide manual volume dampers in each branch take-off from the main duct to control air quantity. Dampers shall conform to SMACNA 1966 duct construction standards and shall be seal class "A" construction.

### D304001 1.1.4 Fire Dampers

Fire dampers shall be rated per UL 555. Fire dampers shall be dynamic type rated for closure against a moving airstream. Provide fire dampers that do not intrude into the air stream when in the open position.

### D304001 1.1.5 Smoke Dampers

Smoke dampers shall be rated per UL 555S.

### D304001 1.1.6 Sound Attenuators

Fabricated attenuators that will reduce the rated sound pressure level of the fan down to at least 65 decibels in the 250 Hz (third octave band) center frequency by using a reference sound source calibrated in decibels of sound power at 10 to 12 watts. Maximum permissible pressure drop shall not exceed 0.63 inch of water (157 Pa).

## D304001 1.2 LOUVERS & HOODS

### D304001 1.2.1 Louvers

Louvers shall bear AMCA ratings seal for air performance and water penetration in accordance with AMCA 500L and AMCA 511. Louvers shall be constructed of anodized aluminum alloy or stainless steel. Provide birdscreens.

### D304001 1.2.2 Hoods

Air intake or exhaust hoods shall be constructed of anodized aluminum alloy or stainless steel. Provide with birdscreens.

## D304001 1.3 GRILLES, REGISTERS, & DIFFUSERS

Factory-finished grilles, registers, and diffusers. Exterior and exposed edges shall be rolled, or otherwise stiffened and rounded.

## D304001 1.4 INSULATION

Provide external thermal insulation for all ductwork. Insulate ductwork in concealed spaces with blanket flexible mineral fiber. Insulate ductwork in Mechanical Rooms and exposed locations with rigid mineral fiber insulation. Internal insulation of ductwork is not acceptable. Sound attenuation blankets may be installed inside ducting, only if necessary, and may be no closer than 1.5 meters (5 Ft.) from the air handler discharge opening.

Provide insulation with factory applied all-purpose jacket with integral vapor retarder. In exposed locations, provide a jacket with white surface suitable for painting. Flame spread/smoke developed rating for all insulation shall not exceed 25/50. Minimum insulation thickness shall be the minimum thickness required by ASHRAE 90.1. Insulate the backs of all supply air diffusers with blanket flexible mineral fiber insulation.

## D304006 CHILLED WATER DISTRIBUTION SYSTEMS

## D304006 1.1 ABOVEGROUND CHILLED WATER PIPING

Aboveground chilled water piping shall be electric resistance welded or seamless Schedule 40 black steel pipe conforming to ASTM A 53/A 53M. Piping 4 inch (100 mm) and smaller may be ASTM B 88 Type K or L copper.

**D304006 1.2 STEEL PIPE FITTINGS**

For piping 2 inch (50 mm) and smaller, provide ASME B16.3 malleable iron screwed fittings or ASME B16.11 socket welding (Class 3000) or threaded type (Class 2000). Provide ASME B16.9 butt-welding fittings or ASME B16.5 flanged type for piping 2-1/2 inch (63 mm) and larger.

**D304006 1.3 COPPER FITTINGS**

ASME B16.18 cast bronze solder joint type or ASME B16.22 wrought copper solder joint type.

**D304006 1.4 ISOLATION VALVES**

Provide isolation valves on supply and return lines at take-offs for service to each building(s). Valves shall be located in valve boxes.

**D304006 1.5 INSULATION**

Insulate chilled water pumps, if provided, and accessories for the temperature and service in rigid block, semi-rigid board, or flexible unicellular insulation to fit as closely as possible to equipment. Insulate above ground chilled water piping with cellular glass insulation (ASTM C 552, Type II, and Type III) or polyisocyanurate insulation (ASTM C 591, type I). Flexible unicellular insulation may be used on small piping runouts. Provide all-purpose jacket with vapor retarder. Provide aluminum metal wrap over insulation for all exterior piping.

**D304006 1.6 VALVES**

Provide shut off valves, appropriately sized relief valves, and appropriately sized balancing valves as necessary to balance water flows, protect components and isolate equipment for service and repairs.

**D304006 1.7 TEST PORTS**

Provide test ports in piping at inlet and outlet of all major system components including pumps, if provided, and other equipment as required.

**D304007 EXHAUST SYSTEMS**

**D304007 1.1 FANS**

Fans shall be AMCA 210 certified, with AMCA seal. Fan bearings shall have a minimum average life of 200,000 hours at design operating conditions. Provide bird screens for outdoor inlets and outlets. Provide direct-drive type fans with means for verifying operation via the building DDC system or with speed controllers

**D304007 1.2 IN-LINE FANS**

UL-Listed centrifugal fans.

**D304007 1.3 WALL FANS**

Provide centrifugal fans with backdraft dampers and wall bracket.

**D304007 1.4 ROOFTOP FANS**

UL-Listed centrifugal fans with roof curb.

**D304007 1.5 UTILITY SETS**

AMCA 210 with AMCA seal.

**D304008 AIR HANDLING UNITS**

AMCA 210 certified fans with AMCA seal.  Fan bearings shall have a minimum average life of 200,000 hours at design operating conditions.  Provide bird screens for outdoor inlets and outlets.

**D304008 1.1 CENTRAL STATION AIR HANDLERS**

Modular construction, double wall air handling units with minimum of 1 inch (25 mm) casing insulation.  Provide AHRI 430 certified fans and AHRI certified coils.  Provide stainless steel, positive draining condensate drain pan.  For 100% outside air units provide capability for cooling, heating, dehumidification and reheat.  Cooling/dehumidification shall be accomplished by means of run-around coils with the cool water used for pre-cooling the outdoor air and the warm water used for reheating the cold air.  Winter heating shall be accomplished with electric resistance heaters located in the air handlers or duct mounted downstream of the unit.

**D304008 1.1.1 Ultraviolet Disinfection System**

For central station air handling units provide an ultra violet c-band (UVC) disinfection system for mold, bacteria and odor control in each air handler that has a chilled water coil.  Irradiation-emitters and fixtures are to be installed in sufficient quantity and in such an arrangement so as to provide an equal distribution of UVC energy on the coil and in the drain pan.  To maintain energy efficiency, the UVC energy produced shall be of the lowest possible reflected and shadowed losses.  Energy Efficiency - Power supplies shall be of the high efficiency electronic type and matched to the emitter.  Intensity - The minimal UVC energy striking the leading edge (if installed upstream) or trailing edge (if installed downstream) of all the coil fins shall not be less than 820 µW/cm2 at the closest point and through placement, not less than 60% of that value at the farthest point.  Equal amounts are to strike the drain pan, either directly or indirectly through reflection.  The foregoing sets the placement and minimum quantity of fixtures to be installed.  Installation - emitters and fixtures shall be installed at right angles to the conforming lines of the coil fins, such that through incident angle reflection, UVC energy bathes all surfaces of the coil and drain pan as well as all of the available line of sight airstream.  One complete set of spare bulbs will be supplied.

**D304090 OTHER DISTRIBUTION SYSTEMS**

**D304090 1.1 PUMPS**

Centrifugal circulating pumps with motor, motor starter, and motor enclosure conforming to the appropriate NEMA standards.  Provide suction diffusers on base-mounted pumps.  Insulate pumps used for chilled water service, if provided.

**D304090 1.1.1 Base Mounted Pumps**

Single stage end suction pumps suitable for chilled, condenser, and hot water heating systems.

**D304090 1.2 VARIABLE FREQUENCY DRIVES (VFD)**

Factory-assembled variable frequency drive control systems for variable speed control. All air handling unit and pump VFD's shall be from the same manufacturer. Each VFD shall include motor starter, motor disconnects and controls as required for a complete system. Units shall be UL-listed and comply with the National Electric Code.

Provide the following accessories:

Disconnect switch

Control circuit transformer, with primary and secondary fuses

Manual bypass

System hand-off-auto switch with provisions for remote start/stop of the system.

System initialized light

Run light

Failure alarm

LCD digital display with numeric keypad

Provide a control interface for remote monitoring of VFD functions and alarms from the DDC control system computer.

## D304090 1.3 AIR SEPARATORS

ASME rated air separators with tangential inlet and outlet connections and automatic air vent.

## D304090 1.5 EXPANSION TANKS

ASME rated expansion tanks with polypropylene or butyl diaphragm or compression tanks as indicated in UFC 3-400-10N.

## D304090 1.8 CONDENSATE DRAIN PIPING

ASTM B 88, Type M or L, hard drawn copper.

## D304090 1.9 CONDENSATE DRAIN INSULATION

Insulate condensate drain piping with flexible cellular insulation.

## D304090 1.11 PIPING IDENTIFICATION

Provide piping identification labels or Stencil names or code letters for piping systems in clearly visible letters and symbols. Provide arrow-shaped markings to indicate direction of flow.

## D304090 1.12 PIPE SLEEVES

Provide pipe sleeves at each wall and floor penetration. The sleeve shall be of a material suitable to protect the carrier pipe (two pipe sizes larger) and sealed with an appropriate flexible material. Provide fire stopping in fire rated walls in accordance with IBC.

**D304090 1.13 SYSTEM FLUSHING**

Thoroughly flush hydronic systems prior to system startup.  Isolate coils during initial flushing until water is clear.

**D3050 TERMINAL & PACKAGE UNITS**

**D305003 FAN COIL UNITS**

UL-Listed, factory assembled and tested fan coils, AHRI 440 and AHRI certified.

**D3060 CONTROLS AND INSTRUMENTATION**

**D306001 HVAC CONTROLS**

**D306001 1.1 DIRECT DIGITAL CONTROLS**

Provide one of the following as directed in ESR Section D30.

a.    Provide Direct Digital Controls (DDC) to comply with the requirements specified in UFGS Section 23 09 23, *Lonworks Direct Digital Control for HVAC and Other Building Control Systems*.

b.    Provide a partial direct digital control (DDC) system to that will communicate with the existing DDC system.  Notwithstanding any other provisions of this contract, no other product will be acceptable other than that indicated in ESR Section D30.  Provide a distributed control system.  Integrate all new DDC points on the existing server providing a seamless logical flow from the existing facilities to the new integrated facility.

The Designer of Record shall use UFGS Section 23 09 23, *Lonworks Direct Digital Control for HVAC and Other Building Control Systems*, and submit the edited specification section as a part of the project design submittal.

Design requirements shall be in accordance with all specification notes and the BAS Owner shall be identified and designated early in the design documentation.

The system shall have stand alone digital controllers, a communication network, and a workstation computer with control software.  Provide stand-alone control routines that operate without connection to the network during a loss of communication.  Provide trending, scheduling and alarm tables (may be included with the sequence of operation).  Use alarming and trending services during performance testing or commissioning.  Alarm every sequence routine when out-of-limits or control/response failure occurs.  Display all graphic floor plans, equipment graphics, DDC ladder diagrams, and sequence of operations graphic pages.

All 230-volt wiring shall comply with NFPA 70.  All 24-volt wiring shall comply with the IMC and terminal device manufacturer's recommendations.

Provide training on the installed system according to the maximum training days in UFGS 23 09 23.  All operator workstation functions requiring Lonworks services, i.e., navigating through the graphic displays, trending, alarming and monitoring of the new controls system must be demonstrated from the existing operator workstation using only the existing application software and without the need to launch other applications or logon to other vendor applications.

**D306001 1.2  ELECTRONIC CONTROLS**

If required, provide programmable thermostats with built in keypads for scheduling of day and night temperatures with two setback periods per day. Provide independent summer and winter programs. Thermostats shall have temporary and manual override of schedule and battery backup.

## D3070 SYSTEMS TESTING AND BALANCING

### D3070 1.1 HVAC SYSTEM

Provide HVAC systems testing and balancing that complies with the requirements specified in UFGS Specification Section 23 05 93, *Testing, Adjusting, and Balancing for HVAC*. The Designer of Record shall prepare UFGS Specification Section 23 05 93, as a part of the project specification and shall include the prepared specification section in the design submittal for the project.

## D3090 OTHER HVAC SYSTEMS AND EQUIPMENT

## D309001 GENERAL CONSTRUCTION ITEMS

### D309001 1.1 SEISMIC DESIGN

Provide in accordance with UFC 3-400-10N, *Mechanical Engineering*.

## D309090 OTHER SPECIAL MECHANICAL SYSTEMS

### D309090 1.1 AIR CURTAINS

Provide fans that conform to AMCA 220 with AMCA seal. Furnish air curtains with a weatherproof housing constructed of high impact plastic or minimum 1.3 mm 18 gauge rigid welded steel. Provide backward curved, non-overloading, centrifugal type fan wheels, accurately balanced statically and dynamically. Provide motors with totally enclosed fan cooled enclosures. Provide remote manual type motor starters with weather-resistant enclosure actuated when the doorway served is open. Provide air curtains that attain the air velocities specified within 2 seconds following activation. Provide bird screens at air intake and discharge openings. Provide air curtain unit or a multiple unit installation that is at least as wide as the opening to be protected. Provide the air discharge openings to permit outward adjustment of the discharge air. Place installation and adjust according to the manufacturer's written recommendation. Design air curtains to prevent the adjustment of the air velocities specified. Make the interior surfaces of the air curtain units accessible for cleaning. Provide certified test data indicating that the fan can provide the air velocities required when fan is mounted per the manufacturer's written instructions. Provide air curtains designed as fly fans as a minimum. Provide air curtains designed for use on customer entranceways that develop an air curtain not less than 200 mm thick at the discharge opening. Provide velocity that is not less than 3 m/s across the entire entryway when measured 900 mm above the floor. Equip recirculating type air curtains with readily removable filters, or design the filters for in-position cleaning. Provide readily accessible and easily cleanable air capture compartment or design for in-position cleaning.

### D309090 1.2 REFRIGERATION EQUIPMENT FOR COLD STORAGE

Provide refrigeration systems for cold storage areas to comply with the requirements specified in UFGS Section 23 63 00.00 10, *Cold Storage Refrigeration Systems*. The condensers may be water cooled and connected to the base central chilled water system to reduce the outdoor equipment and maintenance issues.

### D309090 1.3 KITCHEN EXHAUST HOODS OVER COOKING EQUIPMENT

Provide exhaust hoods over cooking equipment to comply with the requirements specified in UFGS Section 11 44 00, *Food Cooking Equipment*. Provide centrifugal type kitchen exhaust fans according to UL 705, fitted with

V-belt drive, round hood, and windband upblast discharge configuration, integral residue trough and collection device, with motor and power transmission components located in outside positively air ventilated compartment. Use only lubricated bearings.

-- End of Section --

SECTION D40
FIRE PROTECTION
11/10

**D40 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project.  Other RFP Part 4 requirements are not required.

**D40 1.1 DESIGN GUIDANCE**

Provide the design and installation of fire protection systems in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification.*

**D40 1.1.1 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 3-600-01 | Fire Protection Engineering for Facilities |
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs which include the following significant UFC(s):UFC 3-600-01, Fire Protection Engineering for Facilities) |
| UFC 3-600-10N | Fire Protection Engineering |

**D40 1.2 QUALITY ASSURANCE**

Materials and assemblies installed in the work shall be inspected and found to be in compliance with industry standards and these specifications prior to acceptance of the work. Items found not to be in compliance shall be removed, or corrective measures taken, to assure compliance with the referenced standard.

Qualifications, Training Plans, and Test Plans and Procedures indicated herein, shall be submitted 45 calendar days prior to the expected date of execution. Notify the Contracting Officer 14 calendar days prior to all testing. Submit test results within 7 calendar days of completion of testing.

**D40 1.2.1 Qualified Workers**

**D40 1.2.1.1 Fire Protection Designer of Record (FPDOR)**

Services and qualifications of the FPDOR shall be as specified in UFC 3-600-01 as a Fire Protection Engineer and UFC 3-600-10N. The FPDOR shall review and approve all fire protection engineering submittals.

### D40 1.2.1.2 Fire Protection Engineering Technicians

Workers required herein to be certified by the National Institute for Certification in Engineering Technologies (NICET) as an engineering technician in the Fire Protection Engineering Technology program shall be thoroughly trained and experienced, and completely familiar with the specified requirements and the methods needed for proper performance of the work in this section. All documentation required to be submitted for record and/or approval shall include the NICET engineering technician's signature, along with the technician's current NICET certification number, certification subfield, and level.

Installation drawings, shop drawings or working plans, calculations, other required pre-construction documentation and as-built drawings shall be prepared by, or under the direct supervision of a NICET engineering technician as specified in Section 6 D40 of Part 3.

### D40 1.2.1.3 Qualified System Installers

Fire Suppression System and Fire Alarm System installers shall be regularly engaged in the installation of the type and complexity of system specified in the Contract documents, and shall have served in a similar capacity for at least three systems that have performed in the manner intended for a period of not less than 6 months.

Installers of Chlorinated Poly Vinyl Chloride (CPVC) sprinkler systems shall be certified by the manufacturer and maintain a copy of their certification on hand at all times.

### D40 1.2.2 Fire Protection QC Specialist

The Fire Protection (FP) QC Specialist shall be a U.S. Registered Fire Protection Engineer (FPE) and shall be an integral part of the Prime Contractor's Quality Control Organization. This FPE shall have no business relationships (owner, partner, operating officer, distributor, salesman, or technical representative) with any fire protection equipment device manufacturers, suppliers or installers for any such equipment provided as part of this project. The Fire Protection Designer of Record (FPDOR) may serve as the FPQC Specialist provided the following qualifications are met.

a.  Qualifications/Experience: The FPQC Specialist shall have obtained their professional registration by successfully completing the Fire Protection Engineering discipline examination. This FPE shall have a minimum of 5 years full time and exclusive experience in every aspect of facility design and construction as it relates to fire protection, which includes, but is not limited to, building code analysis, life safety code analysis, design of automatic detection and suppression systems, passive fire protection design, water supply analysis, and a multi-discipline coordination reviews, and construction surveillance.

b.  Area of Responsibility: The FPQC Specialist is responsible for assuring the proper construction and installation of life safety and fire protection features across all disciplines and trades. The FPQC Specialist shall be responsible for assuring that life safety and fire protection features are provided in accordance with the design documents, approved construction submittals, and manufacturer's requirements. Examples include, but are not

limited to, water distribution systems including fire pumps and fire hydrants, fire resistive assemblies such as spray-applied fire proofing of structural components and fire rated walls/partitions, fire alarm and detection systems, fire suppression and standpipe systems, and emergency and exit lighting fixtures.

c.    Construction Surveillance:  The FPQC Specialist shall visit the construction site as necessary to ensure life safety and fire protection systems are being constructed, applied, and installed in accordance with the approved design documents, approved construction submittals, and manufacturer's requirements.  Frequency and duration of the field visits are dependent upon particular system components, system complexity, and phase of construction.  At a minimum, field visits shall occur just prior to installation of suspended ceiling system to inspect the integrity of passive fire protection features and fire suppression system piping, preliminary inspections of fire alarm/detection and suppression systems, and final acceptance testing of fire alarm/detection and suppression systems.  The FPQC Specialist shall prepare a written report detailing compliance of any outstanding submittal review comments, summarizing the results of all tests, detailing all discrepancies discovered, corrective action taken, all forms as required by the respective NFPA codes, and recommendations/certifications for acceptance. Forward one copy of the report with attachments to the Naval Facilities Engineering Command Fire Protection Engineer.

### D40 1.2.3 Performance Verification Testing

All systems shall have operational tests to demonstrate compliance with contract requirements and respective NFPA codes, International Building Code and as noted below.  Test procedures shall be in full compliance with the respective NFPA codes, the equipment manufacturer recommendations, UFC 3-600-01, and UFC 3-600-10N.  Provide all personnel, equipment, and materials for tests.  Return trips to witness repeat acceptance tests due to failure of previous tests will be at the Contractor's expense.

### D40 1.2.3.1 Preliminary Inspections and Final Acceptance Testing

The FPQC Specialist shall personally witness all preliminary inspections of fire alarm/detection and suppression systems. Once preliminary inspections have been successfully completed, the FPQC Specialist shall submit a signed certificate to the QC Manager that systems are ready for final inspection and testing. The Naval Facilities Engineering Command Fire Protection Engineer and the MED Fire Protection Engineer will witness formal tests and approve all systems before they are accepted. The QC Manager shall submit the request for formal inspection at least 15 days prior to the date the inspection is to take place.  The QC manager shall provide 10 days advance notice to the Contracting Officer and the activity Fire Inspection Office of scheduled final inspections.

### D40 1.2.3.2 Final Life Safety/Fire Protection Certification

The FPQC Specialist shall provide certification that all life safety and fire protection systems have been installed in accordance with the contract documents, approved submittals, and manufacturer's requirements.  This certification shall summarize all life safety and fire protection features, and

shall bear the professional seal of the FPQC Specialist.

### D40 1.2.3.3 System Manufacturers Representatives

The systems manufacturer technical representative shall be present for the final inspection and test for the following systems: fire alarm and detection, fire pump, carbon dioxide, foam generating and clean agent extinguishing.

### D40 1.2.3.4 Fire Suppression Water Supply and Equipment

The fire hydrants shall be inspected prior to backfilling the trench surrounding the fire hydrants. A report, including pictures, shall be provided to the Contracting Officer.

Fire pump tests shall be conducted in the presence of the pump, controller, and engine manufacturer technical representatives. The fire pump manufacturer shall also be present for the preliminary test of the fire pump system. Fire pump tests shall be conducted flowing water thru a test header.

### D40 1.2.3.5 Spray-Applied Fire Proofing and Fire Stopping

See Section C1030 for requirements.

## D40 1.2.4 Training

The contractor shall provide training for the active systems within 6 weeks of final acceptance of the systems. The training shall be scheduled at least 2 weeks in advance.

## D40 1.3 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 00.12 10, *Submittal Procedures For Design-Build Project*, the MED Design Instruction Manual*, UFC 3-600-01, Fire Protection Engineering for Facilities,* and UFC 3-600-10N, *Fire Protection Engineering*.

## D40 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

All fire protection engineering submittals including:

a.   Shop Drawings.  Provide shop drawings for all systems.

b.   Product Data.  Provide product data for all equipment.

c.   Design Data.  Provide design data for all system calculations.

d.   Test Reports

e.   Certificates

## D4010 FIRE ALARM AND DETECTION SYSTEMS

## D401001 FIRE ALARM DISTRIBUTION

**D401001 1.1 REMOTE ANNUNCIATORS**

Remote annunciators shall have a minimum 80 character alphanumeric display with alarm acknowledge, alarm silence, and reset functions.

**D401001 1.2 TRANSMITTED SIGNALS**

Provide the following signals, if equipment initiating the signal is provided, to be sent to the fire alarm receiving station:

a.    Sprinkler Water Flow

b.    Smoke Detector

c.    Manual Pull Station

d.    Supervisory (i.e., valve tamper switch, fire pump loss of power, fire pump phase reversal)

e.    Duct Smoke Detector

f.    Kitchen Hood Extinguishing System
f.    Fire Pump Running

g.

h.    System Trouble

**D4020 FIRE SUPPRESSION WATER SUPPLY AND EQUIPMENT**

**D402001 FIRE PROTECTION WATER PIPING AND EQUIPMENT**

The water supply for NSA, Bahrain is supplied by a combined domestic/fire water system.  Current tank size has 2 cells holding 105,750 gallons each.  The pumps are 2ea 100gpm variable speed pumps which alternate start up followed by 3ea 500gpm variable speed pumps.  Two variable frequency drives(VFDs) are provided, 1ea for the 100gpm pumps and 1ea for the 500gpm pumps.  The VFDs take roughly 35 seconds to ramp up to full capacity before initiating the start up of the superseding pump

At the point of connection for this building you can expect the following flow in the 10in main:

Static Pressure:  90Psi

Residual Pressure:  50psi @ 2,000gpm (Fire Flow at P-940) + 609gpm (Domestic)

These numbers must be field verified by the contractor prior to any design work is submitted.

**D4040 SPRINKLERS**

**D404001 SPRINKLERS & RELEASING DEVICES**

**D404001 1.1 DESCRIPTION**

While none are anticipated, any areas subject to freezing shall be provided with a dry pipe system. Loading docks may be protected with dry-type sidewall sprinklers supplied by the wet-pipe system

**D404001 1.2 REQUIREMENTS**

Utilize upright sprinklers with ordinary temperature rating and color to match finish in normally occupied rooms without a finished ceiling (i.e., laboratories, and other spaces with exposed ceilings).

## D4090 OTHER FIRE PROTECTION SYSTEMS

## D409001 COMMERCIAL KITCHEN HOOD FIRE SUPRESSION SYSTEM

## D409001 1.1 GENERAL DESCRIPTION

The fire extinguishing system shall be capable of detecting a cooking grease fire originating on the range top, extinguish the fire, and prevent reignition, while at the same time, shutoff the gas or electric supply to all equipment under the grease removal hood.   . Each system shall be provided with a means to distribute the wet chemical agent, fire detection components, container for storing the wet chemical, valve assembly with pressure gauge, enclosure assembly for container, and appliance shutoff device. These components shall be provided factory assembled and ready for installation and installed in accordance with an approved owner's manual.

## D409001 1.2 CERTIFICATION

The fire extinguishing system shall have a current UL listing in most recent Fire Protection Equipment Directory (FPED).

## D409001 1.3 CHEMICAL AGENT

### D409001 1.3.1 Wet Chemical

Shall conform to the requirements of National Fire Protection Association (NFPA) Standard No. 17A for Wet Chemical Fire Extinguishing Systems.

## D409001 1.4 SYSTEM COMPONENTS

### D409001 1.4.1 System Enclosure

The system enclosure shall consist of the pressurized extinguisher cylinder with wet chemical fire suppressant, central processing unit control board with terminal block connections, electronic release valve, cylinder pressure gauge, enclosure base, and enclosure cover. Operation of the extinguisher unit is controlled by the supervised electronic control panel, which is battery powered. Detection is initiated through the heat sensors, activating the alarm and the extinguisher. The electric or gas shutdown devices can either be sonically operated by the control panel, or hardwired to the central processing unit control board.

### D409001 1.4.2 Cylinder and Valve Assembly

The extinguisher cylinder and valve assembly shall be provided fully charged with chemical and pressurized in accordance with listed requirements. A pressure gauge attached to the valve assembly shall be positioned to allow visual inspection when installed within a kitchen cabinet. Maximum allowable height of container (including the enclosure assembly) shall not exceed 12 inches. The container and valve assembly shall be of the reserviceable type and provide maintenance requirements synonymous with that required for portable handheld fire extinguishers, according to National Fire Protection Association (NFPA) Standard 10. The container and valve assembly shall be provided factory assembled to the enclosure. Assembly shall include a premounted CPU control board for the appliance shutoff device and

necessary attachment for the Fire Detection Unit.  The complete extinguisher cylinder and valve assembly shall be installed in a protected area above the range hood (normally, kitchen cabinets). Installations which expose extinguisher cylinder and valve assembly to direct cooking heat and grease will not be accepted.

### D409001 1.5 CENTRAL PROCESSING UNIT CONTROL BOARD

The CPU control board is housed / attached inside the system enclosure.  The control board's circuitry is powered by a 9V DC battery and has the following features:

### D409001 1.5.1 Supervised Circuitry

The audible 106DB alarm in the CPU control board will "alarm" to warn of possible trouble in the electronic circuitry including the heat sensors, if there is an open circuit.

### D409001 1.5.2 System Operation Light

The red "power" light will blink approximately every 45 seconds to confirm the system is operating.

### D409001 1.5.3 Audible Alarm

The system 106DB alarm is designed to continuously sound once the system has been activated by a stove top fire.

### D409001 1.5.4 Low Battery Warning

The audible alarm on the CPU control board will "chirp" approximately every 45 seconds when a low battery condition exits.  If this condition exists, 9V DC battery must be replaced immediately to insure proper system operation.

### D409001 1.5.5 Auxiliary Outputs

Can be connected to automatic telephone dialers, monitored security alarm systems or other warning/protective equipment.  Auxiliary outputs provide one (1) second impulses to activate above items. These connection are rated at 5 AMP at 250V AC.

### D409001 1.6 TEMPERATURE ACTIVATED SENSOR ASSEMBLY

The sensor assembly shall consist of two (2) metal housed detector assemblies containing diode type heat sensors, affixed to the side of the magnetic nozzle bases, and connected to the CPU control board with two (2) different wire lengths.

### D409001 1.7 DISTRIBUTION ASSEMBLY

The distribution assembly shall consist of two (2) Teflon lined stainless steel braided hoses and two (2) magnetic based adjustable nozzle assemblies. The use of copper tubing shall not be accepted. Hose and nozzles shall comply with NFPA Standard No. 17A for Wet Chemical Extinguishing Systems and shall have been investigated by Underwriters Laboratories, Inc. (U.L.) and listed for this service.

### D409001 1.8 APPLIANCE NOZZLES

Wet System: Appliance nozzles shall be constructed of brass. Appliance

W912ER-11-D-0010-0006

**A1297**

nozzles with painted surfaces shall not be accepted. Appliance nozzles shall not extend below the lowest component of the range hood. Design shall provide equal distribution of chemical agent and allow chemical to flow effectively with low velocity to avoid splattering of burning grease.

## D409001 1.9 APPLIANCE SHUT-DOWN DEVICE

Each system shall be provided with a listed device to automatically shutoff the gas or electric supply to all equipment under the grease removal hood upon activation of the alarm from the fire detection unit via an interconnection cable. The gas or electric supply shall remain "off" until manually reset. Electrical power cutoff to kitchen range hood exhaust fan shall not be required for Underwriters Laboratories Incorporated (U.L.) listed extinguishing systems.

### D409001 1.9.1 Gas Shutoff

Once activated via a low voltage interconnection cable, the gas valve will remain in the closed position and will require manual reset by depressing the reset button located on the top of the gas control box. The gas control box is powered by the 230v outlet behind the range.

### D409001 1.9.2 Electric Shutoff

Once activated via a low voltage interconnection cable it will close the electrical current to the range and must be manually reset. You can reset the shutoff by either unplugging it from the wall & plugging it back in, or by resetting the breaker for the range.

## D409001 1.10 OWNER'S MANUAL

Each system shall be provided with a comprehensive owner's manual that shall contain procedures for post cleanup, parts identification, a complete wiring diagram, system installation with pictorials for step-by-step procedures, system limitation, and inspection & maintenance requirements. Reservicing/recharging procedures can also be contained in the owner's manual.

--End Of Section--

SECTION D50

ELECTRICAL
11/10

**D50 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**D50 1.1 NARRATIVE**

This section covers installations inside the facility and out to the 1.5 Meter line. See PTS Section G40, *Site Electrical*, for continuation of systems beyond the 1.5 Meter line..

**D50 1.2 ELECTRICAL DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

When all product Quality Control information is included in the Unified Facility Criteria (UFC) and there are requirement options identified in the ESR, then the Uniformat Level 4 titles (and possible subtitles) are included without additional verbiage.  One example of this is D501090, OTHER SERVICE AND DISTRIBUTION.

**D50 1.2.1 Government Publications**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs that are listed in UFGS Section 01 33 10.05 20, which includes the following significant UFC(s):UFC 3-501-01, Electrical Engineering) |
| UFC 3-580-10 | Navy and Marine Corps Intranet (NMCI) Standard Construction Practices |
| UFC 3-580-01 | Telecommunications Building Cabling Systems Planning & Design |
| UFC-3-501 | Electrical Engineering |
| UFC-3-510-01 | Foreign Voltages & Frequencies Guide |
| UFC 3-520-01 | Interior Electrical Systems |
| UFC 3-530-01 | Interior & Exterior Lighting Controls |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

| | |
|---|---|
| UFGS 26 20 00 | Interior Distribution System |
| UFGS 26 23 00 | Switchboards and Switchgear |
| UFGS 26 29 23 | Variable Frequency Drive Systems Under 600 Volts |
| UFGS 27 10 00 | Building Telecommunications Cabling System |
| UFGS 27 05 14.00 10 | Cable Television Premises Distribution System |
| UFGS 27 51 16 | Radio and Public Address Systems |
| UFGS 27 54 00.00 20 | Community Antenna Television (CATV) System |
| UFGS 26 32 13.00 20 | Single Operation Generator Sets |
| UFGS 26 36 23.00 20 | Automatic Transfer Switches |
| UFGS 28 20 00.00 20 | Electronic Security System (ESS), Commercial |

National Fire Protection Association, NFPA 70 2011 (National Electric Code

National Fire Protection Association, NFPA 72 2010 (National Fire Alarm Code)

British Standards, BS 7671 (Requirements for Electrical Installations)

British Standards, BS 1363-2 (13A Plugs, Socket-outlet & adapters-Specifications for 13A switched & unswitched socket-outlets

## D50 1.3 QUALITY ASSURANCE

Qualifications, certifications, and Test Plans indicated herein shall be submitted 45 calendar days prior to the expected date of execution. Notify the Contracting Officer 14 calendar days prior to all testing. Submit test results within 7 calendar days of completion of testing.

The Designer of Record is responsible for approving the submittals listed below.

### D50 1.3.1 Qualified Testing Organization

Contractor shall engage the services of a qualified testing organization to provide inspection, testing, calibration, and adjustment of the electrical distribution system and equipment listed in paragraph entitled "Acceptance Tests and Inspections" herein. Organization shall be independent of the supplier, manufacturer, and installer of the equipment. The organization shall be a first tier subcontractor.

Submit name and qualifications of organization. Organization shall have been regularly engaged in the testing of electrical materials, devices, installations, and systems for a minimum of 5 years. The organization shall have a calibration program, and test instruments used shall be calibrated in accordance with NETA ATS.

Submit name and qualifications of the lead engineering technician performing the required testing services. Include a list of three comparable jobs performed by the technician with specific names and telephone numbers for reference. Testing, inspection, calibration, and adjustments shall be performed by an engineering technician, certified by NETA or the National Institute for Certification in Engineering Technologies (NICET) with a minimum of 5 years' experience inspecting, testing, and calibrating electrical distribution and generation equipment, systems, and devices.

### D50 1.3.2 NEC Qualified Worker

Provide in accordance with NFPA 70 and British Standard BS 7671. Qualified Workers shall be allowed to be assisted by helpers on a 1 to 1 ratio, provided such helpers are registered in recognized apprenticeship programs. Submit a certification confirming NEC Qualified Worker requirements.

### D50 1.3.3 Qualified Telecommunications Worker

All installers assigned to the installation of telecommunications systems or any of its components shall be Building Industry Consulting Services International (BICSI) Registered Cabling Installation Technicians or have a minimum of 3 years experience in the installation of the specified copper and fiber optic cable and components. Include names and locations of two projects successfully completed using optical fiber and copper communications cabling systems. Include written certification from users that systems have performed satisfactorily for not less than 18 months. Include specific experience in installing and testing structured telecommunications distribution systems using optical fiber and Category 6 cabling systems.

### D50 1.3.4 Material Standards

Ensure service support and provide manufacturer's nameplate in accordance with PTS Section Z10, *General Performance Technical Specification*.

#### D50 1.3.4.1 Warning Labels

Provide arc flash warning labels.

#### D50 1.3.4.2 Field-Required Nameplates

Provide laminated plastic nameplates for each switchboard, switchgear, panelboard, equipment enclosure, motor controller, relay, and switch. Each nameplate must identify the function and, when applicable, the position. Provide melamine plastic nameplates, 0.125 inch (3 mm) thick, white with black center core. Surface shall be matte finish. Corners shall be square. Accurately align lettering and engrave into the core. Minimum size of nameplates shall be 1-inch by 2-1/2 inches (25 mm by 65 mm). Lettering shall be a minimum of 0.25 inch (6.35 mm) high normal block style.

### D50 1.3.5 Factory Testing

The Government reserves the right to witness all factory testing. The manufacturer shall have a calibration program that assures that all applicable test instruments are maintained within rated accuracy.

### D50 1.3.6 Electrical System Startup and Testing

Submit test plans for approval. The test plans shall be tailored to the systems provided.

The test plan shall list make and model and provide functional description of the test instruments and accessories and shall describe the setup of the tests to be conducted. Test instruments shall be capable of measuring and recording or displaying test data at a higher resolution and greater accuracy than specified for the equipment's performance.

### D50 1.3.6.1 Factory Trained Engineer

Provide a factory trained engineer to supervise start-up and testing as required in referenced specifications.

### D50 1.3.6.2 Performance Verification Testing

The Contractor shall show by demonstration in service that all circuits and devices are in operating condition. Tests shall be such that each item of control equipment will function not less than five times. The Contractor shall provide all necessary test equipment, tools, fuel, load banks, labor, and materials for testing. As a minimum, all systems shall be tested in accordance with manufacturer's recommendations. Additional testing requirements for the various systems are described with those systems, hereinafter. The Contractor shall assure that all applicable test instruments are maintained within rated accuracy. Dated calibration labels shall be visible on all test equipment.

Submit a separate electrical field test plan in accordance with manufacturer's recommendations and that conforms to NETA ATS for each piece of Electrical Distribution Equipment and System requiring Performance Verification Testing.

The following items identify specific test requirements. Additional test requirements are contained in the applicable UFGS.

a.   Panelboards - Field test each GFI and AFI circuit breaker with a UL 1436-certified outlet circuit tester to verify correct operation.

b.   Motor starters – Test motor  motor starters in accordance with NETA ATS.

c.   Transient voltage surge suppressors (TVSS) –

1)  Inspect for physical damage and compare nameplate data with the drawings and specifications, if applicable. Verify from the nameplate data that the TVSS equipment is appropriate for the system voltage.

2)   Verify lead length between the TVSS equipment and the

circuit connection is less than one foot.

3) Verify wiring between the TVSS equipment and the circuit connection does not include high-inductance coils or sharp bends.

4) Confirm circuit breaker used for TVSS circuit connection is sized in accordance with TVSS manufacturer's requirements.

5) Ensure TVSS equipment is grounded in accordance with TVSS manufacturer's requirements. Check the ground lead on each device for individual attachment to the ground bus or electrode.

6) Check tightness of connections in accordance with NETA ATS.

7) For TVSS equipment with visual indications of proper operation, verify that it displays normal operating characteristics.

d. Receptacles – Test GFI receptacles with a UL 1436-certified outlet circuit tester to verify correct operation.

e. Lighting - Aim photocell switches and locate light level sensors in accordance with the manufacturer's recommendations. Verify that equipment operates in accordance with user's requirements and in accordance with manufacturer's recommendations. Fluorescent lamps on electronic dimming ballast control shall be burned in at full light output for 100 hours before dimming.

f. Telecommunication - Test telecommunications systems in accordance with applicable EIA/TIA requirements. Personal Alerting systems - Tests shall include originating and accepting messages at each station, at proper volume levels, without cross-talk or noise from other links or non-designated units. Test shall utilize the phonetically balanced monosyllabic work intelligibility test in accordance with ANSI S3.2 (ASA 85). In order to be acceptable, a score of at least 75 percent must be obtained for each system test.

g. Community Antenna Television Systems - Confirm design and installation is in compliance with NCTA-02, 47 CFR 76.605 and in accordance with FCC proof of performance requirements. Test plan shall define tests required to ensure that the system meets technical, operational, and performance specifications. Test plan shall include plan for testing for signal leakage.

i. Electronic security systems (ESS) – Test ESS in accordance with UFGS requirements.

h. Grounding systems - Test the grounding system in accordance with NETA ATS.

k. Lightning protection (If required) - Upon completion of the installation, Contractor shall furnish the UL Lightning Protection Inspection Certificate certified to UL 96A for the system.

i. Emergency lighting - Test emergency lighting that is intended for means of egress in accordance with NFPA 101,

Section 5-9. Confirm the emergency lighting system operates for a minimum of 90 minutes and emergency illumination satisfies NFPA 101, Section 5-9, specified levels.

.

### D50 1.3.6.3 Acceptance Tests and Inspections

The Government reserves the right to witness all Acceptance Tests and Inspections, review data, and request other such additional inspections and repeat tests as necessary to ensure that the system and provided services conform to the stated requirements.

The Qualified Testing Organization shall provide the Acceptance Tests and Inspections test plan and perform the acceptance tests and inspections. Test methods, procedures, and test values shall be performed and evaluated in accordance with NETA ATS, the manufacturer's recommendations, and paragraph entitled "Field Quality Control" of each applicable specification section. Tests identified as optional in NETA ATS are not required unless otherwise specified. Equipment shall be placed in service only after completion of required tests and evaluations of the test results have been completed. Contractor shall supply to the testing organization complete sets of shop drawings, settings of adjustable devices, and other information necessary for an accurate test and inspection of the system prior to the performance of any final testing. Perform acceptance tests and inspections on Switchboards and Switchgear.

### D50 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with PTS Section Z10, *General Performance Technical Specifications*, UFGS Section 01 33 10.05 20, *Design Submittal Procedures*, the MED Design Instruction Manual, and UFC 3-501-01, *Electrical Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS Section Z10, *General Performance Technical Specifications*.

| | |
|---|---|
| UFGS 26 20 00 | Interior Distribution System |
| UFGS 26 23 00 | Switchboards and Switchgear |
| UFGS 26 29 23 | Variable Frequency Drive Systems Under 600 Volts |
| UFGS 27 10 00 | Building Telecommunications Cabling System |
| UFGS 27 05 14.00 10 | Cable Television Premises Distribution System |
| UFGS 27 51 16 | Radio and Public Address Systems |
| UFGS 27 54 00.00 20 | Community Antenna Television (CATV) System |
| UFGS 26 32 13.00 20 | Single Operation Generator Sets |

UFGS 26 36 23.00 20        Automatic Transfer Switches
UFGS 28 20 00.00 20        Electronic Security System (ESS),
                           Commercial


UFGS 26 32 13.00 20, *Single Operation Generator Sets*


## D50 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the PTS Section Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Electrical Equipment, OMSI information for equipment, and Quality Assurance Submittals listed above.

Provide certification that all adjustable protective device settings have been set in accordance with the coordination study for the as-built equipment and configuration.

## D5010 ELECTRICAL SERVICE AND DISTRIBUTION

## D501001 MAIN TRANSFORMERS

Not Used

## D501002 SERVICE ENTRANCE EQUIPMENT

When a switchboard or switchgear is required, the Designer of Record shall utilize UFGS Section 26 23 00 for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

## D501003 INTERIOR DISTRIBUTION TRANSFORMERS

Not Used

## D501004 PANELBOARDS

Panelboards shall comply with UL 67 and UL 50. UL 869A shall apply if used as service entrance equipment. Panelboards for non-linear loads shall be UL listed, including heat rise tested, in accordance with UL 67, except with the neutral assembly installed and carrying 200 percent of the phase bus current during testing.

Provide molded case circuit breakers in accordance with UL 489.  Ground fault circuit interrupting circuit breakers shall comply with UL 943. Arc fault circuit breakers shall comply with UL 489 and UL 1699.

## D501005 ENCLOSED CIRCUIT BREAKERS

Provide molded case circuit breakers in accordance with UL 489. UL 869A shall apply if used as service entrance equipment. Provide with solid neutral when grounded conductor is present.

## D501006 MOTOR CONTROL CENTERS

Motor control centers shall comply with UL 845, NEMA ICS 2, and NEMA ICS 3. Motor

controllers shall comply with UL 508. Provide disconnecting means capable of being locked out for machines and other equipment to prevent unexpected startup or release of stored energy in accordance with 29 CFR 1910.147.

## D501006 1.1 VARIABLE FREQUENCY DRIVES (VFD)

When Variable Frequency Drives are required, the Designer of Record shall utilize UFGS Section 26 29 23 for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

## D501090 OTHER SERVICE AND DISTRIBUTION

## D501090 1.1 TRANSIENT VOLTAGE SURGE SUPRESSORS (TVSS)

## D5020 LIGHTING AND BRANCH WIRING

## D502001 BRANCH WIRING

Provide wiring and connections for special outlets where required.

All homerun circuits must contain no more than 3 phase conductors.

Switches shall comply with NEMA WD-1 and UL 20.

## D502002 LIGHTING EQUIPMENT

Installation shall meet requirements of manufacturer's recommendations and the additional requirements for "Severe Seismic Disturbance" contained in ASTM E 580. Fixture support wires shall conform with ASTM A 641/A 641M, galvanized regular coating, soft temper.

## D502002 1.1 BALLASTS

Electronic ballasts shall include a 5-year warranty.

## D5030 COMMUNICATIONS AND SECURITY

## D503001 TELECOMMUNICATIONS SYSTEMS

Design a telecommunications distribution system using a hierarchical star topology.  ISP systems shall use cable trays with conduits (RGS or EMT) from the cable tray to the outlet in accordance with 569-B.  The entire system will be a true Ethernet, end-to-end Category 6 horizontal system.  All cables shall be plenum rated.  All systems will comply with TIA/EIA 568-C standards.
## D503002 Personnel Alerting SYSTEMS See Part 3 and Performance Specification UFGS 27 51 16 Radio and Public Address Systems.
## D503003 INTERCOMMUNICATIONS SYSTEMS

Not required.
## D503004 TELEVISION SYSTEMS

## D503004 1.1 COMMUNITY ANTENNA SYSTEM (CATV)
The CATV system shall comply with UFGS specification listed at the front of section D50, Part 4.  All ISP cable shall be UL listed and plenum rated. **D503005 SECURITY SYSTEMS**

## D503005 1.1 ELECTRONIC SECTURITY SYSTEMS (ESS)

When an ESS system is required, the Designer of Record shall utilize UFGS Section 28 20 00.00 20 for the project specification and shall submit the

edited specification section as a part of the design submittal for the project.

## D503090 OTHER COMMUNICATIONS AND ALARM SYSTEMS

There are no other requirements for this project.

## D5090 OTHER ELECTRICAL SERVICES

## D509001 GENERAL CONSTRUCTION ITEMS (ELECTRICAL)

## D509002 EMERGENCY LIGHTING AND POWER

## D509002 1.1 EMERGENCY LIGHTING

## D509002 1.2 EMERGENCY GENERATORS

Not Used

## D509002 1.3 AUTOMATIC TRANSFER AND BYPASS/ISOLATION SWITCHES

Not Used

## D509003 GROUNDING SYSTEMS
Grounding systems for Telecommunications Systems, Pathways and Spaces, Equipment Rooms, and equipment, shall comply with ANSI J-STD-607-A.

## D509004 LIGHTNING PROTECTION

## D509005 ELECTRIC HEATING

## D509006   ENERGY MANAGEMENT CONTROL SYSTEM

## D509007 BUILDING PHOTOVOLTAIC SYSTEM OPTIONAL

Provide building integrated or mounted photovoltaic (BIMPV) systems on building rooftops.  System shall be a non grid-tied system and the system output voltage shall match the building voltage and be a 3-phase, 4-wire system.

Provide all labor, materials, equipment and supervision required to implement the design and to provide a fully operational system;

Provide PV modules with a 20-year limited manufacturer warranty that generates no less than 80% of the rated output under Standard Test Conditions (STC).

Provide manufacturer start-up, testing and balancing, and document final operation testing.

## D509007 1.1 CODES AND STANDARDS

The PV system hardware and services shall meet or exceed all local, State and utility requirements, conform to the applicable codes and standards, and have passed the listing and qualification tests, listed below. (Comply with the most recent version of each document).

a.   IEEE 1262 "Recommended Practice for Qualifications of Photovoltaic Modules".

b.   PowerMark certification for PV modules.

c.   IEEE Standard 928-1986, Recommended Criteria for Terrestrial
     Photovoltaic Power Systems (PV system performance criteria).
d.   IEEE 929-2000, Recommended Practice for Utility Interface of
     Photovoltaic (PV) Systems.
e.   Underwriters Laboratories 1741-2001 (UL Standard for Inverters and
     Charge Controllers).
f.   Underwriters Laboratories 1703 (UL Standard for Listing Photovoltaic
     Modules).
g.   Certification of PV Equipment: All PV modules, inverters, and
     electrical components shall be required to be listed or recognized by
     an appropriate and recognized United States Safety Laboratory (for
     example: UL or ETL).

## D509007  1.2 PHOTOVOLTAIC ROOFTOP APPLICATION ANALYSIS

Provide a comprehensive "Photovoltaic Application Analysis" with a detailed
description of system, application, site shading conditions and expected kW
output of the rooftop photovoltaic applications.  The analysis shall utilize
the Solmetric Suneye or the Solar Pathfinderr shading analyzers to analyze
the effects of the existing site shading conditions.  Analysis shall include
thick crystal vs thin film system options and anticipated PV output in kW
and kWh per year. Coordinate rooftop application analysis with other
equipment that is required to be placed on the roof to determine space
available and proper solar orientation for photovoltaic equipment.

## D509007  1.3 TECHNICAL REQUIREMENTS

 The contractor work responsibilities include at a minimum: system design,
equipment selection, and PV system installations.  System shall be
individually capable of providing peak power output of at least proposed PV
system size, 208 or 480 volt, 3-phase, 4-wire power.

The final System configuration shall allow automatic operation without
operator intervention.  System design and equipment specifications shall
minimize maintenance requirements.  System shall include metering that must
be incorporated with current AMI network (Advanced Metering Infrastructure)
and planned energy metering projects.

The inverter(s) disconnects and associated electrical equipment must be
located in an area that is accessible, weather-protected, and secure from
vandalism and personal injury.

Disconnects and over current devices shall be mounted in approved boxes,
enclosures, or panel boards.  Disconnects and switches shall be DC rated when
used in DC applications. Metal enclosures and boxes shall be bonded to the
grounding conductor.

At a minimum, electrical meters shall capture the following data on
individual system performance (minimum solar irradiance, DC power, AC real
power, AC current, AC voltage, and power factor (recommend ION 8600 for AC);
ambient air temperature, PV cell temperature, kW, and kWh).  This data shall
be captured at hourly intervals for a minimum one year.  Units of
temperature, power, and current shall be in Fahrenheit, Watts, and Amps
respectively.

Transformers, if required, shall have a minimum efficiency based on factory
test results of not less than the efficiency indicated in 10 CFR 431, Subpart
K, paragraph 431.196(b).  Transformers shall be housed in a NEMA 4X
enclosures.

Mounting structures shall be corrosion resistant to marine environment.

**D509007 1.4 OPERATORS MANUALS AND TRAINING**

Operators manuals for each system component shall include detailed instructions on how to operate the system, programming and installation instructions, emergency operating procedures, default program values and set points, listing of field programmed variables and set points, equipment wiring diagrams, product model number, with Name, Address and Telephone number of local representative, and starting, operating, and shut down procedures. Include normal and emergency shut down procedures, schedule of maintenance work, if any, recommended cleaning agents and methods, replacement parts list, including internal fuses, and warranty information.

Provide a formal 2-hour on-site training session instructing operators in the operation and maintenance of the new system, including operation and maintenance of inverters, disconnects and other system components. Instruct personnel in removal and installation of panels, including wiring and all connections. At the time of training the Contractor shall furnish, for the equipment specified, operation and maintenance manuals, record drawings and recommended spare parts lists identifying components adequate for competitive supply procurement for operation and maintenance of system.

**D509090 OTHER SPECIAL SYSTEMS AND DEVICES**

Not Used

-- End of Section --

SECTION E10

EQUIPMENT
11/10

**E10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements. The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**E10 1.1 GENERAL REQUIREMENTS**

Where required by the project program, the contractor shall obtain the services of equipment specialists to specify any audiovisual, shop, fitness equipment, or other specialty equipment. Equipment specialists shall not have any affiliation with the product specified. All specialty equipment will be installed by qualified installers regularly engaged in installing the specialty equipment. Systems furnishings installers must be the systems furniture manufacturer's dealer of record.

**E10 1.2 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references. This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards. The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards that are referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB) at the Whole Building Design Guide Website , are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

**E10 1.2.1 Industry Standards and Codes**

Loading Dock Equipment Manufacturers' Association (LODEM)

**E10 1.2.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01                 General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs that are listed in UFGS Section 01 33 10.05 20, which includes the following significant UFC(s):UFC 3-100-10N, Architecture UFC 3-120-10, Interior Design)

**E10 1.3 PERFORMANCE VERIFICATION AND COMPLIANCE TESTING**

Verification of satisfactory special equipment and furnishing systems performance shall be via Performance Verification Testing, as detailed in

this section of the RFP.

### E10 1.3.1 Field Tests for Dock Leveling Equipment

a.  Roll-over Tests - Move roll-over load of 20,000 pounds (9,072 kg) over the dock leveler between the bed of a freight carrier and the building loading dock surface for ten cycles.  With the ramp extension retracted and the ramp platform leveled with the building loading dock surface, run a 20,000 pound (9,072 kg) roll-over load over the ramp in various directions for 20 cycles.  No permanent deformation or hydraulic fluid leakage shall occur subsequent to examination after these tests.

b.  Drop Tests - Twice, drop test the dock leveler at the indicated rated capacity as follows:  With the load on the platform and the load resting on a vehicle carrier bed not less than 10 inches (254 mm) above loading dock surface, pull the carrier or pull away from the lip, leaving the loading ramp unsupported.  The measured vertical drop of the dock leveler taken at the point where the lip rests on the vehicle carrier shall not exceed 4 inches (102 mm) during each of the drop tests.  Inspect the loading ramp after each drop and ensure no damage or distortion to the mechanical, electrical, or structural components.  There shall be no leakage from the hydraulic system.

c.  Acceptance Tests - Perform an acceptance test in the presence of the dock leveler manufacturer and the Contracting Officer subsequent to the roll-over load and drop tests.  Conduct operation of the equipment through all of its motions and specified checks as follows: (a) extend lip to rest on a variety of freight carriers with beds up to 12 inches (305 mm) above and below deck level; (b) test 102 mm (4 inches) drop limitation with 7,000 pound (3,175 kg) load on ramp, evenly distributed; (c) test level compensation with the ramp, loaded with a minimum of 7,000 pounds (3,175 kg); and (d) test proper compensation (float) for various compression of counter-springs, with ramp loaded and unloaded.

## E10 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with UFGS section 01 33 10.05 20, *Design Submittal Procedures*, the MED Design Instruction Manual, UFC 3-100-10N, *Architecture*, UFC 3-120-10, *Interior Design*.

## E10 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Field tests of equipment, vault door, loading dock equipment, kitchen equipment and unit kitchens.

## E1010 COMMERCIAL EQUIPMENT

## E1020 INSTITUTIONAL EQUIPMENT

Institutional equipment includes items that are normally found in hospitals, laboratories, auditoriums, and libraries.

## E102001 MISCELLANEOUS COMMON FIXED & MOVABLE EQUIPMENT

This section shall include fixed workbenches, hazardous and non-hazardous shop materials cabinetry, shop tools, and other fixed and movable equipment.

## E102009 AUDIO-VISUAL EQUIPMENT

Not Used.

## E1030 VEHICULAR EQUIPMENT

## E103002 LOADING DOCK EQUIPMENT

This paragraph covers the requirements for dock bumpers, truck-trailer restraining devices, and industrial, mechanical and electro-hydraulic dock levelers of a fixed hinged type.  All loading dock equipment shall be Navy certified.

Provide a Loading Dock Equipment System for the protection of service docks and for the loading and unloading of service vehicles.

### E103002 1.1 DOCK LEVELERS

Based on the performance requirements of the project program, provide ANSI MH30.2 (see LOEDM) steel tread plate lip and platform, hinged and supported from beneath by steel framework that contains lifting, positioning, and lowering assembly. The design shall permit washing with water and detergents, and operation in an ambient temperature from 0 degrees F to plus 110 degrees F (–18 degrees C to plus 43 degrees C). Minimum roll over capacity shall be not less than 20,000 pounds (9,072 kg).

#### E103002 1.1.1 Height Adjustment

Provide a ramp with a minimum incline adjustment of 24 inches (600 mm). Divide 12 inches (300 mm) above and 12 inches (300 mm) below the platform height.

## E1040 GOVERNMENT FURNISHED EQUIPMENT

No government furnished equipment.

## E1090 OTHER EQUIPMENT

## E109002 FOOD SERVICE EQUIPMENT

Provide Food Service Equipment and the kitchen design in accordance with UFC 4-722-01, *Dining Facilities*.  This paragraph covers the items of commercial food service equipment. Included are items used for liquid and solid food storage, food preparation, display, serving, and clean up equipment.  Provide 180 degree F (82 degree C) hot water or chemical treatment for sinks, dishwashers, pot washers, and exhaust ventilator wash down systems.

## E109002 1.1 COMMERCIAL FOOD SERVICE EQUIPMENT

### E109002 1.1.1 Equipment Materials

Fabricate custom and commercial equipment in accordance with NSF 2.

a. Stainless Steel Sheets - ASTM A167, 18-8 Composition, Type 201HP, 302 or 304 or 316, non-magnetic, with a 3 or No. 4 finish on the exposed face and No. 2B as desired for under-bracing and sub-tops.

b.   Tubing - ASTM A 270

c.   Framing and Cross Bracing - ASTM A 276, Type 302 or Type 304 or Type 316

d.   Copper Tubing –

1)  Tube - ASTM B 88, Type K, annealed, for buried or embedment in concrete, and Type L, hard drawn, for above grade installation.

2)  Fittings - ANSI B16.18, above grade, ASME B16.22 or ASME B16.26, above or below grade.

e.   Welded Joints - Use tungsten inert gas process. Use filler metal compatible with the material being welded.  Make all visible welds ductile and of same color as adjoining surfaces.  Coat welds in hidden areas that are not finished by grinding and polishing and the accompanying discoloration in the factory with a metallic-based paint to prevent progressive corrosion. Grind exposed welded joints flush with the adjoining material and finish and polish to match the adjoining surface.  Grind off excess metal and smooth to a No. 4 finish. Remove imperfections such as pits, runs, sputter, cracks, low spots, voids and buckle.

Penetrate entire thickness for the entire length of the joint; make joints flat, continuous and homogeneous with the sheet metal without reliance on straps under seams or spot welding. When stainless steel is joined to dissimilar metals, use stainless steel for fastening devices and welding material.

f.   Solder - ASTM B 32, 95.5 tin-antimony solder or other lead-free solder for contact with potable water or food.  Provide ASTM B 32, alloy grade 50B for temperatures up to 150 degrees Fahrenheit (65 degrees Celsius).

**E109002 1.1.2 Custom-Fabricated Counters, Dishwasher Counters, and Sinks**

Fabricate of 14 gage (1.8 mm) stainless steel, with all shop seams and water tight welded corners ground smooth, and polished.  Pitch all flat surfaces to drain and eliminate any chance of standing water. Counters and sinks shall be furnished complete with integral stainless steel backsplashes, side splashes, and legs with adjustable feet.

a.   Sinks - Provide integral sinks in accordance with the requirements of NSF 2, and ASTM A112.19.3M.  Provide minimum of 0.75 inch (19 mm) radius on all corners.

**E109002 1.1.3 Exhaust Ventilators**

Exhaust ventilators shall conform to NFPA 96, UL, NSF, UL 710, and SMACNA DCS.  Fabricate exhaust ventilators of minimum 18 gage 304 stainless steel in segments not longer than 12'-0".  Exhaust ventilators shall provide integral make-up air system in accordance with NFPA 96.   Type 1 ventilators shall be either water-wash style or UV style.

a.   Water-Wash Ventilators - Provide centrifugal grease-extracting design to remove 95% of matter from the air with non-removable extracting baffles located in the plenum chamber.  .  Provide automatic wash-down cycle and fan control on adjacent wall.

b.   UV Ventilators- Provide Ultra violet design that incorporates

**A1313**

UV lamp safety controlled cassettes in the exhaust plenum easily accessible for maintenance. Provide an automatic fan and CE certified UV control panel on adjacent wall.

c.  Fire Damper - Provide mechanically driven damper and damper control. Activate by heat-sensing thermostat set to react to a temperature of 350 degrees F (177 degrees C) in exhaust duct at exhaust ventilators.

d.  Fire Protection System - Provide a pre-engineered wet system in accord with NFPA 96. System may be either 100% wet chemical or combination wet chemical and sprinkler water augmented system to prevent re-ignition.

**E109002 1.1.4 Pre-Fabricated Walk-in Refrigerators and Freezers**

Provide walk-in units manufactured for food service use conforming to NSF 7, UL 207, and UL 471. Provide refrigeration unit complying with ASHRAE 15. Compressors larger than 1 horsepower shall be scroll-type and where appropriate, parallel units shall be provided with heat exchangers to transfer captured refrigeration heat to incoming building and/or exhaust hood fresh air supply systems. Outside compressors, if used, require winter controls, housing, and crankcase heater. Glycol exchange plates and evaporators shall be used in multi-compartment walk-ins. Evaporators for projects with a single walk-in shall provide hot gas defrost. Provide monitoring system to alarm abnormally low or high temperatures, and personnel safety alarm. If the unit utilizes the floor of the facility as an interior surface of the unit, it shall be insulated and separated from adjacent floors.

**E109002 1.1.5 Food Waste Disposer - ASTM F917-91 (2003)**

**E109002 1.1.6 Beverage Dispenser, Non-Carbonated, Refrigerated - ASTM F918-02**

**E109002 1.1.7 Food Slicing Machine - ASTM F919-05**

**E109002 1.1.8 Food Mixing Machine - ASTM F952-08**

**E109002 1.1.9 Powdered Iced Tea Dispenser - ASTM F1023-99 (2004)**

**E109002 1.1.10 Frying and Braising Pan, Tilting - ASTM F1047-04**

**E109002 1.1.11 Food Cutter - ASTM F1126-08**

**E109002 1.1.12 Food Waste Pulper - ASTM F1150-06**

**E109002 1.1.13 Cooker, Steam - ASTM F1217-03**

**E109002 1.1.14 Ovens, Microwave - ASTM F1360-06**

**E109002 1.1.15 Vegetable Peeling Machine - ASTM F1371-04**

**E109002 1.1.16 Combination Oven - ASTM F1495-05**

**E109002 1.1.17 Food Processor - ASTM F1568-08**

**E109002 1.1.18 Kettle, Steam Jacketed (20-200 gal) Floor or Wall Mounted - ASTM F1602-07**

**E109002 1.1.19 Kettle, Steam Jacketed (32 oz-20 gal), Table Mounted - ASTM F1603-07**

**E109002 1.1.20 Freezer, Ice Cream, Soft Serve - ASTM F1604-02**

**E109002 1.1.21 Griddle, Single or Double Sided - ASTM F1919-03**

**E109002 1.1.22 Deep Fat Fryers - ASTM F1963-05**

**E109002 1.1.23 Dough Divider/Rounder - ASTM F1966-03**

**E109002 1.1.24 Dishwashing Machines**

  a.    Hot Water Sanitizing Rack Type, ASTM F857-07

  b.    Hot Water Sanitizing Single Tank, ASTM F858-07

  c.    Hot Water Sanitizing, Multi-Tank, ASTM F859-04

  d.    Hot Water Sanitizing, Multi-Tank, Conveyor, ASTM F860-07

  e.    Chemical Sanitizing, Stationary Rack, ASTM F953-94 (2003)

  f.    Chemical Sanitizing, Fresh Water Rinse, ASTM F1022-06

  g.    Hot Water Sanitizing, Oval Conveyor, Multi-tank, ASTM F1237-04

**E109002 1.1.25 Pot and Pan Washing Machines**

  a.    Heat Sanitizing, Oscillating Arm Type, ASTM F1202-06

  b.    Heat Sanitizing, Rotary Conveyor, ASTM 1203-06

  c.    Heat Sanitizing, Rack Type, Rotary Spray, ASTM F1114-06

**E109002 1.2 RESIDENTIAL OR LIGHT COMMERCIAL ELECTRIC KITCHEN EQUIPMENT**

**E109002 1.2.1 Cooking Top**

  Conform to UL 197 and UL 858.

**E109002 1.2.2 Freezer**

  UL 250, minimum 14 cubic feet (0.39 cubic meters), frost-free.

**E109002 1.2.3 Refrigerator**

  UL 250, refrigerator with frost-proof freezer, minimum 14.6 cubic feet (0.41 cubic meters).

**E109002 1.2.4 Freestanding Ice Maker**

  UL listed and NSF approved; self-contained, air-cooled model, minimum ice production of 355 pounds (161 kg) per 24 hours, and a minimum bin storage capacity of 180 pounds (82 kg) of ice cubes.

**E109002 1.2.5 Griddle**

  UL 197 and NSF 2, built-in counter-top model.  Minimum capacity shall be 260 pancakes or 420 hamburgers 4 ounces (110 g) per hour.

**E109002 1.2.6 Microwave Oven**

W912ER-11-D-0010-0006

**A1315**

UL 923, minimum 1 cubic foot (0.03 cubic meter) capacity.

### E109002 1.2.7 Oven

UL 858, self-cleaning and built-in.

### E109002 1.2.8 Trash Compactor

UL 1086, under-counter model with storage compartment and 20 gallon (75 liter) trash disposal bag capacity.

### E109002 1.2.9 Kitchen Exhaust Hood

NFPA 96 and NSF 2, factory fabricated of minimum 18 gage stainless steel.

### E109002 1.2.10 Range Hood

UL 858, vented or non-vented with two-speed fan.

### E109002 1.2.11 Dishwasher

UL 921 or UL 749 with detergent dispenser. For heavy-duty dishwasher, provide stainless steel commercial grade with approximately 300-dish per hour and 540 glasses per hour ratings.

### E109002 1.2.12 Residential Garbage Disposal

UL 430, stainless steel, continuous feed with minimum 1/3 hp motor.

## E109005 UNIT KITCHENS

Not used.

## E109090 OTHER SPECIALIZED FIXED AND MOVABLE EQUIPMENT

Not used.

-- End of Section --

SECTION E20

FURNISHINGS
11/10

**E20 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**E20 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB) at the Whole Building Design Guide Website , are listed below for basic designation identification.  Comply with the required and advisory portions of the current edition of the standard at the time of contract award:

**E20 1.1.1 Industry Standards and Codes**

**E20 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01                 General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs that are listed in UFGS Section 01 33 10.05 20, which includes the following significant UFC(s):UFC 3-100-10N, Architecture UFC 03-120-10, Interior Design) UFC 4-722-01, Dining Facilities.

**E20 1.2 GENERAL REQUIREMENTS**

The Contractor shall have an Interior Designer, certified by the National Council for Interior Design Qualification (NCIDQ), or a state and/or jurisdiction Certified, Registered, or Licensed Interior Designer prepare both the FF&E and the SID Package and participate in any design charettes to develop the building floor plan. The Interior Designer shall coordinate with the CNIC (Commander Navy Installation Command) for input previous to starting the design process.  As required, the Contractor shall obtain services of equipment specialists to specify the kitchen equipment, audiovisual, , or specialty equipment.  The Interior Designer and any specialists shall not be affiliated with any furniture dealership/vendor or manufacturer. The Government Interior Designer reserves the right to approve/disapprove the qualifications of the Contractor's Interior Designer.

Furnishings installers must be the manufacturer's approved dealer of record. In addition, installation dealers must be located within a 100 mile radius of the project site unless approved by the government Interior Designer.

## E20 1.3 DESIGN SUBMITTALS

Design Submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 10.05 20, *Design Submittal Procedures*, the MED Design Instruction Manual, and UFC 03-120-10, *Interior Design*.

## E20 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Art work and FF&E Package

## E2010 FIXED FURNISHINGS

## E201001 FIXED ARTWORK

Provide all artwork with security wall attachment.

## E201002 WINDOW TREATMENTS

Provide interior window coverings, associated hardware and controls at each exterior window and at any interior view window where privacy may be required. Refer to the Project Program for size, pattern and style of window treatments. At a minimum, solar shades are required on all exterior windows.

## E201002 1.1 BLINDS

Venetian blinds shall be one-inch horizontal room-darkening commercial grade aluminum at a minimum thickness of 0.2mm (.008") (after coating) with a minimum of 45.72 slats per meter (15 slats per foot). Blinds shall be provided at any interior window where privacy may be required. One full size sample shall be provided and installed for review and approval.

## E201002 1.2 SHADES

Provide energy efficient solar shading systems for exterior windows. The system shall maintain visibility while reducing glare, solar heat gain during the summer and heat loss during the winter. Openness configuration shall be no more than 5% for most areas. The system fabrics and components shall be dimensionally stable and shall be manufactured to withstand fading, fire, mildew, and soiling.

## E2020 MOVABLE FURNISHINGS

Furnishings, Fixtures, and Equipment (FF&E) shall include commercial hospitality dining room furniture, audiovisual equipment, and specialty equipment. FF&E shall be fully integrated with the building systems and finishes. FF&E may also include specialty items for which the customer activity shall be responsible for specifying.

Design and provide as required FF&E for all areas as developed during client programming. Design an FF&E package and prepare supporting plans and procurement data in accordance with the general interior design requirements in UFC 3-120-10

and the UFC 4-722-01, Dining Facilities.

## E2020 1.1 FF&E PACKAGE

FF&E Package: Design and provide an FF&E movable furnishings package according to Federal Acquisition Regulations. The FF&E will include, but not be limited to, seating, tables, artwork, window covering, AV equipment, trash and recycling containers, outdoor chairs and table, and planters and silk plants,.. The government will provide separate funding for the FF&E package. Construction funds will not be used. The FF&E Package must include shipping, freight, handling, installation and the HAR percentage as applied to the final FF&E total cost.

### E2020 1.1.1 Authorization

The government will provide separate funding for procurement of the FF&E package. Upon receipt of required funding, the Contractor shall be authorized by the Contracting Officer as a planned line item modification to the contract/task order to procure all FF&E.The amount of the modification will be the actual cost of these items including any freight and installation charges from the furniture supplier as well as the contractor's FF&E Handling and Administration Rate (HAR). The HAR includes all of the prime contractor's effort related to storage, coordination, handling, administration of subcontractors, and all other associated costs and profit for the procurement of FF&E. The prime contractor will propose in the contract/task order solicitation the FF&E HAR. The contractor's proposed HAR may not exceed 5% of the total FF&E costs, as noted on the bid schedule. No other charges, expenses, fees, markups, etc will be authorized.

The government Interior Designer will approve the final FF&E submittal. The FF&E package will be presented to the Contracting Officer and the Contractor shall provide the FF&E exactly as specified and approved.

## E2020 1.2 PURCHASE AND INSTALLATION

The Contractor shall coordinate the building completion date with the installation dealer specified in the FF&E Package. The Contractor or contractor's representative is responsible for the following: issuing purchase orders, receiving acknowledgements, sending copies of purchase orders to the installation dealer(s) specified in the FF&E package, and providing necessary deposits to furniture manufacturers.

The FF&E installation dealer(s) is responsible for the following: Receiving and installing all FF&E specified in the FF&E package, coordinating delivery and installation with the Contractor, inspecting for damage, providing delivery receipts to the Contractor, filing necessary freight claims, hanging artwork, bulletin boards, etc., removing packaging material, cleaning up the site upon completion, and adhering to Contractor's safety requirements.

### E2020 1.2.2 Deposits

The Contractor should anticipate providing a deposit of between 30% to 50% of the furniture costs when placing their order.

The Contractor shall also anticipate possible manufacturer price increases. Recommend ordering FF&E product once funds are received to avoid incurring additional costs. Delayed production and delivery dates can be noted at the time of order placement to coincide with building completion dates. Any costs incurred due to manufacturer

price increases will be the burden of the contractor.

### E2020 1.2.4 Sales Tax

Exemptions for certain State or Local taxes may be available to the contractor and/or its subcontractors. The contractor shall take maximum advantage of all exemptions, including obtaining a resale permit, from State and Local taxation authorities whether available to it directly or available to the contractor based on an exemption afforded the government. The responsibility for paying applicable taxes rests with the contractor. State and local taxes applicable to the FF&E line will be included with the subcontractor's quote, if applicable. Any items purchased as building materials such as carpet are taxable.

### E2020 1.2.5 Installation

The FF&E package includes the installation of all furniture and furnishings as specified in the FF&E package. The installation dealer specified in the FF&E package will receive, store, if required, transport to the project site, off load, inside deliver, unpack, assemble, place/install, clean, if required, and dispose of all the trash for all furniture and furnishings. The Contractor's Interior Designer shall be responsible for specifying installation services and warehousing, as required, for all collateral equipment. It is the Contractor's responsibility to coordinate the building completion, occupancy, and furniture installation dates with the installation dealer specified in the FF&E package. Any costs associated with storing or delaying furniture shipments is the responsibility of the construction contractor.

### E2020 1.2.6 Installation Warranty

All movable furnishings shall be installed in accordance with the manufacturer's instructions and warranty requirements. All movable furnishings shall be level and aligned and all doors, drawers and accessories shall be level and aligned to open, close and otherwise operate smoothly and securely. All systems furniture shall be installed by the systems furniture manufacturer's dealer of record and not the General Contractor. The Contractor shall repair, to the customer's satisfaction, any/all damage to any facility finish that is a result of the furniture installation and correct all punch list items for the furniture/furnishings.

### E2020 1.2.7 Ordering Documentation

Two copies of all ordering documentation shall be provided to the Contracting Officer including Factory Order number (FO) and warranty information.

### E2020 1.2.8 Post Award Changes

After award of the FF&E line item modification, any request to change the FF&E items must be submitted on the Contracting Officer. The FF&E modification has been accepted, priced, and negotiated based on specific line items as detailed in the final package. Those items have been agreed to considering color, specific type and quality of material, price, sustainability, life cycle, and dealership service. The Government will expect and require the contractor to provide exactly those items. Should changes become necessary, careful consideration is required to ensure that equivalent quality, price and other aspects of the item is maintained. Otherwise, price adjustments must be negotiated. The Contracting Officer will obtain approval from

the Government Interior Designer in consultation with the client for any changes to the FF&E.

Post award FF&E manufacturer's price increases are the responsibility of the Contractor and shall not be transferred to the government. Recommend ordering FF&E product once funds are received to avoid incurring additional costs. Delayed production and delivery dates can be noted at the time of order placement to coincide with building completion dates.

## E202001 MOVABLE ART WORK

The Contractor shall provide artwork for wall installation as part of the FF&E Submittal according to the project program. Installation of artwork to be completed by installation dealer specified in the approved FF&E package. Type of artwork to be determined by client requirements and budget as described in the Project Program for the project. Install framed artwork 63 inches (1600 mm) on center above finished floor. Include security mounting hardware as required.

## E202003 FREESTANDING FURNITURE

## E202003 1.1 SEATING

### E202003 1.1.2 Lounge, Reception and Guest Seating

Provide lounge, reception and seating with upholsteries consistent with the Project Program. Seating shall be easily reupholstered or have removable covers.

## E202003 1.3 DINING ROOM FURNISHINGS

### E202003 1.3.1 Cafeteria, Dining Hall Furnishings

Provide stackable seating and associated dollies for transport and storage, tables with folding or fixed legs or flip tops, and associated mobile carts for transport and storage, and trash and recycling containers. Provide commercial hospitality items that are designed for heavy duty useage.

### E202003 1.3.2 Executive Dining Furnishings

Provide premium quality dining furnishings to include tables, chairs, and serving units, hutches and cabinets as require by the Project Program.

## E202004 RUGS & ACCESSORIES

## E202004 1.3 INTERIOR LANDSCAPING

Provide artificial plants of a variety of sizes and 'species' to provide interior landscaping, including planters or containers for artificial plants to coordinate with the interior finishes and furnishings of the project.

## E202004 1.4 OTHER DECORATIVE ITEMS

Refer to the Project Program for requirements.

## E202090 OTHER FURNISHINGS

## E202090 1.1 FIXED FURNISHINGS

**Provide wall and or ceiling mounted T.V.s and brackets sufficient for all patrons to view one while dining.**

**E202090 1.2 MISCELLANEOUS ITEMS**

**E202090 1.2.1 Containers**

Provide waste receptacles, recycling containers, and ash urns as required.

**E202090 1.2.2 Accessories**

Provide clocks, wall mounted or freestanding literature and coat racks, and mirrors as required.

**E202090 1.2.3**

Provide loose-lay surface entrance mats at entrances where recessed entrance mats are not provided. Surface entrance mats shall have beveled vinyl or rubber transition edge and shall have surface of carpet or vinyl/rubber surfaces.  Edges shall conform to ADA accessibility guideline 4.5.2, for loose-lay surface applications. Mats shall be easily removed yet remain adhered to floor to prevent mat from moving as pressure from walking is applied.

-- End of Section --

SECTION F10

SPECIAL CONSTRUCTION
11/10

**F10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements. The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**F10 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references. This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards. The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

Industry standards, codes, and Government standards referenced in the section text that are not found in the Unified Master Reference List (UMRL) in the Construction Criteria Base (CCB) at the Whole Building Design Guide Website , are listed below for basic designation identification. Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

**F10 1.1.1 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs that are listed in UFGS Section 01 33 10.05 20, which includes the following significant UFC(s):UFC 3-100-10N, Architecture UFC 03-301-01, Structural Engineering) |

**F10 1.2 PERFORMANCE VERTIFICATION AND ACCEPTANCE TESTING**

Verification of satisfactory special construction system performance shall be via Performance Verification Testing, as detailed in this section of the RFP. Provide special tests and special inspections in accordance with UFGS Section 01 45 00.05 20, *Design and Construction Quality Control*.

**F10 1.3 DESIGN SUBMITTALS**

Design submittals shall be in accordance with Z10, *General Performance Technical Specifications*, UFGS section 01 33 10.05 20, *Design Submittal Procedures*, the MED Design Instruction Manual, and UFC 3-100-10N, *Architecture*, and UFC 3-301-01, *Structural Engineering*.

**F10 1.4 CONSTRUCTION SUBMITTALS**

Submit construction submittals in accordance with PTS Section Z10, *General*

*Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following submittals as a minimum:

All structural elements necessary for construction.

For a pre-engineered metal building, provide shop drawings showing engineering data and complete building drawings, signed and sealed by a registered professional engineer.

## F1010 SPECIAL STRUCTURES

## F101001 METAL BUILDING SYSTEMS

## F101001 1.1 DESIGN REQUIREMENTS

The metal building manufacturer shall have AISC FCD, category MB certification. The Metal Building System design shall be in accordance with the Metal Building Manufacturers Association (MBMA) *Low Rise Manual*.

All structural design shall comply with the provisions of PTS Section B10, *Superstructure*.  The steel structure shall be as designed by the structural engineer.  If used for thrust bracing, tie rods shall be concrete encased. Design framed openings structurally.

### F101001 1.1.1 Additional Roof Design Requirements

    a.    Roof Decking – In addition to any other load requirements, roof decking shall be designed to support a 200-pound (91 kg) concentrated load at mid-span on a 12-inch (300 mm) wide section of deck.

    b.    When used as a diaphragm, roof decks shall be designed in accordance with SDEI DDM.

### F101001 1.1.2 Deflection

    a.    Structural Members

    1)  Maximum deflection of main framing members and for roof members shall not exceed values required by the IBC.

    2)  Purlins and Roof Panels:  The deflection due to live, snow, or wind shall not exceed L/180.  The design analysis shall establish that the roof when deflected under dead plus live or snow loads will not result in a negative gradient.  Maximum deflections shall be based on sheets continuous across two or more supports with sheets unfastened and free to deflect. Provide bracing of purlin compression flanges as required to resist applied loading.

    b.    Wall Panels - Maximum deflection of wall panels due to wind loads shall be as required by the IBC and UFC.

## F101001 1.2 WALL AND ROOF MATERIALS

### F101001 1.2.1 Aluminum/Zinc-Coated Steel Sheet

ASTM A792/ A792M, AZ 55.

### F101001 1.2.2 Aluminum Sheet

Alloy 3004 Alclad conforming to ASTM B209.

## F101001 1.3 FRAMING AND STRUCTURAL MEMBERS

### F101001 1.3.1 Steel

ASTM A992 / A992M, ASTM A529/ A529M, ASTM A572/ A572M, or ASTM A588/ A588M.

### F101001 1.3.2 Aluminum

ASTM B221 or ASTM C308.

### F101001 1.3.3 Structural Tube

ASTM A500 or ASTM B221.

## F101001 1.4 MISCELLANEOUS ITEMS

### F101001 1.4.1 Fasteners

Fasteners shall be compatible with the materials they are fastening to, be gasketed when exposed to weather to prevent leaks, and shall provide both shear and tensile strengths not less than 750 pounds (3,336 N) per fastener. The main fastening system shall use concealed fasteners, however, when exposed fasteners are needed, color fasteners shall be color coated to match wall/roof panels.

### F101001 1.4.2 Light Transmitting Roof Panels (Non-Insulated)

ASTM D3841, Type II, Grade 1

### F101001 1.4.3 Insulation

Blanket-type fiberglass insulation with a factory applied facing on one side and having a permeance rating of 0.05 or less in accordance with ASTM E96.

a.    Flame Spread Rating 75 or less, and a Smoke Developed Rating of 150 or less when tested in accordance with ASTM E84.

b.    Insulation R-value in accordance with ASTM C236 as determined by energy use analysis or identified in the RFP.

## F101001 1.5 FINISH

Factory Color Finish - Provide factory applied baked coatings to the exterior and interior of metal wall panels and metal accessories.  Provide exterior finish top coat of 70 percent inorganic pigments with 0.8 mil dry film thickness (DFT).  Provide exterior primer standard with panel manufacturer but not less than 0.8 mil DFT over the color topcoat and edge coating for projects within 300 feet (91 meters) of a water shoreline or industrial environments.  Field apply 70 percent PVDF clear coat to unfinished panel edges or field cut panels.  Interior finish exposed to sun or rain shall be the same coating and DFT as the exterior coating.  Interior finish protected from sun or rain exposure shall receive 1.0 mil DFT coating of siliconized polyester (SMP) resin coating with organic or blended pigments and manufacturer's standard primer.

## F1030 SPECIAL CONSTRUCTION SYSTEMS

2 + 0 TQ/Combined DFAC
NSA, Bahrain

-- End of Section --

SECTION F20

SELECTIVE BUILDING DEMOLITION
02/11

**NOT USED**

W912ER-11-D-0010-0006

899 of 1610
Government Rule 4 File

**A1327**

SECTION G10

SITE PREPARATION
11/10

**G10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provides project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**G10 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**G10 1.1.1 Industry Standards and Codes**

Refer to UMRL for reference designation identification.

**G10 1.1.2 Government Standards**

CORPS OF ENGINEERS (COE)

| | |
|---|---|
| COE EM 385-1-1 | Safety and Health Requirements Manual |

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs, which includes the following significant UFC(s):UFC 3-200-10N, Civil Engineering; UFC 3-220-01N, Geotechnical Engineering) |
| UFC 3-800-10N | Environmental Engineering for Facility Construction |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

| | |
|---|---|
| UFGS 31 00 00 | Earthwork |

**G10 1.2 PERFORMANCE VERIFICATION AND ACCEPTABLE TESTING**

Compliance with the requirements will be determined by a review of the design and construction submittals and by field inspection.  See Section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects* for additional requirements.  Verification of satisfactory earthwork performance shall be via testing detailed in the paragraph, "Field Quality Control", in UFGS Specification Section 31 00 00, *Earthwork*.

**G10 1.3 DESIGN SUBMITTALS**

W912ER-11-D-0010-0006

**A1328**

Design Submittals shall be in accordance with UFGS section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects*, the MED Design Manual, UFC 3-200-10N, *Civil Engineering*, and UFC 3-220-01N.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

UFGS 31 00 00, *Earthwork*

## G10 1.4 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Submittals in UFGS 01 57 20.00 10, Environmental Protection.

Submittals in UFGS 01 57 23, Temporary Storm Water Pollution Control.

Submittals in UFGS Specification Section 31 00 00, Earthwork.

## G10 1.5 GEOTECHNICAL REPORT

### G10 1.5.1 Subsurface Soils Information

A geotechnical investigation was performed in the vicinity of this project in 2011. The results of this investigation are included in a report entitled "Waterfront Area Geotechnical Investigation Naval Support Activity, Mina Slaman Port, Bahrain". A copy of this report is available for inspection. The exploration logs from the report are contained in Part 6- Attachment of this contract. The report and exploration logs are **"FOR INFORMATION ONLY"**, and is not guaranteed to fully represent all subsurface conditions. **Contractor is required to perform a site specific geotechnical investigation for the design and construction of the foundation system.**

### G10 1.5.2 Contractor-provided Geotechnical Engineer

The Contractor is required to retain an experienced and licensed Geotechnical Engineer and develop requirements for bidding. Any provided subsurface soil information is **"FOR INFORMATION ONLY'**. A site specific geotechnical investigation is not available and it is Contractor's responsibility to provide it for the design and construction of the foundation system. Requirements stated in Parts 3 and 4 of the RFP take precedence over any content of any included geotechnical report. Additional requirements for the geotechnical design of this project are provided elsewhere in this RFP.

All work by the Contractor-provided Geotechnical Engineer at the project location shall be coordinated with the Contracting Officer and shall not interfere with normal base operations. When providing the Foundation Work Design submittal, provide the Contractor's Geotechnical Report (an Adobe Acrobat PDF version on CD and two printed copies) for review and record keeping purposes. The report shall become the property of the Government. Provide the Geotechnical reports generated during construction, such as pile load tests or PDA results,

pile driving results and analysis, to the Contracting Officer (an Adobe Acrobat PDF version and two printed copies) for record keeping purposes.  If driven pile is used, provide the dynamic wave analyses in the report.

### G10 1.5.3 Contractor-Provided Geotechnical Report

Submit a written Geotechnical report based upon Government-provided subsurface investigation data and all additional field and laboratory testing accomplished at the discretion of the Contractor's Geotechnical Engineer.  The Geotechnical Report shall include the following:

a.  The project site description, vicinity map and site map indicating the location of borings and any other sampling locations.  Provide 24 hour groundwater observations for at least 20% of the borings, minimum one boring.  Provide notes explaining any abbreviations or symbols used and describing any special site preparation requirements.

b.  Results of all applicable field and laboratory testing. Address existing subsurface conditions, selection and design of the foundation and floor slab, all underground construction including utility installation and all other site specific requirements (such as soil stabilization and slope stability, if necessary).

c.  Engineering analysis, discussion and recommendations Addressing:

1)  Settlement analysis - Settlement shall be limited as required in EM 1110-1-1904 "*Settlement Analysis*".

2)  Bearing Capacity analysis for shallow foundation system. Pile capacity for deep foundation system, including skin friction and end bearing versus depth.

3)  Foundation selection (shallow, deep, special) and construction considerations; dimensions, and installation procedures. Foundation design confirmation/acceptance testing requirements.

4)  Site preparation (earthwork procedures and equipment), compaction requirements, building slab preparation (as applicable), soil sensitivity to weather and equipment, groundwater influence on construction, mitigation of expansive soils or liquefaction potential, and dewatering requirements, slope stability, and other necessary instructions.

5)  Sheeting and shoring considerations, as applicable.

6) Pavement design calculations with parameters defined, actual or assumed, and recommended thicknesses and materials, whether for design or for proposed modifications to the RFP provided pavement design.

7)  Haul routes and stockpile locations for earthwork, as applicable.

8)  Calculations to support conclusions and recommendations.

9)  Recommendations shall be presented on a structure-by-structure basis.

The Geotechnical Report shall be signed by the Contractor-provided Geotechnical Engineer.

The submitted report shall be accompanied by a cover letter identifying any report recommendations proposed to be adopted into the design which are interpreted by the Contractor as a changed condition to the Geotechnical or Pavement related requirements of the RFP.

### G10 1.5.4 Geotechnical Site Data required in Design Drawings

The Contractor's final design drawings shall include the Government-provided subsurface data presented in the RFP, as well as any additional borings and laboratory test result data performed by the Contractor. The data provided shall include:

a. Logs of Borings and related summary of laboratory test results and groundwater observations. Provide 24 hour groundwater observations for at least 20% of the borings, minimum one boring. Provide notes explaining any abbreviations or symbols used and describing any special site preparation requirements.

b. The locations of all borings shall be indicated on the drawings. The applicable design drawings shall be revised to reference the Contractor's Geotechnical Report as being a basis for design.

## G1010 SITE CLEARING

## G1010 1.1 GENERAL

Not used.

## G1010 1.2 BURNING

Burning is not permitted.

## G101001 CLEARING

## G101001 1.1 CLEARING

Not used.

## G101001 1.2 PRESERVATION

Not used.

## G101002 TREE REMOVAL

Not used.

## G101003 STUMP REMOVAL

Not used.

## G101004 GRUBBING

Not used.

## G101005 SELECTIVE THINNING

Not used.

**G101005 1.1 TREE THINNING**

Not used.

**G101006 DEBRIS DISPOSAL**

Prevent spillage on pavements, streets, or adjacent areas.  Dispose of all surplus and unsuitable material off of Government property in accordance with the Host Nation laws.  The distance to the disposal area is unknown but is assumed to be within 50 km of the project site.

**G1020 SITE DEMOLITION & RELOCATIONS**

**G1020 1.1 GENERAL**

Demolition work shall include the demolition, removal and legal disposal of existing construction debris as required to accommodate the new construction.  The Contractor shall take care to prevent damages to existing utilities, construction and materials not scheduled for demolition, repair or replacement, and shall repair damages to the construction and materials to the satisfaction of the Contracting Officer and at no additional cost to the Government.

**G1020 1.2 AUTHORIZATION**

Do not begin demolition until the Demolition Plan has been approved by and authorization is received from the Contracting Officer.

**G1020 1.3 TITLE TO MATERIALS**

Whenever possible, all features demolished shall be salvaged or recycled in lieu of being disposed of as waste in a landfill.  Existing features to be demolished which are not salvageable or reused, shall become the property of the Contractor and shall be removed from project site.  The Government will not be responsible for the condition, loss of, or damage to, such property after contract award.  Materials and equipment shall not be viewed by prospective purchasers or sold on the site.

**G1020 1.4 REUSE OF MATERIALS AND EQUIPMENT**

Remove and store materials and equipment to be reused or relocated to prevent damage, and reinstall as the work progresses.

**G1020 1.5 SALVAGED MATERIALS AND EQUIPMENT**

Salvage materials and equipment that are to be removed by the Contractor and that are to remain the property of the Government, and deliver to a storage site on the station in accordance with instructions of the Contracting Officer.

**G102001 BUILDING MASS DEMOLITION**

Not used.

**G102002 ABOVEGROUND SITE DEMOLITION**

**G102002 1.1 DUST AND DEBRIS CONTROL**

Prevent the spread of dust and debris to occupied portions of a building or on pavements and avoid the creation of a nuisance or hazard in the surrounding area.  Do not use water for dust control if it results in hazardous or

objectionable conditions such as, but not limited to, flooding, or pollution.

## G102002 1.2 PROTECTION

### G102002 1.2.1 Traffic Control

Where pedestrian or driver safety is endangered in the area of removal work, use traffic barricades with flashing lights to indicate the potential hazard.

### G102002 1.2.2 Foreign Object Damage (FOD)

Not used.

### G102002 1.2.3 Existing Work

Before beginning and demolition or deconstruction work, survey the site and determine the extent of the work. Record existing conditions in the presence of the Contracting Officer showing the condition of structures and other facilities adjacent to areas of alteration or removal. Photographs sized 100 mm will be acceptable as a record of existing conditions. Include in the record the elevation of the top of foundation walls, finished floor elevations, possible conflicting electrical conduits, plumbing lines, alarm systems, the location and extent of cracks and other damage and description of surface conditions that exist prior to starting work.

### G102002 1.2.4 Noise Pollution

Not used.

## G102002 1.3 PAVING AND SLABS

Remove concrete and asphaltic concrete paving and slabs as required for construction of project. Remove the existing aggregate base in areas to receive new pavement to the depth of the proposed pavement section below new finish grade. Completely remove the existing aggregate base in areas not to receive new pavement. Provide neat sawcuts at limits of pavement removal; protect saw cuts so that new pavement will butt against the existing without feathering.

## G102002 1.4 ABOVEGROUND STORAGE TANKS

Not used.

## G102003 UNDERGROUND SITE DEMOLITION

## G102003 1.1 UTILITY TERMINATION

Terminate utilities in accordance with Host Nation code; U.S. Navy Department of Public Works rules and regulations; UFC 3-200-10N, *Civil Engineering*; and approved by the Contracting Officer.

## G102003 1.2 PROTECTION OF EXISTING UTILITIES

Protect existing utilities to remain. Where removal of existing utilities and pavement is required, provide approved barricades, temporary covering of exposed areas, and temporary services or connections. Repair damage to existing utilities to remain at no additional expense to the government.

## G102003 1.3 UNDERGROUND STORAGE TANKS

PART 4: Combined DFAC - SECTION G10      - Page 6

Not used.

**G102004 BUILDING RELOCATION**

Not used.

**G102005 UTILITY RELOCATION**

Repair relocated items that are damaged or replace damaged items with new undamaged items as approved by the Contracting Officer and at no additional expense to the government.

**G102006 FENCING RELOCATION**

Not used.

**G102007 SITE CLEANUP**

Remove rubbish and debris from the station daily; do not allow accumulations inside or outside the building(s) or on pavements.  Store materials that cannot be removed daily in areas specified by the Contracting Officer.

**G1030 SITE EARTHWORK**

**G1030 1.1 GENERAL**

This section includes the design and construction requirements for earthwork and grading related to construction of the roadways, parking, paved areas and other related site work. Refer to Section A10 for earthwork related to construction of structures, including building, footings, foundations, retaining walls, slabs, tanks,  and utility appurtenances.

The Designer of Record shall utilize UFGS Specification Section 31 00 00, *Earthwork*, for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

**G103001 GRADING**

**G103001 1.1 ELEVATIONS**

Establish finish floor elevations as required by UFC 3-200-10N, *Civil Engineering*.

**G103001 1.2 SITE GRADING**

The Contractor shall grade the site to drain to landscaped areas to the maximum extent possible and minimize the amount of surface runoff leaving the project site.  Provide site grading in accordance with the requirements of the UFC 3-200-10N, *Civil Engineering*.

**G103001 1.3 FINISHED SURFACES**

Finish grading shall provide drainage towards new landscape areas and existing drainage features.  Finish grading shall not result in low spots that hold water, other than landscape areas.  Finish grading shall be in accordance with the requirements of the UFC 3-200-10N, *Civil Engineering*.

**G103002 COMMON EXCAVATION**

The Contractor shall preserve natural topographic features to minimize cut and fill requirements.  All unsuitable material and surplus excavation shall become the

property of the Contractor and shall be disposed of as indicated in the Project Program.

## G103003 ROCK EXCAVATION

Blasting is not allowed.

Requests for additional compensation shall not be made by the Contractor for degree of hardness or difficulty encountered in removal of material. All unsuitable material and surplus excavation shall become the property of the Contractor and shall be disposed of as indicated in Project Program.

## G103004 FILL & BORROW

### G103004 1.1 SOURCES

Where sufficient topsoil and satisfactory materials are not available on the project site, provide suitable borrow materials from off site.

### G103004 1.2 UNSATISFACTORY SOIL MATERIALS

Remove unsatisfactory soil materials from the site in accordance with the Project Program and replace with satisfactory soil materials in accordance with UFGS Specification Section 31  00 00, *Earthwork*.

### G103004 1.3 TOPSOIL

Not used.

## G103005 COMPACTION

Provide compaction in accordance with UFGS Specification Section 31 00 00, *Earthwork*, and the recommendations of the Contractor's Geotechnical Engineer, whichever is greater.

## G103006 SOIL STABILIZATION

If necessary, provide soil stabilization designed to function as required by site conditions in accordance with the UFGS Specifications Section 31 00 00, *Earthwork*, and standards of the Host Nation where the project is located. Apply and install geosynthetics in accordance with the manufacturer's written instructions.

## G103007 SLOPE STABILIZATION

If necessary, provide slope stabilization methods in accordance with the Host Nation specifications and standards where the project is located. Design and install manufactured products, gabions, geogrids and rock anchors in accordance with the manufacturer's written instructions.

## G103008 SOIL TREATMENT

### G103008 1.1 TERMITE CONTROL

Refer to Section A1010 1.2, "Termite Control".

### G103008 1.2 RODENT AND VEGETATION CONTROL

Prevent and eliminate standing water.

## G103009 SHORING

Provide sheeting, shoring, bracing, cribbing and underpinning in accordance with the Army Corps of Engineer's Safety and Health Requirements Manual (COE EM 385-1-1), UFC 3-220-01N, *Geotechnical Engineering*, UFC 3-301-01N, *Structural Engineering*, and all other applicable Federal, State and local codes and requirements.

Provide protection of existing structures.

**G103010 TEMPORARY DEWATERING**

The design of the temporary dewatering system shall account for soil conditions, rainfall, fluctuations in the groundwater elevations and the potential settlement impact on adjacent facilities due to dewatering. Provide dewatering in accordance with UFGS Specification Section 31 00 00 and UFC 3-220-05, *Dewatering and Groundwater Control*. While the excavation is open, the water level shall be maintained continuously, at least 0.30 m below the working level.

French drains, sumps, ditches or trenches will not be permitted within 0.9 m of the foundation of any structure without written approval of the NAVFAC Civil/Geotechnical Reviewer.

**G103011 TEMPORARY EROSION & SEDIMENT CONTROL**

**G103011 1.1 TEMPORARY EROSION & SEDIMENT CONTROL**

Develop and implement temporary erosion and sediment control measures and other Best Management Practices (BMPs) prior to or in conjunction with commencement of earthwork in accordance with the Host Nation Erosion and Sediment Control Laws and Regulations. Remove all non-permanent erosion control measures after vegetation is fully established or pavements have been installed.

**G103011 1.2 MAINTENANCE**

Maintain temporary erosion control measures in accordance with Host Nation Erosion and Sediment Control Laws and Regulations and the Storm Water Pollution Prevention Plan throughout the project until areas are fully stabilized.

**G103090 OTHER SITE EARTHWORK**

**G103090 1.1 HISTORIC AND ARCHAEOLOGIC ARTIFACTS**

Not used.

**G103090 1.2 PIPELINE CASING UNDER RAILROADS OR PAVEMENTS**

Where required by code or local practice provide casing for piping under pavements. The Contractor is responsible for obtaining permits from all government and nongovernment owners/agencies in designing and providing the work.

**G103090 1.3 TOPSOIL AND SEED**

Not used.

**G1040 HAZARDOUS WASTE REMEDIATION**

**G1040 1.1 EXCAVATION**

Perform excavation of contaminated soil and groundwater as indicated in the

RFP, in accordance with the ESR and the approved contaminated soil and groundwater removal work plan as described in Section 01 57 20.00 10, *Environmental Protection*.  Areas of contamination shall be excavated to the depth noted elsewhere in the RFP.  Select methods and equipment to minimize disturbance to areas beyond the limits of the excavation area.  Material that becomes contaminated as a result of the Contractor's operations shall be removed and disposed of at no additional cost to the Government.  Where excavation extends into groundwater levels, dewatering methods shall be employed on a localized basis to facilitate excavation operations.  Water generated by dewatering during excavation shall be collected and tested in accordance with the ESR and the approved work plan.

Water that contains contaminants above the levels indicated in the ESR shall be disposed of in accordance with the ESR and the approved work plan.

Non-contaminated water may be disposed of on-site.

## G1040 1.2 STOCKPILED SOILS

Soils determined to be contaminated in accordance with the criteria in the ESR must be stockpiled in accordance with the contaminated soil and groundwater removal work plan as described in Section 01 57 20.00 10, *Environmental Protection*, and shall be disposed of in accordance with the requirements of the ESR.

Soils that are determined to contain contaminants below the criteria listed in the ESR may be used as clean fill.

## G1040 1.3 CLEAN FILL

Soils that are determined as clean fill via testing shall be backfilled and compacted in accordance with the requirements listed in the ESR.

## G1040 1.4 SPILLS

In the event of a spill or release of hazardous substances, pollutant, contaminant or oil, notify the Contracting Officer immediately.  Containment actions shall be taken immediately to minimize the effect of any spill or leak.  Clean up shall be performed at the Contractor's expense in accordance with the ESR and the approved spill work plan as described in Section 01 57 20.00 10, *Environmental Protection*.

## G1040 1.5 DISPOSAL

All waste materials shall become the property of the Contractor and shall be transported, disposed of in accordance with the criteria listed in the ESR and the approved disposal plan as described in Section 01 57 20.00 10, *Environmental Protection*.

-- End of Section --

SECTION G20

SITE IMPROVEMENTS
11/10

**G20 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provides project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**G20 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**G20 1.1.1 Industry Standards and Codes**

U.S CONSUMER PRODUCT SAFETY COMMISSION, PUBLICATION NO. 325

**G20 1.1.2 Government Standards**

CORPS OF ENGINEERS (COE)

| | |
|---|---|
| TM 5-822-5 | Pavement Design for Roads, Streets, Walks, and Open Storage Areas |

NAVAL FACILITIES ENGINEERING COMMAND (NAVFACENGCOM)

| | |
|---|---|
| Penn Memo | Department of the Navy Low Impact Development (LID) Policy for Storm Water Management |

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs, which includes the following significant UFC(s):UFC 3-200-10N, Civil Engineering, UFC 3-201-02, Landscape Architecture, UFC 3-220-01N, Geotechnical Engineering Procedures for Foundation Design of Buildings and Structures) |
| UFC 3-200-10N | Civil Engineering |
| UFC 3-201-02 | Landscape Architecture, with Change 1 |
| UFC 3-210-06A | Site Planning and Design |
| | Low Impact Development |

PART 4: Combined DFAC - SECTION G20 - Page 1

UFC 3-210-10

UFC 3-250-01FA          Pavement Design for Roads, Streets,
                        Walks and Open Storage Areas

UFC 3-250-03           Standard Practice Manual for Flexible
                        Pavements

UFC 3-800-10N          Environmental Engineering for
                        Facility Construction

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

UFGS 32 05 33          Landscape Establishment

UFGS 32 11 16.16       Subbase Course for Flexible Paving

UFGS 32 11 24          Graded Crushed Aggregate Base Course
                        for Flexible Pavement

UFGS 32 12 17          Hot Mix Bituminous Pavement

UFGS 32 16 15          Concrete Block Pavements

## G20 1.2 QUALITY ASSURANCE

### G20 1.2.1 Qualifications of Tree Location Contractor

Contractor shall be a professional tree moving company holding landscape contractor's license in the Host Nation where the work is to be performed and have a minimum ten years of tree relocation experience.

### G20 1.2.2 Qualifications of New Landscape Contractor

Construction Company shall hold a landscape contractor's license in the Host Nation where the work is to be performed and have a minimum five years of landscape construction experience.

## G20 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Compliance with the requirements will be determined by a review of the design and construction submittals and by field inspection. See Section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects* for additional requirements.

Verification of satisfactory performance shall be via Performance Verification, as detailed in this section of the RFP. Verification of satisfactory performance shall also be via testing as detailed in the paragraph, Field Quality Control, in applicable UFGS Specification Sections utilized.

### G20 1.3.1 Subgrade Preparation Performance Verification

Perform subgrade preparation in accordance with PTS Section G10 and UFGS 31 00 00, *Earthwork*. If required by the Designer of Record, perform proof rolling. Proof rolling shall be performed in the presence of the Contracting Officer. Rutting or pumping of material shall be undercut as directed by the Contracting Officer and replaced with satisfactory soil materials as defined in Section G10, *Site Preparation* and UFGS 31 00 00, *Earthwork*.

### G20 1.3.2 Base Course Performance Verification

#### G20 1.3.2.1 Aggregate Base Course

a.   Sampling:  ASTM D 75M.

b.   Gradation:  ASTM C 136.

c.   Thickness:  Confirm in-place compacted thickness. Acceptable tolerances are plus or minus 13 mm.  One test for every 400 square meters, minimum 2 tests.

d.   Density:  ASTM D 1556 or ASTM D 2922 and ASTM D 3017.  One field test for every 400 square meters, minimum 2 tests. ASTM D 1557, Method D, one laboratory test for the project.

e.   Visual:  Surface shall be smooth with no ruts.

#### G20 1.3.2.2 Bedding Sand

a.   Sampling:  ASTM D 75M.

b.   Gradation:  ASTM C 136.

c.   Thickness:  Confirm in-place uncompacted thickness of 30 mm.  Acceptable tolerances are plus or minus 6 mm.  One test for every 400 square meters, minimum 2 tests.

d.   Visual:  Surface shall be smooth with no ruts.

#### G20 1.3.2.3 Other Types of Base Courses

For other types of base courses, provide field testing in accordance with the Host Nation Specifications (HNS).

### G20 1.3.3 Bituminous Concrete Pavement Performance Verification

Contractor shall follow UFGS 32 12 17 Hot Mix Bituminous Pavement for any requirements not listed below.

a.   Visual:  Finished surface shall be uniform in texture and appearance and free of cracks and creases.

b.   Sampling:  ASTM D 979M.

c.   Job Mix:  Determine gradation and bitumen content.  One sample for every 455 metric tons, minimum 1 test.

d.   Thickness:  ASTM D 3549.  Confirm in-place compacted thickness.  Acceptable tolerances are plus or minus 6 mm for bituminous surface course.  One test for every 455 metric tons, minimum 2 tests.

e.   Surface Smoothness:  Test surface smoothness by using a 3 meter straightedge in transverse and longitudinal directions to pavement.  Acceptable tolerances are plus or minus 6 mm for bituminous surface courses.

f.   Density: Conduct field density of in-place compacted pavement in accordance with ASTM D 1559.  One field test for every 167 square meters, minimum 2 tests.  One laboratory test for the project.

**A1340**

**G20 1.3.4 Portland Cement Concrete Pavement Performance Verification**

Not used.

**G20 1.3.5 Concrete Joint Performance Verification**

Not used.

**G20 1.3.6 Topsoil Performance Verification**

Prior to planting design, provide a commercial soil analysis. Amend planting areas based on the soil test's interpretation, amendment type, and quantity recommendations (including soil nutrients and texture, with percentages shown). Additional topsoil shall be used only in areas where soil analysis shows that the existing soil is inadequate for growth of plant materials.

**G20 1.3.7 Final Inspection for Planting and Irrigation**

Final inspection shall be made upon written request from the Contractor at least 10 days prior to the last day of the planting and irrigation Establishment Period. The Landscape Contractor shall attend the inspection with the Contracting Officer and document the inspection. The Landscape Architect-of-Record shall also attend the inspection and provide the Contracting Officer with a letter certifying that the planting and irrigation is installed per the plans and irrigation coverage is correct and appropriate for optimum plant survival. At the end of the Establishment Period, remove all stakes and guy cables.

**G20 1.3.8 Landscape and Irrigation Establishment Period and Guarantee**

All transplanted trees, newly planted trees, shrubs, ground covers, and irrigation systems shall be guaranteed for a period of one year after the Contracting Officer's final acceptance. This acceptance, and the submittal of irrigation as-builts and controller charts, shall begin the Establishment Period. All trees, shrubs, and ground covers that die or have 20 percent or more of their crowns that die during planting operations or the guarantee period shall be replaced with healthy plants of the same species or variety during the appropriate planting season. The Landscape Architect-of-Record shall, along with the Contracting Officer, attend, approve and document the start of the Establishment Period and document quarterly and final inspections. During this period, the Contractor shall perform tasks which shall include, but not be limited to: watering, fertilizing, mulching, pruning, weeding, eradicating pests (rodents, rabbits, insects, mammals and fungus), restaking, adjusting guy wires, adjusting irrigation systems, and replenishing mulch to assure all plant material is in a healthy and thriving condition or the Contractor shall replace plant material at his own expense.

**G20 1.4 DESIGN SUBMITTALS**

Design Submittals shall be in accordance with UFC 1-200-01, General Building Requirements, UFGS section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and UFC 3-200-10N, *Civil Engineer*ing.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance

with the limitations stated in PTS section Z10, *General Performance Technical Specifications*.

32 05 33, *Landscape Establishment*

32 11 16.16, *Subbase Course for Flexible Paving*

32 11 24, *Graded Crushed Aggregate Base Course for Flexible Pavement*

32 12 17, *Hot Mix Bituminous Pavement*

32 16 15, *Concrete Block Pavements*

## G20 1.5 CONSTRUCTION SUBMITTALS

Provide product data for all exterior furnishings.

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

Provide product data for all exterior furnishings, field test reports, transporting plan, and irrigation plan.

### G20 1.5.1 Transplanting Plan

Not used.

### G20 1.5.2 As-Builts

Submit a complete set of irrigation as-builts to the Contracting Officer, to include the recording of measurements onto a record set of full-size project irrigation plans. Measurements shall locate water meters, pressure supply lines at 30 m intervals, backflow prevention devices, rain sensors, valves (including quick couplers and hose bibbs), controllers (and control wire, if routed separately from pressure supply line); all dimensioned from two permanent points of reference, such as building corners, sidewalks, and other permanent features.

## G20 1.6 ANTITERRORISM (AT) STANDARDS

INCORPORATE THE MINIMUM AT STANDARDS INDICATED IN UFC 4-010-01, *DOD MINIMUM ANTITERRORISM STANDARD FOR BUILDINGS*.

## G20 1.7 PROJECT LIMITATIONS

Prior to the start of design, the Contractor shall determine the exact limit-of-work line for the project periphery, considering items such as, but not limited to, utility work, landscaping of disturbed areas, and laydown areas. The Designer of Record shall determine limit-of-work lines.

## G2010 ROADWAYS

## G2010 1.1 PAVEMENT DESIGN

Provide geometric and pavement design, including minimum pavement sections, in accordance with UFC 3-200-10N, *Civil Engineering*, and the Host Nation. Provide pavement calculations in accordance with the MED Design Instruction Manual. Provide any required additional pavement design to provide a

complete and useable facility.

## G2010 1.2 PAVEMENT AESTHETICS

Provide surfaces consistent in color and finish.

## G2010 1.3 LANDSCAPING

Not used.

## G2010 1.4 TRAFFIC CONTROL DEVICES

New traffic control devices (i.e., signs and markings) shall be provided and installed in accordance with the Host Nation standards. New traffic control devices shall also be provided along/in the existing streets adjacent to the project site as necessary to provide complete traffic control to the new facilities.

## G2010 1.5 EXISTING UTILITY STRUCTURES

Existing utility structures shall be adjusted to meet the new finished pavement grades as required.

## G201001 BASES & SUBBASES

Prepare subgrade in accordance with Section G10, *Site Preparation*. Geotextiles may be used for separation or reinforcement in accordance with manufacturer's instructions. Provide base course under paved areas in accordance with the Host Nation specifications (HNS) in the country where the project is located.

Place base course in accordance with the HNS for that particular base course and in layers of equal thickness with no compacted layer more than 150 mm thick. Compact base course at the optimum moisture content to 100 percent ASTM D 1557 maximum dry density.

Where HNS are not available or applicable, the Designer of Record shall utilize the applicable UFGS Specification Sections referenced under paragraph 1.1.2 entitled "Government Standards" for the project specification. Submit these specifications in edited form as a part of the design submittal for the project.

## G201002 CURBS & GUTTERS

Provide concrete curbs in accordance with the HNS and standards or as specified in UFC 3-200-10N, Civil Engineering, whichever is more stringent. Where the HNS do not include concrete materials for curbs, provide concrete in accordance with the applicable standard mix of the HNS for a minimum compressive strength at 28 days of 25 MPa concrete.

## G201003 NEW ROADWAY PAVED SURFACES

New roadways are to be concrete paver blocks. Concrete paver blocks shall conform to ASTM C 936M and shall be rectangular in shape with a minimum thickness of 80 mm. Concrete paver blocks shall have a minimum Solar Reflectance Index (SRI) of 29. The approximate size of the concrete paver blocks shall be 200 mm long by 100 mm wide and are to be set on a 50 mm sand bedding layer.

## G201003 1.1 Joints

Joint sand shall consist of crushed sand, natural sand, or a combination of crushed and natural sand in conformance with *UFGS 32 16 15*.

**G201004 MARKING & SIGNAGE**

**G201004 1.1 MARKING**

Pavement marking for concrete block pavement roadways shall be provided using contrasting color concrete block pavers.

Mark neatly to denote traffic lanes.

**G201004 1.2 SIGNAGE**

Provide signage in accordance with the HNS and MUTCD.

**G201005 PAVEMENT REPLACEMENT PAVED SURFACES**

Where HNS are not available or applicable, the Designer of Record shall utilize the applicable UFGS Specification Sections referenced under paragraph 1.1.2 entitled "Government Standards" for the project specification. Submit these specifications in edited form as a part of the design submittal for the project.

**G201005 1.1 PAVEMENT MIX**

**G201005 1.1.1 Bituminous Concrete Pavement**

Provide bituminous concrete pavement in accordance with the applicable standard mix of the HNS based on the pavement design and vehicle loading indicated in this RFP.

**G201005 1.1.1.1 Bituminous Concrete Placement**

Bituminous concrete placement, including minimum temperature during placement, joints, and maximum lift thickness shall be in accordance with the HNS. Compact bituminous concrete in accordance with the HNS, modified to 96 percent of maximum laboratory density.

**G201005 1.1.2 Portland Cement Concrete Pavement**

Not used.

**G201005 1.2 JOINTS FOR PORTLAND CEMENT CONCRETE PAVEMENT**

Not used.

**G201005 1.2.1 Expansion Joints**

Not used.

**G201005 1.2.2 Isolation Joints**

Not used.

**G201005 1.2.3 Contraction Joints**

Not used.

**G201005 1.2.4 Construction Joints**

Not used.

**G201005 1.2.5 Joint Sealants**

Not used.

### G201005 1.2.6 Preformed Compression Seals

Not used.

### G201005 1.3 PRIME COAT

Use prime coat in accordance with the Host Nation Specifications or UFC 3-250-03, whichever is more stringent.  Prime coat shall be emulsified asphalt materials.  Prime coat shall be applied to the compacted aggregate base course for all areas of pavement replacement due to utility installation.

### G201005 1.4 TACK COAT

Tack coat is required for bituminous pavement replacement due to utility installation on the vertical cut faces of the existing pavement.  Tack coat shall be in accordance with the Host Nation Specifications or UFC 3-250-03, whichever is more stringent.

### G201005 1.5 PAVEMENT PATCHES

Provide pavement patches for existing pavements where required for installation of utility trenches.  Saw cut 300 mm beyond edge of trench.  Thicknesses of pavement materials shall be equal to or greater than the existing pavement section.

### G201006 MARKING & SIGNAGE

### G201006 1.1 MARKING

Pavement markings shall be in accordance with the HNS.  Materials shall be designed for life expectancy of at least 3 years under an average daily traffic count per lane of approximately 9000 vehicles.  Water based paints shall have durability rating of at least 4 when determined in the wheel path area.

Provide a half-rate initial marking application on bituminous pavements.  Provide the remaining application at the end of the normal curing period.

Provide pavement marking for concrete paver block pavement using contrasting color concrete paver blocks.

### G201006 1.2 SIGNAGE

Provide signage in accordance with the HNS and MUTCD.

### G201007 GUARDRAILS & BARRIERS

### G201007 1.1 GUARDRAILS

Not used.

### G201007 1.2 BOLLARDS

Bollards shall be 100 mm diameter minimum steel pipe filled with concrete and embedded in a Portland cement concrete foundation.

## G201008 RESURFACING

Not used.

## G201008 1.1 SLURRY SEAL

Not used.

## G201008 1.2 BITUMINOUS CONCRETE OVERLAY

Not used.

## G201008 1.3 CRACK SEALING

Not used.

## G2020 PARKING LOTS

## G202001 BASES & SUBBASES

Refer to Section G201001.

## G202002 CURBS & GUTTERS

Refer to Section G201002.

## G202003 PAVED SURFACES

Parking lots are to be concrete paver block.  Concrete paver blocks shall conform to ASTM C 936M and shall be rectangular in shape with a minimum thickness of 80 mm.  Concrete paver blocks shall have a minimum Solar Reflectance Index (SRI) of 29.  The approximate size of the concrete paver blocks shall be 200 mm long by 100 mm wide and are to be set on a 50 mm sand bedding layer.

## G202003 1.1 Joints

Joint sand shall consist of crushed sand, natural sand, or a combination of crushed and natural sand in conformance with *UFGS 32 16 15*.

## G202004 MARKING & SIGNAGE

Pavement marking for concrete block pavement parking lots shall be provided using contrasting color concrete block pavers.

Mark neatly to denote traffic lanes and parking spaces.

## G202005 BARRIERS

Refer to Section G201005.

## G202005 1.1 WHEELSTOPS

Provide precast concrete wheelstops.

## G202006 RESURFACING

Not used.

## G2030 PEDESTRIAN PAVING

2 + 0 TQ/Combined DFAC
NSA, Bahrain

Pedestrian paving is to be concrete paver blocks.  Locate new pedestrian pavements such that they maintain continuity of pedestrian traffic to and from the existing sidewalks adjacent to the site(s).  Concrete paver blocks are to be 60 mm thick with a minimum SRI of 29.  The approximate size of the concrete paver blocks shall be 200 mm long by 100 mm thick and are to be set on a 50 mm sand bedding layer.

**G203001 BASES & SUBBASES**

Provide as required by Host Nation standards or geotechnical report; refer to Section G201001.

**G203003 PAVED SURFACES**

**G203003 1.1 SIDEWALKS**

> Not used.

> **G203003 1.1.1 Joints**

>> Not used.

**G203003 1.2 CONCRETE PAVERS**

> Sidewalks shall be concrete paver blocks.  Concrete paver blocks shall conform to ASTM C 936M and shall be rectangular in shape with a minimum thickness of 60 mm.  Concrete paver blocks shall have a minimum Solar Reflectance Index (SRI) of 29.  Sidewalks shall be a minimum of 1.5 meters wide.

> **G203003 1.2.1 Joints**

>> Joint sand shall consist of crushed sand, natural sand, or a combination of crushed and natural sand in conformance with *UFGS 32 16 15*.

**G203003 1.3 HANDICAPPED RAMPS**

> Provide handicapped ramps of concrete paver blocks.  Concrete paver blocks shall conform to ASTM C 936M and shall be rectangular in shape with a minimum thickness of 60 mm.  Concrete paver blocks shall have a minimum Solar Reflectance Index (SRI) of 29.

**G203004 BARRIERS**

Refer to Section G201005.

**G2040 SITE DEVELOPMENT**

**G204001 FENCING & GATES**

**G204001 1.1 CHAIN LINK FENCE**

> Not used.

> **G204001 1.1.1 Tensions Wires and Top Rails**

>> Not used.

> **G204001 1.1.2 Gates**

>> Not used.

W912ER-11-D-0010-0006

**A1347**

**G204001 1.1.3 Posts and Braces**

Not used.

**G204001 1.1.4 Fencing Accessories**

Not used.

**G204001 1.2 ORNAMENTAL FENCE**

Not used.

**G204001 1.3 SECURITY FENCE**

Not used.

**G204001 1.3.1 Chain Link Security Fence**

Not used.

**G204001 1.3.2 Signage**

Not used.

**G204001 1.3.3 Drainage Culverts and Utility Openings**

Not used.

**G204001 1.4 OPENINGS IN PERIMETER AND SECURITY FENCING**

Not used.

**G204001 1.5 FENCE GROUNDING**

Not used.

**G204001 1.6 ENCLOSURES FOR UTILITY EQUIPMENT**

Not used.

**G204002 FREESTANDING WALLS**

Provide freestanding walls to screen loading docks, trash dumpsters, recycling areas, outdoor storage areas and utility equipment.  Ensure a minimum clearance is provided no less than 900 mm around equipment to permit maintenance access and ventilation.  Freestanding walls shall conform to the Base Exterior Architecture Plan (BEAP) and or Installation Appearance Plan.

**G204003 EXTERIOR FURNISHINGS**

Refer to ESR G20 and other portions of the RFP for exterior furnishings required on this project.  All site furnishings shall be permanently attached to concrete pads.  Site furnishings shall conform to the Base Exterior Architecture Plan (BEAP) and or Installation Appearance Plan for each Activity.  If no product guidance is given, coordinate material, finish and color with architecture (fiberglass and aluminum are not acceptable) and provide to the greatest extent possible, materials with industrial recycled content, preferably from regionally local manufacturers.

**G204003 1.1 PICNIC AND PASSIVE RECREATION AREAS**

Not used.

### G204003 1.2 TRASH RECEPTACLES

Trash receptacles, with drain hole, shall have stationary or self-closing lids with anchor chains secured to the receptacle to protect the contents from weather.  Receptacles shall be designed to hold heavy-duty plastic or galvanized steel liners of the same manufacturer.  Consideration shall be given to potential weight of full containers when deciding on 'top loading' or 'side loading' receptacles.  Trash receptacles shall include a concrete pad 300 mm larger on all sides than the size of the trash receptacles.

### G204003 1.3 BENCH

Minimum 1.8 meter length to match trash and recycling receptacle material & color, installed a minimum of 450 mm above finish grade, permanently installed with anchor bolts or in-ground.  Benches shall be constructed of durable, long-lasting materials.

### G204003 1.4 RECYCLING RECEPTACLES

Single-piece with separate slots for cans, bottles and newspaper.  Height, material, and style shall match trash receptacle.

### G204003 1.5 BARBEQUE

Not used

### G204003 1.6 HOT ASH RECEPTACLE

Not used

### G204004 SECURITY STRUCTURES

Not used.

### G204005 SIGNAGE

Provide facility signage as required by local code, the Installation and Appearance Guide, the Base Exterior Architectural Plan (BEAP) and this RFP.

Size messages and graphics on signs according to the functional viewing distance. Typically, at least 25 mm of letter height per 7.62 meters of viewing distance is required for readability.

Refer to Section G201004, "Marking & Signage" for traffic signage.

### G204090 OTHER SITE IMPROVEMENTS

Other site improvements shall conform to the BEAP or Installation Appearance Plan (whichever is applicable) and to the requirements of UFC 4-010-01.

### G204090 1.1 DUMPSTER PADS, RECYCLING AREA AND ENCLOSURES

Dumpster pads enclosures and recycling area enclosures shall conform to the BEAP or Installation Appearance Plan and to the requirements of UFC 3-200-10N.  All dumpster pad and recycling area enclosures will have a double swing gate in the enclosure will provide vehicle access to the pads.  The size and number of dumpsters shall be determined based on the maximum design population of the facility with a weekly trash pick-up schedule and the dumpster enclosure shall be large enough for the removal and replacement of the dumpsters.  The size of the recycling

enclosure shall match the size of the dumpster enclosure.

## G2050 LANDSCAPING

## G2050 1.1 DESIGN

The design of landscaped areas shall be in accordance with Presidential Executive Order 13148 of April 2000, with a goal to reduce fertilizers, pesticides, and water use.  The intent is to achieve a base-wide ratio of 20 percent maximum non-native plants and 80 percent minimum locally or regionally native plants.  Do not use plants deemed invasive by the project Host Nation or local chapter of the Landscape Architects as a threat to ecosystems or agriculture.  All non-paved site areas inside the project limits or outside the project limits disturbed by construction operations, after meeting plant quantity requirements, shall be covered with plant material or inorganic mulch.  Stabilized soil or organic mulch is not acceptable as a ground cover.  Provide landscape architectural work in accordance with UFC 3-201-02, *Landscape Architecture*.  All projects with planting and or irrigation areas shall utilize the design services of a Landscape Architect licensed in the Host Nation of the project.  The Landscape Architect of Record shall visit the site at least once prior to design, twice during construction, and quarterly during the Establishment Period, including the Establishment Period start and completion.

## G205001 FINE GRADING AND SOIL PREPARATION

See Section G10, Site Preparation.

## G205002 EROSION CONTROL MEASURES

See Section G10, Site Preparation.

## G205003 TOP SOIL AND PLANTING BEDS

See paragraph titled, G205005 PLANTINGS.

## G205004 SEEDING, SPRIGGING, AND SODDING

Not used.

## G205005 PLANTINGS

## G205005 1.1 EXISTING PLANT MATERIAL TO REMAIN OR BE TRANSPLANTED

Not used.

## G205005 1.2 UTILITIES

Trees shall not be placed within 3 meter of any above or below-grade utility line or structure.  Within roadway sightlines, mature shrubs shall not be greater than 1 m in height and trees shall be limbed up a minimum of 2 m so their mature growth will not obstruct views from vehicle intersections or points of vehicle ingress or egress.

## G205005 1.3 RECYCLING

Green waste:  Contact the Public Works Department for potential green waste collection and hauling by the Contractor.  Green waste collected by the Contractor shall be separated from construction debris and delivered to the local landfill's green waste recycling area.  Quantify and report diverted waste to the Contracting Officer.

**G205005 1.4 PLANTING**

**G205005 1.4.1 Plant Quantities**

Provide trees at the rate of one (1) tree per 92.9 square meters of Landscape Area. Landscape area is defined as all permeable areas within the project boundaries not covered by buildings, roads, parking lots, sidewalks, and other non-permeable areas. Total minimum quantities may be reduced only by the reviewing government landscape architect. For bioretention areas, minimum quantities of trees, shrubs, and ground covers shall be as required by Host Nation regulations. Provide a minimum tree size of 600 mm box/50 mm caliper, or if within an anti-terrorism zone provide a minimum size of 910 mm box/76 mm caliper. For trees within concrete or other non-permeable paved areas, allow a minimum non-paved planting area of 1.2 m by 2.4 m per tree.

A minimum of sixty percent (60%) of the landscaped areas shall be planted with shrubs and groundcover so that at 50 percent (50%) plant maturity, they will form mass plantings. Utilize a minimum ratio of 60 percent (60%) 18.9 liter shrubs or groundcover and 40 percent (40%) 3.79 liter shrubs or groundcover. The remaining forty percent (40%) of the landscape area may be inorganic mulch, decomposed granite, planted or a combination. For inorganic mulch, provide 76 mm depth of 19 mm and smaller rock, and for larger than 19 mm size, assure complete ground surface coverage. For decomposed granite, provide 50 mm minimum depth. Do not use decomposed granite as a ground cover on slopes 5:1 and greater.

**G205005 1.4.2 Plant Quality**

All plants shall comply with ANSI Z60.1 and ANSI Z133.1, current editions. All plants shall be in a healthy, disease and pest free condition.

**G205005 1.4.3 Plant Selection**

The reviewing Government Landscape Architect shall have final approval authority on all selected plant material. Species deemed unsuitable for planting by the Government Landscape Architect will not be allowed.

**G205005 1.4.4 Plant Installation**

Planting operations, including but not limited to planting soil mixes and fertilization, shall comply with local established practices. Stake or guy new or transplanted trees with three stakes 63.5 mm x 2.4 m hardwood], or three guy cables five-strand, 5 mm diameter galvanized steel cable.

**G205005 1.4.5 Edging Materials and Mulching Materials**

Provide 150 mm by 150 mm concrete edging dividing all planted and non-planted areas. Plastic edging is not allowed. Mulch planted areas not mulched with inorganic mulch or stabilized decomposed granite with a 75 mm depth of organic shredded hardwood mulch during the Establishment Period while plants are growing to form a mass.

**G205005 1.4.6 Fertilizer**

Fertilize all transplanted trees, new trees, shrubs, ground covers, perennials and ornamental grasses as recommended by local practices.

PART 4: Combined DFAC - SECTION G20 - Page 14

### G205005 1.4.7 Weed Fabric and Erosion Control Fabric

Provide a weed barrier fabric of sheet polypropylene or polyester fabric specifically designed for weed control purposes beneath all planted or mulched non-planted areas. Fabric shall be treated for protection against deterioration due to ultraviolet radiation. Fabric shall be a minimum 99 percent opaque to prevent photosynthesis and seed germination from occurring, yet allowing air, water and nutrients to pass through to the roots. Minimum weight shall be 0.11 kg per square meter with a minimum thickness of 0.50 mm with a 20 year minimum guarantee. Provide a biodegradable product designed specifically for erosion control on all sloped areas 3:1 and greater in slope.

### G205005 1.4.8 Drainage

Provide for proper grading and drainage of planting areas. Provide sub-surface drainage where soil or other conditions do not allow surface drainage.

## G205007 IRRIGATION SYSTEMS

### G205007 1.1 IRRIGATION

Where irrigation system is required per other parts of this RFP, provide a permanent, below-grade system. Provide a drip irrigation system to adequately irrigate all landscapes areas. Verify adequate water pressure for irrigation purposes and provide booster pumps and or pressure regulation as required. Provide minimum 300 mm cover over PVC irrigation pipe. The Landscape Contractor shall test the entire system in the presence of the Contracting Officer and Landscape Architect-of-Record to ensure proper performance. All irrigation components shall be commercial or institutional quality. Provide rain shut-off device and watertight splices. Drip irrigation components shall be of the same manufacturer.

### G205007 1.2 OPERATION AND CONTROL

Assure systems will automatically operate on an "irrigation window" between 2130-0530. Provide compatible and fully functional control if a central control system exists on base. Otherwise, provide evapotranspiration-measuring control with flow meter and master valve with controller capable of indicating visible or auditory notification, such as a blinking light or beeping sound, of system shut-off.

### G205007 1.3 ZONING

Provide separate control valves for differing solar exposures, for areas with differing irrigation head types or differing precipitation rates, and top and bottom of slopes. Provide separate concrete valve box with cast iron lid and valve ID for each valve and wire splice. Provide quick coupling valves at 30 m on center.

### G205007 1.4 TEMPORARY IRRIGATION

Provide ultra-violet resistant pipe and fittings for above-grade, temporary irrigation. Only non-pressure pipe is allowed above grade. Irrigation systems intended to remain in place longer than one year shall be installed below grade.

### G205007 1.5 NON-POTABLE IRRIGATION

Provide lavender-colored pipe, sprinkler head and quick coupler caps, valve

tags, signage, and associated filtration equipment.

**G205007 1.5.1 Controller Charts**

Provide one chart for each new controller or existing re-sequenced controller.  The chart shall be an actual plan reduced to fit inside maximum dimensions of the controller housing.  Use black line print for chart and a different color to indicate each station area of coverage.  After chart is completed and approved for final acceptance, seal chart between two 0.5 mm pieces of clear plastic.  The chart shall be affixed to the inside of the controller cabinet door using approved mastic or fastening system.

-- End of Section --

SECTION G30

SITE CIVIL/MECHANICAL UTILITIES
11/10

**G30 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provides project specific requirements.  The RFP Part 4, Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to any one project. Therefore, only the RFP Part 4 requirements that apply to the project and further define the RFP Part 3 project specific requirements are required.

**G30 1.1 DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

**G30 1.1.1 Industry Standards and Codes**

AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ASME)

**G30 1.1.2 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs, which includes the following significant UFC(s):UFC 3-200-10N, Civil Engineering UFC 3-400-10N, Mechanical Engineering) |
| UFC 3-800-10N | Environmental Engineering for Facility Construction |

**G30 1.2 QUALITY ASSURANCE**

Materials and assemblies installed in the work shall be inspected and found to be in compliance with industry standards and these specifications prior to acceptance of the work.  Items found not to be in compliance shall be removed or corrective measures taken, to assure compliance with the referenced standard.  The Contractor shall perform field tests and provide labor, equipment and incidentals required for testing.

**G30 1.2.1 Materials**

All materials shall be new, and shall bear the label of standardizing agency whenever standards have been established and label service is normally and regularly furnished by the agency. All equipment provided shall be listed and labeled suitable for the specified purpose, environment, and application and installed in accordance with manufacturer's recommendations.

**G30 1.2.2 Additional Work**

Provide such other labor and materials as are required for a complete and usable system in accordance with the requirements of the criteria listed, regardless of whether such materials and associated labor are called for elsewhere in this RFP.

### G30 1.2.3 Qualifications of Well Drillers for Water Supply Wells

Not used.

### G30 1.2.4 Qualifications of Coating Contractors for Water Storage Tanks

Not used.

### G30 1.2.5 Qualifications of Oil/Water Separator Manufacturers

Not used.

## G30 1.3 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTING

Compliance with the requirements will be determined by a review of the design and construction submittals and by field inspection. See Section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects* for additional requirements.

Verification of satisfactory utility system performance shall be via Performance Verification Testing, as detailed in this section of the RFP. Verification of satisfactory performance shall also be via testing as detailed in the paragraph, "Field Quality Control", in applicable UFGS Specification Sections utilized.

### G30 1.3.1 Water Supply Well Performance Verification

Not used.

### G30 1.3.2 Water Distribution System Verification Testing

Provide testing on water mains and service lines in accordance with the Host Nation waterworks' regulations and the following:

a.    Ductile Iron and other materials:  AWWA C600.

b.    PVC:  AWWA C605.

Do not begin testing on any section of a pipeline where concrete thrust blocks have been provided until at least 5 days after placing of the concrete.

### G30 1.3.3 Water Booster Pump Station Verification Testing

Not used.

### G30 1.3.4 Sanitary Sewer Distribution System Verification Testing

Provide testing on sewer mains and laterals in accordance with the Host Nation sewerage regulations.

#### G30 1.3.4.1 Deflection Test

Deflection of pipe in the installed pipeline under external loads shall not exceed 4.5 percent of the average inside diameter of pipe, in accordance with ASTM D 2412.

### G30 1.3.4.2 Leakage Tests

Test lines for leakage by either infiltration tests or exfiltration tests, or by low-pressure air tests. Prior to testing for leakage, backfill trench up to at least lower half of pipe. When necessary to prevent pipeline movement during testing, place additional backfill around pipe sufficient to prevent movement, but leaving joints uncovered to permit inspection. When leakage or pressure drop exceeds the allowable amount specified, make satisfactory correction and retest pipeline section in the same manner. Correct visible leaks regardless of leakage test results.

a. Infiltration tests and exfiltration tests: Perform these tests for sewer lines made of the specified materials, not only concrete, in accordance with ASTM C 969M. Make calculations in accordance with the Appendix to ASTM C 969M.

b. Low-pressure air tests: Perform tests as follows:

(1) Ductile-iron pipelines: Test in accordance with the applicable requirements of ASTM C 924M. Allowable pressure drop shall be as given in ASTM C 924M. Make calculations in accordance with the Appendix to ASTM C 924M.

(2) PVC plastic pipelines: Test in accordance with UBPPA UNI-B-6.  Allowable pressure drop shall be as given in UBPPA UNI-B-6. Make calculations in accordance with the Appendix to UBPPA UNI-B-6.

### G30 1.3.5 Sanitary Sewer Manholes Verification Testing

Provide testing on sanitary sewer manholes in accordance with the Host Nation sewerage regulations.  At minimum, perform hydraulic testing in accordance with ASTM C 969M.

### G30 1.3.6 Wastewater Pump Station Verification Testing

Not used.

### G30 1.3.7 Storm Sewer System Verification Testing

#### G30 1.3.7.1 Deflection Test

Deflection of pipe in the installed pipeline under external loads shall not exceed 4.5 percent of the average inside diameter of pipe, in accordance with ASTM D 2412.

#### G30 1.3.7.2 Leakage Tests for Storm Sewer Under Pavements

Test lines for leakage by either infiltration tests or exfiltration tests, or by low-pressure air tests in accordance with the following:

a. Exfiltration Tests:

ASTM C 969M and perform calculations in accordance with its Appendix.

b. Low-pressure Air Tests:

    1)  Pipelines:  ASTM C 924M and perform calculations in accordance with its Appendix.

    2)  PVC plastic pipelines:  UBPPA UNI-B-6 and perform calculations in accordance with its Appendix.

## G30 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with UFGS section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, UFC 3-200-10N, *Civil Engineering*, and UFC 3-400-10N, *Mechanical Engineering*.

In addition, UFGS sections listed below or in the body of the text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification.  Edit the specification sections in accordance with the limitations stated in section Z10, General Performance Technical Specifications.

## G30 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*.  In addition to the Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

All test reports.

## G30 1.6 COORDINATION

To the extent that site work is indicated on the RFP drawings, the Contractor shall verify that the locations and inverts of all site utility lines are coordinated with building utility lines.  If necessary, the Contractor shall make adjustments to the locations and inverts indicated on the RFP drawings in accordance with applicable codes and standards.

## G30 1.7 ANTITERRORISM (AT) STANDARDS

Incorporate the minimum AT standards indicated in UFC 4-010-01, *DoD Minimum Antiterrorism Standards for Buildings*.

## G30 1.8 BACKFLOW PREVENTION

The Contractor shall submit backflow prevention training certificates and backflow preventer devices certification in accordance with Section 01 50 00.05 20 (01501N), *Temporary Facilities and Controls for Design-Build*.

## G30 1.9 WATER STORAGE TANK

Not used.

## G30 1.10 NACE CERTIFIED CATHODIC PROTECTION SPECIALIST QUALIFICATIONS

Submit prior to site welding.  Certifications shall not be more than one year old. Submit documentation of NACE certification.

## G30 1.11 EXCAVATION, BACKFILLING AND COMPACTION OF UTILITIES

Refer to Section G10, *Site Preparation*.

## G30 1.12 DELIVERY, STORAGE AND HANDLING OF MATERIALS

Inspect materials delivered to site for damage.  Unload and store with minimum handling.   Store materials on site in enclosures or under protective covering.   Store plastic piping, jointing materials and rubber gaskets under cover out of direct sunlight.   Do not store materials directly on the ground. Keep inside of pipes, fittings, valves, and hydrants free of dirt and debris. Handle in a manner to ensure delivery to the trench in sound undamaged condition.   Take special care to avoid injury to coatings and linings on pipe and fittings; make satisfactory repairs if coatings or linings are damaged. Carry, do not drag pipe to the trench.

## G3010 WATER SUPPLY

## G3010 1.1 WATER SYSTEM DESIGN

The Contractor shall determine domestic and fire demands for the facility and shall verify the design of all components of the domestic and fire protection supply systems.   The water system design and construction shall be in accordance with UFC 3-200-10N, *Civil Engineering*, the state waterworks' regulations, and the utility provider's requirements. Design the water supply systems to provide required flows and maintain residual pressures based upon peak demands.

If the new water system is an extension of an existing water system, the Contractor shall obtain all necessary static pressure, residual pressure and flow characteristics of the existing distribution system by actual field tests.   The Contractor shall conduct flow and pressure tests and provide design calculations that show the existing lines are capable of handling the additional flows.   The new water system shall connect to the nearest existing fitting or water line.

The Contractor shall design the connections to the water system including the necessary meter assemblies and backflow-preventing devices in accordance with the requirements of the Activity or utility provider and the state waterworks regulations.

Wherever possible, valve boxes and all other utility access structures shall be located out of paved areas.

## G301001 WELL SYSTEMS

Not used.

## G301001 1.1 WATER METER

Not used.

## G301001 1.2 TEST HOLE

Not used.

## G301001 1.3 WELL CONSTRUCTION

### G301001 1.3.1 Well Development

Not used.

### G301001 1.3.2 Disinfection

Not used.

**G301001 1.4 ABANDONMENT OF EXISTING WELLS**

Not used.

**G301002 POTABLE WATER DISTRIBUTION**

**G301002 1.1 WATER SYSTEM DESIGN**

Provide all materials, equipment, labor, testing, and miscellaneous related items for water distribution mains and service lines to the facility and connections to the existing water system in accordance with UFC 3-200-10N, *Civil Engineering*; the U.S. Navy Department of Public Works requirements; and the Host Nation waterworks' regulations; whichever is more stringent.

Available flow at the residual pressure at each point of connection shall be determined by conducting flow tests in accordance with AWWA M17 and NFPA 291.

Water main piping, service lines, fittings, valves, accessories and all other materials shall meet the American Water Works Association (AWWA) standards for a minimum system working pressure of 1050 kPa.

**G301002 1.2 WATER DISTRIBUTION MAINS**

For underground applications, water mains 300 mm in diameter and less shall be ductile iron or PVC.  Water mains deeper than 3.0 m or larger than 300 mm in diameter shall be ductile iron.

For aboveground applications, water mains shall be flanged ductile iron pipe.

**G301002 1.2.1 Materials**

    a.    Ductile Iron Pressure Pipe

        1)  Pipe:  AWWA C151, Pressure Class 350.

        2)  Fittings:  AWWA C110 or AWWA C153.

        3)  Interior Lining:  AWWA C104.

        4)  Exterior Protection (if required):  AWWA C105, polyethylene encasement.

    b.    PVC Pressure Pipe

        1)  Pipe:  AWWA C900, Pressure Class 150.

        2)  Fittings:  Ductile Iron (AWWA C110 or AWWA C153).

    c.    Flanged Ductile Iron Pipe

        1)  Pipe:  AWWA C115 and its appendices.

        2)  Fittings:  AWWA C110 or AWWA C153.

        3)  Lining:  AWWA C104.

**G301002 1.2.2 Installation**

    a.    Ductile Iron:  AWWA C600.

    b.    PVC:  AWWA C605.

Provide a continuous length of tracer wire for the full length of each run of nonmetallic pipe.

### G301002 1.2.3 Connections to Existing Water Lines

Make connections to existing water lines after approval from the U.S. Navy Department of Public Works and the U.S. Army Corps of Engineers is obtained and with a minimum interruption of service on the existing line. Make connections to existing lines under pressure in accordance with the recommended procedures of the manufacturer of the pipe being tapped.

### G301002 1.3 WATER SERVICE LINES

Water service lines less than 100 mm in diameter shall be copper tubing, PVC, or polyethylene (PEX) tubing. Water service lines 100 mm and 150 mm in diameter shall be ductile iron pipe or PVC pressure pipe; see G301002, paragraph 1.2, "Water Distribution Mains" for additional requirements for ductile iron and PVC piping.

### G301002 1.3.1 Materials

a.  Copper Tubing

1)  Pipe:  ASTM B 88M, Type K.

2)  Fittings for Solder-Type Joint:  ANSI B16.8 or ASME B16.22.

3)  Fittings for Compression-Type Joint:  ASME B16.26, flared tube type.

b.  PVC Pressure Pipe

1)  Pipe:  ASTM D1785, Schedule 40 or ASTM D 2241, with SDR rating for 160 psi (1.1 MPa) pressure rating.

2)  Fittings:  ASTM D 2466.

3)  Joints:  Elastomeric gaskets for pressure rating; solvent cement joints, ASTM D 2564.

c.  Polyethylene Tubing:  AWWA C901.

### G301002 1.3.2 Service Connections

Connect service lines 50 mm diameter or less to the main by a corporation stop and install a gate valve on service line.

a.  Ductile-iron water mains: AWWA C600.

b.  PVC water mains: UBPPA UNI-B-8 and the recommendations of AWWA M23, Chapter 9, "Service Connections."

### G301002 1.3.3 Installation

Install pipe, fittings and accessories in accordance with manufacturer's instructions.

a.  Metallic Piping:  applicable requirements of AWWA C600.

b.  PVC:  applicable requirements of ASTM D 2774 and ASTM D 2855.

c.    Polyethylene:  applicable requirements of ASTM D 2774 and ASTM F 645.

## G301002 1.4 CORROSION PROTECTION

### G301002 1.4.1 Insulating Joints

Provide insulating joints to prevent contact between dissimilar metals at the joint between adjacent sections of piping in accordance with the pipe manufacturer's recommendations.  Ensure that there is no metal-to-metal contact between dissimilar metals after the joint has been assembled.

To prevent the possibility of bi-metallic corrosion, service lines of dissimilar metal to the water mains and the attendant corporation stops shall be wrapped with polyethylene or suitable dielectric tape for a minimum clear distance of 900 mm from the main.

## G301002 1.5 VALVES

Valves shall be the same diameter and have the same joint ends as the mains to which they are installed.  Each type of valve shall be of one manufacturer.

### G301002 1.5.1 Gate Valves

#### G301002 1.5.1.1 Location

Valves shall be installed at all new points of connection.  At a minimum, valves shall be located to ensure that no more than two fire hydrants will be out of service in the event of a single break in a water main.  Valves shall be located outside of pavement and heavy traffic areas whenever possible.

#### G301002 1.5.1.2 Gate Valves 75 mm and Larger in Diameter

a.    Valves (500 mm and smaller in diameter):  AWWA C509 or AWWA C515, nonrising stem and of one manufacturer.

b.    Valves (greater than 500 mm in diameter):  AWWA C500.

c.    Valves for Indicator Post:  AWWA C500 with indicator post flange in accordance with applicable requirements of UL 262.

d.    Interior Coating:  AWWA C550.

#### G301002 1.5.1.3 Gate Valves Smaller than 75 mm in Diameter

MSS SP-80, Class 150, solid wedge. Valves shall have flanged or threaded end connections, with unions on both sides of the valve and a handwheel operator.

#### G301002 1.5.1.4 Valve Box

Provide a cast iron, adjustable, valve box for each gate valve on buried piping.  Valve boxes shall be of a size suitable for the valve on which it is to be used with a minimum diameter of 130 mm. Provide a round head and cast the word "WATER" on the lid.

### G301002 1.5.2 Check Valves

Valves sized 50 mm to 600 mm shall be swing-check type (AWWA C508) and have a protective epoxy interior coating conforming to AWWA C550.  For underground applications, provide check valve in a valve vault.

### G301002 1.5.3 Air Release, Air/Vacuum, and Combination Air Valves

AWWA C512 and AWWA M51.

### G301002 1.5.4 Corporation Stops

If service lines 50 mm diameter or less are tapping water mains, provide corporation stops.  The corporation stops shall be ground key type, bronze, ASTM B61 or ASTM B62.

### G301002 1.5.5 Installation of Valves

Make and assemble joints to valves as specified for making and assembling the same type of joints between pipe and fittings.

## G301002 1.6 WATER METERS

Not used.

## G301002 1.7 BACKFLOW PREVENTION

Provide backflow prevention and cross connection control in accordance with AWWA M-14 and governing local/state plumbing codes and waterworks' regulations.

## G301002 1.8 FIRE HYDRANTS

Fire hydrants shall all be of one manufacturer. Provide protection for fire hydrants located in areas subject to vehicle damage.  Fire hydrants shall have Bahraini National Standard threads on hose and pumper connections.  Provide a 150 mm inlet, two 62 mm hose connections and one pumper connection sized to accommodate local fire department equipment requirements.  Stencil hydrant number and main size on the hydrant barrel using black stencil paint.

a.  Wet Barrel Fire Hydrants:  AWWA C503 or UL 246, "Wet Barrel" design, with breakable features.

b.  Installation:  Install hydrants with the pumper connection facing the adjacent paved surface.  If there are two, paved adjacent surfaces, contact the Contracting Officer for further direction.

## G301002 1.9 FIRE HYDRANT HOSE HOUSE

A hose house conforming to the requirements of NFPA 24 shall be provided are each new fire hydrant.  The following equipment, in addition to that listed in NFPA 24 shall be provided with each hose house.

a.  60 m of 65 mm woven jacketed, rubber lined hose conforming to NFPA 1961 with a minimum service test pressure of 2.06 MPa.

b.  30 m of 40 mm woven jacketed, rubber lined hose conforming to NFPA 1961 with a minimum service test pressure of 2.06 MPa.

c.  One gated 65 by 40 by 40 mm wye.

d.  One playpipe for 65 mm hose with 25 mm shutoff nozzle tip.

e.   One playpipe for 40 mm hose with 13 mm shutoff noxxle fo combination nozzle.

f.   Two adapter fittings, 65 to 40 mm.

g.   Two spanners for 40 mm hose.

h.   Fire axe.

## G301002 1.10 THRUST RESTRAINT

Provide thrust restraint for all piping, valves, fittings, and other appurtenances of the water distribution system.

a.   Concrete Thrust Blocks:  AWWA C600.

## G301002 1.11 DISINFECTION

Disinfect new water piping and existing water piping affected by Contractor's operations in accordance with the state waterworks' regulations and AWWA C651.

## G301003 POTABLE WATER STORAGE

## G301003 1.1 POTABLE WATER STORAGE TANKS

Not used.

## G301003 1.2 TANK ACCESSORIES

Not used.

## G301003 1.3 TANK COATINGS

### G301003 1.3.1 Interior Coating System

Not used.

### G301003 1.3.2 Exterior Coating System

Not used.

## G301004 FIRE PROTECTION WATER DISTRIBUTION

## G301004 1.1 GENERAL REQUIREMENTS

Fire protection water distribution shall be provided by the existing water distribution system. Any new fire main piping, service lines, fittings, valves, accessories and all other materials required to provide service for this project shall meet the American Water Works Association (AWWA) standards for a minimum system working pressure of 1380 kPa.

## G301004 1.2 DETECTOR CHECKS

UL 312; detector check shall include bypass meter, piping, gate valves, check valve and connections to detector check valve.  Set valve to allow minimal water flow through bypass meter when major water flow is required.

## G301004 1.3 FIRE DEPARTMENT CONNECTIONS

UL 405.

## G301004 1.4 INDICATOR POSTS

UL 789.

## G301005 FIRE PROTECTION WATER STORAGE

Not used.

## G301006 IRRIGATION WATER DISTRIBUTION

Refer to G301002; note that system disinfection is not required.

## G301007 PUMPING STATIONS

Not used.

## G301008 PACKAGED WATER TREATMENT PLANTS

Not used.

## G3020 SANITARY SEWER

## G3020 1.1 GENERAL REQUIREMENTS

The gravity sanitary sewage collection system shall be designed and constructed in accordance with UFC 3-200-10N, *Civil Engineering*, and the Host Nation sewer collection and treatment regulations. The new sanitary sewage collection system shall connect to the nearest existing sanitary manholes or sanitary line adjacent to the project site. The Contractor shall provide design calculations that show the existing system is capable of handling the additional flows.

In areas where chemicals and other substances may be stored (including mechanical and electrical rooms), the contractor shall eliminate floor drains or shall make provisions made to prevent spills from entering the sanitary sewer system. If there is process flow from equipment, discharge can be hard piped, with air gap, to the sanitary sewer.

Wherever possible, manholes and all other utility access structures shall be located out of paved areas.

## G302001 SANITARY SEWER PIPING

## G302001 1.1 GENERAL REQUIREMENTS

Provide all materials, equipment, labor, testing, and miscellaneous related items to provide sanitary sewage lines necessary for collection and services from the buildings.

## G302001 1.2 GRAVITY SEWER PIPING

Gravity sewer mains and laterals shall be PVC sewer pipe and fittings, except at depths greater than 3.0 m where ductile iron pipe shall be provided.

### G302001 1.2.1 Materials

    a.   PVC Gravity Sewer Pipe

    1)  Piping and Fittings:  ASTM D 3034, SDR 35.

    2)  Joints:  ASTM D 3212 and ASTM F 477.

b.    Ductile Iron Gravity Sewer Pipe

    1)  Piping:  ASTM A 746. Provide required Thickness Class based on design information and methods in ASTM A 746.

    2)  Fittings:  AWWA C110 or AWWA C153.

    3)  Joints:  AWWA C111.

    4)  Interior Coating:  AWWA C104.

    5)  Exterior Protection (if required):  AWWA C105, polyethylene encasement.

### G302001 1.2.2 Connections to Existing Lines

Obtain approval from the Contracting Officer before making a connection to an existing line.   Conduct work so that there is minimum interruption of service on existing line and provide a new manhole at the connection point.

### G302001 1.2.3 Installation

Install pipe, fittings and accessories in accordance with manufacturer's instructions.

a.    PVC:  ASTM D 2321.  Do not use ASTM D 2321 Class IV or V materials for bedding, haunching or initial backfill materials.

b.    Ductile Iron:  AWWA C600.

## G302001 1.3 PIPING FOR CLEANOUTS

### G302001 1.3.1 Materials

a.    Cast-Iron Soil Pipe for Cleanouts

    1)  Pipe:  ASTM A 74, service.

    2)  Joints:  ASTM C 564 compression-type rubber gaskets.

    3)  Exterior Protection (if required):  AWWA C105, polyethylene encasement.

### G302001 1.3.2 Installation

Install cast iron pipe and fittings in accordance with the recommendations of the pipe manufacturer.

## G302002 SANITARY SEWER MANHOLES & CLEANOUTS

## G302002 1.1 GENERAL REQUIREMENTS

Provide all materials, equipment, labor, testing, and miscellaneous related items for the sanitary manholes in accordance with the following:

a.    Manhole rim elevations shall be set flush with finished surface of paved areas or 25 mm above finished grade in unpaved areas.

**A1365**

b.    Resilient connectors for making joints between manhole and pipes entering manhole shall conform to ASTM C 923M.

c.    Provide drop manholes when a gravity sewer pipe enters a manhole at an elevation of 610 mm or more above the manhole invert.

## G302002 1.2 PRECAST CONCRETE MANHOLES

ASTM C 478M; base and first riser shall be monolithic.

Precast manhole sections shall have:

a.    ASTM C 990M butyl gaskets;

b.    ASTM C 443M rubber O-ring joints; or

c.    AASHTO M 198, Type B preformed plastic gaskets.

## G302002 1.3 CAST-IN-PLACE CONCRETE MANHOLES

Reinforced concrete; designed according to ASTM C 890 for A-16 (AASHTO HS20-44), heavy-traffic, structural loading.  Concrete work shall be in accordance with ACI 301M  and ACI 350-01; provide a minimum compressive strength of 28 MPa.

## G302002 1.4 MANHOLE FRAMES AND COVERS

FS A-A-60005; cast iron or ductile iron; designed to accommodate the traffic loadings.  The word "Sewer" shall be stamped or cast into covers so that it is plainly visible.

## G302002 1.5 MANHOLE STEPS

a.    Zinc-coated steel:  29 CFR 1910.27.

b.    Plastic or rubber coating pressure molded to steel:  ASTM D 4101, copolymer polypropylene; or ASTM C 443M, except shore A durometer hardness shall be 70 plus or minus 5.

Aluminum steps or rungs will not be permitted.

Steps are not required in manholes less than 1.2 m deep.

## G302002 1.6 MANHOLE CONSTRUCTION

Where a new manhole is constructed on an existing line, remove existing pipe as necessary to construct the manhole.  Cut existing pipe so that pipe ends are approximately flush with the interior face of manhole wall, but not protruding into the manhole.  For changes in direction of the sewer and entering branches into the manhole, make a circular curve in the manhole invert of as large a radius as manhole size will permit.  For cast-in-place concrete, no parging will be permitted on interior manhole walls.

## G302002 1.7 CONNECTIONS TO EXISTING MANHOLES

Pipe connections to existing manholes shall be centered on the manhole. Holes for the new pipe shall be of sufficient diameter to allow packing cement mortar around the entire periphery of the pipe but no larger than 1.5 times the diameter of the pipe.  Cutting the manhole shall be done in a manner that will cause the least damage to the walls.

**G302002 1.8 CLEANOUTS**

Construct cleanouts of cast iron soil pipe and fittings; see G302001, paragraph 1.3.

**G302003 LIFT STATIONS AND PUMPING STATIONS**

**G302003 1.1 GENERAL REQUIREMENTS**

Not used

**G302003 1.2 SUBMERSIBLE PUMPS**

Not used.

**G302003 1.3 GRINDER PUMPS**

Not used.

**G302003 1.4 SUCTION LIFT PUMPS**

Not used.

**G302003 1.5 PUMP MOTOR**

Not used.

**G302003 1.6 STATION PIPING WITHIN WET WELL AND VALVE VAULT**

**G302003 1.6.1 Piping Less than 100 mm in Diameter**

Not used.

**G302003 1.6.2 Piping 100 mm Diameter and Larger**

Not used.

**G302003 1.7 FORCE MAINS**

**G302003 1.7.1 Force Mains for Submersible and Suction Lift Pumps**

Not used.

**G302003 1.7.2 Force Mains for Grinder Pumps**

Not used.

**G302003 1.8 PIPING ACCESSORIES**

**G302003 1.8.1 Insulating Joints**

Not used.

**G302003 1.8.2 Accessories**

Not used.

**G302003 1.8.3 Flexible Flanged Coupling**

Not used.

**G302003 1.9 VALVES**

Not used.

**G302003 1.9.1 Shut Off Valves**

**G302003 1.9.1.1 Shut Off Valves Less than 100 mm in Diameter**

Not used.

**G302003 1.9.1.2 Shut Off Valves 100 mm and Larger in Diameter**

Not used.

**G302003 1.9.2 Check Valves**

**G302003 1.9.2.1 Check Valves Less than 100 mm in Diameter**

Not used.

**G302003 1.9.2.2 Check Valves 100 mm and Larger in Diameter**

Not used.

**G302003 1.9.3 Air Relief Valves**

Not used.

**G302003 1.10 IDENTIFICATION TAGS AND PLATES**

Not used.

**G302003 1.11 THRUST RESTRAINT**

Not used.

**G302003 1.12 STATION CONTROL SYSTEM**

**G302003 1.12.1 Operating Controls**

Not used.

**G302003 1.12.2 Alarm Controls**

Not used.

**G302003 1.12.3 Telemetry**

Not used.

**G302003 1.13 UNDERGROUND ENCLOSURES**

Not used.

**G302003 1.14 STATION ACCESSORIES**

**G302003 1.14.1 Ventilation**

Not used.

### G302003 1.14.2 Metering

Not used.

### G302003 1.14.3 Pipe and Valve Supports

Not used.

### G302003 1.14.4 Miscellaneous Metals

Not used.

## G302004 PACKAGED SANITARY SEWER TREATMENT PLANTS

Not used.

## G302005 SEPTIC TANKS

Not used.

## G302006 DRAIN FIELDS

Not used.

## G302090 OTHER SANITARY SEWER

## G302090 1.1 OIL/WATER SEPARATOR

Not used.

## G3030 STORM SEWER

Provide all materials, equipment, labor, testing, and miscellaneous related items to provide storm drainage collection system necessary to drain the site.   The storm sewer collection system shall be designed and constructed in accordance with UFC 3-200-10N, *Civil Engineering*; the utility provider's requirements; and the Host Nation storm water management laws and regulations.   Design project site to prevent storm water runoff in excess of the capacity of the existing utility system.

## G303001 STORM SEWER PIPING

## G303001 1.1 PIPING

Storm sewer piping less than 300 mm in diameter shall be PVC or ductile iron. Storm sewer piping 300 mm and larger in diameter shall be reinforced concrete or corrugated steel

Subsurface drainage piping shall be perforated PVC.

### G303001 1.1.1 Materials

    a.   PVC Pipe

       1)  Piping and Fittings:  ASTM D 3034, SDR 35.

       2)  Joints:  ASTM D 3212 and ASTM F 477.

    b.   Ductile Iron Pipe

        1) Piping: ASTM A 746. Provide required Thickness Class based on design information and methods in ASTM A 746.

        2) Fittings: AWWA C110 or AWWA C153.

        3) Joints: AWWA C111.

        4) Interior Coating: AWWA C104.

        5) Exterior Protection (if required): AWWA C105, polyethylene encasement.

c. Reinforced Concrete Pipe

        1) Circular Pipe: ASTM C 76M. Provide required Class based on design information and methods in ASTM C 76M. Class III minimum.

        2) Elliptical Pipe: ASTM C 507M. Provide required Class based on design information and methods in ASTM C 76M.

        3) Joints:

                a) ASTM C 990M butyl gaskets;

                b) ASTM C 443M rubber O-ring joints; or

                c) AASHTO M 198, Type B preformed plastic gaskets.

d. Perforated PVC Pipe: ASTM D 2729.

### G303001 1.1.2 Installation

Install piping in accordance with manufacturer's recommendations.

a. PVC: ASTM D 2321. Do not use ASTM D 2321 Class IV or V materials for bedding, haunching or initial backfill materials.

b. Ductile Iron: AWWA C600.

c. Reinforced Concrete: ACPA 01-102 and 01-103.

d. Perforated PVC: ASTM D 2321. Do not use ASTM D 2321 Class IV or V materials for bedding, haunching or initial backfill materials.

## G303001 1.2 PIPING FOR CLEANOUTS

### G303001 1.2.1 Materials

a. Cast-Iron Soil Pipe for Cleanouts

        1) Pipe: ASTM A 74, service.

        2) Joints: ASTM C 564 compression-type rubber gaskets.

        3) Exterior Protection (if required): AWWA C105, polyethylene encasement.

### G303001 1.2.2 Installation

Install cast iron pipe and fittings in accordance with the recommendations of the pipe manufacturer.

## G303002 STORM SEWER STRUCTURES

### G303002 1.1 GENERAL REQUIREMENTS

Provide all materials, equipment, labor, testing, and miscellaneous related items for the drainage structures in accordance with the following:

a.   Structure rim elevations shall be set flush with finished surface of paved areas or 25 mm above finished grade in unpaved areas.

b.   Resilient connectors for making joints between manhole and pipes entering manhole shall conform to ASTM C 923M.

c.   Provide precast or cast-in-place concrete drainage structures, except cast-in-place concrete is required for airfield drainage structures, headwalls and gutters.

### G303002 1.2 PRECAST CONCRETE INLETS

Provide work and materials in accordance with applicable requirements of the Host Nation Specifications (HNS) and standards where the project is located.

### G303002 1.3 CAST-IN-PLACE CONCRETE DRAINAGE STRUCTURES

Provide work and materials in accordance with drainage structures indicated in the Host Nation Specifications (HNS) and standards where the project is located.

### G303002 1.4 DRAINAGE STRUCTURE FRAMES AND COVERS

FS A-A-60005; cast iron or ductile iron; designed to accommodate the traffic loadings.  The word "Storm" shall be stamped or cast into covers so that it is plainly visible.

Covers shall be of the same material as the frames (i.e. ductile iron frame with ductile iron cover).  Proof loading shall be performed in accordance with FS A-A-60005 and ASTM A 48/A 48M.  The finished structure shall be level and non-rocking, with the top flush with the surrounding pavement.

### G303002 1.5 DRAINAGE STRUCTURE STEPS

a.   Zinc-coated steel:  29 CFR 1910.27.

b.   Plastic or rubber coating pressure molded to steel:  ASTM D 4101, copolymer polypropylene; or ASTM C 443M, except shore A durometer hardness shall be 70 plus or minus 5.

Aluminum steps or rungs will not be permitted.

Steps are not required in structures less than 1.2 m deep.

### G303002 1.6 DRAINAGE STRUCTURE CONSTRUCTION

Where a new structure is constructed on an existing line, remove existing pipe as necessary to construct the structure.  Cut existing pipe so that pipe ends are approximately flush with the interior face of structure wall, but not protruding into the structure.

**G303002 1.7 CONNECTIONS TO EXISTING STRUCTURES**

Pipe connections to existing structures shall be centered on the structure. Holes for the new pipe shall be of sufficient diameter to allow packing cement mortar around the entire periphery of the pipe but no larger than 1.5 times the diameter of the pipe. Cutting the structure shall be done in a manner that will cause the least damage to the walls.

**G303002 1.8 CLEANOUTS**

Construct cleanouts of cast iron soil pipe and fittings; see G303001, paragraph 1.2.

**G303003 LIFT STATIONS**

A storm water pump station(s) will not be allowed.

**G303004 CULVERTS**

Not used.

**G303005 HEADWALLS**

Not used.

**G303006 EROSION & SEDIMENT CONTROL MEASURES**

Refer to Section G103011.

**G303007 STORMWATER MANAGEMENT**

**G303007 1.1 STORMWATER COLLECTION AND STORAGE**

Provide permanent detention/retention ponds and other drainage features to regulate storm water runoff and to prevent damage to the site and off-site. Integrate permanent storm water management ponds, swales, and other storm water management features, into the total site design to provide an aesthetically pleasing and harmonious landscape. Develop and construct the ponds and other drainage features in accordance with UFC 3-200-10N, *Civil Engineering*, and the Host Nation storm water management Laws and Regulations.

**G303090 OTHER STORM SEWER**

**G303090 1.1 OIL/WATER SEPARATOR**

Not used.

**G3050 COOLING DISTRIBUTION**

**G305002 UNDERGROUND COOLING SYSTEMS**

**G305002 1.1 PIPING & FITTINGS**

Direct buried, factory-prefabricated, pre-insulated, chilled water piping systems. All fittings and accessories shall be designed and factory-fabricated to prevent moisture from entering into the system. Backfill and overall installation shall meet the requirements of the piping system manufacturer.

**G305002 1.2 VALVES**

Provide isolation valves on supply and return lines at take-offs for service to each building.  Valves shall be located in valve boxes.

## G305090 OTHER COOLING DISTRIBUTION

### G305090 1.1 EXPANSION

Compensate for piping expansion by utilizing expansion loops.  Locate anchors outside manholes.

### G305090 1.2 WARNING & IDENTIFICATION TAPE

Polyethylene plastic tape manufactured specifically for warning and identifying buried utility lines.

### G305090 1.3 CORROSION PROTECTION

Provide a cathodic protection system for the underground chilled water piping system.  System shall be designed by a National Association of Corrosion Engineers (NACE) certified Cathodic Protection Engineer.  The corrosion engineer shall obtain soil data and existing system conditions.  Corrosion engineer shall supervise, inspect and test the installation and performance of the cathodic protection system.  Test stations shall be post mounted and placed at the manhole or nearby building. Test stations shall be located at each end of each cathodically protected section.

-- End of Section --

SECTION G40

SITE ELECTRICAL UTILITIES
12/11

**G40 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements.  The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project.  Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**G40 1.1 NARRATIVE**

This section covers installations exterior to the facility up to the 1.5 Meter line. See PTS Section D50, *Electrical*, for continuation of systems into the building.

**G40 1.2 ELECTRICAL DESIGN GUIDANCE**

Provide the design and installation in accordance with the following references.  This Performance Technical Specification (PTS) adds clarification to the fundamental requirements contained in the following Government Standards.  The general requirements of this PTS section are located in PTS Section Z10, *General Performance Technical Specification*.

When all product Quality Control information is included in the Unified Facility Criteria (UFC) and there are requirement options identified in the ESR, then the Uniformat Level 4 titles (and possible subtitles) are included without additional verbiage.  One example of this is G401008, GROUNDING SYSTEMS.

**G40 1.2.1 Government Standards**

UNIFIED FACILITIES CRITERIA (UFC)

| | |
|---|---|
| UFC 1-200-01 | General Building Requirements(A reference in this PTS section to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs , which include the following significant UFC(s):UFC 3-501-01, Electrical Engineering) |
| UFC 3-570-02N | Electrical Engineering Cathodic Protection |
| UFC 3-580-01 | Telecommunications Building Cabling Systems Planning and Design |
| UFC 3-501-1 | Electrical Engineering |
| UFC 3-510-01 | Foreign Voltages & Frequencies Guide |
| UFC 3-530-01 | Interior & Exterior Lighting Controls |

UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)

| | |
|---|---|
| UFGS 26 11 13.00 20 | Primary Unit Substation |

W912ER-11-D-0010-0006

**A1374**

| | |
|---|---|
| UFGS 26 11 16 | Secondary Unit Substations |
| UFGS 26 12 19.10 | Three-Phase Pad-Mounted Transformers |
| UFGS 26 12 19.20 | Single-Phase Pad-Mounted Transformers |
| UFGS 26 13 00.00 20 | SF6 Insulated Pad-Mounted Switchgear |
| UFGS 26 23 00 | Switchboards and Switchgear |
| UFGS 27 54 00.00 20 | Community Antenna Television (CATV) Systems |
| UFGS 33 70 01.00 20 | Electrical Distribution System, Underground |
| UFGS 33 71 01.00 20 | Overhead Transmission and Distribution |
| UFGS 33 82 00 | Telecommunications Outside Plant (OSP) |

National Fire Protection Association, NFPA 70 2011 (National Electric Code)

National Fire Protection Association, NFPA 72 2010 (National Fire Alarm Code)

British Standards, BS 7671 (Requirements for Electrical Installations)

## G40 1.3 QUALITY ASSURANCE

Qualifications, certifications, and Test Plans indicated herein shall be submitted 45 calendar days prior to the expected date of execution. Notify the Contracting Officer 14 calendar days prior to all testing. Submit test results within 7 calendar days of completion of testing.

The Designer of Record is responsible for approving the submittals listed below.

### G40 1.3.1 Qualified Testing Organization

Contractor shall engage the services of a qualified testing organization to provide inspection, testing, calibration, and adjustment of the electrical distribution system and equipment listed in paragraph entitled "Acceptance Tests and Inspections" herein. Organization shall be independent of the supplier, manufacturer, and installer of the equipment. The organization shall be a first tier subcontractor.

a. Submit name and qualifications of organization. Organization shall have been regularly engaged in the testing of electrical materials, devices, installations, and systems for a minimum of 5 years. The organization shall have a calibration program, and test instruments used shall be calibrated in accordance with NETA ATS.

b. Submit name and qualifications of the lead engineering technician performing the required testing services. Include a list of three comparable jobs performed by the technician with specific names and telephone numbers for reference. Testing, inspection, calibration, and adjustments shall be performed by an engineering technician, certified by NETA or the National Institute for Certification in Engineering Technologies (NICET) with a minimum of 5 years' experience inspecting, testing, and

calibrating electrical distribution and generation equipment,
systems, and devices.

### G40 1.3.2 NEC Qualified Worker

Provide in accordance with NFPA 70 and British Standard BS 7671.
Qualified Workers shall be allowed to be assisted by helpers on a 1
to 1 ratio, provided such helpers are registered in recognized
apprenticeship programs. Submit a certification confirming NEC
Qualified Worker requirements.

### G40 1.3.3 Qualified Medium Voltage Electrician

All workers on medium voltage electrical crews shall have 5 years
experience working medium voltage systems on similar projects
involving the same or higher voltage.

### G40 1.3.4 Qualified Cable Splicer (Medium Voltage Cable)

The cable splicer/terminator must have a certification from the
National Cable Splicing Certification Board (NCSCB) in the field of
splicing and terminating shielded medium voltage (5 kV to 35 kV) power
cable using pre-manufactured kits (pre-molded, heat-shrink,
cold-shrink). Proof of certification for the individuals that will
be performing cable splicer and termination work shall be submitted
30 days before splices or terminations are to be made.

### G40 1.3.5 Qualified Cable Splicer (Telecommunications)

Certification shall include the training, and experience of the
individual on specific type and classification of telecommunications
cable to be provided under this contract.

### G40 1.3.6 Qualified Cable Installer and Splicer (Fiber Optic Cable)

Certification shall include the training, and experience of the
individual on specific type and classification of Fiber Optic media
to be provided under this contract.

### G40 1.3.7 Qualified Fiber Optic (FO) Cable Manufacturer

The FO media manufacturer shall have a minimum of 3 years experience
in the manufacturing, assembly, and factory testing of FO media that
complies with RUS REA Bull 1753F-601 (PE-90). Manufacturer shall
provide a list of customers with 3 years of maintenance logs
documenting experience with government customers.

### G40 1.3.8 Material Standards

Ensure service support and provide manufacturer's nameplate in
accordance with PTS Section Z10, *General Performance Technical
Specification*.

#### G40 1.3.8.1 Warning Labels

Each enclosure of electrical equipment, including substations,
and switchgear, shall have a warning label identifying the
enclosure as 1) containing energized electrical equipment and
2) an arc flash hazard.

### G40 1.3.9 Factory Testing

The Government reserves the right to witness all factory testing. The manufacturer shall have a calibration program that assures that all applicable test instruments are maintained within rated accuracy.

### G40 1.3.10 Electrical System Startup and Testing

Submit test plans for approval. The test plans shall be tailored to the systems provided.

The test plan shall list make and model and provide functional description of the test instruments and accessories and shall describe the setup of the tests to be conducted. Test instruments shall be capable of measuring and recording or displaying test data at a higher resolution and greater accuracy than specified for the equipment's performance.

### G40 1.3.10.1 Factory Trained Engineer

Provide a factory trained engineer to supervise start-up and testing as required in referenced specifications.

### G40 1.3.10.2 Performance Verification Testing

The Contractor shall show by demonstration in service that all circuits and devices are in operating condition. Tests shall be such that each item of control equipment will function not less than five times. The Contractor shall provide all necessary test equipment, tools, fuel, load banks, labor, and materials for testing. As a minimum, all systems shall be tested in accordance with manufacturer's recommendations. Additional testing requirements for the various systems are described with those systems, hereinafter. The Contractor shall assure that all applicable test instruments are maintained within rated accuracy. Dated calibration labels shall be visible on all test equipment.

Submit a separate electrical field test plan in accordance with manufacturer's recommendations and that conforms to NETA ATS for each piece of Electrical Distribution Equipment and System requiring Performance Verification Testing.

The following items identify specific test requirements. Additional test requirements are contained in the applicable UFGS.

a.  Cable – Test cable in accordance with the manufacturer's recommendations and NETA ATS. Adhere to precautions and limits as specified in the applicable NEMA/ICEA Standard for the specific cable.

b.  Grounding - Test ground systems in accordance with the manufacturer's recommendations and NETA ATS.

c.  Site Lighting - Contractor's Quality Control (CQC) representative shall perform a field survey of site lighting systems in accordance with IESNA for acceptance. Show that the lighting system operates in accordance with the user's requirements and is in accordance with designed levels. Provide certification that the measured lighting levels conform to the design requirements.

    d.    Telecommunications wiring - Test all cables in accordance with industry standards.

### G40 1.3.10.3 Acceptance Tests and Inspections

The Qualified Testing Organization shall provide the Acceptance Tests and Inspections test plan and procedures and perform the acceptance tests and inspections. Test methods, procedures, and test values shall be performed and evaluated in accordance with NETA ATS, the manufacturer's recommendations, and paragraph entitled "Field Quality Control" of each applicable specification section. Tests identified as optional in NETA ATS are not required unless otherwise specified. Equipment shall be placed in service only after completion of required tests and evaluation of the test results have been completed. Contractor shall supply to the testing organization complete sets of shop drawings, settings of adjustable devices, and other information necessary for an accurate test and inspection of the system prior to the performance of any final testing.

Specific test requirements are contained in the UFGS for equipment.

### G40 1.4 DESIGN SUBMITTALS

Design Submittals shall be in accordance with PTS Section Z10, *General Performance Technical Specifications*, UFGS Section 01 33 00.12 10, *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and UFC 3-501-01, *Electrical Engineering*.

In addition, UFGS sections listed below or in the body of the PTS text are to be used by the Designer of Record (DOR) as a part of the design submittal. If the UFGS products or systems are applicable to the project, the DOR shall edit these referenced UFGS sections and submit them as a part of the design submittal specification. Edit the specification sections in accordance with the limitations stated in PTS Section Z10, *General Performance Technical Specifications*.

UFGS 26 11 13.00 20, *Primary Unit Substation*

UFGS 26 11 16, *Secondary Unit Substations*

UFGS 26 12 19.10, *Three-Phase Pad-Mounted Transformers*

UFGS 26 12 19.20, *Single-Phase Pad-Mounted Transformers*

UFGS 26 13 00.00 20, *SF6 Insulated Pad-Mounted Switch Gear*

UFGS 26 20 00, *Interior Distribution System*

UFGS 26 23 00, *Switchboards and Switchgear*

UFGS 27 05 14.00 10, *Cable Television Premises Distribution System*

UFGS 27 10 00, *Building Telecommunications Cabling System*

UFGS 27 41 16.00 10, *Television Signal Distribution System*

UFGS 33 70 02.00 10 *Electrical Distribution System, Underground*

UFGS 33 71 01.00 20, *Overhead Transmission and Distribution*

UFGS 33 82 00, *Telecommunications Outside Plant (OSP)*

## G40 1.5 CONSTRUCTION SUBMITTALS

Submit construction submittals in accordance with PTS Section Z10, *General Performance Technical Specifications*. In addition to the PTS Section Z10 requirements, the Designer of Record (DOR) shall approve the following construction submittals as a minimum:

OMSI Information for Electrical Equipment (if OMSI Manual for the entire project is not already required); all "G" item submittals listed in the submittals of the specifications sections identified in the Design Submittals paragraph above; and all "G" item submittals listed in Government Surveillance UFGS Section 01 33 00.12 10, Submittal Procedures for Design-Build Projects.

Provide certification that all adjustable protective device settings have been set in accordance with the coordination study for the as-built equipment and configuration.

## G4010 ELECTRICAL DISTRIBUTION

## G401001 SUBSTATIONS

When secondary unit substations are required, the Designer of Record shall utilize UFGS Section 26 11 16, *Secondary Unit Substation*, and UFGS Section 26 23 00, *Switchboards and Switchgear*, for the project specification, and shall submit the edited specification section as a part of the design submittal for the project.

## G401002 TRANSFORMERS

## G401003 SWITCHES, CONTROLS AND DEVICES

## G401004 OVERHEAD ELECTRIC CONDUCTORS

Not Used

## G401005 TOWERS, POLES, CROSSARMS AND INSULATORS

Not Used

## G401006 UNDERGROUND ELECTRIC CONDUCTORS

Route underground cables to minimize splices. Cable pulling tensions shall not exceed the maximum pulling tension recommended by the cable manufacturer. Medium voltage cable termination shall be suitable for the location installed and meet IEEE Std. 48 Class 1 requirements.

## G401007 DUCTBANKS, MANHOLES, HANDHOLES AND RACEWAYS

Concrete manholes and handholes shall be standard type pre-cast concrete. Load ratings of manholes and handholes shall be suitable for the location installed. Telecommunications manholes and handholes shall be H20 rated.

## G401008 GROUNDING SYSTEMS

## G401009 METERING

**G401010 CATHODIC PROTECTION SYSTEMS**

**G401011 EQUIPMENT REQUIREMENTS FOR COASTAL AND HIGH HUMIDITY AREAS**

**G4020 SITE LIGHTING**

**G402001 EXTERIOR LIGHTING FIXTURES AND CONTROLS**

Maintained mean area lighting levels shall be 6 lux (0.5 fc). Lighting uniformity shall be maintained with the following average to minimum (avg/min) uniformity ratios:

a.    Secondary Street Lighting, 6:1

b.    Area and Parking Lighting, 6:1

**G402002 SPECIAL SECURITY LIGHTING SYSTEM**

**G402003 OTHER AREA LIGHTING**

**G402004 LIGHTING POLES**

Poles shall meet Uniform Building Code for street lighting poles, and AASHTO loadings for street lighting poles taking into account the effective projected areas of the luminaries provided. Poles shall be  anchor-base type designed for use with underground supply conductors.

**G402005 UNDERGROUND ELECTRIC CONDUCTORS**

Provide in accordance with Paragraph G401006.

**G402006 DUCTBANKS, MANHOLES AND HANDHOLES**

Handholes and underground conduits for site lighting shall be in accordance with Paragraph G401007.

**G402007 GROUNDING SYSTEMS**

**G4030 SITE COMMUNICATION AND SECURITY**

**G403001 TELECOMMUNICATIONS SYSTEMS**

Design specifications shall be tailored to UFGS 33 82 00.

**G403002 CABLE TV SYSTEMS (CATV)**

See CATV performance specifications (UFGS 27 54 00.00 20).

**G403003 CABLES AND WIRING**

Provide underground copper cable pair in accordance with RUS 345-67.  PE-89 filled cable meeting the requirements of RUS 345-67. Fiber optic media shall meet all performance requirements of EIA/TIA-568-C and the physical requirements of ICEA S 87-640 and EIA/TIA-598-A. See UFGS 33 82 00.

**G403004 DUCTBANKS, MANHOLES AND HANDHOLES**

Provide in accordance with paragraph G401007.

**G403005 TOWERS, POLES AND STANDS**

Not Used.

**G403006 TV CAMERAS AND MONITORS**

 Not used.

**G403007 ELECTRONIC SECURITY SYSTEM (ESS)**

**G403008 OTHER COMMUNICATION AND ALARM**
There are no other requirements for this project.

**G403009 GROUNDING SYSTEMS**

A complete grounding system shall be designed in accordance with TIA/EIA 758-A and UFGS 33 82 00.  All metallic components shall be properly bonded to ground to include, but not limited to, all shields at point of break, splices, protectors, transitions, cable racks, and manhole/handhole metallic structures.

**G4090 OTHER ELECTRICAL UTILITIES**

--End of Section--

SECTION Z10

GENERAL PERFORMANCE TECHNICAL SPECIFICATION
11/10

**Z10 GENERAL**

RFP Part 3 including the Engineering System Requirements (ESR) provide project specific requirements. The RFP Part 4 Performance Technical Sections (PTS) provide generalized technical requirements that apply to multiple facility types and include more requirements than are applicable to this project. Therefore RFP Part 4 requirements that correspond and further define the RFP Part 3 requirements are specific to this project, other RFP Part 4 requirements are not required.

**Z10 1.1 NARRATIVE**

All Performance Technical Specification (PTS) sections must be used in conjunction with all parts of the Design Build (D/B) Request for Proposal (RFP) to determine the full requirements of this solicitation. This PTS section provides general requirements for the other PTS sections of this RFP and is used in conjunction with the other PTS sections.

Refer to UFGS section 01 33 00.12 00, *Submittal Procedures for Design-Build Projects* for the Order of Precedence of the RFP Parts. Requirements listed in the Project Program take precedence over the PTS sections requirements; therefore, requirements identified in the Project Program eliminate options related to that requirement in the PTS sections.

**Z10 1.2 DESIGN GUIDANCE**

Provide work in compliance with the following design standards and codes, as a minimum. Government standards listed in this RFP take precedence over industry standards.

The PTS Sections reference published standards, the titles of which can be found in the *Unified Master Reference List (UMRL)* on the Whole Building Design Guide at the Unified Facilities Guide Specification (UFGS) Website . The publications referenced form a part of this specification to the extent referenced. The publications are referred to in the section text by the basic designation only. Industry standards, codes, and Government standards referenced in the section text, and not found in the UMRL, are listed at the beginning of the PTS sections.

The advisory provisions of all referenced codes, standards, and specifications shall be mandatory; substitute words such as "shall", "must", or "required" for words such as "should", "may", or "recommended," wherever they appear. The results of these wording substitutions incorporate these code and standard statements as requirements. Reference to the "authority having jurisdiction" for variance from criteria shall be interpreted to mean the "Chief Engineer, NAVFAC" and for contractual obligations on this project shall be interpreted to mean the "Contracting Officer". Comply with the required and advisory portions of the current edition of the standard at the time of contract award.

The following list of codes and standards is not comprehensive and is augmented by other codes and standards referenced and cross-referenced in the RFP.

**Z10 1.2.1 INDUSTRY CODES**

INTERNATIONAL BUILDING CODE (IBC) as modified by UFC 1-200-01. UFC

1-200-01 applies the IBC to the project and references other commercial standards and UFC criteria that become part of the contract.

### Z10 1.2.2 INDUSTRY REQUIREMENTS

WHOLE BUILDING DESIGN GUIDE (WBDG)

WHOLE BUILDING DESIGN GUIDE, Ensure Occupant Safety and Health (Systems Safety Engineering) at http://www.wbdg.org/design/ensure_health.php

### Z10 1.2.3 GOVERNMENT STANDARDS

#### Z10 1.2.3.1 UNIFIED FACILITIES CRITERIA (UFC)

UFC 1-200-01    General Building Requirements(UFC 1-200-01 is a hub document that provides general building requirements and references other critical UFCs. A reference to UFC 1-200-01 requires compliance with the Tri-Service Core UFCs.

#### Z10 1.2.3.2 FEDERAL STANDARDS

DoD Architectural Barriers Act Accessibility Standard with DEPSECDEF Memorandum

Occupational Safety and Health Association (OSHA)

## Z10 1.3 MATERIALS AND EQUIPMENT REQUIREMENTS IDENTIFICATION

### Z10 1.3.1 MATERIALS STANDARD

Refer to the Project Program for identification of Government Furnished Equipment.

The equipment items shall be supported by service organizations that are convenient to the equipment installation in order to render satisfactory service to the equipment on a regular and emergency basis during the warranty period of the contract.

Materials, equipment, fixtures, and other appurtenances shall comply with applicable Underwriters Laboratories, (UL) Inc., American National Standards Institute, Inc., and National Electrical Manufacturer's Association standards or applicable standards of a similar independent testing organization. All materials shall be new, and shall bear the label of Underwriters Laboratories whenever standards have been established and label service is normally and regularly furnished by the agency. All equipment provided shall be listed and labeled suitable for the specified purpose, environment, and application and installed in accordance with manufacturer's recommendations. Insulation shall be asbestos free.

### Z10 1.3.2 EQUIPMENT NAMEPLATE IDENTIFICATION

Each item of equipment shall have a nameplate bearing the manufacturer's name, address, model number, and serial number securely affixed in a conspicuous place. The nameplate of the distributing agent

will not be acceptable.

### Z10 1.3.3 FIELD-APPLIED NAMEPLATES

Provide laminated plastic nameplates for each piece of equipment. Each nameplate must identify the function and, when applicable, the number designation of that piece of equipment as used in the design documents. Provide melamine plastic nameplates, 0.125 inch (3 mm) thick, white with black center core.

### Z10 1.4 COMMISSIONING

Commission the building systems identified in the Project Program paragraph 2.3.4.  Refer to UFGS section 01 45 04.00 10, Contractor Quality Control*lfor* commissioning requirements. Test reports must be certified by the Commissioning Authority (CA), that work is in compliance with requirements of the RFP.

### Z10 1.5 PERFORMANCE VERIFICATION AND ACCEPTANCE TESTS

Verification of satisfactory construction and system performance shall be via Performance Verification Testing, Acceptance Tests, and submittal of test reports certified by the Designer of Record (DOR), that work is in compliance with requirements of the RFP.  The Government reserves the right to witness all Performance Verification and Acceptance Tests, review data, and request other such additional inspections and repeat tests as necessary to ensure that the work and provided services conform to the stated requirements. Contractor shall pay the cost of all testing.

Refer to each PTS section to identify Performance Verification and Acceptance Testing required by the work specified in that PTS section.

### Z10 1.6 SUBMITTALS

Contractor's design submittals that combines design and construction submittals, and  construction submittals that are submitted separate from the design submittals must both comply with UFGS 01 33 00.12 10  Submittal Procedures for Design-Build Projects.

Refer to ""Construction Quality Control" in UFGS 01 33 00.12 10, *Submittal Procedures for Design-Build Projects* and 01 45 04.00 10, Contractor  *Quality Control* to define reviewing and approving Authority of design and construction submittals.

### Z10 1.6.1 DESIGN SUBMITTALS

Design submittals shall be in accordance with Unified Facility Guide Specification (UFGS) section 01 33 00.12 10,  *Submittal Procedures for Design-Build Projects*, the MED Design Instruction Manual, and other discipline-specific guidelines listed in the applicable PTS sections.

UFGS Section 01 33 00.12 10, *D Submittal Procedures for Design-Build Projects* and some PTS sections requires the use of UFGS sections in the development on the contractor originated specification. The Designer of Record (DOR) shall edit the UFGS sections for the project and submit the edited specification as a part of the design submittal. The DOR shall edit the UFGS as follows:

(1) Prepare UFGS Specifications as part of the project specification,

(2) Delete only portions of the UFGS specification that are not applicable to the project,

W912ER-11-D-0010-0006

**A1384**

(3) Edit only the bracketed choices that are within the UFGS specification text,

(4) Edit blank bracketed options to include requirements that exercise prudence and adherence to acceptable industry standards,

(5) Comply with the directions, directives, and requirements of all UFGS Criteria Notes.  The UFGS Criteria Notes are typically bordered on the top and bottom by a line of asterisks to highlight their location.

(6) If proprietary information is provided or required to streamline the construction submittal process, include proprietary information in the edited UFGS sections and added to the end of each UFGS section. Confirm that the proprietary products, materials, and systems listed in the specifications are in compliance with the requirements of the RFP.

## Z10 1.6.2 CONSTRUCTION SUBMITTALS

Submit for approval to the Designer of Record (DOR), construction submittals, product data, manufacturer's information, shop drawings, and test reports on all materials and systems installed in the project, unless the DOR designates submittal for QC approval. Refer to each PTS section for further construction submittal requirements relating to the work identified in that particular PTS section. Some PTS sections reference UFGS sections that will require more construction submittals for DOR approval than is stated above.  Refer to Section 01 33 00.12 10 for the list of construction submittals reserved for Government Approval and Government Surveillance.

-- End of Section --

# PART FIVE - PRESCRIPTIVE SPECIFICATIONS

UFGS 31 31 16, SOIL TREATMENT FOR SUBTERRANEAN TERMITE CONTROL

```
***********************************************************************
USACE / NAVFAC / AFCESA / NASA        UFGS-31 31 16 (August 2008)
                                      --------------------------
Preparing Activity:  USACE            Superseding
                                      UFGS-31 31 16 (April 2006)

            UNIFIED FACILITIES GUIDE SPECIFICATIONS

        References are in agreement with UMRL dated October 2011
***********************************************************************
```

```
                     SECTION TABLE OF CONTENTS

                     DIVISION 31 - EARTHWORK

                       SECTION 31 31 16

          SOIL TREATMENT FOR SUBTERRANEAN TERMITE CONTROL

                            08/08
```

```
PART 1   GENERAL

  1.1   REFERENCES
  1.2   SUBMITTALS
  1.3   QUALITY ASSURANCE
    1.3.1   Qualifications
    1.3.2   Safety Requirements
  1.4   DELIVERY, STORAGE, AND HANDLING
    1.4.1   Delivery
    1.4.2   Inspection
    1.4.3   Storage
    1.4.4   Handling
  1.5   SITE CONDITIONS
    1.5.1   Soil Moisture
    1.5.2   Runoff and Wind Drift
      1.5.2.1   Vapor Barriers and Waterproof Membranes
      1.5.2.2   Utilities and Vents
    1.5.3   Placement of Concrete
  1.6   WARRANTY

PART 2   PRODUCTS

  2.1   TERMITICIDES

PART 3   EXECUTION

  3.1   VERIFICATION OF MEASUREMENT
  3.2   TECHNICAL REPRESENTATIVE
  3.3   SITE PREPARATION
    3.3.1   Ground Preparation
    3.3.2   Verification
    3.3.3   Foundation Exterior
    3.3.4   Utilities and Vents
    3.3.5   Crawl and Plenum Air Spaces
    3.3.6   Application Plan
  3.4   TERMITICIDE TREATMENT
```

```
                    SECTION 31 31 16  Page 1
```

   3.4.1    Equipment Calibration and Tank Measurement
   3.4.2    Mixing and Application
   3.4.3    Treatment Method
     3.4.3.1   Surface Application
     3.4.3.2   Rodding and Trenching
   3.4.4    Sampling
  3.5   CLEAN UP, DISPOSAL, AND PROTECTION
   3.5.1    Clean Up
   3.5.2    Disposal of Termiticide
   3.5.3    Protection of Treated Area
  3.6   CONDITIONS FOR SATISFACTORY TREATMENT
   3.6.1    Equipment Calibrations and Measurements
   3.6.2    Testing
   3.6.3    Disturbance of Treated Soils
   3.6.4    Termites Found Within the Warranty Period
  3.7   RE-TREATMENT

-- End of Section Table of Contents --

```
**************************************************************************
USACE / NAVFAC / AFCESA / NASA         UFGS-31 31 16 (August 2008)
                                       --------------------------
Preparing Activity:  USACE             Superseding
                                       UFGS-31 31 16 (April 2006)

                  UNIFIED FACILITIES GUIDE SPECIFICATIONS

        References are in agreement with UMRL dated October 2011
**************************************************************************


                        SECTION 31 31 16

        SOIL TREATMENT FOR SUBTERRANEAN TERMITE CONTROL
                             08/08


**************************************************************************
            NOTE:  This guide specification covers the
            requirements for termiticide treatment measures for
            subterranean termite control.

            Adhere to UFC 1-300-02 Unified Facilities Guide
            Specifications (UFGS) Format Standard when editing
            this guide specification or preparing new project
            specification sections.  Edit this guide
            specification for project specific requirements by
            adding, deleting, or revising text.  For bracketed
            items, choose applicable items(s) or insert
            appropriate information.

            Remove information and requirements not required in
            respective project, whether or not brackets are
            present.

            Comments, suggestions and recommended changes for
            this guide specification are welcome and should be
            submitted as a Criteria Change Request (CCR).
**************************************************************************


PART 1   GENERAL


**************************************************************************
            NOTE:  Termite infestation exists throughout the
            United States and overseas areas with the exception
            of Alaska.  Soil treatment will be specified for all
            types of construction where termites are likely to
            establish colonies and make concealed access to wood
            construction, including wood doors, windows, finish,
            and trim, or to wood-product, cloth, or cellulose
            storage in buildings.  Soil treatment will also be
            required for structures constructed of or containing
            wood-preservative-treated items.  However, soil
            treatment is not required for power plants,
            central-heating plants, water- or sewer-treatment
            plants, incinerators, pump houses, and structures of
            similar nature which have neither wood in their
            construction nor wood or cellulose items stored
```

W912ER-11-D-0010-0006

A1389

within, and which have little chance of conversion to alternative uses.

Modification of this section, including materials, concentrations, or rates of application, considered necessary because of climatic conditions, porosity of soil to be treated, type of termite, or heavy infestation of termites, will be as recommended by the certified installation pest management coordinator.  The modification will be in accordance with the guidance contained in the installation pest management program.  Army Regulation 210-50, Housing Management, paragraph SPECIAL CONDITIONS, prohibits termiticide treatment through or under concrete slabs where HVAC ducts or vents are within or beneath the slab.  Information is also available from state and local agriculture agencies and from the EPA National Pesticide Telephone Network at 1-800-858-7378.

When termites are known to be present on the project site, any crawl space on the ground level designed in a building needs to be designed for a concrete cover to be placed over the soil after treatment by a termiticide.  Since the crawl space remains accessible to people and animals, it requires the concrete cover and signage.

For maximum termite protection, new structures should be designed and constructed using CCA- or borate-treated lumber, especially for foundation members.  Untreated lumber in existing structures may be treated using rods of CCA or borate salts which can be inserted into non-treated wood and dissolved with water for absorption by the wood.
**************************************************************************

1.1   REFERENCES

**************************************************************************
NOTE:  This paragraph is used to list the publications cited in the text of the guide specification.  The publications are referred to in the text by basic designation only and listed in this paragraph by organization, designation, date, and title.

Use the Reference Wizard's Check Reference feature when you add a RID outside of the Section's Reference Article to automatically place the reference in the Reference Article.  Also use the Reference Wizard's Check Reference feature to update the issue dates.

References not used in the text will automatically be deleted from this section of the project specification when you choose to reconcile references in the publish print process.
**************************************************************************

The publications listed below form a part of this specification to the extent referenced.  The publications are referred to within the text by the basic designation only.

U.S. ENVIRONMENTAL PROTECTION AGENCY (EPA)

7 USC Section 136                    Federal Insecticide, Fungicide, and Rodenticide Act

1.2    SUBMITTALS

**************************************************************************
          NOTE:  Review submittal description (SD) definitions
          in Section 01 33 00 SUBMITTAL PROCEDURES and edit
          the following list to reflect only the submittals
          required for the project.  Submittals should be kept
          to the minimum required for adequate quality control.

          A "G" following a submittal item indicates that the
          submittal requires Government approval.  Some
          submittals are already marked with a "G".  Only
          delete an existing "G" if the submittal item is not
          complex and can be reviewed through the Contractor's
          Quality Control system.  Only add a "G" if the
          submittal is sufficiently important or complex in
          context of the project.

          For submittals requiring Government approval on Army
          projects, a code of up to three characters within
          the submittal tags may be used following the "G"
          designation to indicate the approving authority.
          Codes for Army projects using the Resident
          Management System (RMS) are:  "AE" for
          Architect-Engineer; "DO" for District Office
          (Engineering Division or other organization in the
          District Office); "AO" for Area Office; "RO" for
          Resident Office; and "PO" for Project Office.  Codes
          following the "G" typically are not used for Navy,
          Air Force, and NASA projects.

          Choose the first bracketed item for Navy, Air Force
          and NASA projects, or choose the second bracketed
          item for Army projects.
**************************************************************************

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for [Contractor Quality Control approval.] [information only.  When used, a designation following the "G" designation identifies the office that will review the submittal for the Government.]  Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

    SD-03 Product Data

        Termiticide Application Plan[; G][; G, [_____]]
        Termiticides
        Foundation Exterior
        Utilities and Vents


                    SECTION 31 31 16  Page 5


                                              W912ER-11-D-0010-0006

                              963 of 1610
                        Government Rule 4 File

                              **A1391**

<pre>
        Crawl and Plenum Air Spaces
        Verification of Measurement
        Application Equipment
        Warranty

    SD-04 Samples

        Termiticides

    SD-06 Test Reports

        Equipment Calibration and Tank Measurement
        Soil Moisture
        Quality Assurance

    SD-07 Certificates

        Qualifications
</pre>

## 1.3   QUALITY ASSURANCE

Comply with 7 USC Section 136 for requirements on Contractor's licensing, certification, and record keeping.  Maintain daily records using Pest Management Maintenance Record, DD Form 1532-1 and submit copies of records when requested by the Contracting Officer.  These forms may be obtained from the main web site:

http://www.dtic.mil/whs/directives/infomgt/forms/ddforms1500-1999.htm

Upon completion of this work, submit Pest Management Report DD Form 1532 signed by an officer of the Contractor,identifying target pest, type of operation, brand name and manufacturer of pesticide, formulation, concentration or rate of application used.

### 1.3.1   Qualifications

```
**************************************************************************
        NOTE:  For projects located in North Carolina, add
        the text enclosed in brackets to the end of this
        paragraph.
**************************************************************************
```

For the application of pesticides, use the services of a subcontractor whose principal business is pest control.  The subcontractor shall be licensed and certified in the state where the work is to be performed. Termiticide applicators shall also be certified in the U.S. Environmental Protection Agency (EPA) pesticide applicator category which includes structural pest control.  Submit the qualifications and state license number of the termiticide applicator.

[ The subcontractor shall:

  a.  Have personnel with a state of North Carolina certification as required by Pesticide Law of 1971 as amended.

  b.  Check in with insect vectors personnel prior to application of pesticide and herbicides for projects located at Camp Lejeune.

  c.  Provide a submittal with the following information to the Contracting

W912ER-11-D-0010-0006

**A1392**

Officer:

    (1)  Quantity of pesticide used.
    (2)  Rate of dispersion.
    (3)  Percent of use.
    (4)  Total amount used.]

1.3.2  Safety Requirements

Formulate, treat, and dispose of termiticides and their containers in
accordance with label directions.  Draw water for formulating only from
sites designated by the Contracting Officer, and fit the filling hose with
a backflow preventer meeting local plumbing codes or standards.  The
filling operation shall be under the direct and continuous observation of a
contractor's representative to prevent overflow.  Secure pesticides and
related materials under lock and key when unattended.  Ensure that proper
protective clothing and equipment are worn and used during all phases of
termiticide application.  Dispose of used pesticide containers off
Government property.

1.4  DELIVERY, STORAGE, AND HANDLING

1.4.1  Delivery

Deliver termiticide material to the site in the original unopened
containers bearing legible labels indicating the EPA registration number
and manufacturer's registered uses.  All other materials, to be used on
site for the purpose of termite control, shall be delivered in new or
otherwise good condition as supplied by the manufacturer or formulator.

1.4.2  Inspection

Inspect termiticides upon arrival at the job site for conformity to type
and quality in accordance with paragraph TERMITICIDES.  Each label shall
bear evidence of registration under the Federal Insecticide, Fungicide, and
Rodenticide Act (FIFRA), as amended or under appropriate regulations of the
host county.  Other materials shall be inspected for conformance with
specified requirements.  Remove unacceptable materials from the job site.

1.4.3  Storage

Store materials in designated areas and in accordance with manufacturer's
labels.  Termiticides and related materials shall be kept under lock and
key when unattended.

1.4.4  Handling

Observe manufacturer's warnings and precautions.  Termiticides shall be
handled in accordance with manufacturer's labels, preventing contamination
by dirt, water, and organic material.  Protect termiticides from sunlight
as recommended by the manufacturer.

1.5  SITE CONDITIONS

The following conditions will determine the time of application.

1.5.1  Soil Moisture

Soils to be treated shall be tested immediately before application.  Test

**A1393**

soil moisture content to a minimum depth of 75 mm 3 inches.  The soil moisture shall be as recommended by the termiticide manufacturer.  The termiticide will not be applied when soil moisture exceeds manufacturer's recommendations because termiticides do not adhere to the soil particles in saturated soils.

### 1.5.2   Runoff and Wind Drift

Do not apply termiticide during or immediately following heavy rains. Applications shall not be performed when conditions may cause runoff or create an environmental hazard.  Applications shall not be performed when average wind speed exceeds 16 km 10 miles per hour.  The termiticide shall not be allowed to enter water systems, aquifers, or endanger humans or animals.

### 1.5.2.1   Vapor Barriers and Waterproof Membranes

Termiticide shall be applied prior to placement of a vapor barrier or waterproof membrane.

### 1.5.2.2   Utilities and Vents

Prior to application, HVAC ducts and vents located in treatment area shall be turned off and blocked to protect people and animals from termiticide. Submit written verification that utilities and vents have been located and treated as specified.

### 1.5.3   Placement of Concrete

Place concrete covering treated soils as soon as the termiticide has reached maximum penetration into the soil.  Time for maximum penetration shall be as recommended by the manufacturer.

### 1.6   WARRANTY

```
**************************************************************************
          NOTE:  Use 5 years in temperate regions and 3 years
          in tropical and subtropical regions.  Warranty
          period and the Contractor's responsibilities during
          the warranty period may be modified to be consistent
          with prevailing state or local practices.  For Navy
          projects, modifications must be approved by the
          cognizant EFD applied biologist.  NAVFAC
          Headquarters point of contact is the Assistant for
          Applied Biology Policy, Code 13411, telephone (703)
          325-8183.
**************************************************************************
```

Submit a copy of Contractor's [3] [5] [_____] -year written warranty against infestations or reinfestations by subterranean termites of the buildings or building additions constructed under this contract.  Warranty shall include annual inspections of the buildings or building additions. If live subterranean termite infestation or subterranean termite damage is discovered during the warranty period, and the soil and building conditions have not been altered in the interim:

   a.  Retreat the soil and perform other treatment as may be necessary
   for elimination of subterranean termite infestation;

SECTION 31 31 16   Page 8

**A1394**

b.  Repair damage caused by termite infestation; and

c.  Reinspect the building approximately 180 days after the retreatment.

PART 2  PRODUCTS

2.1  TERMITICIDES

Submit manufacturer's label and Material Safety Data Sheet (MSDS) for termiticides proposed for use.  Provide termiticides currently registered by the EPA or approved for such use by the appropriate agency of the host county.  Select non-repellant termiticide for maximum effectiveness and duration after application.  The selected termiticide shall be suitable for the soil and climatic conditions at the project site.  Submit samples of the pesticides used in this work.  The Contracting Officer may draw, at any time and without prior notice, from stocks at the job site; should analysis, performed by the Government, indicate such samples to contain less than the amount of active ingredient specified on the label, work performed with such products shall be repeated, with pesticides conforming to this specification, at no additional cost to the Government.

PART 3  EXECUTION

3.1  VERIFICATION OF MEASUREMENT

Once termiticide application has been completed, measure tank contents to determine the remaining volume.  The total volume measurement of used contents for the application shall equal the established application rate for the project site conditions.  Provide written verification that the volume of termiticide used meets the application rate.

3.2  TECHNICAL REPRESENTATIVE

The certified installation pest management coordinator shall be the technical representative, shall be present at all meetings concerning treatment measures for subterranean termites, and may be present during treatment application.  The command Pest Control Coordinator shall be contacted prior to starting work.

3.3  SITE PREPARATION

Site preparation shall be in accordance with Sections 31 11 00 CLEARING AND GRUBBING, 31 00 00 EARTHWORK, 32 92 19 SEEDING, 32 92 23 SODDING, 32 92 26 SPRIGGING, and 32 93 00  EXTERIOR PLANTS.  Work related to final grades, landscape plantings, foundations, or any other alterations to finished construction which might alter the condition of treated soils, shall be coordinated with this specification.

3.3.1  Ground Preparation

Food sources shall be eliminated by removing debris from clearing and grubbing and post construction wood scraps such as ground stakes, form boards, and scrap lumber from the site, before termiticide application begins.

3.3.2  Verification

Before work starts, verify that final grades are as indicated and smooth grading has been completed in accordance with Section 31 00 00 EARTHWORK.

Soil particles shall be finely graded with particles no larger than 25 mm 1 inch and compacted to eliminate soil movement to the greatest degree.

### 3.3.3  Foundation Exterior

Provide written verification that final grading and landscape planting operations will not disturb treatment of the soil on the exterior sides of foundation walls, grade beams, and similar structures.

### 3.3.4  Utilities and Vents

Provide written verification that the location and identity of HVAC ducts and vents, water and sewer lines, and plumbing have been accomplished prior to the termiticide application.

### 3.3.5  Crawl and Plenum Air Spaces

Provide written verification that the location and identity of crawl and plenum air spaces have been accomplished prior to the termiticide application.

### 3.3.6  Application Plan

Submit a Termiticide Application Plan with proposed sequence of treatment work with dates and times for approval before starting the specified treatment.  Include the termiticide trade name, EPA registration number, chemical composition, formulation, concentration of original and diluted material, application rate of active ingredients, method of application, area/volume treated, amount applied; and the name and state license number of the state certified applicator.

## 3.4  TERMITICIDE TREATMENT

### 3.4.1  Equipment Calibration and Tank Measurement

Submit a listing of equipment to be used.  Immediately prior to commencement of termiticide application, calibration tests shall be conducted on the application equipment to be used and the application tank shall be measured to determine the volume and contents.  These tests shall confirm that the application equipment is operating within the manufacturer's specifications and will meet the specified requirements. Submit written certification of the equipment calibration test results within 1 week of testing.

### 3.4.2  Mixing and Application

Formulating, mixing, and application shall be performed in the presence of the Contracting Officer or the technical representative.  A closed system is recommended as it prevents the termiticide from coming into contact with the applicator or other persons.  Water for formulating shall only come from designated locations.  Filling hoses shall be fitted with a backflow preventer meeting local plumbing codes or standards.  Overflow shall be prevented during the filling operation.  Prior to each day of use, the equipment used for applying termiticides shall be inspected for leaks, clogging, wear, or damage.  Any repairs are to be performed immediately.

### 3.4.3  Treatment Method

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For areas to be treated, establish complete and unbroken vertical and/or
horizontal soil poison barriers between the soil and all portions of the
intended structure which may allow termite access to wood and wood related
products.  Application shall not be made to areas which serve as crawl
spaces or for use as a plenum air space.

3.4.3.1   Surface Application

Use surface application for establishing horizontal barriers.  Surface
applicants shall be applied as a coarse spray and provide uniform
distribution over the soil surface.  Termiticide shall penetrate a minimum
of 25 mm 1 inch into the soil, or as recommended by the manufacturer.

3.4.3.2   Rodding and Trenching

Use rodding and trenching for establishing vertical soil barriers.
Trenching shall be to the depth of the foundation footing.  Width of trench
shall be as recommended by the manufacturer, or as indicated.  Rodding or
other approved method may be implemented for saturating the base of the
trench with termiticide.  Immediately after termiticide has reached maximum
penetration as recommended by the manufacturer, backfilling of the trench
shall commence.  Backfilling shall be in 150 mm 6 inch rises or layers.
Each rise shall be treated with termiticide.

3.4.4   Sampling

The Contracting Officer may draw from stocks at the job site, at any time
and without prior notice, take samples of the termiticides used to
determine if the amount of active ingredient specified on the label is
being applied.

3.5   CLEAN UP, DISPOSAL, AND PROTECTION

Once application has been completed, proceed with clean up and protection
of the site without delay.

3.5.1   Clean Up

The site shall be cleaned of all material associated with the treatment
measures, according to label instructions, and as indicated.  Excess and
waste material shall be removed and disposed off site.

3.5.2   Disposal of Termiticide

Dispose of residual termiticides and containers off Government property,
and in accordance with label instructions and EPA criteria.

3.5.3   Protection of Treated Area

Immediately after the application, the area shall be protected from other
use by erecting barricades and providing signage as required or directed.
Signage shall be in accordance with Section 10 14 01 EXTERIOR SIGNAGE.
Signage shall be placed inside the entrances to crawl spaces and shall
identify the space as treated with termiticide and not safe for children
and animals.

SECTION 31 31 16  Page 11

3.6   CONDITIONS FOR SATISFACTORY TREATMENT

3.6.1   Equipment Calibrations and Measurements

  Where results from the equipment calibration and tank measurements tests
  are unsatisfactory, re-treatment will be required.

3.6.2   Testing

  Should an analysis, performed by a third party, indicate that the samples
  of the applied termiticide contain less than the amount of active
  ingredient specified on the label, and/or if soils are treated to a depth
  less than specified or approved, re-treatment will be required.

3.6.3   Disturbance of Treated Soils

  Soil and fill material disturbed after treatment shall be re-treated before
  placement of slabs or other covering structures.

3.6.4   Termites Found Within the Warranty Period

  If live subterranean termite infestation or termite damage is discovered
  during the warranty period, re-treat the site.

3.7   RE-TREATMENT

  Where re-treatment is required, comply with the requirements specified in
  paragraph WARRANTY.

        -- End of Section --

**A1398**

# PART SIX - ATTACHMENTS

ECB 2008-29 Building Area Calculations

UFC 4-720-01

UFC 4-722-01 Draft

UFC 3-210-10

UFC 3-200-10n (Draft)

BEAP

DEVELOPMENT PLAN

COE REQUIRED PERMITS

WATERFRONT GEOTECHNICAL REPORT

ATFP DESIGN BLAST DATA

CHILLED WATER SITE DRAWINGS

P-935 PIPE FLOW DATA

P-940 PIPE FLOW DATA

RAINFALL DATA

EXISTING CUB ELECTRICAL DRAWINGS

EXISTING TRANSFORMER BUILDING P-23 ELECTRICAL DRAWINGS

EXISTING SITE ELECTRICAL DRAWINGS

BVD ENCLOSURES

PROD FORM

PAP FORM

PROCUREMENT SHEETS

EXISTING CIVIL DRAWINGS

PENN MEMO

EVALUATION ATTACHMENTS

FF&E DOCUMENTS

MECH DOCUMENTS

**A1399**

## ECB 2008-29 (Building Area Calculations)



**US Army Corps of Engineers.**

# ENGINEERING AND CONSTRUCTION BULLETIN

No. 2008-29          **Issuing Office: CECW-CE**          **Issued: 12 November 2008**

**Subject:**  Conflict between Unified Facilities Criteria (UFC) 1-200-01 General Building Requirements and Technical Instruction (TI)-800-01 for the computation of building area.

**Applicability**:  Information

1.  Purpose:  This ECB is to identify a conflict between UFC 1-200-01 General Building Requirements and TI-800-01.  UFC 1-200-01 requires the use of the International Building Code (IBC) for the design and construction of all new and renovated facilities for the Department of Defense.  The definition "Area, Building" in IBC Chapter 5, paragraph 502 conflicts with Technical Instruction (TI) 800-01 and no exception is listed in Chapter 2 of UFC 1-200-01.  This conflict will be corrected in the next version of UFC 1-200-01 General Building Requirements.

2.  Direction:  Effective immediately, follow TI-800-01, Chapter 5 - Buildings and Facilities Criteria, Section 1 - General, for the directions for the computation of building area.  For your reference, the directions for the computation of building area from TI-800-01 follow:

> c.  Computation of Areas:  Gross and net areas of facilities (other than family housing) will be computed according to subparagraphs 1.c.(1) through (5), below.  Unless otherwise noted, the gross area allowances in this chapter and the appendices do not include the required mechanical equipment, electrical, or electronic communication room space.  These required equipment room spaces will be added, when not otherwise noted in the footnotes to each of the tables provided in this chapter and appendices, to the gross area allowances to ensure that the project DD Form 1391 reflects the total required building gross area.  A single gross area figure will be identified on the project DD Form 1391 for all required spaces.  Separate central energy plants or utility buildings serving large complexes will be in addition to the gross area allowances provided in this chapter and the appendices, and will be programmed as a separate line item on the project DD Form 1391.
>
> (1) Enclosed Spaces.  The gross area includes the total area of all floors, including basements, mezzanines, penthouses, usable attic or sloping spaces used to accommodate mechanical equipment or for storage with an average height of 2100 mm (6 ft 11 inches) measured from the underside of the structural system and with perimeter walls measuring a minimum of 1500 mm (4 ft 11 inches) in height, and other enclosed spaces as determined by the effective outside dimensions of the building.
>
> (2) One-Half Spaces.  One-half of the area will be included in the gross area for balconies and porches; exterior covered loading platforms or facilities, either depressed, ground

W912ER-11-D-0010-0006

973 of 1610
Government Rule 4 File

**A1401**

level, or raised; covered but not enclosed passageways or walks; covered and uncovered but open stairs; and covered ramps.

(3) Excluded Spaces. Crawl spaces; exterior uncovered loading platforms or facilities, either depressed, ground level, or raised; exterior insulation applied to existing buildings; open courtyards; open paved terraces; roof overhangs and soffits for weather protection; uncovered ramps; uncovered stoops; and utility tunnels and raceways will be excluded from the gross area.

(4) Net Floor Area. The net floor area includes the total gross area excluding:
(a) Basements not suited as office, special, mechanical, or storage space.
(b) Elevator shafts and machinery space.
(c) Exterior walls.
(d) Interior partitions.
(e) Mechanical equipment and water supply equipment space.
(f) Permanent corridors and hallways.
(g) Stairs and stair towers.
(h) Toilet and cleaning equipment space.
(i) Electrical equipment space.
(j) Electronic/communications equipment space.


3. This ECB applies to all MSCs, Centers, Districts and Subordinate offices working Military Construction Programs.

4. HQUSACE POC for this action is Mr. Scott C. Wick, CECW-CE-D, 202-761-7500, Scott.C.Wick@usace.army.mil

FOR THE COMMANDER:


//S//
JAMES C. DALTON, P.E.
Chief Engineering and Construction
Directorate of Civil Works


2

UFC 4-720-01

# UNIFIED FACILITIES CRITERIA (UFC)

# LODGING FACILITIES



**APPROVED FOR PUBLIC RELEASE; DISTRIBUTION UNLIMITED**

## UNIFIED FACILITIES CRITERIA (UFC)

## LODGING FACILITIES

Any copyrighted material included in this UFC is identified at its point of use.
Use of the copyrighted material apart from this UFC must have the permission of the copyright holder.

U.S. ARMY CORPS OF ENGINEERS

NAVAL FACILITIES ENGINEERING COMMAND (Preparing Activity)

AIR FORCE CIVIL ENGINEER SUPPORT AGENCY

Record of Changes (changes are indicated by \1\ ... /1/)

| Change No. | Date | Location |
|------------|------|----------|
|            |      |          |
|            |      |          |

This UFC supersedes AFSDG 4-724-01 Design: Visiting Quarters, June 21, 2005.

W912ER-11-D-0010-0006

## FOREWORD

The Unified Facilities Criteria (UFC) system is prescribed by MIL-STD 3007 and provides planning, design, construction, sustainment, restoration, and modernization criteria, and applies to the Military Departments, the Defense Agencies, and the DoD Field Activities in accordance with USD (AT&L) Memorandum dated 29 May 2002. UFC will be used for all DoD projects and work for other customers where appropriate. All construction outside of the United States is also governed by Status of Forces Agreements (SOFA), Host Nation Funded Construction Agreements (HNFA), and in some instances, Bilateral Infrastructure Agreements (BIA.) Therefore, the acquisition team must ensure compliance with the most stringent of the UFC, the SOFA, the HNFA, and the BIA, as applicable.

UFC are living documents and will be periodically reviewed, updated, and made available to users as part of the Services' responsibility for providing technical criteria for military construction. Headquarters, U.S. Army Corps of Engineers (HQUSACE), Naval Facilities Engineering Command (NAVFAC), and Air Force Center for Engineering and the Environment (AFCEE) are responsible for administration of the UFC system. Defense agencies should contact the preparing service for document interpretation and improvements. Technical content of UFC is the responsibility of the cognizant DoD working group. Recommended changes with supporting rationale should be sent to the respective service proponent office by the following electronic form: Criteria Change Request. The form is also accessible from the Internet sites listed below.

UFC are effective upon issuance and are distributed only in electronic media from the following source:

- Whole Building Design Guide web site http://dod.wbdg.org/.

Hard copies of UFC printed from electronic media should be checked against the current electronic version prior to use to ensure that they are current.


JAMES C. DALTON, P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers

JOSEPH E. GOTT, P.E.
Chief Engineer
Naval Facilities Engineering Command

TERRY G. EDWARDS, P.E.
Director, Air Force Center for
Engineering and the Environment
Department of the Air Force

MICHAEL McANDREW
Director, Facility Investment and
Management
Office of the Deputy Under Secretary of
Defense (Installations and Environment)

**UNIFIED FACILITIES CRITERIA (UFC)**
**NEW DOCUMENT SUMMARY SHEET**

**Document:** UFC 4-720-01
**Superseding:** AFSDG 4-724-01

**Description:** This UFC provides planning and design criteria for Lodging Facilities. This document was developed from AFSDG 4-724-01, dated 21 June 2005, Army Lodging Standard Design Criteria, and discussions with all the Service contacts noted in Chapter 1, Contacts.

**Reasons for Document:** This UFC was developed for the following reasons:

- Establish planning and design criteria for Navy Lodging Facilities (Navy Gateway Inns and Suites), which did not previously exist.

- Unify planning and design criteria among the Services. The Air Force had existing criteria in the form of AFSDG 4-724-01, dated 21 June 2005, and the Army has existing criteria in the form of Army Lodging Standard Design Criteria.

**Impact:** The following direct benefits, both positive and negative, will result from the publication of this UFC:

- The Navy now has design and planning criteria for their Navy Gateway Inns and Suites program. This will enhance the project development process and help ensure minimum standards are achieved.

- Unification of the Services' criteria reduces confusion among government and non-government project development personnel and reduces criteria maintenance costs.

**Non-unification Issues:** Lodging Facilities are substantially unified among Services and accommodate the same basic functions and overall facility design. However, differences exist between the Services that result from programmatic variations that are, in some cases, fundamental to the different Service missions:

- Room sizing, layout, finishes and design features vary somewhat among Services. These differences are essential for each Service to maintain their individual "brand" of visitor lodging facility, which is critical to a successful program. These differences are not detailed in this UFC and readers are directed to the Service agencies in Chapter 1, Contacts.

- Service-specific programming policies are referenced in Chapter 2. These references are essential given the lodging program variability among the Services.

Non-programmatic differences are minor and include the following:

- Army has additional hot water storage requirements to accommodate mission requirements as approved by the Army Facilities Standardization Committee.

- The Air Force requires some minor variations in mechanical criteria: guest room and toilet ventilation requirements, and temperature and humidity requirements for guest laundry and fitness spaces.

- The Army uses prefabricated kitchens in their suites and staff break area.

- The Army has additional grounds storage needs due to the fact that the lodging program maintains the lodging grounds. The Installation typically maintains the lodging grounds for the other Services.

- The Air Force provides a clothes washer and dryer in their suites.

- The Air Force provides a range in their OCONUS staff break area.

## TABLE OF CONTENTS

CHAPTER 1 INTRODUCTION ........................................................................ 1

1-1 SCOPE. ........................................................................................ 1

1-2 USERS OF THIS UFC. .................................................................. 1

1-2.1 Architects and Engineers. ............................................................ 1

1-2.2 Planning Personnel. ...................................................................... 1

1-2.3 Additional Users. .......................................................................... 2

1-3 DOCUMENT ORGANIZATION. ..................................................... 2

1-4 CONTACTS. .................................................................................. 2

1-5 SCOPE OF FACILITY .................................................................... 3

1-5.1 Types of Facilities. ........................................................................ 3

1-5.2 Functional Program Areas. ........................................................... 3

CHAPTER 2 PLANNING AND PROGRAMMING ........................................ 7

2-1 INTRODUCTION. .......................................................................... 7

2-2 SITE PLANNING. .......................................................................... 7

2-3 PROGRAMMING. .......................................................................... 8

2-3.1 Programming Policy. ..................................................................... 8

2-3.1.1 Army. ............................................................................................ 8

2-3.1.2 Navy and Marine Corps. ............................................................... 8

2-3.1.3 Air Force. ...................................................................................... 8

2-3.2 Initial Project Scope. ..................................................................... 8

2-3.3 Final Project Scope. ...................................................................... 9

2-3.4 Guest Room and Suite Sizing. ...................................................... 9

2-3.5 Support Space Sizing. ................................................................. 10

2-4 FUNDING/COST GUIDANCE. ...................................................... 10

2-4.1 Site Cost. .................................................................................... 10

2-4.2 Other Design Cost Considerations. ............................................. 10

2-4.2.1 Guest Room and Suite Sizing. .................................................... 10

2-4.2.2 Signage. ...................................................................................... 10

2-4.2.3 Furnishings Fixtures and Equipment. .......................................... 10

2-4.3 Additional Funding/Cost Guidance for NAF Projects. .................. 11

2-5 RENOVATION PLANNING. .......................................................... 11

CHAPTER 3 GENERAL DESIGN CRITERIA............................................. 12

i

3-1       GENERAL...................................................................................... 12

3-2       ACCESSIBILITY. ......................................................................... 12

3-3       STRUCTURE................................................................................ 12

3-4       ARCHITECTURE.......................................................................... 12

3-4.1       Attics. ...................................................................................... 12

3-4.2       Exterior Design. ...................................................................... 12

3-4.2.1     Exterior Finishes. ................................................................... 12

3-4.2.2     Windows/Natural Light. .......................................................... 12

3-4.2.3     Exterior Doors. ....................................................................... 13

3-4.2.4     Roofing. .................................................................................. 13

3-4.2.5     Building Signage. .................................................................... 14

3-4.3       Interior Design. ....................................................................... 14

3-4.3.1     Interior Doors. ........................................................................ 14

3-4.3.2     Interior Construction. ............................................................. 14

3-4.3.3     Finishes. ................................................................................. 15

3-4.4       Acoustics. ............................................................................... 15

3-5       SERVICES................................................................................... 16

3-5.1       Plumbing. ................................................................................ 16

3-5.2       Heating, Ventilating, and Air Conditioning (HVAC). .............. 17

3-5.2.1     System Selection. ................................................................... 17

3-5.2.2     Maintainability. ....................................................................... 17

3-5.2.3     Ventilation. ............................................................................. 18

3-5.2.4     Bathroom Exhaust. ................................................................. 18

3-5.2.5     Guest Room HVAC Systems. ................................................. 18

3-5.2.6     Piping System. ........................................................................ 19

3-5.2.7     Perimeter Fin Tube Heating. .................................................. 19

3-5.2.8     Laundry Areas. ....................................................................... 19

3-5.3       Fire Protection and Life Safety. .............................................. 19

3-5.4       Electrical Design. .................................................................... 19

3-5.4.1     Lighting. .................................................................................. 20

3-5.4.2     CCTV....................................................................................... 20

3-5.4.3     Telecommunication Systems. ................................................. 20

3-5.4.4     Television Systems. ................................................................ 20

ii

3-5.4.5     Electronic Security Systems (ESS). ........................................................ 20

3-6       SITE WORK. .......................................................................................... 20

3-6.1     Site Circulation and Parking. ................................................................ 20

3-6.1.1   Emergency and Service Vehicles. ......................................................... 21

3-6.1.2   Parking. ................................................................................................ 21

3-6.1.3   Pedestrian Access. .............................................................................. 21

3-6.2     Site Development. ................................................................................ 21

3-6.2.1   Fencing. ............................................................................................... 21

3-6.2.2   Site Furniture. ...................................................................................... 22

3-6.2.3   Exterior Signage. ................................................................................. 22

3-6.3     Drainage and Landscaping. .................................................................. 22

3-6.4     Storm Water Management/ Low Impact Development. ......................... 22

**CHAPTER 4 SPECIFIC DESIGN CRITERIA – GUEST ROOMS AND SUITES .......... 23**

4-1       INTRODUCTION. .................................................................................. 23

4-2       GUEST ROOMS. ................................................................................... 23

4-2.1     Design Criteria. .................................................................................... 23

4-2.2     Furnishings, Fixtures and Equipment. ................................................. 25

4-3       SUITES. ................................................................................................ 26

4-3.1     Design Criteria. .................................................................................... 26

4-3.2     Furnishings, Fixtures and Equipment. ................................................. 28

4-4       GUEST BATHROOMS. .......................................................................... 30

**CHAPTER 5 SPECIFIC DESIGN CRITERIA – SUPPORT AND ADMINISTRATION .. 32**

5-1       INTRODUCTION. .................................................................................. 32

5-2       GUEST SERVICES. ............................................................................... 32

5-2.1     Guest Services Layout. ........................................................................ 33

5-2.2     Guest Services Design Criteria. ........................................................... 34

5-3       ADMINISTRATIVE SERVICES. .............................................................. 63

5-3.1     Administrative Services Layout. ........................................................... 63

5-3.2     Administrative Services Design Criteria. .............................................. 64

5-4       FLOOR SUPPORT. ............................................................................... 69

5-5       BACK-OF-HOUSE SUPPORT. ............................................................... 72

5-5.1     Back-of-house Support Layout. ........................................................... 72

5-5.2     Back-of-house Support Design Criteria. .............................................. 73

5-6 FURNISHINGS, FIXTURES AND EQUIPMENT ................................................ 89

APPENDIX A References ................................................................................. 96

APPENDIX B Best Practices .......................................................................... 100

B-1 INTRODUCTION. ....................................................................... 100

B-2 PROJECT PLANNING. ............................................................... 100

B-2.1 Site Analysis Costs. ................................................................. 100

B-3 SITE DESIGN. ........................................................................... 100

B-3.1 General Considerations. ........................................................... 100

B-3.2 Site Circulation. ....................................................................... 102

B-3.2.1 Vehicular Access. ................................................................... 102

B-3.2.2 Emergency Service. ................................................................ 102

B-3.2.3 Service Vehicles. .................................................................... 102

B-3.2.4 Bus Route Access. .................................................................. 102

B-3.2.5 Pedestrian Access. .................................................................. 102

B-3.2.6 Bicycle Parking. ...................................................................... 103

B-3.3 Site Considerations. ................................................................. 103

B-3.3.1 Finished Floor Elevation. ......................................................... 103

B-3.3.2 Grading. .................................................................................. 103

B-3.3.3 Landforms. .............................................................................. 103

B-3.3.4 Storm Drainage. ...................................................................... 104

B-3.3.5 Utility Corridors. ...................................................................... 104

B-3.4 Site Amenities. ........................................................................ 104

B-3.4.1 Site Lighting. ........................................................................... 104

B-3.4.2 Outdoor Areas. ....................................................................... 105

B-3.4.3 Sustainability. .......................................................................... 105

B-3.5 Landscape Architecture. .......................................................... 105

B-3.5.1 Landscape Site Design. ........................................................... 105

B-3.5.2 Landscape Irrigation. ............................................................... 106

B-4 BUILDING DESIGN. .................................................................. 106

B-4.1 Mass and Scale. ...................................................................... 106

B-4.2 Architectural Compatibility. ...................................................... 106

B-4.3 Exterior Finish Materials. ......................................................... 107

B-5 INTERIOR DESIGN. .................................................................. 107

W912ER-11-D-0010-0006

984 of 1610
Government Rule 4 File

**A1412**

B-5.1      Interior Design Services. ................................................................... 107

B-5.2      Color and Materials Selection. .......................................................... 108

B-5.3      Interior Finishes. ............................................................................... 108

B-5.3.1        Carpet. ......................................................................................... 108

B-5.3.2        Walls. ........................................................................................... 108

B-5.3.3        Ceilings. ....................................................................................... 108

B-5.4      Furniture Considerations. .................................................................. 109

B-5.5      Signage, Artwork and Accessories. .................................................. 109

B-5.6      Equipment Considerations. ............................................................... 109

B-6        BUILDING SYSTEMS. ....................................................................... 110

B-6.1      Energy Performance. ......................................................................... 110

B-6.2      Structural. .......................................................................................... 110

B-6.3      Mechanical System Selection. ........................................................... 111

B-6.4      Plumbing. ........................................................................................... 111

B-6.5      Electrical/Communications. ................................................................ 111

B-6.5.1        Lighting. ....................................................................................... 112

B-6.6      Corrosion Protection. ......................................................................... 112

APPENDIX C Space Criteria ........................................................................ 113

C-1        INTRODUCTION. ................................................................................ 113

C-2        SPACE CRITERIA CHART ................................................................. 114

**FIGURES**

FIGURE 5-1.  GUEST SERVICES ADJACENCY DIAGRAM ................................... 33

FIGURE 5-2.  ADMINISTRATIVE SERVICES ADJACENCY DIAGRAM ................. 63

FIGURE 5-3.  BACK-OF-HOUSE SUPPORT ADJACENCY DIAGRAM ................... 72

FIGURE C-1.  SPACE CRITERIA ......................................................................... 115

**TABLES**

TABLE 1-1.  FUNCTIONAL PROGRAM AREAS ...................................................... 4

TABLE 2-1. NET AREA STANDARDS FOR NEW CONSTRUCTION AND
RENOVATION ......................................................................................................... 10

TABLE 4-1.  GUEST ROOMS ............................................................................... 23

v

TABLE 4-2.  GUEST ROOM FF&E ......................................................................... 25

TABLE 4-3.  SUITE ............................................................................................... 26

TABLE 4-4. SUITE FF&E ...................................................................................... 28

TABLE 4-5. GUEST BATHROOMS ....................................................................... 30

TABLE 5-1.  COVERED ENTRY ........................................................................... 34

TABLE 5-2.  ENTRANCE VESTIBULE .................................................................. 35

TABLE 5-3.  CENTRAL LOBBY ............................................................................ 36

TABLE 5-4.  SATELLITE LOBBY .......................................................................... 37

TABLE 5-5.  RECEPTION ..................................................................................... 38

TABLE 5-6.  CONCIERGE ..................................................................................... 39

TABLE 5-7.  BELL CART STATION ...................................................................... 40

TABLE 5-8.  COFFEE BAR ................................................................................... 41

TABLE 5-9.  FOOD SERVICE – SERVICE ........................................................... 42

TABLE 5-10.  FOOD SERVICE – DINING ............................................................ 43

TABLE 5-11.  FOOD SERVICE – PREP/STORAGE ............................................. 44

TABLE 5-12.  RETAIL FOOD SERVICE ............................................................... 45

TABLE 5-13.  RETAIL SALES .............................................................................. 46

TABLE 5-14.  LUGGAGE STORAGE .................................................................... 47

TABLE 5-15.  ATM ................................................................................................ 48

TABLE 5-16.  REGISTRATION MACHINES .......................................................... 49

TABLE 5-17.  PUBLIC TOILETS ........................................................................... 50

TABLE 5-18.  DSN PHONES ................................................................................ 51

TABLE 5-19.  FITNESS ROOM ............................................................................ 52

TABLE 5-20.  CONFERENCE ROOM ................................................................... 53

TABLE 5-21.  BUSINESS CENTER ...................................................................... 54

TABLE 5-22.  STUDY ROOM ............................................................................... 55

TABLE 5-23.  GUEST LAUNDRY ......................................................................... 56

TABLE 5-24.  GEAR WASH .................................................................................. 57

TABLE 5-25.  GUEST BULK STORAGE, OPTION 1 ............................................ 58

TABLE 5-26.  VENDING/ICE ................................................................................. 59

TABLE 5-27.  PATIO ............................................................................................. 60

TABLE 5-28.  PATIO STORAGE ........................................................................... 61

TABLE 5-29.  GUEST CORRIDORS/CIRCULATION ............................................ 62

vi

TABLE 5-30. LODGING COMMUNICATIONS ............................................... 64

TABLE 5-31. PRIVATE ADMINISTRATIVE OFFICES ............................................ 65

TABLE 5-32. ACCOUNTING OFFICE ................................................................ 66

TABLE 5-33. OPEN OFFICE AREA ................................................................. 67

TABLE 5-34. CASH ROOM ........................................................................... 68

TABLE 5-35. JANITOR AREAS ...................................................................... 69

TABLE 5-36. HOUSEKEEPING AREAS ............................................................ 70

TABLE 5-37. UTILITY ROOMS ..................................................................... 71

TABLE 5-38. TRAINING ROOM ..................................................................... 73

TABLE 5-39. TRAINING OFFICE/STORAGE ...................................................... 74

TABLE 5-40. JANITOR AREA ........................................................................ 75

TABLE 5-41. HOUSEKEEPING OFFICE ............................................................ 76

TABLE 5-42. SOILED/CLEAN LINEN STORAGE .................................................. 77

TABLE 5-43. RECEIVING .............................................................................. 78

TABLE 5-44. RECEIVING/SUPPLY OFFICE ....................................................... 79

TABLE 5-45. LINEN LAUNDRY ..................................................................... 80

TABLE 5-46. SUPPLY/GENERAL STORAGE/CLEANING FLUID STORAGE ......... 81

TABLE 5-47. GUEST BULK STORAGE, OPTION 2 .............................................. 82

TABLE 5-48. BREAK AREA ........................................................................... 83

TABLE 5-49. STAFF TOILETS ........................................................................ 84

TABLE 5-50. MAINTENANCE WORKSHOP ........................................................ 85

TABLE 5-51. GROUNDS EQUIPMENT STORAGE ................................................ 86

TABLE 5-52. GROUNDS EQUIPMENT STORAGE (ARMY) ................................... 87

TABLE 5-53. SERVICE CIRCULATION .............................................................. 88

TABLE 5-54. FURNISHINGS AND EQUIPMENT.................................................... 89

**CHAPTER 1 INTRODUCTION**

**1-1        SCOPE.**

This UFC provides guidelines for evaluating, planning, programming, and designing lodging facilities (LF) to accommodate both temporary duty (TDY) travel and permanent change of station (PCS) travel as described below.  The information in this UFC applies to the design of all new construction projects, to include additions, alterations, and renovation projects in the continental United States (CONUS) and outside the continental US (OCONUS).  Alteration and renovation projects should update existing facilities to meet the guidance and criteria contained in this UFC within budgetary constraints.  This UFC is not intended as a substitution for thorough review during design by individual Program Managers and Operations Staff in the appropriate Service.

Lodging programs are managed as follows:

- Army.  The lodging facilities described in this document accommodate all official travel, including both PCS and TDY lodging.

- Navy.  The lodging facilities described in this document accommodate all TDY lodging.  PCS lodging is addressed by the NEXCOM Office, Navy Lodge program.

- Air Force.  The lodging facilities described in this document accommodate all TDY lodging.  PCS lodging is addressed by the Temporary Lodging Facilities Design Guide

- Marine Corps.  The lodging facilities described in this document accommodate all TDY lodging.  PCS lodging is addressed by the USMC HQ, Personal and Family Readiness Division (MRK).

**1-2        USERS OF THIS UFC.**

This UFC is intended as a source of basic architectural and engineering information for all individuals involved in the planning, design, or evaluation of LFs.  Specific users of the UFC include the following:

**1-2.1        Architects and Engineers.**

Architects and engineers (A/Es) that provide design services will use this UFC under the direction of the Service design agencies.

**1-2.2        Planning Personnel.**

Installation and facility planning personnel will use this UFC, in conjunction with other required programming documents, for programming new or replacement facilities, pre-design planning, or assessing the extent of improvements required in an existing LF in order to achieve the standard established herein.

1

**1-2.3       Additional Users.**

Additional users include the following:

- Headquarters Staff and Field Operating Agencies,

- Major Command Staff/Regions,

- Installation Commanders,

- Installation Facilities Management,

- Installation Technical Proponents, and

- LF managers and senior staff.

**1-3       DOCUMENT ORGANIZATION.**

The criteria are organized to parallel the design process:

- Chapter 2—Planning and Programming.  This section provides criteria relevant to site planning, project scope, funding, and execution of LF projects.

- Chapter 3—General Design Criteria.  This section provides overarching technical design criteria such as codes and standards, site design, overall building design, infrastructure, and building systems.

- Chapters 4 and 5—Design Criteria. These sections provide detailed requirements for each functional space as well as illustrative design information. This section is divided into chapters for guest rooms and all other spaces.

- Appendices—Appendix A provides all applicable references.  Appendix B provides "best practices" that include valuable background information, lessons learned, and design guidance the designer is expected to incorporate according to the needs of the project.  Appendix C provides space criteria.

**1-4       CONTACTS.**

Prior to project development, confirm the acquisition methodology and coordinate the design team composition and facility requirements with the following contacts, as appropriate:

- Army.  Family and Morale, Welfare and Recreation Command (FMWRC):  U.S. Army Installation Management Command, Attn: Family and MWR Command-Director, Hospitality Programs, 11711 North IH 35, Suite 110, San Antonio, TX 78233-5498.

2

- Navy. CNIC (N924), Fleet & Family Readiness, Washington, DC (Program Manager), and CNIC (N944), Fleet & Family Readiness, Millington, TN (Facilities Support).

- Air Force. Air Force Center for Engineering and the Environment (AFCEE) for the acquisition methodology and HQ Air Force Services Agency, Lodging Facilities Branch (HQ AFSVA/SVOLF) for design team composition and facility requirements.

- Marine Corps. USMC HQ, Installations and Logistics, I&L (LF).

## 1-5 SCOPE OF FACILITY.

LFs provide quality, consistent, and cost effective lodging services to official government travelers. The design and configuration of LFs employ most concepts of a mid-priced, limited service private sector hotel—i.e., a hotel that does not have full-service food and beverage capability. Department of Defense Instructions (DoDI) 1015.11 and 1015.12 provide policy and resourcing for all lodging facilities and define TDY and PCS lodging. The Joint Federal Travel Regulations define the types of travelers that will use these facilities.

Criteria in this UFC include options and requirements. Options shall be approved by the agencies identified in Chapter 1, Contacts. All criteria or features not identified as options shall be considered the minimum requirement for the facility and shall be funded and incorporated unless a waiver is obtained from the agencies identified in Chapter 1, Contacts.

### 1-5.1 Types of Facilities.

There are two types of LFs:

- Central. Central facilities accommodate the main check-in function, the majority of the guest services and administration, and the guest rooms and suites. There will always be at least one central facility on an Installation that includes visitor lodging.

- Satellite. Satellite facilities accommodate additional guest rooms, suites and limited services and support functions. They may be located remotely from the central facility to serve additional Installation areas or near the central facility as part of a visitor lodging complex.

### 1-5.2 Functional Program Areas.

Table 1-1 provides a listing of all the LF functional program areas, indicates if each area is included in each type of facility, and describes the function of the area.

3

## TABLE 1-1. FUNCTIONAL PROGRAM AREAS

| Functional Program Area | Central | Satellite | Description |
|---|---|---|---|
| **Guest Services** | | | |
| Covered entry | X | | Covered vehicle drive for loading/drop-off at main entry |
| Entrance vestibule | X | X | Entry airlock |
| Central lobby | X | | Central facility lounge seating and circulation space between reception and other central guest services |
| Satellite lobby | | X | Satellite seating/waiting and circulation space adjacent to main entry |
| Reception | X | | Reception desk for check-in/out and guest service |
| Concierge[1] | X | | Optional concierge desk/area for guest service |
| Bell cart station | X | X | Area near the entrance vestibule for storage of bell carts. |
| Coffee bar[1] | X | | Optional area for self-service coffee |
| Food service[1] | X | X | Optional small cafeteria-style food service for continental or limited menu self-service meals (includes service, dining, and prep/storage) |
| Service | | | Self-service serving line |
| Dining (seating) | | | Seating area |
| Prep/storage | | | Limited food prep/warming kitchen and food and dry goods storage |
| Retail food service[1] | X | | Optional contract (retail) food service ranging from a small coffee kiosk to a full-service restaurant |
| Retail sales[1] | X | | Optional area adjacent to reception for sale of small items such as sundries, candy, drinks, etc. |
| Luggage storage | X | | Secure room adjacent to reception for storage of guest luggage |
| ATM[1] | X | X | Optional ATM kiosk |
| Registration machines[1] | X | X | Optional self-service registration kiosks. |
| Public toilets | X | X[1] | Public toilets |
| DSN Phones[1] | X | | Optional area for DSN phones |
| Fitness room[1] | X | X | Optional, small, guest fitness room |
| Conference room[1] | X | | Optional conference room |
| Business center[1] | X | | Guest-use computers and office equipment |
| Study room[1] | X | X | Optional room(s) used by guests for small group study sessions, typically only at training installations |
| Guest laundry | X | X | Self-service guest laundry |
| Gear wash[1] | X | X | Optional area for personnel to wash equipment after field exercises |
| Guest bulk storage, Option 1[1] | X | X | Optional area for self-service guest storage of large, bulky items |
| Vending[1] | X | X | Optional self-service guest vending |

4

| Functional Program Area | Central | Satellite | Description |
|---|---|---|---|
| Ice | X | X | Self-service ice dispenser on each floor |
| Patio[1] | X | X | Optional outdoor space for picnic tables, seating, grills, etc. |
| Patio storage[1] | X | X | Only available with patio, provides storage for amenities, as needed based on climate |
| Guest corridors/ circulation | X | X | Access to guest rooms and remote services |
| Guest room[2] | X | X | Standard room with a combined living/sleeping area and private bath. See Table 4-1, 4-5. |
| Family/business suite (Suite)[2] | X | X | Suite with separate living and sleeping areas, a compact kitchen and private bath See Table4-3 |
| **Administration Services** | | | |
| Lodging communications | X | | IT/communications room including guest and staff Internet, television, and administrative file server. |
| Manager's office | X | | Private office See Table5-29 |
| Asst. manager[1] | X | | Optional private office See Table 5-29 |
| Front desk supervisor | X | | Private office See Table5-29 |
| Accounting office | X | | A single office or up to 3-4 workstations depending upon operation size |
| Clerical | X | | Workstations for clerical staff in an open office area See Table 5-31 |
| Reservations[1] | X | | Optional workstations for reservations staff in open office area See Table 5-31 |
| Work space | X | | Copier, printers, facsimile machines, work space, common files, and administrative storage See Table5-31 |
| Cash room | X | | Secure room where front desk agents reconcile shift cash functions and store cashier banks |
| **Floor Support** | | | |
| Janitor areas | X | X | Janitor closet on each floor or wing. |
| Housekeeping areas | X | X | Housekeeping support and supplies on each floor or wing |
| Utility rooms | X | X | Mechanical, electrical, communications, and sprinkler rooms located for efficient utility distribution |
| **Back-of-House Support** | | | |
| Training room[1] | X | | Optional room for staff training |
| Training office[1] | X | | Optional office and/or training material storage area |
| Central Janitor areas | X | X | Central janitor closet with additional supply storage See Table 5-38 |
| Housekeeping manager | X | X | Private office |
| Housekeeping assistant[1] | X | X | Optional private office for large programs |
| Soiled linen storage | X | X | Separate storage from clean linens, adjacent to receiving or laundry |

5

**A1420**

| Functional Program Area | Central | Satellite | Description |
|---|---|---|---|
| Clean linen storage | X | X | Separate storage from soiled linens |
| Receiving | X | X | Service entrance/loading dock |
| Receiving/supply office[1] | X | | Optional private office |
| Linen laundry[1] | X | | Optional space with industrial-grade equipment, based on local service contract linen costs and availability |
| Supply/general storage areas | X | X | Storage and warehousing of facility supplies |
| Cleaning fluid storage | X | X | Separate storage for cleaning chemicals |
| Utility rooms | X | X | Central facility mechanical, electrical, communications, and sprinkler rooms |
| Guest bulk storage, Option 2[1] | X | X | Optional staff-access secure room for guest storage of large, bulky items |
| Break area | X | X | Staff break area with kitchenette and lockers |
| Staff toilets | X | X[1] | Staff facilities |
| Maintenance workshop | X | | Includes limited storage and accommodates repair of small equipment and furnishings |
| Grounds equipment storage[1] | X | | Optional space with direct exterior access for grounds and exterior building maintenance supplies and equipment |
| Service circulation | X | X | Separate stairs, corridors and elevators from guest circulation |

[1] Optional space requiring approval of the agencies noted in Chapter 1, Contacts.

[2] The final number, mix and variations of room types will be determined in the planning stage. See Chapter 2 for more information.

[3] Specific design needs for each Functional Program Area may be described in Tables in Chapters 4 and Chapter 5.

6

W912ER-11-D-0010-0006

**A1421**

## CHAPTER 2 PLANNING AND PROGRAMMING

**2-1      INTRODUCTION.**

This chapter provides basic guidelines for planning and programming new lodging facilities and renovating existing facilities.  The number of guest rooms, suites, guest support areas, and service areas at each site will vary depending on the mission, but standard plans and requirements will remain consistent.  Renovations will follow this guidance as closely as possible, understanding that variances will be made on a case-by-case basis.  The agencies noted in Chapter 1, Contacts, have programming and design latitude and decision making authority in the following areas:  site selection and exterior architectural treatment.

**2-2      SITE PLANNING.**

Installation planning personnel will determine the appropriate site for a new LF or campus.  The footprint and mass of a new LF is significantly greater than traditional dormitory-style facility configurations; therefore, appropriate and adequate site selection is critical.  Coordinate site and building height requirements with fire department capabilities, DoDI 4165.57, and airfield restrictions (if applicable).

Determine the most appropriate and cost effective location for the LF/campus based on the following factors:

- Development potential, future expansion and adjoining land uses.  Expansion of lodging facilities usually involves adding guest rooms.  It is generally impractical to add onto an existing lodging facility.  Therefore, if potential future expansion is identified during the programming stage, allow space in the site development plan for additional structures and size site utilities accordingly.

- Proximity to and capacity of recreational centers and community facilities such as fitness centers, dining facilities, postal service centers, Installation exchanges, commissaries, pedestrian circulation systems, bike paths, and mass transit routes.  Balance the proximity to community services with the need for quiet and privacy.

- Proximity to a particular activity or site that the lodging facility serves, if applicable, also considering transportation resources and routes to those activities.

- Existing topography and landscape.  Site selection should minimize the need for excessive grading.

- Available Installation infrastructure such as roads and drives, parking, landscape, utilities, and fire department access.

- Future demands placed on the capacity of supporting infrastructure and utilities.

7

- Facilities requiring demolition.

- Off-Installation communities and adjoining neighborhoods.

## 2-3        PROGRAMMING.

### 2-3.1        Programming Policy.

Information and guidance regarding work classifications, funds sources and approval levels for both appropriated fund (APF or MILCON) and non-appropriated fund (NAF) projects may be found in DoDI 1015.11, 1015.12, and 1015.15 and the following documents:

### 2-3.1.1        Army.

- AR 420-1

- AR 215-1

### 2-3.1.2        Navy and Marine Corps.

- OPNAVINST 11010.20H

- NAVFACINST 11010.45

### 2-3.1.3        Air Force.

- AFI 32-1021

- AFI 32-1022

- AFI 32-1023

- AFI 34-205

- AFI 34-246

### 2-3.2        Initial Project Scope.

The initial primary facility scope of a LF project shall be programmed using the standards and criteria contained this UFC and the following documents:

- Army Lodging Standard Design Criteria and Army Standards for Army Lodging

- UFC 2-000-05N (P-80)

- AFH 32-1084

8

The organizations provided in Chapter 1, Contacts, will provide the number and types of rooms based on usage data. Planning shall incorporate accessibility requirements in all common guest support areas. Allow space for guest support areas, back-of-house service areas, and site requirements. Replacement of existing support functions will be considered in the programming of a new facility.

### 2-3.3    Final Project Scope.

The final project scope will be based on the results of an independent assessment performed through the agencies identified in Chapter 1, Contacts. This assessment validates the site selection; determines the overall number of room types, support areas, guest services to be provided; and identifies any companion projects necessary to provide a complete and usable facility.

The facility space program will accommodate the following:

- Projected guest utilization based on official historical usage, non-availability certificates issued, and projected usage based on new or planned activities that will yield 80% average projected occupancy for the proposed facility/complex.

- ABA-accessible room count per Chapter 3, Accessibility

- Potential for retention and renovation of existing facilities

- Need for additions/alterations versus completely new construction projects

- Existing on-Installation community facilities and their potential for meeting current and future needs

- Additional requirements such as potential surge conditions, significant transient crew requirements, and historic long-term TDY and PCS commitments

### 2-3.4    Guest Room and Suite Sizing.

Comply with Table 2-1 for guest room and suite net area standards (net area as measured from interior finished wall to interior finished wall). Commands desiring a waiver from these absolute planning factors must submit a fully justified request, formatted as a normal congressional reprogramming action, and an economic analysis to the organizations provided in Chapter 1, Contacts.

9

**TABLE 2-1. NET AREA STANDARDS FOR NEW CONSTRUCTION AND RENOVATION**

| Room Type | Minimum | Maximum |
|---|---|---|
| Guest Room | 300 ft$^2$ (27.9 m$^2$) | 325 ft$^2$ (30.2 m$^2$) |
| Suite | 450 ft$^2$ (41.8 m$^2$) | 606 ft$^2$ (56.3 m$^2$) |

**2-3.5     Support Space Sizing.**

Support space sizing standards are provided in Appendix C of this UFC.  Sample space programs are included to demonstrate how to calculate space requirements.

**2-4        FUNDING/COST GUIDANCE.**

Design these facilities with the objective of achieving the lowest life cycle cost over a 50-year period.  The budget must support an appropriate and high-quality program and the performance requirements outlined in this UFC.  The following information provides guidance on developing a budget that will support these goals.

**2-4.1      Site Cost.**

The project will fund outdoor passive and/or active use areas and/or site amenities as required to provide an attractive and usable facility that is competitive with comparable commercial facilities.  These features must complement the architecture of the campus and include amenities such as walks, site lighting, landscaping, benches, trash receptacles, and fencing if used to screen equipment or dumpsters.  Additional amenities such as barbecue grills and tables are permitted, but they are the funding responsibility of the Installation or the Activity/Major Command.

**2-4.2      Other Design Cost Considerations.**

**2-4.2.1    Guest Room and Suite Sizing.**

Guest rooms and suite usable space minimums in Table 2-1 cannot be changed due to budgetary constraints.

**2-4.2.2    Signage.**

The project budget shall include all interior and exterior facility directional signage, room and informational signage, and the freestanding exterior facility identification (monument) sign.

**2-4.2.3    Furnishings Fixtures and Equipment.**

Chapters 4 and 5 provide the breakdown of furnishings, fixtures and equipment (FF&E) for each space and indicate whether the items are contractor furnished/contractor installed (CFCI), i.e., included in the project construction contract, or government furnished/government installed (GFGI), i.e., not part of the construction contract.  Some

W912ER-11-D-0010-0006

997 of 1610
Government Rule 4 File

**A1425**

items are also classified as government furnished/contractor installed (GFCI). Items included in the project construction contract may be funded by different sources depending on the Service and overall project funding approach, so confirm the interior design funding sources with the agencies identified in Chapter 1, Contacts, prior to finalizing the project budgets.

**2-4.3        Additional Funding/Cost Guidance for NAF Projects.**

If the LF project is a NAF project, additional special reporting and approval requirements must be followed. See DoDI 7700.18 for this guidance.

**2-5          RENOVATION PLANNING.**

Lodging renovations range from building and system upgrades to complete reconfiguration. The requirements and recommendations in this UFC apply to renovations. Some flexibility in complying with established guidance contained in this UFC is allowed for renovated facilities, but the facilities shall include the required spaces to the greatest extent feasible. Flexibility in design may be considered based on existing conditions and physical limitations such as construction type, location and character of load bearing walls and columns, and others.

11

## CHAPTER 3 GENERAL DESIGN CRITERIA

**3-1        GENERAL.**

UFC 1-200-01 provides applicability of model building codes and government-unique criteria for typical design disciplines and building systems, as well as for accessibility, antiterrorism, security, sustainability, and safety.  Use this UFC in conjunction with the criteria identified in 1-200-01.

**3-2        ACCESSIBILITY.**

Per DoD requirements, provide accessible rooms per Table F224.2 of the ABA Accessibility Standard for DoD facilities.  Comply with DoD Memorandum, DoD Housing Inspection Standards for Medical Hold and Holdover Personnel for wounded warrior accessibility.  This will require some ABA guest rooms to include direct access to an adjoining guest room.

**3-3        STRUCTURE.**

Coordinate column/wall spacing to limit awkward placement within larger public spaces.

**3-4        ARCHITECTURE.**

**3-4.1       Attics.**

Attic access is required, but restricted to LF personnel only.  Storage capability in attic areas shall not be provided.

**3-4.2       Exterior Design.**

The building design shall comply with Command and Installation architectural standards and incorporate the local geographical and cultural environment.  See Appendix B, Best Practices, for additional guidance.

**3-4.2.1      Exterior Finishes.**

Exterior finishes shall be durable and low-maintenance.  Coordinate exterior colors and finishes with the interior design standards noted in Chapter 3, Interior Design, paragraph 3-4.3.

**3-4.2.2      Windows/Natural Light.**

Provide for the admission of natural light in the design of the facility window systems and in the design of the overall footprint and floor depth.  Select furniture systems that maximize the admission of natural light into the facility.  The goal should be to achieve the LEED® "Daylight & Views" points.  In designing for natural light admission, coordinate with Chapter 3, Electrical Design, paragraph 3-5.4.

Comply with the following requirements:

*   Use tight-fitting, insulated, commercial-grade windows that meet antiterrorism requirements per UFC 4-010-01. Light-duty residential grade windows are not acceptable.

*   Analyze the cost and sustainability benefits of Energy Star labeled windows and low emissive (Low E) double pane glazing for increased thermal performance, ultraviolet retardation, and maximum light transmission. Qualifying products are listed on the Energy Star website. Provide these windows and glazing if the analysis supports.

*   Size windows nominally between 10 and 15 percent of the floor area they serve.

*   Maximize window size and area to increase the admission of natural light into guest rooms.

*   Select windows that are compatible with the type of window coverings to be used to ease maintenance.

*   Provide solid surface windowsills at all windows.

### 3-4.2.3      Exterior Doors.

Comply with the following requirements:

*   All public area entrance doors shall meet force protection and accessibility construction standards minimum requirements per UFC 1-200-01, and will be a minimum of 36 in. (910mm) in width.

*   Remote, non-guest exit doors shall be equipped with an alarm that sounds at the front desk when the doors are opened. This alarm shall be programmable to be operational at specific times of the day.

*   Secondary guest entrances shall have electronic key card locks.

*   Doors shall be fully weather-stripped; include a heavy-duty metal threshold to prevent drafts, dirt, water, and insect entry; and be thermally insulated.

*   Exterior entrance service doors will be hollow metal with hollow metal frames.

*   All doors require doorstops, and wall-mounted bumpers will be used where possible. Provide blocking in walls as required.

*   See Interior Doors below for locking system requirements.

### 3-4.2.4      Roofing.

13

W912ER-11-D-0010-0006

Unless the installation's architectural compatibility standards state otherwise, all lodging facilities shall have sloped standing-seam metal roofs. Cool roofs are required unless engineering analysis on its suitability negates its use in accordance with ACSIM Sustainable Design and Development Policy.

Provide protection against falling ice and snow for sloped roofs located over building entrances. Coordinate exterior locations of dryer vents and bath exhausts to minimize roof penetrations and reduce the visual impact on exterior elevations.

### 3-4.2.5    Building Signage.

Building signage shall provide clear directional and informational assistance. Mechanical, electrical and/or utility room doors must have identifying signage to match other building signage.

### 3-4.3    Interior Design.

Interior design and FF&E packages shall comply with the Service-specific branding concepts that provide the finish and color requirements for each space. The agencies noted in Chapter 1, Contacts, shall provide the latest branding concept standards. See Appendix B, Best Practices, for additional general guidance.

### 3-4.3.1    Interior Doors.

All interior door hardware throughout lodging facilities will be lever style. If possible, provide single hardware assembly for door closure and hold open operation.

If an electronic locking system is not already in use at other Installation lodging facilities, provide a complete system, including the reception desk. If an electronic locking system is in use at other Installation lodging facilities, match existing system. Assure that the statement of work for the locking system software selected for Installation will interface with the Property Management System. All doors will operate from this same locking system except doors accessing utility and service functions.

### 3-4.3.2    Interior Construction.

Provide blocking for all wall- or ceiling-mounted equipment and furnishings.

Built-in cabinets must be well constructed with sturdy hardware and meet the requirements of the Kitchen Cabinet Manufacturer's Association standards. Particleboard may not be used. All case goods and hardware will be coordinated with the Comprehensive Interior Design package for the project to ensure matching woods, stains, and finishes as best possible. In all cases, concealed hinges will be provided. Finishes must be able to withstand frequent cleaning and must coordinate with the other finish materials. Countertops shall be solid surface/solid composite plastics only. Where no water source is present, plastic laminate with hardwood or solid surface edging may be permitted with approval from the agencies identified in Chapter 1, Contacts.

14

### 3-4.3.3      Finishes.

Finishes should take into account the intended uses and be highly durable. They must meet the requirements listed in NFPA 101 and UFC 3-120-10.

Comply with the following requirements throughout the entire facility:

- In moist climates, do not cover the inside of exterior walls with impervious materials such as mirrors or vinyl wall coverings to help preclude mold development in the wall.

- Procure a high quality, easy to maintain, durable carpet that provides a long lasting appearance.

- For additional finish criteria in specific areas, see Chapters 4 and 5.

### 3-4.4      Acoustics.

Design the facility to provide a comfortable acoustical environment and provide comprehensive sound isolation and sound absorption measures for individual spaces as appropriate. Provide acoustical design to prevent sound from noisy spaces such as corridors, toilets, elevator machine rooms, and mechanical rooms from having negative impact on the adjacent spaces. Comply with the following:

- Isolate sound-generating mechanical equipment to minimize sound and vibrations from being transmitted through the building structure. Isolation methods include isolation hangers or other appropriate methods.

- Walls between living units, between living units and corridors, between living units and other spaces, and exterior walls of living units shall have a minimum sound transmission class (STC) of STC 54.

- Floor and ceiling assemblies shall be a minimum of STC 55 and have an impact isolation class (IIC) of at least 60.

- Telephone, cable television, convenience outlets, and mechanical ducts shall be staggered or otherwise designed to not compromise the acoustical integrity of wall, floor, or ceiling assemblies.

- Where fluorescent lamps are used, specify fluorescent lamp ballasts with a sound level rating 'A'.

At a minimum, provide the required STC ratings identified above and the ratings in Chapter 5, Functional Data Sheets, for individual spaces. Use the "Suggested Design Values" STC ratings in UFC 3-450-01 as the basis for the sound design of partition, door and window assemblies. Utilize gypsum board wall "improvements" to increase the STC of gypsum board "Stud Type" partitions to achieve the project sound requirements. Unless noted otherwise extend the room partitions and seal to the

15

structure above for rooms that have a noise source such as, but not limited to, corridors, toilets, classrooms, training rooms, maintenance rooms, and mechanical rooms. Unless indicated in Chapters 4 and 5, STC ratings do not need to be field verified.

## 3-5     SERVICES.

### 3-5.1     Plumbing.

Comply with the following:

Provide for the installation of fixtures and associated amenities noted in Chapters 4 and 5, Specific Design Criteria.

Design plumbing systems to take advantage of stacking bathrooms and common wet walls for efficiency.

Exposed plumbing pipes are not permitted.

Copper piping shall be used for all supply lines. If PVC drainage pipe is used above public spaces, the area shall be insulated for sound control.

Provide shut-off valves at all fixtures.

Toilet and bath fixtures must match and be white in color.

All bathroom plumbing fixtures exposed (pipes, faucets, etc.) shall be first-line plated brass, manufactured by nationally known manufacturers.

All tubs and lavatories shall have pop-up-type waste stoppers. Rubber stoppers are not permitted.

Tub/shower valves shall be pressure balanced anti-scald type. Locate faucet, showerhead and controls on interior wall to allow for placement of plumbing access panel.

Provide filtered water lines for break area refrigerators with automatic icemakers.

Provide hose bibbs on exterior walls of each building at 100 ft. (30.5m) intervals and where indicated in Chapters 4 and 5; freeze proof as dictated by climatic conditions.

Central hot water domestic systems (gas if possible) will be specified for all projects to reduce costs and provide better service for guests. The minimum requirements are to allow for simultaneous use of 100% of the showers discharging (maintaining a pressure of 15psi at the showerhead). Minimum hot water storage will be sized to maintain flow under 100% shower discharge for a five-minute period (capacity will vary based on number of rooms). The heat exchangers within the calorifier will be capable of raising the contents from 50°F (10°C) to 149°F (65°C) in one hour. The temperature of the hot water as it leaves the hot water storage calorifier will be 140°F (60°C). Service Exception: The Army requires that a circulating pump or other approved in-line system

16

shall be installed to provide hot water to the guest room taps at 110°F (43°C), 75% diversity for 30 minutes (capacity will vary based on number of rooms).

### 3-5.2        Heating, Ventilating, and Air Conditioning (HVAC).

In order to minimize the possibility of mold or mildew, ensure the humid area criteria provisions in the core mechanical UFCs as defined in UFC 1-200-01 are followed when designing the HVAC system.  Air Force HVAC systems shall be designed in accordance with ETL 04-3.

### 3-5.2.1        System Selection.

Selection of the HVAC system shall be based upon the lowest total life cycle costs: include initial costs, operating costs, energy costs, system maintenance and repair costs, and component replacement costs, if not expected to achieve the same life cycle of the systems under consideration.

Refer to Appendix B, Best Practices, for additional information and considerations in system selection.  Comply with the following:

- If a geothermal heat pump system (GCHP) is being considered, the soil reports prepared during the design process shall include borings to the depth necessary to consider the use of a ground source heat pump.  The cost of the drilling and installation of the pipe shall be considered in the economic analysis.

- In the selection of chilled water systems, the design of HVAC enclosures shall take into account the space needed for chillers to receive air to cool condenser coils and room for service.  The enclosure design shall prevent large amounts of pollen and vegetation from clogging condenser coils, be appropriately located on the site, and be compatible with surrounding architecture and exterior design elements.

- Supply air and outside air (OSA) will be ducted to the sleeping rooms.  Branch ducts will be equipped with balancing dampers.  Do not place ductwork over the shower area, and ceiling space will not be used as return air plenums.  Soffit areas in guest room and suite closets are good ductwork locations.  Determine the amount of transfer/return air sound attenuation between the guest rooms and adjacent areas.

- For new construction, do not locate HVAC units in the ceiling.

- Coordinate the location of sensors and thermostats with location of furniture and artwork throughout the building.

### 3-5.2.2        Maintainability.

Maintainability of the system is critical to the continued quality of life of the occupants. Design access to the system to minimize disruption or inconvenience to LF guests and

maximize servicing efficiency.  Air Force shall comply with ETL 01-1.  In renovated facilities when HVAC units are located above the ceiling, ensure that filters, controls, drain pans, and condensate piping, control valves and coils are easily accessible for servicing and cleaning.  Condensate piping must be equipped with traps and threaded clean-outs at the unit.  Design drawings must detail these features including minimum clearances for maintenance and required force protection setback distances.

### 3-5.2.3        Ventilation.

Each guest room will be supplied continuously with conditioned outside air via a central ventilation system to meet the current ASHRAE Standard 62.1 (Service Exception: For Air Force facilities meet ASHRAE Standard 62.2-2010, table 4.1a) or as required for building pressurization, whichever is larger.  Equip all branch ducts with accessible volume control dampers.  The guest room or suite's HVAC unit's fan must run continuously.  Operable windows are not permitted in guest rooms in view of the foregoing.

### 3-5.2.4        Bathroom Exhaust.

Bathrooms shall be equipped with a central exhaust system.  Comply with the following:

- The exhaust system shall run continuously and be interlocked with the building supply air system.  Ensure the system meets HVAC-Related Background Sound criteria for hotel rooms as listed in the latest ASHRAE Handbook – HVAC Applications.  Service Exception: For Air Force facilities, guest bathroom exhaust shall meet ASHRAE Standard 62.2-2010, table 5.2 for continuous exhaust.

- Include a manual volume damper accessible from the space for proper balancing.

- Include a life cycle cost evaluation for utilizing heat recovery from the exhaust system to precondition ventilation air.

### 3-5.2.5        Guest Room HVAC Systems.

Individual HVAC systems shall not be used as the primary facility HVAC system to condition outside air.  When guest rooms are equipped with individual HVAC systems, these systems will be ducted vertical fan units or heat pumps placed within designated mechanical closets or mechanical rooms equipped with lockable doors.  If individual HVAC systems are used as a secondary system for the guest rooms in humid areas, they must be carefully designed to avoid mold and mildew.

W912ER-11-D-0010-0006

### 3-5.2.6 Piping System.

Where centralized hot and chilled water are utilized, individual HVAC systems shall be connected to a centralized mechanical system by a four-pipe hot water and chilled water distribution system to provide positive space control.

Where GCHPs are used, evaluate the need for a backup heating system (such as an auxiliary boiler) and towers in the loop based on site location.

### 3-5.2.7 Perimeter Fin Tube Heating.

In OCONUS areas or as applicable per local code where perimeter fin tube heating is utilized, provide temperature control for each zone.

### 3-5.2.8 Laundry Areas.

Design straight-run venting of dryers to avoid lint clogs. Dryer venting must be exhausted away from windows and exterior balcony areas.

### 3-5.3 Fire Protection and Life Safety.

Fire Protection shall be in accordance UFC 3-600-01. Fire sprinkler heads shall be concealed in occupied and living spaces.

Provide carbon monoxide detection in accordance with NFPA 720 and as part of the installed addressable fire alarm and emergency notification system in all LFs that contain carbon-based fuel burning systems. Comply with the following:

- Provide a separate carbon monoxide alarm (voice message) via the fire alarm system.

- Locate carbon monoxide detectors in the immediate vicinity of the bedroom portion of the guest rooms and suites.

- Locate carbon monoxide detectors on the ceiling in the same room as all permanently installed fuel-burning appliances.

- Transmit a separate carbon monoxide alarm signal to the Installation's Receiving Station.

- Transmit a separate carbon monoxide trouble and supervisory signals to the Installation's Receiving Station.

### 3-5.4 Electrical Design.

Surface-mounted conduit or wire-mold shall not be used in any guest rooms, public spaces or administrative spaces. General outlets required should comply with UFC 3-520-01. Comply with the following LF-specific requirements:

19

### 3-5.4.1 Lighting.

See Chapters 4 and 5, Functional Data Sheets for light level and control requirements that are exceptions or in addition to standard requirements. For the guest rooms and suites, adapt the Residential Housing sections of UFC 3-530-01 as modified by Chapters 4 and 5 of this UFC.

### 3-5.4.2 CCTV.

Provide the infrastructure for a CCTV system. The agencies identified in Chapter 1, Contacts, will determine funding requirements for the additional components required to develop a complete system. See Chapters 4 and 5, Functional Data Sheets for monitor and camera locations.

### 3-5.4.3 Telecommunication Systems.

See Chapters 4 and 5, Functional Data Sheets, for jack locations. Where "house phones" are indicated, these shall connect to the front desk or dedicated administrative areas only. Allow for easy, future upgrades to data and communications cables and allow for fiber optic cables for communications. Provide cellular repeaters as needed throughout the facility to ensure adequate mobile phone service.

Provide Internet access through a business class wired and WiFi network system throughout all spaces indicated in Chapters 4 and 5. The system must comply with DoDI 8420.01. At a minimum the system shall include multiple SSID, VLAN tagging, SNMP for remote management and monitoring with Power Over Ethernet for flexible deployment and password protection. Army should comply with Technical Criteria for the Installation Information Infrastructure Architecture (I3A).

### 3-5.4.4 Television Systems.

See Chapters 4 and 5, Functional Data Sheets, for outlet locations.

### 3-5.4.5 Electronic Security Systems (ESS).

See Chapters 4 and 5, Functional Data Sheets, for locations.

### 3-6 SITE WORK.

Organize the site to be compatible with the site planning and style of adjacent existing structures. Locate the building to reflect local climatic conditions. For example, provide protection from prevailing winds and glare and orient operable windows to take advantage of summer breezes. Locate the building to take advantage of passive solar heating and daylighting.

### 3-6.1 Site Circulation and Parking.

Comply with UFC 3-210-02. Provide guest access to lodging facilities from secondary (collector) streets to minimize the congestion associated with main arterial streets.

Where possible, divide main entrances with landscaped traffic medians between entry and exit lanes. Because of the high volume of traffic using the entrances, the minimum width of non-divided entry roads will be 24 ft. (7.3m).

### 3-6.1.1     Emergency and Service Vehicles.

Design access drives and parking areas to accommodate service vehicles. Provide access to fire protection vehicles in accordance with UFC 3-600-01 and UFC 4-010-01. Obtain width, weight, and turning radii of fire fighting vehicles from the Installation fire department.

### 3-6.1.2     Parking.

Provide a minimum of .5 parking spaces per guest room. Parking spaces shall be 10 ft. wide (3.1m) minimum. In addition to standard guest parking, provide a minimum of three short-term check-in parking spaces at central facilities. For programs with more than 200 rooms, provide a check-in space at the central facility for 1.5% of all guest rooms. As an option, identify each check-in space with a sign. Additional visitor parking with the exception of accessible parking is not required, but may be an option based on local requirements.

Provide one staff parking space for each daytime lodging staff person. Staff parking shall be separated from guest parking. Based on site size and layout, consider providing an optional sign to indicate staff-only parking with close access to the staff entrance. Parking areas will be sized to local conditions.

### 3-6.1.3     Pedestrian Access.

All sidewalks and walkways shall be a minimum of 6 ft. (1.8m) wide. Design and grade sidewalks to provide barrier-free access to the first floor of all lodging facilities and to any associated outdoor use areas. In addition to accessibility requirements, provide ramps and curb cuts throughout to accommodate rolling luggage and other moving needs. Provide connections to other functional areas of the Installation with pedestrian circulation systems.

### 3-6.2     Site Development.

Well-designed site amenities enhance the visual experience of a LF campus and complete the lodging project. The landscape architect shall coordinate with the architect and interior designer to ensure smooth transitions are made from within the building to the outdoors and vice versa. Provide effective transitions by incorporating building materials, colors, and design details into the site design and amenities. Also coordinate paving materials, signage and site furnishings. See Appendix B, Best Practices, for additional guidance.

### 3-6.2.1     Fencing.

Any fencing used as a screening material shall be compatible with the lodging campus and surrounding architecture, comply with Installation standards, and will be

21

accomplished with project funds.  Fencing around the perimeter of the site, if desired, will be the responsibility of the Installation or Activity/Major Command.

### 3-6.2.2        Site Furniture.

Select site furniture that is in harmony with the architectural style and complements the building.  Place the site furniture to help organize the outdoor spaces and to maximize usability.

### 3-6.2.3        Exterior Signage.

Signage includes the freestanding exterior facility identification (monument) sign and required site signage, including parking and street signage.  All signage will be in accordance with the Installation signage program.  The monument sign and building identification signage shall include the Service-specific appropriate branding styles and logos.

### 3-6.3        Drainage and Landscaping.

Comply with UFC 3-201-02 and UFC 3-210-10.  See Appendix B, Best Practices, for additional guidance on landscaping specific to LFs.

### 3-6.4        Storm Water Management/ Low Impact Development.

Comply with UFC 3-210-10.  See Appendix B, Best Practices, for additional guidance specific to LFs.

W912ER-11-D-0010-0006

1009 of 1610
Government Rule 4 File

**A1437**

### CHAPTER 4 SPECIFIC DESIGN CRITERIA – GUEST ROOMS AND SUITES

**4-1       INTRODUCTION.**

This chapter identifies the specific design needs for the guest rooms and suites.  Sizing guidance for these rooms is provided in Chapter 2, Programming.

Design criteria are provided in a standard Functional Data Sheet (FDS) table format that generally follows the Uniformat II/Work Breakdown Structure.  The Interior Construction/Built-in Equipment category includes anything physically attached or plumbed to the building such as counters, cabinets, casework, toilet accessories, window treatments, laundry machines, and retractable overhead screens.  Furnishings and equipment are provided in separate tables for rooms and suites.  Unless noted otherwise, finishes and features included in the FDS tables represent the required minimums.

**4-2       GUEST ROOMS.**

**4-2.1       Design Criteria.**

Table 4-1 identifies the specific design needs for the guest room, including its variations.

### TABLE 4-1.  GUEST ROOMS

| Description/ Usage | The guest room includes combined living/work and sleeping areas and a private bathroom and can include the following variations: <br>• an extended-stay studio suite version that has basically the same layout but trades closet space for a small pre-fabricated kitchenette <br>• a pet-friendly version that has different finishes |
|---|---|
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Entry doors shall be self-closing, solid core wood a minimum of 36-in (915 mm) wide with a decorative face, automatic electronic lock, swing bar door guard, deadbolt, and 180-degree one-way viewer.  Provide a second viewer at the appropriate height in ABA rooms. <br>Provide inoperable windows on as much of the exterior wall as possible. <br>Provide full-height sliding closet doors with a header track and a floor track mounted directly to the floor.  Opening hardware shall be integral with the frame. |
| **Interior Construction/ Casework** | Provide a ceiling fan with integral low-profile light and combined light dimmer and speed control. <br>Provide closet shelf and hanging rod. <br>Extended-stay studio suites include a prefabricated kitchenette unit. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance. <br>**Walls.**  Finished gypsum board.  Provide vinyl corner guards on all exposed corners to 48 in (1220 mm) above the base. <br>**Floor.**  Commercial grade (heavy wear classification) carpet and pad. <br>For pet-friendly rooms, provide porcelain tile flooring, commercial wood-grain vinyl or linoleum sheet flooring and base throughout. <br>**Base.**  Stained or painted wood or carpet. <br>**Ceiling.**  Painted gypsum wallboard. |

23

**TABLE 4-1.  GUEST ROOMS**

| | |
|---|---|
| **Plumbing** | See Table 4-5 for bathroom plumbing requirements.  For extended-stay studio suites, provide hot and cold water to the kitchenette unit. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Room HVAC systems will be standardized with electronic sensors or key card readers regulating temperature controls.  Individual climate control must be provided and located within each guest room.  Limit individual thermostat controls to the range of 65 to 78 F (18 to 26 C) degrees. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide outlets for all equipment.  Provide a quad outlet at the desk and at least one of the two nightstands to power guest's equipment such as computers and chargers.  Provide a minimum of one outlet in an easily accessible location for use with an ironing board/iron.  Provide individual circuits for each guest room. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  In addition, provide backlit wide rocker switches at room entrance and bathroom.  Task lighting provided by table or wall fixtures at the bed, desk and lounge seating shall provide adequate directional lighting for reading, typically 30-40 fc (325-430 lux). |
| **Communication** | **Telephone.**  Provide one jack (ganged with data in single box) at the nightstand, one jack (ganged with data in single box) at the desk, and one jack at the CATV outlet location.  Label each jack "phone." <br> **Data.**  Provide one jack (ganged with telephone in single box) at the nightstand and one jack (ganged with telephone in single box) at the desk.  Label each jack "data port."  Provide Wi-Fi service throughout the room. <br> **CCTV.**  None required. <br> **CATV.**  Provide an outlet at the TV location. <br> **Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide acoustical separation per Chapter 3, Acoustics. |
| **Special Requirements** | Locate downlights and sprinkler heads such that they are not within 12 in (305 mm) of the sweep of the ceiling fan blades. <br> Provide transition strips where different floor finishes meet. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br><br> Guests. |
| **Min. net ft² (m²)** | |

**4-2.2 Furnishings, Fixtures and Equipment.**

Coordinate FF&E packages with the interior designer and follow the requirements noted in Chapter 3, Interior Design. To assist planners and designers, Table 4-2 provides the general types of FF&E by Service for each space and indicates whether the item is CFCI, GFGI, or GFCI (F/I).

**TABLE 4-2. GUEST ROOM FF&E**

| Army | | Navy | | Air Force | |
|---|---|---|---|---|---|
| **FF&E** | **F/I** | **FF&E** | **F/I** | **FF&E** | **F/I** |
| Queen bed | GFGI | Queen bed[1] | GFGI | Queen bed w/ bed box | GFGI |
| 2 nightstands | GFGI | 2 nightstands | GFGI | 2 30-in-wide (760-mm) 3-drawer bedside chests | GFGI |
| 2 nightstand lamps | GFGI | 2 nightstand lamps | GFGI | 2 nightstand lamps | GFGI |
| TV armoire w/drawers | GFGI | 4-drawer dresser | GFGI | N/A | |
| Flat panel television | GFGI | Flat panel TV | GFGI | Flat panel TV (wall-mount) | GFGI |
| DVD player | GFGI | N/A | | N/A | |
| Desk | GFGI | Desk | GFGI | Desk | GFGI |
| Desk chair | GFGI | Desk chair | GFGI | Desk chair | GFGI |
| Desk lamp | GFGI | Desk lamp | GFGI | Desk lamp w/ outlet | GFGI |
| Lounge chair | GFGI | Lounge chair | GFGI | Lounge chair(s) w/ ottoman(s) | GFGI |
| Window treatments | GFGI | Window treatments | GFGI | Window treatments | GFGI |
| Artwork | GFGI | Artwork | GFGI | Artwork | GFGI |
| Under counter refrigerator | GFGI | Under counter refrigerator | GFGI | 5.3 ft$^3$ (.15m$^3$) Microfridge | GFCI |
| Telephone | GFGI | Telephone | GFGI | Telephone | GFGI |
| Ironing board, iron | GFGI | Ironing board, iron | GFGI | Ironing board, iron | GFGI |
| Ironing board caddy | CFCI | Ironing board caddy | GFGI | Ironing board caddy | GFGI |
| Full-length mirror | GFGI | Full-length mirror | GFGI | Full-length mirror | GFGI |
| Safe w/ pedestal | CFCI | Safe w/ pedestal | GFGI | Safe w/ pedestal | GFGI |
| Microwave | GFGI | Microwave | GFGI | Microwave (incl w/ microfridge) | GFGI |
| N/A | | Coffee pot | GFGI | Coffee pot | GFGI |
| N/A | | Alarm clock | GFGI | Alarm clock | GFGI |
| N/A | | Ice bucket | GFGI | Ice bucket | GFGI |
| N/A | | Luggage rack | GFGI | Luggage rack | GFGI |
| N/A | | Wastebasket | GFGI | Wastebaskets | GFGI |

[1] For Navy facilities when mission essential requirements dictate, provide two double beds and two separate and lockable closets/lockers for ranks of E-6 and below.

25

**4-3          SUITES.**

**4-3.1          Design Criteria.**

Table 4-3 identifies the specific design needs for the suite.

**TABLE 4-3.  SUITE**

| Description/ Usage | The suite includes separate and distinct living/work and sleeping areas, a kitchenette, and a private bathroom. |
|---|---|
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Entry doors shall be self-closing, solid core wood a minimum of 36-in (915 mm) wide with a decorative face, automatic electronic lock, swing bar door guard, deadbolt, and 180-degree one-way viewer.  Provide a second viewer at appropriate height in ABA rooms.<br>Provide inoperable windows on as much of the exterior wall as possible.<br>Provide full-height sliding closet doors with a header track and a floor track mounted directly to the floor.  Opening hardware shall be integral with the frame. |
| **Interior Construction/ Casework** | Provide a ceiling fan with integral low-profile light and combined light dimmer and speed control.<br>Provide closet shelf and hanging rod.<br>In PCS facilities, provide built-in shelving per the standard floor plan, which accommodates the additional storage requirements for longer stays.<br>At the kitchenette, provide a solid-surface counter with base and upper cabinets.<br>**Army** suites include a prefabricated kitchenette unit.<br>**Air Force** suites include a ventless laundry washer/dryer combination. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance.<br>**Walls.**  Finished gypsum board.  Provide vinyl corner guards on all exposed corners to 48 in (1220 mm) above the base.  At the kitchenette, provide a solid-surface or ceramic tile backsplash.<br>**Floor.**  Commercial grade (heavy wear classification) carpet and pad.  At the kitchenette, provide porcelain tile with a dark-colored epoxy grout and matching base.<br>**Base.**  Stained or painted wood or carpet.<br>**Ceiling.**  Painted gypsum wallboard. |
| **Plumbing** | Provide an under-mount stainless steel kitchen sink with a removable trap and drain plug.<br>For **Army** suites, provide service to the prefabricated kitchenette unit.<br>For **Air Force** suites, provide service to laundry washer/dryer combination.<br>See Table 4-5 for bathroom plumbing requirements. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Room HVAC systems will be standardized with electronic sensors or key card readers regulating temperature controls.  Individual climate control must be provided and located within both the bedroom and living areas.  Limit individual thermostat controls to the range of 65 to 78 F (18 to 26 C) degrees. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide power to all equipment.  Provide a quad outlet at the desk and at least one of the two nightstands to power guest's equipment such as computers and chargers.  Provide a minimum of one outlet in an easily accessible location for use with an ironing board/iron.  Provide individual circuits for each suite. |

**TABLE 4-3.  SUITE**

| | |
|---|---|
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  In addition, provide backlit wide rocker switches at suite entrance, bedroom entrance, and bathroom.  Task lighting provided by table or wall fixtures at the bed, desk and lounge seating shall provide adequate directional lighting for reading, typically 30-40 fc (325-430 lux). |
| **Communication** | **Telephone.**  Living area—Provide one jack (ganged with data in single box) at the dining counter/table, one jack (ganged with data in single box) at the desk, and one jack at the CATV outlet location.<br>Bedroom—Provide one jack (ganged with data in single box) at the nightstand and one jack (ganged with data in single box) at the dresser/TV area.  Label each jack "phone."<br>**Data.**  Living area—Provide one jack (ganged with telephone in single box) at the dining counter/table and one jack (ganged with telephone in single box) at the desk.<br>Bedroom—Provide one jack (ganged with telephone in single box) at the nightstand and one jack (ganged with telephone in single box) at the dresser/TV area.  Label each jack "data port."  Provide Wi-Fi service throughout the suite.<br>**CCTV.**  None required.<br>**CATV.**  Provide outlets at the two TV locations:  One in the bedroom and one in the living area.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide acoustical separation per Chapter 3, Acoustics. |
| **Special Requirements** | Locate downlights and sprinkler heads such that they are not within 12 in (305 mm) of the sweep of the ceiling fan blades.<br>Provide transition strips where different floor finishes meet.<br>For **Air Force** ventless laundry washer/dryer combination, ensure adequate air circulation around the unit for heat dissipation and to accommodate maintenance.  Ventless dryer does not need to be located on an exterior wall. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

27

**4-3.2        Furnishings, Fixtures and Equipment.**

Coordinate FF&E packages with the interior designer and follow the requirements noted in Chapter 3, Interior Design.  To assist planners and designers, Table 4-4 provides the general types of FF&E by Service for each space and indicates whether the item is CFCI, GFGI, or GFCI (F/I).

**TABLE 4-4.  SUITE FF&E**

| Army | | Navy | | Air Force | |
|---|---|---|---|---|---|
| **FF&E** | **F/I** | **FF&E** | **F/I** | **FF&E** | **F/I** |
| Queen bed | GFGI | Queen bed | GFGI | Queen Bed w/ bed box | GFGI |
| 2 nightstands | GFGI | 2 nightstands | GFGI | 2 30-in-wide (760-mm) 3-drawer bedside chests | GFGI |
| 2 nightstand lamps | GFGI | 2 nightstand lamps | GFGI | 2 nightstand lamps | GFGI |
| TV armoire w/drawers | GFGI | N/A | | N/A | |
| Dresser/wardrobe | GFGI | 6-drawer dresser | GFGI | N/A | |
| 2 flat panel televisions | GFGI | 2 Flat panel TVs | GFGI | 2 Flat panel TVs | GFGI |
| 2 DVD players | GFGI | DVD Player | GFGI | DVD player | GFGI |
| Desk | GFGI | Desk | GFGI | Desk | GFGI |
| Desk chair | GFGI | Desk chair | GFGI | Desk chair | GFGI |
| Desk lamp | GFGI | Desk lamp | GFGI | Desk lamp w/ outlet | GFGI |
| Sleep sofa | GFGI | 2-cushion sofa | GFGI | Sofa (2 or 3 cushion) | GFGI |
| Coffee table | GFGI | Coffee table | GFGI | Coffee table | GFGI |
| 34-in (865mm) round table | GFGI | 4-top dining table | GFGI | N/A | |
| 3 small chairs | GFGI | 4 small dining chairs | GFGI | N/A | |
| End table | GFGI | End table | GFGI | End table | GFGI |
| Floor lamp | GFGI | Floor lamp | GFGI | Floor lamp | GFGI |
| Table lamp | GFGI | Table lamp | GFGI | Table lamp | GFGI |
| Window treatments | GFGI | Window treatments | GFGI | Window treatments | GFGI |
| N/A | | Lounge chair | GFGI | Lounge chair w/ ottoman | GFGI |
| 2 telephones | GFGI | 2 telephones | GFGI | 2 telephones | GFGI |
| Ironing board, iron | GFGI | Ironing board, iron | GFGI | Ironing board, iron | GFGI |
| Ironing board caddy | CFCI | Ironing board caddy | GFGI | Ironing board caddy | GFCI |
| Artwork | GFGI | Artwork | GFGI | Artwork | GFGI |
| Safe w/ pedestal | CFCI | Safe w/ pedestal | GFGI | Safe w/pedestal | GFGI |
| Full-length mirror | GFGI | Full-length mirror | GFGI | Full-length mirror | GFGI |
| N/A | | Microwave | GFGI | Microwave (incl w/ Microfridge) | GFGI |
| N/A | | Coffee pot | GFGI | Coffee pot | GFGI |
| N/A | | Alarm clock | GFGI | Alarm clock | GFGI |
| N/A | | Ice bucket | GFGI | Ice bucket | GFGI |
| N/A | | Luggage rack | GFGI | Luggage rack | GFGI |
| N/A | | Wastebasket | GFGI | Wastebasket | GFGI |
| N/A | | Under counter refrigerator | GFGI | 5.3 ft3 (.15m3) microfridge | GFGI |

W912ER-11-D-0010-0006

**A1443**

| Army | | Navy | | Air Force | |
|---|---|---|---|---|---|
| **FF&E** | **F/I** | **FF&E** | **F/I** | **FF&E** | **F/I** |
| N/A | | Toaster | GFGI | N/A | |
| N/A | | Utensils | GFGI | N/A | |
| N/A | | Soap dish | GFGI | N/A | |
| N/A | | N/A | | Washer/dryer combined | GFCI |

29

W912ER-11-D-0010-0006

**4-4          GUEST BATHROOMS.**

Guest bathrooms are similar in configuration and amenities regardless of location in a guest room or a suite.  Suite bathrooms may be a little larger, but not significantly.  Provide the requisite number of ABA-compliant bathrooms in all room configurations.

Table 4-5 identifies the specific design needs for the guest bathroom.

**TABLE 4-5.  GUEST BATHROOMS**

| | |
|---|---|
| **Description/ Usage** | Lavatory, water closet, shower/tub, and associated amenities. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door, 36 in. (915mm) wide minimum.  No windows required. |
| **Interior Construction/ Casework** | Provide a minimum 36-in wide (915mm) solid surface counter top with 4-in. (100 mm) back/side splashes, a 6-in. (150 mm) deep toiletry shelf, and integral soap holder.  Provide a minimum of 9 in (230mm) of clear vanity space on both sides of the sink.  In PCS facilities, provide a base cabinet with an integral tissue box holder, which accommodates additional storage needs.  In other facilities, base cabinets and other under-counter storage are optional.  Provide towel bars at the vanity and at the shower/tub, a door-mounted robe hook, toilet tissue dispenser, screw-in curved shower curtain rod, and a wall-mounted hair dryer at the vanity.  Shower doors shall not be used.  Provide a minimum 36-in-wide (915mm), mirror over the vanity.  Provide a hair dryer mount.  Coordinate with the agencies identified in Chapter 1, Contacts, to determine if a hard-wired hair dryer is to be provided or if it will be FF&E (see special requirements below). |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance.  **Walls.**  Finished mold-resistant gypsum wallboard.  Provide a mud-set, one-piece full-height, solid-surface tub/shower surround with 2 recessed soap dishes.  **Floor.**  Mud set, non-slip, commercial-grade porcelain tile with epoxy grout.  **Base.**  Porcelain tile.  **Ceiling.**  Scrubable eggshell or semi-gloss paint (with mold inhibitor) on mold-resistant gypsum wallboard. |
| **Plumbing** | Provide a minimum 18-in. (455 mm) integral lavatory; a floor-mounted, tank-type, elongated, water saver water closet with full seat and lid; and a full-size shower with an entry curb sloping to a floor drain.  The shower head shall be height adjustable over a wide range.  A tub is optional and if provided shall be a cast-iron 60-in. (1525 mm) bathtub with a non-slip surface. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  In addition, provide a minimum of eight air changes per hour and negative pressure.  **Service Exception:**  For Air Force, provide a system per Chapter 3, General, and HVAC, and negative pressure. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide a dedicated circuit for the hair dryer and size for a 1600-watt unit.  Coordinate with the agencies identified in Chapter 1, Contacts, to determine if hair dryer will be hard-wired or a plug-in type. |

30

### TABLE 4-5.  GUEST BATHROOMS

| | |
|---|---|
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  Strategically locate light sources at the vanity to illuminate the occupant's face while eliminating harsh shadows on the face.  Coordinating the vanity and other room surface reflectivity characteristics with the lighting design can assist this goal.<br>Provide a recessed ceiling light fixture in the shower area. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | Provide transition strips where different floor finishes meet.<br>If wallcoverings are used, seal wallcovering edges at ceiling and base with a clear caulk.<br>ABA-compliant bathrooms will include a roll-in shower with a full-width trench drain along the back wall.<br>If the hair dryer is not hard-wired (per Interior Construction) provide a 1600-watt hair dryer as FF&E. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

31

## CHAPTER 5 SPECIFIC DESIGN CRITERIA – SUPPORT AND ADMINISTRATION

**5-1        INTRODUCTION.**

This chapter identifies the layout, adjacencies and specific design needs for the public, administrative, and support spaces.  These spaces are broken down into guest services, administrative services, floor support, and back-of-house support as indicated in Table 1-1.

Design criteria are provided in the standard FDS table format that generally follows the Uniformat II/Work Breakdown Structure.  The Interior Construction/Built-in Equipment category includes anything physically attached or plumbed to the building such as counters, cabinets, casework, toilet accessories, window treatments, laundry machines, and retractable overhead screens.  Furnishings and equipment are not included in the FDS but are provided in Table 5-52.  Unless noted otherwise, finishes and features included in the FDS tables represent the required minimums.

**5-2        GUEST SERVICES.**

Guest services represent all the public guest spaces of the facility.  Public spaces for guest services are critical to the quality level of the guest experience.  Most of these spaces are either located in or around the central lobby area or are distributed among the guest rooms and suites.

W912ER-11-D-0010-0006

1019 of 1610
Government Rule 4 File

**A1447**

**5-2.1        Guest Services Layout.**

Figure 5-1 indicates the acceptable relative adjacencies of the guest services spaces.

**FIGURE 5-1.  GUEST SERVICES ADJACENCY DIAGRAM**



33

**5-2.2** **Guest Services Design Criteria.**

Tables 5-1 through 5-25 provide the guest services specific design criteria in the FDS format. Table 5-52 provides the FF&E for these spaces.

**TABLE 5-1. COVERED ENTRY**

| Description/ Usage | This is the primary entrance for guests and visitors. |
|---|---|
| **Ceiling Ht.** | 9 ft. (2.7m) minimum. |
| **Windows/Doors** | NA. |
| **Interior Construction/ Built-in Equipment** | NA |
| **Finishes** | |
| | **Floor.** Paved.. |
| | **Ceiling.** Painted exposed structure. |
| **Plumbing** | None required. |
| **HVAC** | NA |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | NA. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | NA |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | NA |

34

## TABLE 5-2.  ENTRANCE VESTIBULE

| Description/ Usage | This is the primary entrance for guests and visitors. |
|---|---|
| Ceiling Ht. | 9 ft. (2.7m) minimum. |
| Windows/Doors | Antiterrorism-compliant automated glass doors with infrared sensor operation. |
| Interior Construction/ Built-in Equipment | Provide a recessed or lay-down walk-off mat. |
| Finishes | **Walls.**  Aluminum store front glazing system at front and back at a minimum. <br> **Floor.**  Stone or porcelain tile. <br> **Base.**  Match floor. <br> **Ceiling.**  Painted exposed structure or gypsum wall board. |
| Plumbing | None required. |
| HVAC | Provide a system per Chapter 3, General, and HVAC. |
| Fire Protection and Life Safety | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| Power | Provide outlets per Chapter 3, General. |
| Lighting | Provide system per Chapter 3, General, and Lighting. |
| Communication | **Telephone.**  If inner doors will be locked during non-business hours, provide a house phone or intercom. <br> **Data.**  None required. <br> **CCTV.**  Provide outlets for full camera coverage of the vestibule and exterior entrance. <br> **CATV.**  None required. <br> **Security.**  If doors will be locked during non-business hours, provide an electronic card key access reader locking door. |
| Acoustics | No special provisions required. |
| Special Requirements | Provide an airlock as required by local climate.  If the facility includes a reception desk, ensure desk is visible from the entrance and vice versa. |
| **For use during project execution by the appropriate Service agency** | |
| Occupancy | Staff. <br> Guests. |
| Min. net ft$^2$ (m$^2$) | |

35

### TABLE 5-3.  CENTRAL LOBBY

| Description/ Usage | The central lobby provides a comfortable seating/waiting area near or directly adjacent to the main entrance and open-feeling circulation between reception and guest services.  Along with those spaces, this area serves as the interior architectural focal point of the facility and should feel warm and inviting. |
| --- | --- |
| **Ceiling Ht.** | 10 ft. (3.1m) minimum over open areas.  Vary the ceiling height to help define spaces and coordinate with other lobby and guest service areas. |
| **Windows/Doors** | Provide windows or glazed storefront on at least one wall of the entire lobby/guest services area. |
| **Interior Construction/ Built-in Equipment** | Provide built-in features such as planters, seating, a fireplace, and railings to enhance the design and define the areas.  Provide vinyl corner guards.  Provide wall or ceiling TV mount(s). |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance.<br>**Walls.**  Also see Chapter 3, Interior Design, for wall material guidance.<br>**Floor.**  Stone or porcelain tile and inset commercial-grade carpet and pad.  Tile shall have .125-in (3 mm) grout joints.<br>**Base.**  Stained wood or stone/tile to match floor.<br>**Ceiling.**  Painted exposed structure or gypsum wall board with dropped soffits to define areas. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  20 fc (215 lux) general ambient and 50 fc (540 lux) at the seating area.  Coordinate the lighting and interior design.  Use recessed compact fluorescent downlights for general lighting with cove, wall sconces, decorative pendant, chandelier, or other indirect lighting as accents. |
| **Communication** | **Telephone.**  House phone.<br>**Data.**  Provide a minimum of one jack at the seating area and Wi-Fi service throughout the lobby.<br>**CCTV.**  Provide outlets for full camera coverage.<br>**CATV.**  As an option, provide one outlet for a wall- or ceiling-mounted TV.<br>**Security.**  None required. |
| **Acoustics** | Provide features to minimize reverberation time and control noise.  Provide noise attenuation measures to mitigate acoustical problems resulting from mechanical systems, plumbing systems, and vibration transmitted through the facility structure. |
| **Special Requirements** | Develop a professional wayfinding plan that is coordinated with the interior design and provides directions to guest services, public amenities, and guest rooms by room number. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1451**

## TABLE 5-4.  SATELLITE LOBBY

| | |
|---|---|
| **Description/ Usage** | The satellite lobby provides a seating/waiting area near or directly adjacent to the main entrance and an enhanced circulation space that gives a sense of welcome and entry to the minimum-service satellite facilities. |
| **Ceiling Ht.** | 8 ft. (2.4m) minimum. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | Provide vinyl corner guards. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance. **Walls.**  Also see Chapter 3, Interior Design, for wall material guidance. **Floor.**  Porcelain tile or other resilient flooring. **Base.**  Coordinate with floor finish. **Ceiling.**  Painted exposed structure or gypsum wall board with dropped soffits to define areas. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  20 fc (215 lux) general ambient and 50 fc (540 lux) at the seating area.  Coordinate the lighting and interior design. |
| **Communication** | **Telephone.**  As an option, provide a house phone. **Data.**  Provide a minimum of one jack at the seating area and Wi-Fi service throughout. **CCTV.**  Provide outlets for full camera coverage. **CATV.**  None required. **Security.**  None required. |
| **Acoustics** | Provide features to minimize reverberation time and control noise.  Provide noise attenuation measures to mitigate acoustical problems resulting from mechanical systems, plumbing systems, and vibration transmitted through the facility structure. |
| **Special Requirements** | Develop a professional wayfinding plan that is coordinated with the interior design and provides directions to guest services, public amenities, and guest rooms by room number. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1452**

## TABLE 5-5.  RECEPTION

| | |
|---|---|
| **Description/ Usage** | Reception accommodates check-in/check-out, other guest services and the administrative functions of the front desk staff. |
| **Ceiling Ht.** | 8 ft. (2.4m) minimum.  Vary the ceiling height to help define spaces and coordinate with other lobby and guest service areas. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | The reception/front desk will be custom designed for each project, ABA-compliant, and coordinated with the interior design of the entire lobby area.  The transaction top and credenza work surfaces shall be solid surface material and the under counter areas shall be enclosed with built-in cabinetry.  Coordinate the design with all power, data, and telephone wiring systems and ensure adequate ventilation of computer equipment.  See Chapter 3, Interior Design, for overall design, color and finish guidance. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance.<br>**Walls.**  Also see Chapter 3, Interior Design, for wall material guidance.<br>**Floor.**  Match lobby in front of counter and provide commercial grade carpet and pad behind the counter.<br>**Base.**  Coordinate with floor finish.<br>**Ceiling.**  Gypsum wall board with dropped soffits over the counter to define areas. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  30 fc (325 lux).  Use recessed compact fluorescent down lights for soffit and general illumination behind counter. |
| **Communication** | **Telephone.**  Provide two jacks per workstation.<br>**Data.**  Provide two jacks per workstation.<br>**CCTV.**  Provide outlets for camera coverage of front and back of counter.  Provide for monitors viewable from behind the counter but not in front.<br>**CATV.**  None required.<br>**Security.**  Provide a duress alarm at each workstation with direct connection to the supporting police/security authority. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | Ensure easy access to a facsimile machine and a photocopier by the front desk staff.  Door bell at receiving will sound here. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

38

## TABLE 5-6.  CONCIERGE

| | |
|---|---|
| **Description/ Usage** | Optional area for a staff member to meet with guests and provide assistance on transportation and local activities. |
| **Ceiling Ht.** | Coordinate with central lobby. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Coordinate with central lobby. <br> **Floor.**  Coordinate with central lobby. <br> **Base.**  Coordinate with central lobby. <br> **Ceiling.**  Coordinate with central lobby. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide one jack. <br> **Data.**  Provide one jack. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | The concierge desk should be clearly visible from the reception area and lobby. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

## TABLE 5-7.  BELL CART STATION

| | |
|---|---|
| **Description/ Usage** | Provides storage for bell carts when not in use. |
| **Ceiling Ht.** | Coordinate with central lobby. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Coordinate with central lobby.  Provide impact resistant wall board up to 48 in (1220 mm) above finished floor and provide wall bumper guards. <br> **Floor.**  Coordinate with central lobby. <br> **Base.**  Coordinate with central lobby. <br> **Ceiling.**  Coordinate with central lobby. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required. <br> **Data.**  None required. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | This area should be clearly visible from the exterior entrance and the reception area. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

40

## TABLE 5-8.  COFFEE BAR

| | |
|---|---|
| **Description/ Usage** | The optional coffee bar provides a small area for self-service coffee directly off the central lobby in facilities without other food service options. |
| **Ceiling Ht.** | Coordinate with central lobby. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | Solid-surface counter with lockable base cabinets.  Coffee machine. |
| **Finishes** | **Walls.**  Coordinate with central lobby. <br> **Floor.**  Hard surface flooring that is coordinated with central lobby. <br> **Base.**  Coordinate with central lobby. <br> **Ceiling.**  Coordinate with central lobby. |
| **Plumbing** | Provide a connection to a coffee machine. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide a minimum of one counter-height duplex outlet. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required. <br> **Data.**  None required. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

41

**A1456**

### TABLE 5-9.  FOOD SERVICE – SERVICE

| | |
|---|---|
| **Description/ Usage** | The optional food service area is a small, self-service area that is typically limited to breakfast.  It is directly off of the lobby and may act as an extension of the entire lobby area.  It is broken down into three sub-areas:  Service where the food is served, dining where patrons sit to eat, and prep/storage where the food is prepared.  This table describes the service area. |
| **Ceiling Ht.** | 9 ft. (2.7m) minimum.  Vary the ceiling height to help define spaces and coordinate with other lobby and guest service areas. |
| **Windows/Doors** | Swinging door with a vision panel and a deadbolt lock to the prep/storage area. |
| **Interior Construction/ Built-in Equipment** | Solid-surface service counters with lockable base cabinets.  Coffee machine. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance. **Walls.**  Finished gypsum wall board.  Provide a solid-surface or resilient tile backsplash at the counter. **Floor.**  Porcelain tile with .125-in (3 mm) grout joints. **Base.**  Porcelain tile or stained wood. **Ceiling.**  Coordinate with central lobby. |
| **Plumbing** | Provide water supply and drains for coffee machine and juice machine (if included).  Provide a floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Ensure adequate counter-height outlets to power anticipated equipment such as coffee and juice machines, warming plates/lights, self-service microwave and toaster. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  30 fc (325 lux) general ambient and 50 fc (540 lux) at the counters. |
| **Communication** | **Telephone.**  None required. **Data.**  None required. **CCTV.**  None required. **CATV.**  None required. **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | The service area should be clearly visible from the dining area, but provide a sense of separation between the two spaces.  Staff servicing the area should have visual control over the entire service and dining areas. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1457**

**TABLE 5-10.  FOOD SERVICE – DINING**

| | |
|---|---|
| **Description/ Usage** | The optional food service area is a small, self-service area that is typically limited to breakfast.  It is directly off of the lobby and may act as an extension of the entire lobby area.  It is broken down into three sub-areas:  Service where the food is served, dining where patrons sit to eat, and prep/storage where the food is prepared.  This table describes the dining area. |
| **Ceiling Ht.** | 9 ft. (2.7m) minimum.  Vary the ceiling height to help define spaces and coordinate with other lobby and guest service areas. |
| **Windows/Doors** | Provide windows or glazed storefront on at least one wall. |
| **Interior Construction/ Built-in Equipment** | Provide a wall or ceiling TV mount.  Coordinate seating with FF&E and provide a bar/counter seating area and/or table seating. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance.<br>**Walls.**  Finished gypsum wall board.<br>**Floor.**  Porcelain tile with .125-in (3 mm) grout joints or commercial carpet and pad.<br>**Base.**  Porcelain tile or stained wood.<br>**Ceiling.**  Coordinate with central lobby. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  30 fc (325 lux) general ambient. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  Provide Wi-Fi service throughout.<br>**CCTV.**  None required.<br>**CATV.**  Provide a minimum of one outlet for wall- or ceiling-mounted TV(s).<br>**Security.**  None required. |
| **Acoustics** | Provide features to minimize reverberation time and control noise.  Provide noise attenuation measures to mitigate acoustical problems resulting from mechanical systems, plumbing systems, and vibration transmitted through the facility structure. |
| **Special Requirements** | The dining area should be clearly visible from the lobby areas and reception, but provide a sense of separation between the spaces. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

43

W912ER-11-D-0010-0006

### TABLE 5-11.  FOOD SERVICE – PREP/STORAGE

| | |
|---|---|
| **Description/ Usage** | The optional food service area is a small, self-service area that is typically limited to breakfast.  It is directly off of the lobby circulation and may act as an extension of the entire lobby area.  It is broken down into three sub-areas:  Service where the food is served, dining where patrons sit to eat, and prep/storage where the food is prepared.  This table describes the prep/storage area.  Food preparation is typically limited to thawing and staging with minimal to no scratch preparation. |
| **Ceiling Ht.** | 8 ft. (2.4m) minimum. |
| **Windows/Doors** | Lockable swinging door with vision panel to the receiving area or service corridor. |
| **Interior Construction/ Built-in Equipment** | Provide minimum 24-in.- (610-mm-) deep stainless steel countertop, metal cabinets and wire shelves for food, utensil, equipment and supply storage.  Commercial ice maker.  Under-counter commercial-grade dishwasher, if scoped. |
| **Finishes** | **Walls.**  Epoxy or semi-gloss or better latex painted mold-resistant gypsum wall board.  Food prep areas will have ceramic tile with dark-colored epoxy grout or FRP panels.  The walls shall be impact resistant up to 48 in. (1220 mm) from finished floor.  **Floor.**  Porcelain tile with epoxy grout.  **Base.**  Porcelain tile.  **Ceiling.**  High humidity-rated, ceramic-faced acoustical ceiling panels (ACP). |
| **Plumbing** | Food service scope will vary by location.  Depending on final scope of food service, comply with the required codes and consider the following requirements: a hand-washing sink at each entrance; a two-compartment food preparation sink; commercial-grade dishwasher, a three-compartment, deep dishwashing sink with a gooseneck faucet and 180-F (82-C) hot water booster.  The hot water booster shall also connect to the heavy-duty, commercial-grade dishwasher.  Lodging prep areas will typically use grease interceptors in lieu of central grease traps to service individual equipment.  Locate them to be easily accessible for cleaning, be located outside of food preparation areas, and not project above the floor in open walkways or work areas.  At a minimum, provide one hand-washing sink, a separate two-compartment sink, a connection for an ice maker, and a floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Perform a power requirement survey as this area's power requirements are extremely site- and locale-specific.  Provide a dedicated electrical circuit for the cold storage. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide one jack.  **Data.**  Provide one jack.  **CCTV.**  None required.  **CATV.**  None required.  **Security.**  Electronic door lock to receiving/service corridor if available. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.  Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

44

### TABLE 5-12.  RETAIL FOOD SERVICE

| | |
|---|---|
| **Description/ Usage** | Optional space (may be contract operation) that can range from a small coffee bar/kiosk to a full-service restaurant.  Coordinate design, finishes and amenities with the service provider. |
| **Ceiling Ht.** | Coordinate with service provider. |
| **Windows/Doors** | Coordinate with service provider. |
| **Interior Construction/ Built-in Equipment** | Coordinate with service provider. |
| **Finishes** | **Walls.**  Coordinate with service provider.<br>**Floor.**  Coordinate with service provider.<br>**Base.**  Coordinate with service provider.<br>**Ceiling.**  Coordinate with service provider. |
| **Plumbing** | Coordinate with service provider.  Provide separate metering. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide separate metering. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Coordinate with service provider.<br>**Data.**  Coordinate with service provider.<br>**CCTV.**  Coordinate with service provider.<br>**CATV.**  Coordinate with service provider.<br>**Security.**  Coordinate with service provider. |
| **Acoustics** | Coordinate with service provider. |
| **Special Requirements** | Coordinate with service provider. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

TABLE 5-13.  RETAIL SALES

| | |
|---|---|
| **Description/ Usage** | Optional area directly adjacent to reception and providing display space for retail items such as pre-packaged food, beverages, sundries, and small gifts. |
| **Ceiling Ht.** | 8 ft. (2.4m) minimum. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | Counter with lockable base cabinets and display shelving.  Provide a service counter open to behind the reception counter where the point of sale (POS) will reside. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance. **Walls.**  Finished gypsum wall board. **Floor.**  Match lobby circulation. **Base.**  Stained wood. **Ceiling.**  Gypsum wall board or ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide dedicated circuits to refrigerated/freezer display cases. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required **Data.**  None required. **CCTV.**  Provide outlets for full camera coverage. **CATV.**  None required. **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | Locate the POS equipment in the reception area. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft² (m²)** | |

W912ER-11-D-0010-0006

**A1461**

### TABLE 5-14.  LUGGAGE STORAGE

| | |
|---|---|
| **Description/ Usage** | Secure room for limited storage of guest luggage.  While this room is included under guest services, it is not publicly accessible and is directly adjacent to the reception staff areas. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | Provide 24-in.-deep (610-mm) heavy-duty shelving on all walls.  Provide 30 in. (760 mm) of vertical space between shelves. |
| **Finishes** | **Walls.**  Painted impact-resistant gypsum wall board or CMU.<br>**Floor.**  Vinyl composition tile (VCT) or match lobby.<br>**Base.**  Rubber.<br>**Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

47

W912ER-11-D-0010-0006

**TABLE 5-15.  ATM**

| | |
|---|---|
| **Description/ Usage** | Optional area or alcove directly off of the lobby with space for an automated teller machine (ATM). |
| **Ceiling Ht.** | Coordinate with lobby. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Coordinate with lobby.<br><br>**Floor.**  Coordinate with lobby.<br><br>**Base.**  Coordinate with lobby.<br><br>**Ceiling.**  Coordinate with lobby. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  Provide one jack.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | The ATM should be clearly visible from the reception area. Review requirement for CCTV coverage. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br><br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

48

**TABLE 5-16.  REGISTRATION MACHINES**

| | |
|---|---|
| **Description/ Usage** | Optional area or alcove directly off of the lobby with space for one or more registration machine(s). |
| **Ceiling Ht.** | Coordinate with lobby. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Coordinate with lobby.<br><br>**Floor.**  Coordinate with lobby.<br><br>**Base.**  Coordinate with lobby.<br><br>**Ceiling.**  Coordinate with lobby. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  Provide one jack for each machine.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | In central facilities, the registration machine(s) should be clearly visible from the reception area. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br><br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

49

W912ER-11-D-0010-0006

1036 of 1610
Government Rule 4 File

**A1464**

## TABLE 5-17.  PUBLIC TOILETS

| | |
|---|---|
| **Description/ Usage** | Male and female public toilets directly off the central lobby with an optional electric water cooler.  Satellite facilities shall only have a single unisex toilet. |
| **Ceiling Ht.** | 9 ft. (2.74 m) minimum. |
| **Windows/Doors** | Entrance doors.  Unisex toilet shall have a door lockable from the inside. |
| **Interior Construction/ Built-in Equipment** | Solid-surface countertop with either under-mount or integral sinks. Solid composite or phenolic core toilet and urinal partitions. Toilet accessories:  toilet paper dispensers, automatic paper towel dispenser, built-in trash receptacle, robe hooks, grab bars, sanitary napkin disposal and purse shelf (female water closet stalls), automatic soap dispensers, and optional seat cover dispensers. Full-width mirror over vanity.  Fold-down diaper changing table/station in both the male and female toilets. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance. **Walls.**  Finished mold-resistant gypsum wallboard with a ceramic tile wainscot.  Use a dark-colored grout. **Floor.**  Porcelain tile.  Use a dark-colored grout. **Base.**  Porcelain tile. **Ceiling.**  Finished mold-resistant gypsum wall board. |
| **Plumbing** | Provide automatic flush-valve wall-hung water closets and urinals, and 18-in (455 mm) minimum, automatic lavatories based on the applicable code.  Provide a floor drain outside of the internal circulation paths.  As an option, provide a keyed hose bibb. Provide an electric water cooler near the entrance to the toilets. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  In addition, provide a minimum of eight air changes per hour and negative pressure.  **Service Exception:**  For Air Force, provide a system per Chapter 3, General, and HVAC; use the continuous exhaust requirements per ASHRAE 62.1, table 6-4; and provide negative pressure. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required. **Data.**  None required. **CCTV.**  None required. **CATV.**  None required. **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1465**

## TABLE 5-18.  DSN PHONES

| | |
|---|---|
| **Description/ Usage** | Optional area or alcove directly off of the lobby with space for one or more Defense Switched Network (DSN) phones. |
| **Ceiling Ht.** | Coordinate with lobby. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Coordinate with lobby. **Floor.**  Coordinate with lobby. **Base.**  Coordinate with lobby. **Ceiling.**  Coordinate with lobby. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide one compliant jack for each DSN phone. **Data.**  None required. **CCTV.**  None required. **CATV.**  None required. **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

51

W912ER-11-D-0010-0006

**A1466**

## TABLE 5-19.  FITNESS ROOM

| | |
|---|---|
| **Description/ Usage** | Optional area with several fitness machines for guest use. |
| **Ceiling Ht.** | 9 ft. (2.7m) minimum. |
| **Windows/Doors** | Lockable entrance door with a vision panel. |
| **Interior Construction/ Built-in Equipment** | Provide a minimum of one wall or ceiling TV mount.  Provide an 8-ft.- (2.4m) high mirror covering one full wall.  Provide an interior window to the corridor at 42 in. (1070 mm) above finished floor, a minimum of 36 in. (915 mm) high, and a minimum of 10 ft.$^2$ (.93 m$^2$) total window area. |
| **Finishes** | **Walls.**  Finished double-layer (impact side) gypsum board.<br><br>**Floor.**  Resilient seamless rubber sheet flooring.<br><br>**Base.**  Rubber.<br><br>**Ceiling.**  ACP. |
| **Plumbing** | Provide either an electric water cooler or a bottle water cooler (FF&E). |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  In addition, provide 68 F (20 C) minimum, 74 F (23 C) maximum, less than 50% relative humidity, 20 cfm/person outside air and use $CO_2$ sensors to control outside air.  Provide multi-speed ceiling fans.  **Service Exception:**  For Air Force, provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide flush-floor outlets for commercial-grade equipment sized appropriately for equipment spacing.  Provide outlet(s) for wall- or ceiling-mounted televisions. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  House phone.<br>**Data.**  None required.<br>**CCTV.**  Provide outlets for full camera coverage.<br>**CATV.**  Provide outlet(s) for wall or ceiling mounted TV(s).  Coordinate with selected fitness equipment to accommodate equipment with built-in or attached TVs.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition construction with a minimum STC rating of 52 per Chapter 3, Acoustics. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br><br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

1039 of 1610
Government Rule 4 File

**A1467**

**TABLE 5-20.  CONFERENCE ROOM**

| Description/ Usage | Optional room used by guests or staff for meetings. |
|---|---|
| Ceiling Ht. | 8 ft. (2.4m) minimum. |
| Windows/Doors | Lockable entrance door(s) with a vision panel. |
| Interior Construction/ Built-in Equipment | Provide an 8-ft. (2.4m) minimum length built-in counter with lockable base cabinets. Provide a retractable overhead screen, a ceiling projector mount, and a wall-mounted dry-erase board. |
| Finishes | See Chapter 3, Interior Design, for color and finish guidance. **Walls.**  Finished gypsum wallboard. **Floor.**  Commercial grade carpet and pad. **Base.**  Rubber, carpet or wood. **Ceiling.**  ACP. |
| Plumbing | None required. |
| HVAC | Provide a system per Chapter 3, General, and HVAC. |
| Fire Protection and Life Safety | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| Power | Provide outlets per Chapter 3, General.  Provide a ceiling outlet for a projector. |
| Lighting | Provide system per Chapter 3, General, and Lighting. Consider dimming capability. |
| Communication | **Telephone.**  Provide a house phone and one jack on each of three walls and a minimum of one centrally-located floor jack. **Data.**  Provide two jacks in a single box on each of three walls, a minimum of one centrally-located floor jack, and a ceiling jack for the projector.  Provide Wi-Fi service. **CCTV.**  Provide outlets for full camera coverage. **CATV.**  Provide one outlet. **Security.**  Door electronic card key access reader. |
| Acoustics | Provide partition and door construction with a minimum STC rating of 50 per Chapter 3, Acoustics. |
| Special Requirements | |
| **For use during project execution by the appropriate Service agency** | |
| Occupancy | Staff. Guests. |
| Min. net ft$^2$ (m$^2$) | |

## TABLE 5-21. BUSINESS CENTER

| | |
|---|---|
| **Description/ Usage** | Optional area that includes computers and office equipment for guest use. This may be a small area or alcove off of the lobby with a single computer or a separate room with multiple computers/workstations. |
| **Ceiling Ht.** | 8 ft. (2.4m) minimum. |
| **Windows/Doors** | Lockable entrance door, as required. |
| **Interior Construction/ Built-in Equipment** | Provide a 24-in. (610-mm) deep counter with cord cut-outs and grommets and knee space. Provide lockable cabinets and shelving. Note that CPUs will be stored in the lockable cabinets to preclude customer access. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance. **Walls.** Finished gypsum wallboard. **Floor.** Commercial grade carpet and pad. **Base.** Rubber or carpet. **Ceiling.** ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.** Provide a minimum of two jacks in a single box. **Data.** Provide a minimum of two jacks in a single box and coordinate with final equipment schedule. Provide Wi-Fi service **CCTV.** Provide outlets for full camera coverage. **CATV.** None required. **Security.** Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 50 per Chapter 3, Acoustics. |
| **Special Requirements** | If this is an alcove off of lobby circulation, provide visual control from reception. If it is a separate room, consider providing a staff entrance from the administrative areas to facilitate supervision and technical support/assistance. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**TABLE 5-22.  STUDY ROOM**

| | |
|---|---|
| **Description/ Usage** | Optional room(s) used by guests for small group study sessions and meetings. |
| **Ceiling Ht.** | 8 ft. (2.4m) minimum. |
| **Windows/Doors** | Lockable entrance door with a vision panel. |
| **Interior Construction/ Built-in Equipment** | Provide a wall-mounted marker board. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance.<br>**Walls.**  Finished gypsum wallboard.<br>**Floor.**  Commercial grade carpet and pad.<br>**Base.**  Rubber or carpet.<br>**Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide a house phone and one jack on each of three walls and a centrally-located floor jack.<br>**Data.**  Provide two jacks in a single box on each of three walls and a centrally-located floor jack.  Provide Wi-Fi service.<br>**CCTV.**  Provide outlets for full camera coverage.<br>**CATV.**  Provide one outlet.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 45 per Chapter 3, Acoustics. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

## TABLE 5-23.  GUEST LAUNDRY

| | |
|---|---|
| **Description/ Usage** | Self-service laundry for guests.  Depending on facility size and mission, this may be either a single centralized room or rooms per every floor.  If centralized, the room shall not be located directly off the lobby circulation areas.  Laundry on the guest room floors shall be located off the guest corridors and near the vertical circulation, if possible. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entrance door with a large vision panel. |
| **Interior Construction/ Built-in Equipment** | Provide large, heavy-duty, residential washers and dryers.  Provide removable covers to conceal the plumbing connections and a spacer between the dryers and the wall to preclude the dryer vent from become compressed due to dryer movement. Provide a wall TV mount and a tack board. |
| **Finishes** | **Walls.**  Epoxy-painted, moisture-resistant gypsum board. **Floor.**  Porcelain tile. **Base.**  Porcelain tile. **Ceiling.**  Moisture-resistant ACP. |
| **Plumbing** | Provide connections to the washers, one drain per washer with solid interceptors, and one additional floor drain.  In PCS facilities provide a laundry sink with a solid interceptor and goose-neck faucet, |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  In addition, provide 20 C (68 F) minimum, 27 C (80 F) maximum.  Provide straight-run vents to the outside for the dryers.  Provide a minimum of six air changes per hour, 50 to 60% relative humidity, and negative pressure.  **Service Exception:**  For Air Force, provide a system per Chapter 3, General, and HVAC.  Provide straight-run vents to the outside for the dryers.  Provide ventilation in accordance with ASHRAE 62.1-2010, table 6-1, Hotels, Motels, Resorts, Dormitories-laundry rooms, central. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide concealed outlets for currency change machine and laundry vending, if provided as powered equipment (see Table 5-52). |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  As an option, provide a house phone. **Data.**  None required. **CCTV.**  Provide outlets for full camera coverage. **CATV.**  As an option, provide an outlet for wall-mounted TV. **Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 54 per Chapter 3, Acoustics.  Partitions between the laundry room and a guest room or suite shall have a minimum STC rating of 60 per Chapter 3, Acoustics. |
| **Special Requirements** | Mount utility connections 36 in. (915 mm) above finished floor and ensure easy access for maintenance. Consider Wi-Fi for laptop use while waiting for laundry. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft² (m²)** | |

W912ER-11-D-0010-0006

**TABLE 5-24.  GEAR WASH**

| | |
|---|---|
| **Description/ Usage** | Optional area used by guests coming in from field exercises to clean their personal equipment.  This is typically only included at school/training Installations.  Locate this room at a secondary, ground floor building entry. |
| **Ceiling Ht.** | 9 ft. (2.7m) minimum. |
| **Windows/Doors** | Lockable entrance door with a vision panel. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Epoxy-painted, moisture-resistant gypsum board.<br>**Floor.**  Sealed concrete.<br>**Base.**  4-in. (100 mm) ceramic tile.<br>**Ceiling.**  Moisture-resistant ACP. |
| **Plumbing** | Three deep, stainless steel wash sinks with flexible nozzles, one hose bibb, and floor drains with sediment traps located to ensure proper drainage. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Provide a minimum of 12 air changes per hour, 50 to 60% relative humidity, and negative pressure. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  30 fc (325 lux). |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  Provide outlets for full camera coverage.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 52 per Chapter 3, Acoustics. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1472**

**TABLE 5-25. GUEST BULK STORAGE, OPTION 1**

| | |
|---|---|
| **Description/ Usage** | Optional self-service areas used by PCS guests to store luggage and other bulky items. |
| **Ceiling Ht.** | 9 ft. (2.7m) minimum. |
| **Windows/Doors** | Lockable entrance door. |
| **Interior Construction/ Built-in Equipment** | Built-in, heavy-gauge wire cages with closers that allow for use of individual padlocks. Each cage shall enclose 25 ft.$^2$ (2.3 m$^2$) and have 14 linear ft. (4.3 m) of durable wall-mounted shelving. |
| **Finishes** | **Walls.** Epoxy-painted, impact-resistant gypsum board.<br>**Floor.** Sealed concrete.<br>**Base.** Rubber.<br>**Ceiling.** ACP or exposed structure. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. 30 fc (325 lux). |
| **Communication** | **Telephone.** None required.<br>**Data.** None required.<br>**CCTV.** None required.<br>**CATV.** None required.<br>**Security.** Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | Access passageways to cages shall be a minimum of 6 ft. (1.8 m) wide to facilitate movement of items. Distribute rooms among guest rooms on multiple floors and locate near suites, if possible. These may be adjacent to guest laundry with access from the laundry rooms. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

58

W912ER-11-D-0010-0006

**A1473**

**TABLE 5-26. VENDING/ICE**

| | |
|---|---|
| **Description/ Usage** | Self-service drink, snack and ice vending area for guests. A minimum of one area per floor, located off the guest corridors and near the vertical circulation, if possible. First-floor vending area shall be recessed off a hallway and easily accessible from both the lobby and the first-floor guest rooms. These areas may be combined with the guest laundry—see Special Requirements. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | None required. |
| **Interior Construction/ Built-in Equipment** | Commercial ice dispenser sized at 300 lbs (136 kg) per 200 guests. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance. **Walls.** Finished gypsum wallboard. **Floor.** Porcelain tile. **Base.** Porcelain tile. **Ceiling.** ACP. |
| **Plumbing** | Provide a connection to the ice machine and a floor drain positioned under the ice machine and out of view. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. Ensure adequate ventilation to support the equipment. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. Confirm power/outlet requirements with machine manufacturer. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. 10 fc (110 lux). |
| **Communication** | **Telephone.** None required. **Data.** None required. **CCTV.** Provide outlets for full camera coverage. **CATV.** None required. **Security.** None required. |
| **Acoustics** | Provide partition construction with a minimum STC rating of 52 per Chapter 3, Acoustics. Partitions between vending/ice and a guest room or suite shall have a minimum STC rating of 60 per Chapter 3, Acoustics. |
| **Special Requirements** | If combined with the guest laundry, provide the plumbing, power, and ventilation requirements to support the selected equipment. If only one area is provided per floor, locate centrally. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**TABLE 5-27.  PATIO**

| Description/ Usage | Optional exterior patio for guest use. |
|---|---|
| Ceiling Ht. | Not applicable. |
| Windows/Doors | Not applicable. |
| Interior Construction/ Built-in Equipment | Not applicable. |
| Finishes | **Walls.**  Not applicable.<br>**Floor.**  Patterned/textured concrete, stone or brick pavers.<br>**Base.**  Not applicable.<br>**Ceiling.**  Not applicable. |
| Plumbing | Provide a hose bibb.  Provide a gas connection to a grill if availability and budget permit. |
| HVAC | Not applicable. |
| Fire Protection and Life Safety | Not applicable for uncovered patios. Fire protection may be applicable if patio is covered. |
| Power | Provide exterior outlets per Chapter 3, General. |
| Lighting | Provide system per Chapter 3, General, and Lighting.  Provide .5 fc (11 Lux) with energy efficient outdoor light fixtures. |
| Communication | **Telephone.**  None required.<br>**Data.**  Provide Wi-Fi service.<br>**CCTV.**  Provide outlets for full camera coverage.<br>**CATV.**  None required.<br>**Security.**  None required. |
| Acoustics | Not applicable. |
| Special Requirements | |
| **For use during project execution by the appropriate Service agency** | |
| Occupancy | Staff.<br>Guests. |
| Min. net ft$^2$ (m$^2$) | |

60

W912ER-11-D-0010-0006

**TABLE 5-28.  PATIO STORAGE**

| Description/ Usage | Only available with a patio, this room or shed accommodates storage of seasonal items, as needed based on climate. |
|---|---|
| **Ceiling Ht.** | 9 ft. (2.7m) minimum. |
| **Windows/Doors** | Lockable entry door with a vision panel. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Painted concrete/CMU or gypsum wallboard. **Floor.**  Sealed concrete. **Base.**  None required. **Ceiling.**  None required. |
| **Plumbing** | None required. |
| **HVAC** | None required. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required. **Data.**  None required. **CCTV.**  None required. **CATV.**  None required. **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1476**

### TABLE 5-29. GUEST CORRIDORS/CIRCULATION

| | |
|---|---|
| **Description/ Usage** | The public horizontal and vertical circulation paths. |
| **Ceiling Ht.** | 8 ft. 4 in. (2.5 m) minimum. |
| **Windows/Doors** | Maximize natural light in corridors. Windows can be located at corridor ends and/or at corners and intersections. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | See Chapter 3, Interior Design, for color and finish guidance. **Walls.** Finished gypsum wallboard. Provide impact-resistant wall construction up to a minimum height of 48 in. (1220 mm) above finished floor. Provide a chair rail, surface-mounted corner guards, and a vinyl bumper rail to protect walls from housekeeping carts. **Floor.** Commercial grade carpet and pad. **Base.** Carpet, wood or tile. **Ceiling.** Painted gypsum wall board or ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. Consider added outlets for housekeeping. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. Provide an average of 10 fc (110 lux) through a combination of wall sconces and recessed compact fluorescent downlights. |
| **Communication** | **Telephone.** As an option, provide house phones at elevator lobbies. **Data.** None required. **CCTV.** None required. **CATV.** None required. **Security.** None required. |
| **Acoustics** | No special provisions required. See Special Requirements for elevator acoustical criteria. |
| **Special Requirements** | Corridors shall be a minimum width of 6 ft. (1.8 m). **Elevators.** Coordinate the elevator interior with the lobby area design and provide a durable, non-porous, solid-surface wall finish such as high-pressured laminate. Provide stainless steel cart rails and doors (interior and exterior). Minimum load capacity shall be 2,500 lbs (1135 kg), minimum opening shall be 42 in. (1070 mm), and minimum speed shall be 150 ft/min (45.7m/min). Consider faster, traction-type elevators for buildings above five floors. Partitions between the elevators and elevator equipment rooms and guest rooms or suites shall a minimum STC rating of 60 per Chapter 3, Acoustics. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1477**

**5-3        ADMINISTRATIVE SERVICES.**

Staff administrative spaces support the overall administration of the facility and/or Installation program.  They are typically located adjacent to/behind reception.  Design to minimize staff circulation through guest services areas.

**5-3.1        Administrative Services Layout.**

Figure 5-2 indicates the acceptable relative adjacencies of the guest services spaces.

**FIGURE 5-2.  ADMINISTRATIVE SERVICES ADJACENCY DIAGRAM**

63

**5-3.2          Administrative Services Design Criteria.**

Tables 5-29 through 5-32 provide the guest services specific design criteria in the FDS format.  Table 5-52 provides the FF&E for these spaces.

### TABLE 5-30.  LODGING COMMUNICATIONS

| | |
|---|---|
| **Description/ Usage** | IT communications room includes guest and staff internet, television, and administration file server. |
| **Ceiling Ht.** | 9 ft. (2.7m) minimum. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | NA. |
| **Finishes** | **Walls.**  Paint.<br>**Floor.**  Concrete.<br>**Base.**  None required.<br>**Ceiling.**  Painted exposed structure or gypsum wall board. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Locking passage door. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | NA. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff access only. |
| **Min. net ft$^2$ (m$^2$)** | No minimum required. |

64

**TABLE 5-31.  PRIVATE ADMINISTRATIVE OFFICES**

| | |
|---|---|
| **Description/ Usage** | The number of private offices will vary by facility and Installation depending on the program and other, existing resources.  Offices will vary in size as well.  The following private offices may be included in a LF:  manager, assistant manager, and front desk supervisor/superintendant. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door.  Provide exterior windows if possible. |
| **Interior Construction/ Built-in Equipment** | Provide a coat hook on the door and wall-mounted tack and/or marker boards. In the front desk supervisor office provide a one-way window with a view of the front desk and lobby areas. |
| **Finishes** | **Walls.**  Finished gypsum wallboard. **Floor.**  Commercial grade carpet and pad. **Base.**  Rubber or carpet. **Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide a minimum of one duplex outlet per wall and one additional duplex outlet at the desk location. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide two jacks in a single box adjacent to the desk duplex outlet. **Data.**  Provide two jacks in a single box adjacent to the desk duplex outlet. **CCTV.**  In the front desk supervisor office provide for a monitor. **CATV.**  None required. **Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 45 per Chapter 3, Acoustics. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

1052 of 1610
Government Rule 4 File

**A1480**

**TABLE 5-32.  ACCOUNTING OFFICE**

| | |
|---|---|
| **Description/ Usage** | Depending on the size of the facility and Installation program, this may be an office for one or two people or an open-office area for up to five accounting staff. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entrance door.  Provide exterior windows if possible. |
| **Interior Construction/ Built-in Equipment** | As an option, provide a wall-mounted tack and/or marker board. |
| **Finishes** | **Walls.**  Finished gypsum wallboard. <br> **Floor.**  Commercial grade carpet and pad. <br> **Base.**  Rubber or carpet. <br> **Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide three duplex outlets per workstation and additional outlets as needed for shared office equipment. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide two jacks in a single box per workstation.  Provide additional jacks as necessary for shared equipment. <br> **Data.**  Provide two jacks in a single box per workstation.  Provide additional jacks as necessary for shared equipment. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 45 per Chapter 3, Acoustics. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

### TABLE 5-33.  OPEN OFFICE AREA

| | |
|---|---|
| **Description/ Usage** | This is an open office work area that accommodates workstations for clerical and reservations staff, administrative storage, and general work space.  It may accommodate shared equipment such as photocopiers, facsimile machines, and printers or those may be in a separate area (see Special Requirements below). |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entrance door.  Provide exterior windows if possible. |
| **Interior Construction/ Built-in Equipment** | As an option, provide wall-mounted tack and/or marker boards as appropriate. |
| **Finishes** | **Walls.**  Finished gypsum wallboard. <br> **Floor.**  Commercial grade carpet and pad. <br> **Base.**  Rubber or carpet. <br> **Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Also see Special Requirements. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide three duplex outlets per workstation and additional outlets as needed for shared office equipment. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide two jacks in a single box per workstation.  Provide additional jacks as necessary for shared equipment. <br> **Data.**  Provide two jacks in a single box per workstation.  Provide additional jacks as necessary for shared equipment. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 45 per Chapter 3, Acoustics. |
| **Special Requirements** | If possible, separate shared equipment such as printers and photocopiers into a dedicated space that will meet the requirements for indoor environmental quality LEED® credits. <br> Regardless, this shared equipment shall be easily accessible by front desk and administrative staff. The front desk staff in particular must be able to access this equipment quickly to minimize time away from guests. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft² (m²)** | |

W912ER-11-D-0010-0006

**A1482**

**TABLE 5-34.  CASH ROOM**

| | |
|---|---|
| **Description/ Usage** | This secure room is used by front desk staff to reconcile shift cash functions, including balancing cash drawer and making deposits. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | Provide a 24-in- (610mm) deep counter with upper cabinets.  Provide a three-drawer (minimum) secure cash drawer rack that is permanently affixed to wall and has an individual lock on each drawer.  Coordinate sizing of this rack with the front desk cash registers.  Provide a drop cash safe with a tumbling drum. |
| **Finishes** | **Walls.**  Finished gypsum wallboard. **Floor.**  Commercial grade carpet and pad. **Base.**  Rubber or carpet. **Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide one jack located below counter. **Data.**  Provide two jacks in a single box located below counter. **CCTV.**  Provide outlets for full camera coverage. **CATV.**  None required. **Security.**  Electronic card key access reader.  Provide a duress alarm that sounds at the Installation Security Office.  The agencies identified in Chapter 1, Contacts, may waive this requirement. |
| **Acoustics** | No special provision required. |
| **Special Requirements** | Walls shall extend to bottom of deck above for security. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

68

**5-4      FLOOR SUPPORT.**

Floor support spaces are staff areas located on each floor of guest rooms and suites in support of those rooms.  Tables 5-33 through 5-35 provide the floor support specific design criteria in the FDS format.  Table 5-52 provides the FF&E for these spaces.

**TABLE 5-35.  JANITOR AREAS**

| | |
|---|---|
| **Description/ Usage** | Janitor closets located in a central location on each floor.  Some building configurations may require two closets on each floor.<br>This space may be combined with the housekeeping closets on the guest room floors. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | Built-in shelving and wall brackets for mops and brooms. |
| **Finishes** | **Walls.**  Epoxy painted, moisture-resistant gypsum wall board or CMU.<br>**Floor.**  Stained and sealed concrete or porcelain tile.<br>**Base.**  Rubber.<br>**Ceiling.**  None. |
| **Plumbing** | Provide a mop sink and a floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Provide negative pressure. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** ||
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

69

W912ER-11-D-0010-0006

**A1484**

### TABLE 5-36.  HOUSEKEEPING AREAS

| | |
|---|---|
| **Description/ Usage** | Rooms located in a central location on each floor.  Some building configurations may require two housekeeping areas on each floor.  These rooms store the housekeeping carts, guest amenities, clean linens for the rooms served, and accommodate temporary storage of dirty linens. <br> This space may be combined with the janitor closets on the guest room floors. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | Built-in shelving and wall brackets for mops and brooms. |
| **Finishes** | **Walls.**  Epoxy painted, moisture-resistant gypsum wall board or CMU. <br> **Floor.**  Stained and sealed concrete or porcelain tile. <br> **Base.**  Rubber. <br> **Ceiling.**  None. |
| **Plumbing** | Provide an optional service connection to a dishwasher.  If any water source is present, provide a floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required. <br> **Data.**  None required. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

70

**TABLE 5-37.  UTILITY ROOMS**

| | |
|---|---|
| **Description/ Usage** | Mechanical, electrical, communications, and sprinkler rooms located on each floor as needed for efficient utility distribution.  The majority of these rooms will be switch closets to accommodate data pulls, CATV pulls and boosters, and telephone pulls.  Those rooms shall be no more than 280 ft. (85.4m) from any guest room. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door.  Size doors to allow future equipment removal. |
| **Interior Construction/ Built-in Equipment** | Built-in equipment racks. |
| **Finishes** | **Walls.**  Epoxy painted, gypsum wall board or CMU. <br> **Floor.**  Stained and sealed concrete. <br> **Base.**  Rubber. <br> **Ceiling.**  None. |
| **Plumbing** | In mechanical equipment rooms only, provide one hose bibb and floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Switch closets require individual temperature and humidity control per equipment requirements.  Do not duct return air from any adjacent space through the communication room. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  As required for system. <br> **Data.**  As required for system. <br> **CCTV.**  None required. <br> **CATV.**  As required for system. <br> **Security.**  See Special Requirements. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 52 per Chapter 3, Acoustics.  Mechanical rooms or rooms with noise-generating equipment that are located adjacent to guest rooms or suites shall have partition construction with a minimum STC rating of 60 per Chapter 3, Acoustics. |
| **Special Requirements** | The main, first floor electrical room and the mechanical rooms shall be accessible from both the exterior and the interior. <br> Do not combine switch closets with the mechanical rooms and minimize the potential for water damage in the switch closets—do not locate valves, connections, cleanouts, drain traps or similar joints within or directly above the switch closets. <br> Do not co-locate high-power electrical systems in the switch closets due to potential signal interference. <br> Ensure that facility staff will have access (through the key card system) to the facility communications equipment. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

## 5-5 BACK-OF-HOUSE SUPPORT.

Back-of-house support spaces are staff-only areas—typically limited to the first floor—that provide facility and staff support functions.

### 5-5.1 Back-of-house Support Layout.

Figure 5-3 indicates the acceptable relative adjacencies of the back-of-house support spaces.

**FIGURE 5-3. BACK-OF-HOUSE SUPPORT ADJACENCY DIAGRAM**

W912ER-11-D-0010-0006

**A1487**

**5-5.2     Back-of-house Support Design Criteria.**

Tables 5-36 through 5-51 provide the back-of-house support specific design criteria in the FDS format.  Table 5-52 provides the FF&E for these spaces.

**TABLE 5-38.  TRAINING ROOM**

| | |
|---|---|
| **Description/ Usage** | Optional dedicated room for staff training. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door with a small vision panel. |
| **Interior Construction/ Built-in Equipment** | Provide a secure cabinet for AV equipment.  Provide a retractable overhead screen, a ceiling projector mount, and a wall-mounted marker board. |
| **Finishes** | **Walls.**  Finished gypsum wallboard. <br> **Floor.**  Commercial grade carpet and pad. <br> **Base.**  Wood or carpet. <br> **Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide a ceiling outlet for a projector.  Also provide floor outlets in a center core. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. Consider dimming capability. |
| **Communication** | **Telephone.**  Provide one jack on each wall and floor jacks in a center core. <br> **Data.**  Provide two jacks in a single box on each wall, floor jacks in a center core, and a ceiling jack for the projector. <br> **CCTV.**  None required. <br> **CATV.**  Provide one outlet. <br> **Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 45 per Chapter 3, Acoustics. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

1060 of 1610
Government Rule 4 File

**A1488**

**TABLE 5-39.  TRAINING OFFICE/STORAGE**

| | |
|---|---|
| **Description/ Usage** | This optional space may be used for storage of staff training supplies or for both administration of the staff training program and storage of supplies. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Finished gypsum wallboard. <br> **Floor.**  Commercial grade carpet and pad. <br> **Base.**  Rubber or carpet. <br> **Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide a minimum of one duplex outlet per wall and, if serving an administrative function, one additional duplex outlet at the desk location. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  If serving an administrative function, provide two jacks in a single box adjacent to the desk duplex outlet. <br> **Data.**  If serving an administrative function, provide two jacks in a single box adjacent to the desk duplex outlet. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 45 per Chapter 3, Acoustics. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1489**

### TABLE 5-40.  JANITOR AREA

| | |
|---|---|
| **Description/ Usage** | Central janitor closet(s) serving the first floor public and staff spaces and including additional supply storage. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | Built-in shelving and wall brackets for mops and brooms. |
| **Finishes** | **Walls.**  Epoxy painted, moisture-resistant gypsum wall board or CMU.<br>**Floor.**  Sealed and stained concrete or porcelain tile.<br>**Base.**  Rubber.<br>**Ceiling.**  None. |
| **Plumbing** | Provide a mop sink and a floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Provide negative pressure. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1490**

## TABLE 5-41.  HOUSEKEEPING OFFICE

| | |
|---|---|
| **Description/ Usage** | This is a private office for the housekeeping manager and housekeeping assistant to conduct administrative and staff management functions. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Painted gypsum wall board.<br><br>**Floor.**  Carpet or VCT.<br><br>**Base.**  Rubber or carpet.<br><br>**Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide a minimum of one duplex outlet per wall, one additional duplex outlet at the desk location, and one additional duplex outlet at the time clock location. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide two jacks in a single box adjacent to the desk duplex outlet.<br>**Data.**  Provide two jacks in a single box adjacent to the desk duplex outlet.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 45 per Chapter 3, Acoustics. |
| **Special Requirements** | The timeclock is installed on the wall outside the office immediately adjacent to the entry door. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1491**

### TABLE 5-42.  SOILED/CLEAN LINEN STORAGE

| | |
|---|---|
| **Description/ Usage** | Separate, distinct storage areas for soiled and clean linen storage.  Both shall be adjacent to receiving and/or optional linen laundry. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door with a small vision panel. |
| **Interior Construction/ Built-in Equipment** | 24-in. (610 mm) deep, heavy-duty, built-in shelving. |
| **Finishes** | **Walls.**  Epoxy painted gypsum wall board or CMU. <br> **Floor.**  Sealed concrete. <br> **Base.**  Rubber. <br> **Ceiling.**  ACP or none. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  15 fc (160 lux) average. |
| **Communication** | **Telephone.**  None required. <br> **Data.**  None required. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | The soiled linen storage consists primarily of space for storage of laundry carts and open floor space for sorting.  The clean linen storage consists primarily of storage shelving. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

77

W912ER-11-D-0010-0006

1064 of 1610
Government Rule 4 File

**A1492**

## TABLE 5-43.  RECEIVING

| | |
|---|---|
| **Description/ Usage** | Central receiving area for deliveries with a loading dock. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Provide an exterior pedestrian door with electronic lockset and a small vision panel.  At a minimum, provide double doors from the dock to the interior.  As an option, provide an electrically-operated, insulated overhead coiling door at the dock. |
| **Interior Construction/ Built-in Equipment** | Loading dock width shall be capable of accommodating a single city delivery truck at minimum, and depth shall be 60 in. (1525 mm) minimum.  Provide stairs to the ground level, a manual dock leveling mechanism, and dock bumpers.  Provide roof overhang protection of the dock. |
| **Finishes** | **Walls.**  Epoxy painted impact-resistant gypsum wallboard or CMU.  **Floor.**  Sealed concrete.  **Base.**  Rubber.  **Ceiling.**  ACP or none. |
| **Plumbing** | Provide one hose bibb and a floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide one duplex outlet per wall. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  30 fc (325 lux) from recessed fluorescent fixtures. |
| **Communication** | **Telephone.**  Provide a house phone or exterior speaker at the entrance gate and/or dock exterior.  As an option, provide one jack (ganged with data in single box) located adjacent to a duplex outlet at the interior of the loading dock.  **Data.**  As an option, provide one jack (ganged with phone in single box) located adjacent to a duplex outlet at the interior of the loading dock.  **CCTV.**  Provide outlets for camera coverage of the dock and access gate.  **CATV.**  None required.  **Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | Provide a door bell adjacent to the house phone/speaker that sounds at the interior receiving area and reception.  Coordinate loading dock size and height with anticipated delivery vehicles.  This area may serve as the primary employee entrance. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.  Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1493**

**TABLE 5-44.  RECEIVING/SUPPLY OFFICE**

| | |
|---|---|
| **Description/ Usage** | Small optional private office adjacent to receiving and supply/general storage area for administration of maintenance staff, inventory and deliveries. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable half-lite entry door. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Painted gypsum wallboard.<br>**Floor.**  VCT.<br>**Base.**  Rubber.<br>**Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide a minimum of one duplex outlet per wall with an additional duplex outlet at the desk location. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide one jack (ganged with data in single box) at the desk location.<br>**Data.**  Provide one jack (ganged with phone in single box) at the desk location.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | Door bell at receiving will sound here. |
| **For use during project execution by the appropriate Service agency** ||
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

79

W912ER-11-D-0010-0006

**A1494**

## TABLE 5-45.  LINEN LAUNDRY

| | |
|---|---|
| **Description/ Usage** | This optional space accommodates the in-house laundry of all bed linens and towels. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Lockable entry door with a small vision panel. |
| **Interior Construction/ Built-in Equipment** | Large, high capacity industrial extractors and dryers—coordinate dryer size/quantity to ensure appropriate turn-over.  Extractors must be mounted on vibration-isolated concrete foundations. <br> Provide a built-in table for folding laundry and storage shelves/lockers. <br> In larger facilities/programs or when permanent-press-type linens with a crease-resistant finish are not available, evaluate the need for a pressing/folding machine. <br> Provide optional high-speed commercial-grade ceiling fans. |
| **Finishes** | **Walls.**  Epoxy painted CMU or mold-resistant gypsum wallboard.  Provide rub rails, and metal/high-impact plastic corner guards. <br> **Floor.**  Sealed concrete. <br> **Base.**  Rubber. <br> **Ceiling.**  Moisture-resistant ACP. |
| **Plumbing** | Provide connections to the extractors, a stainless steel laundry sink with a solid interceptor and goose-neck faucet, an emergency eye wash station, one drain per washer with solid interceptors, and one additional floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Provide separate straight-run vents to the outside for the dryers.  Provide a minimum of six air changes per hour, 50 to 60% relative humidity, and negative pressure. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Provide a wall-mounted safety disconnect switch for each extractor. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide one jack. <br> **Data.**  None required. <br> **CCTV.**  None required. <br> **CATV.**  None required. <br> **Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 52 per Chapter 3, Acoustics. |
| **Special Requirements** | This room shall be located on the first floor of the facility. <br> Allow 36 in. (915 mm) from each machine to the wall to accommodate venting, maintenance, and product delivery systems. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

### TABLE 5-46. SUPPLY/GENERAL STORAGE/CLEANING FLUID STORAGE

| | |
|---|---|
| **Description/ Usage** | Provides warehousing and accessible storage for everything from spare furniture and TVs to consumable goods and operational supplies. Approximately 80% of the area is secured warehousing storage and the remaining 20% is accessible for daily restocking. The two areas may be combined in one large room or in two separate rooms (see Interior Construction). Provide a separate adjacent area for storage of cleaning fluids. |
| **Ceiling Ht.** | 10 ft. (3.1 m) minimum. 12-16 ft. (3.7-4.9 m) typical. |
| **Windows/Doors** | Lockable entry door. |
| **Interior Construction/ Built-in Equipment** | Provide a minimum of 200 linear ft. (610m) of 30-in.- (760 mm) deep heavy duty shelving. Shelving shall be designed to support 300 lbs. (136 kg) over 7 ft. (2.1m). The lowest shelf shall be mounted 6 in. (150 mm) above finished floor. Provide a full-height, lockable cage to divide the warehousing section from the accessible storage or these may be two separate rooms. |
| **Finishes** | **Walls.** Epoxy painted CMU or impact-resistant gypsum wall board. **Floor.** Sealed concrete. **Base.** Rubber. **Ceiling.** None required. |
| **Plumbing** | Cleaning fluid storage shall include an emergency eye wash station and a floor drain. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. Cleaning fluid storage shall include negative pressure. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.** None required. **Data.** None required. **CCTV.** None required. **CATV.** None required. **Security.** Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | Ensure open floor area for packing/unpacking activities and that there is space to accommodate queen size mattresses and furniture storage. The separate area for storage of cleaning fluids shall meet LEED® requirements. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

1068 of 1610
Government Rule 4 File

**A1496**

**TABLE 5-47. GUEST BULK STORAGE, OPTION 2**

| | |
|---|---|
| **Description/ Usage** | This optional secure room accommodates storage of guest's larger, bulkier items, such as bicycles, steamer trunks, etc. It is typically only provided in facilities that accommodate long-term stays and only when budget permits. Locate it on the ground floor near a secondary public entrance. |
| **Ceiling Ht.** | 9 ft. (2.7m) minimum. |
| **Windows/Doors** | Lockable entrance door. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.** Epoxy-painted CMU or impact-resistant gypsum board. <br> **Floor.** Sealed concrete. <br> **Base.** Rubber. <br> **Ceiling.** ACP or exposed structure. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. 30 fc (325 lux). |
| **Communication** | **Telephone.** None required. <br> **Data.** None required. <br> **CCTV.** None required. <br> **CATV.** None required. <br> **Security.** Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | This is not a self-service space. Staff will accompany guests and provide access to the space. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. <br> Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

82

## TABLE 5-48.  BREAK AREA

| | |
|---|---|
| **Description/ Usage** | The primary function of this space is a staff lounge/break area with a kitchenette and lockers.  In central facilities this area can also dual-function as a staff meeting/training area.  It is directly adjacent to the staff toilets.  In satellite facilities, it serves the staff break functions only. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Provide windows or other means of natural light if possible.  If an entry door is included, provide a vision panel. |
| **Interior Construction/ Built-in Equipment** | Half-height, double-stacked lockers per full staff count (not only on-duty). Provide solid-surface counter at kitchenette with upper and base cabinets and under-counter dishwasher.  **Army** provides a prefabricated Kitchenette unit. **Air Force** provides a range with exhaust hood at OCONUS facilities. TV wall mount, tackboard, and lockable bulletin board. In central facilities when this area will function as a staff meeting/training area, provide a ceiling projector mount and a retractable overhead screen. |
| **Finishes** | **Walls.**  Painted gypsum wall board with ceramic backsplash at the kitchenette. **Floor.**  Provide a high-quality resilient or hard-surface flooring. **Base.**  Coordinate with flooring. **Ceiling.**  ACP. |
| **Plumbing** | Provide an under-mount stainless steel, kitchen sink with a gooseneck single lever faucet and a disposal.  Provide connections to the refrigerator ice maker and the coffee machine.  As an option, provide a dishwasher. For **Army,** provide service to the prefabricated kitchenette unit. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  Provide one jack (ganged with data in single box). **Data.**  Provide one wall jack (ganged with phone in single box) and a ceiling jack adjacent to the projector mount, if provided.  Provide Wi-Fi service throughout. **CCTV.**  None required. **CATV.**  Provide one outlet for wall-mounted TV. **Security.**  Electronic card key access reader, if applicable. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1498**

## TABLE 5-49.  STAFF TOILETS

| Description/ Usage | Male and female staff toilets directly adjacent to the staff break area. |
|---|---|
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Entrance doors. |
| **Interior Construction/ Built-in Equipment** | Solid-surface countertop with either underhung or integral sink. Solid composite or phenolic core toilet and urinal partitions. Toilet accessories:  toilet paper dispensers, automatic paper towel dispenser, built-in trash receptacle, robe hooks, grab bars, sanitary napkin disposal and purse shelves (female water closet stalls), seat cover dispensers, and automatic soap dispensers. Full-width mirror over countertop. |
| **Finishes** | **Walls.**  Finished mold-resistant gypsum wallboard with a ceramic tile wainscot.  Use a dark-colored grout. **Floor.**  Porcelain tile with integral patterns.  Use a dark-colored grout. **Base.**  Porcelain tile. **Ceiling.**  Epoxy or semi-gloss or better enamel painted, mold-resistant gypsum wall board. |
| **Plumbing** | Provide automatic flush-valve wall-hung water closets and urinals, and automatic lavatories based on the applicable code.  Provide a floor drain.  Provide a keyed hose bibb. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  In addition, provide a minimum of eight air changes per hour and negative pressure.  **Service Exception:**  For Air Force, provide a system per Chapter 3, General, and HVAC; use the continuous exhaust requirements per ASHRAE 62.1, table 6-4; and provide negative pressure. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting. |
| **Communication** | **Telephone.**  None required. **Data.**  None required. **CCTV.**  None required. **CATV.**  None required. **Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff. Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

1071 of 1610
Government Rule 4 File

**A1499**

**TABLE 5-50.  MAINTENANCE WORKSHOP**

| | |
|---|---|
| **Description/ Usage** | A general work room for repair of equipment and furnishings. |
| **Ceiling Ht.** | 10 ft. (3.1 m) minimum. |
| **Windows/Doors** | Double, lockable entrance doors. |
| **Interior Construction/ Built-in Equipment** | Built-in shelving and wall brackets for tools.  Built in workbenches.  Provide built-in tools/equipment as necessary based on the maintenance program. |
| **Finishes** | **Walls.**  Epoxy painted CMU or impact-resistant gypsum wallboard.<br>**Floor.**  Sealed concrete.<br>**Base.**  Rubber.<br>**Ceiling.**  None required. |
| **Plumbing** | Plumbing requirements shall accommodate the specific maintenance program.  Needs may include a handwashing sink, emergency eyewash station, a hose bibb, and floor drains to ensure drainage. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Coordinate ventilation requirements with the selected equipment. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General.  Coordinate power requirements and outlet locations with equipment to ensure adequate circuits and correct outlet locations.  Provide a minimum of two 240 volt outlets. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  50 fc (540 lux) general lighting and 75 fc (810 lux) task lighting at the workstations. |
| **Communication** | **Telephone.**  Provide one jack (ganged with data in a single box) on each wall.<br>**Data.**  Provide one jack (ganged with telephone in a single box) on each wall.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | Provide partition and door construction with a minimum STC rating of 52 per Chapter 3, Acoustics. |
| **Special Requirements** | Scope of maintenance activities can vary significantly based on program.  Carefully coordinate power, HVAC, and equipment requirements. |
| **For use during project execution by the appropriate Service agency** ||
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft² (m²)** | |

## TABLE 5-51.  GROUNDS EQUIPMENT STORAGE

| | |
|---|---|
| **Description/ Usage** | Optional small shed or closet in **Navy** and **Air Force** facilities with direct exterior access for storage of grounds and exterior building maintenance supplies and equipment. |
| **Ceiling Ht.** | 9 ft. (2.7 m) minimum. |
| **Windows/Doors** | Lockable entrance door. |
| **Interior Construction/ Built-in Equipment** | Built-in shelving and wall brackets for tools. |
| **Finishes** | **Walls.**  Semigloss enamel painted CMU.<br>**Floor.**  Sealed concrete.<br>**Base.**  None required.<br>**Ceiling.**  None required. |
| **Plumbing** | Provide an exterior hose bibb. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Coordinate any specific requirements with the equipment to be stored. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety.  Coordinate any specific requirements with the equipment to be stored. |
| **Power** | Provide outlets per Chapter 3, General.  Provide one duplex outlet per wall. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  15 fc (160 lux) |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | If this is provided as a separate structure, the exterior architecture shall match the main lodging facility. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

**A1501**

## TABLE 5-52.  GROUNDS EQUIPMENT STORAGE (ARMY)

| | |
|---|---|
| **Description/ Usage** | **Army** space with direct exterior access for storage of grounds and exterior building maintenance supplies and equipment. |
| **Ceiling Ht.** | 9 ft. (2.7 m) minimum. |
| **Windows/Doors** | Lockable personnel door and 8 ft. x 8 ft. (2.4m x 2.4m) manually-operated, insulated overhead door. |
| **Interior Construction/ Built-in Equipment** | Built-in shelving and wall brackets for tools. |
| **Finishes** | **Walls.**  Semigloss enamel painted CMU.<br>**Floor.**  Sealed concrete.<br>**Base.**  None required.<br>**Ceiling.**  None required. |
| **Plumbing** | Provide a utility sink, an emergency eyewash station, and a floor drain.<br>Provide an exterior hose bibb. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC.  Coordinate any specific requirements with the equipment to be stored. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety.  Coordinate any specific requirements with the equipment to be stored. |
| **Power** | Provide outlets per Chapter 3, General.  Provide one duplex outlet per wall. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  15 fc (160 lux) |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  Door electronic card key access reader. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | If this is provided as a separate structure, the exterior architecture shall match the main lodging facility. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

W912ER-11-D-0010-0006

1074 of 1610
Government Rule 4 File

**A1502**

## TABLE 5-53.  SERVICE CIRCULATION

| | |
|---|---|
| **Description/ Usage** | Staff horizontal and vertical circulation paths between back-of-house support areas. |
| **Ceiling Ht.** | 8 ft. (2.4 m) minimum. |
| **Windows/Doors** | Provide heavy-duty swinging doors between the service corridors and public spaces. |
| **Interior Construction/ Built-in Equipment** | None required. |
| **Finishes** | **Walls.**  Epoxy painted CMU or impact-resistant gypsum wallboard.  Provide bumper rails and corner guards.<br>**Floor.**  Stained and sealed concrete or VCT.<br>**Base.**  Rubber.<br>**Ceiling.**  ACP. |
| **Plumbing** | None required. |
| **HVAC** | Provide a system per Chapter 3, General, and HVAC. |
| **Fire Protection and Life Safety** | Provide systems per Chapter 3, General, and Fire Protection and Life Safety. |
| **Power** | Provide outlets per Chapter 3, General. |
| **Lighting** | Provide system per Chapter 3, General, and Lighting.  20 fc (215 lux) average. |
| **Communication** | **Telephone.**  None required.<br>**Data.**  None required.<br>**CCTV.**  None required.<br>**CATV.**  None required.<br>**Security.**  None required. |
| **Acoustics** | No special provisions required. |
| **Special Requirements** | Corridors shall be a minimum width of 8 ft. (2.4 m).<br>**Elevators.**  Provide stainless steel cart rails and doors (interior and exterior) and provide wall hooks for grommeted wall padding.  Size the elevators to accommodate a king size mattress, housekeeping service cart, and a stretcher for medical emergencies.  Minimum load capacity shall be 3,000 lbs (136 kg).  Provide a key operated lock-down/hold feature. |
| **For use during project execution by the appropriate Service agency** | |
| **Occupancy** | Staff.<br>Guests. |
| **Min. net ft$^2$ (m$^2$)** | |

88

W912ER-11-D-0010-0006

## A1503

5-6        FURNISHINGS, FIXTURES AND EQUIPMENT.

Coordinate FF&E packages with the interior designer and follow the requirements noted in Chapter 3, Interior Design.  To assist planners and designers, Table 5-52 provides the general types of FF&E by Service for each space and indicates whether the item is CFCI, GFGI, or GFCI (F/I).  Note that interior construction items such as toilet accessories, built-in shelving, cabinets, wall-mounts, and plumbed or attached equipment are included in the FDSs.  Therefore, if a space has no FF&E, it is not included here.

### TABLE 5-54.  FURNISHINGS AND EQUIPMENT

| Functional Program Area | Army | | Navy | | Air Force | |
| --- | --- | --- | --- | --- | --- | --- |
| | Furnishings and Equipment | F/I | Furnishings and Equipment | F/I | Furnishings and Equipment | F/I |
| **Guest Services** | | | | | | |
| Entrance Vestibule | Newspaper racks | GFGI | Newspaper racks | GFGI | N/A | |
| Lobby | 3-cushion sofa | GFGI | 3-cushion sofa | GFGI | 3-cushion sofa | GFGI |
| | Lounge chairs | GFGI | Lounge chairs | GFGI | Lounge chairs | GFGI |
| | Coffee table | GFGI | Coffee table | GFGI | Coffee table | GFGI |
| | End tables | GFGI | End tables | GFGI | End tables | GFGI |
| | Table lamps | GFGI | Table lamps | GFGI | Table lamps | GFGI |
| | Area rugs | CFCI | Area rugs | GFGI | N/A | |
| | Brochure rack | GFGI | Brochure rack | GFGI | Brochure rack | GFGI |
| | Artwork and plants | GFGI | Artwork and plants | GFGI | Artwork | GFGI |
| | N/A | | N/A | | Accent table | GFGI |
| Reception | Keycard encoders | CFCI | Keycard encoders | GFGI | Keycard encoders | CFCI |
| | CCTV monitors | CFCI | CCTV monitors | GFGI | CCTV monitors | GFGI |
| | Artwork | GFGI | Artwork | GFGI | N/A | |
| | Telephones | GFGI | Telephones | GFGI | Telephones | GFGI |
| | Folio buckets | GFGI | Folio buckets | GFGI | N/A | |
| | Computers | GFGI | Computers | GFGI | Computer(s) | GFGI |
| | Printers | GFGI | Printers | GFGI | Printer(s) | GFGI |
| | Key box | CFCI | Key box | GFGI | N/A | |
| Concierge[1] | N/A | | Desk | GFGI | N/A | |
| | N/A | | Desk chair | GFGI | N/A | |
| | N/A | | 2 side chairs | GFGI | N/A | |
| | N/A | | Telephone | GFGI | N/A | |
| | N/A | | Computer | GFGI | N/A | |
| | N/A | | Brochure rack | GFGI | N/A | |
| Bell Cart Station | Luggage carts | GFGI | Brass-plated luggage cart w/ 8-in (200mm) wheels and carpet | GFGI | Luggage carts | GFGI |

[1] Optional space requiring approval of the agencies noted in Chapter 1, Contacts.

89

| Functional Program Area | Army | | Navy | | Air Force | |
|---|---|---|---|---|---|---|
| | Furnishings and Equipment | F/I | Furnishings and Equipment | F/I | Furnishings and Equipment | F/I |
| Food Service (Service)[1] | Microwave(s) | | Microwave(s) | GFGI | N/A | |
| | Toaster(s) | | Toaster(s) | GFGI | N/A | |
| | Food display racks/cases | | Food display racks/cases | GFGI | N/A | |
| | Refrigerated display case | | Refrigerated display case | GFGI | N/A | |
| Food Service (Dining)[1] | Dining tables | GFGI | Dining tables | GFGI | N/A | |
| | Chairs | GFGI | Chairs | GFGI | N/A | |
| | Flat panel television | GFGI | Flat panel TV | GFGI | N/A | |
| Food Service (Prep/storage)[1] | Work/prep tables | CFCI | Work/prep tables | GFGI | N/A | |
| | Reach-in freezer | CFCI | Reach-in freezer | GFGI | N/A | |
| | Reach-in refrigerator | CFCI | Reach-in refrigerator | GFGI | N/A | |
| Retail food service[1] | N/A | | N/A | | TBD by PVA[2] | GFCI |
| Retail sales[1] | N/A | | N/A | | Food display racks/cases | GFGI |
| | N/A | | N/A | | Refrigerated display case(s) | GFGI |
| | N/A | | N/A | | Wall mounted shelves | CFCI |
| | N/A | | N/A | | Merchandise display racks | GFGI |
| | N/A | | N/A | | Microwave | GFGI |
| ATM[1] | ATM machine | GFGI | ATM machine | GFGI | ATM machine | GFGI |
| Registration machines[1] | Registration machine(s) | GFGI | Registration machine(s) | GFGI | Registration machine(s) | GFGI |
| Fitness Room[1] | Treadmill | GFGI | Treadmill | GFGI | Treadmill | GFGI |
| | Elliptical cross-trainer | GFGI | Elliptical cross-trainer | GFGI | Elliptical cross-trainer | GFGI |
| | Chest press | GFGI | N/A | | N/A | |
| | Shoulder press | GFGI | N/A | | N/A | |
| | Rear delt-fly | GFGI | N/A | | N/A | |
| | Flat panel television | GFGI | Flat panel TV | GFGI | Flat panel TV | GFGI |
| | Clean and dirty towel storage | GFGI | N/A | | Clean and dirty towel storage | GFGI |

[1] Optional space requiring approval of the agencies noted in Chapter 1, Contacts.
[2] To be determined by the Project Validation Assessment (PVA) based on market conditions and mission requirements.

90

| Functional Program Area | Army | | Navy | | Air Force | |
|---|---|---|---|---|---|---|
| | Furnishings and Equipment | F/I | Furnishings and Equipment | F/I | Furnishings and Equipment | F/I |
| Conference Room[1] | Conference table | GFGI | Conference table | GFGI | Conference table | GFGI |
| | Conference chairs | GFGI | Conference chairs | GFGI | Conference chairs | GFGI |
| | N/A | | Projector | GFGI | Multi-media projector | GFGI |
| | N/A | | Flip chart easel | GFGI | N/A | |
| | Credenza | GFGI | N/A | | Credenza | GFGI |
| | Flat panel television | GFGI | N/A | | Flat panel TV | GFGI |
| | VCR/DVD | GFGI | N/A | | DVD | GFGI |
| Business Center[1] | Computers and printers | GFGI | Computers and printers | GFGI | Computer(s) and printer(s) | GFGI |
| | Desk chairs | GFGI | Desk chairs | GFGI | Desk chairs | GFGI |
| Study Room[1] | Credenza | GFGI | N/A | | Mission dependant | GFGI |
| | Flat panel television | GFGI | N/A | | Mission dependant | GFGI |
| | VCR/DVD | GFGI | N/A | | Mission dependant | GFGI |
| | AV cabinet | GFGI | N/A | | Mission dependant | GFGI |
| | House phones | GFGI | N/A | | Mission dependant | GFGI |
| | Tables and chairs (10 ppl) | GFGI | Tables and chairs (10 ppl) | GFCI | Mission dependant | GFGI |
| Guest Laundry | Change machine | CFCI | Change machine | GFGI | N/A | |
| | Laundry vending | CFCI | Laundry vending | GFGI | Laundry vending | GFCI |
| | Flat panel television | GFGI | N/A | | N/A | |
| | House phone | GFGI | N/A | | N/A | |
| | Chairs | GFGI | N/A | | Chairs (space permitting) | GFGI |
| | Laundry-folding table | GFGI | Laundry-folding table | GFGI | Laundry-folding table | GFGI |
| | N/A | | N/A | | Laundry carts | GFGI |
| Gear Wash[1] | Drying racks | CFCI | Drying racks | CFCI | N/A | |
| Vending[1] | Drink vending | GFGI | Drink vending | GFGI | N/A | |
| | Snack vending | GFGI | Snack vending | GFGI | N/A | |
| Patio[1] | N/A | | Outdoor lounge seating | GFGI | N/A | |
| | N/A | | Outdoor patio tables w/ umbrellas | GFGI | N/A | |
| | N/A | | Gas grill | GFGI | N/A | |
| | N/A | | Picnic tables | GFGI | N/A | |
| Patio Storage[1] | N/A | | Per program | GFGI | N/A | |
| Guest corridors/ circulation (elevator lobbies) | Console tables | GFGI | Console tables | GFGI | N/A | |
| | Chairs | GFGI | Chairs | GFGI | Chairs or bench | GFGI |
| | Mirror | GFGI | Mirror | GFGI | Mirror | GFGI |
| | Artwork | GFGI | Artwork | GFGI | Artwork | GFGI |

[1] Optional space requiring approval of the agencies noted in Chapter 1, Contacts.

91

| Functional Program Area | Army | | | Navy | | | Air Force | | |
|---|---|---|---|---|---|---|---|---|---|
| | Furnishings and Equipment | F/I | | Furnishings and Equipment | F/I | | Furnishings and Equipment | F/I | |
| **Administration Services** | | | | | | | | | |
| Manager's office | Credenza | GFGI | | Credenza | GFGI | | N/A | | |
| | Desk | GFGI | | Desk | GFGI | | Desk | GFGI | |
| | Desk chair | GFGI | | Desk chair | GFGI | | Desk chair | GFGI | |
| | Lateral file | GFGI | | Lateral file | GFGI | | Lateral file | GFGI | |
| | Small conference table | GFGI | | Small conference table | GFGI | | N/A | | |
| | 4 conference chairs | GFGI | | 4 conference chairs | GFGI | | N/A | | |
| | Telephone | GFGI | | Telephone | GFGI | | Telephone | GFGI | |
| | Computer equipment | GFGI | | Computer equipment | GFGI | | Computer w/ peripherals | GFGI | |
| | N/A | | | Bookcase | GFGI | | Bookcase | GFGI | |
| | N/A | | | N/A | | | Side chair | GFGI | |
| Asst. manager's office[1] | Credenza | GFGI | | Credenza | GFGI | | N/A | | |
| | Desk | GFGI | | Desk | GFGI | | Desk | GFGI | |
| | Desk chair | GFGI | | Desk chair | GFGI | | Desk chair | GFGI | |
| | Lateral file | GFGI | | Lateral file | GFGI | | Lateral file | GFGI | |
| | Telephone | GFGI | | Telephone | GFGI | | Telephone | GFGI | |
| | Computer equipment | GFGI | | Computer equipment | GFGI | | Computer w/ peripherals | GFGI | |
| | Side chair | GFGI | | Side chair | GFGI | | Side chair | GFGI | |
| | N/A | | | Bookcase | GFGI | | Bookcase | GFGI | |
| Front desk supervisor | Credenza | GFGI | | Credenza | GFGI | | N/A | | |
| | Desk | GFGI | | Desk | GFGI | | Desk | GFGI | |
| | Desk chair | GFGI | | Desk chair | GFGI | | Desk chair | GFGI | |
| | Side chair | GFGI | | Side chair | GFGI | | Side chair | GFGI | |
| | Lateral file | GFGI | | Lateral file | GFGI | | Lateral file | GFGI | |
| | Telephone | GFGI | | Telephone | GFGI | | Telephone | GFGI | |
| | Computer equipment | GFGI | | Computer equipment | GFGI | | Computer w/ peripherals | GFGI | |
| | CCTV monitor | GFGI | | CCTV monitor | GFGI | | CCTV monitor | GFGI | |
| | Key box | CFCI | | Key box | GFGI | | N/A | | |
| | N/A | | | Bookcase | GFGI | | Bookcase | GFGI | |
| Accounting office | Modular workstations with side chairs | GFGI | | Modular workstations with side chairs | GFGI | | Desk(s) and desk and side chairs | GFGI | |
| | Telephones | GFGI | | Telephones | GFGI | | Telephones | GFGI | |
| | Computers | GFGI | | Computers | GFGI | | Computers | GFGI | |
| | Key box | CFCI | | Key box | GFGI | | N/A | | GFGI |
| | N/A | | | N/A | | | Lateral file(s) | GFGI | |
| | N/A | | | N/A | | | Bookcase(s) | GFGI | |

[1] Optional space requiring approval of the agencies noted in Chapter 1, Contacts.

92

| Functional Program Area | Army | | | Navy | | | Air Force | | |
|---|---|---|---|---|---|---|---|---|---|
| | Furnishings and Equipment | F/I | | Furnishings and Equipment | F/I | | Furnishings and Equipment | F/I | |
| Clerical | Modular workstation with side chair | GFGI | | Modular workstation with side chair | GFGI | | Desk(s) and desk and side chairs | GFGI | |
| | Telephone | GFGI | | Telephone | GFGI | | Telephone(s) | GFGI | |
| | Computer | GFGI | | Computer | GFGI | | Computer(s) | GFGI | |
| | N/A | | | N/A | | | Lateral file(s) | GFGI | |
| | N/A | | | N/A | | | Bookcase(s) | GFGI | |
| Reservations[1] | Modular workstations with side chairs | GFGI | | Modular workstations with side chairs | GFGI | | Desk(s) and desk and side chairs | GFGI | |
| | Telephones | GFGI | | Telephones | GFGI | | Telephone(s) | GFGI | |
| | Computers | GFGI | | Computers | GFGI | | Computer(s) | GFGI | |
| | Key box | CFCI | | Key box | GFGI | | N/A | | |
| | N/A | | | N/A | | | Lateral file(s) | GFGI | |
| Work space | Copier | GFGI | | Copier | GFGI | | Copier | GFGI | |
| | Facsimile machine | GFGI | | Facsimile machine | GFGI | | Facsimile machine | GFGI | |
| | Paper shredder | GFGI | | Paper shredder | GFGI | | Paper shredder | GFGI | |
| | File cabinets | GFGI | | File cabinets | GFGI | | File cabinets | GFGI | |
| | Work table | GFGI | | Work table | GFGI | | Work table | GFGI | |
| Cash room | Telephone | GFGI | | Telephone | GFGI | | Telephone | GFGI | |
| | 2 Desk chairs | GFGI | | 2 Desk chairs | GFGI | | Desk chair(s) | GFGI | |
| **Floor Support** | | | | | | | | | |
| Janitor Areas | Janitors cart | | | Janitors cart | GFGI | | N/A | | |
| Housekeeping Areas | Housekeeping cart | GFGI | | Housekeeping carts | GFGI | | Housekeeping carts | GFGI | |
| | Vacuum cleaners | GFGI | | Vacuum cleaners | GFGI | | Vacuum cleaners | GFGI | |
| **Back-of-House Support** | | | | | | | | | |
| Training Room[1] | N/A | | | N/A | | | Tables | GFGI | |
| | N/A | | | N/A | | | Chairs | GFGI | |
| | N/A | | | N/A | | | Flat Screen TV | GFGI | |
| | N/A | | | N/A | | | DVD | GFGI | |
| | N/A | | | N/A | | | Overhead projector | GFGI | |
| Training Office[1] | Desk | GFGI | | N/A | | | Desk | GFGI | |
| | Desk chair | GFGI | | N/A | | | Desk chair | GFGI | |
| | Lateral file | GFGI | | N/A | | | Lateral file | GFGI | |
| | Side chair | GFGI | | N/A | | | Side chair | GFGI | |
| | Book shelves | GFGI | | N/A | | | Book shelves | GFGI | |
| | Computer | GFGI | | N/A | | | Computer | GFGI | |
| | Telephone | GFGI | | N/A | | | Telephone | GFGI | |
| Janitor Areas | Carpet extractor | GFGI | | Carpet extractor | GFGI | | N/A | | |
| | High-speed buffer | GFGI | | High-speed buffer | GFGI | | N/A | | |

[1] Optional space requiring approval of the agencies noted in Chapter 1, Contacts.

93

W912ER-11-D-0010-0006

1080 of 1610
Government Rule 4 File

**A1508**

| Functional Program Area | Army | | | Navy | | | Air Force | | |
|---|---|---|---|---|---|---|---|---|---|
| | Furnishings and Equipment | F/I | | Furnishings and Equipment | F/I | | Furnishings and Equipment | F/I | |
| Housekeeping Manager | Desk | GFGI | | Desk | GFGI | | Desk | GFGI | |
| | Desk chair | GFGI | | Desk chair | GFGI | | Desk chair | GFGI | |
| | Credenza | GFGI | | Credenza | GFGI | | N/A | | |
| | Lateral file | GFGI | | Lateral file | GFGI | | Lateral file | GFGI | |
| | Side chair | GFGI | | Side chair | GFGI | | Side chair | GFGI | |
| | Key box | GFGI | | Key box | GFGI | | Key box | GFGI | |
| | 2 storage cabinets | GFGI | | 2 storage cabinets | GFGI | | 2 storage cabinets | GFGI | |
| | Telephone | GFGI | | Telephone | GFGI | | Telephone | GFGI | |
| | Computer | GFGI | | Computer | GFGI | | Computer | GFGI | |
| | Time clock | GFCI | | Time clock | GFGI | | Time clock | GFCI | |
| Soiled/Clean Linen Storage | Linen delivery carts | GFGI | | Linen delivery carts | GFGI | | Linen delivery carts | GFGI | |
| Receiving | Hand/platform truck | GFGI | | Hand/platform truck | GFGI | | N/A | | |
| Receiving/supply office[1] | Desk | GFGI | | Desk | GFGI | | N/A | | |
| | Desk chair | GFGI | | Desk chair | GFGI | | N/A | | |
| | Lateral file | GFGI | | Lateral file | GFGI | | N/A | | |
| | Side chair | GFGI | | Side chair | GFGI | | N/A | | |
| | Telephone | GFGI | | Telephone | GFGI | | N/A | | |
| | Computer equipment | GFGI | | Computer equipment | GFGI | | N/A | | |
| | Key box | CFCI | | Key box | GFGI | | N/A | | |
| Linen Laundry[1] | Linen carts | GFGI | | Laundry trucks | GFGI | | N/A | | |
| | Anti-static/ antifatigue mat | GFGI | | Anti-static/ antifatigue mat | GFGI | | N/A | | |
| | Ironer/folding machine | CFCI | | Ironer/folding machine | GFGI | | N/A | | |
| Break area | Flat panel television | GFGI | | Flat panel TV | GFGI | | Flat panel TV | GFGI | |
| | Tables | GFGI | | Tables | GFGI | | Tables | GFGI | |
| | Chairs | GFGI | | Chairs | GFGI | | Chairs | GFGI | |
| | N/A | | | Refrigerator | GFGI | | Refrigerator (full-size) | GFGI | |
| | N/A | | | Microwave | GFGI | | Microwave | GFGI | |
| | N/A | | | Coffee machine | GFGI | | Coffee machine | GFGI | |
| | N/A | | | Overhead projector | GFGI | | N/A | | |

[1] Optional space requiring approval of the agencies noted in Chapter 1, Contacts.

94

| Functional Program Area | Army | | | Navy | | | Air Force | | |
|---|---|---|---|---|---|---|---|---|---|
| | Furnishings and Equipment | F/I | | Furnishings and Equipment | F/I | | Furnishings and Equipment | F/I | |
| Maintenance Workshop | Desk | GFGI | | Desk | GFGI | | Desk | GFGI | |
| | Desk chair | GFGI | | Desk chair | GFGI | | Desk chair | GFGI | |
| | Lateral file | GFGI | | Lateral file | GFGI | | Lateral file | GFGI | |
| | Chairs | GFGI | | Chairs | GFGI | | Chairs | GFGI | |
| | Telephone | GFGI | | Telephone | GFGI | | Telephone | GFGI | |
| | Computer | GFGI | | Computer | GFGI | | Computer | GFGI | |
| | Work tables | GFGI | | Work tables | GFGI | | Work tables | GFGI | |
| | Storage cabinets | GFGI | | Storage cabinets | GFGI | | Storage cabinets | GFGI | |
| | Key box | CFCI | | Key box | GFGI | | Key box | GFGI | |
| | N/A | | | N/A | | | Carpet extractor | GFGI | |
| | N/A | | | N/A | | | High-speed buffer | GFGI | |
| | N/A | | | N/A | | | Grounds equipment | GFGI | |
| Grounds Equipment Storage[1] | Grounds equipment | GFGI | | Grounds equipment | GFGI | | N/A | | |
| Service Circulation | Tracking mats at entrances | GFGI | | Tracking mats at entrances | GFGI | | Tracking mats at entrances | GFGI | |

[1] Optional space requiring approval of the agencies noted in Chapter 1, Contacts.

95

W912ER-11-D-0010-0006

1082 of 1610
Government Rule 4 File

**A1510**

## APPENDIX A REFERENCES

**U.S. ACCESS BOARD**

ABA *Accessibility Standard for Department Of Defense Facilities, http://www.access-board.gov/ada-aba/aba-standards-dod.cfm*

**U.S. AIR FORCE**

Air Force Engineering Technical Letter (ETL) 01-1, Reliability and Maintainability (R&M) Design Checklist, http://www.wbdg.org/ccb/AF/AFETL/etl_01_1.pdf

Air Force Engineering Technical Letter (ETL) 04-3, Design Criteria for Prevention of Mold in Air Force, http://www.wbdg.org/ccb/AF/AFETL/etl_04_3.pdf

Air Force Engineering Technical Letter (ETL) 94-4, Energy Usage Criteria for Facilities in the Military Construction Program http://cbbs.spk.usace.army.mil/PDF/etl94_4.pdf

Air Force Handbook (AFH) 32-1084 Facility Requirements, Secretary of the Air Force, http://www.wbdg.org/ccb/AF/AFH/32_1084.pdf

Air Force Instruction (AFI) 32-1021, Planning and Programming Military Construction (MILCON) Projects, Secretary of the Air Force, http://www.wbdg.org/ccb/AF/AFI/afi_32_1021.pdf

Air Force Instruction (AFI) 32-1022, Planning and Programming of Non-appropriated Fund Facility Construction Projects, Secretary of the Air Force, http://www.wbdg.org/ccb/AF/AFI/afi_32_1022.pdf

Air Force Instruction (AFI) 32-1023, Design and Construction Standards and Execution of Facility Construction Projects, Secretary of the Air Force, http://www.wbdg.org/ccb/AF/AFI/afi_32_1023.pdf

Air Force Instruction (AFI) 34-205, Non-Appropriated Fund Capital and Facility Requirements, Secretary of the Air Force, http://www.e-publishing.af.mil/shared/media/epubs/AFI34-205.pdf

Air Force Instruction (AFI) 34-246, Air Force Lodging Program, Secretary of the Air Force, http://www.e-publishing.af.mil/shared/media/epubs/afi34-246_angsup1_I.pdf

Air Force Pamphlet (AFPAM) 32-1010, Secretary of the Air Force, Land Use Planning, http://www.e-publishing.af.mil/shared/media/epubs/AFPAM32-1010.pdf

Air Force Temporary Lodging Facilities Design Guide, http://www.wbdg.org/ccb/AF/AFDG/temporarylodging.pdf

**U.S. ARMY**

Army Engineering Construction Bulletin (ECB) 2009-29, Building Air Tightness,
http://www.wbdg.org/ccb/ARMYCOE/COEECB/ARCHIVES/ecb_2009_29.pdf

Army, USACE Army LEED Implementation Guide,
http://en.sas.usace.army.mil/enweb/httproot/ae/spreadsheet/USACE_LEED_Impl_Guide_21Aug11.pdf

Army Lodging Standard Design Criteria, Army Facilities Standardization Subcommittee,
http://www.armymwr.org/travel/lodging/lodging_resources.aspx

Army ACSIM, Memorandum for Sustainable Design and Development Policy Update (Environmental and Energy Performance) (Revision), 27 Oct 2010,
http://www.acsim.army.mil/od/assets/docs/TAB%204%20-%20Sustainable_Design_and_Dev_Policy_Update.pdf

Army Regulation (AR) 215-1, Military Morale, Welfare, and Recreation Programs and Nonappropriated Fund Instrumentalities, Army Publishing Directorate,
http://www.apd.army.mil/pdffiles/R215_1.pdf

Army Regulation (AR) 420-1, Army Facilities Management, Army Publishing Directorate,
http://www.apd.army.mil/pdffiles/r420_1.pdf

**ASHRAE**

ASHRAE Standard 62.1, Ventilation for Acceptable Indoor Air Quality, American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc., 1791 Tullie Circle, NE, Atlanta, GA 30329, www.ashrae.org

ASHRAE Standard 62.2, Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings, American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc., 1791 Tullie Circle, NE, Atlanta, GA 30329, www.ashrae.org

**DEPARTMENT OF DEFENSE**

DEPSECDEF Memorandum, DoD Housing Inspection Standards for Medical Hold and Holdover Personnel

DoD Instruction (DoDI) 1015.11, Lodging Policy, Department of Defense,
http://www.dtic.mil/whs/directives/corres/pdf/101511p.pdf

DoDI 1015.12, Lodging Program Resource Management, Department of Defense,
http://www.dtic.mil/whs/directives/corres/pdf/101512p.pdf

DoDI 1015.15 Establishment, Management, and Control of Nonappropriated Fund Instrumentalities and Financial Management of Supporting Resources; Department of Defense, http://www.dtic.mil/whs/directives/corres/pdf/101515p.pdf

DoDI 4165.57, Air Installations Compatible Use Zones (AICUZ), Department of Defense, http://www.dtic.mil/whs/directives/corres/pdf/416557p.pdf

DoDI 7700.18, Commissary Surcharge, Nonappropriated Fund and Privately Financed Construction Reporting Procedures, Department of Defense, http://www.dtic.mil/whs/directives/corres/pdf/770018p.pdf

DoDI 8510.01 DoD Information Assurance Certification and Accreditation Process (DIACAP), Department of Defense, http://www.dtic.mil/whs/directives/corres/pdf/851001p.pdf

Joint Federal Travel Regulations, http://www.defensetravel.dod.mil/site/travelreg.cfm

## U.S. ENVIRONMENTAL PROTECTION AGENCY

Energy Star, U.S. Environmental Protection Agency, http://www.energystar.gov/

## U.S. GREEN BUILDING COUNCIL

LEED™ Green Building Rating System, The United States Green Building Council, 1015 18th Street, NW, Suite 805, Washington, DC  20036, http://www.usgbc.org/

## KITCHEN CABINET MANUFACTURERS ASSOCIATION

Kitchen Cabinet Manufacturers Association Standards, 1899 Preston White Drive, Reston, VA 20191-5435, www.kcma.org

## NACE

NACE International Standards, NACE International, 1440 South Creek Drive, Houston, TX, USA 77084-4906, http://www.nace.org

## U.S. NAVY AND MARINE CORPS.

Interim Technical Guidance (ITG) FY05-02, NAVFAC Humid Area HVAC Design Criteria, http://www.wbdg.org/ccb/NAVFAC/INTCRIT/fy05_02.pdf

NAVFACINST 11010.45, Regional Planning Instruction, Site Approval Process, https://portal.navfac.navy.mil/portal/page/portal/docs/doc_store_pub/11010.45(3)_2.pdf

OPNAVINST 11010.20H, Facilities Projects Manual, SECNAV/OPNAV Directives Control Office, N09B15, Washington Navy Yard, Bldg. 36, 720 Kennon Street, SE Rm 203, Washington Navy Yard, DC  20374-5074, http://doni.daps.dla.mil/Directives/11000%20Facilities%20and%20Land%20Management%20Ashore/11-00%20Facilities%20and%20Activities%20Ashore%20Support/11010.20G%20w%20CH-1.pdf

**NFPA**

NFPA 101, Life Safety Code, National Fire Protection Association, 1 Batterymarch Park, Quincy, MA, 02169-7471, 617-770-3000, http://www.nfpa.org

NFPA 720, Standard for the Installation of Carbon Monoxide (CO) Detection and Warning Equipment, National Fire Protection Association, 1 Batterymarch Park, Quincy, MA, 02169-7471, 617-770-3000, http://www.nfpa.org

**UNIFIED FACILITIES CRITERIA**

http://www.wbdg.org/ccb/browse_cat.php?c=4

UFC 1-200-01, General Building Requirements

UFC 2-000-05N (P-80), Facility Planning Criteria for Navy/Marine Corps Shore Installations

UFC 3-101-01, Architecture

UFC 3-120-01, Air Force Sign Standard

UFC 3-120-10, Interior Design

UFC 3-201-02, Landscape Architecture

UFC 3-210-02, POV Site Circulation and Parking

UFC 3-210-10, Low Impact Development

UFC 3-400-01, Energy Conservation

UFC 3-410-01FA, Heating, Ventilating, and Air Conditioning

UFC 3-450-01, Noise and Vibration Control

UFC 3-520-01, Interior Electrical Systems

UFC 3-530-01, Design: Interior and Exterior Lighting and Controls

UFC 3-600-01, Fire Protection Engineering for Facilities

UFC 4-010-01, DoD Minimum Antiterrorism Standards for Buildings

**APPENDIX B BEST PRACTICES**

**B-1        INTRODUCTION.**

The following material identifies background information and other current, good design practices for LFs.  The designer is expected to review and interpret this guidance and apply the information according to the needs of the project.

**B-2        PROJECT PLANNING.**

**B-2.1      Site Analysis Costs.**

Project programmers must consider costs for the following:

- Preliminary soils analyses essential to determine whether extensive site work and foundation costs are required.  Also, organic soil analyses for exterior landscape plant materials may be required.

- Local environmental and climatic conditions such as heavy snow loads, wind loads, high humidity, and extreme temperatures result in additional costs due to structural, and to a lesser extent, insulation requirements.

- Projects located in areas prone to seismic activity.

- Projects located in designated historic districts may incur additional cost in order to ensure compliance with historic preservation requirements.

- The Installation will fund site development costs to include cut/fill and other work necessary to make the site usable.  The Installation will provide all NAF projects with a clean site up to 6 in. (150 mm) below grade in accordance with DoDI 1015.15.  The Installation is responsible for supporting costs.  This considers all work outside the 5-ft. (1525 mm) building line and includes site preparation, roads, utilities, landscaping demolition, etc.

**B-3        SITE DESIGN.**

**B-3.1      General Considerations.**

**B-3.1.1    Site Development.**

The site plan is one of the more important elements of any project design and can greatly impact the overall success of the LF project.  Involve the installation community planner, architect, landscape architect, and civil, mechanical, electrical, and communication engineers, and the organizations identified in Chapter 1, Contacts.  Achieve spatial balance and scale through thoughtful placement and arrangement of structures, landscaping and landforms.  Pay special attention to building orientation, mass and scale in developing the site plan.

100

W912ER-11-D-0010-0006

**B-3.1.2    Proximity to Common Use Areas.**

Although the emphasis in LF campus planning is to create a residential neighborhood atmosphere, somewhat separated from surrounding base administrative and mission related functions, proximity and access to common public use facilities are desired.  The design of vehicular paths, pedestrian paths and landscape can help define layers of boundary around the lodging facility campus to provide this separation, but can also enhance the flow into and out of the adjacent community areas, such as the dry cleaners, post office, dining establishments, theatre, fitness center, enlisted dining facility, and clubs.

**B-3.1.3    Adjacencies to Public Areas.**

Adjacent recreational spaces additionally enhance these layers of boundary and can buffer other non-desired areas or functions.  Site planning and community planning will define an edge to the LF campus, while considering the importance of adjacent community and common public areas.  Reference AFPAM 32-1010 for additional useful information and guidance on this subject.

**B-3.1.4    Community Planning.**

Develop a sense of order, arrival, orientation and community in planning the site.  To the extent possible, lodging structures must not be overwhelming in apparent size.  Site lodging facilities in relationship to one another to create outdoor spaces for use as passive or active recreation areas.  Overall room requirements and available acreage will establish the number of stories of a new LF facility.  Any configuration needs to ensure an efficient use of available real estate, but may require additional fire protection, structural, and life safety costs associated with buildings over three stories in height.  Locate industrial areas and spaces such as loading docks, mechanical rooms, electrical rooms, trash dumpsters, HVAC equipment toward the rear of the facility or otherwise away from the guest view.

**B-3.1.5    Building Placement.**

Building placement and design should also take advantage of views that are scenic, pleasant, or interesting.  Designers must be sensitive to the approaches to the facility and strive to create a clear sense of arrival for newcomers.

**B-3.1.6    Climatic Considerations.**

LF design and building orientation must take advantage of local climatic conditions. Where practical, use passive solar construction techniques to reduce energy consumption. Local climate conditions must be considered as well as other site organization issues such as the creation of outdoor space, building scale or orientation to other facilities, when determining the best project site.

**B-3.1.7    Natural Features.**

W912ER-11-D-0010-0006

1088 of 1610
Government Rule 4 File

**A1516**

Site facilities should take advantage of the positive features of the site. Provide protection from undesirable winds and glare. Incorporate shading from excessive sun in warm climates. Solar gain and prevailing winds can enhance energy conservation and yield significant cost savings. Design roof overhangs to account for sun angles to provide solar shading. Achieve mutual shading by sensitively arranging adjacent structures. Avoid excessive east or west-facing glass and design for maximum cross-ventilation where feasible.

**B-3.2        Site Circulation.**

**B-3.2.1        Vehicular Access.**

Plan vehicular layout to eliminate, or at least minimize, the adverse impact of noise and headlights shining into guest room windows. Consider delivery truck access and required easements.

**B-3.2.2        Emergency Service.**

Reference Chapter 3, Fire Protection and Life Safety, for a minimum separation required between lodging facilities and the closest adjacent building. This separation is for fire protection purposes but may also be dictated by force protection requirements and local fire protection policies.

**B-3.2.3        Service Vehicles.**

Access drives and parking areas will be designed to accommodate service vehicles. Where interior court areas are proposed between adjoining lodging structures, consider designing the main pedestrian walks to accommodate such vehicles. When doing so, these walkways must be a minimum of 8 ft. (2.4m) wide and must be constructed using reinforced concrete to accommodate medium weight vehicles. Consider treating the walkways with a patterned concrete system to minimize the negative visual impact of the wider access route. Consider materials such as concrete grass road type pavers to provide access for infrequent service vehicles.

Consider installing removable bollards as needed to restrict unauthorized vehicle access. Where possible, separate service entrances associated with mechanical rooms or mechanical enclosures from guest parking areas.

**B-3.2.4        Bus Route Access.**

Where possible and appropriate, consider access to public transportation systems in project design. If the Installation provides bus service, designers will consider including shelters and walks to serve guest needs. Bus shelters must be compatible with the architectural style of existing buildings and guidelines established by the Installation.

**B-3.2.5        Pedestrian Access.**

Consider including links to jogging/biking trails as part of the site development process. In northern tier locations, consider the use of sidewalks above steam heat tunnels to keep walkways free of ice in the winter, or consider heated or covered walks in lieu of open corridors.

### B-3.2.6    Bicycle Parking.

Provide bicycle parking facilities within the lodging campus area as determined by the Installation and in accord with UFC 4-010-01. Racks will comply with base architectural guidelines. Provide all bicycle parking on concrete surfaces adjacent to sidewalks or first floor building corridors. If these areas are covered and screened from view of the general public, they must be located outside the force protection setback. Consider covered bicycle parking enclosed on a minimum of three sides in northern tier or highly corrosive environments. Consider lockable bicycle lockers, which maximize security and minimize visual clutter.

### B-3.3    Site Considerations.

### B-3.3.1    Finished Floor Elevation.

Establishing the ground-level finished floor elevation of LF facilities is one of the more important aspects of site planning. The finished floor elevation affects grading, cut and fill, visual impact of the facility and interior-exterior transitions. In addition, the finished floor elevation has a significant impact on the landscape architect's ability to effectively introduce plant materials into the new environment.

Leveling the site without sensitivity to other demands results in barren sites that lack visual interest. The landscape architect, architect, and civil engineer must work closely together to achieve optimal design results.

### B-3.3.2    Grading.

Grade the site to achieve an orderly transition from the point where guests enter the site by vehicle or on foot to the point where they are at the first floor entrance. Site grading must consider the impacts of the parking area, the lodging facility, bus-stop shelters, sidewalks, outdoor passive use areas, mechanical equipment, and trash dumpsters. Provide smooth transitions (no steps) at building entries. For renovation projects, make every effort to eliminate stairs to the facility. Where appropriate, use grading to control the negative visual impacts that these man-made facilities have on the visual environment. See the discussion of landforms below.

Lodging facilities tend to be linear and relatively narrow in configuration and therefore lend themselves to an orientation paralleling existing contours. Where on-site storm water retention is required, the location of retention areas must be carefully thought out in terms of function as well as visual impact. Use large water retention sites for outdoor recreation areas. Refer to UFC 3-210-10 for further storm water guidance.

### B-3.3.3    Landforms.

Use landforms to soften the impact of parking on the landscape and to positively enhance force protection of the lodging facility campus. Use landforms such as mounds and swales in conjunction with landscape plant materials to soften or obscure the parking areas, provide spatial articulation, or enhance drainage structures or surface water retention areas. Use landforms to add interest and diversity to the project. In particular, landforms can perform an important function around outdoor activity areas by screening undesirable views.

**B-3.3.4        Storm Drainage.**

Depending on the geographic location and the availability of nearby subsurface storm drains, provide underground storm drainage for each lodging campus. All site water must either be intercepted in drop inlet structures or be designed to drop directly into a subsurface system. If subsurface storm drains are not available at the proposed site, include as part of the lodging facility project. As a minimum, divert surface water to an underground system to a point where it is discharged into above ground storm drains. Project funds will provide for appropriate surface water retention and erosion prevention, and will provide for drop inlets as necessary to intercept surface runoff and prevent walkways from being flooded.

**B-3.3.5        Utility Corridors.**

The site planner will develop underground utility corridors (easements) in coordination with the base community planner, electrical, mechanical, communication and civil engineers. Design corridors to accommodate future expansion. Place utility corridors no closer than one and one-half times the crown width of nearby mature trees or 35 ft. (10.7m), whichever is greater. Locate utility corridors to allow for future street-tree plantings. Consider using pipe tunnels and trenches.

**B-3.4        Site Amenities.**

**B-3.4.1        Site Lighting.**

Site lighting is an integral part of any lodging project. Provide lighting to ensure occupants have a means of safely moving between outdoor spaces. All signage and lighting must be in compliance with the Installation's standards. The selection of materials and locations must be a joint decision between the landscape architect and the electrical engineer. Energy-efficient lamps such as high-pressure sodium with color correction ensuring optimum visual acuity are recommended for energy-conscious site lighting. Consider life-cycle costs of lamp replacement, though, when specifying fixture and lamp types.

Provide adequate site lighting at any point where there is a change in grade requiring steps, near accessible parking areas, under stairwells, and near main entrances to buildings. A lighted sign may be appropriate for night visitors. Use the recommendations of the referenced documents in Chapter 3, Electrical Design, to establish illumination levels. Design exterior lighting such that zero direct-beam illumination leaves the building site. Consider motion detection and photosensitive

sensors to achieve energy efficient lighting design.  Additionally, consider a solar collection system if the geographical location of the lodging facility can support the required solar levels required.

### B-3.4.2    Outdoor Areas.

Include outdoor passive and/or active use areas in all lodging campus plans.  These features will include project-funded amenities such as walks, site lighting, landscaping, pavilions, and fencing (only if used to screen equipment or dumpsters enclosures).  Where appropriate, design pavilions to become an integral part of the site.  The pavilions must complement the architectural style and materials of the lodging.  Consider additional amenities such as barbecue grills, tables, and benches.

### B-3.4.3    Sustainability.

Incorporate sustainable design concepts into the lodging facility campus.  Consider recycling centers and containers and other refuse issues when developing site design and landscaping.  Coordinate locations of recycling and refuse containers with site furnishings and landscape to complement the campus and building design.  Emphasize ease of use and service access to these containers. Army should comply with the USACE Army LEED Implementation Guide.

### B-3.5    Landscape Architecture.

### B-3.5.1    Landscape Site Design.

Perform a site analysis that includes visual elements, hydrology, security, climatic conditions, topography, maintenance, existing vegetation, spatial and program analysis, soil quality, and circulation patterns.  Consider these landscape design techniques and principles:

- Enframement.  Use landscape elements to focus attention on important features by manipulating and placing tree masses and screening undesirable features.

- Visual Separation.  Separate multiple buildings into framed units and arrange shrubs and small trees around a building to soften structural lines.

- Spatial Articulation.  Use plant materials to create outdoor enclosed spaces, to separate spaces one from another, and to direct people through outdoor spaces by visually defining and reinforcing patterns of movement.

- Visual Screening or Enhancement.  Use landscape elements to screen unattractive views of objects such as trash dumpster areas, pad mounted electrical transformers, parking areas, and mechanical utilities.

- Wind Control.  Use landscape elements to control, slow, guide, deflect, or filter the prevailing winds.

- Sun Control.  Use landscape elements around buildings, walkways, and parking areas to intercept direct and reflected radiation from buildings and parking.

### B-3.5.2  Landscape Irrigation.

Landscape with indigenous materials and plants to minimize irrigation needs.  Consider irrigation systems for arid and semi-arid climatic regions.  Use bubbler or drip irrigation systems adjacent to building facades to minimize impact of over spray.  Provide all irrigation systems with solid-state automatic multi-station controllers, state-of-the-art control valves, and backflow preventers in accordance with building codes.  Provide separate metering for the irrigation system.

In cold climates, locate backflow preventers in the mechanical room.  Where freezing is not a problem, locate backflow preventers within screened mechanical enclosures.  Include adjusting turf spray coverage, duration of watering cycles, repairing leaks, and general maintenance to ensure proper functioning during the maintenance period for all irrigation systems.  Water conservation is a high-priority factor in development of the irrigation design.  Take advantage of non-potable water if possible.

### B-4  BUILDING DESIGN.

Building design for LFs shall address needs for comfort while incorporating functional building systems.  Comprehensive interior design is a critical component, ensuring appropriate finish, material, and furnishing selections.  The goal is to provide a cohesive lodging campus reflecting a quality appearance, appropriately sited within the existing community, fulfilling functional and operational requirements, and addressing guest's needs.

### B-4.1  Mass and Scale.

Large lodging facilities often have a greater mass than many buildings on an Installation.  Modulate the form and facade of these buildings with setbacks, repetitive details, and less dominant colors to soften their physical appearance and blend them in terms of form, proportion, and perceived size.  Combine size, shape, proportion, repetition, and placement of design features such as fenestrations, roofs, and columns, etc., to project the architectural character and mass of a building.  When planning the project, consider the possibility of future renovations or additions to minimize extensive changes.

Lodging facilities must provide a commercial hospitality environment with an architectural scale that imparts a clear sense of relative comfort, ease, and satisfaction.  Architectural scale is defined as the comparative relationship of a structure or space to the human form to possess a human scale.  Use relative proportions, height, form and volume of the building or space and its formal relationship to other buildings or spaces to achieve this sense of scale.

### B-4.2  Architectural Compatibility.

W912ER-11-D-0010-0006

A1521

Despite its massive size, a lodging facility's architectural character must be in context with its surroundings. Architectural character is typically defined in the architectural compatibility standards available at most Installations.

**B-4.3        Exterior Finish Materials.**

Select reliable, conventional building systems for lodging facilities, and use building materials and finishes that are durable and easy to maintain. Select architectural systems based on their aesthetics, simplicity, economic characteristics, and compliance with Installation architectural guidelines. Consider the benefits and limitations of brick, split face concrete block, and custom pre-finished tilt-up wall construction; they have been used successfully as primary exterior wall finishes. If allowed within Installation standards, brick or split-face block are the preferred exterior finishes. Consider the recycled content requirements for affirmative procurement of products included in the Environmental Protection Agency list of guideline items such as insulation, cement and concrete, latex paint, patio blocks, and structural fiberboard.

**B-5        INTERIOR DESIGN.**

The interior design of LFs encompasses functional area requirements, relationships, and interior materials and finishes. Several basic lodging functions must be addressed during the design phase of any lodging project. Designers must fully understand the relationships between these interactive functions and take a holistic approach to creating a fully integrated facility:

- Residential. Guest rooms are residential. Activities include sleeping, resting and relaxation (television viewing, reading, etc), personal hygiene and grooming, personal cooking (microwave), and personal study.

- Guest Support. Guest support activities include reception, vending, laundry, retail sales, administration, guest business activities, secure luggage storage, small-scale food and beverage, and meeting/conference activities.

- Services. Service activities allow the facilities to operate efficiently and include back-of-house and guest support services. Back-of-house activities include utility services, maintenance, staff functions, housekeeping, bulk storage, linen storage, supply storage, delivery and refuse removal.

The interior design and architectural design of the facility must be in context with characteristics of the built environment of the local region. The interior design also has a direct impact on the quality of life for the guests.

**B-5.1        Interior Design Services.**

Interior design shall comply with the Service-specific branding concepts that provide the finish and color requirements for each space. The agencies noted in Chapter 1, Contacts, shall provide the latest branding concept standards. See UFC 3-120-10 for further information on interior package requirements.

107

A budget is established for all FF&E. FF&E is specified to be durable, functional and aesthetically pleasing with cost and maintenance factors high in consideration. Interior designers must be diligent in staying within the budgeted amount for the entire furnishings package. Interior designers should refrain from one-of-a-kind or custom-made furnishings and lighting. In some instances, custom-sized case goods are required due to architectural constraints affecting the room layout; no special approval is required in these cases.

**B-5.2        Color and Materials Selection.**

Select materials to be long-lasting and durable to ease maintenance. Finishes and color scheme should provide a warm, inviting facility for guests.

**B-5.3        Interior Finishes.**

When selecting interior finishes, consider the recycled content requirements for affirmative procurement of products included in Environmental Protection Agency list of guideline items. Federal agencies must purchase products made with recycled materials unless these products do not meet technical requirements, are more expensive than comparable virgin material products, are not available competitively from two or more sources, or are not available in a timely manner. The items in this list related to interior design include carpet and cushion, latex paint, floor tiles, and shower and restroom dividers. This list changes as the Environmental Protection Agency adds new items every other year. The complete list of guideline items and their recycled content requirements is found on the Environmental Protection Agency website. Additionally, designers are encouraged to work with product manufacturers for other available products.

**B-5.3.1        Carpet.**

Consider new products with additional wear-ability and maintenance abilities, and consider recycled/recyclable goods.

**B-5.3.2        Walls.**

The use of natural materials such as stone on the interior can provide a durable finish and provide warmth and texture to the space and will be considered as part of the entrance/lobby area design. If budget allows, consider the use of a textured acrylic finish in common areas and guest rooms, providing a durable coating, rich in texture and easy to maintain.

**B-5.3.3        Ceilings.**

Lay-in acoustical tile ceiling systems with exposed suspended grid systems will be specified for use in administrative areas, business centers, and conference areas only, as they convey a nonresidential quality and are easily damaged. Avoid heavily textured acoustical treatments, including a sprayed popcorn ceiling application, which is difficult to patch.

Coordinate ceiling treatment with lighting selections. Consider varying ceiling heights and combination task and ambient lighting packages, especially in corridors and large areas, such as lobbies and conference rooms, to create interest. Emphasize natural light as much as possible. Consider the use of painted wood crown molding throughout primary guest support areas and in suites.

### B-5.4        Furniture Considerations.

Coordinate with the Comprehensive Interior Design package during the design process. All case goods and hardware will be coordinated with the Structural Interior Design package for the project to ensure matching woods, stains, and finishes as best possible. Selection of materials and finishes for the main lobby area will accommodate heavy use.

### B-5.5        Signage, Artwork and Accessories.

### B-5.5.1        Public Area Artwork.

Provide artwork for all public areas. Coordinate with the installation and the organizations identified in Chapter 1, Contacts. Graphics presentation and content must be well designed, coordinated with the architecture and interior design packages, and compatible with the local geographical culture. All artwork shall be hung with security hangers. Silk plants are authorized for common areas.

### B-5.5.2        Accessiblity in Signage.

Interior signage will be in accordance with the installation sign standards, accessibility requirements defined in Chapter 3, Accessibility, and UFC 3-120-01. All interior signage will be funded as part of the LF project. Provide clearly visible unit room names and/or numbers for all guest support areas including main entrance signage and direction signage, service areas, and individual guest rooms and suites. Coordinate directional signage and individual guest room numbering schemes with the local lodging manager and base communications. Consider odd numbers on one side of the hallway and even numbers on the opposite side.

### B-5.5.3        Fixture Color and Finish Requirements.

With the exception of emergency pull boxes, all speakers, electrical panel covers and access panel covers exposed to interior rooms, thermostat controls, fire extinguisher cabinets, hose boxes, electrical boxes, plumbing chase covers, etc. will have a factory finish to match the color of surrounding walls or ceiling as specified in the Structural Interior Design package. Standard factory finish colors may not be acceptable.

### B-5.6        Equipment Considerations.

*   Coordinate the use and location of recycling centers throughout the common areas to complement the interior design while supporting sustainability guidance.

109

W912ER-11-D-0010-0006

- All appliance colors should be coordinated with the FF&E. The construction contractor or design/build contractor will submit cut/datasheets of proposed equivalents/substitutions appliances for review/approval.

- Purchase appliances meeting Energy Star program standards and specifications as included in this guide. Qualifying products are listed on the Energy Star website.

**B-6         BUILDING SYSTEMS.**

**B-6.1        Energy Performance.**

Sustainable energy efficient performance in lodging facilities cannot be achieved solely by individual building systems but must be supplemented by other design factors. Comply with UFC 3-400-01. Design factors such as mechanical systems and management controls selection, thermal insulation characteristics, building orientation, solar shading, landscape, electrical system design, occupancy sensor devices, and appliance selection will be considered.

There are many other factors designers must consider, but they will keep in mind the importance of life cycle cost analysis for lodging facilities.  The military Services keep their facilities for a longer period of time than most buildings in the private sector. Therefore, considerable attention will be given to energy-efficient design in the initial planning process.  Efficient energy management policies require consideration of whole building design that relies on renewable energy sources.

**B-6.2        Structural.**

**B-6.2.1       Structural Selection.**

Select an economical structural system based on force protection requirements, facility size, projected load requirements, subsoil conditions, local availability of materials and labor, feasibility of prefabrication, local construction practices, and resistance to fire, wind, snow, seismic, geologic, and permafrost conditions.  Decisions concerning the structural system have substantial impact on construction costs.  Coordinate column spacing and layout with the floor plan to ensure column placement within or in alignment with walls.  Minimize columns awkwardly placed within guest rooms or living areas, and limit placement to larger public spaces.

**B-6.2.2       Structural Best Value.**

Analyze the proposed structural system to determine if it is the best value method to realize the architectural design intent.  Larger projects such as a new LF campus design or fast track design-build projects will consider new alternative construction methods and materials.  Based on the required expertise needed to apply new construction methods, these systems are not recommended for smaller lodging projects.

**B-6.2.3       Life Cycle Considerations.**

110

Roof systems and supporting structure will consider life cycle costs as well as long-term durability and ease of maintenance. Concrete tile roofing systems and metal roofing systems are recommended for typical lodging construction.

**B-6.3      Mechanical System Selection.**

Use of a central plant will be considered for LF campuses. A central plant with heating and cooling equipment reduces maintenance and capitalizes on the higher efficiency of larger capacity commercial equipment. Ground-mounted and through-the-wall AC systems may also be considered, as appropriate.

Consider the use of renewable energy technologies as part of the selection of the HVAC system or as a supplemental energy source. Reference UFC 3-400-01 for further guidance. The use of ground source heat pumps is encouraged if economically feasible. Benefits include energy conservation and reduced maintenance. Energy Management Control Systems (EMCS) are effective energy savings systems and highly encouraged.

**B-6.4      Plumbing.**

Mechanical engineers, architects and structural engineers must work together to carefully plan the size and location of plumbing chases with minimal impact on usable living space. Consider collocating plumbing chases with exhaust risers serving each guest room.

**B-6.5      Electrical/Communications.**

The electrical design of a LF project will be based on maximum guest room hotel occupancy. Provide surge protection on service entrances, distribution panels, and sensitive load circuits. Mass Notification system speakers will be 4 in. (100mm) diameter, recessed, and factory finished to match color of wall or ceiling as specified in the Structural Interior Design package.

The standards referenced in this UFC apply to the planning, design, and construction phase of new LF construction and renovation to existing facilities and systems. These standards will also serve as a checklist for reviewing drawings and specifications for electrical design of LF projects. Floor plans must show the location of all electrical equipment, items, devices, controls, and loads. Construction drawings must include one line for all electrical equipment (transformers, switching gear, panels, loads, etc) including schedules for all panels, circuits, and loads. Consideration to daily operation and maintenance will be emphasized. This list will not be considered complete or all-inclusive, but rather a starting place. Improved concepts and additions will be added as well as "lessons learned." Cross-exchange of new, improved, more efficient data is encouraged to increase the electrical group knowledge and processes as well as to further minimize life-cycle costs for lodging facilities. Ensure that 110v, 60hz duplex outlets are provided in rooms in overseas locations, in addition to any differing local standard (i.e., such as the 220/230v, 50hz European standard).

W912ER-11-D-0010-0006

**A1526**

**B-6.5.1     Lighting.**

Lodging facilities have historically suffered from poor lighting levels, thus designers must provide a much higher quality light source, light level and fixture selection to enhance new LF spaces and their use.  The designer must be cognizant of lighting for both day and night situations and will emphasize the use of natural light in combination with lamps to provide a comfortable lighting level.  Consider the use of a certified lighting consultant, and provide the highest quality illumination within budget and life cycle cost limitations.

Coordinate lighting selections with ceiling treatments and consider combinations of recessed lighting, light coves, indirect lighting and soffit lighting as alternatives.  Coordinate ductwork and lighting locations to use soffit areas as possible.  Provide blocking in walls throughout for all wall- mounted accessories including wall mounted lighting fixtures.  Limit the types of lamps necessary to simplify inventory.  LED lamps and compact fluorescent lighting are good alternatives over traditional lighting systems based on long term energy efficiencies, improved luminance, and long lamp life spans.  Specify interior lighting that meets Energy Star program standards.  Qualifying products are listed on the Energy Star website.  Consider solar-powered exterior luminaries when they meet lighting requirements and are cost effective.

**B-6.6     Corrosion Protection.**

Conform with NACE International standards for corrosion control on all LF projects.  This includes material selection—non-metal or no dissimilar metals, cathodic protection for all underground metal systems, protective coatings for above ground structures and underground metal, and industrial water treatment.  Include corrosion protection for electrical components in humid/salt air environments.  Consider nitrogen purge or refrigeration type dehumidification protection systems depending on size and capacity.

112

**APPENDIX C SPACE CRITERIA**

**C-1          INTRODUCTION.**

C-2 Space Criteria Chart provides the space criteria standards for all the support spaces.  Space standards vary according to the number of guest rooms and suites, the number of floors, whether the facility is central or satellite, and optional programs and spaces.  Some spaces must be custom programmed for each facility considering specific site and operational factors.  The final space program shall be carefully coordinated with and approved by the agencies identified in Chapter 1, Contacts.  To help illustrate the potential combinations of spaces and how they will generate a complete space program, three examples are included in C-2:

- Sample A describes an Army central facility that has 400 rooms and four floors in a 400-room program on a training Installation with 10% suites.

- Sample B describes a Navy central facility that has 200 rooms and four floors in a 200-room program with 5% suites.

- Sample C describes an Air Force central facility that has 350 rooms and four floors in a 350-room program with 5% suites.

113

## C-2    SPACE CRITERIA CHART.

| Functional Program Area | Base Area[1] ft² | m² | Space Standard (planning factor) | Notes/explanation | Sample A Option/Quan | ft² | m² | Sample B Option/Quan | ft² | m² | Sample C Option/Quan | ft² | m² |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Covered Entry | 550 | 51.1 | Per Central Facility | Count 50% of actual roof area | Required | 275 | 0.0 | Required | 275 | 25.5 | Required | 275 | 0.0 |
| Entrance Vestibule | 100 | 9.3 | Per Facility | Standard size | Required | 100 | 9.3 | Required | 100 | 9.3 | Required | 100 | 9.3 |
| Central Lobby | 4 | 0.4 | Per Central Facility guest room (gst rm) | Includes lobby circulation and seating areas | Required | 1600 | 148.6 | Required | 800 | 74.3 | Required | 1400 | 130.1 |
| Satellite Lobby | 260 | 24.2 | 100sf + 1sf per Satellite gst rm | Reduced circulation and seating | N/A | N/A | | N/A | | | N/A | | |
| Reception | 150 | 13.9 | 150sf <100 Program gst rm + 75sf per ea addl 100 gst rms up to 375sf max | 75sf per staff, minimum two staff. Count all program guest rooms | Required | 375 | 34.8 | Required | 225 | 20.9 | Required | 338 | 31.4 |
| Concierge | 45 | 4.2 | Per optional Central Facility space | Concierge station in lobby | No | | | No | | | No | | |
| Bell Cart Station | 20 | 1.9 | 20sf <100 Facility gst rm + 10sf per ea addl 50 gst rms | 10sf per cart | Required | 80 | 7.4 | Required | 40 | 3.7 | Required | 70 | 6.5 |
| Coffee Bar | 25 | 2.3 | Per optional Central Facility space | Optional self-service coffee | No | | | No | | | No | | |
| Food Service: Prep and Storage | 150-240 | 13.9-22.3 | Per optional Central Facility space | To be custom programmed with a minimum of 150sf to max of 240sf | Yes | 150 | 13.9 | No | | | No | | |
| Food Service: Service | 90-120 | 8.4-11.1 | Per optional Central Facility space | To be custom programmed with a minimum of 90sf to max of 120sf | Yes | 100 | 9.3 | No | | | No | | |
| Food Service: Dining | 150 | 13.9 | Optional space at 150sf <100 Central Facility gst rm + 115sf ea addl 50 gst rm up to 600sf max | All three Food Service spaces must be programmed together | Yes | 600 | 55.7 | No | | | No | | |
| Retail Food Service | TBD | TBD | Variable optional Central Facility space based on retail provider | Coordinate the space program with the retail food service vendor | No | | | No | | | Yes | 650 | 60.4 |
| Retail Sales | TBD | TBD | Variable optional Central Facility space based on retail provider | Coordinate the space program with the retail vendor | No | | | No | | | Yes | 80 | 7.4 |
| Luggage Storage | 75 | 7.0 | 75sf <100 Program gst rm + .25sf per ea addl gst rm to 150sf max | Count all program guest rooms | Required | 150 | 13.9 | Required | 100 | 9.3 | Required | 138 | 12.8 |
| ATM | 10 | 0.9 | Per optional Central Facility space | Optional one ATM machine | No | | | Yes | 10 | 0.9 | Yes | 10 | 0.9 |
| Registration Machines | 20 | 1.9 | Per optional Facility space | Optional two to three kiosks in any facility | Yes | 20 | 1.9 | No | | | Yes | 20 | 1.9 |
| Public Toilets | 100 | 9.3 | Minimum for Central Facility male/female toilets + 25sf per addl fixture as determined by code | Use applicable code for specific facility to determine final fixture count | Required | 400 | 37.2 | Required | 250 | 23.2 | Required | 400 | 37.2 |
| Unisex Toilet | 50 | 4.6 | Unisex toilet for satellite facility | Satellite facilities only | N/A | | | N/A | | | N/A | | |
| DSN Phones | 10 | 0.9 | Per optional Facility Space | Optional DSN phone for guest use | No | | | No | | | Yes | 10 | 0.9 |
| Fitness Room | 300 | 27.9 | Optional space at 300sf <100 Central Facility gst rms +50sf per ea addl 200 gst rm. 600sf max | Calculated at 50sf per cardio machine | Yes | 375 | 34.8 | Yes | 350 | 32.5 | Yes | 363 | 33.7 |
| Staff Conference Room | 440 | 40.9 | Per optional Central Facility space | Standardized room accommodates 20 people | Yes | 440 | 40.9 | Yes | 440 | 40.9 | Yes | 440 | 40.9 |
| Business Center | 75 | 7.0 | Optional space at 75sf <100 Central Facility gst rms +25sf per ea addl 100 gst rm. 300sf max. | 75sf for two workstations and circulation with 25sf for each addl workstation | No | | | Yes | 100 | 9.3 | Yes | 138 | 12.8 |
| Study Room | 250 | 23.2 | Per optional Facility space. One room per 75 gst rms or one rm per floor, whichever is less. | Typically provide one per floor or fewer, depending on local demand | Yes | 1000 | 92.9 | No | | | No | | |

(Row group label: Guest Services)

114

W912ER-11-D-0010-0006

1101 of 1610
Government Rule 4 File

A1529

## FIGURE C-1.  SPACE CRITERIA

| Functional Program Area | | Base Area[1] | | Space Standard (planning factor) | Notes/explanation | Sample A | | | Sample B | | | Sample C | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ft.² | m² | | | Option/Quan | ft.² | m² | Option/Quan | ft.² | m² | Option/Quan | ft.² | m² |
| Guest Services | Guest Laundry | 110 | 10.2 | Per 40 Facility gst rm | Accommodates two to four washers and two to four dryers per every 40 gst rm | Required | 1100 | 102.2 | Required | 550 | 51.1 | Required | 963 | 89.4 |
| | Gear Wash | 170 | 15.8 | Per optional Facility room | Only provided at training bases | No | | | No | | | No | | |
| | Guest Bulk Storage, Opt 1 | 45 | 4.2 | Per one cage (25sf net) per 4 suites for optional space | Distributed as needed to accommodate suites | Yes | 450 | 41.8 | No | | | No | | |
| | Vending | 60 | 5.6 | Per optional Facility floor | Accommodates two optional vending machines | Yes | 240 | 22.3 | Yes | 240 | 22.3 | No | | |
| | Ice | 30 | 2.8 | Per Facility floor | Accommodates one ice dispenser | Required | 120 | 11.1 | Required | 120 | 11.1 | Required | 120 | 11.1 |
| | Patio | TBD | TBD | Variable optional space | To be custom programmed based on site availability and design | No | | | No | | | No | | |
| | Patio storage | TBD | TBD | Variable optional space | To be custom programmed based on the final patio scope | No | | | No | | | No | | |
| | Guest Rooms and Suites | TBD | TBD | Each room | Quantity and distribution of rooms and suites to be determined by an independent assessment. See Table 2.1 for size guidance. | 360/40 | 126,000 | 11705.4 | 190/10 | 61,500 | 5713.4 | 332/18 | 110,400 | 10256.2 |
| | Lodging Communications | TBD | TBD | Per Facility | TBD based on Service and Installation specific requirements | Required | 250 | 23.2 | Required | 250 | 23.2 | Required | 250 | 23.2 |
| Administration Services | Administrative areas | | | | | | | | | | | | | |
| | Manager (Army) | 180 | 16.7 | Per office | Typically one per Central Facility | 1 | 180 | 16.7 | N/A | | | N/A | | |
| | Manager (Navy, AF) | 120 | 11.1 | Per office | Typically one per Central Facility | N/A | | | 1 | 120 | 11.1 | 1 | 120 | 11.1 |
| | Asst. manager (Army) | 120 | 11.1 | Per optional office | Only in larger programs | 0 | 0 | 0.0 | N/A | | | N/A | | |
| | Asst. manager (Navy, AF) | 80 | 7.4 | Per optional office | Only in larger programs | N/A | | | 0 | 0 | 0.0 | 1 | 80 | 7.4 |
| | Front desk super (Army) | 100 | 9.3 | Per office | Typically one per Central Facility | 1 | 100 | 9.3 | N/A | | | N/A | | |
| | Front desk super (Navy, AF) | 80 | 7.4 | Per office | Typically one per Central Facility | N/A | | | 1 | 80 | 7.4 | 1 | 80 | 7.4 |
| | Accounting | 64 | 5.9 | Per Person | Quantity to be determined by Service and facility needs | 3 | 192 | 17.8 | 1 | 64 | 5.9 | 2 | 128 | 11.9 |
| | Clerical | 64 | 5.9 | Per program | One person; typically combined with reservations and work space | 1 | 64 | 5.9 | 0 | 0 | 0.0 | 1 | 64 | 5.9 |
| | Reservations | 64 | 5.9 | Per 500 Program gst rm | 40sf per person; typically combined with clerical and work space | 2 | 128 | 11.9 | 0 | 0 | 0.0 | 2 | 128 | 11.9 |
| | Work space | 40 | 3.7 | Per person in admin area | Typically combined with clerical and reservations | 6 | 240 | 22.3 | 1 | 40 | 3.7 | 5 | 200 | 18.6 |
| | Cash Room | 80 | 7.4 | Per Program | For front desk staff to reconcile shift cash | Required | 80 | 7.4 | Required | 80 | 7.4 | Required | 80 | 7.4 |
| Floor Support | Janitor Areas | 25 | 2.3 | Per Facility floor wing | | Required | 200 | 18.6 | Required | 200 | 18.6 | Required | 200 | 18.6 |
| | Housekeeping Areas | 200 | 18.6 | Per 30 Facility gst rm | Accommodates two carts and storage | Required | 2667 | 247.7 | Required | 1333 | 123.9 | Required | 2333 | 216.8 |
| | Utility Rooms | 16 | 1.5 | Per Facility: communications room within 280ft of a gst rm | Comm rooms only; other utility rooms programmed by code and included in the multiplier | Required | 128 | 11.9 | Required | 128 | 11.9 | Required | 128 | 11.9 |

115

W912ER-11-D-0010-0006

# A1530

| Functional Program Area | Base Area[1] ft.² | m² | Space Standard (planning factor) | Notes/explanation | Sample A Option/Quan | ft.² | m² | Sample B Option/Quan | ft.² | m² | Sample C Option/Quan | ft.² | m² |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Training Room | 250 | 23.2 | Optional space at 250sf <100 Central Facility gst rms +25sf ea addl 50 gst rms | Accommodates staff training | No | | | No | | | Yes | 375 | 34.8 |
| Training Office | 80 | 7.4 | Per optional private office/storage closet | Accommodates training staff personnel and/or training material storage | No | | | Yes | 80 | 7.4 | Yes | 80 | 7.4 |
| Central Janitor Areas | 80 | 7.4 | Per Facility | Serves first floor public and administrative spaces | Required | 80 | 7.4 | Required | 80 | 7.4 | Required | 80 | 7.4 |
| Housekeeping Manager (Army) | 120 | 11.1 | Per Program | Typically one per Facility | 1 | 120 | 11.1 | N/A | | | N/A | | |
| Housekeeping Manager (Navy, AF) | 80 | 7.4 | Per Program | Typically one per Facility | N/A | | | 1 | 80 | 7.4 | 1 | 80 | 7.4 |
| Housekeeping Assistant | 100 | 9.3 | Per optional office for large programs | Office quantity variable based on program size | 0 | | | 0 | | | 0 | | |
| Soiled Linen Storage | 145 | 13.5 | 100sf +15sf per 40 Facility gst rm | Includes carts and sorting space; one cart per 40 gst rm | Required | 250 | 23.2 | Required | 175 | 16.3 | Required | 231 | 21.5 |
| Clean Linen Storage | 150 | 13.9 | 25sf per 16 Facility gst rm | Shelving | Required | 625 | 58.1 | Required | 313 | 29.0 | Required | 547 | 50.8 |
| Receiving | 150 | 13.9 | 150sf <150 Program gst rm + 1sf per ea addl gst rm | Loading dock | Required | 400 | 37.2 | Required | 200 | 18.6 | Required | 350 | 32.5 |
| Receiving/supply Office | 80 | 7.4 | Per program | Office | Required | 80 | 7.4 | Required | 80 | 7.4 | Required | 80 | 7.4 |
| Linen Laundry | 450 | 41.8 | Optional central facility space at 450sf <100 Program gst rm + 1sf per ea addl gst rm | Includes space for extractors, dryers and folding activities | Yes | 750 | 69.7 | No | | | No | | |
| Addl space for folding machine | 60 | 5.6 | Per optional folding machine | Additional laundry room space for optional folding machine | Yes | 60 | 5.6 | No | | | No | | |
| Supply Areas/general Storage | 600 | 55.7 | 600sf <300 Program gst rm + 1sf ea addl gst rm | Includes separate cleaning fluid storage | Required | 700 | 65.0 | Required | 600 | 55.7 | Required | 650 | 60.4 |
| Guest Bulk Storage, Opt 2 | 100 | 9.3 | Per optional space | For guest temporary use; only provided at training bases | No | | | No | | | No | | |
| Central Staff Break / Staff Lockers | 150 | 13.9 | 150sf <100 Central Facility gst rm + 1sf per ea addl gst rm | Base area typically includes 4-top tables, other seating, kitchenette, and staff lockers | Required | 450 | 41.8 | Required | 250 | 23.2 | Required | 400 | 37.2 |
| Addl space if training function | 300 | 27.9 | Per optional training module | Additional break room space if this area is to dual function as a training room | No | | | Yes | 300 | 27.9 | No | | |
| Satellite Staff Area w/ Lockers | 150 | 13.9 | 150sf <100 Satellite gst rm + .25sf per ea addl gst rm | Base area typically includes 4-top tables, kitchenette, and lockers | N/A | | | N/A | | | N/A | | |
| Staff Toilets | 100 | 9.3 | 100sf <150 Facility gst rm + 100sf ea addl 150 gst rm | Each 100 sf module includes 50sf for each gender | Required | 267 | 24.8 | Required | 167 | 15.5 | Required | 233 | 21.7 |
| Maintenance Workshop | 150 | 13.9 | 150sf <100 Program gst rm + .5sf per ea addl gst rm | Work and tool storage space | Required | 300 | 27.9 | Required | 200 | 18.6 | Required | 275 | 25.5 |
| Grounds Equipment Storage | 40 | 3.7 | Per optional Program space | Small shed or exterior closet | N/A | | | Yes | 40 | 3.7 | No | | |
| Grounds Equipment Storage (Army) | 400 | 37.2 | Per program space | Required for Army | Yes | 400 | 37.2 | N/A | | | N/A | | |
| Sample Subtotal | | | | | | 142,285 | 13218.3 | | 69,960 | 6499.2 | | 123,085 | 11434.6 |
| Net-to-Gross Factor @ | | | | | 30% | 42,686 | 3965.5 | | 20,988 | 1949.8 | | 36,926 | 3430.4 |
| Sample Total | | | | | | 184,971 | 17183.8 | | 90,947 | 8449.0 | | 160,011 | 14865.0 |

[1] Base area assumes a 100 gst rm Facility
**Sample A:** Army 400-room, 4-floor Central Facility in a 400-rm Program on a training base, 10% suites
**Sample B:** Navy 200-room, 4-floor Central Facility in a 200-room Program, 5% suites
**Sample C:** Air Force 350-room, 4-floor Central Facility in a 350-rm Program, 5% suites

116

W912ER-11-D-0010-0006

1103 of 1610
Government Rule 4 File

**A1531**

UFC 4-722-01 Draft

# UNIFIED FACILITIES CRITERIA (UFC)

## FINAL DRAFT
## DINING FACILITIES



**APPROVED FOR PUBLIC RELEASE; DISTRIBUTION IS UNLIMITED**

W912ER-11-D-0010-0006

1105 of 1610
Government Rule 4 File

**A1533**

## UNIFIED FACILITIES CRITERIA (UFC)

### DINING FACILITIES

Any copyrighted material included in this UFC is identified at its point of use. Use of the copyrighted material apart from this UFC must have the permission of the copyright holder.

U.S. ARMY CORPS OF ENGINEERS

NAVAL FACILITIES ENGINEERING COMMAND (Preparing Activity)

AIR FORCE CIVIL ENGINEER SUPPORT AGENCY

Record of Changes (changes are indicated by \1\ ... /1/)

| Change No. | Date | Location |
|---|---|---|
|  |  |  |
|  |  |  |

**This UFC supersedes UFC 4-722-01, dated January 2003.**

**FOREWORD**

The Unified Facilities Criteria (UFC) system is prescribed by MIL-STD 3007 and provides planning, design, construction, sustainment, restoration, and modernization criteria, and applies to the Military Departments, the Defense Agencies, and the DoD Field Activities in accordance with USD(AT&L) Memorandum dated 29 May 2002.  UFC will be used for all DoD projects and work for other customers where appropriate.  All construction outside of the United States is also governed by Status of forces Agreements (SOFA), Host Nation Funded Construction Agreements (HNFA), and in some instances, Bilateral Infrastructure Agreements (BIA.)  Therefore, the acquisition team must ensure compliance with the more stringent of the UFC, the SOFA, the HNFA, and the BIA, as applicable.

UFC are living documents and will be periodically reviewed, updated, and made available to users as part of the Services' responsibility for providing technical criteria for military construction.  Headquarters, U.S. Army Corps of Engineers (HQUSACE), Naval Facilities Engineering Command (NAVFAC), and Air Force Civil Engineer Support Agency (AFCESA) are responsible for administration of the UFC system.  Defense agencies should contact the preparing service for document interpretation and improvements.  Technical content of UFC is the responsibility of the cognizant DoD working group.  Recommended changes with supporting rationale should be sent to the respective service proponent office by the following electronic form:  Criteria Change Request (CCR).  The form is also accessible from the Internet sites listed below.

UFC are effective upon issuance and are distributed only in electronic media from the following source:

- Whole Building Design Guide web site http://dod.wbdg.org/.

Hard copies of UFC printed from electronic media should be checked against the current electronic version prior to use to ensure that they are current.

AUTHORIZED BY:

_____

JAMES C. DALTON, P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers

_____

STEVEN R. ISELIN.
Chief Engineer
Naval Facilities Engineering Command

_____

KATHLEEN I. FERGUSON, P.E.
The Deputy Civil Engineer
DCS/Installations & Logistics
Department of the Air Force

_____

Dr. GET W. MOY, P.E.
Director, Installations Requirements and
   Management
Office of the Deputy Under Secretary of Defense
   (Installations and Environment)

W912ER-11-D-0010-0006

**UNIFIED FACILITIES CRITERIA (UFC)
REVISION SUMMARY SHEET**

**Document:** UFC 4-722-01, Dining Facilities
**Superseding:** UFC 4-722-01 Dining Facilities, dated 2 July 2007

**Description of Changes:**

The following significant changes were made in this UFC revision:

- Updated Navy contacts and references.
- Improved the description of acquisition methodologies
- Added the option to designate a Dining facility as a "Mass Care Feeding Facility." [This designation and term to be verified with other Services.]
- For the Navy/USMC, the Size of Facilities and Space Program sections were enhanced to incorporate information from the P-80 and to make the information more readable and easier to understand. Storage space requirements and the net-to-gross multiplier were better defined.
- Figure 2-1, the dining facility bubble diagram, was improved.
- Chapter 3, Design Criteria, was reworked to incorporate new standard UFC paragraphs and to be more consistent with other facility UFCs.
- Equipment selection guidelines were updated as were references to current UFGS for food service equipment.
- The requirement for a cashier's safe was added.
- Best Practices were added/enhanced for the refrigerator/freezer, dry food storage, pulper extractor system, food service equipment conceptual list, utilities, and plumbing.

Additional minor editorial and formatting changes were made to enhance clarity and readability and to comply with the most recent version of UFC 1-300-01. Note that while Chapter 3 appears to have undergone a major revision, this is not really the case. A lot of the information in Chapter 3 has been moved around to match the standardized UFC format, resulting in a restructured chapter in which the actual criteria have changed very little. [The remaining issues that require coordination and resolution with the other Services are highlighted in yellow.]

**Reasons for Changes:**

The UFC has been changed for the following reasons:

- Facilitate the application of this document to design-build projects and to coordinate with the new Navy Model Design-build RFP.
- Clarify Navy facility sizing requirements and space criteria to minimize the potential for incorrectly-sized facilities (other Services have provided references to their applicable space criteria).
- Correct errors and outdated material and references.

W912ER-11-D-0010-0006

**Impact:**

The following improvements should result from this revision:

- The improved performance-based criteria and coordination with the model RFP (Navy) should reduce design-build proposals. Responders will be able to apply industry best-practices and more creativity to their proposals to reduce costs while still meeting the minimum technical design and construction standards outlined in Chapter 3.
- Navy and Marine Corps facilities should be sized more accurately.

2

**CONTENTS**

CHAPTER 1 INTRODUCTION ................................................................................. 4

1-1     SCOPE. ...................................................................................................... 4
1-2     DISTRIBUTION OF RESPONSIBILITIES. .................................................. 4
1-2.1   Army. ......................................................................................................... 4
1-2.2   Navy. ......................................................................................................... 4
1-2.3   Air Force. .................................................................................................. 5
1-2.4   Marine Corps. ........................................................................................... 5
1-3     COORDINATION. ....................................................................................... 5
1-3.1   Design Professionals. .............................................................................. 5
1-3.2   Acquisition Methodology. ......................................................................... 5
1-4     SCOPE OF FACILITY. ............................................................................... 6

CHAPTER 2 PLANNING AND LAYOUT ................................................................. 7

2-1     FOOD SERVICE PLANNING DETERMINATIONS. ..................................... 7
2-1.1   Number of Personnel to be Served. .......................................................... 7
2-1.2   Meal Schedule and Duration. .................................................................... 7
2-1.3   Payment. ................................................................................................... 7
2-1.4   Food Delivery and Eating Methodology. .................................................... 7
2-1.5   Menu. ........................................................................................................ 8
2-1.6   Staffing. .................................................................................................... 8
2-1.7   Bussing. .................................................................................................... 8
2-1.8   Other Facility Functions. .......................................................................... 8
2-1.9   Mass Care Feeding Facility. ...................................................................... 8
2-2     FUNCTIONAL SPACES. ............................................................................ 9
2-2.1   Entrance Lobby. ........................................................................................ 9
2-2.2   Queue. ...................................................................................................... 9
2-2.3   Serving Area. ............................................................................................ 9
2-2.4   Cashier Station. ........................................................................................ 9
2-2.5   Dining Area. .............................................................................................. 9
2-2.6   Public Toilets. ......................................................................................... 10
2-2.7   Dish/Pot-Washing. .................................................................................. 10
2-2.8   Kitchen and Preparation Areas. .............................................................. 10
2-2.9   Storage. .................................................................................................. 10
2-2.10  Loading Dock. ......................................................................................... 10
2-2.11  Support Areas. ........................................................................................ 10
2-2.12  Other Facility Functions. ........................................................................ 10
2-2.13  Building Services Areas. ......................................................................... 11
2-2.14  Trash & Garbage Removal and Recycling. .............................................. 11
2-3     SIZE OF FACILITIES. .............................................................................. 11
2-3.1   Army and Air Force. ................................................................................ 11
2-3.2   Navy and Marine Corps. .......................................................................... 11
2-4     SPACE PROGRAMS. ............................................................................... 12
2-4.1   Army. ....................................................................................................... 12
2-4.2   Navy and Marine Corps. .......................................................................... 12

W912ER-11-D-0010-0006

**A1538**

| | | |
|---|---|---|
| 2-4.2.1 | Space Program Assumptions. | 12 |
| 2-4.2.2 | Storage. | 13 |
| 2-4.2.3 | Net-to-Gross Multiplier. | 13 |
| 2-4.3 | Air Force. | 13 |
| 2-5 | BUILDING SITE. | 16 |
| 2-5.1 | Location. | 16 |
| 2-5.2 | Natural Light. | 16 |
| 2-5.3 | Separate Service Functions. | 16 |
| 2-5.4 | Patron Circulation. | 16 |
| 2-5.5 | Outdoor Dining Area. | 16 |
| 2-6 | BUILDING LAYOUT. | 16 |
| 2-6.1 | Flow Schematic. | 16 |
| 2-6.2 | Functional Planning. | 17 |
| 2-6.3 | Separate the Dining Area. | 18 |
| 2-7 | BUILDING DESIGN. | 18 |
| 2-7.1 | Design for Flexibility. | 18 |
| 2-7.2 | Aesthetics and Visual Image. | 18 |
| 2-7.3 | Glazing. | 18 |
| 2-7.4 | Design for Quality Work Environment. | 19 |
| 2-7.5 | Design for Durability and Maintainability. | 19 |
| **CHAPTER 3** | **DESIGN CRITERIA** | **20** |
| 3-1 | GENERAL. | 20 |
| 3-1.1 | Accessibility. | 20 |
| 3-1.2 | Antiterrorism. | 20 |
| 3-1.3 | Sustainability. | 20 |
| 3-1.4 | Commissioning. | 21 |
| 3-1.5 | Food Code. | 21 |
| 3-1.6 | Design for OCONUS Installations. | 21 |
| 3-2 | STRUCTURE. | 21 |
| 3-3 | ARCHITECTURE AND INTERIOR DESIGN. | 22 |
| 3-3.1 | General. | 22 |
| 3-3.2 | Coordination. | 22 |
| 3-4 | SERVICES. | 22 |
| 3-4.1 | Plumbing. | 22 |
| 3-4.1.1 | Waste Systems. | 23 |
| 3-4.1.2 | Water Supply Systems. | 23 |
| 3-4.1.3 | Additional Plumbing Criteria. | 24 |
| 3-4.2 | Heating, Ventilating, and Air Conditioning (HVAC). | 25 |
| 3-4.2.1 | Coordination. | 25 |
| 3-4.2.2 | Heat Recovery Equipment. | 25 |
| 3-4.2.3 | Controls. | 26 |
| 3-4.3 | Fire Protection and Life Safety. | 26 |
| 3-4.4 | Electrical Design. | 26 |
| 3-4.4.1 | Emergency Power. | 26 |
| 3-4.4.2 | CCTV. | 27 |
| 3-4.4.3 | Coordination. | 27 |

ii

3-5       **EQUIPMENT.** ................................................................................. 28
3-5.1     **Walk-In Refrigeration/Freezer.** ..................................................... 28
3-5.2     **Cashier's Safe.** ............................................................................. 28
3-6       **SITE WORK**. ................................................................................. 28
3-6.1     **Landscape.** ................................................................................... 29
3-6.2     **Parking, Access Drives, and Other Site Features.** ....................... 29

**APPENDIX A  REFERENCES** ................................................................. 30

**APPENDIX B  BEST PRACTICES** ............................................................ 33

B-1       **INTRODUCTION.** ........................................................................... 33
B-2       **GENERAL BUILDING DESIGN.** ..................................................... 33
B-2.1     **Interior Materials and Finishes.** ................................................... 33
B-2.2     **Acoustics.** .................................................................................... 35
B-3       **QUEUE.** ........................................................................................ 36
B-4       **DINING AREA.** .............................................................................. 36
B-5       **SERVERY.** .................................................................................... 36
B-6       **FOOD SERVICE AREAS.** .............................................................. 36
B-7       **FOOD SERVICE EQUIPMENT.** ..................................................... 38
B-7.1     **Sample Equipment Schedules.** ................................................... 38
B-7.2     **Vibration.** ..................................................................................... 40
B-7.3     **Utilities.** ....................................................................................... 41
B-8       **STAFF FACILITIES.** ..................................................................... 41
B-8.1     **Staff Toilets.** ................................................................................ 41
B-8.2     **Staff Lockers.** .............................................................................. 41
B-9       **PLUMBING DESIGN.** .................................................................... 42
B.9.1     **Sanitary Waste Piping.** ................................................................ 42

Figures

**FIGURE 2-1.**     **DINING FACILITY FLOW SCHEMATIC** ........................................... 17
**FIGURE B-1.**     **STORAGE ACCESS DIAGRAM** ..................................................... 38

Tables

**TABLE 2-1.**     **PERSONNEL TO BE SERVED BY MISSION** .................................. 11
**TABLE 2-2.**     **ESTIMATED STORAGE REQUIREMENTS** ..................................... 13
**TABLE 2-2A**     **NAVY SPACE PROGRAM** ............................................................. 14
**TABLE 2-2B.**    **NAVY SPACE PROGRAM** ............................................................. 15
**TABLE B-1.**     **ARCHITECTURAL FINISHES** ....................................................... 34
**TABLE B-2.**     **NAVY CONCEPTUAL EQUIPMENT LIST** ....................................... 39
**TABLE B-3.**     **STAFF LOCKER COUNT** .............................................................. 41

iii

## CHAPTER 1  INTRODUCTION

1-1          **SCOPE.**

This UFC (Unified Facilities Criteria) presents facility operation, programming, and sustainability information to guide the design and construction criteria for all Department of Defense (DoD) enlisted dining facilities for both outside (OCONUS) and inside the continental United States (CONUS).  Emphasis is placed on the design of functional and pleasant food service facilities that help attract and retain service personnel.  This UFC applies to both new construction and renovation and modernization projects.

1-2          **DISTRIBUTION OF RESPONSIBILITIES.**

1-2.1          **Army.**

There are three participants in the development of Army facility design.  First, the local command identifies the need for a new, modernized, or enlarged dining facility and initiates the project development process.  Second, the Army Corps of Engineers Center of Standardization for Army dining facilities is responsible for standards design and/or review of all Army facility designs.  Third, the Army Center of Excellence Subsistence (ACES) office sets the standard for all Army food service operations and determines the facilities and equipment required to perform the operations.  ACES is the agent of the Army Chief of Staff for Installation Management (ACSIM) Installation Management Agency (IMA).

Direct questions regarding **Army** projects to either HQUSACE/CECW-CER, 441 G Street NW, Washington, DC, 20314, telephone 202-761-0750 or the EPDF Center of Standardization, Norfolk, CENAO-TS-EA, 803 Front Street, Norfolk, VA, 23510, telephone 757-201-7220.

1-2.2          **Navy.**

There are four participants in the development of Navy facility design.  First, the local installation and facility manager identifies the need for a new, modernized, or enlarged dining facility and initiates the project development process.  Second, the Naval Facilities Engineering Command sets the standards for developing the criteria and establishing the facility space requirements.  Third, the Naval Supply Systems Command sets the standard food service operations.  Fourth, the management of the design and construction of Navy facilities is a joint effort of the Naval Facilities Engineering Command and the cognizant Navy Region.

Direct design questions regarding Navy projects to the following contacts:

- Office of the Chief Engineer, Naval Facilities Engineering Command, 1322 Patterson Avenue, SE, Suite 1000, Washington Navy Yard, DC  20374, telephone (202) 685-9167 or to the Commander, Naval Facilities Engineering Command Atlantic, 6506 Hampton Blvd Norfolk VA 23508-

4

1278, telephone 757-322-8000 or visit the NAVFAC website at
http://www.navfac.navy.mil.

- Commander, Navy Installations Command, Fleet and Family Readiness
  (N92), Galley Program Manager, 2713 Mitscher Road SW, Suite 200,
  Anacostia Annex, D.C. 20373-5802, telephone 202-433-4037.

### 1-2.3 Air Force.

There are three participants in the development of Air Force facility design. First, the
local installation Civil Engineer identifies the need for a new, modernized, or enlarged
dining facility and initiates the project development process. Second, an Air Force
project manager is designated to manage design and construction. Third, the Air Force
Services Agency sets the standards for all Air Force food service operations and
determines the facilities and equipment required to perform the operations.

Direct questions regarding Air Force projects to HQ AFCEE/TDB,
http://www.afcee.af.mil.

### 1-2.4 Marine Corps.

Headquarters Marine Corps, Logistics Food Service, Code (LFS-4) manages policies,
sets standards, and directs all food service operations within the Marine Corps. The
design project manager is responsible for approval of design and construction. Each
new mess hall facility will have a technical representative assigned by the activity Food
Service Office to coordinate needs and requirements between Code LFS-4, the
cognizant Naval Facilities Engineering Command component, and other activities as
needed.

### 1-3 COORDINATION.

Prior to project development, coordinate the design team composition and facility
requirements with the Service contacts provided in Chapter 1, Distribution of
Responsibilities and confirm the acquisition methodology.

### 1-3.1 Design Professionals.

The design team of record for dining facilities shall include a food service consultant that
is qualified as a member of Foodservice Consultants Society International or equal.
The design team should coordinate with Service user representatives and construction
staff.

### 1-3.2 Acquisition Methodology.

There are two primary acquisition methodologies for Government construction: design-
bid-build and design-build. Service personnel involved with project development should
understand the acquisition methodology as it affects how and when they can influence
the resulting facility design.

5

1-3.2.1    **Design-Bid-Build.**

The design-bid-build acquisition methodology is characterized by separation between the designer of record and the construction contractor. An internal or Government-contracted architect or engineer designs the facility, and the Government separately contracts for construction.  Service personnel have the opportunity to interface with the designer of record and influence the design at several predefined points in the design process.

1-3.2.2    **Design-Build.**

The design-build acquisition methodology is characterized by the combination of design and construction services under one contract. The Government contracts with one entity to prepare the design and to construct the facility based on the requirements outlined in a request for proposal (RFP). Service personnel have the opportunity to influence the design during the development of the RFP and during the design-build contractor selection process.  Any reviews that occur post contract award are limited to ensure compliance with the RFP and the contractor's proposal. Government-initiated design changes, particularly those that impact cost and schedule, typically cannot occur after award without a contract modification.

1-4    **SCOPE OF FACILITY.**

Dining facility functional design is driven by the number of personnel to be served, meal schedule and duration, payment style, food delivery and eating methodologies, and any additional functions accommodated in the specific facility.  These functions and how they drive the design of the facility are described in detail in Chapter 2, Food Service Planning Determinations.

## CHAPTER 2  PLANNING AND LAYOUT

2-1          **FOOD SERVICE PLANNING DETERMINATIONS.**

Planning the size and layout of dining facilities depends upon the following determinations.

2-1.1          **Number of Personnel to be Served.**

The number of personnel to be served drives the overall size of the facility (also see Chapter 2, Functional Spaces) per the following references:

- **Army.**  MILCON Transformation Model RFP guidelines.

- **Navy and Marine Corps.**  See Chapter 2, Size of Facilities and Chapter 2, Space Programs.

- **Air Force.**  Air Force Handbook AFH 32-1084, *Facility Requirements*.

2-1.2          **Meal Schedule and Duration.**

The meal schedule and duration affects both the sizing and layout of the facility.  The meal schedule may vary by Service, region, and Installation and shall be determined as part of the planning process.  Army meal durations are documented in AR 30-22, *Army Food Service Program.*

2-1.3          **Payment.**

The payment style affects the layout of the facility.

- Cafeteria style.  Patrons pay a set meal price upfront at a check-in station and choose from predetermined options.

- A la carte.  Patrons pick up individual menu items and pay only for the items selected at a check-out station at the exit of the serving area.

2-1.4          **Food Delivery and Eating Methodology.**

The food delivery and eating methodologies affect the size and layout of the facility.  Dining facilities may accommodate more than one of the following methodologies:

- Serving Line or Station.  Patrons choose from predetermined options off of serving lines or stations such as hot bar line, salad bar, deli bar, pizza bar, taco bar, etc.  Food may be packaged for consumption in the facility or for takeout.  Payment can be either cafeteria style or a la carte.

7

- Short order.  Patrons order items for custom preparation.  Food may be packaged for consumption in the facility or for takeout.  Payment can be either cafeteria style or a la carte.

- Takeout/Meal Replacement.  Patrons chose from assorted prewrapped and prepackaged items that may range from hamburgers and pizza to full meals.  Payment is typically a la carte.

2-1.5        **Menu.**

Menu options, nutritional guidelines, and the required variety shall be determined prior to design and shall be coordinated with the food delivery and eating methodologies. These will be used to determine the needed preparation, serving and storage area sizes and the equipment.

2-1.6        **Staffing.**

Staffing requirements shall be determined prior to design and will be used to size the administrative areas, staff lockers, and toilets.

2-1.7        **Bussing.**

The choice of contract/staff bussing or patron self-bussing is the option of the local command.  All facilities shall be designed to accommodate both modes of bussing, and this affects the facility layout.  Bussing carts should be screened from view of the dining area.

2-1.8        **Other Facility Functions.**

The dining facility may accommodate one or more of the following additional functions:

- Field Feeding/Vat Chow.  Dining facility prepares group meals for field consumption.  This function includes storage of field preparation and serving equipment.

- Flight Kitchens and Box/Bag Meals.  Dining facility prepares individual meals for field consumption.  This function requires either storage of individual meal packaging or storage of commercially-prepared individually-packaged meals.

- Recreation Chow.  Dining facility prepares special event group meals for consumption outside the facility.

2-1.9        **Mass Care Feeding Facility.**

Dining facilities may be designated as Mass Care feeding facilities [Navy term. Coordinate with other Services] if mission, region, and Installation requirements dictate. A Mass Care feeding facility is designed to remain operational after an emergency

8

incident when other dining opportunities will not be available.  This will significantly affect the project budget and requires classifying the building to meet a higher occupancy category per UFC 3-310-01, *Structural Load Data.*  See Chapter 3, Structure, for more information.  Also see Chapter 3, Electrical, for emergency back-up power requirements.  Coordinate with the Installation AT or emergency management plan.

## 2-2 FUNCTIONAL SPACES.

The food service planning determinations along with site conditions and other basic building design, operation, and Installation determinations establish the size, layout, and design of the facility functional spaces.

### 2-2.1 Entrance Lobby.

The entrance lobby is the main entrance to the facility, and the size is determined by the number of personnel to be served.  Provide a canopy or enclosure for patrons who arrive in advance of the opening of the facility.  In extreme weather areas, this function can be accomplished in the form of a vestibule.

### 2-2.2 Queue.

The queue is the space between the entrance lobby and the serving area and is determined by the serving capacity, the serving methodology, and the payment style.

### 2-2.3 Serving Area.

The serving area accommodates ordering and delivery of food to patrons and is determined by the food delivery methodology and the payment style.  The design of the serving area impacts the serving capacity and must be coordinated with queue and dining area.

### 2-2.4 Cashier Station.

The cashier station accommodates patron payment, and the configuration, location and number of stations are determined by the number of personnel served, food delivery methodology, and the payment style.  Payment options (cash, credit, Smart™ cards) will be determined prior to design.

### 2-2.5 Dining Area.

The dining area accommodates patron eating and relaxation.  It is determined by the number of personnel to be served and meal schedule and duration as expressed by turnover/serving capacity and seating capacity.   The design must also be coordinated with the food delivery methodology and bussing approach.

2-2.5.1 **Turnover/Serving Capacity.**  Turnover is the number of times a dining area seat is occupied during a given period.  Turnover drives the serving capacity,

9

which is the number of patrons served within the set meal duration.  The serving capacity is used to size the functional elements of the dining facility to ensure that the required number of patrons can be served in the meal duration.  The serving capacity shall be determined prior to design.

2-2.5.2      **Seating Capacity.**  Seating capacity is determined by considering the required serving capacity and the serving methodology.  The seating capacity is used to size the dining area of the facility.  For **Army** facilities, follow MILCON Transformation Model RFP guidelines.

2-2.6      **Public Toilets.**

The public toilets are determined by the number of personnel to be served.

2-2.7      **Dish/Pot-Washing.**

The dish- and pot-washing areas are determined by the number of personnel to be served, bussing considerations, the food delivery methodology, and the menu.

2-2.8      **Kitchen and Preparation Areas.**

The kitchen and all food preparation areas are determined by the number of personnel to be served, the food delivery methodology, the menu, the bussing style and the storage capacities.

2-2.9      **Storage.**

Storage areas accommodate stocks of subsistence (consumables) and nonsubsistence, e.g., tableware, cleaning supplies.  The areas are determined by analysis of the menu, the number of personnel to be served, and the defined delivery cycles.

2-2.10      **Loading Dock.**

The loading dock accommodates material transfer in and out of the facility and shall be coordinated with storage requirements.  Provide separate pathways to/from the loading dock for food delivery and trash removal.

2-2.11      **Support Areas.**

Support areas accommodate staff needs such as offices, training, cashier's office, other administrative tasks, toilets, lockers, and janitor closets.  The areas are determined by the mission and staffing requirements.  The cashier's office is used for counting money, contains the cashier's safe, and shall have a have a cipher lock on the exterior door.

2-2.12      **Other Facility Functions.**

These spaces will be determined by the specific facility functions required as described in Chapter 2, Food Service Planning Determinations.

10

2-2.13 **Building Services Areas.**

These spaces accommodate building services such as mechanical, electrical, and communications.

2-2.14 **Trash & Garbage Removal and Recycling.**

Garbage removal and recycling systems will be determined prior to design.

2-3 **SIZE OF FACILITIES.**

2-3.1 **Army and Air Force.**

Gross allowable area is defined by guidance provided for the Army and Air Force in the following documents:

- **Army.** MILCON Transformation Model RFP guidelines.

- **Air Force.** Air Force Handbook AFH 32-1084, *Facility Requirements*

2-3.2 **Navy and Marine Corps.**

Determine the number of personnel to be served by multiplying the projected maximum unaccompanied housing occupancy by the utilization factors in Table 2-1. Include the average on-board count of ships entitled to rations in-kind while shipboard facilities are out of service in the projected occupancy. Do not include personnel on separate rations in the projected occupancy.

**TABLE 2-1. PERSONNEL TO BE SERVED BY MISSION**

| Mission | Utilization Factor |
|---|---|
| **Training** | |
| Basic and/or Recruit Training | 95% |
| Service Schools | 85% |
| **Permanent Party** | |
| Remote Locations* | 90% |
| Naval Stations | 70% |
| Construction Battalions | 70% |
| Shipyards | 70% |
| Weapon Stations | 70% |
| Personnel Transfer and Overseas Processing Centers | 50% |
| **Brig** | 100% |

* Defined as a location with minimal available other feeding sources, on or off Installation.
**Note:** Officers and civilians shall only be included in the projected occupancy in overseas or remote locations where support is authorized.

11

The projected occupancy multiplied by the utilization factor equals the personnel served. The number of personnel served is used to establish the eight facility size classifications for dining facilities. See Chapter 2, Space Programs for facility areas by size classification. Additional place planning criteria can be found in UFC 2-000-05N (P-80), *Facility Planning Criteria for Navy/Marine Corps Shore Installations,* category code 722, *Bachelor Housing-Mess and Conference Facilities.*

2-4        **SPACE PROGRAMS.**

2-4.1        **Army.**

Army will follow MILCON Transformation Model RFP guidelines.

2-4.2        **Navy and Marine Corps.**

Table 2-2 identifies functional areas in Navy dining facilities and provides a target space allotment for each functional area. These targets have been provided to serve as a guide to the planner and designer considering the noted assumptions and are not restrictive. Actual gross allowable area for each project will be defined in the facility programming document DD Form 1391 for the specific project.

2-4.2.1        **Space Program Assumptions.**

The functional areas and associated space allotments identified in the Navy Space Program Tables reflect the assumptions below. Each project's areas and space allotments must be adjusted to align with the project-specific parameters.

- Preparation method is conventional cook-serve.

- Mission is basic or recruit training.

- Seating is based on 15 ft.$^2$ (1.4 m$^2$) per seat.

- Lobby queuing, and circulation space is minimized.

- Serving equipment for salads, entrees, and desserts are installed in one continuous attended counter with one continuous tray slide.

- One serving line is needed for every 200 seats.

- Baking operations are minimized and reflect minimum bake-off of pre-prepared dough or other items.

- Three meals per day are served, seven days per week.

- Dishwashing space reflects a rack dish machine.

- Bussing method is self-buss to remote dishroom.

12

- No provisions for catering are allocated other than Field Feeding/Vat Chow.

- Beverages are a free standing self-serve counter.

- Staff toilets do not provide showers.

2-4.2.2     **Storage.**

Storage area requirements typically range from 10 to 25% of the facility net area (public, preparation, serving and support areas) and include dry foods, refrigerated and frozen foods, consumables, and other non food goods.  Factors that influence the storage requirements are the method of preparation and the inventory period:

- Scratch preparation has different fresh, dry and refrigerated storage requirements from frozen convenience and pre-prepared (cook-chill) preparation.  The mix of preparation methods must be known to correctly size and design the storage areas.

- Inventory period is the time between deliveries.  It will be influenced by the facility location (CONUS vs. OCONUS and rural/remote vs. urban areas), facility mission, and the vendor location and delivery contract terms.  The longer the inventory period, the larger the storage requirements.

See Table 2-2 for a generalized breakdown of these factors and how they impact the storage requirements.

### TABLE 2-2.  ESTIMATED STORAGE REQUIREMENTS

| Inventory Period Factors | Food Preparation Factors | |
| --- | --- | --- |
|  | Frozen/cook-chill | Scratch |
| Often (urban) | 10-15% of net area | 15-20% of net area |
| Infrequent (rural/remote) | 15-20% of net area | 20-25% of net area |

2-4.2.3     **Net-to-Gross Multiplier.**

The net-to-gross multiplier accounts for mechanical and other utility space, wall thicknesses and other construction requirements.  It typically ranges from 15 to 25% of all net areas for dining facilities and is influenced by the mechanical system, the number of floors, and the overall layout and design of the building.  However, the net-to-gross multiplier must be carefully considered in the planning and design process and extreme anomalies can occur. Some OCONUS projects have resulted in net-to-gross multipliers as high as 50%.

2-4.3     **Air Force.**

The Air Force provides design guidelines for its facilities.

13

## TABLE 2-2A   NAVY SPACE PROGRAM

| | Facility Size Classifications | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **1-80** Personnel Served 62 Min. Seats 1.3 Min. Turnover | | **81-150** Personnel Served 108 Min. Seats 1.4 Min. Turnover | | **151-250** Personnel Served 116 Min. Seats 2.2 Min. Turnover | | **251-400** Personnel Served 172 Min. Seats 2.3 Min. Turnover | |
| **Functional Components** | ft.² | m² | ft.² | m² | ft.² | m² | ft.² | m² |
| **Public Areas** Dining Area and Circulation | 935 | 86.9 | 1630 | 151.4 | 1875 | 174.2 | 3000 | 278.7 |
| Public Toilets | 180 | 16.7 | 200 | 18.6 | 220 | 20.4 | 250 | 23.2 |
| Queue | 130 | 12.1 | 250 | 23.2 | 325 | 30.2 | 500 | 46.5 |
| Sign-in Station | 40 | 3.7 | 40 | 3.7 | 40 | 3.7 | 60 | 5.6 |
| **Subtotal** | **1285** | **119.4** | **2120** | **196.9** | **2460** | **228.5** | **3810** | **353.9** |
| **Serving Areas** Regular Food Line | 250 | 23.2 | 320 | 29.7 | | 0.0 | | 0.0 |
| Fast Food Line | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| Combination Food Line | | 0.0 | | 0.0 | 420 | 39.0 | 620 | 57.6 |
| Beverage Line | 200 | 18.6 | 250 | 23.2 | 350 | 32.5 | 500 | 46.5 |
| Cashier Station | 30 | 2.8 | 30 | 2.8 | 50 | 4.6 | 50 | 4.6 |
| Dish Washing | 180 | 16.7 | 250 | 23.2 | 320 | 29.7 | 380 | 35.3 |
| **Subtotal** | **660** | **61.3** | **850** | **79.0** | **1140** | **105.9** | **1550** | **144.0** |
| **Preparation Areas** Kitchen | 650 | 60.4 | 800 | 74.3 | 600 | 55.7 | 845 | 78.5 |
| Vegetable Preparation | | 0.0 | | 0.0 | 220 | 20.4 | 255 | 23.7 |
| Meat Preparation | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| Bakery | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| Utensil Wash | | 0.0 | | 0.0 | 175 | 16.3 | 220 | 20.4 |
| **Subtotal** | **650** | **60.4** | **800** | **74.3** | **995** | **92.4** | **1320** | **122.6** |
| **Support Areas** Offices | 230 | 21.4 | 310 | 28.8 | 400 | 37.2 | 580 | 53.9 |
| Staff Toilets | 260 | 24.2 | 260 | 24.2 | 260 | 24.2 | 260 | 24.2 |
| Staff Lockers | | 0.0 | | 0.0 | 120 | 11.1 | 160 | 14.9 |
| Janitor's Closet | 25 | 2.3 | 25 | 2.3 | 25 | 2.3 | 50 | 4.6 |
| Can Wash | 40 | 3.7 | 40 | 3.7 | 40 | 3.7 | 40 | 3.7 |
| Loading Dock (at 50%) | 200 | 18.6 | 200 | 18.6 | 200 | 18.6 | 230 | 21.4 |
| **Subtotal** | **755** | **70.1** | **835** | **77.6** | **1045** | **97.1** | **1320** | **122.6** |
| **FACILITY SUBTOTAL** | **3,350** | **311.2** | **4,605** | **427.8** | **5,640** | **524.0** | **8,000** | **743.2** |
| **Storage ranges from 10 to 25% of Facility Subtotal** | | | | | | | | |
| **Net-to-Gross ranges from 15 to 25% of Facility Subtotal** | | | | | | | | |
| **Flight Kitchen*** | 100 | 9.3 | 100 | 9.3 | 100 | 9.3 | 100 | 9.3 |
| **FACILITY TOTAL** | To be determined based on storage and net-to-gross | | To be determined based on storage and net-to-gross | | To be determined based on storage and net-to-gross | | To be determined based on storage and net-to-gross | |

* Not all locations will require a Flight Kitchen.

14

**A1551**

**TABLE 2-2B.  NAVY SPACE PROGRAM**

| | | Facility Size Classifications | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 401-650 Personnel Served 288 Min. Seats 2.3 Min. Turnover | | 651-1000 Personnel Served 345 Min. Seats 2.9 Min. Turnover | | 1001-1500 Personnel Served 460 Min. Seats 3.3 Min. Turnover | | 1501-2200 Personnel Served 575 Min. Seats 3.8 Min. Turnover | |
| | **Functional Components** | ft.$^2$ | m$^2$ | ft.$^2$ | m$^2$ | ft.$^2$ | m$^2$ | ft.$^2$ | m$^2$ |
| Public Areas | Dining Area and Circulation | 4700 | 436.6 | 6320 | 587.1 | 7565 | 702.8 | 11000 | 1021.9 |
| | Public Toilets | 300 | 27.9 | 320 | 29.7 | 340 | 31.6 | 370 | 34.4 |
| | Queue | 750 | 69.7 | 1000 | 92.9 | 1100 | 102.2 | 1650 | 153.3 |
| | Sign-in Station | 80 | 7.4 | 100 | 9.3 | 120 | 11.1 | 120 | 11.1 |
| | **Subtotal** | **5830** | **541.6** | **7740** | **719.0** | **9125** | **847.7** | **13140** | **1220.7** |
| Serving Areas | Regular Food Line | 600 | 55.7 | 650 | 60.4 | 1050 | 97.5 | 1300 | 120.8 |
| | Fast Food Line | 600 | 55.7 | 650 | 60.4 | 650 | 60.4 | 650 | 60.4 |
| | Combination Food Line | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| | Beverage Line | 650 | 60.4 | 700 | 65.0 | 810 | 75.2 | 1056 | 98.1 |
| | Cashier Station | 100 | 9.3 | 150 | 13.9 | 200 | 18.6 | 250 | 23.2 |
| | Dish Washing | 450 | 41.8 | 600 | 55.7 | 730 | 67.8 | 1032 | 95.9 |
| | **Subtotal** | **2400** | **223.0** | **2750** | **255.5** | **3440** | **319.6** | **4288** | **398.4** |
| Preparation Areas | Kitchen | 1000 | 92.9 | 1100 | 102.2 | 1285 | 119.4 | 1600 | 148.6 |
| | Vegetable Preparation | 300 | 27.9 | 350 | 32.5 | 360 | 33.4 | 600 | 55.7 |
| | Meat Preparation | | 0.0 | 240 | 22.3 | 300 | 27.9 | 500 | 46.5 |
| | Bakery | | 0.0 | 690 | 64.1 | 825 | 76.6 | 1035 | 96.2 |
| | Utensil Wash | 330 | 30.7 | 400 | 37.2 | 500 | 46.5 | 600 | 55.7 |
| | **Subtotal** | **1630** | **151.4** | **2780** | **258.3** | **3270** | **303.8** | **4335** | **402.7** |
| Support Areas | Offices | 700 | 65.0 | 700 | 65.0 | 700 | 65.0 | 900 | 83.6 |
| | Staff Toilets | 360 | 33.4 | 430 | 39.9 | 450 | 41.8 | 500 | 46.5 |
| | Staff Lockers | 260 | 24.2 | 380 | 35.3 | 380 | 35.3 | 480 | 44.6 |
| | Janitor's Closet | 50 | 4.6 | 75 | 7.0 | 75 | 7.0 | 100 | 9.3 |
| | Can Wash | 40 | 3.7 | 60 | 5.6 | 60 | 5.6 | 60 | 5.6 |
| | Loading Dock (at 50%) | 300 | 27.9 | 300 | 27.9 | 400 | 37.2 | 400 | 37.2 |
| | **Subtotal** | **1710** | **158.9** | **1945** | **180.7** | **2065** | **191.8** | **2440** | **226.7** |
| | **FACILITY SUBTOTAL** | **11,570** | **1,074.9** | **15,215** | **1,413.5** | **17,900** | **1,662.9** | **24,203** | **2,248.5** |
| | **Storage ranges from 10 to 25% of Facility Subtotal** | | | | | | | | |
| | **Net-to-Gross ranges from 15 to 25% of Facility Subtotal** | | | | | | | | |
| | **Flight Kitchen*** | **125** | **11.6** | **125** | **11.6** | **150** | **13.9** | **150** | **13.9** |
| | **FACILITY TOTAL** | To be determined based on storage and net-to-gross | | To be determined based on storage and net-to-gross | | To be determined based on storage and net-to-gross | | To be determined based on storage and net-to-gross | |

\* Not all locations will require a Flight Kitchen.

15

W912ER-11-D-0010-0006

**A1552**

2-5        **BUILDING SITE.**

This facility will be a focal point of the local community.  It should be an open and inviting gathering place for service personnel.  Address the following factors in the site selection and design.

2-5.1        **Location.**

Locate the facility along the pedestrian paths to the existing barracks/dormitories and centralized support services.  Accommodate patron access through the relationships to existing vehicular and pedestrian circulation patterns, bike trails, and bus stops.  If served by shuttle busses, provide a Porte Cochere.  Provide adequate parking as close to the facility as possible within antiterrorism (AT) requirements.

2-5.2        **Natural Light.**

Select a site to maximize the admission of natural light while minimizing heat gain through the glazing.

2-5.3        **Separate Service Functions.**

Separate service functions such as loading docks, maintenance yards, trash containers, on-grade mechanical equipment, and staff parking from the rest of the site by architectural screening, landscaping, or grading.

2-5.4        **Patron Circulation.**

Patrons arrive from many directions.  Identify the various access points, both pedestrian and vehicular, and channel circulation to the entrance of the building.  Encourage smooth circulation by landscaping and paving complementary to the building.  Entry circulation begins as the patron enters the site and continues through the interior of the facility.

2-5.5        **Outdoor Dining Area.**

If the site and climate permits, provide an outdoor dining area,.

2-6        **BUILDING LAYOUT.**

The building should be laid out to foster efficient flow of people, materials, and work activities.  It should also visually and acoustically separate patron functions from food preparation and cleaning functions.

2-6.1        **Flow Schematic.**

Figure 2-1 schematically illustrates the building layout in terms of major functional areas and displays the flow of people and material.  For **Air Force** facilities, also refer to their *Dining Facilities Design Guide.*

16

FIGURE 2-1.   DINING FACILITY FLOW SCHEMATIC



2-6.2       **Functional Planning.**

The relationship among the various storage, preparation, cooking, serving, and cleaning functions must be carefully studied to provide the maximum flow and efficiency.  Keep travel distances short and minimize crossover of circulation paths.  Maintain open sight lines as possible and utilize mobile food service equipment for flexibility.  Provide utility connections for mobile food service equipment.  Plan for various serving styles.

17

2-6.3          **Separate the Dining Area.**

The dining area represents the conclusion of the patron process of arrival, queuing, identification, serving, and payment.  To the extent possible, separate seated patrons from the congestion and movement of arriving and departing patrons.  To avoid congestion within the dining facility, patron circulation space at bussing area should be as large as possible.

2-7          **BUILDING DESIGN.**

The planning and budgeting process shall include the following design considerations.  Emphasis is placed on the design of functional and pleasant food service facilities that help attract and retain patrons.  The building design shall comply with Command and Installation architectural standards.  The dining facility can represent a visual focal point on base, similar to a headquarters building, and its design can set the standard for the Installation.

2-7.1          **Design for Flexibility.**

Planners and designers should recognize that future renovations, additions and expansions of the facility are likely.

2-7.2          **Aesthetics and Visual Image.**

The dining experience represents a break in the patron's day.  Its design should provide a visual respite as well.  The designer should provide an aesthetic and visual image in keeping with the recreational functions of the facility.

2-7.2.1          **Develop Architectural Character.**  Create an appealing environment through interesting plan areas, spatial volumes, and other design elements.  If outdoor dining is provided, consider the effect on both the facility layout and design character.

2-7.2.2          **Signage.**  Develop a comprehensive signage package for the facility that addresses both way-finding and information.

2-7.2.3          **Menus.**  The main menu board is a focal point of the entry.  Individual serving lines and stations will have their own menu, and the design and location of the menu board will depend on the serving methodology.

Design the entrance areas for flexibility to allow a variety of menu designs in terms of accessibility, space, power, and lighting.

2-7.3          **Glazing.**

The admission of natural light contributes significantly to the energy efficiency of the building and communicates a feeling of well-being and openness.  Coordinate glazing design with the lighting design (see Chapter 3, Lighting).

18

Direct sunshine on dining patrons can be uncomfortable and distracts from a positive dining experience. Provide shading devices, window treatments, tinted glass or landscaping to minimize direct sunlight on the glazing and glare in the dining area.

Skylights are prohibited in Navy and Marine Corps dining facilities.

2-7.4 **Design for Quality Work Environment.**

Ensure quality building systems, adequate employee facilities, easily accessible safety devices, and prevention of entry by vermin and insects.

2-7.5 **Design for Durability and Maintainability.**

The materials proven to be the most durable are shown in Table B-1 and should be accommodated in the budget. The design should accommodate access for cleaning and maintenance in high-wear areas, including food preparation, dishwashing, and pot- and pan-washing areas.

## CHAPTER 3  DESIGN CRITERIA

3-1          **GENERAL.**

References within this UFC to applicable criteria and codes are intended to assist the designer in compiling the required statutes. These references are not intended to identify all those that may apply. It is the responsibility of the designer of record to identify and comply with all required statutes.

Use UFC 1-200-01, *General Building Requirements* for guidance on the use of model building codes for design and construction of DoD facilities.

3-1.1          **Accessibility.**

Barrier-free design should be in accordance with the requirements of the Federal Accessibility Standards (UFAS) as required by 42 U.S.C. 4151-4157, Architectural Barriers Act of 1968, and consistent with 29 U.S.C. 794, Rehabilitation Act of 1973, but also meet the requirements of the Americans with Disabilities Act Accessibility Guidelines (ADAAG).  Use the criteria that provide the greatest barrier-free design requirements.  The soon to be released DOD Accessibility Standards will implement the US Access Board's update of the ABA and ADA guidelines and supersede the requirements noted above.

3-1.2          **Antiterrorism.**

Design this facility in accordance with UFC 4-010-01, *DoD Minimum Antiterrorism Standards for Buildings.*  UFC 4-010-01 is a multidiscipline UFC therefore all architectural/engineering disciplines need to be aware of the requirements.  Examples include, but are not limited to, the following:

- Civil engineers need to be aware that UFC 4-010-01 will affect site location of buildings, roadways, parking, access roads, and landscaping.

- Mechanical engineers need to be aware that UFC 4-010-01 will affect air intake design and location, utility routing, mail room ventilation, HVAC controls, HVAC equipment support, and the site location of chillers, compressors and other heavy equipment.

- Electrical engineers need to be aware that UFC 4-010-01 will affect HVAC controls, utility routing, electrical equipment support, mass notification, and site location of substations, transformers, generators, and other heavy equipment.

3-1.3          **Sustainability.**

Design and construct the facility to comply with UFC 4-030-01, *Sustainable Development.*  The sustainable development policies for each Service are referenced in UFC 4-030-01 and provide the specific requirements that must be met.

3-1.4        **Commissioning.**

In addition to the building systems that are required to be commissioned per the latest version of U.S. Green Building Council (USGBC) LEED Rating System, the following additional systems or equipment require LEED Fundamental Commissioning as a minimum:  All powered food service equipment and associated exhaust and fire protection systems.

3-1.5        **Food Code.**

Design facilities to meet U.S. Department of Health and Human Services, Public Health Service, Food and Drug Administration, *Food Code,* latest edition.

3-1.6        **Design for OCONUS Installations.**

Specific guidance for construction in OCONUS locations will be the subject of special consideration.  The designer shall comply with Host Nation Agreements.

3-1.6.1        **Army.**  Construction of OCONUS dining facilities must follow Department of the Army (DA) Standard Designs by the Army Center of Excellence, Subsistence and Corps of Engineers and conform to applicable codes and standards.

3-1.6.2        **Navy and Marine Corps.**  All designs must conform to applicable codes and standards.  OCONUS construction may comply with additional requirements based on location.  The lead agency for Japan is the Army Corps of Engineers, which serves as project coordinators between the Government of Japan (GOJ) and the U.S. Government (USG).  Facilities located in Hawaii will comply with OCONUS requirements.

3-1.6.3        **Air Force.**  New construction of OCONUS dining facilities must comply with Overseas Environmental Baseline Guidance Document (OEBGD).

3-2        **STRUCTURE.**

In addition to the criteria established in Section 3-1 of this document, refer to UFC 3-310-01, *Structural Load Data.*  **Service Exception:**  For Navy projects, also comply with UFC 3-300-10N, *Structural Engineering.*  In the near future all DoD projects shall comply with UFC 3-300-01, Structural Engineering."

If the facility has been designated as a Mass Care feeding facility (See Chapter 2, Mass Care Feeding Facility) the building shall be designed and constructed to meet an Occupancy Category IV per UFC 3-310-01.

3-3        **ARCHITECTURE AND INTERIOR DESIGN.**

3-3.1        **General.**

General guidance for architectural and interior design is provided in the following documents:

- UFC 3-120-10, *Interior Design.*

- **Navy and Marine Corps.**  Comply with UFC 3-100-10N, *Architecture.*

- **Army.**  Use the local installation design guide and MILCON Transformation RFP Guidelines.

- **Air Force.**  Use AFMAN 32-1008, *Installation Design* and MAJCOM and Installation Architectural Compatibility/Facilities Excellence standards.

3-3.2        **Coordination.**

The following Items require coordination with the architectural design:

- Requirements for floor drains, wall recesses, stub walls, and any pads or piers needed for food service equipment,

- All bumpers, guards, and protective devices,

- The use of special materials such as quarry tile, noncorrosive ceiling grid, skim coat plaster on Concrete Masonry Unit (CMU) walls, metal acoustic ceilings, plaster ceilings, and smooth face lay-in tile,

- All roof, ceiling, floor, and wall penetrations for ducts, control lines, refrigerant tubing, etc.,

- Floor elevation and slope requirements to ensure proper drainage of water in wet areas, and

- Doors from the loading dock into kitchen shall be at least 8 ft. (2.4 m) tall and of adequate width in order to accommodate equipment.

3-4        **SERVICES.**

3-4.1        **Plumbing.**

Design domestic hot and cold water, sanitary and storm drainage, propane, fuel oil, or natural gas systems to meet the requirements of local Installation standards, and UFC 3-420-01, *Plumbing Systems.*

Also comply with following in the design of the plumbing system:

22

- **Army.** Use TI-800-01, *Design Criteria*.

- **Air Force.** Use Air Force Handbook AFI 32-1066, *Plumbing Systems*.

3-4.1.1 **Waste Systems.**

Comply with the following requirements:

- Grease traps are typically located outside the building near the loading dock but outside of vehicle pathways and shall be easily accessible for cleaning. Exposed covers shall be rust-proof and skid resistant.

- If grease interceptors are used in lieu of central grease traps to service individual equipment, they shall be easily accessible for cleaning, be located outside of food preparation areas, and not project above the floor in open walkways or work areas. Exposed covers shall be rust-proof and skid resistant.

- Local jurisdiction or waste management program will determine the type of waste permitted from food grinders and waste pulping system.

- Apply an air gap of two pipe diameters to all kitchen equipment drains not having other backflow protection. Navy projects also use Cross-Connection Control and Backflow Prevention Program Implementation.

- Coordinate floor sinks of adequate size and non–splash receptor design with drained equipment requirements. Prime floor drains are not used as indirect waste receptors or provided with deep seal traps.

- Do not locate waste piping above kitchen and storage area.

- Visually-exposed equipment waste and drain lines shall be chrome plated or be chrome sleeve copper pipe and fittings.

- Coordinate drain requirements for HVAC, cold storage refrigeration equipment, and the can wash.

3-4.1.2 **Water Supply Systems.**

Comply with the following domestic water requirements:

- Coordinate specialized food service equipment needs for hard/soft water and pressure.

- If building water is not filtered as part of a central system, provide a kitchen based central water filter with filters for .5 micron particulates and taste. Split discharge for two circuits: The first circuit connects to soda and cold beverage machines and the second circuit shall include a

23

polyphosphate additive before connecting to coffee brewers, equipment with boilers, and ice makers.

- Provide high-temperature water supply for the dishwasher, pot and pan wash, can wash, and field feeding area (if provided).

- Diversity factors for water heating based on food service equipment usage. Dining facilities may require two or more different hot water temperatures zones. Public and employee handwashing sinks require either temperature-limiting devices or different incoming hot water temperature than food equipment.

- Hot water storage and recirculation. Note: where limited flow fixtures are required, piping and recirculation system adjustments may be required to ensure hot water at fixture.

- Backflow protection is required on all water connections, including connections to beverage machines that may include internal backflow prevention, in accordance with the references provided in this UFC.

3-4.1.3    **Additional Plumbing Criteria.**

Comply with the following plumbing design requirements:

- Food service designer determines the locations and specifications for all food service equipment (fixed and relocatable). Food service equipment layout and specifications must be coordinated with the facility mechanical designer for coordination of facility plumbing design.

- The locations of all water, waste, steam and steam condensate, refrigeration condensate, chilled water supply and return, floor drains, and gas lines shall be coordinated with equipment requirements. These lines must be concealed but readily accessible for maintenance. Provide washable covers where the lines are exposed.

- Unavoidable exposed vents for island or freestanding equipment must be coordinated with the architect for enclosure.

- All special or custom-made water-, gas-, and steam-consuming equipment must be installed by the plumbing contractor. Design and location of required grease traps will require coordination among the mechanical, plumbing, architectural, and, possibly, the structural designers.

- If under-floor conduits are used for routing of the beverage system, ensure that they are sealed conduits with cleanouts and pull boxes every 100 ft. (30.5 m), installed with pull lines and sealed upon product line installation.

- Provide floor drains and hose bibb in beverage storage area.

24

- Provide plumbing and allocated hot water capacity to the automatic wash-down system with battery back-up wash timer for exhaust hoods, if appropriate.

- Coordinate any special requirements for plumbing connections to utility distribution systems.

- Flexible connections must be 300-series braided stainless steel, fittings must be brass or stainless steel, hose coverings must be NSF-approved coatings and fitted with required restraints.

3-4.2    **Heating, Ventilating, and Air Conditioning (HVAC).**

Design the HVAC system to meet the requirements of the most current edition of the International Mechanical Code (IMC); UFC 3-410-01FA, *Heating, Ventilating, and Air Conditioning;* and UFC 3-410-02A, *Heating, Ventilating, and Air Conditioning (HVAC) Control Systems.* **Service Exception:** For Navy projects, design the HVAC system to meet the requirements of UFC 3-400-10N, *Mechanical Engineering.*

Also comply with following in the design of the mechanical system:

- National Fire Protection Association (NFPA) 96, *Ventilation Control & Fire Protection of Commercial Cooking Operation.*

- Underwriters Laboratories (UL) 710, *Exhaust Hoods for Commercial Cooking Equipment.*

3-4.2.1    **Coordination.**

The following items require coordination with the HVAC design:

- Location and size of all ventilated equipment such as exhaust hoods, dishwashing equipment, etc.

- Special requirements for ductwork connecting to equipment such as drip pans and pitched or vented duct work.

- Ventilation of remote refrigeration condensers.

- Balance of air supply systems so cooking and waste areas are under negative pressure, ensuring that odors are not carried into public areas.

3-4.2.2    **Heat Recovery Equipment.**

Economic analysis of heat recovery equipment, particularly from ventilation, cold storage, and central HVAC refrigeration, must be per the following "Life Cycle" guidelines:

- **Army.** TI-800-01, *Design Criteria*.

25

- **Navy and Marine Corps.** NAVFAC P-442, *Economic Analysis Handbook*.

- **Air Force.** AFH 32-1089, *Economic Analysis Guidance Manual*.

3-4.2.3 **Controls.**

[are these Army and AF specific?] Specify direct digital control (DDC) system per UFGS 23 09 23.13 20, *BACnet Direct Digital Control Systems for HVAC* or UFGS 23 09 23, *Direct Digital Control for HVAC and other Local Building Systems [believe this is Army only]*. Coordinate DDC specification to ensure proper interface to existing or planned base-wide DDC/EMCS system. [For Navy, this entire para. can be deleted.]

3-4.3 **Fire Protection and Life Safety.**

Design fire protection and life safety to comply with UFC 3-600-01, *Fire Protection Engineering for Facilities.* **Service Exception:** For Navy projects, also comply with UFC 3-600-10N, *Fire Protection Engineering.*

3-4.4 **Electrical Design.**

Provide site electrical utilities, interior distribution systems, and communications and security according to UFC 3-500-10, *Electrical Engineering* (Draft) and the latest Installation design requirements.

- Site Electrical Utilities includes equipment, overhead power distribution, underground electrical systems, grounding, metering, and exterior site lighting.

- Interior distribution systems include service entrance and distribution equipment, TVSS, dry type transformers, wiring devices, raceways, conductors, interior lighting systems, emergency power systems, lightning protection systems, and systems furniture.

- Communications and security includes telecommunications systems, television systems, electronic security systems (ESS), and intercommunication systems.

In addition to the criteria identified above, comply with the following dining facility-specific requirements:

3-4.4.1 **Emergency Power.**

Comply with the following for emergency power requirements:

- **Army.** MILCON Transformation Model RFP guidelines.

26

- **Navy.** Provide service entrance with external temporary emergency generator hook-up for the facility. At a minimum, loads to be supported by the emergency generator include the following: 100% cold storage and facility lighting. If required by activity, support additional loads to be determined on a case-by-case basis. Ensure availability of a hard surface area adjacent to the building service entrance to accommodate the generator.

  If the facility has been designated as a Mass Care feeding facility, provide a permanent, external self-contained emergency generator that shall power the entire facility load. Provide 72 hours of fuel storage. See Chapter 2, Mass Care Feeding Facility, for more information.

- **Air Force.** Air Force Manual AFJM 32-1083, *Electrical Interior Facilities.* AFI 32-1063, *Electric Power Systems*, authorizes an emergency generator for one feeding facility per installation, with MAJCOM having authority to approve additional eating facilities.

3-4.4.2     **CCTV.**

**Service Exception:** For Navy and USMC projects provide the infrastructure for a CCTV system. The contacts provided in Chapter 1, Distribution of Responsibilities, will determine if design and construction funds will be provided for a complete and usable CCTV system.

[Need Army and AF requirements.]

3-4.4.3     **Coordination.**

The following items require coordination with the electrical design:

- Location of the cashier stations to accommodate both data and telephone outlets.

- All projected power requirements for food service equipment (coordinated with the food service designer as early as possible). In addition to the power characteristics, the type of electrical connection required (plug-in, junction box), and other special requirements for each piece of equipment must be determined.

- Integration of food service equipment with fire suppression system controls.

- Electrical service requirements for all equipment must be as specified in the Unified Facilities Guide Specifications (UFGS) listed in Chapter 3, Equipment.

27

- Floor-mounted flush receptacles and conduit stub-ups are not permitted in the kitchen area or serving line. For safety reasons, ceiling cord reels shall be provided in these areas.

3-5        **EQUIPMENT.**

Provide the type, quantity and size of equipment necessary and with sufficient redundancy and/or multi-function features to develop meals based on the following requirements:

- The facility's 21-day menu;

- The facility's staffing plan;

- The facility's hours of operation, meal schedule and duration;

- Normal maintenance requirements;

- The standards of quality required in the latest editions of UFGS 11 41 11, 11 42 00, 11 44 00, 11 46 00, 11 47 00, and 11 48 00.

- All other code requirements in this UFC.

**Service Exception:**  For Navy projects also refer to UFC 3-190-07N *Food Service Equipment Operation and Maintenance.*

3-5.1        **Walk-In Refrigeration/Freezer.**

To retain refrigerated air and reduce insect infestations per Navy Bureau of Medicine and Surgery P-5010 (BUMED P-5010), provide vinyl slatted curtains hanging inside the doors or provide a blower type air curtain outside the doors of walk-in refrigerators and freezers.  For the **Army** and **Air Force** use TB MED 530.

Provide a heated view port window in the door of walk-in refrigerators and freezers to permit views of anyone entering or exiting, and provide a safety handle on the interior of the door.

3-5.2        **Cashier's Safe.**

Provide a three-tumbler safe containing individual combination-locked compartments for each cashier plus one cash collection agent.

3-6        **SITE WORK**.

Comply with UFC 2-600-01, *Installation Design*.  For **Navy** projects, comply with UFC 3-200-10N, *Civil Engineering.*

28

3-6.1        **Landscape.**

Comply with UFC 3-201-02, *Design: Landscape Architecture* and the local Installation landscape standards.  For **Air Force**, also refer to the USAF *Landscape Guide* and any Major Command standards.

3-6.2        **Parking, Access Drives, and Other Site Features.**

Comply with UFC 3-210-02, *POV Site Circulation and Parking*.

29

## APPENDIX A  REFERENCES

AFH 32-1084, *Facility Requirements,* HQ United States Air Force,
http://www.wbdg.org/ccb/

AFH 32-1089, *Economic Analysis Guidance Manual,* HQ United States Air Force,
http://www.wbdg.org/ccb/

AFI 32-1063, *Electric Power Systems,* HQ United States Air Force,
http://www.wbdg.org/ccb/

AFI 32-1066, *Plumbing Systems,* HQ United States Air Force, http://www.wbdg.org/ccb/

AFJM 32-1083, *Electrical Interior Facilities,* HQ United States Air Force,
http://www.wbdg.org/ccb/

AFMAN 32-1008, *Installation Design,* HQ United States Air Force,
http://www.wbdg.org/ccb/

AR 30-22, *Army Food Service,* U.S. Army Engineering and Support Center, Huntsville,
http://www.hnd.usace.army.mil/

*Dining Facilities Design Guide,* U.S. Air Force Center for Environmental Excellence
http://www.afcee.af.mil

*Food Code,* U.S. Department of Health and Human Services, Food and Drug
Administration, http://www.fda.gov/

LEED® Green Building Rating System, The United States Green Building Council,
www.usgbc.org

*Overseas Environmental Baseline Guidance Document,* Department of Defense (DOD),
http://www.wbdg.org/ccb

Membership Directory, Foodservice Consultants Society International,
http://www.fcsi.org/

MIL-HDBK-1004/6, *Lightning Protection,* Naval Facilities Engineering Command
(NAVFAC), https://portal.navfac.navy.mil/

NFPA 96, *Standard for the Installation of Equipment for the Removal of Smoke and
Grease Laden Vapors from Commercial Cooking Equipment,* National Fire
Protection Association (NFPA), http://www.nfpa.org

P-442, *Economic Analysis Handbook,* August 1993, Naval Facilities Engineering
Command (NAVFAC), https://portal.navfac.navy.mil/

30

P-5010, *Manual of Navy Preventive Medicine,* Navy Bureau of Medicine and, Surgery,
http://navymedicine.med.navy.mil/

TB MED 530, *Food Service Sanitation,* U.S. Department of the Army,
http://www.army.mil/

TI-800-01, *Design Criteria,* U.S. Army Engineering and Support Center, Huntsville,
http://www.hnd.usace.army.mil/

UFC 1-200-01, *General Building Requirements,* Department of Defense (DOD),
http://www.wbdg.org

UFC 2-000-05N (P-80), *Facility Planning Criteria for Navy/Marine Corps Shore
Installations,* Department of Defense (DOD), http://www.wbdg.org

UFC 2-600-01, *Installation Design,* Department of Defense (DOD), http://www.wbdg.org


UFC 3-100-10N, *Architecture,* Department of Defense (DOD), http://www.wbdg.org

UFC 3-120-10, *Interior Design,* Department of Defense (DOD), http://www.wbdg.org

UFC 3-190-07N Food Service Equipment Operation and Maintenance

UFC 3-201-02, *Landscape Architecture,* Department of Defense (DOD),
http://www.wbdg.org

UFC 3-210-02, *POV Site Circulation and Parking,* Department of Defense (DOD),
http://www.wbdg.org

UFC 3-300-10N, Structural Engineering, Department of Defense (DOD),
http://www.wbdg.org

UFC 3-310-01, *Structural Load Data,* Department of Defense (DOD),
http://www.wbdg.org

UFC 3-400-10N, *Mechanical Engineering,* Department of Defense (DOD),
http://www.wbdg.org

UFC 3-410-01FA, *Heating, Ventilating, and Air Conditioning,* Department of Defense
(DOD), http://www.wbdg.org

UFC 3-410-02A, *Heating, Ventilating, and Air Conditioning (HVAC) Control Systems,*
Department of Defense (DOD), http://www.wbdg.org

UFC 3-420-01, *Plumbing Systems,* Department of Defense (DOD), http://www.wbdg.org

UFC 3-500-10, *Electrical Engineering* (Draft), Department of Defense (DOD), http://www.wbdg.org

UFC 3-600-01, *Fire Protection Engineering for Facilities,* Department of Defense (DOD), http://www.wbdg.org

UFC 3-600-10N, *Fire Protection Engineering,* Department of Defense (DOD), http://www.wbdg.org

UFC 4-010-01, *DoD Minimum Antiterrorism Standards for Buildings,* Department of Defense (DOD), http://www.wbdg.org

UFC 4-030-01, *Sustainable Development,* Department of Defense (DOD), http://www.wbdg.org

UFGS 11 41 11, Refrigerated and Frozen Food Storage Equipment, Department of Defense (DOD), http://www.wbdg.org

UFGS 11 42 00, Food Preparation Equipment, Department of Defense (DOD), http://www.wbdg.org

UFGS 11 44 00, Food Cooking Equipment, Department of Defense (DOD), http://www.wbdg.org

UFGS 11 46 00, Food Dispensing Equipment, Department of Defense (DOD), http://www.wbdg.org

UFGS 11 47 00, Ice Machines, Department of Defense (DOD), http://www.wbdg.org

UFGS 11 48 00, Cleaning and Disposal Equipment, Department of Defense (DOD), http://www.wbdg.org

UFGS 23 09 23.13 20, *BACnet Direct Digital Control Systems for HVAC*, Department of Defense (DOD), http://www.wbdg.org

UFGS 23 09 23, *Direct Digital Control for HVAC and other Local Building Systems,* Department of Defense (DOD), http://www.wbdg.org

UL 710, *Exhaust Hoods for Commercial Cooking Equipment,* Underwriters Laboratories, www.ul.com

*USAF Landscape Design Guide,* U.S. Air Force Center for Environmental Excellence http://www.afcee.af.mil

U.S. Department of Agriculture, http://www.usda.gov/

32

## APPENDIX B  BEST PRACTICES

B-1      **INTRODUCTION.**

The following material identifies current good design practices for each functional area as outlined in the space program.  The designer is expected to interpret this guidance and configure the functional areas according to the needs of the project.

B-2      **GENERAL BUILDING DESIGN.**

B-2.1      **Interior Materials and Finishes.**

Approved finishes for functional areas are located in Table B-1.  For deviation requests see Chapter 1, Distribution of Responsibilities.  Floors that are slip resistant, drain well, and clean easily are of paramount importance.  Floors must be able to endure cleaning by high-pressure spray equipment.  All finishes shall be coordinated with the interior designer.

**TABLE B-1.  ARCHITECTURAL FINISHES**

| Space | Finishes | | | | |
|---|---|---|---|---|---|
| | **Floor** | **Base** | **Walls** | **Protect** | **Ceiling** |
| Entry/Vestibule | QT or VCT | QT, Vinyl or Rubber | Note 1 | | Note 3 |
| Queue | QT or VCT | QT, Vinyl or Rubber | Note 1 | | Note 3 |
| Public Toilets | CT | CT | CT | | MR ACT |
| Check-in | QT or VCT | QT, Vinyl or Rubber | Note 1 | | Note 3 |
| Dining Area | Carpet, VCT, or QT | Vinyl or Rubber | Note 1 | Note 2 | Note 3 |
| Serving, Patron Side | QT | QT | CT or GSU | Wall, Corners | MR ACT |
| Serving, Server Side | QT | QT | CT or GSU | Wall, Corners | MR ACT |
| Dishwashing | QT | QT | GSU | Wall, Corners | MR ACT |
| Food Preparation Area | QT | QT | GSU | Wall, Corners | MR ACT |
| Utensil Wash | QT | QT | GSU | Wall, Corners | MR ACT |
| Storage, Freezer | QT | | MIP | | MIP |
| Storage, Chilled | QT | | MIP | | MIP |
| Storage, Dry | VCT | QT, Vinyl or Rubber | GWC on CMU | Corners | ACT |
| Storage, Non Food | Concrete | Vinyl or Rubber | GWC on CMU | Corners | Exposed or ACT |
| Storage, Carb. Beverage | QT | QT, Vinyl or Rubber | GWC on CMU | | ACT |
| Offices | VCT | Vinyl or Rubber | Painted CMU | | ACT |
| Staff Toilets | CT | CT | GWC on CMU | | MR ACT |
| Staff Lockers | QT | Vinyl or Rubber | GWC on CMU | | MR ACT |
| Janitor Closet | VCT | Vinyl or Rubber | GWC on CMU | Corners | Exposed |
| Can Wash | Acid Resist | QT | GWC on CMU | Wall, Corners | MR ACT |
| Loading Dock | Concrete | | Exterior | | Exterior |
| Mechanical | Concrete | | Panted CMU | | Exposed |

Note 1:  Walls in public areas may be a variety of durable materials such as brick, split block, exposed concrete, plaster, vinyl wall covering on approved substrate, or other materials as approved.

Note 2:  Provide wall guard protection at locations subject to cart traffic.

Note 3:  Ceilings in public areas may be a variety of suspended acoustic ceiling materials.

Abbreviations:  ACT–acoustic ceiling tile        CMU–concrete masonry unit        CT–ceramic tile
GSU–glazed structural unit      GWC–glazed wall coating          MIP–metal insulated panel
QT–quarry tile                  VCT–vinyl composition tile       MR–moisture resistant

34

Also comply with the following:

- Provide protective guards in all areas subject to cart traffic, i.e., walls, doors, and corners. Locate equipment to minimize cart damage.

- Door systems between kitchen/dishwashing areas and dining area must be sound resistive. Where feasible, design doors for wheeled traffic without raised thresholds. Doors should have windows to permit views of someone entering or exiting.

- All joints and intersections of materials must be sealed, free of pocketed or porous materials, and accessible for cleaning.

B-2.2 **Acoustics.**

All facilities should be designed or treated to provide a comfortable acoustical environment.

B-2.2.1 **Finishes.** In key areas, use finishes that absorb sound, reduce noise reflection, and minimize the generation and impact of noise. These finish materials have a high Noise Reduction Coefficient (NRC) rating.

- Ceilings in the dining area should have a minimum .6 NRC rating. Ceilings in the kitchen should have a minimum .6 NRC rating, be washable, and be United States Department of Agriculture (USDA) listed for this application.

- Wall treatments in the dining area should be implemented above wainscot height, located away from high traffic areas, and have a minimum .8 NRC rating. If located near high-traffic areas, incorporate an abuse-resistant finish.

- Floor finishes in the dining area should be selected to minimize noise generation. If carpeting is used, it should have a minimum .35 NRC rating. If carpeting is not used, consider other floor finishes that reduce impact noise generation and generally incorporate a synthetic rubber or cork base.

B-2.2.2 **Partitions.** The partitions separating noisy areas (such as the kitchen, dishwashing, and pot and pan wash) from sound-sensitive areas (such as the dining area and offices) should have a partition assembly with a minimum 50 sound transmission coefficient (STC) laboratory rating.

Openings between the kitchen and the dining area should incorporate baffles or screens, where possible, to minimize a direct noise path between these spaces

35

B-3        **QUEUE.**

Dining facilities that accommodate large training commands or functions will experience surge conditions and require a larger queue than comparable facilities that do not. When the queue is adjacent to the dining area, use a screen to separate queued patrons from the dining area.

B-4        **DINING AREA.**

The dining area provides one of the principal facility functions.  Issues of particular importance are as follows:

- **Space Division.**  Dining areas should be capable of being subdivided by plan or partition to close off portions during off-peak serving periods.

- **Visual Separation.**  Visually separate the eating area from all other facility functions.

- **Seating.**  Provide a variety of table sizes and seating options.  Use nonfixed and easily cleanable furnishings.

B-5        **SERVERY.**

Design the lines and stations for flexibility and good traffic flow.  Beverage station locations should accommodate patron refills without disrupting the serving line flow. Locate beverage and $CO_2$ tanks remotely.  Secure $CO_2$ tanks with safety straps or in a cage designed for the application. Consider providing space at the loading dock area for refilling and bulk storage of $CO_2$ tanks.

B-6        **FOOD SERVICE AREAS.**

Food service areas include receiving, storage, preparation, and cleaning areas.

- **Loading Dock.**  Include a can wash area with high temperature water supply and drain connected to the sanitary line.  Confirm loading platform heights with the majority of trucks servicing the facility.  Dock levelers may be provided to accommodate varying truck platform heights.  Provide a non-skid dock surface and bumpers at the dock to prevent impact damage.  In locations with extreme weather conditions, the loading dock may need to be enclosed.  Provide a ramp to connect the loading dock with the vehicular area to facilitate the use of hand trucks/carts and provide cart stops and the edge of the dock to prevent rolloff.  Provide a canopy that extends 48 in. (1,220 mm) beyond the edge of the platform. Confirm canopy heights with the majority of trucks servicing the facility, and confirm door widths with common delivery item sizes.

- **Refrigerator/Freezer.**  The floor under the box should be depressed and insulated so its finished height is level with the surrounding kitchen floor.

36

Provide separate exterior exits from both the freezer and the refrigerator/chill box to the loading dock.  The interior exit from the freezer to the food preparation area shall be through a thaw box via a door that is lockable on the freezer side.  The refrigerator/chill box shall be divided by a wire mesh partition between the exterior exit to the loading dock and the interior exit to the food preparation. This partition shall have a door that is lockable on the loading-dock side.  See Figure B-1.  Provide safety handles.

- **Dry food storage.**  The exterior access from the dry food storage shall exit directly to the loading dock and the interior access shall exit directly to the food preparation area.  The dry food storage shall be divided by a wire mesh partition between the exterior exit and the interior exit. This partition shall have a door that is lockable on the loading-dock side.  See Figure B-1.

- **Nonfood Storage.**  Separate cleaning product storage from food product storage.

- **Kitchen.**  Provide individual or continuous floor grates with drains to facilitate cleaning and catch discharge from cooking equipment such as steam kettles and tilting frying pans.  Provide sufficient separation between steam-generating cooking equipment and other open-type cooking equipment.

- **Vegetable Preparation Area.**  In some facilities, this area may be a separate, refrigerated room with its own dedicated walk-in refrigerator, sinks, slicers, choppers, mixers, worktables, and other equipment.

- **Bakery.**  Some facilities may include a bakery.

- **Flight Kitchen.**  Flight kitchens should have direct exterior access.

- **Field Feeding/Vat Chow.**  Provide adequate power and amenities for food preparation.  Provide direct access to the loading dock.

- **Takeout/Meal Replacement.**  Provide adequate power and amenities for food preparation and packaging/storage.  This area may have a separate entrance/exit and its own point-of-sale station.

- **Dishwashing Area.**  The dishwashing area should be located as close to the dining area exit as possible to permit self-bussing by the patron.  A tray conveyor bussing system or a cart bussing system may be incorporated into the design.

- **Utensil/Pot and Pan Wash.**  Ensure adequate moisture control and ventilation.

37

- **Pulper/Extractor System.** Provide a pulper/extractor system adjacent to the dishwashing areas to reduce manpower and water consumption. Consider providing a piped connection to the trash areas to improve sanitation in the dishroom and, depending on siting layout, it could eject directly into the trash dumpster, further reducing manpower.

**FIGURE B-1.   STORAGE ACCESS DIAGRAM**



B-7          **FOOD SERVICE EQUIPMENT.**

All design work relating to kitchen equipment shall be separately presented for review and must include all information required for fabrication and installation of all kitchen equipment.

B-7.1          **Sample Equipment Schedules.**

See references below for Army and Air Force equipment schedules:

- **Army.** http://www.quartermaster.army.mil/aces/garrison/equipment/equip_schedules.html

- **Air Force.**  https://www-r.afsv.af.mil/FD/Standards.htm

The following is the Navy and Marine Corps conceptual equipment list.  This is a partial list.  Any equipment not listed here that is required to provide a complete working system for the stated demand shall be provided per Chapter 3, Equipment.

38

## TABLE B-2.  NAVY CONCEPTUAL EQUIPMENT LIST

| | |
|---|---|
| • ADA hand sink | • Knife rack |
| • Air curtain | • Maximicer heat recovery |
| • Air pot brewer | • Menu dupe printers |
| • Air pots | • Microwave oven |
| • Anti-splash floor troughs | • Mixer, 20 qt. (19 L) |
| • Area floor drain | • Mixer, 60 qt. (57 L) |
| • Bagel display | • Mixer, 80 qt. (76 L) |
| • Bagel toaster | • Mobile attachment shelving |
| • Bain marie | • Mobile chemical shelving |
| • Bar code scanner | • Mobile hot food cabinet |
| • Benches | • Mobile hot food cabinet/proofer |
| • Blast chiller | • Mobile mixer table |
| • Braising pan, 40 gallon (150 L) | • Mobile pot/pan shelving |
| • Bread display | • Mobile range |
| • Bussing cart | • Mobile slicer table |
| • Can opener | • Mobile tray rack |
| • Can rack | • Mobile utensil soak sink |
| • Cappuccino dispenser | • Mop rack |
| • Carbonator | • Office printers |
| • Cash register | • Open front refrigerated display cabinet |
| • Cashier counter | • Pannini grill |
| • Cashier scales | • Pastry case |
| • Charbroiler | • Pizza oven |
| • Chemical storage shelving | • Pizza make-up refrigerator |
| • Clean dish table | • Pizza preparation table |
| • Coffee brewer | • Plate dispenser |
| • Coffee dispenser | • Platform truck |
| • Cold food wells | • Pot/pan utensil rack |
| • Combination oven/steamer | • Pre-rinse faucet |
| • Computers | • Pulper/extractor |
| • Condensers for walk-ins | • Rack dolly |
| • Condensers for ice makers | • Receiving scales |
| • Condiment counter | • Recirculating disposer |
| • Condensate exhaust canopy | • Recycling containers |
| • Cone dispenser | • Refrigerated cold pan |
| • Convection steamer, 10 pan | • Refrigerated cream dispenser |
| • Conveyor bagel toaster | • Refrigerated equipment stand |
| • Cook & hold cabinet | • Refrigerated equipment stand with cold rail |
| • Counter with freezer base | • Reach-in refrigerator |
| • Counter with sink | • Remote rack refrigeration system |
| • Cup dispensers | • Roll-in refrigerator |
| • Declining balance card dispenser | • Safe |
| • Dish carriers | • Scale |
| • Dishwasher | • Scanners |
| • Dishwasher vents | • Serving counters |
| • Disposer with pre-rinse faucet | • Silver sorting table |

39

W912ER-11-D-0010-0006

**A1576**

**TABLE B-2. NAVY CONCEPTUAL EQUIPMENT LIST**

| | |
|---|---|
| • Double deck convection oven | • Sink heater |
| • Dry storage shelving | • Slicer |
| • Dunnage rack | • Snack cabinet |
| • Electric can opener | • Soiled dish table |
| • Electronic programmable station signage | • Soup wells |
| • Electronic sandwich pre-ordering station | • Spent oil cooler |
| • Espresso machine | • Stainless steel wall panel |
| • Evaporators for walk-ins | • Steam kettles |
| • Exhaust hoods, Type 1 | • Storage cabinet |
| • Exhaust hoods, Type 2 | • Strip curtain |
| • Fire suppression system | • Table top oven |
| • Floor troughs | • Time clock |
| • Food guards | • Toppings dispenser |
| • Food processor | • Tray accumulator, five tier |
| • Food cutter | • Tray cabinet |
| • Frost top | • Tray carriers |
| • Frozen novelty freezer | • Tray return opening frame |
| • Fryer battery with filter | • Turbo-wash, three-compartment sink |
| • Griddle | • Twin soft serve dispenser |
| • Hand sink | • Twin 12 gallon (45 L) kettles with stand |
| • Handicapped kitchen work table | • Two-compartment sink |
| • Heat lamps | • Under-counter refrigerator |
| • Heated display cabinet | • Uniform hot top range |
| • Heated shelf | • Utensil rack |
| • Hose bibb | • Utility cart |
| • Hose reel | • Vegetable dryer |
| • Hot chocolate dispenser | • Vertical cutter/mixer |
| • Hot food wells | • Walk-in cooler shelving |
| • Hot/cold pan | • Walk-in dunnage rack |
| • Ice bin | • Walk-in cook's cooler |
| • Ice maker for soda dispensers | • Walk-in meat/dairy cooler |
| • Ice machine | • Walk-in freezer |
| • Ice/soda dispenser | • Walk-in produce cooler |
| • Iced tea dispenser | • Wall shelf |
| • Ingredient bins | • Water filter |
| • Insect control equipment | • Water temperature booster 180 F (82 C) |
| • Janitor sink w/ can wash | • Work table |
| • Kitchen lockers | • Work table with sink |

B-7.2 **Vibration.**

Mount vibration-producing equipment on vibration isolators. Provide vibration-resistant pipe mounting and joints for equipment requiring plumbing.

40

B-7.3      **Utilities.**

Coordinate utilities with equipment selection.  In general steam-powered equipment is less expensive and easier to maintain than gas-powered equipment.  To the degree possible, equipment should be standardized across an Installation or Region to facilitate maintenance and maintenance training.

B-8      **STAFF FACILITIES.**

B-8.1      **Staff Toilets.**

Both Government and contract personnel use staff toilets.  Designer shall consult with the local command to determine staffing figures and shift population.

B-8.2      **Staff Lockers.**

Provide separate facilities for male and female personnel.  Locate locker facilities adjacent to the toilets.  Equip locker rooms with showers, lockers, benches, and coat hooks to facilitate the changing of clothes.  Locker quantities must be as indicated in Table B-2.  All lockers should be half height except for facilities for 1,001 patrons and over, where three-tier lockers must be used.  The number of lockers scheduled for each space exceeds the projected number of workers for each category.  This is to accommodate the likely shifting balance of male to female workers.  If equipment costs prohibit this number of lockers, provide space for the number of lockers in Table B-2.  In this case, a portion of the lockers should be freestanding so that they can be shifted from space to space as the staffing balance changes.  All lockers must have sloped tops.

NOTE:  **Army** shall follow MILCON Transformation Model RFP guidelines.  Lockers are not for showering or changing, only for storage of personal items.  Male and female lockers need not be separate and may be combined with a break area.  Adjacency with staff toilets is encouraged.

### TABLE B-3.    STAFF LOCKER COUNT

| No. of Staff | Military | | Contract | |
|---|---|---|---|---|
| | **Male** | **Female** | **Male** | **Female** |
| 40 to 80 | (combined facilities, 10 male, 6 female) | | | |
| 81 to 150 | (combined facilities, 16 male, 10 female) | | | |
| 151 to 250 | 18 | 6 | 6 | 12 |
| 251 to 400 | 24 | 8 | 12 | 24 |
| 401 to 650 | 30 | 10 | 30 | 48 |
| 651 to 1000 | 48 | 12 | 44 | 70 |
| 1001 to 1500 | 64 | 16 | 64 | 96 |
| 1501 to 2200 | 96 | 24 | 88 | 132 |

41

B-9 **PLUMBING DESIGN.**

B.9.1 **Sanitary Waste Piping.**

Due to the high use of the waste lines in dining facilities, use PVC piping. Cast iron piping is prone to deterioration.

UFC 3-210-10

# UNIFIED FACILITIES CRITERIA (UFC)

# LOW IMPACT DEVELOPMENT



**APPROVED FOR PUBLIC RELEASE; DISTRIBUTION UNLIMITED**

W912ER-11-D-0010-0006

1153 of 1610
Government Rule 4 File

**A1581**

Any copyrighted material included in this UFC is identified at its point of use.
Use of the copyrighted material apart from this UFC must have the permission of the copyright holder.

U.S. ARMY CORPS OF ENGINEERS

NAVAL FACILITIES ENGINEERING COMMAND (Preparing Activity)

AIR FORCE CIVIL ENGINEER SUPPORT AGENCY

Record of Changes (changes are indicated by \1\ ... /1/)

| Change No. | Date | Location |
|---|---|---|
|  |  |  |
|  |  |  |

**This UFC supersedes UFC 3-210-10, dated 25 October 2004, UFC 3-210-10N (DRAFT) and ITG FY10-2, both dated 6 April 2010.**

## FOREWORD

The Unified Facilities Criteria (UFC) system is prescribed by MIL-STD 3007 and provides planning, design, construction, sustainment, restoration, and modernization criteria, and applies to the Military Departments, the Defense Agencies, and the DoD Field Activities in accordance with USD(AT&L) Memorandum dated 29 May 2002.  UFC will be used for all DoD projects and work for other customers where appropriate.  All construction outside of the United States is also governed by Status of Forces Agreements (SOFA), Host Nation Funded Construction Agreements (HNFA), and in some instances, Bilateral Infrastructure Agreements (BIA.)  Therefore, the acquisition team must ensure compliance with the more stringent of the UFC, the SOFA, the HNFA, and the BIA, as applicable.

UFC are living documents and will be periodically reviewed, updated, and made available to users as part of the Services' responsibility for providing technical criteria for military construction.  Headquarters, U.S. Army Corps of Engineers (HQUSACE), Naval Facilities Engineering Command (NAVFAC), and Air Force Center for Engineering and the Environment (AFCEE) are responsible for administration of the UFC system.  Defense agencies should contact the preparing service for document interpretation and improvements.  Technical content of UFC is the responsibility of the cognizant DoD working group.  Recommended changes with supporting rationale should be sent to the respective service proponent office by the following electronic form:  Criteria Change Request (CCR).  The form is also accessible from the Internet sites listed below.

UFC are effective upon issuance and are distributed only in electronic media from the following source:
* Whole Building Design Guide web site http://dod.wbdg.org/.

Hard copies of UFC printed from electronic media should be checked against the current electronic version prior to use to ensure that they are current.

 

JAMES C. DALTON, P.E.

Chief, Engineering and Construction

U.S. Army Corps of Engineers

JOSEPH E. GOTT, P.E.

Chief Engineer

Naval Facilities Engineering Command

 

TERRY G. EDWARDS, P.E.

Director, Air Force Center for Engineering and the Environment

Department of the Air Force

MICHAEL McANDREW

Director, Facility Investment and Management

Office of the Deputy Under Secretary of Defense (Installations and Environment)

**UNIFIED FACILITIES CRITERIA (UFC)**
**REVISION SUMMARY SHEET**

**Document:** UFC 3-210-10, Low Impact Development

**Superseding:** This UFC supersedes UFC 3-210-10, dated 25 October 2004, UFC 3-210-10N and ITG FY1-0-2, both dated 6 April 2010.

**Description of Changes:** This update to UFC 3-210-10 presents criteria necessary to comply with new policy and legislation regarding implementation of Section 438 of the Energy Independence and Security Act 2007. These changes are required to handle stormwater runoff from development or redevelopment projects involving a Federal facility with a footprint that exceeds 5,000 square feet.

**Reasons for Changes:**

- In December 2007, Congress enacted the Energy Independence and Security Act (EISA). Section 438 of that legislation establishes stormwater runoff requirements for Federal development and redevelopment projects.

- A January 2010 Deputy Under Secretary of Defense, Installation and Environment (DUSD(IE)) memorandum directs DoD components to implement EISA Section 438 using LID techniques. The memorandum directs the policy be incorporated into applicable DoD Unified Facilities Criteria.

**Impacts:** Sites with available land and good vegetative cover and soil conditions may see a net reduction in site civil construction costs. Highly developed sites with fair to poor soils may see increased costs for LID implementation. However, the following benefits should be realized.

- Standardized criteria will provide a simple, uniform approach to assist the Services in complying with the Energy Independence and Security Act (EISA) Section 438 requirements.

- While care must be taken to ensure a shift in design paradigms, LID techniques can be used to manage site civil costs.

- Newer site design philosophies will provide additional treatment and control at a localized level. Low Impact Development techniques work alongside the current stormwater management approach to provide a micro-view of handling runoff at its source or point of origination, to mitigate adverse impacts from stormwater runoff and hold the net increase in stormwater runoff in the LID facilities provided on-site.

- Low Impact Development (LID) will help to protect natural resources from continuing degradation.

## TABLE OF CONTENTS

CHAPTER 1- INTRODUCTION ........................................................................... 1
1-1    PURPOSE AND SCOPE ...................................................................... 1
1-2    DEFINITION OF LOW IMPACT DEVELOPMENT ............................... 1
1-3    APPLICABILITY ................................................................................... 1
1-4    REFERENCES ..................................................................................... 1
CHAPTER 2 - POLICY AND GENERAL REQUIREMENTS ............................. 2
2-1    STATUTORY REQUIREMENT .............................................................. 2
2-2    DoD POLICY ........................................................................................ 2
2-2.1    Establishing Design Objective and Pre-Development Condition .............. 2
2-2.2    Maximum Extent Technically Feasible ................................................... 2
2-2.3    Restoration of Natural Hydrological Conditions ..................................... 3
2-2.4    Documentation of Project Costs............................................................ 3
2-3    General building requirements ............................................................. 3
CHAPTER 3 – PLANNING AND DESIGN .......................................................... 5
3-1    HYDROLOGIC ANALYSIS & RECOMMENDED TR-55 METHODOLOGY ...... 5
3-2    DESIGN OPTIONS FOR LID INTEGRATED MANAGEMENT PRACTICES .... 6
3-2.1    Bioretention ....................................................................................... 7
3-2.2    Permeable Pavements ........................................................................ 7
3-2.3    Cisterns/Recycling .............................................................................. 7
3-2.4    Green Roofs......................................................................................... 7
3-3    TIME OF CONCENTRATION FOR PRE- AND POST-DEVELOPMENT
CONDITIONS................................................................................................... 7
3-3.1    Stormwater Flow Segments ................................................................. 7
3-4    DESIGN STORM  EVENT ...................................................................... 8
3-5    OFF-SITE OPTIONS ............................................................................. 8
3-6    CLEAN WATER ACT PERMITS .......................................................... 8
3-7    OTHER DESIGN REQUIREMENTS....................................................... 8
3-7.1    Regional Requirements ....................................................................... 8
3-7.2    Sustainable Design ............................................................................. 9
3-7.3    Architectural Compatibility ................................................................... 9
3-7.4    Base Design and Development Documents ........................................... 9
3-7.5    Anti-Terrorism (AT) ............................................................................. 9
3-7.6    Airfield Criteria .................................................................................... 9
APPENDIX A – REFERENCES ......................................................................... 10
APPENDIX B – LOW IMPACT DEVELOPMENT BEST PRACTICES .............. 11
APPENDIX C – DUSD (IE) Policy Memo 19 JAN 2010.................................... 39

**LIST OF FIGURES**

**Figure 1: Implementation of EISA Section 438** ........................................................ **4**

**APPENDIX B**
**LIST OF TABLES**

**Table 1: U.S. EPA Websites related to LID** ........................................................ **15**
**Table 2: Summary of Concepts of SWM and LID Techniques** ............................... **21**
**Table 3: Comparison of Conventional SWM and LID Technologies** ...................... **22**
**Table 4: Summary of LID Techniques, Constraints, Requirements and Applicability** ........................................................................................................ **24**
**Table 5: Summary of Hydrologic Functions of LID Practices** ............................. **25**
**Table 6: Initial Abstraction for Indicated Soil Types** ............................................ **27**
**Table 7: Analysis Method Comparison** ................................................................ **36**
**Table 8: Summary of Rainfall Analysis (1978-1997)** ........................................... **37**

W912ER-11-D-0010-0006

## CHAPTER 1- INTRODUCTION

### 1-1        PURPOSE AND SCOPE

This UFC provides technical criteria, technical requirements, and references for the planning and design of applicable projects to comply with stormwater requirements under Section 438 of the Energy Independence and Security Act (EISA) enacted in December 2007 (hereafter referred to as EISA Section 438).

### 1-2        DEFINITION OF LOW IMPACT DEVELOPMENT

Low Impact Development (LID) is a stormwater management strategy designed to maintain site hydrology and mitigate the adverse impacts of stormwater runoff and nonpoint source pollution.

LID actively manages stormwater runoff by mimicking a project site's pre-development hydrology using design techniques that infiltrate, store, and evaporate runoff close to its source of origin.  LID strategies provide decentralized hydrologic source control for stormwater runoff.  In short, LID seeks to manage the rain, beginning at the point where it falls.  This is done through a series of techniques that are referred to as LID Integrated Management Practices (LID-IMPs).  The LID-IMPs are distributed small scale controls that closely mimic hydrological behavior of the pre-project sites for a design storm event.

### 1-3        APPLICABILITY

The criteria and design standards in this UFC are required for all Department of Defense construction in the United States and United States Territories.

EISA Section 438 requirements apply to projects that construct facilities with a "footprint" greater than 5,000 gross square feet, or expand the footprint of existing facilities by more than 5,000 gross square feet. The project "footprint" consists of all horizontal hard surfaces and disturbed areas associated with the project development, including both building area and pavements (such as roads, parking, and sidewalks). These requirements do not apply to internal renovations, maintenance, or resurfacing of existing pavements.

Where EISA Section 438 is not applicable (e.g., projects under 5,000 square feet), LID techniques apply to the extent practical.

### 1-4        REFERENCES

Appendix A contains the list of references used in this document.

1

## CHAPTER 2 - POLICY AND GENERAL REQUIREMENTS

### 2-1      STATUTORY REQUIREMENT

EISA Section 438 established into law new stormwater design requirements for Federal development and redevelopment projects.  Under these requirements, Federal projects with a footprint over 5,000 square feet must "maintain or restore, to the maximum extent technically feasible, the predevelopment hydrology of the property with regard to the temperature, rate, volume, and duration of flow".

### 2-2      DOD POLICY

The Deputy Under Secretary of Defense (Installations and Environment) memorandum of 19 January 2010 (Appendix C) directs DoD components to implement EISA Section 438 using LID techniques in accordance with the methodology illustrated in Figure 1 and further described below.  In addition, this policy memo references U.S. Environmental Protection Agency (EPA) *Technical Guidance on Implementing the Stormwater Runoff requirements for Federal Projects under Section 438 of the Energy Independence and Security Act*.  Individual Services may have more stringent implementation and applicability requirements relating to Low Impact Development.

### 2-2.1      Establishing Design Objective and Pre-Development Condition

The overall design objective for each applicable project is to maintain predevelopment hydrology and prevent any net increase in stormwater runoff.  DoD defines "predevelopment hydrology" as the pre-project hydrologic conditions of temperature, rate, volume, and duration of stormwater flow from the project site.  The analysis of the predevelopment hydrology must include site-specific factors (such as soil type, ground cover, and ground slope) and use modeling or other recognized tools to establish the design objective for the water volume to be managed from the project site.

The increase in runoff between pre- and post-development conditions is to be managed on the project site, to the maximum extent technically feasible, through interception, infiltration, storage, and/or evapotranspiration processes.  Other design requirements may need to be considered.

### 2-2.2      Maximum Extent Technically Feasible

The designer shall evaluate project site options to achieve the design objective to the maximum extent technically feasible.  The "maximum extent technically feasible" criterion requires full employment of accepted and reasonable stormwater retention and reuse technologies (further described in Chapter 3) subject to site and applicable regulatory constraints (e.g., site size, soil types, vegetation, demand for recycled water, existing structural limitations, state or local prohibitions on water collection).  All site-specific technical constraints that limit the full attainment of the design objective shall be documented.  If the design objective cannot be met within the project footprint, LID measures may be applied at nearby locations on DoD property (e.g., downstream from the project) within available resources.  Examples of technical constraints are as follows:

- Retaining stormwater on-site would adversely impact receiving water flows
- Site has shallow bedrock, contaminated soils, high groundwater table, underground

2

facilities or utilities
- Soil infiltration capacity is limited
- Site is too small to infiltrate significant volume
- Non-potable water demand (irrigation, toilets, wash-water, etc.) is too small to warrant water harvesting and reuse system
- Structural, plumbing, and other modifications to existing building to manage stormwater are infeasible
- State or local regulations restrict water harvesting
- State or local regulations restrict use of green infrastructure/LID.

## 2-2.3 Restoration of Natural Hydrological Conditions

The designer shall consult with the government representative to determine whether natural hydrological conditions of the property can be restored, to the extent practical.

## 2-2.4 Documentation of Project Costs

Estimated design and construction costs for implementing EISA Section 438 shall be documented in the project cost estimate as a separate line item. Final implementation costs will be documented as part of the project historical file.

Post-construction analysis shall also be conducted to validate the effectiveness of as-built stormwater features. For compliance the Designer of Record (DOR) shall provide documentation to validate the as-built LID-integrated management practices (IMP) meet the design requirements and analyses.

## 2-3 GENERAL BUILDING REQUIREMENTS

UFC 1-200-01, General Building Requirements, provides applicability of model building codes and government-unique criteria for typical design disciplines and building systems, as well as for accessibility, antiterrorism, security, sustainability, and safety. Use this UFC in addition to UFC 1-200-01 and the UFCs and government criteria referenced therein.

W912ER-11-D-0010-0006

1161 of 1610
Government Rule 4 File

**A1589**

## FIGURE 1: IMPLEMENTATION OF EISA SECTION 438

W912ER-11-D-0010-0006
1162 of 1610
Government Rule 4 File

**A1590**

## CHAPTER 3 – PLANNING AND DESIGN

**3-1          HYDROLOGIC ANALYSIS & RECOMMENDED TR-55 METHODOLOGY**

DoD policy specifies that the designer is to determine pre-development hydrology based on site-specific conditions and local meteorology by using continuous simulation modeling techniques, published data, studies, or other established tools. The designer would then identify the pre-development condition of the site and quantify the post-development runoff volume and peak flow discharges that are equivalent to pre-development conditions. The post-construction rate, volume, duration and temperature of runoff should not exceed the pre-development rates and the redevelopment hydrology should be replicated through site design and other appropriate practices to the maximum extent technically feasible. These goals should be accomplished through the use of infiltration, evapotranspiration, rainwater harvesting and/or other proven LID techniques. Defensible and consistent hydrological assessment tools should be used and documented.

Service components may use a methodology or standard practice for estimating surface hydrology.  These methods include, but or not limited to, Soil Conservation Service (SCS) weighted flow, the rational formula, or a dynamic rainfall-runoff simulation model like the EPA's Storm Water Management Model (SWMM).  Models developed for watershed nonpoint source analysis like EPA's Better Assessment Science Integrating Point and Nonpoint Sources (BASINS) should not be used for this type of hydrologic analysis.

To control the stormwater volume in accordance with DoD policy, the use of methodology from TR-55 Curve Number Methodology (SCS 1986), Chapter 2: "Estimating Runoff" is recommended.  Calculate the runoff depth for both the pre- and post-development conditions, and the difference will be the depth from which the volume to be retained on-site can be determined (see equation 2 below).

This methodology is likely the most efficient and practical for designers to comply with EISA Section 438 requirements.  Therefore, details of this methodology have been summarized in the following paragraphs.

During a storm event a portion of the precipitation is caught in the form of interception, depression storage, evaporation, transpiration, and infiltration.  These losses are collectively referred to as *abstractions*.  Only that part of the rainfall in excess of abstractions is defined as stormwater runoff.

The Soil Conservation Service (SCS 1986), now the Natural Resources Conservation Service (NRCS), presented an empirical method of determining initial abstraction based on the runoff curve number (CN) of the site and is given by:

EQUATION 1:  Initial abstraction (inches), $I_a = 0.2 * S$

Where S = potential maximum retention after <u>runoff</u> begins (inches) = $\dfrac{1000}{CN} - 10$

5

The initial abstraction defined in Eq. 1 also represents the rainfall at which the direct runoff begins. Any rainfall over and above the initial abstraction results in direct surface runoff.

EQUATION 2: Total depth of increase in runoff (inches), $D = \dfrac{(P - 0.2*S')^2}{(P + 0.8*S')} - \dfrac{(P - 0.2*S)^2}{(P + 0.8*S)}$

Where, P = design storm rainfall depth (inches)

 S & S' = potential maximum retention after <u>runoff</u> begins (inches) during the pre- and post-development conditions, respectively

Note: Eq. 2 is valid if P > 0.2*S. Otherwise, the term calculating the runoff depth

$$\frac{(P - 0.2*S)^2}{(P + 0.8*S)} = 0$$

D= the depth of rainfall that becomes runoff

EQUATION 3: The design storage, $V_{LID} = D * A$

D = total depth of increase in stormwater runoff (inches)
A = drainage area or the area of the parcel being developed (square units)

The design storage of LID-IMP features, calculated using Equation 3, ensures no net increase in stormwater runoff volume for the design rainfall event replicating pre-development hydrology.

Additional details on hydrologic analysis are located in Appendix B – Low Impact Development Best Practices, Chapter 4.

## 3-2 DESIGN OPTIONS FOR LID INTEGRATED MANAGEMENT PRACTICES

The site designer shall give priority to those LID-IMPs that are proven in their regional area to have the greatest cost benefit ratio and lowest lifecycle costs. Highly developed sites, sites with a high ratio of impervious to pervious area, industrial sites, and airfield projects may require more costly, higher maintenance LID-IMPs in order to meet LID goals within the constraint of maximum extent technically feasible (see section 2-2.2).

The designer shall verify with the Installation the capability to maintain LID-IMPs prior to selecting for use on-site. LID-IMPs that cannot be maintained by the Installation with current capability and contract capacity shall require approval prior to construction.

LID-IMPs can be categorized in four main categories:

6

### 3-2.1 Bioretention

Natural type depression storage, infiltration, and evapotranspiration.  This design option is typically the least costly and easiest to accomplish if site availability, soils, water table, etc. are conducive.  Other site treatments such as swales, rain gardens, open space, etc. fall under this general category and are advisable due to lower initial costs.

### 3-2.2 Permeable Pavements

Provide infiltration and prevent concentrated flow.  Permeable pavements (including pavers) are the next most cost effective method of meeting the design goals.  Limitations on the use of these design options are wheel loading, traffic, ability to maintain, FOD danger, etc.

### 3-2.3 Cisterns/Recycling

Re-use systems that store and re-use stormwater.  This design option is preferable if adequate demands for reuse water exist.  Many facilities do not have the potential for reuse to make this option cost effective.

### 3-2.4 Green Roofs

Limit peak discharges and seasonal evapotranspiration.  Green roofs are a design option where the site is constrained by space limitations and other design options do not meet the design goals.  Green roofs should be assessed with consideration of other benefits such as lower energy costs.

### 3-3 TIME OF CONCENTRATION FOR PRE- AND POST-DEVELOPMENT CONDITIONS

In order to mimic pre-project hydrologic patterns the site designer needs to provide features that limit the rate at which runoff leaves the site.  To the maximum extent technically feasible, the post-development time of concentration ($T_c$) must be equal to or greater than the pre-development $T_c$.

Maintaining $T_c$ close to pre-development conditions is critical because the peak runoff rate, and thereby the volume of runoff from individual lots, is inversely proportional to the time of concentration.  The $T_c$ shall be maintained to the maximum extent technically feasible, by strategies such as reduction of impervious areas, maintaining natural vegetation, siting of impervious areas in poor draining soils, and disconnecting impervious areas.

### 3-3.1 Stormwater Flow Segments

The Soil Conservation Services TR-55 Curve Number Methodology (SCS, 1986)  is well documented and is used widely in engineering practice and may be used to determine the $T_c$ (other computerized methods based on site-specific conditions and acceptable to the local regulating authority may also be used).  The method presumes that rainfall-runoff moves through a watershed as sheet flow, shallow concentrated flow, pipe/channel flow, or some combination of these.  The time of concentration $T_c$ is the sum of travel flow times calculated separately for the consecutive flow segments along the longest flow path.  These three flow segments along with their implications on time of concentration are discussed separately.  Typical site design shall use SCS TR-55 Manual: *Urban Hydrology for Small Watersheds* for calculating time of concentration.  Other methods may be used for larger more complex sites*.

7

**3-4      DESIGN STORM  EVENT**

The design storm event shall be the 95th percentile rainfall depth or the required water quality depth as defined by State or local requirements, whichever is more stringent.  Most Local and State stormwater regulations include a first-flush or water quality depth for 2-,  5-, 10-, 25-, 50-, or 100-year regulated storm events.  The LID-IMPs shall be designed to control all regulated storm events, as stipulated by Local and State regulations, to handle the peak rate and/or volume of discharge for flood control purposes.

**3-5      OFF-SITE OPTIONS**

If the design goals objectives cannot be met within the project footprint, LID measures may be applied at nearby locations on DoD property (e.g.downstream from the project) to manage the remaining design water volume within available resources.  Off-site options are generally less desirable than on-site options, as many of the benefits of managing the stormwater close to the source may be lost.

**3-6      CLEAN WATER ACT PERMITS**

Any applicable State and local requirement for stormwater management shall be met in addition to UFC requirements.  State stormwater construction permits required under the Clean Water Act shall be obtained using their approved methodology.  Coordination of the design is the responsibility of the site designer to insure that the criteria are met from both the regulatory and LID perspectives.

EISA Section 438 requirements are independent of stormwater requirements under the Clean Water Act.  The DUSD (IE) EISA Section 438 policy directive (Appendix C) states, "EISA Section 438 requirements are independent of stormwater requirements under the Clean Water Act and should not be included in permits for stormwater unless a state (or EPA) has promulgated regulations for certain EISA Section 438 requirements (i.e., temperature/heat criteria) that are applicable to all regulated entities under its Clean Water Act authority."

**3-7      OTHER DESIGN REQUIREMENTS**

**3-7.1      Regional Requirements**

Regional regulatory requirements may affect the design of specific LID elements and practices as defined herein.  LID implementation goals are achieved by selecting a set of LID-IMPs that can closely maintain or replicate hydrological behavior of the pre-project site for the design storm event.  Most LID-IMPs are distributed small-scale controls that increase rainfall interception and slow the time of concentration.  The design for LID-IMPs to be incorporated shall meet the stated goals (i.e. water volume design objectives) for compliance with EISA Section 438 per the DUSD(IE) memorandum  in Appendix C.

For design of LID-IMPs to meet EISA 438 design objectives, the site designer shall refer to State and Local standards where available.  In the absence of State and Local standards for design of LID-IMPs, refer to the LID National Manuals guidance prepared by the Prince George's County, Maryland, Department of Environmental Resources Programs and Planning Division (PGDER), and information provided by the US EPA.

8

### 3-7.2        Sustainable Design

Site design should incorporate sustainable development concepts to reduce energy consumption, O&M costs, reduce waste, and reduce pollution.  Refer to UFC 4-030-01, *Sustainable Development* for specific design guidance.

### 3-7.3        Architectural Compatibility

LID-IMP facilities shall comply with DoD and Activity requirements and surrounding base architecture.  Compliance with this UFC must be in accordance with other directives such as the new DoD Architectural Barriers Act (ABA) Accessibility Standard and Access for People with Disabilities Memorandum dated Oct. 31, 2008.  In addition, LID design must follow applicable industry practice standards and locally restrictive building codes (e.g., earthquake zones).

### 3-7.4        Base Design and Development Documents

The intent of Installation Master Planning shall be incorporated into designs.  The site designer shall follow published design guidelines that contain criteria relative to achieving, maintaining, and emphasizing a positive exterior visual environment applicable to military installations.  The site designer shall consult the Project Manager for direction in case of conflicts.  Direction to deviate from these documents should be given in writing.

### 3-7.5        Anti-Terrorism (AT)

The design of LID-IMP facilities shall comply with UFC 4-010-01, *DoD Minimum Antiterrorism Standards For Buildings* and UFC 4-010-02, *DoD Minimum Antiterrorism Standoff Distances For Buildings*.  When conflicts arise between this document and UFC 4-010-01 or 4-010-02, UFCs 4-010-01 and 4-010-02 take precedence.

### 3-7.6        Airfield Criteria

The design of LID-IMP facilities shall comply with UFC 3-260-01, *Airfield and Heliport Planning and Design.*  When conflicts arise between this document and UFC 3-260-01, UFC 3-260-01 takes precedence.

## APPENDIX A – REFERENCES

1. U.S. EPA Technical Guidance on Implementing Section 438 of the Energy Independence and Security Act, December 2009.

2. Unified Facilities Criteria
   UFC 3-200-10N     *Civil Engineering,* Final Draft
   UFC 3-201-02      *Landscape Architecture*
   UFC 4-010-01      *DoD Minimum Antiterrorism Standards For Buildings*
   UFC 4-010-02      *DoD Minimum Antiterrorism Standoff Distances For Buildings*
   UFC 4-030-01      *Sustainable Development*

3. Department of the Navy Low Impact Development (LID) Policy for Storm Water Management**,** *Assistant Secretary of the Navy (Installations and Environment) Memorandum,* November 2007

4. NAVFAC INSTRUCTIONS 9830.1: Sustainable Development Policy.

5. Low-Impact Development Design Strategies, An Integrated Design Approach, *Prince George's County, Maryland, Department of Environmental Resources, Programs and Planning Division*, June 1999.

6. Low-Impact Development Hydrologic Analysis, Prince George's County*, Maryland, Department of Environmental Resources, Programs and Planning Division*, July 1999.

7. Low Impact Development Manual for Michigan, *Southeast Michigan Council of Governments*, 2008.

8. Urban Hydrology for Small Watersheds, TR-55, *Natural Resources Conservation Services*, June 1986 (SCS 1986).

9. Sustainable Building Technical Manual: Green Building Design, Construction, and Operations, *Public Technology, Inc., and the U.S. Green Building Council, 1996.*

10. Urban Hydrology, Hydraulics, and Stormwater Quality, *A. Osman Akan and Robert J. Houghtalen*, 2003.

10

## APPENDIX B – LOW IMPACT DEVELOPMENT BEST PRACTICES

This Best Practices appendix provides additional detail and analysis supporting the criteria and builds process action steps in the Planning, Design, and post-construction stages of project development. In addition, the appendix gives a basic level of understanding for the rationale behind the UFC criteria hydrology and methods of calculation.

The UFC criteria are predicated on standard practices in the field of stormwater management. The design storm event is typically defined by the 95th percentile storm (see also section 3-4 of this UFC). By averaging all storm events that occur within 24 hours for several years, the designer can statistically predict the intensity of a storm that is equal to or less than 95 percent of all storms. The method of calculation for this is taken to be the Natural Resource Conservation Service (NRCS), formerly the Soil Conservation Service (SCS) method TR-55. A site designer can easily hand calculate the necessary information for small sites using formulas given in the criteria. For larger sites, computer calculations and simulation modeling are encouraged.

By design, LID methods do not control runoff in excess of the pre-development condition, but are intended to bypass larger storm volumes to flood control measures as defined by the conventional stormwater management techniques. LID is in addition to the requirements of the stormwater permits required. There are other regulatory requirements that also affect the design of stormwater management, quality, and control that are specific to local regions and areas not covered in this document.

## ACRONYMS AND ABBREVIATIONS

| Item | Definition |
| --- | --- |
| ARC | Antecedent Runoff Condition |
| Bio | Biological |
| BMP | Best Management Practice |
| CN | Curve Number |
| CWA | Clean Water Act |
| DoD | Department of Defense |
| e.g. | for example |
| EISA | Energy Independence and Security Act |
| EPA | United States Environmental Protection Agency |
| Eq. | Equation |
| FEC | Facilities Engineering Command |
| hr | hour |
| HSG | Hydrologic Soil Group |
| I&E | Installations and Environment |
| I&F | Installations and Facilities |
| i.e. | as such |
| $I_a$ | Initial Abstraction |
| IMP | Integrated Management Practice |
| in/hr | inches per hour |
| LEED | Leadership in Energy and Environmental Design |
| LID | Low Impact Development |
| DoD | Department of Defense |
| MWR | Morale, Welfare, and Recreation |
| NPDES | National Pollutant Discharge Elimination System |
| NRCS | Natural Resources Conservation Service |
| O&M | Operations and Maintenance |
| OMSI | Operation and Maintenance Support Information |
| PGDER | Prince George's County Department of Environmental Resources |
| pH | Measure of the acidity of a solution |
| PWD | Public Works Department |
| SCS | USDA Soil Conservation Service |
| sec/hr | seconds per hour |
| sq ft | square feet |
| SWM | Stormwater Management |
| Tc | Time of Concentration |
| TR-55 | NRCS Technical Release 55 (formerly SCS) |
| UFC | Unified Facilities Criteria |
| USDA | United States Department of Agriculture |

12

W912ER-11-D-0010-0006

**A1598**

## APPENDIX B:  CHAPTER 1 - BACKGROUND

Since 2004, LID techniques for controlling stormwater runoff have been considered for many projects based on-site requirements and constraints.  LID strategies provide a decentralized hydrologic source control for stormwater.  LID implementation is based on selecting LID-IMPs that are distributed small-scale controls that can closely maintain or replicate hydrological behavior of the pre-project site for a defined design storm event.  The use of LID was pioneered in the 1990s by Prince George's County, Maryland Department of Environmental Resources (PGDER) under a grant from the Environmental Protection Agency (EPA).

LID differs from conventional SWM principles in that it does not store and release stormwater.  LID uses infiltration, evaporation, plant transpiration, and reuse of rainwater to keep the additional stormwater generated due to the developed condition contained on-site.

The application of LID to infrastructure development program is practical and achievable, but it will require a change of thinking on the part of the site designer.  The LID-IMPs fall into five categories, as follows:

1) Site Utilization:  Begin the site process by reducing the impervious footprint if possible. Narrower streets, vertical construction, parking structures, and the removal of curb, gutter, and paved swales are a few of the ways to reduce impervious surfaces.  It is crucial to mimic the pre-development hydrologic conditions in order for LID to be effective.  Choose rougher surfaces, disconnect impervious areas, and increase the time of concentration (Tc).  Retain as much of the natural tree cover as practical, and place the impervious structures in areas of the poorest soil types where possible.
2) Filtration:  Include filtration practices in the site design.  Vegetative buffers, filter strips, vegetative swales, check dams, sediment traps, and overland flow will provide natural water quality treatment and increase the time of concentration (Tc).
3) Interception/Infiltration:  The infiltration techniques of LID are the backbone of the runoff volume reduction.  Depression storage, bio-infiltration, pervious pavements, open pavers, rain gardens, infiltration trenches, and tree boxes are gaining wide acceptance as tools in the SWM toolbox.  Interception can also play a major role in reducing runoff volumes. Interception techniques include deep mulch beds, tree cover, and soil amendments.
4) Retention of Stormwater Volumes:  Retention can play an important part in successful LID implementation.  Retention seeks to hold runoff from localized impervious surfaces for subsequent treatment after the rainfall event.  Rain barrels, storage and release cisterns, and parking lot storage that slowly drain to infiltration zones are examples of retention techniques.  DoD discourages the construction of detention ponds
5) Structural Solutions:  Structural solutions represent the last line of defense in the LID-IMPs. Structural solutions will increase the facility construction cost and must be balanced with mission requirements.  In urban and industrial areas, sensitive environments, or known contaminated sites, structural solutions are often the only solution.  These techniques are engineered solutions for the particular facility and can include green roofs, rainwater reuse systems, parking structures, and irrigation storage systems.

The site designer is encouraged to contact the Project Manager, Environmental Technical point of contact, State and local regulatory officials to verify the requirements of applicable stormwater programs.  Table 1 has a link to NPDES specific State program statuses as granted by EPA. Table 1 also has additional useful links on LID topics by EPA.

13

A list of LID design reference material is included at the end of Chapter 4. Additional information may be found on the following link to the WBDG LID Resource Page: http://www.wbdg.org/resources/lidtech.php

14

**Table 1: U.S. EPA Websites related to LID**

**U.S. Environmental Protection Agency**

Low Impact Development (LID) is an approach to land development (or re-development) that works with nature to manage stormwater as close to its source as possible. LID employs principles such as preserving and recreating natural landscape features, minimizing effective imperviousness to create functional and appealing site drainage that treats stormwater as a resource rather than a waste product. Many practices have been used to adhere to these principles such as bioretention facilities, rain gardens, vegetated rooftops, rain barrels, and permeable pavements. By implementing LID principles and practices, water can be managed in a way that reduces the impact of built areas and promotes the natural movement of water within an ecosystem or watershed. Applied on a broad scale, LID can maintain or restore a watershed's hydrologic and ecological functions. LID has been characterized as a sustainable stormwater practice by the Water Environment Research Foundation and others.

**Low Impact Development (LID)**
*http://www.epa.gov/nps/lid/*

**Stormwater Program**
*http://cfpub.epa.gov/npdes/home.cfm?program_id=6*

**Authorization Status for EPA's Stormwater Construction and Industrial Programs**
*http://cfpub.epa.gov/npdes/stormwater/authorizationstatus.cfm*

**State Program Status**
http://cfpub.epa.gov/npdes/statestats.cfm?view=specific

**Managing Wet Weather with Green Infrastructure**
*http://cfpub.epa.gov/npdes/home.cfm?program_id=298*

15

W912ER-11-D-0010-0006

## APPENDIX B: CHAPTER 2 - PLANNING

### 2-1 THE PLANNING COMPONENT

Successful implementation of LID begins during the planning process, which is one of the first steps. During the planning phase, the exact configuration of LID-IMPs and the ways in which LID will shape the site design is not expected to be determined. This section will provides the organizational tools and steps to build upon in considering LID in the final project.

Each step progresses further into the details of the planning process. For example, budget planning at an early stage may only develop Step 1, then move on to Cost Analysis. Master Planning would necessarily move through Step 4, and preliminary design through Step 6.

### 2-1.1 ORGANIZING THE PLANNING PROCESS AND TIMELINE

**Step 1:** *Define project objectives and goals at a macro-level*
1) Identify the LID objectives and legal requirements for the project (e.g., stormwater permits, state erosion control and flood requirements, EISA Section 438). Estimate runoff volume, peak runoff rate, duration, frequency, and water quality.
2) Make assumptions on existing stormwater infrastructure in terms of how well it functions with respect to each of these aspects.
3) Evaluate the goals and feasibility for control of runoff volume, duration, and water quality, as well as on-site use of stormwater (e.g. irrigation, flushing toilets).
4) Prioritize and rank basic objectives.
5)  Identify applicable local regulations or codes.
6) Determine Typical LID-IMPs required to meet objectives as best as possible (i.e. infiltration, filtration, discharge frequency, volume of discharges, and groundwater recharge) taking into consideration available space, underground utilities, soil infiltration characteristics, slope, drainage patterns, water table protected areas, setbacks, easements, topographic features, and other site features that should be protected such as floodplains, steep slopes, and wetlands.

Consider non-structural site planning techniques:
- Minimize total site impervious area.
- Use alternative roadway layouts that minimize imperviousness.
- Reduce road widths and drive aisles where safety considerations allow.
- Limit sidewalks to one side of roads.
- Reduce on-street parking
- Use permeable paving materials where it does not reduce the functionality and is permitted.
- Minimize directly connected impervious areas.
- Disconnect roof drains and direct drainage to vegetated areas.
- Site layout to direct flows from paved areas to stabilized vegetated areas.
- Site layout to break up flow directions from large paved surfaces.

> **LID Planning Steps:**
> **Define Project Goals**
> **Evaluate Site**
> **Develop LID Strategies**
> **Assume LID Concept Design**
> **Target O&M Strategy**

16

- Site development to encourage sheet flow through vegetated areas.
- Locate impervious areas so that they drain to permeable areas.
- Maximize overland sheet flow.
- Maximize use of open swale systems.
- Increase (or augment) the amount of vegetation on the site.
- Use site fingerprinting. Restrict ground disturbance to the smallest possible area
- Reduce construction on highly permeable soils.
- Locate impervious areas to avoid removal of existing trees.
- Maintain existing topography and associated drainage divides to encourage dispersed flow paths.
- Locate new buildings, parking, and ponds in areas that have lower hydrologic function, such as clayey or disturbed soils.

## 2-2      COST ANALYSIS

One of the most difficult challenges is to properly allocate resources for projects so that they are successful and fulfill the mission as programmed. LID requirements can add a new level of complexity to the project that must be addressed during planning. While it may be too early in the process to determine the exact final design configuration of the LID-IMPs, the information to determine a level of effort required to implement LID can be used. (LID-IMP design is discussed in Appendix B, Chapter 4).

The three resources that must be addressed for LID are:
1) Implementation cost (may be less than traditional)
2) Operation & Maintenance costs (lifecycle)
3) Time impacts to design and permitting process

Information on the project mission must be gathered including; geographical location, site requirements, available sites, programmed space requirements related to increased impervious area, and the ability of the installation to maintain the LID-IMP. These set points will also help to determine the proper resource allocations to apply for the implementation of the LID site. LID is a method of SWM that focuses on the macro vision for site development. LID is implemented on every square foot of the site at the point of rainfall onward. LID-IMPs used in conjunction with conventional SWM will create a treatment train to hold, infiltrate, and filter the stormwater runoff. The LID site will contain less channelization of stormwater, less impervious pavement, more trees, more open ditches (less curb and gutter), and more planting buffers (rainwater filters). Many parameters must be weighted in the design of a LID site. Design must match the particular regional conditions.

Many of these site conditions affect the design of LID. Regional differences in weather patterns, soil types, groundwater conditions, existing development status, and current stormwater patterns will greatly influence the actual design and layout of the LID site and the choice of the LID-IMPs. However, <u>one of the most important parameters will be the ratio of increased impervious surface area to the available land area or change in land cover</u>.

Optimal LID implementation on a suitable site may result is a reduction in project cost. Classic LID design should reduce the amount of disturbed land, reduce impervious surface area, eliminate curb and gutter, reduce the size of pipes and holding ponds, increase the area planted in low maintenance tree cover, and reduce high maintenance structural planting beds and

17

grass. Building a large facility on a small site will cost more to implement LID than building a small building on a large site. The small site will require the selection of IMPs that are structural in nature and are more expensive to build and maintain, while the small building on the large site can use the more organic LID-IMPs that are less costly and more easily maintained.

## 2-3       EPA LID GUIDANCE

The following EPA manuals are referenced as sources: "Reducing Stormwater Costs through Low Impact Development (LID) Strategies and Practices" and "Low Impact Development (LID) A Literature Review". These manuals were based on the PDGR document "Low-Impact Development Design Strategies; An Integrated Design Approach", and is geared toward general site development. Sites on military bases may have additional constraints that will influence which LID-IMPs may be used.

Other Federal Directives and Executive Orders that affect LID planning and design must be identified and considered.

18

W912ER-11-D-0010-0006

## APPENDIX B:  CHAPTER 3 - STORMWATER MANAGEMENT

Human development increases impervious surfaces.  Buildings, roads, sidewalks, and parking lots quickly shed rainwater and increase the percentage of rainfall that ends up as runoff.  The resulting increase in runoff volume and the peak flows create negative consequences such as stream degradation and flooding risk.  The principal objective of LID is to retain this increase in runoff on-site.  LID techniques allow the developed site to mimic the pre-development hydrologic conditions.

LID builds on the conventional SWM philosophies and carries them a step further.  LID processes begin at the point where the rain falls.  Considering incorporating LID concepts, tools, and approaches requires assessment of the following at a minimum:

- Will the concept closely mimic the hydrology of pre-development condition thereby meeting certain regulatory requirement and/or resource protection goals?
- Will the concept mitigate adverse effects from increased stormwater runoff from the project?
- Can the drainage conveyance structures be optimized and reduce the overall cost of the project?
- What might be the hurdles for public acceptance?  If required for the project to move forward, can these be reasonably achieved?

Implementing LID alone on the project may not suffice in meeting all regulatory requirements.  LID must be used in combination with applicable BMPs in order to continue to produce effective SWM benefits.

## 3-1      HYDROLOGIC CYCLE

Dr. David Maidment in his *Handbook of Hydrology* states:

> "The hydrologic cycle is the most fundamental principle of hydrology.  Water evaporates from the oceans and the land surface, is carried over earth in atmospheric circulation as water vapor, precipitates again as rain or snow, is intercepted by trees and vegetation, provides runoff on the land surface, infiltrates into soils, recharges groundwater, discharges into streams, and ultimately, flows out into the oceans from which it will eventually evaporate once again.  This immense water engine, fueled by solar energy, driven by gravity, proceeds endlessly in the presence or absence of human activity."

Of the total precipitation that occurs, a portion of it is lost through the following:
(i)      interception due to land cover
(ii)     evapotranspiration
(iii)    surface depression storage
(iv)     infiltration

Only the excess precipitation results in runoff that reaches receiving water bodies, such as streams and lakes.  The process of infiltration is responsible for the largest portion of rainfall losses in pervious areas.  LID techniques seek to mimic pre-development hydrologic condition in the post-development phase.

An understanding of the dynamics and inter-relationships in the hydrologic cycle is essential in preserving the pre-development hydrology.  A comparison of pre-development and post-

development hydrologic conditions is evaluated for four basic measures – runoff volume, peak rate of runoff, flow frequency/duration, and water quality. These four evaluation measures are discussed below:

*Runoff Volume:* LID techniques, if implemented properly into site design, will result in 'no net increase' in runoff for a specified design storm event.

*Peak Rate of Runoff:* LID is designed to maintain pre-development hydrologic conditions for all storms smaller than the design storm event. If additional controls are required, either to meet the state or local regulations and/or flooding issues for unusual storm events, conventional SWM facilities may be designed and implemented.

*Flow Frequency/Duration:* LID techniques mimic pre-development hydrologic conditions if implemented properly. The flow frequency/duration should be almost the same.

*Water Quality:* Because of the very nature of decentralized hydrologic source control, the nonpoint source pollution is greatly reduced, thereby, increasing the water quality of the receiving water bodies.

Table 2 compares and summarizes concepts of stormwater management and LID techniques. For designs with LID-IMPs, it is appropriate to analyze the site as discrete units and rationalize on a case-by-case basis. When calculating the runoff potential from LID sites one should consider land cover, impervious areas, its connection with centralized collection system, soil type and texture, and antecedent moisture condition. These should all be considered on a site-specific basis.

## 3-2 STORMWATER DISPOSAL VS. STORMWATER MANAGEMENT

The main principle of incorporating LID elements into site planning design is to ensure that there is no net increase in runoff volume for the design storm. As detailed in Chapter 2 of this manual, there are a number of techniques that can be employed in eliminating the increase.

The main processes or practices that affect elimination of an increase in runoff volume for the design storm include infiltration at decentralized locations, increasing the length and time of flow over pervious areas, and disconnecting impervious areas that drain to stormwater collection systems. These help to retain the increase in runoff from new development on-site.

Conventional SWM facilities are primarily designed to divert unusual storm event runoff volumes and to control flooding and downstream impacts due to this increased runoff, but also provide water quality benefits.

**Table 2: Summary of Concepts of SWM and LID Techniques.**

| Concepts of SWM | Concepts of LID Techniques |
|---|---|
| End-of-pipe stormwater treatment. | Stormwater is treated at or very close to the source/origination of runoff. |
| Centralized collection system | Decentralized system |
| Reroute stormwater away from the site quickly and efficiently | Mimics the pre-development hydrologic condition. The goal of LID is to retain the same amount of rainfall within the development site as that was retained on the site prior to the project |
| Many of the stormwater management facilities are designed to control or attenuate peak runoff | LID techniques reduce the size of stormwater management facilities. |
| SWM facilities are designed to treat first-flush i.e. first ½ inch of runoff from impervious areas of development. | LID techniques may suffice to treat the first-flush on-site without a need for separate treatment options. |

Table 2 above contrasts conventional SWM methods that use "end-of-pipe" treatment and LID techniques that may reduce land requirements associated with conventional treatment and may make the overall design more aesthetically pleasing if incorporated early on during the planning and design phase. LID may reduce the overall costs of a project and reap benefits in protecting the environment and natural habitats.

Table 3 summarizes how conventional SWM and LID technology alter the hydrologic regime for on-site and off-site conditions.

21

**Table 3: Comparison of Conventional SWM and LID Technologies**

| Hydrologic Parameter | Conventional SWM | LID |
|---|---|---|
| On-Site | | |
| Impervious Cover | Encouraged to achieve effective drainage | Minimized to reduce impacts |
| Vegetation/Natural Cover | Reduced to improve efficient site drainage | Maximized to maintain pre-development hydrology |
| Time of concentration (Tc) | Shortened, reduced as a by-product of drainage efficiency | Maximized and increased to approximate pre-development conditions |
| Runoff Volume | Large increases in runoff volume not controlled | Controlled to pre-development conditions |
| Peak Discharge | Controlled to pre-development design storm (2 year & 10 year) | Controlled to pre-development conditions for all storms |
| Runoff Frequency | Greatly increased, especially for small, frequent storms | Controlled to pre-development conditions for all storms |
| Runoff Duration | Increased for all storms, because volume is not controlled | Controlled to pre-development conditions |
| Rainfall Abstractions (interception, infiltration, depression storage) | Large reduction in all elements | Maintained to pre-development conditions |
| Groundwater Recharge | Reduction in recharge | Maintained to pre-development conditions |
| Off-Site | | |
| Water Quality | Reduction in pollutant loadings but limited control for storm events that are less than design discharges | Improved pollutant loading reductions, full control for storm events that are less than design discharges |
| Receiving Streams | Severe impacts documented – channel erosion and degradation, sediment deposition, reduced base flow, and habitat suitability decreased, or eliminated | Stream ecology maintained to pre-development |
| Downstream Flooding | Peak discharge control reduces flooding immediately below control structure, but can increase flooding downstream through cumulative impacts & superpositioning of hydrographs | Controlled to pre-development conditions |
| *Source: Low-Impact Development Design Strategies, prepared by Prince George's County, Maryland.* | | |

22

W912ER-11-D-0010-0006

**3-3        WATER QUALITY AND POLLUTION PREVENTION**

LID or decentralized hydrologic source control, use LID-IMPs that are distributed small-scale controls, closely maintaining or replicating the hydrology of pre-development site conditions. LID-IMPs address additional regulatory requirements or other resource protection goals. Similarly, in meeting the regulatory requirements, BMPs can be designed to act as effective, practicable means of minimizing the impacts of development associated with water quality and quantity control.

Because of the very nature of decentralized hydrologic source control, the nonpoint source pollution is greatly reduced, thereby, increasing the water quality of the receiving water bodies.

**3-4        DESIGN INPUTS**

If possible, design inputs for successful implementation of LID techniques into a site development project obtain the following:
a.  Detailed land cover and land-use information
b.  Topographic contours, preferably at an interval that allows the flowpaths to be distinguished (Generally 1' interval contours minimum supplemented by spot elevations).
c.  Soil borings, minimum of three borings, 15-foot deep. These borings should reveal nature and condition of the shallow subsurface soils at this location, as well as defining the groundwater table, usability of on-site material for select fill, and through compositional analysis should determine both vertical and horizontal hydraulic conductivities.
d.  Existing site drainage outfall conditions and characteristics including water level elevation and water quality
e.  Watershed reports and master plans
f.  Flooding issues, past or present
g.  Installation Appearance Guide

**3-5        PRECIPITATION DATA**

The intensity-duration-frequency (IDF) curves for the United States were recently revised and published by the National Oceanic and Atmospheric Administration (NOAA), and are called Atlas-14 curves. These curves should be used when determining the precipitation depth/intensity for required duration and/or frequency. Other sources such as State drainage manuals have IDF curve data as well.

Long-term rainfall records for regional weather stations can be obtained from many sources, including the NOAA data center, at http://www.nesdis.noaa.gov. Table 8 provides a summary of rainfall analysis for selected locations.

**3-6        LOW-IMPACT DESIGN ELEMENTS FOR STORMWATER MANAGEMENT**

The LID concept encourages innovation and creativity in management of site planning impacts. As mentioned earlier, the implementation of LID techniques must be carefully evaluated for opportunities and constraints on a case-by-case basis. Many of the techniques are site-specific. Table 4 summarizes the specific use of LID techniques, requirement, and applicability. Table 5 summarizes hydrologic functions of LID practices.

## Table 4: Summary of LID Techniques, Constraints, Requirements and Applicability

| | Bioretention | Dry Well | Filter/Buffer Strip | Swales: Grass, Infiltration, Wet | Rain Barrels | Cistern | Infiltration Trench |
|---|---|---|---|---|---|---|---|
| **Space required** | Minimum surface area range: 50 to 200 ft². Minimum width 5 to 10 ft. Minimum Length 10 to 20 ft. Minimum depth 2 to 4 ft. | Minimum surface area range: 8 to 20 ft². Minimum width 2 to 4 ft. Minimum Length 4 to 8 ft. Minimum depth 4 to 8 ft. | Minimum length of 15 to 20 ft. | Bottom width: 2 ft minimum, 6 ft maximum | Not a factor | Not a factor | Minimum surface area range: 8 to 20 ft². Minimum width 2 to 4 ft. Minimum Length 4 to 8 ft. |
| **Soils** | Permeable soils with infiltration rates > 0.27 inches/hr are recommended. Soil limitations can be overcome with use of underdrains. | Permeable soils with infiltration rates > 0.27 inches/hr are recommended. | Permeable soils perform better, but soil not a limitation. | Permeable soils provide better hydrologic performance, but soils not a limitation. Selection of type of swale, grassed, infiltration or wet is influenced by soils. | Not a factor | Not a factor | Permeable soils with infiltration rates > 0.52 inches/hr are recommended. |
| **Slopes** | Usually not a limitation, but a design consideration. | Usually not a limitation, but a design consideration. Must locate down gradient of building foundations. | Usually not a limitation, but a design consideration. | Swale side slopes: 3:1 or flatter. Longitudinal slope: 1.0% minimum; maximum based on permissible velocities. | Usually not a limitation, but a design consideration. | Not a factor | Usually not a limitation, but a design consideration. Must locate down gradient of building foundations. |
| **Water Table/Bedrock** | 2- to 4-ft clearance above water table/bedrock recommended | 2- to 4-ft clearance above water table/bedrock recommended | Generally not a constraint. | Generally not a constraint. | Generally not a constraint. | | 2- to 4-ft clearance required |
| **Proximity to building foundations** | Minimum distance of 10 ft down gradient from buildings and foundations recommended | Minimum distance of 10 ft down gradient from buildings and foundations recommended | Minimum distance of 10 ft down gradient from buildings and foundations recommended | Minimum distance of 10 ft down gradient from buildings and foundations recommended | Not a factor | | Minimum distance of 10 ft down gradient from buildings and foundations recommended |
| **Max. depth** | 2- to 4-ft depth depending on soil type | 6- to 10-ft depth depending on soil type | Not applicable | Not applicable | Not applicable | | 6- to 10-ft depth depending on soil type |
| **Maintenance** | Low requirement, property owner can include in normal site landscape maintenance | Low requirement | Low requirement, routine landscape maintenance | Low requirement, routine landscape maintenance | Low requirement | | Moderate to high |

*Source: Low-Impact Development Design Strategies, prepared by Prince George's County, Maryland*

24

W912ER-11-D-0010-0006

**A1610**

### Table 5: Summary of Hydrologic Functions of LID Practices

| Hydrologic Functions | Bioretention | Dry Well | Filter/Buffer Strip | Swales: Grass, Infiltration, Wet Wells | Rain Barrels | Cistern | Infiltration Trench |
|---|---|---|---|---|---|---|---|
| Interception | High | None | High | Moderate | None | None | None |
| Depression Storage | High | None | High | High | None | None | Moderate |
| Infiltration | High | High | Moderate | Moderate | None | None | High |
| Ground Water Recharge | High | High | Moderate | Moderate | None | None | High |
| Runoff Volume | High | High | Moderate | Moderate | Low | Moderate | High |
| Peak Discharge | Moderate | Low | Low | Moderate | Moderate | Moderate | Moderate |
| Runoff Frequency | High | Moderate | Moderate | Moderate | Moderate | Moderate | Moderate |
| Water Quality | High | High | High | High | Low | Low | High |
| Base Flow | Moderate | High | High | Moderate | Moderate | None | Low |
| Stream Quality | High | High | High | Moderate | None | Low | High |

*Source:  Low-Impact Development Design Strategies, prepared by Prince George's County, Maryland.*

25

## APPENDIX B:  CHAPTER 4 - LID DESIGN

## 4-1        INTRODUCTION

LID strategies provide decentralized hydrologic source control for stormwater.   LID implementation centers around selecting IMPs which are distributed small-scale controls that can closely maintain or replicate hydrological behavior of the natural system for a design storm event.

The principal goal of designing LID-IMPs is to maintain existing pre-development hydrology resulting in no net increase in stormwater runoff from major renovation and construction projects for the design storm under consideration.  The designer will be required to design SWM BMPs as mandated by the State regulators, and LID-IMPs to control all regulated storm events.  This section of the criteria guidance manual defines a design storm to provide consistent application of the LID criteria.  Further, the guidance manual provides a few of the design considerations in designing LID-IMP features that are not discussed elsewhere in this document.  LID-IMPs will control runoff volume and time of concentration (Tc) in order to mimic the pre-development hydrologic conditions, while standard BMPs will be used in conjunction with LID-IMPs depending on site conditions to handle the peak rate of discharge for flood control.

The site designer shall follow published design guidelines that contain criteria relative to achieving, maintaining, and emphasizing a positive exterior visual environment applicable to military installations.

**HYDROLOGIC ANALYSIS**

During a storm event, a portion of the precipitation is lost in the form of interception, depression storage, evaporation, transpiration, and infiltration.  These losses are collectively referred to as *abstractions*.  Only that part of the rainfall in excess of abstractions is realized as stormwater runoff. [1]

The Soil Conservation Service (SCS 1986) presented an empirical method of determining initial abstraction based on the runoff curve number (CN)[2] of the site and is given by:

EQUATION 1:  Initial abstraction (inches), $I_a = 0.2*S$

Where S = potential maximum retention after <u>runoff</u> begins (inches) = $\dfrac{1000}{CN} - 10$

---

[1] Holding excess rainwater on-site that would ordinarily end up as runoff can be detrimental in some cases.  Rainfall that is retained in excess of the initial abstraction can  destabilize certain soils on slopes, impact sensitive coastal tidal zones, increase the need for mosquito control, and in certain riparian or usufructuary rights create an infringement.  In many areas where shallow groundwater aquifers are used for supply or irrigation, excess infiltration the designer must consider contamination issues.

[2] The runoff CN method accounts for all types of losses.  The value of the curve number depends on the hydrologic soil group, soil cover type, hydrologic condition, the percentage of impervious areas in the watershed, and the antecedent moisture condition of the soil.

26

The initial abstraction defined in Eq. 1 also represents the rainfall at which the direct runoff begins. Any rainfall over and above the initial abstraction results in direct surface runoff whether it is a virgin forest or a developed piece of land. Table 6 gives representative runoff curve numbers and the calculated initial abstractions for selected soil types. The runoff generated from a project site and the initial abstraction of the site does not have a linear relationship. For this reason, required design storage of LID-IMPs is calculated using Eq. 2 and Eq. 3 discussed later in this document in Section 4-1.4, Design Storage of LID-IMP Features.

Runoff curve numbers are determined by land cover type, hydrologic condition, antecedent runoff condition (ARD), and hydrologic soil group (HSG). Curve numbers for various land covers based on an average ARC for annual floods and Eq. 1 can be found in Urban Hydrology for Small Watersheds (Soil Conservation Service, 1986).

### Table 6: Initial Abstraction for Indicated Soil Types

| Existing Site Conditions | Curve Number (CN) | Initial Abstraction (inches) |
|---|---|---|
| Woods - good condition, HSG B | 55 | 1.64 |
| Woods - poor condition, HSG D | 83 | 0.41 |
| Pasture, grasslands - good condition, HSG B | 61 | 1.28 |
| Pasture, grasslands - fair condition, HSG C | 79 | 0.53 |
| Open space - lawns, park in fair condition, HSG B | 69 | 0.90 |
| Residential districts - 1/3 acre, 30% impervious, HSG B | 72 | 0.78 |
| Residential districts - 1/3 acre, 30% impervious, HSG C | 81 | 0.47 |
| Industrial area - 72% impervious, HSG B | 88 | 0.27 |

### 4-1.1    Mimic Existing (Pre-Development) Hydrologic Conditions

From the preceding table, it can be seen that the hydrology of a naturally wooded environment in good condition provides a maximum retention that in turn increases the water quality treatment of stormwater runoff. For redevelopment the site is not set at maximum retention, but to maintain pre-development levels. However, the typical site development project results in the following adverse environmental impacts:
- Changes to existing land-use and land cover
- Changes to natural drainage patterns
- Clear cutting of the native vegetation
- Soil compaction due to the use of heavy construction vehicles on-site
- Increase in impervious area
- Drainage systems that quickly move the water downstream.

27

As a result, the post-development hydrologic conditions are worsened, and in many cases, the damage becomes irreversible. For this reason, it is important to consider LID and mimic pre-development hydrologic conditions. The 'pre-development' condition shall be taken to mean a typical condition of the project site just prior to project. The site designer should provide a site condition narrative to document the analysis of the pre-development condition. Apart from the potential increase in impervious area, the primary impacts due to human development are soil compaction, and increased efficiency of drainage patterns. The two land development conditions of concern are:

- Pre-Development Condition
- Post-Development Condition

In the development of the site narrative the site designer shall document the existing soil conditions, groundwater table of the project site, description of typical surrounding natural lands, and a brief history of existing development; including impervious area, lawns/meadows, forested area, wetlands, and water bodies, that comprises the existing development condition. It is recognized that there are very many different existing development conditions (including everything from leveling and fill, to existing conditions that bear no resemblance to what came before). The goal, however, is to document a return to a realistic natural pre-development condition for the particular locale and setting.

LID techniques mimic the natural systems by capturing at the minimum, all of the initial abstraction through bio-infiltration practices (such as shown by photo1 below) and/or structural solutions of reuse or footprint reduction for a design storm event.



**Photo 1: Typical Bio-infiltration 'Rain Garden'.**
Note curb cut inlet. Design should be based on regional plants and growing conditions.

28

### 4-1.2  Time of Concentration (Tc) For Pre- and Post-Development Conditions

In order to mimic natural hydrologic patterns the site designer needs to provide features that limit the rate at which runoff leaves the site.  The post-development time of concentration (Tc) must be equal to or greater than the pre-development Tc.  Maintaining Tc close to pre-development conditions is critical because the peak runoff rate and thereby the volume of runoff from individual lots, is inversely proportional to the time of concentration.  The Tc shall be maintained by strategies such as reduction of impervious areas, maintaining natural vegetation, siting of impervious areas in poor draining soils, and disconnecting impervious areas.

Using traditional site planning techniques the post-development time of concentration (Tc) is invariably reduced.  This is due to the curbs, channels, and pipes causing quicker drainage, resulting in higher peak flow rates.  In order to mimic the natural hydrologic pattern the site designer needs to provide features that slow down the runoff from the site.  To maintain the Tc use the following site planning techniques:

- Maintaining or increasing pre-development sheet flow length
- Preserving natural vegetation
- Increasing surface roughness
- Detaining flows
- Disconnecting impervious areas
- Reducing longitudinal slopes of swales and ditches.

Achieving a Tc close to pre-development conditions is often an iterative process and requires analyzing different combinations of the appropriate techniques.

### 4-1.3  Design Storm Event for LID Design and Implementation

Storm events are a complex natural phenomenon, and methods to predict and control their impacts rely upon empirical and mathematical modeling of the event.  It is important to provide criteria to be used by the site designer that is easily understood and is based on recognized industry standards.  Three principal approaches in determining the design storm event were analyzed, as follows:

***Prince George's County Methodology (Soil Conservation Service, TR-55 Method):***
As previously mentioned any rainfall over and above the initial abstraction will result in direct surface runoff.  It is prudent to design and implement IMPs for that rainfall event that exceeds initial abstraction (Eq. 1) in the pre-development conditions.  The design methodology would apply a modifying factor of 1.5 times the initial abstraction (as suggested in the Prince George's County LID manual) to serve as a practical approach to design LID-IMP features.

***EPA Methodology:***
See Technical Guidance on Implementing Section 438 of the Energy Independence and Security Act, *Guidance prepared by EPA*, December 2009 for Option 1 methodology.

***First-Flush Water Quality Volume:***
Many States and localities have adopted the conventional approach of collecting and treating the *first-flush* or *water-quality* depth of rainfall.  These terms are defined by the local regulatory agency.  In certain areas, this first flush depth is generally taken to be the first one inch of rainfall.  In other localities with sensitive coastal or reservoir watersheds, the first-flush depth is

taken to be the first 1.5 inches of rainfall. The water quality volume is equated to the volume of stormwater runoff generated by the first-flush rainfall depth. Therefore, it would be practical to design LID-IMP features to handle the first-flush rainfall depth. The stormwater runoff quality is further improved by the design of conventional SWM practices required to meet the state regulations.

Most Local and State stormwater regulations include a first-flush or water quality depth for 2-, 5-, 10-, 25-, 50-, or 100-year regulated storm events. State and Local requirements for stormwater management shall be met before the LID requirements are satisfied. The SWM BMPs shall be designed to control all regulated storm events, as stipulated by Local and State regulations to handle the peak rate and/or volume of discharge for flood control purposes.

***DOD Accepted Methodology:***
DoD has chosen to use the 95th percentile design storm event in UFC 3-210-10 criteria for determining the LID design volume. When in conflict with other State or Local requirements the most stringent apply.

To control the stormwater volume in accordance with LID policy, use the methodology from TR-55, Chapter 2: "Estimating Runoff". Calculate the runoff depth for both the pre- and post-development conditions, and the difference will be the depth from which the volume to be retained on-site can be determined.

## 4-1.4    Design Storage of LID-IMP Features

For the selected design storm event, the LID volume is equal to or greater than the total net increase in runoff from the pre- to post-development states. Physically, the total volume of stormwater runoff generated during the post-development conditions exceeds the total volume of stormwater runoff generated from the site during the pre-development conditions. The design storage of LID-IMP features would be the difference in total volume of stormwater runoff generated between pre- and post-development conditions. The required design storage is calculated using the SCS methodology for compliance with EISA Section 438. Other methods may be specifically required by State SWM guidance to comply with State SWM program requirements. The designer is to balance the various requirements to determine the LID-SWM design that meets all policies and programs.

EQUATION 2:  Total depth of increase in runoff (inches), $D = \dfrac{(P - 0.2 * S')^2}{(P + 0.8 * S')} - \dfrac{(P - 0.2 * S)^2}{(P + 0.8 * S)}$

Where, P = design storm rainfall depth (inches)

S & S' = potential maximum retention after <u>runoff</u> begins (inches) during the pre- and post-development conditions, respectively

Note:  Eq. 2 is valid if P > 0.2*S. Otherwise, the term calculating the runoff depth

$$\dfrac{(P - 0.2 * S)^2}{(P + 0.8 * S)} = 0$$

EQUATION 3:  The design storage, $V_{LID} = D * A$

30

D = total depth of increase in stormwater runoff (inches),
A = drainage area or the area of the parcel being developed (square units).

The design storage of LID-IMP features, calculated using Eq. 3, is compliant with DoD policy for stormwater runoff volume for the design rainfall event by maintaining pre-development hydrology.

Table 7 illustrates the total depth of increase in stormwater runoff for a hypothetical representative site. The depth of increase in stormwater runoff calculated will be used in designing the LID-IMP features to handle all of the net increases in stormwater runoff generated from a parcel being developed (using Eq. 3).

## 4-2    PREDEVELOPMENT HYDROLOGY AND NO NET INCREASE

The principal goal of designing LID-IMPs is to achieve no net increase in stormwater runoff volume and sediment or nutrient loading from major renovation and construction projects for the design storm under consideration. The design storage volume of LID-IMP features, as calculated using Eq. 3, is a minimum requirement and must be followed to ensure no net increase in stormwater runoff volume for the design storm depth. This will assure the most practical solution and provide the maximum value for achieving an improved water quality discharge downstream. In certain geographical areas on optimal sites, the site designer will be able to improve the efficiency of the LID features to handle a portion of the flood control element of stormwater. For other rainfall events, which exceed normal intensities, the runoff will be collected and conveyed to the conventional SWM facilities. The conventional SWM facilities should be designed to discharge/outfall over a 24-hour period to reduce the peak flow rate below the pre-development outflow rate. Further, outfall water quality is improved through an additional treatment from conventional SWM facilities. To design the LID-IMP features for gross increases in stormwater runoff over a range of storm events, for less frequent or high return period storm events, would be impractical. Depending on site conditions, the use of conventional SWM facilities in conjunction with LID-IMPs may be required to handle unprecedented rainfall events and to avoid any downstream flooding of facilities and roadways that might become a life safety concern.

## 4-3    DESIGN CONSIDERATIONS

A few of the most relevant design considerations are listed below. For a more detailed list, the reader is referred to published literature given in the References.

***Develop LID control strategies:***
Use hydrology as a design element. In order to minimize the runoff potential of the development, the hydrologic evaluation should be an ongoing part of the design process. An understanding of site drainage can suggest locations for both green areas and potential building sites. An open drainage system can help integrate the site with its natural features, creating a more aesthetically pleasing landscape.

a)  Determine the State regulatory design storms. Regulatory requirements for design storms may also be stipulated in local ordinances, and these may limit or constrain the use of LID techniques or necessitate that structural controls be employed in conjunction with LID techniques.

W912ER-11-D-0010-0006

b) Determine LID volumes using 95th percentile design storm and NRCS TR-55 Curve Number methodologies.

c) Evaluate current conditions. Analyze site with traditional hand methods or computer simulations. Use the results of modeling to estimate baseline values for the four evaluation measures: runoff volume, peak runoff rate, flow frequency and duration, and water quality.

d) Evaluate site planning benefits and compare with baseline values. The modeling analysis is used to evaluate the cumulative hydrologic benefit of the site planning process in terms of the four evaluation measures.

e) Evaluate the need for IMPs. If site planning is not sufficient to meet the site's LID objectives, additional hydrologic control needs may be addressed through the use of LID-IMPs. After LID-IMPs are selected for the site, a second-level hydrologic evaluation can be conducted that combines the IMPs with the controls provided by the planning techniques. Results of this hydrologic evaluation are compared with the baseline conditions to verify that the site LID objectives have been achieved. If not, additional LID-IMPs are located on the site to achieve the optimal condition.

f) Evaluate supplemental needs. If supplemental control for either volume or peak flow is still needed after the use of IMPs, selection and listing of additional management techniques should be considered. For example, where flood control or flooding problems are key design objectives, or where site conditions, such as poor soils or a high water table, limit the use of LID-IMPs, additional conventional end-of-pipe methods, such as large detention ponds or constructed wetlands, should be considered. In some cases their capacity can be reduced significantly by the use of LID upstream. It may be helpful to evaluate several combinations of LID features and conventional stormwater facilities to determine which combination best meets the stated objectives. Use of hydrologic evaluations can assist in identifying the alternative solutions prior to detailed design and construction costs.

g) For residential areas, Prince George's County, Maryland, has developed a detailed illustration of an approach for conducting a hydrologic evaluation based on the NRCS TR-55 method. Where NRCS methods (TR-20, TR-55) are accepted for hydrologic evaluation, the effect of LID features should be reflected in the curve numbers and times of concentration selected for the analysis. A full description of this process is available from Prince George's County (*Low-Impact Development Hydrologic Analysis*, Reference 2.)

### *LID Concept Design or Master Plan:*

1) Maximize the efficiency of the existing site. Place impervious areas in poorer soils and retain existing trees where practical.

2) Sketch a design concept that distributes the LID practices appropriately around the project site. Keep in mind the multifunctional capability of LID technologies (i.e., parking lot with detention facility underground).

3) Develop a master plan that identifies all key control issues (water quality, water quantity, water conservation) and implementation areas. Specify specific LID technologies and any connections they have to stormwater overflow units and sub-surface detention facilities.

**Develop landscaping plans to maximize the efficiency of the LID-IMPs and reduce maintenance**:

Use hardy, native plantings.

1) In areas where soils have low infiltration rates, as determined by percolation tests, average depth of bio-infiltration practices is determined such that the volume held would infiltrate within stated limits. For example, if the State criteria indicates 72 hours and in soils with a low permeability rate (hydrologic soil group's C and D) of 0.05 inches/hour, the depth of infiltration basin = 72 hrs x 0.05 in/hr = 3.6 inches. Conservatively, the designer may opt to

W912ER-11-D-0010-0006

restrict this depth to 3.0 inches and provide a larger area to satisfy the LID volume requirement or may want to incorporate other LID practices, such as footprint reduction of impervious surfaces, permeable pavers, etc., in conjunction with sizing of bio-infiltration facilities. (Verify all actual design parameters with State BMP manual.)

2) Flood control is based on protecting life and property. Flood control criteria are ultimately determined locally based on drainage needs and flood risk of any particular area and may go beyond LID design criteria to achieve the necessary level of flood protection.

3) If project site has limited land area for bio-infiltration practices, in order to satisfy the LID volume criteria, a combination of structural practices such as rain barrels and cisterns may be employed in addition to bio-infiltration practices. At any time the outflow from the structural practices must be controlled to the sum total of assimilating capacity of bio-infiltration practices provided downstream. For example, if a downstream bio-retention facility is of size 600 sq.ft, in soil type C with an infiltration rate of 0.15 in/hr, then the cisterns or rain barrels provided on site will discharge into bio-retention facility at a rate = 0.15 in/hr * 600 sq.ft /(12 in/ft * 3600 sec/hr) = 0.0021 cfs.

4) LID-IMP features are to be incorporated into the site plan at locations as close as possible to the origin of surface runoff from impervious areas. For example, runoff from roof drains is to be collected around the building (depending on ATFP requirements, a minimum of 10-ft offset from the face of the building is required, refer to bio-retention design manuals for more details on specifications), and runoff from parking lots will be held in traffic islands and all along the perimeter. The central idea is to mimic pre-development hydrology.

5) Prefer planting of bio-retention facilities with native vegetation; refer to local plant specialists and horticulturists.

6) Design positive overflow system to capture excess rainfall-runoff.

***Develop Operation and Maintenance Procedures***:

Development of Operation and Maintenance Support Information documentation (OMSI) is critical to ensure LID-IMPs are properly maintained in order to function properly. LID-IMPs should be viewed as environmental systems that have specific maintenance requirements. O&M procedures for each of the LID practices implemented in the site plan should be developed as part of the OMSI documents. Different types of LID-IMPs will have different maintenance requirements, but some general principles will apply:

1) Keep LID-IMPs and flow paths clear of debris.

2) Regular trash pickup will be required.

3) Use native, drought-tolerant plantings that can tolerate periods of saturation. If required, water vegetation regularly during dry periods. Use special care in selecting plants in areas of tidal influence.

4) Consider impact on plants by road salts.

5) Grassed areas should be mowed regularly using a longer length cut.

6) Plantings should be pruned as needed.

7) Deep raking and tilling of depression storage should be done on a yearly basis or as indicated.

## 4-4      GAINING ACCEPTANCE OF LID OPTIONS

Low Impact Development projects will require a higher level of communication to keep stakeholders informed during the planning and design phase. From building tenant commands to O&M personnel, communicating intent and purpose is the key to successful LID

33

implementation. In addition, for some period, feedback on implementation and program success will be required for all new facilities through the local Environmental Office.

## 4-5        CONSTRUCTION PERMIT PROCESS

Conventional SWM is a patterned response to maximize the efficiency of site landscaping and site design to achieve a reduction in the volume, duration, and pollutant loading of rainfall that ends up as runoff due to human development. The EPA's CWA defined an appropriate level of SWM to help to keep our rivers, lakes, and shorelines clean. The CWA established the base guidelines for SWM, but for the most part turned the execution of those guidelines over to the local, state, and/or municipal regulatory agencies. The States then promulgated additional or clarifying requirements to a minimum level as the EPA requirements to meet the needs of the local geographic conditions. For example, SWM techniques suitable for Florida are not necessarily appropriate to the arid Southwest. Almost all projects will require Local or State construction permit in order to begin work. As such, the LID requirements must be complementary, and will overlay the State and Local requirements for SWM. Without the regulatory acceptance and approval of the SWM plan, a project cannot be constructed. However, with the continuing development and destruction of natural settings, most of these regulatory bodies have recognized that additional measures must be taken. For the State environmental regulators to improve stormwater discharge quality they must adopt alternative management methods or build treatment systems at the outfalls to treat the water. In order to avoid those large, expensive end-of-pipe treatment systems, an example was taken from nature to begin a process of retention, detention, infiltration, and treatment at the point of intersection (the point where a raindrop hits the earth). LID has gained widespread acceptance in the commercial and municipal arenas and is beginning to show up in most of the Local and State regulations as an appropriate response to assist with traditional SWM. As the States adopt and change their requirements, DoD's LID policies will increasingly align with the State's SWM requirements.

## 4-6        CONCLUSIONS

The methods for calculating, modeling, and sizing stormwater runoff are based on the *design storm*. The design storm is a designation that defines a unit depth of rainfall in order to quantify the volume of rainfall generated for a given site. This data is needed in order to calculate the impact of development on a particular piece of land.

The site designer shall use higher of either the 95th percentile rainfall depth, or the required water quality depth (as locally legislated) as the design storm event when calculating the LID volumes. This will result in a practical and reasonable approach (as being suggested by the EPA in their preliminary findings) in determining LID volumes. The design storm event is based on the regional 95th percentile, annual 24-hour rainfall depth averaged over several years (a minimum of 10-year daily, 24-hour precipitation events would be used). The 'design storm' will be used to calculate pre- and post-development LID volumes in order to determine the amount of excess runoff that must be controlled on-site so that the site contributes no net increase downstream. LID integrated management techniques will be encouraged throughout the site design to ensure control and water quality objectives.

34

Three practical design methodologies were evaluated in this guidance manual to compare and contrast the methodologies. The first two that were evaluated used accepted practices within the engineering community and demonstrated acceptable results. The third methodology examined was based on regulatory guidance regarding water quality volumes.

DoD has chosen to adopt the EPA's 95th percentile methodology to determine the design storm. Choosing the 95th percentile storm event as the LID design storm would result in a conservative design of LID-IMP features. Table 7 compares the three analysis methods for a few sample locations, by soil and type. Table 8 provides a summary of rainfall analysis for selected locations. Additional references for sources of rainfall data include NRCS TR20 manual rainfall maps and Air Force 14th Weather Squadron rainfall data for installations.

DoD criteria also recommend the use of industry standard methodologies for determining the LID volumes, such as TR-55 (Soil Conservation Services, 1986) or other recognized modeling software.

35

**Table 7: Analysis Method Comparison**

| Existing Site Conditions | Existing Site Composite CN | Method 1. | Method 2. | Method 3. | Selected Design Storm Rainfall Depth (inches) | Developed Conditions[2] Composite CN | Depth of increase in Stormwater Runoff (inches) |
|---|---|---|---|---|---|---|---|
| Woods - good condition, HSG B | 55 | 2.45 | 1.63[a] | 1.00 | 1.63 | 76.5 | 0.25 |
| Woods - poor condition, HSG D | 83 | 0.61 | 1.45[b] | 1.00 | 1.45 | 90.5 | 0.32 |
| Pasture, grasslands - good condition, HSG B | 61 | 1.92 | 1.63[a] | 1.00 | 1.63 | 79.5 | 0.32 |
| Pasture, grasslands - fair condition, HSG C | 79 | 0.80 | 1.45[b] | 1.00 | 1.45 | 88.5 | 0.33 |
| Open space - lawns, park in fair condition, HSG B | 69 | 1.35 | 1.63[a] | 1.00 | 1.63 | 83.5 | 0.37 |
| Residential districts - 1/3 acre, 30% impervious, HSG B | 72 | 1.17 | 1.63[a] | 1.00 | 1.63 | 85.0 | 0.38 |
| Residential districts - 1/3 acre, 30% impervious, HSG C | 81 | 0.70 | 1.45[b] | 1.00 | 1.45 | 89.5 | 0.33 |
| Industrial area - 72% impervious, HSG B | 88 | 0.41 | 1.63[a] | 1.00 | 1.63 | 93.0 | 0.30 |
| Method 1: Design Rainfall Depth Based on Initial Abstraction (inches) | | | | | | | |
| Method 2: Region1 - 95 Percentile Rainfall Depth (inches); | | | | | | | |
| Method 3: First-Flush Rainfall Depth (inches) | | | | | | | |
| 1.  In this example, regional refers to:  a - Norfolk region; b- Cincinnati Region. | | | | | | | |
| 2. The developed conditions composite curve number is calculated as equal to existing composite CN plus a 50% of maximum full development potential of the parcel.  A full development potential is where the entire parcel is developed with impervious surface resulting in a composite curve number of 98.  Here, it is assumed 50% of maximum full development and calculated as = existing CN+0.5*(98-existing CN). | | | | | | | |

W912ER-11-D-0010-0006

**Table 8: Summary of Rainfall Analysis (1978-1997)**

| Description | State | Weather Station ID | Applicable Unit Identification Code | | | | | Annual Rainfall Depth (in) | 99th Percentile | 98th Percentile | 95th Percentile | 90th Percentile | 75th Percentile | Rainy Days (>0.1") | Years of Available Record (1978-1997) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YUMA WSO AP | Arizona | 029660 | 62974 (1 mi.) | | | | | 3.38 | 2.20 | 1.46 | 0.98 | 0.73 | 0.43 | 8 | 17 |
| BOULDER CREEK LOCAT RANCH | California | 041005 | 44269 ( mi.) | | | | | 51.36 | 5.14 | 4.64 | 3.70 | 2.50 | 1.50 | 44 | 20 |
| EL CENTRO 2 SSW | California | 042713 | 45211 (1 mi.) | | | | | 2.83 | 2.30 | 1.91 | 1.30 | 1.00 | 0.58 | 5 | 20 |
| FAIRFIELD 3 NNE | California | 042935 | 45653 (1 mi.) | | | | | 21.55 | 3.26 | 2.48 | 1.80 | 1.30 | 0.90 | 31 | 20 |
| FRESNO AIR TERMINAL | California | 043257 | 44259 (27 mi.) | | | | | 11.80 | 1.51 | 1.31 | 0.99 | 0.80 | 0.51 | 28 | 20 |
| HETCH HETCHY | California | 043939 | 64495 (36 mi.) | | | | | 31.42 | 3.27 | 2.73 | 1.96 | 1.59 | 0.90 | 42 | 20 |
| LOS ANGELES WSO ARPT | California | 045114 | 44267 (17 mi.) | 67399 (80 mi.) | | | | 13.95 | 2.56 | 2.30 | 1.64 | 1.23 | 0.77 | 23 | 20 |
| MONTEREY NWSFO | California | 045802 | 45210 (5 mi.) | | | | | 20.10 | 1.70 | 1.47 | 1.37 | 1.14 | 0.85 | 31 | 2 |
| SAN DIEGO WSO AIRPORT | California | 047740 | 62473 (1 mi.) | 00681 (30 mi) | | | | 11.69 | 1.74 | 1.58 | 1.28 | 1.01 | 0.60 | 23 | 20 |
| VICTORVILLE PUMP PLANT | California | 049325 | 3594A (60 mi.) | 62204 (30 mi.) | | | | 6.47 | 1.73 | 1.60 | 1.12 | 0.90 | 0.60 | 12 | 19 |
| COLORADO SPRINGS WSO AP | Colorado | 051778 | 3455A (0 mi.) | | | | | 17.06 | 2.11 | 1.59 | 1.12 | 0.85 | 0.48 | 37 | 20 |
| JACKSONVILLE WSO AP | Florida | 084358 | 57061 (18.75 mi.) | 68931 (18 mi.) | 68248 (25 mi.) | 46134 (17.5 mi.) | | 52.35 | 3.46 | 2.86 | 2.12 | 1.59 | 0.87 | 74 | 20 |
| KEY WEST WSO AIRPORT | Florida | 084570 | 44222 (2 mi.) | | | | | 39.68 | 3.76 | 2.95 | 1.92 | 1.41 | 0.76 | 59 | 20 |
| MIAMI WSCMO AIRPORT | Florida | 085663 | 30931 (2.5 mi.) | | | | | 59.17 | 3.53 | 2.94 | 2.20 | 1.62 | 0.86 | 82 | 20 |
| PANAMA CITY 5 NE | Florida | 086842 | 44223 (9.5 mi.) | 44224 (97 mi.) | | | | 56.51 | 4.24 | 3.30 | 2.40 | 1.80 | 1.10 | 63 | 20 |
| TALLAHASSEE WSO AP | Florida | 088758 | 67004 (83 mi.) | | | | | 62.14 | 4.26 | 3.58 | 2.37 | 1.76 | 1.07 | 76 | 20 |
| TAMPA WSO AIRPORT | Florida | 088788 | 47030 (8 mi.) | | | | | 46.24 | 3.22 | 2.70 | 1.92 | 1.48 | 0.88 | 66 | 20 |
| SAVANNAH WSO AIRPORT | Georgia | 097847 | 00263 (32 mi.) | 44227 (35 mi.) | | | | 49.54 | 3.17 | 2.80 | 2.03 | 1.52 | 0.85 | 70 | 20 |
| GUAM WSMO | Guam | 914229 | 62395 (5 mi.) | | | | | 95.12 | 4.24 | 3.27 | 2.20 | 1.45 | 0.70 | 143 | 14 |
| HOKULOA 725.2 | Hawaii | 511540 | 62742 ( mi.) | | | | | 33.02 | 5.11 | 4.00 | 2.64 | 1.70 | 0.80 | 40 | 20 |
| HONOLULU WSFO AP 703 | Hawaii | 511919 | 62742 (3 mi.) | 47771 (9.5 mi.) | | | | 19.07 | 3.72 | 3.08 | 2.11 | 1.31 | 0.61 | 29 | 20 |
| KEKAHA 944 | Hawaii | 514272 | 30614 ( mi.) | | | | | 20.08 | 4.83 | 3.86 | 2.80 | 1.91 | 0.90 | 24 | 20 |
| CHICAGO OHARE WSO AP | Illinois | 111549 | 65113 (23 mi.) | | | | | 36.24 | 2.57 | 1.90 | 1.49 | 1.09 | 0.65 | 67 | 20 |
| EVANSVILLE WSO AP | Indiana | 122738 | 44204 (58 mi.) | | | | | 43.72 | 2.78 | 2.16 | 1.74 | 1.25 | 0.78 | 71 | 20 |
| NEW ORLEANS WSMO AIRPORT | Louisiana | 166660 | 44218 (9 mi.) | | | | | 65.10 | 4.38 | 3.33 | 2.48 | 1.81 | 1.06 | 77 | 20 |
| SHREVEPORT AP | Louisiana | 168440 | 45603 (11 mi.) | | | | | 52.06 | 3.94 | 3.32 | 2.33 | 1.76 | 1.01 | 66 | 20 |
| PORTLAND WSFO AP | Maine | 176905 | 44214 (24 mi.) | | | | | 42.49 | 2.88 | 2.23 | 1.55 | 1.17 | 0.71 | 71 | 20 |
| BALTIMORE WSO ARPT | Maryland | 180465 | 44201 (15.5 mi.) | 0417A (14 mi.) | | | | 40.29 | 2.36 | 1.94 | 1.53 | 1.16 | 0.71 | 71 | 20 |
| PATUXENT RIVER | Maryland | 186915 | 00019 (0 mi.) | 47370 (33 mi.) | | | | 24.97 | 2.90 | 2.58 | 1.80 | 1.30 | 0.80 | 36 | 20 |
| BILOXI 9 WNW | Mississippi | 220797 | 62604 (4 mi.) | | | | | 60.53 | 5.64 | 4.04 | 2.74 | 2.07 | 1.20 | 59 | 9 |
| TRENTON STATE COLLEGE | New Jersey | 288880 | 3806A (30 mi.) | | | | | 38.50 | 2.80 | 2.60 | 1.90 | 1.40 | 0.90 | 54 | 20 |
| ALBUQUERQUE WSFO AIRPORT | New Mexico | 290234 | 65460 (3 mi.) | | | | | 9.74 | 1.15 | 1.06 | 0.88 | 0.65 | 0.39 | 25 | 20 |
| MOREHEAD CITY | North Carolina | 315830 | 00146 (16 mi.) | 67001 (34 mi.) | | | | 38.57 | 4.10 | 3.30 | 2.40 | 1.70 | 1.00 | 46 | 20 |
| HARRISBURG CAPITAL CITY | Pennsylvania | 363699 | 68378 (6 mi.) | | | | | 32.91 | 2.40 | 2.18 | 1.57 | 1.11 | 0.65 | 60 | 8 |
| HARRISBURG WSO CITY OFFICE | Pennsylvania | 363710 | 68378 (4.5 mi.) | | | | | 30.58 | 2.05 | 1.84 | 1.32 | 1.08 | 0.70 | 56 | 8 |
| MIDDLETOWN HARRISBURG INTL AP | Pennsylvania | 365703 | 68378 (10 mi.) | | | | | 34.91 | 2.46 | 2.25 | 1.39 | 1.10 | 0.69 | 62 | 7 |
| PHILADELPHIA WSO AP | Pennsylvania | 366889 | 45727 (2.5 mi.) | | | | | 40.68 | 2.46 | 2.05 | 1.60 | 1.18 | 0.70 | 70 | 20 |
| BLOCK ISLAND WSO AP | Rhode Island | 370896 | 44210 (29 mi.) | | | | | 33.37 | 2.54 | 2.08 | 1.52 | 1.23 | 0.74 | 56 | 16 |
| NEWPORT ROSE | Rhode Island | 375215 | 44211 (1.5 mi.) | | | | | 32.86 | 2.80 | 2.30 | 1.79 | 1.30 | 0.80 | 46 | 20 |
| CHARLESTON WSO AIRPORT | South Carolina | 381544 | 69229 (4 mi.) | | | | | 50.79 | 3.76 | 3.14 | 1.97 | 1.49 | 0.82 | 73 | 20 |
| MEMPHIS WSFO | Tennessee | 405954 | 44221 (18 mi.) | | | | | 53.19 | 3.37 | 2.83 | 2.14 | 1.70 | 0.96 | 70 | 18 |
| CORPUS CHRISTI WSO AP | Texas | 412015 | 45974 (27 mi.) | 68891 (11 mi.) | 44215 (10 mi.) | | | 32.44 | 4.40 | 3.42 | 2.50 | 1.73 | 0.91 | 42 | 20 |
| NORFOLK WSO AIRPORT | Virginia | 446139 | 62470 (5.7 mi.) | | | | | 44.36 | 2.67 | 2.26 | 1.63 | 1.23 | 0.73 | 74 | 20 |
| WASHINGTON NATL WSO AP | Virginia | 448906 | 00025 (2.5 mi.) | 00029 (1.5 mi.) | 44252 (9.5 mi.) | 44200 (22 mi.) | 48429 (11 mi.) 45967 (25 mi.) | 38.37 | 1.94 | 1.76 | 1.37 | 1.12 | 0.69 | 70 | 20 |
| WILLIAMSBURG 2 N | Virginia | 449151 | 44247 (11 mi.) | | | | | 34.17 | 2.50 | 2.20 | 1.61 | 1.30 | 0.80 | 50 | 20 |
| SEATTLE TACOMA AP WBAS | Washington | 457473 | 44255 (17 mi.) | | | | | 37.11 | 1.76 | 1.40 | 1.03 | 0.79 | 0.50 | 87 | 20 |
| SEATTLE EMSU WSO | Washington | 457458 | 44219 ( mi.) | | | | | 36.04 | 1.82 | 1.44 | 1.00 | 0.78 | 0.47 | 84 | 20 |
| FRANKLIN 2 N | West Virginia | 463215 | 31188 (5 mi.) | | | | | 24.08 | 1.80 | 1.70 | 1.30 | 1.00 | 0.70 | 41 | 17 |

37

W912ER-11-D-0010-0006

**A1623**

**4-7        RESOURCE INDEX**

1.   *BMP Modeling Concepts and Simulation* (USEPA, 2006):
     www.epa.gov/nrmrl/pubs/600r06033/epa600r-06033toc.pdf
2.   *Low-Impact Development Hydrologic Analysis* (Prince George's County, MD, Dept. of
     Environmental Resources, 1999): www.epa.gov/nps/lid_hydr.pdf
3.   A Design Guide for Implementers and Reviewers Low Impact Development Manual for Michigan
     (Southeast Michigan Council of Governments, SEMCOG 2008): www.semcog.org
4.   Urban Hydrology for Small Watersheds, TR-55 (Soil Conservation Services, 1986)
5.   Technical Guidance on Implementing Section 438 of the Energy Independence and Security Act
     (February 2009)

Acknowledgements:

This document would not be possible without the guidance and assistance of Mr. Leonard Harrell and Mr. Paul
Kidd of NAVFAC Atlantic's Capital Improvements Business Line, and the LID team throughout the NAVFAC FECs
that generously assisted with time and suggestions.

Document prepared by:

**URS Group, Inc.**

277 Bendix Road, Suite 500
Virginia Beach, Virginia 23452
(757) 499-4224

Under contract to the National Institute of Building Sciences (NIBS).

38

## APPENDIX C – DUSD (IE) Policy Memo 19 JAN 2010



OFFICE OF THE UNDER SECRETARY OF DEFENSE
3000 DEFENSE PENTAGON
WASHINGTON, DC 20301-3000

ACQUISITION,
TECHNOLOGY
AND LOGISTICS

JAN 19 2010

MEMORANDUM FOR ACTING ASSISTANT SECRETARY OF THE ARMY
(INSTALLATIONS AND ENVIRONMENT)
ACTING ASSISTANT SECRETARY OF THE NAVY
(INSTALLATIONS AND ENVIRONMENT)
ACTING ASSISTANT SECRETARY OF THE AIR
FORCE (INSTALLATIONS, LOGISTICS, AND
ENVIRONMENT)

SUBJECT: DoD Implementation of Storm Water Requirements under Section 438 of
the Energy Independence and Security Act (EISA)

Reducing the impacts of storm water runoff associated with new construction helps to sustain our water resources. In October 2004, DoD issued Unified Facilities Criteria on Low Impact Development (LID) (UFC 3-210-10), a storm water management strategy designed to maintain the hydrologic functions of a site and mitigate the adverse impacts of storm water runoff from DoD construction projects. Using LID techniques on DoD facility projects can also assist in fulfilling environmental regulatory requirements under the Clean Water Act. Since 2004, DoD has implemented LID techniques for controlling storm water runoff on a number of projects.

EISA Section 438 (Title 42, US Code, Section 17094) establishes into law new storm water design requirements for Federal development and redevelopment projects. Under these requirements, Federal facility projects over 5,000 square feet must "maintain or restore, to the maximum extent technically feasible, the predevelopment hydrology of the property with regard to the temperature, rate, volume, and duration of flow." Executive Order 13514, *Federal Leadership in Environmental, Energy, and Economic Performance* (October 5, 2009), directed the U.S. Environmental Protection Agency (EPA) to issue EISA Section 438 guidance. DoD shall implement EISA Section 438 and the EPA *Technical Guidance on Implementing the Stormwater Runoff Requirements for Federal Projects under Section 438 of the Energy Independence and Security Act*, using LID techniques in accordance with the policy outlined in the attachment.

EISA Section 438 requirements are independent of storm water requirements under the Clean Water Act and should not be included in permits for storm water unless a State (or EPA) has promulgated regulations for certain EISA Section 438

39

requirements (i.e., temperature/heat criteria) that are applicable to all regulated entities under its Clean Water Act authority.

The attached policy will be incorporated into applicable DoD Unified Facilities Criteria within six months. My points of contact are Thadd Buzan at (703) 571-9079 and Ed Miller at (703) 604-1765.

Dorothy Robyn
Deputy Under Secretary of Defense
(Installations and Environment)

Attachment:
As stated

40

### DoD Policy on Implementing Section 438 of the
### Energy Independence and Security Act (EISA)

1. EISA Section 438 requirements apply to projects that construct facilities with a footprint greater than 5,000 gross square feet, or expand the footprint of existing facilities by more than 5,000 gross square feet. The project footprint consists of all horizontal hard surfaces and disturbed areas associated with the project development, including both building area and pavements (such as roads, parking, and sidewalks). These requirements do not apply to internal renovations, maintenance, or resurfacing of existing pavements.

2. The overall design objective for each project is to maintain predevelopment hydrology and prevent any net increase in storm water runoff. DoD defines "predevelopment hydrology" as the pre-project hydrologic conditions of temperature, rate, volume, and duration of storm water flow from the project site. The analysis of the predevelopment hydrology must include site-specific factors (such as soil type, ground cover, and ground slope) and use modeling or other recognized tools to establish the design objective for the water volume to be managed from the project site.

3. Project site design options shall be evaluated to achieve the design objective to the maximum extent technically feasible. The "maximum extent technically feasible" criterion requires full employment of accepted and reasonable storm water retention and reuse technologies (e.g., bio-retention areas, permeable pavements, cisterns/recycling, and green roofs), subject to site and applicable regulatory constraints (e.g., site size, soil types, vegetation, demand for recycled water, existing structural limitations, state or local prohibitions on water collection). All site-specific technical constraints that limit the full attainment of the design objective shall be documented. If the design objective cannot be met within the project footprint, LID measures may be applied at nearby locations on DoD property (e.g., downstream from the project) within available resources.

4. Prior to finalizing the design for a redevelopment project, DoD Components shall also consider whether natural hydrological conditions of the property can be restored, to the extent practical.

5. Estimated design and construction costs for implementing EISA Section 438 shall be documented in the project cost estimate as a separate line item. Final implementation costs will be documented as part of the project historical file. Post-construction analysis shall also be conducted to validate the effectiveness of as-built storm water features.

The following flowchart illustrates the DoD implementation process for EISA Section 438, consistent with the U.S. Environmental Protection Agency's *Technical Guidance on Implementing the Stormwater Runoff Requirements for Federal Projects under Section 438 of the Energy Independence and Security Act* (December 2009) (http://www.epa.gov/owow/nps/lid/section438/.

41



Flowchart for EISA §438 Implementation

W912ER-11-D-0010-0006

**A1628**

UFC 3-200-10n (Draft)

# UNIFIED FACILITIES CRITERIA (UFC)

## FINAL DRAFT
## CIVIL ENGINEERING



**APPROVED FOR PUBLIC RELEASE; DISTRIBUTION UNLIMITED**

**UNIFIED FACILITIES CRITERIA (UFC)**

**FINAL DRAFT CIVIL ENGINEERING**

W912ER-11-D-0010-0006

Any copyrighted material included in this UFC is identified at its point of use.  Use of the copyrighted material apart from this UFC must have the permission of the copyright holder.

U.S. ARMY CORPS OF ENGINEERS

NAVAL FACILITIES ENGINEERING COMMAND (Preparing Activity)

AIR FORCE CIVIL ENGINEER SUPPORT AGENCY

Record of Changes (changes are indicated by \\**1**\\ ... /**1**/)

| Change No. | Date | Location |
|---|---|---|
|  |  |  |
|  |  |  |

W912ER-11-D-0010-0006

### FOREWORD

The Unified Facilities Criteria (UFC) system is prescribed by MIL-STD 3007 and provides planning, design, construction, sustainment, restoration, and modernization criteria, and applies to the Military Departments, the Defense Agencies, and the DoD Field Activities in accordance with USD(AT&L) Memorandum dated 29 May 2002. UFC will be used for all DoD projects and work for other customers where appropriate.

UFC are living documents and will be periodically reviewed, updated, and made available to users as part of the Services' responsibility for providing technical criteria for military construction. Headquarters, U.S. Army Corps of Engineers (HQUSACE), Naval Facilities Engineering Command (NAVFAC), and Air Force Civil Engineer Support Agency (AFCESA) are responsible for administration of the UFC system. Defense agencies should contact the preparing service for document interpretation and improvements. Technical content of UFC is the responsibility of the cognizant DoD working group. Recommended changes with supporting rationale should be sent to the respective service proponent office by the following electronic form: Criteria Change Request (CCR). The form is also accessible from the Internet sites listed below.

UFC are effective upon issuance and are distributed only in electronic media from the following sources:

- Whole Building Design Guide web site http://dod.wbdg.org/.

Hard copies of UFC printed from electronic media should be checked against the current electronic version prior to use to ensure that they are current

AUTHORIZED BY:


_____
DONALD L. BASHAM, P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers

_____
DR. JAMES W WRIGHT, P.E.
Chief Engineer
Naval Facilities Engineering Command


_____
KATHLEEN I. FERGUSON, P.E.
The Deputy Civil Engineer
DCS/Installations & Logistics
Department of the Air Force

_____
Dr. GET W. MOY, P.E.
Director, Installations Requirements and
   Management
Office of the Deputy Under Secretary of Defense
   (Installations and Environment)

W912ER-11-D-0010-0006

**UNIFIED FACILITIES CRITERIA (UFC)**
**NEW DOCUMENT SUMMARY SHEET**

**Document:** UFC 3-200-10N, *Civil Engineering*

**Description:** This UFC 3-200-10N provides criteria for civil engineering design for design-build and design-bid-build projects.

**Reasons for Document:**

- Provide technical requirements for civil engineering design criteria.

- Establish design analysis requirements in support of design activities.

- Define minimum requirements for design drawings in terms of drawing types and content.

**Impact:** There are negligible cost impacts. However, the following benefits should be realized.

- Standardized guidance has been prepared to assist civil engineers in the development of the plans, specifications, calculations, and Design/Build Request for Proposals (RFP).

- This guidance has been prepared along with updates to the associated Performance Technical Specifications and Engineering Systems Requirements documents. The three types of documents have been aligned to allow improved consistency in the preparation of project requirements.

- The inclusion of state and local regulations should allow specific designs to better accommodate local materials and topography.

W912ER-11-D-0010-0006

**A1633**

**CONTENTS**

CHAPTER 1 INTRODUCTION..................................................................................... 1

1-1   **PURPOSE AND SCOPE**............................................................................ 1
1-2   **APPLICABILITY**..................................................................................... 1
1-3   **REFERENCES**....................................................................................... 1
1-4   DEVIATIONS........................................................................................... 1
1-5   **COMMUNICATIONS**.............................................................................. 1
1-6   **REGIONAL REQUIREMENTS**................................................................ 1
1-7   **SUSTAINABLE DESIGN**........................................................................ 2
1-8   **ARCHITECTURAL COMPATIBILITY**...................................................... 2
1-8.1   **Base Design & Development Documents**............................................. 2

CHAPTER 2 DESIGN REQUIREMENTS..................................................................... 3

2-1   **SITE DEVELOPMENT** ........................................................................... 3
2-1.1   **Preliminary Site Analysis** ................................................................... 3
2-1.2   **Geotechnical Site Investigation** .......................................................... 3
2-1.3   **Surveying**........................................................................................... 3
2-1.4   **Permits**............................................................................................... 5
2-1.5   **Clearing and Demolition**...................................................................... 6
2-1.6   **Layout** ................................................................................................ 6
2-1.7   **Site Appurtenances** ............................................................................ 9
2-2   **GRADING AND STORM DRAINAGE SYSTEMS**.................................... 10
2-2.1   **Design Criteria** .................................................................................. 11
2-2.2   **Roof Drainage** ................................................................................... 11
2-2.3   **Surface Storm Drainage** .................................................................... 12
2-2.4   **Underground Storm Drainage**............................................................. 13
2-2.5   **Stormwater Management Facilities** .................................................... 15
2-2.6   **Safety and Security**............................................................................ 15
2-3   **WATER DISTRIBUTION SYSTEMS** ..................................................... 15
2-3.1   **Design Criteria** .................................................................................. 16
2-3.2   **System Layout** ................................................................................... 17
2-3.3   **Material Selection.** .............................................................................. 18
2-3.4   **Backflow Prevention.**.......................................................................... 20
2-3.5   **Valves**............................................................................................... 20
2-3.6   **Hydrants.**........................................................................................... 20
2-3.7   **Service Connections and Meters.**........................................................ 20
2-3.8   **Water Pump Stations** ......................................................................... 20
2-4   **WASTEWATER COLLECTION SYSTEMS** ........................................... 20
2-4.1   **Design Criteria** .................................................................................. 21
2-4.2   **System Layout** ................................................................................... 21
2-4.3   **Material Selection** .............................................................................. 21
2-4.4   **Sanitary Structures** ............................................................................ 21
2-5   **PUMP STATIONS AND TRANSMISSION SYSTEMS**............................. 22
2-5.1   **Wastewater Pump Stations** ................................................................ 22
2-5.2   **Design Criteria** .................................................................................. 22
2-5.3   **Water Pump Stations** ......................................................................... 23

i

2-5.4 **Stormwater Pump Stations** ................................................................. 23
2-5.5 **Upgrades to Existing Pump Stations** ................................................. 25
2-6 **FLEXIBLE AND RIGID PAVEMENTS** ................................................. 25
2-6.1 **Flexible Pavements.** ........................................................................... 25
2-6.2 **Rigid Pavements.** ............................................................................... 25
2-6.3 **Repair and Maintenance.** ................................................................... 25
2-6.4 **Airfield Pavements** ............................................................................ 26
2-6.5 **Roads, Streets and Open Storage Areas.** ......................................... 26

CHAPTER 3 DESIGN SERVICES ................................................................. 28

3-1 **PRE-DESIGN SERVICES.** ................................................................... 28
3-2 **DESIGN SERVICES.** ........................................................................... 28
3-2.1 **Civil Basis of Design (BOD).** ............................................................. 28
3-2.2 **Specifications.** .................................................................................... 31
3-2.3 **Calculations.** ...................................................................................... 31
3-2.4 **Civil Drawings.** ................................................................................... 31
3-3 **POST-DESIGN SERVICES.** ................................................................ 36
3-3.1 **As-Builts.** ............................................................................................ 36

APPENDIX A REFERENCES ........................................................................ 37

APPENDIX B BEST PRACTICES .................................................................. 42

TABLES

TABLE 2-1: GRADING ................................................................................... 12
TABLE 2-2: MAXIMUM HAZEN-WILLIAMS ROUGHNESS COEFFICIENT "C" .......... 18

ii

## CHAPTER 1 INTRODUCTION{ TC "CHAPTER 1 INTRODUCTION" \F C \L "1" }

1-1      **PURPOSE AND SCOPE.{** TC "1-1    PURPOSE AND SCOPE." \F C \L "2" **}**

The purpose of this UFC is to provide technical guidance and minimum technical requirements for the more typical aspects of the civil engineering and geotechnical engineering for all design and/or construction contracts for the Naval Facilities Engineering Command (NAVFAC). The guidance provided in this UFC will be utilized by engineers in the development of project proposals, plans, specifications, calculations, and all other project documentation defined by contract requirements and acquisition strategy. Where other statutory or regulatory requirements are referenced in the contract, the more stringent requirement shall be met in case of conflict.

1-2      **APPLICABILITY.{** TC "1-2    APPLICABILITY." \F C \L "2" **}**

This UFC applies to all Navy Commands, Activities and their contractors that prepare construction contract documents and specifications for facilities on military installations under the cognizance of the Naval Facilities Engineering Command.

1-3      **REFERENCES.{** TC "1-3    REFERENCES." \F C \L "2" **}**

Appendix A contains the list of references used in this document. Furthermore, this UFC references UFC 1-200-01, *General Building Requirements*, as applicable except as modified herein.

1-4      **DEVIATIONS.{** TC "1-4**DEVIATIONS**." \F C \L "2" **}**

Engineering experience and judgment are integral parts of functional, economical site development. Where the designer of record can demonstrate substantial benefit to the government, slight variances from the requirements herein may be considered. Proposed deviations must be clearly identified in project review submittals and must be specifically approved by the Government's Civil Engineering Reviewer before they are incorporated in final construction documents.

1-5      **COMMUNICATIONS.{** TC "1-5    COMMUNICATIONS." \F C \L "2" **}**

Direct communication with the Government's Project Manager and Civil or Geotechnical Reviewer is encouraged. The Project Manager can provide the reviewer's name, phone number and email address.

1-6      **REGIONAL REQUIREMENTS.{** TC "1-6    REGIONAL REQUIREMENTS." \F C \L "2" **}**

When performing work for different installations, regional regulatory requirements may differ from those included herein. Consult with the Government's Civil or Geotechnical Reviewer for regional requirements that take precedent over the guidance included in this UFC.

**A1636**

**1-7      SUSTAINABLE DESIGN.{** TC "1-7   **SUSTAINABLE DESIGN**." \F C \L "2" **}**

Incorporate sustainable development concepts to reduce energy consumption, operation and maintenance costs and reduce waste and pollution.  Refer to LEED Guidance per NAVFACINST 9830.1, and the *Sustainable Building Technical Manual: Green Building Design, Construction, And Operations*.

**1-8      ARCHITECTURAL COMPATIBILITY.{** TC "1-8     **ARCHITECTURAL COMPATIBILITY**." \F C \L "2" **}**

Design facilities to be compatible with the surrounding base architecture.  Refer to UFC 3-100-10N, *Architecture*, Chapter 2, for more information.  The following issue affects site design:

**1-8.1     Base Design & Development Documents.{** TC "1-8.1   **BASE DESIGN & DEVELOPMENT DOCUMENTS**." \f C \l "3" **}**

Most military installations have published design guidelines that contain criteria relative to achieving, maintaining and emphasizing a positive exterior visual environment. These documents include Comprehensive Regional Planning Instructions, Regional Plans (Navy), Master Plans (Marines) and Base Exterior Architecture Plans (BEAP). Follow the design guidance contained in these documents carefully since these are published under the authority of the Secretary of the Navy (SECNAV.)  Direction to deviate from these documents should be given in writing.

2

## CHAPTER 2 DESIGN REQUIREMENTS{ TC "CHAPTER 2 DESIGN REQUIREMENTS" \F C \L "1" }

**2-1      SITE DEVELOPMENT{** TC "2-1      SITE DEVELOPMENT" \F C \L "2" **}**

**2-1.1    Preliminary Site Analysis{** TC "2-1.1          Preliminary Site Analysis" \f C \l "2" **}**

Conduct a preliminary site visit.  Obtain photographs of the site.  Research and obtain existing as-built record drawings and subsurface investigation data/reports as a potential source of general topographic information, utility and stormwater drainage availability and soil boring log information near the site.  Conduct detailed consultations with the user in order to clearly define requirements and preferences.  Based on the information obtained, determine the preliminary configuration and location of the major site elements (building location and orientation, parking areas, stormwater detention facilities, and access and egress to the site).  Present the results of this analysis to the user for review.

**2-1.2    Geotechnical Site Investigation{** TC "2-1.2          Geotechnical Site Investigation" \f C \l "3" **}**

Obtain all necessary soils exploration, testing and evaluation.  A professional geotechnical engineer must certify the adequacy of the soil and foundation aspects of the design.  Determine the amount of exploration and testing based on discussions with the Government's geotechnical engineer, structural engineer (for foundations), civil engineer (for pavements, wells, septic systems, etc.), and local stormwater permitting agency (for detention ponds).  Additionally, if the site is known to have environmental contamination, contact the  Government'sEnvironmental Reviewer for additional guidance.  Soils sampling, testing and evaluation must be in accordance with UFC 3-220-03FA, *Geotechnical Engineering Procedures for Foundation Design of Buildings and Structures*, UFC 3-250-01FA, *Pavement Design for Roads, Streets, Walks and Open Storage Areas*, and UFC 3-260-02, *Pavement Design for Airfields*.

The contract documents must show the results of the subsurface investigation, including boring locations, boring logs, groundwater observations, a summary of laboratory test results, and any details required to convey requirements for site preparation.

**2-1.3    Surveying{** TC "2-1.3   Surveying" \f C \l "3" **}**

Prepare and seal surveys in accordance with the requirements of the local governing authority and the licensing board in which the site is located.  The order of the survey must be at a minimum third order.

Coordinate with the Government's Environmental Coordinator before entering the area with regards to any restrictions concerning vegetation cutting/clearing, natural resources, endangered species, etc.

**2-1.3.1  Topographic Surveys.{** TC "2-1.3.1 **Topographic Survey**." \f C \l "4" **}**
Provide a topographic survey of the project site in accordance with the National Society

3

of Professional Surveyors (NSPS) *Model Standards for Topographic Surveys* with the following modifications:

a. Project a drawing by the Government shall be in english or metric as directed for each specific project.

b. Ensure that adequate adjacent areas are included within the survey limits to clearly indicate and accommodate setbacks required by antiterrorism criteria, offsite drainage and offsite utility connections impacting the project.

c. Provide a boundary survey and location of easements and security clear zones within the limits of the scope of work.

d. Show horizontal control used during field survey.  Indicate the reference coordinate plane and provide two permanent control points for reference. Include description of points (PK nail in cap, etc.).  Provide a minimum of three reference distances to existing permanent structures (reference points) so that control can be re-established.

e. Elevations on paved or impervious surfaces (including rims of utility structures) must be shown to the nearest 0.01 feet (0.005 meters for metric designs).  Show elevations on unpaved or pervious surfaces to the nearest 0.1 feet (0.05 meters for metric designs).

f. Indicate the name of the surveying firm and date of survey.

g. If match lines are used involving more than three sheets, provide a key map with current sheet highlighted.  Remove any extraneous lines and text from key map.

h. North should be oriented toward the top (or left edge) of the plotted sheet. Coordinate north direction with other disciplines so that all plans are oriented the same.

i. Accurately locate (by means of structures visible from the surface and through research of Activity utility maps, as-built drawings, data from local utility companies) the following list of utilities (both above and below ground), structures and features.  Provide notes indicating the sources and any limitations or assumptions of the data and that the Contractor must field verify the location of all utilities prior to construction.  The survey must include the following specific items and their related appurtenant above-ground features, but is not limited to:

Buildings:  Describe building material and number of stories.

Pavements:  Include type of material.  In areas where pavement demolition is to occur, note all pavement thicknesses, including layer thicknesses and joint patterns for replacement.  Pavement layer

4

thicknesses may be obtained by reviewing as-built information, digging at the edge of the pavement, core drilling, and consulting with Activity personnel.  Where proposed pavements are expected to abut existing pavements, provide pavement markings, joint pattern and indicate joint types of the existing pavements.

Surface Drainage Features: Indicate normal water level for permanent standing water.

Utilities:  Include rim elevations for utility structures; location and identification of lines as underground or aboveground; pipe sizes and materials.  Identify water system as potable, nonpotable, high pressure or saltwater as applicable.

Fences:  Note height, type of fabric, barbed wire, direction of outrigger, top or bottom rails, tension wires, gate locations and types.

Foundations:  Indicate visible foundations of demolished buildings.

Fuel Pipes and Storage Tanks:  Include fill ports, vent lines, tank drains, etc.

Pump Stations:  Include invert of influent pipe and elevation of force main.  Locate all aboveground elements including controls.

Railroads and Crane Rails:  Include turnouts, rail sizes, compromise joint locations, and curve information, such as P.C., P.T., and P.I.  as they may be applicable to the design requirements of the proposed project.

Tidal Shoreline:  Note water elevation, time of day, date, and tidal condition at time of survey.  Indicate normal high/low water elevations referenced to the datum used.

Trees/Woods:  In wooded areas, locate outside drip line of wooded area, include general density and type of trees.  Where selective clearing will be accomplished, locate individual trees and tree size over a 6-inch diameter.

Wetland Areas:  Wetland and marsh areas shall be flagged and numbered by the Government prior to the survey.  Locate flags and label in the same manner as marked in the field.  If unanticipated wetlands are found during the survey, advise the Government's Civil Reviewer to establish any additional survey requirements.

2-1.4      **Permits{** TC "2-1.4              **Permits**" \f C \l "3" **}**

Provide all necessary documentation to design, construct and maintain the intended facility.  Construction and environmental permits are an integral part of the contract

W912ER-11-D-0010-0006

**A1640**

documentation.  The designer of record shall determine and comply with all imposed requirements of regulatory agencies at all phases of project development.

The designer of record shall determine all permits, approvals and fees required for development from federal, state and local regulatory authorities for the proposed project.  Use the project's NEPA documentation and complete the   Permits Record of Decision (PROD) Form obtained at the Download Tab of Part 6 of the NAVFAC Design-Build website at the following link http://ndbm.wbdg.org/system/html/6/453, to assist in this determination.

Obtain permits for overseas development in accordance with the applicable country-specific Final Governing Standards (FGS) or, for development in countries without an FGS, in accordance with the Overseas Environmental Baseline Guidance Document (DoD 4715.5-G).  The Contractor is required to perform work in accordance with the obtained permits.

Consult with the Government project manager to determine the appropriate signatories for permit applications.

2-1.5     **Clearing and Demolition{** TC "2-1.5 Clearing and Demolition" \f C \l "3" **}**

Remove existing utilities under proposed buildings and facilities within ten (10) feet of the proposed foundations.

2-1.6     **Layout{** TC "2-1.6      Layout" \f C \l "3" **}**

The site layout shall satisfy the functional and operational requirements of the new facility.  The design shall integrate the new construction into the context of the site and surrounding environment incorporating the following:

a. Incorporate setback and standoff requirements in compliance with respect to property lines, applicable codes, antiterrorism criteria and security.

b. Provide adequate access to existing traffic patterns

c. Locate new utilities to minimize the connection costs.  New utilities shall be at least 10 feet from proposed structures, except for building connections.  Existing utilities to remain that are under or within 10 feet of the proposed building shall be relocated.

d. Preserve natural topographic features to minimize cut and fill, impact on existing drainage patterns and tree removal.

e. Eliminate/minimize  construction activities requiring permits.

f.   Consider aesthetics.

g. Minimize maintenance and operating costs.

6

h. Include sustainable design elements.

i. Phase the project to accommodate constructability and security requirements of the site.

2-1.6.1 **Antiterrorism Criteria.{** TC "2-1.6.1 Antiterrorism Criteria." \f C \l "3" **}** Refer to UFC 4-010-01, *DoD Minimum Antiterrorism Standards for Buildings* and incorporate all applicable requirements for the project.

For fencing, gates and entrances into a Naval installation, comply with the latest edition of the UFC 4-022-01 *Security Engineering: Entry Control Facilities/Access Control Points*; MIL-HDBK-1013/1A, *Design Guidelines for Physical Security of Facilities*; MIL-HDBK-1013/10, *Design Guidelines for Security Fencing, Gates, Barriers, and Guard Facilities*; MIL-HDBK-1013/14, *Selection and Application of Vehicle Barriers*; OPNAVINST 5530.14C, *Navy Physical Security Manual*; MCO P5530.14 *Marine Corps Physical Security Program Manual*; and UG-2031-SHR, *User's Guide on Protection Against Terrorist Vehicle Bombs.*

2-1.6.2 **Handicap Accessibility**.**{** TC "2-1.6.2 **Handicap Accessibility**." \f C \l "3" **}** Provide barrier-free design in accordance with the requirements of the DEPSECDEF Memorandum "Access for People with Disabilities" dated Oct 31, 2008. The memorandum updates the DoD standards for making facilities accessible to people with disabilities. The US Access Board issued an update of the accessibility guidelines which the DEPSECDEF Memorandum implements with military unique requirements specified in the memorandum attachment. The new DoD, "ABA (Architectural Barriers Act) Accessibility Standard" and the DEPSECDEF Memorandum are located at http://www.access-board.gov/ada%2Daba/aba-standards-dod.cfm .

2-1.6.3 **Parking Layout**.**{** TC "2-1.6.3 **Parking Layout**." \f C \l "3" **}** Design the parking layout in accordance with the Military Surface Deployment and Distribution Command, Transportation Engineering Agency's Pamphlet 55-17, *Better Military Traffic Engineering*, Chapter 4, "Parking", dated January 1987. Nine (9') wide spaces shall be used, 90° parking is preferred. The parking area location and layout must conform to current antiterrorism requirements indicated in paragraph 2-1.4.1. The number of parking spaces is determined by the Basic Facility Requirements derived from NAVFAC Publication P-80, *Planning Criteria for Navy and Marine Corps Shore Installations*. Refer to scope of work (such as the DD Form 1391, Design/Build RFP, etc.) for total parking requirement (number of spaces). All striping must be 100 mm (4 in) wide, white in color except blue for handicap.

Where required by the project's scope of work, contact the Government's Project Manager concerning requirements for motorcycle parking. Motorcycle parking areas must be a minimum 100 mm (4 in) thick portland cement concrete and stalls must be 3.05 m long x 1.52 m wide (10 ft x 5 ft).

2-1.6.3.1 **Parking Area Circulation**. **{** TC "2-1.6.3.1 **Parking Area Circulation**." \f C \l "3" **}** The system must allow for all types of traffic that may be associated with the

7

facility, including deliveries, emergencies and garbage pick-up.  The system must, however, discourage through traffic.

2-1.6.3.2  **Turning Radii**.**{** TC "2-1.6.3.2 **Turning Radii**." \f C \l "3" **}**  Clearly indicate turning radii requirements on parking area entrances and islands.  If access for fire, maintenance and trash service vehicles is required for a facility and routing through the parking lot is necessary, provide layout with turning radii in accordance with the latest edition of the AASHTO publication, *A Policy on Geometric Design of Highways and Streets* for appropriate design vehicle type.

W912ER-11-D-0010-0006

2-1.7    **Site Appurtenances{** TC "2-1.7      Site Appurtenances" \f C \l "3" **}**

Provide site appurtenances in accordance with State or local standards where project is located.  For remote locations without relevant local standards, consult the Government's Civil Reviewer to establish standards to be used.

2-1.7.1    **Sidewalks.{** TC "2-1.7.1      **Sidewalks**." \f C \l "3" **}**  Determine sidewalks requirements on the basis of need, capacity and accessibility requirements.  The user must be consulted on any special walk requirements for such facilities as barracks, where extra wide walks may be required for marching purposes and/or muster formation.

2-1.7.2    **Curb/Curb and Gutter.{** TC "2-1.7.2 **Curb/Curb and Gutter**." \f C \l "3" **}** Use concrete curb and gutter when sheet flow or overland flow cannot be achieved or when site compatibility and continuity with respect to adjacent facilities requires its use.

Asphalt-type curbs are not allowed.

2-1.7.3    **Wheelstops.{** TC "2-1.7.3      **Wheelstops**." \f C \l "3" **}**  Provide 1.83 m (6 ft) long precast concrete wheelstops anchored to the pavement with rebar at parking spaces adjacent to sidewalks without curb, buildings, fences, in areas where part of a vehicle extending past the striped space would likely cause property damage, and in areas of extreme slope or areas adjacent to stormwater management facilities.  Locate the front face of the wheelstop 750 mm (30 in) from the edge of the pavement or sidewalk.

2-1.7.4    **Bollards.{** TC "2-1.7.4 **Bollards**." \f C \l "3" **}**  Bollards must be 1.22 m (4 feet) high, 100 mm (4 inch) diameter steel pipe filled with concrete and painted.  Provide bollards around any structures subject to damage from vehicular traffic by incidental contact.  Ensure that an adequate concrete foundation is designed for the bollard.  For vehicular barrier applications, refer to MIL-HDBK-1013/14, *Selection and Application of Vehicle Barriers* for more information.

2-1.7.5    **Signage and Markings.{** TC "2-1.7.5      **Signage and Markings**." \f C \l "3" **}** Provide signs, and associated pavement markings to facilitate proper utilization of the project site.  New traffic control devices (i.e.; signs, markings, etc.) must be provided in accordance with the latest edition of the United States Department of Transportation Federal Highway Administration's *Manual on Uniform Traffic Control Devices*.

2-1.7.5.1  **Security Signage.{** TC "2-1.7.5.1      **Security Signage**." \f C \l "3" **}**  Comply with OPNAVINST 5530.14C and MCO P5530.14.

2-1.7.6    **Trash Dumpster Enclosures.{** TC "2-1.7.6 **Trash Dumpster Enclosures**." \f C \l "3" **}**  Where dumpsters are required in a project, provide a dumpster pad with an enclosure.  The dumpster enclosure must conform to the BEAP.  Provide a concrete pavement pad to support and accommodate the dumpster(s) and front wheels of the service truck. Refer to 2-6 for rigid pavement design.

9

2-1.7.7 **Equipment Enclosures**.**{** TC "2-1.7.7 **Equipment Enclosures**." \f C \l "3" **}** Enclose outside mechanical and electrical equipment as directed. Additional enclosure requirements are included in the paragraph entitled "Antiterrorism Criteria". The design and location of the enclosure is an interdisciplinary responsibility. The location of the enclosure must be reviewed to ensure that all servicing, clearance and code requirements are met and that no existing or new utility conflicts are present.

2-1.7.8 **Fences**.**{** TC "2-1.7.8 **Fences**." \f C \l "3" **}** Provide fencing as directed.

Provide security fencing in accordance with the physical security criteria in MIL-HDBK-1013/1A; MIL-HDBK-1013/10, OPNAVINST 5530.14C, MCO P5530.14, where required by the project scope.

For safety requirements, a fence of the appropriate design shall be provided around surface stormwater management facilities particularly in residential housing areas, playgrounds, child-care facilities, and other similar applications where a fence will enhance the welfare and safety of children. Provide fencing for stormwater management facilities in accordance with the applicable State regulations; minimum four (4) feet high with locking access gates; whichever is more stringent.

2-2 **GRADING AND STORM DRAINAGE SYSTEMS{** TC "2-2 **GRADING AND STORM DRAINAGE SYSTEMS**" \F C \L "2" **}**

Design surface drainage, underground gravity drainage systems and stormwater management facilities in accordance with the requirements of the applicable regulatory agency that governs where the project is located; the guidance noted in this UFC; whichever is more stringent. Stormwater pump stations are not allowed without written approval from the Government Civil Reviewer of the project.

The design of the storm drainage system and stormwater management must consider:

a. The stormwater management plan must comply with federal, state, and local regulatory requirements. Include regional or site-specific stormwater management agreements.

b. Ensure that temporary and permanent erosion and sediment control practices are provided in accordance with regulatory requirements during both the construction and operational phases of the project.

c. The grading must complement the features and functions of the natural drainage system and the existing contours. Also consider the groundwater table elevation in the siting and sizing of stormwater management facilities.

d. Use surface drainage ("sheet flow" or "overland flow") in lieu of gravity sewer systems if land uses permit. Pump stations and transmission mains are not allowed.

10

2-2.1    **Design Criteria{** TC "2-2.1    **Design Criteria**" \f C \l "3" **}**

The facility's minimum finished floor elevation and mechanical/electrical equipment pads must be above the 100 year flood elevation as indicated on the latest edition of the Flood Insurance Rate Maps, prepared by the Federal Emergency Management Agency (FEMA).  The degree of protection (in years) for pavements must be in accordance with local permitting or regulatory requirements.  Ensure proper correlation between different elevation datums.

Storm drainage design and associated construction must be in accordance with the guidance noted herein; the State Department of Transportation's (DOT) Drainage Manual where the project is located or the applicable regulatory agency that governs stormwater management, whichever is more stringent.

For design of the drainage system, use a minimum 10-year storm frequency or the minimum required by the local governing authority, whichever is more stringent.  For design of the drainage system for airfields, the requirements are as follows:

   a.  Runway and Taxiway Pavements - 2 year storm frequency;

   b.  Apron Pavements - 5 year storm frequency (obtain concurrence from the Government's Civil Reviewer.)

   c.  Hangar and Other Flightline Structures - 10 year storm frequency.

2-2.2    **Roof Drainage**

Where roof drainage is discharged to grade, provide splash blocks/paved channels to direct the flow away from the structure.  Eliminate safety hazards from ice, ponding, flooding, etc., in pedestrian and vehicular traffic areas.

Where underground collection of roof drainage is used, provide an air break between the downspouts and underground piping.  Size underground piping in accordance with the International Plumbing Code (IPC) or 6 in. I.D. minimum, whichever is greater.  No more than three downspouts shall be collected in a single outlet before connecting to a storm drainage structure, and the length of pipe from the most distant downspout to a drainage structure shall not exceed 150 feet.  Provide a cleanout for each downspout connection and the collection header.

11

2-2.3     **Surface Storm Drainage{** TC "2-2.3 Surface Storm Drainage" \f C \l "3" **}**

2-2.3.1     **Grading.{** TC "2-2.3.1  **Grading.**" \f C \l "3" **}**  Grade the site to provide positive drainage away from the facility.  For the first 3.05 m (10 ft), provide a minimum slope of five (5) percent.  Establish finished floor elevations at least 150 mm (6 in) above finished grade at the perimeter of the building.  Ensure that the grading and associated stormwater runoff do not adversely affect surrounding sites.  Base grading on the minimum slopes indicated in Table 2-2 unless otherwise directed by the Government's Civil Reviewer.  Design in accordance with AASHTO's *A Policy on Geometric Design of Highways and Streets* for maximum grades and *UFAS* for handicap accessibility.

| TABLE 2-1:  GRADING{ TC "TABLE 2-1: GRADING" \f C \l "3" } | | |
|---|---|---|
| Item No. | Item Description | Requirement |
| 1 | Longitudinal grades of roadways | Min. 0.3% |
| 2 | Transverse grades of roadways | Min. 2.0% |
| 3 | Concrete pavement in parking areas, sheet flow | Min. 1.5% Max. 5.0% |
| 4 | Curb & Gutter Valley Gutter | Min. 0.3% |
| 5 | Bituminous pavement in parking areas, sheet flow | Min. 2.0% Max. 5.0% |
| 6 | Handicap areas in parking areas | Max. 2.0% |
| 7 | Walks, Transverse | 1.5% for drainage as required |
| 8 | Walks, longitudinal | Min. 0.3% Max. 5.0% |
| 9 | Concrete Landings | Max. 2.0% |
| 10 | Paved Concrete Ditches, longitudinal | Min. 0.3% |
| 11 | Unpaved Ditches, longitudinal | Min. 0.5% |
| 12 | Pervious Surfaces | Min 2.0% |

2-2.3.2     **Open Channels.{** TC "2-2.3.2 **Open Channels.**" \f C \l "3" **}**  Limit maximum velocities to prevent erosion on soil type and lining in accordance with the State Department of Transportation's (DOT) Drainage Manual where the project is located; the applicable regulatory agency which governs stormwater management; or the State *Erosion and Sediment Control Manual* and regulations where the project is located; whichever is more stringent.

**A1647**

2-2.3.3 **Erosion and Sediment Control**.{ TC "2-2.3.3 **Erosion and Sediment Control**." \f C \l "3" **}** Provide erosion and sediment control measures in conformance with the requirements of the State or applicable regulatory agency where the project is located. In locations where specific regulations do not exist, apply erosion and sediment control measures from a similar or appropriate jurisdiction and reference the governing standards that were used.

2-2.4 **Underground Storm Drainage{** TC "2-2.4 Underground Storm Drainage" \f C \l "3" **}**

The drainage system design shall comply with the local regulatory agency's standards and requirements, or the following guidance, whichever is more stringent.

a. Provide straight alignments for piping between storm drainage structures with deflection at structures no greater than 90 degrees for main line flow (24" diameter and greater) and 120 degrees for contributory flow lines. Use of curvilinear alignment is not allowed. Additional design requirements follow:

b. Storm drainage piping must not pass under buildings and must be a parallel distance of at least 3 m (10 feet) from building foundations.

c. Conflicts with other utilities shall be avoided. Conflict structures will not be allowed without Government approval. Comply with state or applicable regulatory agency's requirements for separation distances between utilities and other public health and safety issues.

d. Provide a structure at collection and inlet points, at least every 92 m (300 feet) for pipes 610mm (24 inches) in diameter and less, pipe junctions, and at changes in horizontal or vertical alignment of a pipe run. Provide a structure at least every 122 m (400 feet) for pipes up to and including 1,220 mm (48 inches) in diameter, and at least 244 m (800 feet) for pipes larger than 1,220 mm (48 inches) in diameter. Provide a discharge structure wherever flow changes piped to open channel flow.

e. Provide inlets on roads to reduce spread in accordance with the State Department of Transportation's (DOT) *Drainage Manual* where the project is located or the requirements of the applicable regulatory agency that governs stormwater management, whichever is more stringent. The spread shall never more than be ½ driving lane based on a 5 year storm intensity.

f. In the design of culverts and storm drains, consider headwater and tailwater and their effects on hydraulic grade line and capacity. The hydraulic grade line for the drainage system shall not exceed an elevation one foot above the pipe crown, or one foot below the structure rim or gutter flow line at inlets, whichever is the lower elevation at each structure. Culverts shall not be surcharged more than one foot at either end. At

13

structures, the inlet pipe crown elevation must be equal to or greater than the outlet pipe crown elevation to minimize the hydraulic turbulence at the junction.  Provide adequate slope in the structure's flow channel to accommodate the hydraulic losses through the structures. .

g. The pipe size must not decrease downstream in the direction of flow.  This shall include connections of new collection systems to existing facilities.  Pipe sizing must be in accordance with the State Department of Transportation's (DOT) *Drainage Manual* where the project is located or the requirements of the applicable regulatory agency that governs stormwater management, whichever is more stringent.

h. Locate drainage structures out of paved areas wherever possible.  Adjust structure locations to avoid primary wheel tracks when structures must be located in roadways.

2-2.4.1 **Minimum Pipe Size.**.{ TC "2-2.4.1    **Minimum Pipe Size**." \f C \l "3" **}**  Storm drainage piping (not including roof drainage piping) must have a minimum inside diameter of 375 mm (15 in).

2-2.4.2 **Minimum Cover**.{ TC "2-2.6.2        **Minimum Cover**." \f C \l "3" **}**  The minimum cover of pipes shall be 300 mm (12 in) regardless of class or strength of pipe selected.  Measure the cover from the top of the pipe to the top of the pavement or finished grade.  All pipes shall be evaluated for design dead and live loads that will be encountered.  Increase depth of cover, pipe material strength, or bedding requirements to accommodate the imposed loads.

2-2.4.3 **Design Velocity**.{ TC "2-2.4.3**Design Velocity**." \f C \l "3" **}**  Provide a minimum flow velocity of 2.5 feet per second and a maximum velocity of 10 feet per second using the Manning equation with the pipe flowing full and under no surcharge at peak flow conditions.

2-2.4.4 **Manning's Roughness Coefficient, "n".**{ TC "2-2.4.4    **Manning's Roughness Coefficient, "n"**." \f C \l "3" **}**   Use Manning's roughness coefficient, "n" of 0.013 for circular, smooth pipe.  For other drainage shapes and materials, see state or local regulatory agency's requirements.

2-2.4.5 **Material Selection.**{ TC "2-2.4.5      Material Selection." \f C \l "3" **}**  Provide storm drain system materials in conformance with PTS Section G30 or UFGS.  Material selections may be restricted when required to meet specific site conditions for a project.  The use of corrugated aluminum or high-density polyethylene (HDPE) pipe shall be explicitly authorized by the Government's Civil Reviewer.

2-2.4.6 **Culverts and Outfalls.**{ TC "2-2.4.6  Culverts and Outfalls." \f C \l "3" **}**  Culverts and outfalls must have headwalls, endwalls, wingwalls, flared or mitered end sections at free outlets.  Provide appropriate erosion and sediment control measures at the outfall.

W912ER-11-D-0010-0006

**A1649**

2-2.4.7 **Storm Structures**.**{** TC "2-2.4.7 **Storm Structures**." \f C \l "3" **}** Storm structures must be in accordance with the State Department of Transportation's (DOT) Standards and Specifications where the project is located or the requirements of the applicable regulatory agency that governs stormwater management, whichever is more stringent. Structures must provide access for maintenance. Internal dimensions must not be less than 600 mm (2 ft) in any one direction. Ensure that catch basins, curb inlets, and manholes are of adequate size to accommodate inlet and outlet pipes.

Provide structures of cast-in-place or precast concrete. Masonry structures must not be used in airfield construction but will be allowed on other projects only for shallow installations less than 5 feet in depth.

Design structure frames, covers and grates to withstand traffic loadings and meet any additional requirements set forth in the using agency criteria for the particular application, such as airfields. Airfield structures shall be designed in accordance with the Federal Aviation Administration's (FAA's) AC 150/5320-5B, *Airport Drainage* and require ductile iron or steel grates and covers. Isolate airfield structures from the pavement section. Use appropriate standard details for airfield structures available from the Government's Civil Reviewer.

Design grated covers to be of "bicycle proof" design where appropriate.

2-2.5 **Stormwater Management Facilities{ TC "2-2.5 Stormwater Management Facilities" \f C \l "3" }**

Design in accordance with the guidelines of the local regulatory agency governing stormwater management. The selected approach must conform to any stormwater management agreements. Obtain approval of the design from the Government's Civil Reviewer prior to the submittal to the local regulatory agency.

2-2.6 **Safety and Security{** TC "2-2.6 Safety and Security" \f C \l "3" **}**

2-2.6.1 **Safety**.**{** TC "2-2.6.1 **Safety**." \f C \l "3" **}** The design of stormwater management facilities such as detention/retention ponds must incorporate protective measures in residential housing areas and other areas frequented by children. Protective measures include, but are not limited to, appropriate site selection for the storm water management facility and/or providing a fenced enclosure surrounding the facility to ensure the safety of children.

2-2.6.2 **Security**.**{** TC "2-2.6.2 **Security**." \f C \l "3" **}** Provide security barriers at all locations where security fences must cross drainage ditches or swales to assure that intruders are prevented from passing under the fence without a delay. Pipes crossing under security fences larger than 250 mm (10 in) in diameter require protective measures. Designs must comply with the physical security criteria included in MIL-HDBK-1013/1A, MIL-HDBK-1013/10, OPNAVINST 5530.14C, and MCO PS530.14.

2-3 **WATER DISTRIBUTION SYSTEMS{** TC "2-3 WATER DISTRIBUTION SYSTEMS" \F C \L "2" **}**

15

2-3.1 **Design Criteria{** TC "2-3.1 **Design Criteria**" \f C \l "3" **}**

Design the water distribution system, including water supply wells and storage tanks, in accordance with the requirements of the applicable regulatory agency that governs waterworks where the project is located, NFPA criteria, or the requirements of this UFC, whichever is more stringent.

W912ER-11-D-0010-0006

1223 of 1610
Government Rule 4 File

**A1651**

The following water distribution systems parameters shall be met:

a. Determine the required flow based upon the peak demand.  Consider fire protection, industrial and domestic demands and future growth.

b. Conduct a fire hydrant flow test in accordance with AWWA Manual M17, *Installation, Field Testing, and Maintenance of Fire Hydrants*, American Water Works Association, and National Fire Protection Standard (NFPA) 291, *Fire Flow Testing and Marking of Hydrants*, in the vicinity of the proposed point of connection to the existing water distribution system to determine the available flow and the system's residual pressure.  Include the hydrant flow test information in the Basis of Design and/or Calculations.

c. The residual water pressure at peak flow must not be less than 20 psi.  Coordinate with the mechanical/plumbing and fire protection engineers to determine whether a higher residual pressure is required for the specific project.

d. Where an automatic fire extinguishing system is being provided, residual pressure must meet the requirements for activation of the system while simultaneously providing 50 percent of the average domestic and industrial flows.

e. Do not exceed velocities greater than 1.52 m (5 ft) per second in PVC pipelines; do not exceed velocities greater than 3.05 m (10 ft) per second in pipelines constructed of materials other than PVC.

2-3.2     **System Layout{** TC "2-3.2     System Layout" \f C \l "3" **}**

The layout of the new water distribution system shall minimize the lengths of new lines and shall be looped as much as possible.  If the firefighting water system is separate from the potable water distribution main such that there are no fire hydrants, include water main flushing devices in the design of the potable water distribution system at the same frequency that fire hydrants would be provided.

2-3.2.1     **Minimum Cover.{** TC "2-3.2.1          **Minimum Cover**." \f C \l "3" **}**  Comply with local regulatory requirements. At a minimum protect pipe from freezing and imposed dead and live loads.  Where installation requirements are not regulated, at least 0.91m (3ft) of cover is preferred.

**2-3.2.2** **Maximum Hazen Williams' Roughness Coefficient, "C".{** TC "2-3.2.2 Maximum Hazen Williams' Roughness Coefficient, "C"." \f C \l "3" **}** Unless otherwise directed, use the following Hazen-Williams' roughness coefficients, C for various pipe materials and ages. Alternate values may be used when they are specifically derived from flow tests and modeling of the distribution system being modified.

**TABLE 2-2: MAXIMUM HAZEN-WILLIAMS ROUGHNESS COEFFICIENT "C"{** TC "ABLE 2-2: MAXIMUM HAZEN-WILLIAMS ROUGHNESS COEFFICIENT \"C\"" \f C \l "3" **}**

| Pipe Material | Age | C |
|---|---|---|
| Concrete | ---- | 130 |
| Ductile Iron | ---- | 120 |
| Cast Iron | 5 years | 120 |
| | 10 years | 110 |
| | 20 years | 90 |
| | 30 years | 80 |
| PVC | ---- | 140 |

**2-3.2.3** **Thrust Restraint.{** TC "2-3.2.3 Thrust Restraint." \f C \l "3" **}** Restrain all pipe, fittings, valves, and appurtenances against thrust in accordance with manufacturer's recommendations.

**2-3.3** **Material Selection.{** TC "2-3.3 Material Selection." \f C \l "3" **}**

**2-3.3.1** **Water Mains.{** TC "2-3.3.1 Water Mains." \f C \l "3" **}** New water main materials shall be in conformance with PTS Section G30.

**2-3.3.1.1** **Polyvinyl Chloride (PVC) Pipe.{** TC "2-3.3.1.1 Polyvinyl Chloride (PVC) Pipe." \f C \l "3" **}** Do not use PVC piping for any aboveground applications. At velocities above 1.5 m/s (5 ft/s) in PVC pipe, the design shall address surge pressures and conditions.

**2-3.3.1.2** **Ductile Iron Pipe.{** TC "2-3.3.1.2 Ductile Iron Pipe." \f C \l "3" **}** All ductile iron pipe must have cement mortar lining. In corrosive soil conditions, wrap ductile iron pipe in polyethylene.

2-3.3.1.3 **High Density Polyethylene (HDPE) Pipe.{** TC "2-3.3.1.3 **High Density Polyethylene (HDPE) Pipe**." \f C \l "3" **}** Provide adequate protection from sunlight, fire, flotation, and wheel loads for HDPE piping.

2-3.3.2 **Water Service Lines.{** TC "2-3.3.2 **Water Service Lines**." \f C \l "3" **}** New water service lines shall be in conformance with PTS Section G30.

W912ER-11-D-0010-0006

**2-3.4** **Backflow Prevention.{** TC "2-3.4     Backflow Prevention." \f C \l "3" **}**

Provide in accordance with the applicable, local regulatory agency's requirements.

**2-3.5** **Valves**.**{** TC "2-3.5     **Valves**." \f C \l "3" **}**

Provide shut off valves on water distribution pipelines so that no more than two fire hydrants are taken out of service with a single break anywhere in the system.

Design in accordance with UFC 3-600-01, *Fire Protection Engineering for Facilities* for requirements for the following types of valves:  gate valves, butterfly valves, sluice gates, air release valves, altitude valves, float valves, plug valves, pressure regulating valves, pressure relief valves, and vacuum valves.  All valves must comply with the latest applicable American Water Works Association standards.  Provide indicator posts for gate valves where required in compliance with UL 789.

**2-3.6** **Hydrants.{** TC "2-3.6   **HYDRANTS**." \f C \l "3" **}**

Provide a shutoff valve with a valve box on the branch between the hydrant and the main.  The branch line to the fire hydrant and valve must be a minimum of 150 mm (6 in) in diameter.  Refer to UFC 3-600-01 for hydrant spacing requirements.

**2-3.7** **Service Connections and Meters.{ TC "2-3.7     Service Connections and Meters." \f C \l "3" }**

Provide water meters as directed by the Government.

**2-3.8** **Water Pump Stations{** TC "2-3.8          Water Pump Stations" \f C \l "3" **}**

Water booster pump stations and transmission mains are not allowed, unless explicitly authorized by the Government's Civil Reviewer.

**2-4** **WASTEWATER COLLECTION SYSTEMS{** TC "2-4     **WASTEWATER COLLECTION SYSTEMS**" \F C \L "3" **}**

Design the wastewater collection system in accordance with the requirements of the applicable regulatory agency that governs sewer systems where the project is located or the guidance noted in this UFC, whichever is more stringent.   Also, design industrial waste collection systems in accordance with UFC 3-240-02, *Design: Wastewater Treatment System Augmenting Handbook*.  Gravity systems are preferred and shall be provided wherever possible. Obtain Government approval for pump station systems where they are deemed to be the only viable method to provide adequate sewerage service.

2-4.1    **Design Criteria{** TC "2-4.1    Design Criteria" \f C \l "3" **}**

Design new sewer system capacity using the average daily flow per capita of sewage with appropriate peak factor.  Use per capita sewage flow rates and peak factors as required by the State sewerage regulations where the project is located.

Minimum peak design capacity of main sewers must be 250% of the average annual daily flow.  For populations less than 100,000, the minimum peak design capacity of main sewers must be 400% of the average annual daily flow.

Evaluate downstream capacity and upgrade existing system to carry existing and proposed additional flow.

Where regulatory standards do not adequately address per capita rates by facility type, obtain guidance from the Government's Civil Reviewer.

2-4.2    **System Layout{** TC "2-4.2    System Layout" \f C \l "3" **}**

2-4.2.1    **Minimum Pipe Size.{** TC "2-4.2.1    **Minimum Pipe Size**." \f C \l "3" **}**  No sewer mains shall be less than 200 mm (8 in) in diameter. The minimum lateral size for building service connections shall be at least 100 mm (4 in) in diameter.

2-4.2.2    **Minimum Cover.{** TC "2-4.2.2         **Minimum Cover**." \f C \l "3" **}**  Minimum cover over sewer pipes shall be 0.61 m (2 ft); greater than frost penetration according to UFC 3-310-01; or sufficient to support imposed dead and live loads for the pipe materials used; which ever is more stringent.

2-4.2.3    **Flow Velocity.{** TC "2-4.2.3    **Flow Velocity**." \f C \l "3" **}**  For exterior lateral connections and sewer mains, the minimum flow velocity shall be 0.60 meters per second (2.0 feet per second) and the maximum velocity shall be 3.0 meters per second (10 feet per second) when calculated using the Manning's formula and a roughness coefficient value of 0.013.

2-4.2.4    **Layout.{** TC "2-4.2.5    **Layout**." \f C \l "3" **}**  Lay all sewer lines with straight alignment between manholes and/or cleanouts.  The maximum spacing between manholes shall be 120 m (400 ft).  Provide a manhole at any change in direction or slope.  For service connections 100 mm and 150 mm (4 and 6 in) in diameter, where a change in slope and/or direction occurs, the manhole may be replaced by a cleanout, provided that the length of service line downstream of the cleanout is not longer than 30.5 m (100 ft).   Combining sewer laterals from multiple buildings will not be allowed. Each building must have its own lateral to the sewer main.

2-4.3    **Material Selection{** TC "2-4.3Material Selection" \f C \l "3" **}**

Sewer mains and laterals must conform with PTS Section G30.

2-4.4    **Sanitary Structures{** TC "2-4.4        Sanitary Structures" \f C \l "3" **}**

21

2-4.4.1 **Manholes**.**{** TC "2-4.4.1 **Manholes**." \f C \l "3" **}** The minimum diameter of manholes must be 1.20 m (48 in); larger diameters are required for large diameter sewers. The minimum clear opening diameter of the manhole cover is 610 mm (24 in,) unless otherwise indicated. Provide traffic loadings to determine traffic requirements for frames and covers.

Provide manholes of cast-in-place or precast concrete construction. Masonry manholes will be allowed on projects only for shallow installations of less than 5 feet in depth.

2-4.4.2 **Drop Manholes**.**{** TC "2-4.4.2 **Drop Manholes**." \f C \l "3" **}** Provide drop manholes for any manhole where the difference between the inlet pipe invert elevation and the manhole invert elevation is greater than 610 mm (24 in). The drop connection shall be made on the exterior of the manhole and shall be concrete encased such that it is integral to the main structure and supported on the same foundation slab.

2-4.4.3 **Flow Channel**.**{** TC "2-4.4.2 **Flow Channel**." \f C \l "3" **}** The flow channel through the manhole must be made to conform as closely as possible to shape and slope of the connecting sewers. Whenever connections are made to existing manholes, the bench of the manhole must be reworked to provide proper flow channels.

2-5 **PUMP STATIONS AND TRANSMISSION SYSTEMS{** TC "2-5 **PUMP STATIONS AND TRANSMISSION SYSTEMS**" \F C \L "2" **}**

Use pump stations only where specifically identified in the project scope of work or upon written approval from the Government's Civil Reviewer.

Provide new pump stations and upgrades to existing pump stations in accordance with guidance noted herein; the requirements of the utility provider; or the requirements of the applicable regulatory agency which governs pumping systems where the project is located; whichever is more stringent.

2-5.1 **Wastewater Pump Stations{** TC "2-5.1 Wastewater Pump Stations" \f C \l "3" **}**

Design wastewater pump stations in accordance with the Ten States' *Recommended Standards for Wastewater Facilities* except as noted herein. Wastewater pumps, except grinders, must be capable of passing 80 mm (3 in) solids. Provide wet wells of precast concrete or fiberglass construction. Provide an emergency pump connection and appropriate valving capable of rapid connection to a portable pump that can bypass the pump station from the wet well to the force main.

2-5.2 **Design Criteria{** TC "2-5.2 Design Criteria" \f C \l "3" **}**

2-5.2.1 **Redundancy and Reliability**.**{** TC "2-5.2.1 **Redundancy and Reliability**." \f C \l "3" **}** Provide redundancy for duplex and triplex systems such that peak flow is provided with one pump out of service. Select the pump motor horsepower such that it will accommodate any variation in flow and head along the entire design impeller curve without motor overload or failure. Provide for emergency power operation in conformance with applicable regulatory requirements.

22

2-5.2.2 **Access.{** TC "2-5.2.2 **Access.**" \f C \l "3" **}** Pump stations must have adequate access for personnel and equipment maintenance and replacement. Access points must be lockable.

2-5.2.3 **Piping.{** TC "2-5.2.3 **Piping.**" \f C \l "3" **}** Piping for pumping systems shall conform with requirements of PTS Section G30. System flow velocities shall conform with applicable jurisdictional regulations. Where none exist, the velocity shall be no less than 0.6 mps (2.0 fps) or more than 3.0 mps (10 fps)

2-5.2.3.1 **Polyvinyl Chloride (PVC) Pipe..{** TC "2-5.2.3.1 **Polyvinyl Chloride (PVC) Pipe.**" \f C \l "3" **}** At velocities above 1.5 m/s (5 ft/s) in PVC pipe, the design shall address surge pressures and conditions.

2-5.2.3.2 **Ductile Iron Pipe.{** TC "2-5.2.3.2 **Ductile Iron Pipe.**" \f C \l "3" **}** All ductile iron pipe must have a cement mortar lining. In coastal areas and where corrosion may be a problem, wrap ductile iron pipe in polyethylene. Provide restrained joints in accordance with *Thrust Restraint Design for Ductile Iron Pipe*.

2-5.2.4 **Piping Accessories.{** TC "2-5.2.4 **Piping Accessories**." \f C \l "3" **}** For dry pit/wet pit pump stations, provide pressure gages on discharge piping directly downstream of the pump. Provide air-release valves at high points. Provide flow meters if required by the utility provider.

2-5.2.5 **Minimum Cover**.**{** TC "2-5.2.5 **Minimum Cover**." \f C \l "3" **}** Minimum cover over the force mains must be 0.6m (2ft.); greater than frost penetration according to UFC 3-310-01, *sufficient to support impassed dead and live loads,* or greater than depth required to install valve riser; whichever is more stringent.

2-5.2.6 **Alarms.{** TC "2-5.2.6 **Alarms.**" \f C \l "3" **}** Pump station monitoring alarms shall comply with applicable jurisdictional requirements. Monitoring shall be to a location designated by the Government. The systems used shall be fully compatible with any existing systems and standards in use by the Activity or public utility operating the station. Where specific regulations are not in place, provide visual and audible high water alarms at the pump station.

2-5.2.7 **Ventilation and Lighting.{** TC "2-5.2.7 Ventilation and Lighting." \f C \l "3" **}** Provide pump stations with ventilation and lighting in accordance with jurisdictional requirements.

2-5.3 **Water Pump Stations{ TC "2-5.3 Water Pump Stations" \f C \l "3" }**

Design water pump stations in accordance with the Ten States' *Recommended Standards for Water Works* except as noted herein.

2-5.4 **Stormwater Pump Stations{ TC "2-5.4 Stormwater Pump Stations" \f C \l "3" }**

Design stormwater pump stations in accordance with the State Department of Transportation's (DOT) *Drainage Manual* where the project is located except as noted

23

herein. Stormwater pump stations may only be used with explicit authorization by the Government.

24

2-5.5 **Upgrades to Existing Pump Stations{** TC "2-5.5 Upgrades To Existing Pump Stations" \f C \l "3" **}**

Existing pump stations may be upgraded where a complete hydraulic analysis shows that the pump station can operate at the proposed capacity in conformance with the jurisdictional requirements for a new pump station of equal capacity. The hydraulic analysis shall include affects on the existing force main to its point of discharge, and it networked, the effects on all other pump stations connected to the system. This analysis is required whenever additional flow is added to a pump station, even if physical changes to the station are not proposed.

2-6 **FLEXIBLE AND RIGID PAVEMENTS{** TC "2-6    FLEXIBLE AND RIGID PAVEMENTS" \F C \L "3" **}**

2-6.1 **Flexible Pavements.{** TC "2-6.1    **Flexible Pavements**." \f C \l "3" **}**

Materials shall be in conformance with either the American Association of State Highway and Transportation Officials; the Asphalt Institute; or the local Department of Transportation in the state in which the facility is to be located.

2-6.2 **Rigid Pavements.{** TC "2-6.2 **Rigid Pavements**." \f C \l "3" **}**

Design rigid pavements as non-reinforced wherever possible. Provide reinforcement for odd-shaped slabs. An odd-shaped slab has a length to width ratio greater than 1.25. Clearly indicate on the drawings the specific individual slabs requiring reinforcement.

In all areas, consider possible alkali-silica reaction, cracking potential with local aggregates. Specify nonreactive aggregates, low-alkali cement or certain types of pozzolanic materials. Provide air entrainment in all concrete pavements.

Sawcut contraction and construction joints. Do not allow the use of insertable forms for contraction joints. Accomplish load transfer across expansion joints using thickened edge expansion joints. Accomplish load transfer across construction (longitudinal) joints using dowels or thickened edges. Contact the cognizant Government's Civil Reviewer for approval prior to use of key joints which may be considered based upon loadings and subgrade strength. Do not locate dowels within a distance equal to the pavement thickness on either side of a contraction joint.

2-6.3 **Repair and Maintenance.{** TC "2-6.3    **Repair and Maintenance**." \f C \l "3" **}**

Evaluate pavements in accordance with UFC 3-260-03, *Design: Airfield Pavement Evaluation*.

W912ER-11-D-0010-0006

**A1660**

2-6.4    **Airfield Pavements{** TC "2-6.4    Airfield Pavements" \f C \l "3" **}**

Design in accordance with UFC 3-260-01, *Airfield and Heliport Planning and Design* and P-80.3, *Facility Planning Factor Criteria for Navy and Marine Corps Installations, Appendix E, Airfield Safety Clearances* for the geometric design of airfield pavements.

Design airfield pavements in accordance with UFC-3-260-02, *Pavement Design for Airfields*.  Minimum thickness design of airfield pavement sections shall be in accordance with the latest version of *Pavement-Transportation Computer Assisted Structural Engineering (PCASE)* software.

All airfield pavement designs must be sealed by a registered professional engineer who is experienced in airfield pavement design, so that safe, high quality and geometrically correct airfield surfaces conforming to current applicable airfield criteria are maintained.

Porous pavements are not allowed in airfield design.  Airfield pavements include any pavements supporting vehicles trafficing the airfield pavement.

2-6.4.1    **Airfield Pavement Markings.{** TC "2-6.4.1 Airfield Pavement Markings." \f C \l "3" **}**  Airfield pavement markings for Navy and Marine Corps facilities must conform to NAVAIR 51-50AAA-2.  Assault Landing Zone markings and heliport markings shall conform to TM 5-923-4, *Marking of Army Airfield-Heliport Facilities*.

2-6.4.2    **Other Design Factors of Airfield Pavements.{** TC "2-6.4.2    Other Design Factors of Airfield Pavements." \f C \l "3" **}**  The design engineer on airfield pavement projects shall address the following:  phasing of work; use of recycled materials; possibility of batching for asphalt or concrete; staging areas; haul routes; and temporary airfield markings or lighting required for construction.

2-6.5    **Roads, Streets and Open Storage Areas.{** TC "2-6.5    Roads, Streets and Open Storage Areas" \f C \l "3" **}**

Design in accordance with UFC 3-230-18FA, *General Provisions and Geometric Design for Roads, Streets, Walks and Open Storage Areas,* and AASHTO's *A Policy on Geometric Design of Highways and Streets* for the geometric design of vehicular roads and streets.  Porous pavements (encompassing not only stone pavers, but also grasscrete and other pavement mixes) shall not be used unless approved in writing by the cognizant Government Civil Reviewer.

Minimum thickness design of vehicular pavement sections shall be in accordance with PCASE, UFC 3-250 series and TM 5-822 series.

The minimum thickness of granular base shall be 6-inches.  Provide a thicker aggregate base if required to reduce frost penetration into the subgrade or to increase the modulus values in weak subgrade soils.

2-6.5.1    **Flexible Pavements.{** TC "2-6.5.1    **Flexible Pavements**." \f C \l "3" **}**
Materials shall be in conformance with the local Department of Transportation in the state in which the facility is located.

**A1661**

2-6.5.2    **Rigid Pavements**.**{** TC "2-6.5.2        **Rigid Pavements**." \f C \l "3" **}**
Materials shall be in conformance with the local Department of Transportation in the state in which the facility is located.  Design rigid pavements as non-reinforced wherever possible.

2-6.5.3    **Repairs and Maintenance**.**{** TC "2-6.5.3    **Repairs and Maintenance**." \f C \l "3" **}**  Evaluate pavements in accordance with UFC 3-260-03.

2-6.5.4    **Pavement Markings**.**{** TC "2-6.5.4    **Pavement Markings**." \f C \l "3" **}**
Provide and install pavement markings in accordance with the *Manual on Uniform Traffic Control Devices (MUTCD)*.  Coordinate with the Naval installation for their specific requirements.

2-6.5.5    **Traffic Control**.**{** TC "2-6.5.5  **Traffic Control**." \f C \l "3" **}**  Provide and install new traffic control devices (i.e.; signs, markings, etc.) in accordance with the *MUTCD*.  Coordinate with the Naval installation for their specific requirements.

W912ER-11-D-0010-0006

**CHAPTER 3 DESIGN SERVICES{ TC "CHAPTER 3  DESIGN SERVICES" \F C \L "2" }**

3-1      **PRE-DESIGN SERVICES**.

**{** TC "3-1 **PRE-DESIGN SERVICES**." \F C \L "3" **}**

3-2      **DESIGN SERVICES**.**{** TC "3-2      **DESIGN SERVICES**." \F C \L "3" **}**

3-2.1    **Civil Basis of Design (BOD)**.**{** TC "3-2.1    **Civil Basis of Design (BOD)**." \f C \l "3" **}**

3-2.1.1    **General.{** TC "3-2.1.1   **General.**" \f C \l "3" **}**  Identify the governing codes and criteria including federal and military handbooks being used for the design. References may be noted in the related sections listed below.  Include reference titles and date of publications.  Provide BOD with adequate narrative to describe design logic and assumptions.  Show adherence to scope of work.

3-2.1.2    **Existing Conditions.{** TC "3-2.1.2   **Existing Conditions.**" \f C \l "3" **}** Include the following:

a.  Describe general site topography and vegetation type (grass, lightly wooded, brush).  Describe existing site features.

b.  Verify whether existing footings, foundations, steam pits etc. exist.

c.  Describe existing soil conditions.

d.  Describe existing utilities, including size, type, and general location. Discuss impact that this, and future projects, will have on utility systems.

e.  Identify predominant drainage features, including any required downstream improvements.  State whether field survey has been coordinated with delineation.  Indicate the parties that have been notified of the presence of wetlands and are actively involved in this issue.

f.  Verify if endangered species inhabit area.

g.  Identify and describe existing traffic patterns on and around site.

h.  Provide horizontal and vertical datums and other pertinent survey information.

3-2.1.3    **Geotechnical.{** TC "3-2.1.3   **Geotechnical.**" \f C \l "3" **}**  Describe existing soil conditions.  Address geotechnical investigation (status, findings, report, as applicable).  Describe the geotechnical investigation program, the recommendations for the site preparation, and the pavement design.  Include the Geotechnical Report as an appendix to the BOD.  Indicate known soil contamination issues connected with the site.

28

3-2.1.4    **Demolition.{** TC "3-2.1.4    **Demolition."** \f C \l "3" **}**  Discuss demolition relating to Civil issues only, typically 1.53 m (5 feet) outside of building line.  Identify all buildings slated to be demolished by building number.  Generally describe structure types (1-story frame, 2-story block, etc.); building specifics should be included under Architectural BOD.  Describe pavement to be demolished, including existing pavement section.  Describe underground and overhead utility demolition, relocation, and abandonment.  Describe other features to be removed (play equipment, fencing, etc.)

3-2.1.5    **New Site Work.{** TC "3-2.1.5  **New Site Work."** \f C \l "3" **}**  Describe new building and its function with respect to Civil issues such as vehicle ingress/egress, pedestrian movement, etc.  Address internal functions under Architectural BOD.  Describe pedestrian access.  Identify number of parking spaces; include stall and aisle widths.  Describe handicap access in and around site, number and size of handicap parking spaces.  Identify physical security requirements, such as intrusion detection provisions, fencing type and height, and lighting requirements.  Also identify antiterrorism standoff distance requirements for the specific site conditions.  Identify vehicle type expected on project site; note non-standard vehicle sizes and weights.  Identify design wheel loading.  Define projected traffic volume.  Define new pavement types and sections.  For airfield pavement, discuss design parameters, including pavement use, loadings, design life adopted in design, design methodology to be used, and availability of materials anticipated for construction, and possible impacts construction may have on airfield operations – haul routes, closures, etc.  For railroads, state type of service for which railroad track will be provided; anticipated volume and type of traffic; the ruling grade and the maximum curvature.  Describe proposed type, source and thickness of ballast, weight of rail and source, treatment and dimensions of ties.

3-2.1.6    **Sustainable Design.{** TC "3-2.1.6    **Sustainable Design."** \f C \l "3" **}**  Identify possible re-use of materials (crushed pavement, etc.).  Provide an updated LEED checklist.  The checklist must indicate progress towards obtaining the minimum LEED rating required by the RFP or the higher LEED rating established by the Contractor during the Post Award Kickoff Meeting.  Describe how the sitework and civil work design submittal incorporates sustainable design features to achieve the LEED prerequisites and credits.

3-2.1.7    **Grading..{** TC "3-2.1.7 **Grading."** \f C \l "3" **}**  Define minimum longitudinal and transverse slopes to be used on concrete and bituminous asphalt pavements, ditches, gutters, etc.  Indicate 100-year flood elevation with respect to project datum.  Indicate the projected finished floor elevation for each facility to be constructed.  Discuss whether earthwork cuts and fills will be balanced, if suitable borrow material is available locally, and options for disposal of excess cut material.  Verify existence of a base borrow source, base landfill and whether or not it is available for disposal.

3-2.1.8    **Water Supply.{** TC "3-2.1.8    **Water Supply."** \f C \l "3" **}**  State design parameters; include domestic and fire flow, residual pressure, and recent flow test data.  State anticipated demand.  Describe water main and supply line sizes and capacities.  Identify connection points.  Identify connection methods.  Identify whether existing infrastructure has capacity to support project.  Identify requirements for backflow

W912ER-11-D-0010-0006

**A1664**

protection and freeze protection.  Identify needs for metering.  Identify need for booster pumps or pressure reducing valves.  Identify level of fire protection required for building.  Identify number of fire hydrants required by latest fire protection criteria.  State number of new hydrants.  Provide number of wells and proposed pump rates.

3-2.1.9     **Water Supply Treatment..{** TC "3-2.1.9     **Water Supply Treatment."** \f C \l "3" **}**  Identify completed studies and briefly describe recommended process noting deviations from the studies.  State sizes, elevations, capacity, etc., for reservoirs, treatment units, pumping stations, well pumps, etc.

3-2.1.10   **Sanitary Sewer.{** TC "3-2.1.10       **Sanitary Sewer."** \f C \l "3" **}**  Describe waste stream and whether it is from domestic or industrial source.  Include sources of any hazardous substances.  Identify design population, peak and average flows.  State whether sewer will be gravity or force main.  Identify pre-treatment requirements and solutions.  State minimum pipe slopes and velocities.  Identify special installation requirements.  State new pipe sizes and capacities.  Identify pump station type, wet/dry well, types of pumps, pump capacity and total dynamic head, horsepower, telemetry requirements and compatibility with existing on-base systems, backup power requirements, and assumed response time by Activity personnel.  Consult Activity as to whether existing system is operating at or near capacity.  Discuss adequacy of existing system to handle current and future flows.

3-2.1.11   **Wastewater Treatment.{** TC "3-2.1.11       **Wastewater Treatment."** \f C \l "3" **}**  Identify completed treatability studies.  Briefly describe recommended process noting deviations from the treatability study.  Define impact of stream condensation and cooling water discharges on sewer piping and treatment plants and the estimated cost of distribution and treatment of this additional loading.

3-2.1.12   **Storm Drainage System.{** TC "3-2.1.12     **Storm Drainage System."** \f C \l "3" **}**  Identify receiving waters, classification (if applicable), storm frequency, C factors, etc.  Discuss adequacy of existing storm system and its effects on downstream facilities and systems.  Discuss whether existing system will require upgrades.  Identify use of collection system vs. sheet flow.  Describe materials and pipe sizes.  Describe how upstream flows that impact site will be handled.

3-2.1.13   **Stormwater Management.{** TC "3-2.1.13   **Stormwater Management."** \f C \l "3" **}**  Discuss best management practices (BMP's) and approach to stormwater management.  Discuss compliance with Activity, State, & local requirements.

3-2.1.14   **Erosion & Sediment Control. {** TC "3-2.1.14       **Erosion & Sediment Control."** \f C \l "3" **}**

Identify total disturbed area acreage.  Discuss erodibility of soil, devices or methods to be used to control erosion and sediment losses, and protection devices at outfalls.  Discuss compliance with Activity, State, and local requirements.

3-2.1.15   **Environmental Permits. {** TC "3-2.1.15     **Environmental Permits."** \f C \l "3" **}**

30

Identify the permits necessary for both construction and operation of facilities. Identify fees associated with each permit. Submit PROD form with BOD. Refer to Chapter 3, paragraph 3-4 for more information.

3-2.1.16 **Antiterrorism.{** TC "3-2.1.16 **Antiterrorism.**" \f C \l "3" **}** Identify the type of building and discuss minimum standoff distances from controlled perimeter, parking and roadways, trash containers, and other buildings. Discuss unobstructed space, drive-up / drop-off and access roads, site planning, and any special concerns. Discuss how the site plan layout meets the antiterrorism standards. This discussion should be handled as controlled information per all applicable requirements of NAVINST 5510.36. At a minimum this information should be treated as FOUO and in some cases higher levels of information control/classification may be warranted.

3-2.2 **Specifications.{** TC "3-2.2 **Specifications.**" \f C \l "3" **}**

See UFC 1-300-09N, *Design Procedures.*

3-2.3 **Calculations.{** TC "3-2.3 **Calculations.**" \f C \l "3" **}**

Provide calculations in accordance with UFC 1-300-09N. Provide design calculations for pavement and utility systems. Calculations must be signed and sealed by a Professional Engineer. For projects that include an irrigation system, provide the following irrigation calculations,

      a. Calculations for valve at highest elevation

      b. Calculations for valve at lowest level

      c. Calculations for valve with highest GPM (L/M) and GPH (M$^3$/H)

      d. Calculations for valve with lowest GPM (L/M) and GPH (M$^3$/H)

      e. Calculation sheet indicating valve sequence number, total GPM/GPH, elevation of valve, water meter and highest irrigation head or emitter, total friction loss through all irrigation equipment and piping, operating PSI (kPa) of irrigation head or emitter and residual PSI (kPa)

3-2.4 **Civil Drawings.{** TC "3-2.4 **Civil Drawings.**" \f C \l "3" **}**

Drawings must be D-size drawings. Provide north arrows and graphic scales on all applicable drawings. All final drawings must be signed and sealed by a licensed civil engineer. See Appendices for regional requirements on preferred graphic scales. Refer to UFC 1-300-09N.

3-2.4.1 **Cover Sheet, Drawing Index, Vicinity Map, Location Plan, Abbreviations, Legend, and Notes, or First Civil Sheet.{** TC "3-2.4.1 **Cover Sheet, Drawing Index, Vicinity Map, Location Plan, Abbreviations, Legend, and Notes, or First Civil Sheet.**" \f C \l "3" **}** General – If project is not a Civil Engineering lead, assure that

31

W912ER-11-D-0010-0006

**A1666**

the following items are coordinated with the lead discipline responsible for creating cover sheet:

a. If General Development Maps (GDM) are used for the Vicinity and Location Maps, edit for the specific project being designed.  Ensure street names, main gates, and the Public Works office of the base are identified.  Ensure that text is legible at the plotted scale and remove extraneous lines.

b. The Vicinity Map must identify the Activity and have enough main highway names and street names to allow an out-of-town contractor to locate the work.

c. The Location Plan must allow the contractor to find the project on the base.  This is generally a good place to show laydown areas, haul routes, any construction traffic routing restrictions, and off-site benchmark locations.  Provide an adequate amount of street names to allow coordination between the Vicinity Map and the construction plans.

d. In general, it is desirable to show the Vicinity Map and the location Plan on the Cover Sheet along with the project title.

e. Coordinate with ROICC and Activity for laydown area.

f. Edit standard details, abbreviations, legends, and general notes for the specific project being designed.

g. Provide a single Civil legend on one sheet (preferably sheet C-001).

h. For projects near tidal waters, show datum sketch indicating project vertical datum and relationship to range of tide and other important datums.

3-2.4.2    **Demolition Plan.**  Include the following information:.**{** TC "3-2.4.2 **Demolition Plan.**" \f C \l "3" **}**

a. Clearly show what is to be demolished at an appropriate scale.  Coordinate/edit the legend to match the demolition plans.

b. Indicate the beginning and ending points of utility removals and methods of plugging pipes (cap, brick & mortar, etc.).  Show locations of valves to be used for isolating work.

c. Show limit of pavement removal and pavement thickness.

d. Describe the existing items in detail with supplemental descriptions if necessary.  Indicate depth of pavements/bases to allow uniform contractor bids.

W912ER-11-D-0010-0006

**A1667**

    e.  Provide a sequence of demolition if necessary.  Include any known requirement for continuous operation and limited shutdown requirements.  These must be identified in the special scheduling paragraphs of the specification.

    f.  Do not show any items that are being demolished with the current project on subsequent Civil plan sheets.

    g.  Show locations of all erosion and sediment (E&S) control items and add E&S notes.  Show erosion control details on drawings or refer to applicable details in the State *Erosion and Sediment Control Handbook* or manual.  Verify that the erosion control legend is edited, clear and coordinated with the drawings.

    h.  Provide a Tree Protection Detail for existing trees, which are to be preserved during construction.  All trees are not amenable to the same barrier fence application.  Consult a Registered Landscape Architect or State Certified Arborist.  As a minimum, show the following:

A 4-ft. high safety-orange, plastic barrier fence (with metal or 4 x 4 wood stakes at 8 ft. on center spacing) continuously located around the tree's drip-line, unless otherwise directed by a certified arborist.  If trees are in a group or cluster, use only one fence to surround the entire cluster.

3-2.4.3    **Site Plan.**  Include the following information:**{** TC "3-2.4.3 **Site Plan.**" \f C \l "3" **}**

    a.  Show all new aboveground features with adequate layout data and existing aboveground features, after demolition has occurred.

    b.  Label baselines to be used for project layout as 'construction baseline' as opposed to survey baseline.

    c.  Provide layout dimensions from the construction baseline, or another readily identified (and easily established) alignment in the field.  Include horizontal control point locations and descriptions.  Use of coordinates for layout purposes is discouraged, however their use may be considered on a case-by-case basis.  Contact Civil Reviewer for approval prior to project submittal.

    d.  Show areas requiring pavement patching, repairs and new pavement.  Provide pavement jointing plans for rigid pavements.  Include separate pavement marking plans for airfield projects.

    e.  Eliminate extraneous items that may congest the drawing (contours, elevations, etc.) and detract from the layout information.

    f.  Show locations of any additional E&S control items not already included on the Demolition Plan.  Coordinate with E&S notes, details, and legend.

33

g.  Indicate all trees and plant material to remain

h.  Provide statement concerning location of soil borings and soil information.

**3-2.4.4**   **Water and Sanitary Sewer Plan.**  Include the following information:**{** TC "3-2.4.4   **Water and Sanitary Sewer Plan.**" \f C \l "3" **}**

a.  Indicate whether new connections will be made by wet tap (tapping sleeve/valve) or by dry connection.  Show nearest valve(s) for system isolation if the latter is the case.  Indicate known scheduling issues in the special scheduling paragraphs of the specification.

b.  Indicate surface materials (i.e. grass, bituminous, concrete, etc.).

c.  Provide numbers (or letters) for each sanitary structure and water fitting so that plans and profiles are easily coordinated.  This labeling system must be clearly distinct from that used for the storm drainage system and preferably distinct from labels used by other utility systems, i.e. electrical, etc.

d.  Provide manhole rim and invert elevations, pipe slopes, pipe diameters and pipe materials.  If profiles are provided, indicate slopes on the profile sheets and do not provide on the plan sheets.

e.  For water treatment plants, provide details process and instrumentation diagram (P&ID).

**3-2.4.5**   **Water, Storm, and Sanitary Sewer Profiles.**  Include the following information:**.{** TC "3-2.4.5   **Water, Storm, and Sanitary Sewer Profiles.**" \f C \l "3" **}**

a.  Show profiles where needed for clarity and to avoid potential conflicts. Discuss profile requirements with EFD Civil Reviewer.

b.  Indicate structure tops, pipe invert elevations, slopes, lengths, and diameters of all new gravity lines.

c.  Coordinate structure numbers with plan sheets.

d.  Reference the plan sheets where pipes/structures are shown.

e.  Show and label existing and new surface materials, concrete pads, curbs, roads, etc. traversed by the new lines.  Accurately show depth of existing pavements.

f.  Show and label all crossing utility lines, both existing and new.

g.  If depths of existing utilities are unknown, indicate the horizontal location of the utility and indicate the vertical location with a line representing the anticipated range of elevations where the utility will be found in the field.

W912ER-11-D-0010-0006

1241 of 1610
Government Rule 4 File

**A1669**

Indicate the method of new utility installation routing above or below conflicts, i.e. concrete encasement, pressure pipe, etc.

3-2.4.6    **Grading and Drainage Plan.**  Include the following information:**{** TC "3-2.4.6 **Grading and Drainage Plan.**" \f C \l "3" **}**

a.  Provide existing spot elevations and existing contours at intervals to clearly indicate existing drainage patterns.

b.  Provide new spot elevations and new contours when appropriate to clearly indicate new grading and drainage patterns.  New spot elevations/contours must be easily distinguished (bolder font) from existing.

c.  Indicate where new grading ties to existing grading (limits) and verify that new work will not block existing adjacent drainage.

d.  Show all benchmarks, tbm's, other vertical control, and datum notes on this plan.

e.  Show finish floor elevations on grading plans.  Do <u>not</u> show finish floor elevations on the architectural or structural plans in order to avoid conflicts.  Coordinate adjacent exterior grading with the architectural/structural plans to ensure positive drainage patterns away from the building.

f.  Verify that the slopes indicated on the plans are suitable for the surface material involved, i.e. earth slopes, bituminous pavements, and concrete pavements.  Consider if these slopes are maintainable for the service life of the facility.

g.  Coordinate with the Landscaping Plans (L sheets) to prevent new plantings from blocking site drainage.

h.  Provide numbers (or letters) for each drainage structure so that plans and profiles are easily coordinated.

i.  Erosion and sediment control details should be shown.

3-2.4.7    **Site / Utility Details{** TC "3-2.4.7      **Site / Utility Details**" \f C \l "3" **}.** Incorporate details as follows:

a.  If applicable, edit and update standard details provided by the EFD Civil Reviewer to apply to the particular conditions and requirements of the project.

b.  Details of items shown in the construction standards of the Department of Transportation or other agencies of the state in which the project will be

35

built or other appropriate local/commercial standards are required on the plans.

c. Conform to the requirements of UFC 1-300-09N for all details and sections.

3-2.4.8 **Soil Boring Logs.{** TC "3-2.4.8 **Soil Boring Logs.**" \f C \l "3" **}** Provide soil boring logs as part of the drawings. Information on the drawing must include soil boring plotted locations, a summary of lab tests results, groundwater observations, and site preparation details or notes as applicable.

3-3 **POST-DESIGN SERVICES.{ TC "3-3 POST-DESIGN SERVICES." \F C \L "3" }**

3-3.1 **As-Builts.{** TC "3-5.1 **As-Builts**." \f C \l "3" **}**

Revise contract documents to reflect the "as-built" conditions. Denote the changes from the original design in accordance with the direction of the Engineer in Charge (EIC).

**APPENDIX A REFERENCES{ TC "APPENDIX A REFERENCES" \F C \L "2" }**

**GOVERNMENT PUBLICATIONS**:

1. Department of Defense

Unified Facilities Criteria (UFC)
http://dod.wbdg.org/.

UFC 1-200-01, *General Building Requirements*

UFC 1-300-09N, *Design Procedures*

UFC 3-100-10N, *Architecture*

UFC 3-220-01, *Geotechnical Engineering Procedures for Foundation Design of Buildings and Structures*

UFC 3-230-18FA, *General Provisions and Geometric Design for Roads, Streets, Walks and Open Storage Areas*

UFC 3-240-02, *Design: Wastewater Treatment System Augmenting Handbook*

UFC 3-250-10FA, *Pavement Design for Roads, Streets, Walks and Open Storage Areas*

UFC 3-260-01, *Design: Airfield and Heliport Planning and Design*

UFC 3-260-02, *Pavement Design for Airfields*

UFC 3-260-03, *Design: Airfield Pavement Evaluation*

UFC 3-270-01, *O&M: Asphalt Maintenance and Repair*

UFC 3-270-02, *O&M: Asphalt Crack Repair*

UFC 3-270-03, *O&M: Concrete Crack and Partial-Depth Spall Repair*

UFC 3-270-04, *O&M: Concrete Repair*

37

UFC 3-270-05, *O&M: Paver Concrete Surfaced Airfields Pavement Condition Index (PCI)*

UFC 3-270-06, *O&M: Paver Asphalt Surfaced Airfields Pavement Condition Index (PCI)*

UFC 3-270-07, *O&M: Airfield Damage Repair*

UFC 3-310-01, *Design: Load Assumptions for Buildings*

UFC 3-600-01, *Design: Fire Protection Engineering for Facilities*

UFC 4-010-01*, DoD Minimum Antiterrorism Standards for Buildings*

UFC 4-022-01, *Security Engineering: Entry Control Facilities/Access Control Points*

http://www.access-board.gov/indexes/pubsindex.html

*DoD Architectural Barriers Act (ABA) Accessibility Standard*

2. Department of the Air Force

AFI 32-1042, *Standards for Marking Airfields*

ETL 94-01, *Standard Airfield Pavement Marking Schemes*

3. Department of the Army

TM 5-923-4, *Marking of Army Airfield-Heliport Facilities*;

EM 1110-1-1003, *NAVSTAR Global Positioning System Surveying*;

EM 1110-1-1004, *Geodetic and Control Surveying*;

EM 1110-1-1005, *Topographic Surveying*

4. Department of the Navy

DM-5.4, *Pavements*;

Standardization Documents Order Desk
700 Robbins Avenue, Bldg. 4D
Philadelphia, PA 19111-5094

MCO P5530.14, *Marine Corps Physical Security Program Manual*;

MIL-HDBK-1005/7A, *Water Supply*

38

W912ER-11-D-0010-0006

*Systems*, 1999 and Change 1, 24 January 2001;

MIL-HDBK-1013/1A, *Design Guidelines for Physical Security of Facilities*;

MIL-HDBK-1013/10, *Design Guidelines for Security Fencing, Gates, Barriers, and Guard Facilities*;

MIL-HDBK-1013/14, *Selection and Application of Vehicle Barriers*;

NAVAIR 51-50AAA-2;

NAVFAC INST 9830.1

NAVINST 5510.36

OPNAVINST 5530.14C, *Navy Physical Security Manual*;

P-80, *Planning Criteria for Navy and Marine Corps Shore Installations*;

P-80.3, *Facility Planning Factor Criteria for Navy and Marine Corps Installations*, Appendix E, Airfield Safety Clearances, January 1982;

UG-2031-SHR, *User's Guide on Protection Against Terrorist Vehicle Bombs*

*Electronic Bid Solicitation – Manual of Policies and Procedures*

| | |
|---|---|
| 5. Federal Aviation Administration (FAA) | AC 150/5340-1, *Marking of Paved Areas on Airports* |
| 6. United States Department of Transportation, Federal Highway Administration | FHWA-NHI-01-021, *Urban Drainage Design Manual*, 2001 |
| | *Manual on Uniform Traffic Control Devices*, (MUTCD) latest edition |

W912ER-11-D-0010-0006

**A1674**

**NON-GOVERNMENT PUBLICATIONS**:

| | |
|---|---|
| 7.  American Association of State Highway and Transportation Officials<br>444 North Capitol Street, N.W., Suite 249<br>Washington, D.C. 20001 | *A Policy on Geometric Design of Highways and Streets*, latest edition |
| 8.  American Concrete Pipe Association<br>8320 Old Courthouse Road<br>Vienna, VA  22180 | *Concrete Pipe Design Manual*, latest edition |
| 9.  American Iron and Steel Institute<br>1000 16th Street, N.W.<br>Washington, D.C.  20036 | *Modern Sewer Design*, 1980 |
| 10.  American Water Works Association | AWWA M17, *Installation, Field Testing and Maintenance of Fire Hydrants*, 1989<br><br>AWWA M23, *PVC Pipe – Design and Installation*, 2002<br><br>AWWA M41, *Ductile-Iron Pipe and Fittings*, 2003 |
| 11.  Ductile Iron Pipe Research Association<br>245 Riverchase Parkway East, Suite O<br>Birmingham, AL  35244-1856 | *Thrust Restraint Design for Ductile Iron Pipe*, Fifth Edition, 2002. |
| 12.  Great Lakes – Upper Mississippi River Board of State Public Health and Environmental Managers | *Recommended Standards for Water Works*, 1997 Edition<br><br>*Recommended Standards for Wastewater Facilities*, 1997 Edition |
| 13.  The McGraw-Hill Companies, Inc.<br>Two Penn Plaza<br>New York, NY  10121-2298 | *Pump Handbook*, Third Edition, Igor J. Karassik, et.al., 2001 |
| 14.  National Fire Protection Association | NFPA 291, *Fire Flow Testing and Marking of Hydrants* |
| 15.  Public Technology, Inc. | *Sustainable Building Technical Manual: Green Building Design, Construction, and Operations*, Public Technology, Inc. and the U.S. Green Building Council, 1996 |
| 16.  Submersible Wastewater Pump | *Submersible Sewage Pumping Systems* |

40

| | |
|---|---|
| Association (SWPA)<br>1866 Sheridan Road, Suite 210<br>Highland Park, IL  60035<br>http://www.swpa.org/resources/handbook | *Handbook*, Second Edition, 1997 |
| 17.  Uni-Bell PVC Pipe Association<br>2655 Villa Creek Drive, Suite 155<br>Dallas, TX  75234 | *Handbook of PVC Pipe: Design and Construction*, 2001<br><br>UNI-TR-6-97, *PVC Force Main Design* |
| 18.  Water Environment Federation (WEF)<br>601 Wythe Street<br>Alexandria, VA  22314-1994 | *Design of Wastewater and Stormwater Pumping Stations*, Manual of Practice FD-4, 1993 |

41

**APPENDIX B BEST PRACTICES{ TC "APPENDIX B BEST PRACTICES" \F C \L "2" }**

1-1      **GRADING AND STORM DRAINAGE SYSTEMS**

1-1.1      **Underground Storm Drainage**

1-1.1.1      **Material Selection.**

1-1.1.1.1  **Reinforced Concrete Pipe**.  For design parameters, refer to the latest edition of the *Concrete Pipe Design Manual*.

1-1.1.1.2  **Corrugated Aluminum or Steel Pipe**.  For drainage parameters for corrugated steel pipe, refer to the latest edition of *Modern Sewer Design*.

1-1.1.1.3  **Polyvinyl Chloride (PVC) Pipe**.  For design parameters, see the latest edition of the *Handbook of PVC Pipe: Design and Construction*.

1-1.1.1.4  **High Density Polyethylene (HDPE) Pipe**.  For design parameters, see the pipe manufacturer's information concerning design and construction.

1-1.2      **Stormwater Management Facilities**

Consult local jurisdictional regulations and standards for typical stormwater management procedures that have been determined to be successful at the project's location.

1-2      **WATER DISTRIBUTION SYSTEMS**

Refer to the design manuals and standards by the American Water Works Association as applicable to the project.

1-2.1      **Material Selection.**

1-2.1.1      **Polyvinyl Chloride (PVC) Pipe**.  For design parameters including thrust restraint, see the latest edition of the *Handbook of PVC Pipe: Design and Construction*, and Manual M23, *PVC Pipe – Design and Installation*.

1-2.1.2      **Ductile Iron Pipe**.  For design parameters including thrust restraint, see the latest edition of Manual M41, *Ductile-Iron Pipe and Fittings*.

1-2.1.3      **High Density Polyethylene (HDPE) Pipe**.  For design parameters, see the pipe manufacturer's information concerning design and construction.

1-3      **WASTEWATER COLLECTION SYSTEMS**

Refer to the manuals of practice prepared by the Water Environment Federation as applicable to the project.

42

W912ER-11-D-0010-0006

**A1677**

1-3.1 **Minimum Slopes**.

Recommended minimum slope for 100 mm (4 in) and 150 mm (6 in) sewer laterals is 1.042 m/100 m (ft/100 ft).

1-4 **PUMP STATIONS AND TRANSMISSION SYSTEMS**

For wastewater and stormwater pump stations, see *Design of Wastewater and Stormwater Pumping Stations*. For wastewater submersible pump stations, refer to *Submersible Sewage Pumping Systems Handbook*.

1-4.1 **Piping.**

1-4.1.1 **Polyvinyl Chloride (PVC) Pipe.** For design parameters including thrust restraint, see the latest edition of the *Handbook of PVC Pipe: Design and Construction*, UNI-TR-6-97, *PVC Force Main Design*; and Manual M23, *PVC Pipe – Design and Installation*.

1-4.1.2 **Ductile Iron Pipe.** For design parameters including thrust restraint, see the latest edition of Manual M41, *Ductile-Iron Pipe and Fittings*.

1-5 **FLEXIBLE AND RIGID PAVEMENTS**

1-5.1 **Airfield Pavements**

1-5.1.1 **Repair and Maintenance.** The repair and maintenance of airfield pavements are covered by UFC 3-270-01, *O&M: Asphalt Maintenance and Repair*; UFC 3-270-02, *O&M: Asphalt Crack Repair*; UFC 3-270-03, *O&M: Concrete Crack and Partial-Depth Spall Repair*; UFC 3-270-04, *O&M: Concrete Repair*; UFC 3-270-05, *O&M: Paver Concrete Surfaced Airfields Pavement Condition Index (PCI)*; UFC 3-270-06, *O&M: Paver Asphalt Surfaced Airfields Pavement Condition Index (PCI)*; and UFC 3-270-07, *O&M: Airfield Damage Repair*.

1-5.1.2 **Airfield Pavement Markings.** Additional military references include AFI 32-1042, *Standards for Marking Airfields*; ETL 94-01, *Standard Airfield Pavement Marking Schemes*; the Federal Aviation Administration's (FAA's) AC 150/5340-1J, *Standards for Airport Markings*.

1-5.2 **Roads, Streets and Open Storage Areas**

1-5.2.1 **Repairs and Maintenance.** The repair and maintenance of pavements are covered by UFC 3-270-01; UFC 3-270-02; UFC 3-270-03; UFC 3-270-04; and UFC 3-270-07. These UFC, while focused on airfield applications, have universal applications.

BEAP

# Appendix B
## Base Exterior Architecture Plan

## B.1 PURPOSE

A military installation conveys a visual image established by its architectural and general site character, arrangement of facilities, circulation patterns, and features in the landscape. This image should generally be clear, orderly, logical, and attractive.

The Base Exterior Architecture Plan (BEAP) provides design guidance for standardizing and improving the quality of the built environment at Naval Support Activity (NSA) Bahrain. The primary areas of concentration are the current Juffair/BANZ Compound and the waterfront development site in Manama, although these guidelines could apply to additional sites throughout Navy Region Southwest Asia. These guidelines include the visual impact of exterior features and the impact of projects on the total built and natural environment. Visual quality improvements in development as well as sustainable design practices have a quality of life effect for persons living on, working at, or visiting the installation.

These guidelines focus on general building design character and design components at the exterior of the building envelope. This includes color selections, product selection guidance and general design direction for the following groups of elements:

- Buildings;
- Space definition - fences, gates, walls, screening;
- Ancillary structures;
- Signage;
- Paving, vehicular and pedestrian circulation;
- Lighting;
- Site furniture;
- Landscaping; and
- Force Protection.

This document offers general guidance and is meant to be amended or revised over time as conditions change.

The information contained in this plan can be used by NSA Bahrain tenants and personnel, public works staff, and personnel responsible for planning, design, or maintenance, as well as private firms contracted for planning, design, or renovation and maintenance of facilities. All future construction projects should be guided by these recommendations to assure that the installation achieves its potential for visual quality.

The illustrations and general specifications included in the design guidelines are not intended to reference a particular product; no endorsement of any manufacturers or providers is implied or intended. All applicable methods and procedures for safety-related issues shall be in accordance with US Navy regulations as appropriate.

Throughout the sections of the BEAP are exterior building elements for NSA Bahrain, identifying primarily good and a few inappropriate examples for reader clarity.



*The base exterior architecture plan gives general guidance for building components and elements outside of the building envelope*

B-1

## B.2   BUILDINGS

### B.2.1  Overview

The design character of an installation's buildings affects the installation's overall image. Several recently completed building projects exemplify the image, look and architectural design being achieved at NSA Bahrain. Buildings 287, 288 and 289 exemplify the simple form, color, few openings, score lines and other features that characterize new buildings at the base. Building 202 has desirable parapet, corner and other features. This BEAP describes these desirable building features and forms, as well as a few features and forms to avoid for future designs. Some buildings and their specific characteristics are analyzed further on this and the following page.



*Building 202 has some appropriate architectural elements including fenestration, cornice, windows and simple, clean lines*



*Buildings 287 through 290 have a consistent style with varying heights. The curved protrusions of building 266 (left side) should be avoided*

The objectives for buildings at NSA Bahrain can be described as follows:

- Develop a coherent architectural style that results in an identifiable image and blends new and old structures;
- Locate key buildings to offer a positive axial view;
- Include more floors for buildings not restricted by GS52 antenna areas, for a smaller footprint and more efficient utilization of limited installation land area. The number of floors can be discussed on a case-by-case basis. Buildings within these tower areas may contain a maximum of two floors;
- Combine multiple activities in one building to reduce the number of buildings required and more efficiently utilize limited installation land areas;
- Design multiple use facilities with the capability to transform to accommodate changing requirements; and
- Locate windows to conform to force protection measures and to maximize natural light and outward views.

### B.2.2  Architectural Character

The recommended architectural character for NSA Bahrain, can be described as follows:

- Primarily flat roofs with slotted parapets;
- Generally medium height (three-story) buildings;
- Simple, symmetrical, modular buildings without curved exterior walls;
- A limited amount of exterior wall relief at doors and windows to add variety to facades;
- Tan stucco walls with scoring;
- Modest but well defined building entries; and
- The use of fortified building methods due to proximity to the base perimeter.

The recently built projects at NSA Bahrain are establishing a consistent building character. This established direction conveys an evident "sense of order" and "sense of place". This comes from using compatible scales, massing, proportion, form, color, texture, and materials. The relevance of each are further explained below:

**Scale and massing** - These terms refer to the size of buildings in relation to adjacent human spaces and adjacent buildings. The scale of most buildings should be more human than monumental. A recommended maximum building height to overall streetscape width is 1:1. Larger buildings should utilize setbacks and other adjacent spaces

B-2

to reduce an overwhelming effect. New construction should be compatible in scale with buildings directly adjacent to them.

The size and the **proportion** of individual buildings in a grouping of buildings should be compatible with the adjacent structures. The form of a building is determined by its size, mass, shape and proportions. The use of similar building forms provides continuity to the installation's architectural impact. The result is a more aesthetically pleasing environment.

In general, façade treatments at NSA Bahrain should offer relief from an otherwise monotonous appearance through cornice treatments, wall treatments, roof form, openings, simple fenestration and the design of building attachments such as downspouts, railings and others.

**Cornice -** should be light, simple bands. They should not dominate the visual appearance of a façade but instead height should be proportionate to the building height and style, with taller buildings having a slightly taller cornice.

**Entries -** should be identifiable regardless of the size or importance of the building. It should be a natural extension of the interior lobby, aligned on axis with other entries of adjacent buildings or on line with major walkways. The entrance to a building should be in a prominent location and oriented toward the primary adjacent public spaces such as a courtyard, lawn, parking lot, or street.

**Exterior building walls -** These should be scored stucco, vertically plumb and height proportionate to adjacent walks and streets to form effective edges to this circulation. Consistently styled buildings adjacent to one another may vary in wall or parapet height. Wall setbacks may vary from floor to floor but relief with setbacks is not necessary within any given floor. Scoring should be evenly spaced, in both vertical and horizontal directions; spacing should correlate to locations of openings as well as the scale and size of the building. Protrusions on any wall panel should be simple, rectangular in shape, and not exceed four inches.

**Roofs -** Buildings two stories or higher should have flat, gently sloped built-up roofs. Pitched roofs should be used on a very limited basis for utilitarian "shed" functions. They should be standing seam metal roofs at a 4:12 to 6:12 slope.



*Building 136 (left side) has indentations (such as the corner, circled) and upper level setbacks that conflict with the more appropriate simplicity of #328 to the right.*



*This building has the required simple style with appropriate windows, scoring and fenestration.*



*Excessive or large openings and heavy cornices should be avoided.*

To maximize energy savings and minimize heat absorption, roofing materials should exhibit a high solar reflectance and a high thermal emittance over the life of the product. Manufacturers typically measure visible reflectance. Reflectance values should be a minimum of .60.

For highly absorptive roofs, the difference between the surface and ambient air temperatures may be as high as 90°F, while for highly reflective roofs with similar insulative properties, the difference is only about 10°F. A reflective roof can reduce peak cooling demand by 15 percent. For this reason, "cool" roofs are effective in reducing cooling needs. Individual energy savings depend on many factors, including geographic location and climate, existing insulation levels in the building, the type of roof installed, and how well it is kept clean and maintained. The Environmental Protection Agency says that in the right situations, cooling energy savings can be as high as 50 percent.

Roofs in an environment such as Bahrain undergo significant expansion and contraction throughout the day. Heat absorbed by the roof via ultraviolet rays can also accelerate degradation. A reflective roof can reduce the amount of thermal shock that occurs on the roof surface and make the roof last longer.

The ENERGY STAR® Web site offers information for compliant roofing products and cross-reference to the emissitance data on the Lawrence Berkeley National Laboratory's Cool Roofing Materials Database (eetd.lbl.gov/CoolRoofs) and the Cool Roof Rating Council Web site (www.coolroofs.org).

Typically, white roofing products, as either a coating or a membrane, exhibit higher performance characteristics than nonwhite products. Performance varies by roofing material as well as brand.

**Coatings** contain transparent polymeric materials and a white pigment to make them opaque and reflective. White coatings typically reflect 65 percent or more of the sun's energy and protect the polymer material and substrate underneath from UV damage. Coatings are applied in thicknesses of at least 20 mils (for maximum reflectance), and up to 50 mils (for greater durability). Reflectivity performance will benefit from occasional cleaning. Tinted (colored) coatings should not be used at nonvisible areas not used by the public, due to higher costs and less sunlight reflectivity than white roofing.

**Membrane Roofing** is fabricated from strong, flexible waterproof materials. There are four types of cool roofing membranes: EPDM, CSPE, PVC and TPO. Dark membrane surfaced with roofing granules such as gravel may be considered an acceptable substitute due to solar reflectance generally equaling asphalt shingles, which is quite low.

**www.coolroofs.org**, (866) 465-2523 helps specifiers evaluate the solar reflectance and thermal emittance (radiative properties) of roofing products.

**ENERGY STAR® Roofing Products**
www.energystar.gov, (888) 782-7937 provides solar reflectance levels and a list of compliant products (by manufacturer) for low-slope and steep-slope roofs.

**Building openings -** The size of openings (windows, grills, doors, breezeways) in relation to the size of a façade, should not overpower its visual integrity. Properly designed openings contribute to a building's simplicity. Windows, doors, breezeways, and a building's fenestration should be similar in arrangement, design, size, and propor-



*NSA Bahrain currently has many light toned roofs.*

W912ER-11-D-0010-0006

tion for architectural compatibility, visual consistency, and continuity.

**Stairs and railings -** Administrative, barracks and community use buildings should utilize the custom built, painted steel "ring and x" pattern. More industrial and utilitarian buildings should utilize a more basic vertical painted steel picket pattern .

**Conduit and downspouts -** Downspout color should match railing color and the locations on the building facade should correlate with building banding. Horizontal rain gutters should be concealed from view. Conduit should be totally concealed whenever possible. When this is not possible conduit should be concealed by building façade relief and painted to match the façade color.

### B.2.3  Exterior Colors and Materials

The use of a color, material and texture scheme that is consistent throughout the installation, where possible, results in a continuity of buildings and contributes to a sense of place. Colors used for the buildings, external building components and site furnishings will be consistent in an effort to attain a unified character for physical facilities. Building colors are designated by an RAL Number, a European standard color system for matching industrial paints. The function is divided into two categories: base color and accent color. Recommended base colors are as follows:

For metal and steel building attachments such as railing, roofs, roof ladders, downspouts and others the color shall be RAL 3009. Custom steel components shall be factory powder coated to resist fading over time. For window and door frames, the color shall be either RAL 3009 or RR 9498 Burger on a project-by-project basis at the discretion of public works staff. Fabric for sunshades shall be light green. Exterior walls shall be weathercoat, fine texture, reference number RR 9498 Burger.

Additional colors may be reviewed with public works staff on a project-by-project basis, typically at the schematic or design development phases.

For nonstandard materials not mentioned above, utilize a limited palette of durable, low maintenance materials that encourage a variety of expressions and provide a cohesive and consistent architectural character throughout NSA Bahrain. Material should reflect the function of a building, and its hierarchy within the installation. Use the following

guidelines when selecting these nonstandard exterior building materials:

- Choose materials for their longevity and maintenance characteristics;

- Use pre-finished materials or materials with integral colors - avoid painting exterior colors in the field other than minor touch-up; and

- Add accent colors sparingly to avoid visual dominance. Accent colors can be used in recesses and to accent certain portions of an otherwise multistory, blank façade.



*Stair rails on admin. and barracks buildings should be the "X and O" style (left). Industrial buildings should have vertical pickets (right).*



*Conduits should be concealed where possible (innappropriately done, above). Ladders should be painted steel to match building color.*

## B.3   SPACE DEFINITION

### B.3.1  Overview

This section includes guidelines for walls, fences, and associated gates.

#### B.3.1.1  Location and Use

Walls, fences and gates should be used to:

Provide visual screening;
- Define the interface between the general public and the secure perimeter of the base;
- Define open spaces and off-limit areas, screen or direct wind;
- Control pedestrian/vehicular routes and security;
- Screen unsightly uses; and
- Separate two functions in the same area.

The design of walls and fences should fulfill their function, in harmony with the character and appearance of their setting. They should relate in scale and material to surrounding structural features to provide a neutral foreground. Walls adjacent to walkways should be free of any projections, such as signs or drain pipes that would pose a hazard to passing pedestrians.

### B.3.2 Walls

Other than building walls, there are three types of walls at NSA Bahrain: seat/planter walls, screening walls and walkway node/tower walls. All three are composed of a concrete wall covered with lightly textured stucco finish. The screening walls will have stucco on both sides. All will have a simple coping that does not project more than one inch from the wall face.

Seat/planter walls (max. 30" height) should be used to define pedestrian court areas, provide informal seating and offer security at building entrances.

Screening walls (max. 10-foot height) can be used to screen building service areas and to add to an otherwise monotonous wall. For expansive walls at administrative uses, incorporate landscape plantings to help reduce the negative visual impact.

In areas of new development, unsightly or incompatible uses will be integrated with the architecture of the buildings by using wing walls and landscape materials to shield these uses from roads and public open space. These wing walls should be seen as a part of the architecture, not as a





*These planter and seat walls are appropriate for material and color but should have little or no coping. Scoring or reveals to match the building should be used.*



*Mechanical systems should be screened with vernacular styled screens.*

B-6

separate element.   When wing walls are not possible, screening structures should be used to screen existing unsightly and incompatible uses such as mechanical equipment or other utilities, hazardous material storage areas, and vehicle storage areas. These uses should be consolidated into designated service areas and screened.

At administrative buildings and barracks, these areas should be screened with local vernacular screen designs and painted to match building trim.  At less visually prominent and industrial uses, storage or hazardous material will be screened with a method that allows airflow such as chain link fencing.  These areas shall have a corrugated, pitched roof.

Walkway and other nodes, such as the ones adjacent to Desert Dome; and towers, such as the one at Juffair and main gates, appropriately adopt regional vernacular architectural characteristics, each in a different way.  Walls should match adjacent building color and texture, scoring and reveals with simple, light copings.



*Large blank walls can utilize a vernacular screen with appropriate low maintenance plant materials.*



*Additional examples of vernacular screen types (left and right).*

*Appropriate screen type for outdoor storage at industrial areas.*

## B.3.3 Fences and Gates

Fences and gates at the Juffair access point gate have the standard painted steel fence and gate materials for entrance uses, which include concertina wire at the top. These gates are the standard style but the color shall be the standard deep red to match window trim.

In industrial, recreation, and perimeter areas of NSA Bahrain, fences and gate fabric shall be 6 gauge chain link fencing, 8 to 10 feet in height for industrial and perimeter; 6 feet for baseball perimeters; and 12 feet for recreation courts. Hardware in all cases shall be stainless steel to prevent rust. Chain link fences should be visually enhanced with adjacent trees and shrubs where space allows.

At dumpster areas, utilize opaque, low maintenance, durable gates with durable hardware. The location of dumpsters can have a significant visual impact and be effectively incorporated in site planning. Avoid locating dumpsters along major circulation or use areas. Dumpsters should be directly accessible by way of a paved service drive or parking lot with adequate overhead clearance for collection vehicles. Current antiterrorism/force protection (AT/FP) requirements restrict the location of dumpsters to a minimum of 10 meters (33 feet) from inhabited buildings and 25 meters (82 feet) from billeting and primary gathering areas (Unified Facilities Criteria (UFC) 4-010-01, DoD Minimum Antiterrorism Standards for Buildings, Table B-1).

Perimeter applications shall consist of knee wall and wire wall fencing to obscure views of vehicles along major roadways. Chain link fence with a concrete knee wall can be used at perimeters without a major road. They will be installed plumb and level with reinforced concrete foundations. The concrete foundations shall be painted to match buildings.



*Appropriate gate and fence treatments for areas open to regular public view.*



*Perimeter fence treatments. Knee wall design shown left.*

W912ER-11-D-0010-0006

**A1687**

# B.4 ANCILLARY STRUCTURES

## B.4.1 Overview

This section includes a description of desired shelters and shade structures for the installation.

## B.4.2 Shelters

There are two types of shelters at NSA Bahrain. First, shelters are provided for those waiting for buses, and secondly in areas where people congregate to socialize or eat, such as in courtyards or other public use areas.

### B.4.2.1 Bus Shelters

Bus shelters encourage employees to use mass transit, reducing the amount of parking required on site. Bus shelters should be located adjacent to entrance gates. Bus stops should face and be 6 to 8 feet from major pedestrian walkways as to not impede pedestrian circulation. They should be placed on paved pads and provide as much shade as possible from the sun with at least partial enclosure on three sides. Side enclosures should allow for adequate visibility. Bus shelter design typically should be simple and consistent throughout the installation, similar to the sunshades southeast of Building 260 for materials and detail. The existing bus shelter design near the main surface parking area is somewhat "top heavy" and future custom designs should have better top to vertical support proportions. Bus shelters should have a minimum footprint width of 6 feet, a maximum length of 12 feet, with a minimum height of 7 feet 6 inches from floor to underside of roof. The shelters should include at least two base standard benches, and have a nearby trash receptacle with ashtray.

### B.4.2.2 Public Gathering Gazebos

Public gathering gazebos should be strategically located in public open spaces near small-scale recreation areas such as at the proposed barracks at the future waterfront development site or within public courtyards such as at the existing NSA barracks. Public gathering gazebos can be an octagon, designed to be open on at least four sides with the traditional "x and ring" railing. The minimum size should be 24 feet across with a minimum 8-foot vertical clearance. Future shelters may have a similar appearance to ones currently used at barracks locations but should have a more "open truss" design. Shelters may be custom designed for future projects.





*B-15 Future bus shelters should be designed similar to the shelter adjacent to building 260 (bottom photo).*



*Future gazebos at barracks should not have the "X and ring" barriers as shown but more simple tubular steel railing and should have a more open truss appearance.*

B-9

## B.4.3 Sunshades

The current sunshade design used at the major parking area at the north edge of the base should be considered the base standard. This "x and ring" pattern post with arched roof pattern should be designed to sustain local wind conditions and have a single post design as opposed to a two-post design. The current single post designs used on base are simple designs that are less subject to structural and vehicular damage. The taller, flat roofed sunshades as pictured at the bottom of the page are considered less desirable for NSA Bahrain.



*Sunshade structures at the major parking area at the north edge of the base have the appropriate "X and ring" single post design with well landscaped islands and arched, green fabric roofs.*



*Flat topped space frames are inappropriate for future NSA Bahrain projects.*



*White PVC is one acceptable material for sunshades.*

W912ER-11-D-0010-0006

## B.4.4 Wind Turbine Structures

Generating power from the wind is a clean alternative to fossil fuels and a low cost alternative to conventional electricity. Installed wind turbine capacity worldwide at the end of 2003 stands at over 40,000 megawatts, doubling since 1999, and ten times the 1994 total.

Horizontal-axis are the most highly used and highly researched (by the Department of Energy) type of turbine and typically have two or three blades. Two blade systems generate 97 percent of the energy of three blade systems. Three-bladed wind turbines are operated "upwind," with the blades facing into the wind.

The other common wind turbine type is the two-bladed, downwind turbine. The development of a vertical-axis wind turbine relies on simplicity of design and advanced blade configuration to create a potentially low-cost, efficient power system.

Utility-scale turbines range in size from 50 kilowatts to as large as several megawatts. Larger turbines can be grouped together into wind farms, which provide bulk power to the electrical grid. Wind power has strong potential as a supplement to the grid power being supplied to the waterfront as a cost effective treatment for this high utility demand area.

Single small turbines, below 50 kilowatts, can be economically feasible with a modest wind resource, (annual average wind speed as low as 4.0 m/s (8.5 mph). They can be used in connection with diesel generators, batteries, and photovoltaic systems for individual buildings, telecommunications dishes, or water pumping. These hybrid wind systems are typically used in remote, off-grid locations, where a connection to the utility grid is difficult.

As a starting point to designing capacity for a wind system, data can be gathered from wind maps, local airports, and meteorological stations. A wind study is recommended using an anemometer to determine the actual wind potential at the site. In addition to local cultural and visual concerns of their location, wind turbine siting is typically a compromise between proximity to the load, (or transmission lines in the case of wind farms) and good wind resource. The energy output of a wind turbine is very sensitive to the wind speed. A small increase in average wind speed can lead to a large increase in annual energy output. Impact to avian populations is sometimes another siting consideration. Studies may be required for potential ill effects to birds.



*Horizontal-axis turbines come in two blade and three blade configurations.*





*Site turbines clear of obstacles by at least 10 times the height of the obstruction or use a taller tower*

It is essential that turbines be sited away from obstructions, with a clear exposure for the prevailing wind, known as fetch. Wind speed also increases with height so it is best to have the turbine at a higher elevation. Most small turbines have towers much higher relative to their diameter than large ones.

It is generally agreed that the ideal position for a wind turbine generator is a smooth hill top, with a flat clear fetch, at least in the prevailing wind direction. The wind significantly gains speed near the top of the hill and the airflow should be reasonably smooth and free from excessive turbulence. Excessive turbulence causes fatigue to the turbine and shortens a turbine's working life.

It is best to keep away from local obstructions such as large trees and buildings especially for small turbines, or use a taller tower to ensure that the turbine is well above the obstructions.

Wind turbines may be incorporated into the design of the building. When this is not possible, they should be located out of look-up zones for communication equipment. Wind turbines may be feasible at the waterfront site, depending on building heights and layout.

## B.4.5 Photovoltaic (PV) Structures

The figure to the right describes cells, modules and arrays. These materials may be assembled into PV panels that require a structure to orient them to the sun. The predominantly flat roofs with parapets at NSA Bahrain offer an opportunity to conceal PV arrays.

Recent advances in efficiency and reduced cost of the cells has lead to a viable option to traditional PV structures known as Building-Integrated Photovoltaics (BIPVs). These advanced cells are incorporated into building elements such as the roof, cladding, awning, or window systems. Photovoltaic awnings that conceal the traditional arrays are a viable option for the new barracks development at the waterfront.

PVs/BPIVs generate direct current (DC) electricity, which generally must be converted to alternating current (AC). Both dispersed and central converter schemes are possible. The conversion process requires electronic components between the PV module and electrically powered appliances. Additionally, a storage mechanism is needed, usually in batteries, for later use. These items are collectively referred to as "balance of system" (BOS) components.

A complete BIPV system, shown below, includes:

a) PV modules (which might be thin-film or crystalline, transparent, semi-transparent, or opaque);

b) A charge controller, to regulate the power into and out of the battery storage bank (in stand-alone systems);

c) A power storage system, generally comprised of the utility grid in utility-interactive systems or a number of batteries in stand-alone systems;

d) Power conversion equipment including an inverter to convert the PV modules' DC output to AC compatible with the utility grid;

e) Backup power supplies such as diesel generators (typically employed in stand-alone systems); and

f) Appropriate support and mounting hardware, wiring, and safety disconnects.



A complete BIPV system includes:
*PV modules*
*Charge controller*
*Power storage system*
*Power conversion equipment*
*Backup power supply*
*Appropriate support and mounting hardware, etc.*

B-12

At NSA Bahrain, a hybrid system that combines solar, wind, and traditional grid electric may be considered. In hybrid power systems, a number of electricity production and storage elements are combined to meet the energy demand of a facility. PV systems, engine generators, wind generators, small hydro plants, and others source of electrical energy can be added as needed to meet the energy demand in a way that is compatible with local conditions. Hybrid systems are a clean, reliable way to reduce dependence on the local electrical grid source.





*This hybrid PV-wind system with battery storage is a 2.88-kilowatt system and includes 24 120-watt modules, 20 6-volt deep-cycle batteries, two wind turbines, two tilt-up wind turbine towers, and a vented battery box.*

**Cell          Module          Array**

*The basic photovoltaic (solar) cell typically produces about 1 to 2 watts of power and is interconnected to form modules, which can in turn be connected into arrays to produce yet more power. With this modularity, PV systems can power small electrical requirements such as a lighted sign up to buildings or entire communities.*

Before developing a hybrid electric system, it is essential to know the particular energy demand and the resources available at the site. Energy planners therefore must study the solar energy, wind, and other potential resources, in addition to the proposed energy use. This will allow them to design the kind of hybrid system that best supplements the power demands of the facility.



*The two PV modules on the left power an entry sign. The array on the right supplies 6.5 kilowatts of electricity to an all-purpose general store, restaurant, gas station, and campground that serves visitors to a national park.*

Using grid-connected PV power can have economic as well as environmental advantages. Where utility power is available, consumers can use a grid-connected PV system to supply some of the power they need and use utility-generated power at night and on very cloudy days. When the PV system supplies power to the grid as well as to a specific building or piece of equipment, the utility becomes a kind of storage device or battery for PV-generated power.

NSA Bahrain may be able to sell as well as buy electricity each month depending on local agreements. This is because the DC to AC conversion process affords electricity generated by the PV/BPIV system to be used on site or fed through a meter into the utility grid. When a building requires more electricity than the PV array is generating, the need is automatically met by utility power. When that building requires less electricity than the PV array is generating, the excess can often be fed (or sold) back to the utility through net metering.



*These solar sunshades (both top and bottom views shown) have integrated BPIVs.*

## B.4.6 Rooftop Water Heaters and Solar Heated Water

The predominantly flat roofs with parapets offer an opportunity to conceal water heaters for new development. The local climate makes these units a logical choice, offering cost and energy savings compared to standard heated water systems. These water heater units also free up interior building space and eliminate interior ventilation requirements compared to the use of standard water heater systems. The heaters draw all combustion makeup air from outdoors, eliminating the potential for performance problems caused by negative indoor air pressure.

With a typical 80 to 120-gallon storage tank and 120,000 to 160,000 BTU input, roof top water heaters are ideal for light to-medium duty applications such as smaller buildings or lighter uses within larger buildings such as sinks and common areas. With a typical full weight of 1,300 pounds, these heaters can be installed side-by-side with a typical rooftop HVAC unit with no additional roof support.

Another option to rooftop water heaters are passive solar water heating systems. These systems require neither pump nor controller to operate. As the sun shines on the collector, the water inside the collector flow-tubes is heated. As it heats, this water expands slightly and becomes lighter than the cold water in the solar storage tank mounted above the collector. Gravity then pulls heavier, cold water down from the tank and into the collector inlet. The cold water pushes the heated water through the collector outlet and into the top of the tank, thus heating the water in the tank. Water from the city water line flows directly to the tank on the roof. Solar heated water flows from the rooftop tank to the auxiliary tank installed at ground level whenever water is used within the building.

This system offers low utility and maintenance costs, additional hot water storage capacity, and regular hot water supply during electric utility outages. It takes about one square foot of solar panel to heat a gallon of water. This system should be considered for future bachelor and transient quarters.

## B.4.7 Building Ventilating Ducts

The diagram to the right shows the standard ventilation duct to be used on most buildings on base to allow fresh air circulation to buildings. Louver panels, painted to match building trim may be used if they meet security dimensions off of finish grade. They should be at least 16 feet above grade and sized and appropriately placed to meet the hourly-required circulation rates and security requirements.



*A thermosiphon solar water heater uses the natural tendency of heated water to rise and cooler water to fall to perform the heat collection task (Diagram courtesy of Florida Solar Energy Center).*



*Water circulates through collectors as part of one solar water heating option.*



*Typical building duct*

W912ER-11-D-0010-0006

# B.5 SIGNAGE

## B.5.1 Overview

An updated signage system will benefit NSA Bahrain in several tangible ways. First, it will be integral to both the experience and character of the installation. It will contribute to the overall image of the complex, complementing the landscaping and site amenities. The signage system will have a significant presence on the site, bringing clarity through a unified set of signs. Second, the signage will help bring order to vehicular and pedestrian traffic by providing clear directions and information. Signage will help direct pedestrians and drivers to key areas.

How signage systems facilitate movement, provide a sense of orientation, and reinforce standards of excellence is dependant upon the conveyance, visual appearance, organization, location, structural support system and relation to other signs.

## B.5.2 Signage Characteristics

These guidelines outline requirements for an integrated, coordinated signage system. The sign characteristics of sign types at NSA Bahrain are described below.

Simplicity - An effective signage strategy provides only needed information with as few words as possible, avoids redundancy and reduces the quantity of signs in any one location, which can result in clutter and visual confusion. Sign messages must be clear, simple, and easy for a motorist to process quickly.

Continuity - It is essential that the system be applied uniformly and consistently throughout the entire installation. The importance of consistent implementation includes bigger issues of sign type and size, to more minute issues of accurate color continuity and matching typestyles.

Visibility - Sign location is a very important ingredient within the system. Signs must be located at significant decision points and oriented to provide clear sight lines for the intended user. Close coordination of locations with respect to landscaping, utilities, adjacent signage, and various other street design elements is important to ensure long-term maximum visibility.

Legibility - Sign typestyle, line spacing, color, and size all combine to create the crucial design characteristics of legibility. This aspect of sign design should take into consideration users such as motorist, pedestrians or bicy-

clists, and the relative travel speed at which each type of user will be traveling when viewing the signs. Six messages is the maximum that can be comprehended by drivers in a moving vehicle. Pedestrian signs can accommodate more messages, since users can linger and read. Map directories should be designed and placed for use by pedestrians.

## B.5.3 Materials

Signs at NSA Bahrain complement the desired simple architectural style. Painted aluminum panels and matching square posts where applicable are the primary materials, supplemented with laminated acrylic used primarily for directional map signage.

The main types of signs at NSA Bahrain correlate to a sequence that begins when a visitor to NSA Bahrain first encounters graphics at the entrances. From there, it progresses into specific destinations. To leave, the sequence must be repeated in reverse.

These main signage types include installation identification signs, public information signs, building signs, street signs and directional signs.



*Display signs (above) should be built into the structure whenever possible instead of attached to the structure.*



*Future informational signage should be used only when necessary and should be on brown painted aluminum panels.*

W912ER-11-D-0010-0006

## B.5.4 Sign Types

### B.5.4.1 Installation Identification Signs

Installation identification signs name the installation and display the official plaque for the location. The placement of applicable unit logos, unit crest, and other installation identification signs, monuments or displays shall be located inside the installation, beyond the cleared area of the Access Control Point of entry. When used service-wide, these signs convey a uniform image of strength and stability to the public. Emblems and seals of subgroups or other entities associated with NSA Bahrain may be displayed at the main entrance of individual headquarters buildings. The seal should ideally be centered over the entrance where possible.

### B.5.4.2 Base Information and Regulatory Signs

This type of sign includes map directories that NSA Bahrain has proposed to be placed at three locations on the base. This category also includes the signs near the main pedestrian gate that provide the rules for the installation and glass encased display signs on buildings. Future informational signs such as the ones near the main pedestrian gate shall share common color and material characteristics to the proposed map directory signs. The new signs are backlit acrylic. The type of sign with a base map shall have a white background, the text informational signage shall have a blue background.

Any sign requiring graphic maps shall locate the maps so that more than one person may view the graphic at any given time. The graphic should be placed at an angle and position away from direct sunlight, with easily legible text. Display signs should be used sparingly in public areas to minimize vandalism and incorporated into the building wall as opposed to bolted on.

### B.5.4.3 Building Signs

These signs identify a location such as buildings and organizational or functional components. They should be 5 to 6 feet above ground, typically 18 inches square, and coordinated with architectural building entry features such as protrusions. The following describes these signs in greater detail:

- Typeface: Lettering has a self-adhesive backing material.

- Building Title: Helvetica Medium, Upper and lower case
- Building Numbers: Helvetica regular
- Building Name: Helvetica Medium, Upper and lower case
- Color - In general, light text on a dark background is easier to read and allows for the use of reflective text on roadway signage. At NSA Bahrain, a series of dark background colors will be installed which blend unobtrusively with the site and architecture. Light tones, derived from the existing building signs, are used as a neutral complement.

  - Panel: Dark Brown
  - Lettering: White
- Materials

  - Painted steel or painted aluminum



*Back panel*

*Front panel*

*New entrance informational signage is bilingual and backlit with all information consolidated into one place.*

W912ER-11-D-0010-0006

**A1695**



*Approved public information sign prototype.*

1268 of 1610
Government Rule 4 File

**A1696**

- Placement

  - Place building signs by the front entrance of the building at a well-lit location to be seen at night.

  - Place both the building name and number on the building.

### B.5.4.4 Street Signs

Street name identification signs should be designed with the same lettering, color and materials as other information signs. Foundations should be a concrete pier or direct burial.

### B.5.4.5 Traffic control signs

Outside the continental United States (OCONUS), installation streets and roads are to be considered extensions of the road system of the host nation and shall use traffic control device standards and criteria of the host nation.

### B.5.4.6 Prohibitory (Warning) Signs

This category of signage is intended to maintain security and safety on the installation perimeter and at other specific secure areas. These signs notify visitors of restrictions, as well as other security procedures.



*Building signs should be sized and located as shown with the tops of the sign equaling the top of the door. They should share entry lights when possible.*



*New location map signs will supplement the information provided by these existing signs.*



*Lettering for building signs should be avoided for future applications.*

W912ER-11-D-0010-0006

# B.6 VEHICULAR AND PEDESTRIAN CIRCULATION AND PAVING

## B.6.1 Overview

On-base vehicular circulation at NSA Bahrain is limited, allowing for a better pedestrian experience. Street widths and speed bumps contribute to slower traffic speeds. Staff and visitors to the base arrive primarily at the main gate and park at one main parking area at the north edge of the base, between the perimeter force protected setback line and perimeter fence. This approximate 860-space parking area is comprised of pavers and raised paver parking row separators with precast concrete edging, sunshades and landscaped islands.

The main entrance road to the parking area and adjacent area to Building 263 (see photo, this page) is a well-landscaped, consistent streetscape that offers a well defined edge and positive initial image to visitors. Like the parking area and main entrance road, the majority of pedestrian and vehicular paved areas on base are comprised of pavers. When pavers are used over large areas, they allow greater permeability than asphaltic or Portland cement concrete. Safe and efficient vehicular movement results in better orientation and contributes to the development of a positive environment for installation personnel and visitors.

Department of Defense AT/FP standards state that all inhabited buildings within a controlled perimeter will be setback a minimum of 10 meters (33 feet) from roadways, and that troop billeting and primary gathering spaces shall be setback a minimum of 25 meters (82 feet) from roadways. For inhabited buildings not within a controlled perimeter, the minimum setback distance is 25 meters (82 feet) and for primary gathering places and troop facilities the minimum distance is 45 meters (148 feet). (See, Unified Facilities Criteria (UFC) 4-010-01, DoD Minimum Antiterrorism Standards for Buildings, Table B-1). Central Command (CENTCOM) provides additional AT/FP criteria applicable to installations within the CENTCOM region.

## B.6.2 Circulation Objectives

The goal for the circulation system on the installation is to reinforce a sustainable system that promotes aesthetic appeal while providing safe and efficient circulation. The objectives below should be followed for the circulation system:

- Provide circulation that meets AT/FP requirements and promotes and enhances public health and safety;

- Provide a system of circulation that accommodates all forms of vehicular and pedestrian circulation;

- Adapt new circulation systems to the conditions of the site. These conditions include new buildings, existing buildings to remain, utilities, vegetation, adjacent developments and others;

- Use cluster development wherever possible to limit the lengths and required intersections of roadway and other circulation system elements and to preserve land. Consideration should be given to meeting AT/FP requirements when developing cluster type facilities;

- Minimize pedestrian and bikeway crossings of highway, primary, and secondary roads;

- Improve the existing circulation network for expansion, safety, emergency response and way finding; and

- Design and locate roadways to reduce the impact of traffic noise on adjacent development.

## B.6.3 Intersections

Intersections are the most dangerous areas of the installation circulation system. They should be planned or improved to provide safe and efficient traffic flow for both pedestrian and vehicular traffic. The following design techniques should be used to plan or improve intersections:

- Design roadway intersection at right angles (90 degrees), although 85-95 degrees is acceptable;



*The main entrance is formal with consistent site furnishings, is well landscaped and forms a positive edge.*

- Avoid dangerous, complex intersections of more than two streets intersecting at one point or offset intersections;

- Eliminate intersections that are in close proximity to one another. They should be no closer than a minimum distance of 30 meters (100 feet); and

- Utilize small (90 to 105 foot diameter) round-a-bouts where space allows, designating a key development, at service courts and where it is necessary to promote continuous traffic flow at intersections. Avoid cul-de-sacs but if they are necessary, plan for an internal circular area for low maintenance ground cover.

The following sections of the BEAP focus on streetscape types and materials.

## B.6.4 Streetscapes

The circulation system at NSA Bahrain will accommodate vehicles, pedestrians and pedestrians on bicycles through a series of street types. They are defined as follows:

### B.6.4.1 Primary Routes

Primary avenues on the base are the main roads connecting the gates and the perimeter of the base. These roads accommodate the majority of vehicular traffic on base. Pedestrian traffic is generally equal throughout the base and is expected to increase on the pedestrian mall with the completion of the P-908 and P-911 projects. Peak pedestrian traffic is at approximately 8:00 a.m. and 3:30 p.m. on base. The primary and secondary streetscapes are prime contributors to the overall character and quality of development at the base. Primary streets should be developed considering their function, using sidewalks, lighting and street furniture where room permits. Landscaped "pockets" adjacent to walkways shall complement the streetscape.

More information on a typical primary streetscape design is included on the diagrams on the following page.

### B.6.4.2 Secondary Routes

Secondary Avenues comprise the remaining streets at NSA Bahrain and should have sidewalks and landscaping to properly accommodate both cars and pedestrians without

conflicts. Plants and fences should be used to screen industrial or vehicular storage areas away from the road.

The remaining streets on the base will be retained in their present condition without additional design or streetscape features. Additional information is included on the diagrams on the following page.

### B.6.4.3 Roadway Materials

All roads will be constructed of the materials designated on the following two pages.

Painted line markings, speed bumps and directional aids for traffic lanes will conform to ASTM E97. All painted line markings in color and reflective.





*Many walkways are complemented by landscaped areas or "pockets."*



## Primary Routes

A.  Buildings are typically parallel to the street, forming an effective edge. Setbacks per AT/FP requirements, 33-feet for inhabited buildings, 82-feet for primary gathering facilities. Building that are closer shall utilize additional blast protection treatments. Incorporate low landscape buffer that allows unobstructed views where room allows.

B.  Paver walks shall be 4 to 6-feet in width, accept at the pedestrian mall. Their alignment is typically along edge of street, separated by precast concrete curb. Lighting, site furnishings shall be at the outside edge of the walk.

C.  Streets shall be comprised of pavers and 20 to 25-feet in width. Curbs vary in height dependent upon level of separation needed between pedestrian and vehicular movement and drainage.

D.  Bollard and/or planter schemes and lighting schemes shall be completed for building entries.

## Secondary Routes

A.  Buildings along secondary routes relate differently to the street. In some cases, they form triangular landscaped entries with unobstructed views (shown as green triangles in the typical plan below). Setbacks should be as per AT/FP requirements.

B.  Paver walks shall be a similar width, location and material as primary routes. The pedestrian mall is not included in this category.

C.  Streets shall be a similar width, location and design as primary routes.

D.  Bollard and/or planter and lighting schemes shall be completed for building entries.



W912ER-11-D-0010-0006

## A1700

## B.6.5 Walkways and Paving

All walks will be constructed of the materials designated on this page. The desired field pattern of walks and streets is herringbone. The intent of all sidewalks and crosswalks is to develop a safe, comprehensive pedestrian environment that efficiently links major activity areas.

### B.6.5.1 Sidewalks

Sidewalks along boulevards, secondary roads, and industrial roads will be 5 feet to 8 feet in width at NSA Bahrain and 6 feet to 10 feet at the waterfront site. Any future pedestrian malls shall emulate the general scale and materials of the new mall between the P-908 project and the P-911 project.

Sidewalks should be along all roads and will be separated from the road in the proposed waterfront development with a landscaped area of varying width. Walks shall be primarily along roads at NSA Bahrain and visually separated by a differing paving material. (See diagrams this page). Sidewalks will not be obstructed by utility poles, fire hydrants, manhole covers or other objects.

### B.6.5.2 Crosswalks

Pedestrian crosswalks are required where higher volumes of pedestrian traffic cross roads, to warn vehicular traffic of potential conflicts. For better definition of pedestrian routes, crosswalks should extend across vehicular routes with the same edging materials used for the walk . Curb-cuts and ramps that conform to the Americans with Disabilities Act (ADA) standards should be provided at crosswalks.

## B.6.6 Special Paving

Special paving patterns will be provided at courtyards and plazas. The materials for special paving areas are similar to what is used for NSA Bahrain base circulation but the patterns are different. See photo on this page.

## B.6.7 Parking - General

Parking requirements at NSA Bahrain are primarily accommodated by surface parking. On street parking is discouraged at the base. The mixing of different types of parking, i.e. angled with 90 degree, should be avoided. Drives providing direct access to parking spaces should provide spaces on both sides of the driveway.



*Walkways should utilize red pavers with a gray edging and precast curb, maximum 4-inch height. Street pavers shall be gray, speed bumps shall have yellow reflective paint.*



*Walkways in administrative areas may utilize a yellow paver edging. Walkways located behind parked cars are less desirable.*



*Crosswalk paving materials shall cross the roadway intersection.*



*Two color accent paving shall be at major pedestrian intersections and at building entries.*

W912ER-11-D-0010-0006

### B.6.7.1 Off-Street Parking

In situations at NSA Bahrain where large parking lots are required, the lots will be in perimeter locations where occupied building development is not possible, typically between the base perimeter and the 350-foot setback line. These parking areas should be less obtrusive to the visual environment with standard sunshades, pavers, and landscaped islands. Sunshades, pavers, and islands also mitigate solar gain within paved areas, to reduce glare from cars and pavement. Smaller parking areas should be sited to the rear or sides of buildings and screened with walls, fences, or plant material wherever possible.

Circulation in parking lots will provide a safe, convenient pedestrian connection from the parking spaces to potential destinations. Parking lots will be oriented so that pedestrian circulation is parallel to parking bays. This minimizes the amount of pedestrian circulation crossing vehicular traffic and reduces the potential of safety hazards. Collector sidewalks will be located on the perimeter of parking areas to pick up pedestrians and direct them to their intended destinations.

When it is not possible to orient pedestrian circulation parallel to parking bays, landscape islands with pedestrian walkways should be used. Parking lots should have landscape islands at the end of each parking row. In addition, for long rows of parking not under a shade structure, landscape islands with low maintenance plant materials should be placed between every 20 parking spaces.

### B.6.7.2 Antiterrorism Setback Requirements

Parking lots within a controlled perimeter should be located a minimum of 10 meters (33 feet) from inhabited structures, and 25 meters (82 feet) from troop billeting and primary gathering structures. Parking lots without a controlled perimeter shall be located a minimum of 25 meters (82 feet) from inhabited structures, and 45 meters (148 feet) from troop billeting and primary gathering areas (UFC 4-010-01, Table B-1). Designated parking for family housing located within secured perimeters with access control is excluded from the 25-meter (82 feet) setback requirement.



*Parking materials include red paver islands, yellow and precast paver edging and precast wheel stops at steel posts.*



*Parking pavers should be laid perpendicular to paver islands. Parking stalls should be red pavers with gray paver striping. Drive lanes should be gray pavers.*

# B.7 LIGHTING

## B.7.1 Overview

## B.7.2 Lighting Objectives

Site lighting should improve security, pedestrian safety, circulation, and the visual character of the installation. Lighting should be designed as a coordinated system that is attractive, energy-efficient, cost effective, and easy to maintain. It should be considered as part of the family of site furnishings, which bring continuity to the installation. Use of local vendors is encouraged. In general, lighting applications throughout the base should cast light down, not up or to the sides.

## B.7.3 Lighting Characteristics

For most areas of the base, especially the pedestrian mall and the perimeter, color accuracy and perception is important. This perception is referred to as color rendering. To determine the color rendering capabilities of different light sources, there are two important measurements to consider: Color Temperature and Color Rendering Index.

Color Temperature, or Chromaticity, is a measure in degrees Kelvin that indicates the appearance of a light source. If a steel rod were placed into a fire it would first turn red, then orange as it heats up, until it finally turns bluish white. The temperatures correspond to the color of a light source. Low color temperature lamps have more red wavelengths, thus creating a warm feeling. High color temperature lamps have more blue wavelengths creating a cool feeling. In general, the higher the light levels in a space, the cooler the source.

The Color Rendering Index (CRI) of a light source indicates how well it renders eight standard colors. The CRI Index ranges from 1 to 100. A lamp with a CRI of 80 will render colors better than a lamp with a CRI of 50.

Color producing characteristics of differing lighting types can influence perceptions of a space. For example, the blue color of mercury vapor shining through trees mimics moonlight. Plants with blue-green foliage can be accentuated by mercury vapor at low light levels. The color of a light source has an effect on the color of objects. A mercury vapor light will dull the color of red flowers whereas high pressure sodium may enhance them. The eye favors white light sources and is familiar with balanced white light from the sun and the warmer color of incandescent light from indoors at night.

## B.7.4 Lighting and Illumination Levels

Lighting and illumination levels should be selected based on specific lighting requirements considering both lighting that produces the highest quality visual environment and the most efficiency for the nightly lighting use period. The Illuminating Engineering Society of North America standards state that exterior luminaries with more than 1,000 initial lamp lumens should be shielded and luminaries with more than 3,500 initial lamp lumens should have full cut off. The following describes different types of lights, as well as some of their positive and negative properties:

**B.7.4.1 High Pressure Sodium** lamps are characterized as very efficient, quite long lived, while providing a high quality level of light. The light color is in the orange to pink range, which produces a visual environment that is not flattering to pedestrians and discolors objects.

**B.7.4.2 Mercury Vapor** lamps are very long lived lights that offer average efficiency and average lighting levels. The color produced by the light is in the green to blue range, which produces a hazy, washed out visual environment that



*Color and corresponding temperature of lighting types.*

W912ER-11-D-0010-0006

is uncomplimentary to pedestrians. Color corrected mercury vapor lamps are available, but are extremely inefficient.

**B.7.4.3 Metal Halide** lamps offer average efficiency and average longevity. The color produced is white light, which produces a very good visual environment that is the closest lighting to natural light.

**B.7.4.4 Incandescent** lamps provide the best light and most pleasing visual environment possible. Unfortunately, incandescent lamps are also the least efficient and shortest lived light sources available, and are not suitable to illuminate large areas.

**B.7.4.5 Low Pressure Sodium** lamps are characterized as the most efficient light source available and have a rather long lamp life. The color produced is in the monochromatic yellow range, meaning all reflected colors appear as shades of gray, except yellow. This makes low pressure sodium lamps very effective for security purposes, where low contrast objects can easily be distinguished.

A high quality, secure, visually pleasing environment can be obtained with lamp types that offer the truest object coloration. Efficiency, security and low maintenance is obtained from long-lived lamp types that offer low light pollution and low glare.

Because of their low efficiency, incandescent lamps should not be used at NSA Bahrain but high and low pressure sodium, mercury vapor, metal halide and halogen should be used.

Four main types of lighting have been selected for NSA Bahrain: basic street lighting for base-wide use, perimeter base lighting, special lighting for the pedestrian mall area, and building-mounted lighting. The matrix on Page 21 identifies types of lighting and their locations.

## B.7.5 Street Lighting

Objectives for street lights include lighting primary and secondary roads and walkways for motorist and pedestrian safety; defining the roadway edges and providing a sense of pedestrian scale throughout NSA Bahrain. Lighting standards should be spaced in a uniform manner that provides a consistent lighting distribution pattern. Street lighting should also be integrated with street tree plantings.

Lighting should be distributed generally in a downward direction to overlap at a height of about seven feet above grade to allow visual recognition of pedestrians for safety. (See diagrams page B-20).

Post and fixtures designated for use in pedestrian paths and gathering areas as well as street lights at NSA Bahrain are pictured on the following page. These posts will be provided in heights as designated on the light design matrix. Lighting standards should be spaced in a manner that provides a consistent and uniform lighting distribution pattern. Lighting should be distributed to overlap at a height of about seven feet above grade to allow visual recognition of pedestrians for safety.

## B.7.6 Perimeter Base Lighting

The objective for this area is to provide attractive, secure, glare and pollution free lighting with an emphasis on accurate color rendition. The recommended lamp, level, height, and spacing as designated in the lighting matrix shall serve as a guideline for base perimeters. Pole placement needs to be on the installation side of perimeter walls.

## B.7.7 Pedestrian Mall Lighting

The objectives for this area are to provide security for pedestrians, eliminate glare and enhance key features with appropriate lighting effects at the mall and adjacent barracks courtyard areas. In order to accomplish these objectives, it is important to analyze how people use the space, where people congregate, items to emphasize, building entry locations and to plan appropriately for the two ends of this axis (P-908 and P-911).

Pedestrians utilize the mall primarily to get to and from the medical dental facility (Building 265) and the barracks (Buildings 263 and 264) and will use it to get to and from P-908 and P-911 or any combination of these buildings. Personnel congregate at the welcome center and the barracks courtyards. Items to emphasize with lighting may include the entries to buildings and barracks courtyard along the mall, P-908 and P-911, the reflecting pool, and the occasional emphasis of landscape features such as boulders or specimen trees for effect.

The following recommendations for the pedestrian mall and barracks plaza areas facilitate a secure environment with appropriate effects.

W912ER-11-D-0010-0006

**A1704**



*Standard pedestrian walkway lighting (left) standard parking area lighting (middle).  Solar powered LED lighting (right) is a pedestrian lighting option for long life (100,000 hours) and significant energy savings.   20W fixtures can replace existing 150W fixtures. These fixtures mount on industry standard poles.*



*Standard building entrance lighting for barracks and administrative areas (above) offer appropriate downward lighting.*



*Standard perimeter fence lighting.*

Uplight trees and other landscape features in the central green area next to walkways, with mercury vapor lights. These uplights should have louvers to minimize glare. This style of lighting can add variety to the scheme by introducing a cool light source. At the time of installation, additional experimentation may be conducted with color filters.

Uplights should inconspicuously light the front of the landscape feature to emphasize as much of the entire texture and form as possible and not project the item as a silhouette. It is important to minimize the number of landscape features to minimize confusion amongst pedestrians moving through the space. Emphasizing six areas along the mall could create two "triangles of interest," that draws pedestrians through the space. Slightly differing, secure light levels between the points of the triangle can direct people through the mall to slightly brighter lit entries (P-911/908).

Include metal halide tree downlights at alternating points to the uplighting triangles to add a "ceiling" to the lighting experience. This lighting should match the type of lamp used for the existing outside edge of the pedestrian mall.

Review the current pole lighting on the outside edges of the mall and courtyards for adequate maximum to minimum light levels. This lighting emphasizes the boundary of the space, adding comfort and security to the pedestrian experience. To supplement this lighting, a 12-inch diameter, solar powered, advanced light-emitting diode (LED) lighted bollard shall be used in between each pole. This type of light provides uninterrupted lighting in case of power emergencies and utilizes microprocessor technology that automatically turns lights on at dusk and off at dawn. An "intelligent energy management system" calibrates light output to the amount of energy in storage to ensure uninterrupted function. (see photo previous page).

## B.7.8 Building Lighting

Building lighting should be implemented at NSA Bahrain to create a safe environment for pedestrians and motorists at building entrances. It should be installed to provide a sufficient amount of lighting throughout pedestrian areas.

This form of lighting is also recommended for any high security areas that require good visibility for security requirements. The style of the fixtures should also compliment the architectural simplicity (see photo, previous page).



*Lighting fixtures at barracks courtyards enhance edge definition.*

 

*UNDESIRABLE*          *DESIRABLE*



*Lighting fixtures should generally be placed for downward lighting that overlaps for consistent lighting levels. Uplighting may be used in rare instances such as the pedestrian mall and should have louvers to offer lower light levels than required by Illuminating Engineering Society of America (IESNA).*

**Figure B-36**
LIGHT
DESIGN
MATRIX

| Category | Item | Entry Gates | Primary Roadways | Secondary Roadways | Primary Walkway/Bikeways | Secondary Walkways | Courtyards | Ballfields | Basketball Courts | Tennis Courts | Buildings | Pedestrian Mall & Landscaping | Fence Perimeters | Signs & Monuments | Large Parking Lots | Small Parking Lots | Training areas |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAMP | Halogen | ● | ● | | | | | | | | | | | | | | |
| | Mercury vapor | | ● | ● | ● | ● | ● | ● | ● | ● | | ● | | | | | |
| | Florescent | | | | | | | | | | ● | | | | | | |
| | Metal Halide | | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | | ● | | | |
| | High or Low Pressure Sodium | ● | ● | | | | | ● | ● | ● | | | ● | | ● | ● | ● |
| LEVEL | Lux (lx) | | 20 | 15 | 10 | 2 | 50 | 400 | 200 | 50 | | | | | | | |
| | Footcandles (fc) | | 2 | 1.4 | 0.9 | 0.2 | 5 | 40 | 20 | 5.6 | | | 0.2 | | 1 | 1 | 1 |
| HEIGHT | 60' Max | | | | | | | ● | | | | | | | | | |
| | 40' Max | ● | | | | | | | | | | | ● | | ● | | |
| | 20' Max | | | | ● | ● | | | | | ● | ● | | | | ● | |
| | 15' Max | | | ● | | | | | | | | | | | | | |
| | Varies | | ● | | | | | ● | ● | ● | | | | ● | | | ● |
| FIXTURE | Cutoff | | ● | ● | | | | | | | | | | | ● | ● | |
| | Utility | ● | | | | | | | | | | | ● | | | | ● |
| | Bollard | | | | | | ● | | | | | ● | | | | | |
| | Spot ot Uplight | | | | | | | | | | ● | ● | | ● | | | |
| | Wall Mount | | | | | | | | | | ● | | | | | | |
| POLE | Painted Steel on Concrete | | ● | ● | ● | ● | | ● | ● | ● | | ● | ● | | ● | ● | ● |
| SPACING | 120' Max | | ● | ● | | | | | | | | | ● | | ● | | |
| | 90' Max | | | | | | | | | | | | | | | ● | |
| | Varies | | | | | | | | | | ● | | | ● | | | ● |

**A1707**

# B.8  SITE FURNISHINGS

## B.8.1 Overview

The purpose of guidelines for street furnishings is to create a coordinated family of site furniture that establishes continuity between building locations and enhances the visual character and pedestrian experience of the base. The recommended items should be used in all new development, as replacement for failing or obsolete items, and through standard maintenance practices.

Site furnishings at this installation include the following:

- Benches
- Trash Receptacles
- Bollards
- Planters
- Bicycle Racks
- Tree Guards
- Drinking Fountains

Specific elements can vary according to particular application or intent, by use, by degree of visibility and by location. The recommended items should be specified for new development, as replacement for failing or obsolete items, and through standard maintenance practices. The elements should also be durable, sustainable products manufactured locally, that meet the following objectives:

- Their design and location should express an image, character, and scale appropriate to the installation;
- They should meet AT/FP requirements;
- They should be comprised of at least 30-40% post consumer and post industrial recycled content wherever possible.
- Painted steel members should be powder coated with a process that does not contain heavy metals (lead-free), is free of hazardous air pollutants (HAPS-free), does not generate hazardous waste and contains less than 1% Volatile Organic Compounds (VOCs); and
- Site furnishings should be low maintenance and vandal-resistant.

## B.8.2 Benches

Seat benches are an integral part of the pedestrian streetscape and should be provided at all primary building entrances, drop-off zones, congregation points, and high-activity areas arranged to encourage socialization. They should be placed at least three to five feet away from any stationary obstacle, such as a sign post or trash receptacles,

to avoid blocking pedestrian flow.   They should be approximately six feet in length with backs. Provide appropriate planting treatment for visual definition and seasonal shade.









*Benches for NSA Bahrain should be simple, durable, low maintenance, should blend in with pedestrian surroundings and should have well supported horizontal slat seating surfaces.  The top and bottom photos indicate currrent benches used on base.  The two middle photos indicate generally acceptable styles.*

B-29

W912ER-11-D-0010-0006

## B.8.3 Trash Receptacles

Trash receptacles recommended for NSA Bahrain should share design and material characteristics with benches. They should be strategically placed along major walkways, intersections of paths, near building entrances, picnic areas, food services, and congregation points. They should be placed within 15 feet of benches.



*The trash receptacle on the left is the generally acceptable type for NSA Bahrain. Recycling bins should be located separately but near to trash receptacles.*







*The receptacles shown to the right and below are currently used on base and are more susceptible to damage. The aggregate finish shown above should not be used for future developments on base but ash urns should be separate from trash as shown.*



*Round painted concrete bollards with reveal should be used at non utility areas. Red and white striped steel bollards should be used at utility areas.*

## B.8.4 Bollards

Bollards are used as a means of protection and to control or separate vehicular and pedestrian traffic. As part of the pedestrian environment, they reflect the visual character and quality of the site. They should be placed approximately 4-feet on center to allow pedestrian movement. Currently at NSA Bahrain, the style of bollards varies widely but they are used primarily as a protective element at utility structures, building entrances and facades, and pedestrian pick-up or drop-off zones. If proximate to a building, the types of bollards should complement the building.

In certain circumstances, a removable or retractable bollard is recommended for pedestrian areas allowing emergency vehicle access. A few instances exist where lighted bollards are currently used. Where these lights are eventually to be replaced and also at the pedestrian mall (see page B-17 for more specific location descriptions) a 12-inch solar powered, advanced LED lighted bollard shall be used. They provide uninterrupted lighting in case of power emergencies and automatically turn on at dusk and off at dawn. An "intelligent energy management system" calibrates light output to the amount of energy in storage to ensure uninterrupted function. See Section B.9 for appropriate force protection measures for bollards.

B-30

## B.8.5 Planters

Planters should be used in highly visible pedestrian areas, building entries, plazas, or courtyards. The recommended planter type recommended for NSA Bahrain (see photographs) is permanent, unmovable, and made of concrete or concrete with stucco finish. Both should have a color and finish to match adjacent buildings. Plastic or fiberglass planters should not be used. Plants from the plant list included in this BEAP should be used in the planters and regularly watered and maintained to promote a good base appearance.



*Tree guards such as the above should be used at courtyard areas.*



*The obove planters serve as an entrance barrier and are the appropriate material and color but should have litlle or no coping. Reveals or scoring to match the building finish are appropriate.*

## B.8.6 Bicycle Racks

Bicycle racks should be integrated into the site plan; they should be readily accessible to high-activity areas, yet not impede vehicular or pedestrian circulation. In addition, racks should be sited in visible locations to decrease the opportunity for vandalism. Suitable bike racks for NSA Bahrain should be deep red steel, painted to match building trim and sized according to the number of bikes expected at a single location. (see photos at the bottom of this page for acceptable style and location).

Pipe cutters are used to cut though many types of standard bike racks. Bike racks with a lot of curves, or with heavy guage construction are more secure. Many standard "grid-style" racks support only the wheel of the bicycle and not the frame, which leaves the bicycle vulnerable to damage. The best type of rack supports both the wheel and frame of the bike while allowing a u-lock to secure both of these bike parts to the rack.





*Bike racks at NSA Bahrain should be a simple design, painted deep red to match surrounding building trim and blend effectively with its surroundings*

### B.8.7 Tree Guards

Tree guards should be used when trees are installed in a formal paved area, such as on a primary avenue, an entry area, a plaza, or a courtyard. A 2-1/2-inch diameter painted steel, three rail system is recommended for NSA Bahrain (see photos below and right).

## B.9 LANDSCAPING

### B.9.1 Overview

The overall objective for the use of plant material within the installation is to improve the physical and psychological well being of the people who live and work on the installation. This is achieved through the following means:

- Preserve and enhance urban trees and well established landscapes;
- Improve the overall visual quality of the installation through the use of native, low maintenance plant material;
- Blend the built environment with the natural environment;
- Provide scale and comfort to pedestrian environments;
- Reinforce the hierarchy of the circulation system;
- Complement the planning and locations of site elements;
- Screen unsightly views or elements;
- Buffer incompatible land uses; and
- Use irrigation only when water is captured or recycled.

### B.9.2 Antiterrorism Measures

Foundation planting plans should be used minimally at NSA Bahrain in an effort to give consideration to AT/FP measures. Visual screening applications also should not compromise AT/FP measures.

The plant material must allow building occupants to see out, but must not allow outside forces to monitor interior activity. Landscape designers should incorporate the following aspects into the design:

- Avoid conditions within 10 meters (33 feet) of inhabited structures that permit concealment of aggressors or obscure the view of objects or packages 150-millimeters (6 inches) in height from the view of security personnel. This results in the placement of shrubs and trees that are loose rather than dense in growth habit and possess multiple small stems rather than a single trunk that will obscure a 150 mm (6 inch) package;
- Plan for vegetative groupings for a reduction of blast effect;
- Select and plan the placement of plant material to minimize potential hiding places for bombs and aggressors;
- Provide vegetation screens for play areas and outdoor recreation areas to obscure from off-installation view; and
- Use trees to obscure sight lines of on-base buildings from off-base buildings.

For additional aesthetic maintenance and practical interests, utilize the following design techniques:

- Locate focal and seasonal plantings at building entries for pedestrian interest;
- Use the architecture of the building, including colors and styles, to evaluate the planting design and selection of plants;
- Trees shall be setback from the building walls to provide space for mature growth and to prevent root systems from damaging the foundation;
- A symmetrical foundation planting design should be used for a symmetrical building; and
- Due to the possibility of insect problems (bee stings, etc.) do not plant flowering plants near entrances.

### B.9.3 Street and Shade Trees

Street trees help define the roadway corridor, reduce glare and heat gain, remove atmospheric pollutants, separate pedestrian and vehicular circulation, and screen overhead utility lines. For new developments, trees should be carefully sited to plan for their maturity to minimize conflicts with light and utility poles. At landscaped areas next to walks and curbs, trees will be planted 4 feet from the curb or sidewalk and spaced 25-40 feet apart depending on species and desired effect.

Shade trees help define open space. If selected properly, they will require less maintenance after initial planting than shrubs and other plant material. In order to develop a highly defined visual environment, investments in landscape material should emphasize the selection of shade trees over smaller material, such as ornamental trees, shrubs, perennials, or groundcovers.

### B.9.4 Ornamental Trees

Ornamental trees help to give color, texture, and scale to a landscape. Ornamental trees should be planted in groups, clusters, and rows. They will be no more than 4.6 meters (15 feet) on center.

### B.9.5 Hedges as Screening

Landscape buffers and screening techniques should be used to block undesirable views, separate incompatible uses, and stabilize soil. Plant material used for screening will be regional evergreen trees and shrubs. Deciduous trees or shrubs may also be used to add variety in form and mass to the evergreen material.

Planting buffers will be created by layering plant material. Starting with large evergreen and deciduous trees close to the object to be screened, transitioning to understory plantings of shrubs and groundcovers. This will create both a naturalistic planting and a micro-climate that will help protect plants from wind and drought. In small areas, which cannot accommodate large planting buffers, plant materials may be combined with screening walls or fences.

If an obtrusive object or use can be seen from several viewpoints, a screen should surround the object. If it can only be seen from specific view points, the landscape buffer or screen should be located as close to those view points as possible to maximize the screened area.

### B.9.6 Shrubs and Groundcover

Shrubs, perennials, and annuals add texture, variety, and color to a site. These plant choices should emphasize an important entrance; bring a sense of place to an area, or help create spatial definition. They should be planted in logical compositions for aesthetic interest. These plants are an important aspect of the overall plant palette and should be maintained accordingly, so that they grow over time to contribute to the identity of a place.

### B.9.7 Recommended Plant Palette

The plant palette for NSA Bahrain is designed to portray a distinct sense of place. The recommended plant species were selected for their ability to add color and diversity to the landscape for extended periods of time throughout the season and for their ability to tolerate urban flood and drought conditions of the region and base.



*White boulders used in the landscape at NSA Bahrain serve an aesthetic as well as a barrier function for most vehicles.*



*Street and other trees provide spatial definition and shade.*



*A well landscaped area planted in a logical composition brings a sense fo place to an area.*

B-33

Street and shade trees are chosen to provide spatial definition, shade, and scale within the landscape as well as for their tolerance to urban street conditions. Evergreen trees are proposed for their ability to provide contrast and variety in the landscape and to serve as natural vegetative screens. Ornamental trees, shrubs, groundcovers, perennials are chosen for their combination of exceptional flowers, fall foliage, color or bark. Those trees and plant species requiring less maintenance are preferred because of the limited maintenance budgets at NSA Bahrain.

A plant list for NSA Bahrain is included on the following pages.

| TREE | | |
|---|---|---|
| | **Botanical Name** | **Common Name** |
| | | |
| | **Medemia nobilis** | **Fig Palm Tree** |
| | **Delonix regia** | **Royal poinciana or peacock flower** |
| | **Avicennia species** | **Button Wood (Button Mangrove)** |
| | **Albizzia lebbeck** | **Siris tree** |

| SHRUBS | | |
|---|---|---|
| | **Botanical Name** | **Common Name** |
| | | **Canna** |
| | **Atriplex halimus** | **Saltbush** |
| | **Agave americana** | **American Agave** |
| | **Nerium Oleander** | **Oleander** |
| | **Opuntia microdasys** | **Prickly-pear Cactus** |

W912ER-11-D-0010-0006

A1715

| SHRUBS | | |
|---|---|---|
| | **Botanical Name** | **Common Name** |
| | **Artemesia species** | **Texas Sage** |
| | **Caesalpinia** | **Bird-of-Paradise Bush** |
| | **Plumeria obtusa** | **Frangipani,Templetree** |
| | **Hibiscus rosa sinensis** | **Hibiscus** |
| | **Bougainvillea spectabilis** | **Bougainvillea** |

| SHRUBS | | |
|---|---|---|
| | **Botanical Name** | **Common Name** |
| | **Pennisetum alopecusoides (Ferntaingrab)** | **Fountaingrass** |
| GROUND COVER | | |
| | **Botanical Name** | **Common Name** |
| | **Asparagus acutifolius** | **Asparagus** |
| | **Malephora crocea** | **Ice Plant** |
| | **Catharanthus rosea** | **(Pink & White)** |

W912ER-11-D-0010-0006

A1717

| GROUND COVER | | |
|---|---|---|
| | **Botanical Name** | **Common Name** |
| | **Paspalum vaginatom** | **Lawn** |
| | **Ipomoea biloba** | **Morning Glory** |
| | **2" thk. white gravel similar to adjacent landscapes** | |
| | **White askar stone/ Ras-Al Khaimal stone Size-Max: 1200 mm Min: 300 mm To be composed/arranged at site under the supervision of architect/ officer in charge of contruction** | |

## B.10 FORCE PROTECTION

### B.10.1 Overview

The purpose of this section of the BEAP is to provide general guidance on force protection issues for the planning, design, and construction of NSA Bahrain installations and facilities to reduce the vulnerability of personnel to terrorist attacks.

Force protection refers to measures designed to protect personnel, facilities, and equipment that support national defense missions. These guidelines are intended to be applied when, and if, installation or higher headquarters commanders determine the need exists. Implementation of force protection should be based on the assessment of the threat, the resources available, and command decisions.

The rapidly developing field of security design should be approached with a multi-disciplinary team. Many factors relating to security design will be beyond the scope of this document; however, an understanding of issues relating to site design is important. Outlined below are the key issues and some basic guidelines that allow a landscape architect to work with security specialists in making the security features a part of a functional site design.

### B.10.2 Standoff Zones

The distance between an asset and a potential threat is referred to as the stand-off distance. The ideal stand-off distance is determined by the type and level of threat, the type of construction, and desired level of protection. The minimum stand-off distances are outlined in UFC 4-010-01 DoD Minimum Anti-Terrorism Standards for Buildings. CENTCOM provides additional AT/FP criteria applicable to installations within the CENTCOM region. The generally accepted perimeter standoff distance at NSA Bahrain is 350-feet, which has been approved by CENTCOM. Buildings in the 350-foot to 600-foot zone are designed with additional mitigation measures to account for blasts.

### B.10.3 Walls and Knee Walls

Walls will be designed to provide force protection in areas where deemed appropriate by public works department. In these instances, walls will be constructed of stucco and concrete and painted to match the surrounding architecture. See section B.3 for a further description.

### B.10.4 Planters

Planters will be used as a security measure in areas where image is important, such as pedestrian zones and building entrances. Planters should be as described in Section B.8. When used for security purposes, they should be of sufficient weight to stop a moving truck and no more than 4 feet apart to block vehicular passage. They should be designed to be a permanent feature in the landscape with simple design that complements the building architecture.

### B.10.5 Bollards

The types of bollards to be used at NSA Bahrain should be similar to the tan, concrete bollard designs that are used throughout the base. Recommended bollards for most areas are shown in Section B.8. Proposed lighted bollards should utilize a concrete inner core that extends from inside the unit through the footing.

Crash test rating specifications are usually given in terms of the barrier's ability to withstand an impact from a vehicle of a certain weight traveling at a certain speed. For example, a barrier may be designed to stop a 15,000-lb vehicle traveling at 50 miles per hour. The primary federal standard for crash rating is the Department of State Specification SD-SDT-0201 (Specification for Vehicle Crash Test of Perimeter Barriers and Gates, April, 1985, updated March 2003). ASTM standard WK2534 is equivalent to this rating. This standard is based on the distance past a barrier that can be penetrated by a 15,000-lb vehicle traveling at different speeds. The vehicle speed is designated as "K," and the distance of penetration past the barrier is designated as "L." These designations are summarized in the tables below. Thus, a barrier with a SD-SDT-0201 crash rating of K12/L3 could keep a 15,000-lb vehicle traveling at 50 mph from penetrating more than 3 feet past the barrier.

**Table B.1:  SPEED CERTIFICATION LEVELS**

| Certification Class | Speed (mph) |
|---|---|
| K12 | 50 |
| K8 | 40 |
| K4 | 30 |

*Source: Department of State Specification SD-SDT-0201, Specification for Vehicle Crash Test of Perimeter Barriers and Gates*

**Table B.2: PENETRATION CERTIFICATION LEVELS**

| Penetration Rating | Feet |
|---|---|
| L3 | <3 |
| L2 | 3-20 |
| L1 | 20-50 |

*Source: Department of State Specification SD-SDT-0201, Specification for Vehicle Crash Test of Perimeter Barriers and Gates*



For bollards, crash resistance is dependent on the type of bollard, its shape and dimensions, and the depth to which it is anchored into the roadway. Concrete bollards should be reinforced with iron or steel rebar core to add crash resistance. Therefore, many concrete bollards are built around an impact-dampening iron rebar core that can spread the force of the impact over the entire structure and hold the concrete together even after direct impact. In these types of bollards, rebar extends upwards towards the top of the barrier and is anchored approximately 3-4 feet below the roadway.

Manufacturers have developed different barrier systems designed to meet the specifications described in the tables above, and thus individual users can purchase systems that meet the most likely threat scenarios they have identified for their facilities.

## B.10.6 Hardened Street Furniture

The street furnishings of this BEAP were selected considering their ability to withstand impact that could be encountered on a daily basis and are not considered to be able to withstand blasts or impact with most military vehicles.

## B.10.7 Other

Boulders or other landscape elements may be considered as a barrier to moving vehicles. Public works department staff, in consultation with Base Security, should review and recommend any perimeter security treatments considered at NSA Bahrain.



*Secure lighted bollard design showing reinforcement requirements.*

*this page left intentionally blank*

**A1721**

# DEVELOPMENT PLAN

P-937

P-935/P-940

157.95     104.67     53.29

105.43     120.58     135.73

UNLESS OTHERWISE NOTED, LIN
SHOWN ARE IN METERS.

## COE REQUIRED PERMITS

# CORPS OF ENGINEERS
# REQUIRED PERMITS

The following permits are required by the U.S. Army Corps of Engineers:

Dig Permit
Power Outage Permit
Utility Outage Permit
Hot Work Permit
Confined Space Entry Permit
Crane Use Permit

WATERFRONT GEOTECHNICAL REPORT

# Geotechnical Report

# Waterfront Area Geotechnical Investigation

# Naval Support Activity, Mina Salman Port, Bahrain



# November 2011

# (Revised June 2012)

United States Army Corps of Engineers- Middle East District

W912ER-11-D-0010-0006

1299 of 1610
Government Rule 4 File

**A1727**

# TABLE OF CONTENTS

Page

I. Introduction                                          2

II. Summary                                              3

III. Scope of Investigation                              3

IV. Geologic and Site information                        4

V. Subsurface Investigation                              10

VI. Site Soils                                           11

VII. Laboratory Analysis                                 13

VIII. Recommendations and Conclusions                    14

IX. Limitations                                          17

X. References                                            18

XI. Calculations                                         20

Boring location Plan                                     24

Appendices A1 – B8                                       26-177

# I. Introduction

The United States Navy has solicited the United States Army Corps of Engineers-Middle East District (USACE-MED) to manage the design and construction of facilities for the military construction (MILCON) programs at the Naval Support Activity (NSA) base in Manama, Bahrain.

Recent activities at NSA include the acquisition of property at the Mina Salman Port area located southwest of the main base in the Juffair area of Manama, Bahrain (see figure 5). This area has come to be known as the *Waterfront Area.* Currently, facilities are being constructed and additional structures planned. At the composition of this report, a complete master plan was not yet available.

A geotechnical investigation was required due to facility expansion at the Waterfront Area for fiscal year (FY) 2011 and onward programs. A previous geotechnical investigation was conducted at the Waterfront in May of 2007 for the FY08 - 09 program (see figure 1); however, the coverage of this investigation was limited to the outer most edges of the Waterfront Area. The facilities and appurtenances for the FY-2011 program are towards the center of the site (see orange) and include various multistory structures, utility/recreational buildings, utility upgrades and vehicular pavements.



**Figure 1: 2007 Investigation Coverage (light blue w/ red dots)**

W912ER-11-D-0010-0006

**A1729**

# II. Summary

Based on the results from the field and laboratory testing and the analyses performed by USACE-MED, structures at the proposed area may be supported by either shallow or deep foundation systems. An allowable bearing capacity value of **155 kPa (3,248 psf)** is recommended for the design of continuous and spread footings limited to single story, lightly loaded structures. An allowable bearing capacity of **200 kPa (4,177 psf)** is recommended for a minimum footprint of **256 square meters (1615 sq ft)** and minimum length to width ratio of **10:1** in the design of raft foundations for lightly loaded, single story structures.

Concrete cast-in-place piles (drilled shafts) are recommended for large multi-story and heavy structures. Piles **600 mm (24 in) and 800 mm (32 in)** in diameter and **15 meters (50 ft)** in length are recommend to achieve estimated allowable service loads of **1.5 MN (337 kips) and 2.6 MN (584 kips),** respectively. For a more information, see the section XI, Calculations.

Where pavement will be designed, a CBR value of **20%** and a modulus of subgrade reaction value (k) of **67.8 kPa / mm (250 pci)** are recommended for asphalt and concrete pavements respectively.

The water table was observed at approximately **2.5 meters (8 ft)** from the existing grade at the time of the investigation.

Structural foundation concrete shall consist of **ASTM C 150 Types I, II (if available) or V cement** to combat corrosive soil conditions. Test cylinder compressive strength should be no less than **28 MPa (4,000 psi) at 7 days**.

# III. Scope of Investigation

The scope of the investigation included the following:

- ➡ **Review of available existing geological and site information**
- ➡ **Site inspection**
- ➡ **Subsurface exploration**
- ➡ **Field and laboratory testing**
- ➡ **Confirm / verify site assumptions**
- ➡ **Analyze field and laboratory data**
- ➡ **Presenting results and providing engineering recommendations/conclusions**

# IV. Geologic and Site Information

**Physical Geography**

The country of Bahrain is an archipelago land formation located between the coast of Saudi Arabia and Qatar in the shallower portion of the Arabian Gulf, known as the Gulf of Salwa (see figures 2 and 3). Based on the Koppen-Geiger Climate Classification System, Bahrain can be consider as a hot, arid, desert climate (BWh) which is characterized by extremely low precipitation (76 millimeter / year) and high temperatures (46 degree centigrade). Bahrain is generally flat with elevations gradually increasing with inward progression followed by a sharp decline to just above sea level as the central region is approached and concludes with an increase in elevation with the central plateau and Jabal Cap formation (see figures 4 and 5).



**Figure 2: Middle East (Bahrain)**

W912ER-11-D-0010-0006

**A1731**



**Figure 3: Bahrain (in the Gulf of Salwa)**

Geologically, Bahrain consists of an oval-shaped core of calcareous Eocene Epoch age rock surrounded by more recent (Pleistocene Epoch age) unconsolidated sediments. Bahrain can be separated into five morphological regions, *the Coastal Lowlands, the Main Backslope, the Multiple Escarpment Zone, the Interior Basin, and the Central / Ar Rumanum Plateau and Jabals.* NSA is located in Manama to the upper northeast of Bahrain and is within the *Coastal Lowlands* morphological region, which surrounds the aforementioned rock core of the island and can be characterized by unconsolidated silts, aeolian quartz sands, recent marine carbonate sediments, shell deposits and evaporite minerals all of the Pleistocene epoch arranged in a system of plains, sabkhas (salt flats), beaches, and flatten dunes. (See figures 4 and 5).



*The relief (a) and morphological regions (b) of Bahrain Island*

**Figure 4: Morphological regions**



**Figure 5: Geological morophological regions of Bahrain**

W912ER-11-D-0010-0006

1306 of 1610
Government Rule 4 File

**A1734**

**Seismicity**

Seismically, Bahrain lies within the tectonic boundaries of the Arabian Plate (see figure 6, amber circle). Recent (2007-2012) activity within a 250 kilometers radius of Bahrain has occurred in Saudi Arabia, Iran and the Arabian Gulf respectively. Research has found no history of earthquakes in Bahrain; however, tremors were experienced in Bahrain in January of 2011 which may have been the aftershock effects of nearby earthquakes in Pakistan, Iran or Yemen. In spite of this, Bahrain is considered an area of low seismic activity.



**Figure 6: Plate Boundaries**

W912ER-11-D-0010-0006

**A1735**

**Site**

NSA is position on the eastern coast and is divided by the Sheikh Khalifa Salman Causeway.  To the west of the causeway is the Main Base and to east is the recently acquired Waterfront Area (see figure 7). A portion of the Main Base and the entire Waterfront were formed by placement of hydraulic fill from the adjacent marine soils which consist of sand, silt, and gravel soils with shells. Specific records such as the date and procedures used for this activity are not available. Geological records indicate that the fill material is underlain by Ra's Al Aqr formation which is typically composed of three main strata**: Limestone and Sandstone "caprock", unconsolidated soil, and carbonate rich, fine grained rock** and is of the Pleistocene and recent Epoch ages. The Waterfront site covers an area of approximately 42,000 square meters and is generally flat with elevations ranging from approximately $^+$2.9 to $^+$3.9 meters which typically decrease to the northwestern direction. The site is paved with asphalt 100 – 200 millimeter in thickness and paving bricks 80 millimeter in thickness to the south. The site contains existing structures (permanent and temporary) and various utilities. Facilities are currently being construction for Phases I - III of the Navy MILCON program in the vicinity of the geotechnical investigation as well as a waterline loop installation throughout the site.



**Figure 7: NSA Waterfront Area**

W912ER-11-D-0010-0006

# V. Subsurface Investigation

**Field Testing**

USACE-MED procured geotechnical firm International Laboratories Services (Interlab) Bahrain, to conduct a geotechnical investigation to determine the physical, chemical, and mechanical subsurface characteristics of soil and rock samples from the site. Water table levels and the depth of rock were also measured. Field test included the Standard Penetration Test (SPT), rock core sampling, and visual soil and rock identification. A site inspection was performed by USACE-MED to establishing an investigation plan, uncover any potential site obstruction, and to develop a coordination plan with the current onsite activities.

The subsurface exploration consisted of drilling of 13 test borings ranging from 13.0 to 19.5 meters in depth and excavating of 4 test pits to 2 meters in depths. See Appendices A1and A6 for boring and test pit logs. The testing locations were determined by USACE-MED employing a staggered grid system (see boring location plan pg 24). Drilling began with pavement coring (asphalt and paving bricks) using a rock core bit. A TRD-80 trailer mounted drill rig was used to advanced the test boring and perform the Standard Penetration Test. Test borings were advanced with a tricone roller bit with 45 millimeter diameter AW rods utilizing the "rotary wash boring" method. Bentonite drilling mud was utilized for removal of boring cuttings, boring shaft stability, and tool lubrication and cooling. Test pits were excavated with a JCB 3XL front end loader with a backhoe. Soil samples were visual classified and logged in accordance with ASTM's D 2488 and D 5434 by International laboratory technicians and USACE-MED.

**Sampling**

The Standard Penetration Test (SPT) was performed in accordance with ASTM D 1586. Soil was sampled by driving a 50 millimeter split spoon (barrel) sampler with a 64 kilogram (628 Newtons) hammer displaced a vertical distance of 0.76 meters. Split spoon sampling was acquired manually using a cathead, cable, and donut hammer system. Soil was sampled every 0.5 meter intervals up to 3.0 meters in depth and then at 1.0 meter intervals until rock was encountered.

Rock was sampled utilizing an 80 millmeter (inside diameter) double tube diamond core bit in accordance with ASTM D 2113. Core samples were generally 1.0 meters in length with a few 0.5 meters in length. Rock was sampled to a maximum depth of 19.0 meters. Rock samples were examined, measured, and the total core recovery (TCR) and rock quality designation (RQD) determined and recorded by Interlab technicians and USACE-MED personnel in accordance with ASTM D 6032. Samples were wrapped, boxed and sent to the laboratory.

**Water Levels**

Observation and measurement of water table levels was conducted by Interlab technicians 24 hours after driller each test boring with measurements ranging from 2.20 to 3.28 meters from the existing grade. Elevations ranged from $^+$2.9 to $^+$3.9 meters.

**Laboratory Testing**

Laboratory testing was conducted by International laboratory Services and included soils and rock classification, compressive strength tests for cohesive soils and rock, aggregate bearing ratio test, and shear strength tests. Soils were classified in accordance with ASTM D 2487, utilizing ASTM's D 2166, D 6913, D 1140, and D 4318. Unconfined Compressive Strength tests were perform on soil samples in accordance with ASTM D 2216, Unconfined Compressive Strength tests were conducted on rock samples in accordance with ASTM D 7012, California Bearing Ratio (CBR) tests were conducted in accordance with ASTM D 1883, and Direct Shear tests on silty sand soils in accordance with ASTM D 3080. See appendices B1 - B8 for more information.

# VI. Site Soils

**Site Soil Profile**

Site soils encountered in this investigation were fairly consistent with the previous investigation at the Waterfront Area in 2007 and prior investigations at NSA all together. Overall, blow counts (N) ranged from **3 – 118**. Solid rock was encounter as shallow as 8.0 meters in borehole 12 and from 9.5 to 13.0 meters in boreholes 1, 3, 4, 5, 7, 10, and 11. Rock was encountered in all other test borings (2, 6, 8, 9, and 13) from 15.0 - 18.0 meters. RQD values ranged from **0% (very poor) - 98% (excellent)** with an average value of **55% (fair).** See boring logs (Appendix A1) for more information.

Below is a generalization of the site subsurface stratigraphy:

**Layer 0 (0 – 0.5 meters) Surface Layer:** The surface layer consisted of 80 – 200 mm of either asphalt or paving block pavements and was underlain by local material known as *class A fill* (equivalent to *base course* material as defined by UFC 3-250-1FA).

**Layer I (0.5 – 3.0 meters) Dense Silty Sand:** Consisted of *calcareous medium dense to very dense, silty sand (SM)* except for pockets of cohesive or loose soils. Borehole 2 contained 1.0 meter thick layer of *very stiff - hard silt* from 0.50 – 1.50 meters below grade with blow count values (N) of **56 and 25**, respectively. Borehole 6 contained a 0.5 meter thick lens of *hard* (N = 30), *high plasticity clay (CH)* from 0.5 – 1.0 meters below grade which was underlain by a 0.5 meter thick lens of *hard (N = 45) silt (ML)* from 1.0

W912ER-11-D-0010-0006

**A1738**

– 1.5 meters below grade. Borehole 6 also contained a pocket of *loose* (**N = 7**), *silty sand (SM)* from 2.5 – 3.0 meters below grade. The water table was encounter in this layer ranging from 2.20 – 3.28 meters from the existing grade. Overall, Layer I blow count values ranged from **7 – 118** and generally decreased with depth. The majority of the values (71%) were greater than **30**. The remaining values (29%) ranged from **7 - 29** but only one value fell below **10**.

**Layer II (3.0 – 8.0 meters) Loose to Medium Dense Silty Sand with Silt:** Consisted primarily of *calcareous medium dense silty sand (SM)* with an occurrence of *clayey sand (SC)* in borehole 8 from 4.0 – 4.5 meters below grade. *Silt (ML)* was encountered in BH's 2, 3, 5, 7, 11, and 12. Silt lenses ranged from 1.0 – 4.0 meters in thickness and from *soft to hard* in consistency with blow count values ranging from **3 - 30**. *Caprock* lenses 0.5 – 1.0 meters in thickness were encountered in boreholes 1 and 10. Rock Quality Designation (RQD) values ranged from *0% (very poor) - 51% (fair)* with an average value of *38% (poor).* It should be noted that caprock at this depth extended into Layer III as most core runs were 1.0 meters in length. Overall, Layer II blow count values ranged from **3 – 68** and gradually decreased with depth. The majority of the values (65%) ranged from **10 – 30**, while 27% of the values were less than **10** and only 8% were greater than **30**. Rock encountered was converted to blow count values of **100.**

**Layer III (8.0 – 14.0 meters) Heterogeneous Strata:** Consisted mainly of *siltstone/mudstone and sandstone* with *medium dense silty sand (SM)*, *silt (ML)* and an occurrence of *low plasticity clay (CL)* (BH 3). Solid rock was encounter in all test borings with the exception of boreholes 2, 6, 8, 9, and 13. Borehole 10 was terminated at 13.0 meters below grade. RQD values in this layer of ranged from *0% (very poor) to 98% (excellent)* with an average value of *50% (fair).* The clay encountered in borehole 3 was 1.0 meter in thickness and was extremely *hard* in consistency **(N = 60).** Overall, blow counts ranged from **4 – 112** and gradually increased with depth. Of all values, 64% were greater than **30**, 22% ranged from **10 – 30**, and 14% were lower than **10**. Rock encountered was converted to blow count values of **100.**

**Layer IV (14.0 meters – termination) Very Dense / Hard Soils and Soft Rock:** Consisted mainly of *siltstone/mudstone* with a few pockets of *dense to very dense silty sand (SM)* and extremely *hard (N > 50)* cohesive soils. Sand was encountered in boreholes 6, 8, 9, and 13. **Hard Silt** was encountered in boreholes 2 and 8 with *high plasticity clay (CH)* in borehole 9. RQD values in this layer of ranged from *30% (poor) to 96% (excellent)* with an average value of *66% (fair).* Overall, blow counts ranged from **27 – 112** and increased with depth. Of all values, 98.5% of the values were greater than **30** and 1.5% ranged from **10 – 30**. Rock encountered was converted to blow count values of **100.**

# VII. Laboratory Analysis

**Classification Tests** were performed on thirty soil samples acquired in the field. Fifteen were classified as silty sand (SM), twelve as silt (ML), and three as clay (2 as low plasticity (CL), 1 as high plasticity (CH)). See appendices B1-B4

**Unconfined Compressive Strength Tests for Cohesive Soils** were performed on seven soils samples. Since silt sample tested distributed low to intermediate plasticity, silt was treated as low plasticity clay.  Unconfined compressive strength values ranged from **92 kPa – 650 kPa** with an average value of **314 kPa.**  Dry unit weights ($\gamma_d$) ranged from **13.3 kN/m³– 18.1 kN/m³** with an average value of **16.2 kN/m³**. See appendix B7.  Cohesion can be estimated at **157 kPa** and the angle of internal friction ($\phi$) was **0 degrees**. See appendix B5

**\*Note: The Unconfined Compressive Strength Test for cohesive soils requires the use of a "0 degree" friction angle.  The cohesive strength is equal to the unconfined compressive strength divided by 2 (c = q / 2).**

**Unconfined Compressive Strength Tests for Rock** were conducted on sixteen rock core samples with unconfined compressive strength values ranging from **0.41 MPa – 5.06 MPa** and an average value of **2.67 MPa**. The majority of the values ranged from **2.0 – 4.0 MPa**.  Rock Quality Designation (RQD) values for solid rock samples ranged **from 0% (very poor) to 98% (excellent)** with an average value of **56% (fair)** and majority of the values ranging from values of **50% (fair) - 90% (good)**. Estimated Modulus of Elasticity (E) values ranged from **33 MPa – 427 MPa** with an average value of **219 MPa.**  The majority of the values ranged from **100 MPa – 300 MPa**. Modulus values were calculated using the "Tangent Modulus" method in accordance with ASTM D 7012.  See appendix B6

**Direct Shear Tests** were conducted on three sandy soils samples with values ranging from **112 kPa – 144 kPa** and an average value of **127.6 kPa**. Angle of internal friction ($\phi$) values ranged from **36.2 – 44.0 degrees** with an average value of **40 degrees.** No measureable cohesion (c) was recorded**.**  Dry unit weights ($\gamma_d$) ranged from **15.5 kN/m³ – 16.6 kN/m³** with an average value of **16.0 kN/m³**. See appendix B7.

California Bearing Ratio (CBR) test were conducted on 4 soils samples gathered from test pits. Values for 56 blow samples ranged from **62.5% - 75%** with an average value of **67.5%**. Optimum moisture content ranged from **11.3% - 14.6%** with an average value of **13.1%** for maximum density of **18.0 kN/m³**.  See appendix B8.

# VIII. Recommendations

**Shallow Foundations**

Based on the information gathered, an allowable bearing capacity value of **155 kPa** is recommended for the design of continuous and spread footings limited to single story, lightly loaded structures. An allowable bearing capacity of **200 kPa** is recommended for **minimum** footprint of **256 square meters** surface area and **a minimum** length to width ratio of **10:1** in the design of raft foundations for lightly loaded, single story structure. Shallow foundation should rest between **0.5 – 1.0 meters** below grade. A modulus of subgrade reaction (k) value of **67.8 kPa / mm** is recommended for the design of mat foundations and slabs-on-grade. **(Bearing capacities for spread and continuous footings were based of 1.0 meter x 1.0 meter and 1.0 meter wide footings respectively. Raft foundation values were base of length / width = 1 dimensioning. See shallow foundations calculations below.)**

Care should be taken in the vicinity of borehole 6 as high plasticity clay (CH), which may display expansive properties, was encountered between 0.5 – 1.0 meters below grade. Consolidation and swell potential test should be conducted where high plasticity clays or soils with plasticity indices greater than 25, are encountered. Test pits can be excavated to determine the presents of expansive soils. Care should also be taken as loose (N < 10) sandy soils were encounter from 3.5 to 6.0 meters in borehole 1 and from 2.5 to 4.0 meters in boreholes 10 and 11. Overall, soils are calcareous (cementing agent) and may display higher strength values when dry (false strength). Soils may be gypsiferous (contain gypsum) as well. Test for soil collapsibility should be conducted.

**Deep Foundations**

Structures not meeting the requirements for shallow foundations can be founded on deep foundations. Past records and studies have shown that rock was encountered at approximately 15 meters (50 feet) below grade.

Typically piles **15 meters** in length have been used, but lengths can be adjusted from **8 – 20 meters** where solid rock is encountered at shallower depths and economical; however, the designer should be certain of the depth of rock beneath the entire footprint of each proposed structure.

Based on the assumption that piles will rest on rock, (skins friction negated) estimated allowable service loads of **1.5 MN and 2.6 MN** are recommended for piles **600 mm and 800 mm** in diameters, respectively. Pile diameters can be adjusted between **600 mm – 1000 mm** based on structural service load capacity. Piles should be load tested to **3 times** the pile loading.

MED's general practice has been to place piles directly on rock to utilize end bearing rather than skin friction. Skin friction is assumed to be minimal. This practice is the established method for cast in place piles and should remain so unless site specific testing, analysis, engineering, and construction practices show otherwise.

End bearing rock values for piles were calculated using Goodman's Point Bearing Capacity in Rock Equation.

## Earth Pressure

Earth pressure coefficients for the at rest ($K_o$), active ($K_a$) and passive ($K_p$) states can be estimated at **0.5, 0.31, and 3.25** respectively.

## Settlement

A settlement analysis was performed based on the estimated soil bearing capacity and modulus of elasticity values. Settlement for shallow foundations is estimated to be between **3 mm - 9 mm** for footings up to 9.0 square meters in surface area with length to width ratios less than 10. Overall, settlement should be limited to **25 mm** with **13 mm** of differential settlement. Settlement for raft foundation can be extended to **50 mm.**

## Existing Subgrade and Fill Material

Shallow foundation should be placed on satisfactory material (fill) with the top 150 mm (6 in) of material compacted to 95% of the maximum laboratory density as defined by ASTM D 1557. Satisfactory material shall be classified as GW, GP, GM, SP, SM, and SW according to ASTM D 2487. Materials classified as GC, SC, ML, and CL are satisfactory when natural (not man-made) and in-situ, but are otherwise unsatisfactory for fill and backfill. The plasticity index shall be less than 12 and the liquid limit shall be less than 35. Particles shall not be larger than 75 mm in any dimension, with 70 percent to 100 percent passing the 19 mm sieve. Not more than 25 percent by weight shall pass the 0.075 mm (No. 200) sieve.

Fill should be free of organic material, soluble calcareous material, gypsum, rubbish, buried construction material and soils classified according to ASTM's D 2487 and/or 2488 as boulders or cobbled. Material classified as clay, silt, or any combination thereof, and soils containing more than 10% cohesive soil, should not be used as fill material. Where soils are shown to be "unstable" and "unsatisfactory", remove and replace with "structural fill". Soils classified as "expansive" are considered unsatisfactory. Cohesive material and calcareous soils (see boring logs) should be protected from rapid moisture content fluctuations

**Seismic**

Structural spectral acceleration values for short periods ($S_s$) and a 1 second period ($S_1$) are **31% and 12%** respectively, in accordance with UFC 3-301-01. The site can be classified as a 'Type D" site (Stiff soil profile) in accordance with table 1613.5.2 of the IBC 2009.

Structural foundation concrete shall consist of **types I, II (if available) or V** concrete to combat soil corrosion. Test cylinder compressive strength should be no less than **28 MPa** at **7 days.**

**Pavements**

Where pavements will be constructed, a CBR value of **20%** should be used for asphalt pavements and modulus of subgrade reaction (k) value of **67.8 kPa / mm** should be used for concrete pavements.

# IX. Limitations

The results and recommendation here within are general and limited to the specific site, time period and data acquired from it. No estimation or extrapolations should be taken from it without further study, investigation and or testing. The water levels were taken within the specific date and season of the investigation and may fluctuate with time. A geotechnical investigation is recommended for each specific project.

W912ER-11-D-0010-0006

1316 of 1610
Government Rule 4 File

**A1744**

# X. References

-The Geographical Journal, Volume 145 Part I, March 1979: "The Bahrain Surface Materials Resources Survey and Its Application to Regional Planning". Denys Brunsden, John C Doornkamp, and David K.C. Jones, 1976.

-"Bahrain Full Year Climatology August 2001", United States Air Force Combat Climatology Center (AFCCC) Department of Public Affairs.

-"World Map of Koppen-Geiger Climate Classification (Updated)", Markus Kottek, Jurgen Grieser, Christoph Beck, Bruno Rudolf, and Franz Rubel, June 2006.

- "Geologic Time Scale 2004", F.M. Gradstein, J. G. Ogg, A.G. Smith, et al with Cambridge University Press, and official website of the International Commission on Stratigraphy (ICS).

-USGS: United States Geological Survey

-ASTM International: American Society of Testing Materials (International)

> ASTM D 1140: Amount of Material in Soils Finer than 75 Micrometer Sieve
> ASTM D 1586: Standard Penetration Test and Split Barrel Sampling of Soils
> ASTM D 1557: Laboratory Compaction Characteristics of Soil Using Modified Effort
> ASTM D 1883: California Bearing Ratio (CBR) of Laboratory Compacted Soils.
> ASTM D 2113: Practice for Rock Core Drilling and Sampling of Rock for Site Investigation
> ASTM D 2166: Unconfined Consolidation Test of Cohesive Soils
> ASTM D 2487: Practice for Classification of Soils for Engineering Purposes (USCS)
> ASTM D 2488: Practice for Description and Identification of Soil (Visual-Manual Procedure)
> ASTM D 3080: Direct Shear Test Soils Under Consolidated Drained Conditions
> ASTM D 4318: Liquid Limit, Plastic Limit and Plasticity Index of Soils
> ASTM D 5434: Field Logging of Subsurface Exploration of Soil and Rock
> ASTM D 6032: Determining Rock Core Designate (RQD) of Rock Core
> ASTM D 7012: Compressive Strength and Elastic Moduli of Intact Rock Core Specimens Under Varying States of Stress and Temperature.

-IBC: International Building Code

-UFC: Unified Facility Criteria

> UFC 3-250-01: Pavement Design for Roads, Streets, Walks, and Open Storage Areas

> UFC 3-301-01: Structural Engineering

-Maps were provided through Google Earth Pro and UFGS

- Figures 4 and 5 are excerpts from The Bahrain Surface Materials Resource Survey

W912ER-11-D-0010-0006

1318 of 1610
Government Rule 4 File

**A1746**

# XI. Calculations

**A. Shallow Foundation: Bearing Capacity (Spread Footing)**

**I. Terzaghi's Bearing Capacity Equations for square footings (see Das)**

$$q_u = 1.3\ c\ N_c + D\ \gamma\ N_q + 0.4\ \gamma\ B\ N_\gamma \quad \text{and} \quad q_a = q_u\ /\ FS$$

**Where:**

$q_u$**: ultimate bearing capacity**

**c: cohesion**

$N_c$ **,** $N_q$ **, and** $N_\gamma$ **: Bearing capacity factors (See Das)**

**D: depth of foundation**

$\gamma$**: (Gamma) unit weight of soil**

**B: width of foundation**

$q_a$**: allowable bearing capacity**

**FS: Factor of Safety**

**Given:**

**Assume sandy soils and 1 x 1 square meter footing (B = 1 meter).**

$N_c = 48.09$**,** $N_q = 32.23$**,** $N_\gamma = 32.56$ **(See Das)**

$\phi$**(friction angle ) = 33 degrees (see direct shear test)**

**c: = 0 kPa (assume c = 0 for sand)**

**D = 0.5 m**

$\gamma = 16.0$ **kN /** $m^3$ **(see direct shear test results)**

**FS = 3**

W912ER-11-D-0010-0006

1319 of 1610

Government Rule 4 File

**A1747**

**The above formulas yield:**

$q_u$ = 466.24 kPa  so $q_a$ = 466.24 / 3 = 155.41 kPa say 155 kPa

**II. Meyorhof's General Bearing Capacity Equations for Raft Foundation (See Das)**

$q_u = 1.3\ c\ N_c\ (F_{cs}*F_{cd}*F_{ci}) + D\ \gamma\ N_q\ (F_{qs}*F_{qd}*F_{\gamma q}) + 0.5\ \gamma\ B\ N_\gamma\ (F_{\gamma s}*F_{\gamma d}*F_{\gamma i})$

**Where:**

$q_u$: ultimate bearing capacity

c: Cohesion

$N_c$, $N_q$, and $N_\gamma$: General bearing capacity factors (See Das)

$F_{cs}$, $F_{qs,\ and}$ $F_{\gamma s}$: shape factors

$F_{cd}$, $F_{qd,\ and}$ $F_{\gamma d}$: depth factors

$F_{ci}$, $F_{qi,\ and}$ $F_{\gamma i}$: inclination factors

D: depth of foundation

$\gamma$: (Gamma) unit weight of soil

B: width of foundation

$N_c$ = 38.64, $N_q$ = 26.09, $N_\gamma$ = 35.19

$F_{cs}$ = 1.675, $F_{qs}$ = 1.649, $F_{\gamma s}$ = 0.600

$F_{cd}$ = 1.019, $F_{\gamma d}$ = $F_{qd}$ = $F_{ci}$ = $F_{qi}$ = $F_{\gamma i}$ = 1

**Given:**

Assume a length to width ratio =1:1 width (B) = 17.5 m.  Use same parameters as above

**The above formulas yield:**

$q_u$ = 3,240.3 kPa  and $q_a$ = 3,240.3 / 3 = 1080.1 kPa say 1,050 kPa however settlement values will be too high (settlement > 50 mm) so use factor of safety of 15 to yield  200 kPa.

**B. Deep Foundation: Pile Point Bearing Capacity and Service Load**

**Point Bearing Capacity Formula by Goodman (see Das)**

$q_p = q_u (N_\phi + 1)$ and $q_{u(design)} = q_{u\ (lab)}$ / SF = 5 (scale effect)

$Q_{p(all)} = \{[q_{u(design)} (N_\phi + 1)]\ A_p\}$ / FS

**Where:**

> $q_p$: point bearing capacity
>
> $q_u$: unconfined compressive strength of rock
>
> $N_\phi$: bearing factor (See Das)
>
> SF: scale factor
>
> $Q_{p\ (all)}$: allowable point bearing load
>
> $A_p$ : area of pile
>
> FS: Factor of Safety
>
> c: cohesion

**Given:**

> Assume piles will rest of rock, so consider end bearing only and pile diameters of 600 and 800 mm.  $A_{p600}$ = 282,735 mm$^2$ and $A_{p800}$ = 502,640 mm$^2$
>
> $N_\phi$ = 5.04, where $\phi$ = 42 degrees
>
> $q_{u\ (lab)}$ = 2.60 Mpa = $q_{u(design)}$ (see note)
>
> FS = 3

**The above formulas yield:**

$q_p = 15.72$ **MPa,** $Q_{p(all)} = [(15.72$ **MPa)** $(282,744$ **mm**$^2)]$ **/ 3**

$Q_{p\ (all)} = 1.48$ **MN say** 1.5 MN

(Note: 1 MPa = 1 MN / m$^2$ = 1 N / mm$^2$)

For 600 mm piles Q = 1.5 MN

For 800 mm piles Q = 2.6 MN

For 1000 mm piles Q = 4.0 MN

**Note: Past experience and pile load testing has shown that** $q_{u(design)} = q_{u\ (lab)}$ **for this project site.**

# BORING LOCATION PLAN



W912ER-11-D-0010-0006

1323 of 1610
Government Rule 4 File

A1751

# COORDINATES



W912ER-11-D-0010-0006

1324 of 1610
Government Rule 4 File

**A1752**

# APPENDIX-A1



**International Laboratory Services** W.L.L

خِدَمَاتْ المُختَبَرّ الدّوليَّة ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## INTACT ROCK STRENGTH (1)

### Unconfined Compressive Strength
Based on B.S. 5930_ Amendment no.1 dated 31st December 2007

| Term | (MPa) | Field Estimation of Hardness |
|---|---|---|
| Extremely strong | >250 | Several blows of geologic hammer to break specimen. |
| Very Strong | 100-250 | More than one blow geologic hammer required to break specimen. |
| Strong | 50-100 | Hand held specimen can be broken with single blow of hammer. |
| Medium Strong | 25.0 - 50.0 | Indentation of 5mm with sharp end of pick. |
| Weak | 5.0 -25.0 | Too hard to cut by hand into a compression test specimen. |
| Very weak | 1.0 - 5.0 | Materials crumbles under firm blows with sharp end of a geologic pick. |
| | | Brittle or tough, may be broken by hand with difficulty. |

### RELATIONSHIP OF RQD AND ROCK QUALITY (2)

| Rock Quality | RQD, Rock Quality Designation < (%) |
|---|---|
| Very Poor | 0 - 25 |
| Poor | 25 - 50 |
| Fair | 50 - 75 |
| Good | 75 - 90 |
| Excellent | 90 - 100 |

RQD is the percentage ratio of the total length of intact core specimen 4 in or longer to the total length of core run.

### WEATHERING

| | |
|---|---|
| Fresh | -Rock fresh with few joints and may show slight staining |
| Moderate | -Significant portions of rock show discoloration and weathering effects and show significant loss of strength compared with fresh rock. |
| Severe | -Rock shows severe loss of strength and can be excavated with geologist's pick. |
| Very severe | -Mass effectively reduced to soil with only fragments of strong rock remaining. |

## DISCONTINUITY SURFACE AND MICROSTRUCTURE SPACING (3)

| Description for Bedding Planes | Spacing (mm) | Description for joints, Faults or Other Fractures |
|---|---|---|
| Very thick bedded | > 1000 | Very widely (fractured or jointed) |
| Thickly bedded | 300 - 1000 | Widely |
| Medium bedded | 100 - 300 | Medium |
| Thinly bedded | 30 - 100 | Closely |
| Very thinly bedded | 10 - 30 | Very closely |
| Thickly laminated | 3 - 10 | . |
| Thinly laminated | < 3 | . |

## JOINT ROUGHNESS CLASSIFICATION (3)

| Classification | Description |
|---|---|
| Smooth | Appears smooth and is smooth to the touch. May be slickensided. |
| Slightly Rough | Asperities on the fracture surfaces are visible and can be distinctly felt. |
| Medium Rough | Asperities are clearly visible and fracture surface feels abrasive. |
| Rough | Large angular asperities can be seen. Some ridge and angle stops are evident. |
| Very Rough | Near stops and ridges occur on the fracture surface. |

Reference:
(1) Geological Society Engineering Group, 1977. (2) Doere of al, 1967
(3) AEG Committee on Core Logging, 1976.

ENGINEERING ROCK MASS CLASSIFICATION TERMS



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## KEY TO BORE LOGS

| SAMPLE TYPE: | | | |
|---|---|---|---|
| **BULK SAMPLE** | **CORE BARREL** | **AUGAR** | **DRIVE SPLIT SPOON (S.P.T)** |
| **SAMPLE DISTURBANCE:** Disturbed | Relatively undisturbed | Disturbed | Disturbed |
| **SHELLBY TUBE** | **DRIVE CYLINDER** | **DRIVE BARREL** | **S.P.T.(BLOWS/30CM)** The number of blows in the S.P.T required to drive a five centimeter diameter split spoon sampler a distance of thirty centimeters using sixty five kilograms weight falling from seventy six centimeters. |
| **SAMPLE DISTURBANCE:** Undisturbed | Relatively undisturbed | Relatively undisturbed | |

**CLASSIFICATION**

| | |
|---|---|
| Very loose | 0 - 4 |
| Loose | 4 - 10 |
| Medium dense | 10 -30 |
| Dense | 30 - 50 |
| Very dense | >50 |

### SYMBOLS

| CLASS | TYPE | SYMBOL | GRAIN SIZE |
|---|---|---|---|
| COARSE GRAINED NON-COHESIVE | BOULDERS | | LARGER THAN 200MM |
| | COBBLES | | 200 - 60 mm |
| | GRAVEL | | COARSE 60 - 20 mm / MEDIUM 20 - 6 mm / FINE 6 - 2 mm |
| | SAND | | COARSE 2 - 0.6mm / MEDIUM 0.6 - 0.2 mm / FINE 0.2 - 0.06 mm |
| FINE GRAINED COHESIVE | SILT | | 0.06 - 0.002mm |
| | CLAY | | MORE THAN 30% OF PARTICLES FINER THAN 0.002mm |
| ORGANIC | PEAT | | FIBROUS |

**ROCK SYMBOLS**

- SAND STONE
- SILT STONE OR CALCISILTITE
- MUD STONE OR CALCILUTITE
- LIME STONE OR CALCARENITE
- CONGLOMERATE
- GYPSM

**FILL**

- FILL



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 1 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 04/10/2011 |
| BORING LOCATION : E 461784.296, N 2898779.342 | DRILLER : Laiq | |
| ELEVATION : +2.92 NSD | | DATE COMPLETED: 06/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 1 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.10 | | | Asphalt | 2.82 | | | |
| | | 1B | 0.10 - 0.55 | 15-18-17-20-19-20 | 76 | Very dense, Type A fill material | 2.37 | | | |
| | | 2B | 0.55 - 1.00 | 13-11-17-20-25-25 | 87 | About 80-85 % of fine to coarse SAND with few to tracable gravel and few silt. | | | | |
| | | 3B | 1.00 - 1.45 | 10-10-11-12-10-10 | 43 | Silty sand (SM) light brown, dense, strong reaction to HCL | | | | |
| | | 4B | 1.50 - 1.95 | 6-11-10-7-8-8 | 33 | | 0.92 | | | |
| | | 5B | 2.00 - 2.45 | 6-6-4-4-4-4 | 16 | About 80 % of fine to coarse SAND with tracable gravel and few silt. Light grey, | | | | |
| | | 6B | 2.50 - 2.95 | 3-4-4-4-3-3 | 14 | loose to medium dense, strong reaction to HCL | | | | |
| | | 7B | 3.00 - 3.45 | 2-2-1-1-1-1 | 4 | | | | | |
| | | | | | | | -1.08 | | | |
| | | 8C | 4.00 - 4.50 | TCR : 90%, SCR : 64% RQD : 64% | | Moderately weathered, light grey, SANDSTONE with moderate strength & fair RQD | -1.58 | | | |
| | | 9B | 4.50 - 4.95 | 2-3-2-1-2-2 | 7 | About 80 % of fine to coarse SAND with tracable gravel and few silt. Light grey, | | | | |
| | | 10B | 5.00 - 5.45 | 2-1-1-2-1-2 | 6 | loose to medium dense, strong reaction to HCL | | | | |
| | | 11B | 6.00 - 6.45 | 2-3-4-4-4-4 | 16 | | | | | |
| | | 12B | 7.00 - 7.45 | 3-4-4-4-4-10 | 22 | | -4.58 | | | |
| | | 13C | 7.50 - 8.50 | TCR : 45%, SCR : 7% RQD : NIL | | Completely weathered, light grey, LIMESTONE with a thin layer of sandstone | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 15.50 | 8.50 | 2.51 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 1 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 04/10/2011 |
| BORING LOCATION : E 461784.296, N 2898779.342 | DRILLER : Laiq | |
| ELEVATION : +2.92 NSD | | DATE COMPLETED: 06/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 2 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm 10  20  30  40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 13C | 7.50 - 8.50 | TCR : 45%, SCR : 7% RQD : NIL | | Completely weathered, light grey, LIMESTONE with low strength & very poor RQD. | -5.58 | | | |
| -9 | | 14B | 8.50 - 8.95 | 6-4-4-5-5-5 | 19 | About 55 % of fine to coarse SAND with little gravel and some silt. Yellow brown, medium dense to dense, weak reaction | | | | |
| | | 15B | 9.50 - 9.95 | 5-6-9-8-9-9 | 35 | to HCL     (SM) Silty sand | | | | |
| -10 | | | | | | | -7.58 | | | |
| | | | 10.50 - 10.50 | 100/Refusal | | Moderately to slightly weathered, yellow brown, homogenous with occassional blocky SILTSTONE having low to moderate strength | | | | |
| -11 | | 16C | 10.50 -11.50 | TCR : 93% SCR : 58% RQD : 55% | | | | | | |
| -12 | | 17C | 11.50 - 12.50 | TCR : 88% SCR : 79% RQD : 70% | | | | | | |
| -13 | | 18C | 12.50 - 13.50 | TCR : 100% SCR : 90% RQD : 90% | | | | | | |
| -14 | | 19C | 13.50 - 14.50 | TCR : 100% SCR : 62% RQD : 50% | | | | | | |
| -15 | | 20C | 14.50 - 15.50 | TCR : 98% SCR : 56% RQD : 41% | | | -12.58 | | | |
| -16 | | | | | | BOREHOLE TERMINATED BY 15.50m | | | | |

| SPT: Standard Penetration Test | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | | | | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 15.50 | 8.50 | 2.51 | |
| N.R: No Recovery | | | | |



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 2 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 18/09/2011 |
| BORING LOCATION : E 461895.189, N 2898881.418 | DRILLER : Laiq | |
| ELEVATION : +2.98 NSD | | DATE COMPLETED: 19/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 1 of 3 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | qu, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.10 | | | Asphlat | 2.88 | | | |
| | | 1B | 0.10 - 0.55 | 14-12-13-14-14-10 | 51 | Very dense, Type A fill material | 2.43 | | | |
| | | 2B | 0.55 - 1.00 | 11-12-14-14-14-14 | 56 | About 66% SILT with tracable amount | | | | |
| | | | | | | of sand and little gravel. strong reaction | | | | |
| | | 3B | 1.00 - 1.45 | 10-8-7-6-6-6 | 25 | to HCL. stiff to hard | | | | |
| | | | | | | | 1.48 | | | |
| | | 4B | 1.50 - 1.95 | 2-2-4-3-4-4 | 15 | About 60 - 65% of fine to coarse SAND | | | | |
| | | | | | | with few gravel and little silt. Light grey, | | | | |
| | | 5B | 2.00 - 2.45 | 7-6-4-2-3-3 | 12 | medium dense,strong reaction with HCL. | | | | |
| | | 6B | 2.50 - 2.95 | 5-5-5-4-4-5 | 18 | (SM) Silty sand | | | | |
| | | 7B | 3.00 - 3.45 | 4-3-3-3-3-3 | 12 | | | | | |
| | | 8B | 4.00 - 4.45 | 3-2-3-2-3-4 | 12 | | | | | |
| | | | | | | | -2.02 | | | |
| | | 9B | 5.00 - 5.45 | 3-1-1-2-2-1 | 6 | About 60% SILT with 26% sand and 20% gravel. | | | | |
| | | | | | | strong reaction to HCL. Firm to stiff | | | | |
| | | | | | | (ML) Sandy SILT | -3.02 | | | |
| | | 10B | 6.00 - 6.45 | 2-1-2-1-1-1 | 5 | About 80 % of fine to coarse SAND | | | | |
| | | | | | | with tracable amount of gravel and little | | | | |
| | | | | | | amount of silt . Light grey, loose, | | | | |
| | | | | | | strong reaction with HCL. | -4.02 | | | |
| | | 11B | 7.00 - 7.45 | 1-2-5-3-4-3 | 15 | About 85% SILT with strong reaction | | | | |
| | | | | | | to HCL. Firm to stiff | -4.42 | | | |
| | | | | | | About 85 % of fine to coarse SAND with tracable | | | | |
| | | | | | | amount of silt. Strong reaction to HCL. | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 17.80 | 11.20 | 2.66 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 2 |
|---|---|---|

| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 18/09/2011 |
|---|---|---|
| BORING LOCATION : E 461895.189, N 2898881.418 | DRILLER : Laiq | |
| ELEVATION : +2.98 NSD | | DATE COMPLETED: 19/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 2 of 3 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12B | 8.00 - 8.45 | 1-1-1-1-1-1 | 4 | About 45-50 % of fine to coarse SAND with some amount of gravel and little amount of silt . Light grey, loose, strong reaction with HCL. (SM) silty sand with gravel. | | | | |
| -9 | | 13B | 9.00 - 9.45 | 2-1-1-2-16-24 | 43 | Dense, ------------DO------------ | | | | |
| -10 | | 14B | 10.00 - 10.45 | 6-7-8-5-7-6 | 26 | About 40 % of fine to coarse SAND with 20% gravel and 35% silt. Light grey, loose,strong reaction with HCL. | -7.020 | | | |
| -11 | | 15B | 11.00 - 11.45 | 7-4-5-6-8-12 | 31 | | | | | |
| -12 | | 16B | 12.00 - 12.45 | 5-4-5-4-11-8 | 28 | | | | | |
| -13 | | 17B | 13.00 - 13.45 | 3-4-4-4-4-7 | 19 | About 50% SILT with 48% sand with traces of gravel. strong reaction to HCL. Firm to stiff (ML) Sandy SILT | -10.020 | | | |
| -14 | | 18B | 14.00 - 14.45 | 3-5-7-9-13-22 | 51 | Yellow brown, hard, 87% SILT of intermediate plasticity with few sand and weak reaction to HCL. ( Very Weak SILTSTONE) | -11.020 | | | |
| -15 | | 19B | 15.00 - 15.45 | 9-9-15-21-27-29 | 92 | ((ML) sandy Silt | | | | |
| -16 | | 20C | 15.80 - 16.80 | TCR: 100%, SCR: 91% RQD: 91% | | Light grey, homogenous SILTSTONE with excellent RQD | -12.820 | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 17.80 | 11.20 | 2.66 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 2 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 18/09/2011 |
| BORING LOCATION : E 461895.189, N 2898881.418 | DRILLER : Laiq | DATE COMPLETED: 19/09/2011 |
| ELEVATION : +2.98 NSD | | |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 3 of 3 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| -17 | | 21C | 16.80 - 17.80 | TCR : 92% SCR : 81% RQD : 65% | | Light grey, homogenous SILTSTONE with fair RQD | -14.820 | | | |
| -18 | | | | | | BOREHOLE TERMINATED BY 17.80m | | | | |
| -19 | | | | | | | | | | |
| -20 | | | | | | | | | | |
| -21 | | | | | | | | | | |
| -22 | | | | | | | | | | |
| -23 | | | | | | | | | | |
| -24 | | | | | | | | | | |

| SPT: Standard Penetration Test | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | 17.80 | 11.20 | 2.66 | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | | | | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 3 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 20/09/2011 |
| BORING LOCATION : E 462003.101, N2898997.482 | DRILLER : Laiq | |
| ELEVATION : +3.12 NSD | | DATE COMPLETED: 21/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 1 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m |
|---|---|---|---|---|---|
| | 0.00 - 0.11 | | | Asphalt | +3.010 |
| 1B | 0.11 - 0.56 | 10-18-19-20-16-14 | 69 | Very dense, Type A fill material | +2.560 |
| 2B | 0.56 - 1.01 | 7-12-14-11-8-9 | 42 | About 60-70% of fine to coarse SAND | |
| 3B | 1.01 - 1.46 | 5-6-7-6-5-6 | 24 | with few amount of silt and little amount of gravel . Light brown to light grey, medium dense to dense, strong reaction | |
| 4B | 1.50 - 1.95 | 4-4-5-5-4-5 | 19 | with HCL. (SM - sandy silt) | |
| 5B | 2.00 - 2.45 | 5-5-8-8-10-11 | 37 | | |
| 6B | 2.50 - 2.95 | 5-5-6-4-3-3 | 16 | | |
| 7B | 3.00 - 3.45 | 3-3-3-3-3-6 | 15 | | |
| 8B | 4.00 - 4.45 | 3-3-3-3-3-4 | 13 | About 60-70% of fine to coarse SAND with few amount of gravel and little amount of silt . Light brown to light grey, medium dense to dense, strong reaction with HCL. | -0.880 |
| 9B | 5.00 - 5.45 | 3-2-4-3-3-3 | 13 | | |
| 10B | 6.00 - 6.45 | 3-2-1-2-3-3 | 9 | Loose, light brown, SM- sandy silt | -2.880 |
| 11B | 7.00 - 7.45 | 1-2-3-3-8-16 | 30 | 95% SILT with strong reaction to HCL. Firm | -3.880 / -4.280 |
| 12C | 7.80 - 8.80 | TCR: 93%, SCR: 84% RQD: 84% | | 85% of SAND with traces of silt & gravel. Light greyish brown, homogenous SANDSTONE with good RQD | -4.330 |

Penetration Resistance Blows/ 300 mm
10  20  30  40

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 14.30 | 11.00 | 2.65 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 3 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 20/09/2011 |
| BORING LOCATION : E 462003.101, N2898997.482 | DRILLER : Laiq | |
| ELEVATION : +3.12 NSD | | DATE COMPLETED: 21/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 2 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | -5.680 | | | |
| -9 | | 13B | 8.80 - 9.25 | 5-5-4-3-2-3 | 12 | About 80% of fine to coarse SAND with few amount of silt & gravel.Light brown, medium dense, strong reaction to HCL. | -6.680 | | | |
| -10 | | 14C | 9.80 - 10.00 | TCR: 100%, SCR: 35% RQD: NIL | | Light greyish brown, lensed SANDSTONE with very poor RQD | -6.880 | | | |
| | | 15B | 10.00 - 10.45 | 2-2-3-3-4-5 | 15 | About 90% of fine to coarse SAND with little of silt & gravel.Light grey, strong raction to HCL | -7.080 | | | |
| -11 | | 16B | 11.00 - 11.30 | 15-10-50 - Refusal | | CLAY of intermediate plasticity having few sand and strong reaction to HCL. CL - Sandy lean clay | -8.180 | | | |
| -12 | | 17C | 11.30 - 12.30 | TCR : 96% SCR : 73% RQD : 67% | | Yellow brown, lensed SILTSTONE with fair RQD | | | | |
| -13 | | 18C | 12.30 - 13.30 | TCR : 79% SCR : 45% RQD : 37% | | ———————DO——————— with poor RAD | -10.180 | | | |
| -14 | | 19C | 13.30 - 14.30 | TCR : 96% SCR : 96% RQD : 96% | | Light grey, homogenous SILTSTONE with excellent RQD | -11.180 | | | |
| -15 | | | | | | BORE HOLE TERMINATED BY 14.30m | | | | |
| -16 | | | | | | | | | | |

| SPT: Standard Penetration Test | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | | | | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 14.30 | 11.00 | 2.65 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 4 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 29/09/2011 |
| BORING LOCATION : E 461885.700, N 2898676.802 | DRILLER : Laiq | |
| ELEVATION : +3.29 NSD | | DATE COMPLETED: 02/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 1 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u MPa | Penetration Resistance Blows/ 300 mm  10  20  30  40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.10 | | | Asphlat | 3.19 | | | |
| | | 1B | 0.10 - 0.45 | 9-20-27-26-18 | >71 | Very dense, Type A fill material | 2.79 | | | |
| | | 2B | 0.50 - 0.95 | 11-14-16-19-21-20 | 76 | About 85 % of fine to coarse SAND | | | | |
| | | | | | | with little gravel and tracable amount | | | | |
| | | 3B | 1.00 - 1.45 | 10-16-19-21-17-19 | 76 | of silt. Light brown, dense to very dense | | | | |
| | | | | | | strong reaction with HCL. | | | | |
| | | 4B | 1.50 - 1.95 | 6-8-11-9-13-11 | 44 | | | | | |
| | | 5B | 2.00 - 2.45 | 7-8-11-11-9-10 | 41 | | 0.79 | | | |
| | | 6B | 2.50 - 2.95 | 8-11-12-14-11-12 | 49 | About 70-80% of fine to coarse SAND | | | | |
| | | | | | | with little gravel and few amount | | | | |
| | | 7B | 3.00 - 3.45 | 6-8-8-9-12-11 | 40 | of silt. Light grey, medium dense to | | | | |
| | | | | | | dense , strong reaction with HCL. | | | | |
| | | 8B | 4.00 - 4.45 | 7-7-7-6-6-6 | 25 | | | | | |
| | | | | | | | -1.71 | | | |
| | | 9B | 5.00 - 5.45 | 3-3-4-4-4-4 | 16 | Medium dense, light brown, SM silty sand | | | | |
| | | 10B | 6.00 - 6.45 | 4-5-7-6-8-8 | 29 | | | | | |
| | | 11B | 7.00 - 7.45 | 4-6-6-6-7-9 | 28 | | | | | |

| | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| SPT: Standard Penetration Test | | | | Diameter of the hole is 100 mm dia |
| TCR: Total Core Recovery | 15.80 | 8.60 | 2.90 | |
| RQD: Rock Quality Designation | | | | |
| N.R: No Recovery | | | | |



**International Laboratory Services** W.L.L

خِدَمَاتُ المُخْتَبَرِ الدَّولِيَّة ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 4 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 29/09/2011 |
| BORING LOCATION : E 461885.700, N 2898676.802 | DRILLER : Laiq | |
| ELEVATION : +3.29 NSD | | DATE COMPLETED: 02/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 2 of 2 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12B | 8.00 - 8.45 | 4-4-3-5-12-13 | 33 | About 85 % of fine to coarse SAND with little gravel and tracable amount | -5.21 | | | |
| -9 | | 13C | 8.50 - 9.50 | TCR : 98% SCR : 85% RQD : 85% | | Homogenous with occassional blocky light yellow brown SILTSTONE having weak reaction with HCL and good RQD | | | | |
| -10 | | 14C | 9.50 - 10.50 | TCR : 100% SCR : 72% RQD : 68% | | | -7.21 | | | |
| -11 | | 15B | 10.50 - 10.95 | 6-5-8-10-21-30 | 69 | Yellow brown, hard, SILT of intermediate plasticity with weak reaction to HCL. ( Very weak SILTSTONE) | | | 0.75 | |
| | | 16B | 11.50 - 11.95 | 8-9-9-11-18-20 | 58 | ML - sandy silt | | | 0.700 | |
| -12 | | 17B | 12.50 - 12.80 | 8-15-20-38-Refusal | | | -9.51 | | 0.720 | |
| -13 | | 18C | 12.80 - 13.80 | TCR : 85% SCR : 49% RQD : 35% | | Homogenous with occassional blocky light yellow brown SILTSTONE having weak reaction with HCL and good RQD | | | | |
| -14 | | 19C | 13.80 - 14.80 | TCR : 90% SCR : 53% RQD : 39% | | | | | | |
| -15 | | 20C | 14.80 - 15.80 | TCR : 86% SCR : 67% RQD : 62% | | Homogenous with occassional blocky light brown MUDSTONE having weak reaction with HCL and good RQD | -11.51 -12.51 | | | |
| -16 | | | | | | BOREHOLE TERMINATED BY 15.80m | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 15.80 | 8.60 | 2.90 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 5 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 25/09/2011 |
| BORING LOCATION : E462000.408, N 2898773.92 | DRILLER : Laiq | |
| ELEVATION : +3.57 NSD | | DATE COMPLETED: 27/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 1 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u MPa | Penetration Resistance Blows/ 300 mm  10  20  30  40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.18 | | | Asphlat | 3.39 | | | |
| | | 1B | 0.18 - 0.48 | 11-25-27-27 | >54 | Very dense, Type A fill material | 3.07 | | | |
| | | 2B | 0.50 - 0.95 | 8-13-15-16-15-16 | 62 | About 85 % of fine to coarse SAND | | | | |
| | | 3B | 1.00 - 1.45 | 5-10-12-14-18-20 | 64 | with little gravel and tracable amount of silt. Light brown, dense to very dense, | | | | |
| | | 4B | 1.50 - 1.95 | 8-14-20-19-20-21 | 80 | strong reaction with HCL. | | | | |
| | | 5B | 2.00 - 2.45 | 9-11-12-12-14-15 | 53 | | | | | |
| | | 6B | 2.50 - 2.95 | 9-8-11-9-9-9 | 38 | | 0.57 | | | |
| | | 7B | 3.00 - 3.45 | 5-5-6-5-6-8 | 25 | About 85 % of fine to coarse SAND with little gravel and tracable amount of silt. Light grey, medium dense | | | | |
| | | 8B | 4.00 - 4.45 | 3-3-3-5-6-5 | 19 | strong reaction with HCL. | -1.43 | | | |
| | | 9B | 5.00 - 5.45 | 3-2-1-1-1-2 | 5 | About 60-65% of SILT of low plasticity with 32% of sand .Light grey, very soft to soft, strong reaction to HCL ML- sandy silt | -2.43 | | | |
| | | 10B | 6.00 - 6.45 | 1-1-0-1-0-2 | 3 | About 75 % of fine to coarse SAND with 30% silt. Light grey, very loose, strong reaction with HCL. | -3.43 | | | |
| | | 11B | 7.00 - 7.45 | 3-1-1-2-2-2 | 7 | About 60% of SILT with tracable amount of gravel and 30% sand. Light grey, Soft, strong reaction to HCL | | | | |

| | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| SPT: Standard Penetration Test TCR: Total Core Recovery RQD: Rock Quality Designation N.R: No Recovery | 15.00 | 8.30 | 2.80 | Diameter of the hole is 100 mm dia |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 5 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 25/09/2011 |
| BORING LOCATION : E462000.408, N 2898773.92 | DRILLER : Laiq | |
| ELEVATION : +3.57 NSD | | DATE COMPLETED: 27/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 2 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u, MPa | Penetration Resistance Blows/ 300 mm 10  20  30  40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12B | 8.00 - 8.23 | 1-1-17-100-Refusal | >100 | Light grey, hard, SILT with strong reaction to HCL. | -4.66 | | | |
| 9 | | 13C | 8.23 - 9.23 | TCR : 95% SCR : 76% RQD : 64% | | Light greyish brown, homogenous with occassionally lensed SANDSTONE with cavities and shells. good RQD | -5.66 | | | |
| | | 14C | 9.23 - 9.73 | TCR : 90%, SCR : 44% RQD : 20% | | SILTSTONE with occassional limestone recovered as limestone gravels. | -6.16 | | | |
| 10 | | 15B | 9.73 - 10.13 | 12-24-27-27-30 (375 mm) | >84 | Yellow brown, hard, SILT of intermediate plasticity with strong reaction to HCL. ML- sandy silt | | | | |
| 11 | | | | | | | -7.43 | | | |
| | | 16C | 11.00 - 12.00 | TCR : 76% SCR : 48% RQD : 42% | | Lensed with occassional blocky SILTSTONE having weak reaction with HCL. Yellow brown, Good RQD | | | | |
| 12 | | | | | | | | | | |
| | | 17C | 12.00 - 13.00 | TCR : 71% SCR : 8% RQD : NIL | | ———DO——— with very poor RQD | | | | |
| 13 | | | | | | | | | | |
| | | 18C | 13.00 - 14.00 | TCR : 82% SCR : 62% RQD : 56% | | ———DO——— with good RQD | | | | |
| 14 | | | | | | | -10.43 | | | |
| | | 19C | 14.00 - 15.00 | TCR : 99% SCR : 83% RQD : 74% | | Homogenous light greyish SILTSTONE having weak reaction with HCL and fair RQD | | | | |
| 15 | | | | | | | -11.43 | | | |
| | | | | | | BOREHOLE TERMINATED BY 15.00m | | | | |
| 16 | | | | | | | | | | |

| | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| SPT: Standard Penetration Test | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| TCR: Total Core Recovery | | | | |
| RQD: Rock Quality Designation | 15.00 | 8.30 | 2.80 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 6 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 22/09/2011 |
| BORING LOCATION : E 462100.305, N 2898904.695 | DRILLER : Laiq | |
| ELEVATION : +3.28 NSD | | DATE COMPLETED: 24/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 1 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.12 | | | Asphlat | 3.16 | | | |
| | | 1B | 0.12 - 0.42 | 11-32-42-49 | >91 | Very dense, Type A fill material | 2.78 | | | |
| | | 2B | 0.50 - 0.95 | 9-8-8-6-8-8 | 30 | Yellow brown, stiff, CLAY of high plasticity CH- sandy fat clay | 2.28 | | | |
| | | 3B | 1.00 - 1.45 | 6-7-12-13-10-10 | 45 | About 80% stiff SILT with tracable amount of sand and little gravel. weak reaction | 1.78 | | | |
| | | 4B | 1.50 - 1.95 | 4-7-8-7-7-7 | 29 | About 75 % of fine to coarse SAND with 15% gravel and 12% silt. Light | | | | |
| | | 5B | 2.00 - 2.45 | 2-3-7-7-8-8 | 30 | brown,medium dense,strong reaction with HCL. | | | | |
| | | 6B | 2.50 - 2.95 | 4-5-5-4-3-4 | 16 | | | | | |
| | | 7B | 3.00 - 3.45 | 3-3-4-4-5-5 | 18 | Light grey, -------DO-------- | | | | |
| | | 8B | 4.00 - 4.45 | 5-5-6-5-5-5 | 21 | About 85 % of fine to coarse SAND with 1little gravel and tracable amount of silt. grey, loose to medium dense, strong reaction with HCL. | -0.72 | | | |
| | | 9B | 5.00 - 5.45 | 3-2-3-2-2-3 | 10 | | | | | |
| | | 10B | 6.00 - 6.45 | 1-2-2-3-3-3 | 11 | | | | | |
| | | 11B | 7.00 - 7.45 | 2-3-2-2-2-2 | 8 | | | | | |

| | | | | |
|---|---|---|---|---|
| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 17.00 | - | 2.73 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 6 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 22/09/2011 |
| BORING LOCATION : E 462100.305, N 2898904.695 | DRILLER : Laiq | |
| ELEVATION : +3.28 NSD | | DATE COMPLETED: 24/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 2 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM, DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12B | 8.00 - 8.45 | 3-2-3-4-3-3 | 13 | About 50% of SILT with tracable amount of gravel and 50% sand. Light grey, stiff, strong reaction to HCL | -5.72 | | | |
| -9 | | 13B | 9.00 - 9.45 | 2-1-1-2-3-3 | 9 | Yellow brown, firm, SILT with strong reaction to HCL. | -6.72 | | | |
| -10 | | 14B | 10.00 - 10.45 | 5-6-7-4-4-4 | 19 | About 85 % of fine to coarse SAND with little gravel and silt. Strong reaction to HCL | -7.45 | | | |
| | | 15C | 10.73 - 11.23 | TCR : 30%, SCR : 30% RQD : 30% | | Light greyish brown, lensed SANDSTONE with good RQD | -7.95 | | | |
| -11 | | 16B | 11.23 - 11.68 | 1-2-2-2-3-7 | 14 | About 85 % of fine to coarse SAND with little gravel and tracable amount of silt. grey, medium dense to very dense, strong reaction with HCL. | | | | |
| -12 | | 17B | 12.00 - 12.45 | 5-5-5-4-5-10 | 24 | | | | | |
| -13 | | 18B | 13.00 - 13.45 | 11-14-26-30-27-29 | 112 | | | | | |
| -14 | | 19B | 14.00 - 14.45 | 9-12-13-12-12-22 | 59 | | -11.72 | | | |
| -15 | | 20C | 15.00 - 16.00 | TCR : 97% SCR : 82% RQD : 75% | | Light greyish brown, lensed with occassional blocky MUDSTONE embedded with siltstone Good RQD | -12.72 | | | |
| -16 | | | | | | | | | | |

| | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| SPT: Standard Penetration Test TCR: Total Core Recovery RQD: Rock Quality Designation N.R: No Recovery | 17.00 | - | 2.73 | Diameter of the hole is 100 mm dia |



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 6 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 22/09/2011 |
| BORING LOCATION : E 462100.305, N 2898904.695 | DRILLER : Laiq | |
| ELEVATION : +3.28 NSD | | DATE COMPLETED: 24/09/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 3 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q₀₀ MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| -17 | | 21C | 16.00 - 17.00 | TCR : 97% SCR : 35% RQD : 27% | | Light greyish brown, lensed with occassional blocky MUDSTONE embedded with siltstone Poor RQD | -13.72 | | | |
| -18 | | | | | | BOREHOLE TERMINATED BY 17.00m | | | | |
| -19 | | | | | | | | | | |
| -20 | | | | | | | | | | |
| -21 | | | | | | | | | | |
| -22 | | | | | | | | | | |
| -23 | | | | | | | | | | |
| -24 | | | | | | | | | | |

| SPT: Standard Penetration Test | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | | | | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 17.00 | - | 2.73 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 7 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 02/10/2011 |
| BORING LOCATION : E 461973.314, N 2898588.419 | DRILLER : Laiq | |
| ELEVATION : +3.71 NSD | | DATE COMPLETED: 04/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 1 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM, DT, m | SYMBOL | q_u, MPa | Penetration Resistance Blows/ 300 mm |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.08 | | | Paving Bricks | 3.63 | | | |
| | | 1B | 0.08 - 0.45 | 13-16-29-37 | >82 | Very dense, Type A fill material | 3.21 | | | |
| -1 | | 2B | 0.50 - 0.95 | 12-16-25-36-35-22 | 118 | About 80-85 % of fine to coarse SAND with few gravel and few amount | | | | |
| | | 3B | 1.00 - 1.45 | 12-20-25-20-22-25 | 92 | of silt. Light brown, very dense strong reaction with HCL. | | | | |
| -2 | | 4B | 1.50 - 1.95 | 14-16-15-16-14-14 | 59 | SM- silty sand | 1.71 | | | |
| | | 5B | 2.00 - 2.45 | 9-10-10-9-7-7 | 33 | About 85 % of fine to coarse SAND with little gravel and tracable amount | | | | |
| -3 | | 6B | 2.50 - 2.95 | 3-5-10-11-11-14 | 46 | of silt. Light brown, medium dense to dense, strong reaction with HCL. | | | | |
| | | 7B | 3.00 - 3.45 | 7-8-7-7-7-5 | 26 | Light grey, ———DO ——— | | | | |
| -4 | | 8B | 4.00 - 4.45 | 5-4-7-6-4-4 | 21 | Light grey, ———DO ——— | | | | |
| -5 | | 9B | 5.00 - 5.45 | 4-4-4-4-4-4 | 16 | Light grey, ———DO ——— | | | | |
| -6 | | 10B | 6.00 - 6.45 | 4-3-2-3-2-2 | 9 | About 38% of SILT with tracable amount of gravel and 59% sand. Light grey, Soft, strong reaction to HCL | -2.29 | | | |
| -7 | | 11B | 7.00 - 7.45 | 1-2-2-2-2-3 | 9 | | | | | |
| -8 | | | | | | | | | | |

Penetration Resistance scale: 10 20 30 40

| SPT: Standard Penetration Test | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | | | | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 14.30 | 9.60 | 3.15 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L
خدمات المختبر الدولية ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 7 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 02/10/2011 |
| BORING LOCATION : E 461973.314, N 2898588.419 | DRILLER : Laiq | |
| ELEVATION : +3.71 NSD | | DATE COMPLETED: 04/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 2 of 2 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM, DT, m | SYMBOL | q_u, MPa | Penetration Resistance Blows/ 300 mm 10  20  30  40 |
|---|---|---|---|---|---|---|---|---|---|---|
| -9 | | 12B | 8.00 - 8.45 | 2-1-1-1-1-2 | 5 | About 45% of SILT with traceable amount of gravel and 50% sand. Light grey, Soft, strong reaction to HCL | -5.29 | | | |
| -10 | | 13B | 9.00 - 9.30 | 5-8-19-55 | >74 | About 80 % of fine to coarse SAND with 10% gravel and 10% silt. Strong to HCL. | -5.59 | | | |
| | | 14C | 9.30 - 10.30 | TCR : 89% SCR : 50% RQD : 30% | | Lensed with occasional blocky , light grey & light brown, LIMESTONE/SANDSTONE | -6.59 | | | |
| -11 | | 15C | 10.30 - 11.30 | TCR : 97% SCR : 69% RQD : 69% | | Lensed, light yellow brown SILTSTONE having weak reaction with HCL and good RQD | | | | |
| -12 | | 16C | 11.30 - 12.30 | TCR : 76% SCR : 46% RQD : 33% | | | | | | |
| -13 | | 17C | 12.30 - 13.30 | TCR : 79% SCR : 23% RQD : NIL | | Very poor RQD | | | | |
| -14 | | 18C | 13.30 - 14.30 | TCR : 100% SCR : 79% RQD : 79% | | | -10.59 | | | |
| -15 | | | | | | Bore hole terminated by 14.30m | | | | |
| -16 | | | | | | | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 14.30 | 9.60 | 3.15 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 8 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 08/10/2011 |
| BORING LOCATION : E 462083.952, N 2898698.812 | DRILLER : Laiq | |
| ELEVATION : +3.54 NSD | | DATE COMPLETED: 10/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 1 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q$_u$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.12 | | | Asphalt | 3.42 | | | |
| | | 1B | 0.12 - 0.57 | 22-24-30-25-20-25 | 100 | Very dense, Type A fill material | 2.94 | | | |
| | | 2B | 0.60 - 1.05 | 11-12-11-14-15-15 | 55 | About 85 % of fine to coarse SAND with | | | | |
| -1 | | | | | | tracable amount of gravel and few silt. | | | | |
| | | 3B | 1.10 - 1.55 | 7-10-11-9-10-9 | 39 | Light brown, medium dense to dense& | | | | |
| | | | | | | very dense, strong reaction with HCL. | | | | |
| | | 4B | 1.60 - 2.05 | 3-6-6-6-6-6 | 23 | | | | | |
| -2 | | | | | | | | | | |
| | | 5B | 2.10 - 2.55 | 7-6-6-7-5-5 | 26 | | | | | |
| | | 6B | 2.60 - 3.05 | 5-8-8-8-8-8 | 32 | | | | | |
| -3 | | | | | | | | | | |
| | | 7B | 3.10 - 3.55 | 4-6-5-5-4-4 | 18 | | | | | |
| -4 | | | | | | | -0.46 | | | |
| | | 8B | 4.00 - 4.45 | 6-6-5-5-4-5 | 19 | About 65 % of fine to coarse SAND with | | | | |
| | | | | | | little amount of gravel and silt.Light brown, | | | | |
| | | | | | | medium dense, strong reaction to HCL. | | | | |
| -5 | | | | | | SM- silty sand with gravel | -1.46 | | | |
| | | 9B | 5.00 - 5.45 | 3-4-4-5-6-6 | 21 | About 80 % of fine to coarse SAND with | | | | |
| | | | | | | tracable amount of gravel and little silt. | | | | |
| | | | | | | Light greyn, medium dense ,strong | | | | |
| -6 | | | | | | reaction to HCL. | | | | |
| | | 10B | 6.00 - 6.45 | 4-3-3-3-3-3 | 12 | | | | | |
| -7 | | | | | | | | | | |
| | | 11B | 7.00 - 7.45 | 3-3-2-2-3-5 | 12 | | | | | |
| -8 | | | | | | | -4.46 | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 19.50 | 16.50 | 3.05 | |
| N.R: No Recovery | | | | |



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 8 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 08/10/2011 |
| BORING LOCATION : E 462083.952, N 2898698.812 | DRILLER : Laiq | DATE COMPLETED: 10/10/2011 |
| ELEVATION : +3.54 NSD | | |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 2 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12B | 8.00 - 8.45 | 2-1-1-1-1-1 | 4 | About 70% of non- plastic SILT with some sand Light grey, strong reaction to HCL. ML- sandy silt | | | | |
| | | 13B | 9.00 - 9.45 | 1-2-1-1-2-1 | 5 | | | | | |
| | | 14B | 10.00 - 10.45 | 1-1-2-1-2-1 | 6 | Light grey, soft, , SILT with strong reaction to HCL. | -6.46 | | | |
| | | 15B | 11.00 - 11.45 | 8-8-9-7-6-4 | 26 | About 90 % of fine to coarse SAND with few gravel and few silt. Light grey, medium dense, strong reaction to HCL | -7.46 | | | |
| | | 16B | 12.00 - 12.45 | 4-4-8-9-8-8 | 33 | Dense, ————DO———— | | | | |
| | | 17B | 13.00 - 13.45 | 2-3-1-2-2-2 | 7 | Loose, ————DO———— | | | | |
| | | 18B | 14.00 - 14.45 | 4-4-10-10-10-10 | 40 | Dense, ————DO———— | -11.46 | | | |
| | | 19B | 15.00 - 15.45 | 13-14-25-20-22-20 | 87 | About 90 % of fine to coarse SAND with tracable gravel and few silt. Light brown, very dense, strong reaction to HCL SM- silty sand | | | | |

| SPT: Standard Penetration Test | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | | | | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 19.50 | 16.50 | 3.05 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 8 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 08/10/2011 |
| BORING LOCATION : E 462083.952, N 2898698.812 | DRILLER : Laiq | |
| ELEVATION : +3.54 NSD | | DATE COMPLETED: 10/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 3 of 3 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q$_u$ MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 20B | 16.00 - 16.45 | 10-12-20-22-30-40 | 112 | | -12.61 | | | |
| -17 | | | | | | About 75% of SILT with few gravel and little sand. Yellow brown, weak reaction to HCL. | -13.46 | | | |
| | | 21B | 17.00 - 17.45 | 9-11-14-19-21-24 | 78 | Yellow brown, hard, SILT with weak reaction to HCL. | -13.96 | | | |
| -18 | | 22C | 17.50 - 17.50 17.50 - 18.50 | 100/ Refusal TCR : 99% SCR : 75% RQD : 75% | | Greenish brown and greyish lensed MUDSTONE with a thin layer of siltstone | -14.96 | | | |
| -19 | | 23C | 18.50 - 19.50 | TCR : 99% SCR : 91% RQD : 88% | | Yellow brown and greyish lensed SILTSTONE . | -15.96 | | | |
| -20 | | | | | | Bore hole terminated by 19.50m | | | | |
| -21 | | | | | | | | | | |
| -22 | | | | | | | | | | |
| -23 | | | | | | | | | | |
| -24 | | | | | | | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 19.50 | 16.50 | 3.05 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 9 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 10/10/2011 |
| BORING LOCATION : E 462190.552, N 2898805.204 | DRILLER : Laiq | |
| ELEVATION : +3.54 NSD | | DATE COMPLETED: 13/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 1 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | qu, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.14 | | | Asphlat | 3.39 | | | |
| | | 1B | 0.15 - 0.44 | 7-8-28-37/Refusal | | Very dense, Type A fill material | 3.04 | | | |
| | | 2B | 0.50 - 0.95 | 17-22-38-18-14-10 | 80 | About 80 % of fine to coarse SAND with | | | | |
| | | 3B | 1.00 - 1.45 | 10-12-12-10-8-6 | 36 | little gravel and few silt. Light brown, dense to very dense, strong reaction to HCL | | | | |
| | | 4B | 1.50 - 1.95 | 6-9-14-13-9-10 | 46 | | | | | |
| | | | | | | | 1.54 | | | |
| | | 5B | 2.00 - 2.45 | 7-10-12-13-16-19 | 60 | About 80 % of fine to coarse SAND with | | | | |
| | | 6B | 2.50 - 2.95 | 7-10-10-9-11-11 | 41 | tracable gravel and few silt. Light brown, dense to very dense, strong reaction to HCL | | | | |
| | | 7B | 3.00 - 3.45 | 12-12-16-16-17-19 | 68 | Light grey, ————DO——— | | | | |
| | | 8B | 4.00 - 4.45 | 4-4-4-5-6-6 | 21 | Medium dense, light grey, ———DO —— | | | | |
| | | | | | | | -1.46 | | | |
| | | 9B | 5.00 - 5.45 | 2-2-2-4-1-2 | 9 | About 85 % of fine to coarse SAND with tracable gravel and little silt. Light grey, loose to medium dense, strong reaction to HCL | | | | |
| | | 10B | 6.00 - 6.45 | 3-3-3-3-3-3 | 12 | | | | | |
| | | 11B | 7.00 - 7.45 | 4-4-3-4-4-3 | 14 | | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 18.50 | 15.60 | 3.10 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 9 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 10/10/2011 |
| BORING LOCATION : E 462190.552, N 2898805.204 | DRILLER : Laiq | |
| ELEVATION : +3.54 NSD | | DATE COMPLETED: 13/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 2 of 3 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | qu, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| -9 | | 12B | 8.00 - 8.45 | 2-2-3-2-2-2 | 9 | About 85 % of fine to coarse SAND with tracable gravel and little silt. Light grey, loose to medium dense, strong reaction to HCL | -5.46 | | | |
| -10 | | 13B | 9.00 - 9.45 | 3-3-2-1-1-1 | 5 | Light grey, soft, SILT of intermediate plasticity with few sand and strong reaction to HCL. ML- sandy silt | | | | |
| | | 14B | 10.00 - 10.45 | 1-2-3-3-3-4 | 13 | Firm, --------DO-------- | | | | |
| -11 | | | | | | | -7.46 | | | |
| | | 15B | 11.00 - 11.45 | 2-3-4-4-5-6 | 19 | About 80 % of fine to coarse SAND with tracable gravel and little silt. Light grey, medium dense, strong reaction to HCL | | | | |
| -12 | | 16B | 12.00 - 12.45 | 4-3-4-6-4-6 | 20 | | | | | |
| -13 | | | | | | | -9.46 | | | |
| | | 17B | 13.00 - 13.45 | 6-6-8-8-12-6 | 34 | About 90 % of fine to coarse SAND with few silt. Light grey, dense, strong reaction to HCL. | | | | |
| -14 | | 18B | 14.00 - 14.45 | 6-7-8-11-9-9 | 37 | | | | | |
| -15 | | | | | | | -11.46 | | | |
| | | 19B | 15.00 - 15.45 | 6-7-12-14-15-15 | 76 | Brown, hard, CL- sandy lean clay with weak reactionto HCL. ( Very Weak MUDSTONE) | -11.96 | | | |
| -16 | | 20C | 15.50 - 16.50 | TCR : 99%, SCR : 40% RQD : 40% | | Yellow brown and greyish lensed SILTSTONE . | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 18.50 | 15.60 | 3.10 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 9 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 10/10/2011 |
| BORING LOCATION : E 462190.552, N 2898805.204 | DRILLER : Laiq | |
| ELEVATION : +3.54 NSD | | DATE COMPLETED: 13/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 3 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$ MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| -17 | | 21C | 16.50 - 17.50 | TCR : 99% SCR : 76% RQD : 67% | | Yellow brown and greyish lensed SILTSTONE . | | | | |
| -18 | | 22C | 17.50 - 18.50 | TCR : 98% SCR : 72% RQD : 66% | | | -14.96 | | | |
| -19 | | | | | | Bore hole terminated by 18.50m | | | | |
| -20 | | | | | | | | | | |
| -21 | | | | | | | | | | |
| -22 | | | | | | | | | | |
| -23 | | | | | | | | | | |
| -24 | | | | | | | | | | |

| SPT: Standard Penetration Test | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | | | | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 18.50 | 15.60 | 3.10 | |
| N.R: No Recovery | | | | |

W912ER-11-D-0010-0006

1349 of 1610
Government Rule 4 File

**A1777**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | BOREHOLE NO: BH - 10 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : D2 | DATE STARTED : 17/10/2011 |
| BORING LOCATION : E 461873.125, N 2898743.551 | DRILLER : Laiq | |
| ELEVATION : +2.61 NSD | | DATE COMPLETED: 19/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 1 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.10 | | | Asphalt | 2.51 | | | |
| | | 1B | 0.10 - 0.55 | 6-9-10-10-9 | 39 | Very dense, Type A fill material | 2.01 | | | |
| | | 2B | 0.60 - 1.05 | 4-4-4-4-5-5 | 18 | About 85 % of fine to coarse SAND with | | | | |
| -1 | | | | | | tracable gravel and few silt. Light brown, | | | | |
| | | 3B | 1.10 - 1.55 | 5-6-5-4-4-4 | 17 | medium dense, strong reaction to HCL | | | | |
| | | 4B | 1.60 - 2.05 | 3-5-7-9-9-9 | 34 | Dense, ————DO———————— | | | | |
| -2 | | | | | | | 0.51 | | | |
| | | 5B | 2.10 - 2.55 | 5-5-8-5-5-5 | 23 | About 85 % of fine to coarse SAND with | | | | |
| | | | | | | tracable gravel and few silt. Light grey, | | | | |
| | | 6B | 2.60 - 3.05 | 1-1-1-2-2-2 | 7 | loose to medium dense, strong | | | | |
| -3 | | | | | | reaction to HCL | | | | |
| | | 7B | 3.10 - 3.55 | 2-2-2-2-2-2 | 8 | | | | | |
| -4 | | | | | | | | | | |
| | | 8B | 4.00 - 4.45 | 5-7-7-7-8-7 | 29 | | | | | |
| -5 | | | | | | | | | | |
| | | 9B | 5.00 - 5.45 | 5-5-5-6-7-7 | 25 | | | | | |
| -6 | | | | | | | | | | |
| | | 10B | 6.00 - 6.45 | 5-6-5-4-4-7 | 20 | | | | | |
| -7 | | | | | | | | | | |
| | | 11B | 7.00 - 7.45 | 4-5-6-6-7-8 | 27 | | | | | |
| | | | 7.50 - 7.50 | | | | -4.89 | | | |
| | | 12C | 7.50 -8.50 | TCR : 100%, SCR : 56% RQD : 51% | | Light brown lensed SILTSTONE with embedded mudstone and a thin layer of limestone (7.50 - 7.90) | | | | |
| -8 | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 13.00 | 8.00 | 2.50 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 10 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 17/10/2011 |
| BORING LOCATION : E 461873.125, N 2898743.551 ELEVATION : +2.61 NSD | DRILLER : Laiq | DATE COMPLETED: 19/10/2011 |
| DRILLING METHOD : ROTARY SAMPLING METHOD: 50 mm SPLIT BARREL CORE BARREL : DOUBLE TUBE - T100 | TECHNICIAN : Syed | Sheet 2 of 2 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$ MPa | Penetration Resistance Blows/ 300 mm 10  20  30  40 |
|---|---|---|---|---|---|---|---|---|---|---|
| -9 | | 13C | 8.50 - 9.50 | TCR : 100% SCR : 37% RQD : 20% | | Light brown lensed SILTSTONE with embedded mudstone . Yellow brown, lensed with blocky siltstone having weak reaction to HCL. | -5.89 -6.89 | | | |
| -10 | | 14B | 9.50 - 9.95 | 6-8-11-10-7-8 | 36 | SM - Silty sand with gravel having weak reaction to HCL. Yellow brown, dense | -7.39 | | | - - - - |
| -11 | | 15C | 10.00 -11.00 | TCR : 100% SCR : 81% RQD : 52% | | Yellow brown, homogenous SILTSTONE having weak reaction to HCL. | | | | |
| -12 | | 16C | 11.00 - 12.00 | TCR : 100% SCR : 90% RQD : 85% | | | | | | |
| -13 | | 17C | 12.00 -13.00 | TCR : 100% SCR : 98% RQD : 98% | | | -10.39 | | | |
| -14 | | | | | | Borehole terminated by 13.00m | | | | |
| -15 | | | | | | | | | | |
| -16 | | | | | | | | | | |

| SPT: Standard Penetration Test TCR: Total Core Recovery RQD: Rock Quality Designation N.R: No Recovery | BORING DEPTH, m 13.00 | CASING DEPTH, m 8.00 | DEPTH TO WATER, m 2.50 | REMARKS: Diameter of the hole is 100 mm dia |
|---|---|---|---|---|



International Laboratory Services W.L.L

خدمات المختبر الدولية ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 11 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 15/10/2011 |
| BORING LOCATION : E 461983.379, N 2898897.188 | DRILLER : Laiq | |
| ELEVATION : +2.48 NSD | | DATE COMPLETED: 17/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 1 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | qu MPa | Penetration Resistance Blows/ 300 mm — 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.17 | | | Asphlat | 2.31 | | | |
| | | 1B | 0.17 - 0.45 | 26-27-33-29 | >62 | Very dense, Type A fill material | 1.98 | | | |
| | | 2B | 0.50 - 0.95 | 10-10-11-12-12-9 | 44 | About 85 % of fine to coarse SAND with | | | | |
| -1 | | | | | | tracable gravel and few silt. Light grey, | | | | |
| | | 3B | 1.00 - 1.45 | 18-11-12-12-12-11 | 47 | dense, strong reaction to HCL | | | | |
| | | | | | | ——DO ——, with little gravel. | | | | |
| | | 4B | 1.50 - 1.95 | 5-6-5-5-5-5 | 20 | ——DO ——, with traceble gravel. | | | | |
| -2 | | | | | | | 0.48 | | | |
| | | 5B | 2.00 - 2.45 | 8-7-6-6-5-5 | 22 | About 85 % of fine to coarse SAND with | | | | |
| | | 6B | 2.50 - 2.95 | 3-2-1-3-3-3 | 10 | tracable gravel and few silt. Light grey, medium dense, strong reaction to HCL | | | | |
| -3 | | 7B | 3.00 - 3.45 | 2-2-1-3-3-3 | 10 | | | | | |
| -4 | | | | | | | -1.52 | | | |
| | | 8B | 4.00 - 4.45 | 2-2-3-4-3-2 | 12 | Light grey, soft to firm SILT with mostly sand having strong reaction to HCL. ML- sandy silt | | | | |
| -5 | | 9B | 5.00 - 5.45 | 1-0-1-0-1-2 | 4 | | | | | |
| -6 | | | | | | | -3.52 | | | |
| | | 10B | 6.00 - 6.45 | 1-0-1-0-1-1 | 3 | Light grey, soft to firm SILT with few sand having strong reaction to HCL. ML- sandy silt | | | | |
| -7 | | 11B | 7.00 - 7.45 | 1-1-1-1-1-1 | 4 | | | | | |
| -8 | | | 8.00 - 8.00 | 100/Refusal | | | -5.52 | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 16.50 | 9.00 | 2.20 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L
خدمات المختبر الدولية ذ.م.م
Interlab

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 11 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 15/10/2011 |
| BORING LOCATION : E 461983.379, N 2898897.188 | DRILLER : Laiq | |
| ELEVATION : +2.48 NSD | | DATE COMPLETED: 17/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 2 of 3 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | qu MPa | Penetration Resistance Blows/ 300 mm 10  20  30  40 |
|---|---|---|---|---|---|---|---|---|---|---|
| -9 | | 12C | 8.00 - 9.00 | TCR : 61%  SCR : 36%  RQD : 32% | | Highly weathered, light grey, lensed SANDSTONE with poor RQD ad moderate strength. | -6.52 | | | |
| -10 | | 13C | 9.00 - 10.00 | TCR : 93%  SCR : 50%  RQD : 50% | | Yellow brown to light brown, lensed with occassional blocky SILTSTONE | -7.52 | | | |
| -11 | | 14B | 10.00 - 10.45 | 8-14-14-14-18-21 | 67 | Yellow brown, hard, SILT of intermediate plasticity with weak reaction to HCL. ( Very Weak SILTSTONE) ML- sandy silt | | | | |
| | | 15B | 11.00 - 11.30 | 16-19-34-51 | >85 | | -9.02 | | | |
| -12 | | | 11.50 - 11.50 | 100/Refusal | | Completely weathered, yellow brown, SILTSTONE with very low strength asd very poor quality RQD | | | | |
| | | 16C | 11.50 - 12.50 | TCR : 58%  SCR : NIL  RQD : NIL | | | -10.02 | | | |
| -13 | | 17C | 12.50 - 13.50 | TCR : 79%  SCR : 54%  RQD : 48% | | Moderately weathered, yellow brown, SILTSTONE embedded with mudstone having low to moderate strength | -11.02 | | | |
| -14 | | 18C | 13.50 - 14.50 | TCR : 100%  SCR : 41%  RQD : 32% | | Moderately weathered, yellow brown, SILTSTONE having low to moderate strength | | | | |
| -15 | | 19C | 14.50 - 15.50 | TCR : 82%  SCR : 22%  RQD : 14% | | | -13.02 | | | |
| -16 | | 20C | 15.50 - 16.50 | TCR : 100%, SCR : 87%  RQD : 75% | | Light grey, homogenous SILTSTONE | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 16.50 | 9.00 | 2.20 | |
| N.R: No Recovery | | | | |

**A1781**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 11 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 15/10/2011 |
| BORING LOCATION : E 461983.379, N 2898897.188 | DRILLER : Laiq | |
| ELEVATION : +2.48 NSD | | DATE COMPLETED: 17/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 3 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TCR : 100%, SCR : 87% RQD : 75% | | Light grey, homogenous SILTSTONE | -14.02 | | | |
| -17 | | | | | | Bore hole terminated by 16.50m | | | | |
| -18 | | | | | | | | | | |
| -19 | | | | | | | | | | |
| -20 | | | | | | | | | | |
| -21 | | | | | | | | | | |
| -22 | | | | | | | | | | |
| -23 | | | | | | | | | | |
| -24 | | | | | | | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 16.50 | 9.00 | 2.20 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 12 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 19/10/2011 |
| BORING LOCATION : E461959.894 , N 2898674.275 | DRILLER : Laiq | |
| ELEVATION : +3.91 NSD | | DATE COMPLETED: 22/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 1 of 2 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.15 | | | Asphalt | 3.76 | | | |
| | | 1B | 0.15 - 0.60 | 10-16-18-18-18-18 | 72 | Very dense, Type A fill material | 3.26 | | | |
| | | 2B | 0.65 - 1.10 | 4-6-21-29-23-18 | 91 | About 80-85 % of fine to coarse SAND with | | | | |
| -1 | | 3B | 1.15 - 1.60 | 8-12-20-20-18-19 | 77 | tracable gravel and few silt. light brown, dense to very dense, strong reaction to HCL | | | | |
| | | 4B | 1.65 - 2.10 | 5-10-9-9-11-13 | 42 | | | | | |
| -2 | | 5B | 2.15 - 2.60 | 5-8-11-11-11-11 | 44 | | | | | |
| | | 6B | 2.65 - 3.10 | 5-7-9-11-14-14 | 48 | | | | | |
| -3 | | 7B | 3.15 - 3.60 | 8-9-11-10-10-10 | 41 | | | | | |
| -4 | | | | | | | -0.09 | | | |
| | | 8B | 4.00 - 4.45 | 2-4-4-5-7-6 | 22 | About 60-70 % of fine to coarse SAND with few to tracable gravel and little silt. light grey, loose to medium dense, strong reaction to HCL | | | | |
| -5 | | 9B | 5.00 - 5.45 | 7-5-5-7-7-9 | 28 | | | | | |
| -6 | | | | | | | -2.09 | | | |
| | | 10B | 6.00 - 6.45 | 3-3-2-1-1-1 | 5 | Light grey, 50% SILT with mostly sand and few gravel having strong reaction to HCL. firm to stiff ML- sandy silt | | | | |
| -7 | | 11B | 7.00 - 7.45 | 8-6-5-3-2-2 | 12 | | | | | |
| -8 | | | 8.00 - 8.00 | 100/Refusal | | | -4.09 | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 16.00 | 9.00 | 3.28 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 12 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 19/10/2011 |
| BORING LOCATION : E461959.894 , N 2898674.275 | DRILLER : Laiq | |
| ELEVATION : +3.91 NSD | | DATE COMPLETED: 22/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 2 of 2 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | qu MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12C | 8.00 - 9.00 | TCR : 93% SCR : 7% RQD : 71% | | light grey and light brown, lensed, moderately weathered SANDSTONE | -4.49 | | | |
| -9 | | 13C | 9.00 - 10.00 | TCR : 96% SCR : 71% RQD : 71% | | Yellow brown, homogenous with occasional blocky SILTSTONE having very low to low strength. | | | | |
| -10 | | 14C | 10.00 - 11.00 | TCR : 100% SCR : 91% RQD : 91% | | | | | | |
| -11 | | 15C | 11.00 - 12.00 | TCR : 100% SCR : 33% RQD : 20% | | Yellow brown, lensed with blocky SILTSTONE having very low to low strength | -7.09 | | | |
| -12 | | 16C | 12.00 - 13.00 | TCR : 100% SCR : 57% RQD : 51% | | | | | | |
| -13 | | 17C | 13.00 - 14.00 | TCR : 100% SCR : 41% RQD : 35% | | | | | | |
| -14 | | 18C | 14.00 -15.00 | TCR : 91% SCR :44% RQD : 30% | | ——— DO ——— with occasional blocky grey Mudstone | -11.09 | | | |
| -15 | | 19C | 15.00 - 16.00 | TCR : 100% SCR : 80% RQD : 72% | | Yellow brown, lensed SILTSTONE having very low to low strength | | | | |
| -16 | | | | | | BOREHOLE TERMINATED BY 16.00m | -12.09 | | | |

| | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|
| SPT: Standard Penetration Test TCR: Total Core Recovery RQD: Rock Quality Designation N.R: No Recovery | 16.00 | 9.00 | 3.28 | Diameter of the hole is 100 mm dia |



**International Laboratory Services W.L.L**

خدمات المختبر الدولية ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 13 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 23/10/2011 |
| BORING LOCATION : E462082.678 , N 2898799.348 | DRILLER : Laiq | DATE COMPLETED: 25/10/2011 |
| ELEVATION : +3.81 NSD | | |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 1 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q₍₎ MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 - 0.15 | | | Asphalt | 3.66 | | | |
| | | 1B | 0.15 - 0.45 | 11-16-31-45 | >76 | Very dense, Type A fill material | 3.31 | | | |
| | | 2B | 0.50 - 0.95 | 10-15-19-16-11-11 | 57 | About85 % of fine to coarse SAND with | | | | |
| | | | | | | tracable gravel and little silt. | | | | |
| | | 3B | 1.00 - 1.45 | 4-6-8-6-8-9 | 31 | light brown, dense to very dense with , | | | | |
| | | | | | | occassional medium dense, strong reaction | | | | |
| | | 4B | 1.50 - 1.95 | 4-5-8-6-8-5 | 27 | to HCL. | | | | |
| | | 5B | 2.00 - 2.45 | 4-4-3-5-10-14 | 32 | | | | | |
| | | 6B | 2.50 - 2.95 | 5-10-11-11-11-12 | 45 | | | | | |
| | | 7B | 3.00 - 3.45 | 9-9-13-12-10-10 | 45 | | | | | |
| | | 8B | 4.00 - 4.45 | 7-8-8-8-8-8 | 32 | About85 % of fine to coarse SAND with | -0.19 | | | |
| | | | | | | tracable gravel and little silt. | | | | |
| | | | | | | light grey, medium dense to dense | | | | |
| | | | | | | strong reaction to HCL | | | | |
| | | 9B | 5.00 - 5.45 | 5-5-4-3-2-2 | 11 | | | | | |
| | | 10B | 6.00 - 6.45 | 4-3-3-2-3-2 | 10 | | | | | |
| | | 11B | 7.00 - 7.45 | 1-1-1-3-3-3 | 10 | About85 % of fine to coarse SAND with | -3.19 | | | |
| | | | | | | little silt. light grey, medium dense , | | | | |
| | | | | | | strong reaction to HCL | | | | |

| | | BORING DEPTH, m | CASING DEPTH, m | DEPTH TO WATER, m | REMARKS: |
|---|---|---|---|---|---|
| SPT: Standard Penetration Test | | | | | |
| TCR: Total Core Recovery | | | | | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | | 19.00 | 16.30 | 3.25 | |
| N.R: No Recovery | | | | | |



International Laboratory Services W.L.L

خدمات المختبر الدولية ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 13 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 23/10/2011 |
| BORING LOCATION : E462082.678 , N 2898799.348 | DRILLER : Laiq | |
| ELEVATION : +3.81 NSD | | DATE COMPLETED: 25/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | Sheet 2 of 3 |
| CORE BARREL : DOUBLE TUBE - T100 | | |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | q_u MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12B | 8.00 - 8.45 | 1-2-2-2-2-2 | 8 | About85 % of fine to coarse SAND with little silt. light grey, medium dense , strong reaction to HCL | -5.19 | | | |
| | | 13B | 9.00 - 9.45 | 1-1-2-2-2-2 | 8 | Light grey, soft to firm SILT with some sand having strong reaction to HCL. | -6.19 | | | |
| | | 14B | 10.00 - 10.30 | 2-3-4-50 | >54 | About 87% of fine to coarse SAND with little silt having strong reaction to HCL. | -6.49 | | | |
| | | 15C | 10.30 -11.00 | TCR : 83%, SCR : 56% RQD : 34% | | Highly weathered, light grey, SANDSTONE with moderate strength & poor RQD | -7.19 | | | |
| | | 16B | 11.00 - 11.45 | 6-5-5-5-6 | 21 | About85 % of fine to coarse SAND with little silt. light grey, medium dense strong reaction to HCL | | | | |
| | | 17B | 12.00 - 12.45 | 5-5-4-4-5-6 | 19 | | | | | |
| | | 18B | 13.00 - 13.45 | 4-3-3-4-8-8 | 23 | | -10.19 | | | |
| | | 19B | 14.00 - 14.45 | 6-11-11-11-11-14 | 47 | About85 % of fine to coarse SAND with little silt. light brwn, dense to very dense strong reaction to HCL | | | | |
| | | 20B | 15.00 - 15.45 | 8-14-17-16-16-14 | 63 | | -11.19 | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 19.00 | 16.30 | 3.25 | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## BOREHOLE LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | BOREHOLE NO: BH - 13 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DRILLING RIG : Rotary Drilling Rig TRD - 80 ( D2) | DATE STARTED : 23/10/2011 |
| BORING LOCATION : E462082.678 , N 2898799.348 | DRILLER : Laiq | |
| ELEVATION : +3.81 NSD | | DATE COMPLETED: 25/10/2011 |
| DRILLING METHOD : ROTARY | TECHNICIAN : Syed | |
| SAMPLING METHOD : 50 mm SPLIT BARREL | | |
| CORE BARREL : DOUBLE TUBE - T100 | | Sheet 3 of 3 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 21C | 16.00 - 17.00 | TCR : 97% SCR : 50% RQD : 45% | | Greenish brown, lensed with occassional blocky SILTSTONE having very low to low strength | | | | |
| -17 | | 22C | 17.00 - 18.00 | TCR : 96% SCR : 88% RQD : 88% | | | | | | |
| -18 | | 23C | 18.00 - 19.00 | TCR : 100% SCR : 91% RQD : 83% | | | | | | |
| -19 | | | | | | | -15.19 | | | |
| | | | | | | Bore Hole terminated by 19.00m | | | | |
| -20 | | | | | | | | | | |
| -21 | | | | | | | | | | |
| -22 | | | | | | | | | | |
| -23 | | | | | | | | | | |
| -24 | | | | | | | | | | |

| SPT: Standard Penetration Test | BORING | CASING | DEPTH TO | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | WATER, m | Diameter of the hole is 100 mm dia |
| RQD: Rock Quality Designation | 19.00 | 16.30 | 3.25 | |
| N.R: No Recovery | | | | |

## APPENDIX-A2



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## TRIAL PIT LOG

| CLIENT : | US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | Trial Pit No: TP - 1 |
|---|---|---|---|
| PROJECT: | Water front geo-technical project, Naval support activities, (NSA) | Technician : Tito | DATE STARTED :01/11/2011 |
| BORING LOCATION : | E 461835.224, N2898835.644 | | |
| ELEVATION : | +3.06 NSD | | DATE COMPLETED: 01/11/2011 |
| EXCAVATION : | JCB | | |
| | | | Sheet 1 of 1 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 0.00 - 0.10 | N/A | | Asphalt | 2.960 | | | |
| | | | 0.10 - 0.45 | N/A | | Type 'A' Fill Material | 2.610 | | | |
| | | 2B | 0.45 - 2.00 | | | About 70-75% of fine to coarse SAND with shells & few amount of silt and little amount of gravel . Light brown ( SP-SM) | | | | |
| | | | | | | | 1.060 | | | |
| | | | | | | Trial pit terminated at 2.0m | | | | |

| SPT: Standard Penetration Test | TRIAL PIT | CASING | Water Level | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | NSD, m | |
| RQD: Rock Quality Designation | 2.00 | N/A | N/A | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## TRIAL PIT LOG

| CLIENT : | US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | Trial Pit No: TP - 2 |
|---|---|---|---|
| PROJECT: | Water front geo-technical project, Naval support activities, (NSA) | Technician : Tito | DATE STARTED :01/11/2011 |
| BORING LOCATION : | E 461940.446, N2898937.320 | | |
| ELEVATION : | +3.08 NSD | | DATE COMPLETED: 01/11/2011 |
| EXCAVATION : | JCB | | |
| | | | Sheet 1 of 1 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_{u}$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 0.00 - 0.10 | N/A | | Asphalt | 2.980 | | | |
| | | | 0.10 - 0.45 | N/A | | Type 'A' Fill Material | 2.630 | | | |
| | | 2B | 0.45 - 2.00 | | | About 70-80% of fine to coarse SAND with shells , wood pieces & few amount of silt and little amount of gravel . Light brown (SP-SM) | | | | |
| | | | | | | | 1.080 | | | |
| | | | | | | Trial pit terminated at 2.0m | | | | |

| SPT: Standard Penetration Test | TRIAL PIT | CASING | Water Level | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | NSD, m | |
| RQD: Rock Quality Designation | 2.00 | N/A | N/A | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## TRIAL PIT LOG

| CLIENT : | US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | Trial Pit No: TP - 3 |
|---|---|---|---|

**PROJECT:** Water front geo-technical project, Naval support activities, (NSA)
**Technician : Tito**

**BORING LOCATION :** E 462031.397, N2898644.739
**ELEVATION :** +3.66 NSD
**EXCAVATION :** JCB

**DATE STARTED :** 02/11/2011
**DATE COMPLETED:** 02/11/2011

**Sheet 1 of 1**

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$ MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 0.00 - 0.14 | N/A | | Asphalt | 3.520 | | | |
| | | | 0.14 - 0.45 | N/A | | Type 'A' Fill Material | 3.210 | | | |
| | | 2B | 0.45 - 2.00 | | | About 70-80% of fine to coarse SAND with shells , wood pieces & few amount of silt and little amount of gravel . Light brown ( SP-SM) | | | | |
| | | | | | | | 1.660 | | | |
| | | | | | | Trial pit terminated at 2.0m | | | | |

| SPT: Standard Penetration Test | TRIAL PIT | CASING | Water Level | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | DEPTH, m | DEPTH, m | NSD, m | |
| RQD: Rock Quality Designation | 2.00 | N/A | N/A | |
| N.R: No Recovery | | | | |



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## TRIAL PIT LOG

| CLIENT : US ARMY CROPS OF ENGINEERS | PROJECT NO : ILS/G/2011/1264 | Trial Pit No: TP - 4 |
|---|---|---|
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | Technician : Tito | DATE STARTED :02/11/2011 |
| BORING LOCATION : E 462141.712, N2898753.995 | | |
| ELEVATION : +3.56 NSD | | DATE COMPLETED: 02/11/2011 |
| EXCAVATION : JCB | | |
| | | Sheet 1 of 1 |

| DEPTH, m | TYPE | SAMPLE NO | DEPTH, m | SPT | N | DESCRIPTION | STM. DT, m | SYMBOL | $q_u$, MPa | Penetration Resistance Blows/ 300 mm 10 20 30 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 0.00 - 0.10 | N/A | | Asphalt | 3.460 | | | |
| | | | 0.10 - 0.60 | N/A | | Type 'A' Fill Material | 2.960 | | | |
| | | 2B | 0.60 - 2.00 | | | About 70-80% of fine to coarse SAND with shells , wood pieces & few amount of silt and little amount of gravel . Light brown (SP-SM) | | | | |
| | | | | | | | 1.560 | | | |
| | | | | | | Trial pit terminated at 2.0m | | | | |

| SPT: Standard Penetration Test | TRIAL PIT DEPTH, m | CASING DEPTH, m | Water Level NSD, m | REMARKS: |
|---|---|---|---|---|
| TCR: Total Core Recovery | | | | |
| RQD: Rock Quality Designation | 2.00 | N/A | N/A | |
| N.R: No Recovery | | | | |

# APPENDIX-A3



BH – 1_1



BH – 1_2



BH – 2_1



BH – 3_1

**A1795**



BH – 4_1



BH – 4 & 7

**A1796**



**BH – 5_1**



**BH – 5_2**



BH – 6_1



BH – 7_1



BH – 8_1



BH – 9_1



BH – 10_1



BH – 11_1



**BH – 11_2**



**BH – 12_1**



**BH – 12_2**



**BH – 13_1**

**A1802**

# APPENDIX-B1



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration



## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 1
**Depth :** 0.55 - 1.00



GRADING CURVE

### Grading:

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 98.4 | 95.8 | 89.1 | 82.4 | 58.1 | 51.8 | 40.0 | 22.3 | 13.4 | 6.8 | 4.9 | 4.0 | 3.2 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 4.2 | 82.5 | 13.4 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.060 | 0.200 | 0.650 | 3.250 | 1.03 |

### Classification:

Based on ASTM D2487-10        **SM Silty SAND**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

Client: **US ARMY CROPS OF ENGINEERS**

Project: **Water front geo-technical project,**

**Naval support activities, (NSA)**

Project No : **ILS/G/11/1264**

Borehole No : **BH - 1**
Depth : **8.50 - 8.95**



GRADING CURVE

### Grading:

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 97.7 | 93.1 | 86.4 | 77.4 | 62.5 | 59.8 | 54.1 | 44.0 | 35.2 | 17.0 | 12.5 | 9.5 | 7.5 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% | | |
|---|---|---|---|---|---|---|---|
| ASTM | 6.9 | 57.9 | 35.2 | | - | | |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ | | |
| Value | 0.012 | 0.068 | 0.450 | 6.618 | 0.86 | | |

### Classification:

Based on ASTM D2487-10        **SM Silty SAND**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

Client: **US ARMY CROPS OF ENGINEERS**

Project: **Water front geo-technical project,**

**Naval support activities, (NSA)**

Project No : **ILS/G/11/1264**

Borehole No : **BH - 2**
Depth : **1.50 - 1.95**



**GRADING CURVE**

### Grading:

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 98.9 | 95.8 | 90.2 | 83.3 | 67.0 | 62.5 | 54.0 | 35.6 | 29.5 | 16.0 | 14.0 | 11.0 | 8.5 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 4.2 | 66.4 | 29.5 | | - |

| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
|---|---|---|---|---|---|
| Value | 0.0085 | 0.080 | 0.400 | 5.000 | 1.88 |

### Classification:

Based on ASTM D2487-10      **SM Silty SAND**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166

Client: **US ARMY CROPS OF ENGINEERS**

Project: **Water front geo-technical project,**

**Naval support activities, (NSA)**

Project No : **ILS/G/11/1264**

Borehole No : **BH - 2**
Depth : **5.00 - 5.45**



GRADING CURVE

### Grading:

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 98.8 | 88.3 | 86.2 | 85.5 | 85.3 | 85.1 | 83.9 | 62.7 | 8.2 | 6.0 | 5.5 | 4.5 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 1.2 | 36.1 | 62.7 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.050 | 0.058 | 0.075 | 1.293 | 0.90 |

### Classification:

Based on ASTM D2487-10  **ML Sandy Silt**



## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166



| | |
|---|---|
| Client: | **US ARMY CROPS OF ENGINEERS** |
| Project: | **Water front geo-technical project,** |
| | **Naval support activities, (NSA)** |
| Project No : | **ILS/G/11/1264** |
| Borehole No : | **BH - 2** |
| Depth : | **8.00 - 8.45** |



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 84.8 | 75.0 | 64.3 | 56.7 | 46.3 | 44.0 | 39.3 | 28.8 | 19.7 | 7.5 | 5.5 | 4.5 | 3.2 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 25.0 | 55.3 | 19.7 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.045 | 0.180 | 1.600 | 8.889 | 0.45 |

**Classification:**

Based on ASTM D2487-10          **SM Silty sand with gravel**



## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166



AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 2
**Depth :** 13.00 - 13.45



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 99.6 | 98.0 | 90.4 | 78.7 | 76.3 | 70.8 | 59.8 | 50.3 | 15.8 | 8.0 | 5.5 | 3.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.4 | 49.3 | 50.3 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.025 | 0.060 | 0.160 | 2.667 | 0.90 |

**Classification:**

Based on ASTM D2487-10  **ML Sandy Silt**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

Client: **US ARMY CROPS OF ENGINEERS**

Project: **Water front geo-technical project,**

**Naval support activities, (NSA)**

Project No : **ILS/G/11/1264**

Borehole No : **BH - 2**

Depth : **15.00 - 15.45**



GRADING CURVE



Particle Size, mm

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.9 | 99.7 | 99.3 | 99.1 | 98.8 | 97.6 | 93.6 | 37.5 | 18.0 | 10.0 | 7.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 6.4 | 93.6 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.010 | 0.035 | 0.048 | 1.371 | 2.55 |

**Classification:**

Based on ASTM D2487-10    **ML Sandy silt**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

| | |
|---|---|
| Client: | **US ARMY CROPS OF ENGINEERS** |
| Project: | **Water front geo-technical project,** |
| | **Naval support activities, (NSA)** |
| Project No : | **ILS/G/11/1264** |
| Borehole No : | **BH - 3** |
| Depth : | **1.50 - 1.95** |



### GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 93.7 | 86.8 | 79.0 | 71.2 | 51.0 | 47.1 | 39.2 | 22.7 | 13.4 | 5.5 | 4.1 | 3.5 | 2.5 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 13.2 | 73.5 | 13.4 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.062 | 0.200 | 0.800 | 4.000 | 0.81 |

### Classification:

Based on ASTM D2487-10    **SM Silty sand**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER



### AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 3
**Depth :** 6.00 - 6.45



**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 99.4 | 89.9 | 87.0 | 85.0 | 84.4 | 81.1 | 58.6 | 25.3 | 9.0 | 6.9 | 6.0 | 5.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% | | |
|---|---|---|---|---|---|---|---|
| **ASTM** | 0.6 | 74.0 | 25.3 | | - | | |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ | | |
| Value | 0.050 | 0.085 | 0.170 | 2.000 | 0.85 | | |

**Classification:**

Based on ASTM D2487-10     **SM Silty sand**

**A1812**



## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166



**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 3
**Depth :** 11.00 - 11.30



**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 98.9 | 97.9 | 96.3 | 95.9 | 95.1 | 93.7 | 92.3 | 55.0 | 33.0 | 18.0 | 15.0 |

| Particle: | GRAVEL,% | SAND,% | | SILT,% | | CLAY,% | | Peat,% | |
|---|---|---|---|---|---|---|---|---|---|
| ASTM | 0.0 | 7.7 | | | 92.3 | | | - | |
| Sizes | D10 | D30 | | D60 | | $C_u$ | | $C_c$ | |
| Value | 0.000 | 0.020 | | 0.055 | | 2.750 | | 0.00 | |

**Classification:**

Based on ASTM D2487-10      **CL Sandy lean clay**





## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166

**Client:**    **US ARMY CROPS OF ENGINEERS**

**Project:**    **Water front geo-technical project,**

          **Naval support activities, (NSA)**

**Project No :**    **ILS/G/11/1264**

**Borehole No :**    **BH - 4**

**Depth :**    **5.00 - 5.45**



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 99.3 | 93.3 | 84.6 | 76.9 | 62.2 | 58.9 | 51.9 | 36.9 | 12.9 | 3.5 | 2.7 | 2.1 | 2.1 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 6.7 | 80.3 | 12.9 | | - |

| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
|---|---|---|---|---|---|
| Value | 0.068 | 0.130 | 0.500 | 3.846 | 0.50 |

**Classification:**

Based on ASTM D2487-10      **SM Silty Sand**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 4
**Depth :** 11.50 - 11.95



GRADING CURVE

% Passing vs Particle Size, mm

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.9 | 99.6 | 99.2 | 99.2 | 99.1 | 98.4 | 94.2 | 36.0 | 15.0 | 10.0 | 7.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 5.8 | 94.2 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.010 | 0.039 | 0.060 | 1.538 | 2.54 |

**Classification:**

Based on ASTM D2487-10     ML  Sandy silt



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 5
**Depth :** 5.00 - 5.45



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.9 | 99.6 | 99.5 | 99.2 | 95.4 | 68.2 | 17.5 | 9.0 | 7.5 | 5.5 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 31.8 | 68.2 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.022 | 0.055 | 0.070 | 1.273 | 1.96 |

### Classification:

Based on ASTM D2487-10          ML   Sandy silt



## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 5

**Depth :** 9.73 - 10.13



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.9 | 95.6 | 88.6 | 87.6 | 85.2 | 80.9 | 77.9 | 45.0 | 27.0 | 10.0 | 6.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 22.1 | 77.9 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.010 | 0.023 | 0.060 | 2.609 | 0.88 |

**Classification:**

Based on ASTM D2487-10          **ML  Sandy silt**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER


AS PER ASTM D 2166

| | |
|---|---|
| Client: | **US ARMY CROPS OF ENGINEERS** |
| Project: | **Water front geo-technical project,** |
| | **Naval support activities, (NSA)** |
| Project No : | **ILS/G/11/1264** |
| Borehole No : | **BH - 6** |
| Depth : | **0.50 - 0.95** |



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 99.8 | 98.9 | 96.7 | 91.0 | 89.7 | 87.4 | 83.1 | 77.8 | 39.0 | 22.0 | 15.0 | 14.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.2 | 22.0 | 77.8 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.000 | 0.030 | 0.060 | 2.000 | 0.00 |

**Classification:**

Based on ASTM D2487-10          **CH Sandy fat clay**



## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166

| | |
|---|---|
| Client: | **US ARMY CROPS OF ENGINEERS** |
| Project: | **Water front geo-technical project,** |
| | **Naval support activities, (NSA)** |
| Project No : | **ILS/G/11/1264** |
| Borehole No : | **BH - 7** |
| Depth : | **0.50 - 0.95** |



**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 98.9 | 96.5 | 92.7 | 87.0 | 69.4 | 64.0 | 53.2 | 28.8 | 14.0 | 6.5 | 5.0 | 4.2 | 3.5 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 3.5 | 82.5 | 14.0 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.060 | 0.100 | 0.380 | 3.800 | 0.44 |

**Classification:**

Based on ASTM D2487-10      **SM Silty sand**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER



AS PER ASTM D 2166

| | |
|---|---|
| Client: | **US ARMY CROPS OF ENGINEERS** |
| Project: | **Water front geo-technical project,** |
| | **Naval support activities, (NSA)** |
| Project No : | **ILS/G/11/1264** |
| Borehole No : | **BH - 8** |
| Depth : | **4.00 - 4.45** |



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 89.5 | 81.1 | 71.9 | 64.7 | 53.7 | 51.5 | 46.9 | 38.6 | 33.7 | 17.2 | 11.0 | 8.0 | 7.0 |

| **Particle:** | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| **ASTM** | 18.9 | 47.5 | 33.7 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.020 | 0.070 | 0.900 | 12.857 | 0.27 |

**Classification:**  SC Clayey sand with gravel

Based on ASTM D2487-10



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER



AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 8
**Depth :** 8.00 - 8.45



**GRADING CURVE**

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.9 | 99.6 | 99.5 | 99.2 | 96.7 | 76.1 | 18.0 | 12.0 | 10.0 | 8.2 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% | | |
|---|---|---|---|---|---|---|---|
| ASTM | 0.0 | 23.9 | 76.1 | | - | | |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ | | |
| Value | 0.035 | 0.055 | 0.070 | 1.273 | 1.23 | | |

**Classification:**

Based on ASTM D2487-10          **ML Sandy silt**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration



## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

Client: **US ARMY CROPS OF ENGINEERS**

Project: **Water front geo-technical project,**

**Naval support activities, (NSA)**

Project No : **ILS/G/11/1264**

Borehole No : **BH - 8**
Depth : **15.00 - 15.45**



### Grading:

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.5 | 97.1 | 82.2 | 79.7 | 74.5 | 52.7 | 13.5 | 5.0 | 4.0 | 3.5 | 3.3 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 86.5 | 13.5 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.060 | 0.100 | 0.190 | 1.900 | 0.88 |

### Classification:

Based on ASTM D2487-10      **SM Silty sand**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration



## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

| | |
|---|---|
| Client: | US ARMY CROPS OF ENGINEERS |
| Project: | Water front geo-technical project, |
| | Naval support activities, (NSA) |
| Project No : | ILS/G/11/1264 |
| Borehole No : | BH - 9 |
| Depth : | 9.00 - 9.45 |



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.8 | 99.6 | 99.5 | 98.7 | 88.6 | 27.0 | 17.0 | 12.0 | 10.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 11.4 | 88.6 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.006 | 0.050 | 0.060 | 1.200 | 6.94 |

**Classification:**

Based on ASTM D2487-10 **ML Sandy silt**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 9
**Depth :** 15.00 - 15.45



GRADING CURVE

% Passing vs Particle Size, mm

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.8 | 99.8 | 99.6 | 99.2 | 98.6 | 55.0 | 40.0 | 30.0 | 26.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 1.4 | 98.6 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.000 | 0.010 | 0.052 | 5.200 | 0.00 |

### Classification:

Based on ASTM D2487-10          CL Sandy lean clay



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166

| | |
|---|---|
| **Client:** | **US ARMY CROPS OF ENGINEERS** |
| **Project:** | **Water front geo-technical project,** |
| | **Naval support activities, (NSA)** |
| **Project No :** | **ILS/G/11/1264** |
| **Borehole No :** | **BH - 10** |
| **Depth :** | **9.50 - 9.95** |



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 88.9 | 72.0 | 54.3 | 46.6 | 36.0 | 33.8 | 30.4 | 24.3 | 19.5 | 9.0 | 6.8 | 4.3 | 3.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| **ASTM** | 28.0 | 52.6 | 19.5 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.050 | 0.300 | 2.800 | 9.333 | 0.64 |

### Classification:

Based on ASTM D2487-10          **SM Silty sand with gravel**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER



AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 11

**Depth :** 4.00 - 4.45



**GRADING CURVE**

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 98.9 | 96.8 | 94.8 | 91.4 | 90.5 | 88.8 | 82.4 | 53.8 | 6.2 | 4.3 | 4.0 | 3.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| **ASTM** | 1.1 | 45.1 | 53.8 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.050 | 0.060 | 0.090 | 1.500 | 0.80 |

**Classification:**

Based on ASTM D2487-10  **ML Sandy SILT**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

AS PER ASTM D 2166

Client: **US ARMY CROPS OF ENGINEERS**

Project: **Water front geo-technical project,**

**Naval support activities, (NSA)**

Project No : **ILS/G/11/1264**

Borehole No : **BH - 11**
Depth : **6.00 - 6.45**



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.7 | 99.0 | 93.2 | 25.0 | 15.0 | 10.0 | 7.5 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 6.8 | 93.2 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.010 | 0.050 | 0.060 | 1.200 | 4.17 |

### Classification:

Based on ASTM D2487-10     **ML Sandy SILT**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## PARTICLE SIZE DISTRIBUTION BY HYDROMETER



AS PER ASTM D 2166

| | |
|---|---|
| Client: | **US ARMY CROPS OF ENGINEERS** |
| Project: | **Water front geo-technical project,** |
| | **Naval support activities, (NSA)** |
| Project No : | **ILS/G/11/1264** |
| Borehole No : | **BH - 11** |
| Depth : | **10.00 - 10.45** |



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 99.8 | 99.5 | 99.2 | 99.1 | 98.9 | 97.7 | 94.0 | 29.0 | 10.0 | 6.0 | 4.2 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% |
|---|---|---|---|---|---|
| ASTM | 0.0 | 6.0 | 94.0 | | - |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ |
| Value | 0.020 | 0.050 | 0.060 | 1.200 | 2.08 |

**Classification:**

Based on ASTM D2487-10     **ML Sandy SILT**


## PARTICLE SIZE DISTRIBUTION BY HYDROMETER

### AS PER ASTM D 2166

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project,

Naval support activities, (NSA)

**Project No :** ILS/G/11/1264

**Borehole No :** BH - 12
**Depth :** 6.00 - 6.45



GRADING CURVE

**Grading:**

| Sieve Size, mm | 75 | 50 | 25 | 9.5 | 4.75 | 2.0 | 1.18 | 0.6 | 0.425 | 0.3 | 0.15 | 0.075 | 0.05 | 0.02 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Passing | 100.0 | 100.0 | 100.0 | 99.7 | 96.6 | 95.0 | 93.9 | 90.3 | 89.0 | 85.6 | 73.1 | 54.3 | 12.0 | 9.0 | 8.0 | 7.0 |

| Particle: | GRAVEL,% | SAND,% | SILT,% | CLAY,% | Peat,% | | |
|---|---|---|---|---|---|---|---|
| ASTM | 3.4 | 42.3 | 54.3 | | - | | |
| Sizes | D10 | D30 | D60 | $C_u$ | $C_c$ | | |
| Value | 0.030 | 0.070 | 0.090 | 1.286 | 1.81 | | |

**Classification:**

Based on ASTM D2487-10     **ML Sandy SILT**

## APPENDIX-B2



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - Particle Size Distribution (Sieve Analysis)

Test Method - ASTM D6913-04 ( 2009 )

| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date | 10-11-2010 |
|---|---|---|---|
| Trial pit No : | TP - 1 ( 0.45 - 2.00) | Project Number | ILS/G/2011/1264 |
| Specimen selected from | Trial Pit | Boring No : | |
| Type of preparation of specimen | Oven-dried/Air-dried/As-received state | State of material when specimen selected | Moist/Air-dry/Oven |
| Oven dried samples broken by | Hand/ Pulverizer | | |
| Descrption of Sample | (SP-SM) Poorly graded Sand with silt and gravel. | | |

| Sieve Size in inches | Sieve Size | Cumulative % Retained $CMR_N$ (g) | % Passing, $PP_N$ | |
|---|---|---|---|---|
| 3 " | 75 mm | 0.0 | 100 | |
| 2" | 50 mm | 0.0 | 100 | |
| 1 1/2" | 37.5 mm | 3.1 | 97 | |
| 1" | 25.0 mm | 7.7 | 92 | |
| 3/4" | 20.0 mm | 12.7 | 87.3 | |
| 3/8" | 9.5 mm | 19.6 | 80.4 | |
| No.4 | 4.75 mm | 26.0 | 74.0 | |
| No.10 | 2.0 mm | 33.9 | 66.1 | |
| No.20 | 850 μm | 46.3 | 53.7 | |
| No.40 | 425 μm | 63.4 | 36.6 | |
| No.50 | 300 μm | 71.6 | 28.4 | |
| No.70 | 212 μm | 79.0 | 21.0 | |
| No.100 | 150 μm | 84.9 | 15.1 | |
| No.200 | 75 μm | 91.0 | 9.0 | |

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.

**Grading Curve**

% Passing vs Particle Size, mm

## SUMMARY :

| | | | | | |
|---|---|---|---|---|---|
| % of Cobbles = | 0 | $D_{60}$ = | 1.3 | $D_{85}$ = 17 | |
| % of Gravel = | 26.0 | $D_{30}$ = | 0.3 | $D_{15}$ = 0.17 | |
| % of Sand = | 65.0 | $D_{10}$ = | 0.09 | $D_{50}$ = 0.75 | |
| % of Fines = | 9.0 | | | | |

Coefficient of Curvature , $C_c = (D_{30})^2 / (D_{60} \times D_{10})$    0.769

Coefficient of Uniformity, $C_u = (D_{60}/D_{30})$    4.333



International Laboratory Services W.L.L
خدمات المختبر الدولية ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - Particle Size Distribution (Sieve Analysis)
Test Method - ASTM D6913-04 ( 2009)

| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date | 10-11-2010 |
|---|---|---|---|
| Trial pit No : | TP - 2 ( 0.45 - 2.00) | Project Number | ILS/G/2011/1264 |
| Specimen selected from | Trial Pit | Boring No : | |
| Type of preparation of specimen | Oven-dried/~~Air-dried/As-received state~~ | State of material when specimen selected | ~~Moist/Air-dry~~/Oven |
| Oven dried samples broken by | Hand/ Pulverizer | | |
| Descrption of Sample | (SP-SM) Poorly graded Sand with silt and gravel. | | |

| Sieve Size in inches | Sieve Size | Cumulative % Retained $CMR_N$ (g) | % Passing, $PP_N$ | |
|---|---|---|---|---|
| 3 " | 75 mm | 0.0 | 100 | |
| 2" | 50 mm | 0.0 | 100 | |
| 1 1/2" | 37.5 mm | 11.3 | 89 | |
| 1" | 25.0 mm | 11.3 | 89 | |
| 3/4" | 20.0 mm | 11.6 | 88.4 | |
| 3/8" | 9.5 mm | 13.8 | 86.2 | |
| No.4 | 4.75 mm | 16.8 | 83.2 | |
| No.10 | 2.0 mm | 21.9 | 78.1 | |
| No.20 | 850 μm | 32.4 | 67.6 | |
| No.40 | 425 μm | 50.5 | 49.5 | |
| No.50 | 300 μm | 60.8 | 39.2 | |
| No.70 | 212 μm | 72.9 | 27.1 | |
| No.100 | 150 μm | 83.4 | 16.6 | |
| No.200 | 75 μm | 92.8 | 7.2 | |

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.

### Grading Curve

[Graph: % Passing (y-axis, 0–100) vs Particle Size, mm (x-axis, 0.01–10)]

### SUMMARY :

| | | | | |
|---|---|---|---|---|
| % of Cobbles = | 0 | $D_{60}$ = 0.65 | $D_{85}$ = 7 | |
| % of Gravel = | 16.8 | $D_{30}$ = 0.13 | $D_{15}$ = 0.13 | |
| % of Sand = | 75.9 | $D_{10}$ = 0.095 | $D_{50}$ = 0.42 | |
| % of Fines = | 7.2 | | | |

Coefficient of Curvature , $C_c = (D_{30})^2/(D_{60} \times D_{10})$  0.274

Coefficient of Uniformity, $C_u = (D_{60}/D_{30})$  5.000

**A1832**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - Particle Size Distribution (Sieve Analysis)
Test Method - ASTM D6913-04 ( 2009)

| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date | 10-11-2010 |
|---|---|---|---|
| Trial pit No : | TP - 3 ( 0.45 - 2.00) | Project Number | ILS/G/2011/1264 |
| Specimen selected from | Trial Pit | Boring No : | |
| Type of preparation of specimen | Oven-dried/Air-dried/As-received state | State of material when specimen selected | Moist/Air-dry/Oven |
| Oven dried samples broken by | Hand/ Pulverizer | | |
| Descrption of Sample | (SP-SM) Poorly graded Sand with silt and gravel. | | |

| Sieve Size in inches | Sieve Size | Cumulative % Retained $CMR_N$ (g) | % Passing, $PP_N$ | |
|---|---|---|---|---|
| 3 " | 75 mm | 0.0 | 100 | |
| 2" | 50 mm | 8.8 | 91 | |
| 1 1/2" | 37.5 mm | 12.2 | 88 | |
| 1" | 25.0 mm | 17.0 | 83 | |
| 3/4" | 20.0 mm | 19.9 | 80.1 | |
| 3/8" | 9.5 mm | 27.3 | 72.7 | |
| No.4 | 4.75 mm | 34.8 | 65.2 | |
| No.10 | 2.0 mm | 43.9 | 56.1 | |
| No.20 | 850 μm | 56.9 | 43.1 | |
| No.40 | 425 μm | 75.4 | 24.6 | |
| No.50 | 300 μm | 83.5 | 16.5 | |
| No.70 | 212 μm | 88.8 | 11.2 | |
| No.100 | 150 μm | 92.2 | 7.8 | |
| No.200 | 75 μm | 95.3 | 4.7 | |

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



SUMMARY :

| | | | |
|---|---|---|---|
| % of Cobbles = | 0 | $D_{60}$ = 3 | $D_{85}$ = 12 |
| % of Gravel = | 34.8 | $D_{30}$ = 0.5 | $D_{15}$ = 0.25 |
| % of Sand = | 60.5 | $D_{10}$ = 0.19 | $D_{50}$ = 1.4 |
| % of Fines = | 4.7 | | |

Coefficient of Curvature , $C_c = (D_{30})^2/(D_{60} \times D_{10})$    0.439

Coefficient of Uniformity, $C_u = (D_{60}/D_{30})$    6.000

**A1833**



## Test Report - Particle Size Distribution (Sieve Analysis)

Test Method - ASTM D6913-04 ( 2009)

| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date | 10-11-2010 |
|---|---|---|---|
| Trial pit No : | TP - 4 ( 0.60 - 2.00) | Project Number | ILS/G/2011/1264 |
| Specimen selected from | Trial Pit | Boring No : | |
| Type of preparation of specimen | Oven-dried/Air-dried/As-received state | State of material when specimen selected | Moist/Air-dry/Oven |
| Oven dried samples broken by | Hand/ Pulverizer | | |
| Descrption of Sample | (SP-SM) Poorly graded Sand with silt and gravel. | | |

| Sieve Size in inches | Sieve Size | Cumulative % Retained $CMR_N$ (g) | % Passing, $PP_N$ | |
|---|---|---|---|---|
| 3 " | 75 mm | 0.0 | 100 | |
| 2" | 50 mm | 0.0 | 100 | |
| 1 1/2" | 37.5 mm | 0.0 | 100 | |
| 1" | 25.0 mm | 0.0 | 100 | |
| 3/4" | 20.0 mm | 0.4 | 99.6 | |
| 3/8" | 9.5 mm | 2.1 | 97.9 | |
| No.4 | 4.75 mm | 3.4 | 96.6 | |
| No.10 | 2.0 mm | 7.5 | 92.5 | |
| No.20 | 850 µm | 21.5 | 78.5 | |
| No.40 | 425 µm | 41.4 | 58.6 | |
| No.50 | 300 µm | 51.2 | 48.8 | |
| No.70 | 212 µm | 65.5 | 34.5 | |
| No.100 | 150 µm | 84.4 | 15.6 | |
| No.200 | 75 µm | 97.1 | 2.9 | |

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.

**Grading Curve**

(plot of % Passing vs Particle Size, mm)

### SUMMARY :

| | | | |
|---|---|---|---|
| % of Cobbles = | 0 | $D_{60}$ = 0.45 | $D_{85}$ = 1.5 |
| % of Gravel = | 3.4 | $D_{30}$ = 0.2 | $D_{15}$ = 0.14 |
| % of Sand = | 93.7 | $D_{10}$ = 0.12 | $D_{50}$ = 0.3 |
| % of Fines = | 2.9 | | |

Coefficient of Curvature , $C_c = (D_{30})^2/(D_{60} \times D_{10})$     0.741

Coefficient of Uniformity, $C_u = (D_{60}/D_{30})$     2.250

## APPENDIX-B3



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

| | Amount of Material in soils finer than No 200 ( 75μm) As Per ASTM : D 1140 | | | | | |
|---|---|---|---|---|---|

CLIENT:   US ARMY CROPS OF ENGINEERS

PROJECT: Water front geo-technical project,   Naval support activities, (NSA)

JOB NO:   ILS/G/2011/1264

Soaking time  for material : 12Hrs

| S.NO | BH.NO | DEPTH, m | Intial Dry mass ( gms) | Retain on No .200 sieve ( 75μm) | % passing on No.200 ( 75μm) |
|---|---|---|---|---|---|
| 1 | 1 | 0.55 - 1.00 | 269.5 | 233.5 | 13.4 |
| 2 | 1 | 8.50 - 8.95 | 265.6 | 171.8 | 35.3 |
| 3 | 2 | 1.50 - 1.95 | 146.5 | 103.1 | 29.6 |
| 4 | 2 | 5.00 - 5.45 | 97.3 | 36.3 | 62.7 |
| 5 | 2 | 8.00 - 8.45 | 246.5 | 198 | 19.7 |
| 6 | 2 | 13.00 - 13.45 | 244.4 | 121.5 | 50.3 |
| 7 | 2 | 15.00 - 15.45 | 331.2 | 21.1 | 93.6 |
| 8 | 3 | 1.50 - 1.95 | 207.1 | 179.3 | 13.4 |
| 9 | 3 | 6.00 - 6.45 | 129.3 | 96.5 | 25.4 |
| 10 | 3 | 11.00 - 11.30 | 132.3 | 10.1 | 92.4 |
| 11 | 4 | 5.00 - 5.45 | 175.3 | 152.6 | 12.9 |
| 12 | 4 | 11.50 - 11.95 | 190.8 | 11.2 | 94.1 |
| 13 | 5 | 5.00 - 5.45 | 173.5 | 55.2 | 68.2 |
| 14 | 5 | 9.73 - 10.13 | 146.4 | 32.3 | 77.9 |
| 15 | 6 | 0.50 - 0.95 | 128 | 28.5 | 77.7 |
| 16 | 7 | 0.50 - 0.95 | 210.8 | 181.2 | 14.0 |
| 17 | 8 | 4.00 - 4.45 | 145.6 | 96.5 | 33.7 |
| 18 | 8 | 8.00 - 8.45 | 190.5 | 45.5 | 76.1 |
| 19 | 8 | 15.00 - 15.45 | 350.1 | 303 | 13.5 |
| 20 | 9 | 9.00 - 9.45 | 150.6 | 17.2 | 88.6 |
| 21 | 9 | 15.00 - 15.45 | 155 | 2.1 | 98.6 |
| 22 | 10 | 9.50 - 9.95 | 420 | 338.1 | 19.5 |
| 23 | 11 | 4.00 - 4.45 | 148.4 | 68.5 | 53.8 |
| 24 | 11 | 6.00 - 6.45 | 253.2 | 17.2 | 93.2 |
| 25 | 11 | 10.00 - 10.45 | 152.6 | 9.1 | 94.0 |
| 26 | 12 | 6.00 - 6.45 | 215.3 | 98.3 | 54.3 |

Remarks : The dry mass determined directly

**APPENDIX-B4**



## ATTERBERG LIMITS

JOB NO: ILS/G/2011/1264

CLIENT: US ARMY CROPS OF ENGINEERS

PROJECT: Water front geo-technical project, Naval support activities, (NSA)

| Bore hole NO | DEPTH, m | LIQUID LIMIT, % | PLASTIC LIMIT, % | PLASTICITY INDEX | DESCRIPTION OF SAMPLE |
|---|---|---|---|---|---|
| 1 | 0.55 - 1.00 | NP | NP | NP | SAND |
| 1 | 8.50 - 8.95 | NP | NP | NP | SAND |
| 2 | 1.50 - 1.95 | 79 | 33 | 46 | SAND |
| 2 | 8.00 - 8.45 | NP | NP | NP | SAND |
| 2 | 13.00 - 13.45 | 20 | NP | NP | Non- plastic SILT |
| 2 | 15.00 - 15.45 | 35 | 27 | 8 | SILT of Intermediate plasticity |
| 3 | 1.50 - 1.95 | NP | NP | NP | SAND |
| 3 | 6.00 - 6.45 | NP | NP | NP | SAND |
| 3 | 11.00 - 11.45 | 38 | 23 | 15 | CLAY of Intermediate plasticity |
| 4 | 5.00 - 5.45 | NP | NP | NP | SAND |
| 4 | 11.50 - 11.95 | 39 | 27 | 12 | SILT of Intermediate plasticity |
| 5 | 5.00 - 5.45 | 28 | 23 | 5 | SILT of low plasticity |
| 5 | 9.73 - 10.13 | 42 | 33 | 9 | SILT of Intermediate plasticity |
| 6 | 0.50 - 0.95 | 67 | 30 | 37 | CLAY of high plasticity |
| 7 | 0.50 - 0.95 | NP | NP | NP | SAND |
| 8 | 4.00 - 4.45 | 31 | 19 | 12 | CLAY of low plasticity |
| 8 | 8.00 - 8.45 | 28 | NP | NP | Non- plastic SILT |
| 8 | 15.00 - 15.45 | NP | NP | NP | SAND |
| 9 | 9.00 - 9.45 | 38 | 25 | 3 | SILT of Intermediate plasticity |
| 9 | 15.00 - 15.45 | 154 | 41 | 113 | CLAY of extremely high plasticity |
| 10 | 9.50 - 9.95 | 23 | NP | NP | GRAVEL |
| 11 | 4.00 - 4.45 | 23 | NP | NP | Non- plastic SILT |
| 11 | 6.00 - 6.45 | 34 | NP | NP | Non- plastic SILT |
| 11 | 10.00 - 10.45 | 39 | 32 | 7 | SILT of Intermediate plasticity |
| 12 | 6.00 - 6.45 | 28 | NP | NP | Non- plastic SILT |

Page 111

W912ER-11-D-0010-0006

**A1838**

## APPENDIX-B5



International Laboratory Services W.L.L
خدمات المختبر الدولية ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNCONFINED COMPRESSIVE STRENGTH OF COHESIVE SOIL
### As Per ASTM : D 2166-06

| | | |
|---|---|---|
| CLIENT: US ARMY CROPS OF ENGINEERS | BH NO: | Bh -2 |
| PROJECT: Water front geo-technical project, | DEPTH: | 15.00 - 15.45 |
| Naval support activities, (NSA) | JOB NO: | ILS/G/2011/1264 |

**Loading rate : 0.178mm/minute**

**Specimen Preparation : Remoulded**

| | | | | | | |
|---|---|---|---|---|---|---|
| Length: (L₀) | 80 | mm | Volume:(Vo) 77.0 cm³ | Bulk Density: | 2254 | kg/m³ |
| Area: (A₀) | 962 | mm² | Weight: 173.5 g | Dry Density: | 1809 | kg/m³ |
| Diameter: (Do) | 35 | mm | | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| Container No : | GL-14 | Wt. of Container | 135.98 | g |
| Wt. of Container + Wet Soil: | 306.4 g | Wt. of Water: | 33.6 | g |
| Wt. of Container + Dry Soil: | 272.8 g | Water Conter | 24.56 | % |

| Time | Strain, mm | Load Dial Reading | | Load, N | Axial Strain, % | Corrected Area (A), mm² | UCS σᵤ, kPa | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | Dial | Calibration Factor, N/div | | | | | |
| 1.07 pm | 0.0 | 0.0 | 46.41 | 0.00 | 0.000 | 0.0 | 0.0 | |
| | 0.5 | 0.0 | 46.41 | 0.00 | 0.625 | 968.3 | 0.0 | |
| | 1.0 | 0.5 | 46.41 | 23.21 | 1.250 | 974.4 | 23.8 | |
| | 1.0 | 1.0 | 46.41 | 46.41 | 1.250 | 974.4 | 47.6 | |
| | 2.0 | 1.5 | 46.41 | 69.62 | 2.500 | 986.9 | 70.5 | |
| | 2.5 | 2.0 | 46.41 | 92.82 | 3.125 | 993.3 | 93.4 | |
| | 3.0 | 2.5 | 46.41 | 116.03 | 3.750 | 999.7 | 116.1 | |
| | 3.5 | 3.0 | 46.41 | 139.23 | 4.375 | 1006.3 | 138.4 | |
| | 4.0 | 4.0 | 46.41 | 185.64 | 5.000 | 1012.9 | 183.3 | |
| | 4.5 | 5.0 | 46.41 | 232.05 | 5.625 | 1019.6 | 227.6 | |
| | 5.0 | 6.0 | 46.41 | 278.46 | 6.250 | 1026.4 | 271.3 | |
| | 5.5 | 7.0 | 46.41 | 324.87 | 6.875 | 1033.3 | 314.4 | |
| | 6.0 | 7.0 | 46.41 | 324.87 | 7.500 | 1040.3 | 312.3 | |
| | 6.5 | 7.5 | 46.41 | 348.08 | 8.125 | 1047.3 | 332.3 | |
| | 7.0 | 7.5 | 46.41 | 348.08 | 8.750 | 1054.5 | 330.1 | |
| | 7.5 | 6.0 | 46.41 | 278.46 | 9.375 | 1061.8 | 262.3 | |
| 1.16 pm | 7.9 | 4.5 | 46.41 | 208.85 | 9.813 | 1066.9 | 195.7 | |

**UCS VALUE = 332.3 Kpa**



Type of failure :
1 - Bulge
2 - Single Shear Plane
✓ 3 - Multi Shear Plane
4 - Vertical Fracture

Page 113

W912ER-11-D-0010-0006

**A1840**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNCONFINED COMPRESSIVE STRENGTH OF COHESIVE SOIL
### As Per ASTM : D 2166-06

| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh -3 |
|---|---|---|---|
| PROJECT: | Water front geo-technical project, | DEPTH: | 11.00 - 11.30 |
| | Naval support activities, (NSA) | JOB NO: | ILS/G/2011/1264 |

Loading rate : 0.178mm/minute          Specimen Preparation : Remoulded

| Length: ($L_o$) | 80 | mm | Volume:($V_o$) | 77.0 | cm³ | | Bulk Density: | 2170 | kg/m³ |
|---|---|---|---|---|---|---|---|---|---|
| Area: ($A_o$) | 962 | mm² | Weight: | 167.1 | g | | Dry Density: | 1742 | kg/m³ |
| Diameter: (Do) | 35 | mm | | | | | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| Container No : | GL-15 | Wt. of Contaii | 132.8 | g |
| Wt. of Container + Wet Soil: | 296.8 g | Wt. of Water: | 32.4 | g |
| Wt. of Container + Dry Soil: | 264.4 g | Water Conter | 24.62 | % |

| Time | Strain, mm | Load Dial Reading Dial | Load Dial Reading Calibration Factor, N/div | Load, N | Axial Strain, % | Corrected Area (A), mm² | UCS $\sigma_u$, kPa | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1.57 pm | 0.0 | 0.0 | 46.41 | 0.00 | 0.000 | 0.0 | 0.0 | |
| | 0.5 | 1.0 | 46.41 | 46.41 | 0.625 | 968.3 | 47.9 | |
| | 1.0 | 2.0 | 46.41 | 92.82 | 1.250 | 974.4 | 95.3 | |
| | 1.5 | 2.5 | 46.41 | 116.03 | 1.875 | 980.6 | 118.3 | |
| | 2.0 | 3.0 | 46.41 | 139.23 | 2.500 | 986.9 | 141.1 | |
| | 2.5 | 3.5 | 46.41 | 162.44 | 3.125 | 993.3 | 163.5 | |
| | 3.0 | 4.0 | 46.41 | 185.64 | 3.750 | 999.7 | 185.7 | |
| | 3.5 | 4.0 | 46.41 | 185.64 | 4.375 | 1006.3 | 184.5 | |
| | 4.0 | 4.0 | 46.41 | 185.64 | 5.000 | 1012.9 | 183.3 | |
| | 4.5 | 4.5 | 46.41 | 208.85 | 5.625 | 1019.6 | 204.8 | |
| | 5.0 | 4.5 | 46.41 | 208.85 | 6.250 | 1026.4 | 203.5 | |
| | 5.5 | 4.5 | 46.41 | 208.85 | 6.875 | 1033.3 | 202.1 | |
| | 6.0 | 4.5 | 46.41 | 208.85 | 7.500 | 1040.3 | 200.8 | |
| | 6.5 | 5.0 | 46.41 | 232.05 | 8.125 | 1047.3 | 221.6 | |
| | 7.0 | 5.0 | 46.41 | 232.05 | 8.750 | 1054.5 | 220.1 | |
| | 7.5 | 5.0 | 46.41 | 232.05 | 9.375 | 1061.8 | 218.5 | |
| | 8.0 | 4.5 | 46.41 | 208.85 | 10.000 | 1069.2 | 195.3 | |
| 2.06 pm | 8.50 | 4.0 | 46.41 | 185.64 | 10.625 | 1076.6 | 172.4 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**UCS VALUE =**   221.6 Kpa



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ 4- Vertical Fracture

Page 114
W912ER-11-D-0010-0006



# International Laboratory Services W.L.L

خدمات المختبر الدولية ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNCONFINED COMPRESSIVE STRENGTH OF COHESIVE SOIL
### As Per ASTM : D 2166-06

| | | |
|---|---|---|
| CLIENT: US ARMY CROPS OF ENGINEERS | BH NO: | Bh -5 |
| PROJECT: Water front geo-technical project, | DEPTH: | 9.73 - 10.13 |
| Naval support activities, (NSA) | JOB NO: | ILS/G/2011/1264 |

Loading rate : 0.178mm/minute     Specimen Preparation : Remoulded

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Length: ($L_o$) | 85 | mm | Volume:(Vo) | 81.8 | $cm^3$ | Bulk Density: 2165 kg/$m^3$ |
| Area: ($A_o$) | 962 | $mm^2$ | Weight: | 177.1 g | | Dry Density: 1694 kg/$m^3$ |
| Diameter: (Do) | 35 | mm | | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| Container No : | Geo-3 | Wt. of Container | 126.7 | g |
| Wt. of Container + Wet Soil: | 299.8 g | Wt. of Water: | 37.7 | g |
| Wt. of Container + Dry Soil: | 262.1 g | Water Conter | 27.84 | % |

| Time | Strain, mm | Load Dial Reading Dial | Load Dial Reading Calibration Factor, N/div | Load, N | Axial Strain, % | Corrected Area (A), $mm^2$ | UCS $\sigma_u$, kPa | Remarks |
|---|---|---|---|---|---|---|---|---|
| 2.13 pm | 0.0 | 0.0 | 46.41 | 0.00 | 0.000 | 0.0 | 0.0 | |
| | 0.5 | 1.5 | 46.41 | 69.62 | 0.625 | 968.3 | 71.9 | |
| | 1.0 | 3.0 | 46.41 | 139.23 | 1.250 | 974.4 | 142.9 | |
| | 1.5 | 5.0 | 46.41 | 232.05 | 1.875 | 980.6 | 236.6 | |
| | 2.0 | 9.0 | 46.41 | 417.69 | 2.500 | 986.9 | 423.2 | |
| | 2.5 | 13.0 | 46.41 | 603.33 | 3.125 | 993.3 | 607.4 | |
| | 3.0 | 14.0 | 46.41 | 649.74 | 3.750 | 999.7 | 649.9 | |
| | 3.5 | 13.0 | 46.41 | 603.33 | 4.375 | 1006.3 | 599.6 | |
| | 4.0 | 9.0 | 46.41 | 417.69 | 5.000 | 1012.9 | 412.4 | |
| 2.18 pm | 4.1 | 2.0 | 46.41 | 92.82 | 5.163 | 1014.6 | 91.5 | |

**UCS VALUE =     649.9 Kpa**



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ 4- Vertical Fracture



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNCONFINED COMPRESSIVE STRENGTH OF COHESIVE SOIL
### As Per ASTM : D 2166-06

| | | | |
|---|---|---|---|
| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh -4 |
| PROJECT: | Water front geo-technical project, | DEPTH: | 11.50 - 11.95 |
| | Naval support activities, (NSA) | JOB NO: | ILS/G/2011/1264 |

Loading rate : 0.178mm/minute                    Specimen Preparation : Remoulded

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Length: ($L_o$) | 80 | mm | Volume:(Vo) | 77.0 | cm³ | Bulk Density: | 2344 | kg/m³ |
| Area: ($A_o$) | 962 | mm² | Weight: | 180.4 g | | Dry Density: | 1841 | kg/m³ |
| Diameter: (Do) | 35 | mm | | | | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| Container No : | K-22 | | Wt. of Containᴇᵣ | 62.2 g |
| Wt. of Container + Wet Soil: | 241.6 g | | Wt. of Water: | 38.52 g |
| Wt. of Container + Dry Soil: | 203.1 g | | Water Contᴇʳ | 27.34 % |

| Time | Strain, mm | Load Dial Reading | | Load, N | Axial Strain, % | Corrected Area (A), mm² | UCS σ$_u$, kPa | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | Dial | Calibration Factor, N/div | | | | | |
| 8.40 am | 0.0 | 0.0 | 46.41 | 0.00 | 0.000 | 0.0 | 0.0 | |
| | 0.5 | 0.0 | 46.41 | 0.00 | 0.625 | 968.3 | 0.0 | |
| | 1.0 | 0.5 | 46.41 | 23.21 | 1.250 | 974.4 | 23.8 | |
| | 1.5 | 1.0 | 46.41 | 46.41 | 1.875 | 980.6 | 47.3 | |
| | 2.0 | 2.0 | 46.41 | 92.82 | 2.500 | 986.9 | 94.1 | |
| | 3.0 | 3.0 | 46.41 | 139.23 | 3.750 | 999.7 | 139.3 | |
| | 3.5 | 4.0 | 46.41 | 185.64 | 4.375 | 1006.3 | 184.5 | |
| | 4.0 | 5.0 | 46.41 | 232.05 | 5.000 | 1012.9 | 229.1 | |
| | 4.5 | 6.0 | 46.41 | 278.46 | 5.625 | 1019.6 | 273.1 | |
| | 5.0 | 6.5 | 46.41 | 301.67 | 6.250 | 1026.4 | 293.9 | |
| | 5.5 | 7.0 | 46.41 | 324.87 | 6.875 | 1033.3 | 314.4 | |
| | 5.5 | 7.0 | 46.41 | 324.87 | 6.875 | 1033.3 | 314.4 | |
| | 6.0 | 6.5 | 46.41 | 301.67 | 7.500 | 1040.3 | 290.0 | |
| | 6.5 | 5.5 | 46.41 | 255.26 | 8.125 | 1047.3 | 243.7 | |
| 8.49 am | 7.0 | 4.0 | 46.41 | 185.64 | 8.750 | 1054.5 | 176.0 | |

**UCS VALUE =** 314.4 Kpa

Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ 4- Vertical Fracture



International Laboratory Services W.L.L

خدمات المختبر الدولية ذ.م.م

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNCONFINED COMPRESSIVE STRENGTH OF COHESIVE SOIL
### As Per ASTM : D 2166-06

| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh -9 |
|---|---|---|---|
| PROJECT: | Water front geo-technical project, | DEPTH: | 15.00 - 15.45 |
| | Naval support activities, (NSA) | JOB NO: | ILS/G/2011/1264 |

Loading rate : 0.178mm/minute

Specimen Preparation : Remoulded

| | | | | | | |
|---|---|---|---|---|---|---|
| Length: $(L_o)$ | 80 | mm | Volume:$(V_o)$ 77.0 cm³ | | Bulk Density: | 1980 kg/m³ |
| Area: $(A_o)$ | 962 | mm² | Weight: 152.4 g | | Dry Density: | 1352 kg/m³ |
| Diameter: $(D_o)$ | 35 | mm | | | | |

**WATER CONTENT DATA**

| | | | |
|---|---|---|---|
| Container No : | S-11 | Wt. of Containe | 79.36 g |
| Wt. of Container + Wet Soil: | 230.47 g | Wt. of Water: | 47.96 g |
| Wt. of Container + Dry Soil: | 182.5 g | Water Conter | **46.50** % |

| Time | Strain, mm | Load Dial Reading Dial | Load Dial Reading Calibration Factor, N/div | Load, N | Axial Strain, % | Corrected Area (A), mm² | UCS $\sigma_u$, kPa | Remarks |
|---|---|---|---|---|---|---|---|---|
| 8.40 am | 0.0 | 0.0 | 46.41 | 0.00 | 0.000 | 0.0 | 0.0 | |
| | 0.5 | 0.0 | 46.41 | 0.00 | 0.625 | 968.3 | 0.0 | |
| | 1.0 | 1.0 | 46.41 | 46.41 | 1.250 | 974.4 | 47.6 | |
| | 1.5 | 2.0 | 46.41 | 92.82 | 1.875 | 980.6 | 94.7 | |
| | 2.0 | 3.0 | 46.41 | 139.23 | 2.500 | 986.9 | 141.1 | |
| | 2.5 | 4.0 | 46.41 | 185.64 | 3.125 | 993.3 | 186.9 | |
| | 3.0 | 5.0 | 46.41 | 232.05 | 3.750 | 999.7 | 232.1 | |
| | 3.5 | 6.0 | 46.41 | 278.46 | 4.375 | 1006.3 | 276.7 | |
| | 4.0 | 6.5 | 46.41 | 301.67 | 5.000 | 1012.9 | 297.8 | |
| | 4.5 | 7.0 | 46.41 | 324.87 | 5.625 | 1019.6 | 318.6 | |
| | 5.0 | 7.5 | 46.41 | 348.08 | 6.250 | 1026.4 | 339.1 | |
| | 5.5 | 8.0 | 46.41 | 371.28 | 6.875 | 1033.3 | 359.3 | |
| | 6.0 | 8.0 | 46.41 | 371.28 | 7.500 | 1040.3 | 356.9 | |
| | 6.5 | 8.5 | 46.41 | 394.49 | 8.125 | 1047.3 | 376.7 | |
| 8.49 am | 7.0 | 9.0 | 46.41 | 417.69 | 8.750 | 1054.5 | 396.1 | |
| | 7.5 | 9.0 | 46.41 | 417.69 | 9.375 | 1061.8 | 393.4 | |
| | 8.0 | 8.0 | 46.41 | 371.28 | 10.000 | 1069.2 | 347.3 | |
| | 8.50 | 6.0 | 46.41 | 278.46 | 10.625 | 1076.6 | 258.6 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

UCS VALUE = 396.1 Kpa

Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ 4- Vertical Fracture



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNCONFINED COMPRESSIVE STRENGTH OF COHESIVE SOIL
### As Per ASTM : D 2166-06

CLIENT: US ARMY CROPS OF ENGINEERS  BH NO: Bh -11
PROJECT: Water front geo-technical project,  DEPTH: 4.00 - 4.45
Naval support activities, (NSA)  JOB NO: ILS/G/2011/1264

Loading rate : 0.178mm/minute  Specimen Preparation : Remoulded

| Length: ($L_o$) | 85 | mm | Volume:(Vo) | 96.4 | cm³ | | Bulk Density: | 1895 | kg/m³ |
| Area: ($A_o$) | 1134 | mm² | Weight: | 182.7 g | | | Dry Density: | 1558 | kg/m³ |
| Diameter: (Do) | 38 | mm | | | | | | | |

WATER CONTENT DATA

| Container No : | K-19 | Wt. of Contair | 60.01 | g |
| Wt. of Container + Wet Soil: | 241.90 g | Wt. of Water: | 32.38 | g |
| Wt. of Container + Dry Soil: | 209.5 g | Water Conter | 21.66 | % |

| Time | Strain, mm | Load Dial Reading | | Load, N | Axial Strain, % | Corrected Area (A), mm² | UCS $\sigma_u$, kPa | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | Dial | Calibration Factor, N/div | | | | | |
| 11.22 am | 0.0 | 0.0 | 46.41 | 0.00 | 0.000 | 0.0 | 0.0 | |
| | 0.5 | 0.0 | 46.41 | 0.00 | 0.625 | 968.3 | 0.0 | |
| | 1.0 | 0.0 | 46.41 | 0.00 | 1.250 | 974.4 | 0.0 | |
| | 1.5 | 0.5 | 46.41 | 23.21 | 1.875 | 980.6 | 23.7 | |
| | 2.0 | 1.0 | 46.41 | 46.41 | 2.500 | 986.9 | 47.0 | |
| | 2.5 | 1.0 | 46.41 | 46.41 | 3.125 | 993.3 | 46.7 | |
| | 3.0 | 1.5 | 46.41 | 69.62 | 3.750 | 999.7 | 69.6 | |
| | 3.5 | 1.5 | 46.41 | 69.62 | 4.375 | 1006.3 | 69.2 | |
| | 4.0 | 2.0 | 46.41 | 92.82 | 5.000 | 1012.9 | 91.6 | |
| | 4.5 | 2.0 | 46.41 | 92.82 | 5.625 | 1019.6 | 91.0 | |
| | 5.0 | 1.5 | 46.41 | 69.62 | 6.250 | 1026.4 | 67.8 | |
| | 5.5 | 1.0 | 46.41 | 46.41 | 6.875 | 1033.3 | 44.9 | |
| 11.33 am | 6.0 | 0.5 | 46.41 | 23.21 | 7.500 | 1040.3 | 22.3 | |

UCS VALUE = 91.6 Kpa



Type of failure :
1 - Bulge
2 - Single Shear Plane
✓ 3 - Multi Shear Plane
4 - Vertical Fracture



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNCONFINED COMPRESSIVE STRENGTH OF COHESIVE SOIL
### As Per ASTM : D 2166-06

| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh -11 |
|---|---|---|---|
| PROJECT: | Water front geo-technical project, Naval support activities, (NSA) | DEPTH: | 10.00 - 10.45 |
| | | JOB NO: | ILS/G/2011/1264 |

Loading rate : 0.178mm/minute          Specimen Preparation : Remoulded

| Length: ($L_o$) | 86 | mm | Volume:(Vo) | 97.5 | $cm^3$ | Bulk Density: | 1951 | $kg/m^3$ |
|---|---|---|---|---|---|---|---|---|
| Area: ($A_o$) | 1134 | $mm^2$ | Weight: | 190.3 g | | Dry Density: | 1572 | $kg/m^3$ |
| Diameter: (Do) | 38 | mm | | | | | | |

**WATER CONTENT DATA**

| Container No : | S-13 | Wt. of Contaii | 65.74 | g |
|---|---|---|---|---|
| Wt. of Container + Wet Soil: | 255.19 g | Wt. of Water: | 36.8 | g |
| Wt. of Container + Dry Soil: | 218.4 g | Water Conter | 24.11 | % |

| Time | Strain, mm | Load Dial Reading | | Load, N | Axial Strain, % | Corrected Area (A), $mm^2$ | UCS $\sigma_u$, kPa | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | Dial | Calibration Factor, N/div | | | | | |
| 11.07 am | 0.0 | 0.0 | 46.41 | 0.00 | 0.000 | 0.0 | 0.0 | |
| | 0.5 | 0.0 | 46.41 | 0.00 | 0.625 | 968.3 | 0.0 | |
| | 1.0 | 0.5 | 46.41 | 23.21 | 1.250 | 974.4 | 23.8 | |
| | 1.5 | 1.0 | 46.41 | 46.41 | 1.875 | 980.6 | 47.3 | |
| | 2.0 | 1.5 | 46.41 | 69.62 | 2.500 | 986.9 | 70.5 | |
| | 2.5 | 2.0 | 46.41 | 92.82 | 3.125 | 993.3 | 93.4 | |
| | 3.0 | 3.0 | 46.41 | 139.23 | 3.750 | 999.7 | 139.3 | |
| | 3.5 | 4.0 | 46.41 | 185.64 | 4.375 | 1006.3 | 184.5 | |
| | 4.0 | 4.5 | 46.41 | 208.85 | 5.000 | 1012.9 | 206.2 | |
| | 4.5 | 4.0 | 46.41 | 185.64 | 5.625 | 1019.6 | 182.1 | |
| 11.13 am | 5.0 | 2.0 | 46.41 | 92.82 | 6.250 | 1026.4 | 90.4 | |

UCS VALUE =     206.2 Kpa

Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ 4- Vertical Fracture

# APPENDIX-B6



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNCONFINED COMPRESSIVE TEST RESULT

| BORE HOLE No | DEPTH from G.L | DENSITY, kg/m³ BULK | DENSITY, kg/m³ DRY | STRENGTH, MPa | DESCRIPTION |
|---|---|---|---|---|---|
| Bh - 1 | 15.25 - 15.45 | 2042 | 1653 | 3.059 | Very Weak SILTSTONE |
| Bh - 2 | 16.15 - 16.35 | 1904 | 1506 | 1.186 | Very Weak SILTSTONE |
| Bh - 2 | 17.30 - 17.50 | 2066 | 1748 | 1.800 | Very Weak SILTSTONE |
| Bh - 3 | 11.60 - 11.79 | 2011 | 1634 | 0.745 | Extremely Weak SILTSTONE |
| Bh - 3 | 13.57 - 13.77 | 1999 | 1644 | 4.001 | Very Weak SILTSTONE |
| Bh - 4 | 15.17 - 15.36 | 1858 | 1463 | 2.458 | Very Weak MUDSTONE |
| Bh - 5 | 13.28 - 13.48 | 2117 | 1765 | 4.044 | Very Weak SILTSTONE embedded with mudstone |
| Bh - 6 | 15.43 - 15.59 | 1759 | 1298 | 0.322 | Extremely Weak MUDSTONE |
| Bh - 7 | 14.00 - 14.20 | 1986 | 1649 | 1.182 | Very Weak SILTSTONE embedded with mudstone |
| Bh - 8 | 17.97 - 18.15 | 1902 | 1451 | 2.720 | Very Weak MUDSTONE |
| Bh - 9 | 16.50 - 16.70 | 1943 | 1587 | 4.935 | Very Weak SILTSTONE embedded with mudstone |
| Bh - 10 | 12.32 - 12.50 | 1817 | 1460 | 2.344 | Very Weak SILTSTONE |
| Bh - 11 | 14.99 - 15.13 | 1998 | 1646 | 2.038 | Very Weak SILTSTONE embedded with mudstone |
| Bh - 11 | 16.15 - 16.38 | 2137 | 1796 | 4.517 | Very Weak SILTSTONE |
| Bh - 12 | 15.21 - 15.39 | 2113 | 1757 | 3.250 | Very Weak SILTSTONE |
| Bh - 13 | 17.26 - 17.46 | 1855 | 1408 | 2.387 | Very Weak SILTSTONE embedded with mudstone |



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 01 |
|---|---|---|---|
| PROJECT: | Water front geo-technical project, Naval support activities, (NSA) | DEPTH: | 15.25 - 15.45 |
| JOB NO: | ILS/G/2011/1264 | | |

**Loading rate : 0.049033KN/D**

| Length: | 149 | mm | Volume: | 693.9 | cm³ | Bulk Density: | 2042 | kg/m³ |
|---|---|---|---|---|---|---|---|---|
| Area: | 4657 | mm² | Weight: | 1417.1 | g | Dry Density: | 1653 | kg/m³ |
| Diameter: | 77 | mm | | | | | | |

**WATER CONTENT DATA**

| | | Wt. of Container: | 252.3 | g |
|---|---|---|---|---|
| Wt. of Container + Wet Soil: | 1658.3 g | Wt. of Water: | 267.7 | g |
| Wt. of Container + Dry Soil: | 1390.6 g | Water Content: | **23.52** | % |

| Time | Strain mm | Load Dial Reading, kN Dial | Load Dial Reading, kN Diff (M.F) | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 9.29 am | 0.5 | 26.0 | 0.04641 | 1206.66 | 0.336 | 0.259094 | 0.258 |
| | 1 | 96.0 | 0.04641 | 4455.36 | 0.671 | 0.9566546 | 0.950 |
| | 1.5 | 188.0 | 0.04641 | 8725.08 | 1.007 | 1.8734486 | 1.855 |
| | 2 | 280.0 | 0.04641 | 12994.80 | 1.342 | 2.7902426 | 2.753 |
| | 2.3 | 326.0 | 0.04641 | 15129.66 | 1.544 | 3.2486396 | 3.198 |
| 9.32 am | 2.4 | 312.0 | 0.04641 | 14479.92 | 1.611 | 3.1091274 | 3.059 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ **4- Vertical Fracture**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

---

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| | | | |
|---|---|---|---|
| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 01 |
| PROJECT: | Water front geo-technical project, | DEPTH: | 15.25 - 15.45 |
| | Naval support activities, (NSA) | | |
| JOB NO: | ILS/G/2011/1264 | | |

### Stress vs Strain Curve

**σ**

**Max Stress: 3.25 MPa**

**(1.40 %, 2.95 MPa)**

**50% Stress: 1.625 MPa**

**(0.66 %, 0.95 MPa)**

**Es = 270.3 MPa**

**∈**

0    0.2    0.4    0.6    0.8    1    1.2    1.4    1.6    1.8    2

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1850**



## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS      BH NO:    Bh - 02

PROJECT: Water front geo-technical project,      DEPTH:    **16.15 - 16.35**

          Naval support activities, (NSA)

JOB NO:    ILS/G/2011/1264

**Loading rate : 0.049033KN/D**

| Length: | 146 | mm | Volume: | 680.0 cm$^3$ | Bulk Density: | **1904** | kg/m$^3$ |
|---|---|---|---|---|---|---|---|
| Area: | 4657 | mm$^2$ | Weight: | 1294.3 g | Dry Density: | **1506** | kg/m$^3$ |
| Diameter: | 77 | mm | | | | | |

**WATER CONTENT DATA**

| | | | Wt. of Container: | 234.1 | g |
|---|---|---|---|---|---|
| Wt. of Container + Wet Soil: | 1516.0 g | | Wt. of Water: | 267.7 | g |
| Wt. of Container + Dry Soil: | 1248.3 g | | Water Content: | **26.40** | % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 1.47 pm | 0.5 | 60.0 | 0.04641 | 2784.60 | 0.336 | 0.5979091 | 0.596 |
| | 1 | 136.0 | 0.04641 | 6311.76 | 0.671 | 1.3552607 | 1.346 |
| 1.49 pm | 1.2 | 120.0 | 0.04641 | 5569.20 | 0.805 | 1.1958182 | 1.186 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓   **4- Vertical Fracture**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| | | | |
|---|---|---|---|
| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 02 |
| PROJECT: | Water front geo-technical project, | DEPTH: | 16.15 - 16.35 |
| | Naval support activities, (NSA) | | |
| JOB NO: | ILS/G/2011/1264 | | |

### Stress vs Strain Curve

σ

**Max Stress: 1.38 MPa**

(0.58 %, 1.16 MPa)

**50% Stress: 0.69 MPa**

(0.36 %, 0.64 MPa)

**Es = 236.4 MPa**

∈

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1852**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS  
PROJECT: Water front geo-technical project,  
Naval support activities, (NSA)  
JOB NO: ILS/G/2011/1264  

BH NO: Bh - 02  
DEPTH: **17.30 - 17.50**

Loading rate : 0.049033KN/D

| Length: | 151 | mm | Volume: | 721.6 cm³ | Bulk Density: | 2066 | kg/m³ |
| Area: | 4779 | mm² | Weight: | 1491.2 g | Dry Density: | 1748 | kg/m³ |
| Diameter: | 78 | mm | | | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| Wt. of Container + Wet Soil: | 1704.2 g | Wt. of Container: | 226.4 | g |
| Wt. of Container + Dry Soil: | 1476.6 g | Wt. of Water: | 227.6 | g |
| | | Water Content: | **18.21** | % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( % ) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 1.40 pm | 0.5 | 48.0 | 0.04641 | 2227.68 | 0.336 | 0.4783273 | 0.465 |
| | 1 | 122.0 | 0.04641 | 5662.02 | 0.671 | 1.2157485 | 1.177 |
| | 1.5 | 184.0 | 0.04641 | 8539.44 | 1.007 | 1.833588 | 1.769 |
| | 1.9 | 198.0 | 0.04641 | 9189.18 | 1.275 | 1.9731001 | 1.899 |
| 1.43 pm | 2.1 | 188.0 | 0.04641 | 8725.08 | 1.409 | 1.8734486 | 1.800 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :  
1 - Bulge  
2 - Single Shear Plane  
3 - Multi Shear Plane  
✓ **4- Vertical Fracture**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS     BH NO:    Bh - 02
PROJECT: Water front geo-technical project,      DEPTH:    17.30 - 17.50
Naval support activities, (NSA)
JOB NO: ILS/G/2011/1264

### Stress vs Strain Curve

Max Stress: 1.973 MPa

(0.86 %, 1.60 MPa)

50% Stress: 0.987 MPa

(0.42 %, 0.65 MPa)

Es = 260.9 MPa

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1854**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS     BH NO:    Bh - 03

PROJECT: Water front geo-technical project,     DEPTH:    **11.60 - 11.79**
Naval support activities, (NSA)

JOB NO: ILS/G/2011/1264

**Loading rate : 0.049033KN/D**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Length: | 152 | mm | Volume: | 707.9 cm³ | Bulk Density: | **2011** | kg/m³ |
| Area: | 4657 | mm² | Weight: | 1423.3 g | Dry Density: | **1634** | kg/m³ |
| Diameter: | 77 | mm | | | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| | | | Wt. of Container: | 235.6 g |
| Wt. of Container + Wet Soil: | 1647.3 g | | Wt. of Water: | 264.7 g |
| Wt. of Container + Dry Soil: | 1382.6 g | | Water Content: | **23.08 %** |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|------|-----------|------|-----------|--------|-------------------|----------------------|--------------------------------|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 1.08 pm | 0.5 | 12.0 | 0.04641 | 556.92 | 0.336 | 0.1195818 | 0.119 |
| | 1 | 28.0 | 0.04641 | 1299.48 | 0.671 | 0.2790243 | 0.277 |
| | 1.5 | 52.0 | 0.04641 | 2413.32 | 1.007 | 0.5181879 | 0.513 |
| | 2 | 71.0 | 0.04641 | 3295.11 | 1.342 | 0.7075258 | 0.698 |
| | 2.4 | 82.0 | 0.04641 | 3805.62 | 1.611 | 0.8171425 | 0.804 |
| 1.11 pm | 2.56 | 76.0 | 0.04641 | 3527.16 | 1.718 | 0.7573516 | 0.745 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓   **4- Vertical Fracture**



خدمات المختبر الدولية ذ.م.م
International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS
PROJECT: Water front geo-technical project,
Naval support activities, (NSA)
JOB NO: ILS/G/2011/1264

BH NO: Bh - 03
DEPTH: 11.60 - 11.79

### Stress vs Strain Curve

$\sigma$

Max Stress: 0.817 MPa

(1.14 %, 0.580 MPa)

50% Stress: 0.409 MPa

(0.64 %, 0.25 MPa)

Es = 66.0 MPa

$\in$

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1856**



### UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 03 |
| PROJECT: | Water front geo-technical project, Naval support activities, (NSA) | DEPTH: | **13.57 - 13.77** |
| JOB NO: | ILS/G/2011/1264 | | |

**Loading rate : 0.049033KN/D**

| Length: | 156 | mm | Volume: | 745.5 cm³ | Bulk Density: | **1999** | kg/m³ |
| Area: | 4779 | mm² | Weight: | 1490.0 g | Dry Density: | **1644** | kg/m³ |
| Diameter: | 78 | mm | | | | | |

**WATER CONTENT DATA**

| | | Wt. of Container: | 243.6 | g |
| Wt. of Container + Wet Soil: | 1717.0 g | Wt. of Water: | 261.1 | g |
| Wt. of Container + Dry Soil: | 1455.9 g | Water Content: | **21.54** | % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 1.52 pm | 0.5 | 58.0 | 0.04641 | 2691.78 | 0.336 | 0.5779788 | 0.561 |
| | 1 | 132.0 | 0.04641 | 6126.12 | 0.671 | 1.3154001 | 1.274 |
| | 1.5 | 206.0 | 0.04641 | 9560.46 | 1.007 | 2.0528213 | 1.981 |
| | 2 | 268.0 | 0.04641 | 12437.88 | 1.342 | 2.6706607 | 2.569 |
| | 2.5 | 330.0 | 0.04641 | 15315.30 | 1.678 | 3.2885002 | 3.153 |
| | 3 | 382.0 | 0.04641 | 17728.62 | 2.013 | 3.8066881 | 3.638 |
| | 3.50 | 424.0 | 0.04641 | 19677.84 | 2.349 | 4.2252245 | 4.025 |
| | 3.60 | 430.0 | 0.04641 | 19956.30 | 2.416 | 4.2850154 | 4.079 |
| 1.57 pm | 3.70 | 422.0 | 0.04641 | 19585.02 | 2.483 | 4.2052942 | 4.001 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
✓ **3 - Multi Shear Plane**
4- Vertical Fracture



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

### UNI-AXIAL COMPRESSION TEST FOR ROCK
#### As Per ASTM : D 7012-10

| | | | |
|---|---|---|---|
| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 03 |
| PROJECT: | Water front geo-technical project, | DEPTH: | 13.57 - 13.77 |
| | Naval support activities, (NSA) | | |
| JOB NO: | ILS/G/2011/1264 | | |

## Stress vs Strain Curve

$\sigma$

5

**Max Stress: 4.285 MPa**

4

3

(1.50 %, 2.90 MPa)

**50% Stress: 2.143 MPa**

2

(0.65 %, 1.30 MPa)

1

Es = 188.2 MPa

0

$\in$

0    0.5    1    1.5    2    2.5    3

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1858**


## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS    BH NO:    Bh - 04

PROJECT: Water front geo-technical project,    DEPTH:    **15.17 - 15.36**

Naval support activities, (NSA)

JOB NO: ILS/G/2011/1264

**Loading rate : 0.049033KN/D**

| Length: | 154 | mm | Volume: | 698.7 cm³ | Bulk Density: | **1858** | kg/m³ |
| Area: | 4537 | mm² | Weight: | 1298.5 g | Dry Density: | **1463** | kg/m³ |
| Diameter: | 76 | mm | | | | | |

**WATER CONTENT DATA**

| | | Wt. of Container: | 247.8 | g |
|---|---|---|---|---|
| Wt. of Container + Wet Soil: | 1531.4 g | Wt. of Water: | 273.4 | g |
| Wt. of Container + Dry Soil: | 1258.0 g | Water Content: | **27.06** | % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 1.26 pm | 0.5 | 36.0 | 0.04641 | 1670.76 | 0.336 | 0.3587455 | 0.367 |
| | 1 | 83.0 | 0.04641 | 3852.03 | 0.671 | 0.8271076 | 0.844 |
| | 1.5 | 132.0 | 0.04641 | 6126.12 | 1.007 | 1.3154001 | 1.337 |
| | 2 | 178.0 | 0.04641 | 8260.98 | 1.342 | 1.7737971 | 1.797 |
| | 2.5 | 216.0 | 0.04641 | 10024.56 | 1.678 | 2.1524728 | 2.174 |
| | 3 | 245.0 | 0.04641 | 11370.45 | 2.013 | 2.4414622 | 2.457 |
| | 3.50 | 258.0 | 0.04641 | 11973.78 | 2.349 | 2.5710092 | 2.579 |
| 1.31 pm | 3.60 | 246.0 | 0.04641 | 11416.86 | 2.416 | 2.4514274 | 2.458 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ **4- Vertical Fracture**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

**UNI-AXIAL COMPRESSION TEST FOR ROCK**

**As Per ASTM : D 7012-10**

CLIENT: US ARMY CROPS OF ENGINEERS  
PROJECT: Water front geo-technical project, Naval support activities, (NSA)  
JOB NO: ILS/G/2011/1264

BH NO: Bh - 04  
DEPTH: 15.17 - 15.36

**Stress vs Strain Curve**

Max Stress: 2.571 MPa

(1.38 %, 1.85 MPa)

50% Stress: 1.286 MPa

(0.50 %, 0.55 MPa)

Es = 147.7 MPa

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1860**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| | |
|---|---|
| CLIENT: US ARMY CROPS OF ENGINEERS | BH NO: Bh - 05 |
| PROJECT: Water front geo-technical project, Naval support activities, (NSA) | DEPTH: **13.28 - 13.48** |
| JOB NO: ILS/G/2011/1264 | |

Loading rate : 0.049033KN/D

| Length: | 152 | mm | Volume: | 707.9 cm³ | Bulk Density: | 2117 | kg/m³ |
|---|---|---|---|---|---|---|---|
| Area: | 4657 | mm² | Weight: | 1498.6 g | Dry Density: | 1765 | kg/m³ |
| Diameter: | 77 | mm | | | | | |

**WATER CONTENT DATA**

| | | | |
|---|---|---|---|
| | | Wt. of Container: | 239.3 g |
| Wt. of Container + Wet Soil: | 1705.7 g | Wt. of Water: | 243.9 g |
| Wt. of Container + Dry Soil: | 1461.8 g | Water Content: | **19.95** % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 1.19 pm | 0.5 | 60.0 | 0.04641 | 2784.60 | 0.336 | 0.5979091 | 0.596 |
| | 1 | 170.0 | 0.04641 | 7889.70 | 0.671 | 1.6940758 | 1.683 |
| | 1.5 | 295.0 | 0.04641 | 13690.95 | 1.007 | 2.9397198 | 2.911 |
| | 2 | 410.0 | 0.04641 | 19028.10 | 1.342 | 4.0857123 | 4.032 |
| | 2.2 | 426.0 | 0.04641 | 19770.66 | 1.463 | 4.2451548 | 4.184 |
| 1.22 pm | 2.3 | 412.0 | 0.04641 | 19120.92 | 1.544 | 4.1056426 | 4.044 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ **4- Vertical Fracture**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS     BH NO:     Bh - 05
PROJECT: Water front geo-technical project,     DEPTH:     13.28 - 13.48
Naval support activities, (NSA)
JOB NO: ILS/G/2011/1264     **Stress vs Strain Curve**

**Max Stress: 4.245 MPa**

(1.23 %, 3.70 MPa)

**50% Stress: 2.123 MPa**

(0.420 %, 0.80 MPa)    Es = 358.0 MPa

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006



## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS     BH NO:    Bh - 06

PROJECT: Water front geo-technical project,     DEPTH:    **15.43 - 15.59**

      Naval support activities, (NSA)

JOB NO:   ILS/G/2011/1264

**Loading rate : 0.049033KN/D**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Length: | 143 | mm | Volume: | 631.8 cm³ | Bulk Density: | **1759** | kg/m³ |
| Area: | 4418 | mm² | Weight: | 1111.5 g | Dry Density: | **1298** | kg/m³ |
| Diameter: | 75 | mm | | | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| | | | Wt. of Container: | 257.8 g |
| Wt. of Container + Wet Soil: | 1348.0 g | | Wt. of Water: | 285.5 g |
| Wt. of Container + Dry Soil: | 1062.5 g | | Water Content: | **35.48** % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 1.14 pm | 0.5 | 13.0 | 0.04641 | 603.33 | 0.336 | 0.129547 | 0.136 |
| | 1 | 25.0 | 0.04641 | 1160.25 | 0.671 | 0.2491288 | 0.261 |
| | 1.5 | 39.0 | 0.04641 | 1809.99 | 1.007 | 0.3886409 | 0.405 |
| 1.17 pm | 1.8 | 31.0 | 0.04641 | 1438.71 | 1.208 | 0.3089197 | 0.322 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
✓   **3 - Multi Shear Plane**
4- Vertical Fracture



## UNI-AXIAL COMPRESSION TEST FOR ROCK

### As Per ASTM : D 7012-10

| | | |
|---|---|---|
| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO:    Bh - 06 |
| PROJECT: | Water front geo-technical project, | DEPTH:    15.43 - 15.59 |
| | Naval support activities, (NSA) | |
| JOB NO: | ILS/G/2011/1264 | |

### Stress vs Strain Curve

$\sigma$

**Max Stress: 0.3889 MPa**

**50% Stress: 1.625 MPa**

(0.68 %, 0.23 MPa)

**Es = 32.8 MPa**

(0.10 %, 0.04 MPa)

$\in$

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS    BH NO:   Bh - 07

PROJECT: Water front geo-technical project,    DEPTH:   **14.00 - 14.20**

Naval support activities, (NSA)

JOB NO: ILS/G/2011/1264

**Loading rate : 0.049033KN/D**

| Length: | 145 | mm | Volume: | 675.3 cm³ | Bulk Density: | **1986** | kg/m³ |
| Area: | 4657 | mm² | Weight: | 1340.9 g | Dry Density: | **1649** | kg/m³ |
| Diameter: | 77 | mm | | | | | |

**WATER CONTENT DATA**

| | | | |
| --- | --- | --- | --- |
| | | Wt. of Container: | 245.2 g |
| Wt. of Container + Wet Soil: | 1570.5 g | Wt. of Water: | 224.9 g |
| Wt. of Container + Dry Soil: | 1345.6 g | Water Content: | **20.44** % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( % ) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 1.35 pm | 0.5 | 42.0 | 0.04641 | 1949.22 | 0.336 | 0.4185364 | 0.417 |
| | 1 | 96.0 | 0.04641 | 4455.36 | 0.671 | 0.9566546 | 0.950 |
| | 1.5 | 132.0 | 0.04641 | 6126.12 | 1.007 | 1.3154001 | 1.302 |
| 1.37 pm | 1.65 | 120.0 | 0.04641 | 5569.20 | 1.107 | 1.1958182 | 1.182 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ **4- Vertical Fracture**



## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT:   US ARMY CROPS OF ENGINEERS      BH NO:     Bh - 07
PROJECT: Water front geo-technical project,      DEPTH:     14.00 - 14.20
           Naval support activities, (NSA)
JOB NO:   ILS/G/2011/1264

**Stress vs Strain Curve**

**Max Stress: 1.315 MPa**

**(0.66 %, 0.95 Mpa)**

**50% Stress: 0.658 MPa**

**(0.33 %, 0.30 Mpa)**

**Es = 197.0 Mpa**

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1866**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS     BH NO:    Bh - 08

PROJECT: Water front geo-technical project,     DEPTH:    **17.97 - 18.15**

          Naval support activities, (NSA)

JOB NO:   ILS/G/2011/1264

**Loading rate : 0.049033KN/D**

| Length: | 147 | mm | Volume: | 684.6 cm$^3$ | Bulk Density: | **1902** | kg/m$^3$ |
|---|---|---|---|---|---|---|---|
| Area: | 4657 | mm$^2$ | Weight: | 1302.1 g | Dry Density: | **1451** | kg/m$^3$ |
| Diameter: | 77 | mm | | | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| | | | Wt. of Container: | 248.5 g |
| Wt. of Container + Wet Soil: | 1518.4 g | | Wt. of Water: | 300.8 g |
| Wt. of Container + Dry Soil: | 1217.6 g | | Water Content: | **31.04** % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( % ) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 8.40 am | 0.5 | 54.0 | 0.04641 | 2506.14 | 0.336 | 0.5381182 | 0.536 |
| | 1 | 120.0 | 0.04641 | 5569.20 | 0.671 | 1.1958182 | 1.188 |
| | 1.5 | 170.0 | 0.04641 | 7889.70 | 1.007 | 1.6940758 | 1.677 |
| | 2 | 208.0 | 0.04641 | 9653.28 | 1.342 | 2.0727516 | 2.045 |
| | 2.5 | 236.0 | 0.04641 | 10952.76 | 1.678 | 2.3517759 | 2.312 |
| | 3 | 255.0 | 0.04641 | 11834.55 | 2.013 | 2.5411138 | 2.489 |
| | 3.50 | 268.0 | 0.04641 | 12437.88 | 2.349 | 2.6706607 | 2.607 |
| | 4.00 | 276.0 | 0.04641 | 12809.16 | 2.685 | 2.750382 | 2.676 |
| | 4.50 | 283.0 | 0.04641 | 13134.03 | 3.020 | 2.820138 | 2.734 |
| | 5.00 | 288.0 | 0.04641 | 13366.08 | 3.356 | 2.8699638 | 2.772 |
| | 5.5 | 292.0 | 0.04641 | 13551.72 | 3.691 | 2.9098244 | 2.801 |
| 8.48 am | 5.7 | 284.0 | 0.04641 | 13180.44 | 3.826 | 2.8301032 | 2.720 |



Type of failure :
1 - Bulge
2 - Single Shear Plane
✓ **3 - Multi Shear Plane**
4- Vertical Fracture



## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| | | |
|---|---|---|
| CLIENT: US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 08 |
| PROJECT: Water front geo-technical project, | DEPTH: | 17.97 - 18.15 |
| Naval support activities, (NSA) | | |
| JOB NO: ILS/G/2011/1264 | | |

**Stress vs Strain Curve**

σ

Max Stress: 2.910 MPa

50% Stress: 1.455 MPa

(1.00 %, 1.70 MPa)

(0.45 %, 0.75 MPa)

Es = 172.7 MPa

∈

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006



## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS  
PROJECT: Water front geo-technical project,  
Naval support activities, (NSA)  
JOB NO: ILS/G/2011/1264  

BH NO: Bh - 09  
DEPTH: **16.50 - 16.70**

**Loading rate : 0.049033KN/D**

| | | | | | |
|---|---|---|---|---|---|
| Length: | 149 | mm | Volume: | 640.9 cm³ | Bulk Density: 1943 kg/m³ |
| Area: | 4301 | mm² | Weight: | 1245.0 g | Dry Density: 1587 kg/m³ |
| Diameter: | 74 | mm | | | |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| Wt. of Container + Wet Soil: | 1464.2 g | Wt. of Container: | 246.2 | g |
| Wt. of Container + Dry Soil: | 1241.5 g | Wt. of Water: | 222.7 | g |
| | | Water Content: | **22.38** | % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 8.51 am | 0.5 | 70.0 | 0.04641 | 3248.70 | 0.336 | 0.6975606 | 0.753 |
| | 1 | 162.0 | 0.04641 | 7518.42 | 0.671 | 1.6143546 | 1.736 |
| | 1.5 | 248.0 | 0.04641 | 11509.68 | 1.007 | 2.4713577 | 2.649 |
| | 2 | 332.0 | 0.04641 | 15408.12 | 1.342 | 3.3084305 | 3.534 |
| | 2.5 | 396.0 | 0.04641 | 18378.36 | 1.678 | 3.9462002 | 4.201 |
| | 3 | 444.0 | 0.04641 | 20606.04 | 2.013 | 4.4245275 | 4.694 |
| | 3.50 | 472.0 | 0.04641 | 21905.52 | 2.349 | 4.7035518 | 4.973 |
| | 3.90 | 482.0 | 0.04641 | 22369.62 | 2.617 | 4.8032033 | 5.064 |
| 8.56 am | 4.00 | 470.0 | 0.04641 | 21812.70 | 2.685 | 4.6836215 | 4.935 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :  
1 - Bulge  
2 - Single Shear Plane  
✓ **3 - Multi Shear Plane**  
4- Vertical Fracture



## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| | | | |
|---|---|---|---|
| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 09 |
| PROJECT: | Water front geo-technical project, | DEPTH: | 16.50 - 16.70 |
| | Naval support activities, (NSA) | | |
| JOB NO: | ILS/G/2011/1264 | | |

### Stress vs Strain Curve

σ

Max Stress: 4.803 MPa

(1.45 %, 3.50 MPa)

50% Stress: 2.402 MPa

(0.50 %, 1.10 MPa)

Es = 252.6 MPa

∈

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS  BH NO: Bh - 10
PROJECT: Water front geo-technical project,  DEPTH: 12.32 - 12.50
Naval support activities, (NSA)
JOB NO: ILS/G/2011/1264

Loading rate : 0.049033KN/D

| Length: | 147 | mm | Volume: | 684.6 | cm³ | Bulk Density: | 1817 | kg/m³ |
| Area: | 4657 | mm² | Weight: | 1243.9 g | | Dry Density: | 1460 | kg/m³ |
| Diameter: | 77 | mm | | | | | | |

WATER CONTENT DATA

| | | | Wt. of Container: | 246.1 | g |
| Wt. of Container + Wet Soil: | 1567.8 g | | Wt. of Water: | 259.6 | g |
| Wt. of Container + Dry Soil: | 1308.2 g | | Water Content: | 24.44 | % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|------|-----------|------|-----------|--------|-------------------|----------------------|--------------------------------|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 9.35 am | 0.5 | 64.0 | 0.04641 | 2970.24 | 0.336 | 0.6377697 | 0.636 |
| | 1 | 186.0 | 0.04641 | 8632.26 | 0.671 | 1.8535183 | 1.841 |
| | 1.5 | 250.0 | 0.04641 | 11602.50 | 1.007 | 2.491288 | 2.466 |
| 9.37 am | 1.7 | 238.0 | 0.04641 | 11045.58 | 1.141 | 2.3717062 | 2.344 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ 4- Vertical Fracture



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| | | | |
|---|---|---|---|
| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 10 |
| PROJECT: | Water front geo-technical project, Naval support activities, (NSA) | DEPTH: | 12.32 - 12.50 |
| JOB NO: | ILS/G/2011/1264 | | |

### Stress vs Strain Curve

σ

**Max Stress: 2.491 MPa**

**(0.65 %, 1.80 MPa)**

**50% Stress: 1.246 MPa**

**(0.36 %, 0.70 MPa)**

**Es = 379.3 MPa**

∈

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1872**


## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS     BH NO:     Bh - 11

PROJECT: Water front geo-technical project,     DEPTH:     **14.99 - 15.13**
Naval support activities, (NSA)

JOB NO: ILS/G/2011/1264

**Loading rate : 0.049033KN/D**

| Length: | 127 | mm | Volume: | 591.5 cm³ | Bulk Density: | 1998 | kg/m³ |
|---|---|---|---|---|---|---|---|
| Area: | 4657 | mm² | Weight: | 1182.0 g | Dry Density: | 1646 | kg/m³ |
| Diameter: | 77 | mm | | | | | |

**WATER CONTENT DATA**

| | | | |
|---|---|---|---|
| | | Wt. of Container: | 224.9 g |
| Wt. of Container + Wet Soil: | 1395.4 g | Wt. of Water: | 206.2 g |
| Wt. of Container + Dry Soil: | 1189.2 g | Water Content: | 21.38 % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( % ) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 9.17 am | 0.5 | 43.0 | 0.04641 | 1995.63 | 0.336 | 0.4285015 | 0.427 |
| | 1 | 96.0 | 0.04641 | 4455.36 | 0.671 | 0.9566546 | 0.949 |
| | 1.5 | 148.0 | 0.04641 | 6868.68 | 1.007 | 1.4748425 | 1.457 |
| | 2 | 220.0 | 0.04641 | 10210.20 | 1.342 | 2.1923334 | 2.158 |
| 9.20 am | 2.1 | 208.0 | 0.04641 | 9653.28 | 1.409 | 2.0727516 | 2.038 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓   **4- Vertical Fracture**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| | | |
|---|---|---|
| CLIENT: US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 11 |
| PROJECT: Water front geo-technical project, | DEPTH: | 14.99 - 15.13 |
| Naval support activities, (NSA) | | |
| JOB NO: ILS/G/2011/1264 | | |

### Stress vs Strain Curve

σ

Max Stress: 2.192 MPa

(1.03 %, 1.50 MPa)

50% Stress: 1.096 MPa

(0.45 %, 0.60 MPa)

Es = 142.9 MPa

∈

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1874**



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS

PROJECT: Water front geo-technical project,
Naval support activities, (NSA)

JOB NO: ILS/G/2011/1264

BH NO: Bh - 11

DEPTH: **16.15 - 16.38**

Loading rate : 0.049033KN/D

| | | | | | |
|---|---|---|---|---|---|
| Length: | 152 | mm | Volume: | 726.4 cm³ | Bulk Density: 2137 kg/m³ |
| Area: | 4779 | mm² | Weight: | 1552.1 g | Dry Density: 1796 kg/m³ |
| Diameter: | 78 | mm | | | |

**WATER CONTENT DATA**

| | | | |
|---|---|---|---|
| | | Wt. of Container: | 241.9 g |
| Wt. of Container + Wet Soil: | 1774.3 g | Wt. of Water: | 244.4 g |
| Wt. of Container + Dry Soil: | 1529.9 g | Water Content: | 18.98 % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 9.23 am | 0.5 | 72.0 | 0.04641 | 3341.52 | 0.336 | 0.7174909 | 0.697 |
| | 1 | 210.0 | 0.04641 | 9746.10 | 0.671 | 2.0926819 | 2.026 |
| | 1.5 | 356.0 | 0.04641 | 16521.96 | 1.007 | 3.5475941 | 3.423 |
| | 2 | 475.0 | 0.04641 | 22044.75 | 1.342 | 4.7334472 | 4.552 |
| | 2.1 | 484.0 | 0.04641 | 22462.44 | 1.409 | 4.8231336 | 4.635 |
| 9.26 am | 2.2 | 472.0 | 0.04641 | 21905.52 | 1.477 | 4.7035518 | 4.517 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ **4- Vertical Fracture**



## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh – 11 |
|---|---|---|---|
| PROJECT: | Water front geo-technical project, Naval support activities, (NSA) | DEPTH: | 16.15 - 16.38 |
| JOB NO: | ILS/G/2011/1264 | | |

**Stress vs Strain Curve**

σ

- 5.5
- 5.0 — **Max Stress: 4.823 MPa**
- 4.5
- 4.0 **(1.15 %, 4.10 MPa)**
- 3.5
- 3.0
- 2.5 **50% Stress: 2. 412 MPa**
- 2.0
- 1.5
- 1.0
- 0.5 **(0.40 %, 0.90 MPa)**     **Es = 426.7 MPa**
- 0.0

0     0.5     1     1.5     2     ∈

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS  
PROJECT: Water front geo-technical project,  
Naval support activities, (NSA)  
JOB NO: ILS/G/2011/1264

BH NO: Bh - 12  
DEPTH: **15.21 - 15.39**

Loading rate : 0.049033KN/D

| | | | | |
|---|---|---|---|---|
| Length: | 146 | mm | Volume: | 697.7 cm³ |
| Area: | 4779 | mm² | Weight: | 1474.4 g |
| Diameter: | 78 | mm | | |

| | | |
|---|---|---|
| Bulk Density: | 2113 | kg/m³ |
| Dry Density: | 1757 | kg/m³ |

**WATER CONTENT DATA**

| | | | | |
|---|---|---|---|---|
| Wt. of Container + Wet Soil: | 1720.8 g | Wt. of Container: | 266.3 | g |
| Wt. of Container + Dry Soil: | 1475.5 g | Wt. of Water: | 245.3 | g |
| | | Water Content: | 20.29 | % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( %) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 9.09 am | 0.5 | 72.0 | 0.04641 | 3341.52 | 0.336 | 0.7174909 | 0.697 |
| | 1 | 160.0 | 0.04641 | 7425.60 | 0.671 | 1.5944243 | 1.543 |
| | 1.5 | 246.0 | 0.04641 | 11416.86 | 1.007 | 2.4514274 | 2.364 |
| | 2 | 330.0 | 0.04641 | 15315.30 | 1.342 | 3.2885002 | 3.161 |
| | 2.2 | 352.0 | 0.04641 | 16336.32 | 1.477 | 3.5077335 | 3.367 |
| 9.13 am | 2.3 | 340.0 | 0.04641 | 15779.40 | 1.544 | 3.3881517 | 3.250 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



Type of failure :  
1 - Bulge  
2 - Single Shear Plane  
3 - Multi Shear Plane  
✓ **4- Vertical Fracture**



## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 12 |
|---|---|---|---|
| PROJECT: | Water front geo-technical project, Naval support activities, (NSA) | DEPTH: | 15.21 - 15.39 |
| JOB NO: | ILS/G/2011/1264 | | |

### Stress vs Strain Curve

σ

**Max Stress: 3.508 MPa**

(1.35 %, 3.30 MPa)

**50% Stress: 1.754 MPa**

(0.35 %, 0.73 MPa)

**Es = 257.0 MPa**

ϵ

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1878**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

CLIENT: US ARMY CROPS OF ENGINEERS  BH NO: Bh - 13
PROJECT: Water front geo-technical project,  DEPTH: 17.26 - 17.46
Naval support activities, (NSA)
JOB NO: ILS/G/2011/1264

Loading rate : 0.049033KN/D

| Length: | 151 | mm | Volume: | 685.1 | cm³ | Bulk Density: | 1855 | kg/m³ |
| Area: | 4537 | mm² | Weight: | 1271.0 | g | Dry Density: | 1408 | kg/m³ |
| Diameter: | 76 | mm | | | | | | |

WATER CONTENT DATA

| | | | Wt. of Container: | 240.3 | g |
| Wt. of Container + Wet Soil: | 1499.4 g | | Wt. of Water: | 303.4 | g |
| Wt. of Container + Dry Soil: | 1196.0 g | | Water Content: | 31.75 | % |

| Time | Strain mm | Load Dial Reading, kN | | Load N | Axial Strain ( % ) | Deviator Stress, MPa | Corrected Deviator Stress: MPa |
|---|---|---|---|---|---|---|---|
| | | Dial | Diff (M.F) | | | | |
| 0 | 0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.0 | |
| 8.59 am | 0.5 | 38.0 | 0.04641 | 1763.58 | 0.336 | 0.3786758 | 0.387 |
| | 1 | 92.0 | 0.04641 | 4269.72 | 0.671 | 0.916794 | 0.935 |
| | 1.5 | 136.0 | 0.04641 | 6311.76 | 1.007 | 1.3552607 | 1.377 |
| | 2 | 167.0 | 0.04641 | 7750.47 | 1.342 | 1.6641804 | 1.686 |
| | 2.5 | 192.0 | 0.04641 | 8910.72 | 1.678 | 1.9133092 | 1.931 |
| | 3 | 210.0 | 0.04641 | 9746.10 | 2.013 | 2.0926819 | 2.105 |
| | 3.50 | 224.0 | 0.04641 | 10395.84 | 2.349 | 2.2321941 | 2.238 |
| | 4.00 | 235.0 | 0.04641 | 10906.35 | 2.685 | 2.3418107 | 2.340 |
| | 4.50 | 242.0 | 0.04641 | 11231.22 | 3.020 | 2.4115668 | 2.402 |
| | 5.00 | 247.0 | 0.04641 | 11463.27 | 3.356 | 2.4613926 | 2.443 |
| | 5.2 | 249.0 | 0.04641 | 11556.09 | 3.490 | 2.4813229 | 2.459 |
| 9.06 am | 5.4 | 242 | 0.04641 | 11231.22 | 3.624 | 2.4115668 | 2.387 |



Type of failure :
1 - Bulge
2 - Single Shear Plane
3 - Multi Shear Plane
✓ 4- Vertical Fracture



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## UNI-AXIAL COMPRESSION TEST FOR ROCK
### As Per ASTM : D 7012-10

| | | | |
|---|---|---|---|
| CLIENT: | US ARMY CROPS OF ENGINEERS | BH NO: | Bh - 13 |
| PROJECT: | Water front geo-technical project, | DEPTH: | 17.26 - 17.46 |
| | Naval support activities, (NSA) | | |
| JOB NO: | ILS/G/2011/1264 | | |

### Stress vs Strain Curve

Max Stress: 2.481 MPa

(1.15 %, 1.50 Mpa)

50% Stress: 1.248 MPa

(0.55 %, 0.80 Mpa)

Es = 116.7 Mpa

Elastic Modulus was determined using the Tangent Modulus Method

W912ER-11-D-0010-0006

**A1880**

## APPENDIX-B7



## Direct Shear Test of Soils Under Consolidated Drained Conditions

### Test Method: ASTM D3080 - 04

**Client:** US Navy
**Project:** Proposed fly over bridge at Mina salman and US Navy
**Job No.:** ILS/G/2010/1200
**Bore Hole:** 8
**Depth:** 15.00 - 15.45

| Consolidation Stage | | | | | Shearing Stage | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Settlement Under Normal Stress, mm | | | | Normal Stress | | | | | |
| Elapsed Time, min | Sqrt of Elapsed Time, min | | | | Horizontal Displacement, mm | 49 kPa | | 98 kPa | | 147 kPa | |
| | | 49 kPa | 98 kPa | 147 kPa | | Vertical Displacement, mm | Shear Stress, kPa | Vertical Displacement, mm | Shear Stress, kPa | Vertical Displacement, mm | Shear Stress, kPa |
| 0 | 0.00 | 0.000 | 0.000 | 0.000 | 0.00 | 0.000 | 0.00 | 0.000 | 0.00 | 0.000 | 0.00 |
| 0.5 | 0.71 | 0.032 | 0.238 | 0.464 | 0.10 | 0.014 | 11.67 | 0.028 | 14.79 | 0.008 | 19.46 |
| 1 | 1.00 | 0.034 | 0.258 | 0.482 | 0.20 | 0.016 | 17.12 | 0.046 | 19.46 | 0.030 | 30.35 |
| 2 | 1.41 | 0.034 | 0.280 | 0.498 | 0.30 | 0.018 | 19.46 | 0.090 | 22.57 | 0.046 | 37.36 |
| 3 | 1.73 | 0.034 | 0.290 | 0.506 | 0.40 | 0.020 | 21.01 | 0.108 | 27.24 | 0.066 | 45.14 |
| 4 | 2.00 | | 0.294 | 0.512 | 0.50 | 0.022 | 23.35 | 0.124 | 31.13 | 0.080 | 50.59 |
| 5 | 2.24 | | 0.308 | 0.514 | 0.60 | 0.024 | 23.35 | 0.138 | 35.80 | 0.086 | 54.48 |
| 6 | 2.45 | | 0.308 | 0.514 | 0.70 | 0.026 | 23.35 | 0.144 | 39.69 | 0.106 | 60.71 |
| 7 | 2.65 | | 0.308 | 0.514 | 0.80 | 0.026 | 25.68 | 0.154 | 44.36 | 0.134 | 66.16 |
| | | | | | 0.90 | 0.026 | 27.24 | 0.156 | 47.48 | 0.140 | 70.05 |
| | | | | | 1.00 | 0.026 | 29.58 | 0.158 | 50.59 | 0.150 | 73.94 |
| | | | | | 1.10 | 0.026 | 30.35 | 0.162 | 55.26 | 0.158 | 77.05 |
| | | | | | 1.20 | 0.026 | 32.69 | 0.166 | 58.37 | 0.166 | 80.17 |
| | | | | | 1.30 | 0.026 | 35.02 | 0.166 | 62.26 | 0.172 | 81.72 |
| | | | | | 1.40 | 0.026 | 35.80 | 0.166 | 63.82 | 0.180 | 83.28 |
| | | | | | 1.50 | 0.026 | 36.58 | 0.166 | 66.93 | 0.184 | 84.84 |
| | | | | | 1.60 | 0.024 | 37.36 | 0.166 | 67.71 | 0.186 | 87.95 |
| | | | | | 1.70 | 0.008 | 38.92 | 0.166 | 70.83 | 0.186 | 90.28 |
| | | | | | 1.80 | -0.010 | 38.92 | 0.166 | 72.38 | 0.196 | 93.40 |
| | | | | | 1.90 | -0.026 | 38.92 | 0.166 | 73.94 | 0.196 | 100.40 |
| | | | | | 2.00 | -0.064 | 38.92 | 0.166 | 74.72 | 0.196 | 103.51 |
| | | | | | 2.10 | -0.060 | 38.92 | 0.166 | 76.27 | 0.196 | 107.41 |
| | | | | | 2.20 | -0.074 | 38.14 | 0.166 | 77.05 | 0.196 | 110.52 |
| | | | | | 2.30 | -0.078 | 37.36 | 0.166 | 77.05 | 0.196 | 114.41 |
| | | | | | 2.40 | | | 0.164 | 77.05 | 0.196 | 116.75 |
| | | | | | 2.50 | | | 0.154 | 77.05 | 0.196 | 119.08 |
| | | | | | 2.60 | | | 0.152 | 76.27 | 0.196 | 121.42 |
| | | | | | 2.70 | | | 0.152 | 76.27 | 0.196 | 122.97 |
| | | | | | 2.80 | | | | | 0.196 | 124.53 |
| | | | | | 2.90 | | | | | 0.194 | 126.09 |
| | | | | | 3.00 | | | | | 0.186 | 126.09 |
| | | | | | 3.10 | | | | | 0.182 | 126.86 |
| | | | | | 3.20 | | | | | 0.166 | 126.09 |
| | | | | | 3.30 | | | | | 0.164 | 126.86 |
| | | | | | 3.40 | | | | | 0.160 | 126.86 |
| | | | | | 3.50 | | | | | 0.146 | 126.09 |
| | | | | | 3.60 | | | | | 0.144 | 124.53 |

| | | | |
|---|---|---|---|
| Area of Specimen: | 3600 mm² | Apparent Cohesion | 0 kPa |
| Height of Specimen: | 31.5 mm | | |
| Initial Water Content: | 9.2 % | Angle of Internal Friction | 39.9 ° |
| Initial Wet Density: | 1801 kg/m³ | | |
| Initial Dry Density: | 1649 kg/m³ | | |



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

**Client:** US Navy
**Project:** Proposed fly over bridge at Mina salman and US Navy
**Job No.:** ILS/G/2010/1200
**Bore Hole:** 8
**Depth:** 15.00 - 15.45

**Apparent Cohesion**     0 kPa

**Angle of Internal Friction**     39.9 °

Horizontal Displacement vs Vertical Displacement

Consolidation

Normal Stress vs Shear Stress     y = 0.836x

Horizontal Displacement vs Shear Stress


## Direct Shear Test of Soils Under Consilidated Drained Conditions

Test Method: ASTM D3080 - 04

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project, Naval support activities, (NSA)

**Job No.:** ILS/G/2011/1264

**Bore Hole:** 13

**Depth:** 1.00 - 1.45

| Consolidation Stage | | | | | Shearing Stage | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Elapsed Time, min | Sqrt of Elapsed Time, min | Settlement Under Normal Stress, mm | | | Horizontal Displacement, mm | Normal Stress | | | | | |
| | | 49 kPa | 98 kPa | 147 kPa | | 49 kPa | | 98 kPa | | 147 kPa | |
| | | | | | | Vertical Displacement, mm | Shear Stress, kPa | Vertical Displacement, mm | Shear Stress, kPa | Vertical Displacement, mm | Shear Stress, kPa |
| 0 | 0.00 | 0.000 | 0.000 | 0.000 | 0.00 | 0.000 | 0.00 | 0.000 | 0.00 | 0.000 | 0.00 |
| 0.5 | 0.71 | 0.118 | 0.244 | 0.564 | 0.10 | 0.000 | 9.34 | 0.028 | 14.79 | 0.028 | 11.67 |
| 1 | 1.00 | 0.120 | 0.246 | 0.566 | 0.20 | 0.000 | 14.01 | 0.144 | 20.24 | 0.048 | 25.68 |
| 2 | 1.41 | 0.122 | 0.248 | 0.578 | 0.30 | 0.000 | 19.46 | 0.164 | 28.80 | 0.074 | 32.69 |
| 3 | 1.73 | 0.122 | 0.250 | 0.580 | 0.40 | 0.000 | 22.57 | 0.190 | 31.91 | 0.100 | 40.47 |
| 4 | 2.00 | 0.122 | 0.250 | 0.582 | 0.50 | 0.000 | 25.68 | 0.198 | 37.36 | 0.118 | 46.70 |
| 5 | 2.24 | | 0.250 | 0.582 | 0.60 | -0.002 | 28.02 | 0.210 | 43.59 | 0.132 | 50.59 |
| 6 | 2.45 | | | 0.582 | 0.70 | -0.020 | 29.58 | 0.212 | 49.81 | 0.150 | 56.04 |
| | | | | | 0.80 | -0.034 | 31.13 | 0.216 | 54.48 | 0.162 | 61.49 |
| | | | | | 0.90 | -0.064 | 33.47 | 0.222 | 58.37 | 0.172 | 66.16 |
| | | | | | 1.00 | -0.070 | 34.25 | 0.226 | 63.82 | 0.184 | 71.60 |
| | | | | | 1.10 | -0.086 | 35.02 | 0.226 | 68.49 | 0.194 | 76.27 |
| | | | | | 1.20 | -0.118 | 35.80 | 0.226 | 73.16 | 0.198 | 82.50 |
| | | | | | 1.30 | -0.150 | 36.58 | 0.226 | 77.83 | 0.200 | 88.73 |
| | | | | | 1.40 | -0.182 | 36.58 | 0.226 | 80.94 | 0.200 | 93.40 |
| | | | | | 1.50 | -0.186 | 36.58 | 0.226 | 84.84 | 0.200 | 98.84 |
| | | | | | 1.60 | -0.218 | 36.58 | 0.226 | 87.95 | 0.200 | 103.51 |
| | | | | | 1.70 | -0.236 | 35.80 | 0.226 | 89.51 | 0.200 | 108.18 |
| | | | | | 1.80 | -0.264 | 35.80 | 0.224 | 91.84 | 0.200 | 111.30 |
| | | | | | 1.90 | -0.284 | 35.02 | 0.206 | 94.17 | 0.200 | 115.19 |
| | | | | | 2.00 | -0.286 | 34.25 | 0.174 | 95.73 | 0.200 | 119.08 |
| | | | | | 2.10 | | | 0.142 | 97.29 | 0.200 | 121.42 |
| | | | | | 2.20 | | | 0.124 | 97.29 | 0.200 | 123.75 |
| | | | | | 2.30 | | | 0.104 | 97.29 | 0.198 | 125.31 |
| | | | | | 2.40 | | | 0.090 | 97.29 | 0.196 | 122.97 |
| | | | | | 2.50 | | | 0.074 | 97.29 | 0.194 | 127.64 |
| | | | | | 2.60 | | | 0.042 | 97.29 | 0.194 | 131.53 |
| | | | | | 2.70 | | | 0.042 | 96.51 | 0.178 | 135.43 |
| | | | | | 2.80 | | | | | 0.172 | 136.20 |
| | | | | | 2.90 | | | | | 0.160 | 138.54 |
| | | | | | 3.00 | | | | | 0.144 | 140.10 |
| | | | | | 3.10 | | | | | 0.126 | 140.10 |
| | | | | | 3.20 | | | | | 0.112 | 141.65 |
| | | | | | 3.30 | | | | | 0.096 | 142.43 |
| | | | | | 3.40 | | | | | 0.080 | 143.21 |
| | | | | | 3.50 | | | | | 0.078 | 143.99 |
| | | | | | 3.60 | | | | | 0.062 | 142.43 |
| | | | | | 3.70 | | | | | 0.060 | 142.43 |
| | | | | | 3.80 | | | | | 0.042 | 142.43 |
| | | | | | 3.90 | | | | | 0.026 | 141.65 |
| | | | | | 4.00 | | | | | 0.010 | 140.87 |

**Area of Specimen:** 3600 mm²
**Height of Specimen:** 31.5 mm
**Initial Water Content:** 13.8 %
**Initial Wet Density:** 1796 kg/m³
**Initial Dry Density:** 1578 kg/m³

**Apparent Cohesion** 0 kPa

**Angle of Internal Friction** 44.0 °



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

**Client:** US ARMY CROPS OF ENGINEERS
**Project:** Water front geo-technical project, Naval support activities, (NSA)
**Job No.:** ILS/G/2011/1264
**Bore Hole:** 13
**Depth:** 1.00 - 1.45

**Apparent Cohesion** 0 kPa

**Angle of Internal Friction** 44.0 °





International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Direct Shear Test of Soils Under Consilidated Drained Conditions

Test Method: ASTM D3080 - 04

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project, Naval support activities, (NSA)

**Job No.:** ILS/G/2011/1264

**Bore Hole:** 13

**Depth:** 15.00 - 15.45

| Consolidation Stage | | | | | Shearing Stage | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Elapsed Time, min | Sqrt of Elapsed Time, min | Settlement Under Normal Stress, mm | | | Horizontal Displacement, mm | Normal Stress | | | | | |
| | | | | | | 49 kPa | | 98 kPa | | 147 kPa | |
| | | 49 kPa | 98 kPa | 147 kPa | | Vertical Displacement, mm | Shear Stress, kPa | Vertical Displacement, mm | Shear Stress, kPa | Vertical Displacement, mm | Shear Stress, kPa |
| 0 | 0.00 | 0.000 | 0.000 | 0.000 | 0.00 | 0.000 | 0.00 | 0.000 | 0.00 | 0.000 | 0.00 |
| 0.5 | 0.71 | 0.058 | 0.212 | 0.430 | 0.10 | 0.016 | 12.45 | 0.016 | 16.34 | 0.012 | 21.79 |
| 1 | 1.00 | 0.070 | 0.246 | 0.432 | 0.20 | 0.016 | 18.68 | 0.044 | 24.13 | 0.020 | 35.80 |
| 2 | 1.41 | 0.072 | 0.248 | 0.432 | 0.30 | 0.016 | 21.79 | 0.044 | 31.13 | 0.022 | 46.70 |
| 3 | 1.73 | 0.072 | 0.250 | 0.432 | 0.40 | 0.016 | 24.91 | 0.054 | 35.02 | 0.032 | 59.15 |
| 4 | 2.00 | 0.072 | 0.252 | 0.432 | 0.50 | 0.192 | 23.35 | 0.060 | 38.14 | 0.034 | 71.60 |
| 5 | 2.24 | | 0.252 | | 0.60 | 0.192 | 29.58 | 0.070 | 38.92 | 0.038 | 77.83 |
| 6 | 2.45 | | 0.256 | | 0.70 | 0.192 | 31.13 | 0.076 | 43.59 | 0.040 | 85.61 |
| 7 | 2.65 | | 0.256 | | 0.80 | 0.192 | 32.69 | 0.076 | 47.48 | 0.076 | 80.17 |
| 8 | 2.83 | | 0.256 | | 0.90 | 0.192 | 33.47 | 0.076 | 50.59 | 0.076 | 91.06 |
| | | | | | 1.00 | 0.192 | 34.25 | 0.076 | 52.92 | 0.076 | 97.29 |
| | | | | | 1.10 | 0.186 | 34.25 | 0.076 | 55.26 | 0.076 | 100.40 |
| | | | | | 1.20 | 0.178 | 34.25 | 0.076 | 56.82 | 0.076 | 103.51 |
| | | | | | 1.30 | 0.162 | 35.02 | 0.076 | 57.59 | 0.072 | 105.07 |
| | | | | | 1.40 | 0.160 | 35.02 | 0.076 | 59.15 | 0.058 | 107.41 |
| | | | | | 1.50 | 0.130 | 35.02 | 0.076 | 60.71 | 0.046 | 109.74 |
| | | | | | 1.60 | 0.128 | 35.02 | 0.076 | 62.26 | 0.032 | 111.30 |
| | | | | | 1.70 | 0.110 | 35.02 | 0.076 | 63.82 | 0.026 | 112.08 |
| | | | | | 1.80 | 0.110 | 34.25 | 0.074 | 65.38 | 0.012 | 112.08 |
| | | | | | 1.90 | 0.108 | 33.47 | 0.072 | 65.38 | -0.012 | 111.30 |
| | | | | | 2.00 | 0.108 | 32.69 | 0.070 | 64.60 | -0.024 | 110.52 |
| | | | | | 2.10 | | | 0.068 | 63.82 | | |

| | | | |
|---|---|---|---|
| Area of Specimen: | 3600 mm² | Apparent Cohesion | 0 kPa |
| Height of Specimen: | 31.5 mm | | |
| Initial Water Content: | 6.3 % | Angle of Internal Friction | 36.2 ° |
| Initial Wet Density: | 1786 kg/m³ | | |
| Initial Dry Density: | 1680 kg/m³ | | |

**A1886**



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

**Client:** US ARMY CROPS OF ENGINEERS

**Project:** Water front geo-technical project, Naval support activities, (NSA)

**Job No.:** ILS/G/2011/1264

**Bore Hole:** 13

**Depth:** 15.00 - 15.45

**Apparent Cohesion** 0 kPa

**Angle of Internal Friction** 36.2 °

Normal Stress vs Shear Stress

y = 0.731x

Horizontal Displacement vs Vertical Displacement

Consolidation

Horizontal Displacement vs Shear Stress

# APPENDIX-B8

**A1888**



## International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

| Test Report - California Bearing Ratio ASTM D 1883 - 07 | | F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1 |
|---|---|---|
| **Customer / Contractor** | US Army Corps of Engineering | **Report No. / Ref. No.** | ILS/G/2011/1264/TP_1 |

| **Customer / Contractor** | US Army Corps of Engineering | **Report No. / Ref. No.** | ILS/G/2011/1264/TP_1 |
|---|---|---|---|
| **Address** | Mina Salman | **Report Date** | 23-11-2011 |
| **Project Name** | Water front geo-technical project, Naval support activities, (NSA) | **Date of sample receipt** | 10-11-2011 |
| **Sample description** | SAND | **Sample Id. No.** | Sample no. 1 |
| **Sampling method** | ASTM D 1883 - 07 | **Date of test** | 14-11-2011 |
| **Source / Location** | - | **Sample preparation method** | BS 1377 -4 Clause 7.2.3.2 |
| **Consultant** | | **Initial sample density, Mg/m³** | 1.981 |
| **Condition of sample during receipt** | Satisfactory | **Reatined on 20 mm sieve, %** | 4 |
| **Test condition** | Soaked / ~~Unsoaked~~ | **Period of soaking** | 96 hrs |

### Top CBR

Top CBR Curve

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 3.0 | 13.2 | 22.7 |
| 5.0 | 6.8 | 20 | 34.0 |

### Bottom CBR

Bottom CBR Curve

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 3.5 | 13.2 | 26.5 |
| 5.0 | 6.0 | 20 | 30.0 |
| Number of blows | | | 10 |
| Optimum Moisture content in % | | | 11.7 |
| Moulded dry density Mg/m³ | | | 1.789 |
| Moisture Content after Swelling: % | | | 12.62 |

| % Swell | 0.009 | | |

| **CBR Value in %** | 34.0 |
|---|---|

**Remarks**

1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



خدمات المختبر الدولية ذ.م.م
*International Laboratory Services* W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - California Bearing Ratio
### ASTM D 1883 - 07

F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1

| Customer / Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_1 |
|---|---|---|---|
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, Mg/m$^3$ | 1.981 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |

**Top CBR Curve**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 5.0 | 13.2 | 37.9 |
| 5.0 | 10.0 | 20 | 50.0 |

**Bottom CBR Curve**

| Bottom CBR | | | |
|---|---|---|---|
| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
| 2.5 | 4.0 | 13.2 | 30.3 |
| 5.0 | 9.0 | 20 | 45.0 |

| | |
|---|---|
| Number of blows | 25 |
| Optimum Moisture content in % | 11.7 |
| Moulded dry density Mg/m$^3$ | 1.887 |
| Moisture Content after Swelling: % | 12.11 |
| **CBR Value in %** | 50.0 |

| % Swell | 0.03 |
|---|---|

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - California Bearing Ratio
### ASTM D 1883 - 07

| | | | |
|---|---|---|---|
| | | | F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1 |
| Customer / Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_1 |
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, Mg/m$^3$ | 1.981 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |

**Top CBR Curve**

**Top CBR**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 8.0 | 13.2 | 60.6 |
| 5.0 | 15.0 | 20 | 75.0 |

**Bottom CBR Curve**

**Bottom CBR**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 6.0 | 13.2 | 45.5 |
| 5.0 | 12.5 | 20 | 62.5 |

| | |
|---|---|
| Number of blows | 56 |
| Optimum Moisture content in % | 11.7 |
| Moulded dry density Mg/m$^3$ | 1.977 |
| % Swell 0.040 — Moisture Content after Swelling: % | 12.35 |
| CBR Value in % | 75.0 |

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration



**Dry density vs CBR**

Ref :   ILS/G/2011/1264/TP_1



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - California Bearing Ratio
ASTM D 1883 - 07

F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1

| | | | |
|---|---|---|---|
| Customer / Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_2 |
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, Mg/m$^3$ | 1.868 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |

**Top CBR Curve**

| Top CBR | | | |
|---|---|---|---|
| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
| 2.5 | 2.0 | 13.2 | 15.2 |
| 5.0 | 4.0 | 20 | 20.0 |

**Bottom CBR Curve**

| Bottom CBR | | | |
|---|---|---|---|
| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
| 2.5 | 1.3 | 13.2 | 9.8 |
| 5.0 | 2.3 | 20 | 11.5 |
| Number of blows | | | 10 |
| Optimum Moisture content in % | | | 11.3 |
| Moulded dry density Mg/m$^3$ | | | 1.732 |
| Moisture Content after Swelling: % | | | 11.63 |

| | |
|---|---|
| % Swell | 0.01 |

| | |
|---|---|
| CBR Value in % | 20.0 |

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



## Test Report - California Bearing Ratio
### ASTM D 1883 - 07

F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1

| | | | |
|---|---|---|---|
| Customer / Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_2 |
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, $Mg/m^3$ | 1.868 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |

**Top CBR Curve**

**Top CBR**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 4.0 | 13.2 | 30.3 |
| 5.0 | 6.4 | 20 | 32.0 |

**Bottom CBR Curve**

**Bottom CBR**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 1.8 | 13.2 | 13.6 |
| 5.0 | 3.2 | 20 | 16.0 |

| | |
|---|---|
| Number of blows | 25 |
| Optimum Moisture content in % | 11.3 |
| Moulded dry density $Mg/m^3$ | 1.757 |
| Moisture Content after Swelling: % | 11.63 |
| **CBR Value in %** | **32.0** |

| | |
|---|---|
| % Swell | 0.026 |

**Remarks**

1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - California Bearing Ratio
### ASTM D 1883 - 07

F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1

| | | | |
|---|---|---|---|
| Customer / Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_2 |
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, Mg/m³ | 1.868 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |



Top CBR Curve

### Top CBR

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 6.0 | 13.2 | 45.5 |
| 5.0 | 12.5 | 20 | 62.5 |



Bottom CBR Curve

### Bottom CBR

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 7.0 | 13.2 | 53.0 |
| 5.0 | 11.5 | 20 | 57.5 |

| | |
|---|---|
| Number of blows | 56 |
| Optimum Moisture content in % | 11.3 |
| Moulded dry density Mg/m³ | 1.841 |

| % Swell | 0.017 | Moisture Content after Swelling: % | 11.37 |
|---|---|---|---|

| | |
|---|---|
| **CBR Value in %** | **62.5** |

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration



Ref :        ILS/G/2011/1264/TP_2



## Test Report - California Bearing Ratio
ASTM D 1883 - 07

F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1

| | | | |
|---|---|---|---|
| Customer / Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_3 |
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, Mg/m³ | 1.836 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |

### Top CBR

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 3.4 | 13.2 | 25.8 |
| 5.0 | 6.6 | 20 | 33.0 |

Top CBR Curve (Load, kN vs Penetration, mm)

### Bottom CBR

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 2.2 | 13.2 | 16.7 |
| 5.0 | 4.2 | 20 | 21.0 |

Bottom CBR Curve (Load, kN vs Penetration, mm)

| | |
|---|---|
| Number of blows | 10 |
| Optimum Moisture content in % | 14.6 |
| Moulded dry density Mg/m³ | 1.610 |
| Moisture Content after Swelling: % | 15.7 |
| **CBR Value in %** | **33.0** |

% Swell: 0.04

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - California Bearing Ratio
ASTM D 1883 - 07

| | | | F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1 |
|---|---|---|---|
| **Customer / Contractor** | US Army Corps of Engineering | **Report No. / Ref. No.** | ILS/G/2011/1264/TP_3 |
| **Address** | Mina Salman | **Report Date** | 23-11-2011 |
| **Project Name** | Water front geo-technical project, Naval support activities, (NSA) | **Date of sample receipt** | 10-11-2011 |
| **Sample description** | SAND | **Sample Id. No.** | Sample no. 1 |
| **Sampling method** | ASTM D 1883 - 07 | **Date of test** | 14-11-2011 |
| **Source / Location** | - | **Sample preparation method** | BS 1377 -4 Clause 7.2.3.2 |
| **Consultant** | | **Initial sample density, Mg/m³** | 1.836 |
| **Condition of sample during receipt** | Satisfactory | **Reatined on 20 mm sieve, %** | 4 |
| **Test condition** | Soaked / ~~Unsoaked~~ | **Period of soaking** | 96 hrs |

**Top CBR Curve**

**Top CBR**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 6.0 | 13.2 | 45.5 |
| 5.0 | 11.0 | 20 | 55.0 |

**Bottom CBR Curve**

**Bottom CBR**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 4.0 | 13.2 | 30.3 |
| 5.0 | 8.0 | 20 | 40.0 |

| | |
|---|---|
| Number of blows | 25 |
| Optimum Moisture content in % | 14.6 |
| Moulded dry density Mg/m³ | 1.731 |
| Moisture Content after Swelling: % | 17.1 |

| % Swell | 0.11 |
|---|---|

| **CBR Value in %** | 55.0 |
|---|---|

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



| Test Report - California Bearing Ratio | | | F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1 |
|---|---|---|---|
| ASTM D 1883 - 07 | | | |

| Customer / Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_3 |
|---|---|---|---|
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, Mg/m$^3$ | 1.836 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |

**Top CBR Curve**

**Top CBR**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 8.0 | 13.2 | 60.6 |
| 5.0 | 12.5 | 20 | 62.5 |

**Bottom CBR Curve**

**Bottom CBR**

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 6.0 | 13.2 | 45.5 |
| 5.0 | 12.0 | 20 | 60.0 |

| | |
|---|---|
| Number of blows | 56 |
| Optimum Moisture content in % | 14.6 |
| Moulded dry density Mg/m$^3$ | 1.817 |
| Moisture Content after Swelling: % | 17.5 |

| % Swell | 0.13 | CBR Value in % | 62.5 |
|---|---|---|---|

**Remarks**

1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.





**Dry density vs CBR**

Ref :    ILS/G/2011/1264/TP_3



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

## Test Report - California Bearing Ratio
### ASTM D 1883 - 07

| | | | F/SOIL/05/TR, Revision No. 0, Page No. 1 of 1 |
|---|---|---|---|
| Customer / Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_4 |
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, Mg/m³ | 1.741 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |



**Top CBR Curve**

### Top CBR

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 1.0 | 13.2 | 7.6 |
| 5.0 | 2.5 | 20 | 12.5 |



**Bottom CBR Curve**

### Bottom CBR

| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
|---|---|---|---|
| 2.5 | 0.6 | 13.2 | 4.5 |
| 5.0 | 1.2 | 20 | 6.0 |
| Number of blows | | | 10 |
| Optimum Moisture content in % | | | 14.7 |
| Moulded dry density Mg/m³ | | | 1.534 |
| Moisture Content after Swelling: % | | | 16.82 |

| % Swell | 0.25 | CBR Value in % | 12.5 |
|---|---|---|---|

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

| Test Report - California Bearing Ratio<br>ASTM D 1883 - 07 | | | | F/SOIL/05/TR,<br>Revision No. 0, Page<br>No. 1 of 1 |
|---|---|---|---|---|
| **Customer /<br>Contractor** | US Army Corps of Engineering | | **Report No. / Ref. No.** | ILS/G/2011/1264/TP_4 |
| **Address** | Mina Salman | | **Report Date** | 23-11-2011 |
| **Project Name** | Water front geo-technical project, Naval support activities, (NSA) | | **Date of sample receipt** | 10-11-2011 |
| **Sample description** | SAND | | **Sample Id. No.** | Sample no. 1 |
| **Sampling method** | ASTM D 1883 - 07 | | **Date of test** | 14-11-2011 |
| **Source / Location** | - | | **Sample preparation method** | BS 1377 -4 Clause 7.2.3.2 |
| **Consultant** | | | **Initial sample density, Mg/m³** | 1.741 |
| **Condition of sample during receipt** | Satisfactory | | **Reatined on 20 mm sieve, %** | 4 |
| **Test condition** | Soaked / ~~Unsoaked~~ | | **Period of soaking** | 96 hrs |



**Top CBR Curve**

| | Top CBR | | | |
|---|---|---|---|---|
| **Penetration, mm** | **Load, kN** | **Standard Load, kN** | **CBR, %** |
| 2.5 | 2.2 | 13.2 | 16.7 |
| 5.0 | 5.8 | 20 | 29.0 |



**Bottom CBR Curve**

| | Bottom CBR | | | |
|---|---|---|---|---|
| **Penetration, mm** | **Load, kN** | **Standard Load, kN** | **CBR, %** |
| 2.5 | 1.0 | 13.2 | 7.6 |
| 5.0 | 2.1 | 20 | 10.5 |

| | | |
|---|---|---|
| Number of blows | | 25 |
| Optimum Moisture content in % | | 14.7 |
| Moulded dry density Mg/m³ | | 1.588 |
| % Swell | 0.19 | Moisture Content after Swelling: % | 15.92 |
| | **CBR Value in %** | 29.0 |

Remarks

1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.



International Laboratory Services W.L.L

Geotechnical Engineering Services - Material Testing - Chemical Analysis - NDT Services - Calibration

| Test Report - California Bearing Ratio<br>ASTM D 1883 - 07 | | F/SOIL/05/TR,<br>Revision No. 0, Page<br>No. 1 of 1 | |
|---|---|---|---|
| Customer /<br>Contractor | US Army Corps of Engineering | Report No. / Ref. No. | ILS/G/2011/1264/TP_4 |
| Address | Mina Salman | Report Date | 23-11-2011 |
| Project Name | Water front geo-technical project, Naval support activities, (NSA) | Date of sample receipt | 10-11-2011 |
| Sample description | SAND | Sample Id. No. | Sample no. 1 |
| Sampling method | ASTM D 1883 - 07 | Date of test | 14-11-2011 |
| Source / Location | - | Sample preparation method | BS 1377 -4 Clause 7.2.3.2 |
| Consultant | | Initial sample density, Mg/m³ | 1.741 |
| Condition of sample during receipt | Satisfactory | Reatined on 20 mm sieve, % | 4 |
| Test condition | Soaked / ~~Unsoaked~~ | Period of soaking | 96 hrs |

**Top CBR Curve**

| | Top CBR | | | |
|---|---|---|---|---|
| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
| 2.5 | 8.0 | 13.2 | 60.6 |
| 5.0 | 14.0 | 20 | 70.0 |

**Bottom CBR Curve**

| | Bottom CBR | | | |
|---|---|---|---|---|
| Penetration, mm | Load, kN | Standard Load, kN | CBR, % |
| 2.5 | 3.7 | 13.2 | 28.0 |
| 5.0 | 5.1 | 20 | 25.5 |
| Number of blows | | | 56 |
| Optimum Moisture content in % | | | 14.7 |
| Moulded dry density Mg/m³ | | | 1.695 |

| % Swell | 0.069 | Moisture Content after Swelling: % | 15.27 |
|---|---|---|---|
| | | **CBR Value in %** | 70.0 |

Remarks
1. Test results relates to the sample tested only.
2. Test Report shall not be reproduced except in full, without written approval of the Laboratory.





Dry density vs CBR

Ref :     ILS/G/2011/1264/TP_4

## ATFP DESIGN BLAST DATA

Impulse/Range Plot

Pressure/Range Plot

# Pressure vs. Range
## Hemispherical Surface Burst



W912ER-11-D-0010-0006

**A1906**

# Impulse vs. Range
## Hemispherical Surface Burst



Legend:
- Incident Impulse, MPa-msec
- Reflected Impulse, MPa-msec

C

**Impulse, MPa-msec** (y-axis)

**Range, meters** (x-axis)

W912ER-11-D-0010-0006

**A1907**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

# CHILLED WATER SITE DRAWINGS

Government Rule 4 File

**A1908**



KEY PLAN

FOR CONTINUATION SEE SHEET XM-2

UNLESS OTHERWISE NOTED, LINEAR D
SHOWN ARE IN MILLIMETERS.

1:500

WATERFRONT
ADMINISTRATION
BUILDING

BUILDING

GUARDRAIL

ASPHALT

EXISTING

BM-101
BM-102

80 CHWR
80 CHWS

255 CHWR
255 CHWS

255 CHWR
255 CHWS

CHWR
CHWS

A XM-3
B XM-3
B XM-3



RECTANGULAR C.I. COVER SEE DWG. SS-4 FOR REQUIREMENTS

VALVE PER SPECIFICATION. INSULATE AND WEATHER PROOF PIPE AND VALVES. SEE SPEC. SECTION 33 60 01 FOR REQUIREMENTS

FINISHED GRADE

TO BUILDING. SIZE AS INDICATED.



LAR CONC. VALVE ED TO SUIT VALVES N SUPPLY AND RETURN THE SAME BOX. BETWEEN VALVE AND IOR. SEE STRUCTURAL SS-4 FOR BOX CONSTRUCTION NTS.

300 MIN.

PIPE SIZE TO MATCH LOOP MAIN SIZE

1200 MIN.

* ELEVATION VARIES WITH PIPE SLOPE AND SITE GRADE.

**BUILDING VALVE BOX DETAIL** (A) XM-3
N.T.S.



RECTANGULAR C.I. COVER SEE DWG. SS-4 FOR REQUIREMENTS

VALVE PER SPECIFICATION. INSULATE AND WEATHER PROOF PIPE AND VALVES. SEE SPEC. SECTION 33 60 01 FOR REQUIREMENTS

FINISHED GRADE

BLIND FLANGE

LAR CONC. VALVE D TO SUIT VALVES SUPPLY AND RETURN THE SAME BOX. ETWEEN VALVE AND OR. SEE STRUCTURAL SS-4 FOR BOX CONSTRUCTION NTS.

300 MIN.

PIPE SIZE TO MATCH LOOP MAIN SIZE

1200 MIN.

* ELEVATION VARIES WITH PIPE SLOPE AND SITE GRADE.

**FUTURE BUILDING VALVE BOX DETAIL** (B) XM-3
N.T.S.

UNLESS OTHERWISE NOTED, LINEAR D SHOWN ARE IN MILLIMETERS.

# P-935 PIPE FLOW DATA

## Pipe-Flo Fire Flow

## Pipe-Flo

System: Waterfront Water Distribution - P-935

Lineup: FIRE AT P-935

rev: 05/11/12  8:02 am

Atm pressure: 14.7 psi a

05/11/12  8:02 am

Company: USACE TAM

Project: BA1105

by: Patton

Total System Volume: 22071 gallons
Pressure drop calculations: Darcy-Weisbach method, laminar cutoff Re = 2100
Calculated: 11 iterations   Avg Deviation: 0.009878 %

## Specifications

| Specification | Material / Schedule | Roughness | Sizing | Design Limits |
|---|---|---|---|---|
| Specification | PVC Plastic Pipe / 80 | 6e-005 in | not specified | 0 to 10 ft/sec |
| | Valves: standard | C: 140 | | --- |

## Fluid Zones

| Fluid Zone | Fluid | Temp °F | Pressure psi g | Density lb/ft³ | Viscosity cP | Pv / Pc  or  k psi a |
|---|---|---|---|---|---|---|
| Fluid zone | Water | 70 | 0 | 62.32 | 0.9695 | 0.3632 / 3198 |

**A1913**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Pipelines** | | | | | | | |
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{001} | ~N{001} | ~N{002} | Limit | 2365 | 10.57 | 1.251 | 2.892 |
| | Specification | Fluid zone | | | 10 | 109.2 | 0 |
| Pipe{002} | ~N{003} | ~N{002} | Reversed | 235 | 1.05 | 0.053 | 0.122 |
| | Specification | Fluid zone | | | 10 | 233 | 1.626 |
| Pipe{003} | ~N{004} | ~N{001} | Limit | 2365 | 10.57 | 0.779 | 1.801 |
| | Specification | Fluid zone | | | 10 | 68 | 0 |
| Pipe{005} | ~N{006} | ~N{003} | Reversed | 238 | 1.673 | 0.123 | 0.285 |
| | Specification | Fluid zone | | | 8 | 234 | 0 |
| Pipe{006} | ~N{003} | Climate Controlled Wareh... | | 3 | 0.013 | 0 | 0 |
| | Specification | Fluid zone | | | 10 | 103 | 0 |
| Pipe{008} | ~N{075} | ~N{006} | Reversed | 170 | 1.196 | 0.023 | 0.053 |
| | Specification | Fluid zone | | | 8 | 79.66 | 0 |
| Pipe{009} | ~N{009} | Small Arms Range | | 10 | 1.088 | 0.117 | 0.27 |
| | Specification | Fluid zone | | | 2 | 88 | 0 |
| Pipe{010} | ~N{009} | ~N{011} | | 35 | 0.246 | 0.014 | 0.031 |
| | Specification | Fluid zone | | | 8 | 763 | 0 |
| Pipe{013} | ~N{013} | FH 2 NSWU-3 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 69 | 0 |
| Pipe{014} | ~N{013} | ~N{015} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 271 | 0 |
| Pipe{015} | ~N{015} | FH 1 NSWU-3 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{016} | ~N{015} | ~N{017} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{017} | ~N{017} | Small Craft Berting | | 5 | 0.379 | 0.035 | 0.08 |
| | Specification | Fluid zone | | | 2.5 | 204 | 0 |
| Pipe{018} | ~N{019} | ~N{017} | Reversed | 5 | 0.062 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{019} | ~N{019} | FH FUEL STATION | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 75 | 0 |
| Pipe{022} | ~N{070} | ~N{019} | Reversed | 5 | 0.062 | 0.001 | 0.002 |
| | Specification | Fluid zone | | | 6 | 436 | 0 |
| Pipe{025} | ~N{026} | ~N{025} | Reversed | 5 | 0.035 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 98 | 0 |
| Pipe{026} | ~N{025} | Cold Iron 2 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 39 | 0 |
| Pipe{027} | ~N{026} | ~N{028} | | 227.9 | 1.603 | 0.039 | 0.089 |
| | Specification | Fluid zone | | | 8 | 79 | 0 |
| Pipe{029} | ~N{028} | ~N{030} | | 205.9 | 1.448 | 0.085 | 0.196 |
| | Specification | Fluid zone | | | 8 | 208 | 0 |
| Pipe{030} | ~N{030} | NSWU-3 | | 33 | 0.232 | 0.001 | 0.003 |
| | Specification | Fluid zone | | | 8 | 91 | 0 |
| Pipe{031} | ~N{030} | ~N{032} | | 170.9 | 1.202 | 0.055 | 0.128 |
| | Specification | Fluid zone | | | 8 | 190 | 0 |
| Pipe{032} | ~N{032} | P-951 | | 16 | 0.197 | 0 | 0.002 |
| | Specification | Fluid zone | | | 6 | 43 | 0 |
| Pipe{033} | ~N{032} | ~N{034} | Reversed | 154.9 | 1.09 | 0.045 | 0.103 |
| | Specification | Fluid zone | | | 8 | 182 | 0 |
| Pipe{034} | ~N{034} | FH EOD | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 208 | 0 |
| Pipe{035} | ~N{034} | ~N{036} | Reversed | 154.9 | 1.09 | 0.019 | 0.043 |
| | Specification | Fluid zone | | | 8 | 76 | 0 |
| Pipe{036} | ~N{036} | ~N{099} | | 87 | 1.072 | 0.028 | 0.064 |
| | Specification | Fluid zone | | | 6 | 82.55 | 0 |

**A1914**

| Pipelines | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{037} | ~N{036} | ~N{006} | Reversed | 67.93 | 0.478 | 0.014 | 0.031 |
| | Specification | Fluid zone | | | 8 | 239 | 0 |
| Pipe{038} | ~N{078} | ~N{026} | Reversed | 232.9 | 2.87 | 0.659 | 1.524 |
| | Specification | Fluid zone | | | 6 | 338 | 0 |
| Pipe{039} | ~N{038} | Future | | 100 | 1.232 | 0.02 | 0.046 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{040} | ~N{040} | ~N{038} | Reversed | 342.9 | 4.225 | 1.603 | 3.706 |
| | Specification | Fluid zone | | | 6 | 409 | 0 |
| Pipe{041} | Cold Iron 1 | ~N{040} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 106 | 0 |
| Pipe{042} | ~N{41} | ~N{040} | Reversed | 342.9 | 4.225 | 0.819 | 1.894 |
| | Specification | Fluid zone | | | 6 | 209 | 0 |
| Pipe{043} | ~N{41} | Commissary | | 24 | 0.296 | 0.005 | 0.012 |
| | Specification | Fluid zone | | | 6 | 148 | 0 |
| Pipe{044} | ~N{043} | ~N{41} | Reversed | 366.9 | 4.52 | 1.01 | 2.335 |
| | Specification | Fluid zone | | | 6 | 228 | 0 |
| Pipe{045} | ~N{043} | FH TCN PASS/ID | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 53 | 0 |
| Pipe{046} | ~N{045} | ~N{043} | Reversed | 366.9 | 2.58 | 0.09 | 0.207 |
| | Specification | Fluid zone | | | 8 | 78 | 0 |
| Pipe{048} | ~N{047} | ~N{045} | Reversed | 54.81 | 0.675 | 0.032 | 0.074 |
| | Specification | Fluid zone | | | 6 | 215 | 0 |
| Pipe{049} | ~N{047} | TCN Pass/ID | | 7 | 1.272 | 0.227 | 0.524 |
| | Specification | Fluid zone | | | 1.5 | 94 | 0 |
| Pipe{050} | ~N{049} | ~N{045} | Reversed | 312.1 | 2.195 | 0.289 | 0.669 |
| | Specification | Fluid zone | | | 8 | 337 | 0 |
| Pipe{052} | ~N{049} | FH POV LOT | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 62 | 0 |
| Pipe{053} | ~N{052} | ~N{049} | Reversed | 312.1 | 2.195 | 0.103 | 0.238 |
| | Specification | Fluid zone | | | 8 | 120 | 0 |
| Pipe{054} | ~N{053} | ~N{052} | Reversed | 389.9 | 2.742 | 0.204 | 0.472 |
| | Specification | Fluid zone | | | 8 | 159 | 0 |
| Pipe{055} | ~N{053} | ~N{054} | Reversed | 2638 | 11.79 | 0.798 | 1.845 |
| | Specification | Fluid zone | | | 10 | 57 | 0 |
| Pipe{056} | ~N{054} | ~N{074} | Limit | 2580 | 11.53 | 2.874 | 6.644 |
| | Specification | Fluid zone | | | 10 | 213.82 | 0 |
| Pipe{057} | Elevated Tank | ~N{053} | Reversed | 3028 | 9.567 | (44.17) | 0.863 |
| | Specification | Fluid zone | | | 12 | 48 | 0 |
| Pipe{058} | ~N{054} | P-937 | | 58 | 0.715 | 0.007 | 0.015 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{060} | ~N{002} | P-935 | Limit | 2600 | 32.03 | 6.428 | 14.86 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{061} | ~N{052} | ~N{059} | Reversed | 77.81 | 0.959 | 0.066 | 0.152 |
| | Specification | Fluid zone | | | 6 | 239 | 0 |
| Pipe{062} | ~N{059} | ~N{060} | Reversed | 74.81 | 0.922 | 0.007 | 0.017 |
| | Specification | Fluid zone | | | 6 | 28 | 0 |
| Pipe{063} | ~N{060} | ~N{061} | Reversed | 64.81 | 0.798 | 0.053 | 0.122 |
| | Specification | Fluid zone | | | 6 | 265 | 0 |
| Pipe{064} | ~N{059} | Gate House | | 3 | 0.545 | 0.077 | 0.178 |
| | Specification | Fluid zone | | | 1.5 | 138 | 0 |
| Pipe{065} | ~N{060} | PASS/ID | | 10 | 1.088 | 0.295 | 0.682 |
| | Specification | Fluid zone | | | 2 | 222 | 0 |
| Pipe{066} | ~N{061} | Truck Inspection | | 3 | 0.545 | 0.056 | 0.13 |
| | Specification | Fluid zone | | | 1.5 | 101 | 0 |

W912ER-11-D-0010-0006

**A1915**

## Pipelines

| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
|---|---|---|---|---|---|---|---|
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{067} | ~N{061} | ~N{065} | | 61.81 | 0.761 | 0.009 | 0.02 |
| | Specification | Fluid zone | | | 6 | 48 | 0 |
| Pipe{068} | ~N{065} | ~N{066} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 19 | 0 |
| Pipe{069} | ~N{065} | ~N{067} | | 61.81 | 0.761 | 0.035 | 0.081 |
| | Specification | Fluid zone | | | 6 | 191 | 0 |
| Pipe{070} | ~N{067} | FH PARKING LOT | | 61.81 | 0.761 | 0.098 | 0.226 |
| | Specification | Fluid zone | | | 6 | 535 | 0 |
| Pipe{071} | FH PARKING LOT | ~N{047} | | 61.81 | 0.761 | 0.094 | 0.216 |
| | Specification | Fluid zone | | | 6 | 512 | 0 |
| Pipe{072} | ~N{030} | Vehicle Maint Shop | | 2 | 0.025 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 44 | 0 |
| Pipe{074} | ~N{011} | EOD FIRE CONN | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 167 | 0 |
| Pipe{075} | ~N{011} | FH2 EOD | | 25 | 0.308 | 0.003 | 0.007 |
| | Specification | Fluid zone | | | 6 | 76 | 0 |
| Pipe{076} | FH2 EOD | EOD | | 25 | 0.698 | 0.024 | 0.055 |
| | Specification | Fluid zone | | | 4 | 91 | 0 |
| Pipe{080} | ~N{070} | FH HARBOR PATROL | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 48 | 0 |
| Pipe{081} | ~N{028} | ~N{071} | | 22 | 0.155 | 0 | 0.002 |
| | Specification | Fluid zone | | | 8 | 111 | 0 |
| Pipe{082} | ~N{071} | Port Ops Fire | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 39 | 0 |
| Pipe{083} | ~N{071} | Port Ops | | 22 | 1.07 | 0.041 | 0.096 |
| | Specification | Fluid zone | | | 3 | 53 | 0 |
| Pipe{084} | ~N{025} | ~N{070} | | 5 | 0.062 | 0 | 0.002 |
| | Specification | Fluid zone | | | 6 | 279 | 0 |
| Pipe{085} | ~N{072} | Vehicle Storage | | 5 | 0.062 | 0 | 0.001 |
| | Specification | Fluid zone | | | 6 | 223 | 0 |
| Pipe{086} | ~N{011} | ~N{073} | Reversed | 10 | 0.123 | 0.001 | 0.003 |
| | Specification | Fluid zone | | | 6 | 158.5 | 0 |
| Pipe{087} | ~N{073} | ~N{072} | Reversed | 5 | 0.062 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 108.5 | 0 |
| Pipe{088} | ~N{073} | Combat Vehicle Wash Ra... | | 5 | 0.544 | 0.026 | 0.061 |
| | Specification | Fluid zone | | | 2 | 65.52 | 0 |
| Pipe{089} | ~N{074} | ~N{004} | Limit | 2365 | 10.57 | 0.219 | 0.506 |
| | Specification | Fluid zone | | | 10 | 19.1 | 0 |
| Pipe{090} | ~N{075} | ~N{009} | | 45 | 0.316 | 0.002 | 0.004 |
| | Specification | Fluid zone | | | 8 | 59.48 | 0 |
| Pipe{091} | ~N{074} | ~N{076} | | 215 | 2.649 | 0.512 | 1.184 |
| | Specification | Fluid zone | | | 6 | 303.36 | 0 |
| Pipe{092} | ~N{076} | Fire Demand | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 29.17 | 0 |
| Pipe{093} | ~N{076} | ~N{077} | | 215 | 2.649 | 0.931 | 2.152 |
| | Specification | Fluid zone | | | 6 | 551.21 | 0 |
| Pipe{094} | ~N{077} | Warehouse Fire Demand | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 22.9 | 0 |
| Pipe{095} | ~N{077} | ~N{075} | | 215 | 2.649 | 0.606 | 1.401 |
| | Specification | Fluid zone | | | 6 | 358.94 | 0 |
| Pipe{099} | ~N{038} | ~N{078} | Reversed | 242.9 | 2.993 | 0.711 | 1.644 |
| | Specification | Fluid zone | | | 6 | 338 | 0 |
| Pipe{100} | ~N{078} | UKMCC | | 10 | 0.123 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |

## A1916

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Pipelines | | | | |

| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
|---|---|---|---|---|---|---|---|
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{101} | ~N{099} | Admin | | 1 | 0.012 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 145.28 | 0 |
| Pipe{102} | ~N{099} | Fleet Rec | | 86 | 1.059 | 0.018 | 0.042 |
| | Specification | Fluid zone | | | 6 | 55.09 | 0 |
| Pipe{103} | P-935 | DFAC | | 100 | 1.232 | 0.086 | 0.198 |
| | Specification | Fluid zone | | | 6 | 200 | 0 |

**A1917**

## Nodes

| Node | Elev ft | Status | Pressure psi g | Grade ft |
|---|---|---|---|---|
| ~N{001} | 0 | | 47.16 | 109 |
| ~N{002} | 0 | | 45.91 | 106.1 |
| ~N{003} | 0 | | 45.96 | 106.3 |
| ~N{004} | 0 | | 47.94 | 110.8 |
| ~N{006} | 0 | | 46.09 | 106.6 |
| ~N{009} | 0 | | 46.11 | 106.6 |
| ~N{011} | 0 | | 46.09 | 106.6 |
| ~N{013} | 0 | | 46.34 | 107.1 |
| ~N{015} | 0 | | 46.34 | 107.1 |
| ~N{017} | 0 | | 46.34 | 107.1 |
| ~N{019} | 0 | | 46.34 | 107.1 |
| ~N{025} | 0 | | 46.34 | 107.1 |
| ~N{026} | 0 | | 46.34 | 107.1 |
| ~N{028} | 0 | | 46.3 | 107.1 |
| ~N{030} | 0 | | 46.22 | 106.9 |
| ~N{032} | 0 | | 46.16 | 106.7 |
| ~N{034} | 0 | | 46.12 | 106.6 |
| ~N{036} | 0 | | 46.1 | 106.6 |
| ~N{038} | 0 | | 47.71 | 110.3 |
| ~N{040} | 0 | | 49.31 | 114 |
| ~N{043} | 0 | | 51.14 | 118.3 |
| ~N{045} | 0 | | 51.23 | 118.5 |
| ~N{047} | 0 | | 51.26 | 118.5 |
| ~N{049} | 0 | | 51.52 | 119.1 |
| ~N{052} | 0 | | 51.63 | 119.4 |
| ~N{053} | 0 | | 51.83 | 119.8 |
| ~N{054} | 0 | | 51.03 | 118 |
| ~N{059} | 0 | | 51.56 | 119.2 |
| ~N{060} | 0 | | 51.55 | 119.2 |
| ~N{061} | 0 | | 51.5 | 119.1 |
| ~N{065} | 0 | | 51.49 | 119.1 |
| ~N{066} | 0 | | 51.49 | 119.1 |
| ~N{067} | 0 | | 51.46 | 119 |
| ~N{070} | 0 | | 46.34 | 107.1 |
| ~N{071} | 0 | | 46.3 | 107.1 |
| ~N{072} | 0 | | 46.09 | 106.6 |
| ~N{073} | 0 | | 46.09 | 106.6 |
| ~N{074} | 0 | | 48.16 | 111.3 |
| ~N{075} | 0 | | 46.11 | 106.6 |
| ~N{076} | 0 | | 47.65 | 110.2 |
| ~N{077} | 0 | | 46.71 | 108 |
| ~N{078} | 0 | | 47 | 108.7 |
| ~N{099} | 0 | | 46.07 | 106.5 |
| ~N{41} | 0 | | 50.13 | 115.9 |
| FH POV LOT | 0 | | 51.52 | 119.1 |

**A1918**

## Tanks

| Tank | Surface Pressure psi g | Level ft | Bottom Elevation ft | Status | Flow US gpm | Pressure psi g | Grade ft |
|---|---|---|---|---|---|---|---|
| Elevated Tank | 0 | 17.7 | 103 | | -3028 | 7.655 | 120.7 |

| | Connecting pipelines | Flow (US gpm) | Pressure (psi g) | Grade (ft) |
|---|---|---|---|---|
| | Pipe{057} @ 0 ft | 3028 | 7.655 | 120.7 |
| | Infinite tank/no geometry | | | |

## Demands

| Demand | Set Value | Flow Rate US gpm | Pressure psi g | Elev ft | Status | Grade ft |
|---|---|---|---|---|---|---|
| Admin | Flow out | 1 | 46.07 | 0 | | 106.5 |
| Climate Controlled Warehouse | Flow out | 3 | 45.96 | 0 | | 106.3 |
| Cold Iron 1 | Flow out | 0 | 49.31 | 0 | | 114 |
| Cold Iron 2 | Flow out | 0 | 46.34 | 0 | | 107.1 |
| Combat Vehicle Wash Rack | Flow out | 5 | 46.07 | 0 | | 106.5 |
| Commissary | Flow out | 24 | 50.13 | 0 | | 115.9 |
| DFAC | Flow out | 100 | 39.4 | 0 | | 91.09 |
| EOD | Flow out | 25 | 46.07 | 0 | | 106.5 |
| EOD FIRE CONN | Flow out | 0 | 46.09 | 0 | | 106.6 |
| FH 1 NSWU-3 | Flow out | 0 | 46.34 | 0 | | 107.1 |
| FH 2 NSWU-3 | Flow out | 0 | 46.34 | 0 | | 107.1 |
| FH EOD | Flow out | 0 | 46.12 | 0 | | 106.6 |
| FH FUEL STATION | Flow out | 0 | 46.34 | 0 | | 107.1 |
| FH HARBOR PATROL | Flow out | 0 | 46.34 | 0 | | 107.1 |
| FH PARKING LOT | Flow out | 0 | 51.36 | 0 | | 118.7 |
| FH TCN PASS/ID | Flow out | 0 | 51.14 | 0 | | 118.3 |
| FH2 EOD | Flow out | 0 | 46.09 | 0 | | 106.6 |
| Fire Demand | Flow out | 0 | 47.65 | 0 | | 110.2 |
| Fleet Rec | Flow out | 86 | 46.05 | 0 | | 106.5 |
| Future | Flow out | 100 | 47.69 | 0 | | 110.3 |
| Gate House | Flow out | 3 | 51.48 | 0 | | 119 |
| NSWU-3 | Flow out | 33 | 46.22 | 0 | | 106.9 |
| P-935 | Flow out | 2500 | 39.48 | 0 | | 91.29 |
| P-937 | Flow out | 58 | 51.02 | 0 | | 118 |
| P-951 | Flow out | 16 | 46.16 | 0 | | 106.7 |
| PASS/ID | Flow out | 10 | 51.26 | 0 | | 118.5 |
| Port Ops | Flow out | 22 | 46.26 | 0 | | 107 |
| Port Ops Fire | Flow out | 0 | 46.3 | 0 | | 107.1 |
| Small Arms Range | Flow out | 10 | 45.99 | 0 | | 106.3 |
| Small Craft Berting | Flow out | 5 | 46.3 | 0 | | 107.1 |
| TCN Pass/ID | Flow out | 7 | 51.04 | 0 | | 118 |
| Truck Inspection | Flow out | 3 | 51.44 | 0 | | 118.9 |
| UKMCC | Flow out | 10 | 47 | 0 | | 108.7 |
| Vehicle Maint Shop | Flow out | 2 | 46.22 | 0 | | 106.9 |
| Vehicle Storage | Flow out | 5 | 46.09 | 0 | | 106.6 |
| Warehouse Fire Demand | Flow out | 0 | 46.71 | 0 | | 108 |

A1919

PASS/ID
Set @ 10 US gpm
P: 51.26 psi g

Fire Demand
Set @ 0 US gpm
P: 47.65 psi g

Pipe{092}
Flow: 0 US gpm

~N{076}
P: 47.65 psi g

Truck Inspection
Set @ 3 US gpm
P: 51.44 psi g

Pipe{065}
Flow: 10 US gpm

Elevated Tank
P Set: 0 psi g
Level: 17.7 ft
P: 7.655 psi g

Pipe{091}
Flow: 215 US gpm

Pipe{066}
Flow: 3 US gpm

Pipe{057}
Flow: 3028 US gpm

Pipe{063}
Flow: 64.81 US gpm

Pipe{062}
Flow: 74.81 US gpm

Pipe{061}
Flow: 77.81 US gpm

~N{052}
P: 51.63 psi g

Pipe{054}
Flow: 389.9 US gpm

Pipe{055}
Flow: 2638 US gpm

Pipe{056}
Flow: 2580 US gpm

Pipe{089}
Flow: 2365 US gpm

Pipe{003}
Flow: 2365 US gpm

Pipe{001}
Flow: 2365 US gpm

~N{002}
P: 45.91 psi g

~N{061}
P: 51.5 psi g

~N{060}
P: 51.55 psi g

~N{059}
P: 51.56 psi g

~N{053}
P: 51.83 psi g

~N{054}
P: 51.03 psi g

~N{074}
P: 48.16 psi g

~N{004}
P: 47.94 psi g

~N{001}
P: 47.16 psi g

Pipe{060}
Flow: 2600 US gpm

Pipe{067}
Flow: 61.81 US gpm

Pipe{064}
Flow: 3 US gpm

Pipe{058}
Flow: 58 US gpm

P-937
Set @ 58 US gpm
P: 51.02 psi g

P-935
Set @ 2500 US gpm
P: 39.48 psi g

Pipe{068}
Flow: 0 US gpm

~N{065}
P: 51.49 psi g

~N{066}
P: 51.49 psi g

Pipe{069}
Flow: 61.81 US gpm

Gate House
Set @ 3 US gpm
P: 51.48 psi g

Pipe{053}
Flow: 312.1 US gpm

Pipe{103}
Flow: 100 US gpm

~N{067}
P: 51.46 psi g

Pipe{052}
Flow: 0 US gpm

~N{049}
P: 51.52 psi g

FH POV LOT
P: 51.52 psi g

Pipe{070}
Flow: 61.81 US gpm

Pipe{050}
Flow: 312.1 US gpm

FH PARKING LOT
Set @ 0 US gpm
P: 51.36 psi g

Pipe{071}
Flow: 61.81 US gpm

~N{047}
P: 51.25 psi g

Pipe{048}
Flow: 54.81 US gpm

~N{045}
P: 51.23 psi g

Pipe{049}
Flow: 7 US gpm

Pipe{046}
Flow: 366.9 US gpm

TCN Pass/ID
Set @ 7 US gpm
P: 51.04 psi g

Pipe{045}
Flow: 0 US gpm

~N{043}
P: 51.14 psi g

FH TCN PASS/ID

W912ER-11-D-0010-0006

**A1920**



Government Rule 4 File

# A1921

W912ER-11-D-0010-0006

Set @ 0 US gpm
P: 51.14 psi g

Pipe{044}
Flow: 366.9 US gpm

~N{41}
P: 50.13 psi g

Pipe{043}
Flow: 24 US gpm

Commissary
Set @ 24 US gpm
P: 50.13 psi g

Pipe{042}
Flow: 342.9 US gpm

Future
Set @ 100 US gpm
P: 47.69 psi g

~N{040}
P: 49.31 psi g

Pipe{039}
Flow: 100 US gpm

Pipe{040}
Flow: 342.9 US gpm

Pipe{099}
Flow: 242.9 US gpm

Pipe{041}
Flow: 0 US gpm

~N{038}
P: 47.71 psi g

Cold Iron 1
Set @ 0 US gpm
P: 49.31 psi g



W912ER-11-D-0010-0006

**A1922**

Pipe{031}
Flow: 170.9 US gpm

Pipe{030}
Flow: 33 US gpm

Vehicle Maint Shop
Set @ 2 US gpm
P: 46.22 psi g

Pipe{072}
Flow: 2 US gpm

NSWU-3
Set @ 33 US gpm
P: 46.22 psi g

~N{059}
P: 46.22 psi g

FH 2 NSWU-3
Set @ 0 US gpm
P: 46.34 psi g

Flow: 0 US gpm  ~N{013}
P: 46.34 psi g

Pipe{014}
Flow: 0 US gpm

Pipe{029}
Flow: 205.9 US gpm

FH 1 NSWU-3
Set @ 0 US gpm
P: 46.34 psi g

Pipe{015}
Flow: 0 US gpm  ~N{015}
P: 46.34 psi g

Pipe{016}
Flow: 0 US gpm

Pipe{017}
Flow: 5 US gpm

Small Craft Berting
Set @ 5 US gpm
P: 46.3 psi g

UKMCC
Set @ 10 US gpm
P: 47 psi g

Pipe{100}
Flow: 10 US gpm

Port Ops Fire
Set @ 0 US gpm
P: 46.3 psi g

Pipe{082}
Flow: 0 US gpm

~N{028}
P: 46.3 psi g

Pipe{081}
Flow: 22 US gpm

Pipe{083}
Flow: 22 US gpm

~N{071}
P: 46.3 psi g

~N{017}
P: 46.34 psi g

Pipe{018}
Flow: 5 US gpm

Pipe{027}
Flow: 227.9 US gpm

Port Ops
Set @ 22 US gpm
P: 46.26 psi g

FH HARBOR PATROL
Set @ 0 US gpm
P: 46.34 psi g

FH FUEL STATION
Set @ 0 US gpm
P: 46.34 psi g

Pipe{019}
Flow: 0 US gpm  ~N{019}
P: 46.34 psi g

Pipe{038}
Flow: 232.9 US gpm

~N{078}
P: 47 psi g

~N{026}
P: 46.34 psi g

Pipe{025}
Flow: 5 US gpm

Pipe{080}
Flow: 0 US gpm

Pipe{084}
Flow: 5 US gpm

Pipe{022}
Flow: 5 US gpm

~N{025}
P: 46.34 psi g

Pipe{026}
Flow: 0 US gpm

~N{070}
P: 46.34 psi g

Cold Iron 2
Set @ 0 US gpm
P: 46.34 psi g

| Lineup: | FIRE AT P-935 | Darcy-Weisbach | PIPE-FLO 2009 |
|---|---|---|---|
| System: | Waterfront Water Distribution - P-935 | | Flow: US gpm |
| Date: | 05/11/12  8:03 am | | Pressure: psi g |
| Company: | USACE TAM | | Size: in |
| Project: | BA1105 | | Elevation: ft |
| by: | Patton | | Velocity: ft/sec |
| | | W912ER-11-D-0010-0006 | Length: ft |
| | | | Volume: gallons |

**A1923**

System: Waterfront Water Distribution - P-935

Lineup: <Design Case>

rev: 05/11/12  8:02 am

Atm pressure: 14.7 psi a

05/11/12  8:02 am

Company: USACE TAM

Project: BA1105

by: Patton

Total System Volume: 22071 gallons
Pressure drop calculations: Darcy-Weisbach method, laminar cutoff Re = 2100
Calculated: 9 iterations   Avg Deviation: 0.006744 %

### Specifications

| Specification | Material / Schedule | Roughness | Sizing | Design Limits |
|---|---|---|---|---|
| Specification | PVC Plastic Pipe / 80 | 6e-005 in | not specified | 0 to 10 ft/sec |
| | Valves: standard | C: 140 | | --- |

### Fluid Zones

| Fluid Zone | Fluid | Temp °F | Pressure psi g | Density lb/ft³ | Viscosity cP | Pv / Pc or k psi a |
|---|---|---|---|---|---|---|
| Fluid zone | Water | 70 | 0 | 62.32 | 0.9695 | 0.3632 / 3198 |

**A1924**

| | | | | | Pipelines | | |
|---|---|---|---|---|---|---|---|
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{001} | ~N{001} | ~N{002} | | 338 | 1.511 | 0.036 | 0.084 |
| | Specification | Fluid zone | | | 10 | 109.2 | 0 |
| Pipe{002} | ~N{002} | ~N{003} | | 180 | 0.805 | 0.032 | 0.075 |
| | Specification | Fluid zone | | | 10 | 233 | 1.626 |
| Pipe{003} | ~N{004} | ~N{001} | | 338 | 1.511 | 0.023 | 0.053 |
| | Specification | Fluid zone | | | 10 | 68 | 0 |
| Pipe{005} | ~N{003} | ~N{006} | | 177 | 1.245 | 0.073 | 0.168 |
| | Specification | Fluid zone | | | 8 | 234 | 0 |
| Pipe{006} | ~N{003} | Climate Controlled Wareh... | | 3 | 0.013 | 0 | 0 |
| | Specification | Fluid zone | | | 10 | 103 | 0 |
| Pipe{008} | ~N{075} | ~N{006} | Reversed | 8.23 | 0.058 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 79.66 | 0 |
| Pipe{009} | ~N{009} | Small Arms Range | | 10 | 1.088 | 0.117 | 0.27 |
| | Specification | Fluid zone | | | 2 | 88 | 0 |
| Pipe{010} | ~N{009} | ~N{011} | | 35 | 0.246 | 0.014 | 0.031 |
| | Specification | Fluid zone | | | 8 | 763 | 0 |
| Pipe{013} | ~N{013} | FH 2 NSWU-3 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 69 | 0 |
| Pipe{014} | ~N{013} | ~N{015} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 271 | 0 |
| Pipe{015} | ~N{015} | FH 1 NSWU-3 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{016} | ~N{015} | ~N{017} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{017} | ~N{017} | Small Craft Berting | | 5 | 0.379 | 0.035 | 0.08 |
| | Specification | Fluid zone | | | 2.5 | 204 | 0 |
| Pipe{018} | ~N{019} | ~N{017} | Reversed | 5 | 0.062 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{019} | ~N{019} | FH FUEL STATION | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 75 | 0 |
| Pipe{022} | ~N{070} | ~N{019} | Reversed | 5 | 0.062 | 0.001 | 0.002 |
| | Specification | Fluid zone | | | 6 | 436 | 0 |
| Pipe{025} | ~N{026} | ~N{025} | Reversed | 5 | 0.035 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 98 | 0 |
| Pipe{026} | ~N{025} | Cold Iron 2 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 39 | 0 |
| Pipe{027} | ~N{028} | ~N{026} | Reversed | 25.28 | 0.178 | 0 | 0.002 |
| | Specification | Fluid zone | | | 8 | 79 | 0 |
| Pipe{029} | ~N{030} | ~N{028} | Reversed | 47.28 | 0.332 | 0.006 | 0.014 |
| | Specification | Fluid zone | | | 8 | 208 | 0 |
| Pipe{030} | ~N{030} | NSWU-3 | | 33 | 0.232 | 0.001 | 0.003 |
| | Specification | Fluid zone | | | 8 | 91 | 0 |
| Pipe{031} | ~N{032} | ~N{030} | Reversed | 82.28 | 0.579 | 0.015 | 0.035 |
| | Specification | Fluid zone | | | 8 | 190 | 0 |
| Pipe{032} | ~N{032} | P-951 | | 16 | 0.197 | 0 | 0.002 |
| | Specification | Fluid zone | | | 6 | 43 | 0 |
| Pipe{033} | ~N{034} | ~N{032} | | 98.28 | 0.691 | 0.02 | 0.046 |
| | Specification | Fluid zone | | | 8 | 182 | 0 |
| Pipe{034} | ~N{034} | FH EOD | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 208 | 0 |
| Pipe{035} | ~N{036} | ~N{034} | | 98.28 | 0.691 | 0.008 | 0.019 |
| | Specification | Fluid zone | | | 8 | 76 | 0 |
| Pipe{036} | ~N{036} | ~N{099} | | 87 | 1.072 | 0.028 | 0.064 |
| | Specification | Fluid zone | | | 6 | 82.55 | 0 |

PIPE-FLO 2009

W912ER-11-D-0010-0006

pg 2

1497 of 1610
Government Rule 4 File

A1925

| | | | | Pipelines | | | |
|---|---|---|---|---|---|---|---|
| **Pipeline** | **From** | **To** | **Status** | **Flow** US gpm | **Velocity** ft/sec | **dP** psi | **HL** ft |
| | **Specification** | **Fluid Zone** | | | **Size** in | **Length** ft | **K** |
| Pipe{037} | ~N{006} | ~N{036} | | 185.3 | 1.303 | 0.081 | 0.186 |
| | Specification | Fluid zone | | | 8 | 239 | 0 |
| Pipe{038} | ~N{026} | ~N{078} | | 20.28 | 0.25 | 0.009 | 0.02 |
| | Specification | Fluid zone | | | 6 | 338 | 0 |
| Pipe{039} | ~N{038} | Future | | 100 | 1.232 | 0.02 | 0.046 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{040} | ~N{040} | ~N{038} | Reversed | 89.72 | 1.105 | 0.145 | 0.335 |
| | Specification | Fluid zone | | | 6 | 409 | 0 |
| Pipe{041} | Cold Iron 1 | ~N{040} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 106 | 0 |
| Pipe{042} | ~N{41} | ~N{040} | Reversed | 89.72 | 1.105 | 0.074 | 0.171 |
| | Specification | Fluid zone | | | 6 | 209 | 0 |
| Pipe{043} | ~N{41} | Commissary | | 24 | 0.296 | 0.005 | 0.012 |
| | Specification | Fluid zone | | | 6 | 148 | 0 |
| Pipe{044} | ~N{043} | ~N{41} | Reversed | 113.7 | 1.401 | 0.123 | 0.284 |
| | Specification | Fluid zone | | | 6 | 228 | 0 |
| Pipe{045} | ~N{043} | FH TCN PASS/ID | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 53 | 0 |
| Pipe{046} | ~N{045} | ~N{043} | Reversed | 113.7 | 0.8 | 0.011 | 0.025 |
| | Specification | Fluid zone | | | 8 | 78 | 0 |
| Pipe{048} | ~N{047} | ~N{045} | Reversed | 11.11 | 0.137 | 0.002 | 0.005 |
| | Specification | Fluid zone | | | 6 | 215 | 0 |
| Pipe{049} | ~N{047} | TCN Pass/ID | | 7 | 1.272 | 0.227 | 0.524 |
| | Specification | Fluid zone | | | 1.5 | 94 | 0 |
| Pipe{050} | ~N{049} | ~N{045} | Reversed | 102.6 | 0.722 | 0.04 | 0.092 |
| | Specification | Fluid zone | | | 8 | 337 | 0 |
| Pipe{052} | ~N{049} | FH POV LOT | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 62 | 0 |
| Pipe{053} | ~N{052} | ~N{049} | Reversed | 102.6 | 0.722 | 0.014 | 0.033 |
| | Specification | Fluid zone | | | 8 | 120 | 0 |
| Pipe{054} | ~N{053} | ~N{052} | Reversed | 136.7 | 0.961 | 0.031 | 0.072 |
| | Specification | Fluid zone | | | 8 | 159 | 0 |
| Pipe{055} | ~N{053} | ~N{054} | Reversed | 449.3 | 2.008 | 0.032 | 0.073 |
| | Specification | Fluid zone | | | 10 | 57 | 0 |
| Pipe{056} | ~N{054} | ~N{074} | | 391.3 | 1.749 | 0.093 | 0.215 |
| | Specification | Fluid zone | | | 10 | 213.82 | 0 |
| Pipe{057} | Elevated Tank | ~N{053} | Reversed | 586 | 1.851 | (44.53) | 0.043 |
| | Specification | Fluid zone | | | 12 | 48 | 0 |
| Pipe{058} | ~N{054} | P-937 | | 58 | 0.715 | 0.007 | 0.015 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{060} | ~N{002} | P-935 | | 158 | 1.946 | 0.039 | 0.09 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{061} | ~N{052} | ~N{059} | Reversed | 34.11 | 0.42 | 0.015 | 0.036 |
| | Specification | Fluid zone | | | 6 | 239 | 0 |
| Pipe{062} | ~N{059} | ~N{060} | Reversed | 31.11 | 0.383 | 0.002 | 0.004 |
| | Specification | Fluid zone | | | 6 | 28 | 0 |
| Pipe{063} | ~N{060} | ~N{061} | Reversed | 21.11 | 0.26 | 0.007 | 0.017 |
| | Specification | Fluid zone | | | 6 | 265 | 0 |
| Pipe{064} | ~N{059} | Gate House | | 3 | 0.545 | 0.077 | 0.178 |
| | Specification | Fluid zone | | | 1.5 | 138 | 0 |
| Pipe{065} | ~N{060} | PASS/ID | | 10 | 1.088 | 0.295 | 0.682 |
| | Specification | Fluid zone | | | 2 | 222 | 0 |
| Pipe{066} | ~N{061} | Truck Inspection | | 3 | 0.545 | 0.056 | 0.13 |
| | Specification | Fluid zone | | | 1.5 | 101 | 0 |

**A1926**

| Pipelines | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Pipeline** | **From** | **To** | **Status** | **Flow** US gpm | **Velocity** ft/sec | **dP** psi | **HL** ft |
| | Specification | Fluid Zone | | | **Size** in | **Length** ft | **K** |
| Pipe{067} | ~N{061} | ~N{065} | | 18.11 | 0.223 | 0.001 | 0.002 |
| | Specification | Fluid zone | | | 6 | 48 | 0 |
| Pipe{068} | ~N{065} | ~N{066} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 19 | 0 |
| Pipe{069} | ~N{065} | ~N{067} | | 18.11 | 0.223 | 0.004 | 0.009 |
| | Specification | Fluid zone | | | 6 | 191 | 0 |
| Pipe{070} | ~N{067} | FH PARKING LOT | | 18.11 | 0.223 | 0.011 | 0.026 |
| | Specification | Fluid zone | | | 6 | 535 | 0 |
| Pipe{071} | FH PARKING LOT | ~N{047} | | 18.11 | 0.223 | 0.011 | 0.025 |
| | Specification | Fluid zone | | | 6 | 512 | 0 |
| Pipe{072} | ~N{030} | Vehicle Maint Shop | | 2 | 0.025 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 44 | 0 |
| Pipe{074} | ~N{011} | EOD FIRE CONN | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 167 | 0 |
| Pipe{075} | ~N{011} | FH2 EOD | | 25 | 0.308 | 0.003 | 0.007 |
| | Specification | Fluid zone | | | 6 | 76 | 0 |
| Pipe{076} | FH2 EOD | EOD | | 25 | 0.698 | 0.024 | 0.055 |
| | Specification | Fluid zone | | | 4 | 91 | 0 |
| Pipe{080} | ~N{070} | FH HARBOR PATROL | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 48 | 0 |
| Pipe{081} | ~N{028} | ~N{071} | | 22 | 0.155 | 0 | 0.002 |
| | Specification | Fluid zone | | | 8 | 111 | 0 |
| Pipe{082} | ~N{071} | Port Ops Fire | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 39 | 0 |
| Pipe{083} | ~N{071} | Port Ops | | 22 | 1.07 | 0.041 | 0.096 |
| | Specification | Fluid zone | | | 3 | 53 | 0 |
| Pipe{084} | ~N{025} | ~N{070} | | 5 | 0.062 | 0 | 0.002 |
| | Specification | Fluid zone | | | 6 | 279 | 0 |
| Pipe{085} | ~N{072} | Vehicle Storage | | 5 | 0.062 | 0 | 0.001 |
| | Specification | Fluid zone | | | 6 | 223 | 0 |
| Pipe{086} | ~N{011} | ~N{073} | Reversed | 10 | 0.123 | 0.001 | 0.003 |
| | Specification | Fluid zone | | | 6 | 158.5 | 0 |
| Pipe{087} | ~N{073} | ~N{072} | Reversed | 5 | 0.062 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 108.5 | 0 |
| Pipe{088} | ~N{073} | Combat Vehicle Wash Ra... | | 5 | 0.544 | 0.026 | 0.061 |
| | Specification | Fluid zone | | | 2 | 65.52 | 0 |
| Pipe{089} | ~N{074} | ~N{004} | | 338 | 1.511 | 0.006 | 0.015 |
| | Specification | Fluid zone | | | 10 | 19.1 | 0 |
| Pipe{090} | ~N{075} | ~N{009} | | 45 | 0.316 | 0.002 | 0.004 |
| | Specification | Fluid zone | | | 8 | 59.48 | 0 |
| Pipe{091} | ~N{074} | ~N{076} | | 53.23 | 0.656 | 0.043 | 0.099 |
| | Specification | Fluid zone | | | 6 | 303.36 | 0 |
| Pipe{092} | ~N{076} | Fire Demand | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 29.17 | 0 |
| Pipe{093} | ~N{076} | ~N{077} | | 53.23 | 0.656 | 0.077 | 0.179 |
| | Specification | Fluid zone | | | 6 | 551.21 | 0 |
| Pipe{094} | ~N{077} | Warehouse Fire Demand | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 22.9 | 0 |
| Pipe{095} | ~N{077} | ~N{075} | | 53.23 | 0.656 | 0.05 | 0.117 |
| | Specification | Fluid zone | | | 6 | 358.94 | 0 |
| Pipe{099} | ~N{078} | ~N{038} | | 10.28 | 0.127 | 0.003 | 0.006 |
| | Specification | Fluid zone | | | 6 | 338 | 0 |
| Pipe{100} | ~N{078} | UKMCC | | 10 | 0.123 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |

PIPE-FLO 2009

W912ER-11-D-0010-0006

**A1927**

### Pipelines

| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
|---|---|---|---|---|---|---|---|
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{101} | ~N{099} | Admin | | 1 | 0.012 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 145.28 | 0 |
| Pipe{102} | ~N{099} | Fleet Rec | | 86 | 1.059 | 0.018 | 0.042 |
| | Specification | Fluid zone | | | 6 | 55.09 | 0 |
| Pipe{103} | P-935 | DFAC | | 100 | 1.232 | 0.086 | 0.198 |
| | Specification | Fluid zone | | | 6 | 200 | 0 |

1500 of 1610
Government Rule 4 File

**A1928**

## Nodes

| Node | Elev ft | Status | Pressure psi g | Grade ft |
|---|---|---|---|---|
| ~N{001} | 0 | | 52.03 | 120.3 |
| ~N{002} | 0 | | 51.99 | 120.2 |
| ~N{003} | 0 | | 51.96 | 120.1 |
| ~N{004} | 0 | | 52.05 | 120.4 |
| ~N{006} | 0 | | 51.89 | 120 |
| ~N{009} | 0 | | 51.89 | 120 |
| ~N{011} | 0 | | 51.87 | 119.9 |
| ~N{013} | 0 | | 51.76 | 119.7 |
| ~N{015} | 0 | | 51.76 | 119.7 |
| ~N{017} | 0 | | 51.76 | 119.7 |
| ~N{019} | 0 | | 51.76 | 119.7 |
| ~N{025} | 0 | | 51.76 | 119.7 |
| ~N{026} | 0 | | 51.76 | 119.7 |
| ~N{028} | 0 | | 51.76 | 119.7 |
| ~N{030} | 0 | | 51.76 | 119.7 |
| ~N{032} | 0 | | 51.78 | 119.7 |
| ~N{034} | 0 | | 51.8 | 119.8 |
| ~N{036} | 0 | | 51.81 | 119.8 |
| ~N{038} | 0 | | 51.75 | 119.6 |
| ~N{040} | 0 | | 51.89 | 120 |
| ~N{043} | 0 | | 52.09 | 120.4 |
| ~N{045} | 0 | | 52.1 | 120.5 |
| ~N{047} | 0 | | 52.1 | 120.5 |
| ~N{049} | 0 | | 52.14 | 120.6 |
| ~N{052} | 0 | | 52.15 | 120.6 |
| ~N{053} | 0 | | 52.18 | 120.7 |
| ~N{054} | 0 | | 52.15 | 120.6 |
| ~N{059} | 0 | | 52.14 | 120.5 |
| ~N{060} | 0 | | 52.14 | 120.5 |
| ~N{061} | 0 | | 52.13 | 120.5 |
| ~N{065} | 0 | | 52.13 | 120.5 |
| ~N{066} | 0 | | 52.13 | 120.5 |
| ~N{067} | 0 | | 52.12 | 120.5 |
| ~N{070} | 0 | | 51.76 | 119.7 |
| ~N{071} | 0 | | 51.76 | 119.7 |
| ~N{072} | 0 | | 51.87 | 119.9 |
| ~N{073} | 0 | | 51.87 | 119.9 |
| ~N{074} | 0 | | 52.06 | 120.4 |
| ~N{075} | 0 | | 51.89 | 120 |
| ~N{076} | 0 | | 52.02 | 120.3 |
| ~N{077} | 0 | | 51.94 | 120.1 |
| ~N{078} | 0 | | 51.75 | 119.7 |
| ~N{099} | 0 | | 51.78 | 119.7 |
| ~N{41} | 0 | | 51.96 | 120.2 |
| FH POV LOT | 0 | | 52.14 | 120.6 |

## Tanks

| Tank | Surface Pressure psi g | Level ft | Bottom Elevation ft | Status | Flow US gpm | Pressure psi g | Grade ft |
|---|---|---|---|---|---|---|---|
| Elevated Tank | 0 | 17.7 | 103 | | -586 | 7.655 | 120.7 |

| | Connecting pipelines | Flow (US gpm) | Pressure (psi g) | Grade (ft) |
|---|---|---|---|---|
| | Pipe{057} @ 0 ft | 586 | 7.655 | 120.7 |
| | Infinite tank/no geometry | | | |

## Demands

| Demand | Set Value | Flow Rate US gpm | Pressure psi g | Elev ft | Status | Grade ft |
|---|---|---|---|---|---|---|
| Admin | Flow out | 1 | 51.78 | 0 | | 119.7 |
| Climate Controlled Warehouse | Flow out | 3 | 51.96 | 0 | | 120.1 |
| Cold Iron 1 | Flow out | 0 | 51.89 | 0 | | 120 |
| Cold Iron 2 | Flow out | 0 | 51.76 | 0 | | 119.7 |
| Combat Vehicle Wash Rack | Flow out | 5 | 51.85 | 0 | | 119.9 |
| Commissary | Flow out | 24 | 51.96 | 0 | | 120.1 |
| DFAC | Flow out | 100 | 51.87 | 0 | | 119.9 |
| EOD | Flow out | 25 | 51.85 | 0 | | 119.9 |
| EOD FIRE CONN | Flow out | 0 | 51.87 | 0 | | 119.9 |
| FH 1 NSWU-3 | Flow out | 0 | 51.76 | 0 | | 119.7 |
| FH 2 NSWU-3 | Flow out | 0 | 51.76 | 0 | | 119.7 |
| FH EOD | Flow out | 0 | 51.8 | 0 | | 119.8 |
| FH FUEL STATION | Flow out | 0 | 51.76 | 0 | | 119.7 |
| FH HARBOR PATROL | Flow out | 0 | 51.76 | 0 | | 119.7 |
| FH PARKING LOT | Flow out | 0 | 52.11 | 0 | | 120.5 |
| FH TCN PASS/ID | Flow out | 0 | 52.09 | 0 | | 120.4 |
| FH2 EOD | Flow out | 0 | 51.87 | 0 | | 119.9 |
| Fire Demand | Flow out | 0 | 52.02 | 0 | | 120.3 |
| Fleet Rec | Flow out | 86 | 51.76 | 0 | | 119.7 |
| Future | Flow out | 100 | 51.73 | 0 | | 119.6 |
| Gate House | Flow out | 3 | 52.06 | 0 | | 120.4 |
| NSWU-3 | Flow out | 33 | 51.76 | 0 | | 119.7 |
| P-935 | Flow out | 58 | 51.95 | 0 | | 120.1 |
| P-937 | Flow out | 58 | 52.15 | 0 | | 120.6 |
| P-951 | Flow out | 16 | 51.78 | 0 | | 119.7 |
| PASS/ID | Flow out | 10 | 51.84 | 0 | | 119.9 |
| Port Ops | Flow out | 22 | 51.72 | 0 | | 119.6 |
| Port Ops Fire | Flow out | 0 | 51.76 | 0 | | 119.7 |
| Small Arms Range | Flow out | 10 | 51.77 | 0 | | 119.7 |
| Small Craft Berting | Flow out | 5 | 51.72 | 0 | | 119.6 |
| TCN Pass/ID | Flow out | 7 | 51.87 | 0 | | 119.9 |
| Truck Inspection | Flow out | 3 | 52.07 | 0 | | 120.4 |
| UKMCC | Flow out | 10 | 51.75 | 0 | | 119.7 |
| Vehicle Maint Shop | Flow out | 2 | 51.76 | 0 | | 119.7 |
| Vehicle Storage | Flow out | 5 | 51.87 | 0 | | 119.9 |
| Warehouse Fire Demand | Flow out | 0 | 51.94 | 0 | | 120.1 |

**A1930**



PASS/ID
Set @ 10 US gpm
P: 51.84 psi g

Fire Demand
Set @ 0 US gpm
P: 52.02 psi g

Pipe{092}
Flow: 0 US gpm

~N{076}
P: 52.02 psi g

Pipe{065}
Flow: 10 US gpm

Elevated Tank
P Set: 0 psi g
Level: 17.7 ft
P: 7.655 psi g

Pipe{091}
Flow: 53.23 US gpm

Truck Inspection
Set @ 3 US gpm
P: 52.07 psi g

Pipe{066}
Flow: 3 US gpm

Pipe{063}
Flow: 21.11 US gpm

Pipe{062}
Flow: 21.11 US gpm

Pipe{061}
Flow: 34.11 US gpm

~N{052}
P: 52.15 psi g

Pipe{054}
Flow: 136.7 US gpm

Pipe{057}
Flow: 586 US gpm

Pipe{055}
Flow: 449.3 US gpm

Pipe{056}
Flow: 391.3 US gpm

Pipe{089}
Flow: 338 US gpm

Pipe{003}
Flow: 338 US gpm

Pipe{001}
Flow: 338 US gpm

~N{002}
P: 51.99 psi g

~N{061}
P: 52.13 psi g

~N{060}
P: 52.14 psi g

~N{059}
P: 52.14 psi g

~N{053}
P: 52.18 psi g

~N{054}
P: 52.15 psi g

~N{074}
P: 52.06 psi g

~N{004}
P: 52.05 psi g

~N{001}
P: 52.03 psi g

Pipe{060}
Flow: 158 US gp

Pipe{067}
Flow: 18.11 US gpm

Pipe{064}
Flow: 3 US gpm

Pipe{058}
Flow: 58 US gpm

P-937
Set @ 58 US gpm
P: 52.15 psi g

P-935
Set @ 58 US gpm
P: 51.95 psi g

Pipe{068}
Flow: 0 US gpm

~N{065}
P: 52.13 psi g

Gate House
Set @ 3 US gpm
P: 52.06 psi g

~N{066}
P: 52.13 psi g

Pipe{069}
Flow: 18.11 US gpm

Pipe{103}
Flow: 100 US gpm

~N{067}
P: 52.12 psi g

Pipe{053}
Flow: 102.6 US gpm

Pipe{052}
Flow: 0 US gpm

~N{049}
P: 52.14 psi g

FH POV LOT
P: 52.14 psi g

Pipe{070}
Flow: 18.11 US gpm

Pipe{050}
Flow: 102.6 US gpm

FH PARKING LOT
Set @ 0 US gpm
P: 52.11 psi g

Pipe{071}
Flow: 18.11 US gpm

~N{047}
P: 52.4 psi g

Pipe{048}
Flow: 11.11 US gpm

~N{045}
P: 52.1 psi g

Pipe{049}
Flow: 7 US gpm

Pipe{046}
Flow: 113.7 US gpm

TCN Pass/ID
Set @ 7 US gpm
P: 51.87 psi g

Pipe{045}
Flow: 0 US gpm

~N{043}
P: 52.09 psi g

FH TCN PASS/ID

W912ER-11-D-0010-0006

1503 of 1610
Government Rule 4 File

**A1931**



1504 of 1610
Government Rule 4 File

**A1932**

Set @ 0 US gpm
P: 52.09 psi g

Pipe{044}
Flow: 113.7 US gpm

~N{41}
P: 51.96 psi g

Pipe{043}
Flow: 24 US gpm

Commissary
Set @ 24 US gpm
P: 51.96 psi g

Pipe{042}
Flow: 89.72 US gpm

Future
Set @ 100 US gpm
P: 51.73 psi g

~N{040}
P: 51.89 psi g

Pipe{039}
Flow: 100 US gpm

Pipe{041}
Flow: 0 US gpm

Pipe{040}
Flow: 89.72 US gpm

~N{038}
P: 51.75 psi g

Pipe{099}
Flow: 10.28 US gpm

Cold Iron 1
Set @ 0 US gpm
P: 51.89 psi g

W912ER-11-D-0010-0006



**A1933**

| | PIPE-FLO 2009 |
|---|---|
| | Flow: US gpm |
| | Pressure: psi g |
| | Size: in |
| | Elevation: ft |
| | Velocity: ft/sec |
| | Length: ft |
| | Volume: gallons |

| Lineup: | *<Design Case>* | Darcy-Weisbach |
|---|---|---|
| System: | Waterfront Water Distribution - P-935 | |
| Date: | 05/11/12 8:02 am | |
| Company: | USACE TAM | |
| Project: | BA1105 | |
| by: | Patton | |

W912ER-11-D-0010-0006

Government Rule 4 File

**A1934**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

# P-940 PIPE FLOW DATA

## Pipe-Flo Fire Flow

## Pipe-Flo

2 + 0 TQ/Combined DFAC - PART SIX - ATTACHMENTS - Page 14

W912ER-11-D-0010-0006

1507 of 1610
Government Rule 4 File

**A1935**

System: Waterfront Water Distribution - P-935
Lineup: FIRE AT DFAC
rev: 05/11/12  7:47 am

Atm pressure: 14.7 psi a

05/11/12  8:00 am
Company: USACE TAM
Project: BA1106
by: Patton

Total System Volume: 22071 gallons
Pressure drop calculations: Darcy-Weisbach method, laminar cutoff Re = 2100
Calculated: 8 iterations   Avg Deviation: 0.009907 %

| Specifications | | | | |
| --- | --- | --- | --- | --- |
| Specification | Material / Schedule | Roughness | Sizing | Design Limits |
| Specification | PVC Plastic Pipe / 80 | 6e-005 in | not specified | 0 to 10 ft/sec |
| | Valves: standard | C: 140 | | --- |

| Fluid Zones | | | | | |
| --- | --- | --- | --- | --- | --- |
| Fluid Zone | Fluid | Temp °F | Pressure psi g | Density lb/ft³ | Viscosity cP | Pv / Pc or k psi a |
| Fluid zone | Water | 70 | 0 | 62.32 | 0.9695 | 0.3632 / 3198 |

PIPE-FLO 2009

W912ER-11-D-0010-0006

pg 1

1508 of 1610
Government Rule 4 File

**A1936**

| | | | | Pipelines | | | |
|---|---|---|---|---|---|---|---|
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{001} | ~N{001} | ~N{002} | | 1507 | 6.737 | 0.548 | 1.266 |
| | Specification | Fluid zone | | | 10 | 109.2 | 0 |
| Pipe{002} | ~N{003} | ~N{002} | Reversed | 50.87 | 0.227 | 0.003 | 0.008 |
| | Specification | Fluid zone | | | 10 | 233 | 1.626 |
| Pipe{003} | ~N{004} | ~N{001} | | 1507 | 6.737 | 0.341 | 0.789 |
| | Specification | Fluid zone | | | 10 | 68 | 0 |
| Pipe{005} | ~N{006} | ~N{003} | Reversed | 53.87 | 0.379 | 0.009 | 0.02 |
| | Specification | Fluid zone | | | 8 | 234 | 0 |
| Pipe{006} | ~N{003} | Climate Controlled Wareh... | | 3 | 0.013 | 0 | 0 |
| | Specification | Fluid zone | | | 10 | 103 | 0 |
| Pipe{008} | ~N{075} | ~N{006} | Reversed | 96.22 | 0.677 | 0.008 | 0.019 |
| | Specification | Fluid zone | | | 8 | 79.66 | 0 |
| Pipe{009} | ~N{009} | Small Arms Range | | 10 | 1.088 | 0.117 | 0.27 |
| | Specification | Fluid zone | | | 2 | 88 | 0 |
| Pipe{010} | ~N{009} | ~N{011} | | 35 | 0.246 | 0.014 | 0.031 |
| | Specification | Fluid zone | | | 8 | 763 | 0 |
| Pipe{013} | ~N{013} | FH 2 NSWU-3 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 69 | 0 |
| Pipe{014} | ~N{013} | ~N{015} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 271 | 0 |
| Pipe{015} | ~N{015} | FH 1 NSWU-3 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{016} | ~N{015} | ~N{017} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{017} | ~N{017} | Small Craft Berting | | 5 | 0.379 | 0.035 | 0.08 |
| | Specification | Fluid zone | | | 2.5 | 204 | 0 |
| Pipe{018} | ~N{019} | ~N{017} | Reversed | 5 | 0.062 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{019} | ~N{019} | FH FUEL STATION | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 75 | 0 |
| Pipe{022} | ~N{070} | ~N{019} | Reversed | 5 | 0.062 | 0.001 | 0.002 |
| | Specification | Fluid zone | | | 6 | 436 | 0 |
| Pipe{025} | ~N{026} | ~N{025} | Reversed | 5 | 0.035 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 98 | 0 |
| Pipe{026} | ~N{025} | Cold Iron 2 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 39 | 0 |
| Pipe{027} | ~N{026} | ~N{028} | | 117.7 | 0.827 | 0.012 | 0.027 |
| | Specification | Fluid zone | | | 8 | 79 | 0 |
| Pipe{029} | ~N{028} | ~N{030} | | 95.65 | 0.673 | 0.022 | 0.05 |
| | Specification | Fluid zone | | | 8 | 208 | 0 |
| Pipe{030} | ~N{030} | NSWU-3 | | 33 | 0.232 | 0.001 | 0.003 |
| | Specification | Fluid zone | | | 8 | 91 | 0 |
| Pipe{031} | ~N{030} | ~N{032} | | 60.65 | 0.427 | 0.009 | 0.02 |
| | Specification | Fluid zone | | | 8 | 190 | 0 |
| Pipe{032} | ~N{032} | P-951 | | 16 | 0.197 | 0 | 0.002 |
| | Specification | Fluid zone | | | 6 | 43 | 0 |
| Pipe{033} | ~N{032} | ~N{034} | Reversed | 44.65 | 0.314 | 0.005 | 0.011 |
| | Specification | Fluid zone | | | 8 | 182 | 0 |
| Pipe{034} | ~N{034} | FH EOD | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 208 | 0 |
| Pipe{035} | ~N{034} | ~N{036} | Reversed | 44.65 | 0.314 | 0.002 | 0.005 |
| | Specification | Fluid zone | | | 8 | 76 | 0 |
| Pipe{036} | ~N{036} | ~N{099} | | 87 | 1.072 | 0.028 | 0.064 |
| | Specification | Fluid zone | | | 6 | 82.55 | 0 |

**A1937**

| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
|----------|------|-----|--------|-------------|-----------------|--------|-------|
|          | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{037} | ~N{006} | ~N{036} | | 42.35 | 0.298 | 0.006 | 0.014 |
|           | Specification | Fluid zone | | | 8 | 239 | 0 |
| Pipe{038} | ~N{078} | ~N{026} | Reversed | 122.7 | 1.511 | 0.209 | 0.483 |
|           | Specification | Fluid zone | | | 6 | 338 | 0 |
| Pipe{039} | ~N{038} | Future | | 100 | 1.232 | 0.02 | 0.046 |
|           | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{040} | ~N{040} | ~N{038} | Reversed | 232.7 | 2.866 | 0.796 | 1.84 |
|           | Specification | Fluid zone | | | 6 | 409 | 0 |
| Pipe{041} | Cold Iron 1 | ~N{040} | | 0 | 0 | 0 | 0 |
|           | Specification | Fluid zone | | | 6 | 106 | 0 |
| Pipe{042} | ~N{41} | ~N{040} | Reversed | 232.7 | 2.866 | 0.407 | 0.94 |
|           | Specification | Fluid zone | | | 6 | 209 | 0 |
| Pipe{043} | ~N{41} | Commissary | | 24 | 0.296 | 0.005 | 0.012 |
|           | Specification | Fluid zone | | | 6 | 148 | 0 |
| Pipe{044} | ~N{043} | ~N{41} | Reversed | 256.7 | 3.162 | 0.529 | 1.224 |
|           | Specification | Fluid zone | | | 6 | 228 | 0 |
| Pipe{045} | ~N{043} | FH TCN PASS/ID | | 0 | 0 | 0 | 0 |
|           | Specification | Fluid zone | | | 6 | 53 | 0 |
| Pipe{046} | ~N{045} | ~N{043} | Reversed | 256.7 | 1.805 | 0.047 | 0.109 |
|           | Specification | Fluid zone | | | 8 | 78 | 0 |
| Pipe{048} | ~N{047} | ~N{045} | Reversed | 35.79 | 0.441 | 0.015 | 0.035 |
|           | Specification | Fluid zone | | | 6 | 215 | 0 |
| Pipe{049} | ~N{047} | TCN Pass/ID | | 7 | 1.272 | 0.227 | 0.524 |
|           | Specification | Fluid zone | | | 1.5 | 94 | 0 |
| Pipe{050} | ~N{049} | ~N{045} | Reversed | 220.9 | 1.553 | 0.156 | 0.36 |
|           | Specification | Fluid zone | | | 8 | 337 | 0 |
| Pipe{052} | ~N{049} | FH POV LOT | | 0 | 0 | 0 | 0 |
|           | Specification | Fluid zone | | | 6 | 62 | 0 |
| Pipe{053} | ~N{052} | ~N{049} | Reversed | 220.9 | 1.553 | 0.055 | 0.128 |
|           | Specification | Fluid zone | | | 8 | 120 | 0 |
| Pipe{054} | ~N{053} | ~N{052} | Reversed | 279.7 | 1.967 | 0.112 | 0.259 |
|           | Specification | Fluid zone | | | 8 | 159 | 0 |
| Pipe{055} | ~N{053} | ~N{054} | Reversed | 1706 | 7.627 | 0.359 | 0.829 |
|           | Specification | Fluid zone | | | 10 | 57 | 0 |
| Pipe{056} | ~N{054} | ~N{074} | | 1648 | 7.368 | 1.263 | 2.921 |
|           | Specification | Fluid zone | | | 10 | 213.82 | 0 |
| Pipe{057} | Elevated Tank | ~N{053} | Reversed | 1986 | 6.275 | (44.38) | 0.398 |
|           | Specification | Fluid zone | | | 12 | 48 | 0 |
| Pipe{058} | ~N{054} | P-937 | | 58 | 0.715 | 0.007 | 0.015 |
|           | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{060} | ~N{002} | P-935 | Limit | 1558 | 19.19 | 2.49 | 5.757 |
|           | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{061} | ~N{052} | ~N{059} | Reversed | 58.79 | 0.724 | 0.04 | 0.093 |
|           | Specification | Fluid zone | | | 6 | 239 | 0 |
| Pipe{062} | ~N{059} | ~N{060} | Reversed | 55.79 | 0.687 | 0.004 | 0.01 |
|           | Specification | Fluid zone | | | 6 | 28 | 0 |
| Pipe{063} | ~N{060} | ~N{061} | Reversed | 45.79 | 0.564 | 0.029 | 0.066 |
|           | Specification | Fluid zone | | | 6 | 265 | 0 |
| Pipe{064} | ~N{059} | Gate House | | 3 | 0.545 | 0.077 | 0.178 |
|           | Specification | Fluid zone | | | 1.5 | 138 | 0 |
| Pipe{065} | ~N{060} | PASS/ID | | 10 | 1.088 | 0.295 | 0.682 |
|           | Specification | Fluid zone | | | 2 | 222 | 0 |
| Pipe{066} | ~N{061} | Truck Inspection | | 3 | 0.545 | 0.056 | 0.13 |
|           | Specification | Fluid zone | | | 1.5 | 101 | 0 |

1510 of 1610
Government Rule 4 File

**A1938**

| Pipelines | | | | | | | |
|-----------|---|---|---|---|---|---|---|
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{067} | ~N{061} | ~N{065} | | 42.79 | 0.527 | 0.005 | 0.011 |
| | Specification | Fluid zone | | | 6 | 48 | 0 |
| Pipe{068} | ~N{065} | ~N{066} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 19 | 0 |
| Pipe{069} | ~N{065} | ~N{067} | | 42.79 | 0.527 | 0.018 | 0.042 |
| | Specification | Fluid zone | | | 6 | 191 | 0 |
| Pipe{070} | ~N{067} | FH PARKING LOT | | 42.79 | 0.527 | 0.051 | 0.118 |
| | Specification | Fluid zone | | | 6 | 535 | 0 |
| Pipe{071} | FH PARKING LOT | ~N{047} | | 42.79 | 0.527 | 0.049 | 0.113 |
| | Specification | Fluid zone | | | 6 | 512 | 0 |
| Pipe{072} | ~N{030} | Vehicle Maint Shop | | 2 | 0.025 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 44 | 0 |
| Pipe{074} | ~N{011} | EOD FIRE CONN | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 167 | 0 |
| Pipe{075} | ~N{011} | FH2 EOD | | 25 | 0.308 | 0.003 | 0.007 |
| | Specification | Fluid zone | | | 6 | 76 | 0 |
| Pipe{076} | FH2 EOD | EOD | | 25 | 0.698 | 0.024 | 0.055 |
| | Specification | Fluid zone | | | 4 | 91 | 0 |
| Pipe{080} | ~N{070} | FH HARBOR PATROL | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 48 | 0 |
| Pipe{081} | ~N{028} | ~N{071} | | 22 | 0.155 | 0 | 0.002 |
| | Specification | Fluid zone | | | 8 | 111 | 0 |
| Pipe{082} | ~N{071} | Port Ops Fire | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 39 | 0 |
| Pipe{083} | ~N{071} | Port Ops | | 22 | 1.07 | 0.041 | 0.096 |
| | Specification | Fluid zone | | | 3 | 53 | 0 |
| Pipe{084} | ~N{025} | ~N{070} | | 5 | 0.062 | 0 | 0.002 |
| | Specification | Fluid zone | | | 6 | 279 | 0 |
| Pipe{085} | ~N{072} | Vehicle Storage | | 5 | 0.062 | 0 | 0.001 |
| | Specification | Fluid zone | | | 6 | 223 | 0 |
| Pipe{086} | ~N{011} | ~N{073} | Reversed | 10 | 0.123 | 0.001 | 0.003 |
| | Specification | Fluid zone | | | 6 | 158.5 | 0 |
| Pipe{087} | ~N{073} | ~N{072} | Reversed | 5 | 0.062 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 108.5 | 0 |
| Pipe{088} | ~N{073} | Combat Vehicle Wash Ra... | | 5 | 0.544 | 0.026 | 0.061 |
| | Specification | Fluid zone | | | 2 | 65.52 | 0 |
| Pipe{089} | ~N{074} | ~N{004} | | 1507 | 6.737 | 0.096 | 0.221 |
| | Specification | Fluid zone | | | 10 | 19.1 | 0 |
| Pipe{090} | ~N{075} | ~N{009} | | 45 | 0.316 | 0.002 | 0.004 |
| | Specification | Fluid zone | | | 8 | 59.48 | 0 |
| Pipe{091} | ~N{074} | ~N{076} | | 141.2 | 1.74 | 0.241 | 0.557 |
| | Specification | Fluid zone | | | 6 | 303.36 | 0 |
| Pipe{092} | ~N{076} | Fire Demand | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 29.17 | 0 |
| Pipe{093} | ~N{076} | ~N{077} | | 141.2 | 1.74 | 0.438 | 1.012 |
| | Specification | Fluid zone | | | 6 | 551.21 | 0 |
| Pipe{094} | ~N{077} | Warehouse Fire Demand | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 22.9 | 0 |
| Pipe{095} | ~N{077} | ~N{075} | | 141.2 | 1.74 | 0.285 | 0.659 |
| | Specification | Fluid zone | | | 6 | 358.94 | 0 |
| Pipe{099} | ~N{038} | ~N{078} | Reversed | 132.7 | 1.634 | 0.24 | 0.555 |
| | Specification | Fluid zone | | | 6 | 338 | 0 |
| Pipe{100} | ~N{078} | UKMCC | | 10 | 0.123 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |

W912ER-11-D-0010-0006

**A1939**

| Pipelines | | | | | | | |
|-----------|---|---|---|---|---|---|---|
| **Pipeline** | **From** | **To** | **Status** | **Flow**<br>**US gpm** | **Velocity**<br>**ft/sec** | **dP**<br>**psi** | **HL**<br>**ft** |
| | **Specification** | **Fluid Zone** | | | **Size**<br>**in** | **Length**<br>**ft** | **K** |
| Pipe{101} | ~N{099} | Admin | | 1 | 0.012 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 145.28 | 0 |
| Pipe{102} | ~N{099} | Fleet Rec | | 86 | 1.059 | 0.018 | 0.042 |
| | Specification | Fluid zone | | | 6 | 55.09 | 0 |
| Pipe{103} | P-935 | DFAC | Limit | 1500 | 18.48 | 11.61 | 26.84 |
| | Specification | Fluid zone | | | 6 | 200 | 0 |

## Nodes

| Node | Elev ft | Status | Pressure psi g | Grade ft |
|---|---|---|---|---|
| ~N{001} | 0 | | 49.97 | 115.5 |
| ~N{002} | 0 | | 49.42 | 114.3 |
| ~N{003} | 0 | | 49.43 | 114.3 |
| ~N{004} | 0 | | 50.31 | 116.3 |
| ~N{006} | 0 | | 49.44 | 114.3 |
| ~N{009} | 0 | | 49.44 | 114.3 |
| ~N{011} | 0 | | 49.43 | 114.3 |
| ~N{013} | 0 | | 49.48 | 114.4 |
| ~N{015} | 0 | | 49.48 | 114.4 |
| ~N{017} | 0 | | 49.48 | 114.4 |
| ~N{019} | 0 | | 49.48 | 114.4 |
| ~N{025} | 0 | | 49.48 | 114.4 |
| ~N{026} | 0 | | 49.48 | 114.4 |
| ~N{028} | 0 | | 49.47 | 114.4 |
| ~N{030} | 0 | | 49.45 | 114.3 |
| ~N{032} | 0 | | 49.44 | 114.3 |
| ~N{034} | 0 | | 49.43 | 114.3 |
| ~N{036} | 0 | | 49.43 | 114.3 |
| ~N{038} | 0 | | 49.93 | 115.4 |
| ~N{040} | 0 | | 50.72 | 117.3 |
| ~N{043} | 0 | | 51.66 | 119.4 |
| ~N{045} | 0 | | 51.71 | 119.6 |
| ~N{047} | 0 | | 51.72 | 119.6 |
| ~N{049} | 0 | | 51.86 | 119.9 |
| ~N{052} | 0 | | 51.92 | 120 |
| ~N{053} | 0 | | 52.03 | 120.3 |
| ~N{054} | 0 | | 51.67 | 119.5 |
| ~N{059} | 0 | | 51.88 | 119.9 |
| ~N{060} | 0 | | 51.87 | 119.9 |
| ~N{061} | 0 | | 51.85 | 119.9 |
| ~N{065} | 0 | | 51.84 | 119.9 |
| ~N{066} | 0 | | 51.84 | 119.9 |
| ~N{067} | 0 | | 51.82 | 119.8 |
| ~N{070} | 0 | | 49.48 | 114.4 |
| ~N{071} | 0 | | 49.47 | 114.4 |
| ~N{072} | 0 | | 49.43 | 114.3 |
| ~N{073} | 0 | | 49.43 | 114.3 |
| ~N{074} | 0 | | 50.41 | 116.6 |
| ~N{075} | 0 | | 49.44 | 114.3 |
| ~N{076} | 0 | | 50.17 | 116 |
| ~N{077} | 0 | | 49.73 | 115 |
| ~N{078} | 0 | | 49.69 | 114.9 |
| ~N{099} | 0 | | 49.4 | 114.2 |
| ~N{41} | 0 | | 51.13 | 118.2 |
| FH POV LOT | 0 | | 51.86 | 119.9 |

**A1941**

### Tanks

| Tank | Surface Pressure psi g | Level ft | Bottom Elevation ft | Status | Flow US gpm | Pressure psi g | Grade ft |
|------|------------------------|----------|---------------------|--------|-------------|----------------|----------|
| Elevated Tank | 0 | 17.7 | 103 | | -1986 | 7.655 | 120.7 |

| | Connecting pipelines | Flow (US gpm) | Pressure (psi g) | Grade (ft) |
|--|----------------------|----------------|-------------------|-------------|
| | Pipe{057} @ 0 ft | 1986 | 7.655 | 120.7 |
| | Infinite tank/no geometry | | | |

### Demands

| Demand | Set Value | Flow Rate US gpm | Pressure psi g | Elev ft | Status | Grade ft |
|--------|-----------|------------------|----------------|---------|--------|----------|
| Admin | Flow out | 1 | 49.4 | 0 | | 114.2 |
| Climate Controlled Warehouse | Flow out | 3 | 49.43 | 0 | | 114.3 |
| Cold Iron 1 | Flow out | 0 | 50.72 | 0 | | 117.3 |
| Cold Iron 2 | Flow out | 0 | 49.48 | 0 | | 114.4 |
| Combat Vehicle Wash Rack | Flow out | 5 | 49.4 | 0 | | 114.2 |
| Commissary | Flow out | 24 | 51.13 | 0 | | 118.2 |
| DFAC | Flow out | 1500 | 35.33 | 0 | | 81.68 |
| EOD | Flow out | 25 | 49.4 | 0 | | 114.2 |
| EOD FIRE CONN | Flow out | 0 | 49.43 | 0 | | 114.3 |
| FH 1 NSWU-3 | Flow out | 0 | 49.48 | 0 | | 114.4 |
| FH 2 NSWU-3 | Flow out | 0 | 49.48 | 0 | | 114.4 |
| FH EOD | Flow out | 0 | 49.43 | 0 | | 114.3 |
| FH FUEL STATION | Flow out | 0 | 49.48 | 0 | | 114.4 |
| FH HARBOR PATROL | Flow out | 0 | 49.48 | 0 | | 114.4 |
| FH PARKING LOT | Flow out | 0 | 51.77 | 0 | | 119.7 |
| FH TCN PASS/ID | Flow out | 0 | 51.66 | 0 | | 119.4 |
| FH2 EOD | Flow out | 0 | 49.43 | 0 | | 114.3 |
| Fire Demand | Flow out | 0 | 50.17 | 0 | | 116 |
| Fleet Rec | Flow out | 86 | 49.38 | 0 | | 114.2 |
| Future | Flow out | 100 | 49.91 | 0 | | 115.4 |
| Gate House | Flow out | 3 | 51.8 | 0 | | 119.8 |
| NSWU-3 | Flow out | 33 | 49.44 | 0 | | 114.3 |
| P-935 | Flow out | 58 | 46.93 | 0 | | 108.5 |
| P-937 | Flow out | 58 | 51.67 | 0 | | 119.5 |
| P-951 | Flow out | 16 | 49.44 | 0 | | 114.3 |
| PASS/ID | Flow out | 10 | 51.58 | 0 | | 119.3 |
| Port Ops | Flow out | 22 | 49.43 | 0 | | 114.3 |
| Port Ops Fire | Flow out | 0 | 49.47 | 0 | | 114.4 |
| Small Arms Range | Flow out | 10 | 49.33 | 0 | | 114 |
| Small Craft Berting | Flow out | 5 | 49.44 | 0 | | 114.3 |
| TCN Pass/ID | Flow out | 7 | 51.5 | 0 | | 119.1 |
| Truck Inspection | Flow out | 3 | 51.79 | 0 | | 119.7 |
| UKMCC | Flow out | 10 | 49.69 | 0 | | 114.9 |
| Vehicle Maint Shop | Flow out | 2 | 49.45 | 0 | | 114.3 |
| Vehicle Storage | Flow out | 5 | 49.43 | 0 | | 114.3 |
| Warehouse Fire Demand | Flow out | 0 | 49.73 | 0 | | 115 |

**A1942**

PASS/ID
Set @ 10 US gpm
P: 51.58 psi g

Fire Demand
Set @ 0 US gpm
P: 50.17 psi g

Pipe{092}
Flow: 0 US gpm

~N{076}
P: 50.17 psi g

Pipe{065}
Flow: 10 US gpm

Elevated Tank
P Set: 0 psi g
Level: 17.7 ft
P: 7.655 psi g

Pipe{091}
Flow: 141.2 US gpm

Truck Inspection
Set @ 3 US gpm
P: 51.79 psi g

Pipe{066}
Flow: 3 US gpm

Pipe{057}
Flow: 1986 US gpm

Pipe{063}
Flow: 45.79 US gpm

Pipe{062}
Flow: 55.79 US gpm

Pipe{061}
Flow: 58.79 US gpm

~N{052}
P: 51.92 psi g

Pipe{054}
Flow: 279.7 US gpm

Pipe{055}
Flow: 1706 US gpm

Pipe{056}
Flow: 1648 US gpm

~N{074}

Pipe{089}
Flow: 1507 US gpm

Pipe{003}
Flow: 1507 US gpm

Pipe{001}
Flow: 1507 US gpm

~N{002}
P: 49.43 psi g

~N{061}
P: 51.85 psi g

~N{060}
P: 51.87 psi g

~N{059}
P: 51.88 psi g

~N{053}
P: 52.03 psi g

~N{054}
P: 51.67 psi g

~N{004}
P: 50.31 psi g

~N{001}
P: 49.97 psi g

P: 50.41 psi g

Pipe{060}
Flow: 1556 US gpm

Pipe{067}
Flow: 42.79 US gpm

Pipe{058}
Flow: 58 US gpm

P-937
Set @ 58 US gpm
P: 51.67 psi g

P-935
Set @ 58 US gpm
P: 46.93 psi g

Pipe{068}
Flow: 0 US gpm

~N{065}
P: 51.84 psi g

Pipe{064}
Flow: 3 US gpm

~N{066}
P: 51.84 psi g

Pipe{069}
Flow: 42.79 US gpm

Gate House
Set @ 3 US gpm
P: 51.8 psi g

~N{067}
P: 51.82 psi g

Pipe{053}
Flow: 220.9 US gpm

Pipe{103}
Flow: 1500 US gpm

Pipe{052}
Flow: 0 US gpm

~N{049}
P: 51.86 psi g

FH POV LOT
P: 51.86 psi g

Pipe{070}
Flow: 42.79 US gpm

Pipe{050}
Flow: 220.9 US gpm

FH PARKING LOT
Set @ 0 US gpm
P: 51.77 psi g

Pipe{071}
Flow: 42.79 US gpm

~N{047}
P: 51.72 psi g

Pipe{048}
Flow: 35.79 US gpm

~N{045}
P: 51.71 psi g

Pipe{049}
Flow: 7 US gpm

Pipe{046}
Flow: 256.7 US gpm

TCN Pass/ID
Set @ 7 US gpm
P: 51.5 psi g

Pipe{045}
Flow: 0 US gpm

~N{043}
P: 51.66 psi g

FH TCN PASS/ID

W912ER-11-D-0010-0006

**A1943**

Government Rule 4 File

# A1944





Set @ 0 US gpm
P: 51.66 psi g

Pipe{044}
Flow: 256.7 US gpm

~N{41}
P: 51.13 psi g

Pipe{043}
Flow: 24 US gpm

Commissary
Set @ 24 US gpm
P: 51.13 psi g

Pipe{042}
Flow: 232.7 US gpm

Future
Set @ 100 US gpm
P: 49.91 psi g

~N{040}
P: 50.72 psi g

Pipe{039}
Flow: 100 US gpm

Pipe{099}
Flow: 132.7 US gpm

Pipe{041}
Flow: 0 US gpm

Pipe{040}
Flow: 232.7 US gpm

~N{038}
P: 49.93 psi g

Cold Iron 1
Set @ 0 US gpm
P: 50.72 psi g

W912ER-11-D-0010-0006



**A1945**

Pipe{031}
Flow: 60.65 US gpm

FH 2 NSWU-3
Set @ 0 US gpm
P: 49.48 psi g

~N{013}
P: 49.48 psi g

Flow: 0 US gpm

Vehicle Maint Shop
Set @ 2 US gpm
P: 49.45 psi g

Pipe{072}
Flow: 2 US gpm

Pipe{030}
Flow: 33 US gpm

NSWU-3
Set @ 33 US gpm
P: 49.44 psi g

P: 49.45 psi g

Pipe{014}
Flow: 0 US gpm

Pipe{029}
Flow: 95.65 US gpm

FH 1 NSWU-3
Set @ 0 US gpm
P: 49.48 psi g

Pipe{015}
Flow: 0 US gpm

~N{015}
P: 49.48 psi g

Pipe{017}
Flow: 5 US gpm

UKMCC
Set @ 10 US gpm
P: 49.69 psi g

Port Ops Fire
Set @ 0 US gpm
P: 49.47 psi g

Flow: 0 US gpm

Pipe{016}
Flow: 0 US gpm

Small Craft Berting
Set @ 5 US gpm
P: 49.44 psi g

Pipe{082}

~N{028}
P: 49.47 psi g

Pipe{081}
Flow: 22 US gpm

~N{017}
P: 49.48 psi g

Pipe{100}
Flow: 10 US gpm

Pipe{027}

~N{071}
P: 49.47 psi g

Pipe{083}
Flow: 22 US gpm

Pipe{018}
Flow: 5 US gpm

Pipe{038}
Flow: 122.7 US gpm

Flow: 117.7 US gpm

Port Ops
Set @ 22 US gpm
P: 49.43 psi g

FH FUEL STATION
Set @ 0 US gpm
P: 49.48 psi g

~N{019}
P: 49.48 psi g

~N{078}
P: 49.69 psi g

FH HARBOR PATROL
Set @ 0 US gpm
P: 49.48 psi g

Pipe{019}
Flow: 0 US gpm

Pipe{025}
Flow: 5 US gpm

Pipe{080}
Flow: 0 US gpm

~N{025}
P: 49.48 psi g

Pipe{026}
Flow: 0 US gpm

Pipe{084}
Flow: 5 US gpm

~N{070}
P: 49.48 psi g

Pipe{022}
Flow: 5 US gpm

Cold Iron 2
Set @ 0 US gpm
P: 49.48 psi g

| Lineup: | FIRE AT DFAC | Darcy-Weisbach | PIPE-FLO 2009 |
|---|---|---|---|
| System: | Waterfront Water Distribution - P-935 | | Flow: US gpm |
| Date: | 05/11/12 8:01 am | | Pressure: psi g |
| Company: | USACE TAM | | Size: in |
| Project: | BA1106 | | Elevation: ft |
| by: | Patton | | Velocity: ft/sec |
| | | W912ER-11-D-0010-0006 | Length: ft |
| | | | Volume: gallons |

1518 of 1610
Government Rule 4 File

**A1946**

System: Waterfront Water Distribution - P-935
Lineup: <Design Case>
rev: 05/11/12  7:47 am

Atm pressure: 14.7 psi a

05/11/12  7:55 am
Company: USACE TAM
Project: BA1106
by: Patton

Total System Volume: 22071 gallons
Pressure drop calculations: Darcy-Weisbach method, laminar cutoff Re = 2100
Calculated: 9 iterations   Avg Deviation: 0.006744 %

### Specifications

| Specification | Material / Schedule | Roughness | Sizing | Design Limits |
|---|---|---|---|---|
| Specification | PVC Plastic Pipe / 80 | 6e-005 in | not specified | 0 to 10 ft/sec |
| | Valves: standard | C: 140 | | --- |

### Fluid Zones

| Fluid Zone | Fluid | Temp °F | Pressure psi g | Density lb/ft³ | Viscosity cP | Pv / Pc  or  k psi a |
|---|---|---|---|---|---|---|
| Fluid zone | Water | 70 | 0 | 62.32 | 0.9695 | 0.3632 / 3198 |

PIPE-FLO 2009

W912ER-11-D-0010-0006

pg 1

## A1947

| | | | Pipelines | | | | |
|---|---|---|---|---|---|---|---|
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{001} | ~N{001} | ~N{002} | | 338 | 1.511 | 0.036 | 0.084 |
| | Specification | Fluid zone | | | 10 | 109.2 | 0 |
| Pipe{002} | ~N{002} | ~N{003} | | 180 | 0.805 | 0.032 | 0.075 |
| | Specification | Fluid zone | | | 10 | 233 | 1.626 |
| Pipe{003} | ~N{004} | ~N{001} | | 338 | 1.511 | 0.023 | 0.053 |
| | Specification | Fluid zone | | | 10 | 68 | 0 |
| Pipe{005} | ~N{003} | ~N{006} | | 177 | 1.245 | 0.073 | 0.168 |
| | Specification | Fluid zone | | | 8 | 234 | 0 |
| Pipe{006} | ~N{003} | Climate Controlled Wareh... | | 3 | 0.013 | 0 | 0 |
| | Specification | Fluid zone | | | 10 | 103 | 0 |
| Pipe{008} | ~N{075} | ~N{006} | Reversed | 8.23 | 0.058 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 79.66 | 0 |
| Pipe{009} | ~N{009} | Small Arms Range | | 10 | 1.088 | 0.117 | 0.27 |
| | Specification | Fluid zone | | | 2 | 88 | 0 |
| Pipe{010} | ~N{009} | ~N{011} | | 35 | 0.246 | 0.014 | 0.031 |
| | Specification | Fluid zone | | | 8 | 763 | 0 |
| Pipe{013} | ~N{013} | FH 2 NSWU-3 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 69 | 0 |
| Pipe{014} | ~N{013} | ~N{015} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 271 | 0 |
| Pipe{015} | ~N{015} | FH 1 NSWU-3 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{016} | ~N{015} | ~N{017} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{017} | ~N{017} | Small Craft Berting | | 5 | 0.379 | 0.035 | 0.08 |
| | Specification | Fluid zone | | | 2.5 | 204 | 0 |
| Pipe{018} | ~N{019} | ~N{017} | Reversed | 5 | 0.062 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{019} | ~N{019} | FH FUEL STATION | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 75 | 0 |
| Pipe{022} | ~N{070} | ~N{019} | Reversed | 5 | 0.062 | 0.001 | 0.002 |
| | Specification | Fluid zone | | | 6 | 436 | 0 |
| Pipe{025} | ~N{026} | ~N{025} | Reversed | 5 | 0.035 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 98 | 0 |
| Pipe{026} | ~N{025} | Cold Iron 2 | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 39 | 0 |
| Pipe{027} | ~N{028} | ~N{026} | Reversed | 25.28 | 0.178 | 0 | 0.002 |
| | Specification | Fluid zone | | | 8 | 79 | 0 |
| Pipe{029} | ~N{030} | ~N{028} | Reversed | 47.28 | 0.332 | 0.006 | 0.014 |
| | Specification | Fluid zone | | | 8 | 208 | 0 |
| Pipe{030} | ~N{030} | NSWU-3 | | 33 | 0.232 | 0.001 | 0.003 |
| | Specification | Fluid zone | | | 8 | 91 | 0 |
| Pipe{031} | ~N{032} | ~N{030} | Reversed | 82.28 | 0.579 | 0.015 | 0.035 |
| | Specification | Fluid zone | | | 8 | 190 | 0 |
| Pipe{032} | ~N{032} | P-951 | | 16 | 0.197 | 0 | 0.002 |
| | Specification | Fluid zone | | | 6 | 43 | 0 |
| Pipe{033} | ~N{034} | ~N{032} | | 98.28 | 0.691 | 0.02 | 0.046 |
| | Specification | Fluid zone | | | 8 | 182 | 0 |
| Pipe{034} | ~N{034} | FH EOD | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 208 | 0 |
| Pipe{035} | ~N{036} | ~N{034} | | 98.28 | 0.691 | 0.008 | 0.019 |
| | Specification | Fluid zone | | | 8 | 76 | 0 |
| Pipe{036} | ~N{036} | ~N{099} | | 87 | 1.072 | 0.028 | 0.064 |
| | Specification | Fluid zone | | | 6 | 82.55 | 0 |

**A1948**

| Pipelines | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{037} | ~N{006} | ~N{036} | | 185.3 | 1.303 | 0.081 | 0.186 |
| | Specification | Fluid zone | | | 8 | 239 | 0 |
| Pipe{038} | ~N{026} | ~N{078} | | 20.28 | 0.25 | 0.009 | 0.02 |
| | Specification | Fluid zone | | | 6 | 338 | 0 |
| Pipe{039} | ~N{038} | Future | | 100 | 1.232 | 0.02 | 0.046 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |
| Pipe{040} | ~N{040} | ~N{038} | Reversed | 89.72 | 1.105 | 0.145 | 0.335 |
| | Specification | Fluid zone | | | 6 | 409 | 0 |
| Pipe{041} | Cold Iron 1 | ~N{040} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 106 | 0 |
| Pipe{042} | ~N{41} | ~N{040} | Reversed | 89.72 | 1.105 | 0.074 | 0.171 |
| | Specification | Fluid zone | | | 6 | 209 | 0 |
| Pipe{043} | ~N{41} | Commissary | | 24 | 0.296 | 0.005 | 0.012 |
| | Specification | Fluid zone | | | 6 | 148 | 0 |
| Pipe{044} | ~N{043} | ~N{41} | Reversed | 113.7 | 1.401 | 0.123 | 0.284 |
| | Specification | Fluid zone | | | 6 | 228 | 0 |
| Pipe{045} | ~N{043} | FH TCN PASS/ID | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 53 | 0 |
| Pipe{046} | ~N{045} | ~N{043} | Reversed | 113.7 | 0.8 | 0.011 | 0.025 |
| | Specification | Fluid zone | | | 8 | 78 | 0 |
| Pipe{048} | ~N{047} | ~N{045} | Reversed | 11.11 | 0.137 | 0.002 | 0.005 |
| | Specification | Fluid zone | | | 6 | 215 | 0 |
| Pipe{049} | ~N{047} | TCN Pass/ID | | 7 | 1.272 | 0.227 | 0.524 |
| | Specification | Fluid zone | | | 1.5 | 94 | 0 |
| Pipe{050} | ~N{049} | ~N{045} | Reversed | 102.6 | 0.722 | 0.04 | 0.092 |
| | Specification | Fluid zone | | | 8 | 337 | 0 |
| Pipe{052} | ~N{049} | FH POV LOT | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 62 | 0 |
| Pipe{053} | ~N{052} | ~N{049} | Reversed | 102.6 | 0.722 | 0.014 | 0.033 |
| | Specification | Fluid zone | | | 8 | 120 | 0 |
| Pipe{054} | ~N{053} | ~N{052} | Reversed | 136.7 | 0.961 | 0.031 | 0.072 |
| | Specification | Fluid zone | | | 8 | 159 | 0 |
| Pipe{055} | ~N{053} | ~N{054} | Reversed | 449.3 | 2.008 | 0.032 | 0.073 |
| | Specification | Fluid zone | | | 10 | 57 | 0 |
| Pipe{056} | ~N{054} | ~N{074} | | 391.3 | 1.749 | 0.093 | 0.215 |
| | Specification | Fluid zone | | | 10 | 213.82 | 0 |
| Pipe{057} | Elevated Tank | ~N{053} | Reversed | 586 | 1.851 | (44.53) | 0.043 |
| | Specification | Fluid zone | | | 12 | 48 | 0 |
| Pipe{058} | ~N{054} | P-937 | | 58 | 0.715 | 0.007 | 0.015 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{060} | ~N{002} | P-935 | | 158 | 1.946 | 0.039 | 0.09 |
| | Specification | Fluid zone | | | 6 | 40 | 0 |
| Pipe{061} | ~N{052} | ~N{059} | Reversed | 34.11 | 0.42 | 0.015 | 0.036 |
| | Specification | Fluid zone | | | 6 | 239 | 0 |
| Pipe{062} | ~N{059} | ~N{060} | Reversed | 31.11 | 0.383 | 0.002 | 0.004 |
| | Specification | Fluid zone | | | 6 | 28 | 0 |
| Pipe{063} | ~N{060} | ~N{061} | Reversed | 21.11 | 0.26 | 0.007 | 0.017 |
| | Specification | Fluid zone | | | 6 | 265 | 0 |
| Pipe{064} | ~N{059} | Gate House | | 3 | 0.545 | 0.077 | 0.178 |
| | Specification | Fluid zone | | | 1.5 | 138 | 0 |
| Pipe{065} | ~N{060} | PASS/ID | | 10 | 1.088 | 0.295 | 0.682 |
| | Specification | Fluid zone | | | 2 | 222 | 0 |
| Pipe{066} | ~N{061} | Truck Inspection | | 3 | 0.545 | 0.056 | 0.13 |
| | Specification | Fluid zone | | | 1.5 | 101 | 0 |

W912ER-11-D-0010-0006

1521 of 1610
Government Rule 4 File

**A1949**

| Pipelines | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{067} | ~N{061} | ~N{065} | | 18.11 | 0.223 | 0.001 | 0.002 |
| | Specification | Fluid zone | | | 6 | 48 | 0 |
| Pipe{068} | ~N{065} | ~N{066} | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 19 | 0 |
| Pipe{069} | ~N{065} | ~N{067} | | 18.11 | 0.223 | 0.004 | 0.009 |
| | Specification | Fluid zone | | | 6 | 191 | 0 |
| Pipe{070} | ~N{067} | FH PARKING LOT | | 18.11 | 0.223 | 0.011 | 0.026 |
| | Specification | Fluid zone | | | 6 | 535 | 0 |
| Pipe{071} | FH PARKING LOT | ~N{047} | | 18.11 | 0.223 | 0.011 | 0.025 |
| | Specification | Fluid zone | | | 6 | 512 | 0 |
| Pipe{072} | ~N{030} | Vehicle Maint Shop | | 2 | 0.025 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 44 | 0 |
| Pipe{074} | ~N{011} | EOD FIRE CONN | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 167 | 0 |
| Pipe{075} | ~N{011} | FH2 EOD | | 25 | 0.308 | 0.003 | 0.007 |
| | Specification | Fluid zone | | | 6 | 76 | 0 |
| Pipe{076} | FH2 EOD | EOD | | 25 | 0.698 | 0.024 | 0.055 |
| | Specification | Fluid zone | | | 4 | 91 | 0 |
| Pipe{080} | ~N{070} | FH HARBOR PATROL | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 48 | 0 |
| Pipe{081} | ~N{028} | ~N{071} | | 22 | 0.155 | 0 | 0.002 |
| | Specification | Fluid zone | | | 8 | 111 | 0 |
| Pipe{082} | ~N{071} | Port Ops Fire | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 8 | 39 | 0 |
| Pipe{083} | ~N{071} | Port Ops | | 22 | 1.07 | 0.041 | 0.096 |
| | Specification | Fluid zone | | | 3 | 53 | 0 |
| Pipe{084} | ~N{025} | ~N{070} | | 5 | 0.062 | 0 | 0.002 |
| | Specification | Fluid zone | | | 6 | 279 | 0 |
| Pipe{085} | ~N{072} | Vehicle Storage | | 5 | 0.062 | 0 | 0.001 |
| | Specification | Fluid zone | | | 6 | 223 | 0 |
| Pipe{086} | ~N{011} | ~N{073} | Reversed | 10 | 0.123 | 0.001 | 0.003 |
| | Specification | Fluid zone | | | 6 | 158.5 | 0 |
| Pipe{087} | ~N{073} | ~N{072} | Reversed | 5 | 0.062 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 108.5 | 0 |
| Pipe{088} | ~N{073} | Combat Vehicle Wash Ra... | | 5 | 0.544 | 0.026 | 0.061 |
| | Specification | Fluid zone | | | 2 | 65.52 | 0 |
| Pipe{089} | ~N{074} | ~N{004} | | 338 | 1.511 | 0.006 | 0.015 |
| | Specification | Fluid zone | | | 10 | 19.1 | 0 |
| Pipe{090} | ~N{075} | ~N{009} | | 45 | 0.316 | 0.002 | 0.004 |
| | Specification | Fluid zone | | | 8 | 59.48 | 0 |
| Pipe{091} | ~N{074} | ~N{076} | | 53.23 | 0.656 | 0.043 | 0.099 |
| | Specification | Fluid zone | | | 6 | 303.36 | 0 |
| Pipe{092} | ~N{076} | Fire Demand | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 29.17 | 0 |
| Pipe{093} | ~N{076} | ~N{077} | | 53.23 | 0.656 | 0.077 | 0.179 |
| | Specification | Fluid zone | | | 6 | 551.21 | 0 |
| Pipe{094} | ~N{077} | Warehouse Fire Demand | | 0 | 0 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 22.9 | 0 |
| Pipe{095} | ~N{077} | ~N{075} | | 53.23 | 0.656 | 0.05 | 0.117 |
| | Specification | Fluid zone | | | 6 | 358.94 | 0 |
| Pipe{099} | ~N{078} | ~N{038} | | 10.28 | 0.127 | 0.003 | 0.006 |
| | Specification | Fluid zone | | | 6 | 338 | 0 |
| Pipe{100} | ~N{078} | UKMCC | | 10 | 0.123 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 46 | 0 |

**A1950**

| Pipelines | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pipeline | From | To | Status | Flow US gpm | Velocity ft/sec | dP psi | HL ft |
| | Specification | Fluid Zone | | | Size in | Length ft | K |
| Pipe{101} | ~N{099} | Admin | | 1 | 0.012 | 0 | 0 |
| | Specification | Fluid zone | | | 6 | 145.28 | 0 |
| Pipe{102} | ~N{099} | Fleet Rec | | 86 | 1.059 | 0.018 | 0.042 |
| | Specification | Fluid zone | | | 6 | 55.09 | 0 |
| Pipe{103} | P-935 | DFAC | | 100 | 1.232 | 0.086 | 0.198 |
| | Specification | Fluid zone | | | 6 | 200 | 0 |

**A1951**

## Nodes

| Node | Elev ft | Status | Pressure psi g | Grade ft |
|---|---|---|---|---|
| ~N{001} | 0 | | 52.03 | 120.3 |
| ~N{002} | 0 | | 51.99 | 120.2 |
| ~N{003} | 0 | | 51.96 | 120.1 |
| ~N{004} | 0 | | 52.05 | 120.4 |
| ~N{006} | 0 | | 51.89 | 120 |
| ~N{009} | 0 | | 51.89 | 120 |
| ~N{011} | 0 | | 51.87 | 119.9 |
| ~N{013} | 0 | | 51.76 | 119.7 |
| ~N{015} | 0 | | 51.76 | 119.7 |
| ~N{017} | 0 | | 51.76 | 119.7 |
| ~N{019} | 0 | | 51.76 | 119.7 |
| ~N{025} | 0 | | 51.76 | 119.7 |
| ~N{026} | 0 | | 51.76 | 119.7 |
| ~N{028} | 0 | | 51.76 | 119.7 |
| ~N{030} | 0 | | 51.76 | 119.7 |
| ~N{032} | 0 | | 51.78 | 119.7 |
| ~N{034} | 0 | | 51.8 | 119.8 |
| ~N{036} | 0 | | 51.81 | 119.8 |
| ~N{038} | 0 | | 51.75 | 119.6 |
| ~N{040} | 0 | | 51.89 | 120 |
| ~N{043} | 0 | | 52.09 | 120.4 |
| ~N{045} | 0 | | 52.1 | 120.5 |
| ~N{047} | 0 | | 52.1 | 120.5 |
| ~N{049} | 0 | | 52.14 | 120.6 |
| ~N{052} | 0 | | 52.15 | 120.6 |
| ~N{053} | 0 | | 52.18 | 120.7 |
| ~N{054} | 0 | | 52.15 | 120.6 |
| ~N{059} | 0 | | 52.14 | 120.5 |
| ~N{060} | 0 | | 52.14 | 120.5 |
| ~N{061} | 0 | | 52.13 | 120.5 |
| ~N{065} | 0 | | 52.13 | 120.5 |
| ~N{066} | 0 | | 52.13 | 120.5 |
| ~N{067} | 0 | | 52.12 | 120.5 |
| ~N{070} | 0 | | 51.76 | 119.7 |
| ~N{071} | 0 | | 51.76 | 119.7 |
| ~N{072} | 0 | | 51.87 | 119.9 |
| ~N{073} | 0 | | 51.87 | 119.9 |
| ~N{074} | 0 | | 52.06 | 120.4 |
| ~N{075} | 0 | | 51.89 | 120 |
| ~N{076} | 0 | | 52.02 | 120.3 |
| ~N{077} | 0 | | 51.94 | 120.1 |
| ~N{078} | 0 | | 51.75 | 119.7 |
| ~N{099} | 0 | | 51.78 | 119.7 |
| ~N{41} | 0 | | 51.96 | 120.2 |
| FH POV LOT | 0 | | 52.14 | 120.6 |

## Tanks

| Tank | Surface Pressure psi g | Level ft | Bottom Elevation ft | Status | Flow US gpm | Pressure psi g | Grade ft |
|---|---|---|---|---|---|---|---|
| Elevated Tank | 0 | 17.7 | 103 | | -586 | 7.655 | 120.7 |

| | Connecting pipelines | Flow (US gpm) | Pressure (psi g) | Grade (ft) |
|---|---|---|---|---|
| | Pipe{057} @ 0 ft | 586 | 7.655 | 120.7 |
| | Infinite tank/no geometry | | | |

## Demands

| Demand | Set Value | Flow Rate US gpm | Pressure psi g | Elev ft | Status | Grade ft |
|---|---|---|---|---|---|---|
| Admin | Flow out | 1 | 51.78 | 0 | | 119.7 |
| Climate Controlled Warehouse | Flow out | 3 | 51.96 | 0 | | 120.1 |
| Cold Iron 1 | Flow out | 0 | 51.89 | 0 | | 120 |
| Cold Iron 2 | Flow out | 0 | 51.76 | 0 | | 119.7 |
| Combat Vehicle Wash Rack | Flow out | 5 | 51.85 | 0 | | 119.9 |
| Commissary | Flow out | 24 | 51.96 | 0 | | 120.1 |
| DFAC | Flow out | 100 | 51.87 | 0 | | 119.9 |
| EOD | Flow out | 25 | 51.85 | 0 | | 119.9 |
| EOD FIRE CONN | Flow out | 0 | 51.87 | 0 | | 119.9 |
| FH 1 NSWU-3 | Flow out | 0 | 51.76 | 0 | | 119.7 |
| FH 2 NSWU-3 | Flow out | 0 | 51.76 | 0 | | 119.7 |
| FH EOD | Flow out | 0 | 51.8 | 0 | | 119.8 |
| FH FUEL STATION | Flow out | 0 | 51.76 | 0 | | 119.7 |
| FH HARBOR PATROL | Flow out | 0 | 51.76 | 0 | | 119.7 |
| FH PARKING LOT | Flow out | 0 | 52.11 | 0 | | 120.5 |
| FH TCN PASS/ID | Flow out | 0 | 52.09 | 0 | | 120.4 |
| FH2 EOD | Flow out | 0 | 51.87 | 0 | | 119.9 |
| Fire Demand | Flow out | 0 | 52.02 | 0 | | 120.3 |
| Fleet Rec | Flow out | 86 | 51.76 | 0 | | 119.7 |
| Future | Flow out | 100 | 51.73 | 0 | | 119.6 |
| Gate House | Flow out | 3 | 52.06 | 0 | | 120.4 |
| NSWU-3 | Flow out | 33 | 51.76 | 0 | | 119.7 |
| P-935 | Flow out | 58 | 51.95 | 0 | | 120.1 |
| P-937 | Flow out | 58 | 52.15 | 0 | | 120.6 |
| P-951 | Flow out | 16 | 51.78 | 0 | | 119.7 |
| PASS/ID | Flow out | 10 | 51.84 | 0 | | 119.9 |
| Port Ops | Flow out | 22 | 51.72 | 0 | | 119.6 |
| Port Ops Fire | Flow out | 0 | 51.76 | 0 | | 119.7 |
| Small Arms Range | Flow out | 10 | 51.77 | 0 | | 119.7 |
| Small Craft Berting | Flow out | 5 | 51.72 | 0 | | 119.6 |
| TCN Pass/ID | Flow out | 7 | 51.87 | 0 | | 119.9 |
| Truck Inspection | Flow out | 3 | 52.07 | 0 | | 120.4 |
| UKMCC | Flow out | 10 | 51.75 | 0 | | 119.7 |
| Vehicle Maint Shop | Flow out | 2 | 51.76 | 0 | | 119.7 |
| Vehicle Storage | Flow out | 5 | 51.87 | 0 | | 119.9 |
| Warehouse Fire Demand | Flow out | 0 | 51.94 | 0 | | 120.1 |

**A1953**



PASS/ID
Set @ 10 US gpm
P: 51.84 psi g

Fire Demand
Set @ 0 US gpm
P: 52.02 psi g

Pipe{092}
Flow: 0 US gpm

~N{076}
P: 52.02 psi g

Truck Inspection
Set @ 3 US gpm
P: 52.07 psi g

Pipe{065}
Flow: 10 US gpm

Elevated Tank
P Set: 0 psi g
Level: 17.7 ft
P: 7.655 psi g

Pipe{091}
Flow: 53.23 US gpm

Pipe{066}
Flow: 3 US gpm

Pipe{057}
Flow: 586 US gpm

Pipe{063}
Flow: 21.11 US gpm

Pipe{062}
Flow: 21.11 US gpm

Pipe{061}
Flow: 34.11 US gpm

~N{052}
P: 52.15 psi g

Pipe{054}
Flow: 136.7 US gpm

Pipe{055}
Flow: 449.3 US gpm

Pipe{056}
Flow: 391.3 US gpm

Pipe{089}
Flow: 338 US gpm

Pipe{003}
Flow: 338 US gpm

Pipe{001}
Flow: 338 US gpm

~N{002}
P: 51.99 psi g

~N{061}
P: 52.13 psi g

~N{060}
P: 52.14 psi g

~N{059}
P: 52.14 psi g

~N{053}
P: 52.18 psi g

~N{054}
P: 52.15 psi g

~N{074}
P: 52.06 psi g

~N{004}
P: 52.05 psi g

~N{001}
P: 52.03 psi g

Pipe{060}
Flow: 158 US gp

Pipe{067}
Flow: 18.11 US gpm

Pipe{058}
Flow: 58 US gpm

P-937
Set @ 58 US gpm
P: 52.15 psi g

P-935
Set @ 58 US gpm
P: 51.95 psi g

Pipe{068}
Flow: 0 US gpm

~N{065}
P: 52.13 psi g

Pipe{064}
Flow: 3 US gpm

~N{066}
P: 52.13 psi g

Pipe{069}
Flow: 18.11 US gpm

Gate House
Set @ 3 US gpm
P: 52.06 psi g

~N{067}
P: 52.12 psi g

Pipe{053}
Flow: 102.6 US gpm

Pipe{103}
Flow: 100 US gpm

Pipe{070}
Flow: 18.11 US gpm

Pipe{052}
Flow: 0 US gpm

~N{049}
P: 52.14 psi g

FH POV LOT
P: 52.14 psi g

Pipe{050}
Flow: 102.6 US gpm

FH PARKING LOT
Set @ 0 US gpm
P: 52.11 psi g

Pipe{071}
Flow: 18.11 US gpm

~N{047}
P: 52.4 psi g

Pipe{048}
Flow: 11.11 US gpm

~N{045}
P: 52.1 psi g

Pipe{049}
Flow: 7 US gpm

Pipe{046}
Flow: 113.7 US gpm

TCN Pass/ID
Set @ 7 US gpm
P: 51.87 psi g

Pipe{045}
Flow: 0 US gpm

~N{043}
P: 52.09 psi g

FH TCN PASS/ID

W912ER-11-D-0010-0006

**A1954**

Government Rule 4 File

# A1955

W912ER-11-D-0010-0006

Pipe(093)
Flow: 53.23 US gpm

Pipe(002)
Flow: 180 US gpm

Pipe(094)
Flow: 0 US gpm

Warehouse Fire Demand
Set @ 0 US gpm
P: 51.94 psi g

~N(077)
P: 51.94 psi g

Climate Controlled Warehouse
Set @ 3 US gpm
P: 51.96 psi g

Pipe(006)
Flow: 3 US gpm

~N(003)
P: 51.96 psi g

Pipe(005)
Flow: 177 US gpm

Pipe(095)
Flow: 53.23 US gpm

Pipe(008)
Flow: 8.23 US gpm

~N(006)
P: 51.89 psi g

Pipe(090)
Flow: 45 US gpm

~N(009)
P: 51.89 psi g

Pipe(009)
Flow: 10 US gpm

Small Arms Range
Set @ 10 US gpm
P: 51.77 psi g

Pipe(010)
Flow: 35 US gpm

DFAC
Set @ 100 US gpm
P: 51.87 psi g

Admin
Set @ 1 US gpm
P: 51.78 psi g

Pipe(101)
Flow: 1 US gpm

~N(099)
P: 51.78 psi g

Fleet Rec
Set @ 86 US gpm
P: 51.76 psi g

Pipe(102)

Pipe(036)
Flow: 87 US gpm

~N(036)
P: 51.81 psi g

Pipe(035)
Flow: 98.28 US gpm

Pipe(037)
Flow: 185.3 US gpm

Pipe(034)
Flow: 0 US gpm

FH EOD
Set @ 0 US gpm
P: 51.8 psi g

Pipe(033)
Flow: 98.28 US gpm

P-951
Set @ 16 US gpm
P: 51.78 psi g

Pipe(032)
Flow: 16 US gpm

~N(032)
P: 51.78 psi g

EOD
Set @ 25 US gpm
P: 51.85 psi g

Pipe(076)
Flow: 25 US gpm

Pipe(074)
Flow: 0 US gpm

EOD FIRE CONN
Set @ 0 US gpm
P: 51.87 psi g

FH2 EOD
Set @ 0 US gpm
P: 51.87 psi g

Pipe(075)
Flow: 25 US gpm

~N(011)
P: 51.87 psi g

Pipe(096)
Flow: 10 US gpm

Combat Vehicle Wash Rack
Set @ 5 US gpm
P: 51.85 psi g

Pipe(088)
Flow: 5 US gpm

~N(073)
P: 51.87 psi g

Pipe(087)
Flow: 5 US gpm

Vehicle Storage
Set @ 5 US gpm
P: 51.87 psi g

Pipe(095)
Flow: 5 US gpm

~N(072)
P: 51.87 psi g



Set @ 0 US gpm
P: 52.09 psi g

Pipe{044}
Flow: 113.7 US gpm

~N{41}
P: 51.96 psi g

Pipe{043}
Flow: 24 US gpm

Commissary
Set @ 24 US gpm
P: 51.96 psi g

Pipe{042}
Flow: 89.72 US gpm

Future
Set @ 100 US gpm
P: 51.73 psi g

~N{040}
P: 51.89 psi g

Pipe{039}
Flow: 100 US gpm

Pipe{040}
Flow: 89.72 US gpm

Pipe{099}
Flow: 10.28 US gpm

Pipe{041}
Flow: 0 US gpm

~N{038}
P: 51.75 psi g

Cold Iron 1
Set @ 0 US gpm
P: 51.89 psi g

W912ER-11-D-0010-0006



Pipe{031}
Flow: 82.28 US gpm

FH 2 NSWU-3
Set @ 0 US gpm
P: 51.76 psi g

Flow: 0 US gpm    N{013}
P: 51.76 psi g

Vehicle Maint Shop
Set @ 2 US gpm
P: 51.76 psi g

Pipe{072}          Pipe{030}
Flow: 2 US gpm     Flow: 33 US gpm

NSWU-3
Set @ 33 US gpm
P: 51.76 psi g

P: 51.76 psi g

Pipe{014}
Flow: 0 US gpm

Pipe{029}
Flow: 47.28 US gpm

FH 1 NSWU-3
Set @ 0 US gpm
P: 51.76 psi g

Pipe{015}          N{015}
Flow: 0 US gpm     P: 51.76 psi g
Pipe{016}
Flow: 0 US gpm

UKMCC
Set @ 10 US gpm
P: 51.75 psi g

Port Ops Fire
Set @ 0 US gpm
P: 51.76 psi g

~N{017}
P: 51.76 psi g

Pipe{017}
Flow: 5 US gpm

~N{028}            Pipe{081}
P: 51.76 psi g     Flow: 22 US gpm     Pipe{082}
~N{071}            Flow: 0 US gpm
Pipe{027}          Pipe{083}
Flow: 25.28 US gpm P: 51.76 psi g      Flow: 22 US gpm

Small Craft Berthing
Set @ 5 US gpm
P: 51.72 psi g

Pipe{100}
Flow: 10 US gpm

Pipe{038}
Flow: 20.28 US gpm

Port Ops
Set @ 22 US gpm
P: 51.72 psi g

FH HARBOR PATROL
Set @ 0 US gpm
P: 51.76 psi g

FH FUEL STATION
Set @ 0 US gpm
P: 51.76 psi g

Pipe{018}
Flow: 5 US gpm

~N{078}
P: 51.75 psi g

Pipe{019}
Flow: 0 US gpm    N{019}
P: 51.76 psi g

Pipe{025}
Flow: 5 US gpm

Pipe{080}
Flow: 0 US gpm

~N{025}            Pipe{084}           Pipe{022}
P: 51.76 psi g     Flow: 5 US gpm      Flow: 5 US gpm
Pipe{026}
Flow: 0 US gpm     ~N{070}
                   P: 51.76 psi g

Cold Iron 2
Set @ 0 US gpm
P: 51.76 psi g

| Lineup: | *<Design Case>* | Darcy-Weisbach | PIPE-FLO 2009 | |
|---|---|---|---|---|
| System: | Waterfront Water Distribution - P-935 | | Flow: | US gpm |
| Date: | 05/11/12  7:55 am | | Pressure: | psi g |
| Company: | USACE TAM | | Size: | in |
| Project: | BA1106 | | Elevation: | ft |
| by: | Patton | | Velocity: | ft/sec |
| | | W912ER-11-D-0010-0006 | Length: | ft |
| | | | Volume: | gallons |

1529 of 1610
Government Rule 4 File

**A1957**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

# RAINFALL DATA


Therefore, as short term measures it is recommended to upgrade the entire system to at least a return period of 1 year (a probability of 100%) and storm duration of 1 hour according to the design criteria provided in the table below:

Table 2-3    Rainfall Intensities for Bahrain

| Return Period [Years] | Intensity (mm/hr) by Duration (hr) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0.5 | 1 | 1.5 | 2 | 2.5 | 6 | 24 |
| 100 | 75.3 | 52.12 | 38.56 | 31.99 | 25.59 | 14.66 | 5.48 |
| 75 | 71.77 | 49.75 | 36.82 | 30.53 | 24.43 | 13.93 | 5.21 |
| 40 | 64.03 | 44.56 | 33.01 | 27.33 | 21.87 | 12.32 | 4.62 |
| 20 | 55.41 | 38.78 | 28.78 | 23.77 | 19.02 | 10.53 | 3.97 |
| 10 | 46.63 | 32.89 | 24.46 | 20.14 | 16.11 | 8.71 | 3.3 |
| 5 | 37.48 | 26.75 | 19.96 | 16.35 | 13.08 | 6.81 | 2.61 |
| 2 | 23.65 | 17.48 | 13.16 | 10.64 | 8.51 | 3.94 | 1.56 |
| 1 | 15.1 | 11.5 | | | | | |

Note: Figures on yellow background are recommended model rains for design.

Several areas such as hospitals, police stations, airports, major bus stations and the main arterial and collector roads are of higher importance to maintain public life during and immediately after rain events. It is therefore recommended to upgrade these areas to cover storms with a return period of 5 years (probability 20%) and a storm duration of 0.5 hours. In highly urbanised areas runoff is rapid during rain events and can cause significant damage. It is therefore recommended to increase the protection in these areas to cover at least a 2 year storm event.

New drainage systems and upgrades to the existing drainage systems should be designed as follows:

- Rural Areas – Compounds, Villas, Villages :      R1
- Urban Areas - Highly Developed Areas:          R2
- High Priority Areas – Hospitals, Airports, etc.:   R5

An overview of the proposed design parameters for the different rainfall scenarios is given in the table below. As a short term measure all existing networks should be upgraded to cover at least a one year storm event. In the short to mid-term the high priority areas shall be upgraded to cover at least a five year storm. As a mid to long-term measure the existing networks in the urban areas as described above, should be upgraded to cover at least a 2 year storm.

W912ER-11-D-0010-0006

1531 of 1610
Government Rule 4 File

**A1959**

 
Table 2-4    Precipitation Design Parameters

| Protection Class | Common Rural and low density Urban Areas (Rain R1) | Medium High Density Urban Areas (RainR2) | High Sensitive/ Important Areas (Rain R5) |
|---|---|---|---|
| Return Period [year] | 1 | 2 | 5 |
| Duration [min.] | 60 | 30 | 30 |
| Intensity [mm/hr] | 11.5 | 24 | 38 |
| Total rainfall [mm] | 11.5 | 13 | 19 |

**Surface Water Drainage Strategy for Urban Developments**

Urban storm drainage systems have to cope with virtually sealed surfaces and therefore increased runoff as compared to rural storm drainage systems. Therefore, urban storm drainage systems are usually comprised of closed conduits and more comprehensive networks whereas rural storm drainage systems are often comprised of open ditches.

Bahrain's urban surface water drainage networks are designed mostly as gravity flow systems. The flow is collected in drain inlets and catch basins and is conveyed towards the sea. Since the networks would outlet below the sea water level in a gravity flow system, a lifting station is usually installed at the end of each network, lifting the stormwater to a suitable sea outfall.

However, each network is equipped with an overflow where in larger storm events the stormwater can rise within the network and eventually overflow to the sea outfall, providing an outlet before surface flooding would occur. The pumps in that case are used to empty the lines, during and after the storm event has passed.

For some of the larger networks intermediate lifting stations are required.

Several of the existing pumping stations are in need of immediate refurbishment work.

Some of the network is experiencing high dry weather flows, which indicates that the network is potentially in poor condition suffering from some infiltration. This should be investigated by CCTV inspection.

An overview of the area classification for storm drainage is shown in the figure below:

W912ER-11-D-0010-0006

1532 of 1610
Government Rule 4 File

**A1960**

# EXISTING CUB ELECTRICAL DRAWINGS



TRANSFORMER
019

GENERATOR
ROOM
020

REFER TO SHEET E-4
AND E-6 FOR UNIT
SUBSTATION DETAILS.

INTAKE ROOM
016

EDD INTAKE ROOM

...STING 4-150mm CONCRETE
...ASED DUCTS W/LONG
...EEP BENDS TO LOCATIONS
...CATED FOR CONTINUATION
... SHEET XE-1

MAIN SWITCHING
CENTER #3
013

...MH1A
...STING)

CB 12, CB13
CB 10, CB11

MV-SWGR-A,
(EXISTING)
FOR ONE LINE
DIAGRAM, SEE
SHEET E-5

CB 3, CB4
CB 1, CB2

CBs STACKED TWO HIGH
(EXCEPT BUS TIE) (TYP)

BUS TIE CB5

...NG (4)-150mm
...DUCT
...ES (2) WITH
...0mm2 15KV
... FROM EDD
...SUBSTATION
...EMPORARY
...R
...PMH1
...STING)

...-150mm
PVC
CONDUITS

CB 6, CB7
CB 8, CB9
CB 14, CB15
CB 16, CB17

INSERT NEW RING MAIN UNIT FOR
SUBSTATION P-23 IN EXISTING LOOP.
ROUTE NEW 300mm2 15kV CABLE IN
OVERHEAD CONDUIT TO EXISTING CABLE
TRAY FOR ACCESS TO EXISTING CB 14.

CHILLED WATER
PRODUCTION ROOM
001

...150mm CONCRETE
...UCTS W/LONG
...DS TO LOCATIONS
...FOR CONTINUATION
...XE-1

EXISTING
(4)-150mm
PVC
CONDUITS

ACCESS THE EXISTING 11kV FEEDER
CONNECTING THE EXISTING CUB RMU
BY ROUTEING NEW 15kV CABLE IN
OVERHEAD CONDUIT TO NEW P-23 RMU
LOCATED IN THE NEW TRANSFORMER ROOM.
REFER TO MEDIUM VOLTAGE ONE LINE
DIAGRAM E-5 FOR CONDUIT AND CONDUCTOR
SIZE.

LV-SWBD-1

(EXISTING) BELOW SLAB CONDUIT
W/3-300mm 15 kV CABLES
FROM MV-SWGR-A CIRCUIT BREAKER
#14 TO 12kV RING MAIN UNIT TRANSFORMER
SUBSTATION P-16

TRANSFORMER
012

XFMR
#16B
XFMR
#16A
RMU

NOTES:

1. BOLD TEXT INDICATES NEW WORK.

1    0    1    2    3    4
1:50

UNLESS OTHERWISE NOTED, LINEAR
SHOWN ARE IN MILLIMETERS.



# EXISTING TRANSFORMER BUILDING P-23 ELECTRICAL DRAWINGS



EXISTING
PMH5

NOTE:

1. SEE CONSOLIDATED UTILITY BUILDING, SHEET E-5, FOR SITE 11kV SINGLE LINE DIAGRAM.

NEW 3-1/C-300 mm$^2$
15KV CABLE (TYP)

NEW UNIT
SUBSTATION  P-22

RED INDICATOR
LIGHT

SW:
3P-630A

SW:
3P-630A

12 KV
SURGE
ARRESTERS

CIRCUIT
BREAKER
3P-200A

15KV,3-70 mm$^2$
IN FLOOR TRENCH

ZERO SEQUENCE
RELAY

1500 KVA
DRY TYPE XFMR
11KV-400/230V
3PH, 4W, 50HZ
Z-5.75%

T

PROVIDE DIAL TYPE
THERMOSTAT WITH
ALARM CONTACTS.
SET PER MANUFACTURER'S
RECOMMENDATIONS  CONNECT
TO FIRE ALARM CONTROL PANEL

DIGITAL METERING W/RS-232 PORT
COMPATIBLE W/LONTALK PROTOCOL
(ANSI 709.1-A (1999) CONTROL
NETWORK PROTOCOL)

3000A BUS

DRAWOUT CB

NORMAL
SWITCHBOARD

3P
$\frac{3000AF}{3000AT}$

AS    AM    KWH    VM

VS

PROVIDE EQUIPPED SPACES
FOR 2 ADDITIONAL 400AF
CIRCUIT BREAKERS

3000A, 3PH, 4W, 50HZ, MIN 64,000AIC

3P
$\frac{100AF}{60AT}$

3P
$\frac{100AF}{100AT}$

3P
$\frac{100AF}{100AT}$

3P
$\frac{600AF}{600AT}$

3P
$\frac{1600AF}{1200AT}$

SPARE          SPARE                          SPARE

PNL
PP1

TRANSFORMER
BUILDING
POWER

2(4-240 mm$^2$ & 1-70mm$^2$ GND CONDUCTORS
IN 100mm CONCRETE ENCASED DUCT)

E                    EC                    TO FLEET RECREATION
CENTER

NORMAL SWITCHBOARD
EQUIPPED SPACES SHALL
BE FOR 400A FRAME SIZE
CB UNO

| 1200A SPARE | SPACE | METERING | 1500 KVA DRY TYPE TRANSFORMER |
| EQUIPPED SPACE | CB#5 | | |
| EQUIPPED SPACE | SPACE | | |
| EQUIPPED SPACE | CB#4 | MAIN CIRCUIT BREAKER CB1 | |
| SPACE | CB#3 | | |
| SPACE | CB#2 | | |

## NEW UNIT SUBSTATION "P-22" ELEVATION

NOT TO SCALE

2 + 0 TQ/Combined DFAC
NSA, Bahrain

# EXISTING SITE ELECTRICAL DRAWINGS





UNLESS INDICATED AS NEW AS PART OF THE
P-925/P-926/P-928/P-954/P-908 MILCON PR...
CLOSE COORDINATION SHALL BE REQUIRED
WITH THESE MILCON CONTRACTORS FOR
INSTALLATION OF NEW WORK.

2. BOLD TEXT INDICATES NEW WORK.

3. REPLACE ALL PAVEMENT THAT IS TRENCHED T...
INSTALL UNDERGROUND ELECTRIC AND COMMUN...
LINES. REFER TO THE FLEXIBLE PAVEMENT REP...
DETAIL ON SHEET C-21.

## PARTIAL LEGEND THIS SHEET

— EC —  POWER/COMM DUCT SEE SECTIONS AS INDICATED

— E —  POWER DUCT SEE SECTIONS AS INDICATED

— C —  COMM DUCT SEE SECTIONS AS INDICATED

□ PMH  POWER MANHOLE UNDER CONSTRUCTION

▭ CMH  COMM MANHOLE UNDER CONSTRUCTION

□ PHH  POWER HANDHOLE SEE DETAILS SHEET XE-9

□ CHH  COMMUNICATIONS HANDHOLE SEE DETAILS SHEET XE-9

## EXTERIOR LIGHTING
## CIRCUIT SCHEDULE

Ⓐ  4-16mm² & 1-16mm² GROUND CONDUCTORS IN DIRECT BURIED 32mm SCH 40 PVC CONDUIT (CONCRETE ENCASED UNDER DELINEATED ROADWAYS & PARKING AREAS)

Ⓑ  3-16mm² & 1-16mm² GROUND CONDUCTORS IN DIRECT BURIED 25mm SCH 40 PVC CONDUIT (CONCRETE ENCASED UNDER DELINEATED ROADWAYS & PARKING AREAS)

Ⓒ  2-16mm² & 1-16mm² GROUND CONDUCTORS IN DIRECT BURIED 25mm SCH 40 PVC CONDUIT (CONCRETE ENCASED UNDER DELINEATED ROADWAYS & PARKING AREAS)

1:500

UNLESS OTHERWISE NOTED, LINEAR SHOWN ARE IN MILLIMETERS.

CLIMATE CONTROLLED WAREHOUSE

CLIMATE CONTROLLED WAREHOUSE

SEE DUCTBANK SECTION "O-O" SHEET XE-6

SEE DUCTBANK SECTION "J" SHEET XE-6

SEE DUCTBANK SECTION "H-H" SHEET XE-6

SEE EXTERIOR LIGHTING SCHEDULE THIS SHEET ALTERNATE FIXTURE CONNECTIONS BETWEEN PHASES (TYP)

SEE DUCTBANK SECTION "F-F" SHEET XE-6

SEE DUCTBANK SECTION "I-I" SHEET XE-6

SEE DUCTBANK SECTION "G-G" SHEET XE-8

SEE DUCTBANK SECTION "S-S" SHEET XE-8

TRANSFORMER BUILDING P-17

CONTINUED ON SHEET XE-4

SEE DUCTBANK SECTION "T-T" SHEET XE-8

SMALL ARMS RANGE

SEE DUCTBANK SECTION "Z-Z" SHEET XE-8

SEE DUCTBANK SECTION "X-X" SHEET XE-7

SEE DUCTBANK SECTION "N-N" SHEET XE-8

SEE DUCTBANK SECTION "P-P" SHEET XE-8

TRANSFORMER BUILDING

SEE DUCTBANK SECTION "M-M" SHEET XE-7

SEE DUCTBANK SECTION "O-O" SHEET XE-7

WATERFRONT ADMINISTRATION BUILDING

FLEET RECREATION CENTER

MULTI-PURPOSE COURT

PROVIDE (1) PVC SCH 40 25mm CONDUIT TO ELECTRIC VEHICLE CHARGING STATION. REFER TO PANEL SCHEDULE RP2 ON SHEET E-5 FOR CONDUCTOR SIZES.

FREE STANDING PEDESTAL WITH (2) 230V WEATHERPROOF OUTLETS FOR ELECTRIC VEHICLE CHARGING STATION.

SEE EXTERIOR LIGHTING SCHEDULE THIS SHEET ALTERNATE FIXTURE CONNECTIONS BETWEEN PHASES (TYP)

## PARTIAL ELECTRICAL SITE PLAN
SCALE = 1:500

CONTINUED ON SHEET XE-4

nOeneblp   10:43



UNLESS INDICATED AS NEW AS PART OF THE
P-925/P-926/P-928/P-954/P-908 MILCON PROJ...
CLOSE COORDINATION SHALL BE REQUIRED
WITH THESE MILCON CONTRACTORS FOR
INSTALLATION OF NEW WORK.

2. BOLD TEXT INDICATES NEW WORK.

3. REPLACE ALL PAVEMENT THAT IS TRENCHED TO
INSTALL UNDERGROUND ELECTRIC AND COMMUNICA...
LINES. REFER TO THE FLEXIBLE PAVEMENT REPLAC...
DETAIL ON SHEET C-21.

## PARTIAL LEGEND THIS SHEET

| | |
|---|---|
| —EC— | POWER/COMM DUCT SEE SECTIONS AS INDICATED |
| —E— | POWER DUCT SEE SECTIONS AS INDICATED |
| —C— | COMM DUCT SEE SECTIONS AS INDICATED |
| □ PMH | POWER MANHOLE UNDER CONSTRUCTION |
| CMH | COMM MANHOLE UNDER CONSTRUCTION |
| □ PHH | POWER HANDHOLE SEE DETAILS SHEET XE-9 |
| □ CHH | COMMUNICATIONS HANDHOLE SEE DETAILS SHEET XE-9 |

## EXTERIOR LIGHTING

### CIRCUIT SCHEDULE

Ⓐ 4-16mm²& 1-16mm² GROUND
CONDUCTORS IN DIRECT BURIED
32mm SCH 40 PVC CONDUIT
(CONCRETE ENCASED UNDER
DELINEATED ROADWAYS &
PARKING AREAS)

Ⓑ 3-16mm²& 1-16mm² GROUND
CONDUCTORS IN DIRECT BURIED
25mm SCH 40 PVC CONDUIT
(CONCRETE ENCASED UNDER
DELINEATED ROADWAYS &
PARKING AREAS)

Ⓒ 2-16mm²& 1-16mm² GROUND
CONDUCTORS IN DIRECT BURIED
25mm SCH 40 PVC CONDUIT
(CONCRETE ENCASED UNDER
DELINEATED ROADWAYS &
PARKING AREAS)

N

1:500
10  0  10  20  30

UNLESS OTHERWISE NOTED, LINEAR
SHOWN ARE IN MILLIMETERS.

## PARTIAL ELECTRICAL SITE PLAN

SCALE = 1:500

FOR NEW WORK THIS
BUILDING SEE ONE LINE
DIAGRAM SHEET E-4
TRANSFORMER BUILDING
FLOOR PLAN SIMILAR TO
SHEET E-1, TRANSFORMER
BUILDING

TRANSFORMER P-20

BUILDING P-20

SEE DUCTBANK SECTION "W-W" SHEET XE-8

SEE DUCTBANK SECTION "V-V" SHEET XE-8

TCN PASS/ID

SECURITY KIOSK #3



PARTIAL ELECTRICAL SITE PLAN
SCALE = 1:500

UNLESS OTHERWISE NOTED, LINEAR DIMENSIONS SHOWN ARE IN MILLIMETERS.



TELEPHONE CABLE
(PASS/ID)

150 mm DUCT
(EXISTING)
W/OSP TELEPHONE
TRUNK CABLES

150 mm
SPARE DUCT
W/PULL WIRE

100 mm DUCT
(UNDER CONSTRUCTION)

150

200

150

150        200        200        200        200        200        150

**DUCTBANK SECTION "A-A"**
(EXISTING)
NOT TO SCALE

CA4

CA1 & CA2

CA3 (900 PR)

CONCRETE
(TYP)

150 mm DUCT
W/6-32mm INNERDUCTS
6-W/PULL WIRES

(UNDER CONSTRUCTION)
1-W/6MM/6SM (FOC23) & 12MM/36SM
(FOC24) HYBRID FO CABLES (SMALL
ARMS RANGE & EOD TEAM OPERATIONS FACILITY)
1-W/6MM/12MM (FOC3) & 6MM/12MM (FOC4)
HYBRID FO CABLES FOR PASS/ID BLDG & TRUCK
INSPECTION BLDG RESPECTIVELY
1-W/6MM/12SM (FOC28) & 6MM/12SM (FOC29)
HYBRID FO CABLES FOR WATERFRONT ADMIN BLDG
& VEHICLE MAINTENANCE FACILITY RESPECTIVELY
3-W/PULL WIRES
**PULL/PUSH NEW 12MM/12SM (FOC21) & 6MM/6SM (FOC22)
HYBRID FO CABLES IN UNDER CONSTRUCTION
INNERDUCT FOR FLEET RECREATION CENTER
& CLIMATE CONTROLLED WAREHOUSE RESPECTIVELY**

NOTE:

1. BOLD TEXT INDICATES NEW WORK.

150 mm
SPARE DUCT
W/PULL WIRE
(RESERVED FOR
CATV)

150 mm
SPARE DUCT
W/PULL WIRE
(RESERVED FOR
ESS)

150 mm DUCT
W/6-32mm INNERDUCTS
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM
    RISER 1) (FOC5 THRU FOC7)
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM
    RISER 2) (FOC8 THUR FOC10)
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM
    RISER 3) (FOC11 THRU FOC13)
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM
    RISERS 4 & 5) (FOC14 THRU FOC16)
1-W/3-24MM/SM HYBRID FO CABLES (QUAY WALL
    COMM RISERS 5 & 6) (FOC17 THRU FOC19)
1-W/PULL WIRE

150 mm DUCT
W/6-32mm INNERDUCTS
(UNDER CONSTRUCTION)
1-W/6MM/12SM HYBRID FO CABLE (TCN PASS/ID) (FOC20) & 12MM/36SM HYBRID
FO CABLE (SOF NSWU-3 WATERFRONT OPS FACILITY)
1-W/48SM FO CABLE FROM NSA MAIN BASE BLDG 260 (FOCV)
1-W/144SM FO CABLE FROM NSA MAIN BASE BLDG 266 (FOC1)
1-W/36MM/96SM HYBRID FO CABLE FROM NSA MAIN BASE BLDG 260 (FOC2)
1-W/12MM/36SM HYBRID FO CABLE (FOC26) (PORT OPERATIONS/HARBOR PATROL FACILITY)
1-W/PULL TAPE

100 mm DUCT
W/4-32mm INNERDUCTS
(UNDER CONSTRUCTION)
1-W/12MM/36SM HYBRID FO CABLE
(SOF NSWU-3 OPS FACILITY) (FOC25) &
12MM/36SM (PORT OPS/HARBOR
PATROL FACILITY) (FOC26)
1-W/6MM/6SM (FOC23) & 12MM/36SM
(FOC24) HYBRID FO CABLES (SMALL
ARMS RANGE & EOD TEAM OPERATIONS FACILITY
RESPECTIVELY)
1-W/6MM/12SM (FOC28) & 6MM/12SM (FOC29)
HYBRID FO CABLES FOR WATERFRONT ADMINISTRATION
BLDG & VEHICLE MAINTENANCE FACILITY RESPECTIVELY
1-W/PULL WIRE
**PULL/PUSH NEW 12MM/12SM (FOC21) & 6MM/6SM (FOC22)
HYBRID FO CABLES IN UNDER CONSTRUCTION
INNERDUCT FOR FLEET RECREATION CENTER
& CLIMATE CONTROLLED WAREHOUSE RESPECTIVELY**

150 mm DUCT
W/3-400mm² 15kV
CABLE (TYP OF 2)

150 mm SPARE DUCT
W/PULL WIRE
(TYP OF 4)

100 mm DUCT
W/OSP TELEPHONE
CABLES

150

200

150

150        200        200        200        200        150        150        150        125

CA1 & CA2

CA3 (900 PR)

CONCRETE
(TYP)

100 mm DUCT
W/4-32mm INNERDUCTS
4-W/PULL WIRES

**DUCTBANK SECTION "B-B" (EXISTING)**
NOT TO SCALE

150 mm DUCT
W/FEEDER
(PUMP BLDG)

150 mm DUCT
W/FEEDER
(LIFT STATION #5)

100 mm SPARE DUCT
W/PULL WIRES

100 mm DUCT
(UNDER CONSTRUCTION)

100 mm DUCT
W/4-32mm INNERDUCTS
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM
    RISER 1) (FOC5 THRU FOC7)
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM
    RISER 2) (FOC8 THUR FOC10)
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM
    RISER 3) (FOC11 THRU FOC13)
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM
    RISERS 4 & 5) (FOC14 THRU FOC16)

100 mm DUCT
UNDER CONSTRUCTION
W/4-32mm INNERDUCTS
1-W/6MM/12SM HYBRID FO CABLE (TCN PASS/ID) (FOC20)
1-W/3-24MM/24SM HYBRID FO CABLES (QUAY WALL COMM RISERS 5 & 6)
    (FO17 THRU FO19)
2-W/PULL WIRES

UNLESS OTHERWISE NOTED, LINEAR
SHOWN ARE IN MILLIMETERS.

1. BOLD TEXT INDICATES NEW WORK.

UNLESS OTHERWISE NOTED, LINEAR SHOWN ARE IN MILLIMETERS.

## NEW DUCTBANK SECTION "G-G"
NOT TO SCALE

100 mm DUCT W/FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE FIRE PUMP #2)

100 mm DUCT W/25 PAIR OSP TELEPHONE CABLE (CLIMATE CONTROLLED WAREHOUSE)

CONCRETE (TYP)

100 mm DUCT W/4-32mm INNERDUCTS 4-W/PULL TAPES

100 mm DUCT W/FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE FIRE PUMP #1)

100 mm DUCT W/FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE)

100 mm SPARE DUCT W/PULL WIRE

125 175 150 125 125 150 125

## NEW DUCTBANK SECTION "H-H"
NOT TO SCALE

CONCRETE (TYP)

100 mm DUCT W/4-32mm INNERDUCTS 1-W/6MM/6SM HYBRID FO C (FOC22)(CLIMATE CONTROL 3-W/PULL WIRES

100 mm DUCT W/25 PAIR OSP TELEPHONE CABLE (CLIMATE CONTROLLED WAREHOUSE)

125 150 125 125

## NEW DUCTBANK SECTION "I-I"
NOT TO SCALE

100 mm DUCT W/FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE FIRE PUMP #2)

CONCRETE (TYP)

100 mm SPARE DUCT W/PULL WIRE

100 mm DUCT W/FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE FIRE PUMP #1)

100 mm DUCT W/FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE)

125 150 125 125 150 125

1-W/6MM/6SM (FOC23) & 12MM/36SM (FOC24 HYBRID FO CABLES FOR SMALL ARMS RANGE & EOD TEAM OPERATIONS FACILITY RESPECTIVELY
1-W/12MM/36SM HYBRID FO CABLE (SOF NSWU-3 WATERFRONT OPS FACILITY) (FOC25 P-926)
1-W/12MM/36SM HYBRID FO CABLE (PORT OPS/HARBOR PATROL FACILITY) (FOC26)
1-W/6MM/12SM & 6MM/12SM HYBRID FO CABLES FOR WATERFRONT ADMIN BLDG & VEHICLE MAINTENANCE FACILITY RESPECTIVELY

SPARE 100 mm DUCT (UNDER CONSTRUCTION)
W/NEW-32mm INNERDUCTS
1-W/NEW 12MM/12SM (FOC21) & 6MM/6SM (FOC22) HYBRID
FO CABLES FOR FLEET RECREATION CENTER & CLIMATE
CONTROLLED WAREHOUSE RESPECTIVELY
3-W/PULL TAPES

CONCRETE (TYP)

## DUCTBANK SECTION "C-C" (EXISTING)
NOT TO SCALE

100 mm SPARE DUCT W/PULL WIRE (UNDER CONSTRUCTION)

★ WHEN PULLING/PUSHING FO CABLE THRU INNERDUCT, PROVIDE NEW PULL WIRE W/FO CABLES

100 mm DUCT W/OSP TELEPHONE CABLES

100 mm SPARE DUCT W/PULL WIRE

CA2

CA3 (900 PR)

150 mm SPARE DUCT W/PULL WIRE (TYP OF 4)

150 mm DUCT W/3-400mm2 15kV CABLE (TYP OF 2)

125 150 150 200 200 150

150 200 150

## NEW DUCTBANK SECTION "D-D"
NOT TO SCALE

NEW CONCRETE (TYP)

125 125 150 125

## DUCTBANK SECTION "F-F" (UNDER CONSTRUCTION)
NOT TO SCALE

100 mm DUCT (UNDER CONSTRUCTION) W/NEW FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE FIRE PUMP #2)

100 mm DUCT W/FEEDER CABLE (SEWAGE LIFT STATION #4)

CONCRETE (TYP)

100 mm DUCT (UNDER CONSTRUCTION) W/NEW FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE FIRE PUMP #1)

NEW 100 mm SPARE DUCT W/PULL WIRE (TYP OF 3)

100 mm DUCT (UNDER CONSTRUCTION) W/NEW FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE)

100 mm NORMAL FEEDER CABLE (WATERFRONT ADMINISTRATION BLDG)

125 150 150 150 125

## ANK SECTION "E-E" (UNDER CONSTRUCTION)

100 mm DUCT (UNDER CONSTRUCTION) W/NEW FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE FIRE PUMP #2)

100 mm DUCT W/FEEDER CABLE (SEWAGE LIFT STATION #4)

CONCRETE (TYP)

100 mm DUCT (UNDER CONSTRUCTION) W/NEW FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE FIRE PUMP #1)

100 mm DUCT W/FEEDER FOR SEWAGE TREATMENT PLANT DP

100 mm DUCT W/FEEDER FOR SEWAGE TREATMENT PLANT DP1

100 mm DUCT (UNDER CONSTRUCTION) W/NEW FEEDER CABLE (CLIMATE CONTROLLED WAREHOUSE)

125 150 150 125 125 150 150

NOTE:

1. BOLD TEXT INDICATES NEW WORK.



100 mm DUCT W/FEEDER CABLE (EOD TEAM OPS BLDG) (TYP OF 2)

100 mm DUCT W/STANDBY FEEDER CABLE (EOD TEAM OPS BLDG)

100 mm SPARE DUCT W/PULL WIRE

CONCRETE (TYP)

100 mm DUCT (EXISTING SPARE) W/NEW FEEDER CABLE (COMBAT VEHICLE WASH STATION)

100 mm DUCT W/EOD COMPOUND PERIMETER LIGHTING CIRCUIT

125  150  150  125

DUCTBANK SECTION "J-J" (EXISTING)
NOT TO SCALE

100 mm DUCT W/FEEDER CABLE (FLEET RECREATION CENTER) (TYP OF 2)

100 mm SPARE DUCT W/PULL WIRE (TYP OF 4)

CONCRETE (TYP)

125  150  150  125

NEW DUCTBANK SECTION "N-N"
NOT TO SCALE



NEW 50 mm DUCT W/NEW FEEDER CABLE (COMBAT VEHICLE WASH STATION)

CONCRETE (TYP)

NEW 50 mm SPARE DUCT W/PULL WIRE

125  150  125

NEW DUCTBANK SECTION "K-K"
NOT TO SCALE

NEW 100 mm DUCT W/NEW 1-100 PAIR OSP TELEPHONE CABLE TO BE SPLICED IN CHH49, CA3, 451-550; 50PR TO FLEET REC CENTER AND 12PR TO TRANSFORMER BLDG "P-22"
P100-24PF CA3, 301-400 TO ADMIN BLDG

CA3

CONCRETE (TYP)

NEW 100 mm DUCT W/4-32mm INNERDUCTS 1-W/NEW 1-12MM/12SM HYBRID FO CABLE (FLEET RECREATION CENTER) (FOC21) 3-W/PULL WIRE

125  150  150  125

NEW DUCTBANK SECTION "O-O"
NOT TO SCALE



FOC23, 1-6MM, 1-12SM, HYBRID
FOC24, 1-12MM, 1-36SM, HYBRID
FOC25, 1-12MM, 1-36SM, HYBRID
FOC26, 1-12MM, 1-36SM, HYBRID
FOC28, 1-6MM, 1-12SM, HYBRID
FOC29, 1-6MM, 1-12SM, HYBRID

150 mm DUCT W/3-300mm² 15KV CABLE (TYP OF 2)

150 mm SPARE DUCT W/PULL WIRE

P200-24PF CA3, 101-300
P600-24PF CA3, 301-900

P600-24PF CA, 1-600

NEW FOC21, 1-12MM, 1-12SM, HYBRID

CONCRETE (TYP)

150  150  200  200

150  200  150  150  125

NEW DUCTBANK SECTION "M-M"
NOT TO SCALE

UNLESS OTHERWISE NOTED, LINEAR SHOWN ARE IN MILLIMETERS.

BUILDING

CONCRETE (TYP)

125
125
125 150 125

100 mm SPARE DUCT W/PULL WIRE

NEW DUCTBANK SECTION "P-P"
NOT TO SCALE

NEW 50 mm DUCT W/FEEDER CABLES FOR IRRIGATION PUMP BLDG

CONCRETE (TYP)

100
100
100 100

NEW DUCTBANK SECTION "U-U"
NOT TO SCALE

100 mm DUCT W/FEEDER CABLE (FLEET RECERATION CENTER) (TYP OF 2)

CONCRETE (TYP)

125
150
125
125 150 125

100 mm SPARE DUCT W/PULL WIRE (TYP OF 2)

NEW DUCTBANK SECTION "X-X"
NOT TO SCALE

RUCTION)
HONE
PAIR

PAIR

ONTROLLED

CONCRETE (TYP)

125
125
125 150 125

100 mm SPARE DUCT W/PULL WIRE

DUCTBANK SECTION "S-S" (UNDER CONSTRUCTION)
NOT TO SCALE

100 mm DUCT W/FEEDER CABLE (TCN PASS/ID)

100 mm DUCT UNDER CONSTRUCTION W/4-#16mm$^2$ & 1-#16mm$^2$ GROUND CONDUCTORS (PARKING AREA LIGHTING)

NEW 4-16mm$^2$ & 1-16mm$^2$ GROUND CONDUCTORS (NEW PARKING AREA LIGHTING) IN EXISTING SPARE DUCT

CONCRETE (TYP)

125
150
125
125 150 150 125

100 mm DUCT W/FEEDER CABLES (PHH24C) (PARKING AREA LIGHTING)

100 mm DUCT (UNDER CONSTRUCTION) W/FEEDER CABLES (SECURITY KIOSK #3) (GUARD TOWER #1)

100 mm DUCT W/FEEDER CABLES (SEWAGE LIFT STATION #6)

DUCTBANK SECTION "V-V" (EXISTING)
NOT TO SCALE

SE

CONCRETE (TYP)

125
125
125 150 125

NEW 100 mm SPARE DUCT W/PULL WIRE

NEW DUCTBANK SECTION "T-T"
NOT TO SCALE

NEW 100 mm DUCT W/NEW FEEDER CABLE (SEWAGE TREATMENT PLANT DP1)

CONCRETE (TYP)

125
125
125 150 125

NEW 100 mm SPARE DUCT W/PULL WIRE

NEW DUCTBANK SECTION "Y-Y"
NOT TO SCALE

NEW 4-16mm$^2$ & 1-16mm$^2$ GROUND CONDUCTORS (NEW PARKING AREA LIGHTING) IN NEW 50mm DUCT

CONCRETE (TYP)

100
100
100 100 100

NEW 50 mm SPARE DUCT W/PULL WIRE

NEW DUCTBANK SECTION "W-W"
NOT TO SCALE

150 mm$^2$ DUCT W/3-300mm 15kV CABLE (TYP OF 2)

150
200
150
150 200 150

NEW 150 mm SPARE DUCT W/PULL WIRE

/03\

NEW DUCTBANK SECTION "Z-Z"
NOT TO SCALE

UNLESS OTHERWISE NOTED, LINEAR
SHOWN ARE IN MILLIMETERS.

## BVD ENCLOSURES

## BVD Enclosure 1

## BVD Enclosure 2

<table>
<tr><td>

**Enclosure (2)**

# BEST VALUE DETERMINATION GUIDELINES
## Greater than $100,000

**(Schedule Purchases are subject to FAR 8.4, DFARS 208.4, and DFARS PGI Supplement 208.405-70)**

</td></tr>
</table>

- FAR 8.4 required that you make a best value determination before placing Multiple Award Schedule (MAS) orders above the micro-purchase limit (currently $3,000).
- The Navy Furniture BPAs shall be the primary source for FF&E. Refer to Specification Section E20.
- For orders greater than $100,000, all BPA holders for the applicable schedule shall be given an opportunity to compete for the requirement. In addition, UNICOR shall also be solicited. (DFARS PGI 208.405-70)
- Seek additional price discounts from the contractor offering the best value. (FAR 8.405-1(d))

1. Brief Description of Item, System or Component to be Procured:

2. Were all BPA holders and/or Federal Supply Schedule holders given the opportunity to propose on the requirement? YES ☐ NO ☐

3. Identify the Navy Furniture BPA or other Federal Supply Schedule utilized or indicate not applicable.

4. Was UNICOR included in the review? YES ☐ NO ☐

5. Provide evidence of affording all BPA holder and/or Federal Supply Schedule holders the opportunity to compete. Also, provide evidence that UNICOR was solicited.

6. List the name(s) and contract number(s) of contractor(s) who responded to the request for proposal for this requirement: List contractors' names, contract numbers and business size for those who responded.

|  |
|  |
|  |
|  |
|  |
|  |

7. Provide copies of all quotes received and reviewed.

8. Identify the contractor recommended as the best value.

9. When you sought additional price reductions, were they received? YES ☐ NO ☐

10. Identify price with discounts for the recommended best value contractor.

Mar 09

W912ER-11-D-0010-0006

**A1978**

11. Is installation, site preparation, design or ancillary services included in this project? YES ☐ NO ☐
    If yes, be sure that the installation, site preparation, design or ancillary services are included as separate line items in each quote.

12. Are you selecting the lowest priced item? YES ☐ NO ☐
    If no, indicate in addition to price, those factors listed below, considered in your decision.

☐ Price

☐ Special features required in effective program performance:

☐ Trade-in considerations

☐ Probable life of the item selected as compared with that of a comparable item: .

☐ Warranty considerations:

☐ Maintenance availability

☐ Past performance

☐ Environmental and energy efficiency considerations

☐ Comfort/suitability of the item:

☐ Delivery terms

☐ Your administrative costs

☐ Training needed or provided

☐ Technical qualifications

☐ Compatibility with existing furniture / Products / Technology (circle appropriate category)

☐ Other (*specify*):

13.
Best Value Determination:
**A narrative justification for each box checked above for other than low price selection must be attached.** Describe the evaluation factor, how the recommended best value contractor's offer met or exceeded the standard for each factor, and why the offeror represents the best value to the Government compared to the other offerors.

SUBMITTING OFFICIAL (PRIME CONTRACTOR'S INTERIOR DESIGNER)
In accordance with FAR 8.404(b), all agency specific regulations and statutes applicable to this purchase are attached. I have reviewed the findings and documentation attached and I have affirmatively determined them to be complete and accurate.

Name: _____ Title: _____ Date: _____

Telephone: _____ Email: _____

Signature: _____

Mar 09

W912ER-11-D-0010-0006

**A1979**

<div style="border:1px solid black">

**Enclosure (1)**

## BEST VALUE DETERMINATION GUIDELINES
## $3,000 - $100,000

**(Schedule Purchases are subject to FAR 8.4, DFARS 208.4, and DFARS PGI Supplement 208.405-70)**

</div>

- FAR 8.4 required that you make a best value determination before placing Multiple Award Schedule (MAS) orders above the micro-purchase limit (currently $3,000).
- The Navy Furniture BPAs shall be the primary source for FF&E. Refer to Specification Section E20.
- For orders between $3,000 and $100,000, review pricing from at least three sources and UNICOR. (FAR 8.405-1(c))
- Seek additional price discounts from the contractor offering the best value. (FAR 8.405-1(d))

1. Brief Description of Item, System or Component to be Procured:

2. Did you review the required number of sources under the BPA and/or Federal Supply Schedule? YES ☐ NO ☐

3. Identify the Navy Furniture BPA or other Federal Supply Schedule utilized or indicate not applicable.

4. Was UNICOR included in the review? YES ☐ NO ☐

5. List the name(s) and contract number(s) of contractor(s) who were considered:
List three or more contractors' names, contract numbers and business size reviewed.

|  |
|  |
|  |
|  |
|  |
|  |

6. Identify the contractor recommended as the best value.

7. When you sought additional price reductions, were they received? YES ☐ NO ☐

8. Identify price with discounts for the recommended best value contractor.

9. Is installation, site preparation, design or ancillary services included in this project? YES ☐ NO ☐ If yes, be sure that the installation, site preparation, design or ancillary services are included as separate line items in each quote.

Mar 09

W912ER-11-D-0010-0006

**A1980**

**10.** Are you selecting the lowest priced item? YES ☐ NO ☐ If no, indicate in addition to price, those factors listed below, considered in your decision.

☐ Price

☐ Special features required in effective program performance:

☐ Trade-in considerations

☐ Probable life of the item selected as compared with that of a comparable item: .

☐ Warranty considerations:

☐ Maintenance availability

☐ Past performance

☐ Environmental and energy efficiency considerations

☐ Comfort/suitability of the item:

☐ Delivery terms

☐ Your administrative costs

☐ Training needed or provided

☐ Technical qualifications

☐ Compatibility with existing furniture / Products / Technology (circle appropriate category)

☐ Other (*specify*):

**11.**

Best Value Determination:
**A narrative justification for each box checked above for other than low price selection must be attached.** Describe the evaluation factor, how the recommended best value contractor's offer met or exceeded the standard for each factor, and why the offeror represents the best value to the Government compared to the other offerors.

SUBMITTING OFFICIAL (PRIME CONTRACTOR'S INTERIOR DESIGNER)
In accordance with FAR 8.404(b), all agency specific regulations and statutes applicable to this purchase are attached. I have reviewed the findings and documentation attached and I have affirmatively determined them to be complete and accurate.

Name: _____ Title: _____ Date: _____

Telephone: _____ Email: _____

Signature: _____

Mar 09

W912ER-11-D-0010-0006

**A1981**

PROD FORM

# PERMITS RECORD OF DECISION (PROD)

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Use referenced notes where additional space required. | | | |

| **Air Quality** | **PERMIT: Construction** | Date Obtained: | Date Closed: |
|---|---|---|---|
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

| **Air Quality** | **PERMIT: Operating** | Date Obtained: | Date Closed: |
|---|---|---|---|
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

| **Air Quality** | **PERMIT: Asbestos Demolition & Removal** | Date Obtained: | Date Closed: |
|---|---|---|---|
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

| **Air Quality** | **PERMIT: Other** | Date Obtained: | Date Closed: |
|---|---|---|---|
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

W912ER-11-D-0010-0006

**A1983**

# PERMITS RECORD OF DECISION (PROD)

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Water Pollution** | **PERMIT: Wastewater Collection System** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Water Pollution** | **PERMIT: Wastewater Pump Station** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency | | |
| | Special Provisions and Requirements: | | |
| | | | |
| **Water Pollution** | **PERMIT: Wastewater Treatment Plant** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Water Pollution** | **PERMIT: Pretreatment, i.e. Oil/Water Separator** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |

W912ER-11-D-0010-0006

# PERMITS RECORD OF DECISION (PROD*)*

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Water Pollution** | **PERMIT: Septic System** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Water Pollution** | **PERMIT: Erosion & Sediment Control** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Water Pollution** | **PERMIT: Stormwater Management** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Water Pollution** | **PERMIT: Other** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

W912ER-11-D-0010-0006

<div align="center">

**PERMITS RECORD OF DECISION (PROD)**

</div>

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Discharge Permit** | **PERMIT: New or Increased Capacity NPDES** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Discharge Permit** | **PERMIT: General NPDES (≥1 Acre Land Disturbance)** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Discharge Permit** | **PERMIT: Other** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Drinking Water** | **PERMIT: Water Distribution System** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

<div align="center">

**A1986**

</div>

# PERMITS RECORD OF DECISION (PROD)

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Drinking Water** | **PERMIT: Water Treatment Plant** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Drinking Water** | **PERMIT: Well Construction** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Drinking Water** | **PERMIT: Underground Injection** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Drinking Water** | **PERMIT: Other** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

W912ER-11-D-0010-0006

**A1987**

## PERMITS RECORD OF DECISION (PROD)

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Fuel Tanks** | **PERMIT: Underground Storage Tank Construction** | Date Obtained: | Date Closed: |
| ☐ | Basis of Decision (Yes/No):** | | |
| | | | |
| | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Fuel Tanks** | **PERMIT: Underground Storage Tank Operating** | | |
| ☐ | Basis of Decision (Yes/No):** | | |
| | | | |
| | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Fuel Tanks** | **PERMIT: Other** | Date Obtained: | Date Closed: |
| ☐ | Basis of Decision (Yes/No):** | | |
| | | | |
| | Issuing Agency: | | |
| | Special Provisions, and Requirements: | | |
| | | | |
| **Solid and Hazardous Waste** | **PERMIT: Hazardous Waste Treatment, Storage, Disposal, Handling** | Date Obtained: | Date Closed: |
| ☐ | Basis of Decision (Yes/No):** | | |
| | | | |
| | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

## PERMITS RECORD OF DECISION (PROD)

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Solid and Hazardous Waste** | **PERMIT: Landfill** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Solid and Hazardous Waste** | **PERMIT: Used Oil Collection Center, Aggregation Point, Transporter & Transfer Facility** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Solid and Hazardous Waste** | **PERMIT: Other** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Coastal Management Permit** | **PERMIT: Coastal Consistency Determination Authorization** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

W912ER-11-D-0010-0006

**A1989**

# PERMITS RECORD OF DECISION (PROD*)*

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Coastal Management Permit** | **PERMIT: Coastal Barrier** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Coastal Management Permit** | **PERMIT: Floodplain Management** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Coastal Management Permit** | **PERMIT: Other** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Work in Navigable Waters** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

# PERMITS RECORD OF DECISION (PROD*)*

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Other Permits** | **PERMIT: Dredging** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Clearing** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Essential Fish Habitat Assessment Consultation** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Marine Mammal Protection Act** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

W912ER-11-D-0010-0006

**A1991**

## PERMITS RECORD OF DECISION (PROD)

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Other Permits** | **PERMIT: Take Permits** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Work in Wetlands** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Digging Permit** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Traffic** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

W912ER-11-D-0010-0006

**A1992**

# PERMITS RECORD OF DECISION (PROD*)*

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Other Permits** | **PERMIT: Airport Hazard/Airfield Safety Clearances** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| | Issuing Agency: | | |
| ☐ | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Railroad Crossing** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| | Issuing Agency: | | |
| ☐ | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Historic Preservation** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| | Issuing Agency: | | |
| ☐ | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Noise Abatement** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| | Issuing Agency: | | |
| ☐ | Special Provisions and Requirements:** | | |
| | | | |

# PERMITS RECORD OF DECISION (PROD)

| PERMIT REQUIRED (Check Box) | PROJECT TITLE: | | WORK ORDER NUMBER: |
|---|---|---|---|
| | LOCATION: | | |
| | GOVERNMENT PROJECT MANAGER: | | |
| **Other Permits** | **PERMIT: Endangered/Species/Critical Habitat** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |
| **Other Permits** | **PERMIT: Other** | Date Obtained: | Date Closed: |
| | Basis of Decision (Yes/No):** | | |
| | | | |
| ☐ | Issuing Agency: | | |
| | Special Provisions and Requirements:** | | |
| | | | |

_____ _____

*Prepared by:* *Date*

PAP FORM

# Performance Assessment Plan
# MONTHLY EVALUATION

## MONTH: _____ YEAR: _____

| Evaluation Factor | Yes | No | N/A | Comments |
|---|---|---|---|---|
| **Experience of Personnel** <br><br> 1. Did the team identified in the proposal actively participate in the project? <br><br> 2. If personnel substitutions were needed, was the degree of technical competence maintained? | | | | |
| **Working Relationships** <br><br> 1. Did the Construction team participate in the design process (i.e. attend meetings, provide insight, etc.)? Were the coordination meetings between Construction and Design team personnel documented? <br><br> 2. Did the Design team participate in the construction process (i.e. attend CQC meetings, perform field oversight, etc.)? Were coordination meetings between Construction and Design team personnel documented? <br><br> 3. Did the collaboration between the Construction and Design Team deliver a high value innovative facility? <br>    - Were Total Operating Cost minimized <br>    - What LEED points can be obtained <br>    - Was energy efficiency optimized, and the <br>      energy goals exceeded. <br><br> 4. Was the budget management process clear; was an estimate submitted on time with each design submittal. Was the estimate updated to reflect the changes in the design submittal? <br><br> 5. Did the Contractor's team effectively manage the project budget and the User's requirements to meet the customer's needs? Was project budget and emphasis in cost control exhibited in the estimate? (Contractor to document in comments block | | | | |

W912ER-11-D-0010-0006

1568 of 1610
Government Rule 4 File

**A1996**

| materials/systems innovations and provision of higher quality than required in the RFP Part 4) <br><br><br><br> *Additional factors to be developed during Partnering.* | | | | |
|---|---|---|---|---|
| ***Quality Control*** <br><br> 1. Were re-submittals of design deliverables or construction rework required this month? <br><br> 2. Were as built redlines updated this month? <br><br> *Additional factors to be developed during Partnering.* | | | | |
| ***Timely Performance*** <br><br> 1. Is the Contractor on schedule? <br><br> 2. Is the Contractor maintaining the schedule? (Can the Government confirm the project is on schedule?) <br><br> 3. Is the Contractor following his schedule? <br><br> *Additional factors to be developed during Partnering.* | | | | |
| ***Effectiveness of Management*** <br><br> 1. Did the Government need to intercede in resolving a subcontractor issue? <br><br> *Additional factors to be developed during Partnering.* | | | | |
| ***Compliance with Labor Standards*** <br><br> 1. Did payrolls have to be resubmitted this month due to inaccuracies or errors? <br><br> *Additional factors to be developed during Partnering.* | | | | |
| **Compliance with Safety Standards** <br><br> 1. Were there any lost time accidents this month? | | | | |

| *Additional factors to be developed during Partnering.* | | | | |
|---|---|---|---|---|

**GENERAL PERFORMANCE COMMENTS THIS MONTH:**

<br><br><br><br><br><br><br><br><br><br><br><br>

**Concurrence:**

CM/ROICC Representative _____Date_____.

Project Manager _____Date_____.

Contractor Representative _____Date_____.

## PROCUREMENT SHEETS

Procurement Sheet 1

Procurement Sheet 2

# FURNITURE PROCUREMENT DATA SHEET

_____________ DIVISION
NAVAL FACILITIES ENGINEERING COMMAND

SHEET:
DATE:

| | | | |
|---|---|---|---|
| PROJECT/LOCATION: | | | PROJECT #: |
| ITEM: | | | ITEM CODE: |
| FSC GRP: | PART:<br>SECTION: | EXP: DATE:<br>MOL: | GSA #/OPEN MARKET :<br>FED. STOCK #: |

MANUFACTURER:

ORDERING ADDRESS:

CONTRACTOR:

SHIP TO ADDRESS (if applicable):

LOCAL REP:

PHONE NUMBER:

ANY VARIANCE OR MODIFICATION OF THIS SPECIFICATION WILL BE COORDINATED THROUGH _________ DIVISION, NAVAL FACILITIES ENGINEERING COMMAND.

CONTACT:
____________________, INTERIOR DESIGNER, ________NAVFACENGCOM, ___(Phone)_______________

| DESCRIPTION: | QTY: | UNIT COST: | TOTAL COST: |
|---|---|---|---|
| | | | |
| LOCATION OF ITEMS | | | |
| | | | |
| NOTES/SPECIAL INSTRUCTIONS | | | |
| | | | |
| TOTAL: | | | |

FOB/REMARKS:

file name:

W912ER-11-D-0010-0006

**MANUFACTURER:**

**ITEM NO.:**

photo of item here

**FINISH:**

representative finish here

file name:

W912ER-11-D-0010-0006

**A2001**

2 + 0 TQ/Combined DFAC
NSA, Bahrain

# EXISTING CIVIL DRAWINGS



VICINITY MAP
SCALE: NTS

PROJECT LOCATION MAP
SCALE: NTS





## TYPICAL SIDEWALK
NOT TO SCALE

RED

CURB

GRAY

CURB

GRAY

CURB

VARIES

---

## RAISED PRECAST CONCRETE CURB DETAIL
NOT TO SCALE

100 300

MORTAR

Ø12 x 200 DOWEL
500 MM O.C.

PRECAST CONCRETE FOUNDATION

60MM THICK PEDESTRIAN PAVING BLOCKS

100

150

150

PRECAST CURB

80 MM THICK CONCRETE TRAFFIC PAVING BLOCKS OR ASPHALT PAVEMENT

---

## PRECAST CONCRETE CURB DETAIL
NOT TO SCALE

100 300

MORTAR

Ø 12 x 200 DOWEL
500 MM O.C.

100

150

80 MM THICK CONCRETE TRAFFIC PAVING BLOCKS

PRECAST ROAD CURB

PRECAST CONCRETE FOUNDATION

---

## PEDESTRIAN MALL CROSSWALK AREA (3.65 WIDTH)

RED SIDEWALK PATTERN

500 (TYP.)
500 (TYP.)

CURB

---

## PEDESTRIAN MALL
NOT TO SCALE

EXISTING SIDEWALK

500 (TYP.)
500 (TYP.)

CURB

CURB

LANDSCAPED AREA

6560

CURB

LANDSCAPED AREA

13120

CURB

LANDSCAPED AREA

6100    6560    3660

CURB

LANDSCAPED AREA

NOTE:
1. CONTRACTOR TO PROVIDE LARGE AND SMALL LANDSCAPED AREAS WITHIN THE PEDESTRIAN MALL TO MAXIMIZE LANDSCAPING WHILE PROVIDING CROSSWALK AREAS AT SIDEWALK INTERSECTIONS AND OTHER PERTINENT SITE FEATURES.

---

UNLESS OTHERWISE NOTED, LINEAR SHOWN ARE IN MILLIMETERS.

2 + 0 TQ/Combined DFAC
NSA, Bahrain

# PENN MEMO





EVALUATION   ATTACHMENTS

Attachment 4 – Key Personnel Resume

Attachments 5/6 – Letters of Commitment

**ATTACHMENT 4**
**KEY PERSONNEL RESUME**

Use a continuation sheet, if needed.  NOTE:  Match the positions on this page to the list of key personnel in the narrative submission requirements and evaluation criteria.

1. Your Name and Title_____

1. Your Assignment on this Project_____

2. Name of Your Firm_____

3. No. of Years: With this Firm_____ With other Firms_____

4. Education: Degree(s)/Year/Specialization_____
_____

5. Active Registration, if any: No._____, State(s) _____,

First Year/ Current Year _____/_____

6. Describe Your Specific Experience and Qualifications Relevant to this Project:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**ATTACHMENT 5**
**LETTER OF COMMITMENT FOR KEY PERSONNEL**

TO: Contracting Officer
SUBJECT: Letter of Commitment for Proposed Contract for _____
Dear Sir or Madam:
I hereby make the unequivocal commitment that, in the event of an award of a contract to (Fill in name of Proposer),
that I will fulfill the duty of (Job Title).
Sincerely, (prospective employee signs)
Date: _____

**SECTION 00 22 11 – ATTACHMENT 6**
**LETTER OF COMMITMENT OF (KEY SUBCONTRACTOR)**
**(USE SUBCONTRATOR'S COMPANY LETTERHEAD)**

TO: Contracting Officer
SUBJECT: Letter of Commitment for Proposed Contract for _____

Dear Sir or Madam:
I hereby make the unequivocal commitment that, in the event of an award of a contract to (Fill in name of Proposer),
that (insert name of firm) will fulfill the duties of (state role on a project)

Sincerely, (Authorized Subcontractor Official)
Date: _____

EFF&E DOCUMENTS

Barracks Furniture Specifications

MED Furniture, Fixtures and Equipment (FF&E) Design Guidance

Minimum Bidder Requirements for FF&E for P935 (2+0 TQ)

**US ARMY Corps of Engineers – Middle East District**

# BARRACKS FURNITURE SPECIFICATIONS

## 1.    GENERAL

a.    Warranty:  All items, including case goods, tables, and chairs, shall carry a minimum three-year standard commercial warranty against product defect or poor workmanship.  All other items shall carry a standard commercial warranty.  The manufacturer will repair or replace all items found defective at no cost to the government.

b.    Certification:  All manufacture's shall certify in writing that all furnishings and equipment meets the warranty requirements stated above, and the specifications provided in sections 2 through 4 below.

c.    Style:  Furniture shall have simple lines and detailing that is durable and easily maintained, and shall be free of ornamentation.  All furnishings specified herein shall be of a design, material, and workmanship to withstand heavy daily usage over an extended life with a minimum of maintenance and repair.  All case goods (including tables) should be similar in appearance and construction and all of the seating pieces should be compatible with the case goods.

d.    Quality:  All pieces of furniture shall be new, free from defects affecting safety, appearance, durability, and serviceability and in conformance with the specifications.  All items shall be "first" quality goods.  Factory "seconds" will not be accepted.  All exposed wood surfaces shall be free of splices, loose knots, torn grains, checks, or defects of any kind.  Furniture will be designed and detailed to achieve a high quality appearance.  For example, tongue and groove connection between a solid wood edge piece and the remainder of the top panel shall not be visible from the side of the cabinet.  Adjacent parts in any piece of furniture shall be closely matched in wood species, color and grain pattern.  Examples include, but are not limited to, the following:  both doors in a Drop-Lid Desk shall be similar in appearance; table pedestal and prongs shall be similar in appearance; and adjacent wood pieces in a chair base shall be similar in appearance.

e.    Regulatory Requirements.  The offeror/contractor is encouraged to use recovered materials in accordance with Public Law 94-580, as amended, to the maximum extent practicable.

f.    Formaldehyde Emission Requirements.  All plywood and plastic laminated panels bonded with urea formaldehyde or melamine formaldehyde adhesive shall meet the formaldehyde emission requirements in voluntary Standard ANSI/HPVA HP-1-1994 with the changes listed below.

Under paragraph 3.12, Formaldehyde Emission Requirements, product categories, change "Wall Paneling-Plywood" to Furniture panels, 6.5 mm thick or less, such as plywood drawer bottoms."

Change "industrial panels" to "furniture Panels greater than 6.5 mm, such as drawer sides/backs, end panels, top panels, etc."

Loading Ratios and Maximum Emission Levels for these two categories remain the same.

## 2.    CASE GOODS

a.    All items shall meet or exceed the appropriate sections of ANSI/BIFMA X5.5-1989.  Construction types:  Requests for quotes will be based on the construction type chosen.  The types are provided below.
1.    Type A:  Not Used
2.    Type B:  Not Used
3.    Type C:  "Dry Construction"
a.    Type C1:  Oak Veneer on Hardwood Veneer-core Plywood with metal to metal connectors.
b.    Type C2:  Not Used

W912ER-11-D-0010-0006

**A2014**

# BARRACKS FURNITURE SPECIFICATIONS

Within each of these construction types are 2 options that affect the construction and aesthetics of the piece of furniture.  The options are provided below.

1. Option 1:  Not Used
2. Option 2:  Solid wood face frame.  An approximately 35 mm (1 1/2") wide solid wood face frame will be provided.  Doors and drawer fronts will be recessed flush with the face frame. Front edges of side panels will not be visible.

In addition, finish options:

1. Natural Oak
2. Not Used
3. Not Used

Other options may be required for each piece of furniture.  These options are provided below.

b.   Fabrication: All case goods shall be constructed in accordance with AWI 400, premium grade, unless otherwise specified.  No fiberboard, particleboard, or hardboard shall be used in any part of the furniture or in any plywood component unless specifically noted.  Exterior surfaces and exposed interior surfaces shall be solid oak or oak veneer, #1 grade per AWI 100-S.  All framing materials shall be solid hardwood.  All joints must be stronger than the substrate itself and must resist racking and withstand loading.  Lamination shall consist of planks no less than 19 mm (3/4") or more than 100 mm (4") in width.  Adhesives shall conform to ASTM D-905 average block shear strength of not less than 19 300 kPa (2800 lbs per square inch) when tested.  Other fabrication requirements follow:

1. Side Panels:

    a.   Type A or C1 construction (Veneer on Hardwood Veneer-Core Plywood):  Side panels shall be minimum 19 mm (3/4") 5-ply hardwood veneer-core plywood with oak veneer.  Exposed edges on the front of the piece shall be provided with minimum 10 mm (3/8") thick solid oak edge banding or may be covered by solid oak front frame.  Back edges of side panels, if exposed, shall be finished for appearance, as the backs of some of these units may be exposed to view.  Top edges of side panels, if exposed, shall be finished smooth, and sealed, for cleaning.  Bottom edges of side panels shall be sealed to eliminate the possibility of water wicking up the side panels when floors are mopped.  As a minimum, side panels that will be visible, such as in wardrobes, drop-lid desks, one-drawer nightstands, etc., shall be finished on both faces to match other panels.

    b.   Not Used

2. Door:  Construction shall be one of the following options. Solid wood doors are not allowed.  These options are applicable for all construction types.

    a.   Minimum 19 mm (3/4") 5-ply hardwood veneer-core plywood.  If the door is recessed flush with the edges of the side panels or face frame, provide veneer edge banding on all 4 sides.  If the door is on the face of the cabinet, so that the hinged-edge of the door is readily accessible and susceptible to damage, provide a minimum 10 mm (3/8") thick solid oak internal edge banding on the hinged-edge of the door.  Other edges to have minimum of veneer edge banding.

    b.   Minimum 19 mm (3/4") plywood with 20 kg (45 lb.) Medium Density Fiberboard (MDF) as the core material internally banded with solid oak around the perimeter.  Oak banding shall be a minimum of 10 mm (3/8") for all doors except Computer Desks, TV Armoires, and Wardrobes which shall have a minimum of 13 mm (1/2") solid oak banding.  The banding, along with the oak veneer or plastic laminate, shall completely seal the door so that moisture can not penetrate into the MDF.  Backer boards may not be used on doors or drop-lids.  If laminate is provided on one side of the drop lid and veneer is provided on the other, the manufacturer must ensure that the ply construction of the drop lid is "balanced".  Requirements for hinges, provided below, remain unchanged for this type of door construction.

3.   Back Panels:  For all construction types, standard back panels shall be minimum 10 mm (3/8") hardwood finished oak veneer plywood for pieces of furniture where the back panel is not a structural element (to resist racking, etc.).  If the back panel is a structural element, it shall be minimum 5-ply hardwood finished oak veneer plywood, 19 mm (3/4") thick.  Back panels that will be visible, such as in wardrobes, drop-lid desks, one-drawer nightstands, etc., shall be finished on both faces to match other panels.  All exposed panel edges must be finished as specified above for side panels, including all bottom edges to eliminate the possibility of water penetration and wicking through the core material.

4.   Other Panels:  Headboard and footboard panels shall be a minimum of 13 mm (1/2").

5.   Drawers:  Drawer depth shall be within 50 mm (2") of cabinet depth.  For all construction types, drawer fronts shall be minimum 19 mm (3/4") solid wood.  Drawer sides and backs shall be minimum 11 mm (7/16") solid hardwood or all hardwood veneer-core plywood with no voids and shall have a sealed lacquer finish.  Edges shall be finished smooth.  The use of recycled material for drawer sides, back, and bottom may be considered based on test results for durability, screw holding, burning characteristics, maintenance, and appearance.  Height of drawer sides and backs shall be within 25 mm (1") of the parting rail.  Drawer width shall be within 25 mm (1") of opening. All drawers shall be provided with replaceable drawer fronts.  Drawer construction and materials, to include drawer bottoms, shall be able to withstand a load of 125% of the rated load of the drawer guides without sagging or failing. All drawer joints shall be glued.  At a minimum, drawer bottoms shall be perimeter glued and vertically supported by routed grooves.

6.   Tops:  For all construction types the following options may be provided for tops.  The top surfaces on nightstands, bachelor chests, and other pieces 1200 mm (48") or less in height; horizontal surfaces of interior compartments on the Drop-Lid Desk, TV Armoire, Microwave Stand, etc.; and all writing surfaces, shall be plastic laminate in accordance with paragraph 2.c.

   a.   All tops may be a minimum of 19 mm (3/4") hardwood plywood.   All exposed edges must be finished with minimum 10 mm (3/8") thick solid oak edge banding or may be covered by solid oak front frame.  Tops shall not overhang more than 13 mm (1/2") on any side.

   b.   Laminated tops only may have minimum overall thickness of 19 mm (3/4") 42 - 48 pcf particleboard or 20 kg (45 lb.) MDF core.  Core must be provided with a minimum 19 mm (3/4") hardwood lumber band on all 4 sides.  The top must be completely sealed from moisture by use of the laminate, the lumber band, and a backer sheet.  The top may not be relied on for structural integrity.  In other words, the top alone can not be providing resistance to racking.  In addition, the top must be able to handle moving of the furniture that will be accomplished by lifting the piece by the top.  Consideration should be given to connecting the side and back panels to the top in the lumber band.  This may be accomplished through blocking located behind the panels, or by a metal angle that allows the top to be connected to the other panels closer to the edges of the top.  In addition, the glue line between the lumber band and the core material should be supported.  If the glue line is unsupported and/or the top is not attached in the lumber band, an extended warranty should be considered as warranty term will be a determining factor in the durability of the piece.   The front of the cabinet must be provided with a horizontal hardwood rail attached to the top.  If the rail is exposed, it shall be solid oak.  Tops shall not overhang more than 15 mm (1/2") on any side.  Other core materials may be considered provided test results are provided that clearly illustrate that the proposed material has a better screw holding capacity, absorbs less moisture, and provides as good of a surface for attaching the laminate as the particleboard or MDF.

7.   Internal construction:  Interior framing shall be a minimum of front and back hardwood rails at every drawer level.  Rails, at a minimum, shall be joined by mortise and tenon or half-lap joint

and screwed to side panels. Additional attachment to the side panels is required if solid oak is not used. Frame rails shall be a minimum of 38 mm (1 1/2") x 19 mm (3/4") thick. The base and top shall be screwed to the interior framing of the cabinet. All cabinets shall have reinforcing corner blocks screwed, as a minimum, into the corner of the base. Screw cleats shall be added where necessary. Dry construction methods utilizing metal to metal fasteners, where the panels are structural and self-supporting, do not require rails or corner blocks.

8.    Dust shields: The option for dust shields should be provided on schedule. If this option is selected, dust shields will be provided in the bottom of all units with drawers. Dust shield shall be minimum 5 mm (3/16") thick. Materials other than plywood may be used for the dust shields.

9.    Shelves: Adjustable shelves may either be oak veneer on hardwood plywood or may be plastic laminate on hardwood plywood. Both faces of shelves must be finished the same to allow for flipping of shelves in case of warpage. Minimum of front and back edges must be edge banded with solid oak or oak veneer.

c.   Materials and finishes: All wood shall be kiln-dried to a moisture content of 5-8%. Wood color to be manufacturer standard natural oak. The furniture finish shall be a multicoat formulation as per AWI 1500, system 1 or 7, premium grade, for woods with a filled finish. Laminates shall be matte-finish, high-pressure plastic laminate, HGS series per AWI 200-G-5. Laminate color shall match the wood species and color.

d.   Hardware: Provide all hardware and accessories, as required for each item. Hardware shall comply with applicable standards of ANSI/BHMA A156.9, Grade 1. All exposed metal hardware shall be brass plated; the finish shall complement the wood finish. All concealed hardware shall be finished to complement adjacent surfaces. Typical hardware items include, but are not limited to, the following:

1.    Catches: Double roller or magnetic.

2.    Drawer Guides: Side mounted with 34 kg (75 lb.) capacity guides for drawers less than 0.06 m$^3$ (2.0 cu. ft.). Drawers between 0.06 and 0.11 m$^3$ (2.0 and 4.0 cu. ft.), shall be provided with 45 kg (100 lb.) capacity guides. Drawers greater than 0.11 m$^3$ (4.0 cu. ft.) shall be provided with 68 kg (150 lb.) capacity guides. Guides shall be provided with positive out and in stops.

3.    Leveling Glides: Non-skid rust-free steel with nylon leveling glides. Glides shall be adjustable, easily accessible, and provided on all four corners of items more than 900 mm (36 inches) high. All other pieces shall be provided with screw-in nylon glides.

4.    Hasp and Scuff Plate: When required by the item description, lock hasps will be provided on both doors and will be notched into door edge. Lock hasps shall be screwed to back of doors with only the eyelet exposed. Through-door single hasps will not be provided. Provide screw-mounted brass scuff plates around eyelets on exposed side of doors. Some provision shall be made to reduce the potential for damage to side panels resulting from hasps striking the panels when the doors are opened.

5.    Shelf Supports: Four adjustable metal push or screw-in with cushioned tabs per shelf.

6.    Lid Supports: All metal, adjustable tension flap with brake. Each support shall be provided with at least 2 bolt through fasteners at each end.

7.    Drawer and Door Pulls: Pulls shall not protrude beyond front edge of cabinet.
Exception: Wooden pulls may protrude only if they cannot be easily sheared off and will not preclude the hasp and scuff plate configuration as specified above. Two pulls shall be provided for drawers 760 mm (30") wide or wider. Options for drawer and door pulls are provided below.

    a.   Type P1: Recessed steel with polished brass plated pull,

    b.   Type P2: Not Used

    c.   Type P3: Not Used

    d.   Type P4: Not Used

8.    Door Hinges: Semi-concealed or butt hinges, brass plated, with minimum of 4 through-door bolt fasteners per hinge (2 per hinge leaf). Hinges shall be minimum of 5-knuckle, 2.29 mm

(0.090 inch) thick (heavy-duty), 70 mm (2 3/4") long.  "European-style" hinges shall not be provided.  Hinges shall provide a 270-degree opening angle.  Hinges shall not protrude past the sides of the cabinet.  If fasteners are exposed when door or drop-lid is closed, security fasteners must be provided.  Hinges on the drop lid must be fastened into the lumber band if MDF is used.

9.   Power cords:  Where outlets are specified, the power cord shall be of sufficient length to extend vertically from outlets, where mounted in cabinet, through grommet, to the floor, and then extend horizontally a minimum of 1200 mm (4 feet). Power cords shall accommodate British style receptacles, 240 volts/50 hertz, no converters are permitted. Outlets shall be placed within the cabinet for ease of use, and within a distance that does not exceed the standard length of appliance power cord.

10. Grommets:  Holes in the back panels shall be provided as indicated in the item descriptions. Holes are to be sanded and finished in a manner to give the back of the case a finished appearance.  Nylon grommets with covers may be provided if desired.  If grommets with covers are to be provided in lieu of sanding and finishing the holes, they shall be heavy duty and attached to the back panel to ensure that they are not easily removable, but yet not permanently attached so they can be replaced if damaged.

e.   Item Descriptions:  The following items are required as a minimum, within the dimensions noted.

MED FURNITURE, FIXTURES AND EQUIPMENT (FF&E) DESIGN GUIDANCE

## 1. GENERAL DESIGN REQUIREMENTS

### 1.1. Design Coordination

FF&E is the selection, layout, specification and documentation of furniture includes but is not limited to workstations, seating, tables, storage and shelving, filing, trash receptacles, clocks, framed artwork, artificial plants, and other accessories. Contract documentation is required to facilitate pricing, procurement and installation. The FF&E package is based on the furniture footprint developed in the SID portion of the interior design. The FF&E package shall be optimally developed concurrently with the building design to ensure that there is coordination between the electrical outlets, switches, J-boxes, communication outlets and lighting as appropriate. In addition, coordinate layout with other building features such as architectural elements, thermostats, location of TV's, GF/GI equipment (for example computers, printers, copiers, shredders, faxes), etc. Locate furniture in front of windows only if the top of the item falls below the window and unless otherwise noted, do not attach furniture including furniture systems to the building. If project has SIPRNET and/or NIPRNET, furniture layout to be coordinated with SIPRNET and NIPRNET separation requirements. Verify that access required by DOIM for SIPRNET box and conduit is provided.

The DOR shall conduct interviews to determine FF&E requirements for furniture and furnishings. Determine FFE items and quantities by, but not limited to: (1) the number of personnel to occupy the building, (2) job functions and related furniture/office equipment to support the job function, (3) room functions, (4) rank and grade.

Provide a design developed by the DB/DBB Contractor AE Interior Designer, not by a furniture dealership. Do not provide manufacturer specific information such as product names and numbers on drawings, drawings to be non-proprietary.

### 1.2. Selection and Specification

Consult with MED contracting department to establish the contracting procurement strategy. This will establish the format and steer the type of furniture selections that will go into the package. Failure to confer with contracting may result in massive reworking of the FF & E package. Depending on whether the project has been determined to be open market or GSA will profoundly affect the format and the content of the package.
If the project is established to be an open market procurement, full specifications, including all technical salient features, aesthetic salient features, colors, styles, finishes, code compliance, and warranties, for all items shall be written, in addition to editing the 12.50.00 systems furniture specification that is part of the Whole Building Design Specification. Other items that have Whole Building Design Specifications shall be edited and included as necessary.

See example below for sample specification:

*C8-Club Chair*
*The club chair, 34"wx32d" x32"h, with arms, shall be contemporary to transitional in style. The club chair shall be skirtless, with solid maple tapered block legs. The solid kiln dried hardwood frame shall be doweled and corner blocked for maximum strength. Corners shall be additionally strengthened with the addition of corner blocks, screwed.*

*Seat cushions shall be 5" thick premium grade fire retardant, contour cut foam with a compression of 32 lbs. and with a 1.8 density. The cushions are covered in .75 oz. of polyester fiber.*
*The back cushion shall be 2" thick premium grade fire retardant, contour cut foam with a 28 lb. compression and a 1.5 density. The cushions shall be covered in .75 oz. of polyester fiber.*
*The suspension system shall be comprised of seat webbing made of natural compounded latex that is resistant to ozone, ultraviolet light, fungus, dry rot, and heat. The webbing shall be attached with ½" stainless steel staples.*
*The seat back construction shall consist of 11 gauge springs covered with a non-woven spring cover.*
*The wood finish shall be a chemically engineered urethane clear coat that preserves the finish against chemicals and scratches.*
*Glides shall be in a non-marking finish.*
*Fabric: Chair shall be upholstered in a durable fabric with no less than 150,000 double rubs in durability. Fabric: Arc Com Sagrada AC-68810, color: Cobalt #11; or approved equal.*
*Finish: Clove on Maple*
*Manufacturers: Carolina, Kanvas Collection, #676-1; or Approved Equal.*

Provide furniture selections from the GSA Schedules **IF** the project will be a GSA furniture buy. (Caution: this is not a typical scenario at MED). If using this method, then furniture available open market may be specified when an item is not available on the GSA Schedules. Provide justification stating that the item was not available on the GSA Schedules.

To the greatest extent possible when specifying furniture for all types of procurement, work within a manufacturer's family of furniture for selections, example: Steelcase, Turnstone, Brayton International, Metro, and Vecta are all Steelcase companies. Each alternate should also be specified from a manufacturer's family of furniture, example: first set of alternates would be specified from Knoll's family of furniture and the second from Herman Miller family of furniture. It may be necessary to make some selections from other than a manufacturer's family of furniture if costs are not reasonable for particular items, some items are not appropriate for the facility or the items needed are not available from the family of products. If this occurs, consider specifying product from an open line that is accessible by numerous dealerships.

When selecting design standards for open market procurement, specify the fewest possible vendors needed in order to achieve the maximum possibility of good volume pricing discounts from the manufacturers.

Provide design standard selections that are representative of the item's type in the FF & E industry. Provide item specifications that are easily able to be provided by at least 3 different manufacturers.

Provide design selections of standard office furniture including case goods, tables, storage, seating, etc. that are compatible in style, finish and color. Provide furniture that complies with ANSI/BIFMA and from manufacturer's standard product line as shown in the most recent published price list and/or amendment and not custom product. Call out all applicable safety and performance standards in the specification documents and include the required warranty.

Provide a design standard item at the end of the specification, and follow it with "or approved equal"

Provide kneespace at workstations and tables that is not obstructed by panels/legs that interfere with kneespace of seated person and provide desks, storage and tables with leveling devices to compensate for uneven floors.

Unless otherwise noted, specify lockable desks and workstations and storage of steel construction. Use tempered glass glazing when glazing is required.

Select "A" Grade Furniture as the design basis. The term "A" grade furniture is an industry understood definition of high quality furniture. This term addresses the quality and solid construction characteristics of well designed and put together furniture. Although the furniture should be attractive, it does not have to be highly stylish or "cutting edge". The construction should be according to the best standards for durability and strength. Finishes should address a severe contract commercial usage. Commercial "A" grade furniture is the best quality commercial furniture for non residential usage. Lower grades of furniture take shortcuts on construction, finishes, grades of steel, etc. Some examples of "A" grade systems furniture would include, Steelcase, Herman Miller, All Steel, Knoll, Teknion, and Haworth or equivalent. These manufacturers also produce the quality of chairs, files, tables, etc. that would be appropriate for specification.

1.3. Finishes

Provide neutral colors for casegoods, furniture systems, storage and tables. Provide desk worksurfaces and table tops that are not too light or too dark in color and have a pattern to help hide soiling. Accent colors are allowed in break and lounge areas. **Keep placement of furniture systems panel fabric accent colors to a minimum.** All finishes shall be cleanable with ordinary household cleaning solutions.

Utilize manufacturer's standard fabrics; this includes textile manufacturers fabrics that have been graded into the furniture manufactures fabric grades and are available through their GSA Schedule. Customers Own Material can be used in headquarter buildings in command suites with executive furniture; coordinate specific locations with Corps of Engineers Interior Designer.

Provide worksurface tops constructed to prevent warpage. Provide finish intended for horizontal surfaces and user friendly features such as radius edges. Do not use sharp edges and exposed connections and ensure the underside of desks, tables and worksurfaces are completely and smoothly finished. Provide abutting worksurfaces that mate closely and are of equal heights when used in side-by-side configurations in order to provide a continuous and level worksurface.

1.4. Accessories

Provide all accessories required for completely finished furniture installation. Provide filing cabinets and storage for office supplies. Provide tack surfaces at workstations with overhead storage. Provide tack surfaces at workstations with overhead storage.

1.5. Mission Unique Equipment

Funding for FF&E furniture items and mission unique equipment items are from two different sources and will be purchased independent of each other. Mission unique equipment includes,

but is not limited to, items such as industrial shelving, workbenches, appliances, fitness equipment, IT equipment and supporting carts.  The mission unique equipment items will be purchased and installed by the User, unless otherwise noted.  Identify locations of known mission unique equipment items such as industrial shelving, workbenches, appliances, etc. for space planning purposes.

1.6.    Sustainability

For all designs provided regardless of facility type, the DOR shall make every effort to implement all aspects of sustainability to the greatest extent possible for all the selections made in the FF&E package.  This includes but is not limited to the selection of products that consider: **Material Chemistry and Safety of Inputs** (What chemicals are used in the construction of the selections?); **Recyclability** (Do the selections contain recycled content?); **Disassembly** (Can the selections be disassembled at the end of their useful life to recycle their materials?).

The DOR is encouraged to make selections to the greatest extent possible of products that possess current McDonough Braungart Design Chemistry (MBDC) certification or other "third-party" certified Cradle to Cradle program, Forest Stewardship Council (FSC) certification, GREENGAURD certification or similar "third-party" certified products consisting of low-emitting materials.

2.    FURNITURE SYSTEMS

2.1.    General

Where appropriate provide furniture systems in open office areas.  Coordinate style and color of furniture systems with other storage, seating, etc. in open office areas.  Minimize the number of workstation typicals and the parts and pieces required for the design to assist in future reconfiguration and inventorying.

2.2.    Connector Systems

Provide a connector system that allows removal of a single panel or spine wall within a typical workstation configuration without requiring disassembly of the workstation or removal of adjacent panels.  Provide connector system with tight connections and continuous visual seals.  When Acoustical panels are used, provide connector system with continuous acoustical seals.  All clips, screws, and other construction elements should be concealed when possible.

2.3.    Panels and Spine Walls

Provide panels and spine walls with hinged or removable covers that permit easy access to the raceway when required but are securely mounted and cannot be accidentally dislodged under normal conditions.  Provide panels capable of structurally supporting more than 1 fully loaded component per panel per side.  Raceways are to be an integral part of the panel and must be able to support lay-in cabling and have a large capacity for electrical and IT.  Do not thread cables through the frame.

2.4.    Electrical and Information/Technology (IT)
Verify the building electrical system in place on the job site. Verify with the MED electrical engineer what the electrical for FF & E should be to interface properly with the building electrical. Also, verify what style of electrical plugs will be needed and specify the appropriate type.
Call out the appropriate electrical designation and plug type in the item specification.
Provide furniture with electrical systems that meets requirements of UL 1286 when powered panels are required and UL approved task lights that meet requirements of NFPA 70.  Dependent on user requirements and Section 01 10 00, paragraph 3 requirements, it is recommended that

workstation electrical and IT wiring entry come from the building walls to eliminate the use of power poles and access at the floor.

Provide electrical and IT systems that are easily accessed in the spine wall and panels without having to move return panels and components. Electrical and IT management will be easily accessible by removable wall covers which can be removed while workstation components are still attached. Provide connector system that has continuation of electrical and IT wiring within workstations and workstation to workstation.

Consult with the Corps COM/Electrical team member about any electrical/COM requirements or restrictions in advance of furniture placement layouts. Coordinate furniture placement with either wall outlets or raised access floor. Avoid the use of power poles.

2.5.    Pedestals

Provide pedestals that are interchangeable from left to right, and right to left, and retain pedestal locking system capability. All pedestal drawers shall stay securely closed when in the closed position and protect wires from damage during drawer operation. Each drawer shall also contain a safety catch to prevent accidental removal when fully open.

3.    EXECUTIVE FURNITURE.

Provide executive furniture in command areas, coordinate specific locations with Corps of Engineers Interior Designer. Use upgraded furniture, upholsteries and finishes in command suites. This includes but is not limited to wood casegoods, seating and tables. Provide executive furniture casegoods from a single manufacturer and style line, to include workstations, credenzas, filing, and storage, etc.

Provide furniture with wood veneer finish (except worksurfaces) with mitered solid wood edge of same wood type. Provide worksurface plastic laminate that closely matches adjacent wood veneer. Other executive office furniture such as seating, tables, executive conference room furniture, etc. shall be compatible in style, finish and color with executive furniture casegoods.

4.    SEATING

4.1.    General

Provide appropriate chair casters and glides for the floor finish where the seating is located. Universal casters that are appropriate for both hard surface flooring and carpet are preferred. All seating shall support up to a minimum of 300 lbs.

4.2.    Desk and Guest Seating

Provide ergonomic desk chairs with casters, non-upholstered adjustable arms, waterfall front, swivel, tilt, variable back lock, adjustable back height or adjustable lumbar support, pneumatic seat height adjustment, and padded, contoured upholstered seat and back. Desk and guest chair backs may be other than upholstered such as mesh fabric if it is ergonomically designed, forms to back and is comfortable. Depending on scale of desk chair provide seat pan forward and back adjustment to increase or decrease depth of seat pan. All desk chairs shall have an adjustable seat height range of 4 1/2", range to include 16 1/2-20".

Provide guest chairs that are compatible in style, finish and color with the desk chairs.

4.3.    Conference Room Seating

At tables, provide ergonomic conference seating with casters, non-upholstered arms, waterfall front, swivel, tilt, pneumatic seat height adjustment, and padded, contoured seat and back, unless otherwise noted.  Provide arm height and/or design that allows seating to be moved up closely to the table top.  Conference chair backs may be other than upholstered such as mesh fabric if it is ergonomically designed, forms to back and is comfortable.

Provide perimeter conference chairs that are compatible in style, finish and color with conference seating at the tables.

4.4.    Lounge, Waiting and Reception Area Seating

Provide seating with arms and cushioned, upholstered seat and back.  In heavy use areas, provide arms that can be easily cleaned such as non-upholstered arms or upholstered arms with wood arm caps unless otherwise noted.

4.5.    Break Room Seating

Provide seating that is stackable and easily cleaned.  Provide seating that is appropriate for table and counter heights as applicable and non-upholstered arms if arms are required.  Provide metal for chair legs and composite materials for chair seats.

5.    LOUNGE, WAITING AND RECEPTION FURNITURE.

Provide end and coffee tables with high pressure plastic laminate tops that are compatible in style finish and color with the seating.

6.    UPHOLSTERY AND FINISHES

Provide seating upholstery that meets Wyzenbeek Abrasion Test, 55,000 minimum rubs.  Utilize manufacturer's standard fabrics; this includes textile manufacturers fabrics that have been graded into the furniture manufactures fabric grades and are available through their GSA Schedule.  Provide upholstery and finish colors and patterns that help hide soiling. Provide finishes that can be cleaned with ordinary household cleaning solutions.

7.    FILING AND STORAGE.

Provide storage and shelving units that meet customer's functional load requirements for stored items.  Provide counterweights for filing cabinets when required by the manufacturer for stability.  Provide file drawers that allow only one drawer to be opened at a time.  Provide heavy duty storage and shelving if information is not available.

8.    TRAINING TABLES.

Don't provide plastic laminate self edge.  Provide training tables that are reconfigurable, moveable and storable; lighter weight folding with dollies or castered as necessary.  Provide dollies if required

9.    FURNITURE WARRANTIES.

Provide manufacturer's performance guarantees or warranties that include parts, labor and transportation as follows:
Furniture System, unless otherwise noted – 10 year minimum
Furniture System Task Lights – 2 year minimum, excluding bulbs
Furniture System Fabric – 3 year minimum
Desks - 10 year minimum
Seating, unless otherwise noted - 10 year minimum

Seating Mechanisms and Pneumatic Cylinders - 10 years
Fabric - 3 years minimum
Filing and Storage - 10 year minimum
Tables, unless otherwise noted - 10 year minimum
Table Mechanisms – 5 year
Table Ganging Device - 1 year
Items not listed above - 1 year minimum


10.   FURNITURE PRICING

 An FF & E Cost Estimate shall be provided for every project.  The cost information required shall be different depending on whether the procurement method is open market or GSA.

For Open Market Procurement, provide another Item Code Legend that includes a column for List price, a column for Extended List Prices (unit List x quantity), and a column for Manufacturer's Sell percentage off of List Price for all items.  (To get the Manufacturer's Sell percentage off of List, coordinate with the Manufacturer's Representative, who will provide a percentage off discount based on the total product quantity.)  Also include a column for the discounted List price and another column for the extended discounted List pricing.

For GSA procurements, provide an Item Code Legend that includes a column for GSA unit price, and a column for GSA extended prices (unit price x quantity) for all items.

Other factors such as profit, shipping, and freight, storage, and installation, etc. shall be on a per project basis.  Contact the Costs Engineering Branch for further information about these factors.  Allowable percentages shall be supplied to you for these factors.

Provide and install FF & E. Provide the room requirements listed below as well as any other requirements found in this RFP for P935 facility.  Other requirements may be discovered in the project interview process after award.

1.  Central Lobby:  Provide club chairs, sofas, end tables, coffee tables, lamps .  Provide a credenza. Provide a literature rack.  Provide a large screen T.V. Provide garbage container.  Provide a large 4'x8' tackboard.  Provide artwork and silk  plants.
2.  Satellite Lobby:  Provide club chairs, sofas, end tables, coffee tables, lamps.  Provide a large screen T.V.  Provide garbage container.
3.  Reception:  Provide 2 task stools behind the built in reception counter. Provide garbage container.  Provide artwork and silk plants.
4.  Concierge:  Provide a stool.  Provide garbage container. Provide a literature rack.
5.  Bell Cart Station:  Provide  (2) brass plated luggage carts w/8" wheels .  Provide heavy duty steel shelving.   Provide a garbage container.
6.  Coffee Bar:  Provide a commercial coffee machine.  Provide garbage container.
7.  Food Service:  Provide hospitality tables and chairs and bar stools for dining.   Provide a large flat screen T.V.   Provide garbage container.  Provide commercial quality appliances including coffee machine, juice machine, soda machine, toaster, microwave, warming plates, etc.
8.  Food Servide/ Prep Storage:  Provide commercial  wire sheilving, and  metal storage cabinets. Provide commercial quality ice maker and dishwasher.  Provide Microwave, toaster, food display racks and cases.  Provide work/prep tables.  Provide other equipment and  essentials as required by the commercial kitchen designer.
9.  Retail Sales:  Provide a task stool.  Provide garbage container.  Provide shelving and storage for retail items.
10.  Luggage Storage:  Shelving shall be built-in.
11.  Public Toilets:  Provide garbage container.
12.  DSN Phones:  Provide chair and desk or table with privacy for each phone.  Table or counter may be furniture or may be built-in.
13.  Fitness Room:  provide commercial fitness equipment to include (1) each treadmill, elliptical, recumbent bike, and stair climber.  Provide garbage container.
14.  Conference room:  Provide a conference  room for 20 people.   Provide training tables with wire management, and table top data/electrical  outlets and C-legs, or a conference table with table top data/electrical outlets.Provide task chairs.   Provide a lectern.  Provide a large wall-mounted, whiteboard, 4'x 8'. Provide a flip chart easel.  Provide a garbage container.  Provide a built-in retractable overhead projection screen with a coordinated ceiling projector.  Provide and install all connecting and interconnecting wiring to provide a fully functioning turnkey projector installation.  The turnkey installation shall provide for full projection coordination with a laptop computer. The projector turnkey installation shall also provide for wireless connectivity to the ceiling projector.

W912ER-11-D-0010-0006

15. Study room:   Provide a conference table and conference task chairs to accommodate 6 – 8. Provide a 4'x8' white board.  Provide  a larger flatscreen T.V.   Provide a garbage container.

16. Guest laundry:  Provide large heavy-duty residential washers and dryers with the highest rating for energy efficiency.  Provide a table for clothes folding.  Provide a large garbage container.

17. Patio:  Provide high quality commercial outdoor furniture that is appropriate for withstanding the climate in the Middle East.   Provide seating and tables with umbrellas  for (20). Provide a trash container.  Provide a gas grill.

18. Manager's Office:  Provide wood veneer  items.  Provide a double pedestal desk, credenza, lateral file and bookcase.  Provide a desk task chair.  Provide a small conference table and 4 conference chairs.

19. Asst. Manager's  Office:  Provide wood veneer  items.  Provide a double pedestal desk, credenza, lateral file and bookcase.  Provide a desk task chair.  Provide a side chair.

20. Front Desk Supervisor's Office:  Provide steel/HPL  items.  Provide a double pedestal desk, credenza, lateral file and bookcase.  Provide a desk task chair.  Provide a side chair. Proivde a wall mounted white board.

21. Business Center:  Provide (4) computers for guest usage.  Provide a printer.  Provide a storage cabinet with lock..  Provide (4) task chairs.  Provide a garbage container.

22. Study Room:  Provide tables and chairs to accommodate 10 people.  Provide a wall mounted tack board.  Provide a garbage container.

23. Vending/Ice:  Provide a commercial ice dispenser sized at 300 lbs. (136 kg) per 200 guests. Provide space for (2)  N .I.C. vending machines.

24. Accounting Office:  Provide a maximum of  (5) 6'x6' steel desking workstations with stack on hutch and task chairs. Provide (1) side chair per workstation.
Interview the  activity to verify actual number of personnel to be located here.   Provide (2) 4H lateral files.  Provide a printer/fax table with storage.  Provide a storage cabinet.

25. Open Office Area:   Provide a maximum of  (5) 6'x6' steel desking workstations with stack on hutch and task chairs.
Interview the activity to verify actual number of personnel to be located here.   Provide (1) 4H lateral file per person.  Provide a printer/fax table with storage.  Provide a storage cabinet. Provide copier, facsimile machine,  and shredder.  Coordinate with activity about base standards.

26. Cash Room:  Provide a task stool.

27. Staff Training Room:  Provide training tables and training chairs to accommodate 16 people. Provide a lockable cabinet for storing AV equipment.  Provide a built-in ceiling retractable overhead projection screen with a coordinated ceiling projector.   Provide and install all connecting and interconnecting wiring to provide a fully functioning turnkey projector installation.  The turnkey installation shall provide for full projection coordination with a laptop computer. The projector turnkey installation shall also provide for wireless connectivity to the ceiling projector.  Provide a wall mounted white board, 4'x 8'.  Provide a garbage container.

28. Training Office/Storage:  Provide (1) L-shaped 6'x6' desk with stach on hutch with task chair. Provide (2)storage cabinets with locks.  Provide (1) wall mounted tack board.

29. Housekeeping Office:  Provide  (2)  steel/HPL desks with credenzas  with stack on hutch and task chairs.  Provide  (2) side chairs.  Provide a lateral file, key box,, and (2) storage cabinets with locks.   Provide a wall mounted white board.  Provide a tack board.

30. Soiled/Clean Linen Storage:  Provide (4) wire laundry carts.

31. Receiving/Supply Office:  Provide (1) 6'x6' steel desking workstations with stack on hutch and task chairs.  Provide a wall mounted white board.

32. Linen/Laundry:  Provide wire laundry carts and linen delivery carts in quantities as appropriate for the facility size.  Provide large, high capacity industrial extractors and dryers .  Provide the quantity in sufficient units to ensure appropriate turn-over for this facility.  Provide anti-static anti-fatigue mats.  Provide an ironer/folding machine.

33. Staff Break Area:  Provide a large screen wall mounted T.V.  Provide a table and chairs for 4 people, minimum.  Provide a tackboard, and lockable bulletin board.  Proivde refrigerator, microwave, coffee machine.  Provide an overhead projector with a ceiling recessed projection screen.  Provide a garbage container.  Provide half-height, double stacked lockers, one per full staff count.

34. Supply/Storage:  Provide a minimum of 200 lineal feet heavy duty steel shelving.   Shelving shall be designed to support 300 pounds over 7'.

35. Maintenance Workshop:  Provide (2) stools for use at built-in workbenches.  Provide a desk and desk task chair, and 4H lateral file.  Provide a storage cabinet and key box.

36. Gear Wash:  Provide drying racks.

37. Corridors:  Provide artwork and/or mirrors.

38. Janitor:  Provide carpet extractor and high speed buffer, and janitors cart.

39. Housekeeping:  Provide housekeeping carts and vacuum cleaners as appropriate for the size of the facility.

40. Receiving:  Provide a hand/platform truck.

41. Grounds Equipments Storage:  Provide basic grounds equipment.

42. Entrances:  Provide some type of tracking matts at all entrances .

43. Guest Room:  Provide solid hardwood commercial quality dormitory furniture.   Provide (2) extra long twin beds with mattresses and double storage compartments below.  Provide space in the room for an additional (2) beds in case of surge.  Provide either a storage headboard with clamp on gooseneck light or else a bedside table with lamp, per bed.  Provide mattress pads, sheets, blankets, pillows, bedspreads .   Provide (2) desks with stack on hutches that have (2) shelves, under shelf task light, tack board and wire management.  The hutch shall be appropriate for accommodating a flat screen T.V. and T.V. gaming boxes or peripherals.  The hutch shall have enough clearance underneath to accommodate a computer monitor.  Provide (2) task chairs.  Provide a double sided dresser. Provide a micro fridge or dorm size refrigerator and microwave .  Provide (2) framed and matted prints and full length mirror.  Provide a 1600 watt (or metric equivalent) hair dryer that is compatible with the base electrical system.  Provide lined FR draperies, sheers, and valances in addition to the SID window treatment requirements.  Provide a waste container per desk, and (1) in the bathroom.  Provide a luggage rack, ironing board, iron, coffee maker and ice bucket.   Provide bath towels, hand towels, and washcloths.  Provide a full length commercial quality shower curtain in the bathroom and associated hardware.

A2029

W912ER-11-D-0010-0006

# MECH DOCUMENTS

Bahrain Electric Rates

Bahrain Central Virtual Energy Rate

York Chiller Cut Sheets

FW P-928 Bahrain Electrical Rates.txt
Present electricity rate here in Bahrain is at Bahrain Dinars BD 0.016
($.04) per kwhr.

V/R
Roger Coronel
Utilities/Energy Manager

Public Works, NSA Bahrain
PSC 451, Box 510
FPO AE 09834-0510
DSN Phone: 318-439-3663
Comm'l Phone: (973)1785-3663
Comm'l Fax: (973)1785-4338
Mobile : (973)3964-2008
Email:  rogelio.coronel.ph@me.navy.mil

**A2031**

## Bahrain Central Plant Virtual Energy Rate

Version 2.0, Option 2, of the District Thermal Energy Treatment Guidelines has been used.  The modeling approach has been used to determine overall efficiency of the central cooling plant.  The overall efficiency of the cooling plant was calculated by determining the total energy required by the central cooling plant (meaning the energy required by the chillers, cooling towers, cooling tower pumps, and chiller circulation pumps) and dividing that number by the tons of AC to get the kW per ton efficiency of the system. The efficiency of the chiller was taken at ARI standards from manufacturer's documentation and is 0.552 kW per ton.   The cooling tower uses 11.2 kW per 625 tons, which is 0.018 kW per ton.  The cooling tower pump uses 18.6 kW per 625 tons, which is 0.030 kW per ton. The chiller circulation pump uses 11.2 kW per 500 tons, which is 0.022 kW per ton. The total efficiency was increased by the default value of 5% for the campus wide distribution system in accord with District Thermal Energy Treatment Guidelines.  Therefore, the total efficiency is 0.6531 kW per ton and this value was entered into the modeling software.  There is no district heating, only district cooling so system 4 from Table G3.1.1A and Table G3.1.1B.


**YORK**
A JOHNSON CONTROLS COMPANY

| | |
|---|---|
| Issue Date: 5/11 | Program: LTC |
| Project: US NAVY P928 | Rev: v1_110.lcd |
| Engineer: SANAL KUMAR | Date: 05/18/11 |
| Customer: CONTRACK | Page: 1 of 3 |

| MODEL | YKERERQ75CNG | (MOTOR SELECTED BY USER) | |
|---|---|---|---|
| REFRIGERANT (LB 134A) | 1635 | GEAR CODE | XB(SPEC) |
| RATED CAPACITY (TR) | 500 | SPECIFIED CAPACITY (TR) | 500 |
| INPUT POWER (KW) | 357 | MAX MOTOR LOAD (KW) | 367 |
| VOLTAGE / HZ | 400 / 50 | | |
| ORIFICE (VARY) | VALVE:2 | OPTISOUND CONTROL | YES |
| ISOLATION VALVE | YES | | |
| FLA | 579 | LRA | 4011 |
| MIN CIR. AMPS. | 724 | MAX C.B. | 1200 |
| FULL LOAD (kW/TR) | 0.714 | NPLV | 0.391 |

STARTER TYPE (10) VARIABLE SPEED DRIVE

| | Evaporator | Condenser |
|---|---|---|
| FLUID | WATER* | WATER* |
| % BY WEIGHT | 0.0* | 0.0* |
| TUBE MTI NO. | 271* | 260* |
| PASSES | 2* | 2* |
| FOUL FACTOR (hr.ft².°F/BTU) | 0.00010* | 0.00025* |
| FLUID ENT TEMP (°F) | 55.00 | 95.00* |
| FLUID LVG TEMP (°F) | 44.01* | 104.50 |
| FLUID FLOW (gpm) | 1090.5* | 1499.4* |
| FLUID PRDROP (ft) | 13.4 | 14.8 |

(*) Designates Specified Input

**IPLV / NPLV CALCULATION:**

$$IPLV\ OR\ NPLV = \frac{1}{\dfrac{0.01}{A} + \dfrac{0.42}{B} + \dfrac{0.45}{C} + \dfrac{0.12}{D}} \quad NPLV = \frac{1}{2.5589} = 0.391$$

A = kW / TR AT 100% CAPACITY     C = kW / TR AT 50% CAPACITY
B = kW / TR AT 75% CAPACITY     D = kW / TR AT 25% CAPACITY

| % Load | CAPACITY (TR) | ECWT (°F) | kW / TR | WEIGHT | WEIGHTED TR / kW |
|---|---|---|---|---|---|
| 100 | 500.0 | 95.000 | 0.714 | 0.01 | 0.0140 |
| 75 | 375.0 | 80.000 | 0.491 | 0.42 | 0.8560 |
| 50 | 250.0 | 65.000 | 0.324 | 0.45 | 1.3889 |
| 25 | 125.0 | 65.000 | 0.400 | 0.12 | 0.3000 |

Rating certified in accordance with AHRI STD 550/590.
Water-chilling packages using the vapor compression cycle certification program.

AHRI CERTIFIED

Compliant with ASHRAE 90.1 - 2004
Compliant with ASHRAE 90.1 - 2007

Materials and construction per mechanical specifications - Form 160.75-EG1.

W912ER-11-D-0010-0006



| | |
|---|---|
| Issue Date: 5/11 | Program: LTC |
| Project: US NAVY P928 | Rev: y1_110.idd |
| Engineer: SANAL KUMAR | Date: 05/18/11 |
| Customer: CONTRACK | Page: 2 of 3 |

| MODEL | YKERERQ75CNG | (MOTOR SELECTED BY USER) | |
|---|---|---|---|
| REFRIGERANT | 134A | GEAR CODE | XB(SPEC.) |
| RATED CAPACITY (TR) | 500 | SPECIFIED CAPACITY (TR) | 500 |
| INPUT POWER (KW) | 357 | MAX MOTOR LOAD (KW) | 367 |
| VOLTAGE / HZ | 400 / 50 | | |
| ORIFICE (VARY) | VALVE:2 | OPTISOUND CONTROL | YES |
| FLA | 579 | LRA | 4011 |
| MIN CIR. AMPS. | 724 | MAX C.B. | 1200 |
| FULL LOAD (kW/TR) | 0.714 | NPLV | 0.391 |

STARTER TYPE (10) VARIABLE SPEED DRIVE

| | Evaporator | Condenser |
|---|---|---|
| FLUID | WATER* | WATER* |
| % BY WEIGHT | 0.0* | 0.0* |
| TUBE MTI NO. | 271* | 260* |
| PASSES | 2* | 2* |
| FOUL FACTOR | 0.00010* | 0.00025* |
| FLUID ENT TEMP (°F) | 55.00* | 95.00* |
| FLUID LEV TEMP (°F) | 44.01* | 104.50 |
| FLUID FLOW (gpm) | 1090.5* | 1499.4* |
| FLUID PRDROP (ft) | 13.4 | 14.8 |

(*) Designates Specified Input

YORK CENTRIFUGAL LIQUID CHILLER SOUND PRESSURE LEVELS- Cooling (AHRI 550)

SOUND PRESSURE LEVELS IN DB RE 20 MICROPASCALS (STANDARD)
OptiSound Control Active

| PCT LOAD | OCTAVE BAND CENTER FREQUENCY, HZ | | | | | | | | A-WEIGHTED DBA |
|---|---|---|---|---|---|---|---|---|---|
| | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | |
| 100.0 | 74.0 | 74.0 | 73.0 | 77.0 | 75.0 | 82.0 | 78.0 | 72.0 | 85.0 |
| 75.0 | 72.0 | 72.0 | 71.0 | 75.0 | 72.0 | 80.0 | 74.0 | 70.0 | 82.0 |
| 50.0 | 69.0 | 69.0 | 68.0 | 72.0 | 70.0 | 77.0 | 71.0 | 67.0 | 80.0 |
| 25.0 | 69.0 | 69.0 | 68.0 | 72.0 | 70.0 | 77.0 | 71.0 | 67.0 | 80.0 |

The octave and A-Weighted sound pressure levels are the levels expected to be obtained if measurements are performed in accordance with AHRI Standard 575-94, Method of measuring machinery sound within equipment rooms.

TOLERANCES: The sound level of identical unit selections can vary due to manufacturing tolerance and test repeatability. Variations of +-3 DBA on the A-Weighted levels and +-5 DB on the octave band levels are possible.

Rating certified in accordance with AHRI STD. 550/590.
Water-chilling packages using the vapor compression cycle certification program.

**AHRI CERTIFIED**

Compliant with ASHRAE 90.1 - 2004
Compliant with ASHRAE 90.1 - 2007

Materials and construction per mechanical specifications - Form 160.75-EG1.

file:///C:/TEMP/YORKwork/winrad/LTC_SoundReport_20110518_084727.html     05/18/2011

W912ER-11-D-0010-0006



## YK MAXE CHILLER
## PERFORMANCE SPECIFICATION

| Unit Tag | Qty | Model No. | Capacity (tons) | Power | Refrigerant |
|---|---|---|---|---|---|
| WCC | 3 | YKERERQ75CNGS | 500 | 400/3/50 | R-134A |

| Unit Data | Evaporator | Condenser |
|---|---|---|
| EWT (°F): | 55.00 | 95.00 |
| LWT (°F): | 44.01 | 104.50 |
| Flow Rate (gpm): | 1091 | 1499 |
| Pressure Drop (ft): | 13.4 | 14.8 |
| Fluid Type (%): | WATER | WATER |
| Circuit No. of Passes: | 2 | 2 |
| Fouling Factor (ft² °F hr / Btu): | 0.00010 | 0.00025 |
| Tube No. / Description: | 271 - 0.025" Enhanced Copper | 260 - 0.025" CSL Enhanced Copper |
| Design Working Pressure (psig): | 150 | 150 |
| Entering Water Nozzle @ Location: | 2 | 12 |
| Leaving Water Nozzle @ Location: | 3 | 13 |
| Water Box Weight, ea (lbs)(2): | 513* | 475* |
| Cover Plate Weight , ea (lbs): | 500 | 349 |
| Return Head Weight (lbs): | 176 | 144 |
| Water Weight (lbs): | 1523 | 1424 |
| Water Volume(gal): | 183 | 171 |

| Performance Data | | Electrical Data | | Other | |
|---|---|---|---|---|---|
| Job KW: | 357 | Job FLA: | 579 | Operating Wt. (lbs): | 26312 |
| Motor KW: | 347 | Motor FLA: | 564 | Per Isolator (lbs): | 6578 |
| KW/Ton: | 0.714 | LRA: | 4011 | Refrigerant Wt. (lbs): | 1635 |
| NPLV (1): | 0.391 | Inrush Amps: | 579 | Oil Charge (gal): | 10 |
| Gear Code: | XB | Min Circuit Ampacity (Amps): | 724 | Motor Wt. (lbs): | 2480 |
| OptiSound Cntrl: | Yes | Max Fuse/Breaker: | 1200 | Compressor Wt. (lbs): | 3500 |
| Shaft HP: | 436 | | | Starter Wt. (lbs): | 1423 |
| Isolation Valves: | YES | | | Shipping Wt. (lbs): | 21730 |
| Oil Cooler Type: | Standard | | | | |
| Condenser Inlet: | Standard | | | | |
| | | Type Starter: Variable Speed Drive | | | |

Notes:

(1) Chiller NPLV value calculated to ARI Standard 550/590 equation.
(2) Not including cover plate on marine water boxes.
* with applicable water flanges

Project Name: US Navy P928R1
Printed: 05/18/2011 at 15:43
Unit Folder: WCC-R1

v1 100.iii

York Contract No.:
WCC Performance
Page 1 of 1

W912ER-11-D-0010-0006

1607 of 1610
Government Rule 4 File

## A2035



A JOHNSON CONTROLS COMPANY

Issue Date: 5/11
Project: US NAVY P928
Engineer: SANAL KUMAR
Customer: CONTRACK

Program: LTC
Rev: v1_110.idd
Date: 05/18/11
Page: 3 of 3

## FIELD ENGINEERING REPORT

Low side machine :

| SYSTEM DATA | | | | | | |
|---|---|---|---|---|---|---|
| MODEL | YKERERQ75CNG | REFRIGERANT | 134A | | HZ | 50 |
| SPECIFIED ORIFICE | VALVE:2 | | | | | |

| ENGINEERING DATA | EVAPORATOR | CONDENSER |
|---|---|---|
| SATURATED TEMP (°F) | 42.21 | 106.32 |
| FLUID VELOCITY (ft/s) | 5.31 | 6.31 |
| TUBE DATA | | |
| TUBE QUANTITY | 397 | 470 |
| TUBE NUMBER | 271 | 260 |
| TUBE TYPE | TURBO-BII+ | TURBO CSL |
| MATERIAL | COPPER | COPPER |
| FPI | 0.0 | 0.0 |
| THICKNESS | 0.025 | 0.025 |
| COMPRESSOR DATA | | |
| GEAR CODE | XB(SPEC) | |
| IMPELLER RPM | 15394 | |

file: C:\TEMP\YORKworks\wincooll.TC_FieldEngineering_20110518_084727.html   05/18/2011

W912ER-11-D-0010-0006



W912ER-11-D-0010-0006

1609 of 1610
Government Rule 4 File

**A2037**



A2038

W912ER-11-D-0010-0006

| | |
|---|---|
| **From**: | Jeffrey S Stackow [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F09E36F3906D46C1B214A7E154350AE2-JEFFREY S S] |
| **Sent**: | 9/12/2013 3:23:04 PM |
| **To**: | Will R Stephan [wstephan@ecc.net] |
| **Subject**: | RE: Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED) |

I just checked the budget.  We budgeted a TCN at $30 per hour plus $20 per diem with shared housing and vehicle.

Jeff Stackow, PE

jstackow@ecc.net

Office (303) 298-7607 ext. 21178

Mobile (303) 495-0297

**From:** Will R Stephan
**Sent:** Thursday, September 12, 2013 9:14 AM
**To:** Jeffrey S Stackow
**Subject:** RE: Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)

Understand Jeff.  My assumption is we budgeted for an Expat.  Kind of surprising unless there is a contract spec that requires an Expat for that position.  Thanks for the link.

Wilbur R. Stephan, CHMM

OCONUS ESQ Program Manager

ECC - Edison Office

110 Fieldcrest Ave.

Edison, New Jersey

+1 908-595-1777 Ext. 26115 (office)

+1 201 247 4847 (Intl Cell#)

ECC-E-238348

Email: wstephan@ecc.net

Skype acct# eccskype208

ECC - "Never Compromising Safety"

**From:** Jeffrey S Stackow
**Sent:** Thursday, September 12, 2013 11:12 AM
**To:** Will R Stephan; Paula Stokes
**Subject:** RE: Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)

Will,

The spec file is too large to email. It is probably easiest to download all of the documents from the Sharepoint site:

https://ecc1240-my.sharepoint.com/personal/cmiller_ecc_net/Documents

You will see the requirements for the SSHO is the spec section. It looks like they have to meet the requirements of EM385-1-1.

We are likely looking at mobilizing in January time frame. FYI -- in our proposal we name Rene Garo as the SSHO. I am not saying that we have to use him but if you hear his name mentioned, that is probably why.

Thanks,

Jeff

Jeff Stackow, PE

ECC-E-238349

jstackow@ecc.net

Office (303) 298-7607 ext. 21178

Mobile (303) 495-0297

**From:** Will R Stephan
**Sent:** Thursday, September 12, 2013 8:59 AM
**To:** Jeffrey S Stackow; Paula Stokes
**Subject:** RE: Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)

Jeff,

Congrats on the second win for Bahrain.  When you have a chance please forward a copy of the SOR / Tech Spec's / Qualifications of the SSHO.  I know it is early but what is the projected date for mobilization for this project.  I'd like to coordinate with existing resources I have in AFG that may become available around that time.

Regards

Wilbur R. Stephan, CHMM

OCONUS ESQ Program Manager

ECC - Edison Office

110 Fieldcrest Ave.

Edison, New Jersey

+1 908-595-1777 Ext. 26115 (office)

+1 201 247 4847 (Intl Cell#)

Email: wstephan@ecc.net

Skype acct# eccskype208

ECC - "Never Compromising Safety"

ECC-E-238350

**From:** Jeffrey S Stackow
**Sent:** Wednesday, September 11, 2013 5:36 PM
**To:** Will R Stephan; Paula Stokes
**Subject:** FW: Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)
**Importance:** High

Paula/Will:

Good news – we won our second project in Bahrain. This project is title Transient Quarters and Officer Dining Facility and we refer to it as the TQ and DFAC. It is also a design build so there are no QC or H&S folks needed on site for the time being. The award just came today but I will keep you in the loop as we move forward with the design and with the preconstruction submittals.

Thanks,

Jeff

Jeff Stackow, PE

jstackow@ecc.net

Office (303) 298-7607 ext. 21178

Mobile (303) 495-0297

**From:** Jeff L Leptrone
**Sent:** Wednesday, September 11, 2013 3:08 PM
**To:** Jeffrey S Stackow; Russell R Wilson; Keith M Pushaw; Ralph J Rosales Jr; Cassie M Gillick; Gina B Quintanilla; Michael J McGinty

ECC-E-238351

**A2042**

**Subject:** FW: Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)
**Importance:** High

Fantastic job everyone.  This should be routine work for us now!!!

More to come.

Jeff

Jeff Leptrone

ECC Program Manager

Cell: 850-867-7546

**From:** Philip, Tino TAM [mailto:Tino.Philip@usace.army.mil]
**Sent:** Wednesday, September 11, 2013 4:03 PM
**To:** Jeff L Leptrone; Chris A Miller; Michael J McGinty
**Cc:** Pearman, Michelle R TAM; Philip, Tino TAM
**Subject:** Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)
**Importance:** High

Classification: UNCLASSIFIED
Caveats: NONE

Gentlemen:

Congratulations!  Please see the attached Notice of Award for Contract W912ER-11-D-0010-0006 Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain.

Contract Documents for P-935/940 Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain, has been uploaded to the AMRDEC Safe Site.

ECC-E-238352

**A2043**

1. AWARD Letter - W912ER-11-D-0010-0006, Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain

2. Contract W912ER-11-D-0010-0006 Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain

3. Contract Specs & Drawings - Transient Quarters & Dining Facility, Manama, Bahrain

4. Performance and Payment Bond SF25 and SF25A

The document will only be accessible from the AMRDEC site listed above for 14 days and the files can be downloaded only once. After 14 days from the date of this notice, the files are no longer accessible at the site and it is advised that you should download the documents as soon as possible.

NOTE:  You will receive a separate email from the AMRDEC Safe Access File Exchange site.  This email will provide you with a link and password to access the following documents:

Thank you for your interest! And if you have any questions or concerns please feel free to contact us.

V/r,

Thank you,

Tino Philip

Contract Specialist, Middle East District

Directorate of Contracting

Building Strong®

U.S. Army Corps of Engineers

Office: 540-665-3953

ECC-E-238353

Classification: UNCLASSIFIED
Caveats: NONE

Message
_____

**From:** Russell R Wilson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D2A4A6CB6D7B45FDBF7551C40BC2D986-RUSSELL R W]
**Sent:** 9/12/2013 5:57:46 AM
**To:** Jeff L Leptrone [jleptrone@ecc.net]
**Subject:** RE: Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)


Great...now let's see how long it takes for Contrack to protest.


Russell


**From:** Jeff L Leptrone
**Sent:** Wednesday, September 11, 2013 4:08 PM
**To:** Jeffrey S Stackow; Russell R Wilson; Keith M Pushaw; Ralph J Rosales Jr; Cassie M Gillick; Gina B Quintanilla; Michael J McGinty
**Subject:** FW: Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)
**Importance:** High


Fantastic job everyone.  This should be routine work for us now!!!

More to come.

Jeff


Jeff Leptrone

ECC Program Manager

Cell: 850-867-7546


**From:** Philip, Tino TAM [mailto:Tino.Philip@usace.army.mil]
**Sent:** Wednesday, September 11, 2013 4:03 PM
**To:** Jeff L Leptrone; Chris A Miller; Michael J McGinty
**Cc:** Pearman, Michelle R TAM; Philip, Tino TAM
**Subject:** Notification of Award: P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC,

ECC-E-213236

Manama, Bahrain (UNCLASSIFIED)
**Importance:** High

Classification: UNCLASSIFIED
Caveats: NONE

Gentlemen:

Congratulations!  Please see the attached Notice of Award for Contract W912ER-11-D-0010-0006 Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain.

Contract Documents for P-935/940 Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain, has been uploaded to the AMRDEC Safe Site.

1. AWARD Letter - W912ER-11-D-0010-0006, Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain

2. Contract W912ER-11-D-0010-0006 Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain

3. Contract Specs & Drawings - Transient Quarters & Dining Facility, Manama, Bahrain

4. Performance and Payment Bond SF25 and SF25A

The document will only be accessible from the AMRDEC site listed above for 14 days and the files can be downloaded only once. After 14 days from the date of this notice, the files are no longer accessible at the site and it is advised that you should download the documents as soon as possible.

NOTE:  You will receive a separate email from the AMRDEC Safe Access File Exchange site.  This email will provide you with a link and password to access the following documents:

Thank you for your interest! And if you have any questions or concerns please feel free to contact us.

V/r,

ECC-E-213237

Thank you,


Tino Philip

Contract Specialist, Middle East District

Directorate of Contracting


Building Strong®

U.S. Army Corps of Engineers

Office: 540-665-3953




Classification: UNCLASSIFIED
Caveats: NONE



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
MIDDLE EAST DISTRICT
P.O. BOX 2250
WINCHESTER, VA 22604-1450

September 24, 2013

Directorate of Contracting

SUBJECT: Suspension of Performance: W912ER-11-D-0010, Task Order 0006, P-935/940 Transient Quarters & Enlisted & Officer Dining Facility, Bahrain (35 MATOC MED 33 2012)

ECC CENTCOM Constructors, LLC
Attn: Mr. Jeffrey Leptrone
1240 Bayshore Highway
Burlingame, CA 94010
JLeptrone@ecc.net
centcom@ecc.net

Dear Mr. Leptrone,

Award of subject Contract/Task Order was made to your organization on 11 September 2013. On 23 September 2013 a Post-Award Protest was received for the award of the task order under the Letter RFP 35 MATOC MED 33 2012.

Until resolution of the Post Award Protest is satisfactory completed, Notice to Proceed (NTP) will not be issued for the subject task order. Therefore, you are hereby instructed not to incur any cost associated with this Task Order award until further notice by the Contracting Officer.

In conclusion, please acknowledge receipt of this notification letter by returning a signed copy to the Contracting Officer at Michelle R. Pearman@usace.army.mil.

Sincerely,

PEARMAN.MICHELLE.R.1229598887
Digitally signed by PEARMAN.MICHELLE.R.1229598887
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=PEARMAN.MICHELLE.R.1229598887
Date: 2013.09.25 08:20:29 -04'00'

MICHELLE R. PEARMAN
Contracting Officer

Acknowledged By: _Jeffrey Leptrone_
Digitally signed by Jeffrey Leptrone
DN: cn=Jeffrey Leptrone, o, ou, email, c=US
Date: 2013.09.25 09:47:39 -05'00'

Title: ECC CENTCOM Program Manager

Date Signed: 25 Sep 2013

| | |
|---|---|
| **From**: | Will R Stephan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=189902CAD8E44E40AC8B2F24DC4F406A-WILL R STEP] |
| **Sent**: | 10/10/2013 9:19:54 PM |
| **To**: | Jeffrey S Stackow [jstackow@ecc.net] |
| **Subject**: | RE: Suspension of Performance - P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED) |

Understand.  At least I have a time frame now.  I've received some inquiries from ECCI SSHO's as to a potential assignment.

Thanks

Will

**From:** Jeffrey S Stackow
**Sent:** Thursday, October 10, 2013 5:18 PM
**To:** Will R Stephan
**Subject:** RE: Suspension of Performance - P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)

No update.  My guess is that it will be awhile.  The GAO sets a goal of 100 days to resolve from the time they receive the protest.  The 100th day will be January 2, 2014.  My guess is that it will be like the first project and we get going sometime in January.

**From:** Will R Stephan
**Sent:** Thursday, October 10, 2013 3:14 PM
**To:** Jeffrey S Stackow
**Subject:** FW: Suspension of Performance - P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)
**Importance:** High

Afternoon Jeff,

Just interested if there is any update on the recent Bahrain project?

**From:** Jeffrey S Stackow
**Sent:** Tuesday, September 24, 2013 1:58 PM
**To:** Will R Stephan; Richard M Gioscia; Paula Stokes
**Cc:** Gina B Quintanilla
**Subject:** FW: Suspension of Performance - P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)
**Importance:** High

Paula/Will/Rich:

The Bahrain TQ and DFAC award is being protested so we are on hold for the time being. If we hear anything more about how long this may last, I will let you know. For the BEQ project, it took almost 4 months to get the NTP.

Thanks,

Jeff

Jeff Stackow, PE

jstackow@ecc.net

Office (303) 298-7607 ext. 21178

Mobile (303) 495-0297

**From:** Jeff L Leptrone
**Sent:** Tuesday, September 24, 2013 11:32 AM
**To:** Ralph J Rosales Jr; Russell R Wilson; Cassie M Gillick; Mike S Meuleners; Mike F Pearson; Michael J McGinty; Keith M Pushaw; Jeffrey S Stackow; Lee-Ann Vennie; Karen T Hoppestad
**Subject:** FW: Suspension of Performance - P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)
**Importance:** High

ECC-E-237823

Team,

Please see the TQ/DFAC award is now under protest. If this takes the same time as with the BEQ, we'll see a resolution in about 60-90 days.

Ralph, please inform Michael Baker and I will tell Kooheji. Pass to others as needed.

More to come...

Thanks.

Jeff


Jeff Leptrone

ECC Program Manager

Cell: 850-867-7546


**From:** Philip, Tino TAM [mailto:Tino.Philip@usace.army.mil]
**Sent:** Tuesday, September 24, 2013 12:11 PM
**To:** Jeff L Leptrone; Michael J McGinty; Chris A Miller; CENTCOM
**Cc:** Pearman, Michelle R TAM; Wittrock, Mark A TAM; Rigoni, Janet TAM; Crowe, Duane T TAM
**Subject:** Suspension of Performance - P935/940 MATOC W912ER-11-D-0010 Task Order 0006 Transient Quarters & DFAC, Manama, Bahrain (UNCLASSIFIED)
**Importance:** High


Classification: UNCLASSIFIED
Caveats: NONE

Jeff, Please be advised that we have received a Protest for W912ER-11-D-0010-0006, TEQ & DFAC. See attached suspension of performance for the subject project and please acknowledge your receipt.


Thank you,

ECC-E-237824

**A2052**

Tino Philip

Contract Specialist, Middle East District

Directorate of Contracting


Building Strong®

U.S. Army Corps of Engineers

Office: 540-665-3953




Classification: UNCLASSIFIED
Caveats: NONE



December 30, 2013

Directorate of Contracting

SUBJECT: W912ER-11-D-0010, Task Order 0006, P-935/940 Transient Quarters & Enlisted & Officer Dining Facility, Bahrain (35 MATOC MED 33 2012); Suspension of Performance Lifted

Mr. Jeffrey Leptrone
Program Manager
ECC CENTCOM Constructors, LLC
1240 Bayshore Highway
Burlingame, CA 94010

Dear Mr. Leptrone,

   Award of subject Contract/Task Order was made to your organization on September 11, 2013. On September 23, 2013 a Post-Award Protest was received for the award of the task order under the Letter RFP 35 MATOC MED 33 2012.

   The Government Accountability Office (GAO) has denied the Protest on December 27, 2013. Therefore, the Suspension of Performance for the subject project has been lifted and ECC is requested to submit it's documents for issuance of Notice to Proceed, per Section 00 73 10 Supplemental Contract Requirements. Notice to Proceed (NTP) for the subject project will be issued upon your submission and approval of the required documents.

   All contractual matters pertain to this project are to be directed to Ms. Michelle R. Pearman at Michelle.R.Pearman@usace.army.mil or Tino Philip at Tino.Philip@usace.army.mil.

   Note: I, Tracy L. Wickham, Contracting Officer, have signed this contractual instrument in the absence of the Procuring Contracting Officer, Michelle R. Pearman, who will resume her duties on January 06, 2014.

                    Sincerely,

                    WICKHAM.TRACY. Digitally signed by WICKHAM.TRACY.LYNN.1141218790
                    LYNN.1141218790 DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=WICKHAM.TRACY.LYNN.1141218790
                    Date: 2013.12.30 14:57:45 -05'00'

                    Tracy L. Wickham
                    Contracting Officer



January 02, 2014

Directorate of Contracting                                    Serial No: C-0004

SUBJECT:  Notice to Proceed (NTP) W912ER-11-D-0010, Task Order 0006 Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain (PN # 935 & 940)


Mr. Jeffrey Leptrone
Program Manager
ECC CENTCOM Constructors, LLC
1240 Bayshore Highway
Burlingame, CA 94010

Dear Mr. Leptrone,

   ECC CENTCOM Constructors, LLC is hereby given notice to proceed with the construction under contract W912ER-11-D-0010, Task Order 0006.

   The work shall be completed in accordance with Federal Acquisition Regulation clause 52.211-10 "Commencement, Prosecution, and Completion of Work" which is included in the contract and states:

52.211-10    "Commencement, Prosecution, and Completion of Work"

   The Contractor shall be required to (a) commence work under this contract within twenty (20) calendar days after the date the Contractor receives Notice to Proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than seven hundred and ten (710) calendar days after receipt of Notice to Proceed (NTP). The time stated for completion shall include substantial completion of all punch-list items and final cleanup of the premises.

   Gregory G. Walgate replaced Mark A. Wittrock as the Contracting Officer Representative (COR) for this Task Order 0006 and he can be reached at (540) 667-1779 or email: Gregory.G.Walgate@usace.army.mil.

   Peter A. DeMattei serves as a Primary Contracting Officer for post award administration for this Task Order 0006 and he can be reached at (540) 665-1202 or e-mail: Peter.A.DeMattei@usace.army.mil.

   You are requested to sign and return this letter as an acknowledgement of receipt. The Middle East District looks forward to a very successful relationship with your firm on this project.

SUBJECT: Notice to Proceed (NTP) W912ER-11-D-0010, Task Order 0006 Transient Quarters and Enlisted and Officer Dining Facility, Manama, Bahrain (PN # 935 & 940)

Note: I, Tracy L. Wickham, Contracting Officer, have signed this contractual instrument in the absence of the Procuring Contracting Officer, Michelle R. Pearman.

Sincerely,

WICKHAM.TRACY.
LYNN.1141218790

Digitally signed by
WICKHAM.TRACY.LYNN.1141218790
DN: c=US, o=U.S. Government, ou=DoD,
ou=PKI, ou=USA,
cn=WICKHAM.TRACY.LYNN.1141218790
Date: 2014.01.02 13:39:21 -05'00'

Tracy L. Wickham
Contracting Officer

Acknowledged Receipt By: Michael McGinty
..........................

Title: Contracts Administrator
.................................................

Date Signed: January 2, 2014
.................................................

Michael
McGinty

Digitally signed by
Michael McGinty
DN: cn=Michael McGinty,
o, ou,
email=mmcginty@ecc.net
, c=US
Date: 2014.01.02 12:52:39
-07'00'

2



**CENTCOM**

**Constructors,**

**LLC**

**Regional Office**

1746 Cole Boulevard
Building 21, Suite 350
Lakewood, CO 80401

Phone:  303.298.7607
Fax:      303.298.7837

February 5, 2014                                                                4620.006.COR.H-0002

Gregory Walgate, PE, PMP
Resident Engineer
Bahrain Resident Office
Middle East District
U.S. Army Corps of Engineers

Subject:  W912ER-11-D-0010-0006, Transient Quarters and Enlisted and Officer DFAC
Regarding:  Interim Personnel

Mr. Walgate,

ECC is writing to request that the following personnel be permitted to fulfill the positions
indicated on an interim basis during execution of initial mobilization activities.  These site
activities include topographic and utility surveys, geotechnical investigation including boring,
fencing installation, water flow testing, and test pile installation.

These following personnel are authorized to represent ECC in leading the work.  Their resumes
are included as attachments to this email.

Sureshkumar Parmeswaran:  Site Superintendent
Sajith G. Menon:  Site Safety and Health Officer

Quality Control activities will be remotely monitored by ECC's Quality Control Program
Manager, Willie Toland, PE.  Additionally, ECC's existing Bachelor Enlisted Quarters on-site
project team is available to provide oversight and assist if the need arises.

ECC will soon provide our staffing plan for continuing the Bachelor Enlisted Quarters and
starting the Transient Quarters / DFAC.

If you have any questions or require additional information, please contact Jeff Stackow at
jstackow@ecc.net or 303-495-0297.

Sincerely,



Mike McGinty, CPCM
Contracts Administrator

cc:      J.  Leptrone, ECC
         J.  Stackow, ECC
         R.  Wilson, ECC
         R.  Plemmons, ECC

**Corporate Office**

1240 Bayshore Hwy
Burlingame, CA 94010

Phone:  650.347.1555
Fax:      650.347.3789

www.ecc.net

# KOOHEJI CONTRACTORS W.L.L.

RESUME OF KEY MANAGEMENT AND SUPERVISORY PERSONNEL
**Site Superintendent**

NAME : **Sureshkumar C. Parmeswaran**

Citizenship : Indian

TITLE : Site Superintendent

MAJOR RESPONSIBILITIES : Responsible for the smooth execution of the site as per schedule and coordinate and discuss with the Project Manager for requirement of manpower and resources etc.

QUALIFICATIONS : Diploma in Civil Engineering.
Diploma in Draughtsman (Civil)

EXPERIENCE : Total Experience – 27 years.
(From Feb ' 98  to till date with Kooheji in Bahrain)

Completed following major projects in Bahrain.

1. GCT – Project @ Juffair
2. Holiday inn Express International Building @ Hoora.
3. Durrat Al Bahrain ATOLL 2, 160 Luxury Villas" at Durrat Al Bahrain, Bahrain

4. Carried out various ALBA projects i.e.
Access Bridge between Potroom 1 &2 Link Ramp 3 & 6, 6 & 9, 2 & 12 at ALBA Bahrain

Construction of Access Bridge for Potroom 6, West side of Alba, Bahrain

Yearly General Maintenance Contract at ALBA, Bahrain.

5. Carried out various BANAGAS projects i.e.
Expansion of Head Office expansion BLDG.

6. Various maintenance works at Banagas.

7. Worked in various construction companies in India as Site Engineer / Site Supervisor from 1986 to 1997.

**A2058**

| CURRICULUM VITAE | |
|---|---|
| **SAJITH  G   MENON** | **(Mobile No)+973 33141541** |
| **Safety Officer** | **E –mail-sajithgnet@yahoo.com** |

## Carrier Summary

HSE Officer  with **07 and half years of experience** including **Micro Tunneling, Power Plant**, **Oil and Gas**, **Marine ,Pipe Line, Steel Plant and Building Projects** (Bahrain,UAE,Qatar and India)also **EPC Project** .Trainings attended include **NEBOSH, OSHA, IOSH Certificate**, basic first aid, loss prevention and practical scaffolding with leading Clients (**GASCO,TAKREER,EMAL,QP, SNC Lavlin , Worley Parsons, PETROFEC, MIC Qatar,SAMSUNG, ,SK and GS Engineering**) *With GCC Light Driving License*.

## Capabilities

- ❖ Implementation and updating of the Health, Safety procedures.
- ❖ Establish and maintain a professional relationship with Contractor's, Sub Contractor's HSE personnel and multination workforce.
- ❖ Manage and supervise the Safety Toolbox Talk, Training programs.
- ❖ Emergency Response, Training and Development of Fire prevention.
- ❖ Environmental Protection and Controls.
- ❖ Hazard studies and Risk Assessment and analysis.
- ❖ Incident / Accident Investigation, Reporting and Follow-ups.

## Educational Qualifications

- ➢ **Bachelor Degree in  science (Fire and Safety)**

- ➢ **Bachelor Degree in Commerce**

## Technical Qualifications

- ➢ **NEBOSH (IGC)** with **Credit, ArBrit Safety Solutions,** INDIA, 2011.

- ➢ **IOSH managing safely, TWI training centre,** Abu Dhabi, UAE, 2009.

- ➢ **OSHA (U.S Department Labour) Construction safety -30 hours,** UAE, 2009.

- ➢ **Diploma in Fire & Safety Engineering** (01 year),Regular Stream from **National Institute Fire & Safety Engineering (NIFE)**, Cochin, Kerala, India,2006.

- ➢ **Diploma in Safety Officer** (01 year), Distance education from **National Institute of Security Management (NISM)**, Bangalore, India, 2007.

- ➢ **Basic Life Support First Aid (BLS & First Aid) Provider Course** from **AMERICAN MISION HOSPITAL** Manama, Bahrain, 2012.

- ➢ **Training for H2S/BA Awareness from Venture Gulf Training Centre (VGTC**), Qatar

- ➢ **Pre ACCP** computer Course (1year) from **APTECH** computer education, India, 2005.

**Professional Trainings Attended**

| | |
|---|---|
| Waste Management & Hazardous Substance<br>Site Safety Awareness Training Program<br>Working Inside Confined Space<br>Life Safe Behaviour Training Course<br>Incident Reporting and Investigation Course<br>Risk Assessment for Supervisors Course | Confined Space  Awareness Training<br>Electrical Safety and LOTO Awareness Training<br>Mechanical Safety Awareness Training<br>POV (Preoperational verification) Training<br>Electrical Safety and LOTO Awareness Training<br>Hazard Identification. |

**Experiences:**

**Current Position: Safety Officer**

Working as a **Safety officer**, with **M/s Kooheji Contractors W.L.L, Bahrain**

**Job Responsibilities**

- ❖ Conduct Orientation and Training Programs for awareness of Company Policy, General Safety Rules and Working Procedures
- ❖ Preparation of HSE Procedures and Job Safety Analysis for the Project
- ❖ Construction, Specifications and Environment Hazard assessments through Method Statements
- ❖ The ability to promote HSSE responsibility within the team.
- ❖ Waste Management and assessments of construction especially of Concrete, Oil, Chemical, Hazardous material and Misc waste.
- ❖ Environment and Hygienic Control
- ❖ Inspection of Construction Equipment & Lifting Equipment and Scaffoldings
- ❖ Work Permits (Excavation, Confined Space, Hot Work, and Radiography & Road Closure.)
- ❖ Emergency Evacuation plan procedure and drill for Construction Site, Workshops Offices and Camp facility
- ❖ Maintaining and updating site Safety Statistics and Weekly/ Monthly Injuries Records
- ❖ Preparation of job and Report for HSE Department.
- ❖ The facilitation of HAZID, JSA and Risk reviews etc.
- ❖ Provide HSE guidance during shutdowns to the offshore teams
- ❖ The preparation, development and delivery of onshore inductions to new personnel, vendors and core crew prior to mobilization.

**Past Experience in BAHRAIN**

- ➢ Worked as **HSE Officer** in , **Implenia Construction Ltd ,** under **Samsung Engineering**, Muharraq,Hidd,**Bahrain**

| | | |
|---|---|---|
| Project Name | : | Muharraq Sewage Treatment Plant & Sewer Conveyance System |
| Name of client | : | Ministry of Works, Samsung Engineering Co., Ltd. |
| Period | : | 10/08/2012 to Till Date |
| Type of Work | : | Micro Tunnelling 15 km and Piling (20 shaft) |

**WITH TARGET ENGINEERING (UAE) Different projects:**

- ➢ Worked as **HSE Officer** in **EPC Contractor, TARGET Engineering Construction Co WLL,** under **TAKREER,** Abu Dhabi, Ruwais **U.A.E**.

| | | |
|---|---|---|
| Project Name | : | Sea Water Intake -3 Project (**Oil &Gas, Marine**) |
| Name of client | : | Takhreer & TR Engineering |

| | | |
|---|---|---|
| Period | : | 02/07/2011 to 08/08/2012 |
| Type of Work | : | **Shut Down** and Civil, Marine, Electrical, Mechanical. |

> Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** under **GASCO,** Abu Dhabi, Ruwais **U.A.E**.

| | | |
|---|---|---|
| Project Name | : | NGL -4 Train Project (**Oil &Gas**) |
| Name of client | : | GASCO, Petrofac & GS JV |
| Period | : | 20/12/2010 to 30/06/2011 |
| Type of Work | : | **Shut Down** and Structural Mechanical, Piping. |

> Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** Abu Dhabi.

| | | |
|---|---|---|
| Project Name | : | **Emal** 2000 MW Power Plant Project |
| Name of client | : | EMAL, SNC Lavlin, Worly Parson |
| Period | : | 26/10/2009 to 18/12/2010 |
| Type of Work | : | Electrical and Maintenance Works |

> Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** under **Nakheel,** Dubai, **U.A.E.**

| | | |
|---|---|---|
| Project Name | : | Jumeirah Islands Heights, Cluster (JIC) |
| Name of client | : | **Nakheel** |
| Period | : | 23/07/2009 to 25/10/2009 |
| Type of Work | : | Building project |

**With SIMPLEX INFRASTRUCRES (QATAR) Different projects:**

> Worked as **Safety Officer in Simplex Infrastructures Limited,** under **Doosan Heavy Industries & Con Co, Qatar.**

| | | |
|---|---|---|
| Project Name | : | 1250 MW Qatalum Power Plant Project (**Civil, Marine**) |
| Name of client | : | Qatalum, Doosan, MIC |
| Period | : | 09/04/2008 to 04/07/2009 |
| Type of Work | : | Civil, Marine Pipe Line and buildings |

> Worked as **Safety Officer in Simplex Infrastructures Limited, under Iberdrola, Qatar.**

| | | |
|---|---|---|
| Project Name | : | 2000 MW Mesaieed Power Plant Project (**Civil, Marine**) |
| Name of client | : | Qatar Petroleum, Iberdrola, MIC |
| Period | : | 18/06/2008 to 08/04/2009 |
| Type of Work | : | Civil, Marine, Pipe Line and buildings. |

**In INDIA Different projects:**

> Worked as **Safety Officer** in **Gannon Dunkerley &Co Limited,** under **Vizag Steel Plant ,** Vizag, India**.**

| | | |
|---|---|---|
| Project Name | : | Vizag Steel Plant Expansion Project |

**A2061**

| | | |
|---|---|---|
| Name of client | : | Vizag Steel Plant, Dustoor & Co |
| Period | : | 20/09/2007 to 10/06/2008 |
| Type of work | : | Civil and Mechanical |

➢ Worked as a **Safety Super** in **Larsen & Toubro Limited,** Under **Reliance Industries Limited,** Kakinada, AP, **India.**

| | | |
|---|---|---|
| Project Name | : | RIL – Onshore Gas Terminal Project (**Oil &Gas**) |
| Name of client | : | Bechtel & Reliance |
| Period | : | 01/10/2006 to 13/09/2007 |
| Type of work | : | Civil, Mechanical, Electrical, Gas Pipe lines, |

### Personnel Information

| | | |
|---|---|---|
| Father's Name | : | Gopalakrishnana Menon |
| Date of Birth | : | 18/03/1985 |
| Marital Status | : | Married |
| *Permanent Address* | : | Leelagopalam (H) Madathil (po) Kannur, Kerala, 670703, India |
| *Languages Known* | : | English, Hindi, Malayalam, Tamil, Telungu, and Bengali |

*Pass Port Detail*

| | | |
|---|---|---|
| Pass port No | : | K 3308589 |
| Place of issue | : | Kozhikode, Kerala, India |

### Driving Licence

1) Bahrain (GCC) Licence No – 850355370
2) India        Licence No -58/12108/2010

**A2062**



**International**

**Afghanistan
Administrative Offices
ECC International, LLC**

Mailing Address:

ECCI
Camp Phoenix
APO AE 09320

February 20, 2014                    5950.005.COR.H-037

Russell Wahlay
Office Engineer
Mezar e Sharif Area Office
Afghanistan Engineer District – North
US Army Corps of Engineers
Mazar-e-Sharif, Afghanistan

Subject:  Contract W5J9JE-10-D-0007-0005 Serial Letter RFP-0013, MN011 -
Descope Remaining Punch list Items

Dear Mr. Wahlay,

In response to Serial letter RFP-0013, please find enclosed proposal for items not
provided or installed at the project site.

We appreciate the opportunity to respond to this RFP, as it has proven to be most
difficult to access the site to install the remaining items on the punch list.  Most
items have previously been procured, but not yet installed due to the limited
access to the site for work crews.

Items that have been purchased already by ECCI will be turned over to the
Government or end user, and in those cases, only the installation costs have been
proposed as credit back to the Government through this RFP.  Invoices and wire
transfer information have been provided within this response to demonstrate
proof of purchase and respective item cost justifications.

It should also be noted that the explosion proof emergency light has been
previously provided, installed, and is currently in use on the project site.  No
credit is offered for this item since it was provided as originally required.

Total credit for this RFP, including appropriate credits of G&A and Fee is
$25,223.

Please contact myself or Bruce Fox at Bfox@ecc.net  if you require additional
information.

Sincerely,

Tony Foster  <small>Digitally signed by Tony Foster
DN: cn=Tony Foster, o=ECCI, ou,
email=tfoster@ecc.net, c=US
Date: 2014.02.20 09:53:33 +04'30'</small>
Tony Foster
Contracts Administrator IV


cc
B. Fox, ECCI
L. Naskidashvili, ECCI
B. Upton, ECCI

**Corporate Office**

1240 Bayshore Highway
Burlingame, CA 94010
USA

Phone:  +1.650.347.1555

Fax:      +1.650.347.8789

www.ecc.net

| CONTRACT PRICING PROPOSAL COVER SHEET | | 1. SOLICITATION/CONTRACT/MODIFICATION NO. (RFP) **Contract No. W5J9E-10-D-0007 0005** (See Far 52.215-20) | | FAR Part 15.408 Table 15-2 |
|---|---|---|---|---|

NOTE: This form is used in contract actions if submission of cost or pricing data is required.

| 2. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 3A. NAME AND TITLE OF OFFEROR'S POINT OF CONTACT | | 3B. TELEPHONE NO. |
|---|---|---|---|
| **Environmental Chemical Corporation** **1240 Bayshore Hwy,** **Burlingame, CA 94010** | **Mr. Manjiv S. Vohra, P.E., President** | | **(650) 347-1555** |

| 4. TYPE OF CONTRACT ACTION | | *(Check)* |
|---|---|---|
| | A. NEW CONTRACT | D. LETTER CONTACT |
| X | B. CHANGE ORDER | E. UNPRICED ORDER |
| | C. PRICE REVISION/ REDETERMINATION | F. OTHER *(Specify)* Delivery Order of Existing Contract |

| 5. TYPE OF CONTRACT *(Check)* | | | | 6. PROPOSED COST *(A+B=C)* | | |
|---|---|---|---|---|---|---|
| **X** FFP | ☐ CPFF | ☐ CPIF | ☐ CPAF | A. COST $ (23,796) | B. FIXED FEE $ (1,428) | C. TOTAL $ (25,223) |
| ☐ FPI | ☐ OTHER *(Specify)* | | | | | |

7. PLACE(S) AND PERIOD(S) OF PERFORMANCE
**Mes Balkh Province, Afghanistan**
- **Field Pop**

8. List and reference the identification, quantity and total price proposed for each contract line item  A line item cost breakdown supporting this recap is re-
quired unless otherwise specified by the Contracting C *(Continue on reverse, and then on plain paper, if necessary.  Use same headings.)*

| A. LINE ITEM NO. | B. IDENTIFICATION | C. QUANTITY | D. TOTAL PRICE | E. REF. |
|---|---|---|---|---|
| | **ANA Border Police Airport Security** **Change Request MN011 - Descope Remaining Punch List Items** **Mes Balkh Province, Afghanistan** | **1 lot** | **-$25,223** | Please see enclosed estimate |

9. PROVIDE NAME, ADDRESS, AND TELEPHONE NUMBER FOR THE FOLLOWING *(If available)*

| A. CONTRACT ADMINISTRATION OFFICE | B. AUDIT OFFICE |
|---|---|
| Mr. Michael Hurrell DCMA Lathrop          Phone (209) 941-7066 PO Box 232             Fax   (209) 941-7046 French Camp, CA 95231-0232 E-mail: Michael.Hurrell@dcma.mil | DCAA Mr. Milton Yanagisako - Branch Manager 480 San  Antonio Road - Suite 150 Mountain View, CA  94040-1218  (650) 917-5000 |

| 10. WILL YOU REQUIRE THE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THIS WORK? *(If "Yes," identify)* As identified in the solicitation ☐ YES   **X** NO | 11A DO YOU REQUIRE GOVERN- MENT CONTRACT FINANCING TO PERFORM THIS PROPOSED CONTRACT? *(If "Yes," complete Item 11B)* **X** YES   ☐ NO | 11B. TYPE OF FINANCING ( x one) ☐ ADVANCE    **X** PROGRESS PAYMENTS         PAYMENTS ☐ GUARANTEED LOANS |
|---|---|---|

| 12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? *(If "Yes," identify item(s), customer(s) and contract number(s))* **X** YES   ☐ NO | 13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTABLISHED ESTI- MATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31 COST PRINCIPLES? *(If "No," explain)* **X** YES   ☐ NO |
|---|---|

14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA          *(Public Law 91-379 as amended and FAR PART 30)*

| A. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULA- TIONS?   *(If "No," explain in proposal)* **X** YES   ☐ NO | B. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT *(CASB DS-1 or 2)? (If "Yes," specify in proposal the office to which submitted and if determined to be adequate)* **X** YES   ☐ NO |
|---|---|
| C. HAVE YOU BEEN NOTIFIED THAT YOU ARE OR MAY BE IN NON- COMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST ACCOUNTING STANDARDS?    *(If "Yes," explain in proposal)* ☐ YES   **X** NO | D. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS?    *(If "Yes," explain in proposal)* ☐ YES   **X** NO |

This proposal reflects our estimates and /or actual costs as of this date and conforms with the instructions in FAR 15.403-5(b)(1) and Table 15-2.
By submitting this proposal, we grant the Contracting Officer and authorized representative(s) the right to examine, at any time before award, those records, which include books, documents, accounting procedures and practices, and other data, regardless of type and form or whether such supporting information is specifically referenced or included in the proposal as the basis for pricing, that will permit an adequate evaluation of the proposed price.

| 15. NAME AND TITLE *(Type)* **Mr. Dale McCormick, Estimating Manager** | 16. NAME OF FIRM **Environmental Chemical Corporation** |
|---|---|
| 17. SIGNATURE | 18. DATE OF SUBMISSION **19 February 2014** |

Table 15-2 (Replaces SF1411)

**Table 15-2**          (REV. Jan 1-98)
Prescribed by DFAR Circular 97-2
FAR Part 15.408, Table 15-2

**ANA Border Police Airport Security**
**Change Request MN011 - Descope Remaining Punch List Items**
**Mes Balkh Province, Afghanistan**
## Table 15-2 Summary/Index

| *Element of Cost* | | *Amount* | *Primary Reference* | *Secondary Reference* |
|---|---|---|---|---|
| Subcontractors | $ | (21,867.00) | Direct Cost Summary | Subcontractor Summary |
| **Subtotal** | **$** | **(21,867.00)** | | |
| | | | | |
| G&A | $ | (1,928.67) | Indirect Cost Summary | Direct Cost Summary |
| Fee | $ | (1,427.74) | Indirect Cost Summary | Direct Cost Summary |
| **Grand Total** | **$** | **(25,223.41)** | Direct Cost Summary | Indirect Cost Summary |

Page 2 of 11
Govt Rule 4
3 of 34

3 of 34
Gov Rule 4 Supplement

**A2065**

Environmental Chemical Corp. *(Dominic Pieranunzio)*

1240 Bayshore Highway

Burlingame, CA 94010

*USACE*

*AED-N*

*Contract No. W5J9E-10-D-0007 0005*

**ANA Border Police Airport Security**
**Change Request MN011 - Descope Remaining Punch List Items**
**Mes Balkh Province, Afghanistan**
**ECC CLIENT COST SUMMARY**

| Item Number | Description | Qty | Unit | Labor | | Material Cost | Equipment Cost | ODC Cost | Subcontractor Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Cost | | | | | |
| | **MOD Item Description** | | | | | | | | | |
| 1 | Descope Remaining Punch List Items | 1 | LS | 0 | $ - | $ - | $ - | $ - | $ (25,223) | $ (25,223) |
| | TOTAL | | | 0 | $ - | $ - | $ - | $ - | $ (25,223) | $ (25,223) |

*Environmental Chemical Corp.*        *(Dominic Pieranunzio)*

*1240 Bayshore Highway*

*Burlingame, CA 94010*

*USACE*

*AED-N*

*Contract No. W5J9E-10-D-0007 0005*

**ANA Border Police Airport Security**
**Change Request MN011 - Descope Remaining Punch List Items**
**Mes Balkh Province, Afghanistan**
**ECC PROJECT DIRECT COST SUMMARY**

| Item | Description | Qty | Unit | Labor | | Material | Equipment | ODC | Subcontractor | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | | | | Hours | Cost | Cost | Cost | Cost | Cost | Cost |
| | **MOD Item Description** | | | | | | | | | |
| 1 | Descope Remaining Punch List Items | 1 | LS | - | $ - | $ - | $ - | $ - | $ (21,867.00) | $ (21,867.00) |
| | **SUB-TOTAL COST** | | | 0 | $ - | $ - | $ - | $ - | $ (21,867) | $ (21,867) |
| | E&C Division Overhead: 60.43% | | | | $ - | | | | | $ - |
| | **SUB-TOTAL** | | | | $ - | $ - | $ - | $ - | $ (21,867) | $ (21,867) |
| | General & Administrative: 8.82% | | | | $ - | $ - | $ - | $ - | $ (1,929) | $ (1,929) |
| | **SUB-TOTAL** | | | | $ - | $ - | $ - | $ - | $ (23,796) | $ (23,796) |
| | Fixed Fee: 6% | | | | $ - | $ - | $ - | $ - | $ (1,428) | $ (1,428) |
| | **TOTAL** | | | 0 | $ - | $ - | $ - | $ - | $ (25,223) | $ (25,223) |

Environmental Chemical Corp.
1240 Bayshore Highway
Burlingame, CA 94010

(Dominic Pieranunzio)

USACE
AED-N
Contract No. W5J9E-10-D-0007 0005

**ANA Border Police Airport Security**
**Change Request MN011 - Descope Remaining Punch List Items**
**Mes Balkh Province, Afghanistan**
**ECC ESTIMATE INDIRECT COST SUMMARY**

| Item No. | Description | Total Cost | Total Overhead | Total G&A | Total Fee | Total |
|---|---|---|---|---|---|---|
| | **MOD Item Description** | | | | | |
| 1 | Descope Remaining Punch List Items | $ (21,867.00) | $ - | $ (1,928.67) | $ (1,427.74) | $ (25,223.41) |
| | **TOTAL** | $ (21,867) | $ - | $ (1,929) | $ (1,428) | $ (25,223) |

**A2068**

Environmental Chemical Corp.     (Dominic Pieranunzio)
1240 Bayshore Highway
Burlingame, CA 94010

USACE
AED-N
Contract No. W5J9E-10-D-0007 0005

**ANA Border Police Airport Security**
**Change Request MN011 - Descope Remaining Punch List Items**
**Mes Balkh Province, Afghanistan**
**ECC ESTIMATE DETAIL REPORT**

| Item No. | Description | Qty | Unit | Unit Rate | Labor Hours | Labor Cost | Material Cost | Equipment Cost | ODC Cost | Subs Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **Descope Remaining Punch List Items** | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | Hood Fire Suppression System | -1 | LS | 500.00 | | | | | | (500.00) | (500.00) |
| | Whole House Fan in Dog Kennel | -1 | LS | 1,000.00 | | | | | | (1,000.00) | (1,000.00) |
| | Provide Fuel Level Sticks | -1 | LS | 100.00 | | | | | | (100.00) | (100.00) |
| | Fuel pipe Connection to Generator | -1 | LS | 430.00 | | | | | | (430.00) | (430.00) |
| | | | | | | | | | | | |
| | Connect Control Panels to Generator Fuel Transfer Pumps | -1 | LS | 2,800.00 | | | | | | (2,800.00) | (2,800.00) |
| | Training for Fuel System, Generator, and Dispensers | -1 | LS | 30.00 | | | | | | (30.00) | (30.00) |
| | Testing and Commissioning of Fuel Distribution and Bulk Systems | -1 | LS | 80.00 | | | | | | (80.00) | (80.00) |
| | Provide Weather proof Electrical Panels Under all Guard Towers | -1 | LS | 500.00 | | | | | | (500.00) | (500.00) |
| | Install Explosion Proof Fan | -1 | LS | 300.00 | | | | | | (300.00) | (300.00) |
| | Install Explosion Proof Emergency Light | -1 | LS | - | | | | | | - | - |
| | Training for HVAC, Whole House Fans, and Explosion proof items | -1 | LS | 40.00 | | | | | | (40.00) | (40.00) |
| | Provide Warranty Management Conference | -1 | LS | 20.00 | | | | | | (20.00) | (20.00) |
| | Provide O&M Manuals and DVDs of Training | -1 | LS | 50.00 | | | | | | (50.00) | (50.00) |
| | Provide Spare Parts | -1 | LS | 16,017.00 | | | | | | (16,017.00) | (16,017.00) |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **SUB-TOTAL COST** | | | | - | - | - | - | - | **(21,867.00)** | **(21,867.00)** |
| | E&C Division Overhead: 60.43% | | | | | - | | | | | - |
| | **SUB-TOTAL** | | | | - | - | - | - | - | **(21,867.00)** | **(21,867.00)** |
| | General & Administrative: 8.82% | | | | | - | - | - | - | (1,928.67) | (1,928.67) |
| | **SUB-TOTAL** | | | | - | - | - | - | - | **(23,795.67)** | **(23,795.67)** |
| | Fixed Fee: 6% | | | | | - | - | - | - | (1,427.74) | (1,427.74) |
| | **TOTAL** | | | | - | - | - | - | - | **(25,223.41)** | **(25,223.41)** |
| | **Basis of Estimate** | | | | | | | | | | |

*Environmental Chemical Corp.*      *(Dominic Pieranunzio)*  
*1240 Bayshore Highway*  
*Burlingame, CA 94010*

*USACE*  
*AED-N*  
*Contract No. W5J9E-10-D-0007 0005*

**ANA Border Police Airport Security**  
**Change Request MN011 - Descope Remaining Punch List Items**  
**Mes Balkh Province, Afghanistan**  
**ECC ESTIMATE DETAIL REPORT**

| Item No. | Description | Qty | Unit | Unit Rate | Labor Hours | Labor Cost | Material Cost | Equipment Cost | ODC Cost | Subs Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **TOTAL COST** | | | | - | - | - | - | - | (21,867.00) | (21,867.00) |
| | E&C Division Overhead: 60.43% | | | | | - | | | | | - |
| | **TOTAL OVERHEAD** | | | | | | | | | | - |
| | General & Administrative: 8.82% | | | | | - | - | - | - | (1,928.67) | (1,928.67) |
| | **TOTAL G&A** | | | | | | | | | | (1,928.67) |
| | Fixed Fee: 6% | | | | | - | - | - | - | (1,427.74) | (1,427.74) |
| | **TOTAL PROFIT** | | | | | | | | | | (1,427.74) |
| | | | | | | | | | | | |
| | **GRAND TOTAL** | | | | - | - | - | - | - | (25,223.41) | (25,223.41) |

*Environmental Chemical Corp.*        *(Dominic Pieranunzio)*

*1240 Bayshore Highway*

*Burlingame, CA 94010*

*USACE*

*AED-N*

*Contract No. W5J9E-10-D-0007 0005*

**ANA Border Police Airport Security**
**Change Request MN011 - Descope Remaining Punch List Items**
**Mes Balkh Province, Afghanistan**

## ECC SUBCONTRACTOR SUMMARY

| DESCRIPTION/BID ITEM | UNIT | UNIT RATE | TOTAL UNITS | TOTAL DOLLARS | SUBCONTRACTORS |
|---|---|---|---|---|---|
| **SUBCONTRACTOR** | | | | | |
| | | | | | |
| **MOD Items** | | | | | |
| **Item 1 - Subcontractor Costs** | | | | | |
| Hood Fire Suppression System | LS | $ 500.00 | (1.00) | $ (500.00) | **See Punch List Items** |
| Whole House Fan in Dog Kennel | LS | $ 1,000.00 | (1.00) | $ (1,000.00) | **See Punch List Items** |
| Provide Fuel Level Sticks | LS | $ 100.00 | (1.00) | $ (100.00) | **See Punch List Items** |
| Fuel pipe Connection to Generator | LS | $ 430.00 | (1.00) | $ (430.00) | **See Punch List Items** |
| Connect Control Panels to Generator Fuel Transfer Pumps | LS | $ 2,800.00 | (1.00) | $ (2,800.00) | **See Punch List Items** |
| Training for Fuel System, Generator, and Dispensers | LS | $ 30.00 | (1.00) | $ (30.00) | **See Punch List Items** |
| Testing and Commissioning of Fuel Distribution and Bulk Systems | LS | $ 80.00 | (1.00) | $ (80.00) | **See Punch List Items** |
| Provide Weather proof Electrical Panels Under all Guard Towers | LS | $ 500.00 | (1.00) | $ (500.00) | **See Punch List Items** |
| Install Explosion Proof Fan | LS | $ 300.00 | (1.00) | $ (300.00) | **See Punch List Items** |
| Install Explosion Proof Emergency Light | LS | $ - | (1.00) | $ - | **See Punch List Items** |
| Training for HVAC, Whole House Fans, and Explosion proof items | LS | $ 40.00 | (1.00) | $ (40.00) | **See Punch List Items** |
| Provide Warranty Management Conference | LS | $ 20.00 | (1.00) | $ (20.00) | **See Punch List Items** |
| Provide O&M Manuals and DVDs of Training | LS | $ 50.00 | (1.00) | $ (50.00) | **See Punch List Items** |
| Provide Spare Parts | LS | $ 16,017.00 | (1.00) | $ (16,017.00) | **See Punch List Items** |
| | | $ - | - | $ - | |
| | | $ - | - | $ - | |
| **SUBCONTRACTOR TOTAL** | | | | **$ (21,867.00)** | |

W5J9E-10-D-0007  0005
ANP Border police Airport Security
Mes Balkh Province, Afghanistan

Change Request MN011
Descope Remaining Punchlist Items

| # | Item Description | Materials Cost | Installation Cost | Amount of Descope | Comments |
|---|---|---|---|---|---|
| 1 | Hood Fire Suppression System | $ 4,987 | $ 500 | $ 500 | Material Purchased, but not yet installed.  Proof of purchase provided. Descope amount is installation costs only.  Material to be handed over to end user. |
| 2 | Whole House Fan in Dog Kennel | $ 2,498 | $ 1,000 | $ 1,000 | Material Purchased, but not yet installed.  Proof of purchase provided. Descope amount is installation costs only.  Material to be handed over to end user. |
| 3 | Provide Fuel Level Sticks | $ 100 | N/A | $ 100 | Material not provided.  No installation req'd. |
| 4 | Fuel pipe Connection to Generator | N/A | $ 430 | $ 430 | Materials provided and on site.  Final Connections not yet made. |
| 5 | Connect Control Panels to Generator Fuel Transfer Pumps | N/A | $ 2,800 | $ 2,800 | Materials provided and on site.  Final Connections not yet made. |
| 6 | Training for Fuel System, Generator, and Dispensers | N/A | $ 30 | $ 30 | Materials Provided and installed on site.  Training already provided for Generator and Fuel Dispensers.  Only Fuel System Training remains.  Estimate 3 hours training conducted by Nasir Khan (ECCI LN Project QC Engineer) required. |
| 7 | Testing and Commissioning of Fuel Distribution and Bulk Systems | N/A | $ 80 | $ 80 | Materials Provided and installed on site. Estimate 8 hours for Commissioning and training of Fuel Distribution and Bulk systems conducted by Nasir Khan (ECCI LN Project QC Engineer). |
| 8 | Provide Weather proof Electrical Panels Under all Guard Towers | $ 520 | $ 500 | $ 500 | Panels Purchased, but not yet installed.  Proof of purchase provided. Descope amount is installation costs only.  Panels to be handed over to end user. |
| 9 | Install Explosion Proof Fan | $ 2,475 | $ 300 | $ 300 | Fan Purchased, but not yet installed.  Explosion proof disconnect, conduit, and wiring is already installed, and rough in hole is already in the wall of the building. Proof of purchase provided. Descope amount is installation costs only.  Fan to be handed over to end user. |
| 10 | Install Explosion Proof Emergency Light | N/A | N/A | 0 | This item was purchased, installed at the project site, and is currently in use. |
| 11 | Training for HVAC, Whole House Fans, and Explosion proof items | N/A | $ 40 | $ 40 | Materials Provided. Estimate 4 hours for Training conducted by Nasir Khan (ECCI LN Project QC Engineer) for Whole House fan and Explosion Proof items. |
| 12 | Provide Warranty Management Conference | N/A | $ 20 | $ 20 | Estimate 2 Hours for Conference Meeting by Nasir Khan (ECCI LN Project QC Engineer). |
| 13 | Provide O&M Manuals and DVDs of Training | $ 50 | N/A | $ 50 | Estimated total costs for Re-submittal of Complete O&M with materials identified above and one additional training DVD. |
| 14 | Provide Spare Parts | $ 16,017 | N/A | $ 16,017 | Materials not provided.  Vendor quote provided for cost basis. |
| | Total Descope Amount | | | $ 21,867.00 | |

**ANA Border Police Airport Security**
**Change Request MN011 - Descope Remaining Punch List Items**
**Mes Balkh Province, Afghanistan**
**ECC INDIRECT MARKUP BASIS**

**February 7, 2011**
**Forward Pricing**
**Rates for FY 2011**  << Original Indirect and Profit Rates

**Expense Pool**

**General and Administrative:**

General & Administrative: 8.82%                    8.82%

**Fee**
Fixed Fee: 6%                    6.00%

# COST AND PRICING ELEMENTS

| SUBCONTRACT | Unit | Quantity (Judgemental) | Unit Rate — Identification of Unit Cost | Unit Cost | | Extension (Factual) | |
|---|---|---|---|---|---|---|---|
| Hood Fire Suppression System | LS | -1 | Factual | $ | 500.00 | $ | (500.00) |
| Whole House Fan in Dog Kennel | LS | -1 | Factual | $ | 1,000.00 | $ | (1,000.00) |
| Provide Fuel Level Sticks | LS | -1 | Factual | $ | 100.00 | $ | (100.00) |
| Fuel pipe Connection to Generator | LS | -1 | Factual | $ | 430.00 | $ | (430.00) |
| Pumps | LS | -1 | Factual | $ | 2,800.00 | $ | (2,800.00) |
| Training for Fuel System, Generator, and Dispensers | LS | -1 | Factual | $ | 30.00 | $ | (30.00) |
| Systems | LS | -1 | Factual | $ | 80.00 | $ | (80.00) |
| Towers | LS | -1 | Factual | $ | 500.00 | $ | (500.00) |
| Install Explosion Proof Fan | LS | -1 | Factual | $ | 300.00 | $ | (300.00) |
| Install Explosion Proof Emergency Light | LS | -1 | Factual | $ | - | $ | - |
| Training for HVAC, Whole House Fans, and Explosion proof items | LS | -1 | Factual | $ | 40.00 | $ | (40.00) |
| Provide Warranty Management Conference | LS | -1 | Factual | $ | 20.00 | $ | (20.00) |
| Provide O&M Manuals and DVDs of Training | LS | -1 | Factual | $ | 50.00 | $ | (50.00) |
| Provide Spare Parts | LS | -1 | Factual | $ | 16,017.00 | $ | (16,017.00) |
| **Total Subcontracts** | | | | | | **$** | **(21,867.00)** |

| ODCs | Unit | Quantity (Judgemental) | Unit Rate — Identification of Unit Cost | Unit Cost | | Extension (Factual) | |
|---|---|---|---|---|---|---|---|
| DBA Insurance - Calculated for Subs | LS | 0 | Factual | $ | (133.03) | $ | - |
| **Total ODCs** | | | | | | **$** | **-** |

| Cost Recap | | |
|---|---|---|
| Direct Labor Costs | $ | - |
| Indirect Labor Costs | $ | - |
| Subcontract Costs | $ | (21,867.00) |
| ODC Costs | $ | - |
| Sub Total $ | | (21,867.00) |

| | Unit Rate — Identification of Unit Cost | Rate | Extension (Factual) | |
|---|---|---|---|---|
| **G&A** Applied to All costs (Direct and Indirect) See Forward Pricing Rates for Backup | Factual | 8.82% | $ | (1,928.67) |
| Sub Total $ | | | | (23,795.67) |
| **Profit** Applied to All costs (Direct and Indirect) | Judgemental | 6.00% | $ | (1,427.74) |
| **Grand Total** | | | **$** | **(25,223.41)** |

**A2074**

**A2075**

13 of 34

**W5J9E-10-D-0007  0005**
**ANP Border police Airport Security**
**Mes Balkh Province, Afghanistan**

**Change Request MN011**
**Descope Remaining Punchlist Items**

| # | Item Description | Materials Cost | Installation Cost | Amount of Descope | Comments |
|---|---|---|---|---|---|
| 1 | Hood Fire Suppression System | $ 4,987 | $ 500 | $ 500 | Material Purchased, but not yet installed.  Proof of purchase provided. Descope amount is installation costs only.  Material to be handed over to end user. |
| 2 | Whole House Fan in Dog Kennel | $ 4,098 | $ 1,000 | $ 1,000 | Material Purchased, but not yet installed.  Proof of purchase provided. Descope amount is installation costs only.  Material to be handed over to end user. |
| 3 | Provide Fuel Level Sticks | $ 100 | N/A | $ 100 | Material not provided.  No installation req'd. |
| 4 | Fuel pipe Connection to Generator | N/A | $ 430 | $ 430 | Materials provided and on site.  Final Connections not yet made. |
| 5 | Connect Control Panels to Generator Fuel Transfer Pumps | N/A | $ 2,800 | $ 2,800 | Materials provided and on site.  Final Connections not yet made. |
| 6 | Training for Fuel System, Generator, and Dispensers | N/A | $ 30 | $ 30 | Materials Provided and installed on site.  Training already provided for Generator and Fuel Dispensers.  Only Fuel System Training remains.  Estimate 3 hours training conducted by Nasir Khan (ECCI LN Project QC Engineer) required. |
| 7 | Testing and Commissioning of Fuel Distribution and Bulk Systems | N/A | $ 80 | $ 80 | Materials Provided and installed on site. Estimate 8 hours for Commissioning and training of Fuel Distribution and Bulk systems conducted by Nasir Khan (ECCI LN Project QC Engineer). |
| 8 | Provide Weather proof Electrical Panels Under all Guard Towers | $ 520 | $ 500 | $ 500 | Panels Purchased, but not yet installed.  Proof of purchase provided. Descope amount is installation costs only.  Panels to be handed over to end user. |
| 9 | Install Explosion Proof Fan | $ 3,311 | $ 300 | $ 300 | Fan Purchased, but not yet installed.  Explosion proof disconnect, conduit, and wiring is already installed, and rough in hole is already in the wall of the building. Proof of purchase provided. Descope amount is installation costs only.  Fan to be handed over to end user. |
| 10 | Install Explosion Proof Emergency Light | N/A | N/A | 0 | This item was purchased, installed at the project site, and is currently in use. |
| 11 | Training for HVAC, Whole House Fans, and Explosion proof items | N/A | $ 40 | $ 40 | Materials Provided. Estimate 4 hours for Training conducted by Nasir Khan (ECCI LN Project QC Engineer) for Whole House fan and Explosion Proof items. |
| 12 | Provide Warranty Management Conference | N/A | $ 20 | $ 20 | Estimate 2 Hours for Conference Meeting by Nasir Khan (ECCI LN Project QC Engineer). |
| 13 | Provide O&M Manuals and DVDs of Training | $ 50 | N/A | $ 50 | Estimated total costs for Re-submittal of Complete O&M with materials identified above and one additional training DVD. |
| 14 | Provide Spare Parts | $ 16,017 | N/A | $ 16,017 | Materials not provided.  Vendor quote provided for cost basis. |
| | **Total Descope Amount** | | | **$ 21,867.00** | |

# Kitchen Hood Fire Suppression System

**Rebecca Castro - Re: NOA/NTP - Kitchen Hood Suppression System**

| | |
|---|---|
| **From:** | Lili Naskidashvili |
| **To:** | Vangie Sanchez |
| **Date:** | 5/19/2013 8:45 PM |
| **Subject:** | Re: NOA/NTP - Kitchen Hood Suppression System |
| **CC:** | Bec Castro; Bruce Fox; Tony Foster |
| **Attachments:** | scan0322_1.pdf |

Bec,

Have you seen attached invoice - we need to pay it tonight please.

Also, Vangie - please issue Naffco NTP on our letterhead and send it to

Shahanshah Alam Khan <export-coord@naffco.ae>

Lily Naskidashvili
Project Coordinator
ECC International
Mazar - e -Sherif, Afghanistan
Tel:     + 93 (798) 724 317
          +1 (650) 464-5128
Email: LNaskidashvili@ecc.net
Skype: ecc.lili.naskidashvili

>>> Evangeline Sanchez 5/18/2013 10:36 AM >>>

Mr. Kumar,

This is to correct the value in my earlier email. Total amount of this order should be **AED 8,800 or $2,396.19** based on market's current exchange rate.

Also, please send your invoice for the 50% advance payment for processing.



Thanks and regards,

**Ms. Vangie D. Sanchez**
Procurement Specialist
ECC International
Kabul PMO - Afghanistan
Email: ESanchez@ecc.net
Skype: ecc.evangeline.sanchez
Roshan Cell: (+93) 0790844066

>>> On 5/18/2013 at 8:53 AM, in message <51970227.BEB : 57 : 122>, Evangeline Sanchez wrote:

Mr. Kumar,

Please consider this as ECCI's official NTP for the  supply of Kitchen Hood Fire Suppression System in accordance to ECCI's requirement as outlined in the attached drawings, and NAFFCO's quotation dated 14th May 2013 noting a total firm fixed price of $ 8,800.00. Materials shall be available for shipment 6-8 weeks upon receipt of this official NTP.

Govt Rule 4
file:///C:/Users/ECCUSER/AppData/Local/Temp/XPgrpwise/519947F3DENCO_DOMDE...   5/20/2013
15 of 34
15 of 34
Gov Rule 4 Supplement

**A2077**



## Wire And Draft Detail Report - ENVIRONMENTAL CHEMICAL CORP.

**International Wire**

**USD**

| Sequence Number | Confirmation No 1 | Status | Amount |
|---|---|---|---|
| Confirmation No 2 | | | Final Converted Amount |
| 5127101 | WIRE-130528501695 | Confirmed | 1,200.00 USD DR |
| FED-002230 | | | |

| | | |
|---|---|---|
| From Template: | N | |
| Value Date: | 5/28/2013 | |
| Send Date: | 5/28/2013 | |
| Debit Account#: | 1891553024-USD | |
| Rate: | 1 | |
| Beneficiary ID Type: | Account Number | |
| Beneficiary ID: | AE480460001041013090004 | |
| Beneficiary Name: | NAFFCO | |
| Beneficiary Address 1: | JEBEL ALI SOUTH ZONE, | |
| Beneficiary Address 2: | PO BOX 17014, DUBAI, U.A.E. | |
| Beneficiary Bank ID Type: | SWIFT (international) | |
| Beneficiary Bank ID: | UARBAEAA | |
| Beneficiary Bank Name: | UNITED ARAB BANK | |
| Beneficiary Bank Address 1: | , | |
| Beneficiary Bank Address 3: | SHARJAH UNITED ARAB EMIRATES | |
| Details of Payment Line 1: | INV NO. INV.AL.05.012 | |

| Date/Time | Log In ID | Action |
|---|---|---|
| 05/28/2013 02:34:09 PM | wr191127tnio@wr191127 | create |
| 05/28/2013 04:48:04 PM | wr191127bl@wr191127 | approve |
| 05/28/2013 04:48:14 PM | Host System | Processing By Bank |
| 05/28/2013 05:00:22 PM | Host System | Confirmed |

|  | | |
|---|---|---|
| USD Total | DR: | 1,200.00 |
| | CR: | 0.00 |

Govt Rule 4
16 of 34
16 of 34
Gov Rule 4 Supplement

**A2078**

**From:** Rohan Kabra (DHL AE) [mailto:Rohan.Kabra@dhl.com]
**Sent:** Thursday, September 26, 2013 4:07 PM
**To:** Anish O.K
**Cc:** Charlie Smallwood; 'Lisa Byrd'; Shahanshah Alam Khan
**Subject:** RE: DG- SHIPMENT TO AFGHANISTAN ( ECC)

Dear Anish,

We thank you for your inquiry and are pleased to quote as follows:

**QUOTATION DOOR TO AIRPORT ONLY**

| Shipment Details | Origin | Destination | Description | DG Charges |
|---|---|---|---|---|
| UN6594 OK ON PAX | DXB | KBL | Freight | * AED 8,600.62 |
| Limit 75kgs / Assume 55kgs | | | DG Certificate | AED 300.00 |
| | | | Repacking | AED 480.00 / 2boxes |
| | | | Labeling | AED 120.00 / box |
| | | | | Total = 9,500.62/- |

*Note: Chargeable weight may change after repacking.

Documents required:
Original Commercial Invoice
Original Packing List

Please ensure consignee has a valid import license.

Transit time : 3 – 5 days (excluding DCA and police approvals if required, add 1-2 days and customs clearance in destination)
Airline destination approval is required prior to uplift.

Above rate is subject to space and flight availability on time of shipping.

Looking forward to your confirmation and for further assistance, please do not hesitate to contact

**Rohan Kabra**
Advisor - Key Account Desk

DHL EXPRESS
P.O.Box 6252
Dubai
United Arab Emirates

Phone: +971 4 2924314
Mobile: +971 0 971552941063

**A2079**



## Wire And Draft Detail Report - ENVIRONMENTAL CHEMICAL CORP.

| International Wire | | | |
|---|---|---|---|
| **USD** | | | |
| Sequence Number | Confirmation No 1 | Status | Amount |
| Confirmation No 2 | | | Final Converted Amount |
| **6013014** | WIRE-131021501195 | Confirmed | 1,198.00 USD DR |
| FED-001349 | | | |

| | | |
|---|---|---|
| From Template: | N | |
| Value Date: | 10/21/2013 | |
| Send Date: | 10/21/2013 | |
| Debit Account#: | 1891553024-USD | |
| Rate: | 1 | |
| Beneficiary ID Type: | IBAN | |
| Beneficiary ID: | AE48 0460 0010 4101 3090 004 | |
| Beneficiary Name: | NATIONAL FIRE FIGHTING MANUFACTURIN | |
| Beneficiary Address 1: | FZCO. | |
| Beneficiary Bank ID Type: | SWIFT (International) | |
| Beneficiary Bank ID: | UARBAEAA | |
| Beneficiary Bank Name: | UNITED ARAB BANK | |
| Beneficiary Bank Address 1: | ' | |
| Beneficiary Bank Address 3: | SHARJAH UNITED ARAB EMIRATES | |
| Details of Payment Line 1: | INV NO. NF-EXP-INV-AL13 | |

| Date/Time | Log In ID | Action |
|---|---|---|
| 10/21/2013 03:40:45 PM | wr191127tnlo@wr191127 | create |
| 10/21/2013 04:35:00 PM | wr191127bl@wr191127 | approve |
| 10/21/2013 04:35:06 PM | Host System | Processing By Bank |
| 10/21/2013 04:44:21 PM | Host System | Confirmed |

|  | USD Total | DR: | 1,198.00 |
|---|---|---|---|
|  |  | CR: | 0.00 |

Govt Rule 4
18 of 34
18 of 34
Gov Rule 4 Supplement

**A2080**

# Whole House Fan

**A2081**

# SUBMITTAL

**Job Title:** STAR LIGHT WHOLE HOUSE FAN

**Date:** 05/21/13
**Submitted By:** Dustin Skees

HOFFMAN & HOFFMAN INC
617 INNOVATION DR STE 103
CHESAPEAKE , VA   23320
US
Phone:   (757)548-1700
Fax:       (757)548-1727
Email Address:  Bob.Hancock@Hoffman-Hoffman.com

Charlie,

(1) Model RDU Propeller Upblast Exhaust Fan

5-Working Day Build + 3-4 Days Shipping

FFA, Net Total = $2,498.⁰⁰ +TAX

Thanks,
Dustin Skees



**GREENHECK**
**Building Value in Air.**

P.O. Box 410     Schofield, WI  54476     (715) 359-6171     FAX (715) 355-2399     www.greenheck.com

CAPS 4.11.1402          C:\Users\Dustin\Documents\CAPS\Jobs\STAR LIGHT WHOLE HOUSE FAN.gfcj          Page 1 of 2

Govt Rule 4
20 of 34
20 of 34
Gov Rule 4 Supplement

**A2082**



**SUPERIOR AIR FREIGHT**

551 Woodlake Circle, Chesapeake, VA 23320
(757) 855-7772    (800) 676-7772    Fax: (757) 855-8300

# ORIGINAL INVOICE

CUSTOMER COPY

| BILL TO | | CUSTOMER REF NO. | INVOICE NUMBER<br>Refer to this number |
|---|---|---|---|
| ECC                          4070<br>4433 CORPORATION LANE<br>SUITE 200<br>VIRGINIA BEACH VA 23462 | | SOFJOC | 165238 |

| | SHIPMENT DATE | INVOICE DATE |
|---|---|---|
| | 06/06/2013 | 06/19/2013 |

| SHIPPER/FROM | CONSIGNEE/TO |
|---|---|
| DUBAI WORLD CENTRAL<br>FRT HOUSE #3, 1ST FLOOR, OFFIC<br>PO BOX 6027<br>DUBAI - U.A.E. | ECCI<br>C/O USACE<br>MAZAR-SHARIIF<br>CAMP MARMAL |

## DETAILS

INT'L DOOR-TO-DOOR

LOG #    0606-030

MAWB #  674-5190-841            AGENT DM            SUPERIOR AWB # 109369

## DESCRIPTION

| PIECES | DESCRIPTION/COMMODITY | WEIGHT | CHARGES |
|---|---|---|---|
| 1 | Fan | 30 KG | $1,600.00 |

**PAYMENT TERMS: NET 30 DAYS**

Subject to Terms & Conditions

Please pay this amount

**TOTAL DUE:**    $1,600.00

Please Remit Payment to:

**Superior Air Freight**
**551 Woodlake Circle**
**Chesapeake, VA  23320**

**✱ Do you accept invoices by email?**

Send your accounts payable email
address to accounting@superiorair.com
to begin receiving electronic invoices.

Direct account inquiries to accounting@superiorair.com or 1-800-676-7772.

The rights and responsibilities of each party are set forth in Superior Air Freight's Terms & Conditions which is incorporated herein by reference.

Superior's Terms & Conditions can be found at www.superiorair.com or by request by calling 1-800-676-7772.

www.superiorair.com            Tracking: www.superiortrack.com

**THANK YOU FOR CHOOSING SUPERIOR AIR FREIGHT**

**A2083**




# Model: RDU-24-411-J7

## Propeller Upblast Direct Drive

### Standard Construction Features:
- Curb cap, drive frame and windband of galvanized construction - Windband has built in damper stops - Butterfly dampers - Cast aluminum airfoil blade propeller - Ball bearing motors - Corrosion resistant fasteners

### Options & Accessories:
Motor with 50 Degree C Ambient Temperature
Motor with Class F Insulation
Motor Manufactured in USA Only
UL/cUL 705 Listed - "Power Ventilators"
Switch, NEMA-3R, Toggle, Junction Box Mounted & Wired
Aluminum Construction
Cast Aluminum Propeller
Aluminum Butterfly Damper
Damper Lifters with 165 F Fusible Links
Damper Latches
Outlet Guard
Curb Seal
Tie Down Points/Lifting Lugs

## Dimensional

| Qty | Weight w/o Accessories (kg) | Weight with Accessories (kg) | Roof Opening (mm) |
|---|---|---|---|
| 1 | 58 | 70 | 737 x 737 |

## Performance

| Requested Volume (L/sec) | Actual Volume (L/sec) | External SP (Pa) | Total SP (Pa) | Fan RPM | Operating Power (kW) | Elevation (m) | Airstream Temperature (C) | Tip Speed (MPH) | SE (%) |
|---|---|---|---|---|---|---|---|---|---|
| 2,124 | 2,159 | 50 | 51.7 | 1425 | 0.34 | 0 | 21 | 45.486 | 33 |

## Motor

| Motor Mounted | Size (hp) | V/C/P | Encl. | Motor RPM | Windings | NEC FLA* (Amps) |
|---|---|---|---|---|---|---|
| Yes | 3/4 | 400/50/3 | TEFC | 1425 | 1 | NA |

## Sound Power by Octave Band

| Sound Data | 62.5 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | LwA | dBA | Sones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inlet | 83 | 83 | 89 | 88 | 85 | 80 | 73 | 67 | 90 | 78 | 27 |



△ Operating BkW point
○ Operating point at Total SP
• Operating point at External SP
— Fan curve
····· System curve
------ Brake kilowatts curve



| External SP | 50 | Pa |
|---|---|---|
| Direct Drive Rpm Adjustment | 1.7 | Pa |
| Total SP | 51.7 | Pa |

### Notes:
All dimensions shown are in units of mm.
*FLA - based on tables 150 or 148 of National Electrical Code 2002. Actual motor FLA may vary, for sizing thermal overload, consult factory.
LwA - A weighted sound power level, based on ANSI S1.4
dBA - A weighed sound pressure level, based on 11.5 dB attenuation per Octave band at 1.5 m - dBA levels are not licensed by AMCA International
Sones - calculated using AMCA 301 at 1.5 m

CAPS 4.11.1402     C:\Users\Dustin\Documents\CAPS\Jobs\STAR LIGHT WHOLE HOUSE FAN.gfcj     Page 2 of 2

Govt Rule 4
22 of 34
22 of 34
Gov Rule 4 Supplement

**A2084**

# Generator and Fuel Connections



## Hamdard Cordova Group
**Construction, Capacity Building, Services & Management Consultants**

### ORIGINAL INVOICE

Project Name: Border Police Airport Security Mazar-E-Sharif
ECCI Project Number: 8301.005
ECCI Purchase Order Number: TBD
Agreement Number: HCG.CSA.AEDMATOC.8301

Date: April 25th, 2013_
ECCI's Prime Contract Number: W5J9LE-10-D-0007-0005
Invoice No: HCGMBP-021
ECCI Point of Contact:

### *Invoice*

| No | Description | Size | QTY | Unit | Unit Price | Total |
|----|-------------|------|-----|------|-----------|-------|
| 1 | Roper pump 3 inch with explosion proof motor & control panel SKID mounted | 3 inch | 2 | PC | $12,500.00 | $25,000.00 |
| 2 | Viking pump with motor & contorl panel SKID mounted | 1 inch | 1 | PC | $23,200.00 | $23,200.00 |
| 3 | Black Steel Pipe | 40 mm | 24 | LM | $18.00 | $432.00 |
| 4 | Black Steel Pipe | 100 mm | 54 | LM | $30.00 | $1,620.00 |
| 5 | Flang and- Fitting | 40 mm | 8 | PC | $60.00 | $480.00 |
| 6 | Elbow and fitting | 40 mm | 11 | PC | $75.00 | $825.00 |
| 7 | Coupling and fitting | 40 mm | 2 | PC | $45.00 | $90.00 |
| 8 | Flang and- Fitting | 50 mm | 4 | PC | $85.00 | $340.00 |
| 9 | Reducer and fitting | 50 *40 mm | 2 | PC | $50.00 | $100.00 |
| 10 | Reducer and fitting | 100 mm | 2 | PC | $105.00 | $210.00 |
| 11 | Flang and- Fitting | 100 mm | 28 | PC | $130.00 | $3,640.00 |
| 12 | Tee and fitting | 100 mm | 2 | PC | $95.00 | $190.00 |
| 13 | Tee and fitting | 40 mm | 1 | PC | $80.00 | $80.00 |
| 14 | Elbow and fitting | 100 mm | 20 | PC | $125.00 | $2,500.00 |
| 15 | Valve | 40 mm | 4 | PC | $150.00 | $600.00 |
| 16 | Valve | 100 mm | 6 | PC | $550.00 | $3,300.00 |
| 17 | Check Valve | 100 mm | 4 | PC | $550.00 | $2,200.00 |
| 18 | Strainer | 100 mm | 4 | PC | $120.00 | $480.00 |
| 19 | Installation of roper SKID Pump | 3 inch | 2 | PC | $800.00 | $1,600.00 |
| 20 | Installation of Viking SKID Pumps | 1 inch | 1 | PC | $1,200.00 | $1,200.00 |
| 21 | Lay out & Installation of Black Steel Pipe above ground | 40 mm | 24 | LM | $52.00 | $1,248.00 |
| 22 | Lay out & Installation of Black Steel Pipe above ground | 100 mm | 54 | LM | $66.50 | $3,591.00 |
| 23 | Installation of fitting - flang | 40 mm | 8 | LM | $80.00 | $640.00 |
| 24 | Installation of fitting - Elbow | 40 mm | 11 | LM | $40.00 | $440.00 |
| 25 | Installatio of fitting - Coupling | 40 mm | 2 | LM | $40.00 | $80.00 |
| 26 | Installation of fitting - flang | 50 mm | 4 | LM | $40.00 | $160.00 |
| 27 | Installatio of fitting - Reducer | 50 *40 mm | 2 | LM | $40.00 | $80.00 |
| 28 | Installatio of fitting - Reducer | 100 mm | 2 | LM | $95.00 | $190.00 |
| 29 | Installation of fitting - flang | 100 mm | 28 | LM | $95.00 | $2,660.00 |
| 30 | Installation of fitting - Tee | 100 mm | 2 | LM | $95.00 | $190.00 |
| 31 | Installation of fitting - Tee | 40 mm | 1 | LM | $80.00 | $80.00 |
| 32 | Installation of fitting - Elbow | 100 mm | 20 | LM | $95.00 | $1,900.00 |

Control Panel Connections

Fuel Pipe Connection to Generator

**A2086**

# Electrical Panels



## OMRAN STEEL TECH

# Quote

| To: | Name: | **Lili Naskidashvili** | | Date: | **June 10, 2013** |
|---|---|---|---|---|---|
| | Company: | **ECC International** | | Quote No. #: | **113** |
| | Address: | | | Customer ID: | **[N/A]** |
| | Email: | Lnaskidashvili@ecc.net | | Mode: | **2** |
| | Phone: | **0798 724 317** | | Expiration Date: | **June 25, 2013** |
| | Project: | **Mazar-E Sharif, Afghanistan** | | Currency: | **USD** |

| No. | Description | UoM | Quantity | Unit Price | TOTAL |
|---|---|---|---|---|---|
| 1 | Electrical Panel Board Enclosure | EA | 4 | 130.00 | 520.00 |
| 2 | | | | | - |
| 3 | | | | | - |
| 4 | | | | | - |
| 5 | | | | | - |
| 6 | | | | | - |
| 7 | | | | | - |
| 8 | | | | | - |
| 9 | | | | | - |
| 10 | | | | | - |
| 11 | | | | | - |
| 12 | | | | | - |
| 13 | | | | | - |
| 14 | | | | | - |
| 15 | | | | | - |
| 16 | | | | | - |
| 17 | | | | | - |
| 18 | | | | | - |
| 19 | | | | | - |
| 20 | | | | | - |
| 21 | | | | | - |
| 22 | | | | | - |
| 23 | | | | | - |
| 24 | | | | | - |
| 25 | | | | | - |
| 26 | | | | | - |
| 27 | | | | | - |
| 28 | | | | | - |
| 29 | | | | | - |
| | | | | Total | $ 520.00 |

Enclosures are in accordance to NEMA 3R or IP22 (as submitted shop-drawing)
F.O.B: OST Factory in Kabul
Payment Term: 50% Advance and rest 50% Pursuant to progress of our Work
Lead-Time :1 Week after 50% Advance input
E.&.O.E

**OMRAN STEEL TECH**
www.ost-af.com | info@ost-af.com | 0093 (0) 799 798 284
Previous Road of Police Station District#9, Kabul - Jalal Abad Road

# Explosion Proof Fan

**A2089**



# INVOICE

## SPREE TRADING

INVOICE SPT2019/ECC/MIA/80413
DATE: APRIL 8, 2013

Office 204, Blue Glass Building| Off Waha Street |
Dubai 73503 | UAE
☎ +971(0) 4 3465650  |  🖷 +971(0) 4 3465640
spree@eim.ae, www.spreetrading.com



| TO | ECC AFGHANISTAN<br>N/A<br>Kabul, Afghanistan<br>Afghanistan<br>703 673-3935 | SHIP TO | ECC AFGHANISTAN<br>N/A<br>Kabul, Afghanistan<br>Afghanistan<br>703 673-3935 |
|---|---|---|---|

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| MN | 2019 | AIR | NA | 3-4 WEEKS | ADVANCE | NA |

| SR # | QTY | DESCRIPTION | UNIT PRICE US$ | LINE TOTAL US$ |
|---|---|---|---|---|
| 1 | 1 | **Plate Mounted Axial fan**<br>**(Explosion Proof Version ) with Gravity Shutter**<br>**FAN MODEL #: QC-ATX 312 M**<br>**FLOW CMS: 0.33**<br>**STATIC mm wg: 13**<br>QC-ATX: Plate Mounted Axial Fan<br>Fan proposed here is inclusive of Supporting Frame in drawn steel sheet , Impeller with airfoil blades in Glass reinforced Polyamide and hub in die cast aluminium alloy, Inlet Protection Guard ,Gravity Shutter and asynchronous single phase Motor with Atex Certification .It does not include any other acessories. | 1,825.00 | 1,825.00 |
| | | **SUBSTOTAL EX-WORKS ITALY** | | **1,825.00** |
| | | **FRIEGHT ESTIMATE TO DUBAI** | | **650.00** |
| | | **TOTAL CIF DUBAI** | | **2,475.00** |

Fan Cost

| **Terms and conditions of Sales** |
|---|

**Origin:** DYNAIR, ITALY
**Delivery Terms:** EX-DUBAI, 3-4 WEEKS FROM PO AND PAYMENT
**Payment Terms:** ADVANCE

**Validity:** 2 WEEKS

1. **Acceptance**: All proposals, and Buyers orders resulting there from, are subject to acceptance by Spree Trading (Hereinafter called " the Corporation"), in Dubai, UAE, and are not binding on the corporation unless and until accepted upon the Corporations Standard Sales acknowledgement form. This constitutes acceptance of the Corporations Performa Invoice and forms a binding contract governed by the Laws of the UAE. These cannot be changed without the prior written consent of either party.

2. **Quotations:** unless otherwise specified, quotations are for information only and are not intended as an offer and are subject to change in all respects.

3. **Cancellation:** following written acceptance by mail or issuance of a Purchase order and is accepted by the corporation by mail or sales acknowledgment form. Cancellation will only be allowed upon buyer's agreement to pay cancellation charges equal to the accrued cost of any applicable expenses incurred by the Corporation.

| Beneficiary Details |
|---|

**SPREE TRADING**
**Emirates NBD**
Jumeirah Centre, Dubai
United Arab Emirates
P.O.Box 777
Telephone : +971 (0) 4 4053118
Facsimile   : +971 (0) 4 3491121
**A/C:** 1024505652902(USD)
 **IBAN** : AE950260001024505652902
**Swift Code**: EBILAEAD
**Banking Officer**: Mr. GAURAV LUTHRA

**E & OE**
**Buyers Acceptance**
**Signature & Seal**

**FOR SPREE TRADING**


## Wire And Draft Detail Report - ENVIRONMENTAL CHEMICAL CORP.

**International Wire**

**USD**

| Sequence Number<br>Confirmation No 2 | Confirmation No 1 | Status | Amount<br>Final Converted Amount |
|---|---|---|---|
| **4851022** | WIRE-130412501797 | Confirmed | 2,475.00 USD DR |
| SWF-130412MNBDUS33AXXX9590650132 | Rate 1.00000000 Amount USD 2475.00 ValDate 04122013 | | USD 2475.00 |

| | |
|---|---|
| From Template: | Y - SPREETRAD |
| Value Date: | 4/12/2013 |
| Send Date: | 4/12/2013 |
| Debit Account#: | 1891553024-USD |
| Rate: | 1 |
| Beneficiary ID Type: | Account Number |
| Beneficiary ID: | AE950260001024505652902 |
| Beneficiary Name: | SPREE TRADING |
| Beneficiary Bank ID Type: | SWIFT (International) |
| Beneficiary Bank ID: | EBILAEAD |
| Beneficiary Bank Name: | EMIRATES NBD BANK PJSC |
| Beneficiary Bank Address 1: | , |
| Beneficiary Bank Address 3: | DUBAI  UNITED ARAB EMIRATES |
| Details of Payment Line 1: | INV NO. ECC.MIA.80413 |

| Date/Time | Log In ID | Action |
|---|---|---|
| 04/12/2013 03:05:45 PM | wr191127tnio@wr191127 | createFromTemplate |
| 04/12/2013 04:58:06 PM | wr191127bl@wr191127 | approve |
| 04/12/2013 04:58:14 PM | Host System | Processing By Bank |
| 04/12/2013 04:59:02 PM | Host System | Confirmed |

| | | | |
|---|---|---|---|
| | USD Total | DR: | 2,475.00 |
| | | CR: | 0.00 |

Govt Rule 4
30 of 34
30 of 34
Gov Rule 4 Supplement

**A2092**

DHL EXPRESS USA, INC.
1200 South Pine Island Road
Suite 600
Plantation FL  33324
USA

 received 6-24-13

 **DHL** EXPRESS

# OUTBOUND INVOICE

CHRISTOPHER LUDWIG
US GOV VENDOR ENVIRONMENTAL
4433 CORPORATION LANE SUITE 200

VIRGINIA BEACH VA  23462

| | | |
|---|---|---|
| ACCOUNT NO | : | 845913480 |
| INVOICE NO | : | RNH0000264789 |
| INVOICE DATE | : | 06/19/2013 |
| PAGE NO | : | 1 |
| PAYMENT DUE DATE | : | 07/19/2013 |

| PROD TYPE | SERVICE DESCRIPTION | TOT SHPS | TOT WEIGHT | WEIGHT CHARGE | OTHER CHARGE | SVP | | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|
| P | EXPRESS WWIDE NONDOC | 1 | 527.00lb | 816.85 | | 19.50 | | 836.35 |
| | | 1 | 527.00lb | 816.85 | | 19.50 | | 836.35 |
| | | | | | | | TOTAL | 836.35 |

For online access to DHL account & support documents.
Link to us-ezybill.dhl.com to access the EZYBILL website.
Please follow the registration/login instructions provided.
For information on EZYBILL please contact: 1-800-722-0081.

Fan Shipping Cost

REMIT TO: DHL Express - USA,16592 Collections Center Drive,CHICAGO IL  60693

FEDERAL ID 94-3380425

 **DHL** EXPRESS

0804050901030408004272317000000000020604070809900000083350

**MAKE PAYMENT TO:**

**DHL Express - USA,**
**16592 Collections Center Drive,**
**CHICAGO IL  60693**

| | | |
|---|---|---|
| ACCOUNT NO | : | 845913480 |
| INVOICE NO | : | RNH0000264789 |
| INVOICE DATE | : | 06/19/2013 |
| AMOUNT DUE | : | 836.35 |
| PAYMENT DUE DATE | : | 07/19/2013 |

AMOUNT PAID



REMITTANCE ADVICE   -PLEASE RETURN WITH PAYMENT  836.35

CHRISTOPHER LUDWIG
US GOV VENDOR ENVIRONMENTAL
4433 CORPORATION LANE SUITE 200

VIRGINIA BEACH VA  23462

*THANK YOU FOR CHOOSING DHL*
For invoice questions, call 1-800-722-0081

to be continued...

Govt Rule 4
31 of 34

31 of 34
Gov Rule 4 Supplement

# A2093

| SHIPMENT DATE | ORG | DHL AIRWAYBILL | DEST | PROD TYPE | SHPS | PIECES | TENDER WEIGHT | BILLED WEIGHT | WGT CD | WEIGHT CHARGE | SVP | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/12/2013 | RNH | 9148338765 | OAI | P | 1 | 1 | 506.33 | 527.00 | W | 816.85 | 19.50 | 836.35 |
| | | NON STANDARD PICKUP | | | | | | | | | | 0.00 |
| | | OVER WEIGHT PIECE | | | | | | | | | | 0.00 |

SHIPPER REFERENCE: 5901 E AIR 42(FAN)
SENDER: C. SMALLWOOD,APC C/O ECCI,3512 BUSINESS CENTER DR,CHESAPEAKE,VA 23323
RECEIVER: LILY NASKIDASHVILI,ECCI,CAMP MARMAL,BAGRAM,00000
DESCRIPTION OF CONTENTS: UPBLAST ROOF FAN
BILLED DIMENSIONS:041x041x052

| Sub-total 9148338765 | | | | | 1 | 1 | 506.33 | 527.00 | | 816.85 | 19.50 | 836.35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub-total 06/12/2013 | | | | | 1 | 1 | 506.33 | 527.00 | | 816.85 | 19.50 | 836.35 |

|  |  |
|---|---|
| TOTAL | 836.35 |



WEIGHT CODE = A: Customer Scale / B: DHL Scale / V: Customer Volume WEIGHT / W: DHL Volume WEIGHT

*THANK YOU FOR CHOOSING DHL*
For invoice questions, call 1-800-722-0081

FEDERAL ID 94-3380425

# Spare Parts

**A2095**

## ORIGINAL INVOICE



**YELLOW MOON LOGISTICS &CONSTRUCTION CO**

Construction, Logistics, Procurement, Transportation, & Fuel

| Customer | | Invoice | |
|---|---|---|---|
| Name: | ECCI  International | Invoice Number: | YMLS-IN-6-003 |
| Address | Mazar | Invoice Date: | **11-06.2013** |
| City | Mazar | Purchase Order#: | |
| Phone | | Contract Number: | NTP |

RFQ#

### ECCI  International

| Ser # | Description | | Unit | Unit Price | Quantity | Total USD. | |
|---|---|---|---|---|---|---|---|
| 1 | Spray Nozzle | 25mm | | $60.00 | 1 | $ | 60.00 |
| 2 | Wall hydrant | 25mm | | $69.00 | 1 | $ | 69.00 |
| 3 | Backflow Preventor | 76mm | | $3,900.00 | 1 | $ | 3,900.00 |
| 4 | P-Trap | 76mm | | $6.00 | 8 | $ | 48.00 |
| 5 | Relief Valve | 51mm | | $59.00 | 1 | $ | 59.00 |
| 6 | LPG Valve | 1 inch | | $59.00 | 1 | $ | 59.00 |
| 7 | Pipe Hanger | 1.5 inch | | $190.00 | 25 | $ | 4,750.00 |
| 8 | Pipe Hanger | 1 inch | | $146.00 | 20 | $ | 2,920.00 |
| 9 | Water Hammer Arrestor | 76mm | | $190.00 | 4 | $ | 760.00 |
| 10 | Hose clamps | 1.5inch | | $2.00 | 4 | $ | 8.00 |
| 11 | Hose clamps | 2.5inch | | $2.00 | 4 | $ | 8.00 |
| 12 | PVC Solvent  ( 795 is not availble but I cant provide 717 | pint | | $17.00 | 9 | $ | 153.00 |
| 13 | PVC Cement | pint | | $18.00 | 9 | $ | 162.00 |
| 14 | Pipe coupling | 76mm | | $3.00 | 10 | $ | 30.00 |
| 15 | Pipe coupling | 102mm | | $5.00 | 5 | $ | 25.00 |
| 16 | Gaskets | 3 inch | | $3.00 | 3 | $ | 9.00 |
| 17 | Gaskets | 1 inch | | $3.00 | 3 | $ | 9.00 |
| 18 | Flanges | 3 inch | | $27.00 | 3 | $ | 81.00 |
| 19 | Flanges | 1 inch | | $8.00 | 3 | $ | 24.00 |
| 20 | Pump Bearings   Model NFM 130 B 220 V is available | N/A | | $1,800.00 | 1 | $ | 1,800.00 |
| 21 | Pump Pressure Switch | N/A | | $210.00 | 1 | $ | 210.00 |
| 22 | Floor Drain | 76mm | | $7.00 | 8 | $ | 56.00 |
| 23 | Plumbing Cleanout | 102mm | | $15.00 | 3 | $ | 45.00 |
| 24 | Plumbing Cleanout | 150 mm | | $16.00 | 2 | $ | 32.00 |
| 25 | | | | | | $ | - |
| | | | | | | $ | - |
| | | | | | Sub Total | $ | - |
| | | | | | Shiping | $ | 740.00 |
| | | | | | **Total USD.** | **$** | **16,017.00** |

**Payment Terms : Others**
**Retention: Does Not Apply**

| Payment | | Checked By | |
|---|---|---|---|
| A/c Name:  Y.M L S   (Yellow Moon Logistics & Services) | | Name: | Halim Sroush Furmoli |
| A/C Num:  **004701200020595** | | Designation: | Chief Executive |
| Bank Name Aziz Bank | | Company: | Yellow Moo Logistic & Services |
| Branch Code: 531476          CA. USD | | Signature: | |
| Bank Add: Taimani | | Stamp: | |

Spare parts Quotation

**You Name It & We Can Have It With Delivery To YOU!**

**Business Address:**
KABUL AFGHANISTAN, SHAR-E- NAW, CHARAHI SHAEED
Mobiles# +93 (0) 799 322877 /   +93 (0) 799025358

Email:halim.sroush@gmail.com /Ymls.logistics@gmail.com

**RECEIVED**
*By Rebecca Castro at 10:18 am, Jun 12, 2013*

**REVIEWED**
*By Rebecca Castro at 10:18 am, Jun 12, 2013*

Gov Rule 4
34 of 34
34 of 34
Gov Rule 4 Supplement

**A2096**



**CENTCOM**

**Constructors,**

**LLC**

**Regional Office**

1746 Cole Boulevard
Building 21, Suite 350
Lakewood, CO 80401

Phone: 303.298.7607
Fax:     303.298.7837

February 25, 2014                                                    4620.006.COR.H-0003

Greg Walgate, PE, PMP
Resident Engineer
Bahrain Resident Office
Middle East District
U.S. Army Corps of Engineers

Subject:  W912ER-11-D-0010 Task Order 0006, TQ and Enlisted and Officer Dining Facility
Regarding:  Interim Personnel

Mr. Walgate,

ECC is writing to request that the following personnel be permitted to fulfill the positions indicated on an interim basis during execution of initial mobilization activities.  These site activities include topographic and utility surveys, geotechnical investigation including boring, fencing installation, water flow testing, and test pile installation.  Their resumes are included as attachments to this correspondence.

Sureshkumar Parmeswaran:  Site Superintendent
Sajith G. Menon:  Site Safety and Health Officer

Our Quality Control Manager (QCM) for these activities will be Abdo Abagero, PE.  Mr. Abagero is an employee of ECC.  At this time, ECC is awaiting the Bahrain work visa for Mr. Abagero.  Should Mr. Abagero's visa not be available in time for the start of initial field activities, the QCM for these activities will be James Fein.  Mr. Fein will be onsite from March 9-18 after which time we expect that Mr. Abagero will have received his visa and be at the project site.  Both Mr. Abagero and Mr. Fein are authorized to represent ECC in leading the work.

If you have any questions or require additional information, please contact Jeff Stackow at jstackow@ecc.net or 303-495-0297.

Sincerely,

**Michael McGinty**
Digitally signed by Michael McGinty
DN: cn=Michael McGinty, o, ou, email=mmcginty@ecc.net, c=US
Date: 2014.02.25 16:34:34 -07'00'

Michael McGinty, CPCM
Contracts Administrator

cc:     J. Leptrone, ECC
        J. Stackow, ECC
        R. Wilson, ECC
        R. Plemmons, ECC

**Corporate Office**

1240 Bayshore Hwy
Burlingame, CA 94010

Phone: 650.347.1555
Fax:     650.347.3789

www.ecc.net

# KOOHEJI CONTRACTORS W.L.L.

RESUME OF KEY MANAGEMENT AND SUPERVISORY PERSONNEL
**Site Superintendent**

NAME : **Sureshkumar C. Parmeswaran**

Citizenship : Indian

TITLE : Site Superintendent

MAJOR RESPONSIBILITIES : Responsible for the smooth execution of the site as per schedule and coordinate and discuss with the Project Manager for requirement of manpower and resources etc.

QUALIFICATIONS : Diploma in Civil Engineering.
Diploma in Draughtsman (Civil)

EXPERIENCE : Total Experience – 27 years.
(From Feb ' 98  to till date with Kooheji in Bahrain)

Completed following major projects in Bahrain.

1. GCT – Project @ Juffair
2. Holiday inn Express International Building @ Hoora.
3. Durrat Al Bahrain ATOLL 2, 160 Luxury Villas" at Durrat Al Bahrain, Bahrain

4. Carried out various ALBA projects i.e. Access Bridge between Potroom 1 &2 Link Ramp 3 & 6, 6 & 9, 2 & 12 at ALBA Bahrain

   Construction of Access Bridge for Potroom 6, West side of Alba, Bahrain

   Yearly General Maintenance Contract at ALBA, Bahrain.

5. Carried out various BANAGAS projects i.e. Expansion of Head Office expansion BLDG.

6. Various maintenance works at Banagas.

7. Worked in various construction companies in India as Site Engineer / Site Supervisor from 1986 to 1997.

**A2098**

| CURRICULUM VITAE |
|---|

**SAJITH  G  MENON**
**Safety Officer**

**(Mobile No)+973 33141541**
**E –mail-sajithgnet@yahoo.com**

## Carrier Summary

HSE Officer  with **07 and half years of experience** including **Micro Tunneling, Power Plant**, **Oil and Gas**, **Marine ,Pipe Line, Steel Plant and Building Projects** (Bahrain,UAE,Qatar and India)also **EPC Project** .Trainings attended include **NEBOSH, OSHA, IOSH Certificate**, basic first aid, loss prevention and practical scaffolding with leading Clients (**GASCO,TAKREER,EMAL,QP,  SNC Lavlin , Worley Parsons, PETROFEC, MIC Qatar,SAMSUNG, ,SK and GS Engineering**) *With GCC Light Driving License.*

## Capabilities

- ❖ Implementation and updating of the Health, Safety procedures.
- ❖ Establish and maintain a professional relationship with Contractor's, Sub Contractor's HSE personnel and multination workforce.
- ❖ Manage and supervise the Safety Toolbox Talk, Training programs.
- ❖ Emergency Response, Training and Development of Fire prevention.
- ❖ Environmental Protection and Controls.
- ❖ Hazard studies and Risk Assessment and analysis.
- ❖ Incident / Accident Investigation, Reporting and Follow-ups.

## Educational Qualifications

- ➢ **Bachelor Degree in  science (Fire and Safety)**

- ➢ **Bachelor Degree in Commerce**

## Technical Qualifications

- ➢ **NEBOSH (IGC)** with **Credit, ArBrit Safety Solutions**, INDIA, 2011.

- ➢ **IOSH managing safely, TWI training centre,** Abu Dhabi, UAE, 2009.

- ➢ **OSHA (U.S Department Labour) Construction safety -30 hours,** UAE, 2009.

- ➢ **Diploma in Fire & Safety Engineering** (01 year),Regular Stream from **National Institute Fire & Safety Engineering (NIFE)**, Cochin, Kerala, India,2006.

- ➢ **Diploma in Safety Officer** (01 year), Distance education from **National Institute of Security Management (NISM)**, Bangalore, India, 2007.

- ➢ **Basic Life Support First Aid (BLS & First Aid) Provider Course** from **AMERICAN MISION HOSPITAL** Manama, Bahrain, 2012.

- ➢ **Training for H2S/BA Awareness from Venture Gulf Training Centre (VGTC)**, Qatar

- ➢ **Pre ACCP** computer Course (1year) from **APTECH** computer education, India, 2005.

**A2099**

**Professional Trainings Attended**

| | |
|---|---|
| Waste Management & Hazardous Substance<br>Site Safety Awareness Training Program<br>Working Inside Confined Space<br>Life Safe Behaviour Training Course<br>Incident Reporting and Investigation Course<br>Risk Assessment for Supervisors Course | Confined Space Awareness Training<br>Electrical Safety and LOTO Awareness Training<br>Mechanical Safety Awareness Training<br>POV (Preoperational verification) Training<br>Electrical Safety and LOTO Awareness Training<br>Hazard Identification. |

**Experiences:**

**Current Position: Safety Officer**

Working as a **Safety officer**, with **M/s Kooheji Contractors W.L.L, Bahrain**

**Job Responsibilities**

- ❖ Conduct Orientation and Training Programs for awareness of Company Policy, General Safety Rules and Working Procedures
- ❖ Preparation of HSE Procedures and Job Safety Analysis for the Project
- ❖ Construction, Specifications and Environment Hazard assessments through Method Statements
- ❖ The ability to promote HSSE responsibility within the team.
- ❖ Waste Management and assessments of construction especially of Concrete, Oil, Chemical, Hazardous material and Misc waste.
- ❖ Environment and Hygienic Control
- ❖ Inspection of Construction Equipment & Lifting Equipment and Scaffoldings
- ❖ Work Permits (Excavation, Confined Space, Hot Work, and Radiography & Road Closure.)
- ❖ Emergency Evacuation plan procedure and drill for Construction Site, Workshops Offices and Camp facility
- ❖ Maintaining and updating site Safety Statistics and Weekly/ Monthly Injuries Records
- ❖ Preparation of job and Report for HSE Department.
- ❖ The facilitation of HAZID, JSA and Risk reviews etc.
- ❖ Provide HSE guidance during shutdowns to the offshore teams
- ❖ The preparation, development and delivery of onshore inductions to new personnel, vendors and core crew prior to mobilization.

**Past Experience in BAHRAIN**

➢ Worked as **HSE Officer** in , **Implenia Construction Ltd** , under **Samsung Engineering**, Muharraq,Hidd,**Bahrain**

| | | |
|---|---|---|
| Project Name | : | Muharraq Sewage Treatment Plant & Sewer Conveyance System |
| Name of client | : | Ministry of Works, Samsung Engineering Co., Ltd. |
| Period | : | 10/08/2012 to Till Date |
| Type of Work | : | Micro Tunnelling 15 km and Piling (20 shaft) |

**WITH TARGET ENGINEERING (UAE) Different projects:**

➢ Worked as **HSE Officer** in **EPC Contractor, TARGET Engineering Construction Co WLL**, under **TAKREER**, Abu Dhabi, Ruwais **U.A.E**.

| | | |
|---|---|---|
| Project Name | : | Sea Water Intake -3 Project (**Oil &Gas, Marine**) |
| Name of client | : | Takhreer & TR Engineering |

| | | |
|---|---|---|
| Period | : | 02/07/2011 to 08/08/2012 |
| Type of Work | : | **Shut Down** and Civil, Marine, Electrical, Mechanical. |

➢ Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** under **GASCO,** Abu Dhabi, Ruwais **U.A.E.**

| | | |
|---|---|---|
| Project Name | : | NGL -4 Train Project (**Oil &Gas**) |
| Name of client | : | GASCO, Petrofac & GS JV |
| Period | : | 20/12/2010 to 30/06/2011 |
| Type of Work | : | **Shut Down** and Structural Mechanical, Piping. |

➢ Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** Abu Dhabi.

| | | |
|---|---|---|
| Project Name | : | **Emal** 2000 MW Power Plant Project |
| Name of client | : | EMAL, SNC Lavlin, Worly Parson |
| Period | : | 26/10/2009 to 18/12/2010 |
| Type of Work | : | Electrical and Maintenance Works |

➢ Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** under **Nakheel,** Dubai, **U.A.E.**

| | | |
|---|---|---|
| Project Name | : | Jumeirah Islands Heights, Cluster (JIC) |
| Name of client | : | **Nakheel** |
| Period | : | 23/07/2009 to 25/10/2009 |
| Type of Work | : | Building project |

## With SIMPLEX INFRASTRUCRES (QATAR) Different projects:

➢ Worked as **Safety Officer in Simplex Infrastructures Limited,** under **Doosan Heavy Industries & Con Co, Qatar.**

| | | |
|---|---|---|
| Project Name | : | 1250 MW Qatalum Power Plant Project (**Civil, Marine**) |
| Name of client | : | Qatalum, Doosan, MIC |
| Period | : | 09/04/2008 to 04/07/2009 |
| Type of Work | : | Civil, Marine Pipe Line and buildings |

➢ Worked as **Safety Officer in Simplex Infrastructures Limited,** under **Iberdrola, Qatar.**

| | | |
|---|---|---|
| Project Name | : | 2000 MW Mesaieed Power Plant Project (**Civil, Marine**) |
| Name of client | : | Qatar Petroleum, Iberdrola, MIC |
| Period | : | 18/06/2008 to 08/04/2009 |
| Type of Work | : | Civil, Marine, Pipe Line and buildings. |

## In INDIA Different projects:

➢ Worked as **Safety Officer** in **Gannon Dunkerley &Co Limited,** under **Vizag Steel Plant ,** Vizag, India**.**

| | | |
|---|---|---|
| Project Name | : | Vizag Steel Plant Expansion Project |

| | | |
|---|---|---|
| Name of client | : | Vizag Steel Plant, Dustoor & Co |
| Period | : | 20/09/2007 to 10/06/2008 |
| Type of work | : | Civil and Mechanical |

➢ Worked as a **Safety Super** in **Larsen & Toubro Limited,** Under **Reliance Industries Limited,** Kakinada, AP, **India.**

| | | |
|---|---|---|
| Project Name | : | RIL – Onshore Gas Terminal Project (**Oil &Gas**) |
| Name of client | : | Bechtel & Reliance |
| Period | : | 01/10/2006 to 13/09/2007 |
| Type of work | : | Civil, Mechanical, Electrical, Gas Pipe lines, |

### Personnel Information

| | | |
|---|---|---|
| Father's Name | : | Gopalakrishnana Menon |
| Date of Birth | : | 18/03/1985 |
| Marital Status | : | Married |
| ***Permanent Address*** | : | Leelagopalam (H) Madathil (po) Kannur, Kerala, 670703, India |
| ***Languages Known*** | : | English, Hindi, Malayalam, Tamil, Telungu, and Bengali |
| ***Pass Port Detail*** | | |
| Pass port No | : | K 3308589 |
| Place of issue | : | Kozhikode, Kerala, India |

### Driving Licence

1) Bahrain (GCC) Licence No – 850355370
2) India  Licence No -58/12108/2010

**A2102**

# ABDO A. ABAGERO, P.E.

11281 Columbia Pike, SilverSpring, MD, 20901 Phone: 202-413-7605, E-MAIL:abatemam@gmail.com

## OBJECTIVE

To associate with an engineering and construction organization that offers professional growth while being resourceful. I bring unique experience having worked on a variety of sensitive and complex US Government construction projects as a quality control inspector. My most recent experience includes working with a large U.S. contractor and US Government on important projects. My technical expertise and willingness to serve in a variety of engineering roles will enable me to be a valuable asset to your organization. I am also able to work under pressure and while meeting rigorous time and quality requirements. Further, I am willing and available to perform shift work or travel should the work situation dictate.

## EXPERIENCE

**ECC INTERNATIONAL CONSTRUCTORS**                        **BISHKEK, KYRGYZSTAN**

*QC Civil Engineer/Quality Control Manager*                        *03/ 2011 –02-01-2014*

- Served as the Civil Engineer Quality Control Inspector and later since March 2003 as QCM for the New Embassy Compound design-build project in Bishkek.
- Represented the company in meetings with client, governmental agencies and private parties related to theproject.
- Ensured Works are being done in accordance with the project specifications and approved submittals & drawings.
- Provided QC requirements and reporting (e.g. NCRs, corrective actions, documentation for the phases of inspection, RFI). Prepared submittals for civil construction items and responding to clients queries.
- Ensured testing requirements had been implemented as per approved Quality Control Plan. Designed concrete mixes and evaluated concrete mix design prepared by third party for normal, cold and hot weather concreting. This includes pea gravel concrete mix design. Certified new concrete batching plant according to US National Ready Mix Concrete Association requirement. Coordinated Quality control staff for civil engineering works for site and office work.

**ECC INTERNATIONAL CONSTRUCTORS**                        **KABUL, AFGHANISTAN**

*Civil Engineer*                        *06/ 2010 –12/2011*

- Served as the Civil Engineer Quality Control Inspector for the 200,000 Sf New Embassy Compound design-build project in Kabul, both permanent concrete structure and prefabricated housing units. The project includes 800 desk offices, Laundries, cafeteria, MWR, site utilities, waste water treatment plant, electrical, mechanical and civil structures,
- Coordinated with Quality Control Manager (QCM), Design Manager, H&S Manager, Team members and Subcontractors for the project execution to include design, engineering and construction,
- Ensured Works are being done in accordance with the project specifications and approved submittals & drawings,
- Provided QC requirements and reporting (e.g. NCRs, corrective actions, documentation for the phases of inspection, close out, etc.) and provided punch list items and monitored it for close out (e.g. log, action items, updates),
- Ensured testing requirements had been implemented as per approved Quality Control Plan,
- Certified new concrete batching plant according to US National Ready Mix Concrete Association requirement,
- Conducted technical review of material submittals for compliance with U.S. standards and project requirements,
- Recorded and uploaded daily quality control reports, pre-analysis and installation meetings, NCRs and project photos and
- Worked with clients on QC/QA issues and responded to client's queries based on contract document and work experience.

**U.S. DEPARTMENT OF STATE – OVERSEAS BUILDINGS OPERATIONS**                        **ADDIS ABABA, ETHIOPIA**

*QA Civil Engineer*                        *11/ 2008 –11/2009*

- Served as the Civil Engineer Quality Assurance Inspector for the 150,000 sf New Embassy Compound design-build project,The new embassy chancery is the largest U.S. facility in Sub-Saharan Africa being executed on a 23 acre active embassy compound. In addition to the large chancery structure, the project involves Marine Bachelor's Quarters, maintenance shops, motor pool facilities, underground fuel storage tanks, water and waste treatment plant, compound access structures and utility building housing generators and fire protection pumps,
- Responsible for monitoring the execution of all civil construction activities which includes roads, perimeter walls, concrete superstructures, water lines, sanitary lines and fire protection linesto assure adherence to approved drawings and specifications,
- Conducted technical review of material submittals for compliance with U.S. standards and project requirements,
- Prepared independent government cost estimates to use in evaluating contractor change order requests. Used R.S. Means estimating guides in preparing cost estimates,

## A2103

- Scheduled and led meetings with municipal officials in coordinating offsite utility requirements to support the new embassy project. Served as the U.S. Government's Contacting Officer's Representative for a contract to have the local road authority construct a new storm water system for the new embassy project to connect,
- Liaison with Post, OBO stakeholders and commissioning team to ensure compliance,
- Prepared daily construction progress report documenting daily progress and any unique issues that occurred on-site and
- Performed numerous office engineering duties that included: receiving, processing and answering RFIs; reviewing and post field design changes issued by the design/build contractor; and, reviewing the monthly pay estimate to verify percentage complete for activities being billed.

### OROMIA NATIONAL REGIONAL STATE HOUSING DEVELOPMENT PROJECT OFFICE     ADDIS ABABA
*Quality Control Department Head*                  *06/ 2001 –11/2008*

- Planned, directed, and controlled execution of all business, technical, and administrative functions of the Contract Administration, Design, Material Research, and Quality Control divisions' daily activities,
- Mentored resident engineers on quality control, construction safety and quality assurance while maintaining cost efficient,
- Reviewed, revised and presented thedepartment and division budgets and cost control for 16 towns development program,
- Led the execution of all technical and administrative functions of the Quality Control and Contract Administration divisions
- Oversaw the development ofcost control manuals and fixed unit pricing schedule for 23,000 housing units.

### OROMIA SMALL AND MICRO ENTERPRISES DEVELOPMENT AGENCY     ADDIS ABABA,
*Construction Supervisor*                  *6/2001 –6/2006*

- Inspected the constructionquality of the Technical Collegeand Garment Training Center from design to commissioning,
- Prepared contract documents and analyzed bid document to select contractors for agency projects and
- Prepared monthly payments and participated in schedule of value validation, prepared standards and procedures

## EDUCATION

**Master of Science in Construction Technology and Management**        09/2004-01/2007
Addis Ababa University, Ethiopia

**Bachelor of Science in Civil Engineering**                     09/1998-07/2003
Addis Ababa University, Ethiopia

## SKILLS

**COMPUTERS:**

MS Office Suite (including MS Project),SAP2000,FORTRAN and HDM

**CERTIFICATES:**

Professional Engineer ( P.E.)inState of Maryland, Contracting Officer's Representative (COR) - 40 Hrs from Department of State;30-Hour -OSHA Training course in Construction Safety and Health (2011), Mapping and Geo Information - 1000Hrs (Six Months);Construction Contracting- 80 Hrs,.US Department of State FastracForeign Service Institute courses including US Constitution, Quality Assurance and Quality Control, Essentials of TQM, IT Security Awareness, Government Ethics, Ethics and Professional Knowledge, The Fundamentals of Exceptional Customer ServiceACI Grade 1 Field Concrete Testing Certificate and CQM.

**AWARDS:**

"Meritorious Honor" Award, New Embassy Compound Project, Addis Ababa, Ethiopia, U.S. Department of State, 2009
"Extra Mile" Award, New Embassy Compound Project, Addis Ababa, Ethiopia, U.S. Department of State, 2009
"Excellence in Quality" Award, New Embassy Compound Project, Bishkek, Kyrgzstan, ECCI, 2013

# U.S. ARMY CORPS OF ENGINEERS

**USACE LEARNING CENTER**
**HUNTSVILLE, ALABAMA**





## CERTIFICATE

Abdo  Abagero

NAB-06-14-09001

has completed the Corps of Engineers and Naval Facility Engineering Command  Training Course

## CONSTRUCTION QUALITY MANAGEMENT FOR CONTRACTORS - #784

| | | | |
|---|---|---|---|
| Arlington , Virginia | January 23,2014 | NAB /WA 1CEU:0.8 LU:8POH:8 | Randy W. Sitton |
| **Location** | **Training Date(s)** | **Instructional District/ NAVFAC** | **CQM-C Manager** |
| J. Hummel / Igor Boris | john.s.price@usace.army.mil | 410-962-3032 | *Randy W. Sitton* |
| **Facilitator/Instructor** | **Email** | **Telephone** | **Facilitator/Instructor Signature** |

**THIS CERTIFICATE EXPIRES FIVE YEARS FROM DATE OF ISSUE**

Chief, USACE Learning Center



# JAMES F. FEIN

## SUMMARY OF EXPERIENCE

Mr. Fein is an Environmental/Civil Engineer with 25 years of professional experience. He has 15 years of experience as a Project Engineer in hazardous waste remediation and investigation, planning, and execution. He also has 8 years of supervisory experience with construction including underground utilities, site work and general building construction. He has served in roles as Task Manager, Project Engineer, QC Supervisor, Site Safety Officer, Geologist, and Technical Writer on a variety of environmental and construction projects. For one year he served as QC Manager for construction of the New England Army Recruiting Battalion Center at PNSY in Kittery, Maine. In 2012 he completed an assignment in Afghanistan in the role of Quality Control Manager. He recently completed an assignment serving as both QC Manager and Site Safety and Health Officer for a Transpired Solar Wall Installation project in Pennsylvania. Mr. Fein has also coordinated several projects involving ordnance clearing at active military sites. Prior to joining ECC, he served as project engineer for environmental engineering consultants, as an inspector/ resident engineer for an engineering design firm, and as a supervisor/estimator for a construction company on various utility and site work projects. He recently completed an assignment as QC Manager at a Parking Lot Renovations project in Los Angeles, CA.

## PROFESSIONAL EXPERIENCE

**USACE – Tobyhanna Army Depot, Solar Collector Panels Design/Build Project, Tobyhanna, PA (November 2013 – Present)**
As Quality Control Manager, prepare various plans, review and manage project submittal process, and operate project QCS system.

**AFCEC – Grissom Air Reserve Base, Environmental Remediation Services, Kokomo, IN (October 2013 – Present)**
As environmental engineer and technical writer, prepared environmental site closure reports and Remedial Action Work Plans for various environmental sites. Review analytical data and assist in management of site investigation activities.

**USACE – Veterans Affairs, Parking Lot Renovations, Los Angeles, CA (April 2013 – October 2013)**
Responsible for implementation, oversight, and management of project QC Program. Ensure work completed in accordance with contract documents and conduct 3-Phase QC meetings. Site activities include excavation of unsuitable site soils, identification of site utilities, placement and compaction of base materials, asphalt paving, and parking lot striping. Manage geotechnical firm conducting soil density testing. Review and prepare submittals for government approval. Prepare daily QC reports.

**USACE, DLA – Distribution Susquehanna, New Cumberland, PA (August 2012 – April 2013).**
Serving in dual role of QC Manager and Site Safety & Health Officer (SSHO) for the Installation of Transpired Solar Walls on DLA Building 2001. As QC Manager responsible for field inspections of work, submittal review and preparation/submission, conducting and documenting 3-Phase QC inspection meetings, and preparation of Daily Quality Control Reports. SSHO responsibilities included AHA preparation and review, conducting various site safety briefings (APP, AHA's, daily tailgate meetings), and on-site monitoring to ensure subcontractor and worker compliance with project safety requirements. The project is the largest solar air heating installation on a single building in the United States to date.

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

1

10 of 17
Government Rule 4 File

A2106



**USACE – National Park Service, Great Lakes Restoration Initiative - Apostle Islands, (Lake Superior, Wisconsin) and North Manitou Island (Lake Michigan, Michigan) (April 2012 – July 2012).** Served in dual role of Quality Control Manager and Site Safety & Health Officer (SSHO) on these remote island project sites. The Apostle Islands project was a lead (Pb) paint investigation and characterization at multiple islands within the Apostle Islands Park. The North Manitou Island site was a subsurface investigation to characterize/delineate historic releases of petroleum contamination in both soil and groundwater. SSHO responsibilities included AHA preparation, conducting various safety briefings (AHA and daily safety tailgates), oversight of drill rig operations and mobilizations/demobilizations, and ensuring worker compliance with project safety standards. QC responsibilities included conducting 3-Phase Inspection meetings, ensuring proper sample collection techniques and quantity of samples collected for required analyses, proper decontamination and waste management, and preparation of Daily Quality Control Reports. Remote island locations required the bringing in of all food and provisions, and tent camping for part of the assignment.

**AFCEE, Kandahar Air Field, Kandahar, Afghanistan (November 2011 – April 2012).** Served as QC Manager for the Afghan National Army Air Corps Phase IV Expansion, Kandahar Airfield, Afghanistan. Responsibilities include oversight of multiple subcontractors, management of project QC program, review and transmittal of submittals, interpretation of contract documents, preparation of various project reports, and management of on-site living accommodations and services.

**USACE AED-North, Mazar-e-Sharif, Afghanistan (October 2011).** Served as Alternate QC Manager for the Special Operations Forces Joint Operations Command Project. Responsibilities included management and oversight of QC activities and personnel, review of QC-staff prepared reports, oversight of project QC documentation, scheduling of testing activities, evaluation of test results, attendance at client meetings, submittal review and management, and oversight of multiple subcontractors.

**USACE AED-North, Kunduz, Afghanistan (September 2011).** Served as Alternate QC Manager for the Afghan National Army Uniform Police Headquarters and Medical Facility Project. Responsibilities included management and oversight QC activities and personnel, preparation and control of project QC documentation, scheduling of testing activities, evaluation of test results, attendance at client meetings, submittal review, and subcontractor oversight.

**NAVFAC Northeast, Portsmouth Naval Shipyard (08/10–07/11).** Served as QC Manager for construction of the new Army New England Recruiting Battalion. Reviewed and approved submittals and managed submittal process. Managed subcontractors and prepared Requests for Information to Client. Interpreted contract documents and worked closely with subcontractors. Inspected contractor's completed work and maintained asbuilt drawings. Conducted Three-Phase Preparatory Meetings with subcontractors for definable features of work.

**USACE Galveston, Bolivar Peninsula, Levee Repairs (Hurricane Ike Response) (3/10 and 7/10).** Served in temporary role as QC Manager for repairs to marine features along Intra-Coastal Waterway. Responsibilities included inspection/monitoring contractor activities at remote project sites, preparation of daily reports, and conducting Three-Phase Preparatory Meetings with subcontractor.

**USACE New England, Massachusetts Military Reservation (11/09–02/10).** As QC Engineer/ Geologist, provided oversight of drilling subcontractor performing sonic drilling activities and well construction associated with two MMR groundwater plumes. Responsible for QC/Safety, documenting site activities, sample collection and completion of sample documentation.

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

2

11 of 17
Government Rule 4 File

**A2107**



**AFCEE, Massachusetts Military Reservation (06/09-11/09).** As Construction Manager and Technical Writer on the CS-18 and CS-19 Soil/UXO Removal Action Projects, managed soil excavation, handling, and disposal of explosives-contaminated soils. Responsibilities included planning/scheduling of site activities, oversight of site activities and personnel, QC of excavation depths and soil volumes, management of blow-in-place and post-excavation soil sampling, and coordinating soil transportation and off-site disposal with waste disposal vendors. Prepared soil disposal documentation in accordance with State of Massachusetts regulations. As sole author, prepared CERCLA Removal Action Reports for both the CS-18 and CS-19 sites.

**USACE New England, Massachusetts Military Reservation (04/04–09/05, 11/08-06/09, 5/10-7/10).** As Task Manager and Project Engineer under the TERC contract, managed a Rapid Removal Action for soil removal and UXO clearance and removal of targets in the Central Impact Area. Developed the work plan and wrote the final RRA report. Managed post-blow-in-place soil sampling and off-site soil disposal activities including review of analytical data for BIPs conducted throughout ECC's MMR work areas. Oversaw improvements to roads, including UXO clearance and other physical improvements. Managed the Range Residue Management Program, which included preparation of a site-specific SOP, range residue management activities, preparation of cost benefit analyses, and implementation of inspection processes for determining explosive hazards potential of ordnance remnants. Prepared Final Demolition Area 1 Source Area Completion Report, L-Range RI/FS Report, and L-Range MEC Report.

**Army Environmental Center, Massachusetts Military Reservation (12/05-05/06).** Served as Project Engineer on a performance-based contract for post-BIP soil management activities during the construction of the J-2 and J-3 groundwater treatment systems. Coordinated delineation and characterization sampling, review of analytical results, execution of soil removal activities, and off-site disposal of contaminated soils. Acted as Geologist including field oversight during borehole drilling and well development activities at various extraction wells within the Central Impact Area.

**AFCEE, Massachusetts Military Reservation (06/06-08/06, 11/06-03/07).** As Project Engineer and Geologist, provided field oversight during borehole drilling and well development activities at various extraction and reinjection wells connected with the Southwest Operable Unit and the CS 23/LF-1 groundwater remediation systems. Reviewed and approved consultant's pump and pipeline design calculations for the CS-23/LF-1 system and reviewed subcontractor-certified payrolls. Performed QC reviews and made subsequent revisions to well construction logs. Prepared the Interim Remedial Action Report for both projects conducted under the WERC Contract.

**AFCEE, Massachusetts Military Reservation (04/07-09/07).** Served as QC Supervisor for the installation of extraction wells and underground pipelines installation and their connections to a groundwater treatment system for the FS-28 Plume Leading Edge project under the WERC contract. Reviewed shop drawings and monitored field activities to ensure compliance with project specifications. Served in role as Project Engineer/Geologist for the installation of the extraction wells.

**Army Environmental Center, Ft. Eustis / Ft. Lee PBC Contract, VA (10/07-08/08, 03/09-04/09).** Served in various roles (Task Manager, Project Engineer, and Site QC/Safety Supervisor) for various project sites under this multi-site contract. Provided subcontractor management, QC/Health & Safety monitoring, and technical oversight for ISCO field activities at two project sites. Prepared various site documents including Work Plans, Health & Safety Plans, and RFP/Statement of Work packages for letting of subcontracts at four (4) ISCO project sites. Managed subcontracting process for each of these ISCO sites. Projects under this contract included the ISCO sites, three subsurface investigation sites,

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

3



three soil removal (T&D) sites, and management of subcontracting/design/construction of a large-scale (cast-in-place) stormwater treatment unit.

**Air Combat Command (DBR2 Contract), Moody Air Force Base, Valdosta, GA (09/08-12/08).** QC/Health and Safety oversight and subcontractor management for well installation at various project sites. Projects included groundwater extraction wells as well as direct push injection wells for in-situ anaerobic biological treatment. Assisted with preparation of technical approach for in-situ bioremediation injections, and with preparation of project QAPP.

**USACE, Hurricane Katrina Emergency Response Contract New Orleans, Louisiana, (09/05-11/05).** As QC Supervisor for a major debris removal effort, coordinated QC monitor activities with morning planning meetings and debriefings at the end of each day. Prepared daily summary QC reports, which included summaries of many work crew's activities, debris removal, health and safety concerns, and QC issues. Oversaw the removal and disposal of storm debris, brush and green waste, electronic goods, household hazardous waste, and canal debris. Monitored landfill operations. Submitted daily QC summary reports.

**USACE Louisville, Dover Air Force Base, Delaware (04/06-05/06).** Served as QC Engineer and Health and Safety Officer for modifications and improvements to above-ground storage tanks under the MARC program. Participated in asbestos abatement, underground piping investigation and testing, fuel gauging system installation, and modifications to nozzle assembly modifications for No. 6 oil tanks. Managed subcontractor activities and coordinated work activities and waste disposal with air base officials. Prepared site health and safety plan, daily QC reports, and final project reports.

**NAVFAC Southeast, Gulfport, Mississippi (08/06-11/06).** As QC Engineer and Health and Safety Monitor for orange soil remediation and closure actions at the Naval Construction Battalion Center in Gulfport, oversaw the installation of a roller-compacted concrete cap after the agent-orange impacted soil had been stabilized at the 12-acre site. Participated in the design of final elevations and slopes for positive drainage over the cap, setting of line and elevation controls in the field, surveying, and quality control of field operations for the placement of two six-inch layers of concrete. Oversaw the elevation and slope design and layout of a helicopter pad at the center of the concrete cap.

**USACE-Seattle, Wyckoff/Eagle Harbor Superfund Site, Groundwater Treatment Plant Construction (01/09-02/09).** As Project Engineer and QC inspector provided technical support and prepared complete set of asbuilt drawings for new construction.

**Gale Associates, Weymouth, Massachusetts (5/02-3/04).** As Environmental and Project Engineer, coordinated and managed all aspects of subsurface investigation and remedial activities at contaminated properties in eastern Massachusetts. Solicited contractor proposals, managed contractors, and coordinated analytical laboratories. Collected samples, prepared documentation, and interpreted data. Managed drilling contractors, characterized soil samples, directed well installation, and conducted air monitoring. Provided oversight of remediation activities including product and groundwater recovery and groundwater remediation. Instituted passive remedial solutions at sites affected by petroleum hydrocarbon. Prepared MCP documents including IRA plans and status reports, RAM plans and status reports, IRA and RAM completion reports, Phase I & tier classification submittals, Phase II comprehensive site assessments, and response action outcome statements. Prepared EPA Brownfields documents including engineering evaluation/cost analyses and a quality assurance project plan.

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

4

13 of 17
Government Rule 4 File

**A2109**



**WEB Engineering Associates, Norwell, Massachusetts (07/00-4/02).** As Environmental Engineer and Field Project Manager, managed on-site soil stabilization activities as part of a mixed residential and commercial redevelopment project. Directed excavation of more than 60,000 cubic yards of impacted site soils associated with the remediation of a former historic manufactured gas plant. Made field determinations concerning unexpected variations in site and soil conditions. Directed remediation activities related to releases from underground storage tanks and hydraulic reservoirs, assessing liquid and sludge contents to determine appropriate waste removal and disposal actions. Oversaw demolition activities, conducted site surveying, and directed subsurface drilling activities. Compiled and reviewed analytical data and prepared a soil management plan, classifying soils for disposal and reuse. Prepared health and safety plans and Massachusetts Contingency Plan documentation.

**Environmental Science Services, Providence, Rhode Island (10/98-11/99).** Served as Site Supervisor and Site Health and Safety Officer for remediation activities at a former manufactured gas plant site. Provided contractor management, coordinated contractor and subcontractor activities, and approved contractor payment requisitions. Interpreted analytical results with respect to site clean-up standards, directed clean-up activities, conducted air monitoring, and maintained scheduling. Attended weekly meetings with client, contractor, legal counsel, and regulatory authorities.

**Environmental Science Services, Providence, Rhode Island (10/98-11/99).** As Project Manager and Staff Environmental Engineer, managed subsurface investigation projects. Tracked budgets, coordinated subcontractor activities, and consulted with utility company representatives. Wrote summary subsurface investigation reports. Prepared work plans, health and safety plans, and sampling and analysis plans. Reviewed and interpreted analytical results and performed data reduction. Supervised contractors during subsurface investigations and well construction. Established sample grids by surveying and performed well surveys.

**Roy F. Weston / Resource Applications, Burlington, Massachusetts (7/94-9/98).** In the role of Project Engineer and Staff Environmental Engineer inspected removal, cleanup, and disposal operations at a number of hazardous waste sites. Documented activities and conditions in site logs and record drawing, and monitored health and safety plan implementation. Attended project meetings and consulted with federal, state, and local authorities at Superfund projects. Monitored the operation and performance of on-site treatment systems. Worked in Level B, Level C, and Level D protective equipment. Collected soil, drum, and asbestos samples and conducted air monitoring. Conducted site investigations and assessments and wrote summary reports. Participated in hazardous waste emergency responses. Tracked site costs and managed budgets. Oversaw the packaging and shipping of hazardous waste samples to environmental laboratories. Served on the Superfund Technical Assessment and Response Team and the Technical Assistance Team.

**Brentwood/Chandler Construction Companies, Hyannis, Massachusetts (07/87-06/94).** As Estimator, Engineer, and Supervisor, analyzed contracts, interpreted plans and specifications, performed site evaluations and prepared estimates for utility and site construction projects. Managed multiple projects and supervised personnel. Planned and scheduled project activities, prepared and executed bids and change orders, purchased materials, provided surveying and site layout, and consulted with clients, utility representatives, and local officials.

**Weston and Sampson Engineers, Peabody, Massachusetts (03/85-09/86).** As Resident Engineer and Inspector, interpreted plans and specifications, negotiated change order details, and inspected water main, sewer main, and pumping station construction ensuring contract compliance. Verified pipe invert and manhole elevations, and monitored job safety. Documented job progress through daily report preparation,

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

5

14 of 17
Government Rule 4 File

**A2110**



as-built drawings, and blasting records. Acted as a liaison between clients, property owners, contractors, and community officials. Prepared payment requisitions and wrote O&M manuals.

## EDUCATION AND TRAINING

MS, Civil/Environmental Engineering, Northeastern University, 1993
BS, Civil Engineering (Environmental Option), University of Massachusetts (Amherst), 1984
OSHA 40-hour HAZWOPER Training, 1994; Refresher, April 2013
OSHA 30-Hour Construction Safety Training, 2010
OSHA 10-hour Construction Safety Training, 2003
OSHA 8-hour Site Safety Manager Training, 1995
First Aid and CPR Training, 2012
IATA/DOT Shipping of Dangerous Goods and Hazardous Materials Training, 1998

## PROFESSIONAL REGISTRATIONS AND AFFILIATIONS

Fundamentals of Engineering/Engineer in Training, State of Massachusetts
Project Management Professional (PMP) (Project Management Institute, 2008)
Concrete Field Testing Technician, Grade 1, American Concrete Institute (2009)
USACE CQM for Contractors Certification, Recertified in 2012
Certified Soil Evaluator, Massachusetts

## EMPLOYMENT HISTORY

04/04-Present: ECC, Massachusetts, Associate Civil and Environmental Engineer, Task Manager, Technical Writer, and QC Manager
05/02-03/04: Gale Associates, Inc., Weymouth, Massachusetts, Environmental/Project Engineer
07/00-04/02: WEB Engineering Associates, Inc., Norwell, Massachusetts, Environmental Engineer and Field Project Manager
10/98-11/99: Environmental Science Services, Inc., Providence, Rhode Island, Sr. Site Supervisor, Environmental Engineer, Project Manager
07/94-09/98: Roy F. Weston, Inc/Resource Applications, Inc., Burlington, Massachusetts, Project Engineer and Staff Environmental Engineer
07/87-06/94: Brentwood/Chandler Construction Companies, Hyannis, Massachusetts, Estimator, Engineer, and Supervisor
03/85-09/86: Weston and Sampson Engineers, Inc., Peabody, Massachusetts, Resident Engineer and Inspector

## CLIENT REFERENCES

Jonathan Davis, Remediation Program Manager, AFCEE, 508-968-4670 x4952
Michael Notto, Project Engineer, USACE (Baltimore District), 717-770-7312
John Ehret, Senior Engineer, USACE (Massachusetts Military Reservation), 508-563-7859 x186
Hank Hennigar, Contracting Officer's Representative (USAEC), 804-734-5068

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

6

15 of 17
Government Rule 4 File

A2111



C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

7

16 of 17
Government Rule 4 File

**A2112**

# U.S. ARMY CORPS OF ENGINEERS





USACE LEARNING CENTER
HUNTSVILLE, ALABAMA

NAVFAC
Naval Facilities Engineering Command

## CERTIFICATE
### this is to certify that

# James Fein

*has completed the Corps of Engineers and Naval Facilities Engineering Command Training Course*

# Construction Quality Management for Contractors Recertification

Certificate Number: NAE-99-07-00170

**THIS CERTIFICATE EXPIRES FIVE YEARS FROM DATE OF ISSUE**

CEHR-P Form 586 (REVISED)
1 AUG 98

Given on ___February 4, 2012___

_Director, USACE Learning Center_



**CENTCOM**

**Constructors,**

**LLC**

**Regional Office**

1746 Cole Boulevard
Building 21, Suite 350
Lakewood, CO 80401

Phone: 303.298.7607
Fax: 303.298.7837

March 4, 2014                                                      4620.006.COR.H-0005

Peter DeMattei
Contracting Officer
USACE CENTAM- CT
PO BOX 2250
Winchester, VA 22604-1450

Subject: W912ER-11-D-0010 Task Order 0006, TQ and Enlisted and Officer Dining Facility
Regarding: Interim Personnel

Mr. DeMattei,

We were previously working with Greg Walgate to receive interim personnel approval for
TQ/DFAC site survey activities, but understand this requires your approval.

ECC is aware of the need for proper representation. The staff proposed below is fully competent
for the scope of activities which are all very low risk. We urgently need to move forward with
these activities to avoid delay. We will be prepared to begin on March 9, 2014 and therefore
respectfully request for your expedited approval.

We request the following personnel be permitted to fulfill the positions indicated on an interim
basis during execution of initial mobilization activities. These site activities include topographic
and utility surveys, geotechnical investigation including boring, fencing installation, water flow
testing, and test pile installation. Their resumes are included as attachments to this
correspondence.

Sureshkumar Parmeswaran: Site Superintendent
Sajith G. Menon: Site Safety and Health Officer

Our Quality Control Manager (QCM) for these activities will be Abdo Abagero, PE. Mr.
Abagero is an employee of ECC. At this time, ECC is awaiting the Bahrain work visa for Mr.
Abagero. Should Mr. Abagero's visa not be available in time for the start of initial field
activities, the QCM for these activities will be James Fein. Mr. Fein will be onsite from March
9-18 after which time we expect that Mr. Abagero will have received his visa and be at the
project site. Both Mr. Abagero and Mr. Fein are authorized to represent ECC in leading the
work.

If you have any questions or require additional information, please contact Jeff Stackow at
jstackow@ecc.net or 303-495-0297.

Sincerely,

Michael McGinty   Digitally signed by Michael McGinty
DN: cn=Michael McGinty, o, ou,
email=mmcginty@ecc.net, c=US
Date: 2014.03.04 14:36:03 -07'00'

Mike McGinty, CPCM
Contracts Administrator

cc:     J. Leptrone, ECC
        J. Stackow, ECC
        R. Wilson, ECC
        R. Plemmons, ECC

**Corporate Office**

1240 Bayshore Hwy
Burlingame, CA 94010

Phone: 650.347.1555
Fax:     650.347.3789

www.ecc.net

# KOOHEJI CONTRACTORS W.L.L.

### RESUME OF KEY MANAGEMENT AND SUPERVISORY PERSONNEL
**Site Superintendent**

NAME                    :    **Sureshkumar C. Parmeswaran**

Citizenship           :    Indian

TITLE                    :    Site Superintendent

MAJOR RESPONSIBILITIES  :    Responsible for the smooth execution of the site as per schedule and coordinate and discuss with the Project Manager for requirement of manpower and resources etc.

QUALIFICATIONS       :    Diploma in Civil Engineering.
Diploma in Draughtsman (Civil)

EXPERIENCE          : Total Experience – 27 years.
(From Feb ' 98 to till date with Kooheji in Bahrain)

Completed following major projects in Bahrain.

1. GCT – Project @ Juffair
2. Holiday inn Express International Building @ Hoora.
3. Durrat Al Bahrain ATOLL 2, 160 Luxury Villas" at Durrat Al Bahrain, Bahrain

4. Carried out various ALBA projects i.e. Access Bridge between Potroom 1 &2 Link Ramp 3 & 6, 6 & 9, 2 & 12 at ALBA Bahrain

   Construction of Access Bridge for Potroom 6, West side of Alba, Bahrain

   Yearly General Maintenance Contract at ALBA, Bahrain.

5. Carried out various BANAGAS projects i.e. Expansion of Head Office expansion BLDG.

6. Various maintenance works at Banagas.

7. Worked in various construction companies in India as Site Engineer / Site Supervisor from 1986 to 1997.

| CURRICULUM VITAE |
| --- |
| **SAJITH  G  MENON**                     **(Mobile No)+973 33141541**<br>**Safety Officer**                            **E –mail-sajithgnet@yahoo.com** |

## Carrier Summary

HSE Officer  with **07 and half years of experience** including **Micro Tunneling, Power Plant, Oil and Gas**, **Marine ,Pipe Line, Steel Plant and Building Projects** (Bahrain,UAE,Qatar and India)also **EPC Project** .Trainings attended include **NEBOSH, OSHA, IOSH Certificate**, basic first aid, loss prevention and practical scaffolding with leading Clients (**GASCO,TAKREER,EMAL,QP,  SNC Lavlin , Worley Parsons, PETROFEC, MIC Qatar,SAMSUNG, ,SK and GS Engineering**) *With GCC Light Driving License*.

## Capabilities

- ❖ Implementation and updating of the Health, Safety procedures.
- ❖ Establish and maintain a professional relationship with Contractor's, Sub Contractor's HSE personnel and multination workforce.
- ❖ Manage and supervise the Safety Toolbox Talk, Training programs.
- ❖ Emergency Response, Training and Development of Fire prevention.
- ❖ Environmental Protection and Controls.
- ❖ Hazard studies and Risk Assessment and analysis.
- ❖ Incident / Accident Investigation, Reporting and Follow-ups.

## Educational Qualifications

- ➢ **Bachelor Degree in  science (Fire and Safety)**

- ➢ **Bachelor Degree in Commerce**

## Technical Qualifications

- ➢    **NEBOSH (IGC)** with **Credit, ArBrit Safety Solutions,** INDIA, 2011.

- ➢    **IOSH managing safely, TWI training centre,** Abu Dhabi, UAE, 2009.

- ➢    **OSHA (U.S Department Labour) Construction safety -30 hours,** UAE, 2009.

- ➢    **Diploma in Fire & Safety Engineering** (01 year),Regular Stream from **National Institute Fire & Safety Engineering (NIFE)**, Cochin, Kerala, India,2006.

- ➢    **Diploma in Safety Officer** (01 year), Distance education from **National Institute of Security Management (NISM)**, Bangalore, India, 2007.

- ➢    **Basic Life Support First Aid (BLS & First Aid) Provider Course** from **AMERICAN MISION HOSPITAL** Manama, Bahrain, 2012.

- ➢    **Training for H2S/BA Awareness from Venture Gulf Training Centre (VGTC)**, Qatar

- ➢    **Pre ACCP** computer Course (1year) from **APTECH** computer education, India, 2005.

**Professional Trainings Attended**

| | |
|---|---|
| Waste Management & Hazardous Substance Site Safety Awareness Training Program Working Inside Confined Space Life Safe Behaviour Training Course Incident Reporting and Investigation Course Risk Assessment for Supervisors Course | Confined Space Awareness Training Electrical Safety and LOTO Awareness Training Mechanical Safety Awareness Training POV (Preoperational verification) Training Electrical Safety and LOTO Awareness Training Hazard Identification. |

**Experiences:**

**Current Position: Safety Officer**

Working as a **Safety officer**, with **M/s Kooheji Contractors W.L.L, Bahrain**

**Job Responsibilities**

- ❖ Conduct Orientation and Training Programs for awareness of Company Policy, General Safety Rules and Working Procedures
- ❖ Preparation of HSE Procedures and Job Safety Analysis for the Project
- ❖ Construction, Specifications and Environment Hazard assessments through Method Statements
- ❖ The ability to promote HSSE responsibility within the team.
- ❖ Waste Management and assessments of construction especially of Concrete, Oil, Chemical, Hazardous material and Misc waste.
- ❖ Environment and Hygienic Control
- ❖ Inspection of Construction Equipment & Lifting Equipment and Scaffoldings
- ❖ Work Permits (Excavation, Confined Space, Hot Work, and Radiography & Road Closure.)
- ❖ Emergency Evacuation plan procedure and drill for Construction Site, Workshops Offices and Camp facility
- ❖ Maintaining and updating site Safety Statistics and Weekly/ Monthly Injuries Records
- ❖ Preparation of job and Report for HSE Department.
- ❖ The facilitation of HAZID, JSA and Risk reviews etc.
- ❖ Provide HSE guidance during shutdowns to the offshore teams
- ❖ The preparation, development and delivery of onshore inductions to new personnel, vendors and core crew prior to mobilization.

**Past Experience in BAHRAIN**

➢ Worked as **HSE Officer** in , **Implenia Construction Ltd** , under **Samsung Engineering**, Muharraq,Hidd,**Bahrain**

| | | |
|---|---|---|
| Project Name | : | Muharraq Sewage Treatment Plant & Sewer Conveyance System |
| Name of client | : | Ministry of Works, Samsung Engineering Co., Ltd. |
| Period | : | 10/08/2012 to Till Date |
| Type of Work | : | Micro Tunnelling 15 km and Piling (20 shaft) |

**WITH TARGET ENGINEERING (UAE) Different projects:**

➢ Worked as **HSE Officer** in **EPC Contractor, TARGET Engineering Construction Co WLL,** under **TAKREER,** Abu Dhabi, Ruwais **U.A.E**.

| | | |
|---|---|---|
| Project Name | : | Sea Water Intake -3 Project (**Oil &Gas, Marine**) |
| Name of client | : | Takhreer & TR Engineering |

| | | |
|---|---|---|
| Period | : | 02/07/2011 to 08/08/2012 |
| Type of Work | : | **Shut Down** and Civil, Marine, Electrical, Mechanical. |

> Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** under **GASCO,** Abu Dhabi, Ruwais **U.A.E.**

| | | |
|---|---|---|
| Project Name | : | NGL -4 Train Project (**Oil &Gas**) |
| Name of client | : | GASCO, Petrofac & GS JV |
| Period | : | 20/12/2010 to 30/06/2011 |
| Type of Work | : | **Shut Down** and Structural Mechanical, Piping. |

> Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** Abu Dhabi.

| | | |
|---|---|---|
| Project Name | : | **Emal** 2000 MW Power Plant Project |
| Name of client | : | EMAL, SNC Lavlin, Worly Parson |
| Period | : | 26/10/2009 to 18/12/2010 |
| Type of Work | : | Electrical and Maintenance Works |

> Worked as **HSE Officer in TARGET Engineering Construction Co WLL,** under **Nakheel,** Dubai, **U.A.E.**

| | | |
|---|---|---|
| Project Name | : | Jumeirah Islands Heights, Cluster (JIC) |
| Name of client | : | **Nakheel** |
| Period | : | 23/07/2009 to 25/10/2009 |
| Type of Work | : | Building project |

**With SIMPLEX INFRASTRUCRES (QATAR) Different projects:**

> Worked as **Safety Officer in Simplex Infrastructures Limited,** under **Doosan Heavy Industries & Con Co, Qatar.**

| | | |
|---|---|---|
| Project Name | : | 1250 MW Qatalum Power Plant Project (**Civil, Marine**) |
| Name of client | : | Qatalum, Doosan, MIC |
| Period | : | 09/04/2008 to 04/07/2009 |
| Type of Work | : | Civil, Marine Pipe Line and buildings |

> Worked as **Safety Officer in Simplex Infrastructures Limited, under Iberdrola, Qatar.**

| | | |
|---|---|---|
| Project Name | : | 2000 MW Mesaieed Power Plant Project (**Civil, Marine**) |
| Name of client | : | Qatar Petroleum, Iberdrola, MIC |
| Period | : | 18/06/2008 to 08/04/2009 |
| Type of Work | : | Civil, Marine, Pipe Line and buildings. |

**In INDIA Different projects:**

> Worked as **Safety Officer** in **Gannon Dunkerley &Co Limited,** under **Vizag Steel Plant ,** Vizag, India.

| | | |
|---|---|---|
| Project Name | : | Vizag Steel Plant Expansion Project |

A2118

| | | |
|---|---|---|
| Name of client | : | Vizag Steel Plant, Dustoor & Co |
| Period | : | 20/09/2007 to 10/06/2008 |
| Type of work | : | Civil and Mechanical |

➢ Worked as a **Safety Super** in **Larsen & Toubro Limited,** Under **Reliance Industries Limited,** Kakinada, AP, **India.**

| | | |
|---|---|---|
| Project Name | : | RIL – Onshore Gas Terminal Project (**Oil &Gas**) |
| Name of client | : | Bechtel & Reliance |
| Period | : | 01/10/2006 to 13/09/2007 |
| Type of work | : | Civil, Mechanical, Electrical, Gas Pipe lines, |

### Personnel Information

| | | |
|---|---|---|
| Father's Name | : | Gopalakrishnana Menon |
| Date of Birth | : | 18/03/1985 |
| Marital Status | : | Married |
| **_Permanent Address_** | : | Leelagopalam (H) <br> Madathil (po) <br> Kannur, Kerala, 670703, India |
| **_Languages Known_** | : | English, Hindi, Malayalam, Tamil, Telungu, and Bengali |
| **_Pass Port Detail_** | | |
| Pass port No | : | K 3308589 |
| Place of issue | : | Kozhikode, Kerala, India |

### Driving Licence

1) Bahrain (GCC) Licence No – 850355370
2) India       Licence No -58/12108/2010

# ABDO A. ABAGERO, P.E.

11281 Columbia Pike, SilverSpring, MD, 20901 Phone: 202-413-7605,  E-MAIL:abatemam@gmail.com

## OBJECTIVE

To associate with an engineering and construction organization that offers professional growth while being resourceful. I bring unique experience having worked on a variety of sensitive and complex US Government construction projects as a quality control inspector. My most recent experience includes working with a large U.S. contractor and US Government on important projects.  My technical expertise and willingness to serve in a variety of engineering roles will enable me to be a valuable asset to your organization. I am also able to work under pressure and while meeting rigorous time and quality requirements. Further, I am willing and available to perform shift work or travel should the work situation dictate.

## EXPERIENCE

**ECC INTERNATIONAL CONSTRUCTORS**                    **BISHKEK, KYRGYZSTAN**

*QC Civil Engineer/Quality Control Manager*                          *03/ 2011 –02-01-2014*

- Served as the Civil Engineer Quality Control Inspector and later since March 2003 as QCM for the New Embassy Compound design-build project in Bishkek.
- Represented the company in meetings with client, governmental agencies and private parties related to theproject.
- Ensured Works are being done in accordance with the project specifications and approved submittals & drawings.
- Provided QC requirements and reporting (e.g. NCRs, corrective actions, documentation for the phases of inspection, RFI). Prepared submittals for civil construction items and responding to clients queries.
- Ensured testing requirements had been implemented as per approved Quality Control Plan. Designed concrete mixes and evaluated concrete mix design prepared by third party for normal, cold and hot weather concreting. This includes pea gravel concrete mix design. Certified new concrete batching plant according to US National Ready Mix Concrete Association requirement. Coordinated Quality control staff for civil engineering works for site and office work.

**ECC INTERNATIONAL CONSTRUCTORS**                                **KABUL, AFGHANISTAN**

*Civil Engineer*                                          *06/ 2010 –12/2011*

- Served as the Civil Engineer Quality Control Inspector for the 200,000 Sf New Embassy Compound design-build project in Kabul, both permanent concrete structure and prefabricated housing units. The project includes 800 desk offices, Laundries, cafeteria, MWR, site utilities, waste water treatment plant, electrical, mechanical and civil structures,
- Coordinated with Quality Control Manager (QCM), Design Manager, H&S Manager, Team members and Subcontractors for the project execution to include design, engineering and construction,
- Ensured Works are being done in accordance with the project specifications and approved submittals & drawings,
- Provided QC requirements and reporting (e.g. NCRs, corrective actions, documentation for the phases of inspection, close out, etc.) and provided punch list items and monitored  it for close out (e.g. log, action items, updates),
- Ensured testing requirements had been implemented as per approved Quality Control Plan,
- Certified new concrete batching plant according to US National Ready Mix Concrete Association requirement,
- Conducted technical review of material submittals for compliance with U.S. standards and project requirements,
- Recorded and uploaded daily quality control reports, pre-analysis and installation meetings, NCRs and project photos and
- Worked with clients on QC/QA issues and responded to client's queries based on contract document and work experience.

**U.S. DEPARTMENT OF STATE – OVERSEAS BUILDINGS OPERATIONS**      **ADDIS ABABA, ETHIOPIA**
*QA Civil Engineer*                                          *11/ 2008 –11/2009*

- Served as the Civil Engineer Quality Assurance Inspector for the 150,000 sf New Embassy Compound design-build project,The new embassy chancery is the largest U.S. facility in Sub-Saharan Africa being executed on a 23 acre active embassy compound. In addition to the large chancery structure, the project involves Marine Bachelor's Quarters, maintenance shops, motor pool facilities, underground fuel storage tanks, water and waste treatment plant, compound access structures and utility building housing generators and fire protection pumps,
- Responsible for monitoring the execution of all civil construction activities which includes roads, perimeter walls, concrete superstructures, water lines, sanitary lines and fire protection linesto assure adherence to approved drawings and specifications,
- Conducted technical review of material submittals for compliance with U.S. standards and project requirements,
- Prepared independent government cost estimates to use in evaluating contractor change order requests.  Used R.S. Means estimating guides in preparing cost estimates,

- Scheduled and led meetings with municipal officials in coordinating offsite utility requirements to support the new embassy project. Served as the U.S. Government's Contacting Officer's Representative for a contract to have the local road authority construct a new storm water system for the new embassy project to connect,
- Liaison with Post, OBO stakeholders and commissioning team to ensure compliance,
- Prepared daily construction progress report documenting daily progress and any unique issues that occurred on-site and
- Performed numerous office engineering duties that included: receiving, processing and answering RFIs; reviewing and post field design changes issued by the design/build contractor; and, reviewing the monthly pay estimate to verify percentage complete for activities being billed.

## OROMIA NATIONAL REGIONAL STATE HOUSING DEVELOPMENT PROJECT OFFICE ADDIS ABABA
*Quality Control Department Head*                                    *06/ 2001 –11/2008*

- Planned, directed, and controlled execution of all business, technical, and administrative functions of the Contract Administration, Design, Material Research, and Quality Control divisions' daily activities,
- Mentored resident engineers on quality control, construction safety and quality assurance while maintaining cost efficient,
- Reviewed, revised and presented thedepartment and division budgets and cost control for 16 towns development program,
- Led the execution of all technical and administrative functions of the Quality Control and Contract Administration divisions
- Oversaw the development ofcost control manuals and fixed unit pricing schedule for 23,000 housing units.

## OROMIA SMALL AND MICRO ENTERPRISES DEVELOPMENT AGENCY ADDIS ABABA,
*Construction Supervisor*                                    *6/2001 –6/2006*

- Inspected the constructionquality of the Technical Collegeand Garment Training Center from design to commissioning,
- Prepared contract documents and analyzed bid document to select contractors for agency projects and
- Prepared monthly payments and participated in schedule of value validation, prepared standards and procedures

## EDUCATION

**Master of Science in Construction Technology and Management**          09/2004-01/2007
Addis Ababa University, Ethiopia

**Bachelor of Science in Civil Engineering**          09/1998-07/2003
Addis Ababa University, Ethiopia

## SKILLS

**COMPUTERS:**

MS Office Suite (including MS Project),SAP2000,FORTRAN and HDM

**CERTIFICATES:**

Professional Engineer ( P.E.)inState of Maryland, Contracting Officer's Representative (COR) - 40 Hrs from Department of State;30-Hour -OSHA Training course in Construction Safety and Health (2011), Mapping and Geo Information - 1000Hrs (Six Months);Construction Contracting- 80 Hrs,.US Department of State FastracForeign Service Institute courses including US Constitution, Quality Assurance and Quality Control, Essentials of TQM, IT Security Awareness, Government Ethics, Ethics and Professional Knowledge, The Fundamentals of Exceptional Customer ServiceACI Grade 1 Field Concrete Testing Certificate and CQM.

**AWARDS:**

"Meritorious Honor" Award, New Embassy Compound Project, Addis Ababa, Ethiopia, U.S. Department of State, 2009
"Extra Mile" Award, New Embassy Compound Project, Addis Ababa, Ethiopia, U.S. Department of State, 2009
"Excellence in Quality" Award, New Embassy Compound Project, Bishkek, Kyrgyzstan, ECCI, 2013





# U.S. ARMY CORPS OF ENGINEERS

**USACE LEARNING CENTER**
**HUNTSVILLE, ALABAMA**

**NAVFAC**

## CERTIFICATE

### Abdo Abagero

NAB-06-14-09001

has completed the Corps of Engineers and Naval Facility Engineering Command Training Course

## CONSTRUCTION QUALITY MANAGEMENT FOR CONTRACTORS - #784

| | | | |
|---|---|---|---|
| Arlington , Virginia | January 23,2014 | NAB /WA 1CEU:0.8 LU:8POH:8 | Randy W. Sitton |
| **Location** | **Training Date(s)** | **Instructional District/ NAVFAC** | **CQM-C Manager** |
| J. Hummel / Igor Boris | john.s.price@usace.army.mil | 410-962-3032 | |
| **Facilitator/Instructor** | **Email** | **Telephone** | **Facilitator/Instructor Signature** |

**THIS CERTIFICATE EXPIRES FIVE YEARS FROM DATE OF ISSUE**

Chief, USACE Learning Center



# JAMES F. FEIN

## SUMMARY OF EXPERIENCE

Mr. Fein is an Environmental/Civil Engineer with 25 years of professional experience. He has 15 years of experience as a Project Engineer in hazardous waste remediation and investigation, planning, and execution. He also has 8 years of supervisory experience with construction including underground utilities, site work and general building construction. He has served in roles as Task Manager, Project Engineer, QC Supervisor, Site Safety Officer, Geologist, and Technical Writer on a variety of environmental and construction projects. For one year he served as QC Manager for construction of the New England Army Recruiting Battalion Center at PNSY in Kittery, Maine. In 2012 he completed an assignment in Afghanistan in the role of Quality Control Manager. He recently completed an assignment serving as both QC Manager and Site Safety and Health Officer for a Transpired Solar Wall Installation project in Pennsylvania. Mr. Fein has also coordinated several projects involving ordnance clearing at active military sites. Prior to joining ECC, he served as project engineer for environmental engineering consultants, as an inspector/ resident engineer for an engineering design firm, and as a supervisor/estimator for a construction company on various utility and site work projects. He recently completed an assignment as QC Manager at a Parking Lot Renovations project in Los Angeles, CA.

## PROFESSIONAL EXPERIENCE

**USACE – Tobyhanna Army Depot, Solar Collector Panels Design/Build Project, Tobyhanna, PA (November 2013 – Present)**
As Quality Control Manager, prepare various plans, review and manage project submittal process, and operate project QCS system.

**AFCEC – Grissom Air Reserve Base, Environmental Remediation Services, Kokomo, IN (October 2013 – Present)**
As environmental engineer and technical writer, prepared environmental site closure reports and Remedial Action Work Plans for various environmental sites. Review analytical data and assist in management of site investigation activities.

**USACE – Veterans Affairs, Parking Lot Renovations, Los Angeles, CA (April 2013 – October 2013)**
Responsible for implementation, oversight, and management of project QC Program. Ensure work completed in accordance with contract documents and conduct 3-Phase QC meetings. Site activities include excavation of unsuitable site soils, identification of site utilities, placement and compaction of base materials, asphalt paving, and parking lot striping. Manage geotechnical firm conducting soil density testing. Review and prepare submittals for government approval. Prepare daily QC reports.

**USACE, DLA – Distribution Susquehanna, New Cumberland, PA (August 2012 – April 2013).**
Serving in dual role of QC Manager and Site Safety & Health Officer (SSHO) for the Installation of Transpired Solar Walls on DLA Building 2001. As QC Manager responsible for field inspections of work, submittal review and preparation/submission, conducting and documenting 3-Phase QC inspection meetings, and preparation of Daily Quality Control Reports. SSHO responsibilities included AHA preparation and review, conducting various site safety briefings (APP, AHA's, daily tailgate meetings), and on-site monitoring to ensure subcontractor and worker compliance with project safety requirements. The project is the largest solar air heating installation on a single building in the United States to date.

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

1

10 of 17
Government Rule 4 File

**A2123**



**USACE – National Park Service, Great Lakes Restoration Initiative - Apostle Islands, (Lake Superior, Wisconsin) and North Manitou Island (Lake Michigan, Michigan) (April 2012 – July 2012).** Served in dual role of Quality Control Manager and Site Safety & Health Officer (SSHO) on these remote island project sites. The Apostle Islands project was a lead (Pb) paint investigation and characterization at multiple islands within the Apostle Islands Park. The North Manitou Island site was a subsurface investigation to characterize/delineate historic releases of petroleum contamination in both soil and groundwater. SSHO responsibilities included AHA preparation, conducting various safety briefings (AHA and daily safety tailgates), oversight of drill rig operations and mobilizations/demobilizations, and ensuring worker compliance with project safety standards. QC responsibilities included conducting 3-Phase Inspection meetings, ensuring proper sample collection techniques and quantity of samples collected for required analyses, proper decontamination and waste management, and preparation of Daily Quality Control Reports. Remote island locations required the bringing in of all food and provisions, and tent camping for part of the assignment.

**AFCEE, Kandahar Air Field, Kandahar, Afghanistan (November 2011 – April 2012).** Served as QC Manager for the Afghan National Army Air Corps Phase IV Expansion, Kandahar Airfield, Afghanistan. Responsibilities include oversight of multiple subcontractors, management of project QC program, review and transmittal of submittals, interpretation of contract documents, preparation of various project reports, and management of on-site living accommodations and services.

**USACE AED-North, Mazar-e-Sharif, Afghanistan (October 2011).** Served as Alternate QC Manager for the Special Operations Forces Joint Operations Command Project. Responsibilities included management and oversight of QC activities and personnel, review of QC-staff prepared reports, oversight of project QC documentation, scheduling of testing activities, evaluation of test results, attendance at client meetings, submittal review and management, and oversight of multiple subcontractors.

**USACE AED-North, Kunduz, Afghanistan (September 2011).** Served as Alternate QC Manager for the Afghan National Army Uniform Police Headquarters and Medical Facility Project. Responsibilities included management and oversight QC activities and personnel, preparation and control of project QC documentation, scheduling of testing activities, evaluation of test results, attendance at client meetings, submittal review, and subcontractor oversight.

**NAVFAC Northeast, Portsmouth Naval Shipyard (08/10–07/11).** Served as QC Manager for construction of the new Army New England Recruiting Battalion. Reviewed and approved submittals and managed submittal process. Managed subcontractors and prepared Requests for Information to Client. Interpreted contract documents and worked closely with subcontractors. Inspected contractor's completed work and maintained asbuilt drawings. Conducted Three-Phase Preparatory Meetings with subcontractors for definable features of work.

**USACE Galveston, Bolivar Peninsula, Levee Repairs (Hurricane Ike Response) (3/10 and 7/10).** Served in temporary role as QC Manager for repairs to marine features along Intra-Coastal Waterway. Responsibilities included inspection/monitoring contractor activities at remote project sites, preparation of daily reports, and conducting Three-Phase Preparatory Meetings with subcontractor.

**USACE New England, Massachusetts Military Reservation (11/09–02/10).** As QC Engineer/ Geologist, provided oversight of drilling subcontractor performing sonic drilling activities and well construction associated with two MMR groundwater plumes. Responsible for QC/Safety, documenting site activities, sample collection and completion of sample documentation.

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

2

11 of 17
Government Rule 4 File

**A2124**



**AFCEE, Massachusetts Military Reservation (06/09-11/09).** As Construction Manager and Technical Writer on the CS-18 and CS-19 Soil/UXO Removal Action Projects, managed soil excavation, handling, and disposal of explosives-contaminated soils. Responsibilities included planning/scheduling of site activities, oversight of site activities and personnel, QC of excavation depths and soil volumes, management of blow-in-place and post-excavation soil sampling, and coordinating soil transportation and off-site disposal with waste disposal vendors. Prepared soil disposal documentation in accordance with State of Massachusetts regulations. As sole author, prepared CERCLA Removal Action Reports for both the CS-18 and CS-19 sites.

**USACE New England, Massachusetts Military Reservation (04/04–09/05, 11/08-06/09, 5/10-7/10).** As Task Manager and Project Engineer under the TERC contract, managed a Rapid Removal Action for soil removal and UXO clearance and removal of targets in the Central Impact Area. Developed the work plan and wrote the final RRA report. Managed post-blow-in-place soil sampling and off-site soil disposal activities including review of analytical data for BIPs conducted throughout ECC's MMR work areas. Oversaw improvements to roads, including UXO clearance and other physical improvements. Managed the Range Residue Management Program, which included preparation of a site-specific SOP, range residue management activities, preparation of cost benefit analyses, and implementation of inspection processes for determining explosive hazards potential of ordnance remnants. Prepared Final Demolition Area 1 Source Area Completion Report, L-Range RI/FS Report, and L-Range MEC Report.

**Army Environmental Center, Massachusetts Military Reservation (12/05-05/06).** Served as Project Engineer on a performance-based contract for post-BIP soil management activities during the construction of the J-2 and J-3 groundwater treatment systems. Coordinated delineation and characterization sampling, review of analytical results, execution of soil removal activities, and off-site disposal of contaminated soils. Acted as Geologist including field oversight during borehole drilling and well development activities at various extraction wells within the Central Impact Area.

**AFCEE, Massachusetts Military Reservation (06/06-08/06, 11/06-03/07).** As Project Engineer and Geologist, provided field oversight during borehole drilling and well development activities at various extraction and reinjection wells connected with the Southwest Operable Unit and the CS 23/LF-1 groundwater remediation systems. Reviewed and approved consultant's pump and pipeline design calculations for the CS-23/LF-1 system and reviewed subcontractor-certified payrolls. Performed QC reviews and made subsequent revisions to well construction logs. Prepared the Interim Remedial Action Report for both projects conducted under the WERC Contract.

**AFCEE, Massachusetts Military Reservation (04/07-09/07).** Served as QC Supervisor for the installation of extraction wells and underground pipelines installation and their connections to a groundwater treatment system for the FS-28 Plume Leading Edge project under the WERC contract. Reviewed shop drawings and monitored field activities to ensure compliance with project specifications. Served in role as Project Engineer/Geologist for the installation of the extraction wells.

**Army Environmental Center, Ft. Eustis / Ft. Lee PBC Contract, VA (10/07-08/08, 03/09-04/09).** Served in various roles (Task Manager, Project Engineer, and Site QC/Safety Supervisor) for various project sites under this multi-site contract. Provided subcontractor management, QC/Health & Safety monitoring, and technical oversight for ISCO field activities at two project sites. Prepared various site documents including Work Plans, Health & Safety Plans, and RFP/Statement of Work packages for letting of subcontracts at four (4) ISCO project sites. Managed subcontracting process for each of these ISCO sites. Projects under this contract included the ISCO sites, three subsurface investigation sites,

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

3

12 of 17
Government Rule 4 File

**A2125**



three soil removal (T&D) sites, and management of subcontracting/design/construction of a large-scale (cast-in-place) stormwater treatment unit.

**Air Combat Command (DBR2 Contract), Moody Air Force Base, Valdosta, GA (09/08-12/08).** QC/Health and Safety oversight and subcontractor management for well installation at various project sites. Projects included groundwater extraction wells as well as direct push injection wells for in-situ anaerobic biological treatment. Assisted with preparation of technical approach for in-situ bioremediation injections, and with preparation of project QAPP.

**USACE, Hurricane Katrina Emergency Response Contract New Orleans, Louisiana, (09/05-11/05).** As QC Supervisor for a major debris removal effort, coordinated QC monitor activities with morning planning meetings and debriefings at the end of each day. Prepared daily summary QC reports, which included summaries of many work crew's activities, debris removal, health and safety concerns, and QC issues. Oversaw the removal and disposal of storm debris, brush and green waste, electronic goods, household hazardous waste, and canal debris. Monitored landfill operations. Submitted daily QC summary reports.

**USACE Louisville, Dover Air Force Base, Delaware (04/06-05/06).** Served as QC Engineer and Health and Safety Officer for modifications and improvements to above-ground storage tanks under the MARC program. Participated in asbestos abatement, underground piping investigation and testing, fuel gauging system installation, and modifications to nozzle assembly modifications for No. 6 oil tanks. Managed subcontractor activities and coordinated work activities and waste disposal with air base officials. Prepared site health and safety plan, daily QC reports, and final project reports.

**NAVFAC Southeast, Gulfport, Mississippi (08/06-11/06).** As QC Engineer and Health and Safety Monitor for orange soil remediation and closure actions at the Naval Construction Battalion Center in Gulfport, oversaw the installation of a roller-compacted concrete cap after the agent-orange impacted soil had been stabilized at the 12-acre site. Participated in the design of final elevations and slopes for positive drainage over the cap, setting of line and elevation controls in the field, surveying, and quality control of field operations for the placement of two six-inch layers of concrete. Oversaw the elevation and slope design and layout of a helicopter pad at the center of the concrete cap.

**USACE-Seattle, Wyckoff/Eagle Harbor Superfund Site, Groundwater Treatment Plant Construction (01/09-02/09).** As Project Engineer and QC inspector provided technical support and prepared complete set of asbuilt drawings for new construction.

**Gale Associates, Weymouth, Massachusetts (5/02-3/04).** As Environmental and Project Engineer, coordinated and managed all aspects of subsurface investigation and remedial activities at contaminated properties in eastern Massachusetts. Solicited contractor proposals, managed contractors, and coordinated analytical laboratories. Collected samples, prepared documentation, and interpreted data. Managed drilling contractors, characterized soil samples, directed well installation, and conducted air monitoring. Provided oversight of remediation activities including product and groundwater recovery and groundwater remediation. Instituted passive remedial solutions at sites affected by petroleum hydrocarbon. Prepared MCP documents including IRA plans and status reports, RAM plans and status reports, IRA and RAM completion reports, Phase I & tier classification submittals, Phase II comprehensive site assessments, and response action outcome statements. Prepared EPA Brownfields documents including engineering evaluation/cost analyses and a quality assurance project plan.

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

4

13 of 17
Government Rule 4 File

**A2126**



**WEB Engineering Associates, Norwell, Massachusetts (07/00-4/02).** As Environmental Engineer and Field Project Manager, managed on-site soil stabilization activities as part of a mixed residential and commercial redevelopment project. Directed excavation of more than 60,000 cubic yards of impacted site soils associated with the remediation of a former historic manufactured gas plant. Made field determinations concerning unexpected variations in site and soil conditions. Directed remediation activities related to releases from underground storage tanks and hydraulic reservoirs, assessing liquid and sludge contents to determine appropriate waste removal and disposal actions. Oversaw demolition activities, conducted site surveying, and directed subsurface drilling activities. Compiled and reviewed analytical data and prepared a soil management plan, classifying soils for disposal and reuse. Prepared health and safety plans and Massachusetts Contingency Plan documentation.

**Environmental Science Services, Providence, Rhode Island (10/98-11/99).** Served as Site Supervisor and Site Health and Safety Officer for remediation activities at a former manufactured gas plant site. Provided contractor management, coordinated contractor and subcontractor activities, and approved contractor payment requisitions. Interpreted analytical results with respect to site clean-up standards, directed clean-up activities, conducted air monitoring, and maintained scheduling. Attended weekly meetings with client, contractor, legal counsel, and regulatory authorities.

**Environmental Science Services, Providence, Rhode Island (10/98-11/99).** As Project Manager and Staff Environmental Engineer, managed subsurface investigation projects. Tracked budgets, coordinated subcontractor activities, and consulted with utility company representatives. Wrote summary subsurface investigation reports. Prepared work plans, health and safety plans, and sampling and analysis plans. Reviewed and interpreted analytical results and performed data reduction. Supervised contractors during subsurface investigations and well construction. Established sample grids by surveying and performed well surveys.

**Roy F. Weston / Resource Applications, Burlington, Massachusetts (7/94-9/98).** In the role of Project Engineer and Staff Environmental Engineer inspected removal, cleanup, and disposal operations at a number of hazardous waste sites. Documented activities and conditions in site logs and record drawing, and monitored health and safety plan implementation. Attended project meetings and consulted with federal, state, and local authorities at Superfund projects. Monitored the operation and performance of on-site treatment systems. Worked in Level B, Level C, and Level D protective equipment. Collected soil, drum, and asbestos samples and conducted air monitoring. Conducted site investigations and assessments and wrote summary reports. Participated in hazardous waste emergency responses. Tracked site costs and managed budgets. Oversaw the packaging and shipping of hazardous waste samples to environmental laboratories. Served on the Superfund Technical Assessment and Response Team and the Technical Assistance Team.

**Brentwood/Chandler Construction Companies, Hyannis, Massachusetts (07/87-06/94).** As Estimator, Engineer, and Supervisor, analyzed contracts, interpreted plans and specifications, performed site evaluations and prepared estimates for utility and site construction projects. Managed multiple projects and supervised personnel. Planned and scheduled project activities, prepared and executed bids and change orders, purchased materials, provided surveying and site layout, and consulted with clients, utility representatives, and local officials.

**Weston and Sampson Engineers, Peabody, Massachusetts (03/85-09/86).** As Resident Engineer and Inspector, interpreted plans and specifications, negotiated change order details, and inspected water main, sewer main, and pumping station construction ensuring contract compliance. Verified pipe invert and manhole elevations, and monitored job safety. Documented job progress through daily report preparation,

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

5

14 of 17
Government Rule 4 File

**A2127**



as-built drawings, and blasting records. Acted as a liaison between clients, property owners, contractors, and community officials. Prepared payment requisitions and wrote O&M manuals.

## EDUCATION AND TRAINING

MS, Civil/Environmental Engineering, Northeastern University, 1993
BS, Civil Engineering (Environmental Option), University of Massachusetts (Amherst), 1984
OSHA 40-hour HAZWOPER Training, 1994; Refresher, April 2013
OSHA 30-Hour Construction Safety Training, 2010
OSHA 10-hour Construction Safety Training, 2003
OSHA 8-hour Site Safety Manager Training, 1995
First Aid and CPR Training, 2012
IATA/DOT Shipping of Dangerous Goods and Hazardous Materials Training, 1998

## PROFESSIONAL REGISTRATIONS AND AFFILIATIONS

Fundamentals of Engineering/Engineer in Training, State of Massachusetts
Project Management Professional (PMP) (Project Management Institute, 2008)
Concrete Field Testing Technician, Grade 1, American Concrete Institute (2009)
USACE CQM for Contractors Certification, Recertified in 2012
Certified Soil Evaluator, Massachusetts

## EMPLOYMENT HISTORY

04/04-Present: ECC, Massachusetts, Associate Civil and Environmental Engineer, Task Manager, Technical Writer, and QC Manager
05/02-03/04: Gale Associates, Inc., Weymouth, Massachusetts, Environmental/Project Engineer
07/00-04/02: WEB Engineering Associates, Inc., Norwell, Massachusetts, Environmental Engineer and Field Project Manager
10/98-11/99: Environmental Science Services, Inc., Providence, Rhode Island, Sr. Site Supervisor, Environmental Engineer, Project Manager
07/94-09/98: Roy F. Weston, Inc/Resource Applications, Inc., Burlington, Massachusetts, Project Engineer and Staff Environmental Engineer
07/87-06/94: Brentwood/Chandler Construction Companies, Hyannis, Massachusetts, Estimator, Engineer, and Supervisor
03/85-09/86: Weston and Sampson Engineers, Inc., Peabody, Massachusetts, Resident Engineer and Inspector

## CLIENT REFERENCES

Jonathan Davis, Remediation Program Manager, AFCEE, 508-968-4670 x4952
Michael Notto, Project Engineer, USACE (Baltimore District), 717-770-7312
John Ehret, Senior Engineer, USACE (Massachusetts Military Reservation), 508-563-7859 x186
Hank Hennigar, Contracting Officer's Representative (USAEC), 804-734-5068

C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

6

15 of 17
Government Rule 4 File

**A2128**



C:\Users\JStackow.ECC\Documents\Bahrain TQ and DFAC\Correspondence\USACE\2014-02-04 Letter Request to use Kooheji Personnel for Early Activity\Master Resume-Fein J_Feb 2014.doc

7



USACE LEARNING CENTER
HUNTSVILLE, ALABAMA

NAVFAC
Naval Facilities Engineering Command

## *CERTIFICATE*
### *this is to certify that*

# James Fein

*has completed the Corps of Engineers and Naval Facilities Engineering Command Training Course*

# Construction Quality Management for Contractors Recertification

Certificate Number: NAE-99-07-00170

Given on _____ *February 4, 2012* _____

**THIS CERTIFICATE EXPIRES FIVE YEARS FROM DATE OF ISSUE**

CEHR-P Form 586 (REVISED)
1 AUG 98

Director, USACE Learning Center

| | |
|---|---|
| **From:** | DeMattei, Peter A TAM |
| **To:** | Jeff L Leptrone |
| **Cc:** | Jeffrey S Stackow; Rick D Plemmons; Michael J McGinty; Philip, Tino CIV USARMY CETAM (US); Pearman, Michelle R CIV USARMY CETAM (US); Walgate, Gregory G TAM; Wickham, Tracy L TAM; Byam, Barbara V TAM |
| **Subject:** | RE: Request for Approval of Interim Personnel Bahrain TQ DFAC (UNCLASSIFIED) |
| **Date:** | Wednesday, March 05, 2014 4:12:03 PM |
| **Attachments:** | Org Chart for P935-940 & P937.pdf<br>Solicitation Page 3 Letter RFP.PDF<br>A36_Amendment 0001 Letter RFP 35 MATOC MED 33 2012, TEQ & DFAC,Manama, B....pdf<br>A36_Amendment 0002 Letter RFP 35 MATOC MED 33 2012, TEQ & DFAC,Manama, B....pdf |

Classification: UNCLASSIFIED
Caveats: NONE

Jeff,

Attached is the org chart ECC proposed for P935/P940. This list was incorporated into your contract at award. Also attached are the solicitation guidelines that were used to evaluate ECC against the other companies that bid on this project. More weight was given to firms whose key personnel not only met required qualifications but whose experience exceed requirements. Although you are requesting that these key personnel are only to be replaced on a temporary basis, substituting them creates an unfair advantage to those firms that also bid on this project.

I am denying your request to replace the key personnel that were incorporated into your contract. You may proceed with the initial mobilization activities if the key personnel listed in your proposal are present.


Respectfully,

Pete DeMattei
Contracting Officer
Middle East District
Directorate of Contracting

BUILDING STRONG
U.S. Army Corps of Engineers
Commercial: (540) 665-1202
DSN CONUS: 265-1202
DSN OCONUS: (312) 265-1202
Email: Peter.A.DeMattei@usace.army.mil


-----Original Message-----
From: Jeff L Leptrone [mailto:JLeptrone@ecc.net]
Sent: Wednesday, March 05, 2014 3:10 PM
To: DeMattei, Peter A TAM
Cc: Jeffrey S Stackow; Rick D Plemmons; Michael J McGinty; Philip, Tino TAM; Pearman, Michelle R TAM; Walgate, Gregory G TAM
Subject: [EXTERNAL] RE: Request for Approval of Interim Personnel Bahrain TQ DFAC

Peter,

As Mike said, we respectfully request your quick approval of this this interim personnel team to start the initial mobilization activities for the TQ/DFAC. We are also fully aware that we must have your approval for any substitutions from the project key personnel we proposed back in February 2013. We are in the process of determining the permanent team and hope to have a plan and request to you soon. Some of these people are coming off other projects and preparing for this long term assignment and will be arriving in about the next 30-90 days as

required.

In the meantime, we are requesting approval of this interim team that will only need to be on site for a short duration for the stated, non-construction related activities. This team is separate and distinct from the BEQ team. There will be an ECC employee on site that can represent and speak for ECC. On 9 March, we will have the team ready to start the surveys which we need to rapidly progress with the design.

Again, we ask for your quick approval. Please let me know if you need further information.

Thank you in advance.

Jeff

Jeff Leptrone

ECC Program Manager

Cell: 850-867-7546

From: Michael J McGinty
Sent: Tuesday, March 04, 2014 3:37 PM
To: DeMattei, Peter A TAM; Philip, Tino TAM; Pearman, Michelle R TAM
Cc: Jeffrey S Stackow; Jeff L Leptrone; Rick D Plemmons; Siony Mae C Dasmarinas
Subject: Request for Approval of Interim Personnel Bahrain TQ DFAC
Importance: High

Pete,

We urgently need your approval on the attached.

Can you please let us know if you have any questions?

Regards,

Mike

Michael McGinty, CPCM

ECC/ECCI

1746 Cole Blvd
Bldg 21 Suite 350
Lakewood, CO 80401
(303) 590-1179 (Direct)
(720) 840-3445 (Int Mobile)

Integrity-Vision-Results

NOTICE:  This electronic message transmission and any attachments to it has been sent for the sole use of the intended recipient(s).  If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized use or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender and immediately delete or otherwise destroy the original message and all attachments.

Classification: UNCLASSIFIED
Caveats: NONE

**A2133**



*35 MATOC MED 33 2012, PN 935 and 940*
*USACE Middle East District*
*Transient Quarters and Enlisted and Officer Dining Facility, Bahrain*



working on similar projects within the Kingdom of Bahrain, and throughout the CENTCOM AOR. Kooheji is one of Bahrain's largest contractors and real estate developers, with extensive experience managing the full spectrum of construction services, fabrication and erection of structural steel works, and construction of concrete residential and retail facilities, multi-story commercial/office complexes, industrial buildings, and warehouses.

***Specialty Subcontractors***

Additional specialty subcontractors include:

- Keller Grunbau for cast-in-place piling work
- Comsip Al A'Ali for electrical and fire alarm
- Al Manartain Block Factory for concrete masonry units

- Al-Hoty Analytical Services for geotechnical investigation and materials testing
- IFire for fire protection system installation
- DEI Consulting as the Commissioning Agent

### 1.1.1   Project Organizational Chart

The organizational structure depicted in **Figure 1-1** shows the lines of authority between ECC, Baker, and Kooheji, as well as specialty subcontractors. Kooheji is the only subcontractor performing more than 20 percent of the work. Key Personnel for the ECC Team are indicated including Fire Protection QC Specialist Andrew Weisfield who will be seconded as an ECC employee during the project.



**Figure 1-1. ECC Organizational Chart.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

1-2

Factor 1--Management Plan

 
functions to ensure coordination, management, and control of resources during all phases of work.

Our organization is led by a USACE-experienced program manager, Mr. Jeff Leptrone and is supported by ECC corporate managers overseeing H&S, QC, contract administration, and engineering services. They ensure consistency in execution and control over contract and TO performance. At the TO level, Mr. Gainer and Site Superintendent, Emad Bader El-din

provide direction and control with support from the CQC system manager Mr. Abdelbaky and in country SSHO Jacob Jenu, who ensure quality submittals and a safe/compliant work site. Our organization offers:

- A simple chain of command with clear reporting channels between our MATOC program and TO organizations with defined levels of responsibility
- A MATOC level team member, Baker as Designer of Record

## Organization Chart

**USACE CETAM**

**Commissioning Authority**
DEI Consulting

**Corporate Quality & Safety Manager**
Rich Gioscia, CIH, CSP, CHMM, CQM, DBIA

**Project Manager ***
Darren Gainer

**Corporate Sponsor**
Director
Keith Pushaw, PMP
Program Manager
CENTCOM MATOC
Jeff Leptrone

**Design Integration Manager**
Ralph Rosales, PE

**Design Manager**
Louis Mittelman, PE, PMP, LEED AP

**SSHO ***
Jacob Jenu, STS

**Project Support Team**
Finance
Subcontractors
Project Controls
Logistics
Administration
Contracts

**Project Superintendent ***
Emad Bader El-din

**Security Manager ***

**Designer of Record**
Michael Baker

Structural Engineer -
Gavin Fitzsimmons, PE, SE
LEED - Eamon Geary, LEED AP ND ID+C
Communications Designer -
Kevin Louk, RCDD/NTS/OPS, LEED AP BD+C
Architect - David MacArthur, RA, LEED Green Associate
Interior Design - Anita Myers, NCIDQ
Mechanical Engineer -
Daniel Rollins, PE, LEED AP
Civil Engineer - Bill Shiderly, PE
Electrical Engineer - Ray Thom, PE, LEED Green Associate
Fire Protection Engineer -
Andrew Weisfield, PE, LEED Green

**Design QA/QC Manager**
Ralph Deffenbaugh, PE, LEED AP

**QC Systems Manager ***
Mohamed Abdelbakey
RMS Systems Manager
Submittals Clerk

**Construction Subcontractor ***
Kooheji Contractors
Local/Specialty Firms
US Small Business

**LEGEND**
* On-Site
—— Reporting
- - - Communication

ECC CENTCOM Constructors LLC
Michael Baker
Kooheji Contractors
Other Subcontractors

C112 BEQ PN 937 Bahrain 001 Org Chart

**Figure 1-5. ECC BEQ Bahrain TO Organization Chart.** ECC has selected key personnel and subcontractors and defined authorities and reporting structure.

**ISO 9001:2008 CERTIFIED**

Source Selection Information – See FAR 2.101 and 3.104
Do not disclose any source selection information to any unauthorized person

1-36

Volume II – Technical Factor 1 –Experience
BAFO July 23, 2012

Deleted: June 25
Formatted: Underline, Highlight

QC/ Project Superintendent — Prime
01 45 04.00 -10

management personnel for subcontractors separately performing more than 20% of the on-site construction and or management work.

More weight will be given for:

Organizational charts that show clear lines of authority between the prime contractor, designers and sub-contractors performing more than 20% of the work.

(ii) Identification of Key Personnel to include information pertaining to their experiences and qualifications to serve in the positions indicated:

Prime contractor's Construction Project Manager.
Prime contractor's Site Superintendent.
Prime contractor's Contractor Quality Control Systems' Manager (CQCSM).
Prime contractor's Site Safety, Health and Environmental Officer (SSH&EO).
Prime contractor's Fire protection Engineer to be licensed under the requirements in Unified Facilities Criteria (UFC) 3-600-01 Section 1-5.
Designers of Record shall be licensed in the USA or the Kingdom of Bahrain.

More weight will be given for:

Key Personnel with experience on at least three (3) projects of similar size, scope, and complexity.
Key Personnel with ten (10) or more years of relevant job experience that is related to the position they will hold on this project.
Lead Designers with experience greater than five (5) years performing relevant design work.
Geotechnical Engineers with experience greater than five (5) years.

(iii) Description of the ability to manage projects of similar or greater complexity. Offerors should clearly but concisely describe experience on projects of similar or greater size, scope, and complexity, as the project described in the Letter RFP.

More weight will be given to Offerors who:

Demonstrate Project Management experience on three (3) or more projects of similar size, scope, and complexity.

Demonstrate experience in design/construction of projects that meet UFC 4-010-01.

Demonstrate experience in design/construction of projects that meet UFC 4-010-02.

Demonstrate experience in progressive collapse design.

(iv) Subcontractor Letter of Commitment: If an Offeror wishes to be credited with a subcontractor or supplier, i.e. a firm that is not the prime contractor or part of the joint venture, a unequivocal letter of commitment signed by the subcontractor and the prime contractor must be submitted. It must be submitted even if the firm is in some way related to a joint venture partner (for example, the subcontractor is subsidiary of a joint venture



**DEPARTMENT OF THE ARMY**
**U.S. ARMY CORPS OF ENGINEERS**
**Middle East District**
**P.O. Box 2250**
**Winchester, Virginia 22604-1450**

21 December 2012

Directorate of Contracting

SUBJECT: Amendment 0001 to Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

**MATOC CONTRACT HOLDERS**

**The Amendment 0001 is issued to accomplish the following:**

1. Specifications: Revised sections are replaced in their entirety. Revisions to the specification pages are shown on the pages in the following manner: New text is underlined and deleted text is shown using strikeout. The Amendment number appears in the bottom margin on all pages of the new or revised sections.

The following has been revised/replaced:

TABLE OF CONTENTS (RFP Parts 2-6) - page 3

PART 3 - 2 + 0 TQ
        Chapter 1 - page 1
        Chapter 3 - page 1
        Chapter 4 - replaced in its entirety
        Chapter 5 - page 11
        Chapter 6
                D40 - replaced in its entirety

PART 3 - COMBINED DFAC
        Chapter 3 - page 1
        Chapter 6
                D40 - replaced in its entirety
                D50 - added in its entirety

PART 4 - 2 + 0 TQ
                D40 - replaced in its entirety
                E20 - pages 1, 2, 5, 6, 7 and 8

PART 4 - COMBINED DFAC
                D40 - replaced in its entirety

PART 6 - ATTACHMENTS
        Table of Contents - page 1

**A2137**

SUBJECT: Amendment 0001 to Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

FF&E Documents - Added in its entirety
Mech Documents - Added in its entirety

2. Drawings are not affected by this amendment.

3. In the Letter RFP 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, under 5. Evaluation of Technical Proposals; Factor 1- Management Plan;

(a)(ii) The following Identification of Key Personnel to include information pertaining to their experiences and qualifications to serve in the positions indicated:

Prime contractor's Construction Project Manager.
Prime contractor's Site Superintendent.

**Has changed to:**

Prime contractor's Project Manager.
Prime contractor's Construction Site Superintendent.

ALL OTHER TERMS AND CONDITIONS REMAINS UNCHANGED

All contractual matters relating to this request for proposal are to be directed to Ms. Michelle R. Pearman at Michelle.R.Pearman@usace.army.mil or SFC Igor Paustovski at Igor.Paustovski@usace.army.mil.

Note: I, Kathleen A. Achord, Contracting Officer, have signed this contractual instrument in the absence of the Procuring Contracting Officer Michelle R. Pearman who will resume her duties on 02 January 2013.

Sincerely,

KATHLEEN A. ACHORD
Contracting Officer

2

**A2138**



**DEPARTMENT OF THE ARMY**
**U.S. ARMY CORPS OF ENGINEERS**
**Middle East District**
**P.O. Box 2250**
**Winchester, Virginia 22604-1450**

03 January 2013

Directorate of Contracting

SUBJECT: Amendment 0002 to Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

**MATOC CONTRACT HOLDERS**

**The Amendment 0002 is issued to accomplish the following:**

1. Established <u>separate closing dates</u> for submission of Non-Pricing Proposal and Price Proposal.

2. <u>Specifications:</u> Revised sections are replaced in their entirety. Revisions to the specification pages are shown on the pages in the following manner: New text is underlined and deleted text is shown using strikeout. The Amendment number appears in the bottom margin on all pages of the new or revised sections.

The following has been revised/replaced:

    <u>PART 2 - GENERAL REQUIREMENTS</u>

    01 33 00.12 10
        Paragraph 3.5.1 - pages 12 and 13

    <u>PART 3 - PROJECT PROGRAM - 2 + 0 TQ</u>
        Chapter 2 - page 4
        Chapter 3 - page 1
        Chapter 5 - pages 1, 10, 24 thru 27 and 32
        Chapter 6
            B20 - page 1
            C10 - page 4
            E20 - page 5
            G40 - page 4

<u>PART 3 – PROJECT PROGRAM – Combined DFAC</u>
        Chapter 2 - page 4
        Chapter 6
            B20 - page 1
            C10 - page 4
            G40 - pages 1 and 4

3. <u>Drawings</u> are not affected by this amendment.

**A2139**

4. In the Letter RFP 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, under 5. Evaluation of Technical Proposals; Factor 1- Management Plan;

(a)(ii) The following Identification of Key Personnel to include information pertaining to their experiences and qualifications to serve in the positions indicated is:

**Changed From:**
      Prime contractor's Fire protection Engineer to be licensed under the requirements in Unified Facilities Criteria (UFC) 3-600-01 Section 1-5.

**To:**

      Prime contractor's Fire Protection Quality Control Specialist. (See Amendment 0001 D40 1.2.2 on Pg 2 of Section D40).

5. In the Letter RFP 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, under 5. Evaluation of Technical Proposals; Factor 1- Management Plan;

(a)(iv) Subcontractor Letter of Commitment: Letter of commitment are excluded from the fifteen (15) page count limitation of Factor 1 Management Plan.

6. Foldout sheets: Foldout sheets are allowed to count as one page in respect to the organizational chart and concept design drawings only.

7. Bidder Inquiry Submission Date in ProjNet: The Bidder Inquiries in ProjNet submission date is hereby extended from 02-January-2013 to 07-January-2013 at 4:00PM, Winchester, VA time.

8. Non-Pricing Proposal Submission Instruction: Letter Request for Non-Pricing Proposal due date is hereby extended from 09-January-2013 to 14-January-2014 at 4:00PM, Winchester, VA time.

Each Non-Pricing Proposal can be mailed to:

      U.S. ARMY CORPS OF ENGINEERS
      MIDDLE EAST DISTRICT - CETAM-CT-M
      ATTN SFC IGOR PAUSTOVSKI/TINO PHILIP
      P.O. BOX 2250
      WINCHESTER, VA 22602

Or

Each Non-Pricing Proposal can be submitted to:

      U.S. ARMY CORPS OF ENGINEERS
      MIDDLE EAST DISTRICT - CETAM-CT-M
      ATTN: SFC IGOR PAUSTOVSKI/TINO PHILIP
      201 PRINCE FREDERICK DRIVE
      WINCHESTER, VA 22602

Your non-pricing proposal is due no later than 14-January-2013, 4:00PM, Winchester, VA time. Price Proposals are not due at this time. Proposals may be sent by courier (DHL, Federal Express,

<div align="center">2</div>

SUBJECT: Amendment 0002 to Letter Request for Proposal, 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

etc) or hand delivered at the address above. Please reference Letter RFP 35 MATOC MED 33 2012, Transient Quarters and Enlisted & Officer Dining Facility, Bahrain (PN # 935 & 940)

9. <u>Price Proposal Submission Instruction:</u>  Price Proposal due date is hereby extended from 09-January-2013 to a date that will be established by a forthcoming Amendment. Offeror's will receive final Amendment at least one week before closing of Price Proposals.

ALL OTHER TERMS AND CONDITIONS REMAINS UNCHANGED

All contractual matters relating to this request for proposal are to be directed to Ms. Michelle R. Pearman at <u>Michelle.R.Pearman@usace.army.mil</u> or Tino Philip at <u>Tino.Philip@usace.army.mil</u>.

Note: I, Kathleen  A. Achord, Contracting Officer, have signed this contractual instrument in the absence of the Procuring Contracting Officer Michelle R. Pearman who will resume her duties on 07 January 2013.

Sincerely,

KATHLEEN A. ACHORD
Contracting Officer

3



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
MIDDLE EAST DISTRICT
BAHRAIN RESIDENT OFFICE
PSC 851, Box 30, FPO, AE 09834-2800

REPLY TO
ATTENTION OF

CETAM-CD-BB

6 March 2014

Serial Letter No. C-0005

ECC CENTCOM Constructors, LLC
1240 Bayshore Highway
Burlingame, CA 94010
United States

Subject: Interim Personnel
Contract No. W912ER-11-D-0010 Task Order 0006
P935 & 940 Transient Quarters & DFAC
Naval Support Activity, Manama, Bahrain

Gentlemen,

Reference your Serial Letter No. 4620.006.COR.H-0003, dated February 25, 2014 requesting approval for interim personnel during the execution of initial mobilization activities.

Please refer to the Contracting Officer's e-mail to Mr. Jeff Leptrone on March 05, 2014 which states, "Jeff, Attached is the org chart ECC proposed for P935/P940. This list was incorporated into your contract at award. Also attached are the solicitation guidelines that were used to evaluate ECC against the other companies that bid on this project. More weight was given to firms whose key personnel not only met required qualifications but whose experience exceed requirements. Although you are requesting that these key personnel are only to be replaced on a temporary basis, substituting them creates an unfair advantage to those firms that also bid on this project. I am denying your request to replace the key personnel that were incorporated into your contract. You may proceed with the initial mobilization activities if the key personnel listed in your proposal are present."

If you have any questions regarding this subject please contact the undersigned at 540-662-667-1779.

Sincerely,

*Gregory G. Walgate*

Digitally signed by
WALGATE.GREGORY.GILLIES.11
41906271
Date: 2014.03.10 13:39:50
+03'00'

Gregory G. Walgate, P.E.
Contracting Officer's Representative

Attachments: Organization Chart from Conctractor's Proposal
Solicitation guidelines
CF: Contracting Officer



working on similar projects within the Kingdom of Bahrain, and throughout the CENTCOM AOR. Kooheji is one of Bahrain's largest contractors and real estate developers, with extensive experience managing the full spectrum of construction services, fabrication and erection of structural steel works, and construction of concrete residential and retail facilities, multi-story commercial/office complexes, industrial buildings, and warehouses.

***Specialty Subcontractors***

Additional specialty subcontractors include:

- Keller Grunbau for cast-in-place piling work
- Comsip Al A'Ali for electrical and fire alarm
- Al Manartain Block Factory for concrete masonry units

- Al-Hoty Analytical Services for geotechnical investigation and materials testing
- IFire for fire protection system installation
- DEI Consulting as the Commissioning Agent

### 1.1.1  Project Organizational Chart

The organizational structure depicted in **Figure 1-1** shows the lines of authority between ECC, Baker, and Kooheji, as well as specialty subcontractors. Kooheji is the only subcontractor performing more than 20 percent of the work. Key Personnel for the ECC Team are indicated including Fire Protection QC Specialist Andrew Weisfield who will be seconded as an ECC employee during the project.



**Figure 1-1. ECC Organizational Chart.**

*Source Selection Information – See FAR 2.101 and 3.104*
*Do not disclose any source selection information to any*
*unauthorized person.*

1-2

Factor 1––Management Plan

management personnel for subcontractors separately performing more than 20% of the on-site construction and or management work.

More weight will be given for:

Organizational charts that show clear lines of authority between the prime contractor, designers and sub-contractors performing more than 20% of the work.

(ii)  Identification of Key Personnel to include information pertaining to their experiences and qualifications to serve in the positions indicated:

Prime contractor's Construction Project Manager.
Prime contractor's Site Superintendent.
Prime contractor's Contractor Quality Control Systems' Manager (CQCSM).
Prime contractor's Site Safety, Health and Environmental Officer (SSH&EO).
Prime contractor's Fire protection Engineer to be licensed under the requirements in Unified Facilities Criteria (UFC) 3-600-01 Section 1-5.
Designers of Record shall be licensed in the USA or the Kingdom of Bahrain.

More weight will be given for:

Key Personnel with experience on at least three (3) projects of similar size, scope, and complexity.
Key Personnel with ten (10) or more years of relevant job experience that is related to the position they will hold on this project.
Lead Designers with experience greater than five (5) years performing relevant design work.
Geotechnical Engineers with experience greater than five (5) years.

(iii)  Description of the ability to manage projects of similar or greater complexity.  Offerors should clearly but concisely describe experience on projects of similar or greater size, scope, and complexity, as the project described in the Letter RFP.

More weight will be given to Offerors who:

Demonstrate Project Management experience on three (3) or more projects of similar size, scope, and complexity.

Demonstrate experience in design/construction of projects that meet UFC 4-010-01.

Demonstrate experience in design/construction of projects that meet UFC 4-010-02.

Demonstrate experience in progressive collapse design.

(iv)  Subcontractor Letter of Commitment: If an Offeror wishes to be credited with a subcontractor or supplier, i.e. a firm that is not the prime contractor or part of the joint venture, a unequivocal letter of commitment signed by the subcontractor and the prime contractor must be submitted. It must be submitted even if the firm is in some way related to a joint venture partner (for example, the subcontractor is subsidiary of a joint venture



**CENTCOM Constructors, LLC**

**Regional Office**

1746 Cole Boulevard
Building 21, Suite 350
Lakewood, CO 80401

Phone: 303.298.7607
Fax: 303.298.7837

**Corporate Office**

1240 Bayshore Hwy
Burlingame, CA 94010

Phone: 650.347.1555
Fax: 650.347.3789

www.ecc.net

March 13, 2014                                                4620.006.COR.H-0006

Peter DeMattei
Contracting Officer
USACE CENTAM-CT
P.O. Box 2250
Winchester, VA 22604-1450

Subject: W912ER-11-D-0010 Task Order 0006, TQ and Enlisted and Officer DFAC
Regarding: Key Personnel

Dear Mr. DeMattei:

In accordance with our contract documents, ECC is requesting Contracting Officer's approval to make substitutions to the Key Personnel we provided in our Transient Quarters and Enlisted and Officer Dining Facility (TQ/DFAC) proposal back in early February 2013. Due to the 11+ month period from proposal submission to resolution of the protest, final award and NTP; our originally proposed Key Personnel were assigned to and continue to work other critical projects for our Department of Defense clients to include projects in Afghanistan and other CENTCOM area of responsibility (AOR) projects. Moving these people from their current projects would result in significant disruption to our project schedules, quality and adversely impact our clients.

We understand this TQ/DFAC award was a Best Value award with high emphasis placed on our management team. The Key Personnel we now propose have equal or better qualifications as compared to the originally proposal personnel. These highly qualified ECC employees have recently demonstrated superior performance on our most important USACE projects in Afghanistan and in Bishkek, Kyrgyzstan on our State Department U.S. Embassy Project. They clearly understand the challenges and requirements necessary to manage high value projects in the CENTCOM AOR. Please be assured that ECC will only send our most qualified people to work on our CENTCOM projects.

Our requested TQ/DFAC Key Personnel staffing plan is as follows:

**Project Manager: <u>Rick Plemmons</u>:**
- Rick Plemmons will serve as the Project Manager (PM) for the TQ/DFAC and continue as the PM for the Bachelor Enlisted Quarters (BEQ). Rick is a Senior Project Manager with over 40+ years in the engineering and construction business. Rick has experience managing CENTCOM projects with values greater than the sum of both the TQ/DFAC and BEQ combined. Since the Project Manager is not required to be on site full time for either the TQ/DFAC or BEQ, Rick can competently manage both projects to a very high level.
- ECC will have Rick on the site full time. For his R&R periods, ECC will temporarily replace Rick with a qualified PM replacement.
- We are aware that Specification Section 3.1 designates the site superintendent as the highest level manager on site. ECC's policy is to designate our more seasoned and experienced project managers as the senior ECC employee on site to take advantage of their abilities to interact with clients, end-users, subcontractors, government officials and many other stakeholders. Rick will have authority to represent ECC on project matters.

**Site Superintendent:  <u>Chris Benjamin:</u>**
- We propose Chris Benjamin as the Site Superintendent for the TQ/DFAC.  Chris has 38 years of construction experience with 5 projects with similar size scope and complexity.

**Quality Control Systems' Manager:  <u>Abdo Abagero, PE:</u>**
- We propose Abdo Abagero as the Quality Control Systems' Manager for the TQ/DFAC.  Abdo is a Registered Professional engineer with 15 years of quality control experience on 5 projects with similar size and complexity.

**Site Safety, Health Officer:  <u>Jibunor Kanayo CHST, CSP:</u>**
- We propose Jibunor Kanayo as the Site Safety, Health Officer for the TQ/DFAC.  Jibunor has 13 years project safety related experience on 3 projects with similar size and complexity.  Other contract qualifications are indicated on his resume.

Please see the attached resumes for the Messrs. Benjamin, Abagero and Kanayo and the new proposed organization chart. Each of the personnel we are requesting substitution approval meet the contract requirements for the key positions and meet or exceed the capabilities, experience, and qualifications of the key personnel we originally proposed in February, 2013 as shown on the capabilities comparison attachment.  They are ready to deploy and start working upon approval.

Thank you for your consideration.  If you have any questions or require additional information, please contact me at jleptrone@ecc.net / 850-867-7546 or Jeff Stackow at jstackow@ecc.net / 303-495-0297.

Sincerely,



jleptrone@ecc.net
Digitally signed by jleptrone@ecc.net
DN: cn=jleptrone@ecc.net
Date: 2014.03.13 18:24:58 -05'00'

Jeff Leptrone
ECC Program Manager


cc:     Greg Walgate, USACE
        Jeff Russell, USACE
        Tino Philip, USACE
        Keith Pushaw, ECC
        Michael McGinty, ECC
        Jeff. Stackow, ECC
        Rick. Plemmons, ECC



## ABDO A. ABAGERO, PE

| **Contract No:** SAQMMA-11-C-0118 | **ECC Project ID:** 5999.000 | **TO/MOD:** N/A |
|---|---|---|

**Client:** U.S. Department of State

**Value:** $110,348,546

**Project Title and Location:** DOS Project, Bishkek, Kyrgyzstan

**Dates:** 03/12 to 02/14

**Years Experience:** 13

**With Current Firm:** 4

**Current Professional Registration:**

- Professional Engineer, Maryland (#0038778), 01/08/12, expires 01/08/16

**Education:**

- MS, Construction Technology and Management, Addis Ababa University, Ethiopia, 2007
- BS, Civil Engineering, Addis Ababa University, Ethiopia, 2003

**Other Professional Qualifications/Training:**

- 30-hour Construction Safety and Health, 2011
- Mapping and Geo Information, 1000 hours
- Construction Contracting - 80 hours, 2005
- Construction Management of Low Cost Housing, 96 hours
- Contracting Officer's Representative - 40 hours from US Department of State, Oversea Buildings Operations (OBO), 2009
- Urban planning management - 80 hours, 2004
- Construction project cost estimation, Synergy, 40 hours, 2006
- ACI Grade 1 Field Concrete Testing Certificate, 2011
- USACE/NAVFAC CQM, 2014

**Role & Responsibilities:** QC Civil Engineer/Quality Control Manager. Served as the Civil Engineer Quality Control Inspector and later since March 2013as QCM for the New Embassy Compound design-build project in Bishkek. Represented the company in meetings with client, governmental agencies and private parties related to the project. Ensured Works are being done in accordance with the project specifications and approved submittals & drawings. Provided QC requirements and reporting (e.g. NCRs, corrective actions, documentation for the phases of inspection, RFI). Prepared submittals for civil construction items and responding to clients queries. Ensured testing requirements had been implemented as per approved Quality Control Plan. Designed concrete mixes and evaluated concrete mix design prepared by third party for normal, cold and hot weather concreting. This includes pea gravel concrete mix design. Certified new concrete batching plant according to US National Ready Mix Concrete Association requirement. Coordinated Quality control staff for civil engineering works for site and office work.

**Civil Engineer, ECC International Constructors, Kabul, Afghanistan.**

| **Contract No:** SAQMMA-09-C-0317 | **ECC Project ID:** 8100 | **TO/MOD:** 0 |
|---|---|---|

**Client:** U.S. Department of State

**Value:** $120,300,000

**Dates:** 06/10 to 12/11

Served as the Civil Engineer Quality Control inspector for the 500,000 sf New Embassy Compound design-build project in Kabul, both permanent concrete structure and prefabricated housing units. The project includes 800 desk offices, laundries, cafeteria, MWR, site utilities, wastewater treatment plant and other electrical, mechanical and civil structures. Coordinated with Quality Control Manager (QCM), Design Manager, H&S Manager, Team members and Subcontractors for the project execution to include design, engineering and construction. Ensured Works are being done in accordance with the project specifications and approved submittals and drawings, Provided QC requirements and reporting (e.g. NCRs, corrective actions, documentation for the phases of inspection, close out, etc.) and

1

**A2147**



provided punch list items and monitor it for close out (e.g. log, action items, updates). Ensured Testing requirements had been implemented as per approved Quality Control Plan. Certified new concrete batching plant according to US National Ready Mix Concrete Association requirement. Conducted technical review of material submittals for compliance with US standards and project requirements. Recorded and uploaded daily quality control reports, pre-analysis and installation meetings, NCRs and project photos. Worked with clients on QC/QA issues and responds to client's queries based on contract document and work experience.

## *Work Prior to ECC*

**QA Civil Engineer, US Department of State – Overseas Buildings Operations, Addis Ababa, Ethiopia.**

**Contractor:** B.L. Harbert International LLC

**Value:** $157,000,000

**Dates**: 11/08 to 11/09

 **Value:** $157,000,000

Served as the Civil Engineer Quality Assurance inspector, employed by OBO, for the 150,000 sf New Embassy Compound design-build project. The new embassy chancery is the largest US facility in Sub-Saharan Africa being executed on a 23-acre active embassy compound. In addition to the large chancery structure, the project involves Marine Bachelor's Quarters, maintenance shops, motor pool facilities, underground fuel storage tanks, water and waste treatment plant, compound access structures and utility building housing generators and fire protection pumps. Responsible for monitoring the execution of all civil construction activities, which includes roads, perimeter walls, concrete superstructures, water lines, sanitary lines and fire protection lines to assure adherence to approved drawings and specifications. Conducted technical review of material submittals for compliance with US standards and project requirements. Prepared independent government cost estimates to use in evaluating contractor change order requests. Used R.S. Means estimating guides in preparing cost estimates. Scheduled and led meetings with municipal officials in coordinating offsite utility requirements to support the new embassy project. Served as the US Government's Contacting Officer's Representative for a contract to have the local road authority, construct a new storm water system for the new embassy project to connect. Liaison with Post, OBO stakeholders and commissioning team to ensure compliance. Prepared daily construction progress report documenting daily progress and any unique issues that occurred on-site. Performed numerous office engineering duties that included receiving, processing and answering RFIs; reviewing and post field design changes issued by the design/build contractor; and, reviewing the monthly pay estimate to verify percentage complete for activities being billed.

**Deputy General Manager, Oromia National Regional State Housing Development Project Office, Addis Ababa, Ethiopia.**

**Client:** ONRS

**Value:** $114,300,000

**Dates**: 04/08 to 11/08

Spearheaded the Department and several divisions' resources to construct 23, 000 housing units in 16 major towns. Planned, directed, and controlled Quality Control divisions' daily activities and execution of all business, technical, and administrative functions of the Contract Administration, Design, and Material Research departments. Mentored resident engineers on quality control, construction safety and quality assurance while maintaining cost efficient. Reviewed, revised and presented the department and

2



division budgets and cost control for 16 towns development program. Conducted monthly meetings with all stakeholders including the state governor and mayors.

### Contract Administration & Quality Control Department Head

**Client:** ONRS

**Value:** $114,300,000

**Dates**: 07/06 to 03/08

Led the execution of all Quality Control activities and the technical and administrative functions of the Contract Administration division. Responsible for implementing quality control processes on projects sites in accordance with contract requirements. Monitored and reported to senior management on the progress of all regional program and projects activities, including significant milestones, and any conditions, which would affect program and unit success. Established progress meetings with regional leads to review projects status and formulate action items. Oversaw the development of cost control manuals and fixed unit pricing schedule for 23,000 housing units. Participated in design preparation and modification.

### Construction Supervisor, Oromia Small and Micro Enterprises Development Agency, Addis Ababa, Ethiopia

**Client:** OMSEDA

**Value:** $10,500,000

**Dates**: 06/01 to 06/06

Supervised the construction of the Technical College and Garment Training Center from design to commissioning. Prepared contract documents and analyzed bid document to select contractors for agency projects. Prepared monthly payments and participated in schedule of value validation. Oversaw quality control activities on the project site.

### Construction Engineer, Ethiopian Civil Aviation Authority, Addis Ababa

**Client:** Ethiopian Civil Aviation Authority

**Value:** $57,000,000

**Dates**: 11/97 to 06/01

Enforced Quality Control for the construction and installation of a new terminal, runway, apron and related facilities. Performed maintenance of existing airport buildings, apron, runway and related facilities. Designed security buildings and booths for airport compound.

**A2149**



| CHRIS A. BENJAMIN | CONSTRUCTION MANAGER |
|---|---|

**Years Experience:** 38

**With Current Firm:** 4 years

**Education:**

- 2 years,
- Civil Engineering, 1980-1981
- USACE CQMC, 2007
- QCS, 2007
- OSHA 30-hour Occupational Safety and Health, 2010

Mr. Benjamin has more than 38 years of experience and expertise in Construction Management, on diverse military, commercial, and residential projects. He is experienced in training, coordinating, and supervising personnel successfully improving efficiency through professional development. He has proven effective in negotiating with suppliers and subcontractors, and has coordinated construction projects that include locks & dams, hydro power plants, Government LOGCAP projects, and airfield construction projects. He has managed construction projects valued at over $180 million, and has performed both in the United States and OCONUS, including high threat and remote, austere, and hostile environments. Received 50 awards for exemplary professional civilian participation in construction projects for the U.S. military in Iraq and Afghanistan.

**Senior Construction Manager, USACE Afghanistan Engineer District, Afghan National Army 3/207th Garrison, Badghis Province, Afghanistan, $81.2 million (06/2012 – 01/2014):** Directed the construction and maintenance of structures, facilities, and systems. Assisted with the conceptual development of construction projects and oversaw their organization, scheduling, and implementation. Supervised and directed the construction staff, supervisory personnel, and subcontractors to ensure compliance with the plans, standards, requirements, codes, and regulations. Provided information for developing work schedules and enforced company standards. Established and oversaw the site construction management activities. Project was housing for 3,200 soldiers/commanders and included a 2,300sm DFAC, 35 masonry blocks facilities, administration buildings, headquarters facilities, barracks and the infrastructure to support the base including WWTP, utilities (water/power), water wells and 220m elevated bridge. Project was constructed using local contractors with peak work force at 1,400 workers and 2.4mm safe man-hours without lost time injury.

**Construction Manager, Design-Construct Parallel Taxiway and Refueler Apron, Camp Bastion Airfield, Afghanistan, $43 million (05/2011 - 06/2012).** Responsible for the construction of a 21,530-square foot aircraft maintenance hangar to accommodate a hybrid of the KC-130J and C-130J-30 aircraft, and airfield paving for the apron and hangar floor on an active military base. Construction included a concrete medium load refueler apron, connecting taxiways, shoulders, site work, markings, lighting, tie-downs, and utilities. Supervised and directed construction craft and supervisory personnel, monitored and provided technical direction to 250 subcontractors, provided information for developing work schedules, ensured compliance with established construction schedules, and oversaw H&S working conditions. Project was designed by Michael Baker as per UFC Standards and included . Project achieved 800,000 safe man hours without lost time injury. Facilities included:

- 21,530 square foot maintenance hangar
- Two 800 ft$^2$ rooms for use as a "clean" room and a storage room
- Independent Electric sliding hangar door with capacity and clearance for a C-130J
- 16 ft by 16 ft high lift overhead door for "tow-through" activities and vehicles
- Ventilation system with separate zones for each room and low and high level exhaust fans for removal of oil, solvent, and other fumes
- HVAC for the office, clean room, and storage rooms
- Four rack-mounted equipment air handling exhaust fan units rated at 13,250 cubic meters per hour



- Two-stage fire alarm with smoke and heat detection systems operated from a central annunciator inside the building with capacity for 100 percent expansion
- High expansion foam fire suppression system suitable for aircraft fuel and solvents
- Integrated water and wastewater facilities into existing systems
- Storm water drainage and drainage ditches
- Raised water tank (10,500 liter) and 15,000-liter cistern for floor drains and sinks
- Airfield lighting, tie downs, utilities with tie-ins and programming to the control tower
- Asphalt access road (328-ft-long) to connect maintenance area to the airfield service road network and ramps

**Construction Manager, Design-Build Rotary Wing Parking, Camp Bastion, Afghanistan, $12 million (05/2011 - 10/2012).** Provided project construction management supervision for two paved rotary wing helicopter parking ramps and associated taxiways. Ramp parking areas provided a total of 16 spaces, 8 sized for CH-47/53E helicopters on "G" ramp, and 8 sized for CH-47/53E helicopters as a southern extension to the existing "F" ramp, all connecting taxiways, shoulders, site work, markings, lighting, tie-downs, utilities, and all other elements required to make the ramp operational for rotary wing helicopter parking. Responsible for supervision of all site activities, H&S requirements, and construction guidelines. Project was designed by Michael Baker per UFC Standards.

**Construction Manager, Close Air Support (CAS) Apron, Camp Bastion, Afghanistan, $80 million (03/2010 - 06/2012).** $75mm project consisting of fixed wing aprons, 2ea. 3,000sm administration buildings, 10 ea. 8,000sm canvas hangers with 10 ea. 400sm maintenance facilities and all associated life safety systems, power distribution and lighting. Michael Baker was the DOR for the project that was designed to UFC Standards. Project also included of a CAS apron, (armed and unarmed aprons), rotary wing ramps, taxiways, fuel operations/storage and aviation hangar maintenance facilities. Supervised and directed construction craft and supervisor personnel, monitored and provided technical direction to subcontractors, provided information for developing work schedules, enforced and maintained company standards and schedules, laid out, assigned and coordinated work, prepared tools and equipment lists, determined workforce requirements for assigned work, and ensured adherence to H&S regulations. Achieved 900,000 safe man hours without lost time injury using Afghan and Turkish Contractors with peak manpower of 3,000 local workers.

**Construction Manager, AB_CABB Airfield Pavement Camp Tallil, Iraq, $180 million (2007 – 2010).** Oversaw the design-build of four aprons consisting of 60,000 cubic meters of concrete, apron lighting, and a 7-story air operation tower. Organized, assigned, and coordinated subcontractor work schedules, provided technical guidance and assistance, prepared tools and equipment lists, determined workforce requirements for assigned work, and ensured compliance with H&S regulations.

**Construction Manager, LOGCAP III, Multiple Projects, Southern Iraq, Kuwait, and Kosovo (1999 – 2007).** Provided construction management oversight during construction of military base services projects. Managed oversight of civil and daily construction as well as maintenance for construction of military barracks, DFACs, and support buildings. Planned and organized site meetings and liaised with site personnel to ensure successful project delivery. Liaised with clients and US Military Forces on project status and resolution of issues.

**Construction Manager, Roxco Ltd., Wastewater Treatment Plant, Brandon, Mississippi (1998 – 1999).** Oversaw construction of a massive WWTP that involved 25 tanks with an average of 300,000 gal capacity each. Managed civil, electrical, and structural subcontractors performance, ensuring compliance with plans, standards, requirements, codes, and regulations. Project completed on time, with no accidents or incidents.



**Construction Manager, J.A. Jones Construction, Hydro Power Plant, Dumas, Arkansas, $129 million (1997 – 1998).** Established all construction site management procedures and provided oversight of all site activities during this construction project which ultimately supplies power to over 4,000 people. Managed all subcontractors including civil, electrical, and structural, resulting in on –time completion.

**Construction Manager, Various Clients, Oil Refinery Plants, Shreveport, Louisiana (1994 – 1997).** Managed all civil construction for various refinery plants, supervising rebar placement, replacing concrete, and installation of electrical. Project provided renovations and additional capacity. Provided technical guidance and support, developed a construction staffing plan, and implemented a quality ploan in accordance with all QA standards, company policies, and specific requirements.

**Construction Manager, Pernini-O/G Construction, Lock and Dams 4 and 5, Coushatta and Shreveport, Louisiana, (1988 – 1993).** Managed construction of both Lock and Dams 4 and 5 during the construction of this $560 million (for all five locks and dams). Locks are 84 ft wide by 800 ft long with sidewall port filling and emptying systems. Pool elevations of 120 and 145 ft respectively are fitted with five tainter gates, a hinged crest gate 100 ft long, and an uncontrolled weir 150 ft long. .

3

**A2152**



## JIBUNOR KANAYO IGNATIUS, CHST, NEBOSH

**Years Experience:** 10

**With Current Firm:** 3

**Current Professional Registration:**

- Certified Construction Health and Safety Technician, CHST (C2652), Nov. 2011
- Safety Professional in Occupational Safety and Health-NEBOSH, (International General Certificate) 00053308/134519, 2009

**Education:**

- M.Sc., Public Administration, University of Benin, 2006
- Ph.B, Philosophy, University of Porthacourt, 1997

**Other Professional Qualifications/Training:**

- Practical Loss Control Leadership (PLCL), 2011
- 30-hour OSHA Construction Safety, 2010
- IGC 1, International Management in Health and Safety, 2009
- IGC 2, Control of International Work Place Hazard, 2009
- IGC 3, Practical Assessment, Health and Safety Work Environment, 2009
- NNISP (Competence Health Safety and Environment) Level 3, 2009
- NNISP (Health Safety and Environment) Level 1, 2000
- CPR/First aid, 1012
- Firewatch Training, 2005
- Competent Person training in Excavation and Trenching, Fall Protection, Scaffolding,

| **Contract No:** W917PM-07-D-0015 | **ECC Project ID:** 4600.014 | **TO/MOD:** 14 |
|---|---|---|

**Client:** USACE-Afghanistan Engineer District

**Value:** $39,831,474

**Project Title and Location:** National Police National Logistics Center Maydan Shahr, Wardak Province, Afghanistan

**Dates on Project Start/End:** 02/12 – 12/12

**Project Start/End Dates:** 07/09 to 12/12

**Role & Responsibilities:** Safety Manager. Implementation of project HS Plans, Training ECC and subcontractors on project HS plans and procedures, perform oversight of HS task to insure compliance with contract plans and specification. Implement inspection program to assess implementation of project HS plans. Ensure implementation of hazardous work procedures, first aid and record keeping requirements. Perform required air, heat, noise and cold stress monitoring. Facilitate continuous improvement efforts, including identification, root cause analysis, and correction of quality control problems through implementation of corrective action. Stop work if imminent hazard exits.

| **Contract No:** W917PM-07-D-0015 | **ECC Project ID:** 4600.011 | **TO/MOD:** 11 |
|---|---|---|

**Client:** USACE-Afghanistan Engineer District

**Value:** $6,927,439

**Project Title and Location:** Bulk Storage - TS-1 Tank, Bagram, Afghanistan

**Dates on Project Start/End:** 05/10 – 10/10

**Project End/Start Dates:** 09/08 to 10/10

**Role & Responsibilities:** Safety Manager. Implementation of project HS Plans, Training ECC and subcontractors on project HS plans and procedures, perform oversight of HS task to insure compliance with contract plans and specification. Implement inspection program to assess implementation of project HS plans. Ensure implementation of hazardous work procedures, first aid and record keeping requirements. Perform required air, heat, noise and cold stress monitoring. Facilitate continuous improvement efforts, including identification, root cause analysis, and correction of quality control problems through implementation of corrective action. Stop work if imminent hazard exits.

1

**A2153**



- Electrical Safety NFPA 70E, Creating Electrical Safe Working Conditions, 2000; Working Near Live Equipment, 2000; and Preventing Workplace Violence, 2000
- SSHO refresher, Safety Management, Air Sampling for Chemical Contaminants, Cranes and Derricks, Noise and Hearing Conversation, 2011-2013

| Contract No: W917PM-07-D-0015 | ECC Project ID: 4600.015 | TO/MOD: 15 |
|---|---|---|

**Client:** USACE-Afghanistan Engineer District

**Value:** $4,687,347

**Project Title and Location:** Rotary Wing Parking at Kandahar Airfield, Afghanistan

**Dates on Project Start/End: 10/10 to 04/11**

**Project End/Start Dates:** 08/09 to 05/11

**Role & Responsibilities:** Safety Manager. Implementation of project HS Plans, Training ECC and subcontractors on project HS plans and procedures, perform oversight of HS task to insure compliance with contract plans and specification. Implement inspection program to assess implementation of project HS plans. Ensure implementation of hazardous work procedures, first aid and record keeping requirements. Perform required air, heat, noise and cold stress monitoring. Facilitate continuous improvement efforts, including identification, root cause analysis, and correction of quality control problems through implementation of corrective action. Stop work if imminent hazard exits.

| Contract No: | ECC Project ID: | TO/MOD: |
|---|---|---|
| FA8903-06-D-8511 | 4502.065 | 65 |

**Client: AFCEE**

**Value:** $5,183,402.00

**Project Title and Location: Design and Construction of Communications Support Element (CSE) Phase III**

**Dates on Project Start/End: 04/11 to 02/12**

**Project End/Start Dates: 09/10 to 03/12**

**Role & Responsibilities:** Safety Manager. Implementation of project HS Plans, Training ECC and subcontractors on project HS plans and procedures, perform oversight of HS task to insure compliance with contract plans and specification. Implement inspection program to assess implementation of project HS plans. Ensure implementation of hazardous work procedures, first aid and record keeping requirements. Perform required air, heat, noise and cold stress monitoring. Facilitate continuous improvement efforts, including identification, root cause analysis, and correction of quality control problems through implementation of corrective action. Stop work if imminent hazard exits.

| Contract No: | ECC Project ID: | TO/MOD: |
|---|---|---|
| W5J9LE-12-C-0062 | 4612.000 | 62 |

**Client: USACE-Afghanistan Engineer District**

**Value:** 22,914,026

**Project Title and Location: UP Provincial HQ & Provincial Response Company #1**

2

**A2154**



**Dates on Project Start/End: 01/13 to 03/14**

**Project End/Start Dates: 09/12 to Present**

**Role & Responsibilities:** Safety Manager. Implementation of project HS Plans, Training ECC and subcontractors on project HS plans and procedures, perform oversight of HS task to insure compliance with contract plans and specification. Implement inspection program to assess implementation of project HS plans. Ensure implementation of hazardous work procedures, first aid and record keeping requirements. Perform required air, heat, noise and cold stress monitoring. Facilitate continuous improvement efforts, including identification, root cause analysis, and correction of quality control problems through implementation of corrective action. Stop work if imminent hazard exits.

## *Work Prior to ECC*

**Safety and Health Manager, Mekaval Nigerian Limited (2008-05/10).** Monitored the conduct of worksite activities, provided occupational health and safety training, counsel and motivated staff to instill right mindset, behavior and values to attain high performance standards and adequate safety culture. Advice line management and contractors on safety matters to ensure full compliance with company's regulations and requirements. Carried out worksite inspection to ensure that occupational safety and health risk associated with work activities as well as risk posed by machinery, plant equipment, substances and appliances are managed to a level that is as low as reasonable practicable (ALARP).

Implemented occupational safety and health programs in compliance with the regulatory requirements, with the view to enhancing the level of safety and health awareness at work location. Participated in accident investigation and ensuring that the incident investigation process is carried out, put in accordance with client incident investigation and reporting procedures to ensure consistent and structured incident investigation and accurate identification of incident.

Projects:

- Construction of Warri city Stadium for the 2009 female world cup championship hosted in Nigeria
- Urban water supply facility Edjeba warri
- Ogbe Ijo water dredging and 100 meter shallow water bridge construction
- Alegbo DSC road construction project

**Safety Manager (2006-2008).**   Presented project justification for management approval, supporting and training of company personnel on health and safety, policy implementation. Formulating administrative safety management system to achieve an accident free work environment. Oversaw all aspects of company's project and production activities to ensure that safety management system are implemented effectively. Advice management, contractors and employees with matters concerning work safety and health. Establish safety policies and process that will enhance workplace health and safety standards.

- Soil Investigation and Stockpiling of Sand at Patani, Sand Fills Work at the Police Quarter Amassoma, and Land Reclamation at Amassoma, Bayelsa State Nigeria
- Dredging of Work Land Reclamation at Yenegoa, Bayelsa State. Nigeria.
- Foundations and consolidation works

**Safety Supervisor (2004-2006).**  Designed risk assessment process, spreadsheet and flow chart. Risk assessment and hazard identification, determining risk control measure. Training of company personnel in the activities related to safety, accident investigation and control. Developing scope for improvement. Fire evacuation procedures.

- Offshore contract for the engineering design, fabrication, integration and commissioning of the 17,000t topside production facilities

**A2155**



- Construction and Replacement of Flow line on Land Areas Agbada II, Imo River 1 and Agbema West. Flow line and Gas Lift
- Flow line and Facilities in Plot Piping Repairs and Installation of Perimeter fence around production facilities

**Supervisor. Shell Petroleum and Development Cooperation, Ogunu, Warri, Delta State (08/00-08/04).** Central monitoring system of the Shell perimeter fence, using Megal electronic monitoring control unit. Rapid response to security activities, monitoring of work site activities, for safe implementation of safety practices to ensure compliance with safety regulatory requirements, with view to enhancing the level of occupational safety and health awareness at all work location.

**Moral Instructor for Junior and Senior Secondary, Federal Government Girls Collage Yola, Adamawa State (1998-1999).**



**CENTCOM**

**Constructors,**

**LLC**

**Regional Office**

1746 Cole Boulevard
Building 21, Suite 350
Lakewood, CO 80401

Phone: 303.298.7607
Fax: 303.298.7837

March 24, 2014                                                      4620.006.COR.H-0008

Peter DeMattei
Contracting Officer
USACE CENTAM- CT
PO BOX 2250
Winchester, VA 22604-1450

Subject: W912ER-11-D-0010 Task Order 0006, TQ and Enlisted and Officer DFAC
Regarding: Regarding: Notification of Delays – Key Personnel Substitution

Mr. DeMattei,

As you are aware the award of the Subject Task Order was delayed by nearly 1 year from
proposal submission, to commencement of the project. Resultantly, the personnel
indicated in our originally proposal were assigned to other projects.

ECC first proposed interim substitutions on February 5, 2014. Although these personnel
were proposed on an interim basis to oversee low-risk work activities, USACE rejected
them stating that their qualifications did not meet the personnel that were originally
proposed.

On March 13, 2014, ECC proposed other persons which qualifications meet or exceed
the RFP requirements, and the personnel that were originally proposed. The attached
matrix was provided on March 13, 2014 to assist USACE in its evaluation. The
qualifications and experience of the personnel proposed on March 13, 2014 meet or
exceed those indicated in our original proposal in every category.

*1.5 KEY PERSONNEL, SUBCONTRACTORS AND OUTSIDE ASSOCIATES OR*
*CONSULTANTS*
*In connection with this contract, any in-house personnel, subcontractors, and outside*
*associates or consultants will be limited to individuals or firms that were specifically*
*identified in the Contractor's accepted proposal. The Contractor shall obtain the*
*Contracting Officer's written consent before making any substitution for these designated*
*in-house personnel, subcontractors, associates, or consultants. If the Contractor*
*proposes a substitution, it shall submit the same type of information that was submitted*
*in the accepted proposal to the Contracting Officer for evaluation and approval. The*
*level of qualifications and experience submitted in the accepted proposal or that required*
*by the Solicitation, whichever is greater, is the minimum standard for any substitution.*
*This proposed substitution shall be made in a timely manner.*

The Contract Documents allow for the substitution of personnel whose qualifications and
experience meet or exceed the qualifications and experience of those originally proposed,
or required by the Solicitation (whichever is greater is the minimum standard for any
substitution). The proposed substitutions meet this criteria.

USACE has taken an unreasonable amount of time to approve this contractually allowed
substitution. Field activities are being impacted, which in turn is delaying the Design

**Corporate Office**

1240 Bayshore Hwy
Burlingame, CA 94010

Phone: 650.347.1555
Fax: 650.347.3789

www.ecc.net

development process. ECC reserves the right to an Equitable Adjustment in accordance with FAR 52.242-14, Suspension of Work for resulting time and cost impacts.

We request your prompt attention to this matter to mitigate further impacts to our schedule.

If you have any questions or require additional information, please contact Jeff Leptrone at jleptrone@ecc.net or 303-495-0297.

Sincerely,

**Michael McGinty**

Digitally signed by Michael McGinty
DN: cn=Michael McGinty, o, ou, email=mmcginty@ecc.net, c=US
Date: 2014.03.24 14:14:25 -06'00'

Michael McGinty, CPCM
Contracts Administrator

cc:    J. Leptrone, ECC
       J. Stackow, ECC
       R. Plemmons, ECC

**A2158**

ECC TQ / DFAC KEY PERSONNEL COMPARISON
13-Mar-14

| | Original Proposed | Substitution Requested |
|---|---|---|
| **Project Manager** | **Bruce Fox** | **Rick Plemmons** |
| RFP : More Weight Will be Given for: | | |
| At least 3 projects of similar size scope & complexity | About 3 projects | 7 projects |
| 10 or more years of relevant job experience that is related to the position they will hold on this project | 19 years | 41 years |
| **Site Superintendent** | **Scott House** | **Chris Benjamin** |
| RFP : More Weight Will be Given for: | | |
| At least 3 projects of similar size scope & complexity | 3 projects | 5 projects |
| 10 or more years of relevant job experience that is related to the position they will hold on this project | 29 years | 38 years |
| **Quality Control Systems' Manager** | **Mohammad Al Chalabi** | **Abdo Abagero, PE** |
| RFP : More Weight Will be Given for: | | |
| At least 3 projects of similar size scope & complexity | at least 3 projects | 5 projects |
| 10 or more years of relevant job experience that is related to the position they will hold on this project | 11 years | 15 years |
| **Site Safety, Health and Environmental Officer** | **Rene Garo** | **Jibunor Kanayo, CHST, CSP, NEBOSH** |
| RFP : More Weight Will be Given for: | | |
| At least 3 projects of similar size scope & complexity | At least 2 | 3 projects |
| 10 or more years of relevant job experience that is related to the position they will hold on this project | About 25 years | 13 years |

**A2159**

| **From:** | Jeff Leptrone |
| **To:** | DeMattei, Peter A TAM |
| **Cc:** | Walgate, Gregory G TAM; Russell, Jeffrey A TAM; Philip, Tino TAM; Keith Pushaw; Rick Plemmons; Jeffrey Stackow |
| **Subject:** | [EXTERNAL] RE: ECC TQ/DFAC Key Personnel Substitution Request (UNCLASSIFIED) |
| **Date:** | Tuesday, April 1, 2014 12:52:11 PM |

Thanks Pete.  We'll get the team moving.
Jeff

Jeff Leptrone
ECC Program Manager
Cell: 850-867-7546

-----Original Message-----
From: DeMattei, Peter A TAM [mailto:Peter.A.Demattei@usace.army.mil]
Sent: Tuesday, April 01, 2014 10:58 AM
To: Jeff Leptrone
Cc: Walgate, Gregory G TAM; Russell, Jeffrey A TAM; Philip, Tino TAM
Subject: RE: ECC TQ/DFAC Key Personnel Substitution Request (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Jeff,

On a temporary basis for the TQ/DFAC site surveys only,  you are authorized to use the proposed replacements you have suggested for the key personnel replacements. I hope to have a formal decision made on the permanent selection of those personnel by the end of next week. Please let me know if you have any questions.

Respectfully,

Pete DeMattei
Contracting Officer
Middle East District
Directorate of Contracting

BUILDING STRONG
U.S. Army Corps of Engineers
Commercial: (540) 665-1202
DSN CONUS: 265-1202
DSN OCONUS: (312) 265-1202
Email: Peter.A.DeMattei@usace.army.mil

-----Original Message-----
From: Jeff Leptrone [mailto:JLeptrone@ecc.net]
Sent: Tuesday, April 01, 2014 9:57 AM
To: DeMattei, Peter A TAM
Subject: [EXTERNAL] RE: ECC TQ/DFAC Key Personnel Substitution Request (UNCLASSIFIED): DELAY

Pete,
Subsequent to our call on Friday, please let me know if you have any clarification questions that can help you with your determination on our key personnel substitution request.  We need your approval on this request to get the project moving.  As we discussed, the design is in delay since we have not been able to get a team approved to conduct the site surveys.

That said, will you consider allowing these personnel to go to Bahrain with authorization to conduct the TQ/DFAC site surveys only, in an interim/backfill status, while you are making your determination for permanent status? I think it will be to the benefit of all project stakeholders to get the surveys accomplish ASAP so we can move forward with design.
Thank you.
Jeff

Jeff Leptrone
ECC Program Manager
Cell: 850-867-7546

-----Original Message-----
From: Jeff Leptrone
Sent: Thursday, March 20, 2014 8:37 AM
To: 'DeMattei, Peter A TAM'
Subject: RE: ECC TQ/DFAC Key Personnell Substitution Request (UNCLASSIFIED)

Thanks Pete.
I understand the process you must go through to approve these permanent personnel substitutions.
To keep this project moving, would you consider approving these personnel right now as temporary replacements for the site surveys only? These people are more than qualified to manage the activities necessary to conduct utilities surveys and soil borings, etc. This is akin to bringing in a qualified replacement person while a permanent person is on R&R. This would be independent of the process you are conducting to decide on the permanent substitution request.
Thanks for considering.
Jeff

Jeff Leptrone
ECC Program Manager
Cell: 850-867-7546

-----Original Message-----
From: DeMattei, Peter A TAM [mailto:Peter.A.Demattei@usace.army.mil]
Sent: Wednesday, March 19, 2014 3:36 PM
To: Jeff Leptrone
Cc: Walgate, Gregory G TAM; Russell, Jeffrey A TAM; Philip, Tino TAM; Michael McGinty; Wickham, Tracy L TAM; Pearman, Michelle R TAM
Subject: RE: ECC TQ/DFAC Key Personnell Substitution Request (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Jeff,

I cannot assign a time as to when a final decision will be made. We are currently reviewing your requested personnel substitutions for qualifications and experience against the personnel you bid on and were incorporated into the contract. If ECC finds themselves in a position where our evaluation process cuts into your mobilization schedule, you are welcome to proceed as long as you have your original approved personnel on site.

Respectfully,

Pete DeMattei
Contracting Officer
Middle East District
Directorate of Contracting

BUILDING STRONG

U.S. Army Corps of Engineers
Commercial: (540) 665-1202
DSN CONUS: 265-1202
DSN OCONUS: (312) 265-1202
Email: Peter.A.DeMattei@usace.army.mil

-----Original Message-----
From: Jeff Leptrone [mailto:JLeptrone@ecc.net]
Sent: Wednesday, March 19, 2014 3:55 PM
To: DeMattei, Peter A TAM
Cc: Walgate, Gregory G TAM; Russell, Jeffrey A TAM; Philip, Tino TAM; Michael McGinty
Subject: [EXTERNAL] RE: ECC TQ/DFAC Key Personnell Substitution Request

Pete,

Just checking to see if you have an idea when we might hear if this plan is approved?

Thank you.

Jeff

Jeff Leptrone

ECC Program Manager

Cell: 850-867-7546

From: Jeff L Leptrone
Sent: Thursday, March 13, 2014 6:49 PM
To: 'DeMattei, Peter A TAM'
Cc: 'Walgate, Gregory G TAM'; Russell, Jeffrey A TAM; Tino TAM Philip; Keith M Pushaw; Michael J McGinty; Jeffrey S Stackow; Rick D Plemmons
Subject: ECC TQ/DFAC Key Personnell Substitution Request

Pete,

This is our request to make substitutions to our originally proposed Key Personnel staffing plan for the TQ/DFAC project.

I am available to answer any questions you have and provide additional information.

Thank you.

Jeff

Jeff Leptrone

ECC Program Manager

Cell: 850-867-7546

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE

**A2163**



**Afghanistan
Administrative Offices
ECC International, LLC**

Mailing Address:

ECCI
Camp Phoenix
APO AE 09320

April 5, 2014                                    5950.005 COR-.H-038

Russell Wahlay
Office Engineer
Mezar e Sharif Area Office
Afghanistan Engineer District – North
US Army Corps of Engineers
Mazar-e-Sharif, Afghanistan

Subject:  Contract W5J9JE-10-D-0007-0005 Serial Letter RFP-0013, MN011 -
Descope Remaining Punch list Items

Dear Mr. Wahlay,

This serial letter responds to your e-mail dated March 24, 2014. We apologize
for the tardiness of this response but this is a complex issue. While, ECCI is glad
to finally close out the project, remobilization and completion of the remaining
punch-list items will result in additional time and cost to ECCI.

The ANP have been occupying this facility for over nine months now.  As such,
there is no of way knowing what changes or modifications they have made to the
facility since the turnover.  Therefore, we will not address any "additional punch
list items" that were not previously identified by the Gov't in the facility
acceptance letter.

Please note:
- Item 12 (Exp. Proof Smoke Detectors) - has been deleted by modification
  1D (Aug, 2013), and does not require further action.
- Items identified below have been corrected / completed and accordingly
  reported on 17 Jun 2013:
  - 7  - Dog kennel hardware
  - 11 – Exp. proof emergency lights
  - 14 – Testing and commissioning (with the exception of
    items not installed)
  - 16 – Warranty management tags
  - 18 – O&M manuals
  - 23 – Complete as-built drawings

Since the occupancy of subject facility in May 2013, ECCI has had made
numerous attempts to access the site and the USACE Marmal RO team was
periodically updated on these efforts.

The majority of the material required to complete the remaining punch list has
already been delivered to the site.  However, as stated above, ECCI has no
knowledge of its current whereabouts.  Long lead material, such as the whole-
house fan and explosion proof fan are still located in our SOF JOC compound
and are available for handover to the end user.

On Sept 03, 2013, USACE forwarded us a serial letter issued by Combined
Security Transition Command (CSTC-A) to the Ministry of Interior (MOI), in
which MOI was given a 10 day notice to provide ECCI with access to the site.
The notice stated that if site access was not granted within the outlined period,

**Corporate Office**

1240 Bayshore Highway
Burlingame, CA 94010
USA

Phone:   +1.650.347.1555

Fax:      +1.650.347.8789

www.ecc.net

the contract would be de-scoped and remaining punch list items would be left for MOI to complete (Serial letter attached hereby as enclosure 1). Subsequently, no such access was granted and ECCI has completely demobilized its project team from Mazar-e-Sharif.

Since ANP has been occupying this functional facility for months now and ECCI has demobilized, completion of the remaining punch list at this time will result in increased costs and could also potentially involve work beyond what was anticipated at the time of handover (due to poor O&M and/or other unknown reasons). ECCI is unable to commit to the completion of any items without a thorough walk through / site survey to assess current status of punch list items.

Please note that ECCI personnel have been subject to arrest and harassment from the Attorney General's Office and Police due to a commercial dispute with a subcontractor on this project. Since our security team completely demobilized from the site, we would require a US military escort to conduct site survey of currently occupied BP Airport Security Facility to ensure the safety of our personnel. Following the site assessment, ECCI will provide you with our proposal to finalize this project which at a minimum will require extending current POP to the projected completion date of critical punch list items and the release of held retention.

Please contact myself or Bruce Fox at Bfox@ecc.net if you require additional information.

Sincerely,

Tony Foster

Digitally signed by Tony Foster
DN: cn=Tony Foster, o=ECCI, ou,
email=tfoster@ecc.net, c=US
Date: 2014.04.05 13:57:00 +04'30'

Tony Foster
Contracts Administrator IV


cc
B. Fox, ECCI
L. Naskidashvili, ECCI
B. Upton, ECCI

REPLY TO
ATTENTION OF:

CSTC-A ENG                                                    20 August 2013
Ser #13-113

Colonel Haroon Entezam
Director, Facilities Department
Ministry of Interior

SUBJECT: SUBCONTRACTOR OCCUPATION OF FACILITIES AFTER SUBSTANTIAL
COMPLETION AND TURNOVER TO BORDER POLICE AIRPORT SECURITY, MAZAR-E
SHARIF, BALKH (130818-01)

Colonel Entezam,

The purpose of this letter is to request your assistance in evicting squatters from facilities recently completed and turned over to the Border Police Airport Security at Mazar e Sharif, Balkh Province.

The contract for construction of the Border Police facilities was substantially completed on 21 May 2013. The site was turned over to the Border Police on at that time. The real property is owned by the Ministry of Interior. Under the authority of the License For Construction, the United States is granted access to the site to construct the facilities. There was some minor punchlist work remaining that requires our prime contractor to access the site to complete.

Although the construction is substantially complete, we are experiencing interference due to a sub-contractor dispute with the prime contractor. The sub-contractor is occupying portions of the site, and is actively preventing the prime contractor from completing his work. Additionally, the Border Police are reluctant in evicting the squatters to assist in the completion of coalition construction. Under US contract law, we do not have privacy of contract on the subcontract. We consider the matter to be a private matter between the prime and sub contractors, which does not justify the occupation of the site.

We request MoI Facilities to assist in resolution of this interference. If the area is not evacuated within ten days of receipt of this letter, the contract will be de-scoped. The remaining punchlist corrections will be left for the MoI to complete.

Copies of this letter are being provided to:
  a) Deputy Minister of Security
  b) Commanding General, Afghan Border Police.

RAYMOND I. BRUTTOMESSO, JR
Captain (OF-5), USN
MoI Ministerial Development Branch Chief

29 اسد 1392

نمبرمسلسل: 13-113 ریاست انجنیری
قوماندانی مشترک انتقال امنیت برای افغانستان

قابل توجه: سمونوال محمد هارون انتظام
رئیس ریاست تعمیرات وزارت امور داخله

موضوع: قراردادی فرعی تاسیسات را بعد از اینکه اساساً تکمیل و به پولیس سرحدی امنیت میدان هوائی مزارشریف ولایت بلخ تسلیم گردید تصرف و در کار قراردادی اصلی (دست اول) مداخله می نماید (-130818 01)

جناب سمونوال انتظام،

ذریعه این مکتوب از جناب محترم شما تقاضا به عمل می آید که در قسمت اخراج قراردادی فرعی و افراد آن که بطور غیرقانونی کار قراردادی اصلی را مختل نموده و آنها را از تاسیسات که اخیراً تکمیل شده و به پولیس سرحدی امنیتی میدان هوائی مزارشریف ولایت بلخ تسلیم داده شده همکاری نمائید.

کار قرارداد اعمار تاسیسات پولیس سرحدی امنیت میدان هوائی مزار شریف مؤرخ 31 ثور سال جاری مصادف با 21 می سال 2013 بطور اساسی تکمیل گردید. و ساحه مذکور بعد از تکمیل شدن در آن زمان به پولیس سرحدی میدان مربوطه تسلیم داد. و ملکیت و زمین متعلق به وزارت امور داخله می باشد. مطابق به مندرجات اجازه نامه ساختمانی، قول اردوی انجنیری امریکا اجازه داده شد تا تاسیسات مورد نظر را در ساحه اعمار نماید. و هم اکنون بعضی از کار های جزئی ساختمانی باقی مانده که باید به قراردادی اصلی اجازه داده شود تا آنها را تکمیل نماید.

باوجود اینکه کار بطور اساسی تکمیل گردیده، اما در حال حاضر قراردادی فرعی (دست دوم) در ساحه مداخله نموده و با قراردادی اصلی مشکل ایجاد نموده و کار آنها را مختل می نماید. قراردادی فرعی بخش های از ساحه را تصرف نموده و بطور فعالانه از تکمیل شدن کار قراردادی اصلی ممانعت می نماید. علاوه بر این، پولیس سرحدی امنیتی میدان هوائی نیز آماده نیستند تا در اخراج قراردادی فرعی از ساحه غرض تکمیل شدن کار تاسیسات همکاری نمایند. طبق قانون قرارداد ایالات، متحده امریکا، ما کدام محفوظیت خصوصی از لحاظ قرارداد با قراردادی فرعی نداریم. ما این موضوع را یک موضوع خصوصی بین قراردادی اصلی و فرعی در نظر گرفته و تصرف ساحه از سوی قراردادی فرعی نباید ━━━━━━━━━━ د در ای ━━━━ موض ━━━━ و دخی ━━━ ل باش ━━━ د.

ما از ریاست محترم تعمیرات وزارت امور داخله درخواست می نمائیم تا در حل این موضوع این مداخله همکاری نموده و اگر ساحه فوق در ظرف ده (10) روز پس از دریافت این مکتوب تخلیه نگردد، قرارداد از پلان کاری حذف خواهد شد. و تکمی ━━━━ ل نمودن کار های جزئی باقیمانده مسئولیت وزارت امور داخله خواهد بود.

کاپی به:
1) معینیت امنیتی وزارت داخله
2) قوماندانی عمومی پولیس سرحدی افغان

بااحترام
کپتان ریموند. بریتموسو
رئیس بخش انکشاف سطح ریاست تعمیرات
ریاست انجنیری قوماندانی سیستکا



**DEPARTMENT OF THE ARMY**
**U.S. ARMY CORPS OF ENGINEERS**
**MIDDLE EAST DISTRICT**
**P.O. BOX 2250**
**WINCHESTER, VA 22604-1450**

09 April 2014

ECC CENTCOM Constructors, LLC
Attn: Mr. Jeff Leptrone, Program Manager
1746 Cole Boulevard
Building 21, Suite 350
Lakewood, CO 80401
jleptrone@ecc.net

SUBJECT: Key Personnel Substitutions, W912ER-11-D-0010, Task Order 0006, P-935/P-940, TEQ, Enlisted and Officer DFAC Facility, Manama, Bahrain.

Dear Mr. Leptrone:

Reference is made to your letter and email dated 13 March 2014 regarding approval of the substitution of key personnel in accordance with Section 00 73 00, 1.5 KEY PERSONNEL, SUBCONTRACTORS AND OUTSIDE ASSOCIATES OR CONSULTANTS with substitutions of key personnel, Contract No. W912ER-11-D-0010, Task Order 0006.

The resumes provided were reviewed and their qualifications were evaluated. The results of the review are as follows:

- Mr. Rick Plemmons is not approved under the Project Manager (PM) labor category. Since Mr. Plemmons is the current Project Manager of the P937 project, he is not eligible to be the PM on the P935/940 project.

- Mr. Abdo Abagero is not approved under the Quality Control Systems Manager labor category. The awarded CQC Manager, Mr. Mohammed Al Chalabi had several years of USACE experience in the CQC role while Mr. Abagero did not. In addition, Mr. Abagero has limited experience of Quality Control Management responsibilities on similar projects.

- Mr. Chris Benjamin is approved as the Site Superintendent.

- Mr. Jibunor Kanavo is approved as the Site Safety Health Officer.

**A2168**

If you have any questions regarding the above matter, please contact Pete DeMattei at U.S. Army Corps of Engineers, Middle East District, PO Box 2250, Winchester, VA 22604, telephone (540) 665 1202, email at Peter.A.DeMattei@usace.army.mil.

Sincerely,

DEMATTEI.PET
ER.A.10284330
81

Digitally signed by
DEMATTEI.PETER.A.1028433081
DN: c=US, o=U.S. Government,
ou=DoD, ou=PKI, ou=USA,
cn=DEMATTEI.PETER.A.1028433081
Date: 2014.04.09 12:35:21 -04'00'

PETER A. DEMATTEI
Contracting Officer

2

Mohammed,

I am in Bahrain. Send me your number and I will call you.

Willie Toland, PE

QC Program Manager

US: 210.428.0968

Skype: ecc.willie.toland

From: Mohammed Al Chalabi
Sent: Monday, April 14, 2014 4:18 PM
To: Willie Toland
Cc: Jeffrey Stackow; Jeff Leptrone; Rick Plemmons
Subject: RE: M Al Chalabi - Assignment as QC Manager in Bahrain

Greetings,

Thank you Willie for the offer

Can I call you now?

From: Willie Toland
Sent: Monday, April 14, 2014 12:04 AM
To: Mohammed Al Chalabi
Cc: Jeffrey Stackow; Jeff Leptrone; Rick Plemmons; Richard Gioscia
Subject: M Al Chalabi - Assignment as QC Manager in Bahrain

Mohammed,

Last year ECC proposed you as the QC Manager for the Transient Quarters and Dining Facility (TQ and DFAC) project in Bahrain. ECC was awarded the project in September 2013; however the US Army Corps of Engineers delayed the project for several months. In February 2014 USACE issued the Notice of Award for the project. You were listed as the QC Manager on the proposal and USACE has approved you as qualified.

I did not contact you earlier because I know your family is in San Antonio. I was not sure if you were interested in working in Bahrain. Also I did not want to disrupt the project staff at the CCLD project.

ECC has proposed another candidate as QC Manager; however, USACE insists that ECC provide the same staff as shown on the proposal.

Will you accept assignment as the QC Manager for the TQ and DFAC project in Bahrain ?

The project staff in Bahrain work 6 days per week (Friday off day) and they are allowed to charge up to 60 hours per week. ECC provides housing and a shared vehicle plus $30 per diem.

I am currently in Bahrain, but I will call you Monday morning to discuss.

Regards,

Willie Toland, PE

QC Program Manager

US: 210.428.0968

Skype: ecc.willie.toland

**A2171**



**CENTCOM Constructors, LLC**

**Regional Office**

1746 Cole Boulevard
Building 21, Suite 350
Lakewood, CO 80401

Phone: 303.298.7607
Fax:     303.298.7837

April 16, 2014                                                    4620.006.COR.H-0011

Peter DeMattei
Contracting Officer
USACE CENTAM-CT
P.O. Box 2250
Winchester, VA 22604-1450

Subject: W912ER-11-D-0010 Task Order 0006, TQ and Enlisted and Officer DFAC
Regarding: Revised Request for Key Personnel to Conduct Design Package 1 Activities

Dear Mr. DeMattei:

ECC is very eager to begin pre-mobilization activities for the TQ/DFAC project. Based on your 1 April 14 authorization to use interim personnel to conduct site surveys, we finalized our requests for visas for Abdo Abagero (QC) and Jibunor Kanayo (Safety), both citizens of African nations. Unfortunately, the Bahraini immigration system was off-line for the majority of March and just recently become operational. Our agent notifies us that there is a huge backlog with no certainty on when we can expect to receive the visas. We cannot wait on what appears to be a lengthy wait to obtain these visas for Abdo and Jibunor.

To accomplish the on-site activities necessary for Design Package 1 without visa concerns, ECC now requests your approval to bring US citizens to Bahrain to serve as interim QC (Jim Fein) and Safety (Greg Hayes) personnel, in conjunction with the approved CM (Chris Benjamin) to conduct these site activities. Mr. Fein and Mr. Hayes are highly qualified with 25 and 19 years of engineering and construction experience.

As outlined in Specification Section 01 33 00.12 10, pg 22; the Government intends to "Fast Track" the design for this project and sequence the design in incremental phases. To enable us to complete the Design Package, we request your approval to conduct all site surveys to include topographical survey and surveys for underground utilities, geotechnical assessments, fencing to protect our site and other activities necessary to finalize Design Package 1 with this interim US team. You will find in the attached resumes that Mr. Fein and Mr. Hayes are eminently qualified to oversee this type of work with specific and relevant experience in horizontal construction. We request your quick approval in order to meet the Government's intent to Fast Track the design and enable ECC to complete Design Package 1 as soon as possible.

Concerning your determination on our request for permanent personnel substitutions, ECC is now working to assign Bruce Fox as the Project Manager and Mohammed Al Chalabi as the Quality Control Manager for the TQ/DFAC project. This will complete the team of Chris Benjamin and Jibunor Kanayo as CM and SSHO respectively.

Please note that ECC is reserving our rights to an REA for the Bahraini immigration system delays and other delays that have prevented ECC from executing the site

**Corporate Office**

1240 Bayshore Hwy
Burlingame, CA 94010

Phone: 650.347.1555
Fax:     650.347.3789

www.ecc.net

activities necessary to complete Design Package 1 in accordance with FAR 52.243-4 and FAR 52.249-10.

Thank you for your consideration. If you have any questions or require additional information, please contact Jeff Leptrone at jleptrone@ecc.net / 850-867-7546 or Jeff Stackow at jstackow@ecc.net / 303-495-0297.

Sincerely,

**Michael McGinty**

Digitally signed by Michael McGinty
DN: cn=Michael McGinty, o, ou, email=mmcginty@ecc.net, c=US
Date: 2014.04.16 17:23:34 -06'00'

Mike McGinty

cc:  Greg Walgate, USACE
Jeff Russell, USACE
Tino Philip, USACE
Keith Pushaw, ECC
Jeff Leptrone, ECC
Jeff Stackow, ECC
Rick Plemmons, ECC

**A2173**



# JAMES F. FEIN

## SUMMARY OF EXPERIENCE

Mr. Fein is an Environmental/Civil Engineer with 25 years of professional experience. He has 15 years of experience as a Project Engineer in hazardous waste remediation and investigation, planning, and execution. He also has 8 years of supervisory experience with construction including underground utilities, site work and general building construction. His QC experience totals over 12 years. He has served in roles as Task Manager, Project Engineer, QC Manager, Site Safety Officer, Geologist, and Technical Writer on a variety of environmental and construction projects. For one year he served as QC Manager for construction of the New England Army Recruiting Battalion Center at PNSY in Kittery, Maine. In 2012 he completed an assignment in Afghanistan in the role of Quality Control Manager. He recently completed an assignment serving as both QC Manager and Site Safety and Health Officer for a Transpired Solar Wall Installation project in Pennsylvania. Mr. Fein has also coordinated several projects involving ordnance clearing at active military sites. Prior to joining ECC, he served as project engineer and quality control supervisor for environmental engineering consultants, as a QC inspector inspector/ resident engineer for an engineering design firm, and as a supervisor/estimator for a construction company on various utility and site work projects. He recently completed an assignment as QC Manager at a Parking Lot Renovations project in Los Angeles, CA.

## PROFESSIONAL EXPERIENCE

**USACE – Tobyhanna Army Depot, Solar Collector Panels Design/Build Project, Tobyhanna, PA (November 2013 – Present)**
As Quality Control Manager, prepare various plans, review and manage project submittal process, and responsible for project QCS system.

**AFCEC – Grissom Air Reserve Base, Environmental Remediation Services, Kokomo, IN (October 2013 – Present)**
As environmental engineer and technical writer, prepared environmental site closure reports and Remedial Action Work Plans for various environmental sites. Review analytical data and assist in management of site investigation activities. Prepared Site Health and Safety Plan and Accident Prevention Plan.

**USACE – Bachelor's Enlisted Quarters, Manama, Bahrain (March 2014).**
Served in role of Alternate Quality Control Manager with responsibility for general oversight and management of project QC staff for civil, mechanical and electrical trades. Reviewed submittals and managed preparation of daily QC reports and QC documentation.

**USACE – Veterans Affairs, Parking Lot Renovations, Los Angeles, CA (April 2013 – October 2013)**
Responsible for implementation, oversight, and management of project QC Program. Ensure work completed in accordance with contract documents and conduct 3-Phase QC meetings. Site activities include excavation of unsuitable site soils, identification of site utilities, placement and compaction of base materials, asphalt paving, and parking lot striping. Manage geotechnical firm conducting soil density testing. Review and prepare submittals for government approval. Prepare daily QC reports.

**USACE, DLA – Distribution Susquehanna, New Cumberland, PA (August 2012 – April 2013).**
Serving in dual role of QC Manager and Site Safety & Health Officer (SSHO) for the Installation of



Transpired Solar Walls on DLA Building 2001. As QC Manager responsible for field inspections of work, submittal review and preparation/submission, conducting and documenting 3-Phase QC inspection meetings, and preparation of Daily Quality Control Reports. SSHO responsibilities included AHA preparation and review, conducting various site safety briefings (APP, AHA's, daily tailgate meetings), and on-site monitoring to ensure subcontractor and worker compliance with project safety requirements. The project is the largest solar air heating installation on a single building in the United States to date.

**USACE – National Park Service, Great Lakes Restoration Initiative - Apostle Islands, (Lake Superior, Wisconsin) and North Manitou Island (Lake Michigan, Michigan) (April 2012 – July 2012).** Served in dual role of Quality Control Manager and Site Safety & Health Officer (SSHO) on these remote island project sites. The Apostle Islands project was a lead (Pb) paint investigation and characterization at multiple islands within the Apostle Islands Park. The North Manitou Island site was a subsurface investigation to characterize/delineate historic releases of petroleum contamination in both soil and groundwater. SSHO responsibilities included AHA preparation, conducting various safety briefings (AHA and daily safety tailgates), oversight of drill rig operations and mobilizations/demobilizations, and ensuring worker compliance with project safety standards. QC responsibilities included conducting 3-Phase Inspection meetings, ensuring proper sample collection techniques and quantity of samples collected for required analyses, proper decontamination and waste management, and preparation of Daily Quality Control Reports. Remote island locations required the bringing in of all food and provisions, and tent camping for part of the assignment.

**AFCEE, Kandahar Air Field, Kandahar, Afghanistan (November 2011 – April 2012).** Served as QC Manager for the Afghan National Army Air Corps Phase IV Expansion, Kandahar Airfield, Afghanistan. Responsibilities include oversight of multiple subcontractors, management of project QC program, review and transmittal of submittals, interpretation of contract documents, preparation of various project reports, and management of on-site living accommodations and services.

**USACE AED-North, Mazar-e-Sharif, Afghanistan (October 2011).** Served as Alternate QC Manager for the Special Operations Forces Joint Operations Command Project. Responsibilities included management and oversight of QC activities and personnel, review of QC-staff prepared reports, oversight of project QC documentation, scheduling of testing activities, evaluation of test results, attendance at client meetings, submittal review and management, and oversight of multiple subcontractors.

**USACE AED-North, Kunduz, Afghanistan (September 2011).** Served as Alternate QC Manager for the Afghan National Army Uniform Police Headquarters and Medical Facility Project. Responsibilities included management and oversight of QC activities and personnel, preparation and control of project QC documentation, scheduling of testing activities, evaluation of test results, attendance at client meetings, submittal review, and subcontractor oversight.

**NAVFAC Northeast, Portsmouth Naval Shipyard (08/10–07/11).** Served as QC Manager for construction of the new Army New England Recruiting Battalion. Reviewed and approved submittals and managed submittal process. Managed subcontractors and prepared Requests for Information to Client. Interpreted contract documents and worked closely with subcontractors. Inspected contractor's completed work and maintained asbuilt drawings. Conducted Three-Phase Preparatory Meetings with subcontractors for definable features of work.

**USACE Galveston, Bolivar Peninsula, Levee Repairs (Hurricane Ike Response) (3/10 and 7/10).** Served in temporary role as QC Manager for repairs to marine features along Intra-Coastal Waterway.

---



Responsibilities included inspection/monitoring contractor activities at remote project sites, preparation of daily reports, and conducting Three-Phase Preparatory Meetings with subcontractor.

**USACE New England, Massachusetts Military Reservation (11/09–02/10).** As QC Engineer/ Geologist, provided oversight of drilling subcontractor performing sonic drilling activities and well construction associated with two MMR groundwater plumes. Responsible for QC/Safety, documenting site activities, sample collection and completion of sample documentation.

**AFCEE, Massachusetts Military Reservation (06/09-11/09).** As Construction Manager, QC Supervisor and Technical Writer on the CS-18 and CS-19 Soil/UXO Removal Action Projects, managed soil excavation, handling, and disposal of explosives-contaminated soils. Responsibilities included planning/scheduling of site activities, oversight of site activities and personnel, QC of excavation depths and soil volumes, management of blow-in-place and post-excavation soil sampling, and coordinating soil transportation and off-site disposal with waste disposal vendors. Prepared soil disposal documentation in accordance with State of Massachusetts regulations. As sole author, prepared CERCLA Removal Action Reports for both the CS-18 and CS-19 sites.

**USACE New England, Massachusetts Military Reservation (04/04–09/05, 11/08-06/09, 5/10-7/10).** As Task Manager and Project Engineer under the TERC contract, managed a Rapid Removal Action for soil removal and UXO clearance and removal of targets in the Central Impact Area. Developed the work plan and wrote the final RRA report. Managed post-blow-in-place soil sampling and off-site soil disposal activities including review of analytical data for BIPs conducted throughout ECC's MMR work areas. Oversaw improvements to roads, including UXO clearance and other physical improvements. Managed the Range Residue Management Program, which included preparation of a site-specific SOP, range residue management activities, preparation of cost benefit analyses, and implementation of inspection processes for determining explosive hazards potential of ordnance remnants. Prepared Final Demolition Area 1 Source Area Completion Report, L-Range RI/FS Report, and L-Range MEC Report.

**Army Environmental Center, Massachusetts Military Reservation (12/05-05/06).** Served as Project Engineer on a performance-based contract for post-BIP soil management activities during the construction of the J-2 and J-3 groundwater treatment systems. Coordinated delineation and characterization sampling, review of analytical results, execution of soil removal activities, and off-site disposal of contaminated soils. Acted as Geologist including field QC oversight during borehole drilling and well development activities at various extraction wells within the Central Impact Area.

**AFCEE, Massachusetts Military Reservation (06/06-08/06, 11/06-03-07).** As Project Engineer, Geologist and QC Supervisor, provided field QC oversight during borehole drilling and well development activities at various extraction and reinjection wells connected with the Southwest Operable Unit and the CS 23/LF-1 groundwater remediation systems. Reviewed and approved consultant's pump and pipeline design calculations for the CS-23/LF-1 system and reviewed subcontractor-certified payrolls. Performed QC reviews and made subsequent revisions to well construction logs. Prepared the Interim Remedial Action Report for both projects conducted under the WERC Contract.

**AFCEE, Massachusetts Military Reservation (04/07-09/07).** Served as QC Supervisor for the installation of extraction wells and underground pipelines installation and their connections to a groundwater treatment system for the FS-28 Plume Leading Edge project under the WERC contract. Reviewed shop drawings and monitored field activities to ensure compliance with project specifications. Served in role as Project Engineer/Geologist for the installation of the extraction wells.



**Army Environmental Center, Ft. Eustis / Ft. Lee PBC Contract, VA (10/07-08/08, 03/09-04/09).** Served in various roles (Task Manager, Project Engineer, and Site QC/Safety Supervisor) for various project sites under this multi-site contract. Provided subcontractor management, QC/Health & Safety monitoring, and technical oversight for ISCO field activities at two project sites. Prepared various site documents including Work Plans, Health & Safety Plans, and RFP/Statement of Work packages for letting of subcontracts at four (4) ISCO project sites. Managed subcontracting process for each of these ISCO sites. Projects under this contract included the ISCO sites, three subsurface investigation sites, three soil removal (T&D) sites, and management of subcontracting/design/construction of a large-scale (cast-in-place) stormwater treatment unit.

**Air Combat Command (DBR2 Contract), Moody Air Force Base, Valdosta, GA (09/08-12/08).** QC/Health and Safety oversight and subcontractor management for well installation at various project sites. Projects included groundwater extraction wells as well as direct push injection wells for in-situ anaerobic biological treatment. Assisted with preparation of technical approach for in-situ bioremediation injections, and with preparation of project QAPP.

**USACE, Hurricane Katrina Emergency Response Contract New Orleans, Louisiana, (09/05-11/05).** As QC Supervisor for a major debris removal effort, coordinated QC monitor activities with morning planning meetings and debriefings at the end of each day. Prepared daily summary QC reports, which included summaries of many work crew's activities, debris removal, health and safety concerns, and QC issues. Oversaw the removal and disposal of storm debris, brush and green waste, electronic goods, household hazardous waste, and canal debris. Monitored landfill operations. Submitted daily QC summary reports.

**USACE Louisville, Dover Air Force Base, Delaware (04/06-05/06).** Served as QC Engineer and Health and Safety Officer for modifications and improvements to above-ground storage tanks under the MARC program. Participated in asbestos abatement, underground piping investigation and testing, fuel gauging system installation, and modifications to nozzle assembly modifications for No. 6 oil tanks. Managed subcontractor activities and coordinated work activities and waste disposal with air base officials. Prepared site health and safety plan, daily QC reports, and final project reports.

**NAVFAC Southeast, Gulfport, Mississippi (08/06-11/06).** As QC Engineer and Health and Safety Monitor for agent orange soil remediation and closure actions at the Naval Construction Battalion Center in Gulfport, oversaw the installation of a roller-compacted concrete cap after the agent orange impacted soil had been stabilized at the 12-acre site. Participated in the design of final elevations and slopes for positive drainage over the cap, setting of line and elevation controls in the field, surveying, and quality control of field operations for the placement of two six-inch layers of concrete. Oversaw the elevation and slope design and layout of a helicopter pad at the center of the concrete cap.

**USACE-Seattle, Wyckoff/Eagle Harbor Superfund Site, Groundwater Treatment Plant Construction (01/09-02/09).** As Project Engineer and QC inspector provided technical support and prepared complete set of asbuilt drawings for the new construction.

**Gale Associates, Weymouth, Massachusetts (5/02-3/04).** As Environmental and Project Engineer, coordinated and managed all aspects of subsurface investigation and remedial activities at contaminated properties in eastern Massachusetts. Solicited contractor proposals, managed contractors, and coordinated analytical laboratories. Collected samples, prepared documentation, and interpreted data. Managed drilling and remediation contractors, and responsible for QC oversight of subcontractor's activities. Characterized soil samples, directed well installation, and conducted air monitoring. Provided QC



oversight of remediation activities including product and groundwater recovery and groundwater remediation. Instituted passive remedial solutions at sites affected by petroleum hydrocarbon. Prepared MCP documents including IRA plans and status reports, RAM plans and status reports, IRA and RAM completion reports, Phase I & tier classification submittals, Phase II comprehensive site assessments, and response action outcome statements. Prepared EPA Brownfields documents including engineering evaluation/cost analyses and a quality assurance project plan.

**WEB Engineering Associates, Norwell, Massachusetts (07/00-4/02).** As Environmental Engineer and Field Project Manager, managed and provided QC oversight of on-site soil stabilization activities as part of a mixed residential and commercial redevelopment project. Directed excavation of more than 60,000 cubic yards of impacted site soils associated with the remediation of a former historic manufactured gas plant. Made field determinations concerning unexpected variations in site and soil conditions. Directed remediation activities related to releases from underground storage tanks and hydraulic reservoirs, assessing liquid and sludge contents to determine appropriate waste removal and disposal actions. Performed QC oversight of demolition activities, conducted site surveying, and directed subsurface drilling activities. Compiled and reviewed analytical data and prepared a soil management plan, classifying soils for disposal and reuse. Prepared health and safety plans and Massachusetts Contingency Plan documentation.

**Environmental Science Services, Providence, Rhode Island (10/98-11/99).** Served as Site Supervisor and Site Health and Safety Officer for remediation activities at a former manufactured gas plant site. Provided subcontractor management and QC oversight, coordinated contractor and subcontractor activities, and approved contractor payment requisitions. Interpreted analytical results with respect to site clean-up standards, directed clean-up activities, conducted air monitoring, and maintained scheduling. Attended weekly meetings with client, contractor, legal counsel, and regulatory authorities.

**Environmental Science Services, Providence, Rhode Island (10/98-11/99).** As Project Manager and Staff Environmental Engineer, managed subsurface investigation projects. Tracked budgets, coordinated subcontractor activities, and consulted with utility company representatives. Wrote summary subsurface investigation reports. Prepared work plans, health and safety plans, and sampling and analysis plans. Reviewed and interpreted analytical results and performed data reduction. Supervised and provided QC oversight of contractors during subsurface investigations and well construction. Established sample grids by surveying and performed well surveys.

**Roy F. Weston / Resource Applications, Burlington, Massachusetts (7/94-9/98).** In the role of Project Engineer and Staff Environmental Engineer inspected removal, cleanup, and disposal operations at a number of hazardous waste sites. Documented activities and conditions in site logs and record drawing, and monitored health and safety plan implementation. Attended project meetings and consulted with federal, state, and local authorities at Superfund projects. Monitored the operation and performance of on-site treatment systems. Worked in Level B, Level C, and Level D protective equipment. Collected soil, drum, and asbestos samples and conducted air monitoring. Conducted site investigations and assessments and wrote summary reports. Participated in hazardous waste emergency responses. Tracked site costs and managed budgets. Oversaw the packaging and shipping of hazardous waste samples to environmental laboratories. Served on the Superfund Technical Assessment and Response Team and the Technical Assistance Team.

**Brentwood/Chandler Construction Companies, Hyannis, Massachusetts (07/87-06/94).** As Estimator, Engineer, and Supervisor, analyzed contracts, interpreted plans and specifications, performed site evaluations and prepared estimates for utility and site construction projects. Managed multiple



projects and supervised personnel. Planned and scheduled project activities, prepared and executed bids and change orders, purchased materials, provided surveying and site layout, and consulted with clients, utility representatives, and local officials.

**Weston and Sampson Engineers, Peabody, Massachusetts (03/85-09/86).** As Resident Engineer and QC Inspector, interpreted plans and specifications, negotiated change order details, and inspected water main, sewer main, and pumping station construction ensuring contract compliance. Verified pipe invert and manhole elevations, and monitored job safety. Documented job progress through daily report preparation, as-built drawings, and blasting records. Acted as a liaison between clients, property owners, contractors, and community officials. Prepared payment requisitions and wrote O&M manuals.

## EDUCATION AND TRAINING

MS, Civil/Environmental Engineering, Northeastern University, 1993
BS, Civil Engineering (Environmental Option), University of Massachusetts (Amherst), 1984
OSHA 40-hour HAZWOPER Training, 1994; Refresher, April 2014
OSHA 30-Hour Construction Safety Training, 2010
OSHA 10-hour Construction Safety Training, 2003
OSHA 8-hour Site Safety Manager Training, 1995
First Aid and CPR Training, 2012
IATA/DOT Shipping of Dangerous Goods and Hazardous Materials Training, 1998

## PROFESSIONAL REGISTRATIONS AND AFFILIATIONS

Fundamentals of Engineering/Engineer in Training, State of Massachusetts
Project Management Professional (PMP) (Project Management Institute, 2008)
Concrete Field Testing Technician, Grade 1, American Concrete Institute (2009)
USACE CQM for Contractors Certification, Recertified in 2012
Certified Soil Evaluator, Massachusetts

## EMPLOYMENT HISTORY

04/04-Present: ECC, Massachusetts, Associate Civil and Environmental Engineer, QC Manager, Task Manager and Technical Writer
05/02-03/04: Gale Associates, Inc., Weymouth, Massachusetts, Environmental/Project Engineer
07/00-04/02: WEB Engineering Associates, Inc., Norwell, Massachusetts, Environmental Engineer and Field Project Manager
10/98-11/99: Environmental Science Services, Inc., Providence, Rhode Island, Sr. Site Supervisor, Environmental Engineer, Project Manager
07/94-09/98: Roy F. Weston, Inc/Resource Applications, Inc., Burlington, Massachusetts, Project Engineer and Staff Environmental Engineer
07/87-06/94: Brentwood/Chandler Construction Companies, Hyannis, Massachusetts, Estimator, Engineer, and Supervisor
03/85-09/86: Weston and Sampson Engineers, Inc., Peabody, Massachusetts, Resident Engineer and QC Inspector



**CLIENT REFERENCES**

Jonathan Davis, Remediation Program Manager, AFCEE, 508-968-4670 x4952
Michael Notto, Project Engineer, USACE (Baltimore District), 717-770-7312
John Ehret, Senior Engineer, USACE (Massachusetts Military Reservation), 508-563-7859 x186
Hank Hennigar, Contracting Officer's Representative (USAEC), 804-734-5068