INDEX TO APPENDIX

<u>Document</u>                                                                                                    <u>Page</u>

Email, D. Holmes to B. Vallacher, May 9, 2023 .........................................................................A1

Plaintiff's Initial Disclosures, June 24, 2022 ..............................................................................A5

Plaintiff's Response to Defendant's Rule 30(b)(6) Notice, November 21, 2022 .......................A17

Excerpt from the Rule 30(b)(6) Deposition of Christian Canon, February 21, 2023 .................A20

Excerpt from the Deposition of Peter DeMattei, February 23, 2023.........................................A28

Excerpt from the Expert Report of Charles Heckman, March 15, 2023.....................................A33

Expert Report of Rebecca Smith, March 15, 2023 .....................................................................A37

Email, D. Holmes to B. Vallacher, April 3, 2023.......................................................................A182

Excerpt from the Supplemental Expert Report of Charles Heckman,
   April 13, 2023 ........................................................................................................................A183

**From:** R. Dale Holmes
**To:** Vallacher, Bret R. (CIV); James P. Laurie III (JLaurie@ecc.net); Ryan Boonstra
**Subject:** [EXTERNAL] FW: Meeting to Discuss Exhibits, Stipulations, etc. [CSPGF-ACTIVE.FID403142]
**Date:** Tuesday, May 9, 2023 3:07:34 PM

Bret, For our call later today, I would offer the following:

Our witnesses will be as follows:

1.  Jeff Stackow, Project Manager – He will testify concerning his role as PM in setting up the project from the beginning, including the time period through the issue of the substitute key personnel.
2.  Bruce Fox, Project Manager – Mr. Fox was the subsequent Project Manager who arrived on site in the summer of 2014 and continued in that role through late in the project.  Mr. Fox will testify concerning all of the claim issues that arose during his time period on the project, including but not limited to substitute key personnel, design package 1, test piling, piling crews, CMU issues, the issue of the lift station, and all issues related to Kooheji.
3.  Scott House – Construction Site Superintendent from summer of 2014 through completion of the project.  Mr. House will testify concerning all of the claim issues that arose during his time period on the project, including but not limited to substitute key personnel, design package 1, test piling, piling crews, CMU issues, the issue of the lift station, and all issues related to Kooheji.
4.  Glenn Sweatt – Vice President for Contracts & Compliance – Mr. Sweatt will testify concerning ECC-Centcom's cash flow issues and dealings with their sureties and USACE to resolve those issues.  Mr. Sweatt will also testify concerning the surety's demand letter, the settlement of that demand letter and payments to the surety.
5.  Christian Canon – Director of Contracting – Mr. Canon will testify concerning all contracting issues addressed in the original claim and the revised claim, and his interactions with USACE Contracting personnel during performance through the termination for default.
6.  Ivan Leung – Director of Project Controls – Mr. Leung will testify concerning ECC-Centcom's cost accounting system and project cost records for the TQ Bahrain project, including the delay costs claimed and the breach damages costs claimed, including those from the surety and those for the total cost method used.  Mr. Leung will also describe the revised Excel spreadsheets and how they were prepared from ECC-Centcom's cost records.
7.  Rebecca Smith – Ms. Smith will testify concerning her expert reports and her expert opinions concerning the delay issues in the case.

For all of the witnesses (except Bruce Fox, an ex-ECC employee) their addresses are ECC's corporate offices (Burlingame, CA offices for Ivan Leung, Scott House and Glenn Sweatt; Denver, CO offices for Mr. Canon and Mr. Stackow).  Ms. Smith's is in Denver, Colorado at the address listed in her expert report for Sage Consulting.  I will provide Bruce Fox's current address separately.

**A1**

A summary of our planned Exhibit List is as follows:

1.    The original and revised claims.
2.    All exhibits attached to depositions taken by both parties.
3.    All Rule 4 documents from the ASBCA appeal (we are reviewing those and plan to eliminate those that are not relevant to the present case, but have not yet completed that task – will have that done in the next week).
4.    ECC-Centcom's Excel Spreadsheets for the revised estimates.
5.    Sage's original and rebuttal expert reports, and all documents referenced therein
6.    Project cost records from ECC-Centcom's Deltek accounting system used to calculate the sums in the Excel Spreadsheets
7.    Photographs of the project taken at various times throughout performance

Concerning the 6 issues for discussion in the conference:

1)    We do not intend to file a motion for leave to file deposition transcripts at trial.
2)    We intend to file a Motion in Limine related to Mr. Heckman's original expert report.  We need to review your exhibit list to determine any objections to such documents.
3)    Plaintiff has no additional contentions of fact or law that have not been previously disclosed.
4)    Concerning potential stipulations, we believe that the parties should make an effort to stipulate on various cost issues, including the delay costs, total costs, and surety costs.
5)    We do not believe this case is a candidate for submission on the record.
6)    We are open to any discussions related to settlement.  We believe such discussions should be pursued in the event the Government loses its planned Motion for Summary Judgment.

Dale

---

**From:** Vallacher, Bret R. (CIV) <Bret.R.Vallacher@usdoj.gov>
**Sent:** Monday, May 8, 2023 2:48 PM
**To:** R. Dale Holmes <dholmes@cohenseglias.com>
**Cc:** Laufgraben, Eric E. (CIV) <Eric.E.Laufgraben@usdoj.gov>; Welch, Brittney (CIV) <Brittney.Welch@usdoj.gov>
**Subject:** RE: Meeting to Discuss Exhibits, Stipulations, etc. [CSPGF-ACTIVE.FID403142]

That works.  Here's the relevant content to be exchanged and discussed tomorrow:

13. Meeting of Counsel. For cases to be resolved by trial, counsel for the parties shall meet no later than 63 days before the pretrial conference and accomplish the following:

(a) Exhibits. Exchange a list of all exhibits (including summaries, see Fed. R. Evid. 1006) to be used at trial for case-inchief or rebuttal purposes, except those to be used exclusively for impeachment. Each exhibit listed shall be identified by an exhibit number and description. Unless previously exchanged, counsel for the parties shall exchange a copy of each exhibit listed. In the case of exhibits to be offered as summaries under Fed. R. Evid. 1006, the offering party shall provide opposing

**A2**

counsel with a statement with respect to each summary exhibit describing the source(s) for the items or figures listed (e.g., ledgers, journals, payrolls, invoices, checks, time cards, etc.), the location(s) of the source(s), a time when the source(s) may be examined or audited by the opposing party, the name and address of the person(s) who prepared each summary and who will be made available to the opposing party during any examination or audit of the source material to provide information, and explanations necessary for verification of the information in the summary. Failure to list an exhibit shall result in exclusion of the exhibit at trial absent agreement of the parties to the contrary or a showing of a compelling reason for the failure. See also RCFC 26(a)(1), (2).

(b) Witnesses. Exchange a list of names, addresses, and telephone numbers of witnesses, including expert witnesses, who may be called at trial for case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment. Failure of a party to list a witness shall result in the exclusion of the witness's testimony at trial absent agreement of the parties to the contrary or a showing of a compelling reason for the failure. Any witness whose identity has not been previously disclosed shall be subject to discovery. As to each witness, the party shall indicate the specific topics to be addressed in the expected testimony.

(c) Conference.

(1) Disclose to opposing counsel the intention to file a motion for leave to file a transcript of deposition for introduction at trial.

(2) Resolve, if possible, any objections to the admission of testimony (including deposition testimony) or exhibits.

(3) Disclose to opposing counsel all contentions as to applicable facts and law, unless previously disclosed.

(4) Engage in good-faith, diligent efforts to stipulate and agree to facts about which the parties know, or have reason to know, there can be no dispute for the purpose of simplifying the issues at trial.

(5) Consider agreement to submitting the case to the court for resolution (including any factual disputes) on the basis of a documentary record submitted by the parties. See also RCFC 43(c).

(6) Exhaust all possibilities of settlement.

(d) Certification. Within 7 days after the meeting, counsel shall file a Joint Certification verifying that they met and accomplished all matters required by this paragraph.

---

**From:** R. Dale Holmes <dholmes@cohenseglias.com>
**Sent:** Monday, May 8, 2023 1:54 PM
**To:** Vallacher, Bret R. (CIV) <Bret.R.Vallacher@usdoj.gov>
**Subject:** [EXTERNAL] Re: Meeting to Discuss Exhibits, Stipulations, etc. [CSPGF-ACTIVE.FID403142]

**A3**

Bret, I got another call I can't move now until 4:30. It may end early. Can I just call you between 4:00 and 4:30? Thanks.
Dale

Sent from my iPhone

On May 8, 2023, at 12:07 PM, Vallacher, Bret R. (CIV) <Bret.R.Vallacher@usdoj.gov> wrote:

Are you prepared to exchange preliminary exhibit and witness lists tomorrow as well?

**From:** Vallacher, Bret R. (CIV)
**Sent:** Monday, May 8, 2023 11:57 AM
**To:** R. Dale Holmes <dholmes@cohenseglias.com>
**Subject:** RE: Meeting to Discuss Exhibits, Stipulations, etc. [CSPGF-ACTIVE.FID403142]

Sure.

**From:** R. Dale Holmes <dholmes@cohenseglias.com>
**Sent:** Monday, May 8, 2023 5:45 AM
**To:** Vallacher, Bret R. (CIV) <Bret.R.Vallacher@usdoj.gov>
**Subject:** [EXTERNAL] Meeting to Discuss Exhibits, Stipulations, etc. [CSPGF-ACTIVE.FID403142]

Bret, I am traveling in the morning tomorrow.   Can we do this call at 3:00 pm tomorrow?  Thanks.
Dale

**A4**

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ECC CENTCOM CONSTRUCTORS, LLC )
COMPANY et al, )
                                    )
        Plaintiffs, )        No. 21-cv-01169
                                    )        (Judge Tapp)
v. )
                                      )
THE UNITED STATES, )
                                      )
        Defendant. )
_____ )

## PLAINTIFF ECC CENTCOM CONSTRUCTORS, LLC INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1)(A) of the Rules of the United States Court of Federal Claims, Plaintiff, ECC CENTCOM CONSTRUCTORS, LLC ("ECC-C-C"), makes the following disclosures to Defendant, the United States ("Defendant" or "Government"), based upon the information reasonably available to it at this time, as follows:

1.       **Individuals Likely to Have Discoverable Information Upon which ECC-C-C May Rely in Support of its Claims**

The following persons are likely to have discoverable information about the claims and defenses in this matter:

**Jeff Leptrone**
**ECC-C-C, Inc.**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

Mr. Leptrone was ECC-C-C's Program Manager during the early stages of performance of the contract and has knowledge of the work performed by ECC-C-C on the project during his time as Program Manager. Mr. Leptrone was personally involved in efforts to obtain approval of key interim personnel. Mr. Leptrone also has knowledge of the facts supporting ECC-C-C's claims that are the subject of this lawsuit and the associated damages and losses incurred by ECC-C-C, including but not limited to the failure to approve interim key personnel, delays due to shortage of sand and aggregate in Bahrain, unusually severe weather, delays associated with 2 unilateral modifications, the improper unsatisfactory performance rating in CPARS and the improper termination for default. Mr. Leptrone is a former employee.

**Keith Pushaw**
**ECC-C-C, Inc.**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

**A5**

Mr. Pushaw was ECC-C-C's Program Manager during the later stages of performance of the contract and has knowledge of the work performed by ECC-C-C on the project during his time as Program Manager. Mr. Pushaw was personally involved in drafting the January 6, 2016 response to USACE's Show Cause notice. Mr. Pushaw also has knowledge of the facts supporting ECC-C-C's claims that are the subject of this lawsuit and the associated damages and losses incurred by ECC-C-C, including but not limited to the failure to approve interim key personnel, delays due to shortage of sand and aggregate in Bahrain, unusually severe weather, delays associated with 2 unilateral modifications, the improper termination for default and the improper unsatisfactory CPARS rating. Mr. Pushaw is a former employee.

**Bill Upton**
**ECC-C-C, Inc.**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

Mr. Upton was ECC-C-C's Program Manager during performance of the contract and has knowledge of the work performed by ECC-C-C on the project during his time as Program Manager. Mr. Upton also has knowledge of the facts supporting ECC-C-C's claims that are the subject of this lawsuit and the associated damages and losses incurred by ECC-C-C, including but not limited to the failure to approve interim key personnel, delays due to shortage of sand and aggregate in Bahrain, unusually severe weather, delays associated with 2 unilateral modifications, the improper termination for default and the improper unsatisfactory CPARS rating. Mr. Upton is a former employee.

**Jeffrey R. (Russell) Wilson**
**ECC-C-C, Inc.**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

Mr. Wilson was ECC-C-C's Project Manager early in the project and has knowledge of the work performed by ECC-C-C on the project during his time as Project Manager. Mr. Wilson also has knowledge of the facts supporting ECC-C-C's claims that are the subject of this lawsuit and the associated damages and losses incurred by ECC-C-C, including but not limited to the failure to approve key interim personnel, delays due to shortage of sand and aggregate in Bahrain, unusually severe weather, delays associated with 2 unilateral modifications, the improper termination for default and the improper unsatisfactory CPARS rating. Mr. Wilson is a former employee.

**Jeffrey Stackow**
**ECC-C-C, Inc.**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

Mr. Stackow was ECC-C-C's Project Manager from the beginning of the project and has knowledge the work performed by ECC-C-C on the project during his time as Project Manager.

2

**A6**

Mr. Stackow also has knowledge of the facts supporting ECC-C-C's claims that are the subject of this lawsuit and the associated damages and losses incurred by ECC-C-C, including but not limited to the failure to approve key interim personnel, delays due to shortage of sand and aggregate in Bahrain, unusually severe weather, delays associated with 2 unilateral modifications, the improper termination for default and the improper unsatisfactory CPARS rating.  Mr. Stackow is a former employee.

**Bruce Fox**
**ECC-C-C, Inc.**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

Mr.Fox was ECC-C-C's Project Manager from the fall of 2014 through the spring of 2015 and has knowledge of the work performed by ECC-C-C on the project during his time as Project Manager.  Mr. Fox also has knowledge of the facts supporting ECC-C-C's claims that are the subject of this lawsuit and the associated damages and losses incurred by ECC-C-C, including but not limited to the failure to approve key interim personnel claim, and the impact of the failure to approve key interim personnel on the piling crews, performance of work in winter weather, and the shortage of sand and aggregate and the impact on CMU block work.  Mr. Fox is a former employee.

**Lili Naskadashvili**
**Assistant Project Manager**
**ECC-C-C, Inc.**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

Ms. Naskadashvili was an Assistant Project Manager for a period of time in late 2014 through early 2015.  She is knowledgeable about performance issues during the time period she was assigned to the project, including issues related to ECC-C-C's efforts to get key interim personnel approved, and delays associated with this issue.  She prepared the March 26, 2015 Request for Equitable Adjustment related to this issue.  Ms. Naskadashvili is a consultant for ECCO.

**Ivan Leung**
**ECC-C-C, Inc.**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

Mr. Leung is Director of Project Controls for ECC-C-C and is responsible for corporate accounting, project controls, project scheduling and cost tracking systems for the company, for both direct and indirect costs.  Mr. Leung provided all of the accounting information used for preparation of the delay claim and the breach claim, as well as supervising scheduling work related to performance and the delay aspects of the claims.

**Dale McCormick**

**ECC-C-C, Inc.**
**939 Buckthorn Drive**
**Murphys, CA 95247**

Mr. McCormick is an employee of ECC-C-C.  He was ECC-C-C's Estimating Manager and he was responsible for preparing cost estimates for ECC-C-C, including those for the claims that are the subject of this lawsuit.

**Michael McGinty**
**1746 Cole Boulevard**
**Building 21, Suite 350**
**Lakewood, CO**

Mr. McGinty is a Contract Administrator for ECC-C-C who had involvement in efforts to get key interim personnel approved and is familiar with that claim.

**Ednyl David**
**Senior Project Controls Analyst**
**ECC-C-C, LLC**
**1240 Bayshore Hwy**
**Burlingame, CA 94010**

Mr. David is the Senior Project Controls Analyst and scheduler of ECC-C-C who prepared the TIA schedule analyses for delays associated with all of the delay issues in the claim; this includes the TIA for the failure to approve key interim personnel, the TIA for the delays due to the shortage of sand and aggregate, the TIA for the unusually severe weather, and the TIA for the delays caused by the 2 unilateral modifications.

**Rich Bates**
**Baker International, Inc.**
**100 Airside Drive**
**Moon Township, PA 15108**

Mr. Bates was a designer from the architect-engineer design firm that was the Designer of Record.  Mr. Rollins prepared the Design Schedule from April 2014 and oversaw various aspects of the design; he is familiar with delays to design work caused by failure of USACE to approve site survey and geotechnical personnel.

**Ghazan Mehmood**
**Project Manager**
**Kooheji Contractors**
**P.O. Box 1041**
**Manama, Bahrain**

Mr. Mehmood is the Project Manager of Kooheji Contractors who supervised the construction work and is knowledgeable about delays to the piling work caused by the failure to

4
**A8**

approve key interim personnel. He is also familiar with Kooheji's plans to use 2 piling crews, but its use of only 1 crew because of the delays. He is also familiar with the shortages of sand and aggregate in Bahrain that delayed CMU work.

**Armando Colaco**
**General Manager**
**Al Manaratain, Inc.**
**Manama, Bahrain**

Mr. Colaco is the representative of the firm that supplied sand and aggregate used for making CMU blocks; he has knowledge of the facts associated with the shortages of these materials that affected performance of CMU work.

**USACE Personnel**

**USACE Bahrain Area Office**
**Manama, Bahrain**

**Ramon Sundquist, Area Engineer**
**Jeffrey Russell, Project Engineer and Contracting Officer's Representative**
**Greg Walgate, Contracting Officer's Representative**
**Salem A. Fares**
**Shibu Joseph, Foreign National – Bahrain**
**Duane Crowe, P.E.**

**Middle East District Office**

**Carlos Ramos, Contracting Officer**
**Peter Demattei, Contracting Officer**
**Michelle Pearman, Contracting Officer**
**Kevin Smyth, Contract Administration, Engineering and Construction Div.**

The individuals listed above are, or were, USACE personnel involved with the Project. ECC-C-C believes that these individuals have information regarding the Project that ECC-C-C may use to support its claims in this lawsuit. These individuals have knowledge of the administration of the contracts, the design issues, the construction activities performed, ECC-C-C's work on the Project, as well as the issues in ECC-C's claims. There were other USACE personnel on site during the Project who likely have information that ECC-C-C intends to rely upon to support its claims, however, their names are unknown to ECC-C-C at this time.

2.      **Description by Category and Location of Documents, Electronically Stored Information and Tangible Things which ECC-C-C May Rely in Support of its Claims**

The following are categories of documents which ECC-C-C may rely upon in support of its claims, and electronic copies are in the possession of ECC-C-C at their corporate offices at 1240

Bayshore Hwy, Burlingame, CA 94010.

.

1. The certified claim dated December 31, 2019 (with exhibits).

2. ECC-C-C Technical Proposal dated February 19, 2013.

3. USACE award letter dated September 11, 2013.

4. ECC-C-C's Proof of DBA Insurance and Performance and Payment Bonds.

5. ECC-C-C award documents, including signed contract, Notice of Application of US Criminal Jurisdiction, Travel Warning Notifications, proof of SPOT for employees, and EFT wire transfer form.

6. USACE Notice to ECC-C-C of bid protest and directive to not incur any costs, dated September 24, 2013.

7. USACE Notice to Proceed to ECC-C-C, dated January 2, 2014.

8. ECC-C-C Notice to Proceed to subcontractor Kooheji Contractors, dated January 9, 2014.

9. ECC-C-C's Approved Baseline Schedule.

10. ECC-C-C initial proposal to substitute interim key personnel, including qualifications of interim personnel.

11. ECC-C-C's email notice to USACE's Project Manager related to use of interim key personnel, dated January 9, 2014.

12. ECC-C-C notice to USACE representative requesting approval of key interim personnel, dated February 5, 2014.

13. ECC-C-C notice to a USACE representative requesting approval for site access, dated February 25, 2014.

14. ECC-C-C letter dated March 4, 2014, to Contracting Officer proposing key interim personnel.

15. ECC-C-C email dated March 5, 2014, requesting decision on key interim personnel.

16. USACE email denying ECC-C-C's request for approval of key interim personnel, dated March 6, 2014.

17. USACE's Contracting Officer Representative email dated March 9, 2014, rejecting ECC-C-C's proposed interim SSHO.

6

**A10**

18. ECC-C-C design meeting notes, dated March 13, 2014.

19. ECC-C-C letter dated March 13, 2014, to Contracting Officer Pete DeMattei, requesting approval of key interim personnel.

20. ECC-C-C Design Team meeting minutes, dated March 19, 2914.

21. ECC-C-C request for approval of survey personnel, dated March 20, 2014.

22. ECC-C-C's letter providing notice of delays due to denial of key interim personnel requests, and reserving right to file a Request for Equitable Adjustment, dated March 24, 2014.

23. ECC-C-C request for approval of key interim personnel, dated April 1, 2014.

24. USACE's Contracting Officer's email dated April 1, 2014, providing approval of survey personnel only.

25. USACE disapproval of ECC-C-C's request for approval of key interim personnel, dated April 9, 2014.

26. Design Schedule prepared by ECC-C-C's design firm, Baker International, dated April 25, 2014.

27. ECC-C-C notice to USACE that previously approved key interim personnel could not obtain Bahraini visas.

28. ECC-C-C documentation related to use of Bahrain firm to expedite visa approvals.

29. ECC-C-C request for approval of additional Site Safety & Health Officer (SSHO), due to denial of visa for original SSHO, dated May 2, 2014.

30. Site Survey and Geotechnical Investigation, dated May 5, 2014.

31. ECC-C-C request for approval of new QC Manager, dated May 20, 2014.

32. USACE approval of new QC Manager and SSHO, dated May 22, 2014.

33. ECC-C-C request for new permanent QC Manager and SSHO, dated June 4, 2014.

34. USACE approval of new permanent QC Manager, dated June 23, 2014.

35. USACE approval of SSHO, dated June 24, 2014.

36. Baker International Civil & Foundation Design, dated July 1, 2014.

37. ECC-C-C's Request for Equitable Adjustment (REA) dated March 26, 2015, related to delays in approval of key interim personnel, including attachments to REA.

38. ECC-C-C schedule reflecting 62 days of critical path delays due to failure to approve key interim personnel.

39. Project records reflecting plans of Kooheji Contractors to perform piling work with 2 crews, including approved resource loaded project schedules.

40. Project documents reflecting mobilization of one Kooheji Contractors piling crew, including but not limited to ECC-C-C Daily Quality Control Reports, photographs, and Weekly Meeting Minutes, for the time period September 2014 through January 2015.

41. Project records reflecting that piling work and other associated work items were pushed into winter weather over the winter of 2015/2015, including but not limited to original approved schedule showing planned dates for piling work, and Daily Quality Control Reports reflecting actual performance of piling work in winter months of late 2014 through winter of 2015.

42. Project records reflecting unusually severe weather preventing work during specific days in November 2014, including but not limited to Daily Quality Control Reports and photographs.

43. Project records reflecting commencement of Concrete Masonry Unit (CMU) walls in February 2015, including but not limited to Daily Quality Control Reports and photographs of CMU walls under construction.

44. Project records reflecting plans to perform CMU wall work earlier than February 2015, including but not limited to the original approved schedule.

45. Project records showing materials delivered for CMU blocks in February, March, April, May, June, July and August 2015, including but not limited to Daily Quality Control Reports for these months, photographs, Progress Payment requests submitted by ECC-C-C and ENG FORM 93s for these months, and invoices for materials purchased, such as aggregate, sand, and cement.

46. Project records reflecting extreme heat in the summer of 2015 (June, July, August, and early September 2015), including but not limited to Daily Quality Control Reports for the summer months of 2015 reflecting temperatures on the project site.

47. Project records showing CMU block production in September 2015, including but not limited to Progress Payment request submitted by ECC-C-C and ENG FORM 93 for September 2015 and following months, and Daily Quality Control Reports for September 2015 and following months.

48. Project records and publicly available records reflecting a shortage of sand and aggregate in Bahrain in the winter, spring and summer of 2015, including but not limited to newspaper articles and industry documents, as well as emails and correspondence from ECC-C-C, Kooheji Contractors, sand and aggregate supplier Al Manaratain, Inc., and USACE.

49. ECC-C-C letter of May 17, 2015, providing notice of shortage of sand and aggregate in Bahrain and the impact of the shortage on progress on the project.

50. ECC-C-C letter of June 21, 2015, providing notice of shortage of sand and aggregate in Bahrain and the impact of the shortage on progress on the project.

51. ECC-C-C letter of July 22, 2015, providing notice of shortage of sand and aggregate in Bahrain and the impact of the shortage on progress on the project.

52. USACE emails and other internal documents reflecting their knowledge of the shortage of sand and aggregate in Bahrain during 2015.

53. ECC-C-C Time Impact Analysis (TIA) showing the days of delay to the project due to the shortage of sand and aggregate in Bahrain during 2015, including supporting documents used to prepare the TIA.

54. USACE unilateral modification No. 16, dated December 29, 2015, related to sanitary lift station.

55. ECC-C-C documentation reflecting ECC-C-C's response to unilateral modification No. 16, including but not limited to design documents, cost estimates and subcontract agreements.

56. ECC-C-C's Time Impact Analysis (TIA) showing the days of delay to the project due to Unilateral Modification No. 16, including but not limited to supporting documents used to prepare the TIA.

57. ECC-C-C's Time Impact Analysis (TIA) showing the days of delay to the project due to Modification No. 17, including but not limited to supporting documents used to prepare the TIA.

58. USACE unilateral modification No. 18, dated January 22, 2016, changing all exterior lighting from high pressure sodium to LED.

59. ECC-C-C documentation reflecting ECC-C-C's response to unilateral modification No. 18, including but not limited to documents related to estimated costs for changing all exterior lighting from high pressure sodium to LED, and documents related to ordering new LED lights and delivery of the new LED lights.

60. ECC-C-C's Time Impact Analysis (TIA) showing the days of delay to the project due to Unilateral Modification No. 18, including but not limited to supporting documents used to prepare the TIA.

61. USACE documentation supporting their conclusion not to provide a time extension to ECC-C-C for any delays associated with Modification Nos. 16, 17, and 18.

62. USACE documentation supporting their decision to grant a time extension to the completion contractor who performed Modification Nos. 16, and 18, after ECC-C-C was terminated for default.

63. USACE Show Cause notice letter dated December 30, 2015.

64. ECC-C-C January 9, 2016 response to USACE's Show Cause notice letter, including recovery schedule

65. USACE documentation relating to CPARS rating for ECC-C-C, including documents reflecting field personnel recommending an overall satisfactory rating.

66. USACE Unsatisfactory Performance Rating dated April 19, 2016.

67. USACE's Termination for Default letter dated April 19, 2016.

68. ECC-C-C's surety's counsel's demand letter dated September 24, 2020, seeking damages from ECC-C-C for costs surety incurred in completing the project after the termination for default.

69. Settlement Agreement between ECC-C-C and Zurich, dated January 19, 2021, reflecting payment of $5,250,000 by ECC-C-C to Zurich for costs incurred by Zurich to complete the TQ Project after the termination for default.

70. Progress Payment Estimates submitted by ECC-C-C, with attached schedules.

71. All USACE approved Progress Payments, on ENG FORM 93s.

72. All Contract Modifications.

73. Hard Copies of Plans and Specifications.

ECC-C-C reserves the right to supplement this list of categories of documents during the course of discovery and otherwise as necessary or appropriate.

**3.**     **<u>Computation of Damages Claimed By Plaintiff</u>**

ECC-C-C seeks damages and extensions of time relating to the following two (2) claims:

a. <u>Delay Damages Claim</u>: Damages of $2,534,827.23, plus 273 days of time extensions and return of associated liquidated damages, plus conversion of the termination for default to a termination for convenience and correction of the unsatisfactory CPARS rating to satisfactory. This does not include Contract Disputes Act interest which is due on the $2,534,827.23 claim from December 31, 20019 until the claim is paid.

b. <u>Breach Claim</u>: Damages of $11,369,865.30, calculated as $5,250,000.00 paid to ECC-C-C's surety for indemnification of the surety for its costs to complete the project after the improper default, and $6,119,865.30 for ECC-C-C's remaining breach damages, which are the unpaid costs of performance incurred prior to the default, including a reasonable profit on those costs. This does not include Contract Disputes Act interest which is due on the $11,369,865.30 claim, starting from when the claims were filed, until the claim is paid.

All documentation that was used to calculate the above damages is available at ECC-C-C's corporate offices at 1240 Bayshore Hwy, Burlingame, CA 94010, for inspection and copying.

ECC-C-C will supplement this disclosure through discovery or otherwise, as necessary, during the course of this litigation.

Date: June 24, 2022

/s/ R. Dale Holmes. Esq
R. Dale Holmes, Esquire
Cohen, Seglias, Pallas Greenhall & Furman, P.C.
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
215-564-1700/215-564-3066 (fax)
Attorneys for Plaintiff, ECC-C-C

11

**A15**

<u>**CERTIFICATE OF SERVICE**</u>

I, R. Dale Holmes, Esquire, being of full age, hereby certify that on this 24th day of June 2022, I caused a true and correct copy of the foregoing Plaintiff ECC-C-C's Initial Disclosures to be served via electronic mail upon the following:

Bret Vallacher
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

/s/ R. Dale Holmes, Esq.
R. Dale Holmes
*Attorney for Plaintiff*

2536774.1 52223-0001

12

EXHIBIT

1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ECC CENTCOM CONSTRUCTORS, LLC,)
                       )
                       )
     Plaintiff,           )
                       )
     v.                 )      No. 21-1169
                       )      (Judge Tapp)
THE UNITED STATES,      )
                       )
     Defendant.        )

## DEFENDANT'S NOTICE OF RULE 30(b)(6) DEPOSITION

Please take notice that, pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims, defendant, the United States, will take the deposition of plaintiff, ECC Centcom Constructors, LLC ("You," "Your," "ECC"), through a person or persons designated by plaintiff to testify on its behalf, upon oral examination before an officer authorized by law to administer oaths, commencing December 21, 2022, or at a time agreed upon by counsel for the parties, and continuing from day-to-day until completed. The deposition(s) will be conducted remotely via Zoom or another appropriate videoconference platform and will be stenographically recorded by a court reporter. Pursuant to Rule 30(b)(6), plaintiff shall designate the most knowledgeable person or persons to testify on its behalf as to the topics set forth below:

1.     Your analyses, calculations, and explanations for how you derived each of the delay/extension figures alleged in your complaint.

      ANSWER:  Christian Canon

2.     Your analyses, calculations, and explanations for how you derived each of the dollar figures alleged in your complaint.

      ANSWER:  Christian Canon

3.     Your efforts to secure the necessary materials to perform under Task Order 0006.

      ANSWER:  Scott House

4.     Your efforts to mitigate damages and reduce delays.

      ANSWER:  Scott House

**A17**

5.      Your communications and agreements with your surety.

    ANSWER:  Glenn Sweatt

6.      Your payment(s) to your surety.

    ANSWER:  Glenn Sweatt

7.      Your understanding of the work performed by your surety after your termination for default.

    ANSWER:  Scott House

8.      The factual predicates for each claim in the amended complaint, including the dates you became aware of those facts.

    ANSWER:  Christian Canon

9.      Your responses to our discovery requests, including any efforts to gather documents responsive to defendant's first requests for production of documents.

    ANSWER:  James Laurie III

_____

R. DALE HOLMES
Counsel for Plaintiff
Cohen Seglias, Pallas Greenhall & Furman, P.C.
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
502-572-0004
E-mail: dholmes@cohenseglias.com

2

**A18**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2022, a copy of the foregoing document was
served via electronic mail, to the following counsel for defendant:

> BRET R. VALLACHER
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> Department of Justice
> P.O. Box 480, Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 616-0465
> Facsimile: (202) 305-2062
> Email: bret.r.vallacher@usdoj.gov

8061415.1 -

**A19**

Page 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - X

ECC CENTCOM CONSTRUCTORS,            :

LLC,                                 :

       Plaintiff,                    :   Case No. 21-1169

       v.                            :   (Judge Tapp)

THE UNITED STATES,                   :

       Defendant.                    X

- - - - - - - - - - - - - - - - -

                 Remote Deposition

                 Tuesday, February 21, 2023

        Videoconference Deposition of CHRISTIAN

CANON, a 30(b)(6) witness herein, called for

examination by counsel for Defendant in the

above-entitled matter, pursuant to notice, the

witness being duly sworn by Desirae S. Jura, a Notary

Public in and for the Commonwealth of Virginia, all

parties appearing remotely, at 2:01 p.m., ET,

Tuesday, February 21, 2023, and the proceedings being

taken down by Stenotype by Desirae S. Jura, RPR, and

transcribed under her direction.

A20

Page 18

0006.

So when I refer to the task order, Task Order 6, that's what I'm referring to for the purposes of this deposition.

A.    Understood.

Q.    Okay.  All right.  So I think we'll begin with a document that your counsel provided me, I believe yesterday morning, and it's an Excel sheet called 4620006 Bahrain TQ breach calcs rev.11.  And it's a very catchy name.  So I want to just pull that up.  We'll mark that as Defendant's Exhibit 3.

(Canon Exhibit No. 3 was identified for the record.)

BY MR. VALLACHER:

Q.    Can you see it?

A.    Yes.

Q.    Do you see the full Excel sheet?

A.    I do.

Q.    Okay.  So what is this document?  Do you recognize the document?

A.    I recognize it, yeah.

Q.    What is it?

**A21**

A.    Well, this is a summary page which presents our breach damages which really relates to the costs incurred in ECC's Deltek accounting system for the Task Order 6 project.

Q.    Okay.  And do you know when this was prepared?

A.    I would say by the end of December 2020.

Q.    Was it prepared by you?

A.    Well, the cost -- the cost download from our Deltek system was done by our project controls person.  So I did not collect the data myself.

Q.    But you compiled it into this document?

A.    Well, it was presented as you see it now by the cost person.

Q.    Okay.  So the cost person drafted this, correct?

A.    Correct.

Q.    And that means they drafted the entire Excel, or just some of the components of it?

A.    The entire.

Q.    Okay.  And do you know the name of the individual?

**A22**

Page 20

A.    Ednyl.  I forget his last name.

Q.    Okay.  E-D-N-A-L?

A.    E-D-N-Y-L.

Q.    Okay.  So under breach calcs, row 2 is labeled Damages Identified in COFD Request 31 December 2020, correct?

A.    Correct.

Q.    Is this a delay damages calculation?

A.    The -- yes, that's a delay damages calculation.

Q.    Okay.  Is it based on burn rates that are detailed in another exhibit that your counsel provided me called Exhibit 3, do you know?

A.    It is detailed in another Excel spreadsheet.  I don't know what your Exhibit 3 is, but, yeah, I'm familiar with that document.

Q.    Okay.  I'll just quickly pull that up. I'll mark this as Defendant's Exhibit 4.

                (Canon Exhibit No. 4 was identified

                 for the record.)

BY MR. VALLACHER:

Q.    Did it change for you, the Excel sheet?

A23

Page 21

A.    Not yet.

Q.    You don't see a different one yet?

A.    No, sir.

Q.    Okay.  Here we go.  So this is what I'll be referring to as Defendant's Exhibit 4.

A.    Okay.

Q.    Unfortunately, the title of the document is Exhibit 3, so hopefully that won't pose too much of an issue.

A.    Okay.

Q.    One quick question since I've pulled this up.  Do you know why this is called Exhibit 3?

A.    I don't.  It's just an exhibit to our filing, our complaint perhaps.

Q.    Okay.  And the other document that we just had up, the calculations document, was that also an exhibit, do you know?

A.    I don't know.

Q.    Okay.  Do you happen to know what Exhibits 1 and 2 were, if this is labeled Exhibit 3?

A.    I don't know.

Q.    Okay.  All right.  I want to go back to

Page 49

the claim, which is essentially that the government's allegedly at fault, that the amount of costs would not have exceeded the amount of payments from the government, correct?

A.   I'm sorry, say that again?

Q.   So this table assumes that ECC kind of did everything perfectly, correct?  That it was not accountable for any cost overruns or anything like that?

A.   The table and our breach claim asserts that the government's breach was the -- resulted in the overruns on the cost.

Q.   Okay.  And in fact, it assumes that the entirety of the overruns is attributable to the claim -- the claims here, right?

A.   Yes.

Q.   Okay.  So I think we're done with this exhibit.  And we'll open up Exhibit 4, Defendant's Exhibit 4, which is labeled Exhibit 3, TQ/DFAC 4620006 burn rates.

Okay.  And I think in the past, or earlier today, you said that this was an exhibit to your

**A25**

Page 50

COFD; is that right?

A.   This is an exhibit to our delay claims update.

Q.   Okay.  So what does the spreadsheet represent?

A.   This spreadsheet is a summary table of -- which pulls the data from another Deltek report, which is also -- those tabs are shown at the bottom of labor costs, actual labor costs incurred and actual non-labor costs incurred.  And this spreadsheet here consolidates that data by periods of time, so that daily burn rates for those periods, each period of time, can be calculated.

Q.   Okay.  So this summary tab is basically comprised of the four tabs behind it, being labor burn rates, non-labor burn rates, labor, and costs?

A.   No labor and costs.

Q.   Oh, just the labor and cost?

A.   Well, that's the raw data, the labor and costs.

Q.   I see.  And what is a burn rate?  I see that all over the place here.  What does ECC intend

Page 51

by the term burn rate?

A.    It's a representation.  It's an average rate of fixed costs that we're incurring on a daily basis for each period of time.  So all of the facilities on a project, you know, the personnel that are on the project, rental vehicles, equipment that we have out there on rent, per diems, any of the fixed costs related to our presence on the project over a period of time.

Q.    Okay.  So but here it says, labor/non-labor MO burn rate AVE.

A.    Mm-hmm.

Q.    What does that mean?

A.    That's the daily burn rate for each month. And the burn rate is -- you know, accounts for the labor costs and the non-labor costs of those fixed resources.

Q.    Okay.  So -- I see.  So, for example, let's start with this fiscal year '13, month 10, would that be October 2013?

A.    I'm not sure which one you're looking at.

Q.    Here, looking at row 6.

A27

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------------------------

ECC CENTROM Constructor, LLC,

    Plaintiff,

v.               Case No. 21-1204C

THE UNITED STATES,

    Defendant.

-------------------------------------------------------

                  Thursday, February 23, 2023

                  Winchester, Virginia

        DEPOSITION OF PETER A. DeMATTEI

        The deposition of PETER A. DeMATTEI was taken on Thursday, February 23, 2023, commencing at 9:01 a.m. (EST), at The U.S. Army Corps of Engineers, Middle East District, 201 Prince Frederick Drive, Winchester, Virginia 22602, before RANDY T. SANDEFER, RPR, Stenotype Reporter and Notary Public in and for the Commonwealth of Virginia.

**A28**

Peter DeMattei

A.   I believe what he was saying was based on this submission that they made some changes in logic to the schedule --

Q.   Okay.

A.   -- that they hope to obtain.

Q.   And if you recall, was this Ramon's first review of the schedule?

A.   I don't recall.  But given that he was hired new and part-time, and there is a section of people that review the schedules as they come in depending on workload, he was one of the schedulers that reviewed submissions throughout the performance of this contract.

Q.   Do you know Ramon's examining schedule without comparing it to the facts on the ground at this point?

A.   Yes, after we met and discussed his analysis.

Q.   So would it be fair to say that Ramon was examining the schedule in a vacuum at the time of this email?

A.   Yes.

MR. VALLACHER:  Okay.  I have no further questions.  Thank you.

MR. HOLMES:  I don't have any questions.

**A29**

While we are on the record, I did want to cover a couple of topics that we talked about off the record related to our production of documents.  We have produced the cost estimate and the accounting information to back that up from their Deltek files.

We did not produce all of the original source documents like time sheets and original purchase orders and airfare and time cards and that sort of thing.  We will be producing those.

They are the sub-source of the records we have already produced, but we will have those to you Bates stamped before the close of discovery.

And then one other matter.  It came to our attention two days ago in Mr. Canon's deposition that the delay claim damages have errors in it that we were not previously aware of, and they were incorporated into the complaint as a part of the claim.  And we intend to correct those because we had not known about that previously and want to make sure we have an accurate estimate.

And we will have that document to you again before close of discovery.  The basic

**A30**

source data that you remember the way it was put together, none of that changes and it has got the monthly calculations.  And we will make sure that whatever delay days are claimed match the monthly cost because there was one portion where that was not the case.

MR. VALLACHER:  Okay.

MR. HOLMES:  And once we discovered that, we need to correct that.

MR. VALLACHER:  Is that the only modification?

MR. HOLMES:  Well, we are going to make sure there are no other errors in it.  I think there is another issue related to mod 17 because it was deleted from the complaint and the claim ... the revised claim, because it was actually a bilateral mod.  And I don't know those days were pulled out of that original estimate, because I don't think we went back and changed the numbers, which should have been done.

And so we are going to look at cost information to make sure we get it as accurate as possible.  And once we have done that, we will get it to you and that will be before the end of discovery.

**A31**

The substance of how it is put together, basically most of these changes are math calculations, whatever the days are.  The underlying cost data isn't going to be changed, the amount of the complaint, because there were clearly multiplication errors that we are now aware that had occurred on a couple of the items.

And so we are going to be correcting that.  That's it.

MR. VALLACHER:  Do you plan on amending your complaint?

MR. HOLMES:  We will move to amend the complaint to match those modifications as well.

MR. VALLACHER:  Okay.

MR. HOLMES:  So, hopefully, that will be granted and we can get an accurate complaint before the judge.

MR. VALLACHER:  Okay.  And we will read and sign.

(Signature having not been waived, the deposition of Peter A. DeMattei was concluded at 4:24 p.m.)

**A32**



ECC CENTCOM Constructors, LLC

v.

United States

**EXPERT REPORT**

of

Charles Heckman

15 March 2023

*delta-cgi.com*

**A33**



### 1.5 Project Background

12.    The project was located in Manama, Bahrain to design and build the Enlisted and Officer Dining Facility (DFAC) and Transient Quarters. On 11 September 2013 ECC was awarded the contract by USACE.[3] The Project was to be ready for use within 710 days after Notice to Proceed.

13.    Notice to Proceed was received on 2 January 2014 with a 13 December 2015 contract completion date.[4] ECC was terminated by USACE on 19 April 2016.[5] Subsequently, on 23 June 2016 ECC filed an appeal with the Armed Services Board of Contract Appeals.[6] On 28 April 2022, ECC filed and Amended Complaint[7] before the United States Court of Federal Claims.

## 2. Schedule Analysis

14.    Delta has reviewed a number of iterations in the Project record of alleged excusable delay by ECC. Delta understands that ECC has asserted that their delay claim remains in development by their selected delay expert and will be finalized upon the filing of the corresponding affirmative expert report.

15.    This report has been prepared based on a current understanding of ECC's alleged excusable delay issues. If ECC's revised delay and damages claim analysis introduces new issues or new aspects to these issues, Delta  reserves the right to update the analysis and opinions when the final analysis and assessment of alleged excusable delay is provided.

---

[3] Delta Exhibit 4
[4] Delta Exhibit 5
[5] Delta Exhibit 6
[6] Delta Exhibit 7
[7] Delta Exhibit 2



138. This contemporaneous delay observation contradicts the alleged excusable delays asserted by ECC for the Window 5 time frame.

### 2.8.3 Window 5 Conclusions

139. Based on Delta's analysis of Window 5, the Critical Path delay is caused by slow work progress,  and procurement delays. The scope of work for the two unilateral modifications that ECC has identified as a source of alleged excusable delay are not on the Project Critical Path in this time frame.

| Window | Actual Delay | ECC Alleged Excusable | Delta Findings | |
| --- | --- | --- | --- | --- |
| | | | Excusable | Unexcused |
| 1 | 142 | 62 | 0 | 142 |
| 2 | (16) | 45 | 0 | (16) |
| 3 | 127 | 59 | 2 | 125 |
| 4 | 0 | 0 | 0 | 0 |
| 5 | 91 | 78 | 0 | 91 |
| **TOTAL** | **344** | **244** | **2** | **342** |

Figure 19: Window 5 Delay

140. If the Court were to find that ECC's allegation of excusable delay related to the two unilateral modifications warrants excusable delay, Delta notes that would leave an additional 13 calendar days of unexcused construction delay in Window 5.

## 3. Damages Review

141. Delta has reviewed a number of iterations in the Project record of delay damages stemming from alleged excusable delay by ECC. Delta understands that ECC has asserted the current basis of their delay claim remains in development by their selected delay expert and the corresponding damages assessment will not be finalized until the filing of the affirmative expert report.

142. Delta has reserves the right to update the analysis and opinions when ECC's final analysis and assessment of delay damages is provided.



143. As of the date of this report, Delta is relying on ECC's current amended complaint[67] and corresponding cost summary,[68] though Delta notes that current cost summary includes the language,

> *"\*\*\*Exact days and dates of delay for each delay issue will be modified using the days and dates of delay found by the Scheduling Expert and documented in the Scheduling Expert Report exchanged by the parties on March 15, 2023 per the Court's Scheduling Order; the final delay damages claim amount will be modified to reflect the expert's days and dates of delay for each claim issue, using these average daily rates for the months where delay occurred.\*\*\*"[69]*

144. ECC appears to allege the following delay damages:

- For the period of 4 March 2014 through 5 May 2014, a duration of 62 calendar days, at an average monthly burn rate[70] of $2,212.37. These damages correspond to the alleged untimely approval of interim key personnel.[71]

- For the period of "?? December 2014 through ?? January 2015",[72] a duration of 45 calendar days, at an average monthly burn rate of $6,346.40. These damages correspond to the alleged piling performance impacts stemming from the untimely approval of interim key personnel.

- For the period of 1 May 2015 through 1 Sep 2015, a duration of 59 calendar days, an at average monthly burn rate of $8,327.95. These damages correspond to the alleged shortage of sand and aggregate, and unusually severe weather.

- For the period of "29 December 2015",[73] a duration of 76 calendar days, an at average monthly burn rate of $8,139.58. These damages correspond to

---

[67] Delta Exhibit 8

[68] Delta Exhibit 9

[69] Delta Exhibit 9, TAB Summary, Cells X2:AD6

[70] The "average monthly burn rate" is reviewed and explained later in this report.

[71] As previously noted, ECC's current amended complaint claims for 110 calendar days of damages for issues 1) and 2), though this damages calculatiuon includes a total of only 107 calendar days of damages for issues 1) and 2) Delta anticipates that this inconsistency will be resolved in ECC's pending revised delay and damages assessments.

[72] ECC's damages summary includes the "??" notation.

[73] ECC's damages summary includes only one date for the period

# United States Court of Federal Claims

Case No. 21-cv-1169

_____

**Plaintiffs:**   ECC CENTCOM Constructors, LLC

v.

**Defendant**:   THE UNITED STATES

_____

# Expert Report of Rebecca Smith

_____



**March 15, 2023**

**A37**

# Table of Contents

I.     ASSIGNMENT AND GENERAL OVERVIEW ................................................ 9

II.    OPINION ............................................................................................................ 2

III.   PROJECT OVERVIEW ..................................................................................... 3

    A.    The Project ................................................................................................... 3

        1.    Transient Quarters ................................................................................ 3

        2.    Dining Facility ...................................................................................... 4

    B.    The Parties .................................................................................................... 5

    C.    The Contract ................................................................................................. 5

        1.    Scope of Work ...................................................................................... 6

        2.    Change Orders ...................................................................................... 6

    D.    The Schedule ................................................................................................ 7

    E.    Project Events ............................................................................................... 9

    F.    The Dispute ................................................................................................ 12

IV.    DISCUSSION .................................................................................................... 12

    A.    The Project was extended by delays that were not the responsibility of ECC, and ECC should receive 176 calendar days of compensable time extension as a result of the impacts from USACE's delays. ................................................................................. 12

        1.    Time Impact Analysis Methodology .................................................. 14

        2.    Delay Events ....................................................................................... 20

            a.    Late Approval of ECC Project Staff ........................................... 20

            b.    Loss of Kooheji Piling Crew ...................................................... 29

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

c.    Concrete Masonry Unit Productivity and Material Shortage ........................ 36

d.    Sanitary Lift Station.................................................................................... 40

e.    Exterior Lighting Change ........................................................................... 46

f.    Weather ...................................................................................................... 49

3.    Concurrency Analysis Methodology ........................................................... 57

a.    Impact Events ............................................................................................ 57

b.    Driving Delays........................................................................................... 61

4.    Concurrency Analysis by Update ................................................................ 65

a.    Data Date:  January 2, 2014...................................................................... 65

b.    Data Date:  July 25, 2014 ......................................................................... 66

c.    Data Date:  September 30, 2014 ............................................................... 67

d.    Data Date:  October 26, 2014 ................................................................... 68

e.    Data Date:  November 30, 2014, through January 31, 2015 ....................... 70

f.    Data Date:  February 27, 2015.................................................................. 70

g.    Data Date:  March 25, 2015...................................................................... 72

h.    Data Date:  April 30, 2015........................................................................ 74

i.    Data Date:  May 29, 2015......................................................................... 76

j.    Data Date:  July 1, 2015 ........................................................................... 78

k.    Data Date:  July 31, 2015 ......................................................................... 80

l.    Data Date:  September 1, 2015 ................................................................. 83

m.    Data Date:  October 1, 2015 ..................................................................... 85

n.    Data Date:  November 1, 2015 ................................................................. 86

o.    Data Date:  November 30, 2015 ............................................................... 88

p.    Data Date:  January 1, 2016...................................................................... 90

q.    Data Date:  February 1, 2016.................................................................... 92

r.    Data Date:  February 29, 2016.................................................................. 94

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

  s.  Data Date:  April 1, 2016, and April 20, 2016 .............................. 96

  t.  Summary of Delays ...................................................................... 97

   (1)  Driving Critical Delays vs. Non-driving Delays .................................. 98

   (2)  Impact of Mitigation Efforts .............................................. 100

   (3)  Time Extensions Granted by Contract Modifications ......................... 102

**V. ABBREVIATIONS ...................................................................... 104**

**ATTACHMENT A. DOCUMENTS CONSIDERED**

**ATTACHMENT B. RESUME OF REBECCA SMITH**
         **HISTORY OF TESTIMONY**
         **STATEMENT OF COMPENSATION**

**EXHIBITS**

# List of Figures

| Figure 1 | Transient quarters, Manama, Bahrain | 4 |
|---|---|---|
| Figure 2 | Dining facility, Manama, Bahrain | 5 |
| Figure 3 | Contract Modifications | 6 |
| Figure 4 | Schedules used for analysis | 8 |
| Figure 5 | Summary of delay | 14 |
| Figure 6 | P3 to P6 conversion date changes | 17 |
| Figure 7 | Key mobilization activities after NTP:  January 2, 2014, schedule (TQBL) | 22 |
| Figure 8 | Critical delay caused by personnel approval TIA | 29 |
| Figure 9 | Pile installation, base schedule January 2, 2014 | 30 |
| Figure 10 | Pile installation with only one drilling crew, impacted schedule January 2, 2014 | 34 |
| Figure 11 | Pile installation activities: 2Jan14 and 20Apr16 | 35 |
| Figure 12 | CMU productivity: August 8, 2015 to December 3, 2015 | 37 |

Figure 13     Examples of duration metrics                                                               38

Figure 14     CMU activities completed prior to September 5, 2015                                        39

Figure 15     Critical delay caused by sanitary lift station TIA                                         45

Figure 16     ECC activities for Sanitary Lift Station: April 1, 2016, schedule                          45

Figure 17     ECC activities for Sanitary Lift Station: April 1, 2016, schedule                          46

Figure 18     Critical delay caused by LED exterior lights TIA                                           48

Figure 19     Weather delay summary                                                                      55

Figure 20     Critical path weather delay                                                                56

Figure 21     Weather TIA critical delay                                                                 56

Figure 22     Summary of modeled impact events                                                           59

Figure 23     Schedules used for analysis                                                                62

Figure 24     Revised required finish date                                                               63

Figure 25     Summary of delay                                                                           64

Figure 26     Driving delays                                                                             64

Figure 27     Summary of driving delay: January 2, 2014, update                                         66

Figure 28     Summary of driving delay: July 25, 2014, update                                           67

Figure 29     Summary of driving delay: September 30, 2014, update                                      68

Figure 30     Summary of driving delay: October 26, 2014, update                                        69

Figure 31     Summary of driving delay: November 30, 2014, through January 31, 2015, updates

              70

Figure 32     Summary of driving delay: February 27, 2015, update                                       72

Figure 33     Summary of driving delay: March 25, 2015, update                                           74

Figure 34     Summary of driving delay: April 30, 2015, update                                           76

Figure 35     Summary of driving delay: May 29, 2015, update                                             78

Figure 36     Summary of driving delay: July 1, 2015, update                                             80

Figure 37     Summary of driving delay: July 31, 2015, update                                            82

Figure 38     Summary of driving delay: September 1, 2015, update                                        84

Figure 39     Summary of driving delay: October 1, 2015, update                                          86

Figure 40     Summary of driving delay: November 1, 2015, update                                         87

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

Figure 41    Summary of driving delay: November 30, 2015, update                89

Figure 42    Summary of driving delay: January 1, 2016, update                  91

Figure 43    Summary of driving delay: February 1, 2016, update                 93

Figure 44    Summary of driving delay: February 29, 2016, update                95

Figure 45    Summary of driving delay: April 1, 2016, and April 20, 2016, updates    96

Figure 46    TQ/DFAC delay events                                              98

Figure 47    Driving delays and periods of delay                               99

Figure 48    Driving delays over time                                          101

Figure 49    Summary of delay                                                  103

# Index of Exhibits

| Exhibit No. | Description | Page No. |
|---|---|---|
| SG-001 | MATOC | 5, 49 |
| SG-002 | RFP for IDIQ | 5 |
| SG-003 | C-0001 Notice of Award | 5, 7, 9, 20 |
| SG-004 | Task Order 006 | 5, 22 |
| SG-005 | C-0002 NTP withheld due to bid protest | 7, 9, 21, 23 |
| SG-006 | C-0003 Bid protest suspension lifted | 7, 21 |
| SG-007 | C-0004 NTP | 7, 9 |
| SG-008 | email: first baseline schedule with design activities | 8 |
| SG-009 | USACE comments on TQBL | 8, 21 |
| SG-010 | email: bid challenge delay | 10 |
| SG-011 | RFP for TQ/DFAC | 14, 50, 51, 52 |
| SG-012 | TIA schedules | 20 |
| SG-013 | Email re: coord of personnel for project start in Jan'14 | 21 |
| SG-014 | H-002 | 24, 27, 28 |
| SG-015 | H-0003 | 24 |
| SG-016 | H-0005 | 24 |

vi

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A42**

| Exhibit No. | Description | Page No. |
|---|---|---|
| SG-017 | USACE email denying Super, SSHO | 24 |
| SG-018 | C-0005 | 25 |
| SG-019 | C-0006 | 25 |
| SG-020 | H-0006 | 25 |
| SG-021 | internal USACE email re: denials | 25 |
| SG-022 | H-0008 | 25 |
| SG-023 | email: USACE approves temp positions for survey | 26 |
| SG-024 | email: USACE review of possible substitution | 26 |
| SG-025 | C-0007 | 26 |
| SG-026 | internal ECC email re: staff candidates | 26 |
| SG-027 | H-011 | 27 |
| SG-028 | USACE agrees to new candidates for SSHO and QC Mgr | 27 |
| SG-029 | H-012 | 27 |
| SG-030 | H-015, submitted as H-014 | 27 |
| SG-031 | C-0009 | 27 |
| SG-032 | C-0010 | 28 |
| SG-033 | Late approval of ECC staff TIA | 28 |
| SG-034 | Submittal Log | 28 |
| SG-035 | QA daily reports | 30 |
| SG-036 | Kooheji LET ARK-008 | 30 |
| SG-037 | 4620.006.COR.081 | 32 |
| SG-038 | Kooheji Daily Reports August-December 2015 | 36 |
| SG-039 | CMU Monitoring Aug2015 - Dec 2015 | 36 |
| SG-040 | Kooheji LET-110 Aggregate shortage | 37 |
| SG-041 | Article: concrete shortage | 37 |
| SG-042 | Article: high material demand | 37 |
| SG-043 | Article citing material shortages | 37 |
| SG-044 | email re: USACE knowledge of CMU shortage | 37 |
| SG-045 | H-014, submitted as H-013 | 40 |
| SG-046 | H-018, submitted as H-017 | 40 |
| SG-047 | H-019 | 40 |
| SG-048 | H-021 | 40 |
| SG-049 | RFP-0006 | 41 |

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

| Exhibit No. | Description | Page No. |
|---|---|---|
| SG-050 | H-034 | 41 |
| SG-051 | RFI log | 41 |
| SG-052 | 30Sep14 - Meeting Minutes | 41 |
| SG-053 | Kooheji LET-032 | 41 |
| SG-054 | email re: RFP-006 proposal timeline | 41 |
| SG-055 | H-046 | 42 |
| SG-056 | 4Nov14 - Meeting Minutes | 42 |
| SG-057 | 18Nov14 - 27Jan15 - Meeting Minutes | 42 |
| SG-058 | H-054 | 42 |
| SG-059 | USACE email re: receipt of revised RFP-006 proposal | 42 |
| SG-060 | 17Feb15 - Meeting Minutes | 42 |
| SG-061 | 24Feb15 - Meeting Minutes | 42 |
| SG-062 | H-067 | 42 |
| SG-063 | 30Jun15 - Meeting Minutes | 42 |
| SG-064 | H-084 | 43, 44 |
| SG-065 | 4Aug15 - Meeting Minutes | 43 |
| SG-066 | 6Oct15 - Meeting Minutes | 43 |
| SG-067 | 29Dec15 - Meeting Minutes | 43 |
| SG-068 | Modification 16 | 43 |
| SG-069 | Lift Station TIA | 43 |
| SG-070 | Vertex schedule, data date - 28Feb17 | 45, 48 |
| SG-071 | RFP-0009 | 46 |
| SG-072 | H-063 | 46 |
| SG-073 | H-068 | 47 |
| SG-074 | H-096 | 47 |
| SG-075 | email: summary of ECC proposals for RFP-009 | 47 |
| SG-076 | Modification 18 | 47 |
| SG-077 | LED exterior lights TIA | 47 |
| SG-078 | H-103 | 53, 54, 102 |
| SG-079 | Concurrency schedules | 59 |
| SG-080 | Modification 20 | 102 |
| SG-081 | H-107 | 102 |
| SG-082 | C-0037 | 102 |

## I. ASSIGNMENT AND GENERAL OVERVIEW

I was retained by ECC CENTCOM Constructors LLC (ECC) to analyze and provide opinions on the time impacts that ECC experienced during the construction of a transient quarters (TQ) and dining facility (DFAC) in Manama, Bahrain.

ECC was the general contractor and is the Appellant in the dispute. The U.S. Government is the owner of the Project and relies upon the U.S. Army Corps of Engineers (USACE) to represent its interests in this matter. ECC claims that USACE's actions delayed the Project and caused it to incur additional costs.

In my analysis, I:

- Met with representatives of ECC concerning the Project in October 2022 and February and March 2023
- Considered documents included as exhibits to and quoted in this report
- Considered the documents listed in Attachment A
- Considered the expert reports Mr. Mark Doran and Mr. Thomas Fertitta
- Reviewed the deposition transcripts of:
  - o Mr. Petter DeMattei
  - o Mr. Mark Doran
  - o Mr. Thomas Fertitta
  - o Major Peter Han
  - o Mr. Scot House (June 2017)
  - o Mr. Scot House (February 2023)
  - o Mr. Ramon Sundquist
  - o Mr. Willie Toland

Should additional information become available, it may be necessary to amend, modify, or supplement this report.

## II.    OPINION

1.  The Project was extended by delays that were not the responsibility of ECC, and ECC should receive 176 calendar days of compensable time extension as a result of the impacts from USACE's delays.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

## III.  PROJECT OVERVIEW

### A.  The Project

The Project consisted of several construction-related services revolving around the design and construction of transient quarters (TQ) and a separate dining facility (DFAC), together referred to as the Project.  Both structures are a combination of cast-in-place concrete and concrete masonry unit (CMU) walls.

#### 1.  Transient Quarters

The transient quarters building is a 258-unit, four-story, load-bearing CMU structure with reinforced concrete roof and floor slabs and reinforced concrete exterior walls.  Interior non-load-bearing walls are light-gauge metal framing with drywall.

In addition to the private rooms, the community and service core areas consist of:
- Laundry facilities
- Multipurpose rooms
- Lounges
- Administrative offices
- Resource centers
- Housekeeping areas
- Public restrooms

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A47**

**Figure 1     Transient quarters, Manama, Bahrain**

NORTH ELEVATION

## 2.  Dining Facility

The dining facility is a one-story, concrete-framed structure with reinforced concrete exterior walls, load-bearing concrete columns and a flat plate reinforced concrete roof and floor slab.  Interior non-load-bearing walls are reinforced CMU walls.

The rooms in the dining facility consist of:

- A galley
- Separate dining and serving areas for permanent and transient personnel
- Chill boxes
- Freezers
- Storage areas
- Restrooms

**Figure 2      Dining facility, Manama, Bahrain**

## B.  The Parties

Key parties involved in the Project include:

- USACE, the owner
- ECC, the general contractor
- Kooheji, the major subcontractor to ECC

## C.  The Contract

Contract No. W912ER-11-D-0010 is a Multiple Award Task Order Contract (MATOC) (Exhibit SG-001, MATOC), awarded on June 16, 2011.

The request for proposal (RFP) for the transient quarters and dining facility was issued on November 29, 2012 (Exhibit SG-002, RFP for IDIQ).

ECC was awarded the Project (Exhibit SG-003, C-0001 Notice of Award) via Task Order 006 on September 11, 2013 (Exhibit SG-004, Task Order 006):

- The Contract value was $40,301,216
- The period of performance for Task Order 006 was 710 calendar days

## 1. Scope of Work

ECC's scope of work included:

- Geotechnical investigation and site survey

- Design of both facilities

- Installation of a storm water system and other underground utilities

- Construction of new roads and improvement of existing service roads

- Vertical construction of the new buildings

- Landscaping and hardscaping

## 2. Change Orders

USACE issued 20 Contract Modifications worth $3,823,178, which increased the Contract value:

- From $40,301,216

- To $44,124,394

- A 9.5% increase

**Figure 3      Contract Modifications**

| | Modification | Date issued | Value |
|---|---|---|---|
| 1 | Administrative change order | 19Nov13 | $0.00 |
| 2 | Administrative change order | 2Jan14 | $0.00 |
| 3 | Exercise Contract Options 5, 6, and 7: vehicles and vehicle fuel through 12Sep15 | 1Apr14 | $62,777.87 |
| 4 | Change elevators from hydraulic to electric traction | 8Aug14 | $0.00 |
| 5 | Exercise Contract Options 10 and 11: telephone and other services for office trailer.  Increase Contract Options 5 and 7: vehicles and vehicle fuel | 23Aug14 | $235,892.08 |
| 6 | Exercise Contract Options 2 and 4: electronic security system (ESS) | 24Sep14 | $98,228.58 |

6

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A50**

| | Modification | Date issued | Value |
|---|---|---|---|
| 7 | Re-route communication line and re-locate parking area | 4Nov14 | $27,873.00 |
| 8 | Exercise Contract Options 1 and 3: furniture, fixtures, and equipment (FF&E) | 9Dec14 | $3,325,199.41 |
| 9 | Revise utilities, washer and dryer requirements | 13Mar15 | $(47,427.00) |
| 10 | Remove emergency power requirements from DFAC cold storage | 19Mar15 | $(38,870.47) |
| 11 | Reduce telephone cable pairs | 18Mar15 | $(20,363.43) |
| 12 | Interior design changes | 27Apr15 | $0.00 |
| 13 | Electrical wiring color code change | 3Dec15 | $0.00 |
| 14 | Remove exterior high-power speaker array | 10Dec15 | $(54,733.00) |
| 15 | Changes to toaster and coffee maker | 16Dec15 | $(9,039.00) |
| 16 | Addition of lift station | 29Dec15 | $245,595.00 |
| 17 | Change guest bathroom doors from wood to steel | 21Jan16 | $0.00 |
| 18 | Change exterior lighting to light emitting diode (LED) | 22Jan16 | $33,888.00 |
| 19 | Delete the Transient Quarters loading dock | 23Feb16 | $(35,843.00) |
| 20 | Time extension of 3 calendar days | 14Apr16 | $0.00 |
| | **Total** | | **$3,823,178** |

## D.  The Schedule

Key Project milestones include the following:

- Contract award:  September 11, 2013 (Exhibit SG-003, C-0001 Notice of Award)

- Bid challenge:  September 23, 2013, (Exhibit SG-005, C-0002 NTP withheld due to bid protest) through December 30, 2013 (Exhibit SG-006, C-0003 Bid protest suspension lifted)

- Notice to Proceed:  January 2, 2014 (Exhibit SG-007, C-0004 NTP)

- Original Project duration:  710 calendar days

- Original Project completion date:  December 13, 2015

- Revised Project completion date:  December 16, 2015

7

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A51**

Contract Modification 20 was the only modification to extend the Project duration, revising the required finish date:

- From December 13, 2015
- To December 16, 2015

The first baseline schedule was submitted on or around February 25, 2014 (Exhibit SG-008, email: first baseline schedule with design activities). USACE accepted the schedule but had minimal comments and required a resubmittal (Exhibit SG-009, USACE comments on TQBL).

ECC submitted updated schedules throughout the Project. Schedules were updated approximately once a month. It is my understanding that the schedules were created and maintained in Primavera Project Planner (P3) software, which is no longer supported by Oracle, the software company that owns Primavera. I received the schedules as Primavera P6 files.

The schedules used for this analysis are listed in the following figure.

**Figure 4    Schedules used for analysis**

| Data date | Finish date | Time gained / (lost) | Cumulative time gained / (lost) |
|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | | |
| 25-Jul-14 | 15-Mar-16 | (93) | (93) |
| 30-Sep-14 | 2-May-16 | (48) | (141) |
| 26-Oct-14 | 16-Mar-16 | 47 | (94) |
| 30-Nov-14 | 19-Apr-16 | (34) | (128) |
| 31-Dec-14 | 19-Apr-16 | 0 | (128) |
| 31-Jan-15 | 14-May-16 | (25) | (153) |

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

| Data date | Finish date | Time gained / (lost) | Cumulative time gained / (lost) |
|---|---|---|---|
| 27-Feb-15 | 26-Jun-16 | (43) | (196) |
| 25-Mar-15 | 30-Jun-16 | (4) | (200) |
| 30-Apr-15 | 17-Apr-16 | 74 | (126) |
| 29-May-15 | 17-Apr-16 | 0 | (126) |
| 1-Jul-15 | 26-Apr-16 | (9) | (135) |
| 31-Jul-15 | 7-May-16 | (11) | (146) |
| 1-Sep-15 | 31-Aug-16 | (116) | (262) |
| 1-Oct-15 | 31-Aug-16 | 0 | (262) |
| 1-Nov-15 | 31-Aug-16 | 0 | (262) |
| 30-Nov-15 | 31-Aug-16 | 0 | (262) |
| 1-Jan-16 | 31-Aug-16 | 0 | (262) |
| 1-Feb-16 | 7-Sep-16 | (7) | (269) |
| 29-Feb-16 | 30-Nov-16 | (84) | (353) |
| 1-Apr-16 | 30-Nov-16 | 0 | (353) |
| 20-Apr-16 | 30-Nov-16 | 0 | (353) |

## E.    Project Events

On September 11, 2013, ECC was notified that it had been awarded Task Order 006 (Exhibit SG-003, C-0001 Notice of Award).  ECC proceeded to pull its Project team together and prepare the early required submittals.

On September 24, 2013, approximately two weeks later, USACE announced that the Project Notice to Proceed (NTP) would not be issued as planned due to a post-award protest (Exhibit SG-005, C-0002 NTP withheld due to bid protest).  The NTP was not issued until January 2, 2014—approximately four months later (Exhibit SG-007, C-0004 NTP).

Based on ECC's representation, ECC had some idea of how long it would take to resolve the bid delay issue based on past experience (Exhibit SG-010, email: bid challenge delay), but it did not know with certainty. ECC also did not have the budget to keep its proposed Project team on standby waiting for the NTP.

When the NTP was issued on January 2, 2015, ECC prepared to submit candidates for key Project team positions and made plans to start the design process. The Task Order 006 RFP called for the Project design to be "Fast-Track":

> *3.7  Phased or "Fast-Track" Design*
> *3.7.1  General*
> *It is the Governments* [sic] *intention to "Fast-Track" the design for this contract. Design and construction sequencing shall be executed on an incremental basis as each approved phase of intrinsically related activities (e.g., demolition; geotechnical assessment; site work; exterior utilities; foundations; slab-on-grad, superstructure, exterior closure, roofing, interior framing to finishes, etc.) of the design is completed. It is essential that phased design, to include the review process, be scheduled to produce construction approvals that support proper sequencing of all construction activities according to the accepted progress schedule.*

Before ECC could start designing the TQ and DFAC, a survey had to be conducted and geotechnical report had to be issued, for which soil borings were required. To comply with USACE's desire to fast-track the design, ECC planned to oversee the survey and soil borings—very low risk, low density activities—with staff from its adjacent Task Order 002 project, the Bachelor Enlisted Quarters, being constructed less than a quarter mile away.

USACE rejected ECC's plan and required ECC to have the positions of Superintendent, Quality Control Manager (QCM), and Site Safety, Health, and Environmental officer

(SSHO) filled with approved candidates exclusively assigned to the Task Order 006 Project before it could do any work on the Project site.  USACE did not approve the proposed personnel for these key positions until June 20, 2015—almost six months after NTP.

The delay to the start of design also delayed the start of construction.  Several delay events manifested during the period when ECC was submitting candidates for USACE's approval, including:

- The loss of a piling crew
- A shortage of aggregate throughout Bahrain
- Abnormally high temperatures

These issues, which are discussed later in this report, may not have impacted the Project if the Project had started immediately after NTP.

Other delay events impacted construction progress and are analyzed in this report, including:

- The addition of a sanitary lift station
- The requirement to change exterior light fixtures from high-pressure sodium (HPS) to light-emitting diodes (LED)

On April 19, 2016, USACE sent ECC the Letter C-0039, Notice of Termination for Default.  As measured by schedule progress and by earnings, the Project was approximately 62 percent complete when ECC was terminated.

## F.   The Dispute

ECC submitted requests for time extensions during the Project as requests for equitable adjustments (REA).   After ECC was terminated, ECC retained a scheduling expert to conduct a schedule analysis to quantify the excusable delays for which ECC was due a time extension.   The results of the analysis and the resulting REAs are documented in:

- Letter H-050, REA for personnel mobilization delays:  126 calendar days
- Letters H-103 and H-107, Weather delay analysis for June 2014 through January 2016:  9 calendar days
- An expert report dated March 30, 2017:  138 calendar days

During the Project, USACE granted one time extension of three calendar days.   USACE then asserted that ECC caused 350 calendar days of delay to the Project completion date during ECC's performance period.

## IV.   DISCUSSION

### A. The Project was extended by delays that were not the responsibility of ECC, and ECC should receive 176 calendar days of compensable time extension as a result of the impacts from USACE's delays.

USACE terminated ECC prior to the completion of the Project.   The latest schedule update from ECC dated April 20, 2016—concurrent with termination—shows a forecast Project completion date of November 30, 2016—350 calendar days past the revised required completion date of December 16, 2015.

The schedule analysis incorporated in this report shows:

- That USACE is responsible for 176 calendar days of excusable and compensable delay
- That 174 calendar days of delay are due to undefined lack of progress

The 174 calendar days of Project extension due to lack of progress are not attributable to the delay events modeled in this analysis.  The Project record indicates there were issues with access to the site that were not ECC's responsibility.  There were labor supply issues, which may have been an economic factor outside the control of ECC or it may have been the responsibility of ECC and its subcontractor Kooheji.  I was not able to determine the cause of the remaining Project extension from the Project records provided.

If the lack of progress was caused by USACE-caused delays that pushed construction into a later period during which ECC and Kooheji could not obtain the construction workers and materials necessary to meet the production required by their schedule, then these delay days would be USACE's responsibility and would be compensable.  If the cause of the delays was due to ECC-Centcom and Kooheji not having the necessary construction workers and materials necessary to meet the schedule for their own reasons, then the delays days would be the responsibility of ECC and not USACE.  Determining the specific cause of the lack of progress is beyond the scope of this report.

The following figure summarizes the assignment of delay from the TIA analysis.  Periods of delay are discussed as part of the analysis explanation.

**Figure 5    Summary of delay**

| Delay event | Excusable, compensable delay | Excusable, non-compensable delay | Lack of progress |
|---|---|---|---|
| Delayed staff approval | (59) | | |
| Loss of piling crew | (20) | | |
| CMU shortage | (64) | | |
| Mod 16: Sanitary lift station | (33) | | |
| Weather | | (1) | |
| ECC lack of progress | | | (176) |
| Total delay by category | (176) | (1) | (176) |
| Modification 20 time extension | | 1 | 2 |
| Driving delay totals | (176) | 0 | (174) |
| **Total Project delay** | **(350)** | | |

## 1.  Time Impact Analysis Methodology

I used the time impact analysis (TIA) method to perform the schedule delay analysis. The TIA method:

- Is required by the Contract, as found in technical specification 10 32 17.00 20, section 1.8 that was attached to the April 26, 2013, MATOC RFP 35 (Exhibit SG-011, RFP for TQ/DFAC)

- Is an appropriate method of forensic schedule delay analysis

- Is included in Association for the Advancement of Cost Engineering (AACE) International Recommended Practice (RP) No. 29R-03 as Method Implementation Protocol (MIP) 3.7

The Contract expressly recognizes that the use of the TIA method is appropriate:

- For REAs and claims

- After performance of the Contract

14

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

A TIA is a modeling technique in which activities that represent the event to be analyzed are added to an existing contemporaneous schedule dated immediately before the start of the impact event. Forensic TIAs performed after the delay event benefit from hindsight and the use of actual durations to model the event. By using the contemporaneous schedules dated immediately before the start of each impact event for the analysis, the modeling uses actual, contemporaneous Project data prior to any influence. The final completion date of the Project before and after the addition of the new activities is compared to determine:

- Whether the event caused an impact to the critical path
- If it did cause an impact, the amount of the resulting impact

The method applied in this report is described in AACE RP 29R-03 MIP 3.7 (Modeled/Additive/Multiple-Base) as follows:

> *MIP 3.7 is a modeled technique since it relies on a simulation of a scenario based on a CPM* [critical path method] *model. The simulation consists of the insertion or addition of activities representing delays or changes into a network analysis model representing a plan to determine the hypothetical impact of those inserted activities to the network. Hence, it is an additive model.*
>
> *MIP 3.7 is a multiple base method, distinguished from MIP 3.6 as a single base method. The additive simulation is performed on multiple network analysis models representing the plan, typically an update schedule, contemporaneous, modified contemporaneous, or recreated. Each base model creates a period of analysis that confines the quantification of delay impact.*

**15**

> *Because the updates typically reflect non-progress revisions, it is a dynamic logic method as opposed to a static logic method.*
>
> ***MIP 3.7 is a retrospective analysis since the existence of the multiple periods means the analyst has the benefit of hindsight.***
>
> [Emphasis added]

The analysis performed and discussed in this report was done, to the extent possible, in compliance with both the minimum recommended implementation protocols and enhanced protocols recommended under MIP 3.7.  The report includes the findings from:

- MIP 3.7.F, Enhanced Implementation Protocols
- MIP 3.7.G, Identification of Critical and Near-Critical Paths
- MIP 3.7.H, Identification and Quantification of Concurrent Delays and Pacing
- MIP 3.7.I, Determination and Quantification of Excusable and Compensable Delay
- MIP 3.7.J, Identification and Quantification of Mitigation/Construction Acceleration

This analysis consisted of two steps:

1. Analysis of delay events individually to determine if the Project completion was extended due to the delay event exclusively
2. Analysis of all delay events using a stepped insertion, analyzing the impact as the impact event concurrently with all other delay events in progress at the same time (this step determined the driving critical delay within an update period)

Prior to starting my analysis, each schedule file was imported into P6 and calculated in the P6 software to verify that the planned dates remained the same:

- There were nine schedules in which planned dates shifted slightly
- Three of the nine schedules show a minimal change in critical path dates and a shift in the Project complete date.  The change is presumed to be a consequence of converting from P3 software to P6

The analysis was conducted using the schedules after calculating in P6, and the impact of delay events was quantified according to the planned dates of the calculated schedules. The planned dates in the following schedules changed from the original schedule files provided—presumably due to the conversion from P3 software to P6.

**Figure 6    P3 to P6 conversion date changes**

| Data date | Pre-calculation finish date | Post-calculation finish date | Project completion date shifted earlier / (later) |
|---|---|---|---|
| 25-Jul-14 | 18-Mar-16 | 15-Mar-16 | 3 |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 |
| 31-Jan-15 | 2-May-16 | 14-May-16 | (12) |
| 27-Feb-15 | 14-Jun-16 | 26-Jun-16 | (12) |
| 29-May-15 | 17-Apr-16 | 17-Apr-16 | 0 |
| 1-Nov-15 | 31-Aug-16 | 31-Aug-16 | 0 |
| 1-Apr-16 | 30-Nov-16 | 30-Nov-16 | 0 |

Activities that represent the delay event—also referred to as a fragnet, which is short for fragmentary network—were developed and inserted into a contemporaneous schedule. Appropriate activity logic ties were added between the fragnet and the base contemporaneous schedule activities.

After the impacted schedule was calculated, the impacted date—either the start or the finish date for the base schedule activity that succeeds the fragnet—was compared to the

17

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A61**

actual or latest plan date from schedule update T64D, data date April 20, 2016, which is the last schedule update available:

- If the fragnet tied to one activity, the actual dates of that activity were evaluated.
- If the fragnet tied to multiple base schedule activities, the impact on the activit(ies) that appear on the impacted critical path were evaluated.
- If the impacted dates were later than the actual dates, there is a risk that the TIA overestimated the effect of the impact event, although it could also mean that ECC was able to accelerate or otherwise recover time after the impact event was identified.

This analysis showed that none of the TIAs overestimated the impact on Project completion.

For each of the following impact events, a fragnet was built to represent the development and outcome of the issue:

- Late approval of ECC Project staff
- Loss of piling crew
- CMU material shortage
  - CMU productivity was also quantified as a part of this analysis
- Addition of a sanitary lift station
- The change of exterior lighting to LED
- Weather

The sequence of events and durations of the activities used in the fragnets were based on as-built data as much as possible, taken from a variety of sources, including:

- Activities and relationships from the April 20, 2016, schedule

18

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A62**

- Contemporaneous documentation
- Data from public sources
- Information in expert reports previously published for this case

Generally, the start of a potential USACE-caused impact event was the failure of USACE to act in a timely manner—for example, not in accordance with the baseline schedule dates or beyond Contractual requirements for responsiveness—or direction from USACE to proceed with work not required by the Contract.  The last activity in the delay fragnet generally represents completion of a USACE action that was not completed in a timely manner or the development and implementation of the resolution or actions necessary to satisfy USACE's expectations.  The fragnet was tied to an appropriate base schedule activity or activities.

Based on the start date of the impact event, the schedule update with a data date just prior to the delay start was copied and used as the base schedule for the TIA.  Before the fragnet was added:

- A copy of the base schedule was saved as a baseline to preserve the existing dates
- The new baseline was assigned as the baseline for the TIA

This baseline for the TIA was used to calculate the impact, if any, of the fragnet of the event to the Project finish date.

The fragnet was then added to the base schedule and logic ties were made to the appropriate base schedule activities, described in more detail under each event description.  After the links to the schedule were completed, the schedule was calculated.

The finish variance, if any, for the Project completion milestone—either Activity *MILE-1060, Contract Completion Date*, or Activity *9999, End Project*—represents the delay to the Project due to the issue represented by the fragnet.

The effect of each fragnet on base schedule activities in the TIA schedule was compared to actual dates as part of the evaluation of whether the results of the fragnet were reasonable. If the results were not reasonable, the fragnet was re-evaluated or corrections to the base schedule were considered.

Six impact events were modeled separately and analyzed through individual TIAs (Exhibit SG-012, TIA schedules) to determine if the Project duration extended as a result of any of the events. The enhanced protocol MIP 3.7.H was applied to determine which impact events caused driving delays to the Project, the results of which then informed compensability of the delays. Discussion of that analysis follows the description of the individual delay analyses.

## 2. Delay Events

### a. Late Approval of ECC Project Staff

After receiving the Task Order 006 award on September 11, 2013 (Exhibit SG-003, C-0001 Notice of Award), ECC reasonably expected to mobilize within a few weeks. Because of a bid delay, ECC started making plans to mobilize in January 2014, as discussed in an internal email dated September 12, 2013:

> *I know it is early but what is the projected date for mobilization for this project.* [sic] *– Will Stephan*

*We are likely looking at mobilizing in January time frame.* [sic] – *Jeff Stackow*

*(Exhibit SG-013, Email re: coord of personnel for project start in Jan'14)*

The NTP was issued January 2, 2014, due to a bid protest (Exhibit SG-005, C-0002 NTP withheld due to bid protest) that wasn't resolved until December 30, 2013 (Exhibit SG-006, C-0003 Bid protest suspension lifted).

ECC's baseline schedule was initially submitted on or around February 18, 2014, and was accepted by USACE on or around March 24, 2014 (Exhibit SG-009, USACE comments on TQBL). The schedule showed mobilization happening immediately after NTP for the site survey. Mobilization for the geotechnical investigation was scheduled to occur by mid-February 2014. Both of these activities were required to progress and complete the design and were predecessors to the design activities in the schedule.

**Figure 7    Key mobilization activities after NTP:  January 2, 2014, schedule (TQBL)**

| Activity ID | Activity Name | Original Duration | Start | Finish |
|---|---|---|---|---|
| **Administrative Activities** | | 478 | 17-Jan-14 | 17-Nov-15 |
| **Design Activities** | | 384 | 02-Jan-14 | 23-Jun-15 |
| **DP-2A - AT/FP Package 50%** | | 79 | 11-Feb-14 | 03-Jun-14 |
| | | 118 | | |
| **Fast Track Site-Civil Fdns Dr-1 - 55%** | | 118 | 11-Feb-14 | 29-Jul-14 |
| **Survey** | | 14 | 02-Jan-14 | 21-Jan-14 |
| 3020 | Mobilize for Site Survey | 5 | 02-Jan-14 | 07-Jan-14 |
| 3030 | Site Survey Crew in Field | 5 | 08-Jan-14 | 14-Jan-14 |
| 3040 | Create Site Survey Drawings | 4 | 15-Jan-14 | 19-Jan-14 |
| 3050 | Deliver Site Survey Data to Design Team | 1 | 21-Jan-14 | 21-Jan-14 |
| **Geotechnical Investigation & Site Survey** | | 25 | 19-Feb-14 | 25-Mar-14 |
| 3060 | Mobilize for Geotechincal Study | 1 | 19-Feb-14 | 19-Feb-14 |
| 3650 | Verify Existing Utilities Locations | 2 | 20-Feb-14 | 22-Feb-14 |
| 3070 | Drill for Geotech | 5 | 23-Feb-14 | 27-Feb-14 |
| 3090 | Prepare Geotech Report | 15 | 01-Mar-14 | 17-Mar-14 |
| 3080 | Make Prelim Geotech Recommendations | 2 | 18-Mar-14 | 19-Mar-14 |
| 3100 | Team Review Geotech Report | 2 | 19-Mar-14 | 21-Mar-14 |
| 3110 | Make Geotech Report Corrections | 1 | 21-Mar-14 | 24-Mar-14 |
| 3120 | Distrbute Final Geotech Report | 1 | 24-Mar-14 | 25-Mar-14 |

The same day that USACE issued the NTP—on January 2, 2014—USACE made a change to its project management staff via Modification 02, naming Peter DeMattei as the replacement Procuring Contracting Officer in place of Michelle Pearman, who was named in Task Order 006 (Exhibit SG-004, Task Order 006, page 49).  USACE did not permit ECC the same flexibility and proceeded to reject ECC's personnel, candidate after candidate, for its Project staff even though USACE had explicitly told ECC to not spend any costs for personnel due to the bid protest:

> *...you are hereby instructed not to incur any cost associated with this Task Order award until further notice by the Contracting Officer.*

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

*(Exhibit SG-005, C-0002 NTP withheld due to bid protest)*

To have kept its proposed staff available to start the Project despite not knowing when the bid challenge would be resolved, ECC would have had its staff sitting idle for months, unable to participate in other projects or take on responsibility that might last more than a few weeks at a time. It was unreasonable for USACE to expect ECC to absorb the cost of unproductive management staff, especially considering it directed ECC to not incur any cost.

Task Order 006 technical specifications identify certain positions as a required presence any time "work" is performed on site. Those positions include:

- SSHO
- Project superintendent
- QCM
- Resident Management System (RMS) manager

As an example, the language in Technical Specifications section 01 31 13.12 states:

> *1.24.7.2 RMS Staff*
> *The Contractor's RMS staff shall maintain a presence at the site at all times* ***during progress of the work*** *and have complete authority and responsibility to take any action necessary to ensure contract compliance. The RMS staff shall be subject to acceptance by the Contracting Officer.*

> [Emphasis added]

USACE interpreted "work" to include the activities that are part of the design process, in addition to building the structures. If this were a design-bid-build contract, ECC would

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A67**

never have been responsible for the geotechnical analysis or initial survey as it is not part of the construction process. USACE essentially constrained ECC's schedule by inserting a construction predecessor to the design process, over which USACE had complete control by requiring the originally proposed staff be on site before ECC could complete its design and proceed with construction.

After the NTP was issued and initial conversation were had on-site, USACE directed ECC to submit interim candidates for its key positions. ECC identified and submitted interim candidates for the key positions starting on February 5, 2014 (Exhibit SG-014, H-002). ECC stated the personnel would be on the Project on an interim basis, just during initial mobilization activities. The same candidates were submitted on February 25, 2014 (Exhibit SG-015, H-0003). USACE did not respond to either of these letters timely, and ECC submitted its proposed personnel a third time on March 4, 2014 (Exhibit SG-016, H-0005).

Via an email dated March 5, 2014 (Exhibit SG-017, USACE email denying Super, SSHO), USACE asserted that allowing ECC to substitute interim personnel would create an unfair advantage over other bidders because ECC had won the Task Order—in part—based on the strength of its proposed Project team. USACE did not consider that other general contractors—had another contractor won the award—would have had the same problem and would have asked for the same relief. USACE also did not consider that it was unfair to ECC to keep its proposed staff off other projects in anticipation of the resolution of the bid challenge as a result of its direction to ECC to not incur any costs associated with the Task Order.

On March 6, 2014, USACE responded to ECC Letter H-003 and restated what had been in the March 5, 2014, email (Exhibit SG-018, C-0005), as discussed in the preceding paragraph.

On March 9, 2014, USACE issued Letter C-0006 (Exhibit SG-019, C-0006). The subject was ECC's Accident Prevention Plan submittal—which had been accepted with a "B" code—but USACE had to clarify that it rejected the candidate named in the submittal as the SSHO because the individual was not in shown in ECC's organizational chart in its proposal.

On March 13, 2014, ECC submitted its candidates for the key positions needed to start the Project (Exhibit SG-020, H-0006). USACE did not respond to this email, although in an internal email dated March 17, 2014 (Exhibit SG-021, internal USACE email re: denials), USACE discussed the justification for its ongoing rejection of ECC's personnel. The USACE email states:

> ...however just because the person is as qualified as the person they are replacing is not a justification to do so.

It is perplexing that USACE would not consider the many reasons that would justify accepting such a candidate, such as starting the Project and starting critical work necessary to build the temporary quarters and dining facility for military personnel.

On March 24, 2014, ECC notified USACE of delay due to the lack of personnel approvals (Exhibit SG-022, H-0008). The impact was not quantified in the letter, but ECC reserved its right to submit an REA for time and costs.

On April 1, 2014—weeks after ECC had planned to mobilize and after asking again via email to use temporary personnel—USACE allowed ECC to use replacement personnel for key positions for the site surveys only (Exhibit SG-023, email: USACE approves temp positions for survey).   This email is considered the driving predecessor to mobilization for the site survey activity.

A week later, USACE was still trying to determine whether one candidate was rated higher than another candidate (Exhibit SG-024, email: USACE review of possible substitution).   USACE, with its intention to accept only equal or better candidates, was having a hard time discerning specific experience for the original candidate and apparently using that as an excuse to delay responding to ECC:

> *I know it might be a little hard to ascertain the safety qualifications of Mr Rene Garo, but can you look over his brief resume and Mr. Jubinor's resume. The Contractor in his original organization chart for P935 proposed Mr. Garo. They are now wanting to substitute Mr. Jubinor in lieu.* [sic]

It took two more days—until April 9, 2014—for USACE to let ECC know that the candidate in question was approved for the SSHO position, along with the candidate for Superintendent (Exhibit SG-025, C-0007).   USACE rejected the Project Manager and Quality Control Manager candidates.   By this time, ECC's plan to mobilize was at least a month late due to USACE's continued evaluation and rejection of candidates.

A week later, as documented in an internal ECC email dated April 15, 2014 (Exhibit SG-026, internal ECC email re: staff candidates), ECC had a list of candidates to submit for USACE's approval.

On April 16, 2014, ECC issued Letter H-011 (Exhibit SG-027, H-011) to update USACE on the status of its proposed candidates. Two individuals who had been accepted as temporary personnel had not yet received approved visas due to the processing backlog at the Bahraini embassy. It is my understanding that the system had been offline for most of March 2014, and the two approved candidates were in the backlog. Had USACE allowed ECC to use temporary personnel when ECC had first made the request in Letter H-002 (Exhibit SG-014, H-002) on February 5, 2014, these candidates likely would have already been on site and working. Instead, ECC had to submit additional personnel as interim staff and delay filling these positions even longer.

On April 21, 2014, USACE agreed to the temporary candidates (Exhibit SG-028, USACE agrees to new candidates for SSHO and QC Mgr) that were proposed the previous week on April 16, 2014 (Exhibit SG-027).

On May 1, 2014, ECC notified USACE that it was mobilizing on May 5, 2014 (Exhibit SG-029, H-012) to start the critical survey and geotechnical soil boring activities needed to progress the Project design. Even though USACE had not approved candidates for all key positions, this letter is considered the driving predecessor to mobilization for the geotechnical investigation on site.

Additional correspondence relating to this issue are:
- H-015 dated June 4, 2014: ECC informed USACE that the visas for its SSHO and QCM candidates were never approved and submitted new names for consideration (Exhibit SG-030, H-015, submitted as H-014)
- C-0009 dated June 20, 2014: USACE approved the SSHO and QCM candidates (Exhibit SG-031, C-0009)

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

- C-0010 dated July 2, 2014:  USACE approved a different QCM candidate due to visa problems that prevented the previous candidate from getting into Bahrain (Exhibit SG-032, C-0010)

These events were modeled as a fragnet (Exhibit SG-033, Late approval of ECC staff TIA) that:

- Started with ECCI Letter H-002 dated February 5, 2014 (Exhibit SG-014, H-002)
- Finished with USACE Letter C-0010 dated July 2, 2014 (Exhibit SG-032, C-0010)

The fragnet was inserted into a copy of the final baseline schedule with data date January 2, 2013, submitted on October 7, 2014 (Exhibit SG-034, Submittal Log).

Three of the fragnet activities are tied to base schedule activities:

- Fragnet Activity *PRSNL110, USACE email re: approval of temp candidate for site survey*
    - Predecessor to base schedule Activity *3020, Mobilize for Site Survey*
- Fragnet Activity *PRSNL150, ECC Ltr H-012, notice of mobilization on 5May14*
    - Predecessor to base schedule Activity *3060, Mobilize for Geotechnical Study*
- Fragnet Activity *PRSNL180, USACE Ltr C-010, USACE approves temp SSHO due to visa issue*
    - Predecessor to base schedule Activity *PMILE-1070, Mobilization Complete / 2730, Rough Grade Site_Site Improvements (finish-to-finish)*

After adding the relationships between the fragnet and the base schedule, the impacted schedule was calculated.   The relationship between Activity *PRSNL150*   and

Activity *3060* caused the fragnet to become critical and extend the Project finish date. Activity MILE-1060, Contract Completion Date, extended:

- From December 13, 2015, in the base schedule
- To February 10, 2016, in the impacted schedule
- An extension of 59 calendar days

**Figure 8    Critical delay caused by personnel approval TIA**



The impacted start date of Activity *3060, Mobilize for Geotechnical Study*—the critical TIA successor activity—is May 5, 2015.  This is the date of the actual start of Activity *3060* shown in the April 20, 2016, schedule.  The TIA does not overstate the impact of this delay event.

## b.  Loss of Kooheji Piling Crew

The baseline schedule dated January 2, 2014, shows that ECC's subcontractor Kooheji planned to drill the foundation piles at two locations at the same time.  This implies it planned to have two crews on site to install the piles.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**Figure 9    Pile installation, base schedule January 2, 2014**

| Activity ID | Activity Name | Original Duration | Total Float | 2014 |
|---|---|---|---|---|
| **P935&940 TQ-DFAC, Manama, Bahrain (no change aft** | | 170 | 18 | |
| **Construction** | | 156 | 18 | |
| **TEQ Building** | | 85 | 22 | |
| **Foundations** | | 85 | 22 | |
| **Piles** | | 85 | 22 | |
| Zone A | | 45 | 45 | |
| TQAF-PD1020 | Lay-Out Piles A | 1 | 45 | 22-Jun-14 ❘ 23-Jun-14 |
| TQAF-PD1030 | Drill Piles A | 20 | 45 | 23-Jun-14 ▭ 13-Jul-14 |
| TQAF-PD1040 | Install Rebar Piles A | 12 | 45 | 13-Jul-14 ▭ 24-Jul-14 |
| TQAF-PD1050 | Pour Piles A | 6 | 45 | 24-Jul-14 ▭ 02-Aug-14 |
| Zone B | | 45 | 37 | |
| TQBF-PD1020 | Lay-Out Piles B | 1 | 22 | 22-Jun-14 ❘ 23-Jun-14 |
| TQBF-PD1030 | Drill Piles B | 20 | 22 | 23-Jun-14 ▭ 13-Jul-14 |
| TQBF-PD1040 | Install Rebar Piles B | 12 | 37 | 13-Jul-14 ▭ 24-Jul-14 |
| TQBF-PD1050 | Pour Piles B | 6 | 37 | 24-Jul-14 ▭ 02-Aug-14 |
| Zone C | | 63 | 30 | |
| TQCF-PD1020 | Lay-Out Piles C | 1 | 40 | 24-Jun-14 ❘ 25-Jun-14 |
| TQCF-PD1030 | Drill Piles C | 20 | 22 | 13-Jul-14 ▭ 04-Aug-14 |
| TQCF-PD1040 | Install Rebar Piles C | 12 | 30 | 04-Aug-14 ▭ 16-Aug-14 |
| TQCF-PD1050 | Pour Piles C | 6 | 30 | 16-Aug-14 ▭ 20-Aug-14 |
| Zone D | | 68 | 22 | |
| TQDF-PD1020 | Lay-Out Piles D | 1 | 45 | 09-Jul-14 ❘ 10-Jul-14 |
| TQDF-PD1030 | Drill Piles D | 20 | 22 | 04-Aug-14 ▭ 23-Aug-14 |
| TQDF-PD1040 | Install Rebar Piles D | 12 | 22 | 23-Aug-14 ▭ 03-Sep-14 |
| TQDF-PD1050 | Pour Piles D | 6 | 22 | 03-Sep-14 ▭ 08-Sep-14 |

According to interviews with ECC staff, it is my understanding that the second piling crew Kooheji planned to use on the Project was re-assigned as a result of the bid protest and subsequent delay to mobilization. USACE's daily reports provide a contemporaneous record of this impact (Exhibit SG-035, QA daily reports, page 298). Kooheji was no longer able to install pilings in two locations at once.

Kooheji stated it demobilized due to delays to the start of pile installation (Exhibit SG-036, Kooheji LET ARK-008). Kooheji did not know the locations of the piles until Design Package 1 was issued for construction, which had been delayed by the late mobilization—a direct link to the delayed approval of ECC's staff.

30

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

Scot House, the site superintendent for the Project, stated in his deposition taken on February 24, 2023, that:

> *A:   ...in that time period that it took for the foundation to be developed, there was no activity for the pile contractor to perform*
> *Q:   You mean there was nothing that Kooheji could have done because they're waiting on Michael Baker?*
> *A.  That is correct.*

[Scot House February 24, 2023, deposition, page 107:22-108:7]

When the foundation design was issued for construction, Kooheji was not able to get two pile drilling crews to the site due to the demobilization.  In his deposition taken June 7, 2017, Mr. House stated:

> *Q. So was there a -- was there any delay associated  with the piling work?*
> *A. The only delay as I know it was the fact that Kooheji had intended that two subcontractors perform piling services, and they were never able to mobilize a second contractor.*
> *Q. Okay. Do you know why they were never able to mobilize a second subcontractor?*
> *A. As I understand it, the second subcontractor had taken on another project and did not have the availability and equipment to mobilize our project.*

[Scot House June 7, 2017, deposition, page 43:19-44:7]

Mr. House mentioned the loss of the second piling crew in his 2022 deposition, as well.

> *Q. Another -- they were actually going slower than you expected when you needed them to go faster than you originally expected.*

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

*A. That is correct. Their original plan was to have two piling crews, and during that mobilization of the test piles the two piling crews were available. When we actually became -- when we actually started drilling the piles the two crews were not available and only one crew was available. We then tried to source out other subcontractors to do this work and no one was willing to come to the project.*

[Scot House February 24, 2023, deposition, page 111:10-21]

The test piles had been installed and load-tested in August 2014, and although ECC had not received USACE's approval of Design Package 1, ECC chose to proceed with the early construction activities at ECC's risk.  On September 8, 2014, ECC authorized Kooheji to start the installation of the piles (Exhibit SG-037, 4620.006.COR.081).

The impact of installing the piles with only one crew is represented by adding a relationship in the schedule rather than creating activities that duplicate the pile installation activities in the base schedule.

A copy was made of the final baseline schedule with data date January 2, 2013, which showed a Project completion date of December 13, 2015.  Although there is a schedule update dated July 25, 2014, which is closer to the actual start of pile installation, that schedule reflects that ECC likely already knew Kooheji would not be able to bring two pile crews to the Project.  The pile activities in the July 25, 2014, schedule were scheduled in sequence rather than concurrently.  The January 2, 2014, schedule is used as the base schedule to clearly show the impact from this delay event only.

The January 2, 2014, schedule has five activities for installation of the piles in each area:
- TQ$x$F-PD1020, Lay-Out Piles $x$ (where $x$ represents either Area A, B, C, or D)
- TQ$x$F-PD1030, Drill Piles $x$

- TQ*x*F-PD1040, Install Rebar Piles *x*
- TQ*x*F-PD1050, Pour Piles *x*
- TQ*x*F-PD1060 or TQ*x*F-GB1000, Cut Down Pile Caps *x*

In the April 20, 2016, schedule, these three activities were replaced with one activity to represent drilling, rebar, and concrete placement—Install 600/800 mm CIP Piles, Area *x*. The actual dates show that the work in an adjacent area started before the pile activity in the previous area was complete. This is appropriate because the as-built activity represents work by different crews, and the follow-on crews would continue in one area while the drilling crew moved to the next area, whereas the January 2, 2014, schedule had different activities for different crews that were scheduled finish-to-start.

To model the impact of having only one drilling crew, a finish-to-start relationship was added between:

- Activity *TQAF-PD1030, Drill Piles A*
- Activity *TQBF-PD1030, Drill Piles B*

After adding the relationship between the base schedule activities for Area A and Area B, the impacted schedule was calculated.  The finish date of the piles for Area D, the last area planned for installation, shifted 19 calendar days:

- From September 8, 2014
- To September 27, 2014

The yellow bars in the following figure represent the original planned dates and the green bars represent the impacted dates.

33

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A77**

**Figure 10     Pile installation with only one drilling crew, impacted schedule January 2, 2014**

| Activity ID | Activity Name | Original Duration | Total Float | 2014 |
|---|---|---|---|---|
| **Piling Crew TIA - P935&940 TQ-DFAC** | | 105 | 2 | |
| **Construction** | | 105 | 2 | |
| **TEQ Building** | | 105 | 2 | |
| **Foundations** | | 105 | 2 | |
| **Piles** | | 105 | 2 | |
| Zone A | | 45 | 45 | |
| TQAF-PD1020 | Lay-Out Piles A | 1 | 2 | 22-Jun-14 – 23-Jun-14 |
| TQAF-PD1030 | Drill Piles A | 20 | 2 | 23-Jun-14 – 13-Jul-14 |
| TQAF-PD1040 | Install Rebar Piles A | 12 | 45 | 13-Jul-14 – 24-Jul-14 |
| TQAF-PD1050 | Pour Piles A | 6 | 45 | 24-Jul-14 – 02-Aug-14 |
| TQAF-PD1060 | Cut Down Pile Caps A | 6 | 45 | 02-Aug-14 – 07-Aug-14 |
| Zone B | | 65 | 17 | |
| TQBF-PD1020 | Lay-Out Piles B | 1 | 22 | 22-Jun-14 – 23-Jun-14 |
| TQBF-PD1030 | Drill Piles B | 20 | 2 | 13-Jul-14 – 04-Aug-14 |
| TQBF-PD1040 | Install Rebar Piles B | 12 | 17 | 04-Aug-14 – 16-Aug-14 |
| TQBF-PD1050 | Pour Piles B | 6 | 17 | 16-Aug-14 – 20-Aug-14 |
| TQBF-PD1060 | Cut Down Pile Caps B | 6 | 17 | 20-Aug-14 – 26-Aug-14 |
| Zone C | | 83 | 10 | |
| TQCF-PD1020 | Lay-Out Piles C | 1 | 40 | 24-Jun-14 – 25-Jun-14 |
| TQCF-PD1030 | Drill Piles C | 20 | 2 | 04-Aug-14 – 23-Aug-14 |
| TQCF-PD1040 | Install Rebar Piles C | 12 | 10 | 23-Aug-14 – 03-Sep-14 |
| TQCF-PD1050 | Pour Piles C | 6 | 10 | 03-Sep-14 – 08-Sep-14 |
| TQCF-GB1000 | Cut Down Pile Caps C | 6 | 10 | 08-Sep-14 – 14-Sep-14 |
| Zone D | | 88 | 2 | |
| TQDF-PD1020 | Lay-Out Piles D | 1 | 45 | 09-Jul-14 – 10-Jul-14 |
| TQDF-PD1030 | Drill Piles D | 20 | 2 | 23-Aug-14 – 10-Sep-14 |
| TQDF-PD1040 | Install Rebar Piles D | 12 | 2 | 10-Sep-14 – 22-Sep-14 |
| TQDF-PD1050 | Pour Piles D | 6 | 2 | 22-Sep-14 – 27-Sep-14 |
| TQDF-GB1000 | Cut Down Pile Caps D | 6 | 2 | 27-Sep-14 – 02-Oct-14 |

Although the pile installation duration extended 19 calendar days, the activities did not extend the Project finish date.  The critical work in the base schedule during this period was completion of Design Package 1, which remained critical in the impacted schedule, and the Project completion date remained December 13, 2015.

The pile installation activities in the January 2, 2014, base schedule are different than what is in the April 20, 2016, schedule, shown in the following figure.

34

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A78**

**Figure 11    Pile installation activities: 2Jan14 and 20Apr16**

| TRBL (DD=2Jan14) | T64D (DD=20Apr16) |
|---|---|
| TQAF-PD1020, Lay-Out Piles A | TQA-1070, Lay-Out Piles, Area A |
| TQAF-PD1030, Drill Piles A | TQA-1010, Install 600/800 mm CIP Piles, Area A |
| TQAF-PD1040, Install Rebar Piles A | |
| TQAF-PD1050, Pour Piles A | |
| TQAF-PD1060, Cut Down Pile Caps A | TAF-PD1060, Cut Down Pile Caps A |

To evaluate whether the TIA overstates the impact, the time between the start of pile drilling in Area A and the start of pile drilling in Area C—a successor to the impacted activities— was compared between the January 2, 2014, impacted schedule and the April 20, 2016, schedule with actual dates.

- January 2, 2014, impacted schedule
  - *TQAF-PD1030, Drill Piles A*, start:  June 22, 2014
  - *TQCF-PD1030, Drill Piles C*, impacted start:  August 4, 2014
  - Difference:  42 calendar days
- April 20, 2016, schedule
  - *TQA-1070, Install 600/800 mm CIP Piles, Area A*, actual start: October 11, 2014
  - *TCF-PD1030, Install 600/800 mm CIP Piles, Area C*, actual start: November 22, 2014
  - Difference:  42 calendar days

The TIA does not overstate the impact of this delay event.

This delay event by itself does not cause critical delay, but it is near-critical with only two days of float.  When it is analyzed in conjunction with other delays that occurred during this period, the concurrency analysis shows that the loss of a piling crew extends

35

the Project duration according to the construction plan in the September 30, 2014, schedule update. This is discussed later in this report.

### c. Concrete Masonry Unit Productivity and Material Shortage

ECC's schedule dated February 27, 2015—the schedule update just prior to the actual start of CMU—shows CMU installation:

- Starting on March 1, 2015
- Finishing on September 23, 2015
- A duration of 207 calendar days

CMU installation actually:

- Started on March 5, 2015
- Finished on January 17, 2016
- A duration of 319 calendar days—122 calendar days longer than the planned duration

CMU productivity was recorded in daily reports (Exhibit SG-038, Kooheji Daily Reports August-December 2015) and measured and tracked throughout the Project (Exhibit SG-039, CMU Monitoring Aug2015 - Dec 2015). I have reviewed the production reports for approximately four months—August through December 2015. These reports contain the CMU installed for most of Levels 1 and 2 (the second and third floors), and reported quantities are shown in the following figure.

March 15, 2023, Expert Report of Rebecca Smith

**ECC CENTCOM Constructors, LLC v. United States**

**Figure 12    CMU productivity: August 8, 2015 to December 3, 2015**



Starting on or around September 5, 2015, the masonry crews were able to install approximately 138 square meters of block per day, compared to the approximately 25 square meters of block per day that was installed prior to September 5, 2015.

On May 17, 2015, Kooheji sent a letter to ECC reiterating what Kooheji had stated in the weekly progress meeting—that the entire country of Bahrain was experiencing a shortage of aggregate (Exhibit SG-040, Kooheji LET-110 Aggregate shortage).  In the months that followed Kooheji's statement, media reports reiterated the problem that the aggregate shortage was causing the construction industry.  Examples of these articles are from:

- June 10, 2015 (Exhibit SG-041, Article: concrete shortage)
- July 1, 2015 (Exhibit SG-042, Article: high material demand)
- August 1, 2015 (Exhibit SG-043, Article citing material shortages)

In addition, USACE acknowledged there was a shortage of CMU and that the shortage caused delay to the Project in 2015 (Exhibit SG-044, email re: USACE knowledge of CMU shortage).

37

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

As shown in the previous figure, on or around September 5, 2015, supply of CMU block improved, and the rate of installation improved dramatically and consistently. During this period, Kooheji did not install CMU within the planned durations, even though the production improved by a factor of 5.7 (138 / 25 = 5.568).

In an effort to quantify Kooheji's inefficiency and separate it from the low production and extended duration due to the lack of aggregate, the actual duration of the CMU activities during this period was divided by the planned original duration—referred to as a duration metric—to estimate whether an activity:

- Took less time than planned (duration metric less than 1)
- Was on time (duration metric equal to 1)
- Took longer than planned (duration metric greater than 1)

Examples are shown in the following figure.

**Figure 13    Examples of duration metrics**

| Activity ID | Activity name | Original duration | Actual duration | Duration metric |
|---|---|---|---|---|
| TA3-SS2020 | Structural CMU Wall 3F-RF A Sec 1 | 18 | 25 | 1.39 |
| TA3-SS2022 | Structural CMU Wall 3F-RF A Sec 2 | 18 | 19 | 1.06 |

The average duration metric during the period of improved production was 1.6.

The TIA for the CMU material shortage focuses on the period prior to the uptick in CMU delivery—March 5, 2015, to September 4, 2015. During this time, according to the April 20, 2016, schedule, the CMU activities completed prior to September 5, 2015, were the ground floor activities and Level 1, Area A and part of Area B.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**Figure 14    CMU activities completed prior to September 5, 2015**

The impact of the actual best production being less than planned was modeled using the existing activities in the schedule, rather than creating a new fragnet. A copy of the February 27, 2015, schedule was used as the base schedule. The durations for CMU activities for the ground floor and first floor, Area A, and structural CMU in Area B were increased by 60 percent. The schedule was calculated, but the Project completion date did not change—June 26, 2016—because the pertinent CMU activities were at least 28 calendar days off the critical path.

The results of this analysis were saved as a baseline in P6 for the purpose of comparison, and the durations for the same CMU activities were changed to reflect the actual durations shown in the April 20, 2016, schedule. After calculating the schedule, the Project completion date shifted:

- From June 26, 2016

- To August 29, 2016

- A shift of 64 calendar days

39

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A83**

While this delay from a material shortage might be considered an excusable but not compensable delay, ECC would not have experienced the material shortages but for the delayed start caused by USACE's lack of staff approval. ECC's baseline schedule dated January 2, 2014, shows the CMU being installed:

- Starting in November 2014
- Finishing in May 2015

The first notice that ECC received of the impact of aggregate shortages was in May 2015, which is when CMU should have been finishing had it not been for the earlier delay caused by USACE's slow approval of ECC staff. The 64 calendar days of delay caused by the CMU aggregate shortage should be considered compensable because USACE's delay is the root cause of the CMU delay.

### d. Sanitary Lift Station

On May 28, 2014, ECC sent Letter H-014 (Exhibit SG-045, H-014, submitted as H-013) to inform USACE that the existing sanitary sewer manholes were not as deep as needed for the planned gravity-fed sanitary sewer system. ECC requested a formal RFP to address the changed condition.

On June 25, 2014, ECC sent a notice of delay for the changed site condition (Exhibit SG-046, H-018, submitted as H-017). On June 27, 2014, ECC provided two solutions to the owner for mitigating the changed condition and informed USACE that the 95% utility package was ready for submittal but for the lift station design (Exhibit SG-047, H-019).

It appears that USACE never responded to Letter H-019, and on July 14, 2014, ECC sent Letter H-021 reminding USACE that a decision needed to be made (Exhibit SG-048, H-

021).  ECC also informed USACE that it would submit the 95% design package without the lift station design to mitigate any potential delay from the lack of decision from USACE.

On August 28, 2014, USACE issued RFP-006 to add the sanitary sewer lift station (Exhibit SG-049, RFP-0006)—three months after ECC had notified USACE of the issue and requested an RFP.  USACE directed ECC to provide its proposal by September 10, 2014.

On August 29, 2014, ECC responded (Exhibit SG-050, H-034) to state that information was missing, including the size of the lift station holding tank—for which ECC had submitted a Request for Information (RFI), referring to RFI 055 submitted on August 28, 2015 (Exhibit SG-051, RFI log)—and that ECC could not respond by September 10, 2014.

Meeting minutes dated September 30, 2014 (Exhibit SG-052, 30Sep14 - Meeting Minutes), note that USACE's response to RFI 055, Size of Holding Tank, was required to respond to RFP-006.  USACE answered RFI 055 on October 8, 2014.

On September 23, 2015, Kooheji provided its costs for the lift station (Exhibit SG-053, Kooheji LET-032).

USACE asserted that ECC had caused delay in preparing its proposal (Exhibit SG-054, email re: RFP-006 proposal timeline), disregarding the time ECC had to wait for USACE to respond to RFI 055, which ECC needed to prepare its proposal.

On October 30, 2014, ECC submitted its proposal for RFP-006 (Exhibit SG-055, H-046). This was also noted in the November 4, 2014, meeting minutes (Exhibit SG-056, 4Nov14 - Meeting Minutes). The proposed cost was $535,971 and the requested time extension was 10 calendar days. The action item to negotiate RFP-006 remained in the meeting minutes from November 18, 2014, to January 27, 2015 (Exhibit SG-057, 18Nov14 - 27Jan15 - Meeting Minutes).

On February 10, 2015, ECC sent Letter H-054 (Exhibit SG-058, H-054) to inform USACE that due to the required 60-day validity deadline, the RFP-006 proposal had been reviewed and resubmitted with updated time and cost impacts:

- The cost increased from $535,971 to $1,524,837
- The time impact increased from 10 calendar days to 164 calendar days

On February 11, 2014, USACE responded with some questions about the new proposal and told ECC that the proposal had to be certified (Exhibit SG-059, USACE email re: receipt of revised RFP-006 proposal). This was also noted in the February 17, 2015, meeting minutes (Exhibit SG-060, 17Feb15 - Meeting Minutes).

According to the meeting minutes dated February 24, 2015, ECC and USACE met on that day to review ECC's back-up data (Exhibit SG-061, 24Feb15 - Meeting Minutes).

On May 1, 2014, ECC submitted an updated proposal to RFP-006 (Exhibit SG-062, H-067). The proposal included two estimates developed independently using RS Means construction costs data. The revised proposal was for $478,394 and zero days.

On June 29, 2015, RFP-006 negotiations were held according to the meeting minutes from the June 30, 2015, weekly meeting (Exhibit SG-063, 30Jun15 - Meeting Minutes).

ECC altered the design of the lift station and was able to reduce the estimated price. An updated proposal for $411,219 and zero days was sent to USACE on July 29, 2015 (Exhibit SG-064, H-084).

On or around July 29, 2015, ECC and USACE met to negotiate the pricing according to the August 4, 2015, meeting minutes (Exhibit SG-065, 4Aug15 - Meeting Minutes). The minutes for the October 6, 2015, weekly meeting (Exhibit SG-066, 6Oct15 - Meeting Minutes) stated that ECC and USACE were far apart in pricing and that the next step would be to issue a unilateral modification.

USACE did not issue a modification, and in the December 29, 2015, weekly meeting, ECC informed USACE that the lift station was near-critical (Exhibit SG-067, 29Dec15 - Meeting Minutes). USACE issued unilateral Modification 16 on December 29, 2015, increasing the Contract value by $245,595 (Exhibit SG-068, Modification 16). There was no time extension granted in Modification 16.

In December 2015, ECC believed the sanitary sewer system and specifically the lift station was about become critical (Exhibit SG-067). Although the addition of the lift station had been an issue since the start of construction, the delay event is modeled to start with the submittal of ECC's last proposal for RFP-006 on July 29, 2015 (Exhibit SG-064, H-084).

The delay ended with the completion of the lift station installation. The activities ECC added to the April 1, 2016, schedule for construction of the lift station were copied and added to the end of the lift station delay fragnet (Exhibit SG-069, Lift Station TIA). The fragnet was inserted into a copy of the July 1, 2015, schedule update, which is the most

43

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A87**

recent update before the submittal of ECC's final RFP-006 proposal on July 29, 2015 (Exhibit SG-064).

The two fragnet activities are tied to base schedule activities:

- Base schedule Activity *TAN-EI1110, Remove Scaffolding - A East*, is finish-to-start predecessor to:
    - Fragnet Activity *SLS0040, Survey Lay-Out - Lift Station*
    - This relationship existed between the ECC activities in the April 1, 2016, schedule update due to the proximity of the lift station pit and scaffolding
- Fragnet Activity *SLS0170, Backfill and Compaction – Lift Station*, is finish-to-start predecessor to:
    - Base schedule Activity *COMD_PS100, Acceptance Test - Plumbing System DFAC*
    - Base schedule Activity *COMM_PS010, Acceptance Test - Plumbing System TQ*
    - Base schedule Activity *SSS-ML1080, Complete Sewer/Sanitary*

After adding the relationships between the fragnet and the base schedule, the impacted schedule was calculated:

- Predecessor Activity *TAN-EI1110* does not drive Activity *SLS0040*.
- However, the relationship between Activity *SLS0170* and Activity *SSS-ML1080* caused the fragnet to become critical and extend the Project finish date.
- Activity *MILE-1060, Contract Completion Date*, extended:
    - From April 26, 2016, in the base schedule
    - To May 28, 2016, in the impacted schedule
    - An extension of 32 calendar days

**Figure 15    Critical delay caused by sanitary lift station TIA**

| Activity ID | Activity Name | Orig Dur | Unimpacted Start | Unimpacted Finish | Start | Finish | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| | Sanitary Lift Stn TIA - 01JUL15 P935&940 TQ-D | 902.1 | 02-Jan-14 | 26-Apr-16 | 02-Jan-14 A | 28-May-16 | | |
| | Contract Milestones | 097.4 | 02-Jan-14 | 26-Apr-16 | 02-Jan-14 A | 28-May-16 | | |
| MILE-9000 | ECC Period Of Performance | 887.5 | 02-Jan-14 | 26-Apr-16 | 02-Jan-14 A | 28-May-16 | | |
| MILE-1060 | Contract Completion Date | 0.0 | | 26-Apr-16 | | 28-May-16* | | |
| MILE-1050 | Contractor Substantial Completion Date | 0.0 | | 26-Apr-16 | | 28-May-16 | | |

The sanitary lift station was not installed before ECC was terminated, and as-built information is not available to compare the modeled durations or impact to the Project completion date.  The latest schedule information available from Vertex, the replacement contractor, is a PDF schedule with data date February 28, 2017 (Exhibit SG-070, Vertex schedule, data date - 28Feb17).  The lift station is not complete, but Vertex showed a larger duration to install the lift station than ECC had shown.  ECC's duration to install the lift station in its April 1, 2016, schedule update:

- Started on June 22, 2016
- Ended on September 4, 2016
- Was 75 calendar days

**Figure 16    ECC activities for Sanitary Lift Station: April 1, 2016, schedule**

| Activity ID | Activity Name | Original Duration | Start | Finish |
|---|---|---|---|---|
| Sanitary Lift Station | | 93 | 22-Jun-16 | 04-Sep-16 |
| MODR_0017 | Add Sanitary Lift Station | 1 | 22-Jun-16 | 22-Jun-16 |
| SLS_ML1000 | Survey Lay-Out - Lift Station | 1 | 22-Jun-16 | 23-Jun-16 |
| SLS_ML1010 | Excavation and Compaction - Lift Station | 15 | 23-Jun-16 | 05-Jul-16 |
| SLS_ML1020 | Blinding Concrete - Lift Station | 5 | 05-Jul-16 | 09-Jul-16 |
| SLS_ML1025 | Concrete Slab - Lift Station | 8 | 09-Jul-16 | 15-Jul-16 |
| SLS_ML1030 | R/F/P Wall Part 1 - Lift Station | 8 | 15-Jul-16 | 21-Jul-16 |
| SLS_ML1040 | R/F/P Wall Part 2 - Lift Station | 8 | 21-Jul-16 | 27-Jul-16 |
| SLS_ML1050 | R/F/P Wall Part 3 - Lift Station | 8 | 27-Jul-16 | 02-Aug-16 |
| SLS_ML1055 | Waterproofing - Lift Station | 8 | 02-Aug-16 | 08-Aug-16 |
| SLS_ML1060 | Initial Pipe Connection - Lift Station | 8 | 08-Aug-16 | 14-Aug-16 |
| SLS_ML1080 | R/F/P Slab Cover - Lift Station | 8 | 14-Aug-16 | 20-Aug-16 |
| SLS_ML1090 | Install Motor/Pump - Lift Station | 8 | 20-Aug-16 | 26-Aug-16 |
| SLS_ML1070 | Final Pipe Connection - Lift Station | 3 | 26-Aug-16 | 28-Aug-16 |
| SLS_ML1100 | Testing - Lift Station | 1 | 28-Aug-16 | 29-Aug-16 |
| SLS_ML1110 | Backfill and Compaction - Lift Station | 8 | 29-Aug-16 | 04-Sep-16 |

45

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A89**

Vertex showed installation of the lift station in its February 28, 2017, schedule update:

- Starting on March 27, 2017

- Ending on July 3, 2017

- Covered a duration of 99 calendar days

**Figure 17    ECC activities for Sanitary Lift Station: April 1, 2016, schedule**

| Activity ID | Activity Name | Original Duration | Start | Finish |
|---|---|---|---|---|
| **Sanitary Lift Station** | | **74** | **27-Mar-17** | **03-Jul-17** |
| MODR_0017 | Add Sanitary Lift Station | 0 | 27-Mar-17 | 27-Mar-17 |
| SLS_ML1000 | Survey Lay-Out - Lift Station | 1 | 27-Mar-17 | 28-Mar-17 |
| SLS_ML1010 | Excavation and Compaction - Lift Station | 12 | 28-Mar-17 | 12-Apr-17 |
| SLS_ML1020 | Blinding Concrete - Lift Station | 4 | 12-Apr-17 | 17-Apr-17 |
| SLS_ML1025 | Concrete Slab - Lift Station | 6 | 17-Apr-17 | 25-Apr-17 |
| SLS_ML1030 | R/F/P Wall Part 1 - Lift Station | 6 | 25-Apr-17 | 04-May-17 |
| SLS_ML1040 | R/F/P Wall Part 2 - Lift Station | 6 | 04-May-17 | 11-May-17 |
| SLS_ML1050 | R/F/P Wall Part 3 - Lift Station | 6 | 11-May-17 | 18-May-17 |
| SLS_ML1055 | Waterproofing - Lift Station | 6 | 18-May-17 | 25-May-17 |
| SLS_ML1060 | Initial Pipe Connection - Lift Station | 6 | 25-May-17 | 03-Jun-17 |
| SLS_ML1080 | R/F/P Slab Cover - Lift Station | 6 | 03-Jun-17 | 11-Jun-17 |
| SLS_ML1090 | Install Motor/Pump - Lift Station | 6 | 11-Jun-17 | 19-Jun-17 |
| SLS_ML1070 | Final Pipe Connection - Lift Station | 2 | 19-Jun-17 | 21-Jun-17 |
| SLS_ML1100 | Testing  - Lift Station | 1 | 21-Jun-17 | 22-Jun-17 |
| SLS_ML1110 | Backfill and Compaction - Lift Station | 6 | 22-Jun-17 | 03-Jul-17 |

The TIA did not overestimate the impact.

### e.  Exterior Lighting Change

On March 12, 2015, USACE issued RFP-009 (Exhibit SG-071, RFP-0009), requesting that ECC change the exterior lighting from high-pressure sodium (HPS) to light-emitting diode (LED) fixtures.

On March 23, 2015, ECC responded to RFP-009 in Letter H-063 (Exhibit SG-072, H-063) requesting a time extension until April 9, 2015, to respond due to the redesign that was necessary before the lighting subcontractor could price the change.

On April 9, 2015, ECC submitted pricing for RFP-009 via letter H-068 (Exhibit SG-073, H-068). Although I have not seen the correspondence, USACE must have asked for justification of the design fees included in ECC's proposal at some point because on October 28, 2015, ECC sent letter H-096 with numerous reasons for why the $3,500 in design fees were justified (Exhibit SG-074, H-096).

No action was taken by USACE, as shown in a December 1, 2015, email in which USACE had to ask ECC for a reminder of the status of RFP-009 (Exhibit SG-075, email: summary of ECC proposals for RFP-009).

On January 22, 2016—more than eight months after ECC submitted its proposal—Modification 18 (Exhibit SG-076, Modification 18) was issued by USACE.

In ECC's proposal, the quotation provided by the LED light supplier indicated the lead time for the materials was 12 to 14 weeks (Exhibit SG-073, page 12).

Although USACE took more than eight months to issue the Contract modification to add the LED lights to ECC's Contract, the delay event is modeled in this analysis:

- Starts with the issuance of Modification 18 on January 22, 2016
- Ends with the estimated delivery of the lights and light poles 12 weeks later (Exhibit SG-077, LED exterior lights TIA)

The fragnet was inserted into a copy of the January 1, 2016, schedule update, which is the most recent update before Modification 18 was issued on January 22, 2015 (Exhibit SG-076).

The last activity of the fragnet is tied to one base schedule activity:

- Fragnet Activity *LED050, ECC procures LED lights and aluminum poles,* is a finish-to-start predecessor to:
    - Base schedule Activity *SEE-SL1080, Install Light Poles - SL*

After adding the relationships between the fragnet and the base schedule, the impacted schedule was calculated:

- The relationship between Activity *LED050* and Activity *SEE-SL1080* caused the fragnet to become critical and extend the Project finish date
- Activity *MILE-1060, Contract Completion Date*, extended:
    - From June 30, 2016, in the base schedule
    - To July 24, 2016, in the impacted schedule
    - An extension of 24 calendar days

**Figure 18    Critical delay caused by LED exterior lights TIA**



The exterior lights were not installed before ECC was terminated.  The latest information in the Vertex schedule (Exhibit SG-070, Vertex schedule, data date - 28Feb17) does not show actual dates for the light procurement or installation.  Considering Vertex had not installed the exterior lights in the six months it had been on the Project and the TIA modeled an impact of about three months, the TIA did not overestimate the impact.

### f. Weather

The Contract specifies the conditions when time extensions are to be granted for *"unusually severe weather"* and under which the contractor cannot be held in default. The following are some of the provisions concerning *"unusually severe weather*" in the Contract documents.

Section 52.249-10(b)(1)(x) of the MATOC (Exhibit SG-001, MATOC, page 166) states:

> *52.249-10    DEFAULT (FIXED PRICE CONSTRUCTION)*
> *(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if—*
> *(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include ...*
> *(x) unusually severe weather... beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers*

Also, section 52.249-14 (Exhibit SG-001, page 167) states:

> *52.249-14    EXCUSABLE DELAYS*
> *(a) ...the Contractor shall not be in default because of any failure to perform this contract under its terms if the failure arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of these causes are ...*
> *(9) unusually severe weather. In each instance, the failure to perform must be beyond the control and without the fault or negligence of the Contractor. "Default" includes failure to make progress in the work...*

The Special Contract Requirements attached to the end of the MATOC, Specification Section 00 73 00 (Exhibit SG-001, page 264), states:

*2.4 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER*

*1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "Default: (Fixed Price Construction)". In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:*

*a. The weather experienced at the project site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month*

*b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the contractor.*

*2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The contractor's progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.*

  *TO BE DETERMINED FOR EACH TASK ORDER*

*3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the contractor will record on the daily CQC* [CONTRACTORS QUALITY CONTROL] *report, the occurrence of adverse weather and resultant impact to normally scheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the contractor's scheduled work day.*

The RFP for the TQ and DFAC includes clauses very similar to the MATOC and has the schedule of monthly anticipated unusually severe weather that must be accounted for and incorporated in the construction schedule.  Only adverse weather days in excess of what is identified in the schedule would entitle ECC to time extensions.  The RFP (Exhibit SG-011, RFP for TQ/DFAC, page 116) states:

50

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A94**

*1.42 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER*

*1.42.1 General*

*This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the Contract Clause 52.249-10 entitled DEFAULT (FIXED-PRICE CONSTRUCTION) APR 1984. The listing below defines the monthly anticipated unusually severe weather for the contract period and is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the geographic location of the project. The schedule of anticipated unusually severe weather will constitute the baseline for determining monthly weather time evaluations. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract each month, actual unusually severe weather days will be recorded on a calendar day basis (including weekends and holidays) and compared to the monthly anticipated unusually severe weather in the schedule below. The term "actual unusually severe weather days" shall include days actually impacted by unusually severe weather. The Contractor's schedule must reflect the anticipated unusually severe weather days on all weather dependent activities.*

MONTHLY ANTICIPATED UNUSUALLY SEVERE WEATHER CALENDAR DAYS

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1   | 2   | 2   | 3   | 0   | 2   | 2   | 2   | 2   | 0   | 0   | 1   |

The criteria for how these days are to be accounted for is described in the section that follows (Exhibit SG-011, page 116):

*1.42.2 Time Extensions*

*The number of actual unusually severe weather days shall be calculated chronologically from the first to the last day in each month. Unusually severe weather days must prevent work for fifty percent (50%) or more of the Contractor's work day and delay work critical to the timely completion of the project. If the number of actual unusually severe weather days*

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

*exceeds the number of days anticipated in the paragraph above, the Contracting Officer will determine whether the Contractor is entitled to a time extension. The Contracting Officer will convert any qualifying delays to calendar days and issue a modification in accordance with the Contract Clause 52.249-10 entitled DEFAULT (FIXED-PRICE CONSTRUCTION) APR 1984.*

Specification section 01 32 17.00 20 - NETWORK ANALYSIS SCHEDULES (NAS) (Exhibit SG-011, page 143) describes how ECC was to account for the expected adverse weather in the schedule calendars:

*1.6.2 Schedule Activity Properties and Level of Detail*
*1.6.2.6 Anticipated Weather Delays*
*Schedule activity duration(s) shall be formulated with allowance for normal adverse weather conditions. Any activity duration, which could be impacted by normally anticipated adverse weather (precipitation, high or low temperature, wind, etc.), due to the time period that the Contractor has scheduled the work, shall include an adjustment to include the anticipated weather delay. The Contractor shall anticipate delay by comparing the contractually imposed environmental restrictions in the Contract Documents to the National Oceanic and Atmospheric Association's (NOAA) historical monthly averages for the NOAA location closest to the project site. The number of anticipated adverse weather delays allocated to an activity will be reflected in the activity's calendar. A lost workday, due to weather conditions, is defined as a day in which the Contractor's workforce cannot work 50 percent or more of the day on the impacted activity(s). The Contractor shall immediately notify the Contracting Officer when a lost day has occurred due to weather, will record on the Daily Reports the occurrence of adverse weather and resultant impact to the normally scheduled work. If the number of actual adverse weather delay days exceeds the number of days anticipated, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days and issue a modification in accordance with the contract clauses.*

Multiple sources were reviewed to identify:

- Unusually severe weather days

- The impact of the severe weather to construction

- Activities critical to Project completion

The documents include:

- Quality Assurance Reports (QAR) Daily Log of Construction from January 2, 2014, to May 7, 2016, which include the:

    o Weather log

    o Determinations of delay

    o Narratives of delay

- Contractor's Quality Control Reports (QCR) Daily Log of Construction from January 3, 2014, to April 23, 2016, which include the:

    o Weather log

    o Determinations of delay

    o Narratives of delay

- ECC Letter H-103 dated January 18, 2016 (Exhibit SG-078, H-103), in which ECC requests lost days due to weather. This letter details ECC's evaluation of Kooheji's claimed weather days.

- Actual weather conditions per Weather Underground, an IBM business *[https://weatherspark.com/y/104944/Average-Weather-in-Manama-Bahrain-Year-Round]*

- Contemporaneous P6 Project schedule updates

Using these sources, 60 unusually severe weather days were identified that met the following conditions:

- They were identified as a weather delay in either the QAR or the QCR
- They were identified in ECC's Activities and Weather Claim Report attached to Letter H-103 (Exhibit SG-078, H-103)
- They reflected actual weather with:
    o Sustained winds over 22 MPH
    o High temperatures over 95°F and greater than 5°F over the average high temperature for the month

Of the 60 unusually severe weather days, 28 were allocated to the allowances for monthly anticipated unusually severe weather calendar days per Section 01 31 13.12 10 - Special Clauses of the General Conditions, subsection 1.42 Time Extensions for Unusually Severe Weather, shown previously. After accounting for the calendar days allowances, 32 unallocated, unusually severe weather days remained as potential delay days.

Of the 32 weather days, only 16 were described in the daily reports as days having at least 50% productivity impact criteria, in compliance with subsection 1.42.2 Time Extensions of the General Conditions, quoted previously. After inserting TIAs into the contemporaneous schedules listed in the following figure, 11 weather days were identified as extending the critical path. These 11 unusually severe weather delay days are the basis of ECC's claim for time extension. The following figure provides a summary by delay event date.

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**Figure 19    Weather delay summary**

| Delay | Allow | 50% | Claim |
|---|---|---|---|
| 05/01/14 | Y | N | |
| 05/23/14 | Y | N | |
| 05/30/14 | Y | N | |
| 06/09/14 | N | | |
| 06/10/14 | N | | |
| 06/11/14 | Y | Y | Y |
| 06/12/14 | Y | Y | Y |
| 06/13/14 | Y | N | |
| 06/14/14 | Y | Y | Y |
| 06/15/14 | Y | Y | Y |
| 07/28/14 | N | | |
| 08/08/14 | N | | |
| 10/03/14 | Y | N | |
| 11/05/14 | Y | Y | Y |
| 11/06/14 | Y | Y | Y |
| 11/07/14 | Y | N | |
| 12/12/14 | N | | |
| 01/08/15 | N | | |
| 01/18/15 | Y | N | |
| 02/06/15 | N | | |
| 02/27/15 | N | | |

| Delay | Allow | 50% | Claim |
|---|---|---|---|
| 03/06/15 | N | | |
| 03/22/15 | N | | |
| 03/23/15 | Y | Y | Y |
| 03/26/15 | Y | N | |
| 04/10/15 | N | | |
| 04/13/15 | N | | |
| 04/24/15 | N | | |
| 04/25/15 | Y | Y | Y |
| 04/26/15 | Y | Y | Y |
| 05/15/15 | Y | N | |
| 05/17/15 | Y | Y | Y |
| 05/22/15 | Y | N | |
| 06/06/15 | N | | |
| 06/19/15 | N | | |
| 06/21/15 | Y | Y | Y |
| 06/22/15 | Y | Y | Y |
| 07/14/15 | N | | |
| 07/17/15 | N | | |
| 07/18/15 | Y | N | |
| 08/01/15 | N | | |
| 08/16/15 | N | | |

| Delay | Allow | 50% | Claim |
|---|---|---|---|
| 08/30/15 | Y | Y | Y |
| 10/09/15 | Y | N | |
| 11/10/15 | Y | Y | Y |
| 12/05/15 | N | | |
| 12/06/15 | Y | Y | Y |
| 01/03/16 | N | | |
| 01/04/16 | Y | Y | Y |
| 01/19/16 | Y | N | |
| 01/29/16 | Y | N | |
| 02/04/16 | N | | |
| 02/12/16 | N | | |
| 03/14/16 | N | | |
| 03/15/16 | N | | |
| 03/16/16 | Y | N | |
| 03/28/16 | Y | N | |
| 04/25/16 | N | | |
| 04/26/16 | N | | |
| 04/27/16 | N | | |
| **Totals** | **32** | **16** | **11** |

The criticality of the weather delays were confirmed via TIA analysis. TIAs were in the form of a modified activity calendar that added the weather delay days—identified in the analysis described previously—in addition to the weather days already in ECC's calendars. Criticality of the unusually severe weather day impact was determined if the Project completion milestone of the impacted schedule shifted at least one calendar day.

Modified calendars were created for approximately one month at a time and inserted into the following schedules.

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**Figure 20    Critical path weather delay**

| Month containing weather delay days | Data date of impacted schedule | Critical path extended |
|---|---|---|
| June 2014 | January 2, 2014 | |
| November 2014 | October 26, 2014 | X |
| March 2015 | February 27, 2015 | |
| April 2015 | March 25, 2015 | X |
| May 2015 | April 30, 2015 | X |
| June 2015 | May 29, 2015 | X |
| August 2015 | July 31, 2015 | X |
| November 2015 | November 1, 2015 | X |
| December 2015 | November 30, 2015 | X |
| January 2016 | January 1, 2016 | X |

The TIAs show only the impacts of the weather delays, independent of other modeled delays in progress at the same time.

The cumulative calendar day impact of the delays is determined as part of the total cumulative delay analysis, in which the driving delays are determined.  This analysis is discussed later in the report.

The impact of the unusually severe weather by month is summarized in the following figure.

**Figure 21    Weather TIA critical delay**

| Days of unusually severe weather | Data date of impacted schedule | Project extension (calendar days) |
|---|---|---|
| November 5-6, 2014 | October 26, 2014 | 3 |
| April 25-26, 2015 | March 25, 2015 | 3 |
| May 17, 2015 | April 30, 2015 | 4 |

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A100**

| Days of unusually severe weather | Data date of impacted schedule | Project extension (calendar days) |
|---|---|---|
| June 21-22, 2015 | May 29, 2015 | 2 |
| August 30, 2015 | July 31, 2015 | 1 |
| November 10, 2015 | November 1, 2015 | 0 |
| December 5, 2015 | November 30, 2015 | 3 |
| January 4, 2016 | January 1, 2016 | 3 |
| **Total** | | **19** |

The impact to the critical path from all the weather delay TIAs totals 19 calendar days.

### 3. Concurrency Analysis Methodology

TIAs were performed on six different impact events. Some periods of analysis overlap, and this section of the report analyzes potential concurrency between delay events.

### a. Impact Events

To determine which impact events were the driving delays and whether there was any cumulative effect of impact events in progress at the same time, a concurrency analysis was done. The concurrency analysis is consistent with the enhanced protocol found in AACE RP 29R-03 under MIP 3.7.H., Identification and Quantification of Concurrent Delays and Pacing.

For each of the following impact events, a fragnet was built to represent the development and resolution of the issue:

- Late approval of ECC Project staff
- Loss of the Kooheji piling crew
- CMU productivity and material shortage

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A101**

- Modification 16 for the sanitary lift station

- Modification 18 for the change to exterior lighting

- Unusually severe weather

To perform the single-event TIAs, fragnets that represent each impact event were developed using as-built information from the contemporaneous schedule updates, Project documents, and information found in previous ECC claims.  The point in the event timeline that progress on the relevant Project work activity was hindered was the start of the fragnet.

For each TIA, the contemporaneous schedule update with a data date just prior to the point in time that the Project was impacted was selected as the base schedule.  The fragnet was inserted into a copy of the base schedule, the schedule was calculated, the Project completion date was compared to the unimpacted completion date, and any change in the date for Project completion was the delay assigned for the impact event.

The initial single-event TIA analysis does not account for:

- The interaction between the modeled event with other potential delays that occurred close to or at the same time

- The concurrency of the various impact events

Each single-event TIA quantifies the effect of only that event.

The results of the individual impact event TIAs are summarized in the following figure.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A102**

**Figure 22    Summary of modeled impact events**

| Impact event | Base schedule data date | Base schedule finish date | Impacted finish date | Single TIA critical path delay (calendar days) |
|---|---|---|---|---|
| Late approval of ECC Project staff | 2Jan14 | 13Dec15 | 10Feb16 | 59 |
| Loss of Kooheji piling crew | 2Jan14 | 13Dec15 | 13Dec15 | 0 |
| Weather in June 2014 | 2Jan14 | 13Dec15 | 13Dec15 | 0 |
| Weather in November 2014 | 26Oct14 | 16Mar16 | 16Mar16 | 3 |
| CMU productivity and material shortage | 27Feb15 | 26Jun16 | 29Aug16 | 64 |
| Weather in March 2015 | 27Feb15 | 26Jun16 | 26Jun16 | 0 |
| Weather in April 2015 | 25Mar15 | 30Jun16 | 30Jun16 | 3 |
| Weather in May 2015 | 30Apr15 | 17Apr16 | 17Apr16 | 4 |
| Weather in June 2015 | 29May15 | 17Apr16 | 17Apr16 | 2 |
| Modification 16, sanitary lift station | 1Jul15 | 26Apr16 | 28May16 | 32 |
| Weather in August 2015 | 31Jul15 | 7May16 | 7May16 | 1 |
| Weather in November 2015 | 1Nov15 | 31Aug16 | 31Aug16 | 0 |
| Weather in December 2015 | 30Nov15 | 31Aug16 | 31Aug16 | 3 |
| Modification 18, change to exterior lighting | 1Jan16 | 31Aug16 | 31Aug16 | 0 |
| Weather in January 2016 | 1Jan16 | 31Aug16 | 31Aug16 | 3 |

The individual TIAs were inserted into copies of the contemporaneous schedule updates along with all other delay events in progress at the same time to determine which of the modeled events were the driving delays throughout the Project (Exhibit SG-079, Concurrency schedules).

The steps to analyze all delay events concurrently generally followed these steps:

1. A copy was made of the schedule update files, listed in an earlier figure. For each schedule, before the fragnets were added, the planned dates in the base schedule

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

were saved as a baseline to preserve the existing dates, which were used to calculate the impact, if any, of the fragnets.

2. The schedules were analyzed in date order. Each fragnet was inserted into updates starting with its original base schedule as well as each schedule in which it was in progress:

   o If more than one fragnet was to be inserted into a schedule, the fragnets were added chronologically.

   o Weather impacts were added last.

3. The TIAs were copied into schedule updates one of two ways:

   o If fragnet activities were created to model the delay event, the entire "Potential Delay Event" work breakdown structure (WBS) was copied into the appropriate schedule update.

   o If the fragnet consisted of revisions to base schedule activities, the changes to activity relationships or durations were made to fragnet activities in progress or not started.

4. As necessary, progress up to the data date was added to the fragnet.

5. In-progress fragnets were inserted first, in the same order that the impact events had started chronologically. The schedule was calculated after each fragnet insertion, and any change in the Project completion date was recorded.

6. The schedule update was calculated after the addition of each fragnet to determine the impact of the fragnet and whether the fragnets added later.

7. After the insertion of each fragnet, a copy was made of each impacted schedule until all fragnets were in the same schedule to determine the driving delay.

8. After all fragnets that started, completed, or were in progress during the update period were inserted and the schedule calculated, the resulting critical path was used to identify the most critical impact event for all simultaneous impact events,

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A104**

as well as to monitor how the ongoing contemporaneous adjustments in the monthly updates attempted to mitigate the delays.

9. Occasionally, two in-progress impact events affected the same work, and the cumulative effect was greater than the delay caused by each event when analyzed individually. In this analysis, these instances were due to the weather delay interacting with modified base activities.

The discussion in Section IV.A.4 of this report details:

- Which impact events were inserted into which schedules
- Which impact events were in progress at the same time
- Any cumulative effect that increased the impact of a single event fragnet

## b. Driving Delays

Some impact events had very short durations, and those impact events would not be expected to overtake earlier, longer-duration impact events that occurred at the same time. To determine which impacts were the driving delays, a concurrency analysis was performed:

- To evaluate the effect of all impact events that were in progress at the same time
- To determine which impact event extended the Project completion date from update to update

The schedules used in the concurrency analysis are listed in the following figure.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**Figure 23**    **Schedules used for analysis**

| Project ID | Data date | | Project ID | Data date |
|---|---|---|---|---|
| TRBL | 2-Jan-14 | | T56F | 1-Jul-15 |
| T47F | 25-Jul-14 | | T57E | 31-Jul-15 |
| T49D | 30-Sep-14 | | T58I | 1-Sep-15 |
| T4AB | 26-Oct-14 | | T59E | 1-Oct-15 |
| T4BA | 30-Nov-14 | | T5AE | 1-Nov-15 |
| T4CC | 31-Dec-14 | | T5BE | 30-Nov-15 |
| T51E | 31-Jan-15 | | T5CE | 1-Jan-16 |
| T52F | 27-Feb-15 | | T61G | 1-Feb-16 |
| T53F | 25-Mar-15 | | T62I | 29-Feb-16 |
| T54E | 30-Apr-15 | | T63F | 1-Apr-16 |
| T55G | 29-May-15 | | T64D | 20-Apr-16 |

According to the methodology described previously, the fragnets were inserted into ECC's contemporaneous monthly schedule updates in the same sequence that the delays occurred:

- To evaluate the most critical fragnet for simultaneous impact events
- To monitor how the ongoing delay affected the schedule as it was adjusted in the monthly updates

The Project completion date was noted after the insertion of each fragnet and calculation of the impact:

- If the date moved, the impact event represented by that fragnet was considered the driving delay.
- If another fragnet was inserted in the same update and the Project Completion date moved again, that event was deemed to have overcome the previous delay and was the driving delay for that period.

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

- If a later fragnet did not impact the Project Completion date, it may have caused a critical path delay but for other in-progress impact events, but it was not the driving delay.

When a delay event continued to be the driving delay from update to update, the Project Completion date was often affected by contemporaneous adjustments to the monthly updates, in addition to the effects of the fragnet. In other words, the Project completion date estimated by the fragnet's initial impact did not remain static from month to month due to both Project progress and ECCI's effort to accommodate various delays by re-sequencing work to achieve USACE's desired completion dates and overcome delays caused by USACE's actions and inaction.

After all of the in-progress fragnets were inserted:
- The driving delay for each month was identified
- The number of days in that month that should be attributed to that impact event was calculated

Delay days started accruing after the impacted finish date went beyond December 16, 2015, which is the required finish after the time extension granted in Modification 20 was added to the original required finish date of December 13, 2015, as shown in the following figure.

**Figure 24    Revised required finish date**

| | |
|---|---|
| Original required finish | December 13, 2015 |
| Time extension for weather | 3 days |
| Revised required finish date | December 16, 2015 |

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A107**

The driving delays are shown in the following figures.

**Figure 25    Summary of delay**

| Delay event | Excusable, compensable delay | Excusable, non-compensable delay | Non-excusable delay |
|---|---|---|---|
| Delayed staff approval | (59) | | |
| Loss of piling crew | (20) | | |
| CMU shortage | (64) | | |
| Mod 16: Sanitary lift station | (33) | | |
| Weather | | (1) | |
| ECC lack of progress | | | (176) |
| Total delay by category | (176) | (1) | (176) |
| **Total Project delay** | **(353)** | | |

**Figure 26    Driving delays**



All delay events are described in more detail in the following section.

64

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A108**

## 4. Concurrency Analysis by Update

### a. Data Date:  January 2, 2014

Three impact events occurred in this update period:

- Late approval of ECC Project staff

- Loss of a piling crew

- Unusually severe weather in June 2014

The impact event with the earliest start date—late approval of ECC Project staff—was inserted into a copy of the final baseline schedule with data date January 2, 2014.  The fragnet was modeled to start on February 5, 2014—the date that ECC submitted Letter H-002 requesting approval of its candidates for Superintendent and SSHO.  After the fragnet was inserted and the impacted schedule was calculated, the Project completion date shifted:

- From December 13, 2015

- To February 10, 2016

- A total of 59 calendar days

The TIA for the piling crew—which consisted of adding a relationship between existing activities for drilling piles in Areas A  and B—was added to the January 2, 2014, schedule.  The schedule was calculated but the Project completion date of February 10, 2016, did not change.

The TIA calendar for unusually severe weather was added to the schedule and exterior construction activities assigned to the calendar.  The schedule was calculated but the Project completion date of February 10, 2016, did not change.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**Figure 27    Summary of driving delay: January 2, 2014, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| **TOTAL** | | | **59** | | |

The last activity in the fragnet for the late approval of ECC Project staff finished on July 2, 2014, and was complete during this period. The weather impacts were also complete this period. The loss of a piling crew TIA was not complete and was carried forward for analysis in the next schedule update.

## b. Data Date:  July 25, 2014

One impact event occurred in this update period:

- Loss of a piling crew

The contemporaneous schedule update showed an extension of the Project duration beyond what was modeled by the concurrency analysis in the previous update—February 10, 2016. The Project completion date in the contemporaneous July 25, 2014, update is shown as March 15, 2016—34 calendar days later than February 10, 2016, the impacted finish from the previous update analysis. This extension of the Project duration is due to lack of progress and remains unassigned.

This schedule update appears to be an update of the original approved baseline schedule, which showed a different sequence for pile drilling. The existing activities could not be altered to reflect the intent of the TIA, so the loss of a piling crew was not modeled in this

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A110**

update. After calculating, there was no change to the Project completion date—March 15, 2016.

The boldface text in the following figure indicates the latest impacted finish dates, with which driving delay is calculated.

Figure 28    Summary of driving delay: July 25, 2014, update

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (calendar days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| **TOTAL** | | | **93** | | |

The loss of a piling crew TIA was not complete and was carried forward for analysis in the next schedule update.

## c. Data Date:  September 30, 2014

One impact event occurred in this update period:

- Loss of a piling crew

The Project completion date in the unimpacted schedule is May 2, 2016—48 calendar days later than the July 25, 2014, schedule update.  This Project extension is due to lack of progress and remains unassigned.

67

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A111**

The activities for pile drilling had not started, and a finish-to-start relationship was added between activities for pile drilling for Areas A and B. The schedule was calculated, and the Project completion date shifted:

- From May 2, 2016
- To May 22, 2016
- A total of 20 calendar days

**Figure 29    Summary of driving delay: September 30, 2014, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| **TOTAL** | | | **161** | | |

The loss of a piling crew TIA was not complete and was carried forward for analysis in the next schedule update.

### d. Data Date:  October 26, 2014

Two impact events occurred in this update period:

- Loss of a piling crew
- Unusually severe weather in November 2014

The TIA for the piling crew—which consisted of adding a relationship between existing activities for drilling piles in Areas A and B—was added to the October 26, 2014, schedule. The schedule was calculated, and the Project completion date shifted:

- From March 16, 2016

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

- To March 22, 2016
- A total of six calendar days

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress during the month of November 2014 were assigned to the TIA calendar. The schedule was calculated, and the Project completion date shifted an additional four calendar days:

- From March 22, 2016
- To March 26, 2016

None of the TIAs caused an extension of the Project duration beyond the Project completion date of May 22, 2016—the controlling impacted finish date up to this point.

**Figure 30    Summary of driving delay: October 26, 2014, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| **TOTAL** | | | **161** | | |

The pile drilling in Areas A and B were completed in this period, and this TIA was not carried forward. The weather impacts were also complete this period.

### e. Data Date: November 30, 2014, through January 31, 2015

There were no impact events in progress during this period, but the Project completion date in the contemporaneous schedules extended beyond what had been modeled in previous updates. This delay is due to lack of progress and remains unassigned.

**Figure 31    Summary of driving delay: November 30, 2014, through January 31, 2015, updates**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| **TOTAL** | | | **161** | | |

### f. Data Date: February 27, 2015

Two impact events occurred in this update period:

- CMU productivity and material shortage
- Unusually severe weather in March 2015

The Project completion date in the contemporaneous February 27, 2015, update is 35 calendar days later than the previous latest impacted finish of May 22, 2016. This 35-calendar-day extension of the Project duration is due to lack of progress and remains unassigned.

The TIA for the CMU was added to the February 27, 2015, schedule.  This TIA is a two-step fragnet:

- First, the durations of the CMU activities for the ground floor and Area A and a part of Area B—the areas completed before the CMU material shortage ended—were increased by a factor of 1.6 to account for the final productivity achieved after September 5, 2015, when CMU deliveries improved.  The schedule was calculated, and the Project completion date remained the same—June 26, 2016.

- The durations for the same activities were revised to reflect the actual durations for these areas.  The schedule was calculated, and the Project completion date shifted:
  - From June 26, 2016
  - To August 29, 2016
  - A total of 64  calendar days

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress during the month of March 2014 were assigned to the TIA calendar.  The schedule was calculated, and the Project completion date shifted one additional calendar day:

- From August 29, 2016
- To August 30, 2016

71

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A115**

Figure 32    Summary of driving delay: February 27, 2015, update

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| **TOTAL** | | | **261** | | |

The weather impacts were complete this period.  The CMU productivity and material shortage TIA was not complete and was carried forward for analysis in the next schedule update.

### g.  Data Date:  March 25, 2015

Two impact events occurred in this update period:

- CMU productivity and material shortage

- Unusually severe weather in April 2015

The TIA for the CMU was added to the March 25, 2015, schedule in two steps:

- After the durations of the in-progress and not-started CMU activities for the ground floor and Area A and a part of Area B were increased by a factor of 1.6, the schedule was calculated, and the Project completion date shifted:
  - From June 30, 2016
  - To July 21, 2015

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A116**

- o A total of 21 calendar days
- The durations for the same activities were revised to reflect the actual durations for these areas. The schedule was calculated, and the Project completion date shifted:
  - o From July 21, 2016
  - o To August 3, 2016
  - o A total of 13 calendar days

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress in the month of April 2015 were assigned to the TIA calendar. The schedule was calculated, and the Project completion date shifted one additional calendar day:

- From August 3, 2016
- To August 4, 2016

None of the TIAs caused an extension of the Project duration beyond the Project completion date of August 30, 2016—the controlling impacted finish date up to this point.

**Figure 33    Summary of driving delay: March 25, 2015, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| **TOTAL** | | | **261** | | |

The weather impacts were complete this period.  The CMU productivity and material shortage TIA was not complete and was carried forward for analysis in the next schedule update.

## h. Data Date:  April 30, 2015

Two impact events occurred in this update period:

- CMU productivity and material shortage
- Unusually severe weather in May 2015

The TIA for the CMU was added to the April 30, 2015, schedule in two steps:

- After the durations of the in-progress and not-started CMU activities for the ground floor and Area A and a part of Area B were increased by a factor of 1.6, the schedule was calculated, and the Project completion date shifted:
  - From April 17, 2016

- o To April 27, 2015
- o A total of 10 calendar days
- The durations for the same activities were revised to reflect the actual durations for these areas.  The schedule was calculated, and the Project completion date shifted:
  - o From April 27, 2016
  - o To June 13, 2016
  - o A total of 47 calendar days

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress in the month of May 2015 were assigned to the TIA calendar.  The schedule was calculated, and the Project completion date shifted one additional calendar day:

- From June 13, 2016
- To June 14, 2016

None of the TIAs caused an extension of the Project duration beyond the Project completion date of August 30, 2016—the controlling impacted finish date up to this point.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A119**

**Figure 34    Summary of driving delay: April 30, 2015, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| **TOTAL** | | | **261** | | |

The weather impacts were complete this period. The CMU productivity and material shortage TIA was not complete and was carried forward for analysis in the next schedule update.

## i.  Data Date:  May 29, 2015

Two impact events occurred in this update period:

- CMU productivity and material shortage
- Unusually severe weather in June 2015

The TIA for the CMU was added to the May 29, 2015, schedule in two steps:

76

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A120**

- After the durations of the in-progress and not-started CMU activities for the ground floor and Area A and a part of Area B were increased by a factor of 1.6, the schedule was calculated, and the Project completion date shifted:
    - From April 17, 2016
    - To April 19, 2015
    - A total of two calendar days
- The durations for the same activities were revised to reflect the actual durations for these areas. The schedule was calculated, and the Project completion date shifted:
    - From April 19, 2016
    - To May 30, 2016
    - A total of 41 calendar days

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress in the month of June 2015 were assigned to the TIA calendar. The schedule was calculated, and the Project completion date shifted one additional calendar day:

- From May 30, 2016
- To June 1, 2016

None of the TIAs caused an extension of the Project duration beyond the Project completion date of August 30, 2016—the controlling impacted finish date up to this point.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**Figure 35    Summary of driving delay: May 29, 2015, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |
| **TOTAL** | | | **261** | | |

The weather impacts were complete this period. The CMU productivity and material shortage TIA was not complete and was carried forward for analysis in the next schedule update.

## j.  Data Date:  July 1, 2015

Two impact events occurred in this update period:

- CMU productivity and material shortage
- Sanitary lift station

The TIA for the CMU was added to the July 1, 2015, schedule in two steps:

78

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A122**

- After the durations of the in-progress and not-started CMU activities for the ground floor and Area A and a part of Area B were increased by a factor of 1.6, the schedule was calculated, and the Project completion date shifted:
  - From April 26, 2016
  - To May 5, 2015
  - A total of nine calendar days
- The durations for the same activities were revised to reflect the actual durations for these areas. The schedule was calculated, and the Project completion date shifted:
  - From May 5, 2016
  - To May 15, 2016
  - A total of 10 calendar days

The TIA for the addition of the sanitary lift station to the Contract was added to the schedule after the CMU TIA. After the schedule was calculated, the Project completion date shifted 55 additional calendar days:

- From May 15, 2016
- To June 5, 2016

The sanitary lift station fragnet pushed the Project completion date later than shown in the individual TIA. The longest path after the sanitary lift station fragnet was added included impacted CMU activities, which contributed to and increased the overall delay to the Project.

None of the TIAs caused an extension of the Project duration beyond the Project completion date of August 30, 2016—the controlling impacted finish date up to this point.

79

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A123**

**Figure 36    Summary of driving delay: July 1, 2015, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| **TOTAL** | | | **261** | | |

The CMU productivity and material shortage TIA and the sanitary lift station TIA were not complete and were carried forward for analysis in the next schedule update.

### k. Data Date:  July 31, 2015

Three impact events occurred in this update period:

- CMU productivity and material shortage

- Sanitary lift station

- Unusually severe weather in August 2015

The TIA for the CMU was added to the July 31, 2015, schedule in two steps:

- After the durations of the in-progress and not-started CMU activities for Area A and a part of Area B were increased by a factor of 1.6, the schedule was calculated, and the Project completion date shifted:
  - From May 7, 2016
  - To May 16, 2015
  - A total of 11 calendar days
- The durations for the same activities were revised to reflect the actual durations for these areas.  The schedule was calculated, and the Project completion date shifted:
  - From May 16, 2016
  - To May 17, 2016
  - A total of one calendar day

The TIA for the addition of the sanitary lift station to the Contract was added to the schedule after the CMU TIA.  After the schedule was calculated, the Project completion date shifted:

- From May 17, 2016
- To June 30, 2016
- A total of 44 calendar days

The interaction of the CMU production TIA and the sanitary lift station TIA, along with the revisions to the contemporaneous schedule, resulted in a total delay of 54 calendar days.

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress in the month of August 2015 were

81

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A125**

assigned to the TIA calendar.  The schedule was calculated, and the Project completion date remained the same—August 3, 2016.

None of the TIAs caused an extension of the Project duration beyond the Project completion date of August 30, 2016—the controlling impacted finish date up to this point.

**Figure 37    Summary of driving delay: July 31, 2015, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-16 | 0 | 54 | CMU material shortage, March 2015 weather |
| **TOTAL** | | | **261** | | |

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

The weather impacts were complete this period. The CMU productivity and material shortage TIA and the sanitary lift station TIA were not complete and were carried forward for analysis in the next schedule update.

### I. Data Date: September 1, 2015

Two impact events occurred in this update period:

- CMU productivity and material shortage
- Sanitary lift station

The TIA for the CMU was added to the September 1, 2015, schedule in two steps:

- After the durations of the in-progress and not-started CMU activities for Area A and a part of Area B were increased by a factor of 1.6, the schedule was calculated, and the Project completion date shifted:
  - From August 31, 2016
  - To September 4, 2016
  - A total of four calendar days
- The durations for the same activities were revised to reflect the actual durations for these areas. The schedule was calculated, and the Project completion date shifted:
  - From September 4, 2016
  - To August 31, 2016
  - A total of four calendar days

The remaining CMU work in the impacted areas was almost complete, and the net result of the two steps of this TIA was no impact in this update.

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A127**

The TIA for the addition of the sanitary lift station to the Contract was added to the schedule after the CMU TIA.  After the schedule was calculated, the Project completion date did not change from August 31, 2016.

The interaction of the CMU production TIA and the sanitary lift station TIA, along with the revisions to the contemporaneous schedule, resulted in a total delay of 54 calendar days.

The Project completion date of the contemporaneous schedule is one day later than August 30, 2016—the controlling impacted finish date up to this point.  This day is due to lack of progress and remains unassigned.

**Figure 38    Summary of driving delay: September 1, 2015, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A128**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-16 | 0 | 54 | CMU material shortage, March 2015 weather |
| 1-Sep-15 | 31-Aug-16 | **31-Aug-16** | 1 | 0 | Lack of progress |
| **TOTAL** | | | **262** | | |

The CMU productivity and material shortage TIA finished in this period. The sanitary lift station TIA was not complete and was carried forward for analysis in the next schedule update.

### m.    Data Date:  October 1, 2015

One impact event occurred in this update period:

- Sanitary lift station

The TIA for the addition of the sanitary lift station to the Contract was added to the October 1, 2015, schedule. After the schedule was calculated, the Project completion date shifted:

- From August 31, 2016
- To September 21, 2016
- A total of 21 calendar days

This is 21 calendar days later than August 31, 2016—the controlling impacted finish date up to this point.

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**Figure 39    Summary of driving delay: October 1, 2015, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-16 | 0 | 54 | CMU material shortage, March 2015 weather |
| 1-Sep-15 | 31-Aug-16 | **31-Aug-16** | 1 | 0 | Lack of progress |
| 1-Oct-15 | 31-Aug-16 | **21-Sep-16** | 21 | 21 | Sanitary lift station |
| **TOTAL** | | | **283** | | |

The sanitary lift station TIA was not complete and was carried forward for analysis in the next schedule update.

## n. Data Date: November 1, 2015

Two impact events occurred in this update period:

- Sanitary lift station

- Unusually severe weather in November 2015

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

The TIA for the addition of the sanitary lift station to the Contract was added to the November 1, 2015, schedule.  After the schedule was calculated, the Project completion date shifted:

- From August 31, 2016
- To September 3, 2016
- A shift of three calendar days

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress in the month of November 2015 were assigned to the TIA calendar.  The schedule was calculated, and the Project completion date remained the same— September 3, 2016.

None of the TIAs caused an extension of the Project duration beyond the Project completion date past September 21, 2016—the controlling impacted finish date up to this point.

Figure 40    Summary of driving delay: November 1, 2015, update

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A131**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-16 | 0 | 54 | CMU material shortage, March 2015 weather |
| 1-Sep-15 | 31-Aug-16 | **31-Aug-16** | 1 | 0 | Lack of progress |
| 1-Oct-15 | 31-Aug-16 | **21-Sep-16** | 21 | 21 | Sanitary lift station |
| 1-Nov-15 | 31-Aug-16 | 3-Sep-16 | 0 | 3 | Sanitary lift station |
| **TOTAL** | | | **283** | | |

The weather impacts were complete this period. The sanitary lift station TIA was not complete and was carried forward for analysis in the next schedule update.

## o. Data Date:  November 30, 2015

Two impact events occurred in this update period:

- Sanitary lift station
- Unusually severe weather in December 2015

The TIA for the addition of the sanitary lift station to the Contract was added to the November 30, 2015, schedule. After the schedule was calculated, the Project completion date shifted:

- From August 31, 2016
- To September 22, 2016

- A shift of 22 calendar days

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress in the month of December 2015 were assigned to the TIA calendar.  The schedule was calculated, and the Project completion date remained the same—September 22, 2016.

The sanitary lift station TIA caused the Project duration to extend one calendar day beyond the controlling impacted Project completion date:

- From September 21, 2016
- To September 22, 2016

Figure 41    Summary of driving delay: November 30, 2015, update

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |

89

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A133**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-16 | 0 | 54 | CMU material shortage, March 2015 weather |
| 1-Sep-15 | 31-Aug-16 | **31-Aug-16** | 1 | 0 | Lack of progress |
| 1-Oct-15 | 31-Aug-16 | **21-Sep-16** | 21 | 21 | Sanitary lift station |
| 1-Nov-15 | 31-Aug-16 | 3-Sep-16 | 0 | 3 | Sanitary lift station |
| 30-Nov-15 | 31-Aug-16 | **22-Sep-16** | 1 | 22 | Sanitary lift station |
| **TOTAL** | | | **284** | | |

The weather impacts were complete this period. The sanitary lift station TIA was not complete and was carried forward for analysis in the next schedule update.

### p. Data Date: January 1, 2016

Three impact events occurred in this update period:

- Sanitary lift station
- Change exterior lighting to LED
- Unusually severe weather in January 2016

The TIA for the addition of the sanitary lift station to the Contract was added to the January 1, 2016, schedule. After the schedule was calculated, the Project completion date shifted:

- From August 31, 2016
- To September 8, 2016
- A shift of eight calendar days

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

The TIA for the exterior lighting change was added to the schedule after the sanitary lift station TIA.  After the schedule was calculated, the Project completion date remained September 8, 2016—no change.

The TIA calendar for unusually severe weather was added to the schedule, and exterior construction activities scheduled to be in progress in the month of January 2016 were assigned to the TIA calendar.  The schedule was calculated, and the Project completion date remained September 8, 2016.

None of the impact event TIAs caused the Project duration to extend past the controlling impacted Project completion date of September 22, 2016.

**Figure 42    Summary of driving delay: January 1, 2016, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A135**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-15 | 0 | -312 | CMU material shortage, March 2015 weather |
| 1-Sep-15 | 31-Aug-16 | **31-Aug-16** | 1 | 0 | Lack of progress |
| 1-Oct-15 | 31-Aug-16 | **21-Sep-16** | 21 | 21 | Sanitary lift station |
| 1-Nov-15 | 31-Aug-16 | 3-Sep-16 | 0 | 3 | Sanitary lift station |
| 30-Nov-15 | 31-Aug-16 | **22-Sep-16** | 1 | 22 | Sanitary lift station |
| 1-Jan-16 | 31-Aug-16 | 8-Sep-16 | 0 | 8 | Sanitary lift station |
| **TOTAL** | | | **284** | | |

The weather impacts were complete this period.  The sanitary lift station TIA and the exterior light change TIA were not complete and were carried forward for analysis in the next schedule update.

### q. Data Date:  February 1, 2016

Two impact events occurred in this update period:

- Sanitary lift station

- Change exterior lighting to LED

The TIA for the addition of the sanitary lift station to the Contract was added to the February 1, 2016, schedule.  After the schedule was calculated, the Project completion date shifted:

- From September 7, 2016

- To October 3, 2016, 2016

- A shift of 26 calendar days

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

The TIA for the exterior lighting change was added to the schedule after the sanitary lift station TIA. After the schedule was calculated, the Project completion date remained October 3, 2016—no change.

The sanitary lift station TIA caused the Project duration to extend 11 calendar days beyond the controlling impacted Project completion date:

- From September 22, 2016
- To October 3, 2016

**Figure 43    Summary of driving delay: February 1, 2016, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-16 | 0 | 54 | CMU material shortage, March 2015 weather |
| 1-Sep-15 | 31-Aug-16 | **31-Aug-16** | 1 | 0 | Lack of progress |
| 1-Oct-15 | 31-Aug-16 | **21-Sep-16** | 21 | 21 | Sanitary lift station |

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 1-Nov-15 | 31-Aug-16 | 3-Sep-16 | 0 | 3 | Sanitary lift station |
| 30-Nov-15 | 31-Aug-16 | **22-Sep-16** | 1 | 22 | Sanitary lift station |
| 1-Jan-16 | 31-Aug-16 | 8-Sep-16 | 0 | 8 | Sanitary lift station |
| 1-Feb-16 | 7-Sep-16 | **3-Oct-16** | 11 | 26 | Sanitary lift station |
| **TOTAL** | | | **295** | | |

The sanitary lift station TIA and the exterior light change TIA were not complete and were carried forward for analysis in the next schedule update.

### r. Data Date: February 29, 2016

Two impact events occurred in this update period:

- Sanitary lift station
- Change exterior lighting to LED

The Project completion date in the contemporaneous February 29, 2016, update is 24 calendar days later than the previous latest impacted finish of November 6, 2016. This 24-calendar-day extension of the Project duration is due to lack of progress and remains unassigned.

The TIA for the addition of the sanitary lift station to the Contract was added to the February 29, 2016, schedule. After the schedule was calculated, the Project completion date remained the same—November 30, 2016.

The TIA for the exterior lighting change was added to the schedule after the sanitary lift station TIA. After the schedule was calculated, the Project completion date remained the same—November 30, 2016.

**Figure 44    Summary of driving delay: February 29, 2016, update**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-16 | 0 | 54 | CMU material shortage, March 2015 weather |
| 1-Sep-15 | 31-Aug-16 | **31-Aug-16** | 1 | 0 | Lack of progress |
| 1-Oct-15 | 31-Aug-16 | **21-Sep-16** | 21 | 21 | Sanitary lift station |
| 1-Nov-15 | 31-Aug-16 | 3-Sep-16 | 0 | 3 | Sanitary lift station |
| 30-Nov-15 | 31-Aug-16 | **22-Sep-16** | 1 | 22 | Sanitary lift station |
| 1-Jan-16 | 31-Aug-16 | 8-Sep-16 | 0 | 8 | Sanitary lift station |
| 1-Feb-16 | 7-Sep-16 | **3-Oct-16** | 11 | 26 | Sanitary lift station |
| 29-Feb-16 | 30-Nov-16 | **30-Nov-16** | 58 | 0 | Lack of progress |
| **TOTAL** | | | **353** | | |

The sanitary lift station TIA and the exterior light change TIA were not complete and were carried forward for analysis in the next schedule update.

95

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A139**

## s. Data Date: April 1, 2016, and April 20, 2016

Two impact events remained in progress through the remainder of ECC's time on the Project:

- Sanitary lift station
- Change exterior lighting to LED

Neither TIA had an impact on the Project duration, and the Project completion date remained the same—November 30, 2016.

**Figure 45    Summary of driving delay: April 1, 2016, and April 20, 2016, updates**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 2-Jan-14 | 13-Dec-15 | **10-Feb-16** | 59 | 59 | Late approval of staff |
| 25-Jul-14 | 15-Mar-16 | **15-Mar-16** | 34 | 0 | Lack of progress |
| 30-Sep-14 | 2-May-16 | **22-May-16** | 68 | 20 | Lack of progress, loss of piling crew |
| 26-Oct-14 | 16-Mar-16 | 26-Mar-16 | 0 | 10 | Loss of piling crew, weather |
| 30-Nov-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Dec-14 | 19-Apr-16 | 19-Apr-16 | 0 | 0 | Loss of piling crew, weather |
| 31-Jan-15 | 14-May-16 | 14-May-16 | 0 | 0 | Loss of piling crew, weather |
| 27-Feb-15 | 26-Jun-16 | **30-Aug-16** | 100 | 65 | CMU material shortage, March 2015 weather |
| 25-Mar-15 | 30-Jun-16 | 4-Aug-16 | 0 | 35 | CMU material shortage, March 2015 weather |
| 30-Apr-15 | 17-Apr-16 | 14-Jun-16 | 0 | 58 | CMU material shortage, March 2015 weather |
| 29-May-15 | 17-Apr-16 | 1-Jun-16 | 0 | 45 | CMU material shortage, March 2015 weather |
| 1-Jul-15 | 26-Apr-16 | 5-Jun-16 | 0 | 40 | CMU material shortage, March 2015 weather |
| 31-Jul-15 | 7-May-16 | 30-Jun-16 | 0 | 54 | CMU material shortage, March 2015 weather |
| 1-Sep-15 | 31-Aug-16 | **31-Aug-16** | 1 | 0 | Lack of progress |

96

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**A140**

| Base schedule data date | Base schedule finish date | Impacted finish date | Days past previous controlling finish date | Difference due to TIAs (cal days) | Driving delay |
|---|---|---|---|---|---|
| 1-Oct-15 | 31-Aug-16 | **21-Sep-16** | 21 | 21 | Sanitary lift station |
| 1-Nov-15 | 31-Aug-16 | 3-Sep-16 | 0 | 3 | Sanitary lift station |
| 30-Nov-15 | 31-Aug-16 | **22-Sep-16** | 1 | 22 | Sanitary lift station |
| 1-Jan-16 | 31-Aug-16 | 8-Sep-16 | 0 | 8 | Sanitary lift station |
| 1-Feb-16 | 7-Sep-16 | **3-Oct-16** | 11 | 26 | Sanitary lift station |
| 29-Feb-16 | 30-Nov-16 | **30-Nov-16** | 58 | 0 | Lack of progress |
| 1-Apr-16 | 30-Nov-16 | 30-Nov-16 | 0 | 0 | Lack of progress |
| 20-Apr-16 | 30-Nov-16 | 30-Nov-16 | 0 | 0 | Lack of progress |
| **TOTAL** | | | **353** | | |

### t.  Summary of Delays

Impact events analyzed in this report were in progress throughout most of the Project. All of the delays are illustrated in the following figure.  The figure shows the periods the events were in progress, not necessarily the period of driving, critical delay.  That information is shown in a later figure.

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

**Figure 46    TQ/DFAC delay events**



### (1) Driving Critical Delays vs. Non-driving Delays

A delay can be categorized as either:

- A driving critical delay, which impacts the Project by extending the earliest possible Project completion date.

- A non-driving delay, which occurs in parallel with a driving critical delay and possibly other delays but does not extend the earliest possible Project completion date when evaluated in conjunction with all other impact events. But for the driving delay that is occurring at the same time, a non-driving delay would be a driving delay and, hence, a critical delay.

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

All delay events analyzed in this report except some weather days are critical path delays, but not all are driving delays. The TIA analyses and concurrency analysis identified the following events as the driving delays that extended the Project duration.

Figure 47    Driving delays and periods of delay

| | Delay Days | Lack of Progress | Compens. Delay | Weather | Critical delay |
|---|---|---|---|---|---|
| Jan-14 | | | | | |
| Feb-14 | | | | | |
| Mar-14 | 25 | | 25 | | USACE approval of personnel |
| Apr-14 | 30 | | 30 | | USACE approval of personnel |
| May-14 | 4 | | 4 | | USACE approval of personnel |
| Jun-14 | 9 | 9 | | | Lack of progress |
| Jul-14 | 25 | 25 | | | Lack of progress |
| Aug-14 | 19 | 19 | | | Lack of progress |
| Sep-14 | 30 | 29 | 1 | | Lack of progress (29), Loss of piling crew (1) |
| Oct-14 | 19 | | 19 | | Loss of piling crew |
| Nov-14 | | | | | |
| Dec-14 | | | | | |
| Jan-15 | 9 | 9 | | | Lack of progress |
| Feb-15 | 26 | 26 | | | Lack of progress |
| Mar-15 | 1 | | | 1 | Weather |
| Apr-15 | | | | | |
| May-15 | | | | | |
| Jun-15 | | | | | |
| Jul-15 | 29 | | 29 | | CMU shortage |
| Aug-15 | 31 | | 31 | | CMU shortage |
| Sep-15 | 5 | 1 | 4 | | Lack of progress (1), CMU shortage (4) |
| Oct-15 | 31 | | 31 | | Sanitary lift station |
| Nov-15 | 2 | | 2 | | Sanitary lift station |
| Dec-15 | | | | | |
| Jan-16 | 31 | 31 | | | Lack of progress |
| Feb-16 | 27 | 27 | | | Lack of progress |
| Mar-16 | | | | | |
| Apr-16 | | | | | |
| TOTAL | 353 | 176 | 176 | 1 | |

99

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A143**

A delay event became the driving delay when it impacted its base schedule successor activity to the point the successor activity had absorbed all of the float it had in the base schedule and became a driving predecessor to the Project completion and extended the Project duration, according to the TIA analysis. The delay days assigned to that event are the days of Project extension in excess of the impacted finish date caused by the previous driving delay, determined by the concurrency analysis.

### (2) Impact of Mitigation Efforts

TIAs, because they are forward-looking, by their very nature do not account for or address the contractor's subsequent mitigation efforts, whether by re-sequencing, acceleration, compression, or a combination thereof. Each of these impact events would have caused the estimated days of delay if the plan had remained just as it was in the base schedule used for the TIA and no subsequent impact events occurred. This is illustrated in the concurrency analysis in those instances when the Project Completion date in succeeding schedule updates, after being impacted by the in-progress impact events, improves.

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**



**Figure 48     Driving delays over time**

Schedule updates were adjusted:

- To reflect ECC's best plan to complete the remaining work
- To achieve Project Completion as close to the required finish date as possible

The recovery schedule developed by ECC with a data date of April 30, 2015, and subsequent use for monthly updates masks some of the compensable delay caused by USACE. The results of this analysis benefit USACE because of ECC's recovery efforts.

Actions taken by ECC to improve efficiency and to positively affect the schedule included:

- Multiple submittals to find acceptable interim Project management personnel
- Developing recovery schedules

March 15, 2023, Expert Report of Rebecca Smith

ECC CENTCOM Constructors, LLC v. United States

- Working with Kooheji to add personnel, including direct contact with other possible subcontractors to supplement Kooheji

The effects of mitigation reduced the overall delay caused by both USACE and ECC.

### (3) Time Extensions Granted by Contract Modifications

Modification 20 dated April 14, 2016 (Exhibit SG-080, Modification 20)—issued just days before ECC was terminated—extended the Project duration by three calendar days for weather days claimed in ECC Letter H-103 (Exhibit SG-078, H-103) and ECC Letter H-107 (Exhibit SG-081, H-107) and as analyzed by USACE (Exhibit SG-082, C-0037). The required Project completion date shifted:

- From December 13, 2015
- To December 16, 2015

According to the concurrency analysis, unusually severe weather was responsible for one day of driving delay, which is an excusable but not compensable delay. The other two days of excusable but not compensable time are applied to the delay at the end of the Project since the Modification was issued at the end of ECC's time on the Project, reducing the delay caused by ECC's lack of progress by two days.

**Figure 49    Summary of delay**

| Delay event | Excusable, compensable delay | Excusable, non-compensable delay | Non-excusable delay |
|---|---|---|---|
| Delayed staff approval | (59) | | |
| Loss of piling crew | (20) | | |
| CMU shortage | (64) | | |
| Mod 16: Sanitary lift station | (33) | | |
| Weather | | (1) | |
| ECC lack of progress | | | (176) |
| Total delay by category | (176) | (1) | (176) |
| Modification 20 time extension | | 1 | 2 |
| Driving delay totals | (176) | 0 | (174) |
| **Total Project delay** | **(350)** | | |

103

## V.    ABBREVIATIONS

| | |
|---|---|
| **AACE** | Association for the Advancement of Cost Engineering |
| **CMU** | Concrete masonry units |
| **CQC** | Contractors Quality Control |
| **DFAC** | Dining Facility |
| **ECC** | ECC CENTCOM Constructors LLC |
| **ESS** | Electronic security system |
| **HPS** | High-pressure sodium |
| **IDIQ** | Indefinite delivery / indefinite quantity |
| **LED** | Light emitting diode |
| **MATOC** | Multiple Award Task Order Contract |
| **MIP** | Method Implementation Protocol |
| **NAS** | Network Analysis Schedules |
| **NOAA** | National Oceanic and Atmospheric Administration |
| **NTP** | Notice to Proceed |
| **QA** | Quality Assurance |
| **QAR** | Quality Assurance Report |

**March 15, 2023, Expert Report of Rebecca Smith**
**ECC CENTCOM Constructors, LLC v. United States**

**A148**

| QC | Quality Control |
|---|---|
| QCM | Quality Control Manager |
| QCR | Quality Control Report |
| REA | Request for Equitable Adjustment |
| RFI | Request for Information |
| RFP | Request for Proposal |
| RMS | Resident Management System |
| RP | Recommended Practice |
| SSHO | Site Safety, Health, and Environmental Officer |
| TIA | Time impact analysis |
| TQ | Transient quarters |
| USACE | U.S. Army Corps of Engineers |
| WBS | Work breakdown structure |

105

**March 15, 2023, Expert Report of Rebecca Smith**

**ECC CENTCOM Constructors, LLC v. United States**

**A149**

# ATTACHMENT A

## Attachment A: Documents Considered

I considered documents included as exhibits to this report and quoted in this report, and I additionally considered the documents listed here in Attachment A.

| File Name |
|---|
| 2021-04-08 Stamped Complaint(6954798.1) |
| 2022-04-28 ECCI Centcom Bahrain TQ Supplemental Complaint- FILE STAMPED(7686256.1) |
| W912ER-11-D-0010-0006 C-0033 Prompt Payment of Subcontractors for U.S. Goverment |
| W912ER-11-D-0010-0006 C-0034 Rejection of Pay Request no.14 |
| W912ER-11-D-0010-0006 C-0032 Return of Pay Request |
| W912ER-11-D-0010-0006 C-0028 Key Personnel Substitutions |
| W912ER-11-D-0010-0006 C-0027 Key Personnel Substitutions, Lee Dillingham |
| TQ-DFAC Mod 08 Furniture Fixtures & Equipment (FF&E) |
| TQ-DFAC Mod 09 Revise Utilities, Washer and Dryer C-0003 |
| TQ-DFAC Mod 11 Exterior Telephone Cable Reduction C-0008 |
| TQ-DFAC Mod 12 Interior Design Changes C-0014 |
| TQ-DFAC Mod 13 Electrical Wiring Color Code Change C-0021 |
| TQ-DFAC Mod 14 Removal Ext High Power Speaker Array C-0019 |
| TQ-DFAC Mod 15 FF&E Change - Toaster - Coffee Maker |
| TQ-DFAC Mod 17 Change Guest Bathroom Doors from Wood to Steel C-0023 |
| TQ-DFAC Mod 19 Delete Loading Dock at TQ C-0022 |
| TQ-DFAC Mod 01 DBA Insurance |
| TQ-DFAC Mod 02 Transfer Contracting Officer Authority |
| TQ-DFAC Mod 03 Exercised Options CLIN |
| TQ-DFAC Mod 04 Hydraulic Elevators to Electric Traction C-0009 RFP 0039 |
| TQ-DFAC Mod 05 Additional Vehicles and Vehicle Fuel |
| TQ-DFAC Mod 06 Electronic Security System (ESS) Option |
| TQ-DFAC Mod 07 Communication Line C-0011 - RFP 0007 & Parking Area C-0013 |
| Baseline Submission |
| P935 & 940 TQ-DFAC Revised Baseline_Narrative_Appendix B_Activity ID Report |
| P935 & 940 TQ-DFAC Revised Baseline_Narrative_Appendix C_Predecessor_Successor Report |
| P935 & 940 TQ-DFAC Revised Baseline_Narrative_Appendix D_30 Day Look Ahead |
| TQ-DFAC Revised Baseline_Narrative_Appendix A_Claim Digger Report |
| P935 & 940 TQ-DFAC Revised Baseline_Detailed Schedule_WBS Layout |
| P935 & 940 TQ-DFAC Revised Baseline_Narrative |
| 02.d Log Report_TQBL_T47F |
| 02.e Earnings Report |
| 02.f Activity ID Report |
| 02.g Predecessor_Successor Report |
| 02.h Total Float Report |
| 02.i Early Start Report |
| DBA Insurance |

| |
|---|
| 01. TQ-DFAC Invoice No. 2 Narrative |
| 02.a Progress Schedule |
| 02.b 30 Day Look Ahead |
| 02.c S-Curve |
| TQ-DFAC Rolled-Up Schedule Lay-out PE 31-Aug-15 |
| TQ-DFAC Rolled-Up Schedule Lay-out PE 31-Dec-15 |
| TQ-DFAC Rolled-Up Schedule Lay-out PE 31-Jan-15 |
| TQ-DFAC Rolled-Up Schedule Lay-out PE 31-Jan-16 |
| TQ-DFAC Rolled-up Schedule Lay-Out PE 31-July-15 |
| TQ-DFAC Rolled-up Schedule Lay-out PE 31-Oct-15 |
| TQ-DFAC Schedule Narrative - 28-Feb-15 |
| TQ-DFAC Schedule Narrative - 29-Nov-15 R |
| TQ-DFAC Schedule Narrative - 30Nov14_R2 |
| TQ-DFAC Schedule Narrative - 31-Aug-15 |
| TQ-DFAC Schedule Narrative - 31-Jan-15 |
| TQ-DFAC Schedule Update PE - 29-Nov-15 |
| TQ-DFAC S-Currve PE 28-May-15 |
| TQ-DFAC S-Curve Lay-out PE 31-Jan-16 |
| TQ-DFAC S-Curve PE 28-Feb-15 |
| TQ-DFAC S-Curve PE 30-Sep-15 |
| TQ-DFAC S-Curve PE 31-Aug-15 |
| TQ-DFAC S-Curve PE 31-Jan-15 |
| TQ-DFAC S-Curve PE 31-July-15 |
| TQ-DFAC S-Curve PE 31-Oct-15 |
| TQ-DFAC S-Curve Schedule Lay-out PE 29-Nov-15 |
| TQ-DFAC S-Curve Schedule Lay-out PE 31-Dec-15 |
| TQ-DFAC T54F_VS_T55G Claim Digger PE 28May15 |
| 01 32 17 00 20-9 Remarks |
| 4620 006 COR H-074 Schedule Recovery Plan Submitted |
| C-0024 Activity Cost Loading |
| P935 & 940 Longest Path Schedule 30Nov14 |
| P935 & 940 Manpower Histogram 30Nov14 |
| P935 & 940 S-Curve 30Nov14 |
| P935 & 940 TQ-DFAC 30 Days Look-Ahead Schedule 30Nov14 |
| P935 & 940 TQ-DFAC 30 Days Look-Ahead Schedule 31Dec14 |
| P935 & 940 TQ-DFAC Activity Relationship 30Nov14 |
| P935 & 940 TQ-DFAC Activity Status Report 30Nov14 |
| P935 & 940 TQ-DFAC Activity Status Report 31Dec14 |
| P935 & 940 TQ-DFAC Detailed Schedule 30Nov14 |
| P935 & 940 TQ-DFAC Detailed Schedule 31Dec14 |
| P935 & 940 TQ-DFAC Longest Path Schedule 31Dec14 |
| P935 & 940 TQ-DFAC Manhour Histogram 31Dec14 |
| P935 & 940 TQ-DFAC Predecessors & Successors 31Dec14 |
| P935 & 940 TQ-DFAC Rolled-Up Schedule 30Nov14 |
| P935 & 940 TQ-DFAC Rolled-up Schedule 31Dec14 |
| P935 & 940 TQ-DFAC Schedule Narrative - 31Dec14 |

| |
|---|
| P935 & 940 TQ-DFAC S-Curve 31Dec14 |
| T4BA_VS_T4CC Claim Digger Report 31Dec14 |
| T4BA_VS_TRBL Claim Digger 30Nov14 |
| T4BA_VS_TRBL Claim Digger |
| T4CC_VS_T51E Claim Digger - PE 31Jan15 |
| T56F_VST55G Claim Digger PE 30-Jun-15 |
| TQ Cost Loading Comparison - 30-Jun-15 1 |
| TQ Cost Loading Comparison - 30-Jun-15 2 |
| TQ Cost Loading Comparison - 30-Jun-15 |
| TQ-DFAC 3 Weeks Look-Ahead PE 30-April-15 Recovery Schedule R1 |
| TQ-DFAC 3 Weeks Look-Ahead PE 30-April-15 Recovery Schedule |
| TQ-DFAC 3Mo Look-Ahead Schedule PE 25-Oct-14 |
| TQ-DFAC 3Mo Look-Ahead Schedule PE 25-Oct-14 |
| TQ-DFAC 3WLA Schedule Lay-out PE 31-Oct-15 |
| TQ-DFAC 30 Day Look-Ahead Schedule Lay-out PE 31-Aug-15 |
| TQ-DFAC 30 Days Look-Ahead Schedule Lay-Out PE 25-Mar-15 |
| TQ-DFAC 30 Days Look-Ahead Schedule Lay-Out PE 28-Feb-15 |
| TQ-DFAC 30 Days Look-Ahead Schedule Lay-out PE 30-Sep-15 |
| TQ-DFAC 30 Days Look-Ahead Schedule Lay-out PE 31-Dec-15 |
| TQ-DFAC 30 Days Look-Ahead Schedule Lay-out PE 31-Oct-15 |
| TQ-DFAC 30 Days Look-Ahead Schedule PE 28-May-15 |
| TQ-DFAC 30Days Look-Ahead Schedule Lay-out PE 31-Jan-15 |
| TQ-DFAC 30Days Look-Ahead Schedule Lay-Out PE 31-July-15 |
| TQ-DFAC Activity Predecessor and Successors Report PE 30-Sep-15 |
| TQ-DFAC Activity Predecessor and Successors Report PE 31-Oct-15 |
| TQ-DFAC Activity Status Report - 31-Aug-15 |
| TQ-DFAC Activity Status Report 31-Jan-15 |
| TQ-DFAC Activity Status Report Lay-out PE 29-Nov-15 |
| TQ-DFAC Activity Status Report PE 25-Mar-15 |
| TQ-DFAC Activity Status Report PE 28-Feb-15 |
| TQ-DFAC Activity Status Report PE 28-May-15 |
| TQ-DFAC Activity Status Report PE 30-Sep-15 |
| TQ-DFAC Activity Status Report PE 31-Dec-15 |
| TQ-DFAC Activity Status Report PE 31-Jan-16 |
| TQ-DFAC Activity Status Report PE 31-July-15 |
| TQ-DFAC Activity Status Report PE 31-Oct-15 |
| TQ-DFAC BID CLIN Summary PE 28-Feb-15 |
| TQ-DFAC CMU Schedule Lay-Out PE 30-April-15 RS |
| TQ-DFAC Critical Longest Path Schedule Lay-out PE 30-Sep-15 |
| TQ-DFAC Critical Longest Path Schedule Lay-out PE 31-Aug-15 |
| TQ-DFAC Critical Path Schedule Lay-out PE 31-Oct-15 |
| TQ-DFAC Detailed Schedule by WBS Lay-Out PE 28-May-15 |
| TQ-DFAC Detailed Schedule by WBS Lay-Out PE 31-July-15 |
| TQ-DFAC Detailed Schedule Lay-out PE 20-Apr-16 |
| TQ-DFAC Detailed Schedule Lay-Out PE 25-Mar-15 R1 |
| TQ-DFAC Detailed Schedule Lay-Out PE 25-Mar-15 R2 |

| |
|---|
| TQ-DFAC Detailed Schedule Lay-Out PE 25-Mar-15 |
| TQ-DFAC Detailed Schedule Lay-Out PE 28-Feb-15 |
| TQ-DFAC Detailed Schedule Lay-out PE 29-Feb-16 |
| TQ-DFAC Detailed Schedule Lay-out PE 29-Nov-15 |
| TQ-DFAC Detailed Schedule Lay-Out PE 30-April-15 Recovery Schedule R1 |
| TQ-DFAC Detailed Schedule Lay-Out PE 30-April-15 Recovery Schedule |
| TQ-DFAC Detailed Schedule Lay-out PE 30-Sep-15 |
| TQ-DFAC Detailed Schedule Lay-out PE 31-Aug-15 |
| TQ-DFAC Detailed Schedule Lay-out PE 31-Dec-15 |
| TQ-DFAC Detailed Schedule Lay-out PE 31-Jan-15 |
| TQ-DFAC Detailed Schedule Lay-out PE 31-Jan-16 |
| TQ-DFAC Detailed Schedule Lay-out PE 31-Oct-15 |
| TQ-DFAC Detailed Schedule PE 25-Nov-14 WBS Lay-Out |
| TQ-DFAC Detailed Schedule PE 25-Oct-14 WBS Lay-Out |
| TQ-DFAC EIFS and Roof Schedule Lay-out PE 20-Apr-16 |
| TQ-DFAC EIFS Schedule Lay-out PE 20-Apr-16 |
| TQ-DFAC EIFS Schedule Lay-Out PE 30-April-15 RS |
| TQ-DFAC FCU, HVAC Ducting Wall Schedule Lay-Out PE 30-April-15 RS |
| TQ-DFAC Longest Path Lay-Out PE 25-Mar-15 |
| TQ-DFAC Longest Path PE 25-Oct-14 |
| TQ-DFAC Longest Path PE 25-Oct-14 |
| TQ-DFAC Longest Path Schedule Lay-out PE 20-Apr-16 |
| TQ-DFAC Longest Path Schedule Lay-Out PE 28-Feb-15 |
| TQ-DFAC Longest Path Schedule Lay-Out PE 28-May-15 |
| TQ-DFAC Longest Path Schedule Lay-out PE 29-Feb-16 |
| TQ-DFAC Longest Path Schedule Lay-out PE 29-Nov-15 |
| TQ-DFAC Longest Path Schedule Lay-Out PE 30-April-15 Recovery Schedule R1 |
| TQ-DFAC Longest Path Schedule Lay-Out PE 30-April-15 Recovery Schedule |
| TQ-DFAC Longest Path Schedule Lay-out PE 31-Dec-15 |
| TQ-DFAC Longest Path Schedule Lay-out PE 31-Jan-15 |
| TQ-DFAC Longest Path Schedule Lay-out PE 31-Jan-16 |
| TQ-DFAC Longest Path Schedule Lay-Out PE 31-July-15 |
| TQ-DFAC Manpower Chart PE 28-May-15 |
| TQ-DFAC Manpower Histgram PE 30-April-15 Recovery Schedule R1 |
| TQ-DFAC Manpower Histogram PE 28-Feb-15 |
| TQ-DFAC Manpower Histogram PE 31-Jan-15 |
| TQ-DFAC Manpower Histograph Lay-out PE 31-Jan-16 |
| TQ-DFAC Manpower Histograph PE 29-Nov-15 |
| TQ-DFAC Manpower Histograph PE 30-Sep-15 |
| TQ-DFAC Manpower Histogram PE 31-Aug-15 |
| TQ-DFAC Manpower Histogram PE 31-Dec-15 |
| TQ-DFAC Manpower Histogram PE 31-July-15 |
| TQ-DFAC Manpower Histogram PE 31-Oct-15 |
| TQ-DFAC One Month Look-Ahead Schedule Lay-out PE 29-Feb-16 |
| TQ-DFAC One Month Look-Ahead Schedule Lay-out PE 29-Nov-15 |
| TQ-DFAC One Month Look-Ahead-Up Schedule Lay-out PE 31-Jan-16 |

| |
|---|
| TQ-DFAC Piping Schedule Lay-Out PE 30-April-15 Recovery Schedule R1 |
| TQ-DFAC Pre-Cast & Roof Slab Schedule Lay-Out PE 30-April-15 RS |
| TQ-DFAC Predecessor & Successor Report Lay-out PE 29-Nov-15 |
| TQ-DFAC Predecessor & Successor Report |
| TQ-DFAC Predecessor & Sucessor Report - 31-Aug-15 R2 |
| TQ-DFAC Predecessor and Successor Report PE 31-Dec-15 |
| TQ-DFAC Predecessor and Successor Report PE 31-Jan-16 |
| TQ-DFAC Predecessors & Successors 31-Jan-15 |
| TQ-DFAC Predecessors & Successors Report PE 28-May-15 |
| TQ-DFAC Predecessors & Successors Report PE 31-July-15 |
| TQ-DFAC Predecessors & Successors Status Report PE 25-Mar-15 |
| TQ-DFAC Predecessors & Successors Status Report PE 28-Feb-15 |
| TQ-DFAC Progress Schedule Update PE - 31-Dec-15 |
| TQ-DFAC Project Schedule Update PE 31-Jan-16 |
| TQ-DFAC RC Wall Schedule Lay-Out PE 30-April-15 RS |
| TQ-DFAC Reconciled Percentage PE 31-Jan-15 |
| TQ-DFAC Rolled Up Schedule Lay-Out PE 30-April-15 Recovery Schedule R1 |
| TQ-DFAC Rolled-Up Schedule Lay-Out PE 28-Feb-15 |
| TQ-DFAC Rolled-Up Schedule Lay-Out PE 28-May-15 |
| TQ-DFAC Rolled-Up Schedule Lay-out PE 29-Nov-15 |
| TQ-DFAC Rolled-Up Schedule Lay-out PE 30-Sep-15 |
| W912ER-11-D-0010-0006 C-0017 Letter of Intent to Excercise Options |
| W912ER-11-D-0010-0006 C-0018 Commencement of Piling Work |
| W912ER-11-D-0010-0006 C-0019 Letter of Concern Regarding Schedule |
| W912ER-11-D-0010-0006 C-0020 Letter of Intent to Excercise FFE Options |
| W912ER-11-D-0010-0006 C-0011 RFP-003 Detailed Breakdown of Costs |
| W912ER-11-D-0010-0006 C-0012 RFP-001 Detailed Breakdown of Costs |
| W912ER-11-D-0010-0006 C-0014 Letter of Intent to Exercise |
| W912ER-11-D-0010-0006 C-0015 Security Manager |
| W912ER-11-D-0010-0006 C-0016 Water Saving WC flush valves |
| W912ER-11-D-0010-0006 C-0022 Proof of Payment |
| W912ER-11-D-0010-0006 C-0023 Recovery Plan |
| W912ER-11-D-0010-0006 C-0024 Activity Cost Loading |
| W912ER-11-D-0010-0006 C-0026 Key Personnel Substitutions |
| W912ER-11-D-0010-0006 C-0031 Response to H-077 Cost Loading |
| W912ER-11-D-0010-0006 C-0032 Return of Pay Request |
| W912ER-11-D-0010-0006 C-0058 |
| W912ER-11-D-0010-0006 C-0039 Notice of Termination of Default |
| W912ER-11-D-0010-0006 C-0040 Rejection of Pay Request No. 18 |
| Request for Equitable Adjustment for Lost Days Due to Weather |
| W912ER-11-D-0010-0006 C-0038 Weather Delay Analysis |
| 4620 006 COR H-0001 Documents Required for NTP (TEQ) (2) |
| 4620 006 COR H-0004 Intent to Start Initial Field Activities |
| 4620 006 COR H-0007 Building TQ Layout |
| 4620 006 COR H-0009 TQ Building Layout (2) |
| 4620 006 COR H-0010 Invoice No.1 |

5

**A155**

| |
|---|
| 4620 006 COR H-0013 RFP-002, Delete Requirements for access gate at the Loading Dock. |
| 4620 006 COR H-0016 Submitted as 4620.006.COR.H-015 |
| 4620 006 COR H-0017 Submitted as 4620.006.COR.H-016 RFP-003 Remove Emergency Power Requirements |
| 4620 006 COR H-0020 RFP004 Extension request |
| 4620 006 COR H-022 RFI-0039 Electric Traction Elevators  Request For No-TimeNo-Cost Modification |
| 4620 006 COR H-023 Government Letter C-0012 Request re-submittal of RFP-001 |
| 4620 006 COR H-024 Government Letter C-0012 Request re-submittal of RFP 003_ |
| 4620 006 COR H-025 RFP004 Extension request |
| 4620 006 COR H-026 Comms Line Demo Approval request and Notification |
| 4620 006 COR H-027 Additional Detail for RFP-001 |
| 4620 006 COR H-028 Invoice 2 |
| 4620 006 COR H-029 Lift Station Changed Site Condition Conference CallWebex Meeting Minutes |
| 4620 006 COR H-030 RFP-0004 Add Bug Zappers Response |
| 4620 006 COR H-031 -Rescind RFP - Deletion of Access Gate Modification |
| 4620 006 COR H-032 Additional Detail for RFP-001 Response, Revise Floor Plan for Washers |
| 4620 006 COR H-033 Key Personnel Substitution Lee Dillingham |
| 4620 006 COR H-035 Invoice 03 |
| 4620 006 COR H-036 TQ DFAC Security Manager Designee |
| 4620 006 COR H-037 Remove Emerg Reqmt-Aug Resubmittal |
| 4620 006 COR H-038 RFP-0005 Response Exterior Telephone Cable Reduction |
| 4620 006 COR H-039 Invoice 4 |
| 4620 006 COR H-040 House and Garo Authorization |
| 4620 006 COR H-041 RFP 007 Proposal Reroute Comm Line |
| 4620 006 COR H-042 Temp Key Personnel Substition Elie Njoh and Rich Gioscia |
| 4620 006 COR H-043 4620 002 COR H-108 Request for Ednyl David as Alternate Scheduler |
| 4620 006 COR H-044 Invoicing |
| 4620 006 COR H-045 Monthly Invoice |
| 4620 006 COR H-047 Key Personnel Substitution Vincent Quimson |
| 4620 006 COR H-048 Enhanced Commissioning Agent Inquiry |
| 4620 006 COR H-049 Invoice 6 |
| 4620 006 COR H-050 Request for Equitable Adjustment for personnel mobilization delays |
| 4620 006 COR H-051 Invoice 7 |
| 4620 006 COR H-052 Invoice 8 |
| 4620 006 COR H-053 Invoice No  9 |
| 4620 006 COR H-055 Invoice 10 |
| 4620 006 COR H-056 Fan Coil Unit Controls |
| 4620 006 COR H-057 Invoice 11 |
| 4620 006 COR H-058 Govt SL No. C-0022 Prompt Payment of Subcontractors |
| 4620 006 COR H-059 Invoice 11 |
| 4620 006 COR H-060 ECC Security Manager |
| 4620 006 COR H-061 DP2 100 Percent - Fire Alarm (Dr. Checks) |
| 4620 006 COR H-062 Interior Design Changes Proposal |

| |
|---|
| 4620 006 COR H-062 RFP 0008 Interior Design Changes Proposal R1 |
| 4620 006 COR H-064 REA for Personnel Mobilization Delays – Response to Additional Information Request |
| 4620 006 COR H-065 NSA2 Gate Access Delays |
| 4620 006 COR H-066 Adjusted Scorecard TQ & DFAC |
| 4620 006 COR H-069 Architectural QC Requirement |
| 4620 006 COR H-070  Request for Defernment of Collection |
| 4620 006 COR H-071 RFP 0010 Extension Request - Removal Exterior Mass |
| 4620 006 COR H-072 ECC Proposal -Remove Giant Voice |
| 4620 006 COR H-073 Guest Room Closet hardware (Dr. Checks) |
| 4620 006 COR H-074 Schedule Recovery Plan |
| 4620 006 COR H-075  Key Personnel Substitution |
| 4620 006 COR H-077 Progress Schedule Activity Cost Laodinf Revision SL C002 |
| 4620 006 COR H-078 Cost Loading, Overbilling Adjustment |
| 4620 006 COR H-078 Invoice No.11 SL No. C-078 |
| 4620 006 COR H-079 RFP-0011 FF&E Change Toaster and Coffee Maker |
| 4620 006 COR H-080 Enhanced Commissioning and LEED Silver Certification |
| 4620 006 COR H-081 Schedule Activity Cost Loading Revision - MOB-DEMOB |
| 4620 006 COR H-082 Invoice 11 REVISED_2 |
| 4620 006 COR H-083 Potential Delay |
| 4620 006 COR H-085 Invoice 11 |
| 4620 006 COR H-086 Variance Request - STC Bathroom Doors |
| 4620 006 COR H-087 Request for Extension RFP0012 |
| 4620 006 COR H-088 Invoice No.12 |
| 4620 006 COR H-089 Response to RFP 0012 Electrical Wiring Color Code Change |
| 4620 006 COR H-090 Invoice no.13 |
| 4620 006 COR H-091 Invoice no.14 |
| 4620 006 COR H-092 Response to RFP 0012 Electrical Wiring Color Code Change |
| 4620 006 COR H-093 Response to RFP 0014 Guest Bathroom Doors |
| 4620 006 COR H-094 Proof of Payment to Subcontractors |
| 4620 006 COR H-095 ECC Proposal for RFP-0011 (Direct Labor Charges) |
| 4620 006 COR H-097 RFP 0010 Remove Giant Voice Revised Proposal |
| 4620 006 COR H-098 STC Doors |
| 4620 006 COR H-099 ECC RFP 13 Delete Loading Dock at TEQ |
| 4620 006 COR H-100 Invoice No. 14 SL No. H-097 |
| 4620 006 COR H-101 Invoice No. 15 |
| 4620 006 COR H-102 Response to Show Cause Letter |
| 4620 006 COR H-104 After Regular Hours Staffing Plan |
| 4620 006 COR H-105 Custom Duty Exemption Request |
| 4620 006 COR H-106 Invoice No. 16 |
| 4620 006 COR H-108 REA - Closet Locks-Guest Rooms |
| 4620 006 COR H-109 Request for Payment of Electical Wiring On Site |
| 4620 006 COR H-110 Project Schedule |
| 4620 006 COR H-111 Request for Payment of Tiles |
| 4620 006 COR H-112 Invoice No. 17 |
| 4620 006 COR H-113 Floor Drains REA |

7

**A157**

| |
|---|
| 4620 006 COR H-114 Security Delays |
| 4620 006 COR H-115 Security Delays |
| 4620 006 COR H-116 Concrete Rejection - Delays at NSA 2 |
| 4620 006 COR H-117 Security Delays |
| 4620 006 COR H-118 Telecom ESS Outside Plant |
| 4620 006 COR H-119 Request for RFP Extension |
| 4620 006 COR H-120 Naval Base Closure |
| 4620 006 COR H-121 Security Delays at NSA-2 ECP |
| 4620 006 COR H-122 Invoice No. 18 |
| 4620 006 COR H-123 Response to Govt. SL C-0039 Notice of T4D |
| 4620 006 COR H-124 Response to Govt. SL C-0039 |
| W912ER-11-D-0010-0006 C-0008 TD-DFAC - Changed Condition - Sanitary System Lift Station |
| W912ER-11-D-0010-0006 C-0021 RAFT REA Response - Additional Information Requested |
| W912ER-11-D-0010-0006 C-0030 Response to H-074Schedule Recovery Plan |
| RFP-0001 C0003 Revised Floor Plan for Washers and Dryer |
| RFP-0002 C0005 Delete Access Gate at Laoding Dock |
| RFP-0003 C0006 Remove Emergency Power Requirement |
| RFP-0004 C0007 DFAC Bug Zapper Installation |
| RFP-0005 C0008 Exterior Telephone Cable Reduction |
| RFP-0007 C0011 Re-route Existing Communication Line |
| RFP-0008 C0014 Miscellaneous TQ-DFAC Interior Design Changes |
| RFP-0010 C0019 Removal Exterior High Power Speaker Array System |
| RFP-0011 C0020 FF&E Change - Toaster and Coffee Maker |
| RFP-0012 C0021 Electrical Wiring Color Cable Change |
| RFP-0013 C0022 Delete Loading Dock at TQ |
| RFP-0014 C0023 Guest Bathroom Doors from Wood to Steel |
| RFP-0015 C0025 TQ Change Wood Doors to Painted Steel |
| 31032015 KC GEN L 096-15-Absence of Project Manager & Design Manager |
| AK 092014 260 A Mobilization Delay Claim |
| ARK 012015 004 Delay in Payments |
| ARK 012015 008 Project Delay Concerns |
| ARK 012015 011 Delay in Payments |
| ARK 12015 014 Delay in Payments |
| ARK 032015 050 Minutes of Meeting -TQ |
| ARK 042015 066 DFAC Kitchen Equipment Variation |
| ARK 042015 067 KC Response to ECC letter ref 4620.006.COR.183 dated 24 March 15 |
| ARK 072014 238 Payment Invoice No. 01 Revised |
| ARK 082014 262 Early Site Mobilization Delays Claim supporting and backup documents |
| ARK 082014 273 For BEQ4620.002 COR 123 and TQ-DFAC 4620.006 COR 059 |
| ARK 082014 274 Delay in Payments |
| ARK 082015 168 Delay in Payment |
| ARK 092014 318 Payment Invoice No. 02 |
| ARK 092014 341 Payment Invoice No. 03 |
| ARK 112014 366.Delay in Payments |
| ARK 112014 370 Delay in RFI Response |

| |
|---|
| ARK 112014 383 Notification of Cost Variation for Kitchen Equipment |
| ARK 112014 388 Delay in Payments |
| ARK 122014 367 Payment Invoice No. 04 |
| ARK 122014 370 Delay in RFI respone |
| ARK 122014 391 Shop Drawing Submittal |
| ARK 122014 402 Kitchen Equipment for DFAC Building |
| ARK 122014 404 Payment Invoice No. 05 |
| ARK 122014 405 KC Responce to ECC Letter COR 125 - Kitchen Equipment |
| ARK 122014 416 Payment Invoice No. 06 |
| ARK 122015 274 Delay in Payment |
| ARK-032016-062 |
| GEN LETTERS 090 15 One Month Access Pass Issuance Adverse Impact |
| KC TQ DFAC LET-001 ORGANIZATIONAL CHART |
| KC TQ DFAC LET-002 Turn-over of Vehicle & Original Documents Ford Explorer 2014 |
| KC TQ DFAC LET-003 Cancelled |
| KC TQ DFAC LET-003 Turn-over of Original Documents - Nissan Sunny Silver 2012 |
| KC TQ DFAC LET-004 Handing Over of Site Office |
| KC TQ DFAC LET-004 Turn-Over of Vehicle |
| KC TQ DFAC LET-005 Turn-Over of Vehicle |
| KC TQ DFAC LET-006 Turn-Over of Vehicle |
| KC TQ DFAC LET-007 Reply for your Letter Reference No. 4620.006.COR.024 Date 17 May 2014 |
| KC TQ DFAC LET-010 Area Use Plan Modicifications |
| KC TQ DFAC LET-010 Drawing Plan |
| KC TQ DFAC LET-012 Delays at Site Activities |
| KC TQ DFAC LET-013 Testing Requirements of Offsite Backfill Soils |
| KC TQ DFAC LET-014 Procurement of Reinforcement Bars |
| KC TQ DFAC LET-015 Delays in Site Activities |
| KC TQ DFAC LET-016 Area Use Plan Modifications |
| KC TQ DFAC LET-017 Delinquent Design Review |
| KC TQ DFAC LET-019 Site Activity |
| KC TQ DFAC LET-020 Submission of Project Schedule |
| KC TQ DFAC LET-021 Test Piles Works Stoppage |
| KC TQ DFAC LET-022 Procurement of Underground Pipe Fittings |
| KC TQ DFAC LET-023 Response for USACE Comments on Geotechnical Report (2) |
| KC TQ DFAC LET-029 Cost Proposal for Installation of Underground 4 PVC Duct |
| KC TQ DFAC LET-030 Receiving of Document |
| KC TQ DFAC LET-030A Receiving of Document |
| KC TQ DFAC LET-031 Response to Notification of Delinquent Submittals COR 087 |
| KC TQ DFAC LET-033 Delay of Payments |
| KC TQ DFAC LET-034 Cost Proposal for Sewage Lift Station |
| KC TQ DFAC LET-035 Response to Notification of Delinquent Submittals COR 091 |
| KC TQ DFAC LET-036 Geothechnical Engineer for Piling Works |
| KC TQ DFAC LET-037 Design Drawing |
| KC TQ DFAC LET-038 Submittal of Revised Baseline Schedule |
| KC TQ DFAC LET-039 Response to ECC Letter ref  No  094 |

9

**A159**

| |
|---|
| KC TQ DFAC LET-040 Revised Baseline Schedule |
| KC TQ DFAC LET-043 Approvals for Submitted Elevator KC-TQL01 |
| KC TQ DFAC LET-045 Change in Procedure of Access Pass |
| KC TQ DFAC LET-046 Notification of Time Delay and Additional Cost Claim |
| KC TQ DFAC LET-049 Submittal of Updated Project Schedule |
| KC TQ DFAC LET-050 Long Lead Items |
| KC TQ DFAC LET-053 Rejection of Concrete due delay from Security K9 |
| KC TQ DFAC LET-054 Overall Project Status |
| KC TQ DFAC LET-055 Outstanding Payment |
| KC TQ DFAC LET-057 Delay in Payments & Access Passes |
| KC TQ DFAC LET-059 Elevator Approval |
| KC TQ DFAC LET-060 Delay in Payments |
| KC TQ DFAC LET-061 Response to ECC Letter COR 129 Regarding Elevator Submittal |
| KC TQ DFAC LET-062 Response to ECC Letter COR 129 Regarding Elevator Submittal |
| KC TQ DFAC LET-063 Fire Sprinkler System Fire Alarm (Fire Fighting Design) |
| KC TQ DFAC LET-065 Site Progress Delays Due to Access Passes |
| KC TQ DFAC LET-066 Site Progress Delays due to Access Pass |
| KC TQ DFAC LET-067 Floor Drain Works |
| KC TQ DFAC LET-067 Waiting Response on RFI's.pdf |
| KC TQ DFAC LET-068 Fire Fighting Design Delays |
| KC TQ DFAC LET-070 DP02 IFC ITR Design Review Comments |
| KC TQ DFAC LET-075 Fire Fighting Design Delays |
| KC TQ DFAC LET-077  Response to ECC COR 156 Payment Delays_Access Issues |
| KC TQ DFAC LET-079 Concrete Pour-Concrete Trucks Delays at NSA2 |
| KC TQ DFAC LET-080 Construction of CMU Walls in Absence of DP02 CFC Design |
| KC TQ DFAC LET-082 Claim for Concrete Rejection-Security Delays |
| KC TQ DFAC LET-084 Site Security Manager-Response to ECC Letter ref  4620 006 COR 168 |
| KC TQ DFAC LET-090 NSA2 Gate Access Delays |
| KC TQ DFAC LET-091 Claim for Concrete Rejection |
| KC TQ DFAC LET-092 RC Walls-Mock Up |
| KC TQ DFAC LET-094 Inadequate Size of TQ Utilities Shafts |
| KC TQ DFAC LET-098 RC Wall and Architect |
| KC TQ DFAC LET-101 RC Wall Delay due to Absence of ECC Architect |
| KC TQ DFAC LET-103 Outstanding Payments |
| KC TQ DFAC LET-105 Delays due to Security Issues |
| KC TQ DFAC LET-106 DP2 Design Package Clear for Construction Delays |
| KC TQ DFAC LET-109 Payment Invoice No. 10 |
| KC TQ DFAC LET-116 Access Pass Issuance & Renewal Policy |
| KC TQ DFAC LET-117 Delay at ECP for Concrete Trucks |
| KC TQ DFAC LET-118 Notification of Claim Concrete Rejecion due to delays at NSA2 ECP K9 Inspection |
| KC TQ DFAC LET-122 Shortage of Aggregates |
| KC TQ DFAC LET-124 Response to ECC Letter COR H00217 |
| KC TQ DFAC LET-125 Payment Invoice No. 12 |
| KC TQ DFAC LET-125 Shortage of Aggregates and related Concrete Products in Bahrain |

10

| |
|---|
| KC TQ DFAC LET-126 Delay in Payment |
| KC TQ DFAC LET-128 Negative Impact on CMU Works due to Shortage of Aggregates |
| KC TQ DFAC LET-129 Delays in Payment |
| KC TQ DFAC LET-132 Delay in Payments |
| KC TQ DFAC LET-133 Cost Impact on Overall of the Project |
| KC TQ DFAC LET-134 Electrical Sub-Contractor |
| KC TQ DFAC LET-136 FCU Approval |
| KC TQ DFAC LET-137 Kitchen Equipment Variation-Approval |
| KC TQ DFAC LET-138 Revision of SOV-Response to Letter ref. 4620.006.COR.229 |
| KC TQ DFAC LET-139 Response to ECC letter ref. 4620.006.COR.231 |
| KC TQ DFAC LET-141 Revised Cost Proposal for ESS |
| KC TQ DFAC LET-142 STC 52 Rated Hollow Metal Door Instead of STC 52 Wooden Do |
| KC TQ DFAC LET-144 Return of 2 Vehicles - Nissan Patrol |
| KC TQ DFAC LET-145 Response to ECC Letter COR 241-Revision of SOVs |
| KC TQ DFAC LET-147 Required Storage Area |
| KC TQ DFAC LET-148 HVAC Works |
| KC TQ DFAC LET-149 Delay of Payments.pdf |
| KC TQ DFAC LET-150 HVAC Offset |
| KC TQ DFAC LET-151 Invoice No. 9,10,11,12 and 13 |
| KC TQ DFAC LET-152 Claim for Time Impact due to Shortage of Aggregates |
| KC TQ DFAC LET-153 Fire Fighting and Fire Alarm Design |
| KC TQ DFAC LET-154 Weather Caused Delays (1) |
| KC TQ DFAC LET-155 Invoice No. 13-A |
| KC TQ DFAC LET-156 Invoice No. 14 |
| KC TQ DFAC LET-157 HVAC Duct Cleat |
| KC TQ DFAC LET-158 Response to COR.257 Work Execution & Submittals |
| KC TQ DFAC LET-160 Aluminium Storefront, Anchorage Details and Glazing Lay up 3 |
| KC TQ DFAC LET-161 Fire Fighting and Fire Alarm Design |
| KC TQ DFAC LET-162 Tile Sample-Approval |
| KC TQ DFAC LET-163 Pending Issues |
| KC TQ DFAC LET-164 Changing the Cable Colors |
| KC TQ DFAC LET-165 Invoice No. 15 |
| KC TQ DFAC LET-166 Waiver of Lien |
| KC TQ DFAC LET-167 Expansion Loop-Joint |
| KC TQ DFAC LET-168 RFP-012-Cable Color Change |
| KC TQ DFAC LET-169 Request Expedite NACMS Badges |
| KC TQ DFAC LET-170 Response to ECC COR 279 Invoice No. 15 |
| KC TQ DFAC LET-171 Deductive Cost Proposal for RFP 0013 - (Delete Dock Leveler) |
| KC TQ DFAC LET-172 Work Authorization-MOD No.07 |
| KC TQ DFAC LET-173 Physical Tile Samples Approval |
| KC TQ DFAC LET-174 Response to ECC Letter 4620.006.COR.281-RFP-C-0023,Guest Doors from Wood to Steel |
| KC TQ DFAC LET-176 Floor Drain-Variation Order |
| KC TQ DFAC LET-177 Tile Sample Approval |
| KC TQ DFAC LET-180 Cable Color for 3 Phase Circuit |
| KC TQ DFAC LET-181 Response to ECC COR.242 and ECC MOD 03 |

11

**A161**

| |
|---|
| KC TQ DFAC LET-182 Electrical Requirement-Final Design |
| KC TQ DFAC LET-183 Cable Color for 3 Phase Circuit |
| KC TQ DFAC LET-184 Response to ECC Letter ref  4620 006 COR 305 |
| KC TQ DFAC LET-185 Partial Termination - DFAC Kitchen Equipment |
| KC TQ DFAC LET-186 DOR ReV Res for elevator |
| KC TQ DFAC LET-187 STC Doors |
| KC TQ DFAC LET-188 Invoice No  16 |
| KC TQ DFAC LET-189 Claim due to Windows Anchorage and Blast Door |
| KC TQ DFAC LET-190 Time Loss due to Delay of Workers |
| KC TQ DFAC LET-191A Kitchen Equipment Details Required for Provisions |
| KC TQ DFAC LET-191-Electrical Requirement - Final design |
| KC TQ DFAC LET-192 Variation Works |
| KC TQ DFAC LET-192A Kitchen Hood Details Required for Provisions |
| KC TQ DFAC LET-193 Fabrication of Elevator-DOR's Revised Comments |
| KC TQ DFAC LET-194 Optional Package of Scope of Work |
| KC TQ DFAC LET-195 R Invoice No. 16 |
| KC TQ DFAC LET-196 Response to COR 324 Workers Delay |
| KC TQ DFAC LET-197 Custom Duty Exemption - Electrical Cables |
| KC TQ DFAC LET-197-R1 - Custom Duty Exemption-Cable Materials |
| KC TQ DFAC LET-198 Response to COR 325 Construction Tasks - Inclusions and Exclusions |
| KC TQ DFAC LET-199 Block Works at DFAC |
| KC TQ DFAC LET-200 Invoice No  17 |
| KC TQ DFAC LET-201 Issuance of Digging Permit |
| KC TQ DFAC LET-204 Delay of Approval-Expansion Loop-Expansion Joint |
| KC TQ DFAC LET-205 Procurement of Doors |
| KC TQ DFAC LET-206 Cost Proposal-Continuing Services |
| KC TQ DFAC LET-207 Request for Custom Duty Free Certficate-Sound Control Mat |
| KC TQ DFAC LET-208 Commercial Vehicles not Allowed |
| KC TQ DFAC LET-209-DFAC Kitchen Equipments |
| KC TQ DFAC LET-210 Weather Caused Delays-Request for Extension |
| KC TQ DFAC LET-211-Approved Cost Proposal-Continuing Services |
| KC TQ DFAC LET-212-Electronic Security System |
| KC TQ DFAC LET-213 Invoice No. 18 |
| KC TQ DFAC LET-214 Second Floor HVAC Layout-Delay of Approval |
| KC TQ DFAC LET-215 Outstanding Submittals |
| KC TQ DFAC LET-216 Electrical Panel-Outstanding Design Issues |
| KC TQ DFAC LET-217 Cost Proposal for Flexible Connections |
| KC TQ DFAC LET-221 Loading Dock |
| KC TQ DFAC LET-222 Request for Custom Exemption for FY 14 |
| KC TQ DFAC LET-224 Naval Base Closure on 4th Feb 2016 |
| KC TQ DFAC LET-225 Fire Alarm Design Submittal |
| KC TQ DFAC LET-226 Floor Drain Variation |
| KC TQ DFAC LET-226 Plumbing Parts-Request for Custom Duty Exemption |
| KC TQ DFAC LET-227 Invoice No. 19 |
| KC TQ DFAC LET-228 Substation P22-DFAC Power Connection |

| |
|---|
| KC TQ DFAC LET-229 Delays due to Electrical Panels Design |
| KC TQ DFAC LET-230 Invoice No. 19-Revised |
| KC TQ DFAC LET-231 HVAC Layout at DFAC Ground Floor-Approval |
| KC TQ DFAC LET-232 Loading Dock-ECC Letter ref. 4620.006 COR-0378 |
| KC TQ DFAC LET-233 Cost Details for Repairing of Vehicles KC Leased to ECC |
| KC TQ DFAC LET-234 Floor Drain Variation |
| KC TQ DFAC LET-235 Materials Available On site - received copies |
| KC TQ DFAC LET-235 Materials Available On Site (1) |
| KC TQ DFAC LET-235 Materials Available On Site (2) |
| KC TQ DFAC LET-236 Request for Custom Exemption-Low Voltage Electrical Cables |
| KC TQ DFAC LET-237 Invoice No. 18 and 19-Payments |
| KC TQ DFAC LET-238 Cable Materials-Available On Site |
| KC TQ DFAC LET-239 Claim for Concrete Rejection-Delays at NSA |
| KC TQ DFAC LET-239 Variations-Flexible Connection for FCUs and DOAS |
| KC TQ DFAC LET-240 Invoice No. 20 |
| KC TQ DFAC LET-240-1 Notification of Claim-Delay of Workers at ECP 2 |
| KC TQ DFAC LET-241 Outstanding RFIs |
| KC TQ DFAC LET-242 Proof of Payment for Materials on Site - Cable |
| KC TQ DFAC LET-243 Proof of Payment for Materials on Site-Tile |
| KC TQ DFAC LET-244 Ordering of Material-Carpet Tile |
| KC TQ DFAC LET-245 Electrical Panel Design-Delays |
| KC TQ DFAC LET-246 Notification of Claim - Delay of Workers at ECP2 |
| KC TQ DFAC LET-247 Notification of Claim-Delay of Workers at ECP2 |
| KC TQ DFAC LET-248 Ordering of Material-Carpet Tile |
| KC TQ DFAC LET-249 Notification of Claim-Delay of Workers at ECP2 |
| KC TQ DFAC LET-250 Flexible Connectors Installation and Chilled Water Valves |
| KC TQ DFAC LET-251 Notification of Claim-Delay of Workers at ECP2 |
| KC TQ DFAC LET-252 Kitchen Equipment Electrical Power Provisions |
| KC TQ DFAC LET-253 Notification of Claim-Delay of Workers at ECP2 |
| KC TQ DFAC LET-254 Notification of Claim-Delay of Workers at ECP2 |
| KC TQ DFAC LET-255 CFC Drawings-Changes |
| KC TQ DFAC LET-256 Notification of Claim-Delay of Workers at ECP2 |
| KC TQ DFAC LET-257 Floor Drains at Private Space Guest Apart-MOD 10 |
| KC TQ DFAC LET-258 Notification of Claim-Delay of Workers at ECP2 |
| KC TQ DFAC LET-259 Cost and Time Loss-Delay of Workers at ECP2 |
| KC TQ DFAC LET-260 Test Report Summary of Materials-Month of March 2016 |
| KC TQ DFAC LET-262 Fire Sprinkler Point-Additional Works |
| KC TQ DFAC LET-263 Invoice No. 20 - Balance Amount |
| KC TQ DFAC LET-264 Flexible Connectors and CW Valves |
| KC TQ DFAC LET-265 Notification of Claim-Delay of Workers at ECP2 |
| KC TQ DFAC LET-266 List of Pending Submitalls - Approval |
| KC TQ DFAC LET-267 Notification of Claim-Delay of Workers at ECP 2 |
| KC TQ DFAC LET-268 Notification of Claim-Delay of Workers at ECP 2 |
| KC TQ DFAC LET-269 Notification of Claim-Delay of Workers at ECP 2 |
| KC TQ DFAC LET-271 Invoice No. 21 |
| KC TQ DFAC LET-272 Waiting for ESS Details |

| |
|---|
| KC TQ DFAC LET-276 Commercial Vehicles and Pedestrian |
| KC TQ DFAC LET-279 Claim for Cost and Time Loss-ECP 2 |
| KC TQ DFAC LET-280 Works Stoppage Instructions from ECC Site Management |
| KC TQ DFAC LET-281 Invoice No. 22 |
| KC TQ DFAC LET-282 Works Stoppage Instructions |
| KC TQ DFAC LET-283 Outstanding Payment |
| KC TQ DFAC LET-284 Works Stoppage Instructions |
| KC-TQ-DFAC-LET-111 - Delays of Payments |
| Proof of Payment-Tiles |
| BEQ and TQ manpower_12Apr15 With Production Rate |
| Daily Manpower Time Sheets |
| ECC PORTAL 4620.006 Correspondence Log |
| Recovery Schedule - Longest Path Comparison |
| Site Correspondence Log - Kooheji |
| Total Day & Night Manpower 2016 Report |
| Total Day & Night Manpower Sep-Dec 2015 Report |
| TQ Cost Loading Comparison - 30-Jun-15 |
| TQDFAC DAILY MANPOWER MONITORING |
| Tab 591 2015-04-10 Email from Scander to Qasim and others, RE FW Kooheji 002, 3 of 3, ECC-E-104094 |
| Tab 594 2015-04-13 Email from Leptrone to DelMastro RE Bahrain Projects PSRs  ECC-E-199330 |
| Tab 595 2015-04-15 Email from Quimson to Babu RE Shop Drawings for the CMU Layout Area ECC-E-097718 |
| Tab 598 2015-04-16 Email from Fox to Leptrone RE CPARS Notification ECC-E-199276 |
| Tab 599 2015-04-18 Email from David to Villamero and others, Schedule Update Narrative, ECC-E-105782 |
| Tab 600 2015-04-18 Email from Pushaw to Upton, Bahrain, ECC-E-096312 |
| Tab 601 2015-04-19 Email from Darji to Quimson and others, Wall Prep - MOM, ECC-E-097690 |
| Tab 602 2015-04-19 Email from Darji to Quimson and others, Wall Prep MOM, ECC-E-097681 |
| Tab 603 2015-04-20 Email from Fox to Naskidashvili, RE Action Item List, ECC-E-098837 |
| Tab 606 2015-04-21 Email from Fox to Ithghaim, FW Kooheji Supervision Letter, ECC-E-098789 |
| Tab 607 2015-04-23 Email from Quimson to Darji and others, FW Consolidated Lesson Learned, ECC-E-097667 |
| Tab 608 2015-04-28 Email from Russell to Meyers and DeMattei re lift station proposal |
| Tab 610 2015-05-03 Email from Canon to Chadha, FW Demand Letters, ECC-E-188622 |
| Tab 611 2015-05-05 Email from Fox to Pushaw, RE Headcount, ECC-E-096191 |
| Tab 612 2015-05-05 Email from Gioscia to Toland RE Preliminary Incident Notification ECC-E-312509 |
| Tab 613 2015-05-05 Email from Greiling to Pushaw RE Preliminary Incident Notification ECC-E-312511 |
| Tab 614 2015-05-05 Email from Horton to Chadha RE TO 4 and DM01 Letters ECC-E-188615 |
| Tab 615 2015-05-05 Email from Leptrone to Fox RE Sub Cost Spreadsheet ECC-E-107467 |

| |
|---|
| Tab 616 2015-05-05 Email from West to Scander RE Preliminary Incident Notification  ECC-E-199097 |
| Tab 617 2015-05-06 Email from Babu to Quimson RE 2nd Section RC Wall Poured 3 May 2015  ECC-E-312483 |
| Tab 618 2015-05-06 Email from Toland to West RE Prep Meeting RC Wall ECC-E-093308 |
| Tab 619 2015-05-07 Email from B. Fox to J. House RE TQ DFAC Recovery Plan DRAFT for review ECC-E-303432 |
| Tab 620 2015-05-07 Email from Fox to Ithghaim RE Prompt Payment Certification and Supporting Data No. 11 ECC-E-188579 |
| Tab 621 2015-05-08 Email from Leptrone to Upton and others, Contractor's Pay Request Revised Invoice No. 11, ECC-E-096160 |
| Tab 622 2015-05-10 Email from Fox to House RE Recovery Plan Discussion |
| Tab 624 2015-05-11 Email from Sweatt to Canon, Zurish Letters of Direction - Bahrain, ECC-E-188541 |
| Tab 626 2015-05-11, Email from Fox to Naskidashvili, Action Items, ECC-E-097974 |
| Tab 627 2015-05-12 Email from Sweatt to DeMattie, Letter of Direction, ECC-E-188535 |
| Tab 628 2015-05-13 Email from Pushaw to DeMattei [EXTERNAL] RE_ 4620.006.COR.H-075  Key Personnel Substitution |
| Tab 629 2015-05-15 Email from Fox to Villamero, RE P935 940 TQ DFAC Cost Loading ECC-E-097944 |
| Tab 630 2015-05-17 Email from Quimson to Fox, Lessons Learned, ECC-E-107423 |
| Tab 634 2015-05-18 Email from Naskidashvili to Fox, P934-P940 (TQDFAC) Action Items, ECC-E-095972 |
| Tab 635 2015-05-18 Email Leptrone to Fox, FW P395 P940 TQ DFAC Coast Loading, ECC-E-103812 |
| Tab 636 2015-05-20 Email from Quimson to Babu RE Outstanding Deficiency Items by QCQA |
| Tab 637 2015-05-21 Email from Leptrone to Naskidashvili, RE 4620.006.COR.H-074 Schedule Recovery Plan, ECC-E-095910 |
| Tab 638 2015-05-21 Email from Quimson to Hill, Corrective Action Plan - Repair Method, ECC-E-095921 |
| Tab 639 2015-05-22 Email from Naskidashvili to Leptrone, RE Letter to Peter DeMattie for TQ invoice, ECC-E-092796 |
| Tab 641 2015-05-24 Email from Nasser to Upton, Tracking sheet, ECC-E-093294 |
| Tab 642 2015-05-24 Email from Villamero to Upton, FW P934 940 TQ DFAC Cost Loading, ECC-E-092595 |
| Tab 643 2015-05-24 Email from Villamero to Upton, RE P935 940 TQ DFAC Gov't Request to Adjust Cost Loading, ECC-E-092591 |
| Tab 644 2015-05-26 Email from House to Fernandez RE business visa |
| Tab 646 2015-05-28 Email from Vilamero to Naskidashvili, TQ DFAC Schedule Progress Weekly Update PE 28May-15, ECC-E-092479 |
| Tab 649 2015-06-01 Email from Quimson to Hill, Honeycoming Persist - Pics, ECC-E-093889 |
| Tab 650 2015-06-01 Email from Villamero to Upton, TQ Re-cost Loading, ECC-E-092445 |
| Tab 652 2015-06-04 Email from Upton to ICG Construction RE Requested Docs |
| Tab 654 2015-06-07 Email from House to Emad - Kooheji RE Monitoring CMU Walls 4 and 6 JUN2015  ECC-E-084773 |
| Tab 655 2015-06-07 Email from Nasser to House RE Bahrain DBA  ECC-E-084778 |

15
**A165**

| |
|---|
| Tab 656 2015-06-09 Email from Antolic to Leptrone RE JUne 2015 Client Invoice ECC-E-196455 |
| Tab 658 2015-06-10 Email from House to Bader RE CMU Progress ECC-E-084317 |
| Tab 663 2015-06-14 Email from Upton to Larkin RE DATA ECC-E-083787 |
| Tab 665 2015-06-16 Email from Nasser to Upton RE TEQ CBVR June 2015 ECC-E-083623 |
| Tab 666 2015-06-17 Email from Upton to Mansoori RE Correspondence Letter ECC-E-083401 |
| Tab 667 2015-06-18 Email from Villamero to Naskidashvili RE Schedule Progress Weekly Update PE 18 JUN 15 ECC-E-081995 |
| Tab 668 2015-06-21 Email from Upton to KC RE Material Shortage Delay ECC-E-081846 |
| Tab 669 2015-06-21 Email from Villamero to Upton RE Invoice Tracking Sheet and Prompt Payment ECC-E-081867 |
| Tab 670 2015-06-22 Email from Chadha to DeMattei RE Surety Technical Default Request, W912ER-11-D-0010 |
| Tab 672 2015-06-24 Email from Villamero to Upton RE Kooheji Original Contract ECC-E-081603 |
| Tab 673 2015-06-25 Email from Villamero to Naskidashvili RE DFAC schedule progress weekly update PE 25 JUN 15  ECC-E-080124 |
| Tab 674 2015-06-28 Email from Leptrone to Upton RE Your question about Kooheji's PoP ECC-E-079797 |
| Tab 675 2015-06-28 Email from Leptrone to Upton RE Your question about Kooheji's POP ECC-E-079801 |
| Tab 682 2015-07-02 Email from Villamero to Naskidashvili and others, Schedule Progress Weekly Update, ECC-E-079152 |
| Tab 683 2015-07-02 Email from Villamero to Upton RE Bahrain TEQ Cash Flow file ECC-E-090511 (1) |
| Tab 683 2015-07-02 Email from Villamero to Upton RE Bahrain TEQ Cash Flow file ECC-E-090511 |
| Tab 684 2015-07-05 Email from Upton to Russell RE Mob-Demob Percentage Change ECC-E-079068 |
| Tab 685 2015-07-05 Email from Upton to Russell RE RE Mob-Demob Cercentage Change |
| Tab 697 2015-07-14 Email from Scander to Upton, RE July QAM Information, ECC-E-077702 |
| Tab 698 2015-07-15 Email from Ithghaim to Leptrone and Upton, RE DCI WA Draft, ECC-E-077220 |
| Tab 699 2015-07-15 Email from Upton to Leptrone, RE DCI WA Draft, ECC-E-077126 |
| Tab 700 2015-07-15 Email from Upton to Leptrone, RE DCI WA Draft, ECC-E-077141 |
| Tab 243 2013-09-12 Email from Stackow to Gioscia, RE BP Win Summary, ECC-E-238381 |
| Tab 244 2013-09-12 Email from Stackow to Leptrone and Pushaw, RE Bahrain, ECC-E-220283 |
| Tab 246 2013-09-12 Email from Wilson to Leptrone, RE Notification of Award, ECC-E-213236 |
| Tab 247 2013-09-17 Email from R. Gioscia to J. Stackow, RE BP Win Summary (Attach 5) |
| Tab 248 2013-09-19 Email from Stackhow to Pushaw, RE TQ and DFAC Management Plan, ECC-E-238197 |
| Tab 249 2013-09-19 Email from Stackow to Leptrone, RE TQ Project Manager, ECC-E-238214 |
| Tab 250 2013-09-20 Email from Stackow to Stephan, RE Bahrain TQ & DFAC APP, ECC-E-238089 |

| |
|---|
| Tab 251 2013-10-10 Email from Stephan to Stackow, RE Suspension of Performance, ECC-E-237822 |
| Tab 252 2013-10-22 Email from Stackow to Kompany, RE Bahrain TQ and DFAC Award, ECC-E-237810 |
| Tab 253 2013-11-08 Email from Leptrone to Wilson and others, RE Bahrain Projects, ECC-E-237689 |
| Tab 257 2014-01-09 Email from Stackow to Wilson and others, RE Accident Prevention Plan, ECC-E-236936 |
| Tab 259 2014-01-13 Email from Leptrone to Plemmons and Stackow, RE Resume, ECC-E-236935 |
| Tab 260 2014-01-13 Email from Walgate to DeMattei RE W912ER-11-D-0010-0006 staffing discussion |
| Tab 262 2014-01-20 Email from Gioscia to Toland RE APP, ECC-E-319645 |
| Tab 263 2014-01-20 Email from Stephan to Gioscia RE APP ECC-E-319442 |
| Tab 264 2014-01-22 Email from Sharma to Dasmarinas and others, RE New Submittal for Distrib., ECC-E-234573 |
| Tab 266 2014-01-23 Email from Leptrone to Stackow, RE FW Resume, ECC-E-234162 |
| Tab 267 2014-01-28 Email from Toland to Wilson, RE Haseeb Mahmoon - Visa, ECC-E-319081 |
| Tab 268 2014-02-03 Email from Wilson to Ward and Leptrone, RE Staffing Needs, ECC-E-212342 |
| Tab 270 2014-02-09 Email from Wilson to Leptrone and Trujillo, RE Baseline Schedule Cost Loaded, ECC-E-215982 |
| Tab 271 2014-02-12 Email from DeMattei to Walgate, RE P935 P940 Project Manager (UNCLASSIFIED) GOV00005834-GOV00005835 |
| Tab 272 2014-02-12 Email from Trujillo to Ward, RE Transient Quarters, ECC-E-215954 |
| Tab 273 2014-02-12 Email from Ward to Trujillo, RE Bahrain TEQ Baseline Schedule, ECC-E-215924 |
| Tab 274 2014-02-13 Email from Plemmons to Toland, RE QCM for Early Activities, ECC-E-319073 |
| Tab 275 2014-02-20 Email from Stackow to Leptrone and Plemmons, RE QCM for Early Activities, ECC-E-232836 |
| Tab 276 2014-02-24 Email from Toland to Sharma, RE Letter of Appointment, ECC-E-319054 |
| Tab 277 2014-02-24 Email from Toland to Sharma, RE Letters of Authorization, ECC-E-319058 |
| Tab 278 2014-02-25 Email from Stackow to Leptrone and Plemmons, RE Early Personnel and Notification of Initial Activities_1 |
| Tab 279 2014-02-25 Email from Stackow to Toland and Sharma, RE CQC Plan Draft Copy, ECC-E-232611 |
| Tab 281 2014-03-10 Email from Stackow to Toland RE Key Staffing Letter for Bahrain |
| Tab 287 2014-03-20 Email from Pierce to Russell RE Contract W912ER-11-D-0010 0006 P935940 TEQ & DFAC - Initial Project Sc_1 |
| Tab 288 2014-03-25 Email from Leptrone to Pushaw and McGinty, RE Key Personnel Substitution, ECC-E-254841 |
| Tab 289 2014-03-25 Email from Philip to DeMattei, RE Evalaution Criteria (UNCLASSIFIED) |
| Tab 294 2014-04-10 Email from Ward to Leptrone, RE PSRs - McConnell & Bahrain, ECC-E-211244 |

| |
|---|
| Tab 295 2014-04-12 Email from Fein to Toland RE_ J Fein - Are You Available to Help in Bahrain |
| Tab 296 2014-04-14 Email from Toland to Al Chalabi RE_ M Al Chalabi - Assignment as QC Manager in Bahrain |
| Tab 297 2014-04-14 Email from Toland to Fein RE J Fein - Alternate QC Manager at the TQ and DFAC Project |
| Tab 301 2014-04-16 Email, TQ and DFAC Project Bahrain - Revised QC Plan, ECC-E-317719 |
| Tab 303 2014-04-17 Email from Ward to Fox, RE Bahrain Project Info, ECC-E-186375 |
| Tab 304 2014-04-18 Email from Fox to Bates and others, RE Weekly Updates, ECC-E-184725 |
| Tab 308 2014-04-23 Email from Walgate to Stackow and Leptrone, RE ECC request for CAC |
| Tab 311 2014-04-25 Email from Stackow to Leptrone, RE Draft PSR, ECC-E-157387 |
| Tab 313 2014-05-01 Email from Rosales to Fox, RE Baker Invoice No. 873049, ECC-E-159187 |
| Tab 315 2014-05-02 Email from Leptrone to Fox, RE Proposed Contractor Key Personnel Decision, ECC-E-134608 |
| Tab 322 2014-05-14 Email from Gioscia to Fein, RE W Toland - LOA Needed and need for QCM in June, ECC-E-320323 |
| Tab 326 2014-05-22 Email from Leptrone to Paustovski RE [EXTERNAL] RE_ TQ_DFAC Personnel Request (UNCLASSIFIED) |
| Tab 329 2014-06-10 Email from Leptrone to Plemmons and Fox, RE Scheduler, ECC-E-134171 |
| Tab 331 2014-06-13 Email from Sousa to Leptrone, RE Kooheji Notification of Delinquent Submittals, ECC-E-311223 |
| Tab 337 2014-06-23 Email from Hayes to Miclette, RE Job Info, ECC-E-192272 |
| Tab 342 2014-07-05 Email from Toland to Mehmoud P935_P940 TQ DFAC - New QC Manager - Elie Njoh |
| Tab 343 2014-07-07 Email from Leptrone to DeMattei RE [EXTERNAL] RE_ 4620.006.COR.H-014 Key Personnel Substitution W912ER_1 |
| Tab 344 2014-07-09 Email from W. Toland to B. Fox, P935-P940 TQ DFAC - QC Civil Engineer (Attach 14) |
| Tab 345 2014-07-16 Email from David to Fox, RE P935 940 TQ DFAC Schedule, ECC-E-158531 |
| Tab 346 2014-07-16 Email from Walgate to DeMattei RE P935940 Contractor letter 4620.006.COR.H-021 |
| Tab 350 2014-07-23 Email from DeMattei to Leptrone RE MANJIV USACE NSA BAHRAIN |
| Tab 352 2014-07-25 Email from Sousa to Bejoy, RE Kooheji Deficient Geotech Report, ECC-E-310933 |
| Tab 354 2014-07-27 Email RE Response for USACE Comments on Geotechnical report ECC-E-308203 |
| Tab 356 2014-07-28 Email from Fox to Rosales, RE Comments on Geotechnical Report, ECC-E-308201 |
| Tab 359 2014-08-06 Email from Sousa to Bejoy, RE Kooheji Early Site Delay Costs, ECC-E-310810 |
| Tab 360 2014-08-11 Email from Fox to Fox, RE Comments on Kooheji Invoice No. 1, ECC-E-160061 |
| Tab 363 2014-08-21 Email from Fox to Villamero and David, RE Koheeji Invoice, ECC-E-160040 |

| |
|---|
| Tab 364 2014-08-21 Email from Roasales to Fox, RE Baker Invoice PE 7-31-14, ECC-E-158976 |
| Tab 365 2014-08-26 Email from Bates to Villamero and Rosales, RE Design Updates, ECC-E-159172 |
| Tab 366 2014-08-27 Email ECC Invoice Allocation MBI Invoice No. 886159, ECC-E-000735 |
| Tab 370 2014-09-03 Email from Walgate to DeMattei FW_ New CQM for P-935 _ 940 (UNCLASSIFIED) |
| Tab 371 2014-09-07 Email from House to Fox, Schedue meeting with Kooeji ECC-E-161419 |
| Tab 374 2014-09-08 Email from Sousa to Fox, Kooheji, ECC-E-310391 |
| Tab 375 2014-09-08 Emailing_ B19_ProjNet QA's TEQ and DFAC, Manama, Bahrain.pdf (UNCLASSIFIED) |
| Tab 376 2014-09-11 Email from Leptrone to Vohra, RE Winchester Commander, ECC-E-186058 |
| Tab 382 2014-09-23 Email from Dasmarinas to House RE NSA Bahrain Access Application, ECC-E-264830 |
| Tab 383 2014-09-23 Email from Fox to Sousa RE Kooheji Letter, ECC-E-131203 |
| Tab 387 2014-09-27 Email from Dasmarinas to MS- Security Operations RE Temporary Access Pass, ECC-E-264750 |
| Tab 389 2014-09-30 Email from Fox to Sousa RE KC Letter Regarding Design Documents, ECC-E-264701 |
| Tab 393 2014-10-02 Email from Al-Mansoori to Villamero RE Revised Baseline Schedule, ECC-E-157734 |
| Tab 397 2014-10-12 Email from Leptrone to Pushaw RE Preliminary Incident Notification, ECC-E-207632 |
| Tab 397 2014-10-12 Email from Toland to Darji RE ESQ Review Required for Incident Report, ECC-E-313505 |
| Tab 402 2014-10-21 Email from Toland to Yuen RE S Santos - Contract Job Description, ECC-E-313499 |
| Tab 405 2014-10-27 Email from Sousa to Leptrone, FW Overdue Follow Up 2, ECC-E-135576 |
| Tab 407 2014-10-28 Email from Leptrone to DeMattei  [EXTERNAL] RE_ 4620.006.COR.H-042 Temp Key Personnel Substition Elie _1 |
| Tab 409 2014-10-28 Email from Villamero to Fox RE Kooheji Invoice No. 02, ECC-E-135510 |
| Tab 411 2014-10-30 Email from Fox to Leptrone, FW 4620.006.COR H-044 Invoicing, ECC-E-207281 |
| Tab 412 2014-10-30 Email from Sousa to DeMattei RE_ 4620.006.COR.H-043 4620.002.COR.H-108 Request for Ednyl David as Alte _1 |
| Tab 414 2014-11-03 ECC Email from House to Fox, Received the schedule back today with a B code, ECC-E-179739 |
| Tab 415 2014-11-05 Email from Fox RE P935 940 TQ DFAC Weekly Construction Meeting Minutes |
| Tab 416 2014-11-07 Email from Ross to DeMattei RE DP-1 P-935 & 940 TQ and DFAC |
| Tab 417 2014-11-09 Email from Gioscia to Houes, RG Comments Bahrain TEQ, ECC-E-263174 |
| Tab 419 2014-11-11 Email from Canon to Sousa, RE Sig HOOHEI.CSA.CENTCOM, ECC-E-307379 |
| Tab 420 2014-11-12 Email from Leptrone to Fox, FW ACTION REQUIRED AR over 30 past due, ECC-E-158962 |

| |
|---|
| Tab 422 2014-11-15 Email from House to Villamero, RE 4620.006 TQ DFAC Manpower Histogram for Review, ECC-E-263021 |
| Tab 424 2014-11-17 Email from Rosales to Fox, RE Baker Invoices, ECC-E-158947 |
| Tab 427 2014-11-20 Email from Allen to Toland, RE QC manager position, ECC-E-313494 |
| Tab 428 2014-11-22 Email from Cubbison to Ithghaim, RE Subcontractor DBA Premium Invoices, ECC-E-307045 |
| Tab 429 2014-11-23 Email from Garo to House, FW Temporary Access Pass - Email No. 1, ECC-E-260608 |
| Tab 435 2014-11-30 Email from KC to J. Sousa RE KC letter Ref# KCTQ-DFACLET-049 and Updatred Schedule ECC-E-160327 |
| Tab 439 2014-12-02 Email from Fox to Naskidashvili RE FW TQ DFAC Re-compete presentaion ECC-E-252102 |
| Tab 444 2014-12-09 Email, FW Kitchen Equipment for DFAC Building, ECC-E-307004 |
| Tab 447 2014-12-10 Email from Stackow to Fox RE KC Response to ECC Letter - Kitchen Equipment ECC-E-160233 |
| Tab 448 2014-12-10 Email, Change in Procedures of Access Pass, ECC-E-309285 |
| Tab 453 2014-12-11 Email from Wolf to David RE Fw TQ Schedule Analysis period ending 25-August ECC-E-162542 |
| Tab 455 2014-12-16 Email from Qasim to Leptrone RE Kooheji Payment |
| Tab 458 2014-12-18 Email from Sousa to Leptrone RE Invoicing ECC-E-309197 |
| Tab 459 2014-12-18 Email from Sousa to Meyers RE RFP-0006 Proposal Revise gravity Feed to |
| Tab 461 2014-12-19 Email from Leptrone to Sousa, RE 139079 - Baker Invoice, ECC-E-306870 |
| Tab 469 2014-12-30 Email from Sousa to Leptrone, RE Official Notification fo Badging Delays, ECC-E-309101 |
| Tab 470 2015-01-06 Email from Fox to Miclette, RE TQ PSR Dec 2014, ECC-E-258900 |
| Tab 471 2015-01-06 Email from Walgate to Allen and Russell RE Fast Track |
| Tab 472 2015-01-06 Email from Walgate to DeMattei RE REA for Mob Delay |
| Tab 473 2015-01-06 Email, RE TQ Kooheji Termination Thoughts, ECC-E-311745 |
| Tab 475 2015-01-08 Email from House to Villamero, RE Todd Peterson has submitted December 2014 WIP Report, ECC-E-258872 |
| Tab 476 2015-01-08 Email from Russell to DeMattei RE Pay Request for P935940 ( |
| Tab 484 2015-01-20 Email from Fox to Qasim, 4620.006 Baaker Payments, ECC-E-158922 |
| Tab 485 2015-01-20 Email, Response to KC Security Delays,  ECC-E-308895 |
| Tab 488 2015-01-23 Email from Nio to Leptrone, RE P937 BEQ P935 DFAC P940 TQ Past Due Payments to Baker, ECC-E-158914 |
| Tab 489 2015-01-24 Email from Quimson to Kurt, RE Critical weather Delay 18 Jan 2015, ECC-E-169978 (1) |
| Tab 493 2015-01-31 Email from Fox to Qasim and Nio, Delayed Payments, ECC-E-103652 |
| Tab 497 2015-02-02 Email from Fox to Pushaw RE Kooheji Payments  ECC-E-103587 |
| Tab 498 2015-02-02 Email from Fox to Quimson RE Updated Org Chart ECC-E-103593 |
| Tab 499 2015-02-03 Email from Fox to Villamero RE Schedulel Narrative Jan 2015 Update ECC-E-251136 |
| Tab 501 2015-02-07 Email from Fox to Leptrone RE Draft Schedule  ECC-E-109718 |
| Tab 503 2015-02-10 Email from Naskidashvili to Fox RE Response to Kooheji Access Delay ECC-E-251082 |
| Tab 504 2015-02-11 Email from Bates to Leptrone RE P935 P940 DFAC ECC-E-204252 |

| |
|---|
| Tab 506 2015-02-11 Email from Fox to Scander RE Quick Analysis of Payment Situation with Kooheji ECC-E-102838 |
| Tab 507 2015-02-12 Email from Naskidashvili to Ithghaim and Canon RE Response to Kooheji Acess Delay ECC-E-250735 |
| Tab 510 2015-02-14 Email, TQ DFAC Project Status for Manjiv Meeting, ECC-E-102577 |
| Tab 511 2015-02-15 Email from Nashkidashvili to Fox RE P935 940 TQ DFAC Early Mobilization Delay REA Action Items |
| Tab 514 2015-02-16 Email from Fox to Duncan RE Early Mobilization Delay ECC-E-101943 |
| Tab 515 2015-02-16 Email from Naskidashvili to Ithghaim RE PO System ECC-E-250207 |
| Tab 518 2015-02-18 Email from Naskidashvili to KC RE Long Lead Items ECC-E-250138 |
| Tab 520 2015-02-20 Email from Fox to Toland RE QC Plan ECC-E-101880 |
| Tab 521 2015-02-21 Email from David to Wolf RE Mobilization Delay -Submittal Timeline ECC-E-110648 |
| Tab 522 2015-02-21 Email from Naskidashvili to Villamero RE Draft Schedule ECC-E-249951 |
| Tab 523 2015-02-22 Email from Canon to David RE Outstanding Serial Letters ECC-E-189563 |
| Tab 524 2015-02-22 Email from Naskidashvili to Ithghaim RE Schedule Delays ECC-E-139515 |
| Tab 525 2015-02-22 Email from Quimson to Darji RE Outstanding QA QC Log ECC-E-139518 |
| Tab 529 2015-02-24 Email from Fox to Pushaw RE Delay in Payments ECC-E-203306 |
| Tab 530 2015-02-24 Email from Naskidashvili to Canon RE Reinforcement Bar Approval - Qatar Steel ECC-E-249856 |
| Tab 531 2015-02-24 Email from Naskidashvili to Fox RE Schedule Delays Notification and Request for a Cure Plan |
| Tab 532 2015-02-25 Email from David to Vohra RE Delay in Payments ECC-E-203294 |
| Tab 533 2015-02-25 Email from Fox to Canon RE Proof of Payment ... Payment to Kooheji ECC-E-101818 |
| Tab 536 2015-02-26 Email from Peterson to Canon RE Proof of Payment ... Payment to Kooheji ECC-E-109131 |
| Tab 539 2015-03-03 Email from Fox to Nasser RE CBVR Feb 2015  ECC-E-101582 |
| Tab 540 2015-03-03 Email from Nasser to Fox RE CBVR Active Feb 2015  ECC-E-105672 |
| Tab 541 2015-03-04 Email from Fox to Wolf RE RFP 6 Schedule Adjustment  ECC-E-203139 |
| Tab 542 2015-03-04 Email from Leptrone to Pushaw RE Feb 2015 Review ECC-E-203159 |
| Tab 547 2015-03-06 Email from Peterson to Scander RE Urgent ... Payment Data Needed ECC-E-189116 |
| Tab 548 2015-03-06 Email from Sabharwal to Sweatt RE Kooheji Bonds ECC-E-189112 |
| Tab 549 2015-03-10 Email from Fox to Villamero RE Contractors Pay Request Inv. No. 11 ECC-E-101389 |
| Tab 550 2015-03-10 Email from Pushaw to DeMattei RE TQDFAC Project |
| Tab 552 2015-03-14 Email from Villamero to Fox RE Weekly Progress Update ECC-E-106681 |
| Tab 554 2015-03-16 Email from Quimson to Babu RE Oustanding QAQC Deficiency Reports |
| Tab 558 2015-03-18 Email from Fox to Leptrone RE Early Mobilization REA Table ECC-E-101084 |
| Tab 559 2015-03-18 Email from Ross to Gioscia and Russell RE_ Specifications (UNCLASSIFIED) |
| Tab 560 2015-03-20 Email from Fox to Scander RE Bahrain Catching Up ECC-E-100918 |

21
**A171**

| |
|---|
| Tab 562 2015-03-24 Email from DeMattei to Canon, RE Prompt Payment of Subcontractors Gov Contracts |
| Tab 563 2015-03-24 Email from Leptrone to Sabharwal RE Kooheji Retainage ECC-E-201394 |
| Tab 565 2015-03-26 Email from Leptrone to Sabharwal RE Retention History ECC-E-201243 |
| Tab 566 2015-03-26 Email from Peterson to Sabharwal RE Retention History ECC-E-137787 |
| Tab 568 2015-03-28 Email from Quimson to AECC-E-055475 |
| Tab 569 2015-03-30 Email from David to Fox, Project Schedule Preview, ECC-E-106238 |
| Tab 570 2015-03-30 Email from Fox to House and others, FW TQ DFAC DQCR, ECC-E-247059 |
| Tab 571 2015-03-30 Email from Leptrone to Pushaw and others, Project Schedule Preview, ECC-E-105808 |
| Tab 572 2015-03-30 Email from Valenzuela to House, Monitoring CMU Walls, ECC-E-282163 |
| Tab 581 2015-04-01 Email from Gioscia to Toland RE TQ Interim CPARS |
| Tab 584 2015-04-02 Email from Fox to Ithghaim, FW TQ DFAC RC Walls Mock-up, ECC-E-099968 |
| Tab 586 2015-04-03 Email from Canon to Chadha, FW Final Letters for Pete, ECC-E-188750 |
| Tab 587 2015-04-03 Email from Leptrone to DeMattei, TQ DFAC Interim CPARS Rating, ECC-E-200174 |
| Tab 588 2015-04-03 Email from Quimson to Toland and House, QC Architect Qualification Matrix - Abner V., ECC-E-304899 |
| Tab 590 2015-04-10 Email from Chadha to Peterson RE Kooheji 002 3 of 3  ECC-E-104097 |
| Tab 222 PE 9 |
| Tab 223 PE 10 |
| Tab 224 PE 11 |
| Tab 225 PE 12 |
| Tab 226 PE 13 |
| Tab 227 PE 14(2) |
| Tab 228 PE 15 |
| Tab 229 PE 16 |
| Tab 230 PE 17 |
| Tab 214 PE 1 |
| Tab 215 PE 2 |
| Tab 216 PE 3 |
| Tab 217 PE 4 |
| Tab 218 PE 5 |
| Tab 219 PE 6 |
| Tab 220 PE 7 |
| Tab 221 PE 8 |
| Tab 018  W912ER-11-D-0010-P00007 |
| Tab 019  W912ER-11-D-0010-P00008 |
| Tab 020  W912ER-11-D-0010-P00009 |
| Tab 027 Contractor's Tecnical Proposal |
| Tab 039 Mod No. 10 |
| Tab 012 W912ER-11-D-0010-P00001 (002) |
| Tab 013 W912ER-11-D-0010-P00002 (002) |

| |
|---|
| Tab 014  W912ER-11-D-0010-P00003 Mod Add FAR_DFAR Clauses |
| Tab 015  W912ER-11-D-0010-P00004 |
| Tab 016  W912ER-11-D-0010-P00005(2) |
| Tab 017  W912ER-11-D-0010-P00006 |
| Tab 144 2015-03-19 Government Letter, Subject - Prompt Payment of Subcontractors |
| Tab 152 2015-04-17 Government Letter, Subject - DeMand Letter |
| Tab 165 2015-06-22 ECCI Serial Letter No. 2015.COR.0068 (Revised), Subject - Notice provided by Fidelity and Deposit Comp_1 |
| Tab 210 2016-04-14 E-mail, Subject - Modification 20  to W912ER-11-D-0010-0006 |
| Tab 054 2013-02-19 ECCI Letter, Subject - Letter RFP |
| Tab 087 2014-07-08 4620.006.COR. 020 RFP004 Extension request |
| Tab 140 2015-03-05 Government Letter to Subcontractor Kooheji about non payments from Prime ECC for P935P940 and P937 Bah_1 |
| Tab 318 2014-05-08 RFP-002 Delete Access Gate at Loading Dock - ECC Client Cost Summary ECC-E-000063 |
| Tab 319 2014-05-08 RFP-002 Delete Access Gate at Loading Dock - ECC Estimate Detail Report ECC-E-000065 |
| Tab 320 2014-05-08 RFP-002 Delete Access Gate at Loading Dock - Table 15-2 Summary Index ECC-E-000062 |
| Tab 321 2014-05-09 ECC Letter COR.H-012, RE RFP-002 Delete Requirements for access gate, ECC-E-000059 |
| Tab 298 2014-04-14 RFP 1 ECC-E-001003 |
| Tab 316 2014-05-08 RFP-002 Delete Access Gate at Loading Dock - Cost Breakdown ECC-E-000064 |
| Tab 317 2014-05-08 RFP-002 Delete Access Gate at Loading Dock - Cover Sheet ECC-E-000061 |
| Tab 236 2013-06-10 Continuing Services Agreement ECC-E-320427-C3 |
| Tab 233 2013-02-21 Continuing Services Agreement ECC-E-320370-C3 |
| Tab 232 QC Daily Report |
| 4620.006.COR. S-0022 Weekly Meeting Minutes - Aug 12 2014 |
| Nov 23, 2015 revisit Dec 4, 2015 memo from USACE Middle East District (Bahrain Resident Office) |
| Oct 9, 2015 email from Kevin Smyth to Ramon Sundquist |
| December 16, 2015 letter from Dept of the Army to Mr. Christian Canon with ECC |
| 12-31-2019 Delay Claim - FINAL Signed |
| RqCOFD TQ Good Faith Breach Damages 2 7 2022 CLAIM w EXHS SIGNED |
| 4620.006.COR. S-0055 Weekly Meeting Minutes - 05 May 15 |
| Tab 1125 2016-04-26 Email from Meyers to DeMattei, RE RFP 006 Updated Proposal |
| 05_GOV00016441_image |
| 50_Vertex V611(30 Nov Update)Inv # 20-All activities |
| 51_V612 Detailed Schedule DD 31DEC16 |
| 52_Vertex V701(31 Jan Update)Inv # 22-All activities |
| 53_V702 Detailed Schedule DD 28Feb17 |
| 49_VX00 Detailed Schedule DD 01Sep16 GOV00038073 |
| 03_GOV00007078_image |
| 07_GOV00022882_image |
| 09_ECC-E-010509_Production2016-09-23 |

23

**A173**

| |
|---|
| 08_ECC-E-010691_Production2016-09-23 |
| 04_CTRL00053783_image |
| 06_CTRL00055410_image |
| 10_GOV00016191_image |
| 12_GOV00016203_image |
| 13_GOV00016355_image |
| 19_GOV00027845_image |
| 18_DeMattei DnF Memo |
| 17_GOV00007555_image |
| 14_GOV00022908_image |
| 16_GOV00009683_image |
| 15_GOV00004497 |
| 20_CTRL00056289_image |
| 23_CTRL00055995_image |
| 21_GOV00027947_image |
| 22_GOV00022778 |
| 28_CTRL00056720_image |
| 29_CTRL00056721_image |
| 30_GOV00022915_image |
| 25_GOV00007079_image |
| 26_CTRL00056574_image |
| 27_GOV00022500 |
| 31_GOV00006818_image |
| 40_ECC-E-267114_Production2016-11-16 |
| 32_GOV00010430_image |
| 33_CTRL00056641_image |
| 34_CTRL00056150_image |
| 35_GOV00016396_image |
| 36_GOV00006353_image |
| 37_ECC Personnel on Site |
| 38_ECC-E-012438_Production2016-09-23 |
| 39_ECC-E-059061_Production2016-09-23 |
| Tab 1157 2017-01-31 Correspondence Subject and Status |
| Tab 883 2015-11-23 Email from Sundquist to DeMattei SCHEDULE ANALYSIS_W912ER-11-D-0010-0006  P935 & 940 Transient Quarters & |
| Tab 905 2015-12-07 Weekly Project Update Report, ECC-E-062473 |
| Tab 1201 2015-04-02 Email from Leptrone to Vohra and others, TQ BEQ February PSRs, ECC-E-200189 |
| Tab 1236 2016-04-07 ... Kooheji's Daily Quality Control Reports for April 7, 12, 13, 14, and 15 2016 |
| Tab 1235 2015-06-27 Email from Benitez to Mansoori RE DQCRs |
| Authorization to start Piles for TQDFAC |
| Tab 886 2015-11-23 Sundquist REA Schedule Review |
| 2015-12-15 Government Serial Letter No. C-0036, Subject - Liquidated Damages |
| 2016-02-09 COR.371 |
| 2016-04-26 CTRL00055385-Kooheji to get contract-2016-04-26 |

| |
|---|
| 2016-08-04 VS-001 Vertex Confirmation of Direction to Resume Construction - 8.4.16 |
| 2016-07-25 Zurich - Kooheji Ratification - F&D Signature-C1 |
| 2016-08-17 GOV00028220-CCD changed to Aug 15, 2017-Mod 21 |
| 2016-10-30 VS-024 H-0133 Vertex Response to USACE C-0044 10.30.16 |
| 2016-09-07  C-0041 Suspension of Work |
| 2015-08-25 4620.006.COR. S-0071 Weekly Meeting Minutes - 25 Aug 15 |
| 2015-08-04 4620.006.COR. S-0068 Weekly Meeting Minutes - 04 Aug 15 |
| 4620 006 COR 034 Response to KC LET 012 Delays at Site Activities |
| 4620 006 COR 054 Response to KC LET 021 Test Piles Work Stoppage |
| 4620 006 COR 055 Deficient Geotechnical Report |
| 4620 006 COR 156 Letter of Performance Concern-Additional Resources Needed |
| 4620 006 COR 215 Cost Loading Overbilling Adjustment |
| 4620 006 COR 229 ECC Response to KC LET 126 & 129 - SOV |
| 4620 006 COR 102 Kooheji Partial Clearance For Construction |
| 4620 006 COR 090 Response to KC LET 020 Submission of Project Schedule |
| 4620 006 COR 101 Response to KC LET 038 and 040 Revised Baseline Schedule |
| RqCOFD 4 26 2020 RFI Delays for Diff Site Conditons Utilities W EXH SIGNED |
| Tab 255 2014-01-02  01 32 17.00 20-3 TRBL Baseline final (combined) |
| Tab 256 2014-01-09 ECC Letter COR.008, RE Limited Notice to Proceed |
| Tab 254 2014-01-02  01 32 17.00 20-1 TQBL Baseline Schedule (combined) |
| Tab 285 2014-03-18 ECC Invoice Allocation - MBI Invoice No. 873049 |
| Tab 286 2014-03-19 Review of Baseline Schedule TQBL.PRX |
| 01 personnel appvl activities |

# ATTACHMENT  B

# RESUME OF REBECCA SMITH

# HISTORY OF TRIAL AND TESTIMONY

# STATEMENT OF COMPENSATION



# Rebecca Smith
• • • •
Managing Consultant

**OFFICE:** 303.571.0237
**EMAIL:** becky.smith@sageconsulting.com

## EDUCATION
BSCE            Bachelor of Science in Civil Engineering
                University of Colorado, Boulder, 1993
MSCE            Master of Science in Civil Engineering
                Clemson University, Clemson, 1997

## PROFESSIONAL CERTIFICATIONS
PE              Licensed Civil Engineer
                Colorado Registration No.: 41278, 2007

## MEMBERSHIPS
Association for the Advancement of Cost Engineering (AACE) International

## WORK EXPERIENCE
January 2012-Present: Sage Consulting Group, Denver, CO
        Senior Consultant providing consulting and expert services on construction claims.

June 2007-January 2012: Project Controls, Project Engineer, Project Manager - David Evans and Associates
        Performed scheduling and project management for transit projects. Project Manager for the design of Denver's RTD W Line. Provided project management oversight on behalf of the FTA for the PATH Station, World Trade Center, NYC.

February 2001-June 2007: Scheduler – Owner's Representative at Denver International Airport, City and County of Denver, CO
        Performed scheduling and estimating for projects at Denver International Airport.

October 2000-February 2001: Project Controls Engineer–Sargent & Lundy LLC
        Created, maintained, and analyzed schedules for power plant design.

September 1993-July 2000: United States Air Force Engineering Officer
        Responsible for leadership of engineering tradesmen and management of Air Force equipment and materials, both domestically and overseas.  Held a variety of positions with a range of duties.

## PRESENTATIONS
AACE Conference, 2022. CDR-3828, Complex Project Forensic Delay Analysis:  Applying Multiple, Overlapping TIAs to Schedule Updates Through the Project Duration

## PUBLICATIONS
2022 AACE International Technical Papers. CDR-3828, Complex Project Forensic Delay Analysis:  Applying Multiple, Overlapping TIAs to Schedule Updates Through the Project Duration

# Rebecca Smith
## Deposition Testimony as an Expert
## Witness During Preceding Four Years

| Date | Caption | Testimony on Behalf of |
|------|---------|------------------------|
| 18-Mar | In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida Complex Busineses Court Litigation Case No.: 2016-CA-11271-0 Trident Building Systems, Inc. (Plaintiff) v. CDM Constructors, Inc.; and Fidelity and Deposit Company of Maryland | CDM Constructors, Inc.; and Fidelity and Deposit Company of Maryland |

# Rebecca Smith
## Trial Testimony as an Expert Witness
## During Preceding Four Years

| Date | Caption | Testimony on Behalf of |
|---|---|---|
| 19-Feb | District Court, Weld County, Colorado<br>Case No.: 2016-CV-30343<br>HDR Constructors, Inc., a Nebraska Corporation (Plaintiff)<br>v.<br>Heartland Biogas, LLC, a Delaware Limited Liability Company (Defendants) | HDR Construction, Inc. |



## STATEMENT OF COMPENSATION
### Rate Schedule 2022

The compensation for services provided by The Sage Group, Inc. staff is as follows:

| | | |
|---|---|---|
| Principal | William Schwartzkopf | $495 |
| Vice President | Donald Harrington | $325 |
| Vice President | Brent McSwain | $295 |
| Managing Consultant | Becky Smith, Bill Kramer, Erik Carlson, Tara Hannebaum | $285 |
| Senior Consultant | Sean Stoughton, Brad Barnett | $275 |
| Consultant | Rob van den Heuvel, Ben Winsor, Jack Thysens, Aaron Radack, Savannah Kleyla, Tucker Dezelan, Jack Crandell, | $255 |
| Technician | Katie Winsor, Julia Heegan | $160 |
| Paralegal/Document Control | Emily McGuiness, Chrissy Salazar, Carlo David, Charlotte Frost | $ 90 |

Most documents are both electronically stored information (ESI) and provided electronically. Due to the large number of documents in most ESI productions, the most efficient method for managing and searching these documents through the use of paralegal/document control staff, rather than having our professional staff perform those tasks. The billing for the document work is part of normal billing at the hourly rates shown above and is typically 5-10% of total billed fees.

In addition to professional fees, all expenses are billed at cost (including airfare, lodging, meals, mileage, car rental, taxi, rideshare, etc.).

All labor rates listed are fully loaded and include overhead, general and administrative expenses, profit and all other markups for each category.

Deposition Testimony (1)    Hourly Rate    Minimum 4 hours
Trial Testimony    Hourly Rate

(1)    Payment is due prior to testimony

1428 15th Street    •    Denver, CO 80202    •    www.sageconsulting.com    •    303.571.0237

**A181**

## Eley, Bondurant (CIV)

| | |
|---|---|
| **From:** | R. Dale Holmes <dholmes@cohenseglias.com> |
| **Sent:** | Monday, April 03, 2023 2:54 PM |
| **To:** | Vallacher, Bret R. (CIV); James P. Laurie III (JLaurie@ecc.net); Ryan Boonstra |
| **Subject:** | [EXTERNAL] Revised Amended Complaint [CSPGF-ACTIVE.FID403142] |
| **Attachments:** | ECCICentcomBahrainTQSupplementalComplaint4.27.2022DHEdits3.23.30(8313640.1).docx; TQDFAC_4620.006_Burn Rates.r6(8309902.1).xls |

Bret, Per our discussions, please find a revised Amended Complaint, with the edits from the previous Amended Complaint shown in redlines.  I am also attaching the Excel spreadsheet that does the math for the new claim amount.  Basically, the Excel spreadsheet is the same monthly costs as the corrected Excel spreadsheet we sent to you at the end of discovery (which corrected the monthly costs for December 2015), with the addition of the claim amounts using the Sage expert report for the specific days and months in the claim.  As you can see, the claim for delay costs is reduced from the original $2.5 million to $2.0 million.  Once you have had a chance to review these documents, let us know if you agree to the us filing the Amended Complaint, or whether we will need to file a motion.  Thanks. Dale



ECC CENTCOM Constructors, LLC

v.

United States

**SUPPLEMENTAL REPORT**
**(To Rebuttal Report**
**submitted on 3 April 2023)**

of

Charles Heckman

13 April 2023

*delta-cgi.com*

**A183**



# Table of Contents

*I.     Narrative*

*1. Introduction*................................................................................................................. *1*
*2. Damages Review* ......................................................................................................... *1*

    2.1 Delta Assessment ................................................................................................... 1

        2.1.1 Daily Cost Rates Improperly Calculated.................................................... 1

        2.1.2 Improper Labor Costs Included.................................................................. 2

        2.1.3 Improper Non-Labor Costs Included ......................................................... 3

        2.1.4 Improper Assigment of Delay Duration ..................................................... 4

    2.2 Delta Damages Calculation.................................................................................... 4

        2.2.1 Non-Labor Damages ................................................................................... 5

        2.2.2 Labor Damages............................................................................................ 7

        2.2.3 Summary of Damages ................................................................................. 8

        2.2.4 Delta Alternate Damages Calculation ....................................................... 8

*3. Conclusions* ................................................................................................................. *9*

*II.     Exhibits*

37. TQDFAC_4620.006_Burn Rates.r6(8309902.1)

*III.     Appendices*

1.  Delta Delay Damages Workbook
2.  Delta Delay Damages Workbook - Alt. Analysis

## 1. Introduction

1.  Delta has been instructed by the US Department of Justice ("DoJ") to act in the capacity of an independent expert witness in the areas of delay and delay damages.

2.  Delta submitted its rebuttal report on April 3, 2023 in response to the Sage Expert Report dated March 15, 2023. The rebuttal report provided expert opinions in response to the delays discussed in the Sage Report. The delay damages were provided by ECC following the submission of Delta's rebuttal report. This report serves as a supplemental report to the rebuttal report in response to the delay damages provided by ECC following Delta's rebuttal report submission.

## 2. Damages Review

3.  In reference to Section 3.1 of Delta's Final Report, Delta noted that ECC's delay and damages assessment was pending final revisions on or after March 15, 2023. Due to the pending revisions to the damages assessment at the time, Delta provided general observations for consideration and stated a detailed review will be performed when the revised assessment is provided. The following sections provide a detailed review of ECC's delay damages and discussion of Delta's delay damages assessment.

### 2.1 Delta Assessment

#### 2.1.1 Daily Cost Rates Improperly Calculated

4.  ECC's Non-Labor Cost rates were calculated on a calendar day basis, while Labor Costs were recorded on a work day basis.[1]

---

[1] Delta Exhibit 1; for example see TAB Summary, Cell G12 in calendar days for Non-Labor Cost versus Cells S12:S14 in work days for Labor Costs